UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TZVI WEISS, LEIB WEISS, et al.,

                      Plaintiffs,

  Vs

NATIONAL WESTMINSTER BANK PLC,

                      Defendant.

**Case No.
CV 05-4622**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio De Lara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On September 30, 2005 at 11:35 a.m. at 101 Park Avenue, New York, NY 10178, I served the within SUMMONS AND COMPLAINT on NATIONAL WESTMINSTER BANK PLC, defendant therein named, by delivering a true copy of same to PATRICIA SOMAIAH, designated agent.

The person served is a indian female, brown hair, 35-45 years old, 5'2"-5'6", 140-150 pounds.

                                                  _____
                                                  Julio De Lara
                                                  License No. 991178

Sworn to before me this
30th day of September 2005

_____
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 06

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

TZVI WEISS, LEIB WEISS, MALKA WEISS,
YITZCHK WEISS, YERUCHAIM WEISS and
ESTHER DEUTSCH.
                Plaintiffs,

V.

NATIONAL WESTMINSTER BANK PLC

                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05-

CV 05-4622

SIFTON, J.

MATSUMOTO

TO: (Name and address of defendant)

National Westminster Bank PLC
101 Park Avenue
New York, New York 10178

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary M. Osen (GO-5790)
Peter Raven-Hansen, Of Counsel
OSEN & ASSOCIATES, LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
(201) 265-6400

Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JG-0184)
WECHSLER HARWOOD LLP
488 Madison Avenue, Suite 801
New York, New York 10022-5726
(212) 935-7400

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

SEP 29 2005

CLERK                                                                                            DATE

(BY) DEPUTY CLERK