UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Weiss et al

                                    Plaintiff,

           -against-                                    NOTICE OF APPEARANCE

National Westminster Bank                       Docket No.  _____05CV4622_____
                                                Judge/Magistrate Judge  __CPS/KAM__
                                                Date: 10/6/05

                                    Defendant(s).


PLEASE TAKE NOTICE, that I have been retained by  Weiss et al

_____ the above named Plaintiff/Defendant. I was admitted to practice in

this District on  October 15, 2004.

_____
Signature

Gary M. Osen
Please Print Name

700 Kinderkamack Road, Oradell, N.J. 07649
Office Address

201-265-6400
Office Telephone