UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                    :
TZVI WEISS, LEIB WEISS, MALKA WEISS,   :
YITZCHK WEISS, YERUCHAIM WEISS, and   :        CV 05-4622
ESTHER DEUTSCH,                                :
                                                    :        STIPULATION TO EXTEND TIME TO
                              Plaintiffs,            :        ANSWER OR OTHERWISE MOVE
                                                    :
          - against -                              :
                                                    :
NATIONAL WESTMINSTER BANK PLC,       :
                                                    :
                              Defendant.          :

-------------------------------------------------------------- X

          IT IS HEREBY STIPULATED AND AGREED by and between the undersigned,

attorneys for the parties herein, that the time in which defendant NATIONAL WESTMINSTER

BANK PLC may answer, move or otherwise respond to the complaint be, and the same hereby

is, extended to and including December 17, 2005.

Dated:  New York, New York
          October 19, 2005

                                             WECHSLER HARWOOD LLP

                                             By: _____

                                                  Andrew D. Friedman, Esq. (AF-6222)
                                                  488 Madison Avenue
                                                  New York, New York  10022
                                                  (212) 935-7400

                                                  Attorneys for Plaintiffs
                                                  TZVI WEISS, LEIB WEISS, MALKA
                                                  WEISS, YITZCHK WEISS, YERUCHAIM
                                                  WEISS, and ESTHER DEUTSCH

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: Lawrence B. Friedman /JAY

    Lawrence B. Friedman (LF-9978)
    A Member of the Firm
    One Liberty Plaza
    New York, New York 10006
    (212) 225-2000

    Attorneys for Defendant
    NATIONAL WESTMINSTER BANK PLC

SO ORDERED:

_____
U.S.D.J.

2