UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TZVI WEISS, et al.,

                        Plaintiffs,

Vs

NATIONAL WESTMINSTER BANK PLC,

                        Defendant.

**Case No.
CV 05-4622**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at Yonkers, NY:

On October 3, 2005 at 4:15 p.m. at 600 Steamboat Road, Greenwich, CT 06830, I served the within SUMMONS AND COMPLAINT on NATIONAL WESTMINSTER BANK PLC, defendant therein named, by delivering a true copy of same to STUART WEYLER, designated agent.

The person served is a white male, brown hair, 40-50 years old, 5'7"-5'9" in height, 190-200 pounds.

                                                  _____
                                                Caswell Bryan
                                                License No. 846846

Sworn to before me this
6th day of October 2005

_____
NOTARY PUBLIC
**JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 2008**

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

EASTERN DISTRICT OF NEW YORK

TZVI WEISS, LEIB WEISS, MALKA WEISS,
YITZCHK WEISS, YERUCHAIM WEISS and
ESTHER DEUTSCH.

         Plaintiffs,

V.

NATIONAL WESTMINSTER BANK PLC

         Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05-

CV 05-4622

SIFTON, J

MATSUMOTO

TO: (Name and address of defendant)

National Westminster Bank PLC
101 Park Avenue
New York, New York 10178

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary M. Osen (GO-5790)
Peter Raven-Hansen, Of Counsel
OSEN & ASSOCIATES, LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
(201) 265-6400

Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JG-0184)
WECHSLER HARWOOD LLP
488 Madison Avenue, Suite 801
New York, New York 10022-5726
(212) 935-7400

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

CLERK

_____
(BY) DEPUTY CLERK

SEP 29 2005

DATE