AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__EASTERN__ DISTRICT OF ___NEW YORK___

TZVI WEISS, LEIB WEISS, MALKA WEISS,
YITZCHK WEISS, YERUCHAIM WEISS and
ESTHER DEUTSCH.

Plaintiffs,

V.

NATIONAL WESTMINSTER BANK PLC

Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 05

CV 05 - 4622

SIFTON, J

MATSUMOTO

TO: (Name and address of defendant)

National Westminster Bank PLC
101 Park Avenue
New York, New York 10178

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary M. Osen (GO-5790)
Peter Raven-Hansen, Of Counsel
OSEN & ASSOCIATES, LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
(201) 265-6400

Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JG-0184)
WECHSLER HARWOOD LLP
488 Madison Avenue, Suite 801
New York, New York 10022-5726
(212) 935-7400

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

*accept documents*

*adm. asst. accept documents 10-11-05*

ROBERT C. HEINEMANN

CLERK

SEP 29 2005

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | October 11, 2005 @ 9:10 a.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Pat Herman | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

XX Other (specify): National Westminister Bank PLC by delivering to the Royal Bank Of Scotland by delivering to Misti Dufrene, Admin. Assist, authorized to accept documents at 600 Travis Street, 65th Floor, Houston, Texas

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___October 11, 2005___    _Pat Herman_
Date                                Signature of Server

3801 Kirby Drive, Suite 246
Houston, Texas  77098
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.