WECHSLER HARWOOD LLP
Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JG-0184)
488 Madison Avenue, 8th Floor
New York, New York 10
(212) 935-7400

Attorneys for Plaintiffs

FEE PAID
CLERK, U.S. DISTRICT COURT
E.D.N.Y.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TZVI WEISS, et al.,

               Plaintiffs,

               -against-

NATIONAL WESTMINSTER BANK, PLC.,

             Defendant.
-----------------------------------------------------------x

Case No. CV 05 4622

Judge Sifton

## NOTICE OF UNOPPOSED MOTIONS FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, upon the annexed Affidavits of Robert A. Swift and Steven M. Steingard, sworn to on November 1, 2005, and the exhibits annexed thereto, upon the annexed Affidavit of Joshua D. Glatter, sworn to on November 17, 2005, and upon all of the prior pleadings and proceedings had herein, the undersigned will move this Court at 225 Cadman Plaza East, Brooklyn, New York 11201, as soon as counsel may be heard, for an Order, pursuant to the Federal Rules of Civil Procedure and Local Civil Rule 1.3(c) of this Court, for the admission pro hac vice of Robert A. Swift and Steven M. Steingard in the above-referenced action on behalf of Plaintiffs.

Mr. Swift is a member in good standing of the Commonwealth of Pennsylvania and the State of New Jersey, and is admitted to practice in: the United States Supreme Court; the Pennsylvania Supreme Court; the United States Courts of Appeals for the First, Second, Third

1

Seventh and Ninth Circuits, the United States District Courts for the Eastern and Western Districts of Pennsylvania, the Eastern Distruct of Michigan, the District of Colorado; and the United States Court of Federal Claims.

Mr. Steingard is a member in good standing of the Commonwealth of Pennsylvania and the State of New Jersey, and is admitted to practice in: the United States Supreme Court; the Pennsylvania Supreme Court; the United States Courts of Appeals for the First, Second and Third Circuits; and the United States District Court for the Eastern District of Pennsylvania. Messrs. Swift and Steingard are also shareholders of the law firm of Kohn, Swift & Graf, P.C., 1 South Broad Street, Suite 2100, Philadelphia, PA, 19107.

Dated:  November 17, 2005
New York, New York

WECHSLER HARWOOD LLP

By: _____
Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JG-0184)
488 Madison Avenue, 8th Floor
New York, New York 10022
(212) 935-7400

Attorneys for Plaintiff

Seventh and Ninth Circuits, the United States District Courts for the Eastern and Western Districts of Pennsylvania, the Eastern Distruct of Michigan, the District of Colorado; and the United States Court of Federal Claims.

Mr. Steingard is a member in good standing of the Commonwealth of Pennsylvania and the State of New Jersey, and is admitted to practice in: the United States Supreme Court; the Pennsylvania Supreme Court; the United States Courts of Appeals for the First, Second and Third Circuits; and the United States District Court for the Eastern District of Pennsylvania. Messrs. Swift and Steingard are also shareholders of the law firm of Kohn, Swift & Graf, P.C., 1 South Broad Street, Suite 2100, Philadelphia, PA, 19107.

Dated:  November 17, 2005
New York, New York

WECHSLER HARWOOD LLP

By: _____
Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JG-0184)
488 Madison Avenue, 8th Floor
New York, New York 10022
(212) 935-7400

Attorneys for Plaintiff



A082 SWEDA
(Rev. 4-90)

TRIPLICATE

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF NEW YORK**
at   BROOKLYN

317984

| Fund | | | |
|---|---|---|---|
| 6855XX | Deposit Funds | | |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | REG  11-18-05 | 09:44 AM |
| 085000 | Attorney Admission Fees | DRAWER 1 | 164161 |
| 086900 | Filing Fees | | |
| 322340 | Sale of Publications | 1 | #317884 |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | PRO HAC VICE | $25.00 |
| 143508 | Interest | 6855XX | |
| 322380 | Recoveries of Court Costs | PRO HAC VICE | $25.00 |
| 322386 | Restitution to U.S. Government | 6855XX | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | CHECK # | 18828 |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | 2No | |
| 510000 | Civil Filing Fee (1/2) | CHECK | $50.00 |
| 510100 | Registry Fee | | |

CASE REFERENCE: 05CV4622 (CPS)

RECEIVED FROM: Wechsler + Harwood LLP

2 Motion VICES for
Robert A. Swift, Steven M. Steingard

DEPUTY CLERK: _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.

*U.S. GOVERNMENT PRINTING OFFICE:2003-511-191