WECHSLER HARWOOD LLP
Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JG-0184)
488 Madison Avenue, 8th Floor
New York, New York 10
(212) 935-7400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TZVI WEISS, et al.,                                                    Case No. CV 05 4622

                Plaintiffs,

      -against-

NATIONAL WESTMINSTER BANK, PLC.,

                Defendant.
-----------------------------------------------------------x

## AFFIDAVIT OF JOSHUA D. GLATTER IN SUPPORT
## OF APPLICATIONS FOR ADMISSION PRO HAC VICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

        JOSHUA D. GLATTER being duly sworn, deposes and states:

    1.    I am a member of the Bar of this Court and am associated with the law firm of Wechsler Harwood, LLP, counsel to Plaintiffs in the above-referenced action. I submit this affidavit in support of the applications of Robert A. Swift, Esq. and Steven M. Steingard, Esq. for admission pro hac vice in the above-referenced litigation on behalf of the Plaintiffs.

    2.    As counsel of record, my Firm has been actively involved in the above-captioned action.

    3.    I consent to the association of, and agree to sponsor Robert A. Swift and Steven M. Steingard, in the above-captioned action.

1

4. Defendant has advised it does not oppose these pro hac vice applications.

_____
Joshua D. Glatter

Sworn to before me this 17th day of November, 2005.

_____
Notary Public

**DONNA M. GANT**
**Notary Public, State of New York**
**No. 01GA6128605**
**Commission Expires June 13, 2009**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, LEIB WEISS, MALKA WEISS, YITZCHK WEISS YERUCHAIM WEISS, and ESTHER DEUTSCH,<br><br>Plaintiffs,<br><br>-against-<br><br>NATIONAL WESTMINSTER BANK, PLC,<br><br>Defendant. | Case No. CV 05 4622<br><br>AFFIDAVIT OF ROBERT A. SWIFT IN SUPPORT OF HIS APPLICATION FOR ADMISSION PRO HAC VICE |

COMMONWEALTH OF PENNSYLVANIA   )
                                                              )  SS:
COUNTY OF PHILADELPHIA          )

ROBERT A. SWIFT, being duly sworn, deposes and states:

1. I am a senior member of the law firm of Kohn, Swift & Graf, P.C. which has its office at One South Broad Street, Philadelphia, Pennsylvania. I submit this affidavit in support of my application for admission *pro hac vice* in the above-captioned action.

2. I am an attorney in good standing and licensed to practiced law in the Commonwealth of Pennsylvania where I have practiced for 32 years. A current Certification of Good Standing from the Pennsylvania Supreme Court is annexed hereto as Exhibit A. I am not licensed to practice law in any State or District other than the Commonwealth of Pennsylvania.

3. A short curriculum vitae is attached hereto as Exhibit B.

10937_1

4. I am fully admitted to practice in the following courts:

>   The United States Supreme Court (1978)
>
>   Pennsylvania Supreme Court (1973)
>
>   The US Court of Appeals – First Circuit (2000)
>
>   The US Court of Appeals -- Second Circuit (2000)
>
>   The US Court of Appeals -- Third Circuit (1982)
>
>   The US Court of Appeals -- Seventh Circuit (1996)
>
>   The US Court of Appeals – Ninth Circuit (1986)
>
>   US District Court -- Eastern District of Pennsylvania (1974)
>
>   US District Court – Western District of Pennsylvania (1996)
>
>   US District Court – Eastern District of Michigan (1995)
>
>   US District Court – District of Colorado (2005)
>
>   US Court of Federal Claims (1979)

5. I am currently admitted *pro hac vice* in the Southern District of New York in the litigation known as *In re: Ski Train Fire in Kaprun Austria*, MDL No. 1428. I am currently admitted *pro hac vice* in the Eastern District of New York in the litigation known as *Linde v. Arab Bank*, CV 04-5564.

6. No disciplinary proceedings are pending against me in any jurisdiction and no discipline previously has been imposed upon me in any jurisdiction.

7. I am personally involved as counsel in the above-referenced action and have knowledge of the facts underlying the claims and defenses thereto.

8. I agree to abide by the Rules of this Court in connection with my appearance in the above- captioned litigation.

10937_1

9. I therefore respectfully request that this Court grant my application for admission *pro hac vice* in this matter.

_____
Robert A. Swift

Sworn to before me this 1st
day of November, 2005.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Catherine Spagna, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Sept. 6, 2008
Member, Pennsylvania Association Of Notaries

10937_1



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Robert Alan Swift, Esq.

**DATE OF ADMISSION**

*October 9, 1973*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 25, 2005

Patricia A. Johnson
Chief Clerk

WECHSLER HARWOOD LLP
Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JD-0184)
488 Madison Avenue, 8th Floor
New York, New York 10022
(212) 935-7400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TZVI WEISS, LEIB WEISS,
MALKA WEISS, YITZCHK WEISS,
YERUCHAIM WEISS, and
ESTHER DEUTSCH,

        Plaintiffs,

-against-

NATIONAL WESTMINSTER BANK PLC,

        Defendant.

Case No. CV 05 4622

**AFFIDAVIT OF STEVEN M. STEINGARD IN SUPPORT OF HIS APPLICATION FOR ADMISSION PRO HAC VICE**

---

COMMONWEALTH OF PENNSYLVANIA )
                                 ) ss:
COUNTY OF PHILADELPHIA      )

STEVEN M. STEINGARD, being duly sworn, deposes and states:

1. I am a shareholder of the law firm of Kohn, Swift & Graf, P.C. which has its office at One South Broad Street, Philadelphia, Pennsylvania. I submit this affidavit in support of my application for admission *pro hac vice* in the above-captioned action.

2. I am an attorney in good standing and licensed to practice law in the Commonwealth of Pennsylvania where I have practiced 30 years. A current Certificate of Good Standing from the Pennsylvania Supreme Court is annexed hereto as Exhibit A. I am also an

10425_1

attorney in good standing and licensed to practice law in New Jersey. A current Certificate of Good Standing from the New Jersey Supreme Court is annexed hereto as Exhibit B.

3. I am fully admitted to practice in the following courts:

> The United States Supreme Court (1984)
> Pennsylvania Supreme Court (1975)
> The US Court of Appeals – First Circuit (2003)
> The US Court of Appeals – Second Circuit (200)
> The US Court of Appeals – Third Circuit (1980)
> US District Court – Eastern District of Pennsylvania (1976)

4. No disciplinary proceedings are pending against me in any jurisdiction and no discipline previously has been imposed upon me in any jurisdiction.

5. I am personally involved as counsel in the above-referenced action and have knowledge of the facts underlying the claims and defenses thereto.

6. I agree to abide by the Rules of this Court in connection with my appearance in the above-captioned litigation.

7. I therefore respectfully request that this Court grant my application for admission *pro hac vice* in this matter.

STEVEN M. STEINGARD

Sworn to before me this
____ day of November, 2005.

Carol M. Musloski
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CAROL M. MUSLOSKI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 7 2009

2

10425_1



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Steven M. Steingard, Esq.

**DATE OF ADMISSION**

*October 7, 1975*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 25, 2005

Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERVICE

I, Donna M. Gant, hereby certify that I am not a party to the action, am over the age of eighteen years, am employed by the law firm of Wechsler Harwood LLP, attorneys for plaintiff, and that on November 17, 2005, I served the foregoing **Notice of Unopposed Motions for Admission Pro Hac Vice, Affidavit of Joshua D. Glatter in Support of Applications for Admission Pro Hac Vice, Affidavit of Robert A. Swift in Support of His Application for Admission Pro Hac Vice, Affidavit of Steven M. Steingard in Support of His Application for Admission Pro Hac Vice and [Proposed] Order**, in the within proceeding, by mailing a true and correct copy of the same by first class mail, postage pre-paid to the following counsel for defendant:

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

_____
Donna M. Gant