WECHSLER HARWOOD LLP
Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JG-0184)
488 Madison Avenue, 8th Floor
New York, New York 10
(212) 935-7400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TZVI WEISS, et al.,

           Plaintiffs,

    -against-

NATIONAL WESTMINSTER BANK, PLC.,

           Defendant.
-----------------------------------------------------------x

Case No. CV 05 4622

Judge Sifton

## ORDER

Upon reading and reviewing the submissions in support of the motion for admission pro hac vice of Robert A. Swift and Steven M. Steingard, and good cause having been shown, it is hereby

ORDERED that Robert A. Swift and Steven M. Steingard are permitted to appear and practice pro hac vice in the above-referenced action on behalf of Plaintiffs.

SO ORDERED:

_____, 2005
Brooklyn, New York

[FILED stamp: IN CLERK'S OFFICE U.S. DISTRICT COURT E.D. N.Y. NOV 22 2005 TIME A.M. ___ P.M. ___]