A082 SWEDA
(Rev. 3-90)

ORIGINAL

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**

**317884**

**for the**
**EASTERN DISTRICT OF NEW YORK**
**at** BROOKLYN

| Fund | | | | |
|---|---|---|---|---|
| 6855XX | Deposit Funds | | | |
| 604700 | Registry Funds | | | |
| | General and Special Funds | | | |
| 508800 | Immigration Fees | REG 11-18-05 | | 09:44 AM |
| 085000 | Attorney Admission Fees | DRAWER 1 | | 164161 |
| 086900 | Filing Fees | | 1 | #317884 |
| 322340 | Sale of Publications | | | |
| 322350 | Copy Fees | | | |
| 322360 | Miscellaneous Fees | PRO HAC VICE | | $25.00 |
| 143500 | Interest | 1855X | | |
| 322380 | Recoveries of Court Costs | PRO HAC VICE | | $25.00 |
| 322386 | Restitution to U.S. Government | 1855XX | | |
| 121000 | Conscience Fund | CHECK # | | 13923 |
| 129900 | Gifts | | 04: | |
| 504100 | Crime Victims Fund | | | |
| 613300 | Unclaimed Monies | CHECK | | $50.00 |
| 510000 | Civil Filing Fee (1/2) | | | |
| 510100 | Registry Fee | | | |

CASE REFERENCE: _05 CV 4622 (CPS)_

RECEIVED FROM _Wechsler Harwood LLP_

_2 Pro Hac Vices for_
_Robert A. Swift, Steven M. Steingard_

DEPUTY CLERK _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.

*U.S. GOVERNMENT PRINTING OFFICE:2003-511-191

COPY

WECHSLER HARWOOD LLP
Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JG-0184)
488 Madison Avenue, 8ᵗʰ Floor
New York, New York 10
(212) 935-7400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

TZVI WEISS, et al.,                                          Case No. CV 05 4622

                                                            Judge Sifton

                         Plaintiffs,

               -against-

NATIONAL WESTMINSTER BANK, PLC.,

               Defendant.
--------------------------------------------------------x

### NOTICE OF UNOPPOSED MOTIONS FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, upon the annexed Affidavits of Robert A. Swift

and Steven M. Steingard,  sworn to on November 1, 2005, and the exhibits annexed thereto,

upon the annexed Affidavit of Joshua D. Glatter, sworn to on November 17, 2005, and upon all

of the prior pleadings and proceedings had herein, the undersigned will move this Court at 225

Cadman Plaza East, Brooklyn, New York 11201, as soon as counsel may be heard, for an Order,

pursuant to the Federal Rules of Civil Procedure and Local Civil Rule 1.3(c) of this Court, for

the admission pro hac vice of Robert A. Swift and Steven M. Steingard in the above-referenced

action on behalf of Plaintiffs.

Mr. Swift is a member in good standing of the Commonwealth of Pennsylvania

and the State of New Jersey, and is admitted to practice in: the United States Supreme Court; the

Pennsylvania Supreme Court; the United States Courts of Appeals for the First, Second, Third

Seventh and Ninth Circuits, the United States District Courts for the Eastern and Western

Districts of Pennsylvania, the Eastern Distruct of Michigan, the District of Colorado; and the

United States Court of Federal Claims.

        Mr. Steingard is a member in good standing of the Commonwealth of

Pennsylvania and the State of New Jersey, and is admitted to practice in: the United States

Supreme Court; the Pennsylvania Supreme Court; the United States Courts of Appeals for the

First, Second and Third Circuits; and the United States District Court for the Eastern District of

Pennsylvania. Messrs. Swift and Steingard are also shareholders of the law firm of Kohn, Swift

& Graf, P.C., 1 South Broad Street, Suite 2100, Philadelphia, PA, 19107.

Dated:      November 17, 2005
              New York, New York

                              WECHSLER HARWOOD LLP

                              By: _____
                                Andrew D. Friedman (AF-6222)
                                Joshua D. Glatter (JG-0184)
                                488 Madison Avenue, 8th Floor
                                New York, New York 10022
                                (212) 935-7400

                                Attorneys for Plaintiff



WECHSLER HARWOOD LLP
Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JG-0184)
488 Madison Avenue, 8th Floor
New York, New York 10
(212) 935-7400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

TZVI WEISS, et al.,                                          Case No. CV 05 4622

                    Plaintiffs,

          -against-

NATIONAL WESTMINSTER BANK, PLC.,

                    Defendant.
-------------------------------------------------------x

### AFFIDAVIT OF JOSHUA D. GLATTER IN SUPPORT
### OF APPLICATIONS FOR ADMISSION PRO HAC VICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

          JOSHUA D. GLATTER being duly sworn, deposes and states:

          1.    I am a member of the Bar of this Court and am associated with the law firm of

Wechsler Harwood, LLP, counsel to Plaintiffs in the above-referenced action.  I submit this

affidavit in support of the applications of Robert A. Swift, Esq. and Steven M. Steingard, Esq.

for admission pro hac vice in the above-referenced litigation on behalf of the Plaintiffs.

          2.    As counsel of record, my Firm has been actively involved in the above-captioned

action.

          3.    I consent to the association of, and agree to sponsor Robert A. Swift and Steven

M. Steingard, in the above-captioned action.

1

4.    Defendant has advised it does not oppose these <u>pro</u> <u>hac</u> <u>vice</u> applications.


Joshua D. Glatter


Sworn to before me this 17th day of November, 2005.


Notary Public

**DONNA M. GANT**
**Notary Public, State of New York**
**No. 01GA6128605**
**Commission Expires June 13, 2009**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, LEIB WEISS,<br>MALKA WEISS, YITZCHK WEISS<br>YERUCHAIM WEISS, and<br>ESTHER DEUTSCH,<br><br>           Plaintiffs,<br><br>   -against-<br><br>NATIONAL WESTMINSTER BANK, PLC,<br><br>          Defendant. | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>    Case No. CV 05 4622<br><br>    AFFIDAVIT OF ROBERT A.<br>    SWIFT IN SUPPORT OF HIS<br>    APPLICATION FOR<br>    ADMISSION PRO HAC VICE |

COMMONWEALTH OF PENNSYLVANIA    )
                                    )   SS:
COUNTY OF PHILADELPHIA             )

ROBERT A. SWIFT, being duly sworn, deposes and states:

1.     I am a senior member of the law firm of Kohn, Swift & Graf, P.C. which has its office at One South Broad Street, Philadelphia, Pennsylvania. I submit this affidavit in support of my application for admission *pro hac vice* in the above-captioned action.

2.     I am an attorney in good standing and licensed to practiced law in the Commonwealth of Pennsylvania where I have practiced for 32 years. A current Certification of Good Standing from the Pennsylvania Supreme Court is annexed hereto as Exhibit A. I am not licensed to practice law in any State or District other than the Commonwealth of Pennsylvania.

3.     A short curriculum vitae is attached hereto as Exhibit B.

10937_1

4.      I am fully admitted to practice in the following courts:

      The United States Supreme Court (1978)

      Pennsylvania Supreme Court (1973)

      The US Court of Appeals – First Circuit (2000)

      The US Court of Appeals -- Second Circuit (2000)

      The US Court of Appeals -- Third Circuit (1982)

      The US Court of Appeals -- Seventh Circuit (1996)

      The US Court of Appeals – Ninth Circuit (1986)

      US District Court -- Eastern District of Pennsylvania (1974)

      US District Court – Western District of Pennsylvania (1996)

      US District Court – Eastern District of Michigan (1995)

      US District Court – District of Colorado (2005)

      US Court of Federal Claims (1979)

5.      I am currently admitted *pro hac vice* in the Southern District of New York in the litigation known as *In re: Ski Train Fire in Kaprun Austria, MDL No. 1428*. I am currently admitted *pro hac vice* in the Eastern District of New York in the litigation known as *Linde v. Arab Bank,* CV 04-5564.

6.      No disciplinary proceedings are pending against me in any jurisdiction and no discipline previously has been imposed upon me in any jurisdiction.

7.      I am personally involved as counsel in the above-referenced action and have knowledge of the facts underlying the claims and defenses thereto.

8.      I agree to abide by the Rules of this Court in connection with my appearance in the above- captioned litigation.

10937_1

9.     I therefore respectfully request that this Court grant my application for admission *pro*

*hac vice* in this matter.

_____
Robert A. Swift

Sworn to before me this 1st
day of November, 2005.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Catherine Spagna, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Sept. 6, 2008
Member, Pennsylvania Association Of Notaries

10937_1

# EXHIBIT

# A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Robert Alan Swift, Esq.*

### DATE OF ADMISSION

#### *October 9, 1973*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  October 25, 2005**

Patricia A. Johnson
Chief Clerk

EXHIBIT

B

## ROBERT A. SWIFT

**Background**: Born 1946. College: **Haverford College**, B.A. 1968. Law School: **New York University School of Law**, J.D. 1973. Admitted: Penna. Bar (1973), US Supreme Court (1978), and numerous Federal District and Circuit Courts nationally

**Legal concentration**: complex civil litigation, including class actions, representing both individuals and corporations. Conducted trials and appeals in state and federal courts throughout the country. Major cases argued: **Pennsylvania v. Union Gas Company**, 491 U.S. 1 (1989); **In re Ferdinand E. Marcos Human Rights Litigation**, 25 F.3d 1467 (9th Cir. 1994); 103 F.3d 767 (9th Cir. 1996); **Murtagh v. County of Berks**, 535 Pa. 50 (1993); **Balazik v. County of Dauphin**, 44 F.3d 209 (3rd Cir. 1995). Lead or Co-Lead counsel in: **Marcos Human Rights Litigation** (D.HI); **Amino Acid Lysine Litigation** (N.D.IL); **Holocaust Swiss Bank Litigation** (E.D.NY); **European Insurance Holocaust Litigation** (S.D.NY); **German/Austrian Bank Holocaust Litigation** (S.D.N.Y.).

**Books and Articles About:** "Human Rights Crusader," Nat'l Law J. 5/12/97; "Hitting A Home Run," ABA Litigation Magazine, spring 1997; "The Marcos Loot," Asiaweek 10/13/95; "Winning," Nat'l Law J. 3/13/95; "Taking Tyrants To Court," American Lawyer, Oct. 1991; CBS Evening News, September 2001; Eizenstat, Imperfect Justice (Public Affairs 2003); Authers & Wolfe, The Victim's Fortune (Harper Collins 2002).

**Author**: Book, "The NLRB and Management Decision Making" (Univ. Pa. 1974). Articles: "Plant Relocation: Catching Up With the Runaway Shop," 14 Bost. Coll.L.Rev. 1135 (1973); "NLRB Overkill: Predictions of Plant Relocation and Closure," 8 Ga.L.Rev. 77 (1974); "In the Eye of the Human Rights Storm," 58 Phila. Bar Assoc. Quart. 38 (1995); "The Financial Underside to the Holocaust Litigation," 20 Card. L.Rev. 521 (Dec. 1998).

**Awards**: <u>National Law Journal</u> (1995) named one of the 10 best trial attorneys in the country; Finalist, Trial Lawyer of the Year Award given by the Trial Lawyers for Public Justice, (1994, 1995, 1997 and 2000); Finalist, <u>National Law Journal</u> Trial Lawyer of the Year (2000); Phila. Bar Assoc. Human Rights Award (1998); Haverford College Forman Award (1995).

**Speaking Engagements:** Keynote speaker at "Legal Ethics and the Holocaust", University of Houston Legal Symposium (September, 2000); United Nations' Task Force on Racism in the Third World (November, 2000); Haverford College; Swarthmore College; Cardozo Law School; New York University School of Law; Temple University Law School; CLE Course on Terrorism (2003).

**Community Activities:**   Board of Managers of Haverford College (1993 to present); Chairman of Philadelphia Youth Tennis (1986 to present), a charitable organization which provides tennis instruction to 7,500 youth in the Philadelphia region.   Frequent speaker at colleges and universities.

WECHSLER HARWOOD LLP
Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JD-0184)
488 Madison Avenue, 8th Floor
New York, New York 10022
(212) 935-7400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, LEIB WEISS, MALKA WEISS, YITZCHK WEISS, YERUCHAIM WEISS, and ESTHER DEUTSCH, <br><br> Plaintiffs, <br><br> -against- <br><br> NATIONAL WESTMINSTER BANK PLC, <br><br> Defendant. | Case No. CV 05 4622 <br><br> **AFFIDAVIT OF STEVEN M. STEINGARD IN SUPPORT OF HIS APPLICATION FOR ADMISSION PRO HAC VICE** |

COMMONWEALTH OF PENNSYLVANIA )
                                                          )  ss:
COUNTY OF PHILADELPHIA          )

STEVEN M. STEINGARD, being duly sworn, deposes and states:

1.     I am a shareholder of the law firm of Kohn, Swift & Graf, P.C. which has its

office at One South Broad Street, Philadelphia, Pennsylvania.  I submit this affidavit in support

of my application for admission *pro hac vice* in the above-captioned action.

2.     I am an attorney in good standing and licensed to practice law in the

Commonwealth of Pennsylvania where I have practiced 30 years.  A current Certificate of Good

Standing from the Pennsylvania Supreme Court is annexed hereto as Exhibit A.  I am also an

10425_1

attorney in good standing and licensed to practice law in New Jersey. A current Certificate of

Good Standing from the New Jersey Supreme Court is annexed hereto as Exhibit B.

3.      I am fully admitted to practice in the following courts:

> The United States Supreme Court (1984)
> Pennsylvania Supreme Court (1975)
> The US Court of Appeals – First Circuit (2003)
> The US Court of Appeals – Second Circuit (200)
> The US Court of Appeals – Third Circuit (1980)
> US District Court – Eastern District of Pennsylvania (1976)

4.      No disciplinary proceedings are pending against me in any jurisdiction and no

discipline previously has been imposed upon me in any jurisdiction.

5.      I am personally involved as counsel in the above-referenced action and have

knowledge of the facts underlying the claims and defenses thereto.

6.      I agree to abide by the Rules of this Court in connection with my appearance in

the above-captioned litigation.

7.      I therefore respectfully request that this Court grant my application for admission

*pro hac vice* in this matter.

                                          _____
                                          STEVEN M. STEINGARD

Sworn to before me this
1st day of November, 2005.


_Carol M. Musloski_
   Notary Public


COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CAROL M. MUSLOSKI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 7, 2009


2

10425_1

EXHIBIT

A



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Steven M. Steingard, Esq.*

### DATE OF ADMISSION

*October 7, 1975*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: October 25, 2005**

Patricia A. Johnson
Chief Clerk

# EXHIBIT

# B

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **STEVEN M STEINGARD**
(No.    **038551989**    ) was constituted and appointed an Attorney at Law of New Jersey on                    **December 21, 1989**                    and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **21ST**    day of **October**        , 20 **05**

Clerk of the Supreme Court

-453a-

WECHSLER HARWOOD LLP
Andrew D. Friedman (AF-6222)
Joshua D. Glatter (JG-0184)
488 Madison Avenue, 8th Floor
New York, New York 10
(212) 935-7400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
TZVI WEISS, et al.,                                                         Case No. CV 05 4622

                            Plaintiffs,

                    -against-

NATIONAL WESTMINSTER BANK, PLC.,

                            Defendant.
--------------------------------------------------------x

## **ORDER**

       Upon reading and reviewing the submissions in support of the motion for admission pro hac vice of Robert A. Swift and Steven M. Steingard, and good cause having been shown, it is hereby

       ORDERED that Robert A. Swift and  Steven M. Steingard are permitted to appear and practice pro hac vice in the above-referenced action on behalf of Plaintiffs.


SO ORDERED:


_____, 2005

Brooklyn, New York

## CERTIFICATE OF SERVICE

I, Donna M. Gant, hereby certify that I am not a party to the action, am over the age of eighteen years, am employed by the law firm of Wechsler Harwood LLP, attorneys for plaintiff, and that on November 17, 2005, I served the foregoing **Notice of Unopposed Motions for Admission Pro Hac Vice, Affidavit of Joshua D. Glatter in Support of Applications for Admission Pro Hac Vice, Affidavit of Robert A. Swift in Support of His Application for Admission Pro Hac Vice, Affidavit of Steven M. Steingard in Support of His Application for Admission Pro Hac Vice and [Proposed] Order**, in the within proceeding, by mailing a true and correct copy of the same by first class mail, postage pre-paid to the following counsel for defendant:

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

                                        Donna M. Gant