UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TZVI WEISS, LEIB WEISS, MALKA WEISS,
YITZCHK WEISS, YERUCHAIM WEISS, and
ESTHER DEUTSCH,

                      Plaintiffs,

                 - against -

NATIONAL WESTMINSTER BANK PLC,

                      Defendant.
------------------------------------------------------------ X

CV 05-4622 (CPS)

**DECLARATION OF**
**LAWRENCE B. FRIEDMAN**

Lawrence B. Friedman declares as follows:

1. I am a member of the Bars of the State of New York and of this Court and of the law firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for defendant National Westminster Bank Plc ("NatWest") in the above-captioned matter. I make this declaration in support of NatWest's motion to dismiss plaintiffs' complaint.

2. Attached as Exhibit A is a true and correct copy of the Holy Land Foundation Indictment, filed July 26, 2004.

3. Attached as Exhibit B is a true and correct copy of Julian Borger, <u>Close Trust, Israel Pleads; Britain is being asked to clamp down on Palestinian fundraisers</u>, The Guardian, dated August 7, 1997.

4. Attached as Exhibit C is a true and correct copy of the U.K. Charity Commission Report, dated September 24, 2003.

5. Attached as Exhibit D is a true and correct copy of an extract from the U.K. Charity Commission Annual Report of 1996.

6.      Attached as Exhibit E is a true and correct copy of Jeevan Vasagar, <u>'Hamas-linked' relief funds frozen – British Muslims furious over charity commission's decision to follow US in closing accounts of the UK-based Interpal</u>, The Guardian, dated August 28, 2003.

7.      Attached as Exhibit F is a true and correct copy of the U.K. Charity Commission Order freezing Interpal's accounts held at NatWest, dated August 26, 2003.

8.      Attached as Exhibit G is a true and correct copy of the U.K. Charity Commission Order unfreezing Interpal's accounts held at NatWest, dated September 24, 2003.

9.      Attached as Exhibit H is a true and correct copy of Steve McGonigle, <u>Israel bans Richardson foundation[,] Muslim group denies ties to Hamas militants</u>, The Dallas Morning News, dated June 21, 1997.

10.     Attached as Exhibit I is a true and correct copy of Executive Order No. 13224 published at 66 Federal Registrar 49,079 on September 25, 2001.

11.     Attached as Exhibit J is a true and correct copy of The Federal Reserve Board Structure Data Report For U.S. Offices Of Foreign Banks, as of June 30, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

                                                /s/ Lawrence B. Friedman
                                                  Lawrence B. Friedman

Dated: December 19, 2005
      New York, New York