Sealed 22 August 2003

<u>363</u>
2003

General Charity: Palestinians Relief and
Development Fund also known as
INTERPAL

<u>ID (Lon)</u>
1040094 / 334688

Order under Charities Act 1993
s18(1)(iv) not to part with property

## CHARITY COMMISSION

In the matter of the charity known as Palestinians Relief and Development Fund also known as INTERPAL; and in the matter of the Charities Act 1993.

**THE CHARITY COMMISSIONERS FOR ENGLAND AND WALES** of their own motion in pursuance of sub-section (1)(iv) of Section 18 of the Charities Act 1993 **HEREBY ORDER**

Subject to and until any further Order or Orders of the Charity Commissioners varying or determining the provisions of this order

Royal Bank of Scotland Group/National Westminster Bank, Legal Department, London Litigation Management Team, 2nd Floor 1 Princes Street, London, EC2P 2AH.

shall not part with any money or securities which they hold in the name of the above-mentioned charity, sort code 60-08-22 and any other sort codes without the approval of the Commissioners; provided that the said bank may make such payments as shall be authorised by or on behalf of the Commissioners.

Sealed by Order of the Commissioners this 26th day of August 2003



**ASSISTANT COMMISSIONER**

NOTE    *If you, neglect to obey this Order by the time stated, you may be held to be in contempt of Court and liable to sequestration of your assets.*