Sealed 24 September 2003

428
———
2003

General Charity – Palestinians Relief and Development
Fund also known as INTERPAL

ID (L)
1040094 / 334688

Order determining Order restricting transactions and
payments, section 18(1)(iv)

**CHARITY COMMISSION**

In the matter of the charity known as Palestinians Relief and Development Fund also known as INTERPAL; and
In the matter of the Charities Act 1993

WHEREAS by an Order of the CHARITY COMMISSIONERS FOR ENGLAND AND WALES of 26 August 2003, made in pursuance of sub-section (1)(iv) of Section 18 of the Charities Act 1993 and numbered 363/2003, it was provided that subject to and until any further Order or Orders of the Commissioners varying or determining the provisions of that Orde

Royal Bank of Scotland Group/National Westminster Bank, Legal Department, London Litigation Management Team, 2nd Floor 1 Princes Street, London, EC2P 2AH.

shall not part with any money or securities which they hold on behalf of the above-mentioned charity, sort code 60-08-22 and any other sort codes without the approval of the Commissioners; provided that the said bank may make such payments as shall be authorised by or on behalf of the Commissioners.

NOW THE COMMISSIONERS BY THIS ORDER HEREBY DETERMINE the above-mentioned Order dated 26 August 2003 which shall cease henceforth to have effect.

Sealed by Order of the Commissioners this 24th day of Sepetember 2003

**ASSISTANT COMMISSIONER**