UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    :
TZVI WEISS, LEIB WEISS, MALKA WEISS,  :
YITZCHK WEISS, YERUCHAIM WEISS, and  :
ESTHER DEUTSCH,
    :
                         Plaintiffs,  :    CV 05-4622 (CPS)
    :
                 - against -  :
    :    **STATEMENT OF DEFENDANT**
NATIONAL WESTMINSTER BANK PLC,  :    **PURSUANT TO RULE 7.1 OF THE**
    :    **FEDERAL RULES OF CIVIL**
                        Defendant.  :    **PROCEDURE**
------------------------------------------------------------ X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant National Westminster Bank Plc certifies that National Westminster Bank Plc is wholly owned by The Royal Bank of Scotland plc, which is wholly owned by The Royal Bank of Scotland Group plc.  Only The Royal Bank of Scotland Group plc is a publicly held company.

       Pursuant to Rule 50.1(c) of the Guidelines For The Division Of Business Among District Judges, Eastern District, adopted pursuant to 28 U.S.C. § 137, counsel for National

Westminster Bank Plc attaches the Federal Reserve System Hierarchy Report for The Royal Bank of Scotland Group plc, printed on December 16, 2005.

Dated:  New York, New York
         December 19, 2005

                                          Respectfully submitted,

                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP


                                          By:        /s/ Lawrence B. Friedman
                                              Jonathan I. Blackman (JB 3846)
                                              Lawrence B. Friedman (LF 9978)
                                              Members of the Firm

                                              One Liberty Plaza
                                              New York, New York 10006
                                              (212) 225-2000

                                              Attorneys for Defendant
                                              National Westminster Bank Plc