Complete Summary Hierarchy Report for ROYAL BANK OF SCOTLAND GROUP PLC, THE as of 12/10/2005

| Line # | Name | City | Location | Type |
|---|---|---|---|---|
| 1 | ROYAL BANK OF SCOTLAND GROUP PLC, THE | EDINBURGH | SCOTLAND | Holding Company |
| 2 | RBSG CAPITAL CORPORATION | WILMINGTON | DE | Other Company |
| 3 | ROYAL BANK OF SCOTLAND PLC, THE | EDINBURGH | SCOTLAND | Commercial Bank |
| 4 | ROBOSCOT (12) LIMITED | EDINBURGH | ENGLAND | Holding Company |
| 5 | RBS ADVANTA | EDINBURGH | ENGLAND | Other Company |
| 6 | WORLDPAY LIMITED | ST HELIER | CHANNEL ISLANDS | Other Company |
| 7 | WORLDPAY INC. | LAS VEGAS | NV | Other Company |
| 8 | ROYAL BANK VENTURES INVESTMENTS LIMITED | EDINBURGH | SCOTLAND | Holding Company |
| 9 | SHL GROUP PLC | THAMES DITTON | ENGLAND | Other Company |
| 10 | RBSG INTERNATIONAL HOLDINGS LIMITED | EDINBURGH | SCOTLAND | Holding Company |
| 11 | CITIZENS FINANCIAL GROUP, INC. | PROVIDENCE | RI | Holding Company |
| 12 | KPF CAPITAL TRUST I | PROVIDENCE | RI | Other Company |
| 13 | LYNK SYSTEMS, INC. | ATLANTA | GA | Other Company |
| 14 | CITIZENS BANK, NATIONAL ASSOCIATION | ALBANY | NY | Commercial Bank |
| 15 | NEW TOWN MORTGAGE, LLC | SAINT PETERS | MO | Other Company |
| 16 | SUPERIOR EAST, INC. | PROVIDENCE | RI | Other Company |
| 17 | VT INVESTMENT CORP. IV | PROVIDENCE | RI | Other Company |
| 18 | NY INVESTMENT CORP. IV | PROVIDENCE | RI | Other Company |
| 19 | RBS NATIONAL BANK | BRIDGEPORT | CT | Commercial Bank |
| 20 | CITIZENS CAPITAL TRUST V1 | PROVIDENCE | RI | Other Company |
| 21 | WS, INC. | LAS VEGAS | NV | Other Company |
| 22 | PROPERTY SOLUTIONS NETWORK, INC. | NAPERVILLE | IL | Other Company |
| 23 | CFG SERVICE CORP | BOSTON | MA | Other Company |
| 24 | LIBERTY LINCOLN SERVICE CORP., II | CHICAGO | IL | Other Company |
| 25 | LIBERTY INDIAN CREEK CLUB, LLC | CHICAGO | IL | Other Company |
| 26 | INDIAN CREEK CLUB LIMITED PARTNERSHIP | CHICAGO | IL | Other Company |
| 27 | LIBERTY HUNTERS FARM LLC | CHICAGO | IL | Other Company |
| 28 | HUNTERS FARM LIMITED PARTNERSHIP | CHICAGO | IL | Other Company |
| 29 | LIBERTY TITLE AGENCY | CHICAGO | IL | Insurance Co. |
| 30 | CITIZENS BANK | WILMINGTON | DE | Commercial Bank |
| 31 | CITIZENS BANK OF PENNSYLVANIA | PHILADELPHIA | PA | Savings Bank |
| 32 | WISSAHICKON REAL ESTATE ALLIANCE LLC | PHILADELPHIA | PA | Other Company |
| 33 | THISTLE GROUP HOLDING COMPANY | PHILADELPHIA | PA | Holding Company |
| 34 | TGH SECURITIES | PHILADELPHIA | PA | Securities |
| 35 | THISTLE GROUP HOLDINGS CAPITAL TRUST I | PHILADELPHIA | PA | Other Company |
| 36 | ARGOSY INVESTMENT PARTNERS, LP | WAYNE | PA | Other Company |
| 37 | DOVENMUEHLE MORTGAGE COMPANY, LP, TRANCHE VIII SERVICING DIVISION | SCHAUMBURG | IL | Other Company |
| 38 | PA INVESTMENT CORP IV | PROVIDENCE | RI | Other Company |
| 39 | PA INVESTMENT CORP III | PROVIDENCE | RI | Other Company |
| 40 | PA INVESTMENT CORP II | PROVIDENCE | RI | Other Company |
| 41 | PA INVESTMENT CORP I | PROVIDENCE | RI | Other Company |
| 42 | CITIZENS AUTOMOBILE FINANCE, INC | PROVIDENCE | RI | Other Company |
| 43 | CITIZENS CLAIR INSURANCE AGENCY, LLC | PLYMOUTH MEETING | PA | Insurance Co. |

| Line # | Name | City | Location | Type |
|---|---|---|---|---|
| 44 | CHARTER ONE REINSURANCE, INC. | BURLINGTON | VT | Insurance Co. |
| 45 | ST. PAUL FINANCIAL DEVELOPMENT CORP. | ST. CHARLES | IL | Other Company |
| 46 | WARWICK RESIDENTIAL MORTGAGE CORP. | PROVIDENCE | RI | Other Company |
| 47 | CAMBRIDGE TRADE FINANCE CORPORATION | BOSTON | MA | Other Company |
| 48 | CITIZENS PLAZA, INC. | PROVIDENCE | RI | Other Company |
| 49 | CFG INVESTMENT CORP | PROVIDENCE | RI | Other Company |
| 50 | CITIZENS VENTURES, INCORPORATED | BOSTON | MA | Other Company |
| 51 | CITIZENS CAPITAL, INC. | BOSTON | MA | Other Company |
| 52 | CFG REALTY CO., INC. | PROVIDENCE | RI | Other Company |
| 53 | CFG ASSOCIATES, LIMITED PARTNERSHIP | PROVIDENCE | RI | Other Company |
| 54 | CAMBRIDGE BANCORP** | CAMBRIDGE | MA | Holding Company |
| 55 | CITIZENS BANK OF RHODE ISLAND | PROVIDENCE | RI | Commercial Bank |
| 56 | CB LEASING CORP | PROVIDENCE | RI | Other Company |
| 57 | CSB INVESTMENT CORP. | PROVIDENCE | RI | Other Company |
| 58 | CITIZENS RI INVESTMENT CORP. IV | PROVIDENCE | RI | Other Company |
| 59 | CITIZENS MORTGAGE CORP | EAST PROVIDENCE | RI | Other Company |
| 60 | CCO INVESTMENT SERVICES CORP | PROVIDENCE | RI | Other Company |
| 61 | CITIZENS INSURANCE AGENCY OF NEW YORK, INC. | PROVIDENCE | RI | Insurance Co. |
| 62 | CITIZENS FINANCIAL SERVICES INSURANCE AGENCY, INC | PROVIDENCE | RI | Insurance Co. |
| 63 | CHARTER ONE BANK, NATIONAL ASSOCIATION | CLEVELAND | OH | Commercial Bank |
| 64 | PREFERRED MORTGAGE ASSOCIATES, LTD | CHICAGO | IL | Other Company |
| 65 | CHARTER ONE SECURITIES, INC. | CLEVELAND | OH | Securities |
| 66 | 1215 FINANCIAL CENTER ASSOCIATES, LTD. | CLEVELAND | OH | Other Company |
| 67 | SUPERIOR WEST INCORPORATED | LAS VEGAS | NV | Other Company |
| 68 | OH INVESTMENT CORP. IV | PROVIDENCE | RI | Other Company |
| 69 | CHARTER ONE AUTO FINANCE CORP. | ROCHESTER | NY | Other Company |
| 70 | WARM SPRINGS INVESTMENT, INC. | LAS VEGAS | NV | Other Company |
| 71 | FIRST FINANCIAL SERVICES AND DEVELOPMENT CORP., THE | CLEVELAND | OH | Holding Company |
| 72 | ICX CORPORATION | INDEPENDENCE | OH | Other Company |
| 73 | CFG APPRAISAL INC. | CLEVELAND | OH | Other Company |
| 74 | CCO MORTGAGE CORP. | RICHMOND | VA | Other Company |
| 75 | SUSSEX MORTGAGE, LLC | PASADENA | MD | Other Company |
| 76 | CHARTER ONE MORTGAGE OF DELAWARE, LLC | DOVER | DE | Other Company |
| 77 | SOUTHEAST MORTGAGE GROUP, LLC | ASHEVILLE | NC | Other Company |
| 78 | CHARTER ONE MORTGAGE OF MARYLAND, LLC | CHESTER | MD | Other Company |
| 79 | CHARTER ONE MORTGAGE SERVICES OF MICHIGAN, LLC | UTICA | MI | Other Company |
| 80 | CHARTER ONE MORTGAGE OF DAYTON, LLC | DAYTON | OH | Other Company |
| 81 | YILITE MORTGAGE, LLC | CHARLOTTE | NC | Other Company |
| 82 | FIRST CHESAPEAKE MORTGAGE, LLC | CHARLOTTE | NC | Other Company |
| 83 | CHARTER ONE - PHCC, LLC | CHARLOTTE | NC | Other Company |
| 84 | CHARTER ONE MORTGAGE OF WILLIAMSBURG, LLC | WILLIAMSBURG | VA | Other Company |
| 85 | CRAFT MORTGAGE, LLC | MONROE | NC | Other Company |
| 86 | CHARTER ONE INSURANCE AGENCY, INC. | CLEVELAND | OH | Insurance Co. |

Complete Summary Hierarchy Report for ROYAL BANK OF SCOTLAND GROUP PLC, THE as of 12/10/2005

| Line # | Name | City | Location | Type |
|---|---|---|---|---|
| 87 | SERVCO, INC. | CLEVELAND | OH | Holding Company |
| 88 | 1001 SERVICES, INC. | DETROIT | MI | Other Company |
| 89 | CHARTER ONE COMMUNITY DEVELOPMENT CORPORATION | ALBANY | NY | Other Company |
| 90 | CITIZENS BANK OF CONNECTICUT | NEW LONDON | CT | Savings Bank |
| 91 | VANTISLIFE INSURANCE COMPANY | EAST HARTFORD | CT | Insurance Co. |
| 92 | SUNKISS REALTY | PROVIDENCE | RI | Other Company |
| 93 | CITIZENS CT INVESTMENT CORP. IV | PROVIDENCE | RI | Other Company |
| 94 | CONNECTICUT FINANCIAL REALTY CORPORATION | NEW LONDON | CT | Other Company |
| 95 | CONNECTICUT REALTY INVESTORS, INC. | NEW LONDON | CT | Other Company |
| 96 | 834 WASHINGTON STREET ASSOCIATES | NEW LONDON | CT | Other Company |
| 97 | CITIZENS BANK NEW HAMPSHIRE | MANCHESTER | NH | Savings Bank |
| 98 | CENTRAL PARK-NH REALTY CORP | PROVIDENCE | RI | Other Company |
| 99 | CITIZENS NH INVESTMENT CORP. IV | PROVIDENCE | RI | Other Company |
| 100 | NH PREFERRED FUNDING CORPORATION | MANCHESTER | NH | Other Company |
| 101 | FIRST NH MORTGAGE CORP. | MANCHESTER | NH | Other Company |
| 102 | CITIZENS BANK OF MASSACHUSETTS | BOSTON | MA | Commercial Bank |
| 103 | FEITELBERG COMPANY, INC., THE | FALL RIVER | MA | Insurance Co. |
| 104 | VIVEIROS-FEITELBERG REAL ESTATE TRUST | FALL RIVER | MA | Holding Company |
| 105 | VIVEIROS-FEITELBERG INSURANCE AGENCY, INC. | FALL RIVER | MA | Insurance Co. |
| 106 | CITIZENS TRADE SERVICES, LIMITED | HONG KONG | HONG KONG | Other Company |
| 107 | PROSPECT REAL ESTATE INVESTMENT CORP. | BRIGHTON | MA | Other Company |
| 108 | CBM AUTO LEASE LLC | BOSTON | MA | Other Company |
| 109 | COURT STREET CHARITABLE FOUNDATION, INC. | BOSTON | MA | Other Company |
| 110 | MASS INVESTMENT CORP. | PROVIDENCE | RI | Other Company |
| 111 | RI REALTY TRUST, INC. | BOSTON | MA | Other Company |
| 112 | CITIZENS INVESTMENT CORP | PROVIDENCE | RI | Other Company |
| 113 | MA INVESTMENT CORP. IV | PROVIDENCE | RI | Other Company |
| 114 | CITIZENS BUSINESS TRUST | PROVIDENCE | RI | Other Company |
| 115 | BREWER & LORD, LLC | NORWELL | MA | Insurance Co. |
| 116 | BREWER & LORD INSURANCE ADVISORS, INC | NORWELL | MA | Other Company |
| 117 | MEDFORD SECURITIES CORPORATION | BOSTON | MA | Other Company |
| 118 | B.C.B INVESTMENT CORP | BOSTON | MA | Securities |
| 119 | MINUTEMAN INVESTMENTS CORP | BOSTON | MA | Other Company |
| 120 | BRAINTREE SAVINGS CORP. | BRAINTREE | MA | Other Company |
| 121 | TEMPLE INVESTMENT CORPORATION | BRIGHTON | MA | Other Company |
| 122 | COMMUNITY SECURITIES CORP. | HUDSON | MA | Other Company |
| 123 | MCD REALTY LIMITED PARTNERSHIP | BOSTON | MA | Other Company |
| 124 | CBM LEASING CORPORATION | BOSTON | MA | Other Company |
| 125 | WOBURN NATIONAL REALTY TRUST | BOSTON | MA | Other Company |
| 126 | CITIZENS LEASING CORPORATION | PROVIDENCE | RI | Other Company |
| 127 | ROYAL BANK INVESTMENT LIMITED | EDINBURGH | ENGLAND | Holding Company |
| 128 | FLOWPLANT GROUP LIMITED | HANDSWORTH | ENGLAND | Other Company |
| 129 | HARBEN INC. | CUMMING | GA | Other Company |

Complete Summary Hierarchy Report for ROYAL BANK OF SCOTLAND GROUP PLC, THE as of 12/10/2005

| Line # | Name | City | Location | Type |
|---|---|---|---|---|
| 130 | ROSS CATHERALL GROUP LIMITED | BIRMINGHAM | ENGLAND | Other Company |
| 131 |   INGLEBY (1389) LIMITED | BIRMINGHAM | ENGLAND | Other Company |
| 132 |     INGLEBY US HOLDING INC | DELAWARE COUNTY | DE | Other Company |
| 133 |       TRUCAST INC. | NEWBERRY | SC | Other Company |
| 134 |         CERTIFIED ALLOY PRODUCTS INC. | LONG BEACH | CA | Other Company |
| 135 |   PERDIX INVESMENTS LIMITED | HALESOWEN | ENGLAND | Other Company |
| 136 |     WYKO GROUP PLC | HALESOWEN | ENGLAND | Other Company |
| 137 |       WYKO INC | GREENBACK | TN | Other Company |
| 138 |   FLOW INDUSTRIES LIMITED | LENTON | ENGLAND | Other Company |
| 139 |     CONFLOW INC. | WASHINGTON | PA | Other Company |
| 140 | RBDC INVESTMENTS LIMITED | EDINBURGH | ENGLAND | Holding Company |
| 141 |   FWPS GROUP LIMITED | BIRMINGHAM | ENGLAND | Other Company |
| 142 |   CTEX SEAT COMFORT LIMITED | BURTON ON TRENT | ENGLAND | Other Company |
| 143 | NATIONAL WESTMINSTER BANK PLC | LONDON | ENGLAND | Commercial Bank |
| 144 |   MAGEX HOLDINGS LIMITED | LONDON | UNITED KINGDOM (OTHER) | Other Company |
| 145 |     OPEN PAYMENT TECHNOLOGIES INC | SCOTTSDALE | AZ | Other Company |
| 146 |   NATIONAL WESTMINSTER INTERNATIONAL HOLDINGS BV | DH HOUTEN | NETHERLANDS | Holding Company |
| 147 |     RBS NETHERLANDS HOLDINGS BV | DH HOUTEN | NETHERLANDS | Holding Company |
| 148 |       BIBIT BV | BUNNIK | NETHERLANDS | Other Company |
| 149 |         BIBIT SECURE INTERNET PAYMENTS INC | DOVER | DE | Other Company |
| 150 |         COUTTS BANK VON ERNST LTD | ZURICH | SWITZERLAND (OTHER) | Commercial Bank |
| 151 |           BANK VON ERNST & CIE AG | ZURICH | SWITZERLAND (OTHER) | Commercial Bank |
| 152 |   STB SYSTEMS LIMITED | LONDON | ENGLAND | Other Company |
| 153 |     STB SYSTEMS INC. | NEW YORK | NY | Other Company |
| 154 |   5 FIFTEEN LIMITED | SLOUGH | ENGLAND | Other Company |
| 155 |     5 FIFTEEN INC. | ESSEX | MA | Other Company |
| 156 |   ACTIVE NAVIGATION LIMITED** | SOUTHAMPTON | ENGLAND | Other Company |
| 157 |   NATIONAL WESTMINSTER INVESTMENTS NO. 1 LTD | LONDON | ENGLAND | Other Company |
| 158 |   NATWEST ASSET MANAGEMENT HOLDINGS LTD | LONDON | ENGLAND | Securities |
| 159 |     NATWEST EQUITY PARTNERS GROUP LTD | LONDON | ENGLAND | Holding Company |
| 160 |       NATWEST EQUITY PARTNERS SCOTTISH GP LTD | EDINBURGH | ENGLAND | Other Company |
| 161 |       NATWEST EQUITY PARTNERS (GP) LTD | LONDON | ENGLAND | Other Company |
| 162 |       NATWEST EQUITY PARTNERS SPA | MILANO | ITALY (OTHER) | Holding Company |
| 163 |   NATWEST MARKETS ASSET MANAGEMENT HOLDINGS LTD | LONDON | ENGLAND | Securities |
| 164 |   RBS PENSION TRUSTEES LIMITED | LONDON | ENGLAND | Other Company |
| 165 |     PROTOCOL ASSOCIATES NV | NOTTINGHAM | ENGLAND | Other Company |
| 166 |     INGLEBY (1268) LIMITED** | SUTTON COLDFIELD | ENGLAND | Other Company |
| 167 |     INGLEBY (1267) LIMITED** | SUTTON COLDFIELD | ENGLAND | Other Company |
| 168 |     EUROPEAN PRIVATE EQUITY FUND, THE** | LONDON | ENGLAND | Other Company |
| 169 |     HALCO GROUP LTD | SOUTHOWRAM HALIFAX | ENGLAND | Other Company |
| 170 |     SOVEREIGN RUBBER LTD** | STOCKPORT CHESHIRE | ENGLAND | Other Company |
| 171 |   NATWEST GROUP HOLDINGS CORPORATION | GREENWICH | CT | Holding Company |
| 172 |     RBS GREENWICH CAPITAL PROPERTY ACQUISITION CORP. | GREENWICH | CT | Other Company |

Complete Summary Hierarchy Report for ROYAL BANK OF SCOTLAND GROUP PLC, THE as of 12/10/2005

| Line # | Name | City | Location | Type |
|---|---|---|---|---|
| 173 | RBS NORTH AMERICA SERVICES, INC. | GREENWICH | CT | Other Company |
| 174 | GREENWICH CAPITAL HOLDINGS, INC. | GREENWICH | CT | Holding Company |
| 175 | GREENWICH INTERNATIONAL LIMITED | GREENWICH | CT | Other Company |
| 176 | GREENWICH CAPITAL COMMERCIAL FUNDING CORP | GREENWICH | CT | Other Company |
| 177 | FINANCIAL ASSETS SECURITIES CORP. | GREENWICH | CT | Other Company |
| 178 | GREENWICH CAPITAL DERIVATIVES, INC. | GREENWICH | CT | Securities |
| 179 | GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. | GREENWICH | CT | Other Company |
| 180 | TRANSISTOR HOLDINGS, LLC | LAS VEGAS | NV | Holding Company |
| 181 | RELAY FUNDING, LLC | LAS VEGAS | NV | Other Company |
| 182 | TRANSISTOR, LLC | LAS VEGAS | NV | Other Company |
| 183 | CAPACITOR, LLC | LAS VEGAS | NV | Other Company |
| 184 | TRUMAN CAPITAL FOUNDERS, LLC | ARMONK | NY | Other Company |
| 185 | SOUNDVIEW FUNDING CORPORATION | GREENWICH | CT | Other Company |
| 186 | GREENWICH CAPITAL CORPORATE SERVICES, INC. | JERSEY CITY | NJ | Other Company |
| 187 | TRUMAN CAPITAL INVESTMENT FUND, LP | ARMONK | NY | Holding Company |
| 188 | HARBORVIEW COMMERCIAL HOLDINGS I, LLC | GREENWICH | CT | Other Company |
| 189 | NAL FINANCIAL GROUP, INC. ** | FORT LAUDERDALE | FL | Other Company |
| 190 | GREENWICH CAPITAL ACCEPTANCE, INC. | GREENWICH | CT | Other Company |
| 191 | GREENWICH CAPITAL MARKETS, INC. | GREENWICH | CT | Securities |
| 192 | RBS CBFM NORTH AMERICA CORP | NEW YORK | NY | Holding Company |
| 193 | RBS SECURITIES CORPORATION | NEW YORK | NY | Securities |
| 194 | RBS ASSET FINANCE, INC. | NEW YORK | NY | Other Company |
| 195 | RBS CAPITAL CORPORATION | NEW YORK | NY | Other Company |
| 196 | RBS EQUITY CORPORATION | NEW YORK | NY | Other Company |
| 197 | NATWEST VENTURES INVESTMENTS LTD | LONDON | ENGLAND | Securities |
| 198 | EUROPEAN PRIVATE EQUITY FUND, THE** | LONDON | ENGLAND | Other Company |
| 199 | TUTOGEN MEDICAL INC | PARSIPPANY | NJ | Other Company |
| 200 | CLARES EQUIPMENT HOLDINGS LTD. ** | WELLS | ENGLAND | Other Company |

Total Number of Institutions: 200

** For purposes of Regulation Y, the top-tier reporter's ownership level in this banking organization does not meet
the definition of "control"; however, the ownership level does meet the FR Y-10/10F reportability criteria as this banking
relationship is regulated by the Federal Reserve.