```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
TZVI WEISS, LEIB WEISS, MALKA WEISS,                         :
YITZCHK WEISS, YERUCHAIM WEISS, and                          :
ESTHER DEUTSCH,                                              :
                                                             :     CV 05-4622 (CPS)
                            Plaintiffs,                      :
                                                             :
         - against -                                         :
                                                             :
NATIONAL WESTMINSTER BANK PLC,                               :
                                                             :
                            Defendant.                       :
                                                             :
------------------------------------------------------------ X
```

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        One Liberty Plaza
        New York, New York 10006
        (212) 225-2000

        Attorneys for Defendant
        National Westminster Bank Plc

Of Counsel:

Jonathan I. Blackman
Lawrence B. Friedman
Isabelle A. Young