# **TABLE OF CONTENTS**

Page

TABLE OF AUTHORITIES ................................................................................................ iv

PRELIMINARY STATEMENT ........................................................................................... 1

FACTS ALLEGED IN THE COMPLAINT ........................................................................ 5

    A.    Background ................................................................................................ 5

    B.    Allegations About HAMAS And Interpal ................................................. 6

    C.    Allegations About NatWest ....................................................................... 9

ARGUMENT ........................................................................................................................ 10

POINT I

PLAINTIFFS HAVE NOT STATED A CLAIM AGAINST
NATWEST UNDER SECTION 2339B (SECOND CLAIM
FOR RELIEF) OR 2339C (THIRD CLAIM FOR RELIEF) ............................................... 10

    A.    The Statutory Framework ........................................................................ 12

    B.    The Complaint Does Not Plead Facts Sufficient To
           Establish That NatWest Knowingly Provided Material
           Support Or Resources To A Foreign Terrorist
           Organization Under Section 2339B ......................................................... 13

        1.    The Complaint Does Not Plead Adequate Facts
            Concerning The Requisite FTO Designation
            Under Section 2339B ..................................................................... 14

        2.    The Complaint Does Not Adequately Plead That
            NatWest's Actions Constituted Material Support
            Under Section 2339B ..................................................................... 15

        3.    The Complaint Does Not Adequately Plead The
            Requisite Knowledge And Intent Under
            Section 2339B ................................................................................ 17

|  |  |  | Page |
|---|---|---|---|
|  | 4. | The Provisions Of Section 2339B Specifically Addressing Financial Institutions Further Establish That Plaintiffs Cannot Allege That NatWest Provided Material Support Under Section 2339B ......................... | 19 |
|  | 5. | The Complaint Fails To Plead Any Facts To Support The Exercise Of Extraterritorial Jurisdiction Under Section 2339B ................................................... | 20 |
| C. | The Complaint Does Not Plead Facts Sufficient To Establish That NatWest Provided Or Collected Funds In Violation Of Section 2339C ................................................................. | | 20 |
|  | 1. | The Complaint Does Not Adequately Plead That NatWest Committed The Requisite *Actus Reus* Under Section 2339C........................................................................ | 21 |
|  | 2. | The Complaint Does Not Adequately Allege That NatWest Possessed The Requisite *Mens Rea* Under Section 2339C........................................................................ | 24 |

POINT II

PLAINTIFFS CANNOT IMPOSE GENERAL AIDING AND
ABETTING LIABILITY ON NATWEST ........................................................................... 27

| A. | Secondary Liability Should Not Be Implied At All Under Section 2333(a) .......................................................................... | 28 |
|---|---|---|
| B. | When Congress Intended To Create Liability For Secondary Actors Under Section 2333(a), It Did So <u>Expressly</u> In Section 2339B And Section 2339C................................... | 31 |
| C. | If There Is General Secondary Liability Under Section 2333(a), The Pleaded Facts Must Satisfy Criminal Aiding And Abetting Standards Under 18 U.S.C. § 2, As They Indisputably Do Not Here............................................................................ | 32 |
| D. | Alternatively, The Pleaded Facts Must Satisfy Aiding And Abetting Standards Under The Restatement (Second) Of Torts § 876(b), Which They Also Fail To Do ....................................... | 33 |

Page

1. The Complaint Does Not Allege Facts Sufficient To Establish That NatWest Had Actual Knowledge Of The Alleged Terrorist Activities .................................................. 34

2. The Complaint Does Not Allege Facts Sufficient To Establish That NatWest Provided Substantial Assistance Or Encouragement To The Alleged Terrorist Activities ........................................................................... 36

POINT III

PLAINTIFFS HAVE NOT PLEADED FACTS SUFFICIENT TO ESTABLISH THE REQUISITE PROXIMATE CASUAL LINK BETWEEN NATWEST'S ALLEGED CONDUCT AND ANY INJURY PLAINTIFFS SUSTAINED ..................................................................... 38

POINT IV

PRINCIPLES OF INTERNATIONAL COMITY LEND FURTHER SUPPORT TO DISMISSAL OF PLAINTIFFS' COMPLAINT ........................................ 42

CONCLUSION ........................................................................................................ 45

# TABLE OF AUTHORITIES

Page(s)

**Statutes**

| | |
|---|---|
| 8 U.S.C. § 1189 | 14 |
| 15 U.S.C. § 15(a) | 40 |
| 18 U.S.C. § 2 | 32 |
| 18 U.S.C. § 1964(c) | 30 |
| 18 U.S.C. § 2331 | 32 |
| 18 U.S.C. § 2331(1) | 12-13 |
| 18 U.S.C. § 2333(a) | 12, 32, 39 |
| 18 U.S.C. § 2339A(b) | 16 |
| 18 U.S.C. § 2339B | 14 |
| 18 U.S.C. § 2339B(a)(1) | 13 |
| 18 U.S.C. § 2339B(a)(2) | 19 |
| 18 U.S.C. § 2339B(b) | 19 |
| 18 U.S.C. § 2339B(d)(1)(E) | 20 |
| 18 U.S.C. § 2339B(g)(4) | 16 |
| 18 U.S.C. § 2339B(g)(6) | 14 |
| 18 U.S.C. § 2339C | 23 |
| 18 U.S.C. § 2339C(a)(1) | 20, 24 |
| 18 U.S.C. § 2339C(e)(4) | 31 |
| 18 U.S.C. § 2339C (e)(5) | 31 |

Page(s)

**Cases**

Armstrong v. McAlpin,
699 F.2d 79 (2d Cir. 1983), abrogation recognized on other grounds,
Rabin v. Fivzar Assocs., 801 F. Supp. 1045 (S.D.N.Y. 1992) ......................................... 34, 37, 38

Billy Baxter, Inc. v. Coca-Cola Co.,
431 F.2d 183 (2d Cir. 1970)................................................................................................. 40

Bloor v. Carro, Spanbock, Londin, Rodman & Fass,
754 F.2d 57 (2d Cir. 1985).................................................................................................. 38

Boim v. Quranic Literacy Inst. & Holy Land Found. for Relief & Dev.,
291 F.3d 1000 (7th Cir. 2002) ...................................................................................... passim

Broder v. Cablevision Sys. Corp.,
418 F.3d 187 (2d Cir. 2005)................................................................................................ 11

Cent. Bank of Denver, N.A. v. First Interstate Bank of Denver, N.A.,
511 U.S. 164 (1994).................................................................................................. 3, 28, 29, 31

Cohen v. Standard Bank Inv. Corp. (Jersey) Ltd.,
No. 97 Civ. 3802 (SAS), 1998 WL 782024 (S.D.N.Y. Nov. 6, 1998) ................................ 36

Cortec Indus., Inc. v. Sum Holding L.P.,
949 F.2d 42 (2d Cir. 1991), cert. denied, 503 U.S. 960 (1992) .......................................... 11

Dep't of Econ. Dev. v. Arthur Anderson & Co.,
924 F. Supp. 449 (S.D.N.Y. 1996).......................................................................... 28-29, 30, 31

Dickens v. Chem. Bank,
573 F. Supp. 1129 (S.D.N.Y. 1983)....................................................................... 34, 36, 37, 38

Dillon v. Militano,
731 F. Supp. 634 (S.D.N.Y. 1990)................................................................................ 11, 34, 38

Edwards & Hanly v. Wells Fargo Secs., Clearance Corp.,
602 F.2d 478 (2d Cir. 1979), cert. denied, 444 U.S. 1045 (1980) ............................. 34, 36, 37, 38

First Nationwide Bank v. Gelt Funding Corp.,
27 F.3d 763 (2d Cir. 1994), cert. denied, 513 U.S. 1079 (1995) ...................... 10-11, 40-42

Fundacion Museo de Arte Contemporaneo de Caracas – Sofia Imber v.
CBI-TDB Union Bancaire Privee,
996 F. Supp. 277 (S.D.N.Y.), aff'd, 160 F.3d 146 (2d Cir. 1998)...................................... 34

Page(s)

Goldfine v. Sichenzia,
118 F. Supp. 2d 392 (S.D.N.Y. 2000) .......................................................................... 29, 30

Halberstam v. Welch,
705 F.2d 472 (D.C. Cir. 1983) ..................................................................................... 35

Hayden v. Paul, Weiss, Rifkind, Wharton & Garrison,
955 F. Supp. 248 (S.D.N.Y. 1997) ............................................................................... 30

Hecht v. Commerce Clearing House,
897 F.2d 21 (2d Cir. 1990) ........................................................................................... 40

Hilton v. Guyot,
159 U.S. 113 (1895) ..................................................................................................... 42

Holmes v. Secs. Investor Prot.,
503 U.S. 258 (1992) .......................................................................................... 39, 40, 41

Humanitarian Law Project v. Gonzales,
380 F. Supp. 2d 1134 (C.D. Cal. 2005) ....................................................................... 18

IIT, An Int'l Inv. Trust v. Cornfeld,
619 F.2d 909 (2d Cir. 1980) ................................................................................... 34, 36

In re Gas Reclamation, Inc. Secs. Litig.,
663 F. Supp. 1123 (S.D.N.Y. 1987) ............................................................................. 40

In re Terrorist Attacks on Sept. 11, 2001,
349 F. Supp. 2d 765 (S.D.N.Y),
on reconsideration in part, 392 F. Supp. 2d 539 (S.D.N.Y. 2005) ........................ passim

In re Terrorist Attacks on Sept. 11, 2001,
392 F. Supp. 2d 539 (S.D.N.Y. 2005) .......................................................................... 28

Kidder Peabody & Co. v. Unigestion Int'l, Ltd.,
903 F. Supp. 479 (S.D.N.Y. 1995) ............................................................................... 29

Kolbeck v. LIT. Am., Inc.,
939 F. Supp. 240 (S.D.N.Y. 1996), aff'd, 152 F.3d 918 (2d Cir. 1998) ....................... 34

Laro, Inc. v. Chase Manhattan Bank (Nat'l Ass'n),
866 F. Supp. 132 (S.D.N.Y. 1994), aff'd, 60 F.3d 810 (2d Cir. 1995) .......................... 35

LaSalle Nat'l Bank v. Duff & Phelps Credit Rating Co.,
951 F. Supp. 1071 (S.D.N.Y. 1996) ............................................................................. 30

Page(s)

Lerner v. Fleet Bank, N.A.,
318 F.3d 113 (2d Cir.), cert. denied, 540 U.S. 1012 (2003) .............................................. 39-40

Linde v. Arab Bank, PLC,
353 F. Supp. 2d 327 (E.D.N.Y. 2004) ................................................................................ 32

Linde v. Arab Bank, PLC,
384 F. Supp. 2d 571 (E.D.N.Y. 2005) ................................................................................ passim

Mackey v. Lanier Collection Agency & Serv., Inc.,
486 U.S. 825 (1988) ............................................................................................................ 32

MCI Telecomm. Corp. v. Graphnet, Inc.,
881 F. Supp. 126 (D.N.J. 1995) .......................................................................................... 31

Nat'l Council of Resistance of Iran v. Dep't of State,
373 F.3d 152 (D.C. Cir. 2004) ............................................................................................ 15

Nat'l Labor Relations Bd. v. E.C. Atkins & Co.,
331 U.S. 398 (1947) ............................................................................................................ 11

Nigerian Nat'l Petroleum Corp. v. Citibank, N.A.,
No. 98 CIV. 4960 (MBM), 1999 WL 558141 (S.D.N.Y. July 30, 1999) ........................... 37

Nye & Nissen v. United States,
336 U.S. 613 (1949) ............................................................................................................ 33

Pennsylvania Ass'n of Edwards Heirs v. Rightenour,
235 F.3d 839 (3d Cir. 2000), cert. denied, 534 U.S. 816 (2001) ....................................... 28, 30

Renner v. Chase Manhattan Bank,
No. 98 Civ. 926 (CSH), 1999 WL 47239 (S.D.N.Y. Feb. 3, 1999) .................................... 34, 36

Renner v. Chase Manhattan Bank,
No. 98 CIV. 926 (CSH), 2000 WL 781081 (S.D.N.Y. June 16, 2000) .............................. 37

Rolo v. City Investing Co. Liquidating Trust,
155 F.3d 644 (3d Cir. 1998), abrogation on other grounds recognized by
Forbes v. Eagleson, 228 F.3d 471 (3d Cir. 2000) ............................................................... 30

Ross v. Bolton,
639 F. Supp. 323 (S.D.N.Y. 1986) ...................................................................................... 34, 37

Rosenheck v. Rieber,
932 F. Supp. 626 (S.D.N.Y. 1996) ...................................................................................... 30

|  | Page(s) |
|---|---|
| Ryan, PRD, Corp. v. Hunton & Williams,<br>No. 99-CV-5938 (JG), 2000 WL 1375265 (E.D.N.Y. Sept. 20, 2000) | 35, 37 |
| Tempel v. United States,<br>248 U.S. 121 (1918) | 11 |
| Tzaras v. Evergreen Int'l Spot Trading, Inc.,<br>No. 01 Civ. 10726 (LAP), 2003 WL 470611 (S.D.N.Y. Feb. 25, 2003) | 36 |
| United States v. Al-Arian,<br>308 F. Supp. 2d 1322 (M.D. Fla.),<br>modification denied by, 329 F. Supp. 2d 1294 (M.D. Fla. 2004) | 18 |
| United States v. Dauray,<br>215 F.3d 257 (2d Cir. 2000) | 21, 22 |
| United States v. Friedman,<br>300 F.3d 111 (2d Cir. 2002), cert. denied, 538 U.S. 981 (2003) | 33 |
| United States v. Khan,<br>309 F. Supp. 2d 789 (E.D. Va. 2004) | 14 |
| United States v. Local 560 of the Int'l Bd. of Teamsters, Chauffeurs,<br>Warehousemen, & Helpers of Am.,<br>780 F.2d 267 (3d Cir. 1985), cert. denied, 476 U.S. 1140 (1986) | 32-33 |
| United States v. Local 1804-1 Int'l Longshoremen's Ass'n,<br>812 F. Supp. 1303 (S.D.N.Y. 1993) | 32 |
| United States v. Medina,<br>32 F.3d 40 (2d Cir. 1994) | 33 |
| United States v. Samaria,<br>239 F.3d 228 (2d Cir. 2001) | 33 |
| United States v. Sattar,<br>314 F. Supp. 2d 279 (S.D.N.Y. 2004) | 18 |
| Washington State Dep't of Soc. & Health Servs. v.<br>Guardianship Estate of Keffeler,<br>537 U.S. 371 (2003) | 22 |
| Williams v. Bank Leumi Trust Co. of N.Y.,<br>No. 96 CIV. 6695 (LMM), 1997 WL 289865 (S.D.N.Y. May 30, 1997) | 34-35, 36 |

Page(s)

**Other Authorities**

147 Cong. Rec. E2397 (daily ed. Dec. 19, 2001) ............................................................... 23

H.R. Rep. No. 107-307 (2001)........................................................................................... 23

Implementation of the International Convention for the Suppression of
Terrorist Bombings and the International Convention for the Suppression
of the Financing of Terrorism: Hearing on H.R. 3275 Before the
Subcomm. on Crime of the H. Comm. on the Judiciary, 107th Cong. 10 (2001) ............... 23-24

Restatement (Second) of Torts § 876(b) (1979) ................................................................ 33-24

Merriam-Webster OnLine, http://www.m-w.com, last visited Nov. 28, 2005 ................... 22, 23