UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
TZVI WEISS, LEIB WEISS, MALKA WEISS, :
YITZCHK WEISS, YERUCHAIM WEISS, and :
ESTHER DEUTSCH, :
: CV 05-4622 (CPS)
Plaintiffs, :
:
- against - :
:
NATIONAL WESTMINSTER BANK PLC, :
:
Defendant. :
------------------------------------------------------------ X

### UNREPORTED DECISIONS CITED IN MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Defendant
National Westminster Bank Plc

Of Counsel:

Jonathan I. Blackman
Lawrence B. Friedman
Isabelle A. Young

**INDEX OF UNREPORTED DECISIONS CITED IN MEMORANDUM
OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Cohen v. Standard Bank Inv. Corp. (Jersey) Ltd.,
No. 97 Civ. 3802 (SAS), 1998 WL 782024 (S.D.N.Y. Nov. 6, 1998)

Nigerian Nat'l Petroleum Corp. v. Citibank, N.A.,
No. 98 Civ. 4960 (MBM), 1999 WL 558141 (S.D.N.Y. July 30, 1999)

Renner v. Chase Manhattan Bank,
No. 98 Civ. 926 (CSH), 1999 WL 47239 (S.D.N.Y. Feb. 3, 1999)

Renner v. Chase Manhattan Bank,
No. 98 Civ. 926 (CSH), 2000 WL 781081 (S.D.N.Y. June 16, 2000)

Ryan, PRD, Corp. v. Hunton & Williams,
No. 99-CV-5938 (JG), 2000 WL 1375265 (E.D.N.Y. Sept. 20, 2000)

Tzaras v. Evergreen Int'l Spot Trading, Inc.,
No. 01 Civ. 10726 (LAP), 2003 WL 470611 (S.D.N.Y. Feb. 25, 2003)

Williams v. Bank Leumi Trust Co. of N.Y.,
No. 96 Civ. 6695 (LMM), 1997 WL 289865 (S.D.N.Y. May 30, 1997)