UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                            :

TZVI WEISS, LEIB WEISS, MALKA WEISS, :
YITZCHK WEISS, YERUCHAIM WEISS, and :
ESTHER DEUTSCH,                     :
                                                           :         CV 05-4622 (CPS)
                        Plaintiffs,      :

                     - against -          :
                                                          :        <u>CERTIFICATE OF SERVICE</u>

NATIONAL WESTMINSTER BANK PLC,   :

                        Defendant.      :
                                                          :
------------------------------------------------------------ X

        I, Richard V. Conza, an attorney admitted to practice before the courts of the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 19th day of December 2005, the Notice of Motion to Dismiss, dated December 19, 2005 and including the Declaration of Lawrence B. Friedman and Exhibits A through J, the Statement of Defendant Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, dated December 19, 2005, the Memorandum of Law in Support of Defendant's Motion to Dismiss, dated December 19, 2005 and the Unreported Decisions Cited in Memorandum of Law in Support of Defendant's Motion to Dismiss were served by hand and by Federal Express, as indicated, upon:

<u>BY HAND</u>

Joshua D. Glatter, Esq.
Wechsler Harwood LLP
488 Madison Avenue
New York, New York 10022

<u>BY FEDERAL EXPRESS</u>

Gary M. Osen, Esq.
Osen & Associate, LLC
700 Kinderkamack Road
Oradell, New Jersey 07649

Robert A. Swift, Esq.
Steven M. Steingard, Esq.
Kohn, Swift & Graf
One South Broad Street
Philadelphia, PA 19107

    2.  This service was made by assistant managing clerks of this firm under my general supervision.

Dated:  New York, New York
        December 20, 2005                                                 s/Richard V. Conza
                                                                                  Richard V. Conza