

## OSEN & ASSOCIATE, LLC

ATTORNEYS AT LAW
700 KINDERKAMACK ROAD, ORADELL, NEW JERSEY 07649
TELEPHONE 201.265.6400   FACSIMILE 201.265.0303
WWW.OSEN.US

**Via Federal Express and ECF**

December 21, 2005

Honorable Charles P. Sifton
United States District Judge
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   **Stipulation Regarding Briefing and Scheduling**
*Weiss v. Natwest, Plc.* **05 CV 4622 (CPS/KAM)**

Dear Judge Sifton:

This firm represents the Plaintiffs in the above-captioned matter. The first filed complaint was served on September 30, 2005 and with the Plaintiffs' consent, Defendant was given until December 19, 2005 to file its Answer or Motion to Dismiss. On December 19, 2005, Defendant filed its Motion to Dismiss. Pursuant to a telephone conference with Magistrate Judge Kiyo Matsumoto today, the parties agreed to the attached stipulation by which Plaintiffs would file an amended complaint by January 5, 2006 and the parties agreed, subject to Your Honor's consent, to the briefing schedule set forth in the stipulation.

Thank you for your consideration of this matter.

Respectfully submitted,

Gary M. Osen

Encl.

cc: Lawrence Friedman, Esq.
    Robert A. Swift, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TZVI WEISS, LEIB WEISS, : 
MALKA WEISS, YITZCHK WEISS, : Case No. CV 05 4622 (CPS)
YERUCHAIM WEISS, and :
ESTHER DEUTSCH, :
 :
                Plaintiffs, :
 :
    -against- : **STIPULATION RE BRIEFING AND**
 : **SCHEDULING**
NATIONAL WESTMINSTER BANK PLC, :
 :
                Defendant. :
---

**IT IS HEREBY STIPULATED AND AGREED** this 21st day of December, 2005 by and between counsel for plaintiffs and counsel for defendant as follows:

1. Plaintiffs will file an amended complaint on or before January 5, 2006 which, when filed, shall moot defendant's Motion to Dismiss which was filed December 19, 2005.

2. Defendant shall answer or otherwise move with regard to the amended complaint on or before January 26, 2006.

3. Plaintiffs shall file an opposition to a motion to dismiss the amended complaint on or before February 9, 2006.

4. Defendant shall file a reply in support of a motion to dismiss the amended complaint on or before February 17, 2006.

5. The foregoing schedule may need revision if: (a) the amended complaint adds new causes of action and/or (b) the motion to dismiss the amended complaint raises legal issues

13267_1

beyond those asserted in the pending motion to dismiss, or issues cognizable under Rule 56. Both parties reserve all of their rights with respect to whether either of these conditions has occurred.

_____
Robert A. Swift, Esq. (RS-8630)
Steven M. Steingard, Esq.
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

Gary M. Osen, Esq. (GO-5790)
Peter Raven-Hansen, Esq.
OSEN & ASSOCIATES, LLC
700 Kindermack Road
Oradell, NJ 07649
Telephone: (201) 265-6400
Facsimile: (201) 265-0303

Andrew D. Friedman, Esq.
Joshua D. Glatter, Esq. (AF-6222)
WECHSLER HARWOOD LLP
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: ((212) 935-7400

Counsel for Plaintiffs

_____
Lawrence Friedman, Esq. (LF-9978)
Jonathan I. Blackman, Esq. (JB-3846)
Isabelle A. Young, Esq.
CLEARY GOTTLIEB STEEN &
   HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Counsel for Defendant

**SO ORDERED:**

_____
Charles P. Sifton, U.S.D.J.

13267_1