UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TZVI WEISS, LEIB WEISS, MALKA WEISS,
YITCHK WEISS, YERUCHAIM WEISS and
ESTHER DEUTSCH

        Plaintiff,

-against-

NATIONAL WESTMINSTER BANK, PLC

        Defendant(s).

NOTICE OF APPEARANCE

Docket No. _____05CV4622_____
**Judge/Magistrate Judge** __CPS/KAM__
**Date:** 12/22/05

PLEASE TAKE NOTICE, that I have been retained by  WEISS et al  _____ the above named Plaintiff/Defendant. I was admitted to practice in this District on  June 17, 2005 .

_(signature)_
Signature

Aaron Schlanger    Osen & Associate LLC
Please Print Name

700 Kinderkamack Road, Oradell, N.J. 07649
Office Address

(201)265-6400
Office Telephone