DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
TZVI WEISS, et al.,

        Plaintiffs,

-against-

NATIONAL WESTMINSTER BANK, PLC.,

        Defendant.
----------------------------------------------------------x

Civil Action No.
CV 05 4622 (CPS)
Judge Sifton

## ORDER

Upon reading and reviewing the submissions in support of the motion for admission pro hac vice of Robert A. Swift and Steven M. Steingard, and good cause having been shown, it is hereby

ORDERED that Robert A. Swift and Steven M. Steingard are permitted to appear and practice pro hac vice in the above-referenced action on behalf of Plaintiffs.

Brooklyn, New York

SO ORDERED:      12/8/05

Kiyo A. Matsumoto
United States Magistrate Judge