# Exhibit 31

Holt, Amanda Vol. 1 07/23/2010

```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF NEW YORK

 3                         Action No: 05cv4622(DGT)(MDG)

 4    - - - - - - - - - - - - - - - - - - - - - -

 5    TZVI WEISS, et al,
                                Plaintiffs,
 6    against

 7    NATIONAL WESTMINSTER BANK, PLC.,
                            Defendant.
 8    - - - - - - - - - - - - - - - - - - - - - -

 9    NATAN APPLEBAUM, et al.,

10                              Plaintiffs,

11    against

12    NATIONAL WESTMINSTER BANK, PLC.,

13                              Defendant.

14

15

16          VIDEOTAPED DEPOSITION OF AMANDA HOLT

17                    Friday 23 July 2010

18                      At:  10:00 am

19                         Taken at:

20        Cleary, Gottlieb, Steen & Hamilton LLP
                55 Basinghall Street, London
21                     United Kingdom

22

23

24

25
                    HIGHLY CONFIDENTIAL                    2
```

```
 1    Gossage, the Head of Group Risk.  I genuinely cannot

 2    remember exactly when, but in 2002.

 3            Q.   And did Mr. Swanney pass over with that

 4    function?

 5            A.   No, he didn't.  The function passed over

 6    but David Swanney I think left the bank at the time.

 7            Q.   Okay, and whenever that function arrived

 8    in -- did it arrive in Group Enterprise Risk?

 9            A.   No, it arrived in Group Risk.

10            Q.   So that was not under your -- that was not

11    part of your remit?

12            A.   Group Compliance was split, I was given

13    responsibility for ensuring that the Know Your Customer

14    requirements were being met, and then subsequently the

15    responsibility for Money Laundering Prevention and

16    Sanctions in Terrorist Financing was formally passed

17    over to Enterprise Risk later on in 2002.  The rest of

18    Compliance, which was renamed Group Regulatory Risk, was

19    passed over to be under Richard Gossage, and there was

20    a new Head of Regulatory Risk recruited.

21            Q.   Do you recall who that was?

22            A.   Stephen Sanders.

23            Q.   When you started at RBS, in early 2002,

24    was Stephen Foster one of the people who reported to

25    you?
```

```
 1            A.   No, he was not.

 2            Q.   Did you hire him at some point?

 3            A.   I hired him, yes.

 4            Q.   Do you recall when that was?

 5            A.   Again, that was in 2002.  It was when

 6   I acquired responsibility for Money Laundering

 7   Prevention and Sanctions in Terrorist Financing.

 8            Q.   And what were Mr. Foster's duties and

 9   responsibilities?

10            A.   I don't recall the detail.  There would

11   have been a detailed job spec, but his title was Head of

12   Group Anti-money Laundering.

13            Q.   And do you recall anybody else who

14   reported to you in or around late 2002, in Group

15   Enterprise Risk?

16            A.   Just for clarity, is that with

17   responsibility for Anti-money Laundering and Financial

18   Crime or across the board?

19            Q.   Let start just with responsibility for

20   Anti-money Laundering and Financial Crime?

21            A.   Stephen Foster had responsibility for

22   Anti-money Laundering and Financial Crime.  There was

23   a separate project going on I think.  Towards the end of

24   2002 and 2003, the Joint Money Laundering Steering

25   Group, which is a regulatory body which has members
```