UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TZVI WEISS, et al.,

               Plaintiffs,

   -against-

NATIONAL WESTMINSTER BANK, PLC

               Defendant
-------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No. 05 CV 4622
Judge/Magistrate Judge CPS/KAM
Date: January 18, 2006

     PLEASE TAKE NOTICE, that my firm has been retained by all plaintiffs in the above captioned matter. I was admitted to practice in this District on October 15, 2004.

Gary M. Osen (GO-5790)
OSEN & ASSOCIATE, LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone: (201) 265-6400
Facsimile:  (201) 265-0303