UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TZVI WEISS, et al.,                            :
                                               :
                                               :
                        Plaintiffs,            :
                                               :
    -against-                                  :
                                               :
NATIONAL WESTMINSTER BANK, PLC                 :
                                               :
                        Defendant              :
-------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No. 05 CV 4622
Judge/Magistrate Judge CPS/KAM
Date: January 18, 2006

PLEASE TAKE NOTICE, that my firm has been retained by all plaintiffs in the above captioned matter. I was admitted to practice in this District on June 17, 2005.

*[signature]*
Aaron Schlanger (AS-9372)
OSEN & ASSOCIATE, LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone: (201) 265-6400
Facsimile:  (201) 265-0303