UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TZVI WEISS, *et al.*,                              :
                                                   :
                   Plaintiffs,            :
                                                   :
           - against -                         :   CV 05-4622 (CPS) (KAM)
                                                   :
NATIONAL WESTMINSTER BANK PLC,                     :
                                                   :
                   Defendant.             :
------------------------------------------------------------ x

## NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

       PLEASE TAKE NOTICE that upon the accompanying Memorandum Of Law In Support Of Defendant's Motion To Dismiss The First Amended Complaint, the attached Declaration Of Lawrence B. Friedman In Support Of Defendant's Motion To Dismiss The First Amended Complaint, dated January 26, 2006, and the exhibits attached thereto, and all the prior pleadings and proceedings herein, Defendant National Westminster Bank Plc will move this Court before the Honorable Charles P. Sifton at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, at 4:30 P.M. on March 1, 2006, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendant's motion to dismiss the First Amended Complaint for failure to state a claim upon which relief can be granted.

    PLEASE TAKE FURTHER NOTICE that pursuant to the Order and Stipulation Re Briefing and Scheduling (Docket No. 26), plaintiffs' opposition papers shall be served and filed on or before February 9, 2006, and Defendant's reply papers shall be served and filed on or before February 17, 2006.

Dated: New York, New York
   January 26, 2006

                Respectfully submitted,

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                By: /s/ Lawrence B. Friedman
                   Jonathan I. Blackman (JB 3846)
                   Lawrence B. Friedman (LF 9978)
                   Members of the Firm

                   One Liberty Plaza
                   New York, New York 10006
                   (212) 225-2000

                   Attorneys for Defendant
                   National Westminster Bank Plc

TO: Gary M. Osen, Esq.
   Aaron Schlanger, Esq.
   Osen & Associate, LLC
   700 Kinderkamack Road
   Oradell, New Jersey 07649

   Joshua D. Glatter, Esq.
   Andrew Friedman, Esq.
   Wechsler Harwood LLP
   488 Madison Avenue
   New York, New York 10022

   Robert A. Swift, Esq.
   Steven M. Steingard, Esq.
   Kohn, Swift & Graf
   One South Broad Street
   Philadelphia, PA 19107