UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                                  :

TZVI WEISS, LEIB WEISS, MALKA WEISS,  :
YITZCHK WEISS, YERUCHAIM WEISS, and  :
ESTHER DEUTSCH,
                                                                                   :
                                     Plaintiffs,                  :         CV 05-4622 (CPS)

                        - against -                :         CERTIFICATE OF SERVICE

NATIONAL WESTMINSTER BANK PLC,       :

                                    Defendant.              :

------------------------------------------------------------ X

        I, Janet Ford, an attorney admitted to practice before the courts of the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1.  On the 26th day of January 2006, the Notice of Motion to Dismiss the First Amended Complaint, dated January 26, 2006 and including the Declaration of Lawrence B. Friedman and Exhibits A through J, the Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint, dated January 26, 2006 and the Unreported Decisions Cited in Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint, were served by Federal Express upon:

                          Joshua D. Glatter, Esq.
                          Andrew Friedman, Esq.
                          Wechsler Harwood LLP
                          488 Madison Avenue
                          New York, New York 10022

        Gary M. Osen, Esq.
        Aaron Schlanger, Esq.
        Osen & Associate, LLC
        700 Kinderkamack Road
        Oradell, New Jersey 07649

        Robert A. Swift, Esq.
        Steven M. Steingard, Esq.
        Kohn, Swift & Graf
        One South Broad Street
        Philadelphia, PA 19107

    2. This service was made by a paralegal of this firm under my general supervision.

Dated:  New York, New York
       January 27, 2006                                s/Janet Ford
                                                                  Janet Ford