# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA

NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS

LONDON · MOSCOW · FRANKFURT · COLOGNE

ROME · MILAN · HONG KONG · TOKYO

Writer's Direct Dial (212) 225-2840
E-Mail: lfriedman@CGSH.com

ROGER W. THOMAS
MARK A. WALKER
LESLIE B. SAMUELS
ALLAN G. SPERLING
MAX GITTER
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
STEPHEN H. SHALEN
LEE C. BUCHHEIT
JAMES M. PEASLEE
THOMAS J. MOLONEY
EDWARD D. KLEINBARD
JONATHAN I. BLACKMAN
WILLIAM F GORIN
MICHAEL L. RYAN
ROBERT P DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL
EDWARD J. ROSEN

LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSMANDLER
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
ANA DEMEL
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
YVETTE P. TEOFAN
STEVEN L. WILNER
ERIKA M. NIJENHUIS
LINDSEE P. GRANFIELD
DAVID C. LOPEZ
CARMEN A. CORRALES
LESLIE L. BROMLEY
RICARDO A. ANZALDÚA MONTOYA
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
NEIL O. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR
JEFFREY D. KARPF

KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
DAVID I. GOTTLIEB
JENNIFER L. KROMAN
SANDRA L. FLOW
FRANCISCO L. CESTERO
DANA G. FLEISCHMAN
FRANCESCA LAVIN
SANG JIN HAN
WILLIAM L. MCRAE
JASON FACTOR
MARGARET E. STOWERS
LISA M. SCHWEITZER
KRISTOFER HESS
GAMAL M. ABOUALI
RESIDENT PARTNERS

SANDRA M. ROCKS
ELLEN M. CREEDE
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
DEBORAH E. KURTZBERG
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
MARK A. ADAMS
HEIDE H. ILGENFRITZ
GEOFFREY B. GOLDMAN
DAVID S. BERG
RESIDENT COUNSEL

February 3, 2006

BY ECF AND BY HAND

Honorable Charles P. Sifton
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Honorable Nina Gershon
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Weiss et al. v. National Westminster Bank Plc,
      05-CV-4622 (CPS) (KAM)

Dear Judge Sifton and Judge Gershon:

I am responding on behalf of defendant National Westminster Bank Plc ("NatWest") to the February 2 letter from Kevin Walsh, counsel to Arab Bank plc ("Arab Bank"), concerning Arab Bank's improper attempt under Federal Rule of Civil Procedure 42(a) to secure the withdrawal of the Weiss lawsuit against NatWest from Judge Sifton's docket on the ground that it purportedly is related to seven lawsuits against Arab Bank, and then to consolidate all eight lawsuits on Judge Gershon's docket.

Mr. Walsh's presentation is difficult to understand fully, but it appears to me that one incontrovertible point defeats Arab Bank's attempt to conflate and collapse the two independent forms of relief – reassignment and consolidation – that it seeks. Under the Court's rules, Arab Bank first needs to ask Your Honors to agree to the reassignment of the Weiss lawsuit from Judge Sifton to Judge Gershon before Arab Bank can seek to have all of these lawsuits consolidated. The applicability of the second sentence of Rule 50.3(e) of this Court's Rules for the Division of Business Among District Judges (to which Mr. Walsh does not refer) could not be more clear: "The failure to assign related cases appropriately shall be corrected only by agreement of all the judges to whom the related cases are assigned; if they agree, they may transfer the later-filed cases as provided in paragraph (e), and notify the clerk of that action." If and only if Your Honors decide that the Weiss lawsuit should be reassigned, then and only then

Honorable Charles P. Sifton
Honorable Nina Gershon, p. 2

may Arab Bank seek to consolidate the <u>Weiss</u> lawsuit with the seven Arab Bank lawsuits.

Respectfully,

Lawrence B. Friedman

cc: All counsel in the <u>Arab Bank</u> and <u>Weiss</u> lawsuits (by facsimile and regular mail)