# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PENNSYLVANIA 19107-3304

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com
E-MAIL: RSWIFT@KOHNSWIFT.COM

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
MICHAEL J. BONI
DENIS F. SHEILS
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
MARTIN J. D'URSO
STEVEN M. STEINGARD
ELKAN M. KATZ
CRAIG W. HILLWIG
HILARY E. COHEN
CHRISTINA D. SALER
KATE REZNICK
JOSHUA D. SNYDER

HAROLD E. KOHN
1914-1999

SPECIAL COUNSEL
JOSEPH M. HOEFFEL

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

February 14, 2006

**VIA FEDERAL EXPRESS**

Honorable Kiyo A. Matsumoto
United States District Court
Cadman Square
Brooklyn, NY

Re:   **Weiss et al. v. National Westminster Bank PLC, 05-CV-4622**

Dear Judge Matsumoto:

I am one of the Plaintiffs' counsel in the above-captioned action. I enclose herewith a Motion for Issuance of Commission to Court Reporter for Deposition in Israel. The *de bene esse* deposition of Steven Averbach, a quadriplegic, will be taken on March 1, 2006 in Israel by consent of the defendant. Counsel for defendant will participate by videoconference. Defendant has consented to the Motion. May I ask that, if the Motion is acceptable to your Honor, a signed Order be issued by February 22.

Respectfully yours,

Robert A. Swift

RAS:pdw
Enc.
Cc via fax: Lawrence Friedman, Esquire

15060_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TZVI WEISS, et al.                                               :
                                                                 :
                Plaintiffs,                           :    05-CV-4622 (CPS)(KAM)
                                                                 :
   -against-                                                    :
                                                                 :
                                                                 :
NATIONAL WESTMINSTER BANK, PLC,                                  :
                                                                 :
                Defendant.                            :
-----------------------------------------------------------------x


## NOTICE OF DEPOSITION

Plaintiffs in the above captioned action, by their below signed counsel, will take the deposition of plaintiff Steven Averbach on March 1, 2006 at Ayalon House, 16th Floor, 12 Abba Hillel Street, Ramat-Gan P.O.B. 3306, Israel beginning at 2:30 pm. The deposition will be before a court reporter commissioned by the United States Court. The deposition will be videotaped as well as stenographically reported. Counsel for defendant will be able to participate via videoconferencing from a technically equipped facility in New York City provided that they give counsel for plaintiffs sufficient advance notice of the location, telephone number and technical details.

2-14-06

                                        KOHN, SWIFT & GRAF, P.C.
                                        Robert A. Swift, Esq. (RS-8630)
                                        Steven M. Steingard, Esq.
                                        One South Broad Street, Suite 2100
                                        Philadelphia, PA  19107
                                        (215) 238-1700

15165_1

WECHSLER HARWOOD LLP
Andrew D. Friedman, Esq.
488 Madison Avenue, 8th Floor
New York, NY 10022
(212) 935-7400


OSEN & ASSOCIATE, LLC
Gary M. Osen, Esq.
Peter Raven-Hansen, Of Counsel
700 Kindermack Road
Oradell, NJ 07649
(201) 265-6400

Attorneys for Plaintiffs

15165_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TZVI WEISS, et al.                                              :
                                                                :
                Plaintiffs,                                  :   05-CV-4622 (CPS)(KAM)
                                                                :
    -against-                                                  :   PLAINTIFFS' MOTION FOR
                                                                :   ISSUANCE OF COMMISSION
                                                                :   TO COURT REPORTER FOR
NATIONAL WESTMINSTER BANK, PLC,                                 :   DEPOSITION IN ISRAEL
                                                                :
                Defendant.                                  :
-----------------------------------------------------------------x

        Plaintiffs, by their undersigned counsel, respectfully move for an Order pursuant to FRCP 28(b)(4) to issue a commission to Ms. Carmelita Lee of Tel Aviv, Israel to administer the oath and record testimony at the *de bene esse* deposition of Mr. Steven Averbach scheduled to be taken on March 1, 2006 in Tel Aviv, Israel. Ms. Lee is a resident of Israel, is over 21 years of age, and is a practicing court reporter with 9 years experience as a court reporter in the United States District Court for the Central District of California. A copy of the deposition notice is attached hereto. Rule 28(b)(4) provides that a "[d]eposition may be taken in a foreign country ... (4) before a person commissioned by the court, and a person so commissioned shall have the power by virtue of the commission to administer any necessary oath and take testimony."

        Defendant consents to this Motion.

Dated: February 14, 2006

                                                                  ROBERT A. SWIFT (RS-8630)
                                                  STEVEN M. STEINGARD
                                                  Kohn, Swift & Graf, P.C.
                                                  One South Broad Street, Suite 2100
                                                  Philadelphia, PA 19107
                                                  (215) 238-1700

15018_1

WECHSLER HARWOOD LLP
Andrew D. Friedman, Esq.
488 Madison Avenue, 8th Floor
New York, NY 10022
(212) 935-7400


OSEN & ASSOCIATE, LLC
Gary M. Osen, Esq.
Peter Raven-Hansen, Of Counsel
700 Kindermack Road
Oradell, NJ 07649
(201) 265-6400

Attorneys for Plaintiffs

15018_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TZVI WEISS, et al.                              :
                                                :
            Plaintiffs,                         :         05-CV-4622 (CPS)(KAM)
                                                :
    -against-                                   :         COMMISSION TO COURT
                                                :         REPORTER FOR DEPOSITION
                                                :         SCHEDULED IN ISRAEL
NATIONAL WESTMINSTER BANK, PLC,                 :
                                                :
            Defendant.                          :
----------------------------------------------------------------x

It appearing that the *de bene esse* deposition of Mr. Steven Averbach will be taken on March 1, 2006 in Tel Aviv, Israel at the request of counsel for Plaintiffs, the Court hereby ORDERS pursuant to Fed.R.Civ.P. 28(b)(4) that a Commission is hereby granted to Ms. Carmelita Lee of Hod Nasiyim, Israel to administer the oath and take testimony at the deposition of Mr. Averbach.

                                    BY THE COURT:


DATED: February      , 2006          _____
                                     Kiyo A. Matsumoto
                                     United States Magistrate Judge


15018_1