```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TZVI WEISS, et al.,                           :
                                              :
                                              :    Case No. 05 CV 4622 (CPS-KAM)
              Plaintiffs,                     :
                                              :    **NOTICE OF MOTION**
    -against-                                 :    **FOR ADMISSION**
                                              :    **PRO HAC VICE**
NATIONAL WESTMINSTER BANK, PLC                :
                                              :
              Defendant.                      :
-------------------------------------------------------------x
```

PLEASE TAKE NOTICE that, upon the Annexed Affidavit of Peter Raven-Hansen, Esq., sworn to on February 16, 2006, and the exhibits annexed thereto, upon the annexed Affidavit of Gary M. Osen, sworn to on February 21, 2006, and upon all of the prior pleadings and proceedings had herein, the undersigned will move this Court at 225 Cadman Plaza East, Brooklyn, NY 11201, as soon as counsel may be heard, for an Order, pursuant to Federal Rules of Civil Procedure and Local Rule 1.3(c) of this Court, for the admission pro hac vice of Peter Raven-Hansen, a member in good standing of the Bar of the District of Columbia, and a faculty member and senior associate dean of The George Washington University Law School, 2000 H Street N.W., Washington, D.C. 20052 in the above referenced action on behalf of Plaintiffs.

Dated: February 21, 2006
       Oradell, New Jersey

                                    OSEN & ASSOCIATE, LLC

                                    By: _____
                                        Gary M. Osen (GM-5790)
                                        Aaron Schlanger (AS-9372)
                                        700 Kinderkamack Road
                                        Oradell, N.J. 07649
                                        (201)265-6400

                                    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TZVI WEISS, et al.,                          :   Case No. 05 CV 4622 (CPS-KAM)
                                             :
                                             :   **AFFIDAVIT OF**
                Plaintiffs,                  :   **GARY M. OSEN**
                                             :   **IN SUPPORT OF**
     -against-                               :   **APPLICATION**
                                             :   **FOR ADMISSION**
NATIONAL WESTMINSTER BANK, PLC               :   **PRO HAC VICE**
                                             :
                Defendant.                   :
------------------------------------------------------------x

STATE OF NEW JERSEY   )
                      ) ss.:
COUNTY OF BERGEN      )

GARY M. OSEN being duly sworn, deposes and states:

1. I am a member of the Bar of this Court and am a member of the law firm of Osen and Associate, LLC, counsel for Plaintiffs in the above-referenced action. I submit this affidavit in support of the application of Peter Raven-Hansen, Esq. for admission <u>proc hac vice</u> in the above-referenced litigation on behalf of the Plaintiffs.

2. As counsel of record, my Firm has been actively involved in the above-captioned action.

3. I consent to the association of, and agree to sponsor Peter Raven-Hansen, in the above-captioned action.

_____
Gary M. Osen

Sworn to before me this 21st day of February, 2006.

_____
Notary Public

**Gisela O'Connell**
**Notary Public of New Jersey**
**My Comm Exp. Oct. 28, 2009**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
WEISS, et al.                              :
                                           :    Case No. 05 CV 4622 (CPS-KAM)
                                           :
                                           :    **AFFIDAVIT OF**
                    Plaintiffs,            :    **PETER RAVEN-HANSEN**
                                           :    **IN SUPPORT OF HIS**
     -against-                             :    **APPLICATION**
                                           :    **FOR ADMISSION**
NATIONAL WESTMINSTER BANK, PLC             :    **PRO HAC VICE**
                                           :
                    Defendant.             :
-------------------------------------------------------------------x

DISTRICT OF COLUMBIA ) ss:

PETER RAVEN-HANSEN being duly sworn, deposes and states:

1. I am a member of the faculty of The George Washington University Law School. I submit this affidavit in support of my application for admission pro hac vice in the above-captioned action.

2. I am an attorney in good standing and licensed to practice law in the District of Columbia. A copy of a Certificate of Good Standing from the District of Columbia Court of Appeals is annexed hereto as Exhibit A. I was admitted to the practice of law in the Commonwealth of Massachusetts but currently have an inactive status in that state. I am not licensed to practice law in any State or District other than those mentioned herein.

3. I have been admitted to practice before the District of Columbia Court of Appeals, the United States District Court for the District of Columbia, the United States Court of Appeals for the District of Columbia Circuit, and the United States Supreme Court.

4. I am currently admitted pro hac vice in the Eastern District of New York in Linde

v. Arab Bank, Plc, CV 05-2799.

5. I am the Glen Earl Weston Research Professor of Law at The George Washington University Law School.

6. No disciplinary proceedings are pending against me in any jurisdiction and no discipline previously has been imposed upon me in any jurisdiction.

7. I have personally been involved in the above-referenced action and have knowledge of the facts underlying the claims and defenses thereto.

8. I agree to abide by the Rules of this Court in connection with my appearance in the above-captioned litigation.

9. I therefore respectfully request that this Court grant my application for admission pro hac vice in this matter.

_____
Peter Raven-Hansen

Sworn to before me this 16 day of February, 2006.

_____
Notary Public

My commission expires: October 14, 2006



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

PETER RAVEN-HANSEN

was on the 20TH day of AUGUST, 1975 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 27, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TZVI WEISS, et al.,                       :
                                          :
                                          :    Case No. 05 CV 4622 (CPS-KAM)
                Plaintiffs,               :
                                          :
    -against-                             :
                                          :
NATIONAL WESTMINSTER BANK, PLC            :
                                          :
                Defendant.                :
------------------------------------------------------------x
```

## **ORDER**

Upon reading and reviewing the submissions in support of the motion for admission pro hac vice of Peter Raven-Hansen, and good cause having been shown, it is hereby

ORDERED that Peter Raven-Hansen is permitted to appear and practice pro hac vice in the above-referenced action on behalf of Plaintiffs.

SO ORDERED:

 

_____
Hon. Charles P. Sifton
United States District Judge

February \_\_\_\_, 2006
Brooklyn, New York