UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TZVI WEISS, LEIB WEISS, MALKA WEISS,
YITZCHK WEISS, YERUCHAIM WEISS, and
ESTHER DEUTSCH,

                        Plaintiffs,

                    - against -

NATIONAL WESTMINSTER BANK PLC,

                        Defendant.
------------------------------------------------------------ X

CV 05-4622 (CPS)

CERTIFICATE OF SERVICE

        I, Janet Ford, an attorney admitted to practice before the courts of the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 17th day of February 2006, the Reply Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint and the Unreported Decision Cited in Reply Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint, were served by Federal Express upon:

        Gary M. Osen, Esq.
        Aaron Schlanger, Esq.
        Osen & Associate, LLC
        700 Kinderkamack Road
        Oradell, New Jersey 07649

        Robert A. Swift, Esq.
        Steven M. Steingard, Esq.
        Kohn, Swift & Graf
        One South Broad Street
        Philadelphia, PA 19107

>Joshua D. Glatter, Esq.
>Andrew Friedman, Esq.
>Wechsler Harwood LLP
>488 Madison Avenue
>New York, New York 10022

2. This service was made by a paralegal of this firm under my general supervision.

Dated: New York, New York
February 21, 2006

>/s/Janet Ford
>Janet Ford