FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  FEB 2 2 ★

DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
TZVI WEISS, et al.

                Plaintiffs,

-against-

NATIONAL WESTMINSTER BANK, PLC,

                Defendant.
-----------------------------------------------------------x

P.M. _____
TIME A.M. _____

05-CV-4622 (CPS)(KAM)

COMMISSION TO COURT
REPORTER FOR DEPOSITION
SCHEDULED IN ISRAEL

It appearing that the *de bene esse* deposition of Mr. Steven Averbach will be taken on March 1, 2006 in Tel Aviv, Israel at the request of counsel for Plaintiffs, the Court hereby ORDERS pursuant to Fed.R.Civ.P. 28(b)(4) that a Commission is hereby granted to Ms. Carmelita Lee of Hod Nasiyim, Israel to administer the oath and take testimony at the deposition of Mr. Averbach.

BY THE COURT: So Ordered

DATED: February    , 2006

_____
Kiyo A. Matsumoto
United States Magistrate Judge

2/17/06

15018_1