UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TZVI WEISS, et al.,

            Plaintiffs,

  -against-

NATIONAL WESTMINSTER BANK, PLC

           Defendant.
------------------------------------------------------------x

Case No. 05 CV 4622 (CPS-KAM)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   1   2006   ★
TIME A.M. P.M.

**ORDER**

Upon reading and reviewing the submissions in support of the ~~motion for~~ admission pro hac vice of Peter Raven-Hansen, and good cause having been shown, it is hereby

ORDERED that Peter Raven-Hansen is permitted to appear and practice pro hac vice in the above-referenced action on behalf of Plaintiffs.

SO ORDERED:

                                          Hon. Charles P. Sifton
                                          United States District Judge

February 22, 2006
Brooklyn, New York