**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: SIFTON, J.          DATE: APR  6  2006          TIME: _4:30_

DOCKET #:**CV-05-4622**

TITLE: **Tzvi Weiss, et al.**

      *vs.*

    **National Westminster Bank and National Westminster Bank PLC**

DEPUTY CLERK: <u>**Stanley Kessler**</u>

COURT REPORTER/ESR: _Burt Sulzer_

APPEARANCES:

    For Plaintiff: **Joshua D. Glatter, Esq.; Gary M. Osen, Esq.**, _Peter Raven-Hansen (George Washington U Law School)_

    For All Def'ts: **Lawrence Friedman, Esq.** _Jonathan Blackman, Esq._

<u>**CIVIL CAUSE FOR MOTION**</u>

_✓_ Case called.

___ Counsel for all parties present.

___ Only counsel for _____ present.

___ Counsel for all parties except _____ present.

✓ _Defendants' motion for dismissal argued._

✓ _decision reserved._

___ _____

___ _____

___ _____

___ _____

___ _____

<u>**TIME:**</u> _1 hour_