CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA

NEW YORK, NY 10006–1470

(212) 225–2000

FACSIMILE (212) 225–3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS

LONDON • MOSCOW • FRANKFURT • COLOGNE

ROME • MILAN • HONG KONG • BEIJING

| | | |
|---|---|---|
| ROGER W. THOMAS | LAWRENCE B. FRIEDMAN | KIMBERLY BROWN BLACKLOW |
| MARK A. WALKER | NICOLAS GRABAR | ROBERT J. RAYMOND |
| LESLIE B. SAMUELS | CHRISTOPHER E. AUSTIN | DAVID I. GOTTLIEB |
| ALLAN G. SPERLING | SETH GROSSHANDLER | JENNIFER L. KROMAN |
| MAX GITTER | JANET L. FISHER | SANDRA L. FLOW |
| EVAN A. DAVIS | DAVID L. SUGERMAN | FRANCISCO L. CESTERO |
| LAURENT ALPERT | HOWARD S. ZELBO | DANA G. FLEISCHMAN |
| VICTOR I. LEWKOW | DAVID E. BRODSKY | FRANCESCA LAVIN |
| LESLIE N. SILVERMAN | ARTHUR H. KOHN | SANG JIN HAN |
| ROBERT L. TORTORIELLO | ANA DEMEL | WILLIAM L. MCRAE |
| A. RICHARD SUSKO | RAYMOND B. CHECK | JASON FACTOR |
| STEPHEN H. SHALEN | RICHARD J. COOPER | MARGARET E. STOWERS |
| LEE C. BUCHHEIT | JEFFREY S. LEWIS | LISA M. SCHWEITZER |
| JAMES M. PEASLEE | PAUL J. SHIM | KRISTOFER W. HESS |
| THOMAS J. MOLONEY | YVETTE P. TEOFAN | GAMAL M. ABOUALI |
| EDWARD D. KLEINBARD | STEVEN L. WILNER | RESIDENT PARTNERS |
| JONATHAN I. BLACKMAN | ERIKA W. NIJENHUIS | |
| WILLIAM F. GORIN | LINDSEE P. GRANFIELD | |
| MICHAEL L. RYAN | DAVID C. LOPEZ | SANDRA M. ROCKS |
| ROBERT P. DAVIS | CARMEN A. CORRALES | ELLEN M. CREEDE |
| YARON Z. REICH | JAMES L. BROMLEY | S. DOUGLAS BORISKY |
| RICHARD S. LINCER | RICARDO A. ANZALDÚA-MONTOYA | JUDITH KASSEL |
| JAIME A. EL KOURY | PAUL E. GLOTZER | DAVID E. WEBB |
| STEVEN G. HOROWITZ | MICHAEL A. GERSTENZANG | DEBORAH E. KURTZBERG |
| ANDREA G. PODOLSKY | LEWIS J. LIMAN | PENELOPE L. CHRISTOPHOROU |
| STEVEN M. LOEB | NEIL Q. WHORISKEY | BOAZ S. MORAG |
| DANIEL S. STERNBERG | JORGE U. JUANTORENA | MARY E. ALCOCK |
| DONALD A. STERN | MICHAEL D. WEINBERGER | GABRIEL J. MESA |
| CRAIG B. BROD | DAVID LEINWAND | DAVID H. HERRINGTON |
| SHELDON H. ALSTER | JEFFREY A. ROSENTHAL | MARK A. ADAMS |
| WANDA J. OLSON | ETHAN A. KLINGSBERG | HEIDE H. ILGENFRITZ |
| MITCHELL A. LOWENTHAL | MICHAEL D. DAYAN | GEOFFREY B. GOLDMAN |
| DEBORAH M. BUELL | CARMINE D. BOCCUZZI, JR. | DAVID S. BERG |
| EDWARD J. ROSEN | JEFFREY D. KARPF | RESIDENT COUNSEL |



Writer's Direct Dial: (212) 225-2490
E-Mail: jblackman@cgsh.com

July 25, 2006

BY ECF AND HAND

The Honorable Charles P. Sifton
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    Weiss v. National Westminster Bank PLC, 05-CV-4622 (CPS) (KAM);
             Strauss et al. v. Crédit Lyonnais, S.A., 06-CV-702 (CPS) (KAM)

Dear Judge Sifton:

       NatWest and Credit Lyonnais will not burden the Court with a lengthy response to Mr. Osen's misguided effort of yesterday to protract the parties' already completed letter briefing on Judge Glasser's <u>Stutts</u> dismissal ruling.  Mr. Osen improperly relies on the false pretext that Judge Gershon's recent denial of Arab Bank's motion for certification for interlocutory appeal of her prior dismissal ruling in the <u>Linde</u> lawsuit is a repudiation of <u>Stutts</u> and its discussion of the proximate causation and scienter pleading requirements.  But Judge Gershon did not refer to <u>Stutts</u> at all in her certification ruling (Exhibit C to Mr. Osen's letter) and, as Mr. Osen knows, his clients offered numerous reasons why Judge Gershon should not permit Arab Bank an interlocutory appeal from her dismissal ruling that have nothing at all to do with <u>Stutts</u>.

       We cannot let pass without noting, however, Mr. Osen's flawed attempt to equate his clients' allegations against Arab Bank in the <u>Linde</u> case and his clients' allegations against NatWest and Credit Lyonnais with the suggestion that they merely "vary somewhat . . . ."  To the contrary, as Mr. Osen's co-counsel readily conceded during argument before Your Honor, plaintiffs' allegations concerning Arab Bank's conduct and <u>scienter</u> are materially distinct from their allegations against NatWest and Credit Lyonnais.  As Professor Raven-Hansen acknowledged to Your Honor, "[t]he pending case before Judge Gershon involves a very

The Hon. Charles P. Sifton, p. 2


different fact setting, obviously, and also a different theory of recovery in that [Arab Bank] is engaged in a different form of conduct.  There is an overlap, but they are sufficiently different." 4/6/06 Tr. at 5.  These "sufficient" differences are amply discussed in our prior briefs.

Respectfully,

/s/ Jonathan I. Blackman

cc:  All Counsel