# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • FRANKFURT • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

Writer's Direct Dial (212) 225-2840
E-Mail lfriedman@CGSH.com

ROGER W. THOMAS
MARK A. WALKER
LESLIE B. SAMUELS
ALLAN G. SPERLING
MAX GITTER
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
STEPHEN H. SHALEN
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
EDWARD D. KLEINBARD
JONATHAN I. BLACKMAN
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL

EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
ANA DEMEL
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
YVETTE P. TEOFAN
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
RICARDO A. ANZALDÚA-MONTOYA
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN

CARMINE D. BOCCUZZI, JR
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
DAVID I. GOTTLIEB
SANDRA L. FLOW
FRANCISCO L. CESTERO
DANA G. FLEISCHMAN
FRANCESCA LAVIN
SANG JIN HAN
WILLIAM L. MCRAE
JASON FACTOR
MARGARET E. STOWERS
LISA M. SCHWEITZER
KRISTOFER W. HESS
RESIDENT PARTNERS

SANDRA M. ROCKS
ELLEN M. CREEDE
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
MARK A. ADAMS
HEIDE H. ILGENFRITZ
GEOFFREY B. GOLDMAN
DAVID S BERG
RESIDENT COUNSEL

September 20, 2006

BY ECF AND HAND

Magistrate Judge Kiyo A. Matsumoto
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Weiss et al. v. National Westminster Bank Plc, 05-CV-4622 (CPS) (KAM)

Dear Magistrate Judge Matsumoto:

   I am writing to provide the report that Your Honor requested at the September 11, 2006 discovery conference concerning the status of the request by defendant National Westminster Bank Plc ("NatWest") to its customer in England, Interpal, that Interpal provide its written consent for NatWest to disclose documents pertaining to Interpal's customer relationship with NatWest, and thereby comply with plaintiffs' pending discovery requests.

   Pursuant to Your Honor's instructions, I wrote last week to Interpal's English counsel and made the following points.  First, I reiterated NatWest's desire for a prompt response to its July 3 and July 27 written requests that Interpal provide its consent for NatWest to disclose documents pertaining to Interpal's customer relationship with NatWest, for purposes of discovery in this lawsuit.

   Second, I informed Interpal's counsel that, at last week's discovery conference, Your Honor expressed the wish that Interpal respond promptly to NatWest's pending request, and I noted that, if Interpal does not respond promptly, Your Honor will consider ordering it to explain why the Court should not require Interpal to respond promptly.

Magistrate Judge Kiyo A. Matsumoto, p. 2

       Third, I conveyed the Court's request that, if Interpal will not respond to NatWest's request immediately, it should provide NatWest with the date by which Interpal will respond to NatWest's request.

       Fourth, noting that the Court had asked me to provide a status report no later than today, I asked Interpal's counsel to respond to my letter before today.

       To date, neither NatWest nor I has received any response to our prior letters to Interpal and its counsel, including my letter to counsel of last week. I will promptly inform the Court as soon as we receive any such response.

       Respectfully,

       Lawrence B. Friedman

cc: All Counsel