# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PENNSYLVANIA 19107-3304

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com
E-MAIL: RSWIFT@KOHNSWIFT.COM

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
MICHAEL J. BONI
DENIS F. SHEILS
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
MARTIN J. D'URSO
STEVEN M. STEINGARD
STEPHEN H. SCHWARTZ *
ELKAN M. KATZ
CRAIG W. HILLWIG
HILARY E. COHEN
CHRISTINA D. SALER
KATE REZNICK

HAROLD E. KOHN
1914-1999

SPECIAL COUNSEL
JOSEPH M. HOEFFEL

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

* ADMITTED IN N.Y. ONLY

October 6, 2006

Magistrate Judge Kiyo A. Matsumoto
United States Magistrate Judge
United States Court House
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Weiss et al. v. National Westminster Bank Plc, (05-CV-4622) (CPS) (KAM)*
      *Strauss et al. v. Crédit Lyonnais, S.A., (06--CV-702) (CPS) (KAM)*

Dear Judge Matsumoto:

I write on behalf of Plaintiffs and Defendant to request a small modification to the briefing schedule for the filing of separate Motions to Compel by Plaintiffs and Defendant. The original schedule agreed to at the September 11 Conference required each moving party to file its Motion by October 11, 2006. Counsel have agreed to a one week extension of the briefing dates so that a Motion will be filed by October 18, 2006, the Opposition will be filed by November 9, and the Reply will be filed by November 29. In addition, the page limits would be 40 pages for the opening brief, 40 pages for the Opposition and 20 pages for the Reply.

The parties request your Honor's approval of this new schedule.

Respectfully yours,

Robert A. Swift

RAS/yr
Cc: Lawrence Friedman, Esq.

24829_1