

**OSEN & ASSOCIATE, LLC**

ATTORNEYS AT LAW
700 KINDERKAMACK ROAD, ORADELL, NEW JERSEY 07649
TELEPHONE 201.265.6400   FACSIMILE 201.265.0303
WWW.OSEN.US

October 10, 2006

**BY ECF**

Honorable Kiyo A. Matsumoto
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Strauss v. Credit Lyonnais, S.A., 06 CV 702 (CPS)(KAM)
      Weiss v. National Westminster Bank, Plc., 05 CV 4622 (CPS)(KAM)

Dear Judge Matsumoto:

We are counsel to Plaintiffs in the above-captioned actions, and write to follow up on our prior correspondence to Your Honor.

On October 6, 2006, Your Honor approved a revised briefing schedule for the filing of separate motions by Plaintiffs and Defendants to compel discovery. We respectfully note, however, that Your Honor's Order did not directly address one aspect of our prior request. Specifically, the parties have agreed – subject to Your Honor's approval – that each party's respective opening and opposition brief be up to 40 pages in length, and any reply briefs may total 20 pages each. We apologize if our prior request was phrased ambiguously in this regard.

Accordingly, Plaintiffs renew our consented-to request for a page limit extension in connection with the upcoming submission of briefs. We thank Your Honor for considering our request.

Respectfully yours,

Joshua D. Glatter

cc:   All Counsel