UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

TZVI WEISS, et al.,                              :
                                                 :
                         Plaintiffs,             :
                                                 :
        -against-                                :      Case No. CV 05-4622 (CPS) (KAM)
                                                 :
NATIONAL WESTMINSTER BANK, PLC,                  :
                                                 :
                         Defendant.              :
                                                 :
-------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of Plaintiffs' Motion for an Order Overruling Objections and Compelling Further Responses to

Plaintiffs' First Set of Requests for Admissions and Related Interrogatories, and Plaintiffs' First

Request for the Production of Documents, the undersigned will move this Court before the

Honorable Kiyo A. Matsumoto, United States Magistrate Judge, in the United States Court

House, 225 Cadman Plaza East, Brooklyn, New York 11201, on such date and at such time as

the Court sets, for an order in the above-captioned cases: (1) overruling Defendant's objections

on bank secrecy grounds; (2) holding that the subject documents are deemed authenticated and

will be admitted at the trial of this Action; and (3) directing that Defendant produce documents

as demanded in Plaintiffs' First Request for the Production of Documents.

Dated: October 18, 2006

                                                OSEN & ASSOCIATE, LLC

                                By      Gary M. Osen (GO-5790)

Joshua D. Glatter (JG-0184)
Peter Raven-Hansen, Of Counsel
700 Kinderkamack Road
Oradell, N.J. 07649
(201) 265-6400

KOHN SWIFT & GRAF, P.C.
Robert A. Swift
Steven M. Steingard
One South Broad Street
Suite 2100
Philadelphia, PA 19107
(215) 238-1700

GLANCY BINKOW & GOLDBERG LLP
Andrew D. Friedman (AF-6222)
Of Counsel
430 Park Avenue
New York, New York 10022
(212) 308-6300

Attorneys for Plaintiffs