UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
TZVI WEISS, et al.,

                Plaintiffs,

    - against -

NATIONAL WESTMINSTER BANK PLC,

           Defendant.
---------------------------------------------------------------- X

CVJ-05-4622
CPS

STIPULATION
AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that:

    1. Because plaintiffs intend to serve a second amended complaint as permitted by the Court's Memorandum Opinion and Order dated September 27, 2006, defendant National Westminster Bank PLC ("NatWest") need not serve an answer to the first amended complaint; and

    2. NatWest will move or answer in response to the second amended complaint within 25 days after service thereof by hand or overnight mail.

Dated: New York, New York
       October 5, 2006

KOHN, SWIFT & GRAF, P.C.

By _____
Robert A. Swift, Esq.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
(215) 238-1700

Attorneys for Plaintiff

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
Jonathan I. Blackman (JB-3846)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Defendant

SO ORDERED:

_____
10/8/06

2