UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

TZVI WEISS, et al.,

                Plaintiffs,

      - against -

NATIONAL WESTMINSTER BANK PLC,

                Defendant.

---------------------------------------------------------X

05-4622 (CPS) (KAM)

[PROPOSED]
REVISED SCHEDULING
ORDER

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that:

       1.    The parties' time to serve their respective briefs in opposition to each side's motion to compel discovery is extended to, and includes, November 16, 2006.

       2.    The parties' time to serve their respective reply briefs in further support of each side's motion to compel discovery is extended to, and includes, December 5, 2006.

Dated: New York, New York
        November 2, 2006

KOHN, SWIFT & GRAF, P.C.

By _____
Robert A. Swift, Esq.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
(215) 238-1700

Attorneys for Plaintiffs

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
Jonathan I. Blackman (JB-3846)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Defendant

SO ORDERED:

_____

2