UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

TZVI WEISS, et al.,

                   Plaintiffs,

          - against -

NATIONAL WESTMINSTER BANK PLC,

                 Defendant.

------------------------------------------------X

05-4622 (CPS) (KAM)

[PROPOSED]
REVISED SCHEDULING
ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that:

1.    The parties' time to serve their respective briefs in opposition to each side's motion to compel discovery is extended to, and includes, November 16, 2006.

2.    The parties' time to serve their respective reply briefs in further support of each side's motion to compel discovery is extended to, and includes, December 5, 2006.

Dated: New York, New York
       November 2, 2006

KOHN, SWIFT & GRAF, P.C.

By   _____
    Robert A. Swift, Esq.
    One South Broad Street
    Suite 2100
    Philadelphia, PA 19107
    (215) 238-1700

Attorneys for Plaintiffs

11/03/2006 11:25 FAX  215 238-3808      KOHN SWIFT                    @005/005
11/02/2006 18:24 FAX 212 225 3999     Cleary Gottlieb New York        @005

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Jonathan I. Blackman (JB-3846)
One Liberty Plaza
New York, New York  10006
(212) 225-2000

Attorneys for Defendant

SO ORDERED:

Kiyo A. Matsumoto

11/6/06

2