UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
TZVI WEISS, *et al.*,
: CV 05-4622 (CPS) (KAM)
            Plaintiffs,
: CERTIFICATE OF
            - against -                                                                                      SERVICE
:
NATIONAL WESTMINSTER BANK PLC,
:
            Defendant.
:
------------------------------------------------------------------------ X

    I, Richard V. Conza, an attorney admitted to practice before the Courts of the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

    1.  On the 22nd day of November 2006, the Answer and Affirmative Defenses were served by Federal Express upon:

      Andrew D. Friedman, Esq.
      Glancy Binkow Goldberg & Friedman LLP
      430 Park Avenue, Suite 702
      New York, New York 10022

      Gary M. Osen, Esq.
      Peter Raven-Hansen, Esq.
      Osen & Associate, LLC
      700 Kinderkamack Road
      Oradell, New Jersey 07649

      Robert A. Swift, Esq.
      Steven M. Steingard, Esq.
      Kohn, Swift & Graf, P.C.
      One South Broad Street
      Suite 2100
      Philadelphia, PA 19107

      2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
       November 22, 2006

                                                 /s/Richard V. Conza
                                                   Richard V. Conza