## CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • FRANKFURT • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

Writer's Direct Dial (212) 225-2490
E-Mail: jblackman@CGSH.com

ROGER W. THOMAS
MARK A. WALKER
LESLIE B. SAMUELS
ALLAN G. SPERLING
MAX GITTER
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
STEPHEN H. SHALEN
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
EDWARD D. KLEINBARD
JONATHAN I. BLACKMAN
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL

EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
ANA DEMEL
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
YVETTE P. TEOFAN
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
RICARDO A. ANZALDUA-MONTOYA
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN

CARMINE D. BOCCUZZI, JR
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
DAVID I. GOTTLIEB
SANDRA L. FLOW
FRANCISCO L. CESTERO
DANA G. FLEISCHMAN
FRANCESCA LAVIN
SANG JIN HAN
WILLIAM L. MCRAE
JASON FACTOR
MARGARET E. STOWERS
LISA M. SCHWEITZER
KRISTOFER W. HESS
RESIDENT PARTNERS

SANDRA M. ROCKS
ELLEN M. CREEDE
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
MARK A. ADAMS
HEIDE H. ILGENFRITZ
GEOFFREY B. GOLDMAN
DAVID S. BERG
RESIDENT COUNSEL

December 1, 2006

**VIA ECF AND HAND DELIVERY**

Magistrate Judge Kiyo A. Matsumoto
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Weiss et al. v. National Westminster Bank Plc, 05-CV-4622 (CPS) (KAM)</u>

Dear Magistrate Judge Matsumoto:

On behalf of defendant National Westminster Bank Plc ("NatWest") in this action, we enclose as new authority a copy of Magistrate Judge Pohorelsky's November 25, 2006 decision and order in the consolidated <u>Arab Bank</u> lawsuits ("Order"), which was issued after NatWest served its opposition to plaintiffs' motions for an order overruling defendants' foreign law objections and compelling further discovery.[1]

Like NatWest, the defendant bank in <u>Arab Bank</u> raised foreign bank secrecy objections to the production of certain documents and information relating to its customer. Although the bank secrecy objections at issue in the two actions implicate the laws of different jurisdictions -- English law here, and the laws of Jordan, Lebanon, and the Palestinian Authority in <u>Arab Bank</u> -- the Order may provide guidance for Your Honor's resolution of plaintiffs' pending motions because it directly addresses three critical points that are common to the proceedings.

---

[1] The parties will complete their briefing on plaintiffs' motions on December 19, at which time their respective motion papers will be filed with the Court in accordance with Your Honor's local rules.

Magistrate Judge Kiyo A. Matsumoto, p. 2

<u>First</u>, Magistrate Judge Pohorelsky rejected plaintiffs' argument (also made by the plaintiffs here) that the bank secrecy laws at issue did not prohibit the defendant bank from responding to requests to admit seeking authentication of purported customer documents that the plaintiffs obtained from sources other than the bank itself.  <u>See</u> Order at 6.  <u>Second</u>, he rejected plaintiffs' argument that the defendant bank's alleged prior disclosure of certain customer information had waived the bank secrecy right, finding that "[t]he bank secrecy laws . . . establish confidentiality rights held by the customers of the bank, rights waivable only by the customers, not the bank."  <u>Id.</u>

<u>Third</u>, and most important, Magistrate Judge Pohorelsky concluded that, although the bank secrecy objections raised by the defendant bank were, given the particular circumstances in the <u>Arab Bank</u> cases, outweighed by the plaintiffs' need for discovery, it was nevertheless appropriate to provide the bank with the opportunity "to pursue avenues for obtaining permission to disclose the information from pertinent governments and authorities through letters rogatory or other devices, and [that the bank] should be given a specified period of time to do so."  <u>Id.</u> at 11.  This Court should follow Magistrate Judge Pohorelsky's sensible and pragmatic approach to resolving foreign discovery disputes and, in the first instance, issue letters of request to the appropriate governmental authorities in England.  As NatWest has argued in its opposition brief, this course of action could enable it to provide documents and information concerning customers without running afoul of its home country's bank secrecy laws, and obviate the need for any further order of this Court regarding this issue.

Respectfully,

Jonathan I. Blackman

cc: All Counsel