UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
TZVI WEISS, *et al.*,                                    :
                                                         :
                    Plaintiffs,        :
                                                         :
            - against -                          :  CV 05-4622 (CPS) (KAM)
                                                         :
NATIONAL WESTMINSTER BANK PLC,                           :
                                                         :
                    Defendant.         :
-------------------------------------------------------- x

## NOTICE OF MOTION TO COMPEL PRODUCTION
## OF DOCUMENTS AND ANSWERS TO INTERROGATORIES

      PLEASE TAKE NOTICE that upon the accompanying Memorandum Of Law In Support Of Defendant's Motion To Compel Production of Documents and Answers to Interrogatories, the attached Declaration Of Lawrence B. Friedman In Support Of Defendant's Motion To Compel Production of Documents and Answers to Interrogatories, dated October 18, 2006, and the exhibits attached thereto, Defendant National Westminster Bank Plc will move on a return date to be set by the Court, for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure granting Defendant's motion for an order compelling production of documents and answers to interrogatories.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's October 6, 2006 order, plaintiffs' opposition papers shall be served on or before November 9, 2006, and

Defendant's reply papers shall be served and the fully briefed motion filed on or before

November 29, 2006.


Dated:  New York, New York
        October 18, 2006

                                                Respectfully submitted,

                                                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                                By: _____
                                                    Jonathan I. Blackman (JB 3846)
                                                    Lawrence B. Friedman (LF 9978)
                                                    Members of the Firm

                                                One Liberty Plaza
                                                New York, New York 10006
                                                (212) 225-2000

                                                Attorneys for Defendant
                                                National Westminster Bank Plc


TO:    Gary M. Osen, Esq.
          Joshua D. Glatter, Esq.
          Aaron Schlanger, Esq.
          Peter Raven-Hansen, Esq., Of Counsel
          Osen & Associate, LLC
          700 Kinderkamack Road
          Oradell, NJ 07649

          Robert A. Swift, Esq.
          Steven M. Steingard, Esq.
          Kohn, Swift & Graf, P.C.
          One South Broad Street, Suite 2100
          Philadelphia, PA 19107

          Andrew D. Friedman, Esq., Of Counsel
          Neil A. Dublinsky, Esq., Of Counsel
          Glancy Binkow & Goldberg LLP
          430 Park Avenue, Suite 702
          New York, NY 10022