EXHIBIT A

FINSBURY PARK BRANCH                    21MAR1997   OUR REF.   UTFWD97032100018

PAYMENT ABROAD URGENT TRANSFER

Our Ref UTFWD97032100018  Branch Ref 0000  Remitter's Ref BTR/97/32

                                        DEBIT ADVICE

Remitter's Name INTERPAL   LONDON

Paying Bank                             Beneficiary Bank
ARAB BANK LTD                           PALESTINIAN INVESTMENT BANK
P O BOX 138                             BETHLEHEM BRANCH
15 MOORGATE                             WEST BANK
LONDON EC2R 6LP

Beneficiary                             Beneficiary Account no
ORPHAN CARE SOCIETY                     70080
NEAR THE OLD POST OFFICE
BETHLEHEM TEL/FAX 745 094

            *** Amount remitted -          3,967.95  US DLRS     ***

Debit details              STERLING             US DLRS    EXCHANGE RATE

PAYMENT AMOUNT -                                4,000.00

CHARGES:-

COMMISSION        -           20.00*              32.05*    1.6025
PLUS VAT          -            0.00                0.00

TRANSMISSION      -     ;      0.00
PLUS VAT          -            0.00


            DEBIT              4,000.00  US DLRS    ACCOUNT NO 140/00/04156838


* EQUIVALENT AMOUNT FOR INFORMATION ONLY - NOT INCLUDED IN DEBIT TOTAL

National Westminster Bank Plc
Registered Number 929027 England Registered Office 41 Lothbury, London EC2P 2BP

Member of the NatWest Life and NatWest Unit Trust Marketing Group
Member of IMRO

16 Aug 02 12:32    AT                    0000                    P.2



**COPY**

## PAYMENT DEBIT ADVICE

000038000476

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 9999
LONDON          NW6 1RW

Our ref: IBCCTYO00108846
Your ref: BTR/2002/118
Date:     8th August 2002

### We confirm having remitted the following Urgent transfer.

Amount debited:  USD 10,000.00
From account:    140-00-04156838
Amount sent:     USD 9,909.66

Debit date: 8th August 2002

In favour of:
BEIT FAJJAR ZAKAT COMMITTEE

Beneficiary bank:
CAIRO-AMMAN BANK
BEITHLEHEM BRANCH,  PALESTINE

Beneficiary account number:
11034602

Payee bank:
CITIBANK N.

Payment details:
CHARITABLE ORGANISATIONS RUNNING CO
STS. STUDENT AID

Ordered by:
PRDF

#### Transactional information:

Requested amount:      USD 10,000.00

Rate·
Currency exchange contract:

NWB commission charges:    0.00

Agent banks charges:       0.00

RECEIVED  1 2 AUG 2002

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the information.

National Westminster Bank plc  Registered in England No 929027  Registered Office, 135 Bishopsgate  London EC2M 3UR

Regulated by the Financial Services Authority

**NatWest Bank PLC**          Agency agreements exist between members of The Royal Bank of Scotland Group.

16 Aug 02 12:32    AT                          0000                        P.2

&3 NatWest

## We confirm having remitted the following Urgent transfer.

Amount debited:   USD 10,000.00              Debit date: 8th August 2002
From account:     140-00-04156838
Amount sent:      USD 9,969.68

In favour of:                                Beneficiary bank:
BEIT FAJJAR ZAKAT COMMITTEE                  CAIRO-AMMAN BANK
                                             BEITHLEHEM BRANCH,  PALESTINE

Beneficiary account number:                  Payee bank:
11034602                                     CITIBANK N.

Payment details.                             Ordered by.
CHARITABLE ORGANISATIONS RUNNING CO          PRDF
STS. STUDENT AID


Transactional information:

Requested amount:          USD 10,000.00

Rate:
Currency exchange contract:

NWB commission charges:    0.00

Agent banks charges:       0.00


RECEIVED  1 2 AUG 2002

**This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.**

Sheet 31 of 33

National Westminster Bank plc  Registered in England No 929027   Registered Office. 135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority

**NatWest Bank PLC**                         Agency agreements exist between members of The Royal Bank of Scotland Group.

 **NatWest**

## PAYMENT DEBIT ADVICE

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON          NW5 1RW

Our ref:  IBCCTYO00121258
Your ref:  BTR/2002/159
Date.      16th August 2002

**We confirm having remitted the following Urgent transfer.**

Amount debited:   USD 1,749.00
From account:     140-00-04156838
Amount sent.      USD 1,718 65

Debit date:  16th August 2002

In favour of:
ITHNA ZAKAT COMMITTEE

Beneficiary bank
CAIRO AMMAN BANK
SHALLALA STREET
HEBRON

Beneficiary account number
0012111001017

Payee bank:
CITIBANK N.

Payment details
SPONSOR AN ORPHAN PROGRAMME

Ordered by:
PRDF

Transactional Information:

| | |
|---|---|
| Requested amount: | USD 1,749.00 |
| Rate | |
| Currency exchange contract. | |
| NWB commission charges: | 0 00 |
| Agent banks charges: | 0 00 |

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information

National Westminster Bank Plc  Registered in England No 929027  Registered Office 135 Bishopsgate London EC2M 3UR

Regulated by the Financial Services Authority

29 Aug 02 11:38    AT                        0000                    P.2

# ♻ **NatWest**

## PAYMENT DEBIT ADVICE

000057/000097

THE SECRETARY                          Our ref:  IBCCTYO00121256
PALESTINIANS RELIEF & DEV FUND         Your ref:  BTR/2002/105
PO BOX NO 3333                         Date:    16th August 2002
LONDON         NW6 1RW


### We confirm having remitted the following Urgent transfer.

Amount debited:   USD 5,796.00            Debit date:  16th August 2002
From account:     140-00-04155838
Amount sent:      USD 5,765.65

In favour of:                             Beneficiary bank:
BEIT FAJJAR ZAKAT COMMITTEE               CAIRO AMMAN BANK
                                          BEITHLEHEM BRANCH, PALESTINE


Beneficiary account number:               Payee bank:
11034602                                  CITIBANK N.

Payment details:                          Ordered by:
SPONSOR AN ORPHAN PROGRAMME               PRDF


Transactional information:

Requested amount:        USD 5,796.00

Rate:
Currency exchange contract:

NWB commission charges:      0.00

Agent banks charges:         0.00


**This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.**

Sheet 2 of 48

National Westminster Bank plc, Registered in England No 929027  Registered Office  135-8 Bishopsgate London EC2M 3UR

Regulated by the Financial Services Authority



## PAYMENT DEBIT ADVICE

000057/000075

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON          NW6 1RW

Our ref:  IBCCTYO00121393
Your ref. BTR/2002/170
Date:    16th August 2002

### We confirm having remitted the following Urgent transfer.

Amount debited:  USD  1,906.00
From account:    140-00-04156838
Amount sent:     USD  1,875.65

Debit date:  16th August 2002

In favour of:
ORPHAN CARE SOCIETY

Beneficiary bank:
ARAB BANK PLC
(BETHLEHEM BRANCH)
MANGER STREET
BETHLEHEM
PALESTINIAN TERRITORY (OCCUPIED)

Beneficiary account number.
7099665

Payee bank:
ARABGB2LXXX

Payment details:
SPONSOR AN ORPHAN PROGRAMME

Ordered by:
PRDF

.

**Transactional information:**

Requested amount:          USD  1,906 00

Rate:
Currency exchange contract:

NWB commission charges:    0 00

Agent banks charges:       0 00

.  .

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

Sheet 13 of 46

National Westminster Bank plc  Registered in England No 929027  Registered Office  135 Bishopsgate  London EC2M 3UR

Regulated by the Financial Services Authority

 **NatWest**

## PAYMENT DEBIT ADVICE

000068/000727

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:  IBCCTYO00166163
Your ref: BTR/2002/196
Date:     17th September 2002

### We confirm having remitted the following Standard transfer.

Amount debited:  GBP  6,547.00
From account:    600822-95142940
Amount sent:     GBP  6,533.00

Debit date:  17th September 2002

In favour of:
ORPHAN CARE SOCIETY

Beneficiary bank:
ARAB BANK PLC
(BETHLEHEM BRANCH)
MANGER STREET
BETHLEHEM
PALESTINIAN TERRITORY (OCCUPIED)

Beneficiary account number:
7099665

Payee bank:
ARABGB2LXXX

Payment details:
SPONSOR AN ORPHAN/NEEDY CHILD
PROGRAMME

Ordered by:
PALESTINIANS DEV FUND INTERPAL

Transactional information:

Requested amount:        GBP  6,547.00

Rate.
Currency exchange contract:

NWB commission charges:   0.00

Agent banks charges:      0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

Sheet 3 of 31

National Westminster Bank plc. Registered in England No 929027. Registered Office: 135 Bishopsgate, London EC2M 3UR
Regulated by the Financial Services Authority.

**NatWest Bank PLC**

Agency agreements exist between members of The Royal Bank of Scotland Group.

P. 2                            0000                         1B        19 SEP 02 12:56

Nov 02 22:11      Interpal                    020 450 8004              P.2



# PAYMENT DEBIT ADVICE

00005 5K000 /28

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:  IBCCTYO00264195
Your ref: DTR2002/252
Date:     15th November 2002

## We confirm having remitted the following Standard transfer.

Amount debited:   GBP 2,619.00
From account:     C00022-95142940
Amount sent:      GBP 2,605.00

Debit date:  15th November 2002

In favour of:
ITHNA ZAKAT COMMITTEE

Beneficiary bank:
CAIRO AMMAN BANK
SHALLALA STREET HEBRON
PALESTINE

Beneficiary account number:
0012111001017

Payee bank:
CAIRO AMMAN

Payment details:
SPONSOR AN ORPHAN/NEEDY CHILD
PROGRAMME RAMADAN PROJECTS

Ordered by:
PALESTINIANS DEV FUND INTERPAL

Transactional information:

Requested amount:       GBP 2,605.00

Rate:
Currency exchange contract:

NWB commission charges:    GBP 14.00

Agent banks charges:      0.00

                All charges are netted with the transaction

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

001 46 of 46

National Westminster Bank plc  Registered in England No 929027  Registered Office  135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority

**♻ NatWest**

## PAYMENT DEBIT ADVICE

000055/000710

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref: IBCCTYO00264778
Your ref: BTR/2002/256
Date:   15th November 2002

**We confirm having remitted the following Standard transfer.**

Amount debited:  GBP 5,707.00
From account:   600822-95142940
Amount sent:    GBP 5,693.00

Debit date: 15th November 2002

In favour of:
ORPHAN CARE SOCIETY

Beneficiary bank:
ARAB BANK PLC
(BETHLEHEM BRANCH)
MANGER STREET
BETHLEHEM
PALESTINIAN TERRITORY (OCCUPIED)

Beneficiary account number:
7099665

Payee bank:
ARABGB2LXXX

Payment details:
SPONSOR AN ORPHAN/NEEDY CHILD PROGR
AMME, RAMADAM PROJECTS

Ordered by:
PALESTINIANS DEV FUND INTERPAL

**Transactional information:**

Requested amount:        GBP 5,707.00

Rate:
Currency exchange contract:

NWB commission charges:     0.00

Agent banks charges:        0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the information.

Sheet 76 of 45

National Westminster Bank plc  Registered in England No 929027  Registered Office  135 Bishopsgate  London EC2M 3UR

Regulated by the Financial Services Authority

**NatWest Bank PLC**

Agency agreements exist between members of The Royal Bank of Scotland Group



## PAYMENT DEBIT ADVICE

000055/000712

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:  IBCCTYO00264526
Your ref: BTR2002/257
Date:     15th November 2002

### We confirm having remitted the following Urgent transfer.

Amount debited:  GBP  5,897.00
From account:    600822-95142940
Amount sent:     GBP  5,877.00

Debit date:  15th November 2002

In favour of:
BEIT FAJJAR ZAKAT COMMITTEE

Beneficiary bank:
CAIRO -AMMAN BANK
BEITHLEHEM BRANCH
PALESTINE

Beneficiary account number:
11034602

Payee bank:
CAIRO AMMAN

Payment details:
RAMADAN PROJECTS SPONSOR AN
ORPHAN /NEEDY CHILD PROGQ

Ordered by:
PALESTINIANS DEV FUND INTERPAL

#### Transactional Information:

Requested amount:        GBP  5,897.00

Note:
Currency exchange contract:

NWB commission charges:     0.00

Agent banks charges:        0.00

·

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

National Westminster Bank plc  Registered in England No 929027   Registered Office· 135 Bishopsgate, London EC2M 3UR
Regulated by the Financial Services Authority

Agency agreements exist between members of The Royal Bank of Scotland Group

**NatWest Bank PLC**



# PAYMENT DEBIT ADVICE

000015/000705

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:   IBCCTYO00264562
Your ref:  BTR 2002/260
Date:      15th November 2002

## We confirm having remitted the following Standard transfer.

Amount debited:   GBP 2,760.00
From account:     600822-95142940
Amount sent:      GBP 2,746.00

Debit date:  15th November 2002

In favour of:
AL-KHADER ZAKAT + SADAQAT COMMITTEE

Beneficiary bank:
EYGPTIAN ARAB BANK
BEITHLEHEM PALESTINE

Beneficiary account number:
0050002511

Payment details:
RAMADAN PROJECTS

Ordered by:
PALESTINIANS DEV FUND INTERPAL

Transactional information:

Requested amount:         GBP 2,760.00

Rate:
Currency exchange contract:

NWB commission charges:    0.00

Agent banks charges:       0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the information.

Sheet 23 of 45

National Westminster Bank plc Registered in England No 929027  Registered Office 135 Bishopsgate London EC2M 3UR

Regulated by the Financial Services Authority

Agency agreements exist between members of The Royal Bank of Scotland Group

NatWest Bank Pl C

سرا (العامين بوسيد)
ثننه روكي ملامى
اونت

**& NatWest**

## PAYMENT DEBIT ADVICE

000086/000995

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:   IBCCTYO00370821
Your ref: BTR/2003/57
Date:     24th January 2003

### We confirm having remitted the following Standard transfer.

Amount debited:   GBP  4,500.00
From account:     600822-95142967
Amount sent:      GBP  4,486.00

Debit date: 24th January 2003

In favour of:
ITHNA ZAKAT COMMITTEE

Beneficiary bank:
CAIRO-AMMAN BANK
SHALLALA STREET
HEBRON, PALESTINE

Beneficiary account number:
0012111001017

Payee bank:
CAIRO AMMAN

Payment details:
ZAKAT DISTRIBUTION, QURBANI MEAT/
PROJECTS

Ordered by:
PALESTINIANS DEV FUND INTERPAL

#### Transactional information:

Requested amount:        GBP  4,500.00

Rate:
Currency exchange contract:

NWB commission charges:     0.00
Agent banks charges:        0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

National Westminster Bank plc  Registered in England No 929027  Registered Office  135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority

Agency agreements exist between members of The Royal Bank of Scotland Group.

NatWest Bank PLC

السيد العزيز سري
..١٧٢. . . ٤

**&NatWest**

## We confirm having remitted the following Standard transfer.

Amount debited:   GBP  4,500.00
From account:    600822-95142967
Amount sent:     GBP  4,486.00

Debit date:  24th January 2003

In favour of:
ITHNA ZAKAT COMMITTEE

Beneficiary bank:
CAIRO-AMMAN BANK
SHALLALA STREET
HEBRON, PALESTINE

Beneficiary account number:
0012111001017

Payee bank:
CAIRO AMMAN

Payment details:
ZAKAT DISTRIBUTION, QURBANI MEAT/
PROJECTS

Ordered by:
PALESTINIANS DEV FUND INTERPAL

**Transactional information:**

Requested amount:       GBP  4,500.00

Rate:
Currency exchange contract:

NWB commission charges:     0.00

Agent banks charges:        0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

est ? d 27

National Westminster Bank plc  Registered in England No 929027   Registered Office  135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority

latWest Bank PLC

Agency agreements exist between members of The Royal Bank of Scotland Group.

**♻ NatWest**

## PAYMENT DEBIT ADVICE

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:  IBCCTYO00410266
Your ref:  BTR 2003 81
Date:    19th February 2003

### We confirm having remitted the following Standard transfer.

Amount debited:  GBP 21,450.00
From account:   600822-95142940
Amount sent:   GBP 21,424.00

Debit date:  19th February 2003

In favour of.
TULKAREM ZAKAT COMMITTEE

Beneficiary bank:
ARAB BANK PLC
(TULKARM BRANCH)
TULKARM
PALESTINIAN TERRITORY (OCCUPIED)

Beneficiary account number.
90705000106500

Payee bank:
ARABGE2LXXX

Payment details
SPONSORS AN ORPHAN/NEEDY CHILDPROG
RAMADAN PROJECTS QURBANI MEA

Ordered by:
PALESTINIANS DEV FUND INTERPAL

Transactional information:

Requested amount.       GBP 21,450.00

Rate:
Currency exchange contract:

NWB commission charges:    0.00

Agent banks charges:     0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

National Westminster Bank plc  Registered in England No 929027   Registered Office  135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority

Agency agreements exist between members of The Royal Bank of Scotland Group.

NatWest Bank PLC

020 450 8004

**&3 NatWest**

## PAYMENT DEBIT ADVICE

C00062C01115

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:  IBCCTYO00478191
Your ref: BTR/2003/133
1st April 2003

We confirm having remitted the following Standard transfer.

Amount debited:   GBP  18,000.00
From account:     600822-95142940
Amount sent:      GBP  17,974.00

Debit date:  1st April 2003

In favour of:
TULKAREM ZAKAT COMMITTEE

Beneficiary bank:
ARAB BANK PLC
(TULKARM BRANCH)
TULKARM
PALESTINIAN TERRITORY (OCCUPIED)

Beneficiary account number:
90705000106500

Payee bank:
ARABJOAX100

Payment details:
HUMANITARIAN AID

Ordered by:
PALESTINIANS DEV FUND INTERPAL

Transactional Information:

Requested amount:          GBP  18,000.00

Rate:
Currency exchange contract:

NWB commission charges:    0.00

Agent banks charges:       0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

Sheet 16 of 16

National Westminster Bank plc. Registered in England No 929027. Registered Office: 135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority.

Agency agreements exist between members of The Royal Bank of Scotland Group.

**NatWest Bank PLC**



## PAYMENT DEBIT ADVICE

000079001109

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref: IBCCTYO00526177
Your ref: BTR/2003/153
Date:    2nd May 2003

### We confirm having remitted the following Standard transfer.

Amount debited: GBP 15,713.00
From account:   600822-95142975
Amount sent:    GBP 15,687.00

Debit date: 2nd May 2003

In favour of:
JENIN ZAKAT COMMITTEE

Beneficiary bank:
CAIRO-AMMAN BANK
JENIN BRANCH, PALESTINE

Beneficiary account number:
015002364000

Payee bank:
CAIRO AMMAN

Payment details:
SPONSOR A FAMILY PROG, SPONSOR AN
ORPHAN/NEEDY CHILD PROG

Ordered by:
PALESTINIANS DEV FUND INTERPAL

### Transactional information:

Requested amount:        GBP 15,713.00

Rate:
Currency exchange contract:

NWB commission charges:    0.00

Agent banks charges:       0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

Sheet 15 of 17

National Westminster Bank plc. Registered in England no 929027. Registered Office: 135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority.

**NatWest Bank PLC**

Agency agreements exist between members of The Royal Bank of Scotland Group.



## PAYMENT DEBIT ADVICE

010033/012690

THE SECRETARY
HUMAN APPEAL INTERNATIONAL
VICTORIA COURT
376 WILMSLOW ROAD
MANCHESTER
M14 6AX

Our ref:   IPOLVLO00806190
Your ref:  JENIN
Date:      20th May 2003

### We confirm having remitted the following Standard transfer.

Amount debited:  GRP 29,559.00
From account:    010894-13822721
Amount sent:     GBP 29,559.00

Debit date:  20th May 2003

In favour of:
JENIN ZAKAT COMMITTEE

Beneficiary bank:
AMMAN CAIRO BANK
JENIN BRANCH
JENIN WEST BANK
ISRAEL

Beneficiary account number:
0150023640000

Payment details:
HUMAN APPEAL ORPHANS AND PARCEL
FOOD PROJECT

Ordered by:
HUMAN APPEAL INTERNATIONAL

Transactional information:

Requested amount:          GBP  29,559.00

Rate:
Currency exchange contract:

NWB commission charges:    GBP  26.00

Agent banks charges:       0.00

Charges debited to account: 010894-15364828

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

Sheet 1 of 1

National Westminster Bank plc. Registered in England No 929027. Registered Office: 135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority

Agency agreements exist between members of The Royal Bank of Scotland Group.

NatWest Bank PLC

01 Jul 03 14:18     Interpal                    020 450 8004          P.3



## PAYMENT DEBIT CONFIRMATION

000742 003554

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:   EBANKGO02356007
Your ref: +BTR/2003/21-025
Date.     27th June 2003
Delivery ref:  0020030627022818

### We confirm having remitted the following Standard transfer.

Amount debited:   GBP 2,210.00
From account      600822-95142975
Amount sent       GBP 2,106.00

Debit date:  27th June 2003

in favour of
ITHNA ZAKAT COMMITTEE
ITHNA
HEBRON
PALESTINE

Beneficiary bank .
CAIRO-AMMAN BANK
BRANCH NO: 66
ISLAMIC BANKING DEPT, HEBRON
PALESTINE

Beneficiary account number:
0012111001017

Payee bank:
CAIRO AMMAN

Payment details:
ORPHAN SPONSORSHIP PROGRAMME
REFER TO ADVICE NOTICE FOR
FULL DETAILS

Ordered by:
INTERPAL

Transactional information:

Requested amount:        GBP 2,210.00

Rate
Currency exchange contract:

NWB commission charges    0.00

Agent banks charges:      0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

National Westminster Bank plc. Registered in England No 7   27  Registered Office: 135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority.

 **NatWest**

## PAYMENT DEBIT CONFIRMATION

000191/002617

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:   EBANKGO02501572
Your ref: +BTR/03/434-036
Date:      11th July 2003
Delivery ref:  0020030711030025

### We confirm having remitted the following Standard transfer.

Amount debited:  GBP  15,330.00
From account:    600822-95142940
Amount sent:     GBP  15,330.00

Debit date:  11th July 2003

In favour of:
JENIN ZAKAT COMMITTEE
ALAWQAF BUILDING
ALHASBA STREET, JENIN
PALESTINE

Beneficiary bank:
CAIRO AMMAN BANK
NATIONAL COLLEGE STREET
RAMALLAH
PALESTINIAN TERRITORY (OCCUPIED)

Beneficiary account number:
015002364000

Payee bank:
BARCGB22XXX

Payment details:
CONTRIBUTION TOWARDS
DEIR GAZAHALA MOSQUE
PROJECT

Ordered by:
INTERPAL

Transactional information:

Requested amount:       GBP  15,330.00

Rate:
Currency exchange contract:

NWB commission charges:  GBP  11.00

Agent banks charges:     0.00

Charges debited to account: 600822-95142983

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the information.

Sheet 4 of 7

National Westminster Bank plc. Registered in England No 929027.  Registered Office: 135 Bishopsgate, London EC2M 3UR
Regulated by the Financial Services Authority.
Agency agreements exist between members of The Royal Bank of Scotland Group.

NatWest Bank PLC

05 Aug 03 13:21   Interpal



## PAYMENT DEBIT CONFIRMATION

000186/002452

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:   EBANKGO02676119
Your ref: +BTR/03/267-097
Date:      30th July 2003
Delivery ref:  0020030730023602

### We confirm having remitted the following Standard transfer.

Amount debited:   GBP 73,757.00
From account:     600822-95142940
Amount sent:      GBP 73,757.00

Debit date: 30th July 2003

In favour of:
JENIN ZAKAT COMMITTEE
ALAWQAF BUILDING
ALHASBA STREET, JENIN
PALESTINE

Beneficiary bank:
CAIRO-AMMAN BANK
JENIN BRANCH
PALESTINE

Beneficiary account number:
015002364000

Payee bank:
CAIRO AMMAN

Payment details:
WAM S' RIYADH/SHARQIAH ORPHANS,
SCHOOL KIT AND NEEDY STUDENTS,
AND TWO FREEZER UNITS

Ordered by:
INTERPAL

Transactional information:

Requested amount:      GBP 73,757.00

Rate:
Currency exchange contract:

NWB commission charges:   GBP 11.00

Agent banks charges:      0.00

Charges debited to account: 600822-95142983

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

National Westminster Bank plc. Registered in England No 929027.  Registered Office: 135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority.

Agency agreements exist between members of The Royal Bank of Scotland Group.

NatWest Bank PLC

# ᘓ NatWest

## PAYMENT DEBIT CONFIRMATION

0000*3 001*3 1

THE SECRETARY
PALESTINIANS RELIEF & DEV. FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:   EBANKGO03242252
Your ref: +BTR/C3/336-133
Date:     25th September 2003
Delivery ref:   0020030925025771

We confirm having remitted the following Standard transfer.

Amount debited:   GBP 5,000.00
From account:     800822-95142940
Amount sent:      GBP 5,000.00

Debit date:  25th September 2003

In favour of:
TULKAREM ZAKAT COMMITTEE
PO BOX 10
TULKAREM
PALESTINE

Beneficiary bank:
ARAB BANK PLC
(TULKARM BRANCH)
TULKARM
PALESTINIAN TERRITORY (OCCUPIED)

Beneficiary account number:
9070500 0106500

Payee bank:
ARABGB2LXXX

Payment details:
SPONSORSHIP PROGRAMME
FOR PERIOD ENDING 12/03

Ordered by:
INTERPAL

Transactional information:

Requested amount:         GBP 5,000.00

Rate:
Currency exchange contract:

NWB commission charges     GBP 11.00

Agent banks charges:       0.00

Charges debited to account: 600822-95142983

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

Draw  0 of 20

National NatWest Bank plc. Registered in England No 929027  Registered Office  135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority

Agency arrangements are undertaken on behalf of The Royal Bank of Scotland Group

**NatWest Bank PLC**



## PAYMENT DEBIT CONFIRMATION

000062/001472

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:  EBANKGO03684066
Your ref:  +BTR/03/369-178
Date:     5th November 2003
Delivery ref:  0020031105024512

### We confirm having remitted the following Standard transfer.

Amount debited:  GBP  32,329.00
From account:    600822-95142940
Amount sent:     GBP  32,329.00

Debit date:  5th November 2003

In favour of:
JENIN ZAKAT COMMITTEE
ALAWQAF BUILDING
ALHASBA STREET, JENIN
PALESTINE

Beneficiary bank:
CAIRO-AMMAN BANK
JENIN BRANCH
PALESTINE

Beneficiary account number:
015002364000

Payee bank:
CAIRO AMMAN

Payment details:
RFBUILDING OF VILLAGE MOSQUE,
RAMADAN AND SPONSORSHIP PROJECTS

Ordered by:
INTERPAL

Transactional information:

Requested amount:       GBP  32,329.00

Rate:
Currency exchange contract:

NWB commission charges:   GBP  11.00

Agent banks charges:      0.00

Charges debited to account: 600822-95142983

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

National Westminster Bank plc. Registered in England No 929027. Registered Office, 115 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority.

Agency agreements exist between members of The Royal Bank of Scotland Group.

NatWest Bank PLC

P. 3

020 450 8004

15-DEC-03 MON 17:27

**♻ NatWest**

# PAYMENT DEBIT CONFIRMATION

005913/007271

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:  EBANKGO04043706
Your ref: +BTR/03/346-217
Date:     9th December 2003
Delivery ref·  0020031209008413

## We confirm having remitted the following Standard transfer.

Amount debited:  GBP  3,678.00
From account:    600822-95142940
Amount sent:     GBP  3,678.00

Debit date:  9th December 2003

In favour of:
ISLAMIC CHARITABLE SOCIETY
PO BOX 147
AL-KHALIL
PALESTINE

Beneficiary bank:
ARAB BANK PLC
(HEBRON BRANCH)
HEBRON
PALESTINIAN TERRITORY (OCCUPIED)

Beneficiary account number:
5107500491

Payee bank:
ARABGB2LXXX

Payment details:
RAMADAN AND SPONSORSHIP PROJECTS
FOR ICS AL-SHYOUK

Ordered by:
INTERPAL

### Transactional Information:

Requested amount:           GBP  3,678.00

Rate: -
Currency exchange contract:

NWB commission charges:     GBP  11.00

Agent banks charges:        0.00

Charges debited to account: 600822-95142983

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the information.

National Westminster Bank plc. Registered in England No 929027   Registered Office: 135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority

Agency agreements exist between members of The Royal Bank of Scotland Group.

**NatWest Bank PLC**

P. 3                    020 450 8004                    Interpal                    15 Dec 03 16:05



## PAYMENT DEBIT CONFIRMATION

000106/002052

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 3333
LONDON
NW6 1RW

Our ref:  EBANKGO04373357
Your ref: +BTR/04/43-234
Date:      13th January 2004
Delivery ref.   0020040113024014

### We confirm having remitted the following Standard transfer.

Amount debited:  GBP  17,000.00
From account:     600822-95142940
Amount sent:      GBP  17,000.00

Debit date:  13th January 2004

In favour of:
QURAN AND SUNNAH SOCIETY
QALQILYA
PALESTINE

Beneficiary bank:
ARAB BANK PLC
(QALQILIAH BRANCH)
QALQILIAH
PALESTINIAN TERRITORY (OCCUPIED)

Beneficiary account number:
5420423510

Payee bank:
ARABGB2LXXX

Payment details:
CHILD SPONSORSHIP PROGRAMME
AND QURBANI 2004 PROJECTS

Ordered by:
INTERPAL

### Transactional information:

Requested amount.          GBP  17,000.00

Rate:
Currency exchange contract:

NWB commission charges:     GBP  11.00

Agent banks charges:        0.00

Charges debited to account. 600822-95142983

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

Regulated by the Financial Services Authority

NatWest Bank PLC                          Agency agreements exist between members of The Royal Bank of Scotland Group

Shee: 53 of 54

 **NatWest**

## PAYMENT DEBIT CONFIRMATION

000135002045

THE SECRETARY
PALESTINIANS RELIEF & DEV FUND
PO BOX NO 9333
LONDON
NW6 1RW

Our ref:   EBANKGO04373345
Your ref:  +BTR/04/30-239
Date:      13th January 2004
Delivery ref:  0020040113024028

### We confirm having remitted the following Standard transfer.

Amount debited:   GBP 3,500.00
From account:     600822-95142940
Amount sent:      GBP 3,500.00

Debit date: 13th January 2004

In favour of:
ITHNA ZAKAT COMMITTEE
ITHNA
HEBRON
PALESTINE

Beneficiary bank:
CAIRO AMMAN BANK
NATIONAL COLLEGE STREET
RAMALLAH
PALESTINIAN TERRITORY (OCCUPIED)

Beneficiary account number:
0012111001017

Payee bank:
CAABJOAMXXX

Payment details:
QURBANI 2004 PROJECTS

Ordered by:
INTERPAL

### Transactional information:

Requested amount:         GBP 3,500.00

Rate:
Currency exchange contract:

NWB commission charges:   GBP 11.00

Agent banks charges:      0.00

Charges debited to account: 600822-95142983

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the information.

National Westminster Bank plc. Registered in England No 929027  Registered Office: 135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority.

Amory agreements exist between members of The Royal Bank of Scotland Group.

**NatWest Bank PLC**