CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • FRANKFURT • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

Writer's Direct Dial: (212) 225-2490
E-Mail: jblackman@cgsh.com

ROGER W. THOMAS
MARK A. WALKER
LESLIE B. SAMUELS
ALLAN G. SPERLING
MAX GITTER
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
STEPHEN H. SHALEN
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
EDWARD D. KLEINBARD
JONATHAN I. BLACKMAN
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL

EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
ANA DEMEL
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
YVETTE P. TEOFAN
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
RICARDO A. ANZALDÚA-MONTOYA
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN

CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
DAVID I. GOTTLIEB
SANDRA L. FLOW
FRANCISCO L. CESTERO
DANA G. FLEISCHMAN
FRANCESCA LAVIN
SANG JIN HAN
WILLIAM L. MCRAE
JASON FACTOR
MARGARET E. STOWERS
LISA M. SCHWEITZER
KRISTOFER W. HESS
RESIDENT PARTNERS

SANDRA M. ROCKS
ELLEN M. CREEDE
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
MARK A. ADAMS
HEIDE H. ILGENFRITZ
GEOFFREY B. GOLDMAN
DAVID S. BERG
RESIDENT COUNSEL

December 19, 2006

**BY ECF AND HAND**

Magistrate Judge Kiyo A. Matsumoto
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   Weiss et al. v. National Westminster Bank Plc, 05-CV-4622 (CPS) (KAM)

Dear Magistrate Judge Matsumoto:

      In accordance with the Practices of this Court, enclosed please find two full sets of courtesy copies of National Westminster Bank Plc's motion to compel production of documents and answers to interrogatories, including the following:

- Notice Of Motion To Compel Production Of Documents And Answers To Interrogatories, dated October 18, 2006, Assigned Docket Number 85;

- Memorandum Of Law In Support Of National Westminster Bank Plc's Motion To Compel Production Of Documents And Answers To Interrogatories, dated October 18, 2006, Assigned Docket Number 85;

- Unreported Decisions Cited In Memorandum Of Law In Support Of Defendant's Motion To Compel Production Of Documents And Answers To Interrogatories, Assigned Docket Number 85;

- Declaration Of Lawrence B. Friedman, dated October 18, 2006, Assigned Docket Number 85;

Magistrate Judge Kiyo A. Matsumoto, p. 2

- Plaintiffs' Memorandum Of Law In Opposition To Defendant's Motion To Compel The Production Of Documents And Answers To Interrogatories, dated November 16, 2006, Assigned Docket Number 86;

- Reply Memorandum Of Law In Support Of National Westminster Bank Plc's Motion To Compel Production Of Documents And Answers To Interrogatories, dated December 19, 2006, Assigned Docket Number 87;

- Unreported Decisions Cited In The Reply Memorandum Of Law In Support Of National Westminster Bank Plc's Motion To Compel Production Of Documents And Answers To Interrogatories, Assigned Docket Number 87; and

- Declaration Of Jonathan I. Blackman, dated December 19, 2006, Assigned Docket Number 87.

Respectfully,

Jonathan I. Blackman

cc: All Counsel of Record