UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TZVI WEISS, *et al.*,                                        :
                                                             :
                        Plaintiffs,          :
                                                             :
                - against -                         :    CV 05-4622 (CPS) (KAM)
                                                             :
NATIONAL WESTMINSTER BANK PLC,                               :    CERTIFICATE OF SERVICE
                                                             :
                        Defendant.           :
                                                             :
------------------------------------------------------------ x

        I, Janet Ford, an attorney admitted to practice before the Courts of the State of New York, and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        On the 18th day of October 2006, the Notice of Motion to Compel Production of Documents and Answers to Interrogatories, the Declaration of Lawrence B. Friedman dated October 18, 2006 with Exhibits A through D, the Memorandum of Law dated October 18, 2006 and the Unreported Decisions Cited in the Reply Memorandum of Law in Support of National Westminster Bank PLC's Motion to Compel Production of Documents and Answers to Interrogatories were served by Federal Express and by e-mail, as indicated, upon:

**BY FEDERAL EXPRESS**

        Gary M. Osen, Esq.
        Joshua D. Glatter, Esq.
        Aaron Schlanger, Esq.
        Peter Raven-Hansen, Esq., Of Counsel
        Osen & Associate, LLC
        700 Kinderkamack Road
        Oradell, New Jersey 07649

                    Robert A. Swift, Esq.
                    Steven M. Steingard, Esq.
                    Kohn, Swift & Graf, P.C.
                    One South Broad Street, Suite 2100
                    Philadelphia, PA 19107

                    Andrew D. Friedman, Esq., Of Counsel
                    Neil A. Dublinksy, Esq., Of Counsel
                    Glancy Binkow & Goldberg LLP
                    430 Park Avenue, Suite 702
                    New York, NY 10022

                    **BY E-MAIL**

                    gmo@osen.us
                    rswift@kohnswift.com
                    afriedman@gbgfriedman.com

Dated: New York, New York
         December 20, 2006

                                      /s/Janet Ford
                                      Janet Ford