UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
TZVI WEISS, *et al.*,  :
: CV 05-4622 (CPS) (KAM)
Plaintiffs,  :
: <u>CERTIFICATE OF</u>
- against -  : <u>SERVICE</u>
:
NATIONAL WESTMINSTER BANK PLC,  :
:
Defendant.  :
:
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice before the Courts of the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1.  On the 19th day of December 2006, the Reply Memorandum of Law in Support of National Westminster Bank PLC's Motion to Compel Production of Documents and Answers to Interrogatories; the Unreported Decisions Cited in the Reply Memorandum of Law in Support of National Westminster Bank PLC's Motion to Compel Production of Documents and Answers to Interrogatories and, the Declaration of Jonathan I. Blackman dated December 19, 2006 with Exhibit A were served by Federal Express upon:

               Robert A. Swift, Esq.
               Steven M. Steingard, Esq.
               Kohn, Swift & Graf, P.C.
               One South Broad Street
               Suite 2100
               Philadelphia, PA 19107

               Gary M. Osen, Esq.
               Peter Raven-Hansen, Esq.
               Joshua D. Glatter, Esq.
               Osen & Associate, LLC
               700 Kinderkamack Road
               Oradell, New Jersey 07649

        Andrew D. Friedman, Esq.
        Glancy Binkow & Goldberg LLP
        430 Park Avenue, Suite 702
        New York, New York 10022

  2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
   December 20, 2006

          /s/Richard V. Conza
          Richard V. Conza