UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
: 
TZVI WEISS, *et al.*,                                                    :
:        CV 05-4622 (CPS) (KAM)
                                Plaintiffs,                              :
:        <u>CERTIFICATE OF</u>
                - against -                                              :        <u>SERVICE</u>
:
NATIONAL WESTMINSTER BANK PLC,                                           :
:
                                Defendant.                               :
:
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice before the Courts of the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 19th day of January 2007, the Declaration of Jonathan I. Blackman, dated January 19, 2007 was served by Federal Express upon:

> Robert A. Swift, Esq.
> Steven M. Steingard, Esq.
> Kohn, Swift & Graf, P.C.
> One South Broad Street
> Suite 2100
> Philadelphia, PA 19107
>
> Gary M. Osen, Esq.
> Peter Raven-Hansen, Esq.
> Joshua D. Glatter, Esq.
> Osen & Associate, LLC
> 700 Kinderkamack Road
> Oradell, New Jersey 07649
>
> Andrew D. Friedman, Esq.
> Glancy Binkow & Goldberg LLP
> 430 Park Avenue, Suite 702
> New York, New York 10022

    2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
   January 22, 2007

                        s/Richard V. Conza
                         Richard V. Conza