

# OSEN & ASSOCIATE, LLC

**ATTORNEYS AT LAW**
700 KINDERKAMACK ROAD, ORADELL, NEW JERSEY 07649
TELEPHONE 201.265.6400   FACSIMILE 201.265.0303
WWW.OSEN.US

April 18, 2007

**By ECF and Hand**

Honorable Charles P. Sifton
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Weiss, et al. v. NatWest, Plc.* **05 CV 4622 (CPS/KAM)**
**Third Amended Complaint**

Dear Judge Sifton:

We represent Plaintiffs in the above-captioned case. We enclose for Your Honor's convenience: (1) a courtesy copy of Plaintiffs' Third Amended Complaint which is being filed with the Court today; and (2) a "redlined" copy of the Third Amended Complaint identifying Plaintiffs' specific amendments to the Second Amended Complaint. We also attach hereto a copy of Defendant's letter dated March 28, 2007 consenting to the filing of Plaintiffs' Third Amended Complaint.

Should Your Honor or Chambers have any questions, please do not hesitate to contact us.

Respectfully yours,

Aaron Schlanger

Encls.

cc: Honorable Kiyo A. Matsumoto (by hand w/encl.)
    Jonathan I. Blackman, Esq. (by regular and electronic mail w/ encl.)

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · BEIJING

Writer's Direct Dial (212) 225-2490
E-Mail jblackman@cgsh.com

March 28, 2007

BY ELECTRONIC MAIL

Joshua D. Glatter
Osen & Associate, LLC
700 Kinderkamack Road
Oradell, New Jersey 07649

Re: Weiss et al. v. National Westminster Bank Plc, 05-CV-4622 (CPS) (KAM)

Dear Josh:

I am writing in response to your letter of March 26, 2007, enclosing a redlined version of the Third Amended Complaint. The date of the complaint needs to be changed to reflect the date on which it is filed. Based on our understanding that no other changes will be made to the complaint except those highlighted in the version enclosed with your letter, we hereby confirm our consent to the filing of the Third Amended Complaint with the Court.

Very truly yours,

Jonathan I. Blackman

cc: All Counsel of Record