

# OSEN & ASSOCIATE, LLC

ATTORNEYS AT LAW
700 KINDERKAMACK ROAD, ORADELL, NEW JERSEY 07649
TELEPHONE 201.265.6400   FACSIMILE 201.265.0303
WWW.OSEN.US

April 18, 2007

**By ECF and Hand**

Honorable Charles P. Sifton
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Weiss, et al. v. NatWest, Plc.* **05 CV 4622 (CPS/KAM)**
    **Third Amended Complaint**

Dear Judge Sifton:

We represent Plaintiffs in the above-captioned case. We enclose for Your Honor's convenience: (1) a courtesy copy of Plaintiffs' Third Amended Complaint which is being filed with the Court today; and (2) a "redlined" copy of the Third Amended Complaint identifying Plaintiffs' specific amendments to the Second Amended Complaint. We also attach hereto a copy of Defendant's letter dated March 28, 2007 consenting to the filing of Plaintiffs' Third Amended Complaint.

Should Your Honor or Chambers have any questions, please do not hesitate to contact us.

Respectfully yours,

Aaron Schlanger

Encls.

cc: Honorable Kiyo A. Matsumoto (by hand w/encl.)
    Jonathan I. Blackman, Esq. (by regular and electronic mail w/ encl.)

*[Handwritten annotation: Leave to file the Third Amended Complaint is granted. So Ordered. s/Hon. Charles P. Sifton, USDJ 4/23/07]*