UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TZVI WEISS, et al.,

                Plaintiffs,

    - against -

NATIONAL WESTMINSTER BANK PLC,

                Defendant.

-----------------------------------------------------------X

05-4622 (CPS) (KAM)

STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE MOVE

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, attorneys for the parties herein, that the time in which defendant NATIONAL WESTMINSTER BANK PLC may answer, move or otherwise respond to the Third Amended Complaint is extended to, and includes, May 18, 2007.

Dated: New York, New York
       April 20, 2007

OSEN & ASSOCIATE, LLC

By: _____
Joshua D. Glatter, Esq. (JG-0184)
700 Kinderkamack Road
Oradell, NJ 07649
(201) 265-6400

Attorneys for Plaintiffs

So Ordered

s/Hon. Charles P. Sifton

4/23/07

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Lawrence B. Friedman (LF-9978)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.