UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TZVI WEISS, et al.,                          :
                                             :
                                             :  Case No. 05 CV 4622 (CPS)(KAM)
                                             :
         Plaintiffs,                         :
                                             :  **NOTICE OF MOTION**
   -against-                                 :  **FOR ADMISSION**
                                             :  **PRO HAC VICE**
NATIONAL WESTMINSTER BANK, PLC               :
                                             :
         Defendant.                          :
----------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the Annexed Affidavit of Joseph C. Kohn, Esq., sworn to on May 11, 2007, and the exhibits annexed thereto, upon the annexed Affidavit of Aaron Schlanger, sworn to on May 11, 2007, and upon all of the prior pleadings and proceedings had herein, the undersigned will move this Court at 225 Cadman Plaza East, Brooklyn, NY 11201, as soon as counsel may be heard, for an Order, pursuant to Federal Rules of Civil Procedure and Local Rule 1.3(c) of this Court, for the admission pro hac vice of Joseph C. Kohn, a member in good standing of the Bar of the Commonwealth of Pennsylvania, and a shareholder and director of the law firm of Kohn, Swift & Graf, P.C. in the above referenced action on behalf of Plaintiffs.

Dated: May 11, 2007
       Oradell, New Jersey

                                        OSEN & ASSOCIATE, LLC

                                        By: /s/ Aaron Schlanger
                                        Aaron Schlanger (AS-9372)
                                        Gary M. Osen (GM-5790)
                                        700 Kinderkamack Road
                                        Oradell, N.J. 07649
                                        (201)265-6400

                                        Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TZVI WEISS, et al., : Case No. 05 CV 4622 (CPS)(KAM)
:
: **AFFIDAVIT OF**
Plaintiffs, : **AARON SCHLANGER**
: **IN SUPPORT OF**
-against- : **APPLICATION**
: **FOR ADMISSION**
NATIONAL WESTMINSTER BANK, PLC : **PRO HAC VICE**
:
Defendant. :
-----------------------------------------------------------------x

STATE OF NEW JERSEY  )
                     ) ss.:
COUNTY OF BERGEN     )

AARON SCHLANGER being duly sworn, deposes and states:

1. I am a member of the Bar of this Court and am associated with the law firm of Osen and Associate, LLC, counsel for Plaintiffs in the above-referenced action. I submit this affidavit in support of the application of Joseph C. Kohn, Esq. for admission proc hac vice in the above-referenced litigation on behalf of the Plaintiffs.

2. As counsel of record, my Firm has been actively involved in the above-captioned action.

3. I consent to the association of, and agree to sponsor Joseph C. Kohn, in the above-captioned action.

_[signature]_
Aaron Schlanger

Sworn to before me this 11th day of May, 2007.

_[signature]_
Notary Public

EVELINE BENNETT
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES DEC. 7, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TZVI WEISS, et al.,

                Plaintiffs,

    -against-

NATIONAL WESTMINSTER BANK, PLC

                Defendant.

05 CV 4622 (CPS) (KAM)

---

### AFFIDAVIT OF JOSEPH C. KOHN IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE*

COMMONWEALTH OF PENNSYLVANIA )
                                            ) ss:
COUNTY OF PHILADELPHIA          )

JOSEPH C. KOHN, being duly sworn, deposes and states:

1. I am a shareholder and director of the law firm of Kohn, Swift & Graf, P.C., which has its office at One South Broad Street, Suite 2100, Philadelphia, Pennsylvania 19107. I submit this affidavit in support of my application for admission *pro hac vice* in the above-captioned action.

2. I am an attorney in good standing and licensed to practice law in the Commonwealth of Pennsylvania where I have practiced 24 years. A current Certificate of Good Standing from the Pennsylvania Supreme Court is annexed hereto as Exhibit A.

3. I am fully admitted to practice in the following courts:

        Commonwealth of Pennsylvania (1982)

        The US Court of Appeals – Third Circuit (1982)

        The US Court of Appeals – Fourth Circuit (2005)

        US District Court – Eastern District of Pennsylvania (1982)

32344_1

4. No disciplinary proceedings are pending against me in any jurisdiction and no discipline previously has been imposed upon me in any jurisdiction.

5. I am personally involved as counsel in the above-referenced action and have knowledge of the facts underlying the claims and defenses thereto.

6. I agree to abide by the Rules of this Court in connection with my appearance in the above-captioned litigation.

7. I therefore respectfully request that this Court grant my application for admission *pro hac vice* in this matter.

_____
JOSEPH C. KOHN

Sworn to before me this
11th day of MAY.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA A. BUEHNER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 27, 2010

32344_1

2

# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Joseph C. Kohn, Esq.

#### DATE OF ADMISSION

*October 21, 1982*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: April 19, 2007

Patricia A. Johnson
Chief Clerk

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TZVI WEISS, et al.,                      :
                                         :
                                         :    Case No. 05 CV 4622 (CPS)(KAM)
                                         :
              Plaintiffs,                :
                                         :
      -against-                          :
                                         :
NATIONAL WESTMINSTER BANK, PLC           :
                                         :
              Defendant.                 :
-----------------------------------------------------------x
```

## ORDER

Upon reading and reviewing the submissions in support of the motion for admission pro hac vice of Joseph C. Kohn, and good cause having been shown, it is hereby

ORDERED that Joseph C. Kohn is permitted to appear and practice pro hac vice in the above-referenced action on behalf of Plaintiffs.

SO ORDERED:

_____
Hon. Charles P. Sifton
United States District Judge

Dated: May ____, 2007
       Brooklyn, New York