UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TZVI WEISS, et al.,

       Plaintiffs,

-against-

NATIONAL WESTMINSTER BANK, PLC

       Defendant.
-----------------------------------------------------------x

Case No. 05 CV 4622 (CPS)(KAM)

**DOCKET & FILE**

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ MAY 1 5 2007 ★
P.M. _____
TIME A.M. _____

## ORDER

Upon reading and reviewing the submissions in support of the motion for admission pro hac vice of Joseph C. Kohn, and good cause having been shown, it is hereby

ORDERED that Joseph C. Kohn is permitted to appear and practice pro hac vice in the above-referenced action on behalf of Plaintiffs.

SO ORDERED:

Dated: May /4/, 2007
   Brooklyn, New York

_____
United States District Judge

s/ KAM

So Ordered: _____
Kiyo A. Matsumoto
U.S. Magistrate Judge