RECEIVED
In Chambers of:
U.S. Magistrate Judge
KIYO A. MATSUMOTO
MAY 15 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

TZVI WEISS, et al.,

                Plaintiffs,

- against -

NATIONAL WESTMINSTER BANK PLC,

                Defendant.

------------------------------------------------------X

05-4622 (CPS) (KAM)

**STIPULATION AND ORDER**

      WHEREAS the undersigned, attorneys for the parties herein, have conferred and mutually agree that additional time is necessary for both plaintiffs and defendant to comply fully with the Court's May 14, 2007 Memorandum and Order, requiring further production of documents and responses to interrogatories and requests to admit by May 24, 2007;

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, attorneys for the parties herein, that the time in which plaintiffs and defendant may comply with the Court's May 14, 2007 Memorandum and Order is extended to, and includes, June 25, 2007.

Dated: New York, New York
       May 15, 2007

OSEN & ASSOCIATE, LLC

By: _____
Joshua D. Glatter, Esq. (JG-0184)
700 Kinderkamack Road
Oradell, New Jersey 07649
(201) 265-6400

Attorneys for Plaintiffs

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Jonathan I. Blackman, Esq. (JB-3846)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Defendant

SO ORDERED:

Kiyo A. Matsumoto
_____
U.S. Magistrate Judge

2