UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

TZVI WEISS, *et al.*,

                      Plaintiffs,

           - against -

NATIONAL WESTMINSTER BANK PLC,

                      Defendant.

------------------------------------------------------------------------ X

CV 05-4622 (CPS) (KAM)

<u>CERTIFICATE OF SERVICE</u>

        I, Richard V. Conza, an attorney admitted to practice before the Courts of the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 18th day of May 2007, the Answer and Affirmative Defenses, dated May 18, 2007 is being served by Federal Express upon:

                Steven M. Steingard, Esq.
                Kohn, Swift & Graf, P.C.
                One South Broad Street
                Philadelphia, PA 19107

                Gary M. Osen, Esq.
                Joshua D. Glatter, Esq.
                Aaron Schlanger, Esq.
                Peter Raven-Hansen, Esq.
                Osen & Associate, LLC
                700 Kinderkamack Road
                Oradell, New Jersey 07649

                Andrew D. Friedman, Esq.
                Neal Dublinsky, Esq.
                Glancy Binkow & Goldberg LLP
                430 Park Avenue, Suite 702
                New York, New York 10022

2

      2.  This service is being made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
       May 18, 2007

                                                              s/Richard V. Conza
                                                              Richard V. Conza