UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                             :

TZVI WEISS, et al.,                   :

                Plaintiffs,     :      **STIPULATION**
                             :      **AND ORDER**
        - against -          :

NATIONAL WESTMINSTER BANK PLC,   :      05-CV-4622 (CPS) (KAM)

               Defendant.     :

                             :
------------------------------------------------------- X
------------------------------------------------------- X
                             :

MOSES STRAUSS, et al.            :      06-CV-702 (CPS) (KAM)

               Plaintiffs,     :

        - against -          :

CRÉDIT LYONNAIS, S.A.          :

               Defendant.     :

                             :
------------------------------------------------------- X

WHEREAS the Court's May 14, 2007 Memorandum and Order in Weiss v. National Westminster Bank PLC, 05-CV-4622, required further production of documents and responses to interrogatories and requests to admit by May 24, 2007; and

WHEREAS the time in which plaintiffs and defendant were to comply with the Court's May 14, 2007 Memorandum and Order in Weiss was extended to June 25, 2007 by Stipulation and Order so ordered on May 16, 2007; and

WHEREAS the Court's May 25, 2007 Memorandum and Order in Strauss v. Crédit Lyonnais, S.A., 06-CV-702, requires further production of documents and responses to interrogatories and requests to admit by June 25, 2007; and

WHEREAS the undersigned, attorneys for the parties herein, have conferred and mutually agree that additional time is necessary to respond fully to interrogatories and requests to admit in both Weiss and Strauss;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, attorneys for the parties herein, that the time in which plaintiffs and defendants may respond to interrogatories and requests to admit in Weiss and Strauss is extended to, and includes, July 9, 2007.

Dated: New York, New York  
      June 20, 2007

OSEN & ASSOCIATE, LLC,

By: _____

Joshua D. Glatter, Esq. (JG 0184)  
700 Kinderkamack Road  
Oradell, New Jersey 07649  
(201) 265-6400

Attorneys for Plaintiffs

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____

Lawrence B. Friedman (LF 9978)  
One Liberty Plaza  
New York, New York 10006  
(212) 225-2000

Attorneys for Defendants

SO ORDERED.

_____  
U.S. Magistrate Judge

6/20/07

2