UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TZVI WEISS, et al.,

     Plaintiffs;

-against-

NATIONAL WESTMINSTER BANK, PLC

     Defendant.

Case No. 05 CV 4622 (CPS) (KAM)

Honorable Charles P. Sifton

Magistrate Judge Kiyo A. Matsumoto

**NOTICE OF APPEARANCE**

    Please enter my appearance on behalf of all plaintiffs in *Tzvi Weiss, et al. v. National Westminister Bank, PLC*.  I am admitted to practice in this Court.

_/s/ Stephen H. Schwartz_
Stephen H. Schwartz
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700

Dated: August 9, 2007

34719_1

## CERTIFICATE OF SERVICE

I, Stephen H. Schwartz, hereby certify that a true and correct copy of the Notice of Appearance was served via electronic mail on this 9th day of August, 2007, upon counsel listed on the attached service list.

_____
Stephen H. Schwartz

32492_1

## SERVICE LIST

**Counsel for Defendant**

Lawrence B. Friedman, Esq.
(lfriedman@cgsh.com)
Jonathan I. Blackman, Esq.
(jblackman@cgsh.com)
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, N.Y. 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

**Counsel for Plaintiffs**

Gary M. Osen, Esq.
(gmo@osen.us)
OSEN & ASSOCIATE, LLC
700 Kindermack Raod
Oradell, N.J. 07649
Telephone: (201) 265-6400
Facsimile: (201) 265-0303

Andrew Friedman, Esq.
WECHSLER HARWOOD LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212)935-7400
Facsimile: (212) 753-3630

34723_1