UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, et al.,<br><br>                    Plaintiffs,<br>         -against-<br><br>NATIONAL WESTMINSTER BANK, PLC<br><br>                    Defendant. | Case No. 05 CV 4622 (CPS)(KAM)<br><br>Honorable Charles P. Sifton<br><br>Mag. Judge Kiyo A. Matsumoto |

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 1.4 – and upon the Declaration of Robert A. Swift dated August 10, 2007 and the Proposed Order granting the relief sought therein – Robert A. Swift will move before the Honorable Charles P. Sifton, at such time as shall be determined by the Court, at the United States Courthouse, Courtroom # 6A South, 225 Cadman Plaza East, 11201, to withdraw as counsel of record for all plaintiffs in <u>Weiss, et al. v. National Westminster Bank, PLC</u>, Case No. 05 CV 4622 (CPS)(KAM). Said plaintiffs will continue to be represented by Robert A. Swift's firm, Kohn, Swift, & Graf, P.C., and its co-counsel, the law firms of Osen & Associate LLC and Glancy Binkow & Goldberg LLP.

DATED: August 10, 2007

*The application is granted.*
*So Ordered*

KOHN, SWIFT & GRAF, P.C.

By _____[signature]_____
Robert A. Swift, *admitted pro hac vice*
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700

s/Hon. Charles P. Sifton
USDJ
8/16/07

34752_1