UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, et al., | Case No. 05 CV 4622 (CPS) (KAM) |
| Plaintiffs, | Honorable Charles P. Sifton |
| -against- | |
| | Magistrate Judge Kiyo A. Matsumoto |
| NATIONAL WESTMINSTER BANK, PLC | **NOTICE OF APPEARANCE** |
| Defendant. | |

Please enter my appearance on behalf of all plaintiffs in *Tzvi Weiss, et al. v. National Westminster Bank, PLC*. I am admitted to practice in this Court.

/s/ Neil L. Glazer

Neil L. Glazer
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700

Dated: August 27, 2007

35342_1

## CERTIFICATE OF SERVICE

I, Neil L. Glazer, hereby certify that a true and correct copy of the Notice of Appearance was served via electronic mail on this 27th day of August, 2007, upon the following:

>Jonathan I. Blackman
>Lawrence B. Friedman
>Cleary, Gottlieb, Steen & Hamilton, LLP
>One Liberty Plaza
>New York, NY 10006

_____
Neil L. Glazer, Esquire

35342_1