

## OSEN & ASSOCIATE, LLC

ATTORNEYS AT LAW
700 KINDERKAMACK ROAD, ORADELL, NEW JERSEY 07649
TELEPHONE 201.265.6400  FACSIMILE 201.265.0303
WWW.OSEN.US

December 21, 2007

**BY ECF**

Honorable Kiyo A. Matsumoto
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Weiss, et al v. National Westminster Bank, plc,* 05-cv-4622 (CPS)(KAM)
           *Faudem, et al v. National Westminster Bank, plc,* 07-cv-1775 (CPS)(KAM)
           *Applebaum, et al v. National Westminster Bank, plc,* 07-cv-916 (CPS)(KAM)

Dear Judge Matsumoto:

    In accordance with the Court's December 19, 2007 scheduling order, attached is the Stipulation and Order for Coordination of Discovery in the above referenced cases.

                                      Respectfully yours,

                                      Aaron Schlanger

cc:    All Counsel