# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PENNSYLVANIA 19107-3304

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
DENIS F. SHEILS†◇
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
ELKAN M. KATZ
CHRISTINA D. SALER *
HADLEY P. ROELTGEN *
NEIL L. GLAZER ++

HAROLD E. KOHN
1914-1999

SPECIAL COUNSEL
JOSEPH M. HOEFFEL

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◇ ALSO ADMITTED IN NEVADA
* ALSO ADMITTED IN NEW JERSEY
++ ONLY ADMITTED IN NEW YORK

December 26, 2007

**VIA ECF AND E-MAIL**

Honorable Kiyo A. Matsumoto
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Strauss v. Credit Lyonnais*, 06 CV 702 (CPS)(KAM)
            *Weiss v. National Westminster Bank, Plc.*, 05 CV 4622 (CPS)(KAM)

Dear Judge Matsumoto:

    With this letter, we are requesting an extension of time to present NatWest and Credit Lyonnais with settlement demands, as ordered by your honor. Currently, the presentation is due on December 31, 2007, but we are requesting an extension of 30 days, until January 30, 2008. Defendants would then also have an additional 30 days to present their responses. Plaintiffs consulted with Defendants before making this request, and Defendants authorized us to state that they have no objection to this extension.

    Plaintiffs have been working diligently on this presentation, which is inherently time and resource intensive, and note that Plaintiffs had far less time to prepare than the other plaintiff groups. Thus, we believe that a modest extension of 30 days is warranted.

    We thank you for your consideration.

Respectfully submitted,

Stephen Schwartz

SHS:cm

38919_1

## CERTIFICATE OF SERVICE

I, Stephen H. Schwartz, hereby certify that a true and correct copy of the attached Letter to Honorable Kiyo A. Matsumoto, was served via electronic mail on this 26th day of December, 2007, upon counsel listed below:

Gary M. Osen
Osen & Associate, LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
(201) 265-6400
gmo@osen.us

Michael E. Elsner
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
melsner@motleyrice.com

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2840
lfriedman@cgsh.com

_____
Stephen H. Schwartz

00038922

38922_1