

# OSEN & ASSOCIATE, LLC

**ATTORNEYS AT LAW**
700 KINDERKAMACK ROAD, ORADELL, NEW JERSEY 07649
TELEPHONE 201.265.6400  FACSIMILE 201.265.0303
WWW.OSEN.US

December 31, 2007

**BY ECF and FEDEX**

Honorable Charles P. Sifton
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Weiss, et al. v. National Westminster Bank, Plc.,* **05 CV 4622 (CPS)(KAM)**

Dear Judge Sifton:

In accordance with the paragraph 1 of the Stipulation and Order for Coordination of Discovery ordered by Magistrate Judge Matsumoto on December 21, 2007, enclosed please find Plaintiffs' Fourth Amended Complaint which adds the plaintiffs in *Faudem, et al. v. National Westminster Bank, PLC,* 07-cv-1775 (CPS)(KAM), into the above-captioned case. Additionally, enclosed for the Court's approval is a Stipulation and Order providing for the dismissal without prejudice on the terms provided of Plaintiffs' first claim for relief.

Respectfully yours,

Aaron Schlanger

Encls.

cc:   Honorable Kiyo A. Matsumoto, U.S.M.J. (via ECF and FEDEX)
      All Counsel (via electronic mail)