UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TZVI WEISS, et al.                  :
                                    :   Case No. CV 05-4622 (CPS) (KAM)
         Plaintiffs,        :
                                    :
-against-                           :
                                    :
NATIONAL WESTMINSTER BANK, PLC      :
                                    :
         Defendant.         :

---

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO: The Clerk of Court and All Parties of Record:

    PLEASE TAKE NOTICE THAT the law firm Osen & Associate, LLC has changed its name to Osen LLC. The office address, telephone and facsimile numbers, and web and email addresses remain the same.

Dated: January 2, 2008

                                        OSEN LLC

                            By: _____
                                      Gary M. Osen
                                      Joshua D. Glatter
                                      Aaron Schlanger
                                      Peter Raven-Hansen, Of Counsel
                                      700 Kinderkamack Road
                                      Oradell, New Jersey 07649
                                      Tel: (201) 265-6400
                                      Fax: (201) 265-0303

                                      Counsel for the *Weiss* Plaintiffs