UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
TZVI WEISS, et al.                                           :
                                                             :
            Plaintiffs,                                      :
                                                             :
            -against-                                        :        05-CV-4622 (CPS) (KAM)
                                                             :
NATIONAL WESTMINSTER BANK, PLC,                              :
                                                             :
            Defendant.                                       :
                                                             :
---------------------------------------------------------------- x

## STIPULATION AND ORDER

         Plaintiffs, by and through their counsel, and Defendant, by and through its

counsel, hereby stipulate as follows:

         WHEREAS, this Court in the above-captioned action ruled in its September 27,

2006 Memorandum Opinion that the first claim for relief, common law aiding and abetting,

would be dismissed with leave to re-file;

         NOW, THEREFORE, it is hereby stipulated that, for appellate purposes, the

issues raised with respect to the first claim for relief, common law aiding and abetting, and ruled

upon by the Court herein, shall be preserved for all purposes of appeal in the within action.

         The parties further stipulate that the first claim for relief of the Fourth Amended

Complaint in the within action is deemed dismissed without prejudice, with leave to re-file the

claim consistent with any rulings the Court may enter in this case, or pursuant to any final

appellate decision rendered in this case.

Dated: New York, New York  
      December 31, 2007

By: _____

Jonathan I. Blackman  
Lawrence B. Friedman  
CLEARY GOTTLIEB STEEN &  
  HAMILTON LLP  
One Liberty Plaza  
New York, NY 10006  
Telephone: 212-225-2000

Counsel for Defendant

By: _____

Gary M. Osen, Esq.  
Joshua D. Glatter, Esq.  
Aaron Schlanger, Esq.  
Peter Raven-Hansen, Esq., Of Counsel  
Osen & Associate, LLC  
700 Kinderkamack Road  
Oradell, New Jersey 07649  
Telephone: (201) 265-6400

Steven M. Steingard, Esq.  
Neil L. Glazer, Esq.  
Kohn, Swift & Graf, P.C.  
One South Broad Street  
Philadelphia, PA 19107  
Telephone: (215) 239-1700

Andrew D. Friedman, Esq., Of Counsel  
Neil A. Dublinsky, Esq., Of Counsel  
Glancy Binkow & Goldberg LLP  
430 Park Avenue  
New York, New York 10022  
Telephone: (212) 308-6300

David J. Strachman, Esq.  
McIntyre, Tate, Lynch & Holt, LLC  
321 South Main Street, Suite 400  
Providence, Rhode Island 02930  
Telephone: (401) 351-7700

2

Nitsana Darshan-Leitner, Esq.
Nitsana Darshan-Leitner & Associates
11 Havatikim Street
Petah Tikva, Israel 49389
Telephone: (972) 3-933-4472

Counsel for Plaintiffs

SO ORDERED:

Dated:

s/Hon. Charles P. Sifton

Charles P. Sifton, U.S.D.J.

3