UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
TZVI WEISS, *et al.*,                                      :
                                                           :
           Plaintiffs,                    :
                                                           :
    -against-                                         :   CV 05-4622 (CPS) (KAM)
                                                           :
NATIONAL WESTMINSTER BANK,PLC,              :   <u>CERTIFICATE OF SERVICE</u>
                                                           :
           Defendant.                      :
---------------------------------------------------------- x

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 11th day of February 2008, the Answer and Affirmative Defenses was served by Express Mail upon:

                John M. Eubanks
                Motley Rice, LLC
                28 Bridgeside Boulevard
                P.O. Box 1792
                Mount Pleasant, SC  29465

                Gary M. Osen, Esq.
                Joshua D. Glatter, Esq.
                Peter Raven-Hansen, Esq.
                Aaron Schlanger
                OSEN LLC
                700 Kinderkamack Road
                Oradell, NJ  07649

                Joseph C. Kohn, Esq.
                Steven M. Steingard, Esq.
                Stephen M. Schwartz, Esq.
                Neil L. Glazer, Esq.
                Kohn, Swift & Graf, P.C.
                One South Broad Street
                Philadelphia, PA  19107

>Andrew D. Friedman, Esq.
>Neal A. Dublinsky, Esq.
>Glancy Binkow & Goldberg LLP
>430 Park Avenue
>New York, NY  10022

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
February 11, 2008

>/s/Richard V. Conza
>Richard V. Conza