UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TZVI WEISS, et al.,

                Plaintiffs,

  -against-

NATIONAL WESTMINSTER BANK, PLC

                Defendant.
------------------------------------------------------------x

Case No. 05 CV 4622 (CPS-KAM)

**NOTICE OF MOTION
FOR ADMISSION
PRO HAC VICE**

PLEASE TAKE NOTICE that, upon the Annexed Affidavit of C. Tab Turner, Esq., sworn to on February 15, 2008, and the exhibits annexed thereto, upon the annexed Affidavit of Gary M. Osen, sworn to on February 18, 2008, and upon all of the prior pleadings and proceedings had herein, the undersigned will move this Court at 225 Cadman Plaza East, Brooklyn, NY 11201, as soon as counsel may be heard, for an Order, pursuant to Federal Rules of Civil Procedure and Local Rule 1.3(c) of this Court, for the admission pro hac vice of C. Tab Turner, a member in good standing of the Supreme Court of the State of Arkansas in the above referenced action on behalf of Plaintiffs.

Dated: February 18, 2008
       Oradell, New Jersey

                                           OSEN LLC

                                           By: _____
                                           Gary M. Osen
                                           Joshua D. Glatter
                                           700 Kinderkamack Road
                                           Oradell, N.J. 07649
                                           (201)265-6400

                                           Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TZVI WEISS, et al.,                           :   Case No. 05 CV 4622 (CPS-KAM)
                                              :
                                              :   **AFFIDAVIT OF**
              Plaintiffs,                     :   **GARY M. OSEN**
                                              :   **IN SUPPORT OF**
   -against-                                  :   **APPLICATION**
                                              :   **FOR ADMISSION**
NATIONAL WESTMINSTER BANK, PLC                :   **PRO HAC VICE**
                                              :
              Defendant.                      :
-----------------------------------------------------------------x

STATE OF NEW JERSEY    )
                       ) ss.:
COUNTY OF BERGEN       )

GARY M. OSEN being duly sworn, deposes and states:

1. I am a member of the Bar of this Court and am a member of the law firm of OSEN LLC, counsel for Plaintiffs in the above-referenced action. I submit this affidavit in support of the application of C. Tab Turner, Esq. for admission proc hac vice in the above-referenced litigation on behalf of the Plaintiffs.

2. As counsel of record, my Firm has been actively involved in the above-captioned action.

3. I consent to the association of, and agree to sponsor C. Tab Turner, in the above-captioned action.

_____
Gary M. Osen

Sworn to before me this 18th day of February, 2008.

_____
Notary Public

**Gisela O'Connell**
Notary Public of New Jersey
My Comm Exp. Oct. 28, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TZVI WEISS, et al.                              :
                                                :   Case No. 05 CV 4622 (CPS-KAM)
                    Plaintiffs,                 :
                                                :   **AFFIDAVIT OF C. TAB TURNER**
    -against-                                   :   **IN SUPPORT OF HIS**
                                                :   **APPLICATION FOR ADMISSION**
NATIONAL WESTMINSTER BANK, PLC                  :   **PRO HAC VICE**
                                                :
                    Defendant.                  :
-----------------------------------------------------------------x

STATE OF ARKANSAS ) ss:

C. TAB TURNER being duly sworn, deposes and states:

    1.    I submit this affidavit in support of my application for admission pro hac vice in the above-captioned action.

    2.    I am an attorney in good standing and licensed to practice law in the state of Arkansas. A copy of a Certificate of Good Standing from the Eastern and Western Districts of Arkansas is annexed hereto as Exhibit A. I am also annexing a copy of a Certificate of Good Standing from the Supreme Court of the State of Arkansas as Exhibit B. I was admitted to the practice of law in the state of Arkansas on March 25, 1985. I am not licensed to practice law in any State or District other than those mentioned herein.

    3.    I have been admitted to practice before the following courts:

| Name of Court | Date Admitted |
|---|---|
| Arkansas Supreme Court | March 25, 1985 |
| Eighth Circuit Court of Appeals | April 8, 1985 |
| USDC, Eastern District of Arkansas | May 2, 1985 |
| USDC, Western District of Arkansas | May 2, 1985 |
| USDC, Eastern District of Oklahoma | December 14, 1992 |
| USDC, Northern District of Texas | June 9, 1992 |
| USDC, Southern District of Texas | August 17, 2006 |

| | |
|---|---|
| USDC, Western District of Texas | August 31, 1994 |
| USDC, District of Arizona | June 6, 1994 |
| Fifth Circuit Court of Appeals | September 29, 1993 |
| United States Supreme Court | March 20, 1989 |
| USDC, Eastern District of Missouri | March 12, 1998 (Mo Bar # 49208) |
| USDC, District of Colorado | August 19, 2003 |

4. I am currently admitted pro hac vice in the Southern District of New York in Karem v. AWB Limited, et al, Case No. 06 CV 15400; Rizzo v. West-Herr Automotive Group, Inc., et al, Case No. I 2003 1515; Foley v. West-Herr Automotive Group, Inc., et al., Case No. 5443/04.

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline previously has been imposed upon me in any jurisdiction.

6. I have personally been involved in the above-referenced action and have knowledge of the facts underlying the claims and defenses thereto.

7. I agree to abide by the Rules of this Court in connection with my appearance in the above-captioned litigation.

8. I therefore respectfully request that this Court grant my application for admission pro hac vice in this matter.

_____
C. Tab Turner

Sworn to before me this 15th day of February, 2008.

_____
Notary Public

My commission expires:

9/20/2016

# Exhibit A

# UNITED STATES DISTRICT COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

### CERTIFICATE OF GOOD STANDING

I, James W. McCormack, Clerk of the United States District Court for the Eastern District of Arkansas, do hereby certify that Clyde Tab Turner, Bar Number 85158, was duly admitted to practice in said Court on May 2, 1985, and is in good standing as a member of the bar of said Court.

In testimony whereof, I hereunto set my hand and affix the Seal of said Court, at my office in Little Rock, Arkansas, this 13th day of February, 2008.

JAMES W. McCORMACK, CLERK

By: _____ Deputy Clerk

# Exhibit B

*Supreme Court*
# **State of Arkansas**
*Little Rock*

# CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Leslie W. Steen, Clerk of the Supreme Court of Arkansas, do hereby certify that Clyde Talbot Turner was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on March 25, 1985; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this 14th day of February, 2008.

LESLIE W. STEEN
(CLERK SUPREME COURT OF ARKANSAS)

By _____
Deputy Clerk