AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: CV 05-4622 (CPS)(KAM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/20/2008 | *signature* |
| Date | Signature |
| | Michael E. Elsner — ME-8337 |
| | Print Name — Bar Number |
| | Motley Rice LLC, 28 Bridgeside Blvd. |
| | Address |
| | Mount Pleasant — SC — 29464 |
| | City — State — Zip Code |
| | (843) 216-9000 — (843) 216-9450 |
| | Phone Number — Fax Number |