UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVIA WEISS, et. al. | ) |
|   Plaintiffs, | ) NOTICE OF MOTION |
| v. | ) TO ADMIT COUNSEL |
|   | ) PRO HAC VICE |
| NATIONAL WESTMINSTER BANK, PLC, | ) CV 05-4622 (CPS)(KAM) |
|   Defendants. | ) |

PLEASE TAKE NOTICE that upon the annexed affidavit of John M. Eubanks in support of this motion and the Certificates of Good Standing annexed thereto we will move this court before the Honorable Charles P. Sifton at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District courts for the Southern and Eastern Districts of New York for an Order allowing the admission of John M. Eubanks, an associate of the firm of Motley Rice LLC and a member in good standing of the Bar of the State of Maryland and the Bar of the United States Court of Appeals for the Fourth Circuit, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Michael E. Elsner, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Tel:  (843) 216-9250
Fax:  (843) 216-9450
MElsner@motleyrice.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TZVIA WEISS, et. al.    )
                        )
        Plaintiffs,     )           AFFIDAVIT OF
                        )           JOHN M. EUBANKS
v.                      )           IN SUPPORT OF
                        )           MOTION TO ADMIT
NATIONAL WESTMINSTER BANK PLC,  )   COUNSEL PRO HAC VICE
                        )
        Defendants.     )           CV 05-4622 (CPS)(KAM)
                        )

---

State of New York    )
                     )   ss:
County of New York   )

John M. Eubanks, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Motley Rice, LLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Maryland and the Bar of the United States Court of Appeals for the Fourth Circuit.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

John M. Eubanks
MOTLEY RICE LLC

28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
JEubanks@motleyrice.com

Sworn to before me this
20th day of March, 2008.

_____
Notary Public

My Commission Expires
June 12, 2012

# CERTIFICATE OF GOOD STANDING

I, Patricia S. Connor, Clerk of this Court, certify that _____John Michael Eubanks_____ was duly admitted to practice in this Court on _____July 3, 2006_____, and is in good standing in this Court.

Dated at Richmond, Virginia, on _____February 25, 2008_____.

Patricia S. Connor
CLERK

DEPUTY CLERK



# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

   I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifth day of January, 2004,

### John Michael Eubanks

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

   *In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-first day of February, 2008.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSES STRAUSS, et. al.<br><br>    Plaintiffs,<br><br>v.<br><br>CREDIT LYONNAIS, S.A.<br><br>    Defendants. | ADMISSION TO PRACTICE<br>PRO HAC VICE<br><br>CV 06-702 (CPS) (KAM) |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney John M. Eubanks is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:

                                    _____
                                    United States District Judge

Cc: *Pro Hac Vice* Attorney
   Court File