UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVIA WEISS, et. al. | ) |
| Plaintiffs, | ) NOTICE OF MOTION |
| | ) TO ADMIT COUNSEL |
| v. | ) PRO HAC VICE |
| | ) |
| NATIONAL WESTMINSTER BANK, PLC, | ) CV 05-4622 (CPS)(KAM) |
| | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that upon the annexed affidavit of Donald A. Migliori in support of this motion and the Certificates of Good Standing annexed thereto we will move this court before the Honorable Charles P. Sifton at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Donald A. Migliori, an member of the firm of Motley Rice LLC and a member in good standing of the Bar of the States of Rhode Island, Massachusetts, Minnesota and the Bar of the United States Court of Appeals for the Fourth Circuit, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: April 9, 2008.

Respectfully submitted,

Michael E. Elsner, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Tel:  (843) 216-9250
Fax:  (843) 216-9450
MElsner@motleyrice.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TZVIA WEISS, et. al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| NATIONAL WESTMINSTER BANK PLC, | )<br>) |
| Defendants. | )<br>) |

AFFIDAVIT OF
DONALD A. MIGLIORI
IN SUPPORT OF
MOTION TO ADMIT
COUNSEL PRO HAC VICE

CV 05-4622 (CPS)(KAM)

---

State of New York   )
                    )  ss:
County of New York  )

Donald A. Migliori, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Motley Rice, LLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the States of Rhode Island, Massachusetts, Minnesota and the Bar of the United States Court of Appeals for the Fourth Circuit.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

*[signature]*

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
Tel: (401) 457-7700
Fax: (401)457-7708
DMigliori@motleyrice.com

Sworn to before me this
7 day of April, 2008.

*[signature]*
Notary Public

My Commission Expires: 8/16/2011

# CERTIFICATE OF GOOD STANDING



I, Patricia S. Connor, Clerk of this Court, certify that _____Donald A. Migliori_____ was duly admitted to practice in this Court on _____July 3, 2006_____, and is in good standing in this Court.

Dated at Richmond, Virginia, on _____March 31, 2008_____.

Patricia S. Connor
CLERK

_____
DEPUTY CLERK

STATE OF RHODE ISLAND  AND PROVIDENCE PLANTATIONS

Supreme Court
Frank Licht Judicial Complex
Providence, R.I. 02903

DONALD A MIGLIORI
MOTLEY RICE LLC
POST OFFICE BOX 6067
321 SOUTH MAIN STREET
PROVIDENCE, RI   02940-6067

    This certifies that DONALD A MIGLIORI of PROVIDENCE, RHODE ISLAND, is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on 20-JUL-1993 admitted to practice in all the Courts of said State, as appears of record in this the office of the clerk of the Supreme Court of said State and is in good standing and qualified to practice in said Courts. The Supreme Court is the highest Court in the State.

    Given under my hand and the seal of said Supreme Court at Providence, on March 28, 2008.

_____
Clerk

SU_CERT_GD_STD
June 2005

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **December** A.D. **1994**, said Court being the highest Court of Record in said Commonwealth:

## Donald A. Migliori

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-eighth** day of **March** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

DONALD ALAN MIGLIORI

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

August 19, 1994

Given under my hand and seal of this court on

April 02, 2008

Fredrick K. Grittner
Clerk of Appellate Courts

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVIA WEISS, et. al. | )<br>)<br>) |
| Plaintiffs, | ) ADMISSION TO PRACTICE<br>) PRO HAC VICE |
| v. | )<br>) CV 05-4622 (CPS) (KAM) |
| NATIONAL WESTMINSTER BANK PLC, | )<br>) |
| Defendants. | )<br>) |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Donald A. Migliori is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:

_____
United States District Judge

Cc: *Pro Hac Vice* Attorney
    Court File