**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • FRANKFURT • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

Writer's Direct Dial (212) 225-2840
E-Mail lfriedman@cgsh.com

| | | |
|---|---|---|
| MARK A. WALKER | SETH GROSSHANDLER | SANDRA L. FLOW |
| LESLIE B. SAMUELS | WILLIAM A. GROLL | FRANCISCO L. CESTERO |
| ALLAN G. SPERLING | JANET L. FISHER | DANA G. FLEISCHMAN |
| MAX GITTER | DAVID L. SUGERMAN | FRANCESCA L. ODELL |
| EVAN A. DAVIS | HOWARD S. ZELBO | SANG JIN HAN |
| LAURENT ALPERT | DAVID E. BRODSKY | WILLIAM L. MCRAE |
| VICTOR I. LEWKOW | ARTHUR H. KOHN | JASON FACTOR |
| LESLIE N. SILVERMAN | ANA DEMEL | MARGARET S. PEPONIS |
| ROBERT L. TORTORIELLO | RAYMOND B. CHECK | LISA M SCHWEITZER |
| A. RICHARD SUSKO | RICHARD J. COOPER | KRISTOFER W HESS |
| LEE C. BUCHHEIT | JEFFREY S. LEWIS | JUAN G. GIRÁLDEZ |
| JAMES M. PEASLEE | PAUL J SHIM | DUANE MCLAUGHLIN |
| ALAN L. BELLER | YVETTE P. TEOFAN | BREON S. PEACE |
| THOMAS J. MOLONEY | STEVEN L. WILNER | CHANTAL E. KORDULA |
| JONATHAN I. BLACKMAN | ERIKA W. NIJENHUIS | BENET J. O'REILLY |
| WILLIAM F. GORIN | LINDSEE P. GRANFIELD | RESIDENT PARTNERS |
| MICHAEL L. RYAN | DAVID C. LOPEZ | |
| ROBERT P. DAVIS | CARMEN A. CORRALES | SANDRA M ROCKS |
| YARON Z. REICH | JAMES L. BROMLEY | ELLEN M. CREEDE |
| RICHARD S. LINCER | PAUL E. GLOTZER | S. DOUGLAS BORISKY |
| JAIME A. EL KOURY | MICHAEL A. GERSTENZANG | JUDITH KASSEL |
| STEVEN G. HOROWITZ | LEWIS J. LIMAN | DAVID E. WEBB |
| ANDREA G. PODOLSKY | NEIL Q. WHORISKEY | PENELOPE L. CHRISTOPHOROU |
| JAMES A. DUNCAN | JORGE U JUANTORENA | BOAZ S MORAG |
| STEVEN M. LOEB | MICHAEL D. WEINBERGER | MARY E. ALCOCK |
| DANIEL S. STERNBERG | DAVID LEINWAND | GABRIEL J MESA |
| DONALD A. STERN | JEFFREY A. ROSENTHAL | DAVID H. HERRINGTON |
| CRAIG B. BROD | ETHAN A. KLINGSBERG | MARK A. ADAMS |
| WANDA J OLSON | MICHAEL D. DAYAN | HEIDE H. ILGENFRITZ |
| MITCHELL A. LOWENTHAL | CARMINE D. BOCCUZZI, JR. | DAVID S. BERG |
| DEBORAH M. BUELL | JEFFREY D. KARPF | KATHLEEN M. EMBERGER |
| EDWARD J. ROSEN | KIMBERLY BROWN BLACKLOW | NANCY I. RUSKIN |
| LAWRENCE B. FRIEDMAN | ROBERT J. RAYMOND | WALLACE L. LARSON, JR |
| NICOLAS GRABAR | DAVID I. GOTTLIEB | JAMES D. SMALL |
| CHRISTOPHER E. AUSTIN | LEONARD C. JACOBY | AVRAM E. LUFT |
| | | RESIDENT COUNSEL |

April 17, 2008

BY ECF AND HAND

Hon. Kiyo A. Matsumoto
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Weiss, et al. v. National Westminster Bank, Plc</u>, 05-cv-4622 (CPS) (KAM)
      <u>Strauss, et al. v. Crédit Lyonnais, S.A.</u>, 06-cv-702 (CPS) (KAM)
      <u>Applebaum, et al. v. National Westminster Bank, Plc</u>, 07-cv-916 (CPS) (KAM)
      <u>Wolf, et al. v. Crédit Lyonnais, S.A.</u>, 07-cv-914 (CPS) (KAM)

Dear Magistrate Judge Matsumoto:

   I am writing to respectfully request on behalf of all parties that the Court approve the parties' agreement to again adjourn the schedule for motion practice relating to defendants' pending burden objections to plaintiffs' document requests, in order to afford the parties additional time to continue their efforts to resolve these objections. Specifically, we ask that the moving and response dates of April 25 and May 16 that Your Honor previously set be rescheduled to May 9 and May 30, respectively. This is the third adjournment request that has been made. Your Honor granted the prior request for adjournment in an April 2 Order.

                Respectfully,

                */s/ Lawrence B. Friedman*

                Lawrence B. Friedman

cc: All Counsel of Record