SAYLES | WERBNER

August 7, 2008

**VIA ELECTRONIC FILING**
Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    *Weiss, et al. v. National Westminster Bank, PLC* – Case No. CV – 05- 4622;
                *Applebaum, et al. v. National Westminster Bank, PLC* – Case No. CV – 07-091;
                *Wolf, et al. v. Credit Lyonnais, S.A.* - Case No. CV-07-0914;
                *Strauss, et al. v. Credit Lyonnais, S.A.* – Case No. CV – 06-00702

Dear Magistrate Judge Go:

    This letter confirms that by mutual consent of counsel for all parties, and based on the availability of the Court, we are adjourning the August 14, 2008 telephonic status conference in the above-referenced cases until September 9, 2008, at 10:30 a.m. Counsel will attend the conference in person. We thank you for your consideration.

                                        Respectfully submitted,

                                        Joel Israel
                                        jisrael@swtriallaw.com
                                        (214) 939-8763

cc:    All Counsel of Record