SAYLES | WERBNER

September 4, 2008

**VIA ELECTRONIC FILING**
Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    *Weiss, et al. v. National Westminster Bank, PLC* – Case No. CV – 05- 4622;
              *Applebaum, et al. v. National Westminster Bank, PLC* – Case No. CV – 07-091;
              *Wolf, et al. v. Credit Lyonnais, S.A.* - Case No. CV-07-0914;
              *Strauss, et al. v. Credit Lyonnais, S.A.* – Case No. CV – 06-00702

Dear Magistrate Judge Go:

      We write on behalf of all Plaintiffs in the above-referenced cases in order to provide the following proposed agenda for the status conference scheduled for Tuesday, September 9:

1. NatWest and Credit Lyonnais: Defendants' Motions for Protective Order as to burden of producing documents related to certain entities;

2. NatWest: Plaintiffs' Motion to Compel production of communications from August and September 2003 listed on NatWest's privilege log (Defendant's Response Pending);

3. NatWest: Plaintiffs' Motion to Compel production of NatWest documents through relevant time period set forth in Plaintiffs' Document Requests (Defendant's Response Pending);

4. Credit Lyonnais: Plaintiffs' Motion to Compel production of documents related to U.S. Terror Watch Lists and Israeli Watch Lists (Defendant's Response Pending); and

5. NatWest and Credit Lyonnais: scheduling of depositions of Defendants' employees in October/November.

Honorable Marilyn D. Go
September 4, 2008
Page 2

    Plaintiffs counsel will be prepared to discuss all of the topics listed above, recognizing that as to some specific points, Defendants' counsel may wish to file further written responses before addressing them in detail at the conference.

    We hope this letter is of assistance to the Court.

Respectfully submitted,

*Mark S Werbner*

Mark S. Werbner
mwerbner@swtriallaw.com
(214) 939-8711

MSW/jlk

cc:    All Counsel of Record

131692.v2