OSEN LLC
ATTORNEYS AT LAW

700 Kinderkamack Road, Oradell, NJ 07649
Telephone 201.265.6400  Facsimile 201.265.0303
www.osen.us

September 8, 2008

**VIA ECF**

Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Weiss, et al. v. NatWest* – **Case No. CV-05-4622 and related cases**

Dear Judge Go:

We write on Plaintiffs' collective behalf regarding the scheduling and manner of tomorrow's status conference for these cases. Plaintiffs were surprised to learn this morning that tomorrow's scheduled conference had, following a call initiated to Chambers by defense counsel (which Plaintiffs were *not* informed about by defense counsel until after the fact), been converted to a telephonic conference.

As Your Honor may recall, tomorrow's conference had originally been scheduled as a telephone conference, but, at the *specific* request of Plaintiffs, was rescheduled as a live conference. As the attached e-mails (Exhibits A, B and C) indicate, despite the additional briefing that has been submitted, Plaintiffs wish to proceed on the fully briefed motions in person tomorrow and we would have so advised Your Honor's clerk if we had been afforded the opportunity. Also, Mr. Werbner, lead trial counsel for the *Wolf* and *Appelbaum* plaintiffs, resides and works in Dallas, Texas, and is due to fly today from Texas for tomorrow's conference.

Accordingly, under the circumstances, plaintiffs respectfully request that tomorrow's scheduled conference proceed in-person as scheduled. Should Your Honor or Chambers have any questions, please do not hesitate to contact us.

Respectfully yours,

Joshua D. Glatter

**Hon. Marilyn D. Go**
**September 8, 2008**
**Page 2 of 2**


Attachments


cc:     All counsel

# Exhibit A

## Joshua Glatter

| | |
|---|---|
| **From:** | Lawrence FRIEDMAN [lfriedman@cgsh.com] |
| **Sent:** | Sunday, September 07, 2008 3:16 PM |
| **To:** | Team-Weiss |
| **Subject:** | Fw: Activity in Case 1:05-cv-04622-CPS-MDG Weiss et al v. National Westminster Bank Order |

Counsel –

I apologize for intruding on your Sunday, but I want to inform you as promptly as possible that, pursuant to the Court's Order of Friday evening, reproduced below, defendants do wish to submit opposition papers to the recent motions filed by plaintiffs before the next conference with the Court, and thus we will propose to you tomorrow a schedule for defendants' submissions and suggested new dates for the next conference, so that we can provide this information to the Court, as it has requested.

Larry Friedman

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2840 | f: +1 212 225 3999
www.clearygottlieb.com | lfriedman@cgsh.com

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/5/2008 at 7:40 PM EDT and filed on 9/5/2008

| | |
|---|---|
| **Case Name:** | Weiss et al v. National Westminster Bank |
| **Case Number:** | 1:05-cv-4622 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

| | |
|---|---|
| **Case Name:** | Strauss et al v. Credit Lyonnais, S.A. |
| **Case Number:** | 1:06-cv-702 |

**Filer:**

**Document Number:**                    No document attached

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

**Case Name:**                    Wolf et al v. Credit Lyonnais, S.A.
**Case Number:**                    1:07-cv-914
**Filer:**
**Document Number:**                    No document attached

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

**Case Name:**                    Applebaum et al v. National Westminster Bank, PLC
**Case Number:**                    1:07-cv-916
**Filer:**
**Document Number:**                    No document attached

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

**1:05-cv-4622 Notice has been electronically mailed to:**

Jonathan I. Blackman jblackman@cgsh.com, maofiling@cgsh.com

Lawrence B. Friedman lfriedman@cgsh.com, kspiering@cgsh.com, maofiling@cgsh.com

Stephen H. Schwartz sschwartz@kohnswift.com

Andrew David Friedman afriedman@whesq.com, tsawchuk@whesq.com

Steven M. Steingard ssteingard@kohnswift.com

Michael E. Elsner melsner@motleyrice.com, MRECF@motleyrice.com

Gary M. Osen gmo@osen.us

Mark S Werbner mwerbner@swtriallaw.com

Joshua D. Glatter jdg@osen.us

Aaron Schlanger as@osen.us

John M. Eubanks jeubanks@motleyrice.com

Joel Lawrence Israel jisrael@swtriallaw.com

Neil L. Glazer nglazer@kohnswift.com

**1:05-cv-4622 Notice will not be electronically mailed to:**

Peter Raven-Hansen
The George Washington University Law School
2000 H.Street N.W.
Washington, DC 20052

**1:06-cv-702 Notice has been electronically mailed to:**

**1:06-cv-702 Notice will not be electronically mailed to:**

Peter Raven-Hansen
The George Washington University Law School
2000 H.Street N.W.
Washington, DC 20052

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903-7108

**1:07-cv-914 Notice has been electronically mailed to:**

James P. Bonner jbonner@lawssb.com

Mark S Werbner jkennedy@swtriallaw.com

Richard D Heideman rdheideman@hnklaw.com

Noel J. Nudelman njnudelman@hnklaw.com

Tracy R. Kalik trkalik@hnklaw.com

**1:07-cv-914 Notice will not be electronically mailed to:**

**1:07-cv-916 Notice has been electronically mailed to:**

**1:07-cv-916 Notice will not be electronically mailed to:**

This message is being sent from a law firm and may contain
confidential or privileged information.  If you are not
the intended recipient, please advise the sender
immediately by reply e-mail and delete this message and
any attachments without retaining a copy.

# Exhibit B

## Joshua Glatter

| | |
|---|---|
| **From:** | Gary M. Osen |
| **Sent:** | Sunday, September 07, 2008 8:33 PM |
| **To:** | Lawrence FRIEDMAN |
| **Cc:** | jisrael@swtriallaw.com; Joshua Glatter; mwerbner@swtriallaw.com; Steven M. Steingard; afriedman@gbgfriedman.com |

**Subject:** RE: Activity in Case 1:05-cv-04622-CPS-MDG Weiss et al v. National Westminster Bank Order

Dear Larry:

We look forward to receiving your scheduling proposal, but wish to advise you that:

1. Plaintiffs are NOT amenable to postponing Tuesday's conference. We intend to address those matters that have been letter-briefed to date, including your motion for a protective order and plaintiffs' motion to compel production of allegedly privileged materials.

2. Given the subject matter relevant to your responses to our extant motions, subject to Judge Go's availability, we see no reason that a further conference cannot be scheduled some time in the next two weeks following the completion of the briefing on the matters still open in accordance with Local Rule 37.3.

Sincerely,

Gary M. Osen
**OSEN LLC**
www.osen.us

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. Osen LLC – Attorneys at Law

**From:** Lawrence FRIEDMAN [mailto:lfriedman@cgsh.com]
**Sent:** Sunday, September 07, 2008 3:16 PM
**To:** Team-Weiss
**Subject:** Fw: Activity in Case 1:05-cv-04622-CPS-MDG Weiss et al v. National Westminster Bank Order

Counsel –

I apologize for intruding on your Sunday, but I want to inform you as promptly as possible that, pursuant to the Court's Order of Friday evening, reproduced below, defendants do wish to submit opposition papers to the recent motions filed by plaintiffs before the next conference with the Court, and thus we will propose to you tomorrow a schedule for defendants' submissions and suggested new dates for the next conference, so that we can provide this information to the Court, as it has requested.

Larry Friedman

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2840 | f: +1 212 225 3999

www.clearygottlieb.com | lfriedman@cgsh.com

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/5/2008 at 7:40 PM EDT and filed on 9/5/2008

| | |
|---|---|
| **Case Name:** | Weiss et al v. National Westminster Bank |
| **Case Number:** | 1:05-cv-4622 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

| | |
|---|---|
| **Case Name:** | Strauss et al v. Credit Lyonnais, S.A. |
| **Case Number:** | 1:06-cv-702 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

| | |
|---|---|
| **Case Name:** | Wolf et al v. Credit Lyonnais, S.A. |
| **Case Number:** | 1:07-cv-914 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

| | |
|---|---|
| **Case Name:** | Applebaum et al v. National Westminster Bank, PLC |
| **Case Number:** | 1:07-cv-916 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

**1:05-cv-4622 Notice has been electronically mailed to:**

Jonathan I. Blackman jblackman@cgsh.com, maofiling@cgsh.com

Lawrence B. Friedman lfriedman@cgsh.com, kspiering@cgsh.com, maofiling@cgsh.com

Stephen H. Schwartz sschwartz@kohnswift.com

Andrew David Friedman afriedman@whesq.com, tsawchuk@whesq.com

Steven M. Steingard ssteingard@kohnswift.com

Michael E. Elsner melsner@motleyrice.com, MRECF@motleyrice.com

Gary M. Osen gmo@osen.us

Mark S Werbner mwerbner@swtriallaw.com

Joshua D. Glatter jdg@osen.us

Aaron Schlanger as@osen.us

John M. Eubanks jeubanks@motleyrice.com

Joel Lawrence Israel jisrael@swtriallaw.com

Neil L. Glazer nglazer@kohnswift.com

### 1:05-cv-4622 Notice will not be electronically mailed to:

Peter Raven-Hansen
The George Washington University Law School
2000 H.Street N.W.
Washington, DC 20052

### 1:06-cv-702 Notice has been electronically mailed to:

### 1:06-cv-702 Notice will not be electronically mailed to:

Peter Raven-Hansen
The George Washington University Law School
2000 H.Street N.W.
Washington, DC 20052

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903-7108

### 1:07-cv-914 Notice has been electronically mailed to:

James P. Bonner jbonner@lawssb.com

Mark S Werbner jkennedy@swtriallaw.com

Richard D Heideman rdheideman@hnklaw.com

Noel J. Nudelman njnudelman@hnklaw.com

Tracy R. Kalik trkalik@hnklaw.com

### 1:07-cv-914 Notice will not be electronically mailed to:

### 1:07-cv-916 Notice has been electronically mailed to:

**1:07-cv-916 Notice will not be electronically mailed to:**

```
This message is being sent from a law firm and may contain
confidential or privileged information.  If you are not
the intended recipient, please advise the sender
immediately by reply e-mail and delete this message and
any attachments without retaining a copy.
```

# Exhibit C

## Joshua Glatter

| | |
|---|---|
| **From:** | Lawrence FRIEDMAN [lfriedman@cgsh.com] |
| **Sent:** | Monday, September 08, 2008 9:43 AM |
| **To:** | Gary M. Osen |
| **Cc:** | afriedman@gbgfriedman.com; Joshua Glatter; jisrael@swtriallaw.com; mwerbner@swtriallaw.com; Steven M. Steingard; Team-Weiss |
| **Subject:** | RE: Activity in Case 1:05-cv-04622-CPS-MDG Weiss et al v. National Westminster Bank Order |

Gary –

1. I understand Friday evening's orders to contemplate that there will be only one conference, after defendants submit their opposition papers to plaintiffs' recent motions, if defendants wish to make those submissions before the next conference, as I have informed you they do. I therefore asked the Magistrate Judge's calendar clerk this morning how we should proceed. She informed me we should not appear tomorrow, but instead should call in at 10:30 for a telephone conference. We can use my dial-in facility as follows:

dial-in number: 877-492-4010

passcode: 212 225 2840

2. I agree with your proposal. Let me know if next Friday, September 19 is acceptable to plaintiffs. If not, please propose alternative dates.

Larry

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2840 | f: +1 212 225 3999

www.clearygottlieb.com | lfriedman@cgsh.com

**"Gary M. Osen"** <gmo@osen.us>

07 September 2008  08:33 PM

To "Lawrence FRIEDMAN" <lfriedman@cgsh.com>

cc "jisrael@swtriallaw.com" <jisrael@swtriallaw.com>, "Joshua Glatter" <jdg@osen.us>, "mwerbner@swtriallaw.com" <mwerbner@swtriallaw.com>, "Steven M. Steingard" <ssteingard@kohnswift.com>,

"afriedman@gbgfriedman.com" <afriedman@gbgfriedman.com>

Subject RE: Activity in Case 1:05-cv-04622-CPS-MDG Weiss et al v. National Westminster Bank Order

Dear Larry:

We look forward to receiving your scheduling proposal, but wish to advise you that:

1. Plaintiffs are NOT amenable to postponing Tuesday's conference. We intend to address

those matters that have been letter-briefed to date, including your motion for a protective order and plaintiffs' motion to compel production of allegedly privileged materials.

2. Given the subject matter relevant to your responses to our extant motions, subject to Judge Go's availability, we see no reason that a further conference cannot be scheduled some time in the next two weeks following the completion of the briefing on the matters still open in accordance with Local Rule 37.3.

Sincerely,

Gary M. Osen
**OSEN LLC**
www.osen.us

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. Osen LLC – Attorneys at Law

---

**From:** Lawrence FRIEDMAN [mailto:lfriedman@cgsh.com]
**Sent:** Sunday, September 07, 2008 3:16 PM
**To:** Team-Weiss
**Subject:** Fw: Activity in Case 1:05-cv-04622-CPS-MDG Weiss et al v. National Westminster Bank Order


Counsel –

I apologize for intruding on your Sunday, but I want to inform you as promptly as possible that, pursuant to the Court's Order of Friday evening, reproduced below, defendants do wish to submit opposition papers to the recent motions filed by plaintiffs before the next conference with the Court, and thus we will propose to you tomorrow a schedule for defendants' submissions and suggested new dates for the next conference, so that we can provide this information to the Court, as it has requested.

Larry Friedman

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2840 | f: +1 212 225 3999
www.clearygottlieb.com | lfriedman@cgsh.com

## U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/5/2008 at 7:40 PM EDT and filed on 9/5/2008

| **Case Name:** | Weiss et al v. National Westminster Bank |
| **Case Number:** | 1:05-cv-4622 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

| **Case Name:** | Strauss et al v. Credit Lyonnais, S.A. |
| **Case Number:** | 1:06-cv-702 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

| **Case Name:** | Wolf et al v. Credit Lyonnais, S.A. |
| **Case Number:** | 1:07-cv-914 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are**

**required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

| | |
|---|---|
| **Case Name:** | Applebaum et al v. National Westminster Bank, PLC |
| **Case Number:** | 1:07-cv-916 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER re (154 in 1:06-cv-00702-CPS-MDG, 71 in 1:07-cv-00914-CPS-MDG, 161 in 1:05-cv-04622-CPS-MDG, 53 in 1:07-cv-00916-CPS-MDG) Letter filed by National Westminster Bank PLC, National Westminster Bank, PLC, Credit Lyonnais, S.A. If the defendants wish to sbumit opposition papers to the recent motions filed by plaintiffs before the next conference, they may do so and should confer with the plaintiffs regarding a schedule for submissions and call chambers with proposed new dates for the next conference. Otherwise, the conference will proceed and, if additional submissions are required, a schedule will be set. Ordered by Magistrate Judge Marilyn D. Go on 9/5/08. Associated Cases: 1:05-cv-04622-CPS-MDG, 1:06-cv-00702-CPS-MDG, 1:07-cv-00914-CPS-MDG, 1:07-cv-00916-CPS-MDG (Go, Marilyn)**

**1:05-cv-4622 Notice has been electronically mailed to:**

Jonathan I. Blackman jblackman@cgsh.com, maofiling@cgsh.com

Lawrence B. Friedman lfriedman@cgsh.com, kspiering@cgsh.com, maofiling@cgsh.com

Stephen H. Schwartz sschwartz@kohnswift.com

Andrew David Friedman afriedman@whesq.com, tsawchuk@whesq.com

Steven M. Steingard ssteingard@kohnswift.com

Michael E. Elsner melsner@motleyrice.com, MRECF@motleyrice.com

Gary M. Osen gmo@osen.us

Mark S Werbner mwerbner@swtriallaw.com

Joshua D. Glatter jdg@osen.us

Aaron Schlanger as@osen.us

John M. Eubanks jeubanks@motleyrice.com

Joel Lawrence Israel jisrael@swtriallaw.com

Neil L. Glazer nglazer@kohnswift.com

**1:05-cv-4622 Notice will not be electronically mailed to:**

Peter Raven-Hansen
The George Washington University Law School
2000 H.Street N.W.
Washington, DC 20052

**1:06-cv-702 Notice has been electronically mailed to:**

**1:06-cv-702 Notice will not be electronically mailed to:**

Peter Raven-Hansen
The George Washington University Law School
2000 H.Street N.W.
Washington, DC 20052

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903-7108

**1:07-cv-914 Notice has been electronically mailed to:**

James P. Bonner jbonner@lawssb.com

Mark S Werbner jkennedy@swtriallaw.com

Richard D Heideman rdheideman@hnklaw.com

Noel J. Nudelman njnudelman@hnklaw.com

Tracy R. Kalik trkalik@hnklaw.com

**1:07-cv-914 Notice will not be electronically mailed to:**

**1:07-cv-916 Notice has been electronically mailed to:**

**1:07-cv-916 Notice will not be electronically mailed to:**


This message is being sent from a law firm and may contain
confidential or privileged information.  If you are not
the intended recipient, please advise the sender
immediately by reply e-mail and delete this message and
any attachments without retaining a copy.

This message is being sent from a law firm and may contain
confidential or privileged information.  If you are not
the intended recipient, please advise the sender

immediately by reply e-mail and delete this message and
any attachments without retaining a copy.