# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | ONE LIBERTY PLAZA | |
|---|---|---|
| WASHINGTON, DC | NEW YORK, NY 10006-1470 | FRANKFURT |
| PARIS | (212) 225-2000 | COLOGNE |
| BRUSSELS | FACSIMILE (212) 225-3999 | ROME |
| LONDON | WWW.CLEARYGOTTLIEB.COM | MILAN |
| MOSCOW | Writer's Direct Dial: (212) 225-2840 | HONG KONG |
| | E-Mail: lfriedman@cgsh.com | BEIJING |

September 9, 2008

BY ECF

Hon. Marilyn D. Go, U.S.M.J.
United States Courthouse
225 Cadman Plaza East, Room 1214S
Brooklyn, NY 11201

   Re:  Weiss, et al. v. National Westminster Bank, Plc, 05-cv-4622 (CPS) (MDG)
      Strauss, et al. v. Crédit Lyonnais, S.A., 06-cv-702 (CPS) (MDG)
      Applebaum, et al. v. National Westminster Bank, Plc, 07-cv-916 (CPS) (MDG)
      Wolf, et al. v. Crédit Lyonnais, S.A., 07-cv-914 (CPS) (MDG)

Dear Magistrate Judge Go:

   This will confirm that defendants will submit and serve their oppositions to plaintiffs' three pending discovery motions no later than on September 18, and will submit the documents Your Honor requested today concerning plaintiffs' pending privilege motion no later than on September 19.

                Respectfully,

                Lawrence B. Friedman

cc:  All counsel of record in all cases