# CLEARY GOTTLIEB STEEN & HAMILTON LLP

WASHINGTON, DC
PARIS
BRUSSELS
LONDON
MOSCOW

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

Writer's Direct Dial (212) 225-2840
E-Mail: lfriedman@cgsh.com

September 18, 2008

**BY HAND AND ECF**

Hon. Marilyn D. Go, U.S.M.J.
United States Courthouse
225 Cadman Plaza East, Room 1214S
Brooklyn, NY 11201

      Re:  <u>Weiss v. National Westminster Bank Plc</u>, 05-cv-4622 (CPS) (MDG)
           <u>Applebaum v. National Westminster Bank Plc</u>, 07-cv-916 (CPS) (MDG)
           <u>Strauss, et al. v. Crédit Lyonnais, S.A.</u>, 06-cv-702 (CPS) (MDG)
           <u>Wolf, et al. v. Crédit Lyonnais, S.A.</u>, 07-cv-914 (CPS) (MDG)

Dear Magistrate Judge Go:

      Enclosed on behalf of defendants National Westminster Bank Plc ("NatWest") and Crédit Lyonnais, S.A. ("CL") are Chambers copies of NatWest's and CL's oppositions to plaintiffs' three pending discovery motions, as follows:

      1. Both defendants' opposition to plaintiffs' September 4 cross-motions for orders compelling NatWest and CL to search for and produce documents concerning more than 30 additional entities and persons

      2. NatWest's opposition to plaintiffs' September 4 motion for an order compelling NatWest to search for and produce responsive documents spanning from January 1, 1990 through the present, rather than, as NatWest has already searched for and produced, from January 1, 1996 through September 24, 2004, and

      3. CL's opposition to plaintiffs' September 4 motion for an order compelling CL to search for and produce additional documents in response to plaintiffs' document requests 4, 5, 6 and 7, concerning certain Israeli and U.S. government "watch lists."

Because these oppositions are being filed under seal, we do not yet have the docket numbers that the clerk will assign to them, and accordingly we are unable to indicate those numbers on the oppositions.

Respectfully,

Lawrence B. Friedman

Enclosures

cc: All counsel of record in all cases