**TO:** **Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

*************************************************

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

-VS-

Docket Number

*************************************************

**SUBMITTED BY:** ❏ Plaintiff  ❏ Defendant  ❏ DOJ
**Party Name** _____
**Name:**_____
**Firm Name:**_____
**Address:**_____
_____
**Phone Number:**_____
**E-Mail Address:**_____

**B) If a <u>new</u> application,** the statute, regulation, or other legal basis that authorizes filing under seal

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY THE COURT.**

❏ **Sealed Docket Entry**( *Entry can only be seen by persons with sealed access*)
❏ **Seal Document**(*Document is attached to entry and can only be seen by persons with sealed access*)
**Restrictions:** ❏ SEALED ❏ court users only ❏ ex parte ❏ attorneys for the applicable party ❏ case participants ❏ case participants & public terminals
DESCRIPTION OF DOCUMENT (**MANDATORY even if No Entry is checked off**)
Description of document to be entered on docket sheet

<u>**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**</u>

**DATED:**                              , NEW YORK

**RECEIVED IN CLERK'S OFFICE**_____
                                                            DATE

<u>**CERTIFICATION OF SERVICE**</u>:
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ____This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____        _____
DATE                                              SIGNATURE