UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TZVI WEISS, et al.

                            Plaintiffs,

-against-

NATIONAL WESTMINSTER BANK, PLC,

                            Defendant
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No. 05 CV 4622
Judge/Magistrate Judge CPS/MDG

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, that my firm has been retained by all Plaintiffs in the above captioned case. I certify that I am admitted to practice in this Court.

Date: October 17, 2008

*(signature)*
Cindy N. Schlanger
OSEN LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
Tel:   (201) 265 6400
Fax:  (201) 265 0303