```
 1   ------------------UNITED STATES X DISTRICT COURT
                       EASTERN DISTRICT OF NEW YORK
 2   WEISS, et al.,                  :
                                     :    05-CV-4622
 3               Plaintiffs,         :
                                     :
 4          v.                       :
                                     :    225 Cadman Plaza East
 5   NATIONAL WESTMINSTER BANK,      :    Brooklyn, New York
                                     :
 6               Defendant.          :    September 9, 2008
     --------------------------------X
 7
              TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
 8              BEFORE THE HONORABLE MARILYN D. GO
                  UNITED STATES MAGISTRATE JUDGE
 9

10   APPEARANCES:

11   For the Plaintiffs in      MARK S. WORBNER, ESQ.
        Applebaum v. Nat West   Sayles Werbner
12      and Wolf v. Credit      1201 Elm Street
        Lyonnais:               4400 Renaissance Tower
13                              Dallas, Texas   75270

14                              RICHARD D. HEIDEMAN, ESQ.
                                NOEL J. NUDELMAN, ESQ.
15                              Heideman Nudelman & Kalik PC
                                1146 19th Street NW
16                              Washington, D.C.   20036

17   For the Plaintiffs in      JOSHUA D. GLATTER, ESQ.
        Weiss v. Nat West and   GARY OSEN, ESQ.
18      Strauss v. Credit       AARON SCHLANGER, ESQ.
        Lyonnais:               Osen LLC
19                              700 Kinderkamack Road
                                Oradell, New Jersey   07649
20
                                STEVEN M. STEINGARD, ESQ.
21                              STEPHEN H. SCHWARTZ, ESQ.
                                Kohn, Swift & Graf, PC
22                              One South Broad Street
                                Suite 2100
23                              Philadelphia, Pennsylvania   19107

24                              (Appearances continue on next page.)

25
```

**EXHIBIT A**

86

MR. FRIEDMAN: First of all, none of that's true. Thank God, I live in a country where suspicion is not fact.

But secondly, the notion that the only thing the bank was concerned about is getting a lawsuit from people injured in terrorist attacks is ludicrous. The bank has it's own regulatory obligations --

THE COURT: Well, I --

MR. FRIEDMAN: -- and it consulted with its English counsel about what its obligations were under English law in light of this. I mean, there's a self-centered aspect to this argument that is incredible that if -- that the only thing the bank was concerned about was being accused by victims of Hamas attacks. The bank has its own regulatory obligations and it consulted with its own counsel and it had internal consultations for the purpose of consulting with counsel. It wasn't about getting ready for this lawsuit. That doesn't mean it didn't happen.

THE COURT: I don't want to hear any more argument. I think this is certainly an important case, as you all recognize, and critical to the plaintiff's claim -- third claim in the Nat West case is the extent of Nat West's knowledge. I am sensitive to the attorney/client privilege. I think perhaps more so than many of the judges who have opined on this, but -- on various aspects of the privilege,