**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • FRANKFURT • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

Writer's Direct Dial: (212) 225-2840
E-Mail: lfriedman@cgsh.com

October 20, 2008

**BY ECF AND HAND DELIVERY**

Hon. Marilyn D. Go, U.S.M.J.
United States Courthouse
225 Cadman Plaza East, Room 1214S
Brooklyn, New York 11201

Re: Weiss v. National Westminster Bank Plc, 05-cv-4622 (CPS) (MDG)
Applebaum v. National Westminster Bank Plc, 07-cv-916 (CPS) (MDG)
Strauss, et al. v. Crédit Lyonnais, S.A., 06-cv-702 (CPS) (MDG)
Wolf, et al. v. Crédit Lyonnais, S.A., 07-cv-914 (CPS) (MDG)

Dear Magistrate Judge Go:

    I am writing to respectfully request on behalf of all parties that Your Honor extend the date for the parties to submit a proposed scheduling order for the remainder of these cases, as required by the Court's September 26, 2008 minute order, to Monday, November 3. Earlier this afternoon, counsel for all parties telephoned Chambers to make this request orally, and were asked to submit this letter.

    Your Honor previously granted an extension until Wednesday, October 22. Counsel for the parties have exchanged scheduling proposals and have conducted two meet and confer sessions. Allowing a further extension to November 3 will permit us to continue this process and attempt to maximize the scope of our agreement on this subject.

Respectfully,

Lawrence B. Friedman / PAS

Lawrence B. Friedman

cc: All counsel of record in all cases