

## OSEN LLC
ATTORNEYS AT LAW

700 Kinderkamack Road, Oradell, NJ 07649
Telephone 201.265.6400  Facsimile 201.265.0303
www.osen.us

October 28, 2008

**VIA ECF**

Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Weiss, et al. v. National Westminster Bank Plc,* 05-cv-4622 (CPS)(MDG)
*Applebaum, et al. v. National Westminster Bank Plc,* 07-cv-916 (CPS)(MDG)
*Strauss, et al. v. Crédit Lyonnais, S.A.,* 06-cv-702 (CPS)(MDG)
*Wolf, et al. v. Crédit Lyonnais, S.A.,* 07-cv-914 (CPS)(MDG)

Dear Judge Go:

I am writing to respectfully request on behalf of all parties that Your Honor extend the date for the parties to submit a proposed scheduling order for the remainder of these cases, as required by the Court's October 20, 2008 order, to Friday, November 7. Your Honor previously granted an extension until Monday, November 3. Counsel for the parties have exchanged scheduling proposals and have conducted two meet and confer sessions and are continuing to confer in an effort to explore whether a joint proposal can be submitted. Allowing a further extension until November 7 will permit the parties to continue this process and attempt to maximize the scope of any agreements on this subject.

We thank the Court for its courtesy and consideration. Should Your Honor or Chambers have any questions, please do not hesitate to contact us.

Respectfully,

Aaron Schlanger

cc: All Counsel