

OSEN LLC
ATTORNEYS AT LAW

700 Kinderkamack Road, Oradell, NJ 07649
Telephone 201.265.6400  Facsimile 201.265.0303
www.osen.us

November 6, 2008

**VIA ECF**

Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Weiss, et al. v. National Westminster Bank Plc*, 05-cv-4622 (CPS)(MDG)
             *Applebaum, et al. v. National Westminster Bank Plc*, 07-cv-916 (CPS)(MDG)
             *Strauss, et al. v. Crédit Lyonnais, S.A.*, 06-cv-702 (CPS)(MDG)
             *Wolf, et al. v. Crédit Lyonnais, S.A.*, 07-cv-914 (CPS)(MDG)

Dear Judge Go:

      We write on behalf of all parties concerning the status of the parties' efforts to agree upon a stipulated trial and pretrial management plan. We are pleased to report that after multiple meet and confer sessions, the parties have agreed as to the framework for that plan. The parties will next meet and confer in order to agree upon specific dates for particular pretrial benchmarks within that framework, and have agreed to finalize such dates within the next 10 business days, and thereafter present the Court with a complete stipulated plan for review and entry. Accordingly, the parties request that Your Honor calendar November 21, 2008 as the date for submission of the joint submission.

      We thank the Court for its courtesy and consideration. Should your Honor or Chambers have any questions, please do not hesitate to contact us.

                                                        Respectfully yours,

                                                        Joshua D. Glatter

cc:      All counsel