# OSEN LLC
ATTORNEYS AT LAW

700 Kinderkamack Road, Oradell, NJ 07649
Telephone 201.265.6400  Facsimile 201.265.0303
www.osen.us

November 20, 2008

**VIA ECF**

Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    *Weiss, et al. v. National Westminster Bank Plc*, 05-cv-4622 (CPS)(MDG)
              *Applebaum, et al. v. National Westminster Bank Plc*, 07-cv-916 (CPS)(MDG)
              *Strauss, et al. v. Crédit Lyonnais, S.A.*, 06-cv-702 (CPS)(MDG)
              *Wolf, et al. v. Crédit Lyonnais, S.A.*, 07-cv-914 (CPS)(MDG)

Dear Judge Go:

      I am writing to respectfully request on behalf of all parties that Your Honor extend the date for the parties to submit a proposed scheduling order for the remainder of these cases, as required by the Court's November 11, 2008 order, to Wednesday, November 26, 2008. Your Honor previously granted an extension until Friday, November 21, 2008.

      As we explained in the parties' joint letter of November 6, 2008, the parties have now agreed upon a basic framework for the management of these cases, and are now working in an effort to agree upon precise dates for specific benchmarks that would precede each case's final pretrial conference. Counsel have continued to engage in meet and confer sessions, and are scheduling a further session to discuss certain revised dates discussed in general terms in the parties' last session. Accordingly, permitting an extension until November 26 permits the parties to continue and, ideally, finalize the process so that the Court may be presented with an articulated joint scheduling submission.

      We thank the Court for its courtesy and consideration. Should Your Honor or Chambers have any questions, please do not hesitate to contact us.

                                                      Respectfully yours,

                                                      Aaron Schlanger

cc:      All Counsel