**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TZVIA WEISS, et al.,** ) | NOTICE OF MOTION |
| ) | TO ADMIT COUNSEL |
| Plaintiffs, ) | PRO HAC VICE |
| ) | |
| v. ) | CV-05-4622 (CPS)(KAM) |
| ) | |
| **NATIONAL WESTMINSTER BANK, PLC,** ) | |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that upon the annexed Affidavits of Gavriel Mairone and

Michael Elsner in support of this motion and the Certificates of Good Standing annexed thereto

we will move this court before the Honorable Charles P. Sifton at the United States Courthouse

for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United

States District courts for the Southern and Eastern Districts of New York for an Order allowing

the admission of Gavriel Mairone, a member attorney of the firm of Mann & Mairone and a

member in good standing of the Bar of the State of Illinois, the Bar of the State of Florida, and

the bar of Israel, as attorney *pro hac vic*e.  There are no pending disciplinary proceedings against

me in any State or Federal court.

Respectfully submitted,

Michael E. Elsner
(NY ME-8337; VA 41424;  SC 72893)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone:  (843) 216-9000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TZVIA WEISS, et al., | ) | AFFIDAVIT OF |
| | ) | MICHAEL ELSNER |
| Plaintiffs, | ) | IN SUPPORT OF |
| | ) | MOTION TO ADMIT |
| | ) | GAVRIEL MAIRONE |
| | ) | PRO HAC VICE |
| | ) | |
| v. | ) | CV-05-4622 (CPS)(KAM) |
| | ) | |
| NATIONAL WESTMINSTER BANK, PLC, | ) | |
| | ) | |
| Defendants. | ) | |

State of South Carolina    )
                           )    ss:
County of Charleston       )

Michael Elsner, being duly sworn, hereby deposes and says as follows:

1. I am a member of the Bar of this Court and am associated with the law firm of Motley

   Rice LLC, counsel to Plaintiffs in the above-referenced action.  I submit this affidavit

   in support of the application of Gavriel Mairone of the law firm of Mann & Mairone,

   co-counsel to Plaintiffs in the above-referenced action, for admission *pro hac vice* in

   the above-referenced litigation on behalf of the Plaintiffs.

2. As counsel of record, I have been actively involved in the above-referenced action.

3. I consent to the association of and agree to sponsor Gavriel Mairone in the above-

   captioned action.

Michael E. Elsner
(NY ME-8337; VA 41424;  SC 72893)

MOTLEY RICE LLC

28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000

Attorneys for Plaintiffs

Sworn to before me this 14th day of
November, 2008.

_Colleen R. Hemelgarn_

Notary Public for South Carolina
My Commission Expires: 10/13/09

My Commission Expires
October 13, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVIA WEISS, et al.,        ) <br>        ) <br>       Plaintiffs,      ) <br>        ) <br>        ) <br>        ) <br> v.        ) <br>        ) <br> NATIONAL WESTMINSTER BANK, PLC,   ) <br>        ) <br>      Defendants.      ) | AFFIDAVIT OF <br> GAVRIEL MAIRONE <br> IN SUPPORT OF <br> MOTION TO ADMIT <br> COUNSEL PRO HAC VICE <br> <br> CV-05-4622 (CPS)(KAM) |

**AFFIDAVIT OF GAVRIEL MAIRONE
IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Gavriel Mairone, being duly sworn, hereby deposes and says as follows:

1. I am an attorney and a member of the law firm of Mann & Mairone.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matters.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Illinois, the Bar of the State of Florida, and the Israel Bar.

4. I am not currently suspended or disbarred by any jurisdiction in which I have been admitted.

5. I have not been the subject of disciplinary action by the bar of courts of any jurisdiction during the preceding ten (10) years, or at any time in my practice.

6. There are no pending disciplinary proceedings against me in any State or Federal court.

7. I seek admission to this court *pro hac vice* for the purpose of assisting in the preparation of trial in the present action. Further, I request to be admitted *pro hac*

*vice* to work with a duly qualified attorney who is licensed to practice in the courts

of this state.

8. Wherefore your affiant respectfully submits that he be permitted to appear as

counsel and advocate *pro hac vice* in this case.

I the undersigned Gavriel Mairone declare, after being warned that I am required to state the truth otherwise I will be subject to penalties established by the law, including penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

_____
Gavriel Mairone
(IL Bar # 6181698, FL Bar #429570
Israel Bar #32008)
Mann & Mairone
Rehov Ha-Mered 25
Suite 3000, POB 50236
Tel Aviv, Israel 61501
Tel: +972 (3) 517-0088 (Israel)
Fax: +972 (3) 761-7400 (Israel)
Other address:
980 North Michigan Avenue, Suite1400
Chicago, IL  60611
Email:  taxlaw@mm-law.com
Tel: (312) 253-7444 (Chicago)
Fax: (312) 275-8590 (Chicago)

I hereby certify that on the 13th of November 2008 Gavriel Mairone, known to me, appeared before me, in my office at Rehov Ha-Yezira 3, Ramat Gan, Israel, and after being warned that it is incumbent upon him to state the truth otherwise he will be subject to penalties imposed by the law, including the penalty of perjury under the laws of the United States of America, he affirmed that to the best of his knowledge his foregoing affidavit is true and correct and he executed this affidavit before me.

_____
Ohn Tavor, attorney

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Gavriel Mairone

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on February 1, 1982 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, November 10, 2008.

*Juleann Hornyak*

Clerk



# The Florida Bar

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
www.FLORIDABAR.org

State of Florida        )

County of Leon          )

In Re:     429570
           Gavriel Mairone
           Mann & Mairone
           P. O. Box 50236
           Tel Avid Israel 61501, ZZ

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 4, 2000.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this _4th_ day of November, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLTu1:R10

לשכת עורכי-הדין בישראל
THE ISRAEL BAR

Tel-Aviv, 05 November 2008
/6068

## TO WHOM IT MAY CONCERN

This is to certify that Mr. Gavriel Mairone, Advocate from Tel-Aviv, is a member of the Israel Bar, having been admitted to the Bar on 29/11/01.

His registration number is 32008.

No complaints or charges of violation of the rules of the ethics have ever been filed against him.

An Advocate admitted to the Israel Bar may practice before courts of all jurisdictions including the Supreme Court, from the date of his admission.

Yours Sincerely,

Linda Shafir, Adv.
General Manager

**10** DANIEL FRISH St. TEL-AVIV 64731, Tel. 972-3-6918691, Fax. **972-3-6918696** .פקס ,03-6918691 .טל ,64731 תל-אביב ,10 דניאל פריש רח'
**1** CHOPIN St. JERUSALEM 92190 Tel. 972-2-5660271, Fax. **972-2-5610062** פקס ,02-5660271 .טל ,92190 ירושלים ,**1** שופן רח'
http://www.israelbar.org.il    E-mail:vaadmerkazi@israelbar.org.il

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| **TZVIA WEISS, et al.,** | ) | NOTICE OF MOTION |
| | ) | TO ADMIT COUNSEL |
| Plaintiffs, | ) | PRO HAC VICE |
| | ) | |
| v. | ) | CV-05-4622 (CPS)(KAM) |
| | ) | |
| **NATIONAL WESTMINSTER BANK, PLC,** | ) | |
| | ) | |
| Defendants. | ) | |

---

### ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above captioned matter is granted.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____, 2008

_____
United States District Judge

Cc: *Pro Hac Vice* Attorney
    Court File