# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · BEIJING

Writer's Direct Dial: (212) 225-2840
E-Mail: lfriedman@cgsh.com

MARK A. WALKER
LESLIE B. SAMUELS
ALLAN G. SPERLING
MAX GITTER
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
JONATHAN I. BLACKMAN
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
JAMES A. DUNCAN
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
WANDA J. OLSON
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL
EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR

CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
ANA DEMEL
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
YVETTE P. TEOFAN
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND

DAVID I. GOTTLIEB
LEONARD C. JACOBY
SANDRA L. FLOW
DANA G FLEISCHMAN
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
KRISTOFER W. HESS
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
RESIDENT PARTNERS

SANDRA M. ROCKS
ELLEN M. CREEDE
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H HERRINGTON
HEIDE H. ILGENFRITZ
KATHLEEN M EMBERGER
NANCY I. RUSKIN
WALLACE L. LARSON, JR.
JAMES D SMALL
AVRAM E. LUFT
RESIDENT COUNSEL

December 2, 2008

BY ECF AND HAND

Hon. Marilyn D. Go, U.S.M.J.
United States Courthouse
225 Cadman Plaza East, Room 1214S
Brooklyn, NY 11201

> Re: Weiss v. National Westminster Bank Plc, 05-cv-4622 (CPS) (MDG)
> Applebaum v. National Westminster Bank Plc, 07-cv-916 (CPS) (MDG)

Dear Magistrate Judge Go:

I am writing on behalf of defendant National Westminster Bank Plc ("NatWest") to request that the Court sign the enclosed Stipulation and Order, to which plaintiffs consent.

The reasons for this Stipulation and Order are as follows. NatWest has previously produced to plaintiffs a document from which it redacted, based upon United Kingdom bank secrecy restrictions, the name and account information of an individual customer who apparently donated funds to Interpal, as well as the names of other entities that were not previously identified in plaintiffs' complaints or in plaintiffs' responses to NatWest's interrogatories.

For the reasons outlined in the enclosed stipulation and order, NatWest will produce to plaintiffs a new version of this document, without redaction of the name of the subject customer, or the names of any entities identified on plaintiffs' November 13 list, which plaintiffs served pursuant to the Court's September 26, 2008 Minute Order.

Because this information relates to an individual customer of NatWest who is not named on plaintiffs' November 13 list, NatWest requests that the Court sign the enclosed Stipulation and Order to confirm that NatWest is disclosing this information pursuant to

Magistrate Judge Marilyn D. Go, p. 2

Magistrate Judge Masumoto's prior rulings limiting NatWest's reliance upon United Kingdom bank secrecy restrictions in responding to plaintiffs' discovery requests.

Respectfully,

*Lawrence B. Friedman / PAS*

Lawrence B. Friedman

cc:  All Counsel of Record

Enclosure