# OSEN LLC
ATTORNEYS AT LAW

700 Kinderkamack Road, Oradell, NJ 07649
Telephone 201.265.6400  Facsimile 201.265.0303
www.osen.us

December 4, 2008

**VIA ECF and FEDEX**

Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Weiss, et al. v. National Westminster Bank Plc*, 05-cv-4622 (CPS)(MDG)
            *Applebaum, et al. v. National Westminster Bank Plc*, 07-cv-916 (CPS)(MDG)
            *Strauss, et al. v. Crédit Lyonnais, S.A.*, 06-cv-702 (CPS)(MDG)
            *Wolf, et al. v. Crédit Lyonnais, S.A.*, 07-cv-914 (CPS)(MDG)

Dear Judge Go:

        On behalf of all parties, we are submitting with this letter the parties' stipulated proposals for scheduling orders to govern all four of the above-referenced matters for the Court's approval. As Your Honor will note, the parties propose placing the Strauss and Wolf lawsuits against Credit Lyonnais on one schedule, and the Weiss and Applebaum lawsuits against National Westminster Bank on a second schedule. They further propose that, under each schedule, the parties will first complete all proceedings concerning liability issues, through summary judgment motion practice and trial, and then, as appropriate, the parties will complete proceedings concerning damages issues, subject to possible adjustments that the parties are continuing to discuss relating to the scheduling of depositions of individual plaintiffs who may be designated as liability trial witnesses.

        The parties recognize that the schedule for the cases against National Westminster Bank may require extending the deadlines set forth in the proposed schedule in the event that defendant's summary judgment motions in the Credit Lyonnais cases are denied and those cases proceed to trial.

We thank the Court for its courtesy and consideration. Should your Honor or Chambers have any questions, please do not hesitate to contact us.

Respectfully yours,

Aaron Schlanger

Enclosures

cc:     All Counsel