UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSES STRAUSS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CREDIT LYONNAIS, S.A.,<br><br>　　　　　　　Defendants. | NOTICE OF APPEARANCE OF GAVRIEL MAIRONE<br><br><br><br><br>CV-06-702 (CPS)(KAM) |
| TZVIA WEISS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL WESTMINSTER BANK, PLC,<br><br>　　　　　　　Defendants. | <br><br><br><br><br>CV-05-4622 (CPS)(KAM) |

**NOTICE OF APPEARANCE**

　　　　PLEASE TAKE NOTICE THAT Gavriel Mairone, Esq. enters his appearance for plaintiffs in the above-captioned matters and requests that copies of all papers in these matters be served upon him at the e-mail address stated below. The undersigned certifies that the Court granted a motion admitting the undersigned in these matters *pro hac vice* on November 24, 2008.

Dated: *December 11*, 2008

_____
Gavriel Mairone
(IL Bar #6181698, FL Bar #429570
Israel Bar #32008)
MM-Law LLC
Rehov Ha-Mered 25
Suite 3000
POB 50236
Tel Aviv, Israel 61501
Other address:
980 North Michigan Avenue, Suite 1400
Chicago, IL   60611
Email:  taxlaw@mm-law.com
Tel: (312) 253-7444 (Chicago)
Tel:  +972 (3) 517-0088 (Israel)
Fax: (312) 275-8590 (Chicago)
Fax:  +972 (3) 761-7400 (Israel)