AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Eastern     DISTRICT OF     New York

**APPEARANCE**

Tzvi Weiss, et al. v. National Westminster Bank PLC

Case Number: 1:05-4622 (CPS) (MDG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Tzvi Weiss, et al.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/23/2009 | /s/ Aitan D. Goelman |
| Date | Signature |
| | Aitan D. Goelman     AG-7040 |
| | Print Name     Bar Number |
| | 1800 M Street NW, Suite 1000 |
| | Address |
| | Washington    DC    20036 |
| | City    State    Zip Code |
| | (202) 778-1996    (202) 822-8106 |
| | Phone Number    Fax Number |