UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TZVI WEISS, et al.,                                  :
                                                     :
                                                     :         **NOTICE OF APPEARANCE**
                    Plaintiffs,                      :
                                                     :         Docket No. 05 CV 4622
       -against-                                     :         Judge/Magistrate Judge CPS/MDG
                                                     :
NATIONAL WESTMINSTER BANK, PLC                       :
                                                     :
                    Defendant.                       :
-----------------------------------------------------------------x

PLEASE TAKE NOTICE, that my firm has been retained by all Plaintiffs in the above captioned case. I certify that I am admitted to practice in this Court.

Date: February 2, 2009

_____
Ari Ungar
OSEN LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
Tel:   (201) 265 6400
Fax:   (201) 265 0303