UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TZVI WEISS, et al.  :
  :
                 Plaintiffs,  :
  : 05-CV-4622 (CPS) (MDG)
     v.  :
  : **NOTICE OF**
NATIONAL WESTMINSTER BANK, PLC  : **APPEARANCE**
  :
                 Defendant.  :
-----------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned action as co-counsel for Defendant National Westminster Bank, Plc. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       February 17, 2009

                                Respectfully submitted,

                                **AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP**

                                By: /s/ Mark B. Feinstein
                                    Mark B. Feinstein
                                    A Member of the Firm
                                    757 Third Avenue
                                    New York, NY 10017
                                    Tel: (212) 593-6700
                                    Fax: (212) 593-6970
                                    mbfeinstein@arfdlaw.com

                                    Attorneys for Defendant National Westminster Bank, Plc