UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TZVI WEISS, et al.                                          :
                                                            :
                    Plaintiffs,                             :
                                                            : 05-CV-4622 (CPS) (MDG)
        v.                                                  :
                                                            : **NOTICE OF**
NATIONAL WESTMINSTER BANK, PLC                              : **APPEARANCE**
                                                            :
                    Defendant.                              :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned action as co-counsel for Defendant National Westminster Bank, Plc. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
      February _17_, 2009

                          Respectfully submitted,

                          **AARONSON RAPPAPORT FEINSTEIN &**
                          **DEUTSCH, LLP**

                          By: _/s/ Mark J. Aaronson_
                          Mark J. Aaronson
                          A Member of the Firm
                          757 Third Avenue
                          New York, NY 10017
                          Tel: (212) 593-6700
                          Fax: (212) 593-6970
                          mjaaronson@arfdlaw.com

                          Attorneys for Defendant National
                          Westminster Bank, Plc