UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TZVI WEISS, et al.                                             :
                                                               :
                                                               :
                    Plaintiffs,                                :
                                                               : 05-CV-4622 (CPS) (MDG)
             v.                                                :
                                                               : **NOTICE OF**
NATIONAL WESTMINSTER BANK, PLC                                 : **APPEARANCE**
                                                               :
                    Defendant.                                 :
----------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned action as co-counsel for Defendant National Westminster Bank, Plc. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       February 17, 2009

                        Respectfully submitted,

                        **AARONSON RAPPAPORT FEINSTEIN &**
                        **DEUTSCH, LLP**

                        By: _/s/ Jay A. Rappaport_
                        Jay A. Rappaport
                        A Member of the Firm
                        757 Third Avenue
                        New York, NY 10017
                        Tel: (212) 593-6700
                        Fax: (212) 593-6970
                        jarappaport@arfdlaw.com

                        Attorneys for Defendant National
                        Westminster Bank, Plc