UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TZVI WEISS, et al.

                Plaintiffs,

                05-CV-4622 (CPS) (MDG)

    v.

**NOTICE OF**
NATIONAL WESTMINSTER BANK, PLC    **<u>APPEARANCE</u>**

                Defendant.
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned action as co-counsel for Defendant National Westminster Bank, Plc. The undersigned certifies that she is admitted to practice in this Court.

Dated: New York, New York
       February _17_, 2009

                Respectfully submitted,

                **AARONSON RAPPAPORT FEINSTEIN &
                DEUTSCH, LLP**

                By: _____
                Dawn C. Shapiro
                A Member of the Firm
                757 Third Avenue
                New York, NY 10017
                Tel: (212) 593-6700
                Fax: (212) 593-6970
                dcshapiro@arfdlaw.com

                Attorneys for Defendant National
                Westminster Bank, Plc