UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TZVI WEISS, et al.                                :
                                                  :
                        Plaintiffs,               :
                                                  :   05-CV-4622 (CPS) (MDG)
            v.                                    :
                                                  :   **NOTICE OF**
NATIONAL WESTMINSTER BANK, PLC,                   :   **APPEARANCE**
                                                  :
                        Defendant.                :
-----------------------------------------------------------------x

   PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned action as co-counsel for Defendant National Westminster Bank, Plc. The undersigned certifies that she is admitted to practice in this Court.

Dated: New York, New York
       February _17_, 2009

                        Respectfully submitted,

                        **AARONSON RAPPAPORT FEINSTEIN &
                        DEUTSCH, LLP**


                        By: _____
                        Barbara A. Ryan
                        A Member of the Firm
                        757 Third Avenue
                        New York, NY 10017
                        Tel: (212) 593-6700
                        Fax: (212) 593-6970
                        baryan@arfdlaw.com


                        Attorneys for Defendant National
                        Westminster Bank, Plc