

**OSEN LLC**
ATTORNEYS AT LAW

700 Kinderkamack Road, Oradell, NJ 07649
Telephone 201.265.6400  Facsimile 201.265.0303
www.osen.us

February 25, 2009

**VIA ECF**

Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Weiss, et al. v. National Westminster Bank Plc,* **05-cv-4622 (CPS)(MDG)**
*Applebaum, et al. v. National Westminster Bank Plc,* **07-cv-916 (CPS)(MDG)**
*Strauss, et al. v. Crédit Lyonnais, S.A.,* **06-cv-702 (CPS)(MDG)**
*Wolf, et al. v. Crédit Lyonnais, S.A.,* **07-cv-914 (CPS)(MDG)**

Dear Judge Go:

We write in connection with the currently scheduled March 5, 2009 conference. Plaintiffs are respectfully requesting, your Honor's schedule permitting, that the currently scheduled March 5, 2009 conference be rescheduled to the afternoon of March 3, 2009. The parties have a scheduled deposition on March 6 in Charlotte, N.C., which will render it difficult to appear before the Court in-person on March 5. We have conferred with defense counsel, who does not object to re-scheduling the conference for earlier in the week and have been informed that other than between the hours of 12 and 3, they are available for a conference next Tuesday.

We thank the Court for its courtesy and consideration. Should Your Honor or Chambers have any questions, please do not hesitate to contact us.

Respectfully yours,

Aaron Schlanger

cc: All Counsel