UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TZVI WEISS, et al.,

                Plaintiffs,

     -against-

NATIONAL WESTMINSTER BANK, Plc

                Defendant.
------------------------------------------------------------x

Case No. 05-cv-4622 (CPS)(MDG)

## STIPULATION AND ORDER

Plaintiff Gloria Kushner, by and through her counsel, and Defendant National Westminster Bank Plc, by and through its counsel, hereby agree as follows:

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), plaintiff Gloria Kushner and National Westminster Bank Plc, jointly stipulate to the dismissal with prejudice of all claims of plaintiff Gloria Kushner against National Westminster Bank Plc in this action, each party to bear their own costs and fees.

Dated: June 5, 2009

By: _____
Steven M. Steingard
Kohn, Swift & Graf, P.C.
One South Broad Street
Philadelphia, PA 19107
Telephone: (215) 238-1700

Gary M. Osen
Joshua D. Glatter
Osen LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone: (201) 265-6400

53115_1

Andrew D. Friedman, Of Counsel
Glancy Binkow & Goldberg LLP
430 Park Avenue
New York, New York 10022
Telephone: (212) 308-6300

Aitan D. Goelman
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5807
Telephone: (202) 778-1800

Counsel for Plaintiff Gloria Kushner

By: _____
Jonathan I. Blackman
Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2000

Counsel for Defendant National Westminster Bank Plc


SO ORDERED BY THE COURT THIS ____ day of June, 2009.


_____
Marilyn D. Go (U.S.M.J.)

53115_1