UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TZVI WEISS, et al.,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　　**NOTICE OF APPEARANCE**
　　　　　　　　Plaintiffs,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　　Docket No. 05 CV 4622
　　-against-　　　　　　　　　　　　　　　　:　　Judge/Magistrate Judge CPS/MDG
　　　　　　　　　　　　　　　　　　　　　　:
NATIONAL WESTMINSTER BANK, PLC　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendant.　　　　　　　　　:
-------------------------------------------------------------x

　　　　PLEASE TAKE NOTICE, that my firm has been retained by all Plaintiffs in the above captioned case. I certify that I am admitted to practice in this Court.

Date: June 19, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Naomi Blank Weinberg
　　　　　　　　　　　　　　　　　　　　　　　　OSEN LLC
　　　　　　　　　　　　　　　　　　　　　　　　700 Kinderkamack Road
　　　　　　　　　　　　　　　　　　　　　　　　Oradell, New Jersey 07649
　　　　　　　　　　　　　　　　　　　　　　　　Tel:　　(201) 265 6400
　　　　　　　　　　　　　　　　　　　　　　　　Fax:　　(201) 265 0303