FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 28 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------- X
                                              :
TZVI WEISS, et al.                            :
                                              :
                    Plaintiffs,               :    STIPULATION
                                              :    AND ORDER
        - against -                           :
                                              :
NATIONAL WESTMINSTER BANK PLC,                :    05-cv-4622 (CPS) (MDG)
                                              :
                    Defendant.                :
                                              :
                                              :
---------------------------------------------------- X
---------------------------------------------------- X
                                              :
NATAN APPLEBAUM, et al.,                       :
                                              :
                    Plaintiffs,               :
                                              :
        -against-                             :
                                              :    07-cv-916 (CPS) (MDG)
NATIONAL WESTMINSTER BANK PLC,                :
                                              :
                    Defendant.                :
                                              :
---------------------------------------------------- X

## STIPULATION AND ORDER

Plaintiffs, by and through their counsel, and Defendant, by and through its

counsel, hereby stipulate and agree as follows:

WHEREAS, Defendant objected based upon United Kingdom bank secrecy

restrictions to the production of certain information requested by the Weiss Plaintiffs, including

under the principles of banker-client confidentiality under English law articulated in Tournier v.

National Provincial and Union Bank of England, [1924] 1 KB 461 (C.A.), and its progeny;

WHEREAS, the Court overruled Defendant's bank secrecy objections in its May

14, 2007 Memorandum and Order with respect to certain of Plaintiffs' requests;

WHEREAS, pursuant to the Court's September 26, 2008 Minute Order, Plaintiffs submitted to Defendant a list of 65 entities and individuals on November 13, 2008;

WHEREAS, the parties have resolved on the terms stated below their disagreement concerning the proper scope of the term "customer file" as it appears in the Court's September 26, 2008 Minute Order to describe the documents Defendant shall produce with respect to any entities or individuals appearing on Plaintiffs' November 13, 2008 list who were customers of Defendant during the relevant period; and

WHEREAS, Defendant preserves its objection to the production of such documents in light of the principles of banker-client confidentiality under English law articulated in Tournier, but recognizes that the Court has overruled such objection with respect to the types of records subject to the above-described agreement between Plaintiffs and Defendant;

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. For any entities or individuals appearing on Plaintiffs' November 13, 2008 list who were customers of Defendant during the relevant period, in addition to the customer files Defendant maintained for each such customer, Defendant will also produce to Plaintiffs the following documents for the relevant period: (a) the customers' account statements, (b) records of inbound wire transfers in excess of 10,000 GBP identified from the account statements and records of outbound wire transfers that Plaintiffs request from Defendant, based upon the account statements (within 90 days of Plaintiffs' receipt of such wire transfer records, Plaintiffs will advise Defendant whether Plaintiffs request any additional wire transfer records (subject to Defendant's burden and cost-based objections to any such request)), (c) Goalkeeper reports concerning such customers or that refer to such customers in electronically searchable fields, (d) board of director and board committee minutes or presentation materials that refer to such

2

customers, (e) electronic records maintained by Risk Management, Group Security, Fraud and Payment Operations (the "Departments") that refer to such customers, and (f) electronic messages that refer to such customers that are retrievable from the current electronic message files of any identified relationship manager or assistant relationship manager of such customers (the customer files and (a) through (f) collectively, the "Customer Documents").

2. The scope of Customer Documents as defined above shall also govern the scope of documents to be produced by a bank that is subject to Plaintiffs' subpoena duces tecum addressed to the Royal Bank of Scotland Group plc ("RBS Group"), dated March 24, 2009, in response to Request No. 1 of that subpoena, with respect to any entities or individuals appearing on Plaintiffs' November 13, 2008 list who were customers of such bank during the relevant period, to the extent that the Court enforces that subpoena over Defendant's objections.

3. This stipulation is without prejudice to Plaintiffs' request for additional documents concerning customers of Defendant or the RBS Group during the relevant period identified on Plaintiffs' November 13, 2008 list or in response to plaintiffs' March 24, 2009 subpoena duces tecum, and without waiver of Defendant's or the RBS Group's objections to any such request.

Dated: May 11, 2009

By: _____
    Jonathan I. Blackman
    Lawrence B. Friedman
    Cleary Gottlieb Steen & Hamilton LLP
    One Liberty Plaza
    New York, NY 10006
    Telephone: 212-225-2000

Counsel for Defendant

3

By: _____

Gary M. Osen
Joshua D. Glatter
Cindy T. Schlanger
Ari Ungar
Aaron Schlanger
Peter Raven-Hansen, Of Counsel
Osen LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone: (201) 265-6400

Steven M. Steingard
Stephen H. Schwartz
Neil L. Glazer
Kohn, Swift & Graf, P.C.
One South Broad Street
Philadelphia, PA 19107
Telephone: (215) 238-1700

Andrew D. Friedman, Of Counsel
Neil A. Dublinsky, Of Counsel
Glancy Binkow & Goldberg LLP
430 Park Avenue
New York, New York 10022
Telephone: (212) 308-6300

Ronald L. Motley
Donald Migliori
Michael Elsner
Justin B. Kaplan
John M. Eubanks
Elizabeth Smith
Motley Rice, LLC
28 Bridgeside Boulevard, P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000

Aitan D. Goelman
Benjamin Block
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5807
Telephone: (202) 778-1800

4

Counsel for the <u>Weiss</u> Plaintiffs

By: _____

Mark S. Werbner
Joel Israel
Sayles Werbner P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Telephone: (214) 939-8700

Richard D. Heideman
Noel J. Nudelman
Tracy R. Kalik
Heideman Nudelman & Kalik, P.C.
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: (202) 463-1818

James P. Bonner
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018
Telephone: (212) 239-4340

Counsel for the <u>Applebaum</u> Plaintiffs

SO ORDERED:

Dated: July 7, 2009

s/Marilyn D. Go
_____
Marilyn D. Go (U.S.M.J.)

5