FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 28 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

TZVI WEISS, *et al.*

                              Plaintiffs,

            - against -

NATIONAL WESTMINSTER BANK PLC,

                              Defendant.

STIPULATION AND ORDER

05-cv-4622 (CPS) (MDG)

---------------------------------------------------------- X

NATAN APPLEBAUM, *et al.*,

                              Plaintiffs,

           -against-

NATIONAL WESTMINSTER BANK PLC,

                              Defendant.

07-cv-916 (CPS) (MDG)

---------------------------------------------------------- X

## STIPULATION AND ORDER

Plaintiffs, by and through their counsel, and Defendant, by and through its counsel, hereby stipulate as follows:

WHEREAS, Defendant objected based upon United Kingdom bank secrecy restrictions to the production of certain information requested by the Weiss Plaintiffs, including under the principles of banker-client confidentiality under English law articulated in Tournier v. National Provincial and Union Bank of England, [1924] 1 KB 461 (C.A.), and its progeny;

WHEREAS, the Court overruled Defendant's bank secrecy objections in its May 14, 2007 Memorandum and Order with respect to certain of Plaintiffs' requests;

WHEREAS, pursuant to the Court's September 26, 2008 Minute Order, Plaintiffs submitted to Defendant a list of 65 entities and individuals on November 13, 2008;

WHEREAS, Plaintiffs served on Defendant a subpoena *duces tecum* addressed to the Royal Bank of Scotland Group plc ("RBS Group"), dated March 24, 2009 (the "Subpoena"), requesting the customer file of any entities or individuals appearing on Plaintiffs' November 13, 2008 list who were customers of a bank subject to the subpoena *duces tecum* during the relevant time period;

WHEREAS, the Court directed in its May 22, 2009 Minute Order that Defendant produce pursuant to the Subpoena the customer file and records of Friends of Al Aqsa, an entity appearing on Plaintiffs' November 13, 2008 list and a customer of the Royal Bank of Scotland plc, a bank that is part of the RBS Group;

WHEREAS, the parties have set forth their agreement concerning the scope of the term "Customer Documents" in a stipulation and proposed order submitted to the Court on May 13, 2009 (the "May 13 Stipulation"); and

WHEREAS, Defendant preserves its objection to the production of such documents in light of the principles of banker-client confidentiality under English law articulated in Tournier, but recognizes that the Court has overruled such objection with respect to the types of records subject to the May 13 Stipulation;

NOW, THEREFORE, it is hereby stipulated and agreed that Defendant will produce to Plaintiffs the "Customer Documents" of Friends of Al Aqsa as set forth in the May 13 Stipulation.

This stipulation is without prejudice to Plaintiffs' request for additional documents concerning customers of Defendant or the RBS Group during the relevant period

2

identified on Plaintiffs' November 13, 2008 list or in response to the Subpoena, and without waiver of Defendant's or the RBS Group's objections to any such request.

Dated: July 13, 2009

By: _____
Jonathan I. Blackman
Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2000

Counsel for Defendant

By: _____
Gary M. Osen
Joshua D. Glatter
Cindy T. Schlanger
Ari Ungar
Aaron Schlanger
Peter Raven-Hansen, Of Counsel
Osen LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone: (201) 265-6400

Steven M. Steingard
Stephen H. Schwartz
Neil L. Glazer
Kohn, Swift & Graf, P.C.
One South Broad Street
Philadelphia, PA 19107
Telephone: (215) 238-1700

Andrew D. Friedman, Of Counsel
Neil A. Dublinsky, Of Counsel
Glancy Binkow & Goldberg LLP
430 Park Avenue
New York, New York 10022
Telephone: (212) 308-6300

Ronald L. Motley
Donald Migliori
Michael Elsner

3

Justin B. Kaplan
John M. Eubanks
Elizabeth Smith
Motley Rice, LLC
28 Bridgeside Boulevard, P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000

Aitan D. Goelman
Benjamin Block
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5807
Telephone: (202) 778-1800

Counsel for the Weiss Plaintiffs

By: _____
Mark S. Werbner
Joel Israel
Sayles Werbner P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Telephone: (214) 939-8700

Richard D. Heideman
Noel J. Nudelman
Tracy R. Kalik
Heideman Nudelman & Kalik, P.C.
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: (202) 463-1818

James P. Bonner
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018
Telephone: (212) 239-4340

Counsel for the Applebaum Plaintiffs

SO ORDERED.

s/Marilyn D. Go                    USMJ  7/21/09