FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 28 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TZVI WEISS, et al.

                       Plaintiffs,

   - against -

NATIONAL WESTMINSTER BANK PLC,

                       Defendant.

STIPULATION
AND ORDER

05-cv-4622 (CPS) (MDG)

------------------------------------------------------------X
------------------------------------------------------------X

NATAN APPLEBAUM, et al.,

                       Plaintiffs,

   -against-

NATIONAL WESTMINSTER BANK PLC,

                       Defendant.

07-cv-916 (CPS) (MDG)

------------------------------------------------------------X

## STIPULATION AND ORDER

Plaintiffs, by and through their counsel, and Defendant, by and through its counsel, hereby stipulate as follows:

WHEREAS, Defendant objected based upon United Kingdom bank secrecy restrictions to the production of certain information requested by the Weiss Plaintiffs, including under the principles of banker-client confidentiality under English law articulated in Tournier v. National Provincial and Union Bank of England, [1924] 1 KB 461 (C.A.), and its progeny;

WHEREAS, the Court overruled Defendant's bank secrecy objections in its May 14, 2007 Memorandum and Order with respect to certain of Plaintiffs' requests;

WHEREAS, the Court directed in its September 26, 2008 Minute Order that Defendant produce certain documents in response to Plaintiffs' final list of subject entities and persons that Plaintiffs served on Defendant on November 13, 2008;

WHEREAS, pursuant to Plaintiffs' requests Defendant has produced the document bates-stamped NW 162252 through NW 162261, omitting based upon banker-client confidentiality principles the name and account information of a customer and the names of other entities not identified on Plaintiffs' list of subject entities and persons that Plaintiffs served on Defendant on November 13, 2008;

WHEREAS, pursuant to Plaintiffs' requests Defendant has produced the document bates-stamped NW 162227 through NW 162234, omitting based upon banker-client confidentiality principles the name and account information of a customer that transferred 50,000 GBP to Friends of Al Aqsa, and the names of other entities not identified on Plaintiffs' list of subject entities and persons that Plaintiffs served on Defendant on November 13, 2008;

WHEREAS, Plaintiffs contend that, based upon the Court's May 14, 2007 and September 26, 2008 Orders, Defendant is required to produce to Plaintiffs versions of the documents bates-stamped NW 162252 through NW 162261 and NW 162227 through NW 162234 without redaction of the name of the subject customers;

WHEREAS, Defendant preserves its objection to the production of such information in light of the principles of banker-client confidentiality under English law articulated in Tournier;

NOW, THEREFORE, it is hereby stipulated that Defendant will produce to Plaintiffs a new version of the documents bates-stamped NW 162252 through NW 162261 and NW 162227 through NW 162234, without redaction of the name of the subject customers.

This stipulation does not serve as a waiver of Defendant's right to object to the relevancy of any further requests for information related to the subject customer(s). Plaintiffs stipulate that they do not intend to seek further discovery as to the subject customer(s) absent a good-faith belief that the subject customer(s) is relevant to these lawsuits. For this purpose, a relevant customer will appear on a terrorist list published by the U.S., Bank of England, European Union, United Nations, or Israel, or have some connection to an individual or entity appearing on one or more of the lists beyond the fact that its name appears in a document that refers to such an individual or entity.

Dated: July 13, 2009

By: _____
Jonathan I. Blackman
Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2000

Counsel for Defendant

By: _____
Gary M. Osen
Joshua D. Glatter
Cindy T. Schlanger
Ari Ungar
Aaron Schlanger
Peter Raven-Hansen, Of Counsel
Osen LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone: (201) 265-6400

Steven M. Steingard
Stephen H. Schwartz
Neil L. Glazer
Kohn, Swift & Graf, P.C.
One South Broad Street
Philadelphia, PA 19107

3

Telephone: (215) 238-1700

Andrew D. Friedman, Of Counsel
Neil A. Dublinsky, Of Counsel
Glancy Binkow & Goldberg LLP
430 Park Avenue
New York, New York 10022
Telephone: (212) 308-6300

Ronald L. Motley
Donald Migliori
Michael Elsner
Justin B. Kaplan
John M. Eubanks
Elizabeth Smith
Motley Rice, LLC
28 Bridgeside Boulevard, P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000

Aitan D. Goelman
Benjamin Block
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5807
Telephone: (202) 778-1800

Counsel for the Weiss Plaintiffs

By: _____
Mark S. Werbner
Joel Israel
Sayles Werbner P.C.
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Telephone: (214) 939-8700

Richard D. Heideman
Noel J. Nudelman
Tracy R. Kalik
Heideman Nudelman & Kalik, P.C.
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: (202) 463-1818

4

James P. Bonner
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018
Telephone: (212) 239-4340

Counsel for the Applebaum Plaintiffs

SO ORDERED:

Dated: July 21, 2009

s/Marilyn D. Go
Marilyn D. Go (U.S.M.J.)