# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • FRANKFURT • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

Writer's Direct Dial. (212) 225-2840
E-Mail. lfriedman@cgsh.com

MARK A. WALKER
LESLIE B. SAMUELS
EDWARD F. GREENE
ALLAN G. SPERLING
MAX GITTER
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
JAMES A. DUNCAN
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL
EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER

WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
YVETTE P. TEOFAN
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
DANA G. FLEISCHMAN

FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
KRISTOFER W HESS
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. ONEAL
GLENN P. MCGRORY
CHRISTOPHER P. MOORE
JOON H. KIM
RESIDENT PARTNERS

SANDRA M. ROCKS
ELLEN M CREEDE
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
NANCY I. RUSKIN
WALLACE L. LARSON JR
JAMES D. SMALL
AVRAM E. LUFT
ELIZABETH LENAS
RESIDENT COUNSEL

November 24, 2009

BY ECF

Hon. Carol Bagley Amon
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 1120

Hon. Frederic Block
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Hon. David G. Trager
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Weiss, et al. v. National Westminster Bank Plc, 05-cv-4622 (DGT) (MDG)
Strauss, et al. v. Credit Lyonnais, S.A., 06-cv-702 (FB) (MDG)
Wolf, et al. v. Credit Lyonnais, S.A., 07-cv-914 (CBA) (MDG)
Applebaum, et al. v. National Westminster Bank Plc, 07-cv-916 (DGT) (MDG)

Dear Judges Amon, Block and Trager:

This firm is counsel to defendants National Westminster Bank plc and Crédit Lyonnais S.A. in the above-referenced four related cases, all of which had been pending before Judge Sifton and apparently were reassigned to Your Honors earlier today, despite the fact that they are related cases. The Strauss case was originally filed as related to the Weiss case, the first-filed case, the Wolf case was filed as related to the Strauss case and the Applebaum case was filed as related to the Weiss case. All four cases have been treated as related ever since.

Despite the fact these four cases are related, they were reassigned earlier today as follows:

Hon. Carol Bagley Amon,
Hon. Frederic Block,
Hon. David G. Trager, p. 2

    Judge Trager – <u>Weiss, et al. v. National Westminster Bank plc</u>, 1:05-cv-04622-
      DGT –MDG

      – <u>Applebaum, et al. v. National Westminster Bank plc</u>,
      1:07-cv-00916-DGT -MDG

    Judge Block – <u>Strauss, et al. v. Credit Lyonnais, S.A.</u>, 1:06-cv-00702-JBW -MDG

    Judge Amon – <u>Wolf, et al. v. Credit Lyonnais, S.A.</u>, 1:07-cv-00914-CBA -MDG

    Pursuant to Rule 50.3(e) of the Court's Rules for the Division of Business Among District Judges, we understand that all four of these related cases should be assigned to Judge Trager, as the judge to whom the case with the lowest docket number was assigned. We therefore respectfully request that the Clerk be instructed to assign all four of these cases to Judge Trager, pursuant to Rule 50.3(e).

              Respectfully,

              *[signature]*
              Lawrence B. Friedman

cc: All counsel of record