# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PENNSYLVANIA 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
DENIS F. SHEILS †◊
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
ELKAN M. KATZ
CHRISTINA D. SALER *
NEIL L. GLAZER †
JARED G. SOLOMON

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-MAIL: SSTEINGARD@KOHNSWIFT.COM

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
* ALSO ADMITTED IN NEW JERSEY

December 1, 2009

**VIA ECF**

Honorable David G. Trager
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Weiss, et al. v. National Westminster Bank, Plc.*, 05 CV 4622 (DGT)(MDG)
*Strauss et al. v. Crédit Lyonnais, S.A.*, 06 CV 702 (DGT)(MDG)
*Goldberg, et al. v. UBS AG*, 08 CV 375 (RRM)(MDG)

Dear Judges Trager and Mauskopf:

We represent the plaintiffs in the above-referenced actions, and are writing with respect to the reassignment of those cases, which had formerly been assigned to Judge Sifton. Two of those cases, *Strauss, et al. v. Credit Lyonnais, S.A.* and *Weiss, et al. v. National Westminster Bank*, are now assigned to Judge Trager, and one, *Goldberg v. UBS A.G.*, to Judge Mauskopf.

We wish to draw to Your Honors' attention to the fact that, when filed, *Goldberg* was identified as a related case to *Strauss* and *Weiss* and was therefore assigned to Judge Sifton.

Respectfully submitted,

Steven M. Steingard

SMS/yr

cc:   All Counsel of Record (Via ECF)

58288_2