UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TZVI WEISS, et al.,

                Plaintiffs,

   -against-

NATIONAL WESTMINSTER BANK, PLC

                Defendant.
-------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No. 05 CV 4622
Judge/Magistrate Judge DGT/MDG

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs in the above captioned case.

Date: December 16, 2009

*[signature]*

Peter Raven-Hansen, Of Counsel
OSEN LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
Tel:   (201) 265 6400
Fax:  (201) 265 0303