SAYLES | WERBNER

February 17, 2010

**VIA ELECTRONIC FILING**
Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court
225 Cadman Plaza East, Room 1214S
Brooklyn, New York  11201

   RE: *Weiss, et al. v. National Westminster Bank, PLC* – Case No. CV – 05-4622;
      *Applebaum, et al. v. National Westminster Bank, PLC* – Case No. CV – 07-916;

Dear Magistrate Judge Go:

  On behalf of all parties, enclosed for the Court's approval is a proposed Revised Scheduling Order for the completion of proceedings in the above-referenced matters. Plaintiffs are submitting this proposed Order, in which National Westminster Bank, PLC joins, to revise the dates reflected in the Scheduling Order that the Court approved on December 24, 2008. We thank you for your consideration.

                Respectfully submitted,

                */s/ Joel Israel*

                Joel Israel
                jisrael@swtriallaw.com
                (214) 939-8763

Attachment

cc: All Counsel of Record