UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TZVI WEISS, et al.,

                Plaintiffs,                          Case No. 05-cv-4622 (CPS) (MDG)

   -against-

NATIONAL WESTMINSTER BANK, PLC,

                Defendant.
---------------------------------------------------------------x
NATAN APPLEBAUM, et al.,

                                                  Case No. 07-cv-916 (CPS) (MDG)

                Plaintiffs,

   -against-

NATIONAL WESTMINSTER BANK, PLC,

                Defendant.
---------------------------------------------------------------x

## REVISED SCHEDULING ORDER

Whereas, pursuant to Fed. R. Civ. P. 16 and 26(f), the plaintiffs in the above-captioned Actions and defendant National Westminster Bank Plc ("Defendant") have met and agreed upon the following revised schedule for those cases (collectively, the "Actions");

IT IS HEREBY ORDERED that the following revised schedule shall govern the Actions:

| Date | Deadline |
|---|---|
| August 31, 2009 | Deadline for all Plaintiffs to submit completed Plaintiff Profile Forms. Plaintiffs who are designated as liability witnesses must submit forms earlier. |
| March 26, 2010 | Deadline for the parties to propound written discovery requests or Letters of Request under the Hague Convention and similar procedures related to non-damages and non-expert issues other than requests for admissions related to authenticity and admissibility of documents. |

| Date | Deadline |
|---|---|
| July 2, 2010 | Deadline for the parties to file final motions to compel relating to pending non-expert and non-damages discovery disputes. |
| August 20, 2010 | Deadline for completion of all fact discovery not related to Plaintiffs' damages. This includes non-expert depositions, subject to production of records or identification of fact witnesses resulting from court-ordered production of records resulting from motions to compel filed prior to July 2, 2010. This does not include responses, and related production, to Letters of Request under the Hague Convention and similar procedures served on non-parties prior to March 26, 2010. |
| September 13, 2010 | Deadline for parties to provide expert reports, other than those related to Plaintiffs' damages, pursuant to Fed. R. Civ. P. 26(a)(2)(B). Such reports will provide all information required by Rule 26.<br><br>The parties should confer prior to September 6, 2010 as to the types of experts and topics to be addressed. |
| November 12, 2010 | Deadline for parties to provide expert reports of witnesses, other than those related to Plaintiffs' damages, they intend to call to testify at trial solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Civ. P. 26(a)(2)(B). |
| December 23, 2010 | Deadline for the parties to serve contention interrogatories. |
| January 14, 2011 | Deadline for serving requests for admissions related to authenticity and admissibility of documents. |
| February 4, 2011 | Deadline for the completion of expert depositions other than those related to Plaintiffs' damages. |
| February 11, 2011 | Deadline for the parties to respond fully to pending contention interrogatories. |
| February 18, 2011 | Deadline for the completion of all discovery. |
| ~~March 25, 2011~~ | ~~Deadline to file *Daubert* and dispositive motions.~~ |
| May 13, 2011 | ~~Deadline to file oppositions to *Daubert* and dispositive motions.~~ |
| June 17, 2011 | ~~Deadline to file reply briefs in support of *Daubert* and summary judgment motions.~~ |

Dated: May 21, 2010

2     s/ MJ Go

