# Sealed/ Ex Parte Documents ~ Steps *for* E-filing

1. Attorney e-files a **Motion for Leave to Electronically file a Sealed Document**
   **Or, a Motion for Leave to Electronically file an Ex Parte Document.**

2. **If the Leave is granted**-

   The attorney would then e-file the **Sealed - or Ex Parte- document** by selecting one of the following, plus the specific event:

   **For Sealed Documents**
   A.   1 - Sealed Docket Entry AND Document - to be used ONLY in conjunction with other selection
   B.   1 - Sealed Document - to be used ONLY in conjunction with other selection**\***

**\*Please Note**:
By selecting *1- Sealed Document - to be used ONLY in conjunction with other selection* you will have chosen to have the docket entry on the public docket sheet and the Notice of Electronic Filing (NEF) to be sent to all counsel and participants on this case.  Only the document will be sealed.  If you do not want the docket text to be on the public docket sheet and all counsel and participants to receive notification of the filing, you should select *1- Sealed Docket Enty AND Document - to be used ONLY in conjunction with other selection*.

   **For Ex Parte Documents:**
   A.   Exparte Docket Entry AND Document - to be used ONLY in conjunction with primary event selection

   B.   Exparte Document - to be used ONLY in conjunction with primary event selection.


   [Only attorneys who have been granted permission to electronically file a Sealed document on a specific case will be able to do so. Otherwise, the attorney will receive a message that they are not authorized to proceed. Separate permission will be needed from the Judge for the attorney to view sealed documents in the case).

6/2010