AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tzvi Weiss, et al.<br>*Plaintiff*<br>v.<br>National Westminster Bank, PLC,<br>*Defendant* | Case No. 05-cv-04622(DGT)(MDG) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 07/07/2010

*Attorney's signature*

Bena. N. Ochs ; BO-1602
*Printed name and bar number*

MM-Law LLC
Rechov HaMered 25, Suite 300
P.O. Box 50236
Tel Aviv, Israel  61501
*Address*

bena@mm-law.com
*E-mail address*

972 (3) 517-0088
*Telephone number*

972 (3) 761-7400
*FAX number*