UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TZVI WEISS, et al. :
                Plaintiffs, :
    -against- :
NATIONAL WESTMINSTER BANK, PLC, :
                Defendant. :

Case No. CV 05-cv-4622 (DGT) (MDG)

---

NATAN APPLEBAUM, et al. :
                Plaintiffs, :
    -against- :
NATIONAL WESTMINSTER BANK, PLC, :
                Defendant. :

Case No. 07-cv-916 (DGT) (MDG)

---

## STIPULATION AND ORDER

Plaintiffs, by and through their counsel, and Defendant National Westminster Bank, PLC ("NatWest"), by and through its counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs in the above-captioned cases seek permission from NatWest for the parties in *Linde v. Arab Bank, PLC*, 04-cv-2799 (E.D.N.Y.), *Litle v. Arab Bank, PLC*, 04-cv-5449 (E.D.N.Y.), *Almog v. Arab Bank, PLC*, 04-cv-5564 (E.D.N.Y.), *Coulter v. Arab Bank, PLC*, 05-cv-365 (E.D.N.Y.), *Afriat-Kurtzer v. Arab Bank, PLC*, 05-cv-388 (E.D.N.Y.), *Bennett v. Arab Bank, PLC*, 05-cv-3183 (E.D.N.Y.), *Roth v. Arab Bank, PLC*, 05-cv-3738 (E.D.N.Y.), *Weiss v. Arab Bank, PLC*, 06-cv-1623 (E.D.N.Y.), *Jesner v. Arab Bank, PLC*, 06-cv-3869 (E.D.N.Y.), *Lev v. Arab Bank, PLC*, 08-cv-3251 (E.D.N.Y.), and

*Agurenko v. Arab Bank, PLC*, 10-cv-626 (E.D.N.Y.) (the "Arab Bank Litigation") to offer into evidence in the Arab Bank litigation certain documents that NatWest has produced to plaintiffs in *Weiss v. National Westminster Bank, PLC*, 05-cv-4622 (E.D.N.Y.), pursuant to the Protective Order dated February 16, 2006 (Docket #46), and the Memorandum and Order dated May 14, 2007, *see, Weiss v. Nat'l Westminster Bank, PLC*, 242 F.R.D. 33 (E.D.N.Y. 2007), evidencing funds disbursed by Interpal[1], to a beneficiary or recipient at Arab Bank, PLC, between August 22, 2003 and December 31, 2004 for wire transfers and September 25, 2005 for account statements reflecting such wire transfers (the "NatWest Documents"), as listed in Appendix A to this Stipulation and Order;

WHEREAS, NatWest has received and reviewed a copy of the Protective Order dated August 1, 2005 in the Arab Bank Litigation, and appended hereto as Exhibit B, and;

WHEREAS NatWest agrees that the parties in the Arab Bank Litigation may offer into evidence in the Arab Bank Litigation (including in Court filings and at any trial) the NatWest Documents as listed in Exhibit A in accordance with the terms and conditions of the Protective Order appended hereto as Exhibit B.

NOW, THEREFORE, it is hereby stipulated that the NatWest Documents may be offered in evidence by the parties to the Arab Bank Litigation in the Arab Bank Litigation (including in Court filings and at any trial) in accordance with the terms and conditions of the Protective Order appended hereto as Exhibit B. Plaintiffs and NatWest further stipulate and agree that the NatWest Documents as listed on Appendix A constitute true and correct copies of records maintained by NatWest in the ordinary course of its business.

---

[1] a.k.a Palestinian Relief and Development Fund; a.k.a. Al-Sanduq Al-Filistini Lil-Ighatha; a.k.a. Al-Sanduq Al-Filistini Lil-Ighatha Wa Al-Tanmiya; a.k.a. Palestine and Lebanon Relief Fund; a.k.a. Palestine Development and Relief Fund; a.k.a. Palestine Relief Fund; a.k.a. Palestinian Aid and Support Fund; a.k.a. Palestinian Relief and Development Fund; a.k.a. Palestinian Relief Fund; a.k.a. PRDF; a.k.a. Relief and Development Fund for Palestine; a.k.a. Welfare and Development Fund for Palestine; a.k.a. Welfare and Development Fund of Palestine.

Dated: September 23, 2010

By: _____
Jonathan I. Blackman, Esq.
Lawrence B. Friedman, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2000
*Attorneys for Defendant National Westminster Bank, PLC*

By: _____
Michael Elsner, Esq.
John M. Eubanks, Esq.
Vincent I. Parrett, Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
(843) 216-9000
*Attorneys for* Weiss *Plaintiffs*


OSEN LLC
Gary M. Osen, Esq.
Joshua D. Glatter, Esq.
Aaron Schlanger, Esq.
Peter Raven-Hansen, Esq., of counsel
Ari Ungar, Esq.
700 Kinderkamack Road
Oradell, NJ  07649
(201) 265-6400
*Attorneys for* Weiss *Plaintiffs*

KOHN, SWIFT & GRAF, P.C.
Steven M. Steingard, Esq.
Stephen H. Schwartz, Esq.
Neil L. Glazer, Esq.
One South Broad Street, Suite 2100
Philadelphia, PA  19107

(215) 238-1700
*Attorneys for* Weiss *Plaintiffs*

SAYLES WERBNER
Mark S. Werbner, Esq.
Joel Israel, Esq.
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 939-8700
*Attorneys for* Applebaum *Plaintiffs*

HEIDEMAN NUDELMAN & KALIK, P.C.
Richard D. Heideman, Esq.
Noel J. Nudelman, Esq.
Tracy Reichman Kalik, Esq.
1146 19th Street, NW, Fifth Floor
Washington, DC 20036
(202) 463-1818
*Attorneys for* Applebaum *Plaintiffs*

SHALOV, STONE, BONNER & ROCCO LLP
James P. Bonner, Esq.
485 Seventh Avenue, Suite 1000
New York, NY 10018
(212) 239-4340
*Attorneys for* Applebaum *Plaintiffs*

SO ORDERED:

Dated: _____     _____
                            Marilyn D. Go (U.S.M.J.)