# EXHIBIT

# A

# APPENDIX A

## List of Bates Numbers Responsive to Plaintiffs' Request and Produced in
## Weiss v. National Westminster Bank, PLC

NW 010197
NW 010205
NW 010213
NW 010221
NW 010229
NW 010245
NW 010285
NW 010302
NW 010310
NW 010319
NW 010327
NW 010336
NW 010361
NW 010369
NW 010376
NW 010408
NW 010424
NW 014611
NW 014643
NW 014675
NW 014693
NW 014702
NW 014730
NW 014759
NW 014825
NW 014833
NW 014841
NW 014849
NW 014865
NW 014873
NW 014881
NW 014905
NW 014929
NW 014953
NW 014977
NW 015017
NW 015053
NW 015093
NW 016571

1

NW 016626
NW 016646
NW 016666
NW 016686
NW 016706
NW 016726
NW 049995
NW 068217
NW 068218
NW 092641
NW 093294
NW 093320
NW 093347
NW 093373
NW 093399
NW 093532
NW 093611
NW 093638
NW 093664
NW 093743
NW 093769
NW 093795
NW 093820
NW 093846
NW 093898
NW 093924
NW 094262
NW 094339
NW 094472
NW 094498
NW 094525
NW 094631
NW 094658
NW 094683
NW 094737
NW 095445
NW 095576
NW 095628
NW 095706
NW 095785
NW 095811
NW 095944
NW 095971
NW 096026
NW 096052

NW 096107
NW 096136
NW 096164
NW 096454
NW 096481
NW 096509
NW 096537
NW 096564
NW 096594
NW 096620
NW 096646
NW 096675
NW 096727
NW 096753
NW 096779
NW 096808
NW 096834
NW 096887
NW 096914
NW 096968
NW 096995
NW 097021
NW 097179
NW 097205
NW 097231
NW 097258
NW 097284
NW 097310
NW 097336
NW 097362
NW 097388
NW 097414
NW 097440
NW 097466
NW 097754
NW 098553
NW 098579
NW 098605
NW 098632
NW 098661
NW 098687
NW 098713
NW 098740
NW 098766
NW 098792

3

NW 098844
NW 098898
NW 098924
NW 098950
NW 099002
NW 099028
NW 099056
NW 099453
NW 099480
NW 099507
NW 099535
NW 192558
NW 192578
NW 192598
NW 192618
NW 210629
NW 210838
NW 211723
NW 211742
NW 212002