SAYLES | WERBNER

November 18, 2010

**VIA ELECTRONIC FILING**
Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court
225 Cadman Plaza East, Room 1214S
Brooklyn, New York 11201

      Re:    *Weiss, et al. v. National Westminster Bank, Plc*, 05-CV-4622 (DGT)(MDG);
             *Applebaum, et al. v. National Westminster Bank, Plc*, 07-CV-916 (DGT)(MDG);
             *Strauss, et al. v. Credit Lyonnais, S.A.* – Case No. CV – 06-00702 (DGT)(MDG);
             *Wolf, et al. v. Credit Lyonnais, S.A.* - Case No. CV-07-0914 (DGT)(MDG).

Dear Magistrate Judge Go:

      On behalf of all parties, I write to request that the currently-scheduled November 23, 2010 conference before the Court briefly be adjourned to December 9, 2010, a date which we understand from your clerk is available on the Court's docket. We are requesting the adjournment while the parties attempt to seek agreement in all of the cases on revised proposed schedules, which would be submitted in advance of the conference.

      We thank you for your consideration.

                                            Respectfully submitted,

                                            Joel Israel
                                            jisrael@swtriallaw.com
                                            (214) 939-8763

cc:      All Counsel of Record