UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
TZVI WEISS, *et al.*,

                Plaintiffs,

        - against -

NATIONAL WESTMINSTER BANK PLC,

                Defendant.
----------------------------------------------------------- X
NATAN APPLEBAUM, *et al.*,

                Plaintiffs,

        - against -

NATIONAL WESTMINSTER BANK PLC,

                Defendant.
----------------------------------------------------------- X

CV 05-4622 (DGT)(MDG)

CV 07-916 (DGT)(MDG)

## NOTICE PURSUANT TO RULE 44.1

      PLEASE TAKE NOTICE THAT, pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, defendant National Westminster Bank Plc has raised in its expert reports, and intends to raise in the expert testimony of Moshe Azoulay, Yaron Lipshes, Jon Holland and Jonathan Burchfield, various issues concerning the law of foreign countries, specifically the laws of Israel, the United Kingdom and the European Community.

      The issues raised under Israeli law include those addressed in the report of Moshe Azoulay dated December 29, 2010 and the report of Yaron Lipshes dated December 27, 2010. The issues raised under United Kingdom and European Community law include those addressed

in the expert report of Jon Holland dated December 6, 2010 and the report of Jonathan Burchfield dated December 3, 2010.

This designation is without prejudice to the invocation of foreign law on other issues as those issues become known and/or relevant during the disposition of this case pursuant to Rule 44.1, including but not limited to issues raised by any purported expert reports plaintiffs serve at a future date.

Dated: New York, New York
January 5, 2011

CLEARY GOTTLIEB STEEN & HAMILTON

By: _____
Lawrence B. Friedman

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for National Westminster Bank Plc