UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TZVI WEISS, et al., :
:
: 05-CV-4622 (DLI)(MDG)
                   Plaintiffs, :
:
  -against- :
:
NATIONAL WESTMINSTER BANK, PLC :
:
                  Defendant. :
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

     PLEASE TAKE NOTICE that Joshua D. Glatter, of Osen LLC, with offices located at 345 7th Avenue, New York, NY 10001, and 700 Kinderkamack Road, Oradell, NJ 07649, withdraws his appearance on behalf of plaintiffs in the above-captioned action and hereby requests that no further notices be given or required of him in the action, and that no documents or other pleadings in the action be served upon him.

     All other counsel from Osen LLC who have appeared on behalf of plaintiffs will remain in this action.

Dated: April 4, 2011
New York, NY

                                     s/ Joshua D Glatter
                                     Joshua D. Glatter
                                     OSEN LLC
                                     345 7th Avenue, 21St Floor
                                     New York, NY 10001
                                     (646) 380 0470
                                     (646) 380 0471 Fax

                                     700 Kinderkamack Road
                                     Oradell, NJ 07649
                                     (201) 265 6400
                                     (201) 265 0303 Fax

                                     jdg@osen.us
                                     Attorneys for Plaintiffs