```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TZVI WEISS, et al.,                              :
                                                 :
                                                 :     05-CV-4622 (DLI)(MDG)
                    Plaintiffs,                  :
                                                 :
    -against-                                    :
                                                 :
NATIONAL WESTMINSTER BANK, PLC                   :
                                                 :
                    Defendant.                   :
---------------------------------------------------------------x
```

## DECLARATION OF JOSHUA D. GLATTER

I, Joshua D. Glatter, declare and state as follows:

1. Pursuant to Local Civil Rule 1.4, I respectfully request leave to withdraw my appearance as counsel for plaintiffs in the above-captioned actions. My colleague Gary M. Osen, together with other attorneys at Osen LLC, will continue to represent the plaintiffs.

2. Because the same law firm will continue to represent the plaintiffs, this withdrawal will not impact this action in any way or prejudice any parties.

Dated: April 4, 2011
New York, NY

                                                      s/ Joshua D Glatter
                                                      Joshua D. Glatter
                                                      OSEN LLC
                                                      345 7th Avenue, 21St Floor
                                                      New York, NY 10001
                                                      (646) 380 0470
                                                      (646) 380 0471 Fax

                                                      700 Kinderkamack Road
                                                      Oradell, NJ 07649
                                                      (201) 265 6400
                                                      (201) 265 0303 Fax

                                                      jdg@osen.us
                                                      Attorneys for Plaintiffs