UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TZVI WEISS, et al.,                                          :
                                                             :
                Plaintiffs,                           :      Case No. 05-cv-4622 (DLI) (MDG)
                                                             :
   -against-                                              :
                                                             :
NATIONAL WESTMINSTER BANK, PLC,                              :
                                                             :
                Defendant.                            :
-------------------------------------------------------------x
NATAN APPLEBAUM, et al.,                                     :
                                                             :      Case No. 07-cv-916 (DLI) (MDG)
                Plaintiffs,                           :
                                                             :
   -against-                                              :
                                                             :
NATIONAL WESTMINSTER BANK, PLC,                              :
                                                             :
                Defendant.                            :
-------------------------------------------------------------x

## **[PROPOSED] REVISED SCHEDULING ORDER**

Whereas, pursuant to Fed. R. Civ. P. 16 and 26(f), the plaintiffs in the above-captioned Actions and defendant National Westminster Bank Plc ("Defendant") have met and agreed upon the following revised schedule for those cases (collectively, the "Actions");

IT IS HEREBY ORDERED that the following revised schedule shall govern the Actions:

| **Date** | **Deadline** |
| --- | --- |
| December 30, 2010 | Deadline for parties to provide expert reports, other than those related to Plaintiffs' damages, pursuant to Fed. R. Civ. P. 26(a)(2)(B). Such reports will provide all information required by Rule 26.<br><br>The parties should confer prior to September 6, 2010 as to the types of experts and topics to be addressed. |
| March 4, 2011 | Deadline for parties to provide expert reports of witnesses, other than those related to Plaintiffs' damages, they intend to call to testify at trial solely to contradict or rebut evidence on the same subject matter |

| Date | Deadline |
|---|---|
| | identified by another party under Fed. R. Civ. P. 26(a)(2)(B). |
| April 29, 2011 | Deadline for the parties to serve contention interrogatories. |
| May 6, 2011 | Deadline for serving requests for admissions related to authenticity and admissibility of documents. |
| June 17, 2011 | Deadline for the completion of expert depositions other than those related to Plaintiffs' damages. |
| July 5, 2011 | Deadline for the parties to respond fully to pending contention interrogatories and requests for admissions related to authenticity and admissibility of documents. |
| July 11, 2011 | Deadline for the completion of all discovery. |

Dated:  April ___, 2011

_____
Hon. Marilyn D. Go, U.S.M.J.