UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TZVI WEISS, et al.,                              :
                                                 :
                                                 :      **NOTICE OF APPEARANCE**
                 Plaintiffs,                     :
                                                 :      Docket No. 05 CV 4622
        -against-                                :      Judge/Magistrate Judge DLI/MDG
                                                 :
NATIONAL WESTMINSTER BANK, PLC                   :
                                                 :
                 Defendant.                      :
---------------------------------------------------------------x

    PLEASE TAKE NOTICE, that my firm has been retained by all Plaintiffs in the above captioned case. I certify that I am admitted to practice in this Court.

Date: May 20, 2011

                                        /s/ Joshua D. Glatter
                                        Joshua D. Glatter
                                        OSEN LLC
                                        700 Kinderkamack Road
                                        Oradell, New Jersey 07649
                                        Tel:   (201) 265 6400
                                        Fax:  (201) 265 0303