CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · FRANKFURT · COLOGNE · MOSCOW
ROME · MILAN · HONG KONG · BEIJING · BUENOS AIRES

Writer's Direct Dial +1 212 225 2840
E-Mail: lfriedman@cgsh.com

LESLIE B SAMUELS
EDWARD F GREENE
EVAN A DAVIS
LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
A RICHARD SUSKO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L BELLER
THOMAS J MOLONEY
WILLIAM F GORIN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
JAIME A EL KOURY
STEVEN G HOROWITZ
ANDREA G PODOLSKY
JAMES A DUNCAN
STEVEN M LOEB
DANIEL S STERNBERG
DONALD A STERN
CRAIG B BROD
SHELDON H ALSTER
WANDA J OLSON
MITCHELL A LOWENTHAL
DEBORAH M BUELL
EDWARD J ROSEN
JOHN PALENBERG
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
JANET L FISHER
DAVID L SUGERMAN
HOWARD S ZELBO

DAVID E BRODSKY
MICHAEL R LAZERWITZ
ARTHUR H KOHN
RAYMOND B CHECK
RICHARD J COOPER
JEFFREY S LEWIS
FILIP MOERMAN
PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C LOPEZ
CARMEN A CORRALES
JAMES L BROMLEY
PAUL E GLOTZER
MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI, JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C JACOBY
SANDRA L FLOW
FRANCISCO L CESTERO
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER

KRISTOFER W HESS
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E FLEISHER
SEAN A O'NEAL
GLENN P MCGRORY
CHRISTOPHER P MOORE
JOON H KIM
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A COOPER
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
GABRIEL J MESA
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
KATHLEEN M EMBERGER
NANCY I RUSKIN
WALLACE L LARSON, JR
JAMES D SMALL
AVRAM E LUFT
ELIZABETH LENAS
DANIEL ILAN
CARLO DE VITO PISCICELLI
ANDREW WEAVER
RESIDENT COUNSEL

August 3, 2011

BY ECF

Hon. Marilyn D. Go, U.S.M.J.
United States Courthouse
225 Cadman Plaza East, Room 1214S
Brooklyn, New York 11201

      Re: <u>Weiss, et al. v. National Westminster Bank Plc</u>, 05-cv-4622 (DLI) (MDG)
          <u>Applebaum, et al. v. National Westminster Bank Plc</u>, 07-cv-916 (DLI) (MDG)

Dear Magistrate Judge Go:

      In compliance with the Court's July 25, 2011 Minute Order, I am writing to report on behalf of all parties that they propose the following briefing schedule for their respective motions to compel supplemental contention interrogatory responses:

| | |
|---|---|
| <u>August 5, 2011</u> | The parties will exchange the supplemental responses which they have agreed to provide |
| <u>August 19, 2011</u> | NatWest will serve and file its letter brief in support of its motion to compel supplemental responses to NatWest's contention interrogatory numbers 17, 18 and 24, and plaintiffs will serve and file their letter brief in support of their motion to compel a supplemental response to their contention interrogatory number 22, if by that date NatWest has not mooted plaintiffs' complaint by supplementing its response to that interrogatory |

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE

<u>August 26, 2011</u>    The parties will respond to the letter(s) served and filed on August 19

   The parties presume that the Court will schedule a conference concerning these matters, for a date after the parties have completed their submissions. The parties further propose to submit pre-motion conference letters to Judge Irizarry with respect to any proposed summary judgment motions five business days following Your Honor's ruling on these matters, with responsive letters to be filed seven business days thereafter.

   Finally, NatWest consents to the modification of the Protective Orders in these cases in accordance with the modifications that the Court has stated it will make to the Protective Orders in the <u>Strauss</u> and <u>Wolf</u> cases.

            Respectfully,

            Lawrence B. Friedman

cc:  All counsel of record