## CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, DC<br>PARIS<br>BRUSSELS<br>LONDON<br>FRANKFURT<br>COLOGNE<br>MOSCOW | ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1470<br>(212) 225-2000<br>FACSIMILE (212) 225-3999<br>WWW.CLEARYGOTTLIEB.COM<br>Writer's Direct Dial +1 212 225 2840<br>E-Mail: lfriedman@cgsh.com | ROME<br>MILAN<br>HONG KONG<br>BEIJING<br>BUENOS AIRES<br>SÃO PAULO |

October 6, 2011

BY ECF

Hon. Dora L. Irizarry, U.S.D.J.
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Applebaum, et al. v. National Westminster Bank, Plc, 07-cv-916 (DLI) (MDG)
     Weiss, et al. v. National Westminster Bank, Plc, 05-cv-4622 (DLI) (MDG)

Dear Judge Irizarry:

  Pursuant to the Court's September 29, 2011 Order, the parties propose for the Court's approval the following briefing schedule for Defendant's motion for summary judgment:

| | |
|---|---|
| December 7, 2011 | Defendant shall serve its papers in support of its motion |
| January 30, 2012 | Plaintiffs shall serve their opposition papers |
| February 29, 2012 | Defendant shall serve its reply papers |

  Thereafter, the parties will file all of their motion papers with the Court pursuant to the schedule that we understand Magistrate Judge Go will indicate in a Supplemental Protective Order in these cases.

                Respectfully,

                Lawrence B. Friedman

cc: Hon. Marilyn D. Go
   All counsel of record