# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, DC<br>PARIS<br>BRUSSELS<br>LONDON<br>FRANKFURT<br>COLOGNE<br>MOSCOW | ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1470<br>(212) 225-2000<br>FACSIMILE (212) 225-3999<br>WWW.CLEARYGOTTLIEB.COM<br>Writer's Direct Dial +1 212 225 2432<br>E-Mail: aluft@cgsh.com | ROME<br>MILAN<br>HONG KONG<br>BEIJING<br>BUENOS AIRES<br>SÃO PAULO |

November 2, 2011

BY ECF

Hon. Marilyn D. Go, U.S.M.J.
United States Courthouse
225 Cadman Plaza East, Room 1214S
Brooklyn, New York 11201

Re: *Weiss v. National Westminster Bank Plc*, 05-cv-4622 (DGT) (MDG)
   *Applebaum v. National Westminster Bank Plc*, 07-cv-916 (DGT) (MDG)

Dear Magistrate Judge Go:

I am writing on behalf of all parties to respectfully request that Your Honor extend the date (presently calendared for Friday, November 4, 2011) for the parties to submit proposed supplemental protective orders for these actions, as required by the Court's October 6, 2011 scheduling order, to Friday, December 9, 2011. Earlier today, counsel for all parties telephoned Chambers to make this request orally, and were asked to submit this letter. This is the parties' first request for an extension of time.

The parties have exchanged proposals for the supplemental protective orders and plaintiffs' counsel currently are compiling a substantial list of information that they wish for defendant's counsel to consider in reaching their conclusion as to the necessary scope of information which must remain confidential. Allowing this extension will permit the parties to continue this process and attempt to maximize the scope of our agreement on this subject. Accordingly, the parties respectfully request that Your Honor approve the parties' joint request.

Respectfully,

*Avram Luft / VS*
Avram E. Luft

cc: All Counsel of Record