UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____
TZVI WEISS, et al.,                        :
                                           :
                Plaintiffs,                :
                                           :   Case No. 05 CV 4622 (DLI)(MDG)
        -against-                          :
                                           :
                                           :
NATIONAL WESTMINSTER BANK, PLC,            :
                                           :
                Defendant.                 :
_____

# NOTICE OF CHANGE OF ADDRESS

To: The clerk of court and all parties of record:

      Please take notice that, effective immediately, Gary M. Osen, Cindy T. Schlanger, Joshua D. Glatter, Aaron Schlanger, Ari Ungar and Naomi B. Weinberg, who have previously appeared in this action on behalf of Plaintiffs in the above-captioned actions, request that all notices, pleadings, and orders in the above-captioned actions be sent to them at the following new address:

                OSEN LLC
                2 University Plaza, Suite 201
                Hackensack, NJ 07601
                (201) 265 6400

Dated: November 28, 2011

                By:    /s/ Gary M. Osen
                         Gary M. Osen
                         Cindy T. Schlanger
                         Joshua D. Glatter
                         Aaron Schlanger
                         Naomi B. Weinberg
                         OSEN LLC
                         2 University Plaza, Suite 201
                         Hackensack, NJ 07601
                         (201) 265-6400