# OSEN LLC
ATTORNEYS AT LAW

2 University Plaza, Suite 201, Hackensack, NJ 07601
Telephone 201.265.6400  Facsimile 201.265.0303
www.osen.us

December 8, 2011

**VIA ECF**

Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Weiss, et al. v. National Westminster Bank, Plc,* 05-cv-4622 (DLI)(MDG)
*Applebaum, et al. v. National Westminster Bank, Plc,* 07-cv-916 (DLI)(MDG)

Dear Judge Go:

I am writing on behalf of all parties to respectfully request that Your Honor extend the date (presently calendared for Friday, December 9, 2011) for the parties to submit proposed supplemental protective orders for these actions, as required by the Court's October 6, 2011 and November 2, 2011 scheduling orders, to Friday, December 16, 2011. Yesterday, counsel for the parties telephoned Chambers to make this request orally, and were asked to submit this letter. This is the parties' second request for an extension of time

Plaintiffs' counsel has provided a substantial list of information for defendant's counsel to consider in reaching their conclusion as to the necessary scope of information which must remain confidential and the parties continue to confer regarding this list. Allowing this extension will permit the parties to continue this process and attempt to maximize the scope of our agreement on this subject. Accordingly, the parties respectfully request that Your Honor approve the parties' joint request.

Respectfully yours,

Aaron Schlanger

cc: All Counsel