**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON
MOSCOW • FRANKFURT • COLOGNE • ROME • MILAN
HONG KONG • BEIJING • BUENOS AIRES • SÃO PAULO

Writer's Direct Dial: +1 212 225 2432
E-Mail: aluft@cgsh.com

LESLIE B. SAMUELS
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L. BELLER
THOMAS J MOLONEY
WILLIAM F GORIN
MICHAEL L. RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
JAIME A EL KOURY
STEVEN G HOROWITZ
ANDREA G. PODOLSKY
JAMES A DUNCAN
STEVEN M. LOEB
DANIEL S STERNBERG
DONALD A STERN
CRAIG B BROD
SHELDON H ALSTER
WANDA J OLSON
MITCHELL A. LOWENTHAL
DEBORAH M BUELL
EDWARD J ROSEN
JOHN PALENBERG
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L FISHER
DAVID L. SUGERMAN
HOWARD S ZELBO
DAVID E BRODSKY

MICHAEL R LAZERWITZ
ARTHUR H KOHN
RAYMOND B CHECK
RICHARD J COOPER
JEFFREY S LEWIS
FILIP MOERMAN
PAUL J SHIM
STEVEN L. WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A CORRALES
JAMES L. BROMLEY
PAUL E GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J LIMAN
LEV L. DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI, JR
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M. SCHWEITZER
KRISTOFER W HESS

JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P MCGRORY
CHRISTOPHER P MOORE
JOON H KIM
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L. HOU
ROGER A. COOPER
    RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
GABRIEL J MESA
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C CONROY, JR
KATHLEEN M EMBERGER
NANCY I RUSKIN
WALLACE L. LARSON, JR
JAMES D SMALL
AVRAM E. LUFT
ELIZABETH LENAS
DANIEL ILAN
CARLO DE VITO PISCICELLI
ANDREW WEAVER
    RESIDENT COUNSEL

December 15, 2011

BY ECF

Hon. Marilyn D. Go, U.S.M.J.
United States Courthouse
225 Cadman Plaza East, Room 1214S
Brooklyn, New York 11201

Re: *Weiss v. National Westminster Bank Plc*, 05-cv-4622 (DLI) (MDG)
*Applebaum v. National Westminster Bank Plc*, 07-cv-916 (DLI) (MDG)

Dear Magistrate Judge Go:

     I am writing on behalf of all parties pursuant to the Court's October 6, 2011 and November 2, 2011 Scheduling Orders directing the parties to confer and file a proposal for the modification of the protective orders in these cases. I respectfully submit for the Court's review a copy of a proposed Supplemental Protective Order and accompanying Annex agreed to by the parties for entry by the Court.

Respectfully,

Avram E. Luft

Enclosures

cc: All Counsel of Record

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.