**ANNEX TO SUPPLEMENTAL PROTECTIVE ORDER**

The information listed below shall not be considered categories of protected materials pursuant to the Supplemental Protective Order as the information has been made public by Interpal, Human Appeal International, Muslim Hands, and Friends of Al Aqsa respectively:

a. The following information about Interpal's accounts at NatWest:

   i. Sort Code 60-08-22
   ii. US$ Account No.: 140-00-04156838
   iii. Sterling £ Account No.: 95142940
   iv. Euro Account No.: 0008524882
   v. Admin £ Account No.: 951-429-83
   vi. Children £ Account No.: 95 1-429-75
   vii. Zakat £ Account No.: 951-429-67
   viii. Families £ Account No.: 95 1-453-97
   ix. Interest £ Account No.: 951-429-59
   x. Union of Good Account No.: 140-00-08537933

b. The following information about Human Appeal International's accounts at NatWest:

   i. Sort Code: 01-08-94
   ii. HAI Children Fund Account No.: 13822713
   iii. HAI Wells Project Account No.: 15364356
   iv. HAI Needy Fund Account No.: 13822705

c. The following information about Muslim Hands' account at NatWest:

   i. Sort Code: 60 11 33
   ii. Account No.: 22820000

d. The following information about Friends of Al Aqsa's account at Royal Bank of Scotland:

   i. Sort Code: 16-23-20
   ii. Account No.: 10036370