**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON
MOSCOW · FRANKFURT · COLOGNE · ROME · MILAN
HONG KONG · BEIJING · BUENOS AIRES · SÃO PAULO

Writer's Direct Dial: +1 212 225 2840
E-Mail: lfriedman@cgsh.com

LESLIE B SAMUELS, EVAN A DAVIS, LAURENT ALPERT, VICTOR I LEWKOW, LESLIE N SILVERMAN, ROBERT L TORTORIELLO, A RICHARD SUSKO, LEE C BUCHHEIT, JAMES M PEASLEE, ALAN L BELLER, THOMAS J MOLONEY, WILLIAM F GORIN, MICHAEL L RYAN, ROBERT P DAVIS, YARON Z REICH, RICHARD S LINCER, JAIME A EL KOURY, STEVEN G HOROWITZ, ANDREA G PODOLSKY, JAMES A DUNCAN, STEVEN M LOEB, DONALD A STERN, CRAIG B BROD, SHELDON H ALSTER, WANDA J OLSON, MITCHELL A LOWENTHAL, EDWARD J ROSEN, JOHN PALENBERG, LAWRENCE B FRIEDMAN, NICOLAS GRABAR, CHRISTOPHER E AUSTIN, SETH GROSSHANDLER, WILLIAM A GROLL, JANET L FISHER, DAVID L SUGERMAN, HOWARD S ZELBO, DAVID E BRODSKY, MICHAEL R LAZERWITZ, ARTHUR H KOHN, RAYMOND B CHECK,
RICHARD J COOPER, JEFFREY S LEWIS, FILIP MOERMAN, PAUL J SHIM, STEVEN L WILNER, ERIKA W NIJENHUIS, LINDSEE P GRANFIELD, ANDRES DE LA CRUZ, DAVID C LOPEZ, CARMEN A CORRALES, JAMES L BROMLEY, MICHAEL A GERSTENZANG, LEWIS J LIMAN, LEV L DASSIN, NEIL Q WHORISKEY, JORGE U JUANTORENA, MICHAEL D WEINBERGER, DAVID LEINWAND, JEFFREY A ROSENTHAL, ETHAN A KLINGSBERG, MICHAEL J VOLKOVITSCH, MICHAEL D DAYAN, CARMINE D BOCCUZZI, JR, JEFFREY D KARPF, KIMBERLY BROWN BLACKLOW, ROBERT J RAYMOND, LEONARD C JACOBY, SANDRA L FLOW, FRANCISCO L CESTERO, FRANCESCA L ODELL, WILLIAM L MCRAE, JASON FACTOR, MARGARET S PEPONIS, LISA M SCHWEITZER, KRISTOFER W HESS, JUAN G GIRÁLDEZ, DUANE MCLAUGHLIN, BREON S PEACE, MEREDITH E KOTLER, CHANTAL E KORDULA,
BENET J O'REILLY, DAVID AMAN, ADAM E FLEISHER, SEAN A O'NEAL, GLENN P MCGRORY, CHRISTOPHER P MOORE, JOON H KIM, MATTHEW P SALERNO, MICHAEL J ALBANO, VICTOR L HOU, ROGER A COOPER, AMY R SHAPIRO, JENNIFER KENNEDY PARK
RESIDENT PARTNERS

SANDRA M ROCKS, S DOUGLAS BORISKY, JUDITH KASSEL, DAVID E WEBB, PENELOPE L CHRISTOPHOROU, BOAZ S MORAG, MARY E ALCOCK, GABRIEL J MESA, DAVID H HERRINGTON, HEIDE H ILGENFRITZ, HUGH C CONROY, JR, KATHLEEN M EMBERGER, WALLACE L LARSON, JR, JAMES D SMALL, AVRAM E LUFT, ELIZABETH LENAS, DANIEL ILAN, CARLO DE VITO PISCICELLI, ANDREW WEAVER, HELENA K GRANNIS, GRANT M BINDER
RESIDENT COUNSEL

February 27, 2012

BY ECF

Hon. Marilyn D. Go, U.S.M.J.
United States Courthouse
225 Cadman Plaza East, Room 1214S
Brooklyn, New York 11201

Re: <u>Weiss v. National Westminster Bank Plc</u>, 05-cv-4622 (DLI) (MDG)
<u>Applebaum v. National Westminster Bank Plc</u>, 07-cv-916 (DLI) (MDG)

Dear Magistrate Judge Go:

   I am writing on behalf of all parties to respectfully request that Your Honor enter an order granting the parties permission to file unredacted versions of their papers in support of and in opposition to NatWest's motion for summary judgment under seal and to publicly file redacted versions of their papers, in accordance with the Court's December 19, 2011 Supplemental Protective Order, for the reasons stated in the Court's December 19, 2011 Order entered in <u>Strauss, et al. v. Crédit Lyonnais, S.A.</u>, 06-cv-702 and <u>Wolf, et al. v. Crédit Lyonnais, S.A.</u>, 07-cv-914. On February 24, 2012, counsel for all parties telephoned Chambers to make this request orally, and were asked to submit this letter. Accordingly, the parties respectfully request that Your Honor approve the parties' joint request.

Respectfully,

/s/ Lawrence B. Friedman

Lawrence B. Friedman

cc: All counsel of record