Email Address Change for Notice to Gavriel Mairone:

New Address:        ctlaw@mm-law.com

Old Addresses:      taxlaw@mm-law.com; bena@mm-law.com