UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TZVI WEISS, et al.,

                    Plaintiffs,

         - against -

NATIONAL WESTMINSTER BANK PLC,

                  Defendant.
------------------------------------------------------------X
NATAN APPLEBAUM, et al.,

                    Plaintiffs,

         - against -

NATIONAL WESTMINSTER BANK PLC,

                  Defendant.
------------------------------------------------------------X

Case No. 05-cv-4622 (DLI) (MDG)

Case No. 07-cv-916 (DLI) (MDG)

**Oral Argument Requested**

### NOTICE OF MOTION FOR SUMMARY JUDGMENT BY NATIONAL WESTMINSTER BANK PLC

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law of National Westminster Bank Plc In Support of Its Motion For Summary Judgment, National Westminster Bank Plc's Statement of Material Facts As To Which There Is No Genuine Issue Pursuant To Local Civil Rule 56.1 and the Declaration of Valerie Schuster and the exhibits submitted therewith, and all the prior pleadings and proceedings herein, Defendant National Westminster Bank Plc ("NatWest"), by and through its undersigned attorneys, will move this Court before the Honorable Dora L. Irizarry, U.S.D.J., at the United States Courthouse, 225 Cadman Plaza East,

Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, granting NatWest's motion for summary judgment, dismissing the complaints in the above-captioned actions with prejudice and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       December 7, 2011

                          Respectfully submitted,

                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

                          By: _____
                                Lawrence B. Friedman
                                A Member of the Firm

                          One Liberty Plaza
                          New York, New York 10006
                          Telephone: (212) 225-2000
                          Facsimile: (212) 225-3999

                          Attorneys for Defendant National Westminster Bank Plc