EXHIBIT 37 TO DECLARATION OF VALERIE SCHUSTER

FILED UNDER SEAL

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------x
TZVI WEISS, et al.,
      Plaintiffs,
   -against-
NATIONAL WESTMINSTER BANK, PLC,
      Defendant.
----------------------------------------------x
NATAN APPLEBAUM, et al.,
      Plaintiffs,
   -against-
NATIONAL WESTMINSTER BANK, PLC,
      Defendant.
----------------------------------------------x

\* HIGHLY CONFIDENTIAL \*

VIDEOTAPED DEPOSITION of BELINDA LANE,

taken before Cheryll Kerr, a Notary Public

and a Shorthand Reporter, held at the offices

of Cleary, Gottlieb, Steen & Hamilton, LLP,

located at 55 Basinghall Street, London,

England on Tuesday, the 24th day of June,

2008, at 9:38 a.m.

## Page 2

1  APPEARANCES:
2  KOHN, SWIFT & GRAF, P.C.
    Attorneys for Plaintiff Tzvi Weiss
3     One South Broad Street, Suite 2100
    Philadelphia, Pennsylvania 19107-3304
4
   BY:   STEPHEN H. SCHWARTZ, ESQ.
5
6  SAYLES WERBNER, P.C.
    Attorneys for Plaintiff NATAN APPLEBAUM
7     4400 Renaissance Tower
    1201 Elm Street
8     Dallas, Texas  75270
9  BY:   MARK S. WERBNER, ESQ.
10
   CLEARY GOTTLIEB STEEN & HAMILTON, LLP
11    Attorneys for Defendant National
    Westminster Bank, PLC
12    One Liberty Plaza
    New York, New York  10006-1470
13
   BY:   LAWRENCE B. FRIEDMAN, ESQ.
14      PATRICK SHELDON, ESQ.
15
   GLANCY BINKOW & GOLDBERG, LLP
16    Attorneys for Plaintiff Tzvi Weiss
    1430 Broadway, Suite 1603
17    New York, New York  10018
18 BY:   ANDREW FRIEDMAN, ESQ. (OF COUNSEL)
19
   Also Present:  Jackie Sheftali, NatWest; Simon
20    Rutson, Videographer
21
22      *****  *****  *****
23
24
25

## Page 3

1
2  EXAMINATION BY:        PAGE
3  Mr. Werbner       7
4
5         EXHIBITS
   LANE
   FOR ID   DESCRIPTION       PAGE
6
   Exhibit 1  Letter dated January 20   6
7       2000, Bates No. NW 13431
8  Exhibit 2  Credit assessment, Bates   6
      Nos. NW 13316 - NW 13317
9
   Exhibit 3  Meeting synopsis, March 20,   6
10      2002, Bates No. NW 13637
11 Exhibit 4  Transmission note, Bates   6
      No. 13197
12
   Exhibit 5  Memorandum dated July 9,   6
13      2002, Bates NW 13333
14 Exhibit 6  Memorandum dated July 15,   6
      2002. Bates No. NW 13332
15
   Exhibit 7  Memorandum dated August 1,   6
16      2002, Bates NW 13347
17 Exhibit 8  Fax dated August 6, 2002,   6
      Bates Nos. NW 13347- 13355
18
   Exhibit 9  Document bearing Bates   6
19      No. 13346
20 Exhibit 10 Memorandum bearing fax   6
      date October 10, 2005,
21      Bates No. NW 13636
22 Exhibit 11 Meeting synopsis, January 27,   6
      2003, Bates No. NW 13639
23
24
25 (Continued)

## Page 4

1        EXHIBITS (Cont'd)
2  LANE
   FOR ID    DESCRIPTION       PAGE
3
   Exhibit 12 Document bearing Bates   6
4       No. NW 13357
5  Exhibit 13 Document bearing Bates   6
      Nos. NW 12965-12966
6
   Exhibit 14 Letter dated September 24,   6
7       2003, Bates No. NW 17132
8  Exhibit 15 (No document was marked)   6
9  Exhibit 16 Letter dated June 20, 2001,   6
      Bates No. NW 13415
10
   Exhibit 17 Document bearing Bates   6
11      No. NW 10642
12
13    REQUESTS FOR PRODUCTION
14
   DESCRIPTION          PAGE
15
   Bank Line Payment Manager     143
16 applications
17
18
19
20
21
22
23
24
25

Page 141

BY MR. WERBNER:

Q. So it was clearly the top -- among the top of the whole group's accounts, right?

MR. L. FRIEDMAN: Object to form.

THE WITNESS: It wasn't just a dollar account they had. They had a sterling account as well.

BY MR. WERBNER:

Q. So it was even more so, right?

MR. L. FRIEDMAN: Object to form.

THE WITNESS: It was a top MLM A customer.

BY MR. WERBNER:

Q. I mean, it was just -- the ▮▮▮▮ sterling was just in their dollar account, right?

A. Yes.

Q. And how much was in the sterling account?

A. Don't know.

Q. A lot, wasn't it?

MR. L. FRIEDMAN: Object to the form.

THE WITNESS: I don't know.

BY MR. WERBNER:

Q. On the second page, it said they were "interested in Bank Line Payment Manager and Business Card."

Page 142

What does that mean?

A. Bank Line Payment Manager is our computer banking system, which enables you to make or enables a customer to make transfers abroad.

Q. And so you helped them get that ability?

A. Yes.

Q. And up to that time, they didn't have the ability on their own to go on the computer and wire money abroad?

A. No.

Q. And by virtue of this Lane Exhibit 2, they got that service from NatWest?

MR. L. FRIEDMAN: Object to the form.

THE WITNESS: No. This (indicating) wouldn't specifically have secured that service for them. They would have had to have completed a Bank Line application form.

BY MR. WERBNER:

Q. All right, so this merely reflects they were interested in that?

A. Yes.

Q. Did they ultimately fill out those forms in this time frame so that they could use that service?

Page 143

A. I believe they did.

Q. And have those documents been produced as they relate to Interpal, to your knowledge?

A. I can't recall.

MR. WERBNER: Mr. Friedman, have they been, to your knowledge.

MR. L. FRIEDMAN: I don't know.

MR. WERBNER: Well, they would certainly be required if they relate to Interpal's ability to wire funds internationally, so I would request that we -- we look into that.

BY MR. WERBNER:

Q. What did you mean on the second page, Ms. Lane when you wrote in January of 2000 about Interpal that they were cash rich?

A. It's an expression we use in -- in the bank, meaning that they don't borrow money and they have cash -- they have cash balances, credit balances.

Q. Now, above your signature on the second page of this exhibit you state that it is the top MLM A customer in your portfolio.

Do you see that?

A. Yes.

Q. Was that a true statement?

Page 144

A. If I wrote it, it must have been.

Q. And you wanted, in light of that, to "Ensure that facilities are available quickly for customers once the final amount of the document credit facility is known."

Correct?

A. Yes.

Q. And why did they need to have that credit facility?

Oh, is that the lamb thing you told me?

A. Yes.

Q. Okay. Let's go to Lane Exhibit 3, and then maybe we will take our lunch break. This is just one page, NW 13637, and purports to be a synopsis of a customer meeting on the 20th of March, 2002.

Can you confirm that that's what this exhibit is (indicating)?

A. Yes.

Q. And is this an accurate record that you made on or about March 20th, 2002 concerning your meeting with Interpal?

A. Yes.

Q. And as far as you know, are the statements in here (indicating) ones that you made

Page 145

1  at or near the time of that meeting?
2       A.  May I re-read it (indicating)?
3       Q.  Sure.
4           MR. WERBNER:  Would you read the
5       question now that the witness has looked
6       up from the document?
7           (Whereupon, the record was read back
8       by the reporter.)
9           THE WITNESS:  Yes.
10  BY MR. WERBNER:
11      Q.  And are the statements accurate?
12          MR. L. FRIEDMAN:  Object to the form.
13          THE WITNESS:  Yes.
14          Well, sorry.  Can I -- they are what
15      I was told (indicating), so to the best of
16      my knowledge, they are accurate.
17  BY MR. WERBNER:
18      Q.  And you just took them at face value?
19      A.  Yes.
20          MR. L. FRIEDMAN:  Object to form.
21  BY MR. WERBNER:
22      Q.  Now, at the time, where were you
23  officing?
24      A.  March 2002?  So I would have been at
25  Romford.

Page 146

1       Q.  I noticed upside down at the bottom of
2  Exhibit 3, on the fax header, it says "NWB Greater
3  London East."  What does that mean?
4       A.  That was -- Greater London East was the
5  title of our commercial office.
6       Q.  And do you recognize the number in that
7  header next to the 10,10, 2005?
8       A.  Well, that's the time, I think, isn't it?
9       Q.  Then you see the number 017 --
10      A.  Oh, yes that's our fax number at Romford.
11      Q.  All right, it purports to be page 10 of
12  26, do you see that?
13      So what I am getting at is, do you recall
14  faxing not only this exhibit but some 25 other pages
15  dealing with Interpal to somebody, for some reason,
16  in October 2005?
17      A.  No, I don't recall that.
18      Q.  But does it looks like that's what
19  happened (indicating)?
20          MR. L. FRIEDMAN:  Object to the form.
21          THE WITNESS:  I don't know.
22  BY MR. WERBNER:
23      Q.  Do you have any other explanation as to
24  why that fax header line (indicating) appears upside
25  down at the bottom of Lane Exhibit 3?

Page 147

1       A.  No.
2       Q.  Isn't that one of the times, in October
3  of '05, when these pesty people from the central
4  unit were asking you information about Interpal?
5          MR. L. FRIEDMAN:  Object to the form.
6          THE WITNESS:  It may have been.
7  BY MR. WERBNER:
8       Q.  All right.  Now, if you will take a look
9  at the first paragraph -- well, strike that.
10      From your recollection, is this the first
11  Synopsis of Customer Meeting with Interpal that you
12  have written (indicating)?
13      A.  I would have thought that I would have
14  done one previously at Islington.
15      Q.  Have you seen such a document in the last
16  week?
17      A.  Oh, I have seen lots of documents.  I
18  can't remember.  Sorry.
19      Q.  Does it seem like from reading Lane
20  Exhibit 3 that perhaps you had not met with them
21  since early 2000?
22          MR. L. FRIEDMAN:  Object to the form.
23          THE WITNESS:  No, not necessarily.
24  BY MR. WERBNER:
25      Q.  Can you say under oath that you did meet

Page 148

1  with the Interpal customer between early 2000 and
2  this occasion on the 20th of March 2002
3  (indicating)?
4       A.  I can't recall specific dates.
5       Q.  In the second bullet point of Lane
6  Exhibit 3, you state "Since further troubles in this
7  area of the world commenced in September of 2000,"
8  do you see that?
9       A.  Yes.
10      Q.  Did I read it correctly?
11      A.  Yes.
12      Q.  Are those the words that you wrote at the
13  time in March of 2002?
14      A.  Yes.
15      Q.  What were you referring to where you
16  wrote, concerning Interpal, about "troubles in this
17  area of the world that commenced in September 2000"?
18      A.  I believe I would have been repeating
19  what they told me.
20      Q.  Well, from any source, the news,
21  television, the BBC, did you follow any kind of
22  current events at the time?
23      A.  I follow current events, but I have to
24  tell you, I do not read about terrorism and about
25  troubles in the other parts of the world.

Page 169

1  Interpal with anybody above you or working with you,
2  or below you, during the time you were Interpal's
3  relationship manager?
4          MR. L. FRIEDMAN: Object to the form.
5          THE WITNESS: I can't remember
6  specific occasions, but I'm sure I would
7  have -- I'm sure I would have asked
8  questions when -- you know, a number of
9  incidents, if they occurred, I would have
10 sort of asked questions, but I don't
11 remember specifically picking up the
12 phone.
13         It was a very quiet account -- you
14 know. When I say "quiet account," it
15 didn't involve me in a lot of -- other --
16 other than meeting with them on the odd
17 occasion -- you know, I didn't get
18 involved in that account at all.
19 BY MR. WERBNER:
20     Q.   How many personal meetings do you think
21 you had with someone from Interpal during the six or
22 so years that you were their relationship manager?
23     A.   Three -- three to four, something.
24     Q.   Let me ask you this:
25 Did you keep your boss apprised and aware of

Page 170

1  the status of Interpal while you were their
2  relationship manager for those years?
3          MR. L. FRIEDMAN: Object to the form.
4          THE WITNESS: When you say "the
5  status," I don't understand what you mean.
6  BY MR. WERBNER:
7      Q.   Well, since it was one of your top income
8  customers -- right?
9      A.   Uh-huh. Yes.
10     Q.   -- did you ever discuss it with your boss
11 during the time you were Interpal's relationship
12 manager?
13     A.   I'm sure I may have done, because regular
14 performance reviews, he may have asked me about
15 whether there was any potential to increase the
16 income or get -- you know, provide any products or
17 services to them, but I can't remember specifically,
18 no.
19     Q.   Who -- who would have been doing that, as
20 you were just saying "he"?
21     A.   Paul Croucher and then Martin How. Or
22 before that, Chris Cook or David Roe.
23     Q.   Did you ever report any suspicion,
24 verbally or in writing, to anybody during the six or
25 so, seven years that you were the relationship

Page 171

1  manager for Interpal?
2      A.   In respect to the Interpal?
3      Q.   Correct.
4      A.   No.  I -- I never had any suspicions
5  about anything with them.
6          MR. WERBNER: I will object to
7  nonresponsive after "No."
8  BY MR. WERBNER:
9      Q.   Did you ever make any report in writing,
10 verbally, electronically, during the six or so years
11 you were Interpal's relationship manager that
12 expressed in any way a concern that you had about
13 that customer?
14     A.   No, I never had any concerns.
15     Q.   Did you make any reports?
16     A.   I made reports when I was requested to,
17 yes.
18     Q.   But you never initiated any communication
19 about Interpal?
20     A.   No, I didn't.
21     Q.   And you knew that there were people that
22 were concerned about the activities of Interpal,
23 didn't you?
24         MR. L. FRIEDMAN: Object to the form.
25         THE WITNESS: When you say I "knew

Page 172

1  that people were concerned," could you
2  elaborate?
3  BY MR. WERBNER:
4      Q.   Well, you were getting queries about
5  Interpal from NatWest, central office, dealing with
6  anti-money laundering?
7      A.   (No response).
8      Q.   Correct?
9      A.   Yes, correct.
10     Q.   And you knew that they were looking into
11 the activities of Interpal?  That is, the money
12 laundering prevention unit.
13     A.   Yes.
14         MR. L. FRIEDMAN: I object to the
15 form.
16 BY MR. WERBNER:
17     Q.   And yet, despite that, you just had no
18 concerns at all?
19         MR. L. FRIEDMAN: Object to the form.
20         THE WITNESS: It wasn't unusual for
21 money laundering unit to raise queries
22 about numbers -- a number of customers.  I
23 quite often was asked to investigate
24 payments, because they were of a certain
25 size or they were a certain volume.  I

EXHIBIT 38 TO DECLARATION OF VALERIE SCHUSTER

FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
TZVI WEISS, et al.,
     Plaintiffs,
   -against-
NATIONAL WESTMINSTER BANK, PLS,
     Defendant.
-------------------------------------------------x
NATAN APPLEBAUM, et al.,
     Plaintiffs,
   -against-
NATIONAL WESTMINSTER BANK, PLC.,
     Defendant.
-------------------------------------------------x

\* HIGHLY CONFIDENTIAL \*

CONTINUED VIDEOTAPED DEPOSITION of

Belinda Lane, Volume II, taken before Cheryll

Kerr, a Notary Public and a Shorthand

Reporter, at the offices of Cleary, Gottlieb,

55 Basinghall Street, London, England on

the 25th day of June, 2008 at 9:36 a.m.

---

Page 317

1              INDEX
2  EXAMINATION BY          PAGE
3  MR. SCHWARTZ          318
4  MR. WERBNER          404
5
6          EXHIBITS
7  LANE
   FOR ID    DESCRIPTION        PAGE
8
   Exhibit 19  Single-page document Bates   337
9         No. NW 012954
10  Exhibit 20  Multi-page document Bates   346
        Nos. NW 000084
11        through NW 0000111
12  Exhibit 21  Document Bates Nos. NW 008321   365
        through 8446
13
   Exhibit 22  Three-page document bearing   382
14         Bates Nos. NW 009833
        to 9835
15
   Exhibit 23  Document bearing Bates   393
16         Nos. NW 000294 through
17
18
19     REQUESTS FOR INFORMATION
20  DESCRIPTION          PAGE
21  Legible copy of 8436      381
22
23
24
25

---

Page 316

1  APPEARANCES:
2  KOHN, SWIFT & GRAF, P.C.
     Attorneys for Plaintiff Tzvi Weiss
3    One South Broad Street, Suite 2100
     Philadelphia, Pennsylvania 19107-3304
4
   BY:  STEPHEN H. SCHWARTZ, ESQ.
5
6  SAYLES WERBNER, P.C.
     Attorneys for Plaintiff Natan Applebaum
7    4400 Renaissance Tower
     1201 Elm Street
8    Dallas, Texas 75270
9  BY:  MARK S. WERBNER, ESQ.
10
   CLEARY GOTTLIEB STEEN & HAMILTON, LLP
11    Attorneys for Defendant National
     Westminster Bank, PLC
12    One Liberty Plaza
     New York, New York 10006-1470
13
   BY:  LAWRENCE B. FRIEDMAN, ESQ.
14    PATRICK SHELDON, ESQ.
15
   GLANCY BINKOW & GOLDBERG LLP
16    Attorneys for Plaintiff Tzvi Weiss
     1430 Broadway, Suite 1603
17    New York, New York 10018
18  BY:  ANDREW FRIEDMAN, ESQ. (OF COUNSEL)
19
   Also Present: Jackie Sheftali, NatWest; Simon
20  Rutson, Videographer
21
22     *****  *****  *****
23
24
25

---

Page 318

1      THE VIDEOGRAPHER:  This is the
2  beginning of Tape 1, Volume 2 and the
3  continuation in the deposition of Belinda
4  Lane.
5      On the record, 9:36 a.m., as
6  indicated on the video screen.
7  B E L I N D A  L A N E,
8  called as a witness, having been previously duly
9  sworn, was examined and testified
10  as follows:
11      EXAMINATION BY MR. SCHWARTZ:
12    Q.  Good morning, Ms. Lane.  My name is
13  Steven Schwartz.
14    A.  Good morning.
15    Q.  I met you yesterday.  How are you?  Did
16  you get a good night's sleep?
17    A.  I did, thank you.
18    Q.  Wish I did, but I am going to be asking
19  you a few more questions about what you know about
20  the facts which have given rise to this lawsuit.
21    I am going to try very hard not to tread over
22  the same ground we went over yesterday, but I think
23  inevitably I may repeat certain things, and if I do,
24  I hope you'll apologize to me (sic), and I hope your
25  lawyers will not object too strenuously.

Page 339

1    been sent..."
2        Do you know who would have sent it to
3    Mr. Wiltshire --
4        A.    No.
5        Q.    -- or how the suspicion would have been
6    precipitated?
7        A.    No.
8        Q.    You don't know?
9            (Informal discussion held off the
10           record.)
11   BY MR. SCHWARTZ:
12       Q.    He says in the second paragraph "I would
13   be grateful -- I would be -- therefore be grateful
14   if you would kindly provide me some background info
15   on this connection with details of the most recent
16   due diligence undertaken in respect of the bank's
17   knowledge of dealings in the U.S. dollar account."
18   Do you see that?
19       A.    Yes.
20       Q.    Did you send Mr. Wiltshire the details of
21   the bank's most recent due diligence as he
22   requested?
23       A.    This -- I sent him a return email
24   (indicating).
25       Q.    So your testimony is that this email was

Page 340

1    your response to that request for the most recent
2    due diligence, is that correct?
3        A.    Yes.
4        I would add that I have stated at the bottom
5    that "My next meeting is Monday, the 21st of
6    January, when I will discuss present operations in
7    use of the dollar account."
8        Whether I then sent something subsequent to
9    that meeting, I don't know.
10       Q.    Do you remember whether you did in fact
11   meet with Mr. Qundil on the 21st of January, 2002?
12       A.    If that was the date on one of the
13   interview notes that I produced -- I can't remember,
14   unless I was shown the note, interview note.  If --
15   if it had that date on there, and I had done an
16   interview note, then yes.
17       Q.    Well, yesterday Mr. Werbner put in two
18   exhibits, if you recall, which were Lane 3, which is
19   the synopsis of customer meeting, and that's dated
20   March 20th, 2002, about two months after this
21   meeting, and Lane 11, which is a synopsis of a
22   customer meeting January 27th, 2003.
23       Now, I am not perfect.  I may have missed it in
24   the database, but to the best of my knowledge, I
25   have never seen a meeting synopsis for that

Page 341

1    January 21st meeting.  Do you know if you produced
2    one?
3        A.    I am fairly certain that if -- if I had
4    had a meeting, I would have produced it, but I can
5    only conclude, because I very much doubt that I
6    would have seen them in both January and the March,
7    my guess is that that meeting on the 21st of January
8    perhaps got deferred for some reason to the March,
9    because I very much doubt -- I don't recall seeing
10   them two times in such a short space of time.
11       But if I had have seen them, I am fairly
12   certain I would have produced an interview note.
13       Q.    Okay.  Now, in -- in your response to
14   Mr. Wiltshire, you say that "Interpal provides" --
15   excuse me.
16       This is your fourth bullet point -- "provides
17   charitable relief to refugees in Israel, West Bank,
18   and Gaza and Lebanon."
19       How did you know that?
20       A.    Because Jihad Qundil told me that.
21       Q.    Did you personally, yourself, check to
22   see that that was true?
23       A.    No.  It wasn't my responsibility to check
24   that.  My responsibility is to ascertain from the
25   customers what their business is.

Page 342

1        And if ever there is anything that would lead
2    me to believe that their business was -- was
3    otherwise, then I would be suspicious and would file
4    a suspicious transaction report, but there was never
5    anything that led me to believe they did otherwise.
6        Q.    Do you know whether anyone within the
7    bank would have had responsibility to check the
8    accuracy of that statement (indicating)?
9        A.    I don't know that, no.
10       Q.    Well, I am only asking --
11       A.    Uh-huh.
12       Q.    -- because in my review of the -- we were
13   provided with hundreds of transaction documents for
14   the account.  Most of them were, in fact, sent to
15   other organizations rather than to individuals in
16   relief, if I may characterize it that way.
17       So I am really wondering whether to your
18   knowledge, did anyone within the bank check to see
19   that, in fact, the dollars that were being disbursed
20   from the NatWest Interpal accounts were, in fact,
21   providing charitable relief to refugees in Israel,
22   West Bank, Gaza and Lebanon?
23           MR. L. FRIEDMAN:  Object to the form
24       of the question.
25           THE WITNESS:  I don't know.

Page 343

BY MR. SCHWARTZ:
2    Q.   During the time that you were the
3 relationship manager for Interpal, were you ever
4 asked to do research on any of the entities to which
5 Interpal disbursed funds?
6    A.   No.
7    Q.   For example, funds were disbursed to an
8 entity called �alimony▉▉▉▉▉▉▉▉ Were you
9 ever asked to do research --
10   A.   No.
11   Q.   -- for ▉▉▉▉▉▉▉▉▉▉▉▉?
12 How about the ▉▉▉▉▉▉▉▉▉▉▉▉
13 ▉▉▉▉? Were you ever asked to do research?
14   A.   No.
15   Q.   So you were never asked to do research on
16 any of the entities to which funds were disbursed by
17 Interpal, is that correct?
18   A.   That's correct.
19   Q.   Do you know whether anyone within the
20 bank ever did any research as to the nature of the
21 entities to which Interpal was disbursing funds?
22   A.   I don't know.
23   Q.   Did you ever ask anyone at Interpal to
24 provide you with lists of disbursements by any of
25 the charities to which Interpal was disbursing

Page 344

1 funds?
2         MR. L. FRIEDMAN:  Lists of their
3      disbursements?
4         MR. SCHWARTZ:  I am talk -- yes.
5 BY MR. SCHWARTZ:
6    Q.   I am only clarifying the question.
7    Again, in the hundreds of transactions that
8 I've reviewed, most of them were sent to other
9 entities rather than individuals.
10   That you are saying to the best of your
11 knowledge, those were charities providing relief to
12 refugees in Israel, West Bank, Gaza and Lebanon --
13 is that a correct statement?
14   A.   Yes, that's what I was told.
15   Q.   Okay, so my question is, did you ever ask
16 your client, Interpal, to provide you with evidence
17 of the way the funds were being disbursed by the
18 entities to which they were sending funds?
19   A.   No.
20   Q.   Do you know whether anyone at the bank
21 did that?
22   A.   I don't know.
23   Q.   You said during your time as a
24 relationship manager you did oversee other
25 charities, is that correct?

Page 345

1    A.   Yes.
2    Q.   Do you remember whether those charities
3 also disbursed funds to other entities?
4    A.   I can't remember the specific charities,
5 so no, I don't remember.
6    Q.   Referring back to Lane 18, at the end of
7 your email, you say to Mr. Wiltshire "Any further
8 guidance on how to approach this would be welcome."
9 Do you see that?
10   A.   Yes.
11   Q.   Do you remember what you meant by "any
12 further guidance"?
13   A.   I don't remember writing this, but I -- I
14 imagine at the time I would have put that statement,
15 because if there was further guidance that I could
16 have, given the fact that they had been -- they had
17 just received a money laundering suspicion report,
18 then I wanted the bank to tell me how I should be
19 conducting the account.
20   Q.   And did Mr. Wiltshire provide you with
21 any guidance?
22   A.   I can't remember.
23   Q.   Okay.  Ms. Lane, I am going to ask the
24 reporter to mark as Exhibit Lane 19 a multi-page
25 document that is Bates numbered NW 000084 through

Page 346

1 NW 0000111.
2         MR. L. FRIEDMAN:  I think you mean
3      Lane 20.
4         MR. SCHWARTZ:  Excuse me?
5         (Informal discussion held off the
6      record.)
7         (Thereupon, a document was marked by
8      the reporter as Lane Exhibit No. 20 for
9      identification.)
10 BY MR. SCHWARTZ:
11   Q.   Ms. Lane, have you had a chance to look
12 at this document?
13   A.   Not in detail, but I have looked at it
14 (indicating), yes.
15   Q.   All right.  Have you ever seen this
16 document before?
17   A.   I don't believe so.
18   Q.   Have you ever seen a document similar to
19 this (indicating) before?
20         MR. L. FRIEDMAN:  Object to the form.
21         THE WITNESS:  I don't think so.
22 BY MR. SCHWARTZ:
23   Q.   If you could turn with me, please, to
24 NW 000086, since you haven't seen this before, we
25 won't spend much time with it, but I just want to

Page 375

1    A.    No.
2    Q.    You were never asked -- you see it refers
3  to -- well, let me scratch that.
4        Why don't you turn to page 8366 -- excuse me,
5  8360.  Why don't you take a minute and read that,
6  because I am going to ask you some questions about
7  it.
8    A.    Okay.
9    Q.    Do you see the account number listed at
10 the very beginning?
11   A.    Yes.
12   Q.    Do you recognize that account number?
13   A.    It looks familiar.  I had a lot of
14 accounts that were domiciled at the Finsbury Park
15 branch, so it looks familiar, but I can't say I
16 actually recognize it.
17   Q.    But have you ever seen this page before
18 (indicating)?
19   A.    No, never.
20   Q.    And your testimony is that nothing that's
21 talked about on this page was ever discussed with
22 you?
23   A.    No.
24   Q.    Could you turn, please, to 8362?  I am
25 going to just point you to the little section of

Page 376

1  text about one-third of the way down (indicating).
2        These appear to be comments on a disclosure to
3  the NCIS.  The last sentence says
4  █████████████████████████████████████████
5  █████████████████████████████████████████
6  █████████████████████████████████████████
7        Again, no one ever discussed this with you?
8    A.    No.
9    Q.    No one ever asked you to provide
10 information about the charities in Palestine?
11   A.    No.
12   Q.    Okay.  Let's move on, please, to 8367,
13 and if I may add this in, this document appears to
14 me to run from 8367 to 8373.  Okay.  I want to ask
15 you, please, one more question about the prior
16 document.
17       If you would like to turn back to 8362 for one
18 second, again, this appears to be a disclosure to
19 the NCIS.  Do you know what the NCIS is?
20   A.    Only following our discussions yesterday.
21 Not particularly, no.
22   Q.    Okay.  My question is, did anyone from
23 the bank ever inform you that a disclosure had been
24 filed with the NCIS (indicating) on October 15th,
25 2001?

Page 377

1    A.    No.
2    Q.    Okay.  Back to 8367.
3        First question, have you ever seen this
4  document before?
5    A.    No.
6    Q.    If you look on the first page, 8367, it
7  says it was created by "L. Reavley."  Do you know
8  who L. Reavley is?
9    A.    No.
10   Q.    It says below that "Last modified by
11 RBS" -- it appears to be "Hartida."  Do you know
12 RBS Hartida?
13   A.    No.
14   Q.    Farther down it says "Submitting
15 department, payment and trade operations."  Do you
16 know who they are?
17   A.    Sorry.  Where's that?
18   Q.    Okay, sorry.  It's right about the middle
19 of the page, "Submitting department" --
20   A.    Oh, yes.
21   Q.    -- "payment and trade operations."
22       You have heard of the department, payment and
23 trade operations?
24   A.    Vaguely.  I don't think they are called
25 that now.

Page 378

1    Q.    What do you -- what do you think they are
2  called now?
3    A.    I don't know.  Departments split.
4  Departments change.  I'm not sure.  I'm not sure
5  exactly what they would have done then.
6    Q.    In other words, you can't tell me?
7    A.    Not specifically.
8    Q.    Do you know what they did?
9    A.    No.
10   Q.    Okay.  It also says "Submitted by Ollna
11 Leeming."  Do you see that (indicating)?
12   A.    (No response)
13   Q.    That's just to the right.
14   A.    Oh, I see it (indicating).
15   Q.    Do you know Ollna Leeming?
16   A.    No.
17   Q.    If you would turn with me, please, to
18 8369, why don't you please read that paragraph, and
19 I am going to ask you a few questions, okay?
20       It says "According to ISS records."  Do you see
21 that (indicating)?
22   A.    Yes.
23   Q.    Do you know what ISS records are?
24   A.    That's our computer system.
25   Q.    The computer system for the whole bank?

Page 395

1    A.   Yes.
2    Q.   Were you given the duty of doing Know
3  Your Customer review of the Interpal account?
4    A.   Yes.
5    Q.   And did you do that?
6    A.   Yes.
7    Q.   Did you comply with it to the best of
8  your ability?
9    A.   My assistant would have completed all the
10 procedures and I or another manager would have
11 checked those procedures.
12   Q.   And who was your assistant?
13   A.   At this particular time, it would have
14 been either David Mudge, Emma Reid, or John Martin.
15 I can't remember what dates they changed to.
16   Q.   And you said -- oh, sorry.
17   A.   Sorry, I beg your pardon. 2002
18 (indicating) -- I would have been at Romford.
19   Q.   In April?
20   A.   Yes, so that would have been Terry
21 Woodley.
22   Q.   And you said "Either I or another manager
23 would have checked."
24   Do you know whether it was you or another
25 manager?

Page 396

1    A.   I can't recall.
2    Q.   Is there a specific other manager who
3  would have checked?
4    A.   No.  In Romford there were several
5  managers at the time.  If when the KYC review was
6  ready for signoff, if I hadn't been available or on
7  holiday, it may have been referred to another
8  manager.
9    The likelihood is, I would have checked it.
10   Q.   But you don't remember specifically
11 whether you did or did not?
12   A.   No, I don't.
13   Q.   Did subsequent -- excuse me.
14   Subsequent to the doing of this Know Your
15 Customer review, did anyone at the bank ever discuss
16 your submission of this information (indicating)?
17       MR. L. FRIEDMAN:  With her?
18 BY MR. SCHWARTZ:
19   Q.   With you, yes.
20   A.   Not that I recall.
21   Q.   Did anyone ever criticize your work?
22   A.   Which work?
23   Q.   Your Know Your Customer review
24 (indicating).
25   A.   Of Interpal?

Page 397

1    Q.   Of Interpal, yes.
2    A.   No.
3    Q.   All right.  Ms. Lane, did you read the
4  complaint in this action?
5    A.   I'm sorry?
6    Q.   The complaint.
7    A.   (No response).
8    Q.   Not this (indicating).  This is a
9  litigation.  Do you know what a complaint is?
10   A.   Yes.
11   Q.   A complaint was filed saying that what
12 the plaintiffs --
13   A.   Oh --
14   Q.   -- allege that the defendant, NatWest,
15 did.
16   A.   -- yes, I --
17   Q.   My question is, did you read that
18 complaint?
19   A.   I believe a document was provided to me,
20 and it was on there, yes.
21   Q.   And did you read it?
22   A.   Yes.
23   Q.   Sitting here today, do you accept the
24 fact that Interpal is connected to Hamas?
25   A.   No.

Page 398

1    Q.   What do you believe?
2    A.   I have nothing to indicate to me that
3  there was any connection, so I -- I don't believe
4  anything in that connection.  I have no -- I had no
5  suspicions about my customer when I was looking
6  after them.  I don't have an opinion now.
7    Q.   Do you know that in 2003 the United
8  States designated them as terrorists?
9        MR. L. FRIEDMAN:  Object to form.
10 BY MR. SCHWARTZ:
11   Q.   You do know that?  Do you know that in
12 2003 the United States designated Interpal --
13   A.   Yes.
14   Q.   -- a terrorist organization?
15   A.   Yes.
16       MR. L. FRIEDMAN:  Object to the form.
17       MR. SCHWARTZ:  I'm sorry, but what's
18 the basis?
19       MR. L. FRIEDMAN:  Just the
20 terminology.
21       MR. SCHWARTZ:  What terminology?
22       MR. L. FRIEDMAN:  Well, it should be
23 SDTG.  It's not a terrorist organization,
24 or just something else --
25       MR. SCHWARTZ:  But --

EXHIBIT 39 TO DECLARATION OF VALERIE SCHUSTER

FILED UNDER SEAL

## Case Summary

| Delete Case | **Money laundering disclosure** | CIFAS | NCIS |

| **Case Summary** | Record Data | Subject Data | Notes & Conclusion | Key Corresp |

**Incident Data**

| | | | | **Linked Cases** | |
|---|---|---|---|---|---|
| **Control Authority** | Payment Operations | **Status** | Open  **Source:** [GK2:666814] | 276995 | Address auto-linked |
| **Review Date** | | **by** | | 617044 | NONE |
| **Remote Delivery Channel** | N | **High Profile** | Y 17 Jun 2002 00:00 | 666593 | NONE |
| **Created on** | 17 Jun 2002 00:00 | **by** | RBS_Mcomcl | 704079 | Account auto-linked |
| **Last Modified on** | 17 Sep 2003 00:00 | **by** | RBS_Ohearaa | 708047 | Address auto-linked |
| | | | | 710368 | NONE |
| | | | | 753294 | Address auto-linked |
| | | | | 772682 | Address auto-linked |
| | | | | 1748664 | Personal auto-linked |
| | | | | Maintain Links | |

| **Queries** | **Refer To** | **Tel No.** | **Business** | **Unable to contact ?** |
|---|---|---|---|---|
| | | | NONE | Yes |

**Money laundering disclosure Record**

| **Submitting Branch** | | **Submitted By** | N Morrison |
|---|---|---|---|
| **Submitting Unit Sortcode** | | **Contact No** | 7-8067-6849 |
| **Submitting Department** | Payment & Trade Operations | **Legislation** | POTA |
| **Estimated Laundering Total** | 180950   <Unknown> | | |

**Reason(s) for Suspicion**
High non cash turnover

| **Transactions  GBP 0.00** | | | | | Add |
|---|---|---|---|---|---|
| **Date** | **Type** | | **Amount** | **Currency** | |
| | | | | | Edit |

**Set All Risk Ratings to the the same value of:-**    Amber  Blue  Green  Indigo  Red

**Personal Data**                                                                    Add

NW052074

| Surname | Forenames | | Date Of Birth | Sex | Key Information | Risk | Adj | |
|---------|-----------|--|---------------|-----|-----------------|------|-----|--|
| | | | | M | NONE | Red | Red | Edit |
| | | | | M | NONE | Red | Red | Edit |
| | | | | M | NONE | Red | Red | Edit |
| | | | | M | NONE | Red | Red | Edit |
| | | | | M | NONE | Red | Red | Edit |

| Business Data | | | | | | | Add |
|---------------|--|--|--|--|--|--|-----|

| Business/Org Name | Company Ref. No. | Legal Jurisdiction | Key Information | Risk | Adj | |
|-------------------|------------------|--------------------|----------------|------|-----|--|
| PALESTINIANS RELIEF & DEVELOPMENT FUND | | UNITED KINGDOM | NONE | Red | Red | Edit |

| Telephone Data | Add |
|----------------|-----|
| -None- | |

| Address Data | | | | | | Add |
|--------------|--|--|--|--|--|-----|

| Bldg No. & Name | Street | Town | Postcode | Risk | Adj | |
|-----------------|--------|------|----------|------|-----|--|
| CLARK CRT | STILTON CRES | LONDON | NW10 8DJ | Red | Red | Edit |
| PO BOX 333 | LONDON | | UNDEFINED | Red | Red | Edit |

| Account Data | | | | | | | Add |
|--------------|--|--|--|--|--|--|-----|

| Account Name | Account No. | Sortcode | Account Type | Currency | Risk | Adj | |
|--------------|-------------|----------|--------------|----------|------|-----|--|
| PALESTINIANS RELIEF & DEVELOPMENT FUND | 140-00-04156838 | 60-08-22 | Currency Account | US Dollar | Green | Green | Edit |

| Miscellaneous Data | Add |
|--------------------|-----|
| -None- | |

| Case Notes | | | | Add |
|------------|--|--|--|-----|

| Type | Date | User | Text | |
|------|------|------|------|--|
| Case notes | 17 Sep 2003 | Migrated | see case 617044 JC has disclosed on all accounts in a defens | View |
| Summary and Assessment | 17 Sep 2003 | Migrated | | View |
| Conclusion | 17 Sep 2003 | Migrated | On the basis of the information available to us at the prese | View |

| Key Correspondence | | | | | |
|--------------------|--|--|--|--|--|

| Upload Doc Title | Author | User | Date | | Add |
|------------------|--------|------|------|--|-----|
| letter to RM | RBS\Mcomcl | GK2 | 09 Jul 2002 | View | Edit |
| memo from RM | RBS\Mcomcl | GK2 | 10 Sep 2002 | View | Edit |
| chaser to RM | RBS\Mcomcl | GK2 | 01 Aug 2002 | View | Edit |
| explanation from cust | RBS\Mcomcl | GK2 | 10 Sep 2002 | View | Edit |
| expl from cust | RBS\Mcomcl | GK2 | 10 Sep 2002 | View | Edit |
| expl from cust | RBS\Mcomcl | GK2 | 10 Sep 2002 | View | Edit |

| | | | | | |
|---|---|---|---|---|---|
| expl from cust | RBS\Mcomcl GK2 | | 10 Sep 2002 | View | Edit |
| SUSPICION REPORT | RBS\Allenbc GK2 | | 12 Jul 2002 | View | Edit |
| SUSPICION REPORT | RBS\Allenbc GK2 | | 12 Jul 2002 | View | Edit |

| **NCIS Disclosures** | **Author** | **Date** | |
|---|---|---|---|
| NCIS Disclosure 207993 (R) | RBS\Mcomcl 17 Jun 2002 | | Amend NCIS Number |

**No CIFAS Reports**

HIGHLY CONFIDENTIAL

NW 052076

NW052076

Case notes History for Case 666814

**1. User:** Migrated  **On:**  17 Sep 2003 00:00  Print  Copy  ~~Delete~~

**Note:** see case 617044

4/7/02 - Disclosure confirmed. I can't see from the previous case what action, if any, we requested the RM to undertake. Given the background we should be seeking a detailed report from the RM on his knowledge of these customers. Place on spreadsheet and ensure we receive a response - I will need to comment on the High profile report. DH 5/8/02 -
6.8.02 spoke to Terry they have received a six page document regarding the ▮▮▮ payt, it should be received at this office within next week. CLM10/9 - Paperwork received advising that the ▮▮▮ payment represented a donation from ▮▮ ▮▮▮ - they are a regular donor. Monies said to be for health, medical, and education projects. Looking at the ▮▮▮ account there are a number of subsequent payments ▮▮▮ for example, which would tend to substantiate the comments. Copies of the relevant paperwork have been scanned to the case. DH17/9/03 - When completing a further disclosure on this connection - see Goalkeeper Ref 710368 - a review of all linked disclosures was undertaken. The ▮▮▮ originated from ▮▮▮ This organisation, albeit not at the time in ▮▮▮ now appears on a list of named/suspected terrorists. GRM 29-05-03. I have spoken to Mark Ashtown (0207 230 3302) at NTFIU Special Branch

TOH

HIGHLY CONFIDENTIAL

NW 052077

NW052077

Summary and Assessment History for Case 666814

| 1. **User:** Migrated | **On:** | 17 Sep 2003 00:00 | Print | Copy | Delete |
|---|---|---|---|---|---|
| **Note:** | | | | | |

HIGHLY CONFIDENTIAL

NW 052078

NW052078

| 1. **User:** Migrated | **On:** | 17 Sep 2003 00:00 | Print | Copy | Delete |

**Note:** On the basis of the information available to us at the present time, it is considered that the above incident / activity may constitute or involve money laundering and consequently a disclosure has been made to the National Criminal Intelligence Service or other appropriate authorities. Please see attached documents for further information concerning the financial disclosure. This information may be of relevance when considering any business approaches or dealings with the above named parties.

HIGHLY CONFIDENTIAL

NW 052079

NW052079

# Memorandum



**The Royal Bank of Scotland Group**

Group Investigations & Fraud

**To:** Belinda Lane

**Branch/** North East Thames CBC
**Unit:** 01-81-68

**From:** C McComas

**Date:** 09.07.02

Ground Floor
Regents House
PO Box 348
42 Islington High Street
London N1 8XL

Telephone: 020 7615 7246
Switchboard: 020 7833 2121
Facsimile: 020 7615 7287

---

### Re: Money Laundering Suspicion

### Account: Palestinians Relief & Development Fund 60-08-22

### Group Fraud Ref: 666814

We refer to your/the attached report and advise the following:

| X | **The decision has been taken to report the matter to the Authorities. The matter must be treated in the strictest confidence and under no circumstances should the account holder be advised of this action.** |

☐ Please update 'Know Your Customer' details and obtain an explanation for the transactions. Should you remain suspicious following your interview with the customer please revert to GI&F with a full explanation of your concerns.

☐ Please ensure you review the Bank's 'Know Your Customer' and Due Diligence in respect of this connection. You may wish to consider exiting the relationship unless you are entirely happy with your findings.

☐ We consider this connection presents a serious risk to the Group, accordingly it is our view that you should exit the relationship at the earliest opportunity. You may wish to use the attached wording.

☐ Please monitor the activity on this account and revert to Group Investigations & Fraud if the activity alters significantly giving further cause for concern.

| X | **You may continue to operate the account within normal banking practice unless you hear from us to the contrary. Please forward a detailed report on your knowledge of this customer and the activities seen on the accounts.** |

**Please note it is an offence to advise the customer or any other 3rd party of your report to us, that a report has been made to the authorities, or of any subsequent investigation.**

Thank you for your assistance

Signed: ………………………….

The Royal Bank of Scotland Group plc
Registered in Scotland No 45581
Registered Office: 36 St Andrew Square Edinburgh EH2 2YB

HIGHLY CONFIDENTIAL

NW 052080

NW052080



Your ref:
Our ref:

Ms C McComis
Fraud Officer
Group Investigations & Fraud
Regents House
42 Islington High Street
London
N1 8XL

9 August 2002

**Commercial Banking**
Greater London East,
Commercial Banking Centre
PO Box 2401, 1st Floor
10 South Street
Romford
Essex RM1 1BD
E-mail: Belinda.Lane@rbs.co.uk

Telephone: 01708 774534
Facsimile: 01708 733816

Dear Charlotte

**Group Fraud Ref 666814 – Palestinian Relief & Development Fund**



I have enclosed further information from our customers in this respect.

Yours sincerely

Belinda Lane
Commercial Manager

National Westminster Bank Plc ('the Bank') is a member of the NatWest and Gartmore Marketing Group. The only packaged products (life policies, unit trusts and other collective investment schemes and stakeholder and other pensions) the Bank advises on and sells are those of the Marketing Group, whose members are regulated by the Financial Services Authority. NatWest Stockbrokers Limited is also a Member of the London Stock Exchange

National Westminster Bank Plc. Registered in England No 929027. Registered Office: 135 Bishopsgate, London EC2M 3UR.

Agency agreements exist between members of The Royal Bank of Scotland Group

HIGHLY CONFIDENTIAL

NW 052081

NW052081



**The Royal Bank o Scotland Group**

**Group Investigations & Fraud**

Regent's House
42 Islington High Street
London N1 8XL

Telephone: 020 7615
Switchboard: 020 7615 7267
ITS 770
Facsimile: 020 7615 7283

Your Ref:

Our Ref:    666814

Date:    01.08.02

Belinda Lane
Greater London East Corporate Banking Centre
PO BOX 2401
1st Floor
10 South Street
ROMFORD

**RE PALESTINIAN RELIEF & DEVELOPMENT FUND**

**GROUP FRAUD REF 666814**

Belinda

Thank you for forwarding a copy of your findings regarding the above customer.

As you are aware City IBC instigated the suspicion report as a result of ███████ ███████ As this is significantly in excess of other payments we will require further information regarding the transaction.

Please identify the following;

1      Was the payment a donation?

2      Who was the remitter?

3      Where did the payment originate?

4      Is this party a regular donator?

I understand you are on annual leave at this time, however would appreciate a reply in writing as a matter of urgency on your return. Thank you for your continued assistance in this matter.

Regards Charlotte McComas
Fraud Officer

HIGHLY CONFIDENTIAL

13:36      AT                    0000              P. 1



**INTERPAL**
الصندوق الفلسطيني للإغاثة و التنمية
HELPING PALESTINIANS IN NEED

P.O. Box 3333
LONDON
NW8 JRW
Tel: 020 8450 8042
Fax: 020 8450 8204
Email: info@interpal.org
Website: www.interpal.org

BELINDA LANE
NATWEST PLC.
ROMFORD
RM1 1HJ
FAX NO: 01708-733 816

**Our Ref: (7805)**
**Date: 6 August 2002**

Dear Belinda,

<u>Transfer from Abroad: Your Query</u>

Further to your query and our telecon yesterday, please find attached correspondence relating to the transfer that is the subject of your query.



Please find attached 6 pages of our letter of acknowledgement and receipt to them, and a copy of the transfer document that they forwarded to us. All the documents are accompanied by translations.

I trust this is what you require. Please do not hesitate to contact me should you need further information.

Yours sincerely,

Mr. E. Mustafa
Vice-Chair of the Board of Trustees

Registered Charity No. 1040094

HIGHLY CONFIDENTIAL

NW 052083

NW052083

13:36    AT                    0000              P.4

Brief Translation of document no 1
Interpal's acknowledging letter to ...



Our brothers and sisters we do appreciate the effort you make in
helping your brothers and sisters in Palestine. We would also like to
assure you that each penny goes toward helping them. . . . . . –

HIGHLY CONFIDENTIAL

NW 052084

NW052084

13:36    AT                    0000              P.6

Brief Translation of document no 2
Interpal's acknowledging letter to ...



Received by: the Palestinian Relief and Development Fund.

13:37   AT                    0000            P.8

Brief Translation of document no 3



Official stamp

Dated :02/06/02

The English writing is the bank payment copy showing all the details.

HIGHLY CONFIDENTIAL

NW 052086

NW052086

IBC 666814 HP

617C44

**The Royal Bank of Scotland**

Corporate Banking Money Laundering Suspicion Report Form

| Surname/Business name | Forename(s) |
| Palestinians Development Fund - Intifal |
| Male/Female | Nationality (if known) |

Address (include postcode)
PO Box 3333
London NW6-1RW

Telephone No:

No & Country of issue of Passport or other ID

document seen/source of introduction/reference taken:

Additional/Previous Addresses: Registered
Flat 60 black coast
Stelton Crescent London NW10-825

Date of Birth

Companies - Date of Country of Incorporation registered No:

| Account No(s) | Account Type | Date Opened |
| 1. 95142940 | | |
| 2. 95142975 | | |
| 3. 95142993 | | |
| 4. | 140/0/041 56838 | 550/0/08524882 |

Date when Relationship with Bank started: 4/10/ 1994

Stated Occupation: as Above:

Name & Address of Employer:

| Additional/Associated Names: | Date of Birth: | In Account | Address, esp P/Code/Passport No etc. |

| Date: | Amount | Dr/Cr. | Source/Destination e.g. Cash/Che//// |

Reasons for Suspicion

Officials Names — E. Mustafa, Ibrahim Bear Hewitt,
J Dundel, Mahfouzh Safiee

Direct access customer to IBC S.E a City
when contacted to advise of receipt of moneys Mr Dundal
(see above) commented the funds had been expected
from

Connection between ████, al Queda and present middle East.

HIGHLY CONFIDENTIAL

NW 052087

NW052087

**The Royal Bank of Scotland**

Corporate Banking   Money Laundering Suspicion Report Form

*Continued*, *N notes of* [REDACTED] *notes that a cheque was accepted with payee as* [REDACTED]

**Security & safe Custody held (brief details only)**

**Boxes & Parcels held**

**Special Signing Instructions. e.g. Third party mandates**

If a company/partnership etc attach a copy of mandate
**Other accounts known to be held (including Building Societies)**

**Status Enquiries Received**

| Nature of Suspected Offence | Drug Trafficking |
|---|---|
| *Possible umbrella - for funding Terrorism in Middle East.* | Terrorism ✓ |
| | Other crime |

| Branch /Depart Ref: *Int'l Banking Payments* *IBC CITY* | Name of Contact: *N. MORRISON* | Tel/ ITS Ext. *7- 5067 -6849* |
|---|---|---|
| Signed: *N Morrison* | Senior Officer/Manager [signature] | Date *7/6/2002.* |

HIGHLY CONFIDENTIAL

NW 052088

NW052088

## NCIS Disclosure for Case 666814 ( Received )

Close          Print

**Core NCIS details created on 17 Jun 2002 by RBS\Mcomcl          [ Submitted by RBS\Hartlda on 04-JUL-02 ]**

| | | | |
|---|---|---|---|
| Disclosure Type | Terrorism | Submitting Branch Address | Natwest |
| Disclosure Date | 17 Jun 2002 | | City IBC |
| Branch / Outlet | Finsbury Park | | |
| Branch Code | 60-08-22 | | |
| Trust Indicator | N | | |
| Further Information | Y | Postcode | |

Text

https://www.gk3.web.rbsgrp.net/GK3Web/editMain.do?task=print&caseFileNo=6668...  01/07/2008

HIGHLY CONFIDENTIAL

NW 052089

NW052089



https://www.gk3.web.rbsgrp.net/GK3Web/editMain.do?task=print&caseFileNo=6668...   01/07/2008

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

NW 052091

NW052091

**EXHIBIT 40 TO DECLARATION OF VALERIE SCHUSTER**

Case 1:05-cv-04622-DLI-RML    Document 267-3    Filed 03/22/12    Page 32 of 116 PageID #: 5138

# Oxford Dictionaries Online
*The world's most trusted dictionaries*

---

# jihad(ji·had)

**Pronunciation:** /ji'häd/

");

*noun*

(among Muslims) a war or struggle against unbelievers.

(also **greater jihad**) *Islam* the spiritual struggle within oneself against sin.

> **Origin:**
>
> from Arabic *jihād*, literally 'effort', expressing, in Muslim thought, struggle on behalf of God and Islam

Oxford University Press
Copyright © 2011 Oxford University Press. All rights reserved.

**EXHIBIT 41 TO DECLARATION OF VALERIE SCHUSTER**

# The Complete Book of Muslim and Parsi Names

MANEKA  GANDHI

OZAIR  HUSAIN



**INDUS**

*An imprint of* HarperCollins *Publishers* India

Case 1:05-cv-04622-DLI-RML   Document 267-3   Filed 03/22/12   Page 35 of 116 PageID #: 5141

# INDUS

An imprint of HarperCollins *Publishers* India Pvt. Ltd.
7/16, Ansari Road, Daryaganj, New Delhi-110 002

Published by Indus 1994

© Maneka Gandhi and Ozair Husain 1994

Maneka Gandhi and Ozair Husain assert  the
moral right to be identified as the author of this work

All rights reserved.
No part of this publication may be reproduced, stored in a retrieval
system, or transmitted, in any form or by any means, electronic
or mechanical, photocopying, recording or otherwise,
without the prior permission of the publishers.

ISBN 81-7223-100-8

Set in Times by
Rastrixi
New Delhi 110 070

Printed in India by
Gopsons Papers Pvt Ltd
A-28 Sector IX
Noida 201 301

# Phonetic Guide

| | | |
|---|---|---|
| A | = | as in mud |
| 'A | = | guttural, the pronunciation of which is typical to Arabic and must be learnt by ear |
| Ā | = | as in ardent |
| B | = | B |
| Ch | = | as in chum |
| D | = | soft dental |
| E | = | maize |
| Ē | = | keen |
| F | = | F |
| G | = | as in good |
| Gh | = | strong guttural, the pronunciation of which is typical to Arabic and must be learnt by ear |
| H | = | H |
| Ḥ | = | guttural aspirate stronger than H |
| I | = | bit |
| 'I | = | guttural I |
| Ī | = | keen |
| J | = | J |
| K | = | king |
| Kh | = | as in loch or achtung |
| L | = | L |
| M | = | M |
| Ṃ | = | written in Arabic script with an N but pronounced as M |
| N | = | N |
| O | = | as in road |
| Ō | = | as in food |

| | | |
|---|---|---|
| P | = | P |
| Q | = | as in stuck |
| R | = | R |
| S | = | S |
| S̱ | = | as in thin |
| Ṣ | = | strongly articulated S |
| T | = | soft dental |
| Ṭ | = | strongly articulated palatal T |
| U | = | put |
| 'U | = | guttural, the pronunciation of which is typical to Arabic and must be learnt by ear |
| U | = | moon |
| V | = | V |
| W | = | W |
| Y | = | Y |
| Z | = | zebra |
| ẕ | = | that |
| Ẓ | = | strongly articulated, the pronunciation of which is typical to Arabic and must be learnt by ear |
| Z̤ | = | strongly articulated, the pronunciation of which is typical to Arabic and must be learnt by ear |
| Zh | = | as in beige or azure |
| ' | = | pronounced as a, i, u preceded by a very slight aspiration |

Words which have a long "ā" or "alif" ending are written with "ā", e.g. Bābā. However

Arabic script
n it.

# Abbreviations

| | | | | | | |
|---|---|---|---|---|---|---|
| A | = | Arabic | P | = | Persian |
| Av | = | Avestan | Paz | = | Pazand |
| H | = | Hindustani | Ph | = | Pahlavi |
| Hb | = | Hebrew | Sy | = | Syriac |
| MP | = | Middle Persian | T | = | Turkish |
| OP | = | Old Persian | n.a. | = | not available |

solid; sharp

sed by Ṣūfī
er the

inning;
cting; al-

; attraction
ent; pru-
l; elo-

t; happy;

lluring
; mag-
ng; entic-

Ahriman
and cause
moness of
dultery

ythology

**Ji'āl:** (A) praiseworthy deed

**Jibāh:** (A) 1. (plural of Jabhah) foreheads; brows; troops; chiefs; princes; highly esteemed; moons; idols. 3. 4 stars in the forehead of the Leo constellation

**Jibāl:** (A) (plural of Jabal) mountains; princes; mountain chains

**Jibār:** (A) Tuesday

**Jībar:** (P) gardens; paradises

**Jibillat:** (A) nature; essence; creation; form

**Jibillī:** (A) natural; original; innate; essential

**Jiblāhang:** (P) wild sesame (*Sesamum indicum*)

**Jiblat:** (A) form; creature; nature; disposition; temperament; constitution

**Jibrāīl:** (A) 1. strong one of God. 3. Archangel Gabriel

**Jibrāīl:** (A) 1. strong one of God. 3. Archangel Gabriel

**Jibrīl:** (A) 1. strong one of God. 3. Archangel Gabriel

**Jibrīn:** (A) 1. strong one of God. 3. Archangel Gabriel

**Jīd:** (A) long, slender, beautiful neck

**Jidd:** (A) endeavor; study; labour; application; diligence; correctness; devotion

**Jiddan:** (A) earnestly; with zeal

**Jiddī:** (A) serious; earnest

**Jiddīyat:** (A) earnestness; seriousness; gravity

**Jigar:** (P) 1. liver. 2. heart; sadness; pity; power; measure. 3. eminent Indian poet, 'Alī Sikandar "Jigar" Murādābādī (A.D. 1890–A.D. 1961)

**Jigardār:** (P) bold; brave

**Jīghah:** (P) 1. plume. 2. jewelled golden ornament worn on the turban

**Jīh:** (A) face; features

**Jihād:** (A) 1. war; effort; zeal. 2. war for the sake of God

**Jihān:** (P) 1. one who jumps; leaping; bounding. 2. world

**Jihār:** (A) 1. being known; being public. 3. idol of the Banī Hawāzin

**Jihbiz:** (A) endowed with a critical faculty; great scholar; bright; brilliant; intelligent

**Jīkā:** (P) spray of jewellery worn on the head by a prince

**Jilā:** (A) brightness; splendour; lustre

**Jilāl:** (A) (plural of Jull) coverings; veils; whole; principal part; roses; jasmines

**Jilān:** (P) sesame (*Sesamum indicum*)

**Jīlānī:** (A) 1. pertaining to the province of Jīlān. 3. surname of the founder of the Qādirīyah sect, 'Abdul Qādir al Jīlānī also called Pīr Dastgīr (died A.H. 561)

**Jildū:** (P) reward; recompense

**Jillauz:** (A) hazelnut (*Corylus colurna*)

**Jilow:** (T) splendour; pomp; state; retinue; forward; ahead

**Jilwah:** (A) 1. splendour; loveliness; brightness; brilliancy; thing of beauty. 2. world

**Jilwāz:** (P) sergeant or attendant of the collector of revenue

**Jimlān:** (A) (plural of Jumail) nightingales

**Jināḥ:** (A) 1. wing; shoulder; flank; arm; hand. 2. protection; refuge. 3. 1st Governor General of the Republic of Pakistan, Muḥammad 'Alī Jināḥ (A.D. 1876–A.D. 1948) son of Jināḥ Pūnjā

**Jinān:** (A) (plural of Jannat) gardens planted with trees; paradises

**Jinār:** (A) plane tree (*Platanus orientalis*)

**Jind:** (A) army; force

**Jingīz:** (P) 1. strong; firm; solid; respected; perfect warrior. 3. another pronunciation for

**EXHIBIT 42 TO DECLARATION OF VALERIE SCHUSTER**

*MOSES STRAUSS, et al VS.*
*CREDIT LYONNAIS*

---

*TIMUR KURAN*
*October 22, 2010*

---



126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 94833.TXT*
*Min-U-Script® with Word Index*

Page 1

```
 1  UNITED STATES DISTRICT COURT
 2  EASTERN DISTRICT OF NEW YORK
    ----------------------------------------x
 3  MOSES STRAUSS, et al.,
 4                    Plaintiffs,
 5     -against-
 6  CREDIT LYONNAIS, S.A.,
 7                    Defendants.
    ----------------------------------------x
 8  BERNICE WOLF, et al.,
 9                    Plaintiffs,
10     -against-
11  CREDIT LYONNAIS, S.A.,
12                    Defendants.
13  ----------------------------------------x
14                  One Liberty Plaza
                    New York, New York
15
                    October 22, 2010
16                  9:50 a.m.
17
18            Videotaped Deposition of Expert
19  Witness, TIMUR KURAN, before Shari Cohen,
20  a Notary Public of the State of New York.
21
22
23        Ellen Grauer Court Reporting Co. LLC
24         126 East 56th Street, Fifth Floor
             New York, New York 10022
               212-750-6434
25                REF: 94833
```

Page 3

```
 1  ------------------ I N D E X -------------------
 2  WITNESS                EXAMINATION BY      PAGE
 3  TIMUR KURAN            MR. LUFT              6
 4
 5
 6  --------------- E X H I B I T S ----------------
 7  KURAN             DESCRIPTION          FOR I.D.
 8  Exhibit 1         Document, Bates labeled  13
 9                    Kuran 000001 - 000005
10  Exhibit 2         Document, Bates labeled  15
11                    Kuran 000006
12  Exhibit 3         Document, Bates labeled  16
13                    Kuran 000007
14  Exhibit 4         Expert Report of         21
15                    Professor Timur Kuran
16  Exhibit 5         Deposition of Amy Singer  33
17  Exhibit 6         Expert Report of Amy     57
18                    Singer
19  Exhibit 7-8       Bylaws of CBSP          104
20
21
22                (EXHIBITS TO BE PRODUCED)
23
24
25
```

Page 2

```
 1  A P P E A R A N C E S :
 2
 3  OSEN LLC
 4  Attorneys for Plaintiffs
 5      700 Kinderkamack Road
        Oradell, New Jersey  07649
 6
    BY:   ARI UNGAR, ESQ.
 7        -and-
          PATRICIA RONAN, ESQ.
 8        PHONE  201-265-6400
          FAX    201-265-0303
 9        EMAIL  au@osen.us
10
11
12  CLEARY GOTTLIEB STEEN & HAMILTON LLP
13  Attorneys for Defendants
14      One Liberty Plaza
        New York, New York  10006
15
    BY:   AVRAM E. LUFT, ESQ.
16        -and-
          MARK GRUBE, ESQ.
17        PHONE  212-225-2432
          FAX    212-225-3999
18        EMAIL  aluft@cgsh.com
19
20
21  ALSO PRESENT:
22  DAN MACOM
23  Videographer
24
25
```

Page 4

```
 1    S T I P U L A T I O N S
 2
 3  IT IS HEREBY STIPULATED AND AGREED by
 4  and between the attorneys for the respective
 5  parties herein, that the filing, and sealing
 6  of the within deposition be waived.
 7  IT IS FURTHER STIPULATED AND AGREED
 8  that all objections, except as to the form of
 9  the question, shall be reserved to the time
10  of the trial.
11  IT IS FURTHER STIPULATED AND AGREED
12  that the within deposition may be sworn to
13  and signed before any officer authorized to
14  administer an oath with the same force and
15  effect as if signed and sworn to before the
16  Court.
17
18
19     -oOo-
20
21
22
23
24
25
```

Page 141

KURAN

1   KURAN
2   A.  I would not draw that inference
3   because there is another place in the same
4   report where she uses alms giving and equates
5   it with zakat.
6   Q.  Again --
7   A.  So when I --
8   Q.  But I'm just asking if I'm
9   right that -- I understand you think she was
10  not very clear, but I'm saying if what she
11  meant by zakat was obligatory and by sadaqa
12  voluntary giving, if that's what she meant in
13  writing on page 2 consistent with what she
14  testified to at her deposition, that would be
15  correct, right?
16      MR. UNGAR: Objection to form.
17  A.  If she in writing alms here was
18  thinking of zakat and she knows that zakat is
19  obligatory, she would be correct, but this
20  would be confusing to anybody who is reading
21  the paragraph to learn about what zakat and
22  sadaqa is.  Someone who doesn't know much
23  about zakat and sadaqa would be quite
24  confused reading this and that confusion
25  would increase as they continue reading.

Page 142

KURAN

1   KURAN
2       MR. LUFT: It's 1:10, I said we
3   would break for lunch around one.
4       THE VIDEOGRAPHER: We are now
5   off the record.  The time is 1:11
6   p.m., October 22, 2010.
7       (Recess taken.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 143

KURAN

1   KURAN
2   A F T E R N O O N  S E S S I O N
3       (Time Noted: 2:18 p.m.)
4
5   T I M U R   K U R A N, resumed and testified
6   as follows:
7
8   CONTINUED EXAMINATION
9       BY MR. LUFT:
10      THE VIDEOGRAPHER: We are now
11  back on the record.  The time is 2:18
12  p.m., October 22, 2010.
13  Q.  Good afternoon, Professor
14  Kuran.
15  A.  Good afternoon.
16  Q.  Professor Kuran, have you ever
17  met anyone with the first name Jihad?
18  A.  No.
19  Q.  Have you ever heard that that
20  was a common Muslim first name?
21      MR. UNGAR: Objection to form.
22  A.  Now that I think of it I have
23  heard the form Jihad which is C-I-H-A-T which
24  is now that I think of it is probably the
25  turkefied form of the Arab name Jihad so I

Page 144

KURAN

1   KURAN
2   have heard of the name.
3   Q.  You would not assume because
4   someone was given the first name Jihad at
5   birth that they are a terrorist, would you?
6       MR. UNGAR: Objection to form.
7   A.  No, I wouldn't.
8   Q.  If someone did, that would
9   probably be bigoted, wouldn't it?
10      MR. UNGAR: Same objection.
11  A.  I think so.  They didn't pick
12  their own name.
13  Q.  What does the word wafa mean in
14  Arabic?
15      MR. UNGAR: Objection
16  foundation.
17  A.  I don't know.
18  Q.  Do you speak Arabic, Professor
19  Kuran?
20  A.  I don't speak Arabic.
21  Q.  Can you read Arabic?
22  A.  No.
23  Q.  When you read the Qur'an, do
24  you use a translation?
25  A.  I use an English translation or

**EXHIBIT 43 TO DECLARATION OF VALERIE SCHUSTER**

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

TZVI WEISS, et al,                    )
        Plaintiffs,  )  Action No:
                     )  05cv4622(CPS)(MDG)
v.                   )
                     )
NATIONAL WESTMINSTER     )
BANK, PLC.,              )
        Defendant.  )

_____

NATAN APPLEBAUM, et al,    )
        Plaintiffs,  )
                     )
v.                   )
                     )
NATIONAL WESTMINSTER     )
BANK, PLC.,              )
        Defendant.  )

_____

VIDEOTAPED DEPOSITION OF CHARLOTTE MCCOMAS
VOLUME I
Tuesday, October 5, 2010
AT:  2:08 p.m.

Taken at:

HAREFIELD MANOR
Romford, Essex
United Kingdom

---

**Page 2**

```
 1            A P P E A R A N C E S
 2
 3   For Plaintiff Tzvi Weiss:
 4       AITAN D. GOELMAN
 5       Zuckerman Spaeder LLP
 6       1800 M Street, NW
 7       Washington, DC 20036-5802
 8       Tel: 202.778.1800
 9
10   For Plaintiff Natan Applebaum:
11       JOEL L. ISRAEL
12       Sayles & Werbner
13       4400 Renaissance Tower
14       1202 Elm St.
15       Dallas, Texas 75270
16       Tel: 214 939 87631
17
18   For Defendant National Westminster Bank, PLC:
19       JONATHAN I. BLACKMAN ESQ.
20       VALERIE SCHUSTER
21       Cleary, Gottlieb, Steen & Hamilton LLP
22       One Liberty Plaza
23       New York, NY 10006-1470
24       Tel: 302 351 9415
25
26   COURT REPORTER:
27       GEORGINA FORD, ACR, MAVSTTR, MBIVR
28       European Deposition Services
29       59 Chesson Road
30       London, W14 9QS
31       Tel: 44 (020) 7385 0077
32
33       VIDEOGRAPHER: SIMON RUTSON
34       THE EXAMINER: MICHAEL CHISHOLM
35
```

---

**Page 3**

```
 1              I N D E X
 2   DEPONENT                          PAGE
 3   CHARLOTTE MCCOMAS                    4
 4   Examination by MR. ISRAEL          5
 5   Examination by MR. GOELMAN           76
 6
 7            E X H I B I T S
 8   No.          Description        PAGE
 9   Exhibit 1    UID Case Summary     22
10   Exhibit 2    Memo dated 9 July 2002   33
11   Exhibit 3    Internal memo dated
12                15 July 2002        40
13   Exhibit 4    Letter dated 9 August 2002   43
14   Exhibit 5    Letter dated 6 August 2002   43
15   Exhibit 6    UID Case Summary     48
16   Exhibit 7    E-mail string      63
17   Exhibit 8    UID Case Summary     63
18   Exhibit 9    UID Case Summary     67
19   Exhibit 10   Bates NW012925 - 012933   74
20
21
22
23
24
25
26
27
28
29
30
31
```

---

**Page 4**

```
 1        THE VIDEOGRAPHER:  This is the beginning of tape 1
 2   volume 1 in the deposition of Sonya Gale(sic) taken on
 3   5th October 2010 at 2:08 p.m. as indicated on the video
 4   screen.
 5        This is deposition is being taken in the matter of
 6   Weiss et al, plaintiffs, against National Westminster Bank
 7   PLC, defendant, case number 1:05-CV-04622 (DTG) (MTG).
 8        Also the deposition is being taken in the matter
 9   of Natan Applebaum et al, plaintiffs, against National
10   Westminster Bank PLC, case number 1:07-CV-00916 (DTG) (MDG).
11        The videographer is Simon Rutson, the Court
12   Reporter is Georgina Ford of European Deposition Services.
13   The deposition is taking place at the Harefield Manor,
14   Romford, Essex.  Would counsel present please introduce
15   themselves.
16        MR. ISRAEL:  Joel Israel, Sayles & Werbner, for
17   the Applebaum plaintiffs.
18        MR. GOELMAN:  Aitan Goelman from Zuckerman Spaeder
19   for the Weiss plaintiffs.
20        MR. BLACKMAN:  Jonathan Blackman from Cleary
21   Gottlieb Steen and Hamilton and Valerie Schuster for the
22   defendant and for the witness, Ms. McComas.
23        THE VIDEOGRAPHER:  Would the Examiner like to
24   introduce himself please.
25        THE EXAMINER:  Michael Chisholm.
```

Page 33

1   recall yourself about Interpal?
2        A.  It makes no recollection with me whatsoever.
3        Q.  I'm going to hand you now a document that I'm
4   marking as McComas exhibit 2 which is NW012953.
5        (Exhibit McComas 2 marked for identification.)
6        I will just ask you to take a look at that, if you
7   would.
8        Do you recall this specific document?
9        A.  I don't.
10       Q.  Do you recall completing memoranda similar to this
11  exhibit 2?
12       A.  I remember the -- I recognize the letter itself.
13  It was a standard letter that was on our database.
14       Q.  For what reason would you use this type of
15  memorandum?
16       A.  To advise the relationship managers that
17  a disclosure had been made to NCIS and also to request
18  further information, for example, the know your customer.
19       Q.  So these were primarily designed to get in touch
20  with the relationship manager; is that correct?
21       A.  Yes.
22       Q.  And would you complete memorandum like this in the
23  ordinary course of your business as a Fraud Officer?
24       A.  Yes.
25       Q.  To your recollection, did this memorandum with six

Page 34

1   different boxes change at any time during the 18 months that
2   you were a Fraud Officer?
3        A.  Not that I remember.
4        Q.  Do you remember a woman named Belinda Lane?
5        A.  No, sorry.
6        Q.  Is there any way to tell from this memorandum who
7   Ms. Lane was or where she worked?
8        A.  You could assume from who it was addressed to that
9   she had a connection with the account name and that would be
10  where she was based at the branch in the unit.
11       Q.  Was that branch unit information something you
12  would get from the suspicious reports that had been provided
13  to you or did you have to find it some other way?
14       A.  I don't remember, sorry.
15       Q.  Can you approximate in what percentage of cases
16  you would use this memorandum?
17       A.  No, sorry.
18       Q.  Do you recall if it was common or a rarity or any
19  sort of frequency?
20       A.  I think it was quite common.
21       Q.  To the best of your recollection, when you would
22  complete a memorandum such as this, would it be reviewed by
23  Mr. Merrick or someone else in your department or would you
24  send it directly to the relationship manager?
25       A.  From memory, I think we sent the letter but we

Page 35

1   attached it to the Goalkeeper case in some form.  I can't
2   remember how we did that but then obviously whoever looked
3   at the case again would be able to see what we'd done.
4        Q.  So if Mr. Merrick or somebody else was reviewing
5   the Goalkeeper information for a particular customer, they
6   would see this memorandum; is that what you are saying?
7        A.  Yes.
8        Q.  Now, in terms of you actually sending it to the
9   relationship manager, do you know if somebody else in your
10  department would see the Goalkeeper report first or if the
11  memorandum would go to the relationship manager prior to
12  that review?
13       A.  I don't know what the process was, sorry.
14       Q.  Do you recall anybody in your department ever
15  telling you which of these six boxes you should check off?
16       A.  I don't remember, sorry.
17       Q.  Do you recall if that was something you did
18  according to your own discretion?
19       A.  Again, I don't remember, sorry.
20       Q.  Taking a look at this specific document, do you
21  recall an account the NatWest held for the Palestinian
22  Relief and Development Fund?
23       A.  No.
24       Q.  Looking at the last box, which is checked off and
25  states:

Page 36

1        "You may continue to operate the account with the
2   normal banking practice unless you hear from us to the
3   contrary."
4        Does that box mean you were allowed to direct the
5   relationship manager whether or not they could continue to
6   operate the account?
7        A.  It was a set letter and we just put -- I don't
8   remember really, sorry.
9        Q.  Looking at the fourth box, which states:
10       "We consider this connection presents a serious
11  risk to the group.  Accordingly it is our view you should
12  exit the relationship at the earliest opportunity", did that
13  give you the authority to recommend that the customer's
14  status with the bank would be severed?
15       MR. BLACKMAN:  Objection: lack of foundation.  You
16  may answer.
17       THE WITNESS:  I don't ever remember using that box
18  unless I was instructed to do so.  It would have been
19  somebody higher up that would make that connection to close
20  the account.
21  BY MR. ISRAEL:
22       Q.  You don't have the authority -- you don't recall
23  having the authority to do that yourself?
24       A.  That's correct.
25       Q.  On the third box, which states:

Page 49

1 "created on", the date and "by" and that's my what we called
2 like our our sign-in name.
3     Q.  So the MCOMCL referred to you?
4     A.  To me, yes.
5     Q.  Do you know who the OHEARAA refers to?
6     A.  No, sorry.
7     Q.  Does this indicate that you created the document
8 on June 17 2002?
9     A.  It would indicate so, yes.
10     Q.  Did you create Goalkeeper reports like this in the
11 ordinary course of your business duties?
12     A.  Yes, I would have done.
13     Q.  The report indicates it was last modified on
14 September 17 2003, correct?
15     A.  That's what it reads, yes.
16     Q.  Do you recall if you were still in your Fraud
17 Officer function as of September 17, 2003?
18     A.  I don't recall whether I would have been promoted
19 at that point.
20     Q.  It would have been a close call?
21     A.  Yes.
22     Q.  Are you able to tell by looking at this
23 document -- well, let me strike that and ask a basic
24 question first.
25         Does the fact you created this document indicate

Page 50

1 that you inputted some of the information that's included in
2 it?
3     A.  It would imply so, yes.
4     Q.  Are you able to tell as a matter of your standard
5 practice when you were a Fraud Officer which information you
6 would have inputted into this document?
7     A.  No, I can't remember which bits I put in.
8     Q.  Were there any types -- strike that.
9         Were there any pieces of information that it was
10 your standard practice to always input into the system?
11     A.  As I recall, we would have put in the surnames and
12 forenames, the dates of birth where we had them, the
13 business name as that would have been on the suspicion
14 report and then, as I said earlier, we would -- any letters
15 or information that we got from the relationship manager
16 would have been attached as you can see on the bottom of
17 page 2.
18     Q.  So under "key correspondence" where it provides an
19 author, does that mean that that individual such as yourself
20 in many of these cases uploaded that document?
21     A.  That would indicate that I scanned the document to
22 the Goalkeeper case, yes.
23     Q.  It does not mean that you necessarily wrote the
24 document yourself?
25     A.  That's correct.

Page 51

1     Q.  Is the same applied to the NCIS disclosures on the
2 third page of this document?
3         MR. BLACKMAN:  The third page?
4 BY MR. ISRAEL:
5     Q.  I am sorry, NW52076.
6     A.  Where it says "author"?
7     Q.  Correct.
8     A.  That is the person that would actually have
9 created the case on Goalkeeper.
10     Q.  Next to -- do you see where I'm talking about next
11 to NCIS disclosures?
12     A.  Yes, and it says the author.  So that would
13 basically mean the person that created the Goalkeeper case.
14     Q.  They are automatically assigned as the author of
15 the NCIS disclosure?
16     A.  They are.  So purely you could go onto the
17 Goalkeeper case and just key one name and press "save" which
18 would give you your reference number and then you would
19 therefore be listed as the author.
20     Q.  You get credit automatically?
21     A.  If you want to refer to it like that.
22     Q.  Looking at this document, based on your prior
23 testimony, you don't know who would have provided the list
24 of linked cases appearing on the right side of the first
25 page?

Page 52

1     A.  I can't remember, sorry.
2     Q.  And you also -- strike that.
3         You may have answered this earlier but, as part of
4 your standard practice of creating a Goalkeeper report for
5 a particular case, would you review the linked cases that
6 were assigned to that particular case?
7     A.  I can't remember in particular whether we did or
8 whether that was already done for us.
9     Q.  Putting aside this specific document, you don't
10 recall a standard practice that you followed?
11     A.  No, sorry.
12     Q.  Am I correct, based on the review of this
13 document, that it involves the Palestinian Relief and
14 Development Fund?
15         MR. BLACKMAN:  Objection: form.  You may answer.
16         THE WITNESS:  It is listed here under "business
17 organization name"; so I think you're right to assume that.
18 BY MR. ISRAEL:
19     Q.  But again you don't recall creating a Goalkeeper
20 case summary for the Palestinian Relief and Development
21 Fund, correct?
22     A.  Correct.
23     Q.  So you also, I take it, then don't recall what
24 would have precipitated this specific report, correct?
25     A.  Correct.

**EXHIBIT 44 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

Branch

ITS No       601 165 12345
ITS Facsimile  601 165 7768
Telephone    0181 123 6786

# internal memo

To: C McComas
Group Investigations & Fraud

**NatWest**

From  Belinda Lane
Commercial Manager

Date   15 July 2002

Ref

## Palestinian Relief & Development Fund – Interpal – Group Fraud Ref: 666814

- Acc opened with NWB 10/94 – charity formed 8/94
- Registered charity no 1040094 – 8 trustees
- Copy of mandate attached (trust deed held if required)
- Jihad Qundil has been only point of contact who was recently re-identified together with M Safiee in accordance with KYC procedures
- Provide charitable relief to refugees in Israel, West Bank & Gaza and Lebanon – developed out of former charity which provided relief to Kuwait
- Main doners are███████████████████████
- Please see my iv note dated 20 March 2002 attached which explains the increased activity seen on the account
- Customers hold funds in current accounts as it is against their religion to earn interest

**EXHIBIT 45 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

06 Aug 02 13:36    AT                     0000                    P.1

 **INTERPAL**
الصندوق الفلسطيني الإغاثة و التنمية
HELPING PALESTINIANS IN NEED

P.O. Box 3333
LONDON
NW6 1RW
Tel: 020 8450 8002
Fax: 020 8450 8004
Email: info@interpal.org
Website: www.interpal.org

BELINDA LANE
NATWEST PLC.
ROMFORD
RM1 1HD
FAX NO: 01708-733 816

**Our Ref: (7805)**
**Date: 6 August 2002**

Dear Belinda,

**Transfer from Abroad: Your Query**

Further to your query and our telecon yesterday, please find attached correspondence relating to the transfer that is the subject of your query.

I confirm that the transfer of ▮▮▮▮▮▮ is a donation from a aid agency in ▮▮▮ called the
▮▮▮▮ for charitable and humanitarian projects as detailed in the translation of the correspondence attached. In brief, the funds are for health and medical, and education projects.

Please find attached 6 pages of our letter of acknowledgement and receipt to them, and a copy of the transfer document that they forwarded to us. All the documents are accompanied by translations.

I trust this is what you require. Please do not hesitate to contact me should you need further information.

Yours sincerely;

Mr. T. Mustafa
Vice-Chair of the Board of Trustees

Registered Charity No. 1040094

HIGHLY CONFIDENTIAL

NW 068227
**NW068227**

06 Aug 02 13:36      AT                    0000                   P.2



HIGHLY CONFIDENTIAL

NW 068228
NW068228

06 Aug 02 13:36     AT               0000                    p.3

HIGHLY CONFIDENTIAL

NW 068229
NW068229



HIGHLY CONFIDENTIAL

06 Aug 02 13:36        HI                            0000                    P.5



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

NW 068232
NW068232

06 Aug 02 13:37     AT                    0000                    p.7

HIGHLY CONFIDENTIAL

NW 068233
NW068233

06 Aug 02 13:37     AT                    0000                    p.8



HIGHLY CONFIDENTIAL

NW 068234

NW068234

**EXHIBIT 46 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**DAVIES, Rob, Group Risk Mgmt**

| | |
|---|---|
| **From:** | Nell, Dedrei (Group Risk Mgmt) |
| **Sent:** | 17 September 2003 11:17 |
| **To:** | O'Hear, Tony |
| **Subject:** | RE: Interpal |

Tony

Thank you for investigating further and contacting Special Branch.

Please keep GRM in the loop should there be any further developments.

Many thanks & regards
Dedrei

**Dedrei Nell**

The Royal Bank of Scotland Group
Group Risk Management
5th Floor, 280 Bishopsgate, London, EC2M 4RB
Tel: 020 7334 1460  Fax: 020 7375 4813
Email: Dedrei.Nell@rbs.co.uk

> -----Original Message-----
> **From:** O'Hear, Tony
> **Sent:** 17 September 2003 10.49
> **To:** Nell, Dedrei (Group Risk Mgmt)
> **Subject:** Interpal

Dedrei,

Apologies for the delay in getting back to you here.

I have today spoken to Mark Ashtown of the NTFIU, Special Branch, New Scotland Yard.

**Redacted - Privileged**

I will update our Goalkeeper records with the details of the above telephone conversation.

Tony O'Hear
Manager, Group Investigations & Fraud
0131 523 3401 Ext 23401

If you would like to know more about Group Investigations & Fraud, please access the Intranet link below.
http://www.manufacturing.rbs.co.uk/gsf/GIF/default.htm

1

NW 013699
NW013699

**EXHIBIT 47 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

## SYNOPSIS OF CUSTOMER MEETING

| DATE | 27 January 2003 |
|------|-----------------|
| CUSTOMER | Interpal |
| ATTENDEES | Belinda Lane, Terry Woodley, Jihad Qundil and Adlin Adnan |
| LOCATION | Cricklewood |

- Please see interview note from last year dated 20 March 2002 which details customer's operations – these have remained more or less the same with ███████ ████████

- They have renegotiated their lease in Cricklewood for a further 5 years.

- 2002 audited accounts have not yet been received but I am told that turnover has ███████████████████████

- There is now 8 full-time staff.

- Donations from abroad through similar organisations come from, in the main, ███████████████████████████████

- Clerical Medical provides a group pension scheme for employees.

- No problems being experienced with the local branch in Cricklewood although customers acknowledge that they take up a lot of staff time with deposits of coins and cash.

**Action points for RM4:**

- We are shortly to receive a request for ████████████████ - please start preparation of RMP.

- Customer requires advice on ████████████████

- Customer still interested in BankLine.  Please endeavour to arrange a visit with Rachel Piggott pointing out to her that costs are an issue in view of the number of accounts held but it may be that they can save overall on the foreign payment costs if PayAway is taken forward.

.

**EXHIBIT 48 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

## NCIS Disclosure for Case 698074 ( Received )

Close          Print

**Core NCIS details created on 02 May 2003 by EUROPA\Dobsomj**                    **[ Submitted by**
**RBS\Hartida on 07-MAY-03 ]**

| | | | |
|---|---|---|---|
| Disclosure Type | Drugs | Submitting Branch Address | Royscot |
| Disclosure Date | 02 May 2003 | | Newcastle upon Tyne |
| Branch / Outlet | Newcastle upon Tyne | | |
| Branch Code | 16-26-21 | | |
| Trust Indicator | N | | |
| Further Information | N | Postcode | |

Text

HIGHLY CONFIDENTIAL

NW083859
NW083859

Description



HIGHLY CONFIDENTIAL

NW083860
NW083860

HIGHLY CONFIDENTIAL

NW083861
NW083861

GK3 Edit NCIS Main



HIGHLY CONFIDENTIAL

NW083862
NW083862

EXHIBIT 49 TO DECLARATION OF VALERIE SCHUSTER

FILED UNDER SEAL

## Case Summary



| | | | | | |
|---|---|---|---|---|---|
| | | **Legal Process** | | | NCIS |

| Case Summary | Record Data | Subject Data | Notes & Conclusion | Key Corresp |
|---|---|---|---|---|

**Incident Data**

| | | | | | Linked Cases | |
|---|---|---|---|---|---|---|
| Control Authority | NatWest Retail Bank | Status | Closed | **Source:** [GK2:704079] | 617044 | Account auto-linked |
| Review Date | | by | | | 666593 | NONE |
| Remote Delivery Channel | N | High Profile | N | | 666814 | Account auto-linked |
| Created on | 07 Jul 2003 00:00 | by | EUROPA_Shielsk | | 710368 | Account auto-linked |
| Last Modified on | 27 Aug 2003 00:00 | by | RBS_Eastonh | | 1748664 | Account auto-linked |
| | | | | | Maintain Links | |

| Queries | Refer To | Tel No. | Business | Unable to contact ? |
|---|---|---|---|---|
| | | | NONE | Yes |

**Legal Process Record**

| Legal Process Category | Production Order | Enquiry From | Metropolitan Police Services |
|---|---|---|---|
| Source / Enquiry Type | Police | Contact Name | DS Garry Pepe |
| Legislation | Other | Contact Number | Not Known |
| Comment | | | |

| Set All Risk Ratings to the the same value of:- | Amber | Blue | Green | Indigo | Red |
|---|---|---|---|---|---|

| **Personal Data** | | | | | | Add |
|---|---|---|---|---|---|---|
| | | | -None- | | | |

**Business Data** — Add

| Business/Org Name | Company Ref. No. | Legal Jurisdiction | Key Information | Risk | Adj | |
|---|---|---|---|---|---|---|
| PALESTINIANS DEVELOPMENT FUND INTERPAL | | UNITED KINGDOM | NONE | Green | Green | Edit |

| **Telephone Data** | | | | | | Add |
|---|---|---|---|---|---|---|
| | | | -None- | | | |

**Address Data** — Add

| Bldg No. & Name | Street | Town | Postcode | Risk | Adj |
|---|---|---|---|---|---|
| | | | | | |

HIGHLY CONFIDENTIAL                                                                 NW 052105

| PO BOX NO | | | LONDON | NW6 1RW | | Green | Green | Edit |
|-----------|---|---|--------|---------|---|-------|-------|------|

**Account Data**  Add

| Account Name | Account No. | Sortcode | Account Type | Currency | Risk | Adj | |
|---|---|---|---|---|---|---|---|
| PRDF ADM A/C | 95142983 | 60-08-22 | Current (Non Personal) | British Pound | Green | Amber | Edit |
| PRDF CHILDREN A/C | 95142975 | 60-08-22 | Current (Non Personal) | British Pound | Green | Amber | Edit |
| PRDF ZAKAT | 95142967 | 60-08-22 | Current (Non Personal) | British Pound | Green | Green | Edit |
| PRDF MONEY A/C | 95142959 | 60-08-22 | Current (Non Personal) | British Pound | Green | Amber | Edit |
| PALESTINIANS RELIEF | 95142940 | 60-08-22 | Current (Non Personal) | British Pound | Green | Amber | Edit |
| PRDF EURO A/C | 550-00-08524882 | 60-08-22 | Currency Account | British Pound | Green | Green | Edit |
| PRDF US$ A/C | 140-00-04156838 | 60-08-22 | Currency Account | British Pound | Green | Green | Edit |

**Miscellaneous Data**  Add

-None-

**Case Notes**  Add

| Type | Date | User | Text | |
|---|---|---|---|---|
| Summary and Assessment | 27 Aug 2003 | Migrated | 07/07/03 An investigation linked to Production Orders alread | View |
| Conclusion | 27 Aug 2003 | Migrated | A production order or equivalent has been served in respect | View |

**Key Correspondence**

| Upload Doc Title | Author | User | Date | | Add |
|---|---|---|---|---|---|
| Police Fax | EUROPA\Shielsk | GK2 | 08 Jul 2003 | View | Edit |
| production order | RBS\Eastonh | GK2 | 27 Aug 2003 | View | Edit |
| 704079_Legal Order Instructions (central collation).doc | UID_OWNER | UID_OWNER | 27 Nov 2004 | View | Edit |

**No NCIS Disclosures**

**No CIFAS Reports**

HIGHLY CONFIDENTIAL                                                    NW 052106

Summary and Assessment History for Case 704079                    Page 1 of 1

| **1. User:** Migrated | **On:** | 27 Aug 2003 00:00 | Print | Copy | |
|---|---|---|---|---|---|

**Note:** 07/07/03 An investigation linked to Production Orders already obtained by the Met Police received & handed to me by Emma Peek to take forward. Ok to comply. Have instructed Tim @ Enfield CSC to obtain copy statemenst from 01/01/02 to 07/07/03 on all the above accounts. Paperwork placed in diary for 14/07/03 in order to monitor progress. 15/07/03 Telephoned Tim @ Enfield CSC 09:15, he informs he's waiting for Post-Bic copy statements & expects to receive them on 17/07/03. Therefore have placed paperwork in diary for 18/07/03 in order to monitor progress. K Shiels GI&F.18/07/03 Telephoned Tim 11:45, who informs that the initail requirements of this Court order have been completed. K Shiels GI&F.

HIGHLY CONFIDENTIAL                                    NW 052107

Conclusion History for Case 704079

Page 1 of 1

| **1. User:** Migrated | **On:** | 27 Aug 2003 00:00 | Print | Copy | Delete |

**Note:** A production order or equivalent has been served in respect of the party(ies) listed on this record. This information may be of relevance when considering any business approaches or dealings with the above named parties.

https://www.gk3.web.rbsgrp.net/GK3Web/casemaint/CaseMaintNotesViewData.jsp?c...   01/07/2008

HIGHLY CONFIDENTIAL

NW 052108



© Europol

Page 9

HIGHLY CONFIDENTIAL

NW 052109

PC2003/1192
Form JD1

## IN THE CROWN COURT

### TERRORISM ACT 2000

## PRODUCTION ORDER

(Sch 5, Para 5 Terrorism Act 2000)



HIGHLY CONFIDENTIAL

NW 052110

## FAX MESSAGE (Central Collation)

**XX The Royal Bank of**
**XX Scotland Group**

**Group Investigations & Fraud**

|  |  |
|---|---|
| **To:** | **Tim Kennelly, Fraud Team, Enfield CSC** |
| **Fax No:** | **020 8344 1249** |
| **From:** | **Kevin Shiels** |
| **GI&F Ref:** | **704079** |
| **Date:** | **07/07/03** |
| **Pages:** | 4 |

Referrals & Due Diligence Team
7th Floor,
1 Princes Street,
London,
EC2R 8PB

Telephone: **020 7714 4578**
Facsimile: **020 7714 4549**

---

**Re: Request for Material Required for a Legal Order**

**A Legal Order has been served on the Group and collation of the material required under this Order is being handled centrally by Group Investigations & Fraud (GI&F). Please action this request immediately and supply the material requested below to GI&F within 7.**

It is imperative that any difficulties providing the material requested within the above timescales are escalated immediately to your line manager and to Group Investigations & Fraud. **Delays in the provision of information could lead to contempt proceedings being brought against the Group.**

❖ Please provide GI&F with the material requested on the <u>specified account(s)</u> up to and including the date of the Order, as outlined below:

| Account Name | Account Number & Sort Code | Material Required |
|---|---|---|
| Palestinians Development Fund Interpal | 95142940 / 600822 | Copy statements from 01/01/02 to 07/07/03 |
| // | 95142959 / 600822 | / /   //     // |
| //     // | 95142967 / 600822 | //     //     //     // |
| //     // | 95142975 / 600822 | //     //     //     // |
| //     // | 95142983 / 600822 | //     //     // |
| //     // | 140/00/004156838 | //     //     // |
| //     // | 550/00/08524882 | //     //     // |

If you are aware of other accounts not listed above to which any of these parties are connected, please alert GI&F and obtain details in respect of these accounts where material on <u>all accounts</u> is requested.

If any of the material is unavailable please contact GI&F immediately.

**DO NOT under any circumstances advise the customer that a Legal Order has been served. Unauthorised disclosure could constitute a criminal offence. No charges are to be made to the customer in respect of material provided under a Legal Order, this could alert the customer that an Order has been served.**

**Do not put a stop on any accounts unless specifically instructed to do so by Group Investigations & Fraud and do not make any reference in customer notes to the fact that a Legal Order has been served on the account(s) in question.**

Where required to supply original documentation under an Order, ensure that copies are taken and are filed in the appropriate place so that they can be located again if required.

If you receive a Legal Order direct from Law Enforcement please contact GI&F on the above number for advice. If you receive any requests for additional information from Law Enforcement in connection with this

HIGHLY CONFIDENTIAL

NW 052111

Order, please ask the Officer to contact Group Investigations & Fraud on 020 7714 4570 so the request can be recorded and monitored in line with Group procedures.

**Instructions in connection with this Order** :


➢ As the material becomes available send the items to the Group Investigations & Fraud (detailing what has been provided).

Please complete and return the Legal Order confirmation slip attached. If you have any queries or problems please call the Referrals and Due Diligence Team on 020 7714 4578 quoting the reference number supplied.

Regards,




**Referrals & Due Diligence Team**
**Group Investigations & Fraud**

## GROUP INVESTIGATIONS & FRAUD

### Legal Order Confirmation

**To:**  **Referrals & Due Diligence Team**

**Fax:**  **020 7714 4549 (its 4940 4549)**

**GI&F Reference: 704079**

Please provide GI&F with name and telephone number of the person (and alternate) who we can contact in relation to this request (please fax back to 020 7714 4549):

Name:  _____

Signed:  _____

Position:  _____

Dated:  _____

Alternate Name:  _____

HIGHLY CONFIDENTIAL

NW 052113

**EXHIBIT 50 TO DECLARATION OF VALERIE SCHUSTER**

**(letter from the Charity Commission to NatWest, 2 pages)**

**FILED UNDER SEAL**

**EXHIBIT 51 TO DECLARATION OF VALERIE SCHUSTER**

**(letter from NatWest to the Charity Commission, 1 page)**

**FILED UNDER SEAL**

**EXHIBIT 52 TO DECLARATION OF VALERIE SCHUSTER**

**Memorandum**
Please quote our reference when replying

**RBS**
The Royal Bank of Scotland Group

Your ref:

Our ref: LIT/INJ18121/AEC

Date: 27 August 2003

**Group Litigation, London**

2nd Floor
1 Princes Street
London,  EC2R 8PB

Telephone:   020 7714 4442
Facsimile:   020 7714 4455
(int 4940 + ext)

Terry Woodley
Assistant Manager
**National Westminster Bank Plc**
**Romford Commercial Office**

*by fax + person*
*after x + touch*

PRIVILEGED & CONFIDENTIAL

**Freezing Order re Defendant: Palestinians Relief and Development Fund (AKA INTERPAL)**
**Account(s): 95142940 @ 60-08-22 and all accounts held in Palestinians Relief and Development**
**Fund and all currency accounts.**

We refer to our telephone discussions (Ann Chittock/Terry Woodley) on 27 August 2003.

**Please advise immediately by telephone if your records indicate that any other accounts/links are**
**held for the Defendant(s) with the Bank.**

**Please do not discuss this matter with any third party, including the Charity Commission, without**
**prior reference to this Unit.**

Before undertaking the following instructions please carefully read the attached information sheet, which
will explain the importance of some of the instructions.

*Redacted - Privileged*

The Royal Bank of Scotland Group plc
Registered in Scotland No 45551
Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB

NW 013033
NW013033

*Redacted - Privileged*

Please do not hesitate to contact us in the event that you have any queries relating to this matter.

A E Chittock (Mrs)
Senior Litigation Officer

*Redacted - Privileged*

The Royal Bank of Scotland Group plc
Registered in Scotland No 45551
Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB

HIGHLY CONFIDENTIAL

NW 013034

NW013034

*Redacted - Privileged*

HIGHLY CONFIDENTIAL

EXHIBIT 53 TO DECLARATION OF VALERIE SCHUSTER

FILED UNDER SEAL

## Case Summary



**Money laundering disclosure**                                    NCIS

| Case Summary | Record Data | Subject Data | Notes & Conclusion | Key Corresp |
|---|---|---|---|---|

**Incident Data**

| | | | | **Linked Cases** |
|---|---|---|---|---|
| **Control Authority** | Group Financial Crime 1 | **Status** | Open **Source:** [GK2:710368] | 617044 NONE |
| **Review Date** | | by | | 666593 auto-linked Account |
| **Remote Delivery Channel** | N | **High Profile** | Y 27 Aug 2003 00:00 | 666814 NONE Account |
| **Created on** | 27 Aug 2003 00:00 | by | EUROPA_Irelanp | 704079 auto-linked |
| **Last Modified on** | 24 Sep 2003 00:00 | by | RBS_Ohearaa | Maintain Links |

| Queries | Refer To | Tel No. | Business | Unable to contact ? |
|---|---|---|---|---|
| | | | NONE | Yes |

**Money laundering disclosure Record**

| **Submitting Branch** | GI&F Edinburgh | **Submitted By** | TONY O'HEAR |
|---|---|---|---|
| **Submitting Unit Sortcode** | | **Contact No** | 0131 523 1565 |
| **Submitting Department** | None | **Legislation** | POTA |
| **Estimated Laundering Total** | 0   <Unknown> | | |

**Reason(s) for Suspicion**

Suspected terrorist funding

Please see attachments and/or Case Notes where available for further information

| **Transactions   GBP  0.00** | | Add |
|---|---|---|
| | -None- | |

**Set All Risk Ratings to the the same value of:-**    Amber  Blue  Green  Indigo  Red

**Personal Data**                                                            Add

| Surname | Forenames | Date Of Birth | Sex | Key Information | Risk | Adj | |
|---|---|---|---|---|---|---|---|
| | | | M | NONE | Red | Red | Edit |
| | | | M | NONE | Red | Red | Edit |
| | | | M | NONE | Red | Red | Edit |
| | | | M | NONE | Red | Red | Edit |

**Business Data**                                                            Add

| Business/Org Name | Company Ref. No. | Legal Jurisdiction | Key Information | Risk | Adj | |
|---|---|---|---|---|---|---|
| PALESTINIANS RELIEF & DEVELOPMENT FUND | | UNITED KINGDOM | NONE | Red | Red | Edit |

| **Telephone Data** | | | | | | | Add |
|---|---|---|---|---|---|---|---|
| | | | -None- | | | | |

| **Address Data** | | | | | | | Add |
|---|---|---|---|---|---|---|---|
| **Bldg No. & Name** | | **Street** | **Town** | **Postcode** | **Risk** | **Adj** | |
| PO BOX 333 | | | LONDON | NW6 1RW | Red | Red | Edit |

| **Account Data** | | | | | | | Add |
|---|---|---|---|---|---|---|---|
| **Account Name** | **Account No.** | **Sortcode** | **Account Type** | **Currency** | **Risk** | **Adj** | |
| PALESTINIANS RELIEF & DEVELOPMENT FUND | | | | | Green | Green | Edit |
| PALESTINIANS RELIEF & DEVELOPMENT FUND - INTERPAL UNION FOR | | | | | Green | Green | Edit |
| PALESTINAINS RELIEF | | | | | Green | Green | Edit |
| PALESTINIANS RELIEF & DEVELOPMENT FUND - INTERPAL WAQF ACCOU | | | | | Green | Green | Edit |
| PALESTINIANS RELIEF & DEVELOPMENT FUND - INTERPAL FAMILIES | 95145397 | 60-08-22 | Current (Non Personal) | British Pound | Green | Green | Edit |
| PALESTINIANS RELIEF & DEVELOPMENT FUND - INTERPAL ADMINISTRA | 95142983 | 60-08-22 | Current (Non Personal) | British Pound | Green | Amber | Edit |
| PALESTINIANS RELIEF & DEVELOPMENT FUND - INTERPAL CHILDRENS | 95142975 | 60-08-22 | Current (Non Personal) | British Pound | Green | Amber | Edit |
| PALESTINIANS RELIEF & DEVELOPMENT FUND - INTERPAL ZAKAT FUND | 95142967 | 60-08-22 | Current (Non Personal) | British Pound | Green | Green | Edit |
| PALESTINIANS RELIEF & DEVELOPMENT FUND - INTERPAL INTEREST M | 95142959 | 60-08-22 | Current (Non Personal) | British Pound | Green | Amber | Edit |
| PALESTINIANS RELIEF & DEVELOPMENT FUND - INTERPAL | 95142940 | 60-08-22 | Current (Non Personal) | British Pound | Green | Green | Edit |

| **Miscellaneous Data** | | | | Add |
|---|---|---|---|---|
| | | -None- | | |

| **Case Notes** | | | | Add |
|---|---|---|---|---|
| **Type** | **Date** | **User** | **Text** | |
| Case notes | 24 Sep 2003 | Migrated | Agree Disclosure 27 August 2003 - TOH TOH - 28 August receiv | View |
| Summary and Assessment | 24 Sep 2003 | Migrated | The Palestine Development and Relief Fund, Registered Charit | View |
| Conclusion | 24 Sep 2003 | Migrated | On the basis of the information available to us at the prese | View |

| **Key Correspondence** | | | | |
|---|---|---|---|---|
| **Upload Doc Title** | **Author** | **User** | **Date** | Add |

HIGHLY CONFIDENTIAL                                                    NW 052115

NW052115

UID Case Summary

| | | | | |
|---|---|---|---|---|
| OFAC LIST | EUROPA\Irelanp GK2 | 17 Sep 2003 | View | Edit |
| Account Signatories | EUROPA\Irelanp GK2 | 17 Sep 2003 | View | Edit |

| NCIS Disclosures | Author | Date | |
|---|---|---|---|
| NCIS Disclosure 315666 (R) | RBS\Ohearaa | 28 Aug 2003 | Amend NCIS Number |

**No CIFAS Reports**

HIGHLY CONFIDENTIAL

NW 052116

NW052116

**1. User:** Migrated    **On:**    24 Sep 2003 00:00              Print    Copy

**Note:** Agree Disclosure 27 August 2003 - TOH TOH - 28 August received phone call from DS Neill
Bennett, NTFIU @ Special Branch,

In Neill's absence we should
speak to a Mark Ashtown.TOH - 29 Aug Spoke to Terry Woodley, Romford Commercial
Office, Commercial Banking who is responsible for ensuring that no items are paid on the
accounts that have not been authorised by the Charities Commission. He will send me
details of all entries for info and
TOH - 24 Sep Advice now received that the Charities Commission has now
unfrozen this charity's bank accounts. Consequently, the trustees are now free to operate
the bank accounts without any further recourse to the Commission. For further info please
see the the Commission's webpage www.charitycommission.gov.uk.

HIGHLY CONFIDENTIAL                                              NW 052117

NW052117

Summary and Assessment History for Case 710368



**1. User:** Migrated    **On:**    24 Sep 2003 00:00    Print   Copy   Delete

**Note:**

HIGHLY CONFIDENTIAL

NW 052118

NW052118

| 1. **User:** Migrated | **On:** | 24 Sep 2003 00:00 | Print | Copy |  |

**Note:** On the basis of the information available to us at the present time, it is considered that the above incident / activity may constitute or involve money laundering and consequently a disclosure has been made to the National Criminal Intelligence Service or other appropriate authorities.

HIGHLY CONFIDENTIAL

NW 052119

NW052119

HIGHLY CONFIDENTIAL

NW 052120

NW052120



HIGHLY CONFIDENTIAL

NW 052121

NW052121

## NCIS Disclosure for Case 710368 ( Received )

Close            Print

**Core NCIS details created on 28 Aug 2003 by RBS\Ohearaa          [ Submitted by RBS\Ohearaa on 28-AUG-03 ]**

| | | | |
|---|---|---|---|
| Disclosure Type | Terrorism | Submitting Branch Address | GI&F |
| Disclosure Date | 28 Aug 2003 | | |
| Branch / Outlet | London, Finsbury Park | | |
| Branch Code | 60-08-22 | | |
| Trust Indicator | N | | |
| Further Information | Y | Postcode | |

Text





HIGHLY CONFIDENTIAL                                              NW 052122

NW052122



HIGHLY CONFIDENTIAL

NW 052123

NW052123

**EXHIBIT 54 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

.                                                                                    .

## Woodley, Terry (CCB)

| From: | RODGER, Irvine, CBFM Compliance |
|---|---|
| Sent: | 28 August 2003 16:47 |
| To: | Lane, Belinda; Woodley, Terry (CCB) |
| Cc: | Neil, Dedrei (Group Risk Mgmt); O'Hear, Tony; Arkley, Steve |
| Subject: | Palestinians Relief & Development Fund |

Importance:      High

Belinda / Terry

As discussed, with immediate effect, please copy in Tony O'Hear from Group Investigations & Fraud ███████

██████████████████████████████████

Regards

Irvine Rodger
CBFM Compliance MLPU
The Royal Bank of Scotland
135 Bishopsgate, London, EC2M 3UR
T  (020) 7334 1082
F  (020) 7375 4641
<mailto irvine.rodger@rbos.com>

*********************************************************************
"     Visit our Internet site at http://www.rbsmarkets.com          "
"                                                                    "
" This e-mail is intended only for the addressee named above.       "
" As this e-mail may contain confidential or privileged information, "
" if you are not the named addressee, you are not authorised to     "
" retain, read, copy or disseminate this message or any part of it. "
" The Royal Bank of Scotland is registered in Scotland No 90312"
" Registered office: 36 St Andrew Square, Edinburgh EH2 2YB   "
"      Regulated by the Financial Services Authority           "
*********************************************************************

1

HIGHLY CONFIDENTIAL

**EXHIBIT 55 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**DAVIES, Rob, Group Risk Mgmt**

| | |
|---|---|
| **From:** | O'Hear, Tony |
| **Sent:** | 29 August 2003 13:34 |
| **To:** | Nell, Dedrei (Group Risk Mgmt) |
| **Subject:** | Interpal |

Dedrei,

There are 7 Sterling Accounts - Total Balances £███████Cr. In addition there is a US$ A/c ███████Cr & a Euro A/c ███████Cr.

We checked the account balances on Monday and the balances above, which are as at todays date, reflect the fact that there has been minimal debit activity on the above accounts over the last 4 days. ████████████████████████████████████████for ████████████████████

As discussed an e-mail system has been set up between the Relationship Management Team in Romford and the Charities Commission ████████████████████

Tony O'Hear
Manager, Group Investigations & Fraud
0131 523 7879 Ext 27879

If you would like to know more about Group Investigations & Fraud, please access the Intranet link below.
*http://www.manufacturing.rbs.co.uk/gsf/GIF/default.htm*

1

NW 013707
NW013707

**EXHIBIT 56 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**DAVIES, Rob, Group Risk Mgmt**

| | |
|---|---|
| **From:** | O'Hear, Tony |
| **Sent:** | 29 August 2003 14:57 |
| **To:** | Nell, Dedrei (Group Risk Mgmt) |
| **Subject:** | FW: Interpal |

Dedrei,

████████████████████████████████████

████████████████████████████████

Tony O'Hear
Manager, Group Investigations & Fraud
0131 523 7879 Ext 27879

If you would like to know more about Group Investigations & Fraud, please access the Intranet link below.
*http://www.manufacturing.rbs.co.uk/gsf/GIF/default.htm*

-----Original Message-----
**From:** O'Hear, Tony
**Sent:** Friday, August 29, 2003 1.34 PM
**To:** Nell, Dedrei (Group Risk Mgmt)
**Subject:** Interpal

Dedrei,

There are 7 Sterling Accounts - Total Balances £████████Cr. In addition there is a US$ A/c ████████Cr & a Euro A/c ████████Cr.

We checked the account balances on Monday and the balances above, which are as at todays date, reflect the fact that there has been minimal debit activity on the above accounts over the last 4 days. ██████████████████████████████████████████████████████████████

As discussed an e-mail system has been set up between the Relationship Management Team in Romford and the Charities Commission ████████████████████████████████

Tony O'Hear
Manager, Group Investigations & Fraud
0131 523 7879 Ext 27879

If you would like to know more about Group Investigations & Fraud, please access the Intranet link below.
*http://www.manufacturing.rbs.co.uk/gsf/GIF/default.htm*

1

HIGHLY CONFIDENTIAL

**EXHIBIT 57 TO DECLARATION OF VALERIE SCHUSTER**

**(letter from Charity Commission to NatWest, 1 page)**

**FILED UNDER SEAL**

**EXHIBIT 58 TO DECLARATION OF VALERIE SCHUSTER**

**(emails between the Charity Commission and NatWest, 3 pages)**

**FILED UNDER SEAL**

**EXHIBIT 59 TO DECLARATION OF VALERIE SCHUSTER**

**(emails between the Charity Commission and NatWest, 3 pages)**

**FILED UNDER SEAL**

**EXHIBIT 60 TO DECLARATION OF VALERIE SCHUSTER**

**(emails between the Charity Commission and NatWest, 1 page)**

**FILED UNDER SEAL**

**EXHIBIT 61 TO DECLARATION OF VALERIE SCHUSTER**

**(email from the Charity Commission to NatWest, 1 page)**

**FILED UNDER SEAL**

**EXHIBIT 62 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**Woodley, Terry (CCB)**

| | |
|---|---|
| **From:** | O'Hear, Tony |
| **Sent:** | 17 September 2003 11:56 |
| **To:** | Woodley, Terry (CCB) |
| **Cc:** | RODGER, Irvine, CBFM Compliance |
| **Subject:** | INTERPAL |

Terry,

A Money Laundering Disclosure was submitted on the above customer back in June 2002 following ████████████████ The customer when asked confirmed that the payment originated from ████████████████ I appreciate it may not be a straightforward exercise but are you able to check if any other funds have been received from this specific organisation over the last 12 mths ?

Tony O'Hear
Manager, Group Investigations & Fraud
0131 523 3401 Ext 23401

If you would like to know more about Group Investigations & Fraud, please access the Intranet link below.
*http://www.manufacturing.rbs.co.uk/gsf/GIF/default.htm*

7 qics

1

HIGHLY CONFIDENTIAL

EXHIBIT 63 TO DECLARATION OF VALERIE SCHUSTER

FILED UNDER SEAL

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 19/09/2003 09:52
                                    NAME : NWB GREATER LDN EAST
                                    FAX  : 01708-733816
                                    TEL  :
```

```
DATE,TIME                      19/09  09:52
FAX NO./NAME                   CORP FOCUS
DURATION                       00:00:22
PAGE(S)                        01
RESULT                         OK
MODE                           STANDARD
                               ECM
```

# Fax

## ♻ NatWest

**Commercial Banking**

|  |  |
|---|---|
| **To:** | Noreen Bullock |
| **Company:** | Enfield CST |
| **Fax No:** | |
| **Phone No:** | |
| **From:** | Terry Woodley<br>Assistant Manager<br>Commercial Office |
| **Date:** | 19 July 2003 |
| **No of Pages**<br>(Including header): | 1 |
| **Subject** | **INTERPAL** |

1st Floor
10 South Street
Romford
Essex, RM1 1BD

Tel: 01708 774529
Fax: 01708 733816
E-mail:
www.natwest.com

Please call us if this fax transmission is incomplete or illegible.
This message is confidential and for use by the addressee only. The contents are not to be disclosed to anyone other than the addressee.
Please advise the sender immediately by telephone of any error in transmission.

Hi Noreen

I need your help with the following matter.

We have been ordered from the Charity Commission ▮▮▮▮▮▮▮▮

We have been asked to order the last 12 months 'copy ledgers' so that the debits can be reviewed. As this is an urgent request I should be grateful if you would assist me in obtaining the ledgers on the following accounts:

| | | | | | |
|---|---|---|---|---|---|
| 95142940 | 600822 | 95142975 | 600822 | | 600822 |
| 95142959 | 600822 | 95142983 | 600822 | | |
| 95142967 | 600822 | 95145397 | 600822 | | |

**EXHIBIT**

_Woodle, 46_
_4 May 2010_

HIGHLY CONFIDENTIAL

NW 012978
NW012978

EXHIBIT 64 TO DECLARATION OF VALERIE SCHUSTER

FILED UNDER SEAL

```
TRANSMISSION VERIFICATION REPORT

                                    TIME : 19/09/2003 10:08
                                    NAME : NWB GREATER LDN EAST
                                    FAX  : 01708-733816
                                    TEL  :

DATE,TIME              19/09  10:07
FAX NO./NAME           902076725929
DURATION               00:00:24
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Fax

## ♻ NatWest

**Commercial Banking**

1st Floor
10 South Street
Romford
Essex, RM1 1BD

| | |
|---|---|
| **To:** | Jane Edwards |
| **Company:** | IBC |
| **Fax No:** | 020 7672 5929 |
| **Phone No:** | |
| **From:** | Terry Woodley<br>Assistant Manager<br>Commercial Office |
| **Date:** | 19 July 2003 |
| **No of Pages**<br>(including header): | I |
| **Subject** | INTERPAL |

Tel: 01708 774529
Fax: 01708 733816
E-mail:
www.natwest.com

Please call us if this fax transmission is incomplete or illegible.
This message is confidential and for use by the addressee only. The contents are not to be disclosed to anyone other than the addressee.
Please advise the sender immediately by telephone of any error in transmission.

Hello Jane

I need your help with the following matter.

We have been ordered from the Charity Commission ████████████

We have been asked to order the last 12 months 'copy ledgers' so that the debits can be reviewed.  As this is an urgent request I should be grateful if you would assist me in obtaining the ledgers on the following accounts:

████████████████████████████████

Please order and send them for my attention at the Romford CBC.

Sorry to bother you with this and please accept my gratitude for you help

**EXHIBIT**

Woodley 47
4 May 2010

HIGHLY CONFIDENTIAL

NW 052586
NW052586

EXHIBIT 65 TO DECLARATION OF VALERIE SCHUSTER

FILED UNDER SEAL

## In The Matter Of:

*TZVI WEISS, et al - NATAN APPLEBAUM, et al v. NATIONAL WESTMINSTER BANK, PLC.*

---

*TERRY WOODLEY*

*October 4, 2010*

---

*European Deposition Services*

*59 Chesson Road*

*London W149QS*

*England*

*United Kingdom*

Original File Woodley4thOctober.txt

Min-U-Script® with Word Index

TZVI WEISS, et al – NATAN APPLEBAUM, et al v.
NATIONAL WESTMINSTER BANK, PLC.

TERRY WOODLEY
October 4, 2010

---

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TZVI WEISS, et al,
                    Plaintiffs,     )
                                     )   Action No:
v.                                   )   05cv4622(CPS)(MDG)
                                     )
NATIONAL WESTMINSTER                 )
BANK, PLC.,                          )
                    Defendant.       )

---

NATAN APPLEBAUM, et al,
                    Plaintiffs,     )
                                     )
v.                                   )
                                     )
NATIONAL WESTMINSTER                 )
BANK, PLC.,                          )
                    Defendant.       )

---

VIDEOTAPED DEPOSITION OF TERRY WOODLEY

VOLUME I

Monday, October 4, 2010

AT 8:17 a.m.

Taken at:

CLEARY, GOTTLIEB, STEEN & HAMILTON
55 Basinghall Street, London
United Kingdom

---

Page 2

A P P E A R A N C E S

For Plaintiff Tzvi Weiss:

AITAN D. GOELMAN
Zuckerman Spaeder LLP
1800 M Street, NW
Washington, DC 20036-5802
Tel: 202.778.1800

For Plaintiff Natan Applebaum:

JOEL L. ISRAEL
Sayles & Werbner
4400 Renaissance Tower
1202 Elm St.
Dallas, Texas 75270
Tel: 214 939 87631

For Defendant National Westminster Bank, PLC:

JONATHAN I. BLACKMAN ESQ.

VALERIE SCHUSTER
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470
Tel: 302 351 9415

COURT REPORTER:

GEORGINA FORD, ACR, MAVSTTR, MBIVR
European Deposition Services
59 Chesson Road
London, W14 9QS
Tel: 44 (020) 7385 0077

VIDEOGRAPHER: SIMON RUTSON

THE EXAMINER: ADRIAN HUGHES, QUEEN'S
COUNSEL

---

Page 3

I N D E X

| DEPONENT | PAGE |
|---|---|
| MR. TERRY WOODLEY | 6 |
| | |
| Examination by MR. GOELMAN | 6 |
| Examination by MR. ISRAEL | 181 |
| Examination by MR. BLACKMAN | 183 |

E X H I B I T S

| No. | Description | PAGE |
|---|---|---|
| Exhibit 1 | Letter dated 2 April 2002 | 18 |
| Exhibit 2 | Letter dated 14 August 2002 | 21 |
| Exhibit 3 | Fax dated 21 August 2002 | 21 |
| Exhibit 4 | Fax dated 21 November 2002 | 28 |
| Exhibit 5 | Synopsis of customer meeting dated 27 January 2003 | 32 |
| Exhibit 6 | Synopsis of customer meeting dated 20 March 2002 | 41 |
| Exhibit 7 | Bates NWC0008381 - 008398 | 45 |
| Exhibit 8 | Internal memo | 54 |
| Exhibit 9 | Letter dated 1 August 2002 | 60 |
| Exhibit 10 | E-mail chain, Bates NW012954 | 64 |
| Exhibit 11 | E-mail dated 4 February 2003 | 68 |
| Exhibit 12 | E-mail chain, Bates NW 217191 | 74 |
| Exhibit 13 | Document entitled "New commercial customer credit application" | 78 |
| Exhibit 14 | Document entitled "Sanction summary sheet" | 88 |
| Exhibit 15 | Letter dated 25 March | 90 |
| Exhibit 16 | Bates NW011318 - 011337 | 93 |
| Exhibit 17 | Bates NW011298 - 011317 | 95 |
| Exhibit 18 | Bates NW012504 - 012509 | 97 |
| Exhibit 19 | Bates NW010797 - 010798 | 102 |
| Exhibit 20 | Bates NW010782 - 010783 | 105 |
| Exhibit 21 | Bates NW010780 - 010781 | 106 |
| Exhibit 22 | Bates NW010786 - 010787 | 106 |
| Exhibit 23 | Bates NW010788 - 010789 | 107 |
| Exhibit 24 | Bates NW010784 - 010785 | 107 |
| Exhibit 25 | Fax dated 15 May 2003 | 109 |
| Exhibit 26 | Bates NW013359 - 013362 | 113 |
| Exhibit 27 | Fax dated 3 June 2003 | 117 |
| Exhibit 28 | E-mail chain dated 16 May 2003 | 122 |
| Exhibit 29 | Document entitled "Payment debit confirmation" | 124 |

Page 4

| Exhibit 30 | Fax dated 10 July 2003 | 125 |
| Exhibit 31 | Document entitled "Interpal" | 125 |
| Exhibit 32 | E-mail chain dated 14 July 2003 | 137 |
| Exhibit 33 | Fax dated 19 July 2003 from Terry Woodley to Noreen Bullock | 141 |
| Exhibit 34 | Fax dated 19 July 2003 from Terry Woodley to Jane Edwards | 145 |
| Exhibit 35 | Bates NW052834 | 148 |
| Exhibit 36 | Memorandum dated 27 August 2003 | 151 |
| Exhibit 37 | E-mail dated 27 August 2003 | 155 |
| Exhibit 38 | E-mail dated 28 August 2003 | 157 |
| Exhibit 39 | E-mail dated 28 August 2003 | 161 |
| Exhibit 40 | Bates NW008430 - 008439 | 164 |
| Exhibit 41 | Bates NW067966 - 067968 | 169 |
| Exhibit 42 | Bates NW068036 - 068040 | 171 |
| Exhibit 43 | E-mail dated 17 September 2003 | 174 |
| Exhibit 44 | Charity Commission letter dated 24 September 2003 | 177 |
| Exhibit 45 | Bates NW012586 - 012589 | 178 |
| Exhibit 46 | Fax dated 19 July 2003 to Noreen Bullock | 184 |
| Exhibit 47 | Fax dated 19 July 2003 to Jane Edwards | 184 |

---

TZVI WEISS, et al - NATAN APPLEBAUM, et al v.
NATIONAL WESTMINSTER BANK, PLC.

TERRY WOODLEY
October 4, 2010

Page 145

1    A.  Yes.
2    Q.  Is it fair to say that you considered this at
3  the time to be important?
4    A.  I don't recall.
5    Q.  Would you typically write that a request was
6  urgent if you considered it to be unimportant?
7    A.  No.
8    Q.  "Sorry to bother you with this and please accept
9  my gratitude for your help.
10       "If you have any queries Belinda or myself on
11  the number above."
12       Do you see that?
13    A.  Yes.
14    Q.  And you have no recollection of writing this
15  memo?
16    A.  No.
17    MR. GOELMAN:  Woodley 34, please.
18    (Exhibit Woodley 34 marked for identification.)
19    This is Bates stamp NW052588.
20  BY MR. GOELMAN:
21    Q.  Have you had a chance to review this,
22  Mr. Woodley?
23    A.  Yes.
24    Q.  Does this also appear to be a fax that you
25  authored on July 19 2003?

Page 146

1    A.  Yes.
2    Q.  You sent this one to Jane Edwards at IBC?
3    A.  Yes.
4    Q.  What is IBC?
5    A.  I believe it's the International Banking Center.
6    Q.  And do you know Ms. Edwards there?
7    A.  No, I don't recall.
8    Q.  Is there a reason that the -- you see that there
9  is a request for ledgers for three different accounts?
10    A.  Yes.
11    Q.  And the subject is Interpal?
12    A.  Yes.
13    Q.  Is there a reason that IBC would have the
14  ledgers for those three Interpal accounts while Enfield
15  CST would have the ledgers for the seven accounts listed
16  in Woodley 33?
17    A.  Yes, in Woodley 34 they refer to foreign
18  accounts, U.S. dollar and the Euro.
19    Q.  So IBC would have accounts that are denominated
20  in foreign currencies?
21    A.  Yes.
22    Q.  And Enfield CST would have accounts denominated
23  in pounds?
24    A.  Yes.
25    Q.  Again, you write in this case:

Page 147

1    "Hello Jane ... we have been ordered from the
2  Charity Commission ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4    A.  Yes.
5    Q.  Is this your signature at the bottom?
6    A.  Yes.
7    Q.  No reason to believe that you didn't write this
8  memo?
9    A.  No.
10    Q.  Something that you would've written and
11  maintained in the ordinary course of your work at NatWest?
12    A.  Yes.
13    Q.  Do you recall receiving from the IBC the ledgers
14  that you asked for in this case?
15    A.  No.
16    Q.  Do you know whether or not you or anyone else
17  reviewed the debits from those letters?
18    A.  No, I don't recall.
19    Q.  Had you not received the copy ledgers as
20  requested here is that something you would have followed
21  up on?
22    A.  Yes.
23    Q.  These fax memos that you authored are dated
24  July 19 2003, right?
25    A.  Yes.

Page 148

1    Q.  When you authored a fax memo like this is the
2  date something that you would enter manually?
3    A.  Yes.
4    Q.  So there was not a program to automatically put
5  in the date that it was created?
6    A.  I don't recall.
7    Q.  You don't have any reason to believe that these
8  faxes were not actually created on the date indicated?
9    A.  No.
10    Q.  Can you look at Woodley 32, please?
11    A.  Yes.
12    Q.  Does that indicate that you got an e-mail from
13  Ms. Piggott relating to Interpal and the complaints that
14  you had related to her on July 14 2003?
15    A.  Yes.
16    Q.  Then Woodley 33 and Woodley 34 were created five
17  days later?
18    A.  Yes.
19    Q.  And they reflect an order from the
20  Charity Commission ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21    A.  Yes.
22    Q.  But you don't recall anything about that.
23    A.  No, I don't recall.
24    (Exhibit Woodley 35 marked for identification.)
25    Q.  For the record, this is Bates stamped NW052834.

TZVI WEISS, et al - NATAN APPLEBAUM, et al v.
NATIONAL WESTMINSTER BANK, PLC.

TERRY WOODLEY
October 4, 2010

Page 181

1  RM?
2      A.  Yes.
3      Q.  Who was that?
4      A.  I don't recall the gentleman's name.
5      Q.  Was it Clyde Bray?
6      A.  Yes, that's correct.
7      Q.  Did you take any steps to transition to Mr. Bray
8  the customers that you had been working with Ms. Lane on?
9      A.  I don't recall.
10     Q.  During the years that you spent at NatWest, did
11  you ever complete a form that reported a customer
12  internally for suspicious activity?
13     A.  I don't recall.
14     Q.  Would you have known how to go about doing that?
15     A.  I don't recall.
16         MR. GOELMAN: I am going to pass the witness.
17         MR. ISRAEL: I have about five minutes.
18         THE EXAMINER: What is the time for changing?
19         THE VIDEOGRAPHER: 1:44.
20  Examination by MR ISRAEL:
21     Q.  I just have a few minutes of questions just to
22  clear up a few points and then we will let your attorney
23  ask you some questions.
24         How many years total were you in the banking
25  industry until you recently left?

Page 182

1      A.  14.
2      Q.  Am I correct that nine of those were with
3  NatWest?
4      A.  Yes.
5      Q.  During the 14 years that you were in the banking
6  industry, excluding Interpal, do you recall any of your
7  customers being suspected of terror financing?
8      A.  No, I don't recall.
9      Q.  During your 14 years in the banking industry,
10  excluding Interpal, do you recall any of your customers
11  having their accounts frozen?
12     A.  I don't recall.
13     Q.  Did I understand correctly that it was not your
14  normal practice with NatWest to meet with a customer in
15  person?
16     A.  For me as an assistant, yes.
17     Q.  So it was not your normal practice, correct?
18     A.  No.
19     Q.  Excluding Interpal and just focusing on your
20  time with NatWest, do you recall interacting with the
21  Charities Commission pertaining to any of your customers?
22     A.  No, I don't.
23     Q.  Excluding Interpal, do you recall interacting
24  with the CBFM Compliance Department related to any of your
25  customers?

Page 183

1      A.  No, I don't.
2      Q.  Excluding Interpal, do you recall interacting
3  with the CBFM Money Laundering Prevention Unit related to
4  any of your customers?
5      A.  No, I don't.
6      Q.  Excluding Interpal, do you recall interacting
7  with RBS Group Litigation pertaining to any of your
8  customers?
9      A.  No, I don't.
10     Q.  Am I correct that you don't recall having seen
11  any Goalkeeper reports while at NatWest?
12     A.  Yes, that's correct.
13     Q.  You didn't recall the term Goalkeeper reports,
14  correct?
15     A.  That's correct.
16     Q.  Excluding Interpal, do you recall any other
17  instances of interacting with Group Investigations and
18  Fraud related to any of your customers?
19     A.  No, I don't.
20         MR. ISRAEL: I will pass the witness.
21  Examination by MR BLACKMAN:
22     Q.  Could you put in front of yourself 33 and 34.
23  I would like the Court Reporter to mark two new exhibits.
24  Let us call them 33A --
25         THE EXAMINER: You are marking them as ...?

Page 184

1         MR. GOELMAN: I object to marking these as
2  a continuation of this exhibit.  You should mark
3  them consecutively as the --
4         THE EXAMINER: Let us mark them as 46 and 47.
5     (Exhibit Woodley 46 marked for identification.)
6     (Exhibit Woodley 47 marked for identification.)
7         THE EXAMINER: Which one is which, please?
8         MR BLACKMAN: 46 is the one that has the name
9  Noreen Bullock on it.  Do you see that?
10        THE WITNESS: Yes.
11  BY MR BLACKMAN:
12     Q.  I would like you to compare exhibit 46 with
13  exhibit 33 and, directing your attention to the top of
14  exhibit 46, can you tell us what the difference is between
15  exhibit 46 and exhibit 33?
16     A.  46 has a fax header on the top of it.
17     Q.  And can you read what that says?
18     A.  Transmission verification report.
19     Q.  Do you know what those words mean?
20     A.  Yes.
21     Q.  What do they mean?
22     A.  It confirms when a fax was sent.
23     Q.  And if you look now to the right-hand below
24  that, what time does it give?
25     A.  It gives 9.52.

European Deposition Services
Tel: +44 207 385 0077  www.european-depositions.com

TZVI WEISS, et al – NATAN APPLEBAUM, et al v.
NATIONAL WESTMINSTER BANK, PLC.

TERRY WOODLEY
October 4, 2010

Page 185

1   Q.  What date?
2   A.  On 19/9/2003.
3   Q.  What month, I am sorry?
4   A.  September.
5   Q.  So 9/19/2003.  Then below that it has a box that
6   says date, time and is that the same, 19/9?
7   A.  Yes, it is 19/09.
8   Q.  Now you will see that below that is the text of
9   what we already looked at as exhibit 33, correct?
10  A.  Yes.
11  Q.  Based on your experience at the bank, are there
12  any inferences that you can draw in comparing the header
13  portion with the date in the text of the fax?
14      MR. GOELMAN: Objection: form.
15  BY MR BLACKMAN:
16  Q.  You may answer.
17  A.  It is a different date on the memo.
18  Q.  Do you think you made a mistake in putting the
19  date of July 19?
20      MR. GOELMAN: Objection to leading.
21      THE WITNESS: I could have done.
22  BY MR BLACKMAN:
23  Q.  I am now showing you exhibit 34.  If you can
24  switch to that and take a look at that and then compare
25  that to exhibit 46.  Do you have exhibit 46?  Do these

Page 186

1   have numbers on them?  47, I am sorry.
2       Compare exhibit 47 with exhibit 34.  Can you --
3   A.  47 is a fax header that shows the date and time
4   that the fax 34 was sent.
5   Q.  That is the one that is addressed to Jane
6   Edwards?
7   A.  That's correct.
8   Q.  What is the date the fax header indicates the
9   fax was sent?
10  A.  19 September 2003.
11  Q.  Same question that I asked you about comparing
12  exhibit 33 with exhibit 46: any inference you can draw
13  from the difference in the dates?
14      MR. GOELMAN: Objection: form.
15      THE WITNESS: Again, it could have been an error
16  on my behalf.
17  BY MR BLACKMAN:
18  Q.  You mean you could have sent it on 19 September?
19  A.  Had the date incorrect on the original memo.
20      MR BLACKMAN: Okay.  I have no further
21  questions.
22      THE EXAMINER: Does anyone else have any
23  follow-up questions?
24      MR. GOELMAN: No thank you.  No questions.
25      THE EXAMINER: So, Mr. Woodley, that completes

Page 187

1   your examination.  Thank you very much for attending and
2   assisting the court and thank you counsel on both sides
3   for your very efficient conduct and thank you to the
4   videographer and stenographer.  That is the end of the
5   proceeding.
6       THE VIDEOGRAPHER: Off the record 1:52.  End of
7   tape 3, volume 1, concludes the deposition of Mr. Terry
8   Woodley.
9       (Whereupon, the deposition concluded at 1:52 pm)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 188

1
2           CERTIFICATE OF DEPONENT
3
4   I hereby certify that I have read the foregoing pages,
5   numbered 1 through 190, of my deposition of testimony taken
6   in these proceedings on Tuesday, October 4 2010, and, with
7   the exception of the changes listed on the next page and/or
8   corrections, if any, find them to be a true and accurate
9   transcription thereof.
10
11
12
13
14  Signed:  ......................
15  Name:   TERRY WOODLEY
16  Date:  ......................
17
18
19
20
21
22
23
24
25