**EXHIBIT 66 TO DECLARATION OF VALERIE SCHUSTER**

## THE CHARITY COMMISSION 24 SEPTEMBER 2003

### Palestinians Relief and Development Fund

Registered Charity No. 1040094 (INTERPAL)

### Introduction

1. This report is the statement of the results of the Charity Commission's Inquiry under Section 8 of the Charities Act 1993 ("1993 Act") into the affairs of the Palestinians Relief and Development Fund, known as INTERPAL.

2. INTERPAL was registered as a charity in August 1994. INTERPAL provides aid to, assists, guides and comforts poor and needy Palestinians in the West Bank and Gaza strip, Jordan and Lebanon. It aims to relieve the hardship and suffering of these distressed persons by co-operating or working with other charitable organisations in the region. INTERPAL is based in London. Its income for the year ended 31 December 2001 was in excess of £4 million.

### Background and issues

3. INTERPAL had been subject to a Charity Commission inquiry in 1996 into allegations that some of its funds had been misappropriated for the political or violent militant activities of Hamas in Palestine. This inquiry found no evidence of inappropriate activity, and the information available indicated that INTERPAL was a well-run organisation. A small number of suggestions were made on how the charity could further improve its procedures.

4. In April 2003 the Commission contacted INTERPAL's trustees because similar allegations had been made. The Commission's aim was to determine how INTERPAL's working practises had changed, if at all, since 1996, especially in light of the increased tensions during recent years in the region. Detailed examination of INTERPAL's practises and record keeping found that it had improved its procedures and record keeping since the Commission's previous Inquiry, although these procedures could be further enhanced by introducing a greater degree of independent verification of the work done by INTERPAL's partners in the region on its behalf.

4. During the course of this correspondence the Commission learned that INTERPAL had received funds from The Al-Aqsa Foundation in the Netherlands. The Al-Aqsa Foundations in the Netherlands and various other countries had their assets frozen

under United Nations sanctions in May 2003 for allegedly supporting terrorist activities. Closer inspection of the records relating to INTERPAL's relationship with The Al-Aqsa Foundation in the Netherlands revealed that the funds received were in respect of humanitarian work already carried out by INTERPAL and then invoiced to The Al-Aqsa Foundation.

5. On 21 August 2003, in a Presidential decree, the Government of the United States of America (US Authorities) designated INTERPAL as a "Specially Designated Global Terrorist" organisation for allegedly supporting Hamas' political or violent militant activities. The Commission concluded that these were serious allegations and in line with its well-publicised policy opened an Inquiry into INTERPAL under section 8 of the Charities Act 1993 on 26 August. The principal aim of the Inquiry was to investigate these allegations with a view to determining what, if any, remedial action was necessary to address the issues.

**Actions taken**

6. The Commission used its powers to act in the interests of charities and their beneficiaries under Section 18 of the 1993 Act by freezing INTERPAL's bank accounts as a temporary and protective measure on 26 August whilst it investigated the allegations. This 'freezing' order allowed INTERPAL to apply to the Commission for release of funds to fulfil its charitable purposes. In the course of the inquiry, INTERPAL applied for release of small amounts of funds. The Commission agreed to these releases.

7. Also, as part of its investigation, the Commission formally requested the US Authorities to provide evidence to support the allegations made against INTERPAL. The Commission is mindful of the possible consequences for INTERPAL's beneficiaries of the Commission's actions, and therefore requested the US Authorities to provide evidence to support their allegations within a reasonably short period of time.

**Findings and outcomes**

8. The US Authorities were unable to provide evidence to support allegations made against INTERPAL within the agreed timescale

9. The Commission concluded that in the absence of any clear evidence showing INTERPAL had links to Hamas' political or violent militant activities, INTERPAL's bank accounts should be unfrozen

and the Inquiry closed. The bank accounts were 'unfrozen' and the Inquiry was closed on 24 September 2003.

## Wider issues

10. The Charity Commission is alert to the possibilities of charities being used to further or support terrorist activities. It will deal with any allegation of potential links between a charity and terrorist activity as an immediate priority. Where such allegations are made we will liaise closely with relevant intelligence, security and law enforcement agencies to facilitate a thorough investigation. As an independent statutory regulator, the Commission will make its own decisions on the law and facts of the case.

11. The Commission's own work reveals that connections or links between registered charities in England and Wales and terrorist organisations are very rare. However, any links between charities and terrorist activity are totally unacceptable and corrosive of public confidence in charities. 'Links' in this case might include fundraising or provision of facilities, but also include formal or informal links to organisations 'proscribed' under the Terrorism Act 2000, and any subsequent secondary legislation.

12. Active collaboration between charities and terrorist organisations is a police matter that may lead to serious criminal charges. Where allegations are made to the Commission or suspicions arise as a result of the Commission's work, the Commission will inform the relevant law enforcement agencies immediately and co-operate fully with the criminal investigation.

13. Where a charity's activities may give, or appear to give, support or succour to any terrorist activity, the Commission expects the charity's trustees to take immediate steps to disassociate the charity from the activity. We expect trustees to be vigilant to ensure that a charity's premises, assets, volunteers or other goods cannot be used for activities that may, or appear to, support or condone terrorist activities. Examples include the use of a charity's premises for fundraising or meetings.

14. Charities should take all necessary steps to ensure their activities could not be misinterpreted. The Commission expects trustees and charities to ensure their activities are open and transparent, for example, when transferring assets abroad. We hold trustees accountable for ensuring that procedures are put in place to ensure that terrorist organisations cannot take advantage of a charity's status, reputation, facilities or assets.

**EXHIBIT 67 TO DECLARATION OF VALERIE SCHUSTER**

**(letter from the Charity Commission to NatWest, 1 page)**

**FILED UNDER SEAL**

**EXHIBIT 68 TO DECLARATION OF VALERIE SCHUSTER**



BBC | CATEGORIES  TV  RADIO  COMMUNICATE  WHERE I LIVE  INDEX  SEARCH

**BBC NEWS**

Last Updated: Wednesday, 24 September, 2003, 10:53 GMT 11:53 UK

✉ E-mail this to a friend   🖨 Printable version

News Front Page
World
England
Northern Ireland
Scotland
Wales
Business
Politics
Health
Education
Science/Nature
Technology
Entertainment
------------
Have Your Say
------------
Magazine
------------
Country Profiles
In Depth
------------
Programmes
------------
RELATED SITES

LANGUAGES

## UK Muslim charity cleared of Hamas link

By Dominic Casciani
BBC News Online community affairs reporter

**The Charity Commission has confirmed to the BBC that it is dropping an investigation into one of Britain's leading Muslim charities after allegations that it was linked to Palestinian militants Hamas.**

Campaigning website: Charity says work continues

The charity, known as Interpal, had its accounts frozen last month after the US government accused it of funding Palestinian terrorist activity in the West Bank.

But a spokesman for the Charity Commission said Washington had provided no evidence to substantiate the claim that Interpal was associated to political or militant activities.

The affairs has caused uproar among British Muslims who have accused Washington and Israeli authorities of trying to stop the charity's humanitarian work.

Commite de Bienfaisance et de Secours aux Palestiniens (CBSP), France.
Association de Secours Palestinien (ASP), Switzerland
Interpal, UK
Palestinian Association, Austria
Sanabil Association for Relief and Development, Lebanon
Source: US Treasury

Ibrahim Hewitt, chairman of the charity, said: "We are delighted and now we can get back to real business of humanitarian aid and relief of the Palestinians."

Interpal, also known as the Palestinians Relief and Development Fund, was one of five Europe-based groups to have their assets frozen by the US Treasury Department following August's suicide bombing on a Jerusalem bus which left 20 dead.

Officials accused Interpal of being "a principal charity utilised to hide the flow of money to Hamas".

But the charity, founded in 1994, raised some £4m in 2001. It says funds raised in the UK are distributed to partner charities in the region.

**SEE ALSO:**
Muslims fight on over banned charity
11 Sep 03 | UK
Hamas 'may escape total funding freeze'
29 Aug 03 | Business
UK charity's assets frozen
28 Aug 03 | Business
UK likely to ban Hamas political wing
26 Aug 03 | Middle East
US freezes Hamas accounts
23 Aug 03 | Middle East

**RELATED INTERNET LINKS:**
Interpal
Charity Commission
US Treasury
The BBC is not responsible for the content of external internet sites

**TOP UK STORIES NOW**

Case 1:05-cv-04622-DLI-RML   Document 267-4   Filed 03/22/12   Page 8 of 369 PageID #:
9250
BBC NEWS | UK | UK Muslim charity cleared of Hamas link                    Page 2 of 3

The charity has also threatened to sue the British Board of Jewish Deputies after its website repeated the allegations. The organisation has since retracted the comments.

**No terrorism links**

In a statement, the Charity Commission said it has first begun investigations into Interpal in April 2003.

It said it had found Interpal had received funds from the Al-Aqsa Foundation - a Dutch organisation whose assets had been frozen under United Nations' sanctions for allegedly supporting terrorist activities.

But scrutiny of Interpal's records showed the payments were for humanitarian work already undertaken by the charity.

"The American authorities were unable to provide evidence to support their allegations so the Commission has unfrozen the charity's bank accounts and closed its inquiry," said the statement.

Simon Gillespie, director of operations at the Charity Commission, said: "As the independent charity regulator it is our duty to look into serious allegations about charities' links to terrorism.

"At the same time, we must have sufficient evidence to warrant an inquiry continuing.

"We have moved swiftly to reach a conclusion on this case because of the possible adverse impact of our actions on the charity's beneficiaries."

The Commission investigated Interpal in 1996 because of similar allegations.

No evidence was found to support them and the inquiry was closed, concluding that, at that time, the charity was a well-run organisation.

Returning to the charity this year, the Charity Commission said it had found Interpal had acted on its 1996 advice and improved various record-keeping procedures.

■ E-mail this to a friend          🖶 Printable version

**LINKS TO MORE UK STORIES**

Select                                    🖼 🖾

HIGHLY CONFIDENTIAL                                                    NW 012944
                                                                       NW012944

© BBC MMIII                                                        Back to top ^^

**News Front Page | World | UK | England | Northern Ireland | Scotland | Wales | Politics**
**Business | Entertainment | Science/Nature | Technology | Health | Education**
Have Your Say | Magazine | Country Profiles | In Depth | Programmes

BBCi Homepage >> | BBC Sport >> | BBC Weather >> | BBC World Service >>

Help | Feedback | News sources | Privacy | About the BBC

http://news.bbc.co.uk/1/hi/uk/3135392.stm                          24/09/03

HIGHLY CONFIDENTIAL                                                NW 012945
NW012945

**EXHIBIT 69 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

| 04 | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | CMD# | STATUS |
|----|------|------|---------|------|---------|-----|------|--------|
| 04 | 10/06 | 08:34 | 02073754106 | EC--S | 00'51" | 003 | 159 | OK |

## RBS

The Royal Bank of Scotland Group
**Group Litigation, London**

**Facsimile**

2nd Floor
1 Princes Street
London,  EC2R 8PB

Telephone:   020 7714 4442
Facsimile:    020 7714 4455
(Int 4940 + ext.)

| To: Damien Connor | From: Ian Burfoot |
|---|---|
| Group Risk Management | Senior Litigation Officer |
| | Group Litigation London |
| Fax: 020 7375 4106 | Pages 3 |
| Phone: | Date: 6 October 2003 |
| Re: Interpal | cc: |

· **Important:** this message is sent in confidence for use by the addressee only. It contains privileged and/or confidential information. The recipient, if not the addressee, is hereby notified that unauthorised use of the information is prohibited. Please advise the sender of any error in transmission and return the papers to us at our cost.

**PRIVILEGED & CONFIDENTIAL**

Ref LIT/INJ 18121/IB

Damien

Further to Tony's e-mail of yesterday I enclose a copy of the Charity Commission's letter

██████████████████████████████████████████████████████

Ian

The Royal Bank of Scotland Group plc
Registered in Scotland No 45551
Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB

Agency agreements exist between members of The Royal Bank of Scotland Group

HIGHLY CONFIDENTIAL

NW 013641
NW013641

# Facsimile

**RBS**
*The Royal Bank of Scotland Group*
**Group Litigation, London**

2ⁿᵈ Floor
1 Princes Street
London, EC2R 8PB

Telephone: 020 7714 4442
Facsimile: 020 7714 4455
(Int 4940 + ext.)

| | |
|---|---|
| **To:** Damien Connor | **From:** Ian Burfoot |
| Group Risk Management | Senior Litigation Officer |
| | Group Litigation London |
| **Fax:** 020 7375 4106 | **Pages** 3 |
| **Phone:** | **Date:** 6 October 2003 |
| **Re:** Interpal | **CC:** |

· **Important: this message is sent in confidence for use by the addressee only. It contains privileged and/or confidential information. The recipient, if not the addressee, is hereby notified that unauthorised use of the information is prohibited. Please advise the sender of any error in transmission and return the papers to us at our cost.**

## PRIVILEGED & CONFIDENTIAL

Ref LIT/INJ 18121/IB

Damien

Further to Tony's e-mail of yesterday I enclose a copy of the Charity Commission's letter

Ian

The Royal Bank of Scotland Group plc
Registered in Scotland No 45551
Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB

Agency agreements exist between members of The Royal Bank of Scotland Group

HIGHLY CONFIDENTIAL



NW 013642
NW013642

HIGHLY CONFIDENTIAL

NW 013643
NW013643

# Charity
## COMMISSION
### for England and Wales

HIGHLY CONFIDENTIAL

Filed your accounts and returns yet? Defaulters are shown on the register at:




NW 013644
NW013644

**EXHIBIT 70 TO DECLARATION OF VALERIE SCHUSTER**

**DAVIES, Rob, Group Risk Mgmt**

| | |
|---|---|
| **From:** | Richardson, Peter (Op Risk) |
| **Sent:** | 24 September 2003 13.05 |
| **To:** | Brand, Derek; RODGER, Irvine, CBFM Compliance; Hoseason, Michael (Group Fraud); O'Hear, Tony; Nell, Dedrei (Group Risk Mgmt) |
| **Cc:** | Miller, Fiona (Op Risk) |
| **Subject:** | BBC web site - stop press – fyi |

UK Muslim charity cleared of Hamas link

The Charity Commission has confirmed to the BBC that it is dropping an investigation into one of Britain's leading Muslim charities after allegations that it was linked to Palestinian militants Hamas.

The charity, known as Interpal, had its accounts frozen last month after the US government accused it of funding Palestinian terrorist activity in the West Bank.

But a spokesman for the Charity Commission said Washington had provided no evidence to substantiate the claim that Interpal was associated to political or militant activities.

The affairs has caused uproar among British Muslims who have accused Washington and Israeli authorities of trying to stop the charity's humanitarian work.

Ibrahim Hewitt, chairman of the charity, said: "We are delighted and now we can get back to real business of humanitarian aid and relief of the Palestinians."

Interpal, also known as the Palestinians Relief and Development Fund, was one of five Europe-based groups to have their assets frozen by the US Treasury Department following August's suicide bombing on a Jerusalem bus which left 20 dead.

Officials accused Interpal of being "a principal charity utilised to hide the flow of money to Hamas".

But the charity, founded in 1994, raised some £4m in 2001. It says funds raised in the UK are distributed to partner charities in the region.

The charity has also threatened to sue the British Board of Jewish Deputies after its website repeated the allegations. The organisation has since retracted the comments.

No terrorism links

In a statement, the Charity Commission said it has first begun investigations into Interpal in April 2003.

It said it had found Interpal had received funds from the Al-Aqsa Foundation - a Dutch organisation whose assets had been frozen under United Nations' sanctions for allegedly supporting terrorist activities.

But scrutiny of Interpal's records showed the payments were for humanitarian work already undertaken by the charity.

"The American authorities were unable to provide evidence to support their allegations so the Commission has unfrozen the charity's bank accounts and closed its inquiry," said the statement.

Simon Gillespie, director of operations at the Charity Commission, said: "As the independent charity regulator it is our duty to look into serious allegations about charities' links to terrorism.

"At the same time, we must have sufficient evidence to warrant an inquiry continuing.

"We have moved swiftly to reach a conclusion on this case because of the possible adverse impact of our actions on the charity's beneficiaries."

The Commission investigated Interpal in 1996 because of similar allegations.

No evidence was found to support them and the inquiry was closed, concluding that, at that time, the charity was a well-run organisation.

Returning to the charity this year, the Charity Commission said it had found Interpal had acted on its 1996 advice and improved various record-keeping procedures.

1

HIGHLY CONFIDENTIAL

**EXHIBIT 71 TO DECLARATION OF VALERIE SCHUSTER**

## DAVIES, Rob, Group Risk Mgmt

| | |
|---|---|
| **From:** | Brand, Derek |
| **Sent:** | 24 September 2003 16:02 |
| **To:** | RODGER, Irvine, CBFM Compliance; FOSTER, Stephen James, Group Risk Mgmt |
| **Cc:** | Hoseason, Michael (Group Fraud); O'Hear, Tony; Richardson, Peter (Op Risk). Miller, Fiona (Op Risk); Nell, Dedrei (Group Risk Mgmt) |
| **Subject:** | Interpal |
| | |
| **Importance:** | High |

Good afternoon,

As you may be aware, the above Charity a/c has been cleared by the Charities Commission of any wrong doing and/or links with Hamas.
I attach the links to web sites as confirmation -

http://www.charity-commission.gov.uk/

http://news.bbc.co.uk/1/hi/uk/3135392.stm


***Redacted - Privileged***


Regards

**Derek Brand**
**CMAU, GI&F, Manufacturing**
**Tel - 0131 525 1642**
**Int - X 21642**
**Fax - 0131 523 2125**

1

NW 013702
NW013702

**EXHIBIT 72 TO DECLARATION OF VALERIE SCHUSTER**

**DAVIES, Rob, Group Risk Mgmt**

| | |
|---|---|
| **From:** | Nell, Dedrei (Group Risk Mgmt) |
| **Sent:** | 24 September 2003 16:27 |
| **To:** | Connor, Damien (Group Risk Mgmt) |
| **Cc:** | FOSTER, Stephen James, Group Risk Mgmt |
| **Subject:** | FW: Interpal |
| | |
| **Importance:** | High |

Damien

Please update the database with the latest update from the Charities Commission, per Derek and Pete's emails.



BBC web site - stop
press - fy...

Thanks
Dedrei

-----Original Message-----
From:     Brand, Derek
Sent:     24 September 2003 16 02
To:       RODGER, Irvine, CBFM Compliance; FOSTER, Stephen James, Group Risk Mgmt
Cc:       Hoseason, Michael (Group Fraud); O'Hear, Tony; Richardson, Peter (Op Risk); Miller, Fiona (Op Risk), Nell, Dedrei (Group Risk Mgmt)
Subject:  Interpal
Importance: High

Good afternoon,

As you may be aware, the above Charity a/c has been cleared by the Charities Commission of any wrong doing and/or links with Hamas
I attach the links to web sites as confirmation -

http://www.charity-commission.gov.uk/

http://news.bbc.co.uk/1/hi/uk/3135392.stm


*Redacted - Privileged*


Regards

**Derek Brand**
CMAU, GI&F, Manufacturing
Tel - 0131 525 1642
Int - X 21642
Fax - 0131 523 2125

HIGHLY CONFIDENTIAL

NW 013703
NW013703

**EXHIBIT 73 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**Unknown**

| | |
|---|---|
| **From:** | FOSTER, Stephen James, Group Risk Mgmt |
| **Sent:** | Thursday, September 25, 2003 7:00 AM |
| **To:** | O'Hear, Tony |
| **Cc:** | Brand, Derek; RODGER, Irvine, CBFM Compliance; Hoseason, Michael (Group Fraud); Richardson, Peter (Op Risk); Nell, Dedrei (Group Risk Mgmt) |
| **Subject:** | RE: Interpal |

Many thanks

-----Original Message-----
From:  O'Hear, Tony
Sent:    25 September 2003 11:41
To:      FOSTER, Stephen James, Group Risk Mgmt
Cc:      Brand, Derek; RODGER, Irvine, CBFM Compliance; Hoseason, Michael (Group Fraud); Richardson, Peter (Op Risk); Nell, Dedrei (Group Risk Mgmt)
Subject:         RE: Interpal

Stephen,

Ian Burfoot, Litigation Department,  Group Legal received a letter from the Charities Commission yesterday ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A

full report of the formal enquiry is available on the Commission's webpage - www.charitycommission.gov.uk

If you require any further info please let me know.

Tony O'Hear
Manager, Group Investigations & Fraud
0131 523 3401 Ext 23401

If you would like to know more about Group Investigations & Fraud, please access the Intranet link below.
http://www.manufacturing.rbs.co.uk/gsf/GIF/default.htm

-----Original Message-----
From:  FOSTER, Stephen James, Group Risk Mgmt
Sent:   Thursday, September 25, 2003 11:13 AM
To:      Brand, Derek; RODGER, Irvine, CBFM Compliance
Cc:      Hoseason, Michael (Group Fraud); O'Hear, Tony; Richardson, Peter (Op Risk); Miller, Fiona (Op Risk); Nell, Dedrei (Group Risk Mgmt)
Subject:         RE: Interpal

*Redacted - Privileged*

-----Original Message-----
From:  Brand, Derek
Sent:   24 September 2003 16:02
To:      RODGER, Irvine, CBFM Compliance; FOSTER, Stephen James, Group Risk Mgmt
Cc:      Hoseason, Michael (Group Fraud); O'Hear, Tony; Richardson, Peter (Op Risk); Miller, Fiona (Op Risk); Nell, Dedrei (Group Risk Mgmt)
Subject:         Interpal
Importance:    High

Good afternoon,

As you may be aware, the above Charity a/c has been cleared by the Charities Commission of any wrong doing and/or links with Hamas.
I attach the links to web sites as confirmation -

<http://www.charity-commission.gov.uk/>

HIGHLY CONFIDENTIAL

<http://news.bbc.co.uk/1/hi/uk/3135392.stm>

***Redacted - Privileged***

Regards

Derek Brand
CMAU, GI&F, Manufacturing
Tel - 0131 525 1642
Int - X 21642
Fax - 0131 523 2125

"*********************************************************************"
"     Visit our Internet site at http://www.rbsmarkets.com         "
"                                                                   "
" This e-mail is intended only for the addressee named above.      "
" As this e-mail may contain confidential or privileged information, "
" if you are not the named addressee, you are not authorised to    "
" retain, read, copy or disseminate this message or any part of it.  "
" The Royal Bank of Scotland is registered in Scotland No 90312"
" Registered office: 36 St Andrew Square, Edinburgh EH2 2YB  "
"     Regulated by the Financial Services Authority            "
"*********************************************************************"

NW013945

**EXHIBIT 74 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**Unknown**

| | |
|---|---|
| **From:** | RODGER, Irvine, CBFM Compliance |
| **Sent:** | Thursday, September 25, 2003 6:51 AM |
| **To:** | COLE, Guy, CBFM Compliance |
| **Subject:** | FW: Interpal |

Irvine Rodger
CBFM MLPU
The Royal Bank of Scotland
135 Bishopsgate, London, EC2M 3UR
T (020) 7334 1082
F (020) 7375 4641
E irvine.rodger@rbos.com>

-----Original Message-----
From:   O'Hear, Tony
Sent:   25 September 2003 11:41
To:     FOSTER, Stephen James, Group Risk Mgmt
Cc:     Brand, Derek; RODGER, Irvine, CBFM Compliance; Hoseason, Michael (Group Fraud); Richardson, Peter (Op Risk); Nell, Dedrei (Group Risk Mgmt)
Subject:        RE: Interpal

Stephen,

Ian Burfoot, Litigation Department,  Group Legal received a letter from the Charities Commission yesterday ▮▮▮▮▮▮▮▮ A
full report of the formal enquiry is available on the Commission's webpage - www.charitycommission.gov.uk

If you require any further info please let me know.

Tony O'Hear
Manager, Group Investigations & Fraud
0131 523 3401 Ext 23401

If you would like to know more about Group Investigations & Fraud, please access the Intranet link below.
http://www.manufacturing.rbs.co.uk/gsf/GIF/default.htm

-----Original Message-----
From:   FOSTER, Stephen James, Group Risk Mgmt
Sent:   Thursday, September 25, 2003 11:13 AM
To:     Brand, Derek; RODGER, Irvine, CBFM Compliance
Cc:     Hoseason, Michael (Group Fraud); O'Hear, Tony; Richardson, Peter (Op Risk); Miller, Fiona (Op Risk); Nell, Dedrei (Group Risk Mgmt)
Subject:        RE: Interpal

*Redacted - Privileged*

-----Original Message-----
From:   Brand, Derek
Sent:   24 September 2003 16:02
To:     RODGER, Irvine, CBFM Compliance; FOSTER, Stephen James, Group Risk Mgmt
Cc:     Hoseason, Michael (Group Fraud); O'Hear, Tony; Richardson, Peter (Op Risk); Miller, Fiona (Op Risk); Nell, Dedrei (Group Risk Mgmt)
Subject:        Interpal
Importance:     High

Good afternoon,

NW 013946
NW013946

As you may be aware, the above Charity a/c has been cleared by the Charities Commission of any wrong doing and/or links with Hamas.
I attach the links to web sites as confirmation -

<http://www.charity-commission.gov.uk/>

<http://news.bbc.co.uk/1/hi/uk/3135392.stm>

### Redacted - Privileged

Regards

Derek Brand
CMAU, GI&F, Manufacturing
Tel - 0131 525 1642
Int - X 21642
Fax - 0131 523 2125

"***********************************************************************"
"     Visit our Internet site at http://www.rbsmarkets.com      "
"                                                               "
" This e-mail is intended only for the addressee named above.   "
" As this e-mail may contain confidential or privileged information, "
" if you are not the named addressee, you are not authorised to   "
" retain, read, copy or disseminate this message or any part of it.   "
" The Royal Bank of Scotland is registered in Scotland No 90312"
" Registered office: 36 St Andrew Square, Edinburgh EH2 2YB    "
"      Regulated by the Financial Services Authority            "
"*********************************************************************** "

NW 013947
NW013947

**EXHIBIT 75 TO DECLARATION OF VALERIE SCHUSTER**

**(letter from NatWest to the Bank of England's Financial Sanctions Unit, 4 pages)**

**FILED UNDER SEAL**

**EXHIBIT 76 TO DECLARATION OF VALERIE SCHUSTER**

**(letter from the Bank of England's Financial Sanctions Unit to NatWest, 1 page)**

**FILED UNDER SEAL**

**EXHIBIT 77 TO DECLARATION OF VALERIE SCHUSTER**

**(letter from NatWest to the Bank of England's Financial Sanctions Unit, 1 page)**

**FILED UNDER SEAL**

**EXHIBIT 78 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

| | |
|---|---|
| **From:** | COLE, Guy, CBFM Regulatory Risk |
| **Sent:** | Thursday, May 20, 2004 10:34 AM |
| **To:** | FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt |
| **Cc:** | RODGER, Irvine, CBFM Regulatory Risk; DAVIES, Rob, Group Risk Mgmt; JONES, Richard, CBFM Regulatory Risk |
| **Subject:** | RE: INTERPAL |
| **Attachments:** | Doc1.doc |

Stephen/Ben

We have ascertained that the payment mentioned below has not gone to ███████████
███████████████████████████████████████████████ Although
similarly named, the recipient of this payment is a separate charity
██████████████████████████████████████ which appears to be operating without
any form of sanction placed on it.

From my trawls for information on the internet I have not found any information
that substantiates beyond opinion that Interpal has made payments to terrorist
groups.  It appears the perspective taken by Israel towards Interpal and other
charities operating/funding schools/orphanages/hostels in Palestine and Gaza, is
that these charities perpetuate terrorism as terrorists know that if they die
their dependents will be looked after by the charities.  This charity is the
predominant UK charity providing relief in this region, it hosted and funded a
visit by British MPs to the region in 1998.  Looking at the accounts there are
also a large number of small (e.g. £2) direct debits being paid into the
charity's account from UK donators, and so a change of their banking
arrangements will probably result in some form of media commentary.

I attach a summary of my review of Interpal foreign payments in the last six
months. All of the recipients of these payments were checked in Worldcheck, KYC
Check and reviewed against available Google information

In consideration of the information in the document attached above.  The
background information for ███████████████████ is a an unofficial opinion from
an Israeli website and no other reports or recognition of this charity having
links to terrorism are recorded on any other websites.  The Worldcheck
information on ███ is factually incorrect, they state that the US Federal
government and UN have acknowledged that the charity aids and abets terrorism.
According to the KYC Check no sanctions have existed against this entity.  The
source of Worldcheck's information is a student's journal at the University of
California.  My recent experience of Worldcheck has been disappointing, I will
probably write a separate email concerning my Worldcheck findings, but in this
instance if your search for the ███████████████████ against the
WorldCheck 'part match' feature, no matches are found, if you then search for an
'exact match' one result is found.

I am content to leave the Sterling and Euro accounts operating with a semi annual
review taking place for foreign payments made from the accounts.  Consideration
will need to be given regarding the operation of the US Dollar account, as funds
from this account will get frozen if they are transferred via a US
domiciled/owned counterparty. We should also be alert to any new Charity names being
added to the Bank of England's terrorism list. I believe Interpal is
aware of the sensitivity of their position, and will be keen to ensure it does
not breach Bank of England sanctions.

I'll assume you are happy with approach, unless I hear otherwise.

Regards

Guy

Guy Cole
CBFM Money Laundering Prevent Unit
The Royal Bank of Scotland

HIGHLY CONFIDENTIAL

NW 016767
NW016767

```
135 Bishopsgate, London, EC2M 3UR
T  (020) 7375 5433
F  (020) 7375 4641
<mailto:Guy.Cole@rbos.com>
```

```
-----Original Message-----
From:      FOSTER, Stephen James, Group Risk Mgmt
Sent:      17 May 2004 11:24
To:        COLE, Guy, CBFM Regulatory Risk; NORRIE, Ben, Group Risk Mgmt
Cc:        RODGER, Irvine, CBFM Regulatory Risk; DAVIES, Rob, Group Risk Mgmt
Subject:   RE: INTERPAL
```

Guy, Ben is away all week, so I am replying on this.
You are correct that filtering is a group wide issue and that is why we have been
working with key stakeholders like Payment Operations to develop the policy and
capability. This continues and we know that it is a very important element of
our counter -terrorism efforts.

On the specific case of Interpal, I can understand the difficulties of filtering
payments in the absence of an automated system. However, we do need to monitor
account activity and I hope that the RM and MLPU can find a practical way to
review the account movements periodically for odd items.  You are right to
highlight the reputational issues but if management decides they don't want the
relationship, there are ways to exit that might not cause a problem.

Please keep us in the loop with your investigations on the payments.

```
-----Original Message-----
From:      COLE, Guy, CBFM Regulatory Risk
Sent:      17 May 2004 11:05
To:        NORRIE, Ben, Group Risk Mgmt
Cc:        FOSTER, Stephen James, Group Risk Mgmt; RODGER, Irvine, CBFM Regulatory Risk
Subject:   RE: INTERPAL
```

Ben

I understand the best people to speak to are either Shirley Ritson on 020 7672
6940 or Sarah Wallis on 020 7672 5826.         *Redacted - Privileged*

*Redacted - Privileged*

I realise due to the US terrorist designation of Interpal, that we should be wary
of the payments from their accounts with us, but in reality I believe there is
very little we can effectively do to prevent payments being made without a
payment filtering system, as the customer can initiate payments themselves
without needing to contact the RM.

I have not been directly involved with the Interpal issue until your recent
correspondence and so have not considered previously the risks myself.  I think
any decision to keep/close the account must be carefully made, as closing the
account without an identifiable reason will most probably result in adverse
media attention, also if a terrorism related payment is identified as being
made, we again would suffer untoward regulatory/ media attention.  I spent
Friday looking through the last six months of debits on Interpal accounts, I
have seen a couple of payments that warranted further investigation,
particularly the below:

```
Transaction  Date:        ██████████████████████████████
Transaction  Amount:      ██████████████████████████████
Transaction  Type:        ██████████████████████████████
Transaction  References:  ██████████████████████████
         ████████████████████
```

Further system investigation has shown the recipient accounts details are the
below:

████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL

███████████████████████████████████████

I need to conduct further investigations to establish whether this account could
be ███████████████████████████████████████████████████████████
████████ as this entity has been designated a terrorist group by the Bank of
England.

Regards

Guy

Guy Cole
CBFM Money Laundering Prevent Unit
The Royal Bank of Scotland
135 Bishopsgate, London, EC2M 3UR
T  (020) 7375 5433
F  (020) 7375 4641
<<mailto:Guy.Cole@rbos.com>>

    -----Original Message-----
From:     NORRIE, Ben, Group Risk Mgmt
Sent:     14 May 2004 10:03
To:       COLE, Guy, CBFM Regulatory Risk
Cc:       FOSTER, Stephen James, Group Risk Mgmt
Subject:  RE: INTERPAL

Do you have any contact in the Core Data Manager team that I could try?  Is there
any kind of agreement between CBFM and Manufacturing that would serve as a
mandate to have this work performed on an on-going basis?

Im and not sure whether you were aware but until a few weeks ago the NatWest logo
was used prominently on the Interpal website in soliciting donations.  Did you
or the RM have Interpal remove this?  Are the CBFM MLPU happy with the potential
risks in continuing this relationship?

Ben

    -----Original Message-----
From:     COLE, Guy, CBFM Regulatory Risk
Sent:     06 May 2004 16:51
To:       NORRIE, Ben, Group Risk Mgmt
Subject:  RE: INTERPAL

Ben

The Relationship Manager is aware of the potential terrorism connections with
this account and liased with Derek Brand during the account freeze.  Although
diligent in their interaction with the customer, the RM has no ability to filter
or efficently monitor payments, I understand that this could be done in the Core
Data Manager team in Manufacturing who control payment blocking and
restrictions.

Regards

Guy

Guy Cole
CBFM Money Laundering Prevent Unit
The Royal Bank of Scotland
135 Bishopsgate, London, EC2M 3UR
T  (020) 7375 5433
F  (020) 7375 4641
<<mailto:Guy.Cole@rbos.com>>

    -----Original Message-----
From:     NORRIE, Ben, Group Risk Mgmt
Sent:     06 May 2004 15:55
To:       COLE, Guy, CBFM Regulatory Risk
Subject:  FW: INTERPAL

HIGHLY CONFIDENTIAL

Guy,

Haven't heard back from you on the below?

Ben.

 -----Original Message-----
From:    NORRIE, Ben, Group Risk Mgmt
Sent:    21 April 2004 17:05
To:      COLE, Guy, CBFM Regulatory Risk; Derham, Bill (Cards Risk); Sludden, Tom
Cc:      DAVIES, Rob, Group Risk Mgmt
Subject: INTERPAL

Gentlemen,

You may remember the matches we have previously reported to the Bank of England against INTERPAL and its various aka's (including Education Aid for Palestine, Palestinians Relief _Development Fund, etc).  There was an investigation by the Charities Commission and Special Branch in to potential links with Hamas, no action was taken against the charity. ███████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████ Can I ask you to investigate whether any enhanced due diligence has been put in place over these accounts (not sure the above was communicated, therefore suspect not) and if not take steps to ensure that measures are put in place.  I have some details of the accounts and cards should you require.  Please contact me if any of the above is not clear.

Kind Regards,
Ben Norrie

Group Risk Management
Royal Bank of Scotland Group
5th Floor, 280 Bishopsgate
London EC2M 4RB
Tel:    00 44 (0) 20 7334 1460
Fax:    00 44 (0)    20 7375 4813
Email:    ben.norrie@rbos.com

HIGHLY CONFIDENTIAL



Recipients of principal payments made from the Interpal sterling account in the last six months, (the bold letters were the letters recorded on the system). All names have been searched for on the Internet and any untoward information is recorded below

[redacted]

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

NW 016773
NW016773



HIGHLY CONFIDENTIAL

NW 016774
NW016774

# EXHIBIT 79 TO DECLARATION OF VALERIE SCHUSTER

## FILED UNDER SEAL

## Unknown

| | |
|---|---|
| **From:** | Wyles, Graeme |
| **Sent:** | Friday, December 17, 2004 3:37 AM |
| **To:** | Dickinson, Alan (CB London); RODGER, Irvine, CBFM Enterprise Risk; Weir, Derek |
| **Cc:** | LOVE, Kevin, CBFM; COLE, Guy, CBFM Enterprise Risk; Lewis, Jill |
| **Subject:** | RE: Interpal November Review |

And me

Graeme Wyles
Director Risk
Commercial Banking , UK
020 7672 0194
Mobile: 07887 898668
Pager 07693 266560
Depot 028

-----Original Message-----
From:   Dickinson, Alan (CB London)
Sent:   16 December 2004 13:09
To:     RODGER, Irvine, CBFM Enterprise Risk; Weir, Derek; Wyles, Graeme
Cc:     LOVE, Kevin, CBFM; COLE, Guy, CBFM Enterprise Risk; Lewis, Jill
Subject:        RE: Interpal November Review

Ok by me.

Alan

-----Original Message-----
From:   RODGER, Irvine, CBFM Enterprise Risk
Sent:   Thursday, December 16, 2004 1:06 PM
To:     Dickinson, Alan (CB London); Weir, Derek; Wyles, Graeme
Cc:     LOVE, Kevin, CBFM; COLE, Guy, CBFM Enterprise Risk; Lewis, Jill
Subject:        FW: Interpal November Review

Dear All

Guy has completed his investigation into the payments from Interpal.  He did a thorough job and searched a number of databases including

Financial sanctions and Terrorist Financing lists (UK and US)
Complicheck
World Check
Google

As you can see there were no direct marches with any entities on Sanctions & Terrorist lists.  He did however uncover some, mainly unsubstantiated commentary on a number of recipients but none of these are sanctioned names.  Please refer to Guy's email for detail.

I leave it to you to decide the appropriate course of action but I would recommend that we keep the account open and continue performing similar thorough reviews of account behaviour.  One strike and they are out??

Please advise accordingly.

Regards

Irvine Rodger
CBFM MLPU
The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot 028)

HIGHLY CONFIDENTIAL

NW 066721
NW066721

Tel:   (020) 7085 1082
Int:   361082
Fax: (020) 7085 4641
e:     irvine.rodger@rbos.com <mailto:irvine.rodger@rbos.com>


-----Original Message-----
From:   COLE, Guy, CBFM Enterprise Risk
Sent:   16 December 2004 11:43
To:     RODGER, Irvine, CBFM Enterprise Risk
Subject:       Interpal November Review

Irvine

I have just finished reviewing the payments for the last six months for Interpal. There were over 60 organisations receiving funds from Interpal, none of these organisations were found to be listed in the Bank of England or OFAC (US) sanctions. Additionally none of these organisations were found to be present in the external due diligence database Worldcheck.

As one might expect with charities operating in this region, speculation exists around some of the organisations being connected with terrorism, in particular Hamas. The most significant of these are the following:

Al-Mujamma Al-Islami
Created in 1978 by the spiritual leader of Hamas Sheikh Ahmed Yassin, this is the largest charity operating in the Gaza Strip and is allegedly affiliated with the Hamas Civilian wing, Dawwa. Annual budget of 50 million dollars, Al-Mujamma al-Islami is reported to provided assistance to 20,000 orphans, 50,000 families, 10,000 university students, 20,000 school children. It's bank accounts were frozen by the Palestinian Authorities in August 2003, although the funds were released earlier this year following a Supreme Court in Gaza ruling.

Interpal published details of their funding to this organisation in 2002, and consequently the relationship should have been reviewed by the Charities Commission and Law enforcement last year. No action was been taken.

All of the below organisations, which have received Interpal funds in the last six months, were cited as Hamas organisations in the indictment of the US Islamic charity The Holy Land Foundation, which was prosecuted in the US for funding terrorism. The Holy Land Foundation is subject to sanctions by the Bank of England, EU and OFAC (US), although none of the below organisations are subject to sanctions themselves. -
Al-Salah Association (Bank accounts were also frozen by the Palestinian Authorities in August 2003, although the funds were released earlier this year following a Supreme Court in Gaza ruling. Ramallah Office closed down in the summer 2004 by Israel forces for funding terror activities)
████████████████
Jenin Zakat Committee
Nablus Zakat Committee
████████████████Funds held in this organisations accounts at Arab Bank, were confiscated by Israeli forces February 2004)
Ramallah Zakat Committee (Funds held in this organisations accounts at Arab Bank, were confiscated by Israeli forces February 2004)
Tulkarem Zakat Committee (Funds held in this organisations accounts at Arab Bank, were confiscated by Israeli forces February 2004)

If you require further information or investigation, please advise.

Regards

Guy


Guy Cole
CBFM Money Laundering Prevent Unit
The Royal Bank of Scotland
135 Bishopsgate, London, EC2M 3UR
Tel.     (020) 7085 5433
Internal 76572 365433
Fax.            (020) 7085 4641


HIGHLY CONFIDENTIAL

<<mailto:Guy.Cole@rbos.com>>
CBFM MLPU Website: <http://cbfmweb.fm.rbsgrp.net/cbfmmlpu/> (Answers to many frequently asked questions can be found on this website)

****************************************************************************************************************************************

The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.
Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete the message from your computer. Internet e-mails are not necessarily secure. The Royal Bank of Scotland plc does not accept responsibility for changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the transmission of viruses, it is the responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect its systems or data.  No responsibility is accepted by The Royal Bank of Scotland plc in this regard and the recipient should carry out such virus and other checks as it considers appropriate.

Visit our websites at:
http://www.rbs.co.uk/CBFM
http://www.rbsmarkets.com

****************************************************************************

****************************************************************************************************************************************

The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.
Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete the message from your computer. Internet e-mails are not necessarily secure. The Royal Bank of Scotland plc does not accept responsibility for changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the transmission of viruses, it is the responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect its systems or data.  No responsibility is accepted by The Royal Bank of Scotland plc in this regard and the recipient should carry out such virus and other checks as it considers appropriate.

Visit our websites at:
http://www.rbs.co.uk/CBFM
http://www.rbsmarkets.com

****************************************************************************

HIGHLY CONFIDENTIAL

**EXHIBIT 80 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

## Unknown

| | |
|---|---|
| **From:** | COLE, Guy, CBFM Enterprise Risk |
| **Sent:** | Wednesday, July 06, 2005 10:41 AM |
| **To:** | LOVE, Kevin, CBFM |
| **Cc:** | RODGER, Irvine, CBFM Enterprise Risk; Wyles, Graeme; FOSTER, Stephen James, Group Risk Mgmt |
| **Subject:** | INTERPAL Account Activity Review |
| **Attachments:** | Interpal memo july 2005.doc |

Kevin

Please find attached a copy of my review of the activity on the accounts of INTERPAL, the UK charity that is subject to OFAC sanctions.



Interpal memo july
2005.doc (1...

In light of the findings of May 2005 review, the CBFM MLPU has decided to increase monitoring to quarterly reviews, but recommends that the relationship is still maintained.

Regards

Guy

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**135 Bishopsgate, London, EC2M 3UR**
**Tel.      (020) 7085 5433**
**Internal 76572 365433**
**Fax.            (020) 7085 4641**
**Email: Guy.Cole@rbos.com**

HIGHLY CONFIDENTIAL

# Memo

**❄❄ RBS**
*The Royal Bank of Scotland*

|  |  |  |  |
|---|---|---|---|
| To | Kevin R Love<br>Global Head of CBFM Enterprise Risk | | **Corporate Banking & Financial Markets**<br>135 Bishopsgate<br>London EC2M 3UR |
| From: | Guy Cole<br>Manager<br>CBFM MLPU | Tel:<br>Internal<br>Email: | 020 7085 5433<br>365433<br>guy.cole@rbos.com |
| Date: | 6 July 2005 | | |
| Subject: | **Semi annual review of INTERPAL account activity** | | |

The CBFM MLPU has completed the semi annual review of the activity on the INTERPAL accounts. In light of the findings of May 2005 review detailed below, the CBFM MLPU has decided to increase monitoring to quarterly reviews, but recommends that the relationship is still maintained.

**Purpose of the account review**

In September 2003, the US Office of Foreign Asset Control ('OFAC') designated the charity 'INTERPAL' a terrorist organisation due to links with HAMAS. INTERPAL is a British registered charity, and CBFM NatWest customer. INTERPAL's accounts were immediately frozen, and the Charities Commission and Special Branch investigated the US allegations. The investigation found that there was insufficient evidence to prove a link to terrorism, so no UK action was taken against INTERPAL and it operates freely in the UK

Following the outcome of the UK authorities' investigation, CBFM Money Laundering Prevention Unit ('MLPU') undertook to review INTERPAL accounts on a semi annual basis to ensure that none of its funds are being sent to terrorist groups. This memo details the findings of the review taken in May 2005

**Review of the account activity for the six months to May 2005**

In the six months to May 2005, none of the INTERPAL payments reviewed were, at the time of the payment, made to a Bank of England or OFAC designated terrorist organisation.

However, a recipient who received a payment from INTERPAL in ▇▇▇▇▇ has since been designated by the Bank of England as an organisation suspected of supporting terrorism. As this payment was made by INTERPAL prior to the terrorist designation of the recipient in June 2005, there has been no breach of the Terrorism (United Nations Measures) Order 2001.

The recipient of the INTERPAL payment was a charity called ▇▇▇▇▇▇▇ this charity's name and address match against the Bank of England notice for the entity ▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

A Suspicious Activity Report has been submitted by CBFM MLPU to Group Financial Crime reporting the above transaction and some additional entities (see endnote[1]). The additional entities reported are not designated as terrorist organisations by the Bank of England or OFAC, and information on the funding to these organisations is publicly available on the INTERPAL website.

No allegations were found on any other recipients of INTERPAL payments. All payment recipients were checked against Complicheck, Worldcheck and subject to Internet research.

HIGHLY CONFIDENTIAL

NW 066741
NW066741

In December 2004, The Israeli Intelligence and Terrorism Information Center issued an information bulletin" on INTERPAL   No new insight into INTERPAL was given by the bulletin and the text on a whole is quite emotive   No reference was made to INTERPAL's NatWest accounts or the RBS Group.

**CBFM MLPU Summary and Recommendation**

Although a payment was made to ███████████ I do not believe that there has been an increase in the risk of INTERPAL funding terrorism or to the Bank's reputation in maintaining this relationship

In January 2005 the US dollar account maintained by INTERPAL was closed at our request, which has reduced the exposure our relationship has to OFAC sanctions against INTERPAL

At a workshop attended in June on 'Managing the Risks of Funding Terror', Nick Ridley the lead intelligence analyst on the financing of terrorism at Europol, advised that a government designation of an organisation as a financer of terrorism (as INTERPAL has been by OFAC), almost certainly means that no financing of terrorism would take place via the entity after the designation.  Therefore, the result of OFAC's designation of INTERPAL as a supporter of terrorism has actually reduced the risk of the INTERPAL being used to fund terrorism

Following the terrorist organisation designation of ███████████ we have now requested written confirmation from INTERPAL that they will not make any future payments to organisations suspected of terrorist financing by the Bank of England.  We have suggested that they register with the Bank of England's Sanctions Unit so that they receive email notification of any new designations made by the Bank of England   INTERPAL has agreed to provide this letter

CBFM MPLU recommends the continuation of the relationship with INTERPAL, but will now review the account activity on a quarterly basis (previously it has been semi annually).



HIGHLY CONFIDENTIAL

NW 066742

NW066742

EXHIBIT 81 TO DECLARATION OF VALERIE SCHUSTER

FILED UNDER SEAL

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Action No: 05cv4622(DGT)(MDG)

- - - - - - - - - - - - - - - - - - - -

TZVI WEISS, et al,

Plaintiffs,

against

NATIONAL WESTMINSTER BANK, PLC.,

Defendant.

- - - - - - - - - - - - - - - - - - - -

NATAN APPLEBAUM, et al.,

Plaintiffs,

against

NATIONAL WESTMINSTER BANK, PLC.,

Defendant.

VIDEOTAPED DEPOSITION OF STEPHEN FOSTER

Friday 16 July 2010

At: 10:00 am

Taken at:

Cleary, Gottlieb, Steen & Hamilton LLP
55 Basinghall Street, London
United Kingdom

HIGHLY CONFIDENTIAL                     2

**Page 2**

1       A P P E A R A N C E S
2  For Plaintiff Tzvi Weiss:
3       STEPHEN SCHWARTZ, ESQ.
4       Kohn, Swift & Graf PC
5       One South Broad Street, Suite 2100
6       Philadelphia, Pennsylvania 19107-3304
7       Tel: 419 246 0528
8  For Plaintiff Natan Applebaum:
9       MARK WERBNER
10      Sayles & Werbner
11      4400 Renaissance Tower
12      1201 Elm St.
13      Dallas, Texas 75270
14      Tel: 214 939 8763
15
16  For Plaintiff Tzvi Weiss:
17      AITAN GOELMAN
18      Zuckerman Spaeder LLP
19      1800 M Street, NW, Suite 1000
20      Washington, DC 20036-5807
21      Tel: 202 778 1996
22  For Defendant National Westminster Bank, PLC:
23
24      JONATHAN I. BLACKMAN ESQ. and SUE. H. RHEE
25      Cleary, Gottlieb, Steen & Hamilton LLP
26      One Liberty Plaza
27      New York, NY 10006-1470
28          Tel: 212 225 2000
29
30  Also Present:
31
32      COURT REPORTER:
33
34      AILSA WILLIAMS
35      European Deposition Services
36      59 Chesson Rd
37      London, W14 9QS
38      Telephone: 44 (020) 7385 0077
39          HIGHLY CONFIDENTIAL           3

**Page 3**

1       VIDEOGRAPHER: DAVID ROSS
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1
2               I N D E X
3  STEPHEN FOSTER ... ... ... ... ... ... ... ... ..6
4  DIRECT EXAMINATION BY MR. ... ... ... ... ... ... ..6
5  WERBNER:
6
7  CROSS-EXAMINATION BY MR. ... ... ... ... ... ... 162
8  SCHWARTZ:
9  CROSS-EXAMINATION BY MR. ... ... ... ... ... ... 237
10  BLACKMAN:
11
12          INDEX OF EXHIBITS
13  Foster 1 NW012925-33 ... ... ... ... ... ... ...79
14  Foster 2 NW014025-36 ... ... ... ... ... ... ... 103
15  Foster 3 NW013700 ... ... ... ... ... ... ... ... 107
16  Foster 4 NW013695-97 ... ... ... ... ... ... ... 112
17  Foster 5 NW212124 ... ... ... ... ... ... ... ... 121
18  Foster 6 NW180808-10 ... ... ... ... ... ... ... 138
19  Foster 7 NW013939-41 ... ... ... ... ... ... ... 142
20  Foster 8 NW066667-71 ... ... ... ... ... ... ... 148
21  Foster 9 NW067948-49 ... ... ... ... ... ... ... 156
22  Foster 10 NW180827-29 ... ... ... ... ... ... ... 159
23  Foster 11 NW088194-97 ... ... ... ... ... ... ... 187
24  Foster 12 NW017151-54 ... ... ... ... ... ... ... 202
25  Foster 13 "Press Room, US Dpt of ... ... ... ... ... 220
26      the Treasury, (No Bates Nos.)
27
28  Foster 14 NW066829-32 ... ... ... ... ... ... ... 226
29
30

Page 41

1              (Read back)
2         A. We apply the lists that are applicable in
3    the UK jurisdiction. Can I hear the question again?
4              (Read back)
5         A. It has changed over the years but there
6    have been a number of occasions where we would not have
7    allowed someone to be a customer if they were on the
8    OFAC list.
9         Q. You talked about the area that you were
10   involved with with Mr. Wickens as writing clear policies
11   of NatWest, correct?
12        A. Writing the policies for NatWest, yes.
13        Q. That dealt with, among other things,
14   anti-terror financing, correct?
15        A. Correct.
16        Q. Was it the policy of NatWest that it would
17   comply with the US OFAC list?
18             MR. BLACKMAN: Objection to the form of the
19   question, it is quite vague. Can you define "comply"?
20             MR. WERBNER: Would you read the question to
21   the witness, please.
22             (Read back)
23        A. At the time I joined the bank, the bank
24   complied with the UK list because we were obliged to
25   within the United Kingdom jurisdiction. We took account

Page 42

1    of the OFAC list.
2         Q. I am addressing what the policy was, not
3    what you took account of, and I am not asking about what
4    you did with respect to the UK list, because I
5    understand that. My question is specifically to learn
6    whether it was the policy of NatWest or not to comply
7    with the United States OFAC list, and insofar as
8    customer transactions who were listed on the OFAC list?
9             MR. BLACKMAN: I guess I have to object
10   because "comply" is a very unclear term, and without
11   suggesting anything to the witness, the OFAC regulations
12   on their face apply differently in different places, so
13   I think that may be part of the problem here. We have
14   not defined what "comply" means, we have not defined
15   what transactions we are talking about.
16             MR. WERBNER: Mr. Foster, would you please
17   answer my question.
18        A. It was the policy of the bank not to allow
19   money laundering or the financing of terrorism. The
20   policy required compliance with the UK list and with
21   lists issued by my team.
22        Q. Did that include the US OFAC list?
23        A. Not the full OFAC list, no.
24        Q. Which part of it?
25        A. I can't quite remember but I believe it

Page 43

1    was the specially designated nationals, specially
2    designated terrorists.
3         Q. That was the policy of the bank?
4         A. What was the policy of the bank?
5         Q. What you just said?
6             MR. BLACKMAN: Can I suggest that you regive
7    your answer so the record is clear.
8         A. Okay. Can we just take the question again
9    then.
10             MR. WERBNER: Let's ask the official court
11   reporter. The witness has requested and I would request
12   that my last question and his last answer be read.
13             (Read back)
14             MR. WERBNER: Let me clarify. Was it the
15   policy of NatWest when your area issued these portions
16   of the US OFAC list for the bank to not execute
17   transactions of any kind for those people or
18   organizations listed on that US OFAC list?
19        A. The policy was to comply with the UK
20   requirements. We took account of other lists.
21        Q. Objection, non-responsive. Would you read
22   the question, please.
23             (Read back)
24        A. The bank, as a UK registered institution,
25   had to comply with the UK regime. There was no specific

Page 44

1    requirement on the institution to comply with OFAC.
2         Q. I am not asking you for a legal opinion,
3    which it sounds like you just gave. I am not asking you
4    for what the bank's responsibilities or policy were with
5    respect to the UK legislation. Do you understand?
6         A. Yes.
7         Q. I am asking you about NatWest policy with
8    respect to the US OFAC list. Okay?
9         A. And I am trying to remember.
10        Q. Okay. I am asking, so it is clear to you,
11   whether there was a policy, whether it was legally
12   mandated or undertaken by the bank for its own reasons.
13   You understand?
14        A. Yes.
15        Q. Based on that explanation, and the
16   policies that were issued by your group at NatWest, was
17   it the policy of NatWest to not execute a transaction
18   for the bank's customer if that customer appeared on the
19   portion of the US OFAC list that your group distributed
20   widely throughout the bank?
21             MR. BLACKMAN: Object to the form of the
22   question because you have not defined what types of
23   transactions. In an earlier question you said "any
24   transaction". Now you said "a transaction", and I think
25   in fairness you ought to distinguish between different

Page 45

1  types of transactions, but my objection is noted.  If
2  you understand the question you can answer it.
3          MR. WERBNER:  Please re-read the question to
4  the witness.
5          (Read back)
6          A.  If I recall correctly, we were -- and I am
7  struggling to recall the specifics -- but business
8  division would be required to take account of the names
9  on that portion of the OFAC list, but there was no
10  obligation on us to comply with that list.
11         Q.  No legal obligation?
12         A.  In the UK, we were not -- it did not
13  apply.  It did not mean we didn't take account of it but
14  it didn't apply in a legal sense.
15         Q.  But you are not a lawyer?
16         A.  No.
17         Q.  Not a solicitor?
18         A.  No.
19         Q.  Not a barrister?
20         A.  No.
21         Q.  Not an expert in English law?
22         A.  No.
23         Q.  Now, when you say "take account of it",
24  what do you mean by that?
25         A.  Well, I think that the fact that there was

Page 46

1  a list issued by the US Government, although we operated
2  in a predominantly UK environment, I think it was right
3  that we should consider the list in a major jurisdiction
4  such as the US.
5          Q.  Consider it or comply with it?
6          MR. BLACKMAN:  I really -- Mark, I objected to
7  the use of the word "comply" before and now that you
8  have established that we are not dealing with a legal
9  expert, "comply" means legal requirements to.  I don't
10  think you can have it both ways and I object to the form
11  of the questions because the use of the word "comply" in
12  particular is unclear, but you may answer the question.
13         MR. WERBNER:  Do you need the court reporter
14  to read it back?
15         A.  I think I do, please, so I give you as
16  clear an answer as I can.
17         MR. WERBNER :  No problem.
18         (Read back)
19         A.  As I say, I am not a lawyer, so we would
20  consider it.
21         Q.  Well, was that clear to the bank staff as
22  to what they were supposed to do if a NatWest customer
23  appeared on the US OFAC list, in your opinion?
24         MR. BLACKMAN:  Object to the form of the
25  question.

Page 47

1          A.  I suppose we have to be clear here.  The
2  training would not have gone into those specifics but an
3  individual would have been aware of our policy of not
4  supporting terrorism.
5          Q.  Were the individuals aware of the bank's
6  policy, if there was one, to not execute a transaction
7  for a customer that appeared on the US OFAC list that
8  your team distributed?
9          MR. BLACKMAN:  Object to the form of the
10  question.  You asked a hypothetical question, if there
11  was a policy, and the testimony has been different.
12  Would someone have been aware of it?  Object to the
13  form.
14         MR. WERBNER:  Would you read the question
15  back, please.
16         (Read back)
17         A.  I would have like to have thought they
18  would have been, yes.
19         Q.  What were the NatWest staff told when your
20  group widely distributed portions of the US OFAC list?
21         A.  The instruction was that the names on that
22  list would be checked against the customer database.
23         Q.  And they were to do what, if there was
24  a match?
25         A.  That would be reported to a central team

Page 48

1  and in the case of the UK list the account frozen.  I
2  don't recall what happened with the OFAC names.
3          Q.  If a Suspicious Activity Report or other
4  enquiry came to your group saying: "We have a customer
5  here that wants to execute a financial transaction,
6  that customer appears on that portion of the US OFAC
7  list that your group has distributed to us", would your
8  group's policy be to tell them they can execute the
9  transaction anyhow or that they should not execute it or
10  it was up to their discretion?
11         MR. BLACKMAN:  Objection to form, hypothetical
12  and vague, but you may answer.
13         A.  That sort of question would not have come
14  to my team.
15         Q.  Who would it have gone to?
16         A.  I don't know.
17         Q.  If that question had come to your team, as
18  the policy entity within the bank dealing with
19  anti-terror financing, what would the answer have been?
20         A.  It is difficult to conjecture, if I don't
21  know the facts of a particular situation.
22         Q.  Do you know who would know that, on behalf
23  of the bank?
24         A.  No, I don't.
25         Q.  Now, you mentioned that one reason your

Page 117



11   Q. Now, it says:

23   Q. Well, in the case of the ▓▓▓▓, wasn't
24   what triggered the Suspicious Activity in the Interpal
25   account the identity of the sender of that money?

Page 118

1    A. I can't tell because I don't know what the
2    investigation was, but the Suspicious Activity Report
3    would have been prompted by the activity on the account,
4    and the Investigations team would have done some
5    investigating and may well have identified -- well, it
6    did identify where it came from.
7    Q. Under the policies of your team, were the
8    bank staff to look at both payments going out by
9    customers as well as those coming in, to know its
10   customer and evaluate whether criminal activities were
11   afoot?
12   MR. BLACKMAN: Objection to form. You may
13   answer.
14   A. There was no requirement in the policy --
15   I would differentiate between looking at specific
16   payments and the monitoring of account activity, which
17   in our bank was done primarily electronically. So there
18   was nothing in the policy which required people to look
19   at incoming or outgoing payments per se.
20   Q. But one of the things that the staff was
21   taught to be alert to would be material changes in the
22   amount of funds in a customer account?
23   A. Yes.
24   Q. So that would mean monies coming in
25   suddenly that increased the amount of an account beyond

Page 119

1    what was normal for the customer, correct?
2    A. Yes.
3    Q. So, it was important in regard to the
4    general efforts to prevent terror financing to look at
5    both incoming monies and outgoing, would you agree with
6    that?
7    MR. BLACKMAN: Object to form, misstates the
8    testimony. You may answer.
9    A. I guess it is probably important to make
10   the point that it was monitoring of transactions on the
11   account, which would have been incoming and outgoing,
12   but it was the activity on the account, as opposed to
13   looking at the individuals sending in or the recipients,
14   which would have generated a SAR.
15   Q. Assume that by September 2001 NatWest had
16   information that linked Interpal to Hamas, and was
17   suspicious that Interpal was using its NatWest accounts
18   for terror financing. Would the bank be watching that
19   account very closely?
20   MR. BLACKMAN: Object to form, lack of
21   foundation.
22   A. Do you mean 03, not 01?
23   Q. I mean 01. Let's have the question
24   repeated.
25   A. Because we have just been talking about

Page 120

1    e-mails in September October 03 and you are now talking
2    about 01.
3    Q. I am going to a different timeframe so let
4    me have the question restated to you.
5    (Read back)
6    MR. BLACKMAN: Same objection.
7    A. It is difficult. I mean, if you just
8    looked away from Interpal, if you looked at a suspicion
9    we might have had that someone was financing terrorism,
10   then the accounts would be monitored, but we didn't have
11   any suspicion or the Charities Commission didn't have
12   a suspicion that Interpal was using money for terrorism.
13   Q. How do you know that?
14   A. There were two Charities Commission
15   investigations into Interpal, which concluded that the
16   funds were not being sent -- well, concluded they were
17   not being used to finance terrorism.
18   Q. Or did they conclude there was not
19   evidence to convince them of that?
20   MR. BLACKMAN: Objection to form. If you are
21   going to ask him about details, maybe you should show
22   him the documents. You can answer.
23   A. I can't remember the specifics of the
24   Commission, but we took account of that independent
25   investigation that was undertaken.

Page 129

1  do it ourselves depending on the nature of what we saw
2  as suspicious.
3      Q. I think I understand. Correct me if I am
4  wrong, you are saying that NatWest would conduct
5  a thorough review of a customer's account and the
6  activities in it if it suspected terror financing and
7  was requested to do it by the authorities, but that the
8  bank might also conduct that thorough review for that
9  purpose regardless of a request from the authorities.
10  Correct?
11      A. I think I understood that question but --
12  yes.
13      Q. Let's read it back and get an answer. It
14  is important.
15      A. Fine.
16      Q. And I don't want to have any confusion.
17  Go ahead. Please read it.
18          (Read back)
19      A. Yes, that is correct, it was in many cases
20  a suspicion, nothing more.
21      Q. And from Mr. Hoseason's letter,
22  Exhibit 5 --
23      A. Yes.
24
25

Page 130

1
2
3
4
5
6
7
8
9      Q. Even after the United States Government
10  declared that your customer, Interpal, was engaged in
11  financing a terrorist organization, NatWest continued to
12  provide financial services for a year or more, isn't
13  that true?
14      MR. BLACKMAN: Object, you may answer.
15      A. So, we maintained the account of Interpal
16  in the UK, the bank, not me, but became aware of that,
17  that Interpal had been added to the OFAC list, but that
18  does not mean we have to close the account.
19      Q. You didn't --
20      A. We took account of the OFAC list, as I
21  have said.
22      Q. And then, despite that US Government
23  declaration about Interpal, NatWest continued to provide
24  financial services to Interpal for at least a year,
25  correct?

Page 131

1      MR. BLACKMAN: Same objections. You may
2  answer.
3      A. We didn't close the account when Interpal
4  were put on to the OFAC list.
5      Q. In fact, Interpal was allowed to continue
6  to use its account and conduct financial transactions
7  for more than a year, right?
8      MR. BLACKMAN: Objection. You may answer.
9      A. Yes, well, we took account of that
10  designation, we took account of the earlier Charities
11  Commission investigation, we took account of the second
12  Charities Commission investigation, we did a thorough
13  review of the account, both in 2001 and indeed after
14  that, and I don't think we did anything -- I think we
15  reacted very cautiously in order to make sure we were
16  not holding an account for someone who funded terrorism
17      Q. I am not asking you for excuses. Would
18  you read the question back.
19      A. I was not giving excuses.
20      Q. What were you doing?
21      A. I was describing what we did.
22      MR. WERBNER : But I asked you something else.
23  Would you read the question back?
24          (Read back)
25      A. After the designation, yes.

Page 132

1      Q. Did your team monitor in any way the
2  Interpal account after it knew the United States
3  Government had declared Interpal to be providing terror
4  financing to Hamas?
5      A. So my team did not do that because it was
6  not the job of my team.
7      Q. Did you participate in any way with
8  anybody at the bank in doing that?
9      A. I remember contact with Mr. Cole, who
10  undertook reviews of the account.
11      Q. Weren't you involved with another customer
12  in making decisions about whether to close the account
13  because of concerns about terror financing?
14      A. I don't know. I don't know what you mean.
15      Q. Well, from 02 to 06, was it or was it not
16  part of your duties to participate in decisions about
17  whether NatWest allowed customer accounts to be kept
18  open in the face of the United States Government
19  declarations about the customer being involved in terror
20  financing?
21      MR. BLACKMAN: Object to the form of the
22  question. You can answer.
23      A. My team was asked for advice and gave
24  advice on to divisions when they were doing their work.
25      Q. Was that the case for Interpal?

Page 169

1    Q. So one of the --
2    A. I am thinking of any specific areas. We
3  certainly developed over that time a project for the
4  filtering of payments, because that was becoming more
5  important. Industry practice was moving towards that in
6  the UK.
7    Q. There are some documents having to do with
8  that, which we will look at.
9    A. Okay.
10   Q. Those documents date that around 2004.
11 Does that comport with your recollection?
12   A. From my recollection, 2004/05, yes.
13   Q. Anything besides filtering of payments?
14   A. In 2005, maybe late 2005, early 2006, we
15 also issued a policy in respect of OFAC, which hitherto
16 we had not specifically had because it was not covering
17 the UK jurisdiction.
18   Q. And what was the policy you issued in
19 respect of OFAC?
20   A. The policy required -- enhanced our
21 capability, sorry, enhanced the requirements on
22 businesses in respect to terrorist financing to report
23 any accounts, specifically any accounts they had that
24 were on the OFAC list to the authorities.
25   Q. Do you know whether that included the

Page 170

1  accounts in the name of Interpal and its aliases?
2    A. It would have done, but of course they had
3  been reported to the authorities already, and as we have
4  discussed we had a number of contacts with the
5  authorities prior to that, but the policy changed in
6  such a way that compliance with OFAC became more --
7  a tougher requirement for the UK business.
8    Q. Was that as a result of changes in UK law?
9    A. No, it wasn't. It was more a result of
10 increasing business in the United States, the increasing
11 importance of the US to our business, and greater
12 recognition, if we needed it, of the importance of
13 preventing terrorism.
14   Q. How did the increase in the bank's
15 business in the United States impact -- withdrawn. I am
16 asking this badly.
17   I am following up on what you said, which was
18 that increasing business in the United States caused the
19 bank to implement tougher policies with respect to OFAC.
20 Is that correct?
21   A. Outside the US, yes.
22   Q. Inside and outside the US?
23   A. Sorry, there was already compliance,
24 complete compliance in the US businesses with OFAC,
25 because that was a requirement.

Page 171

1    Q. Of course.
2    A. What I am saying is that outside the US we
3  decided to follow the same practice.
4    Q. That being that you would not do business
5  with OFAC listed entities?
6    A. No, that being that if we identified an
7  OFAC listed entity we would report it to or send an SAR
8  to the authorities that we had that account.
9    Q. I see. So what you said then was that you
10 had already done that with Interpal and its aliases?
11   A. We did a couple of years before, but that
12 doesn't mean we didn't have to do it again if there was
13 suspicious activity, but in terms of reporting to the
14 authorities accounts held in the name of those on the
15 OFAC list, we would do it.
16   Q. Did the bank have accounts held in the
17 name of OFAC listed entities other than Interpal and its
18 aliases?
19   A. I don't recall very many at all. It was
20 not -- the business was predominantly UK based. I think
21 we had one other, I believe.
22   Q. You said earlier that, please correct me
23 if I say this incorrectly, but in the time period when
24 the Charity Commission was looking at Interpal, and its
25 accounts --

Page 172

1    MR. BLACKMAN: We are in the late August,
2  September 2003?
3    MR. SCHWARTZ: That is correct, late 2003 now.
4  At around that time, it was your understanding that
5  OFAC, that a listing by OFAC was not applicable to UK
6  transactions. Is that correct?
7    A. The OFAC list did not apply in the UK.
8  Therefore we were allowed to hold an account for
9  Interpal, technically. One needed to be cautious of
10 dollar transactions, but there was no reason why we
11 could not hold the account in the UK under UK
12 legislation. It was not on the Bank of England list at
13 the time.
14   Q. And what is the basis of your belief that
15 that is correct?
16   A. That what is correct?
17   Q. That OFAC did not apply in the UK?
18   A. Because OFAC is issued by the United
19 States Treasury, which does not apply in the UK. It is
20 not a legislative framework that applies in the UK.
21   Q. I understand that. You said you are not
22 a lawyer?
23   A. Correct.
24   Q. So I am trying to find out how do you know
25 that that is true?

Page 173

1    A. Because -- well, on the basis of what I
2  have just said, that OFAC was issued for US institutions
3  and US persons, and the Royal Bank of Scotland in the UK
4  was not a US person or a US institution.
5         Q. I understand. Please, I am not trying to
6  be flip.
7         A. I am not trying to be difficult.
8         Q. I know you are not, but we are talking
9  past each other a little.
10        A. We are a bit.
11        Q. My question is how do you know that that
12 is true. I understand --
13        MR. BLACKMAN: Did someone tell you?
14        A. Somebody probably did tell me, but I have
15 not looked --
16        MR. BLACKMAN: He is not a lawyer.
17        MR. SCHWARTZ: John --
18        A. I have not got legal advice or anything
19 like that.
20        MR. WERBNER: Move to strike because it is an
21 improper legal conclusion.
22        MR. BLACKMAN: Do you want me to strike your
23 co-counsel's question?
24        MR. WERBNER: No, the answer of the witness.
25        MR. BLACKMAN: You asked him the same

Page 174

1  questions about OFAC compliance at length. That was
2  okay?
3         MR. SCHWARTZ: You say you did not get legal
4  advice in order to know that. That is correct?
5         A. I believe, yes.
6         Q. So did you read it somewhere?
7         A. I must have done.
8         Q. But you don't remember?
9         A. No.
10        Q. You said earlier -- I believe it has gone
11 from my transcript -- that OFAC only applies to US
12 persons?
13        A. Yes, it applies, yes, in the United
14 States.
15        Q. So what do you understand a US person to
16 be?
17        A. A US institution, a bank authorized and
18 registered in the United States, a US individual person,
19 wherever they may be.
20        Q. You mentioned a division of the Royal Bank
21 of Scotland called Citizens Bank?
22        A. Yes.
23        Q. That is resident in the United States,
24 correct?
25        A. Correct.

Page 175

1         Q. Is that a US Corporation?
2         A. It is indeed.
3         Q. Would you define that as a US person?
4         A. Yes.
5         Q. So then your understanding is that the
6  OFAC list are applicable to the Citizens Bank, is that
7  correct?
8         A. Yes.
9         Q. And how do you understand the obligation
10 of Citizens Bank -- withdrawn.
11        What do you understand, if you do, Citizens
12 Bank obligations to be in complying with OFAC, the
13 strictures of OFAC?
14        A. In respect of their list?
15        Q. Yes.
16        A. Citizens is not allowed to make funds
17 available to entities or individuals or organizations on
18 the OFAC list, not allowed to hold accounts for them.
19        Q. Suppose one of their account holders
20 receives a payment from an OFAC listed entity, are they
21 obligated to freeze that?
22        A. In the United States?
23        Q. In the United States?
24        A. Yes.
25        Q. Does Citizens Bank have any operations

Page 176

1  overseas, if you know?
2         A. No.
3         Q. Does Citizens Bank offer its account
4  holders account holding privileges in any non-US
5  entities that are part of the Royal Bank?
6         A. Not that I am aware of.
7         Q. If you are a Citizens Bank account holder,
8  to the best of your knowledge, you may not hold what I
9  will call a linked account at the Royal Bank of
10 Scotland?
11        A. Well --
12        Q. I may be saying this incorrectly.
13        A. A Citizens Bank customer would be allowed
14 to have an account, come to the UK and apply for an
15 account with RBS plc or NatWest, but just because they
16 are part of the Group does not mean you have a link.
17        Q. And they would have no extra privileges of
18 any kind?
19        A. No.
20        Q. Do you have any understanding of the
21 possible extra-territorial application of a US sanction
22 law?
23        A. I do, yes.
24        Q. What is your understanding?
25        MR. BLACKMAN: Just again caution, to the

Page 173

1    A.  Because -- well, on the basis of what I
2  have just said, that OFAC was issued for US institutions
3  and US persons, and the Royal Bank of Scotland in the UK
4  was not a US person or a US institution.
5         Q.  I understand.  Please, I am not trying to
6  be flip.
7         A.  I am not trying to be difficult.
8         Q.  I know you are not, but we are talking
9  past each other a little.
10        A.  We are a bit.
11        Q.  My question is how do you know that that
12 is true.  I understand --
13        MR. BLACKMAN:  Did someone tell you?
14        A.  Somebody probably did tell me, but I have
15 not looked --
16        MR. BLACKMAN:  He is not a lawyer.
17        MR. SCHWARTZ:  John --
18        A.  I have not got legal advice or anything
19 like that.
20        MR. WERBNER:  Move to strike because it is an
21 improper legal conclusion.
22        MR. BLACKMAN:  Do you want me to strike your
23 co-counsel's question?
24        MR. WERBNER:  No, the answer of the witness.
25        MR. BLACKMAN:  You asked him the same

Page 174

1  questions about OFAC compliance at length.  That was
2  okay?
3         MR. SCHWARTZ:  You say you did not get legal
4  advice in order to know that.  That is correct?
5         A.  I believe, yes.
6         Q.  So did you read it somewhere?
7         A.  I must have done.
8         Q.  But you don't remember?
9         A.  No.
10        Q.  You said earlier -- I believe it has gone
11 from my transcript -- that OFAC only applies to US
12 persons?
13        A.  Yes, it applies, yes, in the United
14 States.
15        Q.  So what do you understand a US person to
16 be?
17        A.  A US institution, a bank authorized and
18 registered in the United States, a US individual person,
19 wherever they may be.
20        Q.  You mentioned a division of the Royal Bank
21 of Scotland called Citizens Bank?
22        A.  Yes.
23        Q.  That is resident in the United States,
24 correct?
25        A.  Correct.

Page 175

1         Q.  Is that a US Corporation?
2         A.  It is indeed.
3         Q.  Would you define that as a US person?
4         A.  Yes.
5         Q.  So then your understanding is that the
6  OFAC list are applicable to the Citizens Bank, is that
7  correct?
8         A.  Yes.
9         Q.  And how do you understand the obligation
10 of Citizens Bank -- withdrawn.
11        What do you understand, if you do, Citizens
12 Bank obligations to be in complying with OFAC, the
13 strictures of OFAC?
14        A.  In respect of their list?
15        Q.  Yes.
16        A.  Citizens is not allowed to make funds
17 available to entities or individuals or organizations on
18 the OFAC list, not allowed to hold them for them.
19        Q.  Suppose one of their account holders
20 receives a payment from an OFAC listed entity, are they
21 obligated to freeze that?
22        A.  In the United States?
23        Q.  In the United States?
24        A.  Yes.
25        Q.  Does Citizens Bank have any operations

Page 176

1  overseas, if you know?
2         A.  No.
3         Q.  Does Citizens Bank offer its account
4  holders account holding privileges in any non-US
5  entities that are part of the Royal Bank?
6         A.  Not that I am aware of.
7         Q.  If you are a Citizens Bank account holder,
8  to the best of your knowledge, you may not hold what I
9  will call a linked account at the Royal Bank of
10 Scotland?
11        A.  Well --
12        Q.  I may be saying this incorrectly.
13        A.  A Citizens Bank customer would be allowed
14 to have an account, come to the UK and apply for an
15 account with RBS plc or NatWest, but just because they
16 are part of the Group does not mean you have a link.
17        Q.  And they would have no extra privileges of
18 any kind?
19        A.  No.
20        Q.  Do you have any understanding of the
21 possible extra-territorial application of a US sanction
22 law?
23        A.  I do, yes.
24        Q.  What is your understanding?
25        MR. BLACKMAN:  Just again caution, to the

Page 201

1   be actively looking as part of a suspicion that was
2   raised in order to determine whether we would report
3   that to the authorities, and I think that is what we
4   did.
5        Q. Ultimately you did ask the unit
6   responsible for the accounts to monitor payments going
7   forward, didn't you?
8        A. We did, yes.
9        Q. Did you ever ask them to monitor inflows
10  going forward?
11       A. I think we asked them to monitor activity,
12  which could be anything coming in and out. If I
13  remember rightly, Mr. Cole did regular reviews of the
14  account activity, not just outward payments.
15       Q. And that is what you would have expected
16  Mr. Cole to do under these circumstances, is that
17  correct?
18       A. Under the specific circumstances of
19  Interpal, where we had had Charities investigations, we
20  had had an internal review to decide whether we would
21  hold the account, and we had had some Suspicious
22  Activity Reports, so we had done a lot of work to assess
23  the risk to the organization of holding this account, we
24  decided, even though we had been given permission to
25  continue holding the account from the Bank of England,

Page 202

1   that we would monitor the activity of the account. We
2   thought it was the prudent thing to do.
3        Q. And it was your understanding and
4   expectation that both inflows and outflows would be
5   looked at, is that correct?
6        A. The discussion we had was account
7   activity, which for me would be anything going in and
8   out of the account, yes.
9        Q. Okay, you can put this exhibit away.
10  Please excuse my lapses. As I mentioned, I am jumping
11  around a bit.
12       A. No problem.
13       MR. SCHWARTZ: Why don't we go off the record
14  a moment.
15       THE VIDEOGRAPHER: Going off the record at
16  4:45 pm.
17            (A short break)
18       THE VIDEOGRAPHER: Back on the record at 4:57
19  pm.
20       MR. SCHWARTZ: Mr. Foster, I am going to ask
21  the reporter to mark as Foster Exhibit 12 a document
22  that has been Bates numbered NW017151 through 154.
23       (Exhibit Foster 12 marked for identification)
24       Please take a moment and review this document.
25       Q. Have you had a chance to review this?

Page 203

1        A. Yes, I have.
2        Q. I want to call your attention particularly
3   to an e-mail. First of all, this appears to be an
4   e-mail chain. Would you agree with that assessment?
5        A. Yes, I would.
6        Q. On the second page, NW017152 -- let's step
7   back if we may for a second. On 17153, there is an
8   e-mail cc'd to you, dated May 14, from Ben Norrie. Do
9   you see that?
10       A. Yes.
11       Q. And then above that there is another
12  e-mail from Guy Cole to Ben Norrie, also cc'd to you.
13  Do you see that?
14       A. Yes, I do.
15       Q. Do you have any doubt that you received
16  those e-mails at the time noted?
17       A. No.
18       Q. Would you have received those e-mails in
19  the ordinary course of your business?
20       A. I would have done, yes.
21       Q. Let's look then at the one that I wanted
22  to look at, which is the one dated May 17, 2004. Do you
23  see that?
24       A. Is that from me?
25       Q. That one from you to Guy Cole and Ben

Page 204

1   Norrie, cc'd to Messrs Rodger and Davies?
2        A. Yes.
3        Q. Do you remember writing that e-mail?
4        A. I don't specifically remember writing the
5   e-mail but I think I would have done, yes.
6        Q. And would you have written that e-mail in
7   the ordinary course of your business?
8        A. I would, yes.
9        Q. Why don't we read the first paragraph into
10  the record. It says:
11       "Guy, Ben is away all week so I am replying on
12  this. You are correct that filtering is a Group wide issue,
13  and that is why we have been working with key stakeholders,
14  like Payment Operations, to develop the policy and
15  capability. This continues and we know that it is a very
16  important element of our counter-terrorism effort".
17       So, as I read this, what you are saying is that as
18  of May 17, 2004, the bank did not have any way to filter
19  payments?
20       A. Within the Corporate Banking Division
21  there was no automated means of filtering payments. It
22  had not been practice in the UK industry to do that.
23  The primary focus had been name checking of customer
24  accounts. The market was moving much more towards
25  payment filtering, so hence my comments here.

Page 233

1  one you described to me, no matter who committed it.
2      Q. I appreciate that.
3      A. I really do, but for me this is probably
4  showing the difficulties we face as an institution,
5  trying to provide banking services to our customers,
6  when a customer is treated differently for different
7  reasons in different countries, driven to some extent by
8  foreign policy differences. It doesn't mean we would --
9      Q. I understand that, but what do you
10  remember the differences to be?
11      A. On this particular occasion the US
12  authorities had decided to designate Interpal on OFAC as
13  an entity to be blacklisted, but the judgment in the UK
14  was that that was not the case, because there was no
15  proof of their links, alleged links with terrorism.
16      Q. But outside of the Interpal designation
17  issue, is there any other differences you understand?
18      A. Not that I can think of. As I say, it is
19  not necessarily a deep and meaningful comment.
20      Q. You mentioned that the bank did a lot of
21  work to assess the risk posed to the bank by keeping the
22  account open, subject to subsequent -- to the OFAC
23  designation in 2003. Do you remember that?
24      A. I remember there was a view within
25  Corporate Market Division in relation to that, and

Page 234

1  including the external review by the Charity Commission
2  the second time they looked at the Interpal charity
3  account, yes.
4      Q. Was your understanding that GI&F, that is
5  Mr. Hoseason's unit, also did a review?
6      A. I am not sure whether they were involved
7  in the review at that time. After the designation and
8  during the second Charity Commission account, I don't
9  know whether they were involved in that investigation,
10  which was led primarily by Corporate Markets Division.
11      Q. And that would be Mr. Rodger and
12  Mr. Cole's unit?
13      A. Yes.
14      Q. Do you know whether they -- withdrawn. Do
15  you understand that they had access to the Goalkeeper
16  database?
17      A. I am not sure whether they would have
18  done.
19      MR. BLACKMAN: They being Cole?
20      MR. SCHWARTZ: Cole and Rodger.
21      A. I am not sure whether they would have
22  done.
23      Q. Do you understand the Goalkeeper database
24  to be searchable?
25      A. In what respect, when you say

Page 235

1  "searchable", what do you mean?
2      Q. I am just asking if you understand that
3  case information on the database can be searched?
4      A. Yes.
5      Q. So would you have expected that if
6  Mr. Cole and Rodger had access to the Goalkeeper
7  database that they would have done an exhaustive search
8  for Interpal matters?
9      A. I would have expected them to have sought
10  all sorts of evidence in their review of the account
11  relationship, and that may well have involved looking on
12  Goalkeeper, but I don't know.
13      Q. Certainly they should have looked at
14  history of payments received and payments made?
15      A. Yes. I don't know whether they did. They
16  should have done. My gut feeling is with Guy that he
17  would have done.
18      Q. One last thing, if you could look back at
19  Foster Exhibit 4. Is this a new version of 4? We had
20  a shortened version.
21      MR. BLACKMAN: This is the replaced version.
22  The other one should have been tossed so we don't have
23  it confused.
24      A. I have the full version.
25      Q. What I want you to look at, please, is the

Page 236

1  letter from Tom Dawlings to Richard Gossage on 13696.
2      MR. BLACKMAN: The record should reflect that
3  there is an actual version produced of this letter on
4  the letterhead of Bank of England. I don't know what
5  the exhibit number is.
6      MR. SCHWARTZ: It was not produced in this
7  deposition, was it?
8      MR. BLACKMAN: It was not.
9      MR. GOELMAN: It was marked yesterday and
10  there was also in the discovery the actual letter from
11  the bank to the Bank of England on September 5.
12      MR. BLACKMAN: Yes, I just pointed it out.
13      MR. GOELMAN: I have that on the screen. If
14  he has never seen it before, we don't need it.
15      MR. SCHWARTZ: All we are going to ask you is
16  this letter from Paul Dawlings refers to a prior letter
17  to Tom Dawlings by Richard Gossage. Have you ever read
18  that letter?
19      A. I don't believe I have.
20      Q. Did you ever speak to Mr. Gossage about
21  the letter?
22      A. No, but my team would have supplied him
23  with the wording for the letter.
24      Q. And who within your team?
25      A. It probably would have been Mr. Norrie,

## EXHIBIT 82 TO DECLARATION OF VALERIE SCHUSTER

### FILED UNDER SEAL

## HOLT, Amanda, Group Risk Mgmt (nee Turner)

| | |
|---|---|
| **From:** | LOVE, Kevin, CBFM |
| **Sent:** | Monday, December 13, 2004 03:46 AM |
| **To:** | HOLT, Amanda, Group Risk Mgmt (nee Turner) |
| **Subject:** | RE: Google Alert - nat-west |

Got it thanks.  Will address.
Regards
Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking  Financial Markets
The Royal Bank of Scotland Group Plc
kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: HOLT, Amanda, Group Risk Mgmt (nee Turner)
Sent: 13 December 2004 08:40
To: LOVE, Kevin, CBFM
Subject: Fw: Google Alert - nat-west

Hope this works! Do call to discuss if that helps. Not trying to teach my granny
how to suck eggs!
------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: HOLT, Amanda, Group Risk Mgmt (nee Turner) <Amanda.HOLT@rbos.com>
To: FOSTER, Stephen James, Group Risk Mgmt <Stephen.J.FOSTER@rbos.com>; LOVE,
Kevin, CBFM MOBILE <Kevin.LOVE.mobile@rbos.com>
Sent: Mon Dec 13 08:31:12 2004
Subject: Re: Google Alert - nat-west

From my perspective, I am re-assured that we are aware of these customers.
However, the Group's policy is that we will not have customers on the sanctions
_terrorist lists of the Group covering both UK and US terrorist lists. This is
not a "Cuba" OFAC issue as this organisation is on the terrorist, rather than
general, lists.  However, my understanding is that it is not a cut and dry case
either due to the different stance towards the Palestinian issue between the US
and UK.

I have a few questions that I think need to be resolved at CBFM Board level:

.What is the rationale for not exiting this relationship given there is a match
with the Group's lists?
.What steps are being taken to manage the situation (e.g. extra monitoring) in
the interim whilst this decision is being taken.
.What is the regulatory position given our increased presence in the US and the
formation of the new US organisation structure.  Johnny needs to be aware given
his prominant role in this new organisation.

I feel this is urgent, even without the google comment so would appreciate a
speedy response and resolution to this.

Obviously, from a Group perspective, we will help in whatever way we can, just
let Stephen and I know.

Thanks,

Amanda

------------------------
Sent from my BlackBerry Wireless Handheld

HIGHLY CONFIDENTIAL

NW 066667
NW066667

-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt <Stephen.J.FOSTER@rbos.com>
To: LOVE, Kevin, CBFM <Kevin.LOVE@rbos.com>; NORRIE, Ben, Group Risk Mgmt
<Ben.NORRIE@rbos.com>; DAVIES, Rob, Group Risk Mgmt <Rob.DAVIES@rbos.com>; COLE,
Guy, CBFM Enterprise Risk <Guy.COLE@rbos.com>
CC: HOLT, Amanda, Group Risk Mgmt (nee Turner) <Amanda.HOLT@rbos.com>; RODGER,
Irvine, CBFM Enterprise Risk <Irvine.Rodger@rbos.com>; KANE, Christine, CBFM
<Christine.KANE@rbos.com>
Sent: Fri Dec 10 16:20:54 2004
Subject: RE: Google Alert - nat-west

On the review - we'll go back to the e-mail traffic from the time to check.
Fears allayed, I think, if all the accounts under the Cin are Interpal.

 -----Original Message-----
From:     LOVE, Kevin, CBFM
Sent:     10 December 2004 16:06
To:     FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt; DAVIES,
Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc:     HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise
Risk; KANE, Christine, CBFM
Subject:     RE: Google Alert - nat-west
Importance:     High

It's all in the timing isn't it!  If I had received Ben's note I am sure we would
be doing just as you suggest, reviewing whether we want to stay with this
relationship or not; and of course we will now have that debate.  I'll get Chris
to set something up.

I just want to confirm though, it is the case that our current agreement with you
is that whilst we do have the relationship we must review the transactions
involved with every six months; which is what we have been doing?

Also, at to my point below, have we allayed your fears that there may have been
other accounts of which you were not aware?
Thanks
Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking _Financial Markets
The Royal Bank of Scotland Group Plc
kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt
Sent: 10 December 2004 15:57
To: LOVE, Kevin, CBFM; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk
Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise
Risk
Subject: RE: Google Alert - nat-west

We do know the Interpal connection but I had asked Ben earlier this week to draft
a note to you asking whether we (RBSG) should maintain this connection given the
risks involved.

Following the Charity Commission investigation of Interpal last year, we know
there is additional monitoring of account activity but our own recent review of
our outstanding ST issues prompted us to ask whether (primarily from a
reputational viewpoint but also a risk of breach of terrorism laws) we want to
maintain an account with an organisation cited on the OFAC list as having links
to Hamas.

Even allowing for the differences between UK and US approaches to
Israel/Palestine issues and the general push back against the extra
territoriality of US laws, I suggest that as a group we should look very
carefully at such connections before deciding to continue with them.  This is
doubly important in CBFM where we know that fund raising efforts in the US are

HIGHLY CONFIDENTIAL

coming increasingly under the "OFAC microscope".
Happy to discuss.

-----Original Message-----
From: LOVE, Kevin, CBFM
Sent: 10 December 2004 14:24
To: FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk
Subject: RE: Google Alert - nat-west
Importance: High

Stephen,
The seven accounts referred to are indeed all connected with Interpal and we were aware of them. I know that you know Interpal well, and presume that this confirmation allays any concerns. If not, please do not hesitate to contact Guy Cole for further information.
Regards
Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking Financial Markets
The Royal Bank of Scotland Group Plc
kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt
Sent: 10 December 2004 11:55
To: NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; LOVE, Kevin, CBFM; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject: FW: Google Alert - nat-west

FYI - As Amanda says, we were aware of one account with alleged links to Hamas - Interpal - but not that we had actual acounts for Hamas.
Is this true? If so, why have they not been picked up by the searches?

-----Original Message-----
From: HOLT, Amanda, Group Risk Mgmt (nee Turner)
Sent: 10 December 2004 11:14
To: Smith, Sue (Natwest Risk); Outhwaite, David; FOSTER, Stephen James, Group Risk Mgmt
Cc: Wilson, Sharon (PA to Graeme Hardie)
Subject: RE: Google Alert - nat-west

David and Sue

Many thanks for this. I can't see the article you are referring to (as I have upgraded to XP to internet no longer works) however, we were aware that we had accounts for people connected to Hamas, but not Hamas itself. I have forwarded this email to Stephen Foster in my team who know the background and who can give the legal/regulatory view from Group.

Regards,

Amanda Holt
Head of Group Enterprise Risk

Tel no: 020 7334 1148
Fax no: 020 7375 4106
Mobile: 07789 928 481
Internet: amanda.holt@rbos.com

-----Original Message-----
From: Smith, Sue (Natwest Risk)
Sent: 10 December 2004 11:01
To: Outhwaite, David

```
Cc:    Wilson, Sharon (PA to Graeme Hardie); HOLT, Amanda, Group Risk Mgmt (nee
Turner)
Subject:    FW: Google Alert - nat-west
```

Hi David

I've tracked down the accounts - the CIN is ███████.  They hold 7 accounts
with us and the connection is held by CBFM.

Kind Regards

```
Sue Smith
Operational Risk Manager, NatWest Network
NatWest Network Risk _Operations
NatWest Retail Banking
*    First Floor West
     Younger Building,  Edinburgh
   Depot Code 045
*    0131 525 0441  (220441)
*    0131 550 5682 (205682)
* Sue.Smith@rbs.co.uk
```

```
-----Original Message-----
From:    Wilson, Sharon (PA to Graeme Hardie)
Sent:    Friday, December 10, 2004 10:46 AM
To:    Smith, Sue (Natwest Risk)
Subject:    FW: Google Alert - nat-west
```

Sue

Thanks again
Sharon


```
Sharon Wilson
PA to Graeme Hardie
Managing Director, NatWest Retail Banking
2nd Floor West, The Younger Building,
3 Redheughs Avenue, Edinburgh, EH12 9RB
Tel No 0131 523 5130
Mobile No 07774 008084
Fax No 0131 523 6501
```

DEPOT CODE 045

```
-----Original Message-----
From:    Outhwaite, David
Sent:    Friday, December 10, 2004 10:19 AM
To:    Hardie, Graeme, NW Retail Executive; HOLT, Amanda, Group Risk Mgmt (nee
Turner)
Subject:    FW: Google Alert - nat-west
```

Amanda - Hope you are well.

Carolyn McAdam suggested that I forward this to you - I'm not exactly sure who in
the organisation needs to know about this, but she suggested you might know.

One of our online news alerts has picked up this article talking about accounts
help by Hamas with NatWest. I wouldn't claim to be an expert in the politics in
terms of Hamas, although the news website  is US based and certainly
pro-Israeli.

Any ideas?

Thanks
David

David Outhwaite
Head of Retail Media Relations

HIGHLY CONFIDENTIAL

The Royal Bank of Scotland/NatWest
Tel 020 7672 1915
Mob 07802 972756
david.outhwaite@rbs.co.uk


============================


From:     Google Alerts [SMTP:googlealerts-noreply@google.com]
Sent:     Friday, December 10, 2004 9:41 AM
To:       Outhwaite, David
Subject:  Google Alert - nat-west

*** WARNING : This message originates from the Internet ***


Google Alert for: nat-west

How Terrorist Propaganda Kills
<http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>
Frontpagemag.com - USA
... All the accounts are with Nat West Bank, and the international scope of the
organization is evident by dedicated dollar and euro accounts. ...


 _____

  This as it happens Google Alert is brought to you by Google.

Remove <http://www.google.com/alerts/remove?s=2acb30c69543b3f7hl=en> this alert.

Create <http://www.google.com/alerts?hl=en> another alert.
Manage <http://www.google.com/alerts/manage?hl=en> your alerts.


HIGHLY CONFIDENTIAL

**EXHIBIT 83 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

| | |
|---|---|
| **From:** | HOLT, Amanda, Group Risk Mgmt (nee Turner) |
| **Sent:** | Monday, December 13, 2004 03:38 AM |
| **To:** | COLEMAN, David, Group Risk Mgmt; GOSSAGE, Richard, Group Risk Mgmt; SANDERS, Stephen, Group Risk Mgmt |
| **Subject:** | Fw: Google Alert - nat-west |

This could be a problem, this could be nothing. In summary, Interpal are a charity customer of CBFM. They have alleged links with Hamas and have been under investigation by the Charities Commission. There was a "Google alert" alleging NatWest was Hamas's UK bankers. This is not correct. If I catch you today I will update you.

Thanks,

Amanda
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: HOLT, Amanda, Group Risk Mgmt (nee Turner) <Amanda.HOLT@rbos.com>
To: FOSTER, Stephen James, Group Risk Mgmt <Stephen.J.FOSTER@rbos.com>; LOVE, Kevin, CBFM MOBILE <Kevin.LOVE.mobile@rbos.com>
Sent: Mon Dec 13 08:31:12 2004
Subject: Re: Google Alert - nat-west

From my perspective, I am re-assured that we are aware of these customers. However, the Group's policy is that we will not have customers on the sanctions _terrorist lists of the Group covering both UK and US terrorist lists. This is not a "Cuba" OFAC issue as this organisation is on the terrorist, rather than general, lists. However, my understanding is that it is not a cut and dry case either due to the different stance towards the Palestinian issue between the US and UK.

I have a few questions that I think need to be resolved at CBFM Board level:

•What is the rationale for not exiting this relationship given there is a match with the Group's lists?
•What steps are being taken to manage the situation (e.g. extra monitoring) in the interim whilst this decision is being taken.
•What is the regulatory position given our increased presence in the US and the formation of the new US organisation structure. Johnny needs to be aware given his prominant role in this new organisation.

I feel this is urgent, even without the google comment so would appreciate a speedy response and resolution to this.

Obviously, from a Group perspective, we will help in whatever way we can, just let Stephen and I know.

Thanks,

Amanda

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt <Stephen.J.FOSTER@rbos.com>
To: LOVE, Kevin, CBFM <Kevin.LOVE@rbos.com>; NORRIE, Ben, Group Risk Mgmt <Ben.NORRIE@rbos.com>; DAVIES, Rob, Group Risk Mgmt <Rob.DAVIES@rbos.com>; COLE, Guy, CBFM Enterprise Risk <Guy.COLE@rbos.com>
CC: HOLT, Amanda, Group Risk Mgmt (nee Turner) <Amanda.HOLT@rbos.com>; RODGER, Irvine, CBFM Enterprise Risk <Irvine.Rodger@rbos.com>; KANE, Christine, CBFM

HIGHLY CONFIDENTIAL

<Christine.KANE@rbos.com>
Sent: Fri Dec 10 16:20:54 2004
Subject: RE: Google Alert - nat-west

On the review - we'll go back to the e-mail traffic from the time to check. Fears allayed, I think, if all the accounts under the Cin are Interpal.

-----Original Message-----
From: LOVE, Kevin, CBFM
Sent: 10 December 2004 16:06
To: FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk; KANE, Christine, CBFM
Subject: RE: Google Alert - nat-west
Importance: High

It's all in the timing isn't it! If I had received Ben's note I am sure we would be doing just as you suggest, reviewing whether we want to stay with this relationship or not; and of course we will now have that debate. I'll get Chris to set something up.

I just want to confirm though, it is the case that our current agreement with you is that whilst we do have the relationship we must review the transactions involved with every six months; which is what we have been doing?

Also, at to my point below, have we allayed your fears that there may have been other accounts of which you were not aware?
Thanks
Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking _Financial Markets
The Royal Bank of Scotland Group Plc
kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt
Sent: 10 December 2004 15:57
To: LOVE, Kevin, CBFM; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk
Subject: RE: Google Alert - nat-west

We do know the Interpal connection but I had asked Ben earlier this week to draft a note to you asking whether we (RBSG) should maintain this connection given the risks involved.

Following the Charity Commission investigation of Interpal last year, we know there is additional monitoring of account activity but our own recent review of our outstanding ST issues prompted us to ask whether (primarily from a reputational viewpoint but also a risk of breach of terrorism laws) we want to maintain an account with an organisation cited on the OFAC list as having links to Hamas.

Even allowing for the differences between UK and US approaches to Israel/Palestine issues and the general push back against the extra territoriality of US laws, I suggest that as a group we should look very carefully at such connections before deciding to continue with them. This is doubly important in CBFM where we know that fund raising efforts in the US are coming increasingly under the "OFAC microscope".
Happy to discuss.

-----Original Message-----
From: LOVE, Kevin, CBFM
Sent: 10 December 2004 14:24
To: FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk

Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk
Subject: RE: Google Alert - nat-west
Importance: High

Stephen,
The seven accounts referred to are indeed all connected with Interpal and we were aware of them. I know that you know Interpal well, and presume that this confirmation allays any concerns. If not, please do not hesitate to contact Guy Cole for further information.
Regards
Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking _Financial Markets
The Royal Bank of Scotland Group Plc
kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt
Sent: 10 December 2004 11:55
To: NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; LOVE, Kevin, CBFM; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject: FW: Google Alert - nat-west

FYI - As Amanda says, we were aware of one account with alleged links to Hamas - Interpal - but not that we had actual acounts for Hamas.
Is this true? If so, why have they not been picked up by the searches?

-----Original Message-----
From: HOLT, Amanda, Group Risk Mgmt (nee Turner)
Sent: 10 December 2004 11:14
To: Smith, Sue (Natwest Risk); Outhwaite, David; FOSTER, Stephen James, Group Risk Mgmt
Cc: Wilson, Sharon (PA to Graeme Hardie)
Subject: RE: Google Alert - nat-west

David and Sue

Many thanks for this. I can't see the article you are referring to (as I have upgraded to XP to internet no longer works) however, we were aware that we had accounts for people connected to Hamas, but not Hamas itself. I have forwarded this email to Stephen Foster in my team who know the background and who can give the legal/regulatory view from Group.

Regards,

Amanda Holt
Head of Group Enterprise Risk

Tel no: 020 7334 1148
Fax no: 020 7375 4106
Mobile: 07789 928 481
Internet: amanda.holt@rbos.com

-----Original Message-----
From: Smith, Sue (Natwest Risk)
Sent: 10 December 2004 11:01
To: Outhwaite, David
Cc: Wilson, Sharon (PA to Graeme Hardie); HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject: FW: Google Alert - nat-west

Hi David

I've tracked down the accounts - the CIN is [redacted]. They hold 7 accounts with us and the connection is held by CBFM.

Kind Regards

Sue Smith
Operational Risk Manager, NatWest Network
NatWest Network Risk _Operations
NatWest Retail Banking
*    First Floor West
      Younger Building,  Edinburgh
    Depot Code 045
*    0131 525 0441  (220441)
*    0131 550 5682 (205682)
* Sue.Smith@rbs.co.uk

-----Original Message-----
From:    Wilson, Sharon (PA to Graeme Hardie)
Sent:    Friday, December 10, 2004 10:46 AM
To:     Smith, Sue (Natwest Risk)
Subject:    FW: Google Alert - nat-west

Sue

Thanks again
Sharon


Sharon Wilson
PA to Graeme Hardie
Managing Director, NatWest Retail Banking
2nd Floor West, The Younger Building,
3 Redheughs Avenue, Edinburgh, EH12 9RB
Tel No 0131 523 5130
Mobile No 07774 008084
Fax No 0131 523 6501

DEPOT CODE 045

-----Original Message-----
From:    Outhwaite, David
Sent:    Friday, December 10, 2004 10:19 AM
To:    Hardie, Graeme, NW Retail Executive; HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:    FW: Google Alert - nat-west

Amanda - Hope you are well.

Carolyn McAdam suggested that I forward this to you - I'm not exactly sure who in the organisation needs to know about this, but she suggested you might know.

One of our online news alerts has picked up this article talking about accounts help by Hamas with NatWest. I wouldn't claim to be an expert in the politics in terms of Hamas, although the news website  is US based and certainly pro-Israeli.

Any ideas?

Thanks
David

David Outhwaite
Head of Retail Media Relations
The Royal Bank of Scotland/NatWest
Tel 020 7672 1915
Mob 07802 972756
david.outhwaite@rbs.co.uk

HIGHLY CONFIDENTIAL

```
===========================
```

```
From:     Google Alerts [SMTP:googlealerts-noreply@google.com]
Sent:     Friday, December 10, 2004 9:41 AM
To:       Outhwaite, David
Subject:  Google Alert - nat-west

*** WARNING : This message originates from the Internet ***


Google Alert for: nat-west

How Terrorist Propaganda Kills
<http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>
Frontpagemag.com - USA
... All the accounts are with Nat West Bank, and the international scope of the
organization is evident by dedicated dollar and euro accounts. ...


    _____

 This as it happens Google Alert is brought to you by Google.

Remove <http://www.google.com/alerts/remove?s=2acb30c69543b3f7hl=en> this alert.

Create <http://www.google.com/alerts?hl=en> another alert.
Manage <http://www.google.com/alerts/manage?hl=en> your alerts.
```

HIGHLY CONFIDENTIAL

NW 066676

NW066676

**EXHIBIT 84 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

| | |
|---|---|
| **From:** | HOLT, Amanda, Group Risk Mgmt (nee Turner) |
| **Sent:** | Wednesday, December 15, 2004 08:26 AM |
| **To:** | LOVE, Kevin, CBFM |
| **Subject:** | FW: Google Alert - nat-west |
| **Attachments:** | Picture (Metafile)1 |

FYI

Amanda Holt
Head of Group Enterprise Risk

Tel no: 020 7334 1148
Fax no: 020 7375 4106
Mobile: 07789 928 481
Internet: amanda.holt@rbos.com


    -----Original Message-----
From:      Outhwaite, David
Sent:      10 December 2004 11:24
To:    HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:    RE: Google Alert - nat-west

Amanda this is the article.

David


How Terrorist Propaganda Kills


By Rachel Ehrenfeld <authors.asp?ID=579>
FrontPageMagazine.com | December 10, 2004
Tony Blair and the Europeans are focusing their attention on the creation of a
Palestinian state as the magic formula for peace in the Middle East. At the same
time, they are turning a blind eye to the growing propaganda and fundraising
campaign on websites and TV stations in their own countries.

The Europeans' behavior is not surprising. Their top foreign policy official,
Javier Solana, the EU High Representative for Foreign and Security Policy,
expressed a "deep sadness" over the death of Yasser Arafat, the failed
Palestinian leader who initiated the culture of death and destruction. Solana
further suggested that the best way to commemorate him is to follow in his
footsteps. In fact, he outdid Arafat by negotiating with HAMAS, which the EU
itself has designated as a terrorist organization.

The most active HAMAS front organization worldwide is the London-based Interpal,
which publishes anti-American and anti-Israeli propaganda, and which in 2003
alone sent more than $20 million to different HAMAS organizations in the
Palestinian territories. In addition to fundraising in England in Pounds
Sterling, Interpal lists on its website four different bank accounts to which
contributors can send money. All the accounts are with Nat West Bank, and the
international scope of the organization is evident by dedicated dollar and euro
accounts.

And England is not alone. While the French Prime Minister Jean-Pierre Raffarin is
calling to shut down Al-Manar, Hizbollah's TV broadcasting in France, his
country continues to host the Paris-based HAMAS front organization, Votre
Partenaire Humanitaire en Palestine (CBSP), which also publishes anti-West hate
propaganda, and whose website calls for contributions to be sent to a Post
Office box in Nancy.

Other European countries also allow HAMAS propaganda websites and fundraising.
Sweden, which "supports democratic development in the Palestinian territories,"
apparently does not see any contradiction in its support of the Malmo-based

NW 066677
NW066677

HAMAS front Al-Aqsa Spannmal Stiftelse, which invites contributors to send money to its BankGiro account. The Swiss, who carried several of Arafat's secret bank accounts for decades, and whose foreign minister Micheline Calmy-Rey warmly eulogized Arafat, is also hosting the Association De Secours Palestinien - Suise and the Humanitare Hilfsorganisation Fur Palastina - Schweiz, with a UBS account which in turn transfers the money to HAMAS in the West Bank and Gaza. The Austrian HAMAS front, Palastinensische Ver. In Osterreich, features anti-Israeli propaganda and lists its account for donations in Austria Creditanstalt Bank. And the Italians, who support President Bush's War on Terror, allow HAMAS' Associazione Benefica di Solidarieta con il Popolo Palestinese not only to spread its hateful messages on the their internet providers, but also to collect funds through an account at Banca Nazionale del Lavoro in Genoa, funds which are then sent on to the Palestinian territories.

Equally disturbing is the Europeans' blasé attitude towards the virulently anti-American and anti-Israeli broadcasts of the Iranian-sponsored and controlled TV network, Al-Manar. This Hizbollah mouthpiece spews anti-American incitement and propaganda, which has increased dramatically since the Iraq War. Al-Manar, through its programs, also serves as a fundraising vehicle for both the Islamic Jihad and HAMAS organizations in the Palestinian territories.

The French Eutelsat satellite company, which was formed by the European Space Agency, distributes Al-Manar to Europe and North Africa. The Dutch New Skies Satellites (NSS) company, recently acquired by the American Blackstone Group, distributes Al-Manar to North Africa and parts of Europe. Despite its suffering radical Islamist terror last March, and subsequently arresting many Islamist operatives, Spain allows the Madrid-based Hispasat company to continue broadcasting Al-Manar to South American countries, where the number of Muslim converts is growing exponentially.

What is most surprising, however, is that California-based Telestar, the world's largest global satellite corporation, facilitates the broadcasting of Al-Manar into North America and Canada. It is surprising because the Patriot Act defines the facilitation of communication for terrorist purposes as a terrorist act. Providing satellite broadcasting and internet services to terrorist groups meets that criterion.

As part of the revised agenda for President Bush's second term, Congress should enact legislation requiring American-based satellite and internet service providers to identify and monitor their clients, and the clients of their clients, in order to prevent the facilitation of terrorist communications. This can be done through methods similar to Know Your Customer procedures, which are set in place in financial institutions to follow the money trail. As for foreign satellite and Web-hosting companies, the Office of Foreign Assets Control (OFAC) regulations and the executive orders behind them seem to be a perfect control mechanism.

Rachel Ehrenfeld is author of Funding Evil: How Terrorism is Financed - And How to Stop It; the Director of the New York-based American Center for Democracy; and a member of the Committee on the Present Danger.


-----Original Message-----
From:    HOLT, Amanda, Group Risk Mgmt (nee Turner)
Sent:    Friday, December 10, 2004 11:14 AM
To:    Smith, Sue (Natwest Risk); Outhwaite, David; FOSTER, Stephen James, Group Risk Mgmt
Cc:    Wilson, Sharon (PA to Graeme Hardie)
Subject:    RE: Google Alert - nat-west

David and Sue

Many thanks for this.  I can't see the article you are referring to (as I have upgraded to XP to internet no longer works) however, we were aware that we had accounts for people connected to Hamas, but not Hamas itself. I have forwarded this email to Stephen Foster in my team who know the background and who can give the legal/regulatory view from Group.

Regards,

NW 066678
NW066678

Amanda Holt
Head of Group Enterprise Risk

Tel no: 020 7334 1148
Fax no: 020 7375 4106
Mobile: 07789 928 481
Internet: amanda.holt@rbos.com


    -----Original Message-----
From:      Smith, Sue (Natwest Risk)
Sent:      10 December 2004 11:01
To:      Outhwaite, David
Cc:      Wilson, Sharon (PA to Graeme Hardie); HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:      FW: Google Alert - nat-west

Hi David

I've tracked down the accounts - the CIN is ███████     They hold 7 accounts with us and the connection is held by CBFM.

Kind Regards

Sue Smith
Operational Risk Manager, NatWest Network
NatWest Network Risk _Operations
NatWest Retail Banking
*    First Floor West
       Younger Building,  Edinburgh
    Depot Code 045
*    0131 525 0441   (220441)
*    0131 550 5682  (205682)
* Sue.Smith@rbs.co.uk

-----Original Message-----
From:      Wilson, Sharon (PA to Graeme Hardie)
Sent:      Friday, December 10, 2004 10:46 AM
To:      Smith, Sue (Natwest Risk)
Subject:      FW: Google Alert - nat-west

Sue

Thanks again
Sharon



Sharon Wilson
PA to Graeme Hardie
Managing Director, NatWest Retail Banking
2nd Floor West, The Younger Building,
3 Redheughs Avenue, Edinburgh, EH12 9RB
Tel No 0131 523 5130
Mobile No 07774 008084
Fax No 0131 523 6501

DEPOT CODE 045

-----Original Message-----
From:      Outhwaite, David
Sent:      Friday, December 10, 2004 10:19 AM
To:      Hardie, Graeme, NW Retail Executive; HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:      FW: Google Alert - nat-west

Amanda - Hope you are well.

Carolyn McAdam suggested that I forward this to you - I'm not exactly sure who in the organisation needs to know about this, but she suggested you might know.

**HIGHLY CONFIDENTIAL**

NW 066679
NW066679

One of our online news alerts has picked up this article talking about accounts help by Hamas with NatWest. I wouldn't claim to be an expert in the politics in terms of Hamas, although the news website is US based and certainly pro-Israeli.

Any ideas?

Thanks
David

David Outhwaite
Head of Retail Media Relations
The Royal Bank of Scotland/NatWest
Tel 020 7672 1915
Mob 07802 972756
david.outhwaite@rbs.co.uk


============================


From:    Google Alerts [SMTP:googlealerts-noreply@google.com]
Sent:    Friday, December 10, 2004 9:41 AM
To:      Outhwaite, David
Subject:    Google Alert - nat-west

*** WARNING : This message originates from the Internet ***


Google Alert for: nat-west

How Terrorist Propaganda Kills
<<http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>>
Frontpagemag.com - USA
... All the accounts are with Nat West Bank, and the international scope of the organization is evident by dedicated dollar and euro accounts. ...


 ‾‾‾‾‾

 This as it happens Google Alert is brought to you by Google.

Remove <<http://www.google.com/alerts/remove?s=2acb30c69543b3f7hl=en>> this alert.
Create <<http://www.google.com/alerts?hl=en>> another alert.
Manage <<http://www.google.com/alerts/manage?hl=en>> your alerts.


******************************************************************************-
****************************************************************************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.

Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete the message from your computer. Internet e-mails are not necessarily secure. The Royal Bank of Scotland plc does not accept responsibility for changes made to this message after it was sent.


HIGHLY CONFIDENTIAL

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:

http://www.rbs.co.uk/CBFM

http://www.rbsmarkets.com


********************************************************************-
***
********************************************************************-
***
*******************************************************************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered
Office: 36 St Andrew Square, Edinburgh EH2 2YB.

Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the
addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The
Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:

http://www.rbs.co.uk/CBFM

http://www.rbsmarkets.com


********************************************************************-
***

HIGHLY CONFIDENTIAL

**EXHIBIT 85 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**From:**          Arkley, Steve
**Sent:**          Monday, December 13, 2004 12:17 PM
**To:**            Hitch (Frattaroli), Ruth
**Subject:**       FW: Commercial Relationship - Interpal


Ruth
Have just been speaking to Graeme
he mentioned this.......
Steve
Steve Arkley
Fraud Prevention. Core Corporate Bank
*020 7085 2145
Mbl 07831 521561
The Royal Bank of Scotland plc
Core Corporate Bank
Managing Director's Office
Depot Code 028
9th Floor
135 Bishopsgate
London EC2M 3LR


-----Original Message-----
From:    Garrett, Steve (Comm Bkng EW)  On Behalf Of Wyles, Graeme
Sent:    Monday, December 13, 2004 5:16 PM
To:      Arkley, Steve
Subject:    FW: Commercial Relationship - Interpal


Steve Garrett
Assistant Manager, Risk
Commercial Banking England _Wales
7th Floor
280 Bishopsgate
London. EC2M 4RB
Depot Code 028

*  Tel 020 7672 0840
*  Fax 020 7672 0204
* steve.garrett@rbs.co.uk
*  www.rbs.co.uk


-----Original Message-----
From:    RODGER, Irvine, CBFM Enterprise Risk
Sent:    Monday, December 13, 2004 4:12 PM
To:      Dickinson, Alan (CB London); Weir, Derek; LOVE, Kevin, CBFM
Cc:      Lewis, Jill; Wyles, Graeme
Subject:    RE: Commercial Relationship - Interpal

Alan

The money coming in is comprised of ████████████████████████████████ Following the temporary
freezing of the accounts earlier this year for investigation purposes, Guy Cole
from my team reviews all movements on the accounts on a 6-monthly basis (in
light of OFAC sanctions).. The next 6-monthly review is imminently due.

Regards

Irvine Rodger
CBFM MLPU


HIGHLY CONFIDENTIAL                                                    NW 066691
                                                                      NW066691

The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot 028)
Tel:   (020) 7085 1082
Int:   361082
Fax: (020) 7085 4641
e:      irvine.rodger@rbos.com <mailto:irvine.rodger@rbos.com>


 -----Original Message-----
From:     Dickinson, Alan (CB London)
Sent:     13 December 2004 16:03
To:       Weir, Derek; LOVE, Kevin, CBFM
Cc:       Lewis, Jill; Wyles, Graeme; RODGER, Irvine, CBFM Enterprise Risk
Subject:    RE: Commercial Relationship -  Interpal

what does the activity on the account (in and out) tell us?

A

 -----Original Message-----
From:     Weir, Derek
Sent:     Monday, December 13, 2004 3:58 PM
To:       LOVE, Kevin, CBFM; Dickinson, Alan (CB London)
Cc:       Lewis, Jill; Wyles, Graeme; RODGER, Irvine, CBFM Enterprise Risk
Subject:    RE: Commercial Relationship -  Interpal

Damned if you do and damned if you don't I guess. There must be lots of entities
around the world raising money for Palestinian causes, given what's going on
there. I don't think we can be influenced by that particular internet article,
which is biased to say the least.

This account has been under scrutiny for years and the transactions are fairly
transparent. The issue must be who is giving it the money in the first place to
send to Palestine. Don't know how closely we can monitor that.

I don't think we can close the account unless we have some proof of the
accusations. Closing the account would imply we believed they were funding
terrorists, which would not be a good place to be.

Derek

 -----Original Message-----
From:     LOVE, Kevin, CBFM
Sent:     Monday, December 13, 2004 3:36 PM
To:       Dickinson, Alan (CB London); Weir, Derek
Cc:       Lewis, Jill; Wyles, Graeme; RODGER, Irvine, CBFM Enterprise Risk
Subject:    Commercial Relationship -  Interpal
Importance:   High

Alan/Derek,
Following a news item found on Google (link attached together with relevant
paragraph) Group Enterprise Risk (GER) have asked further questions relating to
the accounts we manage on behalf of Interpal, a British Charity.  GER were aware
that we have a relationship with Interpal but felt we should revisit this.


"Google Alert for: nat-west

How Terrorist Propaganda Kills
<<<http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>>>
Frontpagemag.com - USA
... All the accounts are with Nat West Bank, and the international scope of the
organization is evident by dedicated dollar and euro accounts. ..."

"The most active HAMAS front organization worldwide is the London-based Interpal,
which publishes anti-American and anti-Israeli propaganda, and which in 2003
alone sent more than $20 million to different HAMAS organizations in the
Palestinian territories.   In addition to fundraising in England in Pounds
Sterling, Interpal lists on its website four different bank accounts to which
contributors can send money. All the accounts are with Nat West Bank, and the

HIGHLY CONFIDENTIAL

NW 066692
NW066692

international scope of the organization is evident by dedicated dollar and euro accounts."

Amanda Holt has commented that the Group's policy is that we will not have customers on the sanctions _terrorist lists of the Group covering both UK and US terrorist lists. Further, she does not see this as a  "Cuba" OFAC issue as Interpal are on the terrorist, rather than general, lists.  Amanda also recognises, however, that it is not a cut and dry case either due to the different stance towards the Palestinian issue between the US and UK.

Amanda's specific questions are as follows:

*What steps are being taken to manage the situation (e.g. extra monitoring)? I can confirm that, as previously agreed with GER, we do extend additional monitoring to this account.
*What is the regulatory position given our increased presence in the US and the formation of the new US organisation structure? Should we decide to stay with this relationship, we will need to investigate this more fully

In addition, especially if we chose to maintain this relationship, Amanda felt that Johnny should be made aware given his "prominent role in this new organisation".

Irvine's note below provides more detail on Interpal themselves and the feelings of the RM.  I should draw your attention to the potential reputational risk associated with exit.  If we decide to remain in the relationship, we will need to appraise Johnny.  Their site carries the following current news bulletin:

"The Board of Trustees, staff and supporters of INTERPAL are "delighted" that the Charity Commission has rejected American accusations and "evidence" that the charity has links to illegal activities in the Middle East and has as a result ended its inquiry into the charity"s affairs..."

Please can I have your thoughts on the matter?
Thanks and regards
Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking _Financial Markets
The Royal Bank of Scotland Group Plc
kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

Kevin
The RM is Belinda Lane from Romford Commercial (01708 774529).  She  is not concerned about the account holders.  She re-iterated that the account has been investigated many times without anything untoward coming to light.  However one irritation is developing - increasing difficulties in making payments to Palestine because local banks there will not accept them (due to OFAC). Consequently, although the account is quite a big income earner for her ███████████, it is  becoming higher maintenance.
Taking everything into account, Belinda would accept the loss of this customer even though it has done nothing wrong provided her target can be adjusted accordingly.  She did point out that the charity would find it difficult to rebank due to OFAC and the background to RBS kicking it out.  There is consequently a danger of adverse media comment if we were to close a legitimate charitable account.
I have pasted in the charity's Internet blurb <www.interpal.org>
<<http://www.interpal.org>>
By way of background, there  were investigations by the Charities Commission and Special Branch into potential links with Hamas, but no action was taken against the charity. ████████████████████████████████
Guy  has not found anything  that substantiates beyond opinion that Interpal has made payments to terrorist groups. It appears the perspective taken by Israel towards Interpal and other charities operating/funding schools/orphanages/hostels in Palestine and Gaza, is that these charities perpetuate terrorism as terrorists know that if they die their dependants will be looked after by the charities.    Interpal is  a predominant UK charity providing relief in this region, it hosted and funded a visit by British MPs to

HIGHLY CONFIDENTIAL

the region in 1998.
Taking everything into account, neither myself  nor Guy  think that the accounts should not be closed.   However, you may wish to get Derek and Alan to make the final decision.
Regards
*    INTERPAL is a non-political, non-profit making British charity that focuses solely on the provision of relief and development aid to the poor and needy of Palestine.
*    INTERPAL's area of operation is mainly Gaza, the West Bank and the refugee camps in Jordan and Lebanon. We work with in excess of 150 different charitable organizations in these areas, all of whom are registered with the appropriate local authorities.
*    INTERPAL's stated official policy is to coordinate with charities both in Britain and abroad in order to further its aims and objectives to provide relief and development aid to the people of Palestine. This is to increase efficiency and avoid duplication ensuring maximum benefit for Palestine's poor and needy.
*    INTERPAL's commitment to Public Accountability and Transparency means that it only deals with bona fide organisations, not individuals, which are duly registered by the appropriate local authorities. Its work with these organizations is subject to a strict Funding Agreement to ensure the proper charitable use of funds as specified.
*    INTERPAL sends delegations made up of community leaders to our areas of operation as part of our awareness raising effort. These leaders then report back to the community, to give a first hand account of the situation of poor and needy Palestinians as well as the progress of INTERPAL projects. INTERPAL is committed to transparency in its operations, and this is one way of ensuring that interested parties can see for themselves exactly how their money has been spent.
*    Like all charities registered in England, INTERPAL is governed by English Law, and the rules, regulations and guidelines determined by the Charity Commission, the governmental body that monitors charities' activities. The Inland Revenue also periodically sends its officers to scrutinise our audited accounts.
*    INTERPAL was established to provide humanitarian and development aid in an area where there is great need. We are committed to carrying out the wishes of our donors and bound by a religious duty and moral obligation to ensure that the funds are used for charitable purposes as specified. We are also under a legal duty to operate within the laws of the United Kingdom and the areas in which we operate. It is not in our interest or the interest of our ultimate beneficiaries to exceed the remit of our Trust Deed and operate outside the law.
*    In order to ensure that the funds it transfers are used as directed, INTERPAL maintains a very strict audit trail and insists on a formal contractual relationship with all our partners. We require our partners to sign and adhere strictly to a Funding Agreement. All transfers of funds are properly authorised, documented and receipted, and local partners are under a duty to provide progress reports and a final report of the projects they implement on our behalf. These reports are supported by relevant documents (e.g. receipts of purchases and distribution of funds) and photographic or video records.


    << OLE Object: MARQUEE.MarqueeCtrl.1 >>
    << OLE Object: MARQUEE.MarqueeCtrl.1 >>
    <<mailto:s@rbos.com>>
    << OLE Object: MARQUEE.MarqueeCtrl.1 >>
        <<http://www.rbos.com/>>

    << OLE Object: MARQUEE.MarqueeCtrl.1 >>


****************************************************************************-
****************************************************************************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.

Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the addressee only. If the message is received by anyone other

HIGHLY CONFIDENTIAL

than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The
Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:

<http://www.rbs.co.uk/CBFM>

<http://www.rbsmarkets.com>


**************************************************************************-
***
**************************************************************************-
***
*************************************************************************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered
Office: 36 St Andrew Square, Edinburgh EH2 2YB.

Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the
addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The          Royal
Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:

<http://www.rbs.co.uk/CBFM>

<http://www.rbsmarkets.com>


**************************************************************************-
***

NW 066695
NW066695

**EXHIBIT 86 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**Garrett, Steve (Comm Bkng EW)**

| | |
|---|---|
| **From:** | RODGER, Irvine, CBFM Enterprise Risk |
| **Sent:** | 15 December 2004 12:06 |
| **To:** | LOVE, Kevin, CBFM |
| **Cc:** | Lewis, Jill; Garrett, Steve (Comm Bkng E&W); Wyles, Graeme; Dickinson, Alan (CB London); Weir, Derek; COLE, Guy, CBFM Enterprise Risk |
| **Subject:** | RE: Commercial Relationship - Interpal |

Kevin

There are more matches than expected so Guy needs to spend time discounting them.  However, there have been no matches so far (two-thirds have been done).  By close of play today, he will have completed this.  To do a full and proper job, Guy will also consider reputational issues with some of the recipients.  As you can imagine, Israel suspect all Palestinian charities regardless. He estimates that the reputational review will be complete by tomorrow lunchtime.

Apologies that this is taking longer than expected but in the circumstances of Amanda Holt's request, it is best that we can confirm with a high degree of certainty that the charity is clean.

Regards

**Irvine Rodger**
**CBFM MLPU**
**The Royal Bank of Scotland plc**
**135 Bishopsgate, London, EC2M 3UR (Depot 028)**
**Tel: (020) 7085 1082**
**Int: 361082**
**Fax: (020) 7085 4641**
**e:** irvine.rodger@rbos.com <mailto:irvine.rodger@rbos.com>

-----Original Message-----
| | |
|---|---|
| **From:** | LOVE, Kevin, CBFM |
| **Sent:** | 15 December 2004 11:49 |
| **To:** | RODGER, Irvine, CBFM Enterprise Risk |
| **Cc:** | Lewis, Jill; Garrett, Steve (Comm Bkng E&W); Wyles, Graeme; Dickinson, Alan (CB London); Weir, Derek; COLE, Guy, CBFM Enterprise Risk |
| **Subject:** | RE: Commercial Relationship - Interpal |
| **Importance:** | High |

Irvine,
What is the result of this: "All payments out will be matched against the Bank of England sanctions and terrorist list this afternoon"

Thanks

**Kevin R. Love**
**Global Head of Enterprise Risk**
**Corporate Banking & Financial Markets**
**The Royal Bank of Scotland Group Plc**
**kevin.love@rbos.com**
**Work: +44 20 7085 4026 Mobile: +44 7769 931630**
**Pager: +44 7693 308651 Blackberry: +44 7793 858329**

-----Original Message-----
**From:** RODGER, Irvine, CBFM Enterprise Risk
**Sent:** 14 December 2004 12:38
**To:** Wyles, Graeme; Dickinson, Alan (CB London); Weir, Derek; LOVE, Kevin, CBFM; COLE, Guy, CBFM Enterprise Risk
**Cc:** Lewis, Jill; Garrett, Steve (Comm Bkng E&W)
**Subject:** RE: Commercial Relationship - Interpal

1

HIGHLY CONFIDENTIAL

NW 066807
NW066807

I understand Graeme.

Guy can confirm that all receipts in are ▮▮▮▮▮▮▮ All payments out will be matched against the Bank of England sanctions and terrorist list this afternoon.

I feel that the note I wrote for Kevin was confusing as I had included a double negative.   For the avoidance of doubt, Guy and I believe the account should remain **open**.

Regards

**Irvine Rodger**
**CBFM MLPU**
**The Royal Bank of Scotland plc**
**135 Bishopsgate, London, EC2M 3UR (Depot 028)**
**Tel: (020) 7085 1082**
**Int: 361082**
**Fax: (020) 7085 4641**
**e: irvine.rodger@rbos.com <mailto:irvine.rodger@rbos.com>**

-----Original Message-----
| | |
|---|---|
| **From:** | Wyles, Graeme |
| **Sent:** | 14 December 2004 12:26 |
| **To:** | Dickinson, Alan (CB London); RODGER, Irvine, CBFM Enterprise Risk; Weir, Derek; LOVE, Kevin, CBFM |
| **Cc:** | Lewis, Jill; Garrett, Steve (Comm Bkng E&W) |
| **Subject:** | RE: Commercial Relationship - Interpal |

Gents
I will pick this one up to make sure that going forward tight overview in place re monies in/out.We will report any suspicious activity. I'd like to defer any debate over exit for the time being. We have more than sufficient "clear cut" exits underway / in course without adding a potential "high profile" situation where at this time no "malpractice" is proven or indeed actually evident.
Should it be necessary to report any activity you have my assurance that exit will be considered at that time.

Steve Garrett
Talk tomorrow please.
Graeme

Graeme Wyles
Director Risk
Commercial Banking , UK
020 7672 0194
Mobile: 07887  898668
Pager 07693 266560
Depot 028

-----Original Message-----
| | |
|---|---|
| **From:** | Dickinson, Alan (CB London) |
| **Sent:** | 13 December 2004 17:02 |
| **To:** | RODGER, Irvine, CBFM Enterprise Risk; Weir, Derek; LOVE, Kevin, CBFM |
| **Cc:** | Lewis, Jill; Wyles, Graeme |
| **Subject:** | RE: Commercial Relationship - Interpal |

Pls make sure that the outcome is elevated to Derek and myself..

Alan

-----Original Message-----
| | |
|---|---|
| **From:** | RODGER, Irvine, CBFM Enterprise Risk |
| **Sent:** | Monday, December 13, 2004 4:12 PM |
| **To:** | Dickinson, Alan (CB London); Weir, Derek; LOVE, Kevin, CBFM |
| **Cc:** | Lewis, Jill; Wyles, Graeme |
| **Subject:** | RE: Commercial Relationship - Interpal |

Alan

HIGHLY CONFIDENTIAL

NW 066808
NW066808

The money coming in is comprised of █████████████████████████████ Following the temporary freezing of the accounts earlier this year for investigation purposes, Guy Cole from my team reviews all movements on the accounts on a 6-monthly basis (in light of OFAC sanctions).. The next 6-monthly review is imminently due.

Regards

## Irvine Rodger
CBFM MLPU
The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot 028)
Tel: (020) 7085 1082
Int: 361082
Fax: (020) 7085 4641
e:   irvine.rodger@rbos.com <<mailto:irvine.rodger@rbos.com>>

-----Original Message-----
| | |
|---|---|
| From: | Dickinson, Alan (CB London) |
| Sent: | 13 December 2004 16:03 |
| To: | Weir, Derek; LOVE, Kevin, CBFM |
| Cc: | Lewis, Jill; Wyles, Graeme; RODGER, Irvine, CBFM Enterprise Risk |
| Subject: | RE: Commercial Relationship - Interpal |

what does the activity on the account (in and out) tell us?

A

-----Original Message-----
| | |
|---|---|
| From: | Weir, Derek |
| Sent: | Monday, December 13, 2004 3.58 PM |
| To: | LOVE, Kevin, CBFM; Dickinson, Alan (CB London) |
| Cc: | Lewis, Jill; Wyles, Graeme; RODGER, Irvine, CBFM Enterprise Risk |
| Subject: | RE: Commercial Relationship - Interpal |

Damned if you do and damned if you don't I guess. There must be lots of entities around the world raising money for Palestinian causes, given what's going on there. I don't think we can be influenced by that particular internet article. which is biased to say the least.

This account has been under scrutiny for years and the transactions are fairly transparent. The issue must be who is giving it the money in the first place to send to Palestine. Don't know how closely we can monitor that.

I don't think we can close the account unless we have some proof of the accusations. Closing the account would imply we believed they were funding terrorists, which would not be a good place to be.

Derek

-----Original Message-----
| | |
|---|---|
| From: | LOVE, Kevin, CBFM |
| Sent: | Monday, December 13, 2004 3.36 PM |
| To: | Dickinson, Alan (CB London), Weir, Derek |
| Cc: | Lewis, Jill; Wyles, Graeme; RODGER, Irvine, CBFM Enterprise Risk |
| Subject: | Commercial Relationship - Interpal |
| Importance: | High |

Alan/Derek,
Following a news item found on Google (link attached together with relevant paragraph) Group Enterprise Risk (GER) have asked further questions relating to the accounts we manage on behalf of Interpal, a British Charity. GER were aware that we have a relationship with Interpal but felt we should revisit this.

## "Google Alert for: nat-west

3

How Terrorist Propaganda Kills
<<<<http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>>>>
Frontpagemag.com - USA
... All the accounts are with **Nat West Bank**, and the international scope of the organization is evident by dedicated dollar and euro accounts ..."

"The most active HAMAS front organization worldwide is the London-based Interpal, which publishes anti-American and anti-Israeli propaganda, and which in 2003 alone sent more than $20 million to different HAMAS organizations in the Palestinian territories. In addition to fundraising in England in Pounds Sterling, Interpal lists on its website four different bank accounts to which contributors can send money. All the accounts are with Nat West Bank, and the international scope of the organization is evident by dedicated dollar and euro accounts."

Amanda Holt has commented that the Group's policy is that we will not have customers on the sanctions & terrorist lists of the Group covering both UK and US terrorist lists. Further, she does not see this as a "Cuba" OFAC issue as Interpal are on the terrorist, rather than general, lists. Amanda also recognises, however, that it is not a cut and dry case either due to the different stance towards the Palestinian issue between the US and UK.

Amanda's specific questions are as follows:

•What steps are being taken to manage the situation (e.g. extra monitoring)? *I can confirm that, as previously agreed with GER, we do extend additional monitoring to this account.*
•What is the regulatory position given our increased presence in the US and the formation of the new US organisation structure? *Should we decide to stay with this relationship, we will need to investigate this more fully*

In addition, especially if we chose to maintain this relationship, Amanda felt that Johnny should be made aware given his "prominent role in this new organisation".

Irvine's note below provides more detail on Interpal themselves and the feelings of the RM. I should draw your attention to the potential reputational risk associated with exit. If we decide to remain in the relationship, we will need to appraise Johnny. Their site carries the following current news bulletin:

*"The Board of Trustees, staff and supporters of INTERPAL are "delighted" that the Charity Commission has rejected American accusations and "evidence" that the charity has links to illegal activities in the Middle East and has as a result ended its inquiry into the charity"s affairs..."*

Please can I have your thoughts on the matter?
Thanks and regards
**Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking & Financial Markets
The Royal Bank of Scotland Group Plc**
kevin.love@rbos.com
**Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329**

Kevin

The RM is Belinda Lane from Romford Commercial (01708 774529). She is not concerned about the account holders. She re-iterated that the account has been investigated many times without anything untoward coming to light. However one irritation is developing - increasing difficulties in making payments to Palestine because local banks there will not accept them (due to OFAC). Consequently, although the account is quite a big income earner for her ███ it

HIGHLY CONFIDENTIAL

is becoming higher maintenance.

Taking everything into account, Belinda would accept the loss of this customer even though it has done nothing wrong provided her target can be adjusted accordingly.   She did point out that the charity would find it difficult to rebank due to OFAC and the background to RBS kicking it out.   There is  consequently a **danger of adverse media comment** if we were to close a legitimate charitable account.

I have pasted in the charity's Internet blurb <<www.interpal.org>> <<<http://www.interpal.org>>>

By way of background, there  were investigations by the **Charities Commission** and **Special Branch** into potential links with Hamas, but no action was taken against the charity.

Guy  has not found anything  that substantiates beyond opinion that Interpal has made payments to terrorist groups. It appears the perspective taken by Israel towards Interpal and other charities operating/funding schools/orphanages/hostels in Palestine and Gaza, is that these charities perpetuate terrorism as **terrorists know that if they die their dependants will be looked after by the charities.** Interpal is  a predominant UK charity providing relief in this region, it hosted and funded a visit by British MPs to the region in 1998.

Taking everything into account, neither myself  nor Guy  think that the accounts should not be closed.   However, you may wish to get Derek and Alan to make the final decision.

Regards

- INTERPAL is a non-political, non-profit making British charity that focuses solely on the provision of relief and development aid to the poor and needy of Palestine.
- INTERPAL's area of operation is mainly Gaza, the West Bank and the refugee camps in Jordan and Lebanon. We work with in excess of 150 different charitable organizations in these areas, all of whom are registered with the appropriate local authorities.
- INTERPAL's stated official policy is to coordinate with charities both in Britain and abroad in order to further its aims and objectives to provide relief and development aid to the people of Palestine. This is to increase efficiency and avoid duplication ensuring maximum benefit for Palestine's poor and needy.
- INTERPAL's commitment to Public Accountability and Transparency means that it only deals with bona fide organisations, not individuals, which are duly registered by the appropriate local authorities. Its work with these organizations is subject to a strict Funding Agreement to ensure the proper charitable use of funds as specified.
- INTERPAL sends delegations made up of community leaders to our areas of operation as part of our awareness raising effort. These leaders then report back to the community, to give a first hand account of the situation of poor and needy Palestinians as well as the progress of INTERPAL projects. INTERPAL is committed to transparency in its operations, and this is one way of ensuring that interested parties can see for themselves exactly how their money has been spent.
- Like all charities registered in England, INTERPAL is governed by English Law, and the rules, regulations and guidelines determined by the Charity Commission, the governmental body that monitors charities' activities. The Inland Revenue also periodically sends its officers to scrutinise our audited accounts.
- INTERPAL was established to provide humanitarian and development aid

5

NW 066811
NW066811

In an area where there is great need. We are committed to carrying out the wishes of our donors and bound by a religious duty and moral obligation to ensure that the funds are used for charitable purposes as specified. We are also under a legal duty to operate within the laws of the United Kingdom and the areas in which we operate. It is not in our interest or the interest of our ultimate beneficiaries to exceed the remit of our Trust Deed and operate outside the law.

- In order to ensure that the funds it transfers are used as directed, INTERPAL maintains a very strict audit trail and insists on a formal contractual relationship with all our partners. We require our partners to sign and adhere strictly to a Funding Agreement. All transfers of funds are properly authorised, documented and recepted, and local partners are under a duty to provide progress reports and a final report of the projects they implement on our behalf. These reports are supported by relevant documents (e.g. receipts of purchases and distribution of funds) and photographic or video records.

```
<< OLE Object: MARQUEE.MarqueeCtrl.1 >>
<< OLE Object: MARQUEE.MarqueeCtrl.1 >>
<<<mailto:s@rbos.com>>>
<< OLE Object: MARQUEE.MarqueeCtrl.1 >>
    <<<http://www.rbos.com/>>>

<< OLE Object: MARQUEE.MarqueeCtrl.1 >>
```

```
*************************************************************
*************************************************************
*********
The Royal Bank of Scotland plc. Registered in Scotland No 90312.
Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.
Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the
addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The
Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:
<<http://www.rbs.co.uk/CBFM>>
<<http://www.rbsmarkets.com>>

*************************************************************
***********
*************************************************************
*****************************************************
```
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.
Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the          addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete the message from your          computer. Internet e-mails are not necessarily secure. The          Royal Bank of Scotland plc does not accept responsibility for

6

NW 066812
NW066812

changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the transmission of viruses, it is the responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect its systems or data. No responsibility is accepted by The Royal Bank of Scotland plc in this regard and the recipient should carry out such virus and other checks as it considers appropriate.

Visit our websites at:
<<http://www.rbs.co.uk/CBFM>>
<<http://www.rbsmarkets.com>>

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

7

HIGHLY CONFIDENTIAL

NW 066813
NW066813

**EXHIBIT 87 TO DECLARATION OF VALERIE SCHUSTER**

## DAVIES, Rob, Group Risk Mgmt

| | |
|---|---|
| **From:** | FOSTER, Stephen James, Group Risk Mgmt |
| **Sent:** | 06 January 2005 21:22 |
| **To:** | NORRIE, Ben, Group Risk Mgmt |
| **Subject:** | FW: Interpal - Strictly Confidential |
| **Importance:** | High |

Fyi.

-----Original Message-----

| | |
|---|---|
| **From:** | LOVE, Kevin, CBFM |
| **Sent:** | 17 December 2004 17:11 |
| **To:** | FOSTER, Stephen James, Group Risk Mgmt; HOLT, Amanda, Group Risk Mgmt (nee Turner) |
| **Cc:** | ROOGER, Irvine, CBFM Enterprise Risk; COLE, Guy, CBFM Enterprise Risk; JONES, Richard, CBFM Enterprise Risk |
| **Subject:** | FW: Interpal - Strictly Confidential |
| **Importance:** | High |

Fyi

**Kevin R. Love**
**Global Head of Enterprise Risk**
**Corporate Banking & Financial Markets**
**The Royal Bank of Scotland Group Plc**
kevin.love@rbos.com
**Work: +44 20 7085 4026 Mobile: +44 7769 931630**
**Pager: +44 7693 308651 Blackberry: +44 7793 858329**

-----Original Message-----
**From:** Dickinson, Alan (CB London)
**Sent:** 17 December 2004 17:10
**To:** CAMERON, John A N (CBFM)
**Cc:** LOVE, Kevin, CBFM
**Subject:** Interpal - Strictly Confidential

Johnny,

In September 2003, the US Office of Foreign Asset Control ('OFAC') designated the charity 'Interpal' a terrorist organisation due to links with HAMAS. Interpal is a British registered charity, and CBFM NatWest customer. Interpal's accounts were immediately frozen, and the Charities Commission and Special Branch investigated the US allegations. The investigation found that there was insufficient evidence to prove a link to terrorism, so no UK action was taken against Interpal and it operates freely in the UK.

Following the outcome of the UK authorities investigation, CBFM Money Laundering Prevention Unit ('MLPU') undertook to review Interpal accounts on a semi annual basis to ensure that none of its funds were being sent to terrorist groups. The most recent review was for the six months leading to November 2004. None of Interpal's payments reviewed were found to have been made to a UK or US designated terrorist organisation. Nor did the external due diligence database Worldcheck contain adverse information on any of the recipients of Interpal's funds.

Last week the RBS Retail Media Relations Team identified a recent US article mentioning the Interpal accounts held at NatWest and escalated the article to Group Enterprise Risk ('GER'). GER were already aware of this connection and the monitoring being undertaken, but asked CBFM MLPU for confirmation that CBFM were still content to maintain this relationship. Following the CBFM MLPU Interpal review, a briefing on Interpal was sent to me for consideration of the relationship. There were no adverse findings by the CBFM MLPU, and I have, therefore, decided to maintain the Interpal Bank account and relationship with them.

Derek Weir and I will ensure that this is closely monitored and referred to us so that we can take appropriate action if any adverse findings do arise.

Alan

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**Tel.      (020) 7085 5433**
**Internal        76572 365433**
**Fax.          (020) 7085 4641**
**<mailto:Guy.Cole@rbos.com>**
**CBFM MLPU Website: http://cbfmweb.fm.rbsgrp.net/cbfmmlpu/** *(Answers to many frequently asked questions can be found on this website)*

2

HIGHLY CONFIDENTIAL

**EXHIBIT 88 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**Sheftali, Jackie (Litigation Management)**

| From: | RODGER, Irvine, CBFM Enterprise Risk |
|---|---|
| Sent: | 13 December 2004 16:52 |
| To: | COLE, Guy, CBFM Enterprise Risk |
| Subject: | FW: Commercial Relationship - Interpal |
| Importance: | High |

Guy

Please see the latest.

cheers

**Irvine Rodger**
CBFM MLPU
The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot O28)
Tel: (020) 7085 1082
Int: 361082
Fax: (020) 7085 4641
e:   irvine.rodger@rbos.com

-----Original Message-----
| From: | LOVE, Kevin, CBFM |
|---|---|
| Sent: | 13 December 2004 15:36 |
| To: | Dickinson, Alan (CB London); Weir, Derek |
| Cc: | Lewis, Jill; Wyles, Graeme; RODGER, Irvine, CBFM Enterprise Risk |
| Subject: | Commercial Relationship - Interpal |
| Importance: | High |

Alan/Derek,
Following a news item found on Google (link attached together with relevant paragraph) Group Enterprise Risk (GER) have asked further questions relating to the accounts we manage on behalf of Interpal, a British Charity. GER were aware that we have a relationship with Interpal but felt we should revisit this.

## "Google Alert for: nat-west

How Terrorist Propaganda Kills
<http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>
Frontpagemag.com - USA
... All the accounts are with **Nat West** Bank, and the international scope of the organization is evident by dedicated dollar and euro accounts. ..."

"The most active HAMAS front organization worldwide is the London-based Interpal, which publishes anti-American and anti-Israeli propaganda, and which in 2003 alone sent more than $20 million to different HAMAS organizations in the Palestinian territories. In addition to fundraising in England in Pounds Sterling, Interpal lists on its website four different bank accounts to which contributors can send money. All the accounts are with Nat West Bank, and the international scope of the organization is evident by dedicated dollar and euro accounts."

Amanda Holt has commented that the Group's policy is that we will not have customers on the sanctions & terrorist lists of the Group covering both UK and US terrorist lists. Further, she does not see this as a "Cuba" OFAC issue as Interpal are on the terrorist, rather than general, lists. Amanda also recognises, however, that it is not a cut and dry case either due to the different stance towards the Palestinian issue between the US and

HIGHLY CONFIDENTIAL

NW 066844
NW066844

UK.

Amanda's specific questions are as follows:

•What steps are being taken to manage the situation (e.g. extra monitoring)? *I can confirm that, as previously agreed with GER, we do extend additional monitoring to this account.*
•What is the regulatory position given our increased presence in the US and the formation of the new US organisation structure? *Should we decide to stay with this relationship, we will need to investigate this more fully*

In addition, especially if we chose to maintain this relationship, Amanda felt that Johnny should be made aware given his "prominent role in this new organisation".

Irvine's note below provides more detail on Interpal themselves and the feelings of the RM. I should draw your attention to the potential reputational risk associated with exit. If we decide to remain in the relationship, we will need to appraise Johnny. Their site carries the following current news bulletin:

*"The Board of Trustees, staff and supporters of INTERPAL are "delighted" that the Charity Commission has rejected American accusations and "evidence" that the charity has links to illegal activities in the Middle East and has as a result ended its inquiry into the charity's affairs..."*

Please can I have your thoughts on the matter?
Thanks and regards
**Kevin R. Love**
**Global Head of Enterprise Risk**
**Corporate Banking & Financial Markets**
**The Royal Bank of Scotland Group Plc**
kevin.love@rbos.com
**Work: +44 20 7085 4026 Mobile: +44 7769 931630**
**Pager: +44 7693 308651 Blackberry: +44 7793 858329**

> Kevin
> The RM is Belinda Lane from Romford Commercial (01708 774529). She is not concerned about the account holders. She re-iterated that the account has been investigated many times without anything untoward coming to light. However one irritation is developing - increasing difficulties in making payments to Palestine because local banks there will not accept them (due to **OFAC**). Consequently, although the account is quite a big income earner for her ▬▬▬▬▬▬▬ it is becoming higher maintenance.
> Taking everything into account, Belinda would accept the loss of this customer even though it has done nothing wrong provided her target can be adjusted accordingly. She did point out that the charity would find it difficult to rebank due to OFAC and the background to RBS kicking it out. There is consequently a **danger of adverse media comment** if we were to close a legitimate charitable account.
> I have pasted in the charity's Internet blurb www.interpal.org
> By way of background, there were investigations by the **Charities Commission** and **Special Branch** into potential links with Hamas, but no action was taken against the charity. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
>
> Guy has not found anything that substantiates beyond **opinion** that Interpal has made payments to terrorist groups. It appears the perspective taken by Israel towards Interpal and other charities operating/funding schools/orphanages/hostels in Palestine and Gaza, is that these charities perpetuate terrorism as **terrorists know that if they die their dependants will be looked after by the charities**.

HIGHLY CONFIDENTIAL

NW 066845
NW066845

Interpal is a predominant UK charity providing relief in this region, it hosted and funded a visit by British MPs to the region in 1998.

Taking everything into account, neither myself nor Guy think that the accounts should not be closed.  However, you may wish to get Derek and Alan to make the final decision.

Regards

- INTERPAL is a non-political, non-profit making British charity that focuses solely on the provision of relief and development aid to the poor and needy of Palestine.
- INTERPAL's area of operation is mainly Gaza, the West Bank and the refugee camps in Jordan and Lebanon. We work with in excess of 150 different charitable organizations in these areas, all of whom are registered with the appropriate local authorities.
- INTERPAL's stated official policy is to coordinate with charities both in Britain and abroad in order to further its aims and objectives to provide relief and development aid to the people of Palestine. This is to increase efficiency and avoid duplication ensuring maximum benefit for Palestine's poor and needy.
- INTERPAL's commitment to Public Accountability and Transparency means that it only deals with bona fide organisations, not individuals, which are duly registered by the appropriate local authorities. Its work with these organizations is subject to a strict Funding Agreement to ensure the proper charitable use of funds as specified.
- INTERPAL sends delegations made up of community leaders to our areas of operation as part of our awareness raising effort. These leaders then report back to the community, to give a first hand account of the situation of poor and needy Palestinians as well as the progress of INTERPAL projects. INTERPAL is committed to transparency in its operations, and this is one way of ensuring that interested parties can see for themselves exactly how their money has been spent.
- Like all charities registered in England, INTERPAL is governed by English Law, and the rules, regulations and guidelines determined by the Charity Commission, the governmental body that monitors charities' activities. The Inland Revenue also periodically sends its officers to scrutinise our audited accounts.
- INTERPAL was established to provide humanitarian and development aid in an area where there is great need. We are committed to carrying out the wishes of our donors and bound by a religious duty and moral obligation to ensure that the funds are used for charitable purposes as specified. We are also under a legal duty to operate within the laws of the United Kingdom and the areas in which we operate. It is not in our interest or the interest of our ultimate beneficiaries to exceed the remit of our Trust Deed and operate outside the law.
- In order to ensure that the funds it transfers are used as directed, INTERPAL maintains a very strict audit trail and insists on a formal contractual relationship with all our partners. We require our partners to sign and adhere strictly to a Funding Agreement. All transfers of funds are properly authorised, documented and receipted, and local partners are under a duty to provide progress reports and a final report of the projects they implement on our behalf. These reports are supported by relevant documents (e.g. receipts of purchases and distribution of funds) and photographic or video records.

HIGHLY CONFIDENTIAL

NW 066846
NW066846

**EXHIBIT 89 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**Sheftali, Jackie (Litigation Management)**

| | |
|---|---|
| **From:** | RODGER, Irvine, CBFM Enterprise Risk |
| **Sent:** | 13 December 2004 11:49 |
| **To:** | LOVE, Kevin, CBFM |
| **Cc:** | COLE, Guy, CBFM Enterprise Risk |
| **Subject:** | FW: Google Alert - nat-west |
| **Importance:** | High |

Kevin

In answer to Amanda's questions

- The rationale for not exiting is that UK law enforcement does not have any concerns with Interpal, the Charities Commission which undertook a thorough review after Interpal was listed by OFAC could find nothing wrong either and the Bank of England has chosen not to follow the US lead. There is a suspicion that the US is being over-zealous in the Middle East (witness ████████)
- In light of OFAC, MLPU has undertaken to review all transactions on the accounts on a 6-monthly basis. The next review is imminent.

*Redacted - Privileged*

- There has been no discussion of this point at CCB or CBFM Board level.

Regards

Irvine Rodger
CBFM MLPU
The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot 028)
Tel:  (020) 7085 1082
Int: 361082
Fax: (020) 7085 4641
e:    irvine.rodger@rbos.com


-----Original Message-----
From: JONES, Richard, CBFM Enterprise Risk
Sent: 13 December 2004 08:48
To: RODGER, Irvine, CBFM Enterprise Risk
Subject: FW: Google Alert - nat-west
Importance: High


Irvine,

Sorry don't know the background on this one....

Richard Jones
CBFM Money Laundering Prevention Unit
Tel: 020 7085 6461
Fax: 020 7085 4641
<mailto:richard jones@rbos com>


-----Original Message-----
From: LOVE, Kevin, CBFM
Sent: 13 December 2004 08:46
To: JONES, Richard, CBFM Enterprise Risk; COLE, Guy, CBFM Enterprise Risk

HIGHLY CONFIDENTIAL

NW 066847

NW066847

Subject: FW: Google Alert - nat-west
Importance: High


What is the level of visibility for this relationship within CBFM i.e. does APD know, and approve, of our continued links with the organisation? Please advise ASAP. Thanks and regards Kevin R. Love Global Head of Enterprise Risk Corporate Banking & Financial Markets The Royal Bank of Scotland Group Plc kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: HOLT, Amanda, Group Risk Mgmt (nee Turner)
Sent: 13 December 2004 08:40
To: LOVE, Kevin, CBFM
Subject: Fw: Google Alert - nat-west

Hope this works! Do call to discuss if that helps. Not trying to teach my granny how to suck eggs!
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: HOLT, Amanda, Group Risk Mgmt (nee Turner) <Amanda.HOLT@rbos.com>
To: FOSTER, Stephen James, Group Risk Mgmt <Stephen.J.FOSTER@rbos.com>; LOVE, Kevin, CBFM MOBILE <Kevin.LOVE.mobile@rbos.com>
Sent: Mon Dec 13 08:31:12 2004
Subject: Re: Google Alert - nat-west

From my perspective, I am re-assured that we are aware of these customers. However, the Group's policy is that we will not have customers on the sanctions & terrorist lists of the Group covering both UK and US terrorist lists. This is not a "Cuba" OFAC issue as this organisation is on the terrorist, rather than general, lists. However, my understanding is that it is not a cut and dry case either due to the different stance towards the Palestinian issue between the US and UK.

I have a few questions that I think need to be resolved at CBFM Board level:

•What is the rationale for not exiting this relationship given there is a match with the Group's lists? •What steps are being taken to manage the situation (e.g. extra monitoring) in the interim whilst this decision is being taken. •What is the regulatory position given our increased presence in the US and the formation of the new US organisation structure. Johnny needs to be aware given his prominent role in this new organisation.

I feel this is urgent, even without the google comment so would appreciate a speedy response and resolution to this.

Obviously, from a Group perspective, we will help in whatever way we can, just let Stephen and I know.

Thanks,

Amanda

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt <Stephen.J.FOSTER@rbos.com>
To: LOVE, Kevin, CBFM <Kevin.LOVE@rbos.com>; NORRIE, Ben, Group Risk Mgmt <Ben.NORRIE@rbos.com>; DAVIES, Rob, Group Risk Mgmt <Rob DAVIES@rbos.com>; COLE, Guy, CBFM Enterprise Risk <Guy.COLE@rbos.com>
CC: HOLT, Amanda, Group Risk Mgmt (nee Turner) <Amanda.HOLT@rbos.com>; RODGER, Irvine, CBFM Enterprise Risk <Irvine.Rodger@rbos.com>; KANE, Christine, CBFM <Christine.KANE@rbos.com>
Sent: Fri Dec 10 16:20:54 2004

Page 2

HIGHLY CONFIDENTIAL

NW 066848
NW066848

Subject: RE: Google Alert - nat-west

On the review - we'll go back to the e-mail traffic from the time to check. Fears allayed, I think, if all the accounts under the Cin are Interpal.

-----Original Message-----
From:   LOVE, Kevin, CBFM
Sent:   10 December 2004 16:06
To:     FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc:     HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk; KANE, Christine, CBFM
Subject:       RE: Google Alert - nat-west
Importance:    High

It's all in the timing isn't it!  If I had received Ben's note I am sure we would be doing just as you suggest, reviewing whether we want to stay with this relationship or not; and of course we will now have that debate.  I'll get Chris to set something up.

I just want to confirm though, it is the case that our current agreement with you is that whilst we do have the relationship we must review the transactions involved with every six months; which is what we have been doing?

Also, at my point below, have we allayed your fears that there may have been other accounts of which you were not aware? Thanks Kevin R. Love Global Head of Enterprise Risk Corporate Banking & Financial Markets The Royal Bank of Scotland Group Plc kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt
Sent: 10 December 2004 15:57
To: LOVE, Kevin, CBFM; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk
Subject: RE: Google Alert - nat-west

We do know the Interpal connection but I had asked Ben earlier this week to draft a note to you asking whether we (RBSG) should maintain this connection given the risks involved.

Following the Charity Commission investigation of Interpal last year, we know there is additional monitoring of account activity but our own recent review of our outstanding S&T issues prompted us to ask whether (primarily from a reputational viewpoint but also a risk of breach of terrorism laws) we want to maintain an account with an organisation cited on the OFAC list as having links to Hamas.

Even allowing for the differences between UK and US approaches to Israel/Palestine issues and the general push back against the extra territoriality of US laws, I suggest that as a group we should look very carefully at such connections before deciding to continue with them.  This is doubly important in CBFM where we know that fund raising efforts in the US are coming increasingly under the "OFAC microscope". Happy to discuss.

-----Original Message-----
From:   LOVE, Kevin, CBFM
Sent:   10 December 2004 14:24
To:     FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc:     HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk
Subject:       RE: Google Alert - nat-west
Importance:    High

Stephen,
The seven accounts referred to are indeed all connected with Interpal and we were aware of them.  I know that you know Interpal well, and presume that this confirmation allays any concerns.  If not, please do not hesitate to contact Guy Cole for further information. Regards Kevin R. Love Global Head of Enterprise Risk Corporate

Page 3

NW 066849
NW066849

Banking & Financial Markets The Royal Bank of Scotland Group Plc kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt
Sent: 10 December 2004 11:55
To: NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; LOVE, Kevin, CBFM; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject: FW: Google Alert - nat-west

FYI - As Amanda says, we were aware of one account with alleged links to Hamas - Interpal - but not that we had actual acounts for Hamas. Is this true? If so, why have they not been picked up by the searches?

-----Original Message-----
From:   HOLT, Amanda, Group Risk Mgmt (nee Turner)
Sent:   10 December 2004 11:14
To:     Smith, Sue (Natwest Risk); Outhwaite, David; FOSTER, Stephen James, Group Risk Mgmt
Cc:     Wilson, Sharon (PA to Graeme Hardie)
Subject:        RE: Google Alert - nat-west

David and Sue

Many thanks for this.  I can't see the article you are referring to (as I have upgraded to XP to internet no longer works) however, we were aware that we had accounts for people connected to Hamas, but not Hamas itself. I have forwarded this email to Stephen Foster in my team who know the background and who can give the legal/regulatory view from Group.

Regards,

Amanda Holt
Head of Group Enterprise Risk

Tel no: 020 7334 1148
Fax no: 020 7375 4106
Mobile: 07789 928 481
Internet: amanda.holt@rbos.com

-----Original Message-----
From:   Smith, Sue (Natwest Risk)
Sent:   10 December 2004 11:01
To:     Outhwaite, David
Cc:     Wilson, Sharon (PA to Graeme Hardie); HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:        FW: Google Alert - nat-west

Hi David

I've tracked down the accounts - the CIN is ▮▮▮▮▮▮▮  They hold 7 accounts with us and the connection is held by CBFM.

Kind Regards

Sue Smith
Operational Risk Manager, NatWest Network
NatWest Network Risk & Operations
NatWest Retail Banking
*       First Floor West
        Younger Building,  Edinburgh
        Depot Code 045
*       0131 525 0441  (220441)
*       0131 550 5682 (205682)

Page 4

NW 066850
NW066850

* Sue.Smith@rbs.co.uk

-----Original Message-----
From:   Wilson, Sharon (PA to Graeme Hardie)
Sent:   Friday, December 10, 2004 10:46 AM
To:     Smith, Sue (Natwest Risk)
Subject:        FW: Google Alert - nat-west

Sue

Thanks again
Sharon


Sharon Wilson
PA to Graeme Hardie
Managing Director, NatWest Retail Banking
2nd Floor West, The Younger Building,
3 Redheughs Avenue, Edinburgh, EH12 9RB
Tel No 0131 523 5130
Mobile No 07774 008084
Fax No 0131 523 6501

DEPOT CODE 045

-----Original Message-----
From:   Outhwaite, David
Sent:   Friday, December 10, 2004 10:19 AM
To:     Hardie, Graeme, NW Retail Executive; HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:        FW: Google Alert - nat-west

Amanda - Hope you are well.

Carolyn McAdam suggested that I forward this to you - I'm not exactly sure who in the organisation needs to
know about this, but she suggested you might know.

One of our online news alerts has picked up this article talking about accounts help by Hamas with NatWest. I
wouldn't claim to be an expert in the politics in terms of Hamas, although the news website  is US based and
certainly pro-Israeli.

Any ideas?

Thanks
David

David Outhwaite
Head of Retail Media Relations
The Royal Bank of Scotland/NatWest
Tel 020 7672 1915
Mob 07802 972756
david.outhwaite@rbs.co.uk



============================



From:   Google Alerts [SMTP:googlealerts-noreply@google.com]
Sent:   Friday, December 10, 2004 9:41 AM

HIGHLY CONFIDENTIAL

NW 066851

NW066851

To:      Outhwaite, David
Subject:      Google Alert - nat-west

\*\*\* WARNING : This message originates from the Internet \*\*\*

Google Alert for: nat-west

How Terrorist Propaganda Kills <http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>
Frontpagemag.com - USA
... All the accounts are with Nat West Bank, and the international scope of the organization is evident by
dedicated dollar and euro accounts.  ..

———

This as it happens Google Alert is brought to you by Google.

Remove <http://www.google.com/alerts/remove?s=2acb30c69543b3f7&hl=en> this alert.
Create <http://www.google.com/alerts?hl=en> another alert. Manage
<http://www.google.com/alerts/manage?hl=en> your alerts.

HIGHLY CONFIDENTIAL

NW 066852
NW066852

**EXHIBIT 90 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**Unknown**

| | |
|---|---|
| **Subject:** | Updated: Review Previous 6 Months of Interpal Accounts |
| **Location:** | 600822 95142940 |
| | |
| **Start:** | Tue 11/16/2004 7:00 AM |
| **End:** | Tue 11/16/2004 8:00 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | Weekly |
| **Recurrence Pattern:** | every 13 weeks on Tuesday from 12:00 to 13:00 |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Required Attendees:** | COLE, Guy, CBFM Enterprise Risk; GREENFIELD, Katie, CBFM Regulatory Risk |
| | |
| **Importance:** | High |

Check previous payment beneficiary names against BoE Sanctions list or Goalkeeper, to ensure that they have not become sanctioned.

a.
b.
c.
d.
e.
f.
g.
h.
i.
j.
k.
l.
m.
n.
o.
p.
q.
r.
s.



Check any new beneficiary names against BoE/OFAC/Goalkeeper/Worldcheck.  May need to established the full name of the beneficiary in Google prior to checking against sanction lists.



Doc1.doc (113 KB)

HIGHLY CONFIDENTIAL

Recipients of principal payments made from the Interpal sterling account in the last six months, (the bold letters were the letters recorded on the system).  All names have been searched for on the Internet and any untoward information is recorded below



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

NW 066698
NW066698



HIGHLY CONFIDENTIAL

NW 066699

NW066699



HIGHLY CONFIDENTIAL

NW 066700
NW066700

**EXHIBIT 91 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**COLE, Guy, CBFM Enterprise Risk**

| | |
|---|---|
| **From:** | GREENFIELD, Katie, CBFM Enterprise Risk |
| **Sent:** | Wednesday, December 15, 2004 09:31 AM |
| **To:** | COLE, Guy, CBFM Enterprise Risk |
| **Subject:** | Interpal Katie |
| **Attachments:** | Interpal Katie.xls |

```
Katie Greenfield
CBFM MLPU
The Royal Bank of Scotland
135 Bishopsgate, London, EC2M 3UR
T (020) 7085 8467
F (020) 7085 4641
E katie.greenfield@rbos.com
CBFM MLPU Website: http://cbfmweb.fm.rbsgrp.net/cbfmmlpu/
> This message is confidential and for use by the addressee only. The contents
are not to be disclosed to anyone other than the addressee. The recipient, if
not the addressee, is hereby notified that unauthorised use of the information
is strictly prohibited.


-----Original Message-----
From: COLE, Guy, CBFM Enterprise Risk
Sent: 15 December 2004 11:00
To: GREENFIELD, Katie, CBFM Enterprise Risk
Subject: Book2.xls
```

HIGHLY CONFIDENTIAL

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 |   |   | System Details | Interpreted | Google |
| 2 | 66 | * | Palestinians rel | Palestinians Relief and Development Fund? |   |
| 3 | 18 |   |   |   |   |
| 4 | 131 |   |   |   |   |
| 5 | 42 |   |   |   |   |
| 6 | 121 |   |   |   |   |
| 7 | 61 |   |   |   |   |
| 8 | 33 |   |   |   |   |
| 9 | 116 |   |   |   |   |
| 10 | 4 |   |   |   |   |



NW/066789

HIGHLY CONFIDENTIAL

NW 066789

| | F | G |
|---|---|---|
| 1 | Complinet | Worldcheck |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |

NW 066790

NW 066790



NW066791

HIGHLY CONFIDENTIAL

NW 066791

| | F | G |
|---|---|---|
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

NW066792

HIGHLY CONFIDENTIAL

NW 066792



NW066793

HIGHLY CONFIDENTIAL

NW 066793

|    | F | G |
|----|---|---|
| 27 |   |   |
| 28 |   |   |
| 29 |   |   |

NW066794

HIGHLY CONFIDENTIAL

NW 066794

**EXHIBIT 92 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**Unknown**

| | |
|---|---|
| **From:** | LOVE, Kevin, CBFM |
| **Sent:** | Wednesday, June 29, 2005 11:33 AM |
| **To:** | RODGER, Irvine, CBFM Enterprise Risk; COLE, Guy, CBFM Enterprise Risk |
| **Subject:** | RE: Interpal Payments |
| | |
| **Importance:** | High |

OK, great thanks.

Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking & Financial Markets
The Royal Bank of Scotland Group Plc
kevin.love@rbos.com
Work: +44 20 7085 4026
Mobile: +44 7769 931630

-----Original Message-----
From: RODGER, Irvine, CBFM Enterprise Risk
Sent: 29 June 2005 14:26
To: LOVE, Kevin, CBFM; COLE, Guy, CBFM Enterprise Risk
Subject: RE: Interpal Payments

Kevin

I think that a quarterly review would be appropriate (monthly over the top).

Regards

Irvine Rodger
CBFM MLPU
The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot 028)
Tel:  (020) 7085 1082
Int:  361082
Fax: (020) 7085 4641
e:    HYPERLINK "mailto:irvine.rodger@rbos.com"irvine.rodger@rbos.com

-----Original Message-----
From:  LOVE, Kevin, CBFM
Sent:  29 June 2005 14:06
To:     RODGER, Irvine, CBFM Enterprise Risk; COLE, Guy, CBFM Enterprise Risk
Subject:     RE: Interpal Payments
Importance:   High

Irv/Guy,
I think that we should increase the frequency of the six monthly search to at least quarterly (would monthly be over-the-top?) as, with Interpal being on the OFAC list, there is a high likelihood that they will make payments to organisations that are subsequently put on the BoE lists, regardless of whether they are on the BoE list themselves.  Trust this is OK?
Cheers

Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking & Financial Markets
The Royal Bank of Scotland Group Plc
kevin.love@rbos.com

HIGHLY CONFIDENTIAL

NW 066701
NW066701

Work: +44 20 7085 4026
Mobile: +44 7769 931630


-----Original Message-----
From: RODGER, Irvine, CBFM Enterprise Risk
Sent: 29 June 2005 10:02
To: LOVE, Kevin, CBFM; COLE, Guy, CBFM Enterprise Risk
Subject: RE: Interpal Payments

Kevin

Belinda is the RM.  This is the account which Johnny agreed should be maintained.

We have found no evidence that Interpal is making payments to proscribed organisations in the past.  (Guy reviews payments on a six-monthly basis to check)

For these reasons, I think it remains appropriate that the account is kept open.

Regards

Irvine Rodger
CBFM MLPU
The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot 028)
Tel:  (020) 7085 1082
Int:  361082
Fax: (020) 7085 4641
e:    HYPERLINK "mailto:irvine.rodger@rbos.com"irvine.rodger@rbos.com


 -----Original Message-----
From:   LOVE, Kevin, CBFM
Sent:   29 June 2005 06:13
To:     COLE, Guy, CBFM Enterprise Risk
Cc:     RODGER, Irvine, CBFM Enterprise Risk
Subject:      RE: Interpal Payments
Importance:   High

Guy,
Who is Belinda Lane?  I recall us discussing this account before – with hindsight should we have bailed out before it got to this?
Regards

Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking & Financial Markets
The Royal Bank of Scotland Group Plc
kevin.love@rbos.com
Work: +44 20 7085 4026
Mobile: +44 7769 931630


-----Original Message-----
From: COLE, Guy, CBFM Enterprise Risk
Sent: 28 June 2005 16:12
To: Lane, Belinda
Cc: RODGER, Irvine, CBFM Enterprise Risk; LOVE, Kevin, CBFM; FOSTER, Stephen James, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; Wyles, Graeme
Subject: Interpal Payments
Importance: High


Belinda

HIGHLY CONFIDENTIAL

Yesterday, the Bank of England issued a notice that prevents funds or assets being made available to the Palestinian charity █████████ A number of name variations for the charity were issued (which I have detailed below), and one of these names, ██████████████████ has matched as a recipient of a payments previously made by Interpal.



This is a link to the Bank of England press release █████████████████████████████████████████

Please advise Interpal that no further payments (including indirectly) can be made to this charity, as doing so will constitute a criminal offence.

To ensure compliance and for prudence sake, we will require Interpal to confirm to us in writing that they will not make any funds, other financial assets, economic benefits or economic recourses available, either directly or indirectly to, or for the benefit of an entity or person targeted by the Bank of England under The Terrorism (United Nations Measures) Order 2001 .

We strongly suggest that Interpal subscribes to the Bank of England's Sanctions unit email service to receive notification of any changes to the list of entities or individuals suspected of terrorist financing.  This is a link to the Bank of England's Sanctions webpage, http://www.bankofengland.co.uk/publications/financialsanctions/index.htm.

I am currently undertaking my semi annual review of Interpal payments, and will be providing a report to a senior management in the next few weeks to consider the ongoing risk of maintaining the relationship

If you wish to discuss further please do not hesitate to call me, or Irvine Rodger (020 7085 1082) in my absence.

Regards

Guy

Guy Cole
CBFM Money Laundering Prevent Unit
The Royal Bank of Scotland
135 Bishopsgate, London, EC2M 3UR
Tel.     (020) 7085 5433
Internal 76572 365433
Fax.          (020) 7085 4641
<mailto:Guy.Cole@rbos.com>
CBFM MLPU Website: http://cbfmweb.fm.rbsgrp.net/cbfmmlpu/ (Answers to many frequently asked questions can be

HIGHLY CONFIDENTIAL

found on this website)

.

HIGHLY CONFIDENTIAL

**EXHIBIT 93 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**Unknown**

| | |
|---|---|
| **From:** | COLE, Guy, CBFM Enterprise Risk |
| **Sent:** | Tuesday, July 05, 2005 10:28 AM |
| **To:** | Machin, Chris |
| **Subject:** | RE: Query re Bankline foreign payment |

Chris

Thanks for the update and the additional information on back office.

Regards

Guy

Guy Cole
CBFM Money Laundering Prevent Unit
135 Bishopsgate, London, EC2M 3UR
Tel.     (020) 7085 5433
Internal 76572 365433
Fax.            (020) 7085 4641
Email: Guy.Cole@rbos.com


-----Original Message-----
From:   Machin, Chris
Sent:    05 July 2005 15:25
To:        COLE, Guy, CBFM Enterprise Risk
Subject:        RE: Query re Bankline foreign payment

Hi Guy,

Sorry about that - I think these are the correct details:



HIGHLY CONFIDENTIAL

(You can get info up to 12 months on back office - after 6 months you have to go into: 26. ADDITIONAL ACCOUNT INFORMATION then: 48. PCH ACCOUNT HISTORY & put the date in the 'qualifier' - hope this helps)

-----Original Message-----
From:   COLE, Guy, CBFM Enterprise Risk
Sent:   05 July 2005 15:09
To:     Machin, Chris
Subject:        RE: Query re Bankline foreign payment
Importance:     High

Chris

I think there may have been a mix up on the details of the first payment, you have provided details for ███████ need the details for ███████

Thanks

Guy

Guy Cole
CBFM Money Laundering Prevent Unit
135 Bishopsgate, London, EC2M 3UR
Tel.    (020) 7085 5433
Internal 76572 365433
Fax.            (020) 7085 4641
Email: Guy.Cole@rbos.com


 -----Original Message-----
From:   Machin, Chris
Sent:   05 July 2005 14:46
To:     COLE, Guy, CBFM Enterprise Risk
Subject:        RE: Query re Bankline foreign payment

Hi Guy,

Here are the details of the payments:



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

NW 066707
NW066707



HIGHLY CONFIDENTIAL

NW 066708
NW066708



-----Original Message-----
From:   COLE, Guy, CBFM Enterprise Risk
Sent:   05 July 2005 14:08
To:     ~ Payment Investigations, EBO & I H'Gate
Subject:        Query re Bankline foreign payment
Importance:     High

Hi

I work in the CBFM Money Laundering Prevention Unit in London and am currently investigating transactions on a Commercial Banking customer account.

Please could you provide me with details of the destinations of the following payments:

1) ███████████████████████████████████████████████████
███████████████████████ Unfortunately I cannot give you further details as I can no longer review the payment's details in back office, but it's very important for us to identify the destination of the payment as it needs to be externally reported.

2)
Transaction Date:          ████████████████████████
Transaction Amount:        ████████████████████████
Transaction Type:          ████████████████████████
Transaction References     ████████████████████████

3)
Transaction Date:          ████████████████████████
Transaction Amount:        ████████████████████████
Transaction Type:          ████████████████████████
Transaction References     ████████████████████████

4)
Transaction Date:          ████████████████████████
Transaction Amount:        ████████████████████████
Transaction Type:          ████████████████████████
Transaction Reference      ████████████████████████

HIGHLY CONFIDENTIAL

5)
Transaction Date:
Transaction Amount:
Transaction Type:
Transaction References



6)
Transaction Date:
Transaction Amount:
Transaction Type:
Transaction References

Unfortunately I do not have the customer's Bankline reference number.

Please could you advise me when I can get this information by, as I would like to submit a report externally before the CoB tomorrow.

Please feel free to call me if necessary.

Many thanks,

Guy

Guy Cole
CBFM Money Laundering Prevent Unit
135 Bishopsgate, London, EC2M 3UR
Tel.      (020) 7085 5433
Internal 76572 365433
Fax.              (020) 7085 4641
Email: Guy.Cole@rbos.com

****************************************************************************************************************************************
*************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.
Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete the message from your computer. Internet e-mails are not necessarily secure. The Royal Bank of Scotland plc does not accept responsibility for changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the transmission of viruses, it is the responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect its systems or data. No responsibility is accepted by The Royal Bank of Scotland plc in this regard and the recipient should carry out such virus and other checks as it considers appropriate.

Visit our websites at:

HIGHLY CONFIDENTIAL

<http://www.rbs.co.uk/CBFM>
<http://www.rbsmarkets.com>

*******************************************************************
****************************************************************************************************************
*************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh
EH2 2YB.
Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the                addressee only. If the message is received by
anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your                computer. Internet e-mails are not necessarily
secure. The              Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:
<http://www.rbs.co.uk/CBFM>
<http://www.rbsmarkets.com>

*************************************************************************************

HIGHLY CONFIDENTIAL

NW 066711
NW066711

**EXHIBIT 94 TO DECLARATION OF VALERIE SCHUSTER**

**FILED UNDER SEAL**

**Unknown**

| | |
|---|---|
| **From:** | COLE, Guy, CBFM Enterprise Risk |
| **Sent:** | Tuesday, July 05, 2005 9:54 AM |
| **To:** | Machin, Chris |
| **Subject:** | RE: Query re Bankline foreign payment |

Chris

Thank you very much for your prompt response.  I will ensure that you receive longer notice for any future requests.

Thanks again

Guy

Guy Cole
CBFM Money Laundering Prevent Unit
135 Bishopsgate, London, EC2M 3UR
Tel.     (020) 7085 5433
Internal 76572 365433
Fax.         (020) 7085 4641
Email: Guy.Cole@rbos.com


-----Original Message-----
From:   Machin, Chris
Sent:   05 July 2005 14:46
To:       COLE, Guy, CBFM Enterprise Risk
Subject:        RE: Query re Bankline foreign payment

Hi Guy,

Here are the details of the payments:



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

NW 066714

NW066714



-----Original Message-----
From:   COLE, Guy, CBFM Enterprise Risk
Sent:   05 July 2005 14:08
To:     ~ Payment Investigations, EBO & I H'Gate
Subject:     Query re Bankline foreign payment
Importance:     High

Hi

I work in the CBFM Money Laundering Prevention Unit in London and am currently investigating transactions on a Commercial Banking customer account.

Please could you provide me with details of the destinations of the following payments:

1)  Unfortunately I cannot give you further details as I can no longer review the payment's details in back office, but it's very important for us to identify the destination of the payment as it needs to be externally reported.

2)
Transaction  Date:
Transaction  Amount:
Transaction  Type:
Transaction  Reference:

3)
Transaction  Date:
Transaction  Amount:
Transaction  Type:
Transaction  Reference:

4)
Transaction  Date:
Transaction  Amount:
Transaction  Type:
Transaction  Reference:

5)
Transaction  Date:
Transaction  Amount:
Transaction  Type:
Transaction  Reference:

HIGHLY CONFIDENTIAL



6)
Transaction Date:
Transaction Amount:
Transaction Type:
Transaction References

Unfortunately I do not have the customer's Bankline reference number.

Please could you advise me when I can get this information by, as I would like to submit a report externally before the CoB tomorrow.

Please feel free to call me if necessary.

Many thanks,

Guy

Guy Cole
CBFM Money Laundering Prevent Unit
135 Bishopsgate, London, EC2M 3UR
Tel.      (020) 7085 5433
Internal 76572 365433
Fax.          (020) 7085 4641
Email: Guy.Cole@rbos.com

*********************************************************************************************************************************
*************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.
Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the
addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The
Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:
http://www.rbs.co.uk/CBFM
http://www.rbsmarkets.com

*************************************************************************
*********************************************************************************************************************************

**EXHIBIT 95 TO DECLARATION OF VALERIE SCHUSTER**



**What You Need To Know About U.S. Sanctions**

Executive Order 13224 blocking Terrorist Property and a summary of the

Terrorism Sanctions Regulations (Title 31 Part 595 of the U.S. Code of Federal Regulations),

Terrorism List Governments Sanctions Regulations (Title 31 Part 596 of the U.S. Code of Federal Regulations), and
Foreign Terrorist Organizations Sanctions Regulations (Title 31 Part 597 of the U.S. Code of Federal Regulations)

**EXECUTIVE ORDER 13224 - BLOCKING PROPERTY AND PROHIBITING TRANSACTIONS WITH PERSONS WHO COMMIT, THREATEN TO COMMIT, OR SUPPORT TERRORISM**

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.)(IEEPA), the National Emergencies Act (50 U.S.C. 1601 et seq.), section 5 of the United Nations Participation Act of 1945, as amended (22 U.S.C. 287c) (UNPA), and section 301 of title 3, United States Code, and in view of United Nations Security Council Resolution (UNSCR) 1214 of December 8, 1998, UNSCR 1267 of October 15, 1999, UNSCR 1333 of December 19, 2000, and the multilateral sanctions contained therein, and UNSCR 1363 of July 30, 2001, establishing a mechanism to monitor the implementation of UNSCR 1333,

I, GEORGE W. BUSH, President of the United States of America, find that grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the terrorist attacks in New York, Pennsylvania, and the Pentagon committed on September 11, 2001, acts recognized and condemned in UNSCR 1368 of September 12, 2001, and UNSCR 1269 of October 19, 1999, and the continuing and immediate threat of further attacks on United States nationals or the United States constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and in furtherance of my proclamation of September 14, 2001, Declaration of National Emergency by Reason of Certain Terrorist Attacks, hereby declare a national emergency to deal with that threat. I also find that because of the pervasiveness and expansiveness of the financial foundation of foreign terrorists, financial sanctions may be appropriate for those foreign persons that support or otherwise associate with these foreign terrorists. I also find that a need exists for further consultation and cooperation with, and sharing of information by, United States and foreign financial institutions as an additional tool to enable the United States to combat the financing of terrorism.

I hereby order:

Section 1. Except to the extent required by section 203(b) of IEEPA (50 U.S.C. 1702(b)), or provided in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted prior to the effective date of this order, all property and interests in property of the following persons that are in the United States or that hereafter come within the United States, or that hereafter come within the possession or control of United States persons are blocked:

(a) foreign persons listed in the Annex to this order;

(b) foreign persons determined by the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, to have committed, or to pose a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the United States;

(c) persons determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, to be owned or controlled by, or to act for or on behalf of those persons listed in the Annex to this order or those persons determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of this order;

(d) except as provided in section 5 of this order and after such consultation, if any, with foreign authorities as the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, deems appropriate in the exercise of his discretion, persons determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General;

    (i)    to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to this order or determined to be subject to this order; or

    (ii)    to be otherwise associated with those persons listed in the Annex to this order or those persons determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of this order.

Sec. 2 Except to the extent required by section 203(b) of IEEPA (50 U.S.C. 1702(b)), or provided in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted prior to the effective date:

(a) any transaction or dealing by United States persons or within the United States in property or interests in property blocked pursuant to this order is prohibited, including but not limited to the making or receiving of any contribution of funds, goods, or services to or for the benefit of those persons listed in the Annex to this order or determined to be subject to this order;

(b) any transaction by any United States person or within the United States that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in this order is prohibited; and

(c) any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

Sec. 3. For purposes of this order:

(a) the term "person" means an individual or entity;

(b) the term "entity" means a partnership, association, corporation, or other organization, group, or subgroup;

(c) the term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States (including foreign branches), or any person in the United States, and

1

(d) the term "terrorism" means an activity that —
    (i) involves a violent act or an act dangerous to human life, property, or infrastructure; and
    (ii) appears to be intended —
        (A)    to intimidate or coerce a civilian population;
        (B)    to influence the policy of a government by intimidation or coercion; or
        (C)    to affect the conduct of a government by mass destruction, assassination, kidnapping, or hostage-taking.

Sec. 4.  I hereby determine that the making of donations of the type specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702(b)(2)) by United States persons to persons determined to be subject to this order would seriously impair my ability to deal with the national emergency declared in this order, and would endanger Armed Forces of the United States that are in a situation where imminent involvement  in hostilities is clearly indicated by the circumstances, and hereby prohibit such donations as provided by section 1 of this order.  Furthermore, I hereby determine that the Trade Sanctions Reform and Export Enhancement Act of 2000 (title IX, Public Law 106-387) shall not affect the imposition or the continuation of the imposition of any unilateral agricultural sanction or unilateral medical sanction on any person determined to be subject to this order because imminent involvement of the Armed Forces of the United States in hostilities is clearly indicated by the circumstances.

Sec. 5.  With respect to those persons designated pursuant to subsection 1(d) of this order, the Secretary of the Treasury, in the  exercise of his discretion and in consultation with the Secretary of State and the Attorney General, may take such other actions than the complete blocking of property or interests in property as the President is authorized to take under IEEPA and UNPA if the  Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, deems such other actions to be consistent with the national interests of the United States, considering such factors as he deems appropriate.

Sec. 6.  The Secretary of State, the Secretary of the Treasury, and  other appropriate agencies shall make all relevant efforts to cooperate and coordinate with other countries, including through technical assistance, as well as bilateral and multilateral agreements and arrangements, to achieve the objectives of this order, including the prevention and suppression of acts of terrorism, the denial of financing and financial services to terrorists and terrorist organizations, and the sharing of  intelligence about funding activities in support of terrorism.

Sec. 7.  The Secretary of the Treasury, in consultation with the  Secretary of State and the Attorney General, is hereby authorized to take such actions, including the promulgation of rules and  regulations, and to employ all powers granted to the President by IEEPA and UNPA as may be necessary to carry out the purposes of  this order.  The Secretary of the Treasury may redelegate any of these functions to other officers and agencies of the United States Government.  All agencies of the United States Government are hereby directed to take all appropriate measures within their authority to carry out the provisions of this order.

Sec. 8.  Nothing in this order is intended to affect the continued effectiveness of any rules, regulations, orders, licenses, or other forms of administrative action issued, taken, or continued in effect heretofore or hereafter under 31 C.F.R. chapter V, except as expressly terminated, modified, or suspended by or pursuant to this order.

Sec. 9.  Nothing contained in this order is intended to create, nor does it create, any right, benefit, or privilege, substantive or procedural, enforceable at law by a party against the United States, its agencies, officers, employees or any other persons.

Sec. 10.  For those persons listed in the Annex to this order or determined to be subject to this order who might have a constitutional presence in the United States, I find that because of the ability to transfer funds or assets instantaneously, prior notice to such persons of measures to be taken pursuant to this  order would render these measures ineffectual.  I therefore determine that for these measures to be effective in addressing the national emergency declared in this order, there need be no prior notice of a listing or determination made pursuant to this order.

Sec. 11.    (a) This order is effective at 12:01 a.m  eastern  daylight time on September 24, 2001.
        (b) This order shall be transmitted to the Congress and published in the *Federal Register*.

THE WHITE HOUSE,
September 23, 2001


ANNEX

Al Qaida/Islamic Army
Abu Sayyaf Group
Armed Islamic Group (GIA)
Harakat ul-Mujahidin (HUM)
Al-Jihad (Egyptian Islamic Jihad)
Islamic Movement of Uzbekistan (IMU)
Asbat al-Ansar
Salafist Group for Call and Combat (GSPC)
Libyan Islamic Fighting Group
Al-Ittihad al-Islamiya (AIAI)
Islamic Army of Aden
Usama bin Laden
Muhammad Atif (aka, Subhi Abu Sitta, Abu Hafs Al Masri)
Sayf al-Adl
Shaykh Sai'id (aka, Mustafa Muhammad Ahmad)
Abu Hafs the Mauritanian (aka, Mahfouz Ould el-Walid, Khalid Al-Shanqiti)
Ibn Al-Shaykh al-Libi
Abu Zubaydah (aka, Zayn al-Abidin Muhammad Husayn, Tariq)
Abd al-Hadi al-Iraqi (aka, Abu Abdallah)
Ayman al-Zawahiri
Thirwat Salah Shihata
Tariq Anwar al-Sayyid Ahmad (aka, Fathi, Amr al-Fatih)
Muhammad Salah (aka, Nasr Fahmi Nasr Hasanayn)
Makhtab Al-Khidamat/Al Kifah
Wafa Humanitarian Organization
Al Rashid Trust
Mamoun Darkazanli Import-Export Company

NAMES OF THOSE DESIGNATED ON 10-12-01

Abdullah Ahmed Abdullah
Haji Abdul Manan Agha
Al-Hamati Sweets Bakeries
Muhammad Al-Hamati
Amin Al-Haq
Saqar Al-Jadawi
Ahmad Sa'id Al-Kadr
Anas Al-Liby
Ahmad Ibrahim Al-Mughassil
Abdelkarim Hussein Mohamed Al-Nasser
Al-Nur Honey Press Shops
Yasin Al-Qadi
Sa'd Al-Sharif
Al-Shifa' Honey Press for Industry and Commerce
Ibrahim Salih Mohammed Al-Yacoub
Ahmed Mohammed Hamed Ali
Ali Atwa

2

Muhsin Musa Matwalli Atwah
Bilal Bin Marwan
Ayadi Chafiq Bin Muhammad
Mamoun Darkazanli
Ali Saed Bin Ali El-Hoorie
Mustafa Mohamed Fadhil
Ahmed Khalfan Ghailani
Riad Hijazi
Hasan Izz-Al-Din
Jaish-I-Mohammed
Jam'Yeh Ta'Awun Al-Islamia
Mufti Rashid Ahmad Ladehyanoy
Fazul Abdullah Mohammed
Khalid Shaikh Mohammed
Fahid Mohammed Ally Msalam
Imad Fa'iz Mughniyah
Rabita Trust
Sheikh Ahmed Salim Swedan
Omar Mahmoud Uthman
Abdul Rahman Yasin
Tohir Yuldashev
Mohammad Zia


NAMES OF THOSE DESIGNATED ON 11-07-01


Abbas Abdi Ali
Abdullahi Hussein Kahie
Ahmed Nur Ali Jim'ale (a.k.a. Ahmad Nur Ali Jim'ale; a.k.a. Ahmad Ali Jimale; a.k.a. Ahmed Nur Jumale; a.k.a. Ahmed Ali Jumali)
Al Baraka Exchange LLC
Al-Barakaat (Mogadishu)
Al-Barakaat Bank (Mogadishu)
Al-Barakaat Bank of Somalia (a.k.a. Barakaat Bank of Somalia, a.k.a  BBS)
Al-Barakaat Global Telecommunications (a.k.a. Barakaat Globetelcompany)
Al-Barakaat Group of Companies Somalia Limited (a.k.a. Al-Barakat Financial Company)
Al Taqwa Trade, Property and Industry Company Limited (f.k.a. Al Taqwa Trade, Property and Industry; f.k.a  Al Taqwa Trade, Property and Industry Establishment; f.k.a. Himmat Establishment)
Al-Barakaat Wiring Service (U.S.A.)
Al-Barakat Finance Group
Al-Barakat Financial Holding Company
Al-Barakat International (a.k.a. Baraco Co.)
Al-Barakat Investments
Albert Friedrich Armand Huber (a k.a. Ahmed Huber)
Ali Ghaleb Himmat
Asat Trust Reg.
Bank Al Taqwa Limited (a.k.a. Al Taqwa Bank; a.k.a. Bank Al Taqwa)
Baraka Trading Company
Barakaat Boston (U.S.A.)
Barakaat Construction Company
Barakaat Group of Companies
Barakaat International (Sweden)
Barakaat International Companies (BICO)
Barakaat International Foundation
Barakaat International, Inc. (U.S.A.)
Barakaat North America, Inc. (Canada & U.S.A.)
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Company Limited (BTELCO)
Barakaat Telecommunications Company Somalia, Limited
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Wire Transfer Company (U.S.A.)
Barako Trading Company LLC
Dahir Ubeidullahi Aweys
Hassan Dahir Aweys (a.k.a. Sheikh Hassan Dahir Aweys; a.k.a. Shaykh Hassan Dahir Awes)
Heyatul Ulya
Hussein Mahamud Abdullkadir
Nada Management Organization SA (f.k.a. Al Taqwa Management Organization SA)
Parka Trading Company
Red Sea Barakat Company Limited
Somali International Relief Organization (U.S.A )
Somali Internet Company
Somali Network AB (a.k.a. Som Net AB)
Youssef M. Nada
Youssef M. Nada & Co. Gesellschaft M.B.H.
Youssef Nada (a.k.a. Youssef M. Nada; a.k.a. Youssef Mustafa Nada)


NAMES OF THOSE DESIGNATED ON 12-04-01


Al-Aqsa Islamic Bank (a.k.a. Al-Aqsa Al-Islami Bank)
Beit El-Mal Holdings (a.k.a. Arab Palestinian Beit El-Mal Company, a.k.a  Beit Al Mal Holdings; a.k.a. Beit El Mal Al-Phalastini Al-Arabi Al-Mushima Al-Aama Al-Mahaduda Ltd.; a.k.a. Palestinian Arab Beit El Mal Corporation, Ltd.)
Holy Land Foundation for Relief and Development (f.k.a. Occupied Land Fund) U S.A.


NAMES OF THOSE DESIGNATED ON 12-20-01


Lashkar E-Tayyiba (a.k.a. Army of the Righteous; a.k.a Lashkar E-Toiba, a.k.a. Lashkar-I-Taiba)
Sultan Bashir-Ud-Din Mahmood (a.k.a. Sultan Bashiruddin Mahmood; a.k.a. Dr. Bashir Uddin Mehmood; a.k.a. Sultan Baishiruddin Mekmud)
Abdul Majeed (a.k.a. Chaudhry Abdul Majeed, a.k.a. Abdul Majid)

Mohammed Tufail (a.k.a. S.M. Tufail; a.k.a. Sheik Mohammed Tufail)
Ummah Tameer E-Nau (UTN) (a.k.a. Foundation for Construction; a.k.a. Nation Building; a.k.a. Reconstruction Foundation; a.k.a. Reconstruction of the Islamic Community; a.k.a. Reconstruction of the Muslim Ummah; a.k.a. Ummah Tameer I-Nau; a.k.a. Ummah Tamir E-Nau; a.k.a. Ummah Tamir I-Nau; a.k.a. Ummat Tamir E-Nau; a.k.a. Ummat Tamir-I-Pau)


NAMES OF THOSE LISTED ON 12-31-01

Continuity IRA (CIRA)
Loyalist Volunteer Force (LVF)
Orange Volunteers
Red Hand Defenders (RHD)
Ulster Defence Association (a.k.a. Ulster Freedom Fighters)
First of October Antifascist Resistance Group (GRAPO)


NAMES OF THOSE DESIGNATED ON 01-09-02

Afghan Support Committee (ASC) (a.k.a. Ahya ul Turas; a.k.a. Jamiat Ayat-ur-Rhas al Islamia; a.k.a. Jamiat Ihya ul Turath al Islamia; a.k.a Lajnat el Masa Eidatul Afghania)
Abu Bakr Al-Jaziri
Abd al-Muhsin Al-Libi (a.k.a. Ibrahim Ali Muhammad Abu Bakr; a.k.a. Abdel Ilah Sabri; a.k.a. Ibrahim Ali Abu Bakr Tantoush; a.k.a. Ibrahim Abubaker Tantouche; a.k.a. Ibrahim Abubaker Tantoush; a.k.a. "Abd Al-Muhsi"; a.k.a. "Abu Anas"; a.k.a. "Abd Al-Rahman")
Revival of Islamic Heritage Society (RIHS) (a.k.a. Jamia Ihya ul Turath; a.k.a. Jamiat Ihia Al-Turath Al-Islamiya; a.k.a. Revival of Islamic Society Heritage on the African Continent) [Pakistan & Afghanistan] (office in Kuwait is NOT designated)


NAMES OF THOSE DESIGNATED ON 02-26-02

Javier Abaunza Martinez
Itziar Alberdi Uranga
Angel Alcalde Linares
Miguel Albisu Iriarte
Eusebio Arzallus Tapia
Paulo Elcoro Ayastuy
Antonio Agustín Figal Arranz
Eneko Gogeascoechea Arronategui
Cristina Goiricelaya Gonzalez
Maria Soledad Iparraguirre Guenechea
Gracia Morcillo Torres
Ainhoa Múgica Goñi
Aloña Muñoa Ordozgoiti
Juan Jesús Narvaez Goñi
Juan Antonio Olarra Guridi
Zigor Orbe Sevillano
Mikel Otegui Unanue
Jon Iñaki Perez Aramburu
Carlos Saez de Eguilaz Murguiondo
Kemen Uranga Artola
Fermin Vila Michelena


NAMES OF THOSE DESIGNATED ON 03-11-02

Al-Haramain Islamic Foundation (a.k.a. Al-Haramain; a.k.a. Al-Haramain Foundation; a.k.a Al-Haramain Humanitarian Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a. Al-Haramein; a.k.a. Al-Haramein Humanitarian Foundation; a.k.a Al-Haramein Islamic Foundation; a.k.a. Alharamain; a.k.a. Alharamain Foundation; a.k.a Alharamain Humanitarian Foundation, a.k.aAlharamain Islamic Foundation; a.k.a. Alharamayn; a.k.a. Alharamayn Foundation; a.k.a. Alharamayn Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharamein; a.k.a. Alharamein Foundation; a.k.a Alharamein Humanitarian Foundation; a.k.a Alharamein Islamic Foundation; a.k.a. Mu'assasat al-Haramain al-Khayriyya; a.k.a. Mu'assasat al-Harmayn al-Khayriyya; a.k.a. Mu'assasat al-Haramein al-Khayriyya) [Bosnia-Herzegovina]

Al-Haramain Islamic Foundation (a.k.a. Al-Haramain; a.k.a. Al-Haramain Foundation; a.k.a Al-Haramain Humanitarian Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a. Al-Haramein; a.k.a. Al-Haramein Humanitarian Foundation; a.k.a Al-Haramein Islamic Foundation; a.k.a. Alharamain; a.k.a. Alharamain Foundation; a.k.a Alharamain Humanitarian Foundation; a.k.a. Alharamain Islamic Foundation; a.k.a. Alharamayn; a.k.a. Alharamayn Foundation; a.k.a. Alharamayn Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharamein; a.k.a. Alharamein Foundation; a.k.a Alharamein Humanitarian Foundation; a.k.a. Alharamein Islamic Foundation) [Somalia]


NAME OF SDGT DESIGNATED ON 03-27-02

Al-Aqsa Martyrs Brigade (a.k a. Al-Aqsa Martyrs Battalion)


NAMES OF THOSE DESIGNATED ON 04-19-02

Abdelkader Mahmoud Es Sayed (a.k.a. Kader Es Sayed)
Abu Hamza Al-Masri (a.k.a. Abu Hamza Al-Misri; a.k.a Adam Ramsey Eman; a.k.a. Mustafa Kamel Mustafa; a.k.a Mustafa Kamel)
Khalid Al-Fawaz (a.k.a. Khaled Al-Fauwaz; a.k.a. Khaled A. Al-Fauwaz; a.k.a. Khalid Al-Fawwaz; a.k.a Khalid Al Fawwaz; a.k.a. Khaled Al Fawwaz; a.k.a. Khaled Al-Fawwaz)
Lased Ben Heni (a.k.a. Al As'ad Ben Hani)
Mohamed Ben Belgacem Aouadi (a.k.a. Mohamed Ben Belkacem Aouadi)
Mokhtar Bouchoucha (a.k.a. Mokhtar Bushusha)
Sami Ben Khemais Essid
Tarek Charaabi (a.k.a. Tarek Sharaabi)

The Aid Organization of the Ulema (a.k.a. Al Rashid Trust; a.k.a. Al Rasheed Trust; a.k.a Al-Rasheed Trust; a.k.a. Al-Rashid Trust)


NAMES OF THOSE DESIGNATED ON 05-03-02

Asier Quintana Zorrozua
Askatasuna (f.k.a. Gestoras Pro-Amnistia)
Gorka Palacios Alday
Ismael Berasategui Escudero
Ivan Apaolaza Sancho
Juan Luis Rubenach Roig
Lexuri Gallastegui Sodupe
Manex Zubiaga Bravo

4

NAMES OF THOSE LISTED ON 06-27-02

Babbar Khalsa International [SDGT]
International Sikh Youth Federation (ISYF) [SDGT]


NAMES OF THOSE LISTED ON 08-12-02

Jose Maria Sison (a.k.a. Armando Liwinag)
New People's Army/Communist Party of the Philippines (a.k.a  Communist Party of the Philippines; a.k.a. CPP; a.k.a. New People's Army; a.k.a. NPA; a.k.a. NPA/CPP)


NAMES OF THOSE DESIGNATED ON 08-29-02

Ba Taqwa for Commerce and Real Estate Company Limited
Adel Ben Soltane
Nabil Ben Mohamed Ben Ali Ben Attia
Yassine Chekkouri
Riadh Jelassi
Mehdi Kammoun
Samir Kishk
Tarek Ben Habib Ben AL-Tourni Maaroufi
Nada International Anstalt
Abdelhalim Remadna
Mansour Thaer
AL-Azhar Ben Ammar Ben Abadallah Tilli
Habib Waddani


NAME OF ENTITY DESIGNATED ON 09-03-02

Eastern Turkistan Islamic Movement (a.k.a. Eastern Turkistan Islamic Party; a.k.a. ETIM, a.k.a. ETIP)


NAME OF INDIVIDUAL DESIGNATED ON 09-06-02

Wa'el Hamza Julaidan (a.k.a. "Abu Al-Hasan al Madani;" a.k.a. Wa'el Hamza Jaladin; a.k.a. Wa'il Hamza Jaladin; a.k.a. Wa'el Hamza Jalaidan; a.k.a. Wa'il Hamza Jalaidan; a.k.a. Wa'il Hamza Julaidan; a.k.a. Wa'el Hamza Julaydan; a.k.a. Wa'il Hamza Julaydan)


NAMES OF THOSE DESIGNATED ON 09-30-02

Said Bahaji
Ramzi Mohammed Abdullah Binalshibh (a.k.a. Ramzi Bin al Shibh; a.k.a. Ramzi Mohamed Abdullah Binalsheidah; a.k.a. Ramzi Mohammed Abdellah Omar)
Mounir El Motassadeq
Zakarya Essabar (a.k.a. Zakariya Essabar)


NAME OF ENTITY DESIGNATED ON 10-10-02
Tunisian Combat Group (a.k.a  GCT; a.k.a  Groupe Combattant Tunisien; a.k.a. Jama'a Combattante Tunisien; a.k.a. JCT; a.k.a. Tunisian Combatant Group)


NAME OF ENTITY DESIGNATED ON 10-18-02

Global Relief Foundation, Inc. (a.k.a. Fondation Secours Mondial a.s.b.l ; a.k.a. Fondation Secours Mondial – Belgique a.s.b l.; a.k.a. Fondation Secours Mondial – Kosova; a.k.a. Fondation Secours Mondial vzw; a.k.a. Fondation Secours Mondial "World Relief;" a.k.a. FSM; a.k.a. Secours Mondial de France; a.k.a. Stichting Wereldhulp – Belgie, v.z.w.) <previously blocked pending investigation [BPI-PA] on 12-14-01>


NAME OF ENTITY DESIGNATED ON 10-23-02

Jemaa Islamiyah (JI) (a.k.a. Jema'a Islamiyah; a.k.a. Jema'a Islamiyya; a.k.a. Jama'a Islamiyah; a.k.a. Jema'ah Islamiyah; a.k.a. Jema'ah Islamiyyah; a.k.a. Jemaa Islamiya; a.k.a. Jemaa Islamiyya; a.k.a. Jemaa Islamiyyah; a.k.a. Jemaah Islamiah; a.k.a. Jemaah Islamiyah; a.k.a. Jemaah Islamiyyah)


NAMES OF THOSE DESIGNATED ON 11-06-02

Leire Echeberria Simarro
Alfonso Echegaray Achirica
Enrique Iztueta Barandica
Inigo Vallejo Franco


NAMES OF ENTITIES DESIGNATED ON 11-19-02

Benevolence International Foundation (a.k.a. Al Bir Al Dawalia; a.k.a. BIF; a.k.a. BIF-USA; a.k.a. Mezhdunarodnyj Blagotvoritel'Nyj Fond) <previously blocked pending investigation [BPI-PA] on 12-14-01>
Benevolence International Fund (a.k.a. Benevolent International Fund; a.k.a. BIF-Canada)
Bosanska Idealna Futura (a.k.a. BECF Charitable Educational Center, a.k.a. Benevolence Educational Center; a.k.a. BIF-Bosnia; a.k.a. Bosnian Ideal Future)


NAME OF ENTITY DESIGNATED ON 11-22-02

Moroccan Islamic Combatant Group (a.k.a  GICM; a.k.a  Groupe Islamique Combattant Marocain)


NAME OF ENTITY DESIGNATED ON 01-09-03

Lajnat Al Daawa Al Islamiyya (a.k.a. Islamic Call Committee; a.k.a. Lajna Aldawa Alisalmiah, a.k.a. Lajna Aldawa Alislamia; a.k.a. Lajna Aldawa Alislamiya; a.k.a. Lajnat Al D'awa Al Islamiak; a.k.a. Lajnat Al Daawa Al Islamiya; a.k.a. Lajnat Al Dawa; a.k.a. Lajnat Al Dawa Al Islamia; a.k.a  Lajnat Aldawa Al Islamiah; a.k.a. Lajnat Aldawa Alislamia)

5

NAMES OF THOSE DESIGNATED ON 01-22-03

Nabil Abdul Salam Sayadi (a.k.a. Abou Zeinab)                    .
Patricia Vinck (a.k.a. Souraya P. Vinck)


NAMES DESIGNATED ON 01-24-03

Mohamad Iqbal Abdurrahman (a.k.a. Mohamad Iqbal A Rahman; a.k.a. Abu Jibril Abdurrahman; a.k.a. Abu Jibril; a.k.a. Mohamad Iqbal Rahman; a.k.a. Fihiruddin Muqti; a.k.a. Fikiruddin Muqti)
Nurjaman Riduan Isamuddin (a.k.a. Hambali; a.k.a. Riduan Isomuddin, a.k.a. Nurjaman; a.k.a. Encep Nurjaman)
Stichting Benevolence International Nederland (a.k.a. Benevolence International Nederland; a.k.a. Stg. Benevolence International Nederland)


NAME OF ENTITY DESIGNATED ON 01-30-03

Lashkar I Jhangvi (LJ) (a.k.a. Lashkar e Jhangvi; a.k.a. Lashkar-i-Jhangvi)


NAME OF INDIVIDUAL DESIGNATED ON 02-18-03

Gulbuddin Hekmatyar (a.k.a. Gulbuddin Hekhmartyar; a.k.a. Gulbuddin Hekmatiar; a.k.a. Gulabudin Hekmatyar; a.k.a. Gulbudin Hekmetyar; a.k.a. Golboddin Hikmetyar; a.k.a. Gulbuddin Khekmatiyar)


NAME OF ENTITY DESIGNATED ON 02-20-03

Ansar Al-Islam (a.k.a. "Devotees of Islam;" a.k.a. "Followers of Islam in Kurdistan;" a.k.a. Jund Al-Islam. a k.a. "Kurdistan Supporters of Islam;" a.k.a. "Kurdistan Taliban;" a.k.a. "Soldiers of Islam;" a.k.a. "Soldiers of God;" a.k.a. "Supporters of Islam in Kurdistan")


NAMES OF ENTITIES LISTED ON 02-28-03

The Riyadus-Salikhin Reconnaissance and Sabotage Battalion of Chechen Martyrs (a.k.a. Riyadh-as-Saliheen; a.k.a. Riyadus-Salikhin Reconnaissance and Sabotage Battalion of Shahids (Martyrs); a.k.a. Riyadus-Salikhin Reconnaissance and Sabotage Battalion; a.k.a. The Sabotage and Military Surveillance group of the Riyadh Al-Salihin Martyrs)
The Special Purpose Islamic Regiment (a.k.a. Islamic Regiment of Special Meaning; a.k.a. The Al-Jihad-Fisi-Sabillilah Special Islamic Regiment; a.k.a. The Islamic Special Purpose Regiment)
The Islamic International Brigade (a.k.a. International Battalion; a.k.a. Islamic Peacekeeping International Brigade; a.k.a. Peacekeeping Battalion; a.k.a. The International Brigade; a.k.a. The Islamic Peacekeeping Army; a.k.a. The Islamic Peacekeeping Brigade)


NAME OF ENTITY DESIGNATED ON 05-29-03

Al-Aqsa Foundation (a.k.a. Al-Aqsa Charitable Organization; a k.a. Al-Aqsa Spanmal Stiftelse; a.k.a. Al-Aqsa ASBL; a.k.a. Al-Aqsa Charitable Foundation; a.k.a. Al-Aqsa E.V.; a.k.a. Al-Aqsa International Foundation; a.k.a. Al-Aqsa Islamic Charitable Society; a.k.a. Al-Aqsa Sinabil Establishment; a.k.a. Al-Aqsa Spanm I Stiftelse; a.k.a. Aqsa Society; a.k.a. Aqsa Society Yemen; a.k.a. Charitable Al-Aqsa Establishment; a.k.a. Charitable Society to Help the Noble al-Aqsa; a.k.a. Nusrat al-Aqsa al-Sharif; a.k.a. Foreningen Al-Aqsa; a.k.a. Islamic Charitable Society for al-Aqsa; a.k.a. Mu'asa al-Aqsa al-Khayriyya; a.k.a. Mu'assa Sanabil al-Aqsa al-Khayriyya; a.k.a. Sanabil al-Aqsa Charitable Foundation; a.k.a. Stichting al-Aqsa; a.k.a. Swedish Charitable Aqsa Est.)


NAMES OF INDIVIDUALS DESIGNATED ON 06-06-03

Youssef Abdaoui (a.k.a. "Abu Abdullah;" a.k.a. "Abdallah;" a.k.a. "Abdullah")
Mohamed Amine Akli (a.k.a. "Elias;" a.k.a. "Kali Sami;" a.k.a. "Killech Shamir")
Mehrez Amdouni (a.k.a. "Abu Thale;" a.k.a. Fablo Fusco; a.k.a. Mohamed Hassan)
Chiheb Ben Mohamed Ayari (a.k.a. "Hichem Abu Hchem")
Mondher Baazaoui (a.k.a. "Hamza")
Lionel Dumont (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. Jacques Brougere; a.k.a. Jacques Brugere; a.k.a. "Hamza;" a.k.a. "Koumal;" a.k.a. "Lajonel Dimon")
Moussa Ben Amor Ben Ali Essaadi (a.k.a. "Dah Dah;" a.k.a. Abdelrahmman;" a.k.a. "Bechir")
Rachid Fettar (a.k.a. "Amine del Belgio;" a.k.a. "Djaffar")
Brahim Ben Hedili Ben Mohamed Hamami
Khalil Jarraya (a.k.a. "Abdel' Aziz Ben Narvan;" a.k.a. "Ben Narvan Abdel Aziz;" a.k.a. "Khalil Yarraya;" a.k.a. "Amro;" a.k.a. "Omar;" a.k.a. "Amrou;" a.k.a. "Amr")
Mounir Ben Habib Jarraya (a.k.a. "Yarraya")
Faouzi Ben Mohamed Ben Ahmed Jendoubi (a.k.a. "Said;" a.k.a. "Samir")
Fethi Ben Rebai Ben Absha Mnasri (a.k.a. Alic Fethi; a.k.a "Amor;" a.k.a. "Abu Omar")
Abdelghani Mzoudi (a.k.a. Abdelghani Mazwati; a k.a. Abdelghani Mazuti)
Najib Ouaz
Ahmed Hosni Rarrbo (a.k.a. "Abdallah o Abdullah")
Nedal Saleh (a.k.a. "Hitem")


NAMES OF INDIVIDUALS DESIGNATED ON 08-08-03

Shamil Salmanovich Basayev
Zelimkhan Ahmedovich Abdul Muslimovich Yandarbiev


NAMES OF THOSE DESIGNATED ON 08-21-03

Imad Khalil Al-Alami
Association de Secours Palestiniens (a.k.a. ASP; a.k.a. Association Secour Palestinien; a.k.a. Association for Palestinian Aid; a.k.a. Humanitare Hilfsorganisation fur Palastina; a.k.a. Lajna al-Ighatha al-Filistini; a.k.a. Palestine Relief Committee; a.k.a. Palestinian Aid Council; a.k.a. Palestinian Aid Organization; a.k.a. Palestinian Relief Society; a.k.a. Relief Association For Palestine)
Comite de Bienfaisance et de Secours aux Palestiniens (a.k.a. Al Aqsa Assistance Charitable Council; a.k.a. Al-Lajna al-Khayriyya Lil Munasara al-Aqsa; a.k.a. Benevolence Committee For Solidarity With Palestine; a.k.a. Benevolent Committee for Support of Palestine; a.k.a. CBSP; a.k.a. Charitable Committee for Palestine; a.k.a. Charitable Committee for Solidarity with Palestine; a.k.a. Charitable Committee for Supporting Palestine; a.k.a. Charitable Organization in Support of Palestine; f.k.a. Comite de Bienfaisance pour la Solidarite avec la Palestine; a.k.a. Committee for Aid and Solidarity with Palestine; a.k.a. Committee for Assistance and Solidarity with Palestine; a.k.a. Committee for Charity and Solidarity with Palestine; a.k.a. Companie Benificent de Solidarite avec Palestine; a.k.a. Council of Charity and Solidarity; a k.a. De Bienfaisance et de Commite le Solidarite avec la Palestine; a.k.a. Relief Committee for Solidarity with Palestine)
Usama Hamdan
Interpal (a.k.a. AL-Sanduq al-Filistini Lil-Ighatha; a.k.a. Al-Sanduq al-Filistini Lil-Ighatha wa al-Tanmiya; a.k.a. Palestine Development and Relief Fund; a.k.a. Palestine Relief and Development Fund; a.k.a. Palestine Relief Fund; a.k.a. Palestinian Aid and Support Fund; a.k.a. Palestinian Relief and Development Fund; a.k.a. Palestine and Lebanon Relief Fund; a.k.a. PRDF; a.k.a. Relief and Development Fund for Palestine; a.k.a. Welfare and Development Fund for Palestine; a.k.a. Welfare and Development Fund of Palestine)
Khalid Mishaal

6

Palestinian Association in Austria (a.k.a. Palaestinaenser Verein, a.k.a. Palaestinaenserverein Oesterreich; a.k.a. Palaestinensisch Verband Oesterreich; a.k.a. Palaestinensische Vereinigung; a.k.a. Palaestininiensische Bereinigung; a.k.a. Palestine League; a.k.a. Palestine Union; a.k.a. Palestinensische ver in Sterreich; a.k.a. Palestinian Association; f.k.a. Palestinian Islamic Association in Austria; f.k.a. Palestinian Islamic League in Austria; a.k.a. Palestinian League in Austria; a.k.a. Palestinian Organization; a.k.a. Palestinian Union; a.k.a. Palestinian Union in Austria; a.k.a. Palestinische Vereinigung; a.k.a. PVOE)
Abdel Aziz Rantisi
Sanabil Association for Relief and Development (a.k.a. Al Sanabil; a.k.a. Al-Sanbal; a.k.a. Asanabil; a.k.a. Ja'mia Sanbie Llaghatha wa Altinmia; a.k.a. Jami'a Sanabil; a.k.a. Jami'a Sanabil Lil Igatha wa al-Tanmiyz; a.k.a. Sanabal; a.k.a. Sanabil; a.k.a. Sanabil al-Aqsa; a.k.a. Sanabil for Aid and Development; a.k.a. Sanabil for Relief and Development; a.k.a. Sanabil Group for Relief and Development; a.k.a. Sanibal; a.k.a. Sannabil; a.k.a. Sannibil; a.k.a. Sinabul)
Sheik Ahmed Ismail Yassin
Musa Abu Marzouk (a.k.a. Mousa Mohammed Abu Marzook; a.k.a. Dr. Musa Abu-Marzuq; a.k.a. Sa'id Abu-Marzuq; a.k.a. Abu-'Umar; a.k.a. Mousa Mohamed Abou Marzook; a.k.a. Musa Abu Marzuk)


NAMES OF INDIVIDUALS DESIGNATED ON 09-05-03

Abdul Hakim Murad (a.k.a. Saeed Ahmed; a.k.a. Saeed Akman; a.k.a. Abdul Hakim Al Hashim Murad; a.k.a. Adbul Hakim Ali Hashim Murad; a.k.a. Abdul Hakim Hasim Murad)
Abdul Manaf Kasmuri (a.k.a. Lt. Col. (Rtd). Abd Manaf Kasmuri)
Agus Dwikarna
Amran Bin Mansour (a.k.a. Amran Bin Mansor; a.k.a. Henry Bin Mansor; a.k.a  Amran Mansor)
Aris Munandar
Azahari Bin Husin (a.k.a. Azahari Bin Husan; a.k.a. Azahari Husin)
Fathur Rohman Al-Ghozi (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. Fathur Rahman Al Ghozi; a.k.a. Fathur Rohman Al Ghozi; a.k.a. Fathur Rahman Al-Ghozi; a.k.a. Fathur Rahman Al-Gozhi; a.k.a. Fathur Rohman Al-Gozhi; a.k.a. Fathur Rahman Al-Gozi; a.k.a. Fathur Rohman Al-Gozi; a.k.a. Fathur Rahman Alghozi; a.k.a. Fathur Rohman Alghozi; a.k.a. Randy Ali; a.k.a. Randy Alih; a.k.a. Randy Adam Alih; a.k.a. Rony Azad; a.k.a. Rony Azad Bin Ahmad; a.k.a. Rony Azad Bin Ahmad; a.k.a. Rony Azad Bin Amad; a.k.a. Anwar Rodin Edris; a.k.a. "Freedom Fighter;" a.k.a. Sammy Sali Jamil; a.k.a. Sammy Salih Jamil; a.k.a. Alih Randy)
Huda bin Abdul Haq (a.k.a. "Sofwan;" a.k.a. Ali Gufron Al Mukhlas; a.k.a. Ali Ghufron; a.k.a. Ali Gufron; a.k.a. Muchlas; a.k.a. Mukhlas; a.k.a. Muklas)
Imam SAMUDRA (a.k.a. "Abdul Aziz;" a.k.a. "Abu Omar;" a.k.a. "Fatih;" a.k.a. "Hendri;" a.k.a. "Heri;" a.k.a. "Kudama;" a.k.a. Abdul Aziz Bin Sihabudin; a.k.a. Faiz Yunshar)
Julkipli Salim Y Salamuddin (a.k.a. Salim Julkipli; a.k.a. Sali Kipli)
Mukhlis Yunos (a.k.a. Muklis Yunos; a.k.a. Saifullah Mukhlis Yunos)
Noordin Mohamed Top (a.k.a. Noordin Mat Top; a.k.a. Noordin Mohammad Thob; a.k.a  Noor Din bin Mohamed Top; a.k.a. Nordin Mohd Top)
Parlindungan Siregar (a.k.a. Parlin Siregar; a.k.a. Saleh Parlindungan Siregar)
Sulaiman Bin Abas (a.k.a. "Khairuddin;" a.k.a. "Soliman;" a.k.a. Mohamad Nasir Abas; a.k.a. Nasir Abas; a.k.a. Mohammed Nasir Bin Abas)
Wan Min Wan Min (a.k.a. bin Wan Mat Wan Min)
Yassin Syawal (a.k.a. "Abu Seta;" a.k.a. Abu Muamar; a.k.a. "Mahmud;" a.k.a. Yasin Mahmud Mochtar; a.k.a. Muhamad Mubarok; a.k.a. Muhammad Syawal; a.k.a. Abdul Hadi Yasin; a.k.a. Salim Yasin)
Yazid Sufaat (a.k.a. Yazud Bin Sufaat; a.k.a. Yazid Shufaat) Zaini Zakaria
Zulkifli Bin Abdul Hir (a.k.a. "Musa Abdul;" a.k.a. Musa Abdul Hir; a.k.a. Zulkifli Abdul Hir; a.k.a. Abdul Hir bin Zulkifli; a.k.a. Bin Abdul Hir Zulkifli)
Zulkifli Marzuki (a.k.a. Zulkifli Bin Marzuki; a.k.a. Marzuki Bin Zukepli, a.k.a. Zulkepli Marzuki; a.k.a. Zukipli; a.k.a. Zulkifli)


NAMES OF INDIVIDUALS DESIGNATED ON 09-23-03

Mohamed Abu Dhess (a.k.a. "Abu Ali;" a.k.a. Yaser Hassan)
Aschraf Al-Dagma (a.k.a. "Noor")
Abu Mus'Ab Al-Zarqawi (a.k.a. 'Abd Al-Karim; a.k.a. Abu Al-Mu'taz; a.k.a. "Habib;" a.k.a. Ahmad Fadil Nazzal Al-Khalaylah; a.k.a  Al-Muhajir; a.k.a. Gharib; a.k.a., Ahmed Fadeel Khalailah, a.k.a. Fedel Nazzel Khalaylen; a.k.a. "Mouhanad;" a.k.a. "Mouhannad;" a.k.a  "Muhannad;" a.k.a. "Rashid")
Djamel Moustfa (a.k.a. "Ali Barkani;" a.k.a. "Moustafa;" a.k.a. Belkasam Kaled)
Ismail Abdallah Sbaitan Shalabi


NAME OF ENTITY DESIGNATED ON 10-14-03

Al-Akhtar Trust International (a.k.a. Akhtarabad Medical Camp; a.k.a. Al-Akhtar Medical Centre)


NAME OF INDIVIDUAL DESIGNATED ON 10-16-03
Dawood Ibrahim (a.k.a. Dawood Ebrahim; a.k.a. Sheikh Dawood Hassan)


NAMES OF THOSE LISTED ON 10-24-03

Al-Bakoun ala al-Ahd Organization (a.k.a  Faithful to the Oath)
Mokhtar Belmokhtar
Dhamat Houmet Daawa Salafia (a.k.a. Djamaat Houmat Ed Daawa Es Salafiya; a.k.a. Djamaat Houmat Eddawa Essalafia; a.k.a. Djamaatt Houmat Ed Daawa Es Salafiya; a.k.a. El-Ahoual Battalion; a.k.a. Group of Supporters of the Salafist Trend; a.k.a. Group of Supporters of the Salafiste Trend; a.k.a. Group Protectors of Salafist Preaching; a.k.a. Houmat Ed Daawa Es Salifiya; a.k.a. Houmat Ed-Daaoua Es-Salafia; a.k.a. Houmate Ed-Daawa Es-Salafia; a.k.a. Houmate El Da'Awaa Es-Salafitta; a.k.a. Katibat El Ahoual; a.k.a  Katibat El Ahouel; a.k.a. Protectors of the Salafist Call; a.k.a. Protectors of the Salafist Predication; a.k.a. Salafist Call Protectors; a.k.a. The Horror Squadron)
Mustapha Nasri Ben Abdul Kader Ait el Hadi
Djamel Lounici


NAME OF ENTITY DESIGNATED ON 10-31-03

Communist Party of Nepal (MAOIST) (a.k.a. CPN (M); a.k.a. The People's Liberation Army of Nepal; a.k.a. United Revolutionary People's Council)


NAMES OF INDIVIDUALS DESIGNATED ON 11-10-03

Faraj Farj Hassan AL SAADI (a.k.a. Faraj Faraj Hussein Al Sa'idi; a.k.a. Imad Mouhamed Abdellah; a.k.a. Mohamded Abdulla Imad; a.k.a. Muhamad Abdullah Imad; a.k.a. "Hamza Al Libi")
Cherif Said Ben Abdelhakim (a.k.a. Abou Salman; a.k.a. "Djallal;" a.k.a. "Youcef")
Hamadi Ben Abdul Aziz Ben Ali BOUYAHIA (a.k.a. Gamel Mohamed)
Ciise Maxamed Cabdullaah
Noureddine Ben Ali Ben Belkassem DRISSI
Radi Abd El Samie Abou El Yazid El Ayashi (a.k.a. "Mera'I")
Mohammed Tahir Hammid (a.k.a. "Abdelhamid Al Kurdi")
Kamel Ben Mouldi Ben Hassan HAMRAOUI (a.k.a. "Kamel;" a.k.a. "Kimo")
Daki Mohamed
Mohamed Amin Mostafa
Lotfi Ben Abdul Hamid Ben Ali RIHANI (a.k.a. "Abderrahmane")
Lazher Ben Khalifa Ben Ahmed Rouine (a.k.a. "Lazhar;" a.k.a. "Salmane")
Nassim Ben Mohamed AL-Cherif ben Mohamed SALEH AL-SAADI (a.k.a. Abou Anis)
Mourad Trabelsi (a.k.a. Abou Djarrah)
Imed Ben Mekki Ben Al- Akhdar ZARKAOUI (a.k.a. "Nadra;" a.k.a  "Zarga")

NAME OF INDIVIDUAL DESIGNATED ON 12-05-03

Saifi Ammari (a.k.a. "Abdalarak;" a.k.a. "Abderrezak Le Para;" a.k.a. "Abderrezak Zaimeche;" a.k.a. "Abdul Rasak ammane Abu Haidra;" a.k.a. "Abou Haidara;" a.k.a. "El Ourassi;" a.k.a. "El Para")


NAME OF INDIVIDUAL DESIGNATED ON 12-22-03

Safet Durguti (a.k.a. "Abu-Sumaya")


NAME OF INDIVIDUAL DESIGNATED ON 01-16-04

Sulaiman Jassem Abo Ghaith


NAMES OF ENTITIES DESIGNATED ON 01-22-04

Al-Haramain : Indonesia Branch (a.k.a. Al Haramain; a.k.a. Al-Haramain Foundation; a.k.a. Yayasan Al Haramain; a.k.a. Yayasan Al Haramaini; a.k.a. Yayasan Al-Manahil-Indonesia)
Al-Haramain : Kenya Branch (a.k.a. Al-Haramain Foundation; a.k.a. Al-Haramain Humanitarian Foundation; a.k.a. Al-Haramain Islamic Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a. Al-Haramayn Islamic Foundation; a.k.a. Al-Haramein; a.k.a. Al-Haramein Foundation; a.k.a. Al-Haramein Humanitarian Foundation; a.k.a. Al-Haramein Islamic Foundation; a.k.a. Alharamain; a.k.a. Alharamain Foundation; a.k.a. Alharamayn; a.k.a. Alharamayn Foundation; a.k.a. Alharamayn Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharamein; a.k.a. Alharamein Foundation; a.k.a. Alharamein Humanitarian Foundation; a.k.a. Al-Khayriyya; a.k.a. Mu'assasat Al-Haramain Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramein Al-Khayriyya; a.k.a. Vazir; a.k.a. Vezir)
Al-Haramain : Pakistan Branch (a.k.a. Al-Haramain Foundation; a.k.a. Al-Haramain Humanitarian Foundation; a.k.a. Al-Haramain Islamic Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a. Al-Haramayn Islamic Foundation; a.k.a. Al-Haramein; a.k.a. Al-Haramein Foundation; a.k.a. Al-Haramein Humanitarian Foundation; a.k.a. Al-Haramein Islamic Foundation; a.k.a. Alharamain; a.k.a. Alharamain Foundation; a.k.a. Alharamayn; a.k.a. Alharamayn Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharamein; a.k.a. Alharamein Foundation; a.k.a. Alharamein Humanitarian Foundation; a.k.a. Alharamein Islamic Foundation; a.k.a. Mu'Assasat Al-Haramain Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramayn Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramein Al-Khayriyya; a.k.a. Vazir; a.k.a. Vezir)
Al-Haramain : Tanzania Branch (a.k.a. Al-Haramain Foundation; a.k.a. Al-Haramain Humanitarian Foundation; a.k.a. Al-Haramain Islamic Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a. Al-Haramayn Islamic Foundation; a.k.a. Al-Haramein; a.k.a. Al-Haramein Foundation; a.k.a. Al-Haramein Humanitarian Foundation; a.k.a. Al-Haramein Islamic Foundation; a.k.a. Alharamain; a.k.a. Alharamain Foundation; a.k.a. Alharamayn; a.k.a. Alharamayn Foundation; a.k.a. Alharamayn Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharamein; a.k.a. Alharamein Foundation; a.k.a. Alharamein Humanitarian Foundation; a.k.a. Alharamein Islamic Foundation; a.k.a. Mu'Assasat Al-Haramain AL-Khayriyya; a.k.a. Mu'Assasat Al-Haramayn Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramein Al-Khayriyya; a.k.a. Vazir; a.k.a. Vezir)


NAME OF INDIVIDUAL DESIGNATED ON 02-24-04

Shaykh Abd-al-Majid Al-Zindani (a.k.a. Abdelmajid Al-Zindani; a.k.a. Shaykh 'Abd Al-Majid Al-Zindani)


NAMES OF INDIVIDUALS DESIGNATED ON 03-18-04

Moustafa Abbes
Youcef Abbes (a.k.a "Giuseppe")
Abd Al Wahab Abd Al Hafiz (a.k.a. Mouloud Ferdjani; a.k.a. "Mourad," a.k.a. "Rabah di Roma")
Farid Aider (a.k.a. Ali Achour)
L'Hadi Bendebka (a.k.a. Abd al Hadi; a.k.a. Hadi)
Othman Deramchi (a.k.a. Abou Youssef)
Ali El Heit (a.k.a. "Ali di Roma;" a.k.a. Mohamed Kamel)
Fethi Ben Assen Ben Salem Haddad
Abderrahmane Kifane
Yacine Ahmed Nacer (a.k.a. Yacine di Annaba)

NAMES OF INDIVIDUALS DESIGNATED ON 04-30-04

Hacene Allane (a.k.a. Al-Sheikh Abdelhay; a.k.a. Cheib Ahcene; a.k.a. "Abu al-Foutouh;" a.k.a. "Boulahia," a.k.a. "Hassan the Old")
Kamel Djermane (a.k.a. "Adel;" a.k.a "Bilal," a.k.a. "Fodhil")
Dhou El-Aich (a.k.a "Abdel Hak")
Ahmad Zerfaoui (a.k.a. "Abdalla;" a.k.a "Abdullah;" a.k.a. "Abu Cholder;" a.k.a. "Abu Khaoula;" a.k.a. "Nuhr;" a.k.a. "Smail")


NAMES OF ENTITIES DESIGNATED ON 05-06-04

Al Furqan (a.k.a. Association for Citizens Rights and Resistance to Lies; a.k.a. Association for Education, Cultural, and to Create Society - SIRAT; a.k.a. Association for Education, Culture and Building Society - SIRAT; a.k.a. Association of Citizens for the Support of Truth and Suppression of Lies; a.k.a. Dzem'Ijetul Furqan; a.k.a. Dzemijetul Furqan; a.k.a. Dzemilijati Furkan; a.k.a. In Siratel; a.k.a. Istikamet; a.k.a. SIRAT)
Al-Haramain & Al Masjed Al-Aqsa Charity Foundation : Bosnia Branch (a.k.a. Al Haramain Al Masjed Al Aqsa; a.k.a. Al Haramayn Al Masjid Al Aqsa; a.k.a. Al-Haramayn and Al Masjid Al Aqsa Charitable Foundation)
Taibah International : Bosnia Branch (a.k.a. Al Taibah, Intl.; a.k.a. Taibah International Aid Agency; a.k.a. Taibah International Aid Association; a.k.a. Taibah International Aide Association)


NAMES OF ENTITIES DESIGNATED ON 06-02-04

Aqeel Abdulaziz Al-Aqil
Al-Haramain : Afghanistan Branch
Al-Haramain : Albania Branch
Al-Haramain : Bangladesh Branch
Al-Haramain : Ethiopia Branch
Al-Haramain : The Netherlands Branch (a.k.a Stichting Al Haramain Humanitarian Aid)


NAME OF INDIVIDUAL DESIGNATED ON 06-03-04

Hassan Abdullah Hersi Al-Turki (a.k.a. Hassan Al-Turki)


NAMES OF THOSE DESIGNATED ON 06-10-04

Assad Ahmad Barakat (a.k.a. Assaad Ahmad Barakat; a.k.a. Assad Barakat; a.k.a. Assad Ahmed Muhammad Barakat; a.k.a. Assad Hassan Barakat; a.k.a. Jach Assad Ahmad Barakat; a.k.a. Hajj As'ad Ahmad)
Barakat Import Export Ltda
Casa Apollo

NAMES OF INDIVIDUALS DESIGNATED ON 06-23-04

Mohamed Ben Mohamed Abdelhedi
Kamel Darraji
Mohamed El Mahfoudi
Imed Ben Bechir Ben Hamda Jammali
Habib Ben Ahmed Loubiri
Chabaane Ben Mohamed Trabelsi

NAMES OF INDIVIDUALS DESIGNATED ON 09-09-04

Soliman Al-Buthe (a.k.a. Soliman Al-Batahai; a.k.a. Soliman Al-Bathi)
Al-Haramain : United States Branch (a.k.a. Al Haramain Foundation, Inc.; a.k.a. Al-Haramain Foundation; a.k.a. Al-Haramain
Humanitarian Foundation; a.k.a. Al-Haramain Islamic Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a Al-Haramayn
Islamic Foundation; a.k.a. Al-Haramein; a.k.a. Al-Haramein Foundation; a.k.a. Al-Haramein Humanitarian Foundation; a.k.a. Al-Haramein Islamic Foundation; a.k.a. Alharamain; a.k.a.
Alharamain Foundation; a.k.a. Alharamain Humanitarian Foundation; a.k.a. Alharamain Islamic Foundation; a.k.a. Alharamayn; a.k.a. Alharamayn Foundation; a.k.a. Alharamayn
Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharanein; a.k.a. Alharamein Foundation; a.k.a. Alharamein Humanitarian Foundation; a.k.a. Alharamein Islamic
Foundation; a.k.a. Mu'Assasat Al-Haramain Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramayn Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramein Al-Khayriyya; a.k.a. Vazir; a.k.a. Vezir) [previously
BPI-PA]
Al-Haramain Foundation : Comoros Islands Branch

NAMES OF THOSE DESIGNATED ON 10-13-04

Abdul Aziz Abbakar Muhamad
Khalid Ahmad Jumah Al-Sudani
Ibrahim Buisir
Jaffar Ahmad Abdullah Makki
Mohammed Ibrahim Sulaiman
Islamic African Relief Agency (a.k.a. Al-Wakala al-Islamiya al-Afrikia l'il-Ighatha; a.k.a. Al-Wakala al-Islamiya l'il-Ighatha; a.k.a. IARA, a.k.a. Islamic American Relief Agency; a.k.a. Islamic
Relief Agency, a.k.a. ISRA)

NAME OF ENTITY DESIGNATED ON 10-15-04

Jam'at al Tawhid Wa'al-Jihad (a.k.a  Al-Tawhid; a.k.a. Al-Zarqawi Network; a.k.a. The Monotheism and Jihad Group)

NAME OF INDIVIDUAL DESIGNATED ON 12-17-04

Khadafi Abubakar Janjalani (a.k.a. Abu Muktar; a.k.a. Khadafy Janjalani; a.k.a. Khaddafy Abubakar Janjalani)

NAMES OF INDIVIDUALS DESIGNATED ON 12-21-04

Saad Rashed Mohammad Al-Faqih (a.k.a. Abu Uthman; a.k.a. Saad Al Faqih; a.k.a. Saad Alfagih; a.k.a. Saad Al-Fagih; a.k.a. Saad Al-Fakih; a.k.a. Sa'd Al-Faqi; a.k.a. Sa'ad Al-Faqih;
a.k.a. Sa'd Al-Faqih; a.k.a. Saad Al-Faqih)
Adel Abdul Jalil Batarjee (a.k.a. 'Adil Al-Battarjee; a.k.a. 'Adil 'Abd al Jalil Batarji; a.k.a. Adel Batterjee)

NAME OF INDIVIDUAL DESIGNATED ON 01-25-05

Sulayman Khalid Darwish (a.k.a. Abu Al-Ghadiya)

NAME OF INDIVIDUAL DESIGNATED ON 02-15-05

Muhsin Al-Fadhli (a.k.a. Abu Majid Samiyah, a.k.a. Abu Samia, a.k.a. Muhsin Fadhil 'AyyidAl-Fadhli; a.k.a. Muhsin Fadil Ayid Ashur Al-Fadhli)

NAME OF INDIVIDUAL DESIGNATED ON 04-13-05

Bilal Mansur Al-Hiyari (a.k.a. Bilal Mansur Mahmud Al-Khayari)

NAME OF ENTITY DESIGNATED ON 05-04-05

Elehssan (a.k.a. Al-Ahsan Charitable Organization; a.k.a. Al-Bar and Al-Ihsan Societies; a.k.a. Al-Bar and Al-Ihsan Society; a.k.a. Al-Bir and Al-Ihsan Organization; a.k.a. Al-Birr Wa Al-
Ihsan Charity Association; a.k.a  Al-Birr Wa Al-Ihsan Wa Al-Naqa; a.k.a. Al-Ihsan Charitable Society; a.k.a. Bir Wa Elehssan Society; a.k.a. Birr and Elehssan Society; a.k.a. Elehssan
Society; a.k.a. Elehssan Society and Birr; a.k.a. Elehssan Soceity Wa Birr; a.k.a. Ihsan Charity; a.k.a. Jami'a Al-Ahsan Al-Khayriyyah; a.k.a. The Benevolent Charitable Organization)

NAMES OF INDIVIDUALS DESIGNATED ON 05-12-05

Joko Pitono (a.k.a. Abdul Martin; a.k.a. Abdul Matin; a.k.a. Amar Umar; a.k.a. Amar Usman; a.k.a. Anar Usman; a.k.a. Djoko Supriyanto; a.k.a  Dul Matin; a.k.a. Dulmatin; a.k.a. Jak Imron;
a.k.a. Muktamar; a.k.a. Novarianto; a.k.a. Joko Pintono; a.k.a. Joko Pitoyo; a.k.a. Topel)
Abu Rusdan (a.k.a. Abu Thoriq; a.k.a. Rusdjan; a.k.a. Rusjan; a.k.a. Rusydan; a.k.a. Thoriquddin; a.k.a. Thoriquiddin; a.k.a. Thoriquidin; a.k.a. Toriquddin)
Zulkamaen (a.k.a. Arif Sunarso; a.k.a. Aris Sumarsono; a.k.a. Aris Sunarso; a.k.a. Murshid; a.k.a. Ustad Daud Zulkarnaen; a.k.a. Zulkamain; a.k.a. Zulkaman; a.k.a. Zulkarnin)

NAME OF ENTITY DESIGNATED ON 05-25-05

Islamic Jihad Group (IJG) (a.k.a. Al-Djihad Al-Islami; a.k.a. Dzhamaat Modzhakhedov; a.k.a. Islamic Jihad Group of Uzbekistan; a.k.a. Jama'at Al-jihad; a.k.a. Jamiat Al-Jihad Al-Islami;
a.k.a. Jamiyat; a.k.a. The Jamaat Mojahedin; a.k.a. The Kazakh Jama'at; a.k.a. The Libyan Society)

NAME OF ENTITY DESIGNATED ON 07-14-05

MOVEMENT FOR ISLAMIC REFORM IN ARABIA (a.k.a  AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH, a.k.a. ISLAMIC MOVEMENT FOR REFORM, a.k a. MIRA; a.k.a.
MOVEMENT FOR REFORM IN ARABIA)

NAME OF INDIVIDUALS DESIGNATED ON 08-01-05

BOUGHANEMI, Faycal (a.k.a. BOUGHANMI, Faical)

9

EL BOUHALI, Ahmed (a.k.a. ABU KATADA)
LAAGOUB, Abdelkader

NAME OF INDIVIDUAL DESIGNATED ON 09-19-05

SALEH, Dr. Abdul Latif (a.k.a. ABU AMIR; a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. al-Latif (a.k.a. SALIH, Abd al-Latif)

NAME OF INDIVIDUALS DESIGNATED ON 09-29-05

ABD AL-RAHMAN, Abdullah Muhammad Rajab (a.k.a. ABU AL-KHAYR, Ahmad Hasan)
AHMAD, Saki Izzat Zaki
AL-ISLAMBULI, Muhammad Ahmad Shawqi
AL-SIBA'I, Hani Muhammad Yusuf (a.k.a. YUSUF, Hani al-Sayid Al-Sibai)
HUSAYN ALAYWAH, Al-Sayyid Ahmad Fathi
MUSTAFA BAKRI, Ali Sa'd Muhammad (a.k.a. AL-MASRI, Abd Al-Aziz)
UMAR, Madhat Mursi Al-Sayyid

NAME OF INDIVIDUALS DESIGNATED ON 11-30-05

HAPILON, Isnilon Totoni (a.k.a. "ABU MUSAB"; a.k.a. HAPILUN, Isnilon; a.k.a. HAPILUN, Isnilun; a.k.a. SALAHUDIN; a.k.a. TUAN ISNILON)
SAHIRON, Radulan (a.k.a. SAHIRON, Radullan; a.k.a. SAHIRUN, Radulan; a.k.a. "COMMANDER PUTOL"; a.k.a. "SAJIRUN, Radulan")
SALI Jr., Jainal Antel (a.k.a. "ABU SOLAIMAN"; a.k.a. "ABU SOLAYMAN"; a.k.a. "APONG SOLAIMAN"; a.k.a. "APUNG")

NAMES OF INDIVIDUALS DESIGNATED ON 12-05-05

HAMAWANDI, Kawa (a.k.a. OMAR ACHMED, Kaua; AHMAD, Farhad Kanabi)
HUSSEIN, Mazen Ali (a.k.a. SALAH MUHAMAD, Issa)
IZZAT, Dieman Abdulkadir (a.k.a. AL-JABBARI, Deiman Alhasenben Ali)
KHALIL, Ibrahim Mohamed (a.k.a. AL ZAFIRI, Khalil Ibrahim; a.k.a. JASSEM, Khalil Ibrahim; a.k.a. MOHAMMAD, Khalil Ibrahim)
MOHAMMED, Lokman Amin (a.k.a. MOHAMAD, Lokman Ami; a.k.a. MOHAMMED, Lukman Ami)
RASHID, Ata Abdoulaziz (a.k.a. BARZINGY, Ata Abdoul Aziz; a.k.a. RASHID, Ata Abd Al-Aziz)
SHAWEESH, Yasser Abu (a.k.a. ABOU SHAWEESH, Yasser Mohamed; a.k.a. ABU SHAWEESH,Yasser Mohamed Ismail)
YOUSEF, Rafik Mohamad (a.k.a. KAIRADIN, Raific Mohamad)

NAME OF INDIVIDUALS DESIGNATED ON 12-19-05

BADAT, Sajid Muhammad (a.k.a. BADAT, Muhammed; a.k.a. BADAT, Saajid; a.k.a. BADAT, Sajid; a.k.a. BADAT, Sajid Mohammed; a.k.a. BADET, Muhammed; a.k.a. BADET, Saajid Mohammad; a.k.a. BADET, Sajid Muhammad; a.k.a. "AL BRITANI, Issa"; a.k.a. "AL PAKISTANI, Abu Issa"; a.k.a. "AL PAKISTANI, Issa")

NAMES OF INDIVIDUALS AND ENTITIES DESIGNATED ON 02-08-06

ABD'RABBAH, Ghuma (a.k.a ABDRABBA, Ghoma; a.k.a. ABDURABBA, Ghunia; a.k.a. ABDRABBA, Ghunia; a.k.a. "ABD'RABBAH", a.k.a. "ABU JAMIL")
AL-FAQIH, Abd al-Rahman (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA")
BENHAMMEDI, Mohammed (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI")
KHALED, Abdulbeqi Mohammed (a.k.a. KHALED, Abul Baki; a.k.a. KHALED, Abul Baki Mohammed; a.k.a. MOHAMMED, Abd' al-Baki; a.k.a. "ABU KHAWLA")
NASUF, Tahir (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA")
MEADOWBROOK INVESTMENTS LIMITED
OZLAM PROPERTIES LIMITED
SANABEL RELIEF AGENCY LIMITED (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY; a.k.a. SARA; a.k.a. SRA)
SARA PROPERTIES LIMITED (a.k.a. SARA PROPERTIES)

NAME OF ENTITY DESIGNATED ON 02-16-06 -- All property and interests in property of the following, wherever located, have been blocked pending investigation pursuant to Section 106 of the U.S.A. Patriot Act of 2001, 107 Public Law 56 (October 26, 2001).  Although the entitiy is not now an SDGT, its name has been integrated into OFAC's SDN list with the descriptor "[BPI-PA]" to indicate that their property and interests in property are currently blocked:

KINDHEARTS FOR CHARITABLE HUMANITARIAN DEVELOPMENT, INC.

NAME OF ENTITIES DESIGNATED ON 03-23-06

AL MANAR TV
AL NOUR RADIO (a.k.a. AL NOUR BROADCASTING STATION, a.k.a. AL NUR RADIO; a.k.a. RADIO ANNOUR)
LEBANESE MEDIA GROUP (a.k.a  LEBANESE COMMUNICATION GROUP)

NAME OF INDIVIDUALS DESIGNATED ON 04-13-06

ANSHORI, Abdullah (a.k.a. THOYIB, Ibnu; a.k.a. TOYIB, Ibnu; a.k.a. "ABU FATHI"; a.k.a. "ABU FATIH")
BA'ASYIR, Abu Bakar (a.k.a. BAASYIR, Abu Bakar; a.k.a. BASHIR, Abu Bakar; a.k.a. "ABDUS SAMAD"; a.k.a "ABDUS SOMAD")
GUNAWAN, Gun Gun Rusman (a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY")
RIFKI, Taufik (a.k.a. REFKE, Taufek; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABUOBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a."AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a "OBAIDAH")

NAME OF INDIVIDUAL DESIGNATED ON 07-20-06

'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian, a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL", a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH")

NAME OF INDIVIDUAL AND ENTITIES DESIGNATED ON 08-03-06

AL-MUJIL, Abd Al Hamid Sulaiman (a.k.a. AL MUJAL, Dr  Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr, Abd Al-Hamid; a.k.a. AL-MU'JIL, Dr, Abd Abdul-Hamid bin Sulaiman; a.k.a.MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid, a.k.a. "ABDALLAH, Abu")

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL- IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION)

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE(a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION)


NAME OF ENTITY DESIGNATED ON 08-29-06

ISLAMIC RESISTANCE SUPPORT ORGANIZATION (a.k.a. HAYAT AL-DAM LIL- MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE SUPPORT ASSOCIATION), BEIRUT, Lebanon [SDGT]


NAME OF INDIVIDUAL AND ENTITIES DESIGNATED ON 09-07-06

AL-SHAMI, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn) BAYT AL-MAL (a.k.a. BAYT AL-MAL LIL MUSLIMEEN), Sidon, Lebanon; Harat Hurayk, Beirut, Lebanon; Burj al-Barajinah, Lebanon; Tyre, Lebanon; Al-Nabatiyah, Lebanon; Ba'albak, Lebanon; Hirmil, Lebanon [SDGT]
YOUSSER COMPANY FOR FINANCE AND INVESTMENT, Lebanon [SDGT]


NAME OF INDIVIDUALS AND ENTITIES DESIGNATED ON 12-06-06

ABDALLAH, Mushammad Yusi
BARAKAT, Hamzi Ahmad (a.k.a. BARAKAT, Hamza Ahmad; a.k.a. BARAKAT, Hamze Ahmad; a.k.a. BARAKAT, Hamzi Muhammad)
BARAKAT, Hatim Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hattem Ahmad; a.k.a. BARAKAT, Hotem Ahmad)
BARAKAT, Mohammad Fayez
FAYAD, Saleh Mahmoud (a.k.a. FAYYAD, Saleh Mahmud)
FAYAD, Sobhi Mahmoud (a.k.a. FAYAD, Soubi Mamout; a.k.a. FAYADH, Sobhi Mahmoud, a.k.a. FAYYAD, Subhi Mahmud)
KAZAN, Ali Muhammad (a.k.a. KASSAN, Ali Mohamad; a.k.a. QAZAN, Ali Mohamad)
OMAIRI, Farouk (a.k.a. AL-OMAIRI, Faruk; a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk Abdul Haj; a.k.a. UMAIRI, Faruq)
TARABAIN CHAMAS, Mohamad (a.k.a. CHAMS, Mohamad; a.k.a. TARABAY, Muhammad; a.k.a. TARABAYN SHAMAS, Muhammad)
CASA HAMZE
GALERIA PAGE (GALERIA PAGE I)


NAME OF INDIVIDUALS DESIGNATED ON 12-07-06

AHMAD, Najmuddin Faraj (a.k.a. FARRAJ, Fateh Najm Eddine; a.k.a. KREKAR, Mullah; a.k.a. NAJMUDDIN, Faraj Ahmad)
AL-ALI, Hamid (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah, a k.a AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmad; a.k.a "ABU SALIM")
AL-BATHALI, Mubarak Mushakhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad)
AL-JALAMAH, Jaber (a.k.a. AL-JALAHMA, Jaber; a k.a. AL-JARGAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad, a.k.a. AL-JALHAMI, Jabir; a.k.a. "ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD")
MOUMOU, Mohamed (a.k.a. MUMU, Mohamed; a.k.a. "ABDALLAH, Abu"; a.k.a."ABDERRAHMAN, Abou"; a.k.a. "AMINA, Abu"; a.k.a. "SHRAYDA, Abu")


NAME OF INDIVIDUAL DESIGNATED ON 12-19-06

AL GHABRA, Mohammed
NAME OF INDIVIDUALS AND ENTITY DESIGNATED ON 01-26-07
DOCKRAT, Farhad Ahmed (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F.")
DOCKRAT, Junaid Ismail (a.k.a. DOCKRAT, Junaid; a.k.a. DOCRATE, Junaid; a.k.a. "AHMED, DR."; a.k.a. "DOCKRAT, J. I.")
SNIPER AFRICA (a.k.a. SNIPER OUTDOOR CC; a.k.a. SNIPER OUTDOORS CC; a.k.a. TRUE MOTIVES 1236 CC)


NAME OF ENTITY DESIGNATED ON 02-20-07

JIHAD AL-BINA (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a CONSTRUCTION JIHAD, a.k.a HOLY CONSTRUCTION FOUNDATION; a.k.a JIHAD AL BINAA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION)


NAME OF INDIVIDUALS ON 06-15-07

AL-DIBISKI, Nur Al-Din (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed, a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdullah; a.k.a. "AL-WARD, 'Abd"; a.k.a "AL-WARD, Abu"; a.k.a "AL-WARUD, Abu"; a.k.a. "NAIM, Abu")
AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. OSMAN, Mohamed; a.k.a SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn")
AZIZAH, Sa'id Yusif Ali Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. "AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. HAMID, Abdul; a.k.a. "AL-HAMID, Abd"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu")


NAME OF INDIVIDUALS AND ENTITIES DESIGNATED ON 07-24-07

ALIQ, Qasim (a.k.a AL EIK, Kassem; a.k.a. 'ALIQ, Hajj Qasim; a.k.a. 'ALIQ, Qasem; a.k.a. 'ULAYQ, Qasim) DOB 1956; POB Lebanon (individual) [SDGT]
AL-SHAMI, Ahmad
AL-QARD AL-HASSAN ASSOCIATION (a.k.a. AL-QUARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARDH AL-HASSAN ASSOCIATION; a.k.a. KARADH AL-HASSAN)
GOODWILL CHARITABLE ORGANIZATION, INC. (f.k.a. AL-SHAHID SOCIAL ASSOCIATION; f.k.a. EDUCATIONAL DEVELOPMENT ASSOCIATION)
MARTYRS FOUNDATION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN, a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION)
MARTYRS FOUNDATION IN LEBANON (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS INSTITUTE)
PALESTINIAN MARTYRS FOUNDATION (a.k.a. AL-SHAHID FOUNDATION- PALESTINIAN BRANCH; a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP; a.k.a. SHAHID FUND)

11

NAME OF INDIVIDUAL AND ENTITY DESIGNATED ON 08-07-2007

AL-KURD, Ahmad Harb (a.k.a. AL KURD, Ahmed; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed)
AL-SALAH SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION)


NAME OF ENTITY DESIGNATED ON 08-13-07

FATAH AL-ISLAM
NAME OF INDIVIDUALS DESIGNATED ON 10-10-07
AL-TALHI, Abdul Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim, a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al- Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad, a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul)
SUGHAYR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL- SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu")
AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL- KHASHIBAN, Fahad; a.k.a. AL- KHASHIBAN, Fahad H.A.; a.k.a. AL- KHOSHIBAN, Fahd Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A., a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu")


NAME OF ENTITIES DESIGNATED ON 10-25-07

BANK SADERAT IRAN (a.k.a. BANK SADERAT PLC; a.k.a. IRAN EXPORT BANK)
ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE (a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. SEPAH-E QODS (JERUSALEM FORCE))


NAME OF ENTITY DESIGNATED ON 11-15-07

TAMILS REHABILITATION ORGANISATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a TSUNAMI RELIEF FUND – COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON)


NAME OF INDIVIDUAL DESIGNATED ON 12-04-07

DROUKDEL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa, a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Moussaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou")


NAME OF INDIVIDUAL DESIGNATED ON 12-06-07

AL-RAWI, Fawzi Mutlaq (a.k.a. AL-RAWI, Fawzi Isma'il Al-Husayni; a.k.a. "ABU AKRAM"; a.k.a. "ABU FIRAS")


NAME OF ENTITY DESIGNATED ON 01-10-08

TEYREBAZEN AZADIYA KURDISTAN (a.k.a. KURDISTAN FREEDOM HAWKS; a.k.a. THE FREEDOM HAWKS OF KURDISTAN, a.k.a. "TAK")


NAME OF ENTITY DESIGNATED ON 02-21-08

SALAFIST GROUP FOR CALL AND COMBAT (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. AQIM; a.k.a GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA)


NAMES OF INDIVIDUALS DESIGNATED ON 02-28-08

AL MAZIDIH, Akram Turki Hishan (a.k.a. AL-HISHAN, Akram Turki; a.k.a. AL-MAZIDIH, Akram Turki Hishan)
AL MAZIDIH, Badran Turki Hishan (a.k.a. ABU GHADIYAH; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan)
AL MAZIDIH, Ghazy Fezza Hishan (a.k.a. HISHAN, Ghazy Fezzaa)
AL-MARSUMI, Saddah Jaylut (a.k.a. AL-MARSUMI, Sa'da Jalut Hassam; a.k.a. JALOUD, Sa'daa; a.k.a. JALOUT, Saddaa)


NAME OF INDIVIDUAL DESIGNATED ON 03-11-08

12

MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa (a.k.a. HAQANI, Saraj, a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Siraj; a.k.a. HAQQANI, Sirajuddin)

NAME OF ENTITY DESIGNATED ON 03-11-08

HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a.HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA)

NAME OF ENTITY DESIGNATED ON 03-19-08

AL-SHABAAB (a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT)

NAME OF INDIVIDUALS DESIGNATED ON 05-27-08

ASHRAF, Haji Muhammad (a.k.a. ASHRAF, Haji M.)
BAHAZIQ, Mahmoud Mohammad Ahmed (a.k.a. ABU 'ABD AL-'AZIZ, a.k.a. ABU ABDUL AZIZ; a.k.a. BAHAZIQ, Mahmoud; a.k.a. SHAYKH SAHIB)
LAKHVI, Zaki-ur-Rehman (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir, a.k.a. UR-REHMAN, Zaki)
SAEED, Muhammad (a.k.a. HAFIZ SAHIB; a.k.a. SAEED, Hafiz; a.k.a. SAEED, Hafiz Mohammad; a.k.a. SAEED, Hafiz Muhammad; a.k.a. SAYED, Hafiz Mohammad; a.k.a. SAYEED, Hafez Mohammad; a.k.a. SAYID, Hafiz Mohammad; a.k.a. SYEED, Hafiz Mohammad)

NAME OF ENTITY UPDATED ON 05-27-08

ISLAMIC JIHAD GROUP (IJG) (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY) [FTO] [SDGT] -to- ISLAMIC JIHAD GROUP (IJG) (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY)

NAME OF ENTITY DESIGNATED ON 06-05-08

ABD AL-KHALIQ, Adil Muhammad Mahmud (a.k.a. ABDUL KHALED, Adel Mohamed Mahmood; a.k.a. ABDUL KHALIQ, Adel Mohamed Mahmoud)
AL-SUBAIY, Khalifa Muhammad Turki (a.k.a. ALSUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAYI, Khalifa; a.k.a. BIN AL-SUAIY, Khalifa Turki bin Muhammad)
JAFFAR 'ALI, 'Abd al-Rahman Muhammad (a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "ALI AL-KHAL");

NAME OF ENTITY DESIGNATED ON 06-13-08

REVIVAL OF ISLAMIC HERITAGE SOCIETY (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICA'S; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAMIYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON, a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI)

NAMES OF INDIVIDUALS DESIGNATED ON 06-16-08

AYERAS, Ricardo Perez (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim, a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim, a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. MUJIB, Abdul; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay)
DE VERA, Pio Abogne (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.)
DELLOSA, Redendo Cain (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad, a.k.a. DELLOSA, Habil Ahmed; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. ILONGGO, Abu; a.k.a. LLONGGO, Abu; a.k.a. MUADZ, Abu)
DELOS REYES, Feliciano Semborio, Jr. (a.k.a. ABDILLAH, Abdul; a.k.a. ABDILLAH, Abubaker; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feliciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar)
LAVILLA, Ruben Pestano, Jr. (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar)
PAREJA, Dinno Amor Rosalejos (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-PAREJA, Dino Amor)
SANTOS, Ahmed (Ahmed) (a.k.a. DEL ROSARIO SANTOS III, Hilarion; a.k.a. DEL ROSARIO SANTOS, Ahmad Islam; a.k.a. DEL ROSARIO SANTOS, Hilarion; a.k.a. "LAKAY, Abu") TRINIDAD, Angelo Ramirez (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil; a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil)

NAME OF ENTITY DESIGNATED ON 06-16-08

13

RAJAH SOLAIMAN MOVEMENT (RSM) (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SOLAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT)

NAME OF INDIVIDUALS DESIGNATED ON 06-18-08

BURANOV, Suhayl Fatilloevich (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR , Suhail; a.k.a. MANSUR, Sohail)
JALOLOV, Najmiddin Kamolidinovich (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. YAKHYO; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamolidinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich)
KAN'AN, Fawzi Mustafa (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KANAN, Fouzi)
NASR AL DIN, Ghazi (a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazi; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Atief Salame; a.k.a. NASSERDDINE, Ghazi; a.k.a. NASSERDINE GHASAN, Atef Salameh; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSEREDDINE, Haj Ghazzi; a.k.a. NASSEREDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi)

NAME OF INDIVIDUAL REMOVED ON 06-18-08

MOHAMMED, Lokman Amin (a.k.a. MOHAMAD, Lokman Ami; a.k.a. MOHAMMED, Lukman Ami)

NAME OF ENTITIES DESIGNATED ON 06-18-08

BIBLOS TRAVEL AGENCY (a.k.a. BIBLIOS TRAVEL; a.k.a. BIBLOS TRAVEL CA; a.k.a. BIBLOS TRAVEL, C A )
HILAL TRAVEL AGENCY (a.k.a. HILAL TRAVEL C.A.)

NAME OF ENTITY DESIGNATED ON 06-19-08

AL-HARAMAIN ISLAMIC FOUNDATION

NAME OF ENTITIES UPDATED ON 07-02-08

AL RASHID TRUST (a.k.a. AL RASHEED TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT] -to- AL RASHID TRUST (a.k.a. AL AMEEN TRUST; a k a. AL AMIN TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya

AL-AKHTAR TRUST INTERNATIONAL (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; and all other offices worldwide [SDGT] -to- AL-AKHTAR TRUST INTERNATIONAL (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; and all other offices worldwide

NAME OF INDIVIDUALS DESIGNATED ON 07-17-08

DEGHDEGH, Ahmed (a.k.a. "ABU ABDALLAH"; a.k.a. "AL ILLAH, Abd")
DJOUADI, Yahia (a.k.a. ABU AMAR, Yahia; a.k.a. "ABOU ALAM"; a.k.a. "ABU ALA")
GASMI, Salah (a.k.a. "BOUNOUADHER"; a.k.a "SALAH ABU MOHAMED"; a.k.a. "SALAH ABU MUHAMAD")
HAMMADOU, Abid (a.k.a. ABOU ZEID, Abdelhamid; a.k.a. ABU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMADU, Abid; a.k.a. "ABU ABDELLAH")

NAME OF INDIVIDUAL DESIGNATED ON 08-28-08

KONY, Joseph

NAME OF INDIVIDUAL REMOVED ON 10-02-08

BIN ABAS, Sulaiman (a.k.a. ABAS, Mohamad Nasir; a k.a  ABAS, Nasir; a.k.a. BIN ABAS, Mohammed Nasir; a.k.a  "KHAIRUDDIN"; a.k a "SOLIMAN")

NAMES OF INDIVIDUALS ADDED ON 10-30-08

ABDULRAHIM, Abdulbasit (a.k.a. ABDELRAHIM, Abdelbasit; a.k.a. ABDUL RAHIM, Abdul Basit Fadil; a.k.a. ABOU BASSIR; a.k.a. ABU BASIR; a.k.a. ADBULRAHIM MAHOUD, Abdulbasit Fadil; a.k a. AL ZAWY, Abdel Bassit Fadil; a.k.a. AL-ZAWI, 'Abd Al-Basit Fadhil; a.k.a. AL-ZWAY, 'Abd Al-Basit Fadil; a.k.a. MANSOUR, Abdalah; a.k.a. MANSOUR, Abdullah, a.k.a. MANSUR, 'Abdallah)
ELMABRUK, Maftah Mohamed (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammed; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd")
ELOSTA, Abdelrazag Elsharif (a.k.a. ABU MU'AWIYA; a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. AL-MULAY, 'Abd; a.k.a  AL-USTA, 'Abd Al-Razzaq Al-Sharif; a.k.a. SHARIF, 'Abd al-Razzaq)

NAME OF ENTITY ADDED ON 11-12-08

UNION OF GOOD (a.k.a. 101 DAYS CAMPAIGN, a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. ITILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR)

NAMES OF INDIVIDUALS ADDED ON 11-20-08

14

AW-MOHAMED, Ahmed Abdi (a.k.a  ABUZUBAIR, Muktar Abdulrahim, a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a  "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "SHAYKH MUKHTAR")

EL HABHAB, Redouane (a.k.a "ABDELRAHMAN")

ISSA, Issa Osman (a.k.a ATTO, Abdullah, a.k.a. BUR, Abdullah, a.k.a. SUDANI, Abdala; a k a "AFADEY"; a.k.a. "MUSSE")

ROBOW, Mukhtar (a.k.a. ALI, Mujahid Mukhtar Robow, a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR")

.

NAMES OF INDIVIDUALS ADDED ON 12-4-08

GELOWICZ, Fritz Martin (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a "BENZL")

SCHNEIDER, Daniel Martin (a.k.a. SCHNEIDER, Martin Daniel)

YILMAZ, Adem

NAME OF ENTITY ADDED ON 1-6-09

WAAD PROJECT (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY)

NAMES OF INDIVIDUALS ADDED ON 1-16-09

AL-BAHTIYTI, Muhammad Rab'a al-Sayld (a.k.a. AL-BAHTITI, Muhammad Mahmud, a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-HATITI, Muhammad Rabi' al-Sa'id; a.k.a. AL-MASRI, Abu Dujana)

BIN LADEN, Sa'ad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman")

HAMID, Mustafa (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abu Walid; a.k.a. AL-WALID, Abu; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim")

HUSAIN, Ali Saleh (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. DAHHAK, Abu; a.k.a. 'ULA'LAH, 'Ali Salih Husayn)

NAME OF ENTITY ADDED ON 2-4-09

FREE LIFE PARTY OF KURDISTAN (a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PEZHAK; a.k.a. PJAK)

NAME OF ENTITY ADDED ON 2-11-09

TAMIL FOUNDATION

NAME OF INDIVIDUAL ADDED ON 4-20-09

HAQ, Abdul (a.k.a. ABUDUHAKE; a.k.a. AL-HAQ, 'Abd; a.k.a. AXIMU, Memetiming; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a k.a. QEKEMAN, Memetiming; a.k.a. SAIFUDING; a.k.a. SAIMAITI, Abdul; a.k.a. "KHALIQ, Muhammad Ahmed"; a.k.a. "MUHELISI"; a.k.a. "QERMAN")

NAME OF ENTITY UPDATED ON 5-12-09

BANK SADERAT IRAN (a.k.a. BANK SADERAT PLC; a.k.a. IRAN EXPORT BANK), Borj Albarajneh Branch - 20 Alholom Bldg, Sahat Mreijeh, Kafaat St, Beirut, Lebanon; 1st Floor, Alrose Bldg, Verdun - Rashid Karame St, Beirut, Lebanon; PO Box 5126, Beirut, Lebanon; 3rd Floor, Mteco Centre, Mar Elias, Facing Al Hellow Barrak, POB 5126, Beirut, Lebanon; Alghobeiri Branch - Aljawhara Bldg, Ghobeiry Blvd, Beirut, Lebanon; PO Box 1269, Muscat  112, Oman; PO Box 4425, Salwa Rd, Doha, Qatar; PO Box 2256, Doha, Qatar; 2nd Floor, No 181 Makhtoomgholi Ave, Ashgabat, Turkmenistan; PO Box 700, Abu Dhabi, United Arab Emirates; PO Box 16, Liwara Street, Ajman, United Arab Emirates; PO Box 1140, Al-Am Road, Al-Ein, Al Ain, Abu Dhabi, United Arab Emirates; Bur Dubai, Khaled Bin Al Walid St, Dubai City, United Arab Emirates; Sheikh Zayed Rd, Dubai City, United Arab Emirates; PO Box 4182, Almaktoum Rd, Dubai City, United Arab Emirates; PO Box 4182, Murshid Bazar Branch, Dubai City, United Arab Emirates; PO Box 316, Bank Saderat Bldg, Alaroda St, Borj Ave, Sharjah, United Arab Emirates; Ground Floor Business Room, Building Banke Khoon Road, Harat, Afghanistan; No. 56, Opposite of Security Department, Toraboz Khan Str., Kabul, Afghanistan; 5 Lothbury, London  EC2R 7HD, United Kingdom; Postfach 112227, Deichstrasse 11, 20459, Hamburg, Germany; PO Box 4308, 25-29 Venizelou St, Athens, Attica  GR 105 64, Greece; PO Box 15745-631, Bank Saderat Tower, 43 Somayeh Avenue, Tehran, Iran; 16 rue de la Paix, Paris  75002, France; Postfach 160151, Friedenstr 4, D-60311, Frankfurt am Main, Germany; 3rd Floor, Aliktisad Bldg, Ras El Ein Street Baalbak, Baalbak, Lebanon; Saida Branch, Sida Riad Elsoleh St, Martyrs Sq, Saida, Lebanon; all offices worldwide

NAME OF INDIVIDUAL ADDED ON 5-14-09

AL-SHAMMARI, Sa'ad Uwayyid 'Ubayd Mu'jil (a.k.a. ABU HAMMUDI AL-SHAMMARI; a.k.a. ABU KHALAF; a.k.a. SA'AD AL-SHAMMARI; a.k.a. "SAAD OWAIED OBAID")

NAME OF ENTITY UPDATED ON 5-19-09

REVOLUTIONARY PEOPLE'S STRUGGLE (a.k.a  ELA;  a.k.a.  EPANASTATIKOS LAIKOS AGONAS;  a.k.a. JUNE 78;  a.k.a. LIBERATION STRUGGLE;  a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a  POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] [SDGT] -to- REVOLUTIONARY PEOPLE'S STRUGGLE (a.k.a. ELA; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a k a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS, a.k.a. REVOLUTIONARY NUCLEI, a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [SDGT]

NAMES OF INDIVIDUALS ADDED ON 5-27-09

AL-QUBAYSI, Abd-al-Munim (a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. KUBAYSY, Abd Al Munhim; a.k.a. QUBAYSI, Abd Al Menhem)

TAJIDEEN, Kassim (a.k.a. TAJI AL-DIN, Kasim; a.k.a. TAJI AL-DIN, Qasim; a.k.a. TAJIDDINE, Kassim Mohammad; a.k.a. TAJMUDIN, Kasim

NAMES OF INDIVIDUALS ADDED ON 7-1-09

15

AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMINULLAH, Shaykh, a.k.a. AMINULLAH, Sheik; a.k.a BISHAWRI, Abu Mohammad Amin; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. SHAYKH AMEEN)
JAVAID, Nasir (a.k.a. ABU ISHMAEL; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser)
MUJAHID, Mohammed Yahya (a.k.a. AZIZ, Mohammad Yahya; a.k.a MUJAHID, Muhammad Yahya; a.k.a. MUJAHID, Yahya)
QASMANI, Arif (a.k.a. ARIF UMER; a.k.a. BABA JI; a.k.a. MEMON BABA; a.k.a. QASMANI BABA, a.k.a. QASMANI, Mohammad Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif)


NAME OF ENTITY ADDED ON 7-2-09

KATA'IB HIZBALLAH (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH")


NAME OF ENTITY ADDED ON 9-1-09

REVOLUTIONARY STRUGGLE (a.k.a. EPANASTATIKOS AGHONAS), Greece


NAME OF INDIVIDUAL ADDED ON 10-15-09

HARRACH, Bekkay (a.k.a. AL HAFIDH ABU TALHA DER DEUTSCHE)


NAMES OF ENTITIES REMOVED ON 11-3-09

BARAKAAT INTERNATIONAL
BARAKAAT INTERNATIONAL FOUNDATION

NAME OF INDIVIDUAL REMOVED ON 11-3-09

VINCK, Patricia (a.k.a. VINCK, Souraya P.)


NAME OF INDIVIDUAL REMOVED ON 1-8-10

HUBER, Albert Friedrich Armand (a.k.a. HUBER, Ahmed)


NAME OF ENTITY ADDED ON 1-19-10

AL-QA'IDA IN THE ARABIAN PENINSULA (a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY")

NAMES OF INDIVIDUALS ADDED ON 1-19-10

AL-SHIHRI, Said Ali (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu", a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu")
AL-WAHISHI, Nasir (a.k.a. AL-WAHISHI, Abu Basir Nasir; a.k.a. AL-WAHISHI, Naser Abdel Karim; a.k.a. AL-WEHAISHI, Abu Baseer; a.k.a. AL-WOUHICHI, Nasser Abdul-Karim Abdullah; a.k.a. AL-WUHAYSHI, Abu Basir Nasir; a.k.a. AL-WUHAYSHI, Nasir Abd Al-Karim; a.k.a. AL-WUHISHI, Abu Basir Nasser; a.k.a. "BASIR, Abu")


NAME OF INDIVIDUAL REMOVED ON 3-2-10

ZIA, Mohammad (a.k.a. ZIA, Ahmad)

NAME OF ENTITY UPDATED ON 3-2-10

HILAL TRAVEL AGENCY (a.k.a. HILAL TRAVEL C.A ), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, Caracas, Venezuela; Business Registration Document # 80074366 (Venezuela) [SDGT] 06-18-08 to HILAL TRAVEL AGENCY (a.k.a. HILAL TRAVEL C.A.; a.k.a. KANAAN TRAVEL), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, Caracas, Venezuela; Avenida Baralt , Esquina Maderero, Edificio Santa Isabel, PB, Local 1, Caracas, Venezuela; Business Registration Document #80074366 (Venezuela) [SDGT]


NAMES OF ENTITIES ADDED ON 3-18-10

ISLAMIC NATIONAL BANK OF GAZA (a.k.a. ISLAMIC NATIONAL BANK; a.k.a. ISLAMIC NATIONAL BANK COMPANY, a.k.a. NATIONAL AND ISLAMIC BANK; a.k.a. NATIONAL ISLAMIC BANK; a.k.a. PALESTINE ISLAMIC NATIONAL BANK)
AL-AQSA TV (a.k.a. AL-AQSA SATELLITE TELEVISION; a.k.a. HAMAS TV; a.k.a. SIRAJ AL-AQSA TV; a.k.a. THE AQSA LAMP)


NAME OF INDIVIDUAL ADDED ON 3-25-10

AL-DARI, Muthanna Harith (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman, a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI,Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman)


NAMES OF INDIVIDUALS ADDED ON 4-1-10

AL-DULAYMI, Ahmad Khalaf Shabib (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji", a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmed"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji")
SELEK, Atilla (a.k.a. "MUAZ")


NAME OF ENTITY UPDATED ON 4-13-10

AL-SHABAAB (a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. "MYM"; a.k.a "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] -to- AL-SHABAAB (a.k.a. AL-SHABAAB AL-

ISLAAM: a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN: a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAAHIDEEN YOUTH MOVEMENT: a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. SHABAAB; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"). Somalia [FTO] [SDGT] [SOMALIA]

NAMES OF INDIVIDUALS ADDED ON 4-15-10

MAZHAR, Mohammed (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammed; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammed; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad) RAHIM, Mufti Abdul (a.k.a. HALIM, Mufti Muabdul: a.k.a. RAHEEM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdur; a.k.a. "USTAAD SHEHEB")

NAMES OF INDIVIDUALS REMOVED ON 5-6-10

AL-GHOZI. Fathur Rohman (a.k.a. AL GHOZI. Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman. a.k.a. ALGHOZI, Fathur Rahman; a.k.a. AL-GHOZI. Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. al. AL-GOZHI. Fathur Rahman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam: a.k.a. AZAD, Rony: a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih; a.k.a. "ABU SA'AD"; a.k.a. "ABU SAAD"; a.k.a. "FREEDOM FIGHTER") HAQ, Huda bin Abdul (a.k.a. AL MUKHLAS, Ali Gufron: a.k.a. GHUFRON, Ali: a.k.a. GUFRON, Ali: a.k.a. MUCHLAS; a.k.a. MUKHLAS; a.k.a. MUKLAS; a.k.a. "SOFWAN") SAMUDRA, Imam (a.k.a. BIN SIHABUDIN, Abdul Aziz; a.k.a. YUNSHAR, Faiz; a.k.a. "ABDUL AZIZ"; a.k.a. "ABU OMAR"; a.k.a. "FATIH"; a.k.a. "HENDRI"; a.k.a. "HERI"; a.k.a. "KUDAMA")

NAMES OF INDIVIDUALS ADDED ON 5-12-10

AL-QAHTANI, Nayif (a.k.a. ABOHEMEM, Al-Qahtani; a.k.a. AL-KHATANI. Mohammed Naif, a.k.a. AL-KHATANI, Nayef Bin Mohamed; a.k.a. AL- KHATANY. Nayef bin Mohamed; a.k.a. AL-QAHTANI ALKODRI, Naif Mohammed Said: a.k.a. AL-QAHTANI, Naif Mohammed Saeed al-Kodari; a.k.a. AL- QAHTANI, Nayef Bin Muhammad; a.k.a. AL-QAHTANI, Nayf Mohammed: a.k.a. AL-QAHTANI, Nayif Muhammad; a.k.a. "ABI HAMAM"; a.k.a. "ABU HAMMAM AL- QAHTANI"; a.k.a. "ABU-HAMAM"; a.k.a. "ABU-HAMMAM"; a.k.a. "ABU- HUMAM") AL-RIMI, Qasim (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim: a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH": a.k.a. "ABU HURAYRAH AL- SANAI") BREININGER, Eric (a.k.a. "ABDUL-GAFFAR"; a.k.a. "ABDULGAFFAR EL ALMANI")

NAMES OF INDIVIDUALS ADDED ON 6-3-10

BELKALEM, Mohamed (a.k.a "ABDELALI ABOU DHER"; a.k.a. "EL HARRACHI") NAIL, Taleb (a.k.a. NAIL, Tayeb; a.k.a. OULD ALI. Mohamed Ould Ahmed; a.k.a. "ABOU MOUHADJI"; a.k.a. "DJAAFAR ABOU MOHAMED")

NAMES OF ENTITIES UPDATED ON 6-16-10

BANK SADERAT IRAN (a.k.a. BANK SADERAT PLC; a.k.a. IRAN EXPORT BANK). Ground Floor Business Room, Building Banke Khoon Road, Harat, Afghanistan; No. 56, Opposite of Security Department, Toraboz Khan Str., Kabul, Afghanistan; 5 Lothbury, London EC2R 7HD, United Kingdom; Postfach 112227, Deichstrasse 11, 20459, Hamburg, Germany; PO Box 4308, 25-29 Venizelou St, Athens, Attica GR 105 64, Greece; PO Box 15745-631, Bank Saderat Tower, 43 Somayeh Avenue, Tehran, Iran; 16 rue de la Paix, Paris 75002, France; Postfach 160151, Friedenstr 4, D-60311, Frankfurt am Main, Germany; 3rd Floor, Aliktisad Bldg, Ras El Ein Street Baalbak, Baalbak, Lebanon; Saida Branch, Sida Riad Elsoleh St, Martyrs Sq, Saida, Lebanon; Borj Albarajneh Branch - 20 Alholom Bldg, Sahat Mreijeh, Kafaat St, Beirut, Lebanon; 1st Floor, Alrose Bldg, Verdun - Rashid Karame St, Beirut, Lebanon; PO Box 5126, Beirut, Lebanon; 3rd Floor, Mteco Centre, Mar Elias, Facing Al Hellow Barrak, POB 5126, Beirut, Lebanon; Alghobeiri Branch - Aljawhara Bldg, Ghobeiry Blvd, Beirut, Lebanon; PO Box 1269, Muscat 112, Oman: PO Box 4425, Salwa Rd, Doha, Qatar; PO Box 2256, Doha, Qatar: 2nd Floor, No 181 Makhtoomgholi Ave, Ashgabat, Turkmenistan; PO Box 700, Abu Dhabi, United Arab Emirates; PO Box 16, Liwara Street, Ajman. United Arab Emirates; PO Box 1140, Al-Am Road, Al-Ein, Al Ain, Abu Dhabi, United Arab Emirates; Bur Dubai, Khaled Bin Al Walid St, Dubai City, United Arab Emirates: Sheikh Zayed Rd, Dubai City, United Arab Emirates: PO Box 4182, Almaktoum Rd, Dubai City, United Arab Emirates: PO Box 4182, Murshid Bazar Branch, Dubai City, United Arab Emirates: PO Box 316, Bank Saderat Bldg, Alaroda St, Borj Ave, Sharjah, United Arab Emirates: all offices worldwide [SDGT] -to- BANK SADERAT IRAN (a.k.a. IRAN EXPORT BANK). Ground Floor Business Room, Building Banke Khoon Road, Harat, Afghanistan: No. 56, Opposite of Security Department, Toraboz Khan Str., Kabul, Afghanistan: 5 Lothbury. London EC2R 7HD, United Kingdom; Postfach 112227, Deichstrasse 11. 20459. Hamburg, Germany: PO Box 4308, 25-29 Venizelou St, Athens, Attica GR 105 64, Greece; PO Box 15745-631, Bank Saderat Tower, 43 Somayeh Avenue, Tehran, Iran; 16 rue de la Paix, Paris 75002, France; Postfach 160151, Friedenstr 4, D-60311, Frankfurt am Main, Germany: 3rd Floor, Aliktisad Bldg, Ras El Ein Street Baalbak, Baalbak, Lebanon; Saida Branch, Sida Riad Elsoleh St. Martyrs Sq, Saida, Lebanon: Borj Albarajneh Branch - 20 Alholom Bldg. Sahat Mreijeh, Kafaat St, Beirut, Lebanon: 1st Floor, Alrose Bldg, Verdun - Rashid Karame St, Beirut, Lebanon; PO Box 5126, Beirut, Lebanon; 3rd Floor, Mteco Centre, Mar Elias, Facing Al Hellow Barrak, POB 5126, Beirut, Lebanon: Alghobeiri Branch - Aljawhara Bldg, Ghobeiry Blvd, Beirut, Lebanon; PO Box 1269, Muscat 112, Oman: PO Box 4425, Salwa Rd, Doha, Qatar: PO Box 2256, Doha, Qatar: 2nd Floor, No 181 Makhtoomgholi Ave, Ashgabat, Turkmenistan: PO Box 700, Abu Dhabi, United Arab Emirates: PO Box 16, Liwara Street, Ajman. United Arab Emirates: PO Box 1140, Al-Am Road, Al-Ein, Al Ain, Abu Dhabi, United Arab Emirates: Bur Dubai, Khaled Bin Al Walid St, Dubai City, United Arab Emirates: Sheikh Zayed Rd, Dubai City, United Arab Emirates: PO Box 4182, Almaktoum Rd, Dubai City, United Arab Emirates: PO Box 4182, Murshid Bazar Branch, Dubai City, United Arab Emirates: PO Box 316, Bank Saderat Bldg, Alaroda St, Borj Ave, Sharjah, United Arab Emirates: all offices worldwide [IRAN] [SDGT]

IRAN OVERSEAS INVESTMENT BANK LIMITED (f.k.a. IRAN OVERSEAS INVESTMENT CORPORATION LIMITED), 120 Moorgate, London EC2M 6TS, United Kingdom: all offices worldwide [IRAN] -to- BANK SADERAT PLC (f.k.a. IRAN OVERSEAS INVESTMENT BANK LIMITED; f.k.a. IRAN OVERSEAS INVESTMENT BANK PLC; f.k.a. IRAN OVERSEAS INVESTMENT CORPORATION LIMITED), 5 Lothbury. London EC2R 7HD, United Kingdom; PO Box 15175/584, 6th Floor, Sadaf Bldg, 1137 Vali Asr Ave. Tehran 15119-43885, Iran: UK Company Number 01126618 (United Kingdom): all offices worldwide [IRAN] [SDGT]

NAME OF INDIVIDUAL ADDED ON 6-29-10

UMAROV, Doku

NAME OF INDIVIDUAL ADDED ON 7-16-10

AL-AULAQI, Anwar (a.k.a. AL-AWLAKI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasser Abdulla; a.k.a. AULAQI, Anwar Nasswer)

NAMES OF INDIVIDUALS ADDED ON 7-22-10

ABDULLAH, Amir (a.k.a. ABDULLAH SAHIB, Amir) HAQQANI, Nasiruddin (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nassir; a.k.a. "NASERUDDIN") ISHAKZAI, Gul Agha (a.k.a. MULLAH GUL AGHA; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HAYADATULLAH"; a.k.a. "HIDAYATULLAH")

NAMES OF ENTITIES ADDED ON 8-3-10

IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH) (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION: a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY: a.k.a. IMAM KHOMEINI EMDAD COMMITTEE: a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION: a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE: a.k.a. IMAM KHOMEINY AID COMMITTEE: a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD: a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE: a.k.a. ISLAMIC CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION: a.k.a. KHOMEINI SOCIAL HELP COMMITTEE: a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD")

17

IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON)

NAMES OF INDIVIDUALS ADDED ON 8-3-10

ALLAHDAD, Hushang (a.k.a. ALLAHDADI, Hushang; a.k.a. GOLZARI, Sa'id)
ZURAIK, Ali Hasan (a.k.a. ZRAIQ, Ali; a.k.a. ZREIK, Ali; a.k.a. ZREIK, Ali Hassan; a.k.a. ZURAYQ, Ali)
MUSAVI, Hossein
MORTEZAVI, Hasan (a.k.a. MORTEZAVI, Ali Hassan; a.k.a. MORTEZAVI, Majid; a.k.a. MORTEZAVI, Majid Mirali; a k a "ALI, Hassan")
ZAHEDI, Mohammed Reza (a.k.a. MAHDAVI, Reza, a.k.a. MAHDAWI, Hasan; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Ali Reza)
MUSAVI, Razi (a.k.a. MUSAVI, Hosein Razi)
KHOSHNEVIS, Hessam (a.k.a. KHOSH, Hussam; a.k.a. KHOSH-NEVIS, Hesaam; a.k.a. KHOSHNEVIS, Hesam; a.k.a. KHOSH-NEVIS, Hesam; a.k.a. KHOSHNEVIS, Hussam; a.k.a. KHOSHNVIS, Hussam; a.k.a. KHOUCHNOYESS, Hussam)

NAME OF ENTITY ADDED ON 8-6-10

HARAKAT-UL JIHAD ISLAMI (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR; a.k.a. "HUJI")

NAME OF INDIVIDUAL ADDED ON 8-6-10

KASHMIRI, Mohammad Ilyas (a.k.a. AL-KASHMIRI, Elias; a.k.a. ILYAS, Naib Amir; a.k.a. KASHMIRI, Muhammad Ilyas)

NAME OF ENTITY UPDATED ON 8-16-10

BANK SADERAT IRAN (a.k.a. IRAN EXPORT BANK), Ground Floor Business Room, Building Banke Khoon Road, Harat, Afghanistan; No. 56, Opposite of Security Department, Toraboz Khan Str., Kabul, Afghanistan; 5 Lothbury, London EC2R 7HD, United Kingdom; Postfach 112227, Deichstrasse 11, 20459, Hamburg, Germany; PO Box 4308, 25-29 Venizelou St, Athens, Attica GR 105 64, Greece; PO Box 15745-631, Bank Saderat Tower, 43 Somayeh Avenue, Tehran, Iran; 16 rue de la Paix, Paris 75002, France; Postfach 160151, Friedenstr 4, D-60311, Frankfurt am Main, Germany; 3rd Floor, Aliktisad Bldg, Ras El Ein Street Baalbak, Baalbak, Lebanon; Saida Branch, Sida Riad Elsoleh St, Martyrs Sq, Saida, Lebanon; Borj Albarajneh Branch - 20 Alholom Bldg, Sahat Mreijeh, Kafaat St, Beirut, Lebanon; 1st Floor, Alrose Bldg, Verdun - Rashid Karame St, Beirut, Lebanon; PO Box 5126, Beirut, Lebanon; 3rd Floor, Mteco Centre, Mar Elias, Facing Al Hellow Barrak, POB 5126, Beirut, Lebanon; Alghobeiri Branch - Ajjawhara Bldg, Ghobeiry Blvd, Beirut, Lebanon; PO Box 1269, Muscat 112, Oman; PO Box 4425, Salwa Rd, Doha, Qatar; PO Box 2256, Doha, Qatar; 2nd Floor, No 181 Makhtoomgholi Ave, Ashgabat, Turkmenistan; PO Box 700, Abu Dhabi, United Arab Emirates; PO Box 16, Liwara Street, Ajman, United Arab Emirates; PO Box 1140, Al-Am Road, Al-Ein, Al Ain, Abu Dhabi, United Arab Emirates; Bur Dubai, Khaled Bin Al Walid St, Dubai City, United Arab Emirates; Sheikh Zayed Rd, Dubai City, United Arab Emirates; PO Box 4182, Almaktoum Rd, Dubai City, United Arab Emirates; PO Box 4182, Murshid Bazar Branch, Dubai City, United Arab Emirates; PO Box 316, Bank Saderat Bldg, Alaroda St, Borj Ave, Sharjah, United Arab Emirates; all offices worldwide [IRAN] [SDGT] -to- BANK SADERAT IRAN (a.k.a. IRAN EXPORT BANK), Ground Floor Business Room, Building Banke Khoon Road, Harat, Afghanistan; No. 56, Opposite of Security Department, Toraboz Khan Str., Kabul, Afghanistan; 5 Lothbury, London EC2R 7HD, United Kingdom; Postfach 112227, Deichstrasse 11, 20459, Hamburg, Germany; PO Box 4308, 25-29 Venizelou St, Athens, Attica GR 105 64, Greece; PO Box 15745-631, Bank Saderat Tower, 43 Somayeh Avenue, Tehran, Iran; 16 rue de la Paix, Paris 75002, France; Postfach 160151, Friedenstr 4, D-60311, Frankfurt am Main, Germany; 3rd Floor, Aliktisad Bldg, Ras El Ein Street Baalbak, Baalbak, Lebanon; Saida Branch, Sida Riad Elsoleh St, Martyrs Sq, Saida, Lebanon; Borj Albarajneh Branch - 20 Alholom Bldg, Sahat Mreijeh, Kafaat St, Beirut, Lebanon; 1st Floor, Alrose Bldg, Verdun - Rashid Karame St, Beirut, Lebanon; PO Box 5126, Beirut, Lebanon; 3rd Floor, Mteco Centre, Mar Elias, Facing Al Hellow Barrak, POB 5126, Beirut, Lebanon; Alghobeiri Branch - Ajjawhara Bldg, Ghobeiry Blvd, Beirut, Lebanon; PO Box 1269, Muscat 112, Oman; PO Box 4425, Salwa Rd, Doha, Qatar; PO Box 2256, Doha, Qatar; 2nd Floor, No 181 Makhtoomgholi Ave, Ashgabat, Turkmenistan; PO Box 700, Abu Dhabi, United Arab Emirates; PO Box 16, Liwara Street, Ajman, United Arab Emirates; PO Box 1140, Al-Am Road, Al-Ein, Al Ain, Abu Dhabi, United Arab Emirates; Bur Dubai, Khaled Bin Al Walid St, Dubai City, United Arab Emirates; Sheikh Zayed Rd, Dubai City, United Arab Emirates; PO Box 4182, Almaktoum Rd, Dubai City, United Arab Emirates; PO Box 4182, Murshid Bazar Branch, Dubai City, United Arab Emirates; PO Box 316, Bank Saderat Bldg, Alaroda St, Borj Ave, Sharjah, United Arab Emirates; all offices worldwide [SDGT] [IRAN] [IFSR]

NAMES OF INDIVIDUALS UPDATED ON 8-16-10

ALLAHDAD, Hushang (a.k.a. ALLAHDADI, Hushang; a.k.a. GOLZARI, Sa'id), Passport A0022791; alt. Passport 08550695 (individual) [SDGT] -to- ALLAHDAD, Hushang (a.k.a. ALLAHDADI, Hushang; a.k.a. GOLZARI, Sa'id); Passport A0022791; alt. Passport 08550695 (individual) [IRGC] [SDGT]
MUSAVI, Hossein, DOB 23 Oct 1960; POB Neishabour, Iran; nationality Iran; Passport A0016662 (Iran) issued 29 Oct 2002 (individual) [SDGT] -to- MUSAVI, Hossein; DOB 23 Oct 1960; POB Neishabour, Iran; nationality Iran; Passport A0016662 (Iran) issued 29 Oct 2002 (individual) [SDGT] [IRGC]
MORTEZAVI, Hasan (a.k.a. MORTEZAVI, Ali Hassan; a.k.a. MORTEZAVI, Majid; a.k.a. MORTEZAVI, Majid Mirali; a.k.a. "ALI, Hassan"); DOB 28 Apr 1961; POB Ghazvin, Iran; citizen Iran; Passport 7572775 (Iran) (individual) [SDGT] -to- MORTEZAVI, Hasan (a.k.a. MORTEZAVI, Ali Hassan; a.k.a. MORTEZAVI, Majid; a.k.a. MORTEZAVI, Majid Mirali; a.k.a. "ALI, Hassan"); DOB 28 Apr 1961; POB Ghazvin, Iran; citizen Iran; Passport 7572775 (Iran) (individual) [SDGT] [IRGC]
ZAHEDI, Mohammed Reza (a.k.a. MAHDAVI, Reza; a.k.a. MAHDAWI, Hasan; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Ali Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran (individual) [SDGT] -to- ZAHEDI, Mohammed Reza (a.k.a. MAHDAVI, Reza; a.k.a. MAHDAWI, Hasan; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Ali Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran (individual) [SDGT] [IRGC]

NAME OF INDIVIDUAL ADDED ON 8-24-10

ABU-AL-KHAYR, Muhammad Abdallah Hasan (a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah)

NAME OF ENTITIY ADDED ON 9-1-10

TEHRIK-E TALIBAN PAKISTAN (TTP) (a.k.a. PAKISTANI TALIBAN; a.k.a. TEHREEK-E-TALIBAN; a.k.a. TEHRIK-E-TALIBAN; a.k.a. TEHRIK-I-TALIBAN PAKISTAN)

NAMES OF INDIVIDUALS ADDED ON 9-1-10

MEHSUD, Hakimullah (a.k.a. MEHSUD, Hakeemullah; a.k.a. "ZULFIQAR")
UR REHMAN, Wali

NAMES OF ENTITIES REMOVED ON 9-1-10

AL-BARAKAAT WIRING SERVICE, 2940 Pillsbury Avenue, Suite 4, Minneapolis, MN 55408 AL-NUR HONEY PRESS SHOPS (a.k.a. AL-NUR HONEY CENTER), Sanaa, Yemen
AL-SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE, P.O. Box 8089, Al-Hasabah, Sanaa, Yemen; By the Shrine Next to the Gas Station, Jamal Street, Ta'iz, Yemen; Al-'Arudh Square, Khur Maksar, Aden, Yemen; Al-Nasr Street, Doha, Qatar
BARAKAAT BOSTON, 266 Neponset Ave., Apt 43, Dorchester, MA 02122-3224
BARAKAAT CONSTRUCTION COMPANY, P.O. Box 3313, Dubai, United Arab Emirates
BARAKAAT INTERNATIONAL, INC., 1929 South 5th Street, Suite 205, Minneapolis, MN
BARAKAT WIRE TRANSFER COMPANY, 4419 S. Brandon St., Seattle, WA
PARKA TRADING COMPANY, P O Box 3313, Deira, Dubai, United Arab Emirates
SOMALI NETWORK AB (a.k.a. SOM NET AB), Hallbybacken 15, Spanga 70, Sweden
SOMALI INTERNATIONAL RELIEF ORGANIZATION, 1806 Riverside Ave., 2nd Floor, Minneapolis, MN

NAMES OF INDIVIDUALS REMOVED ON 9-1-10

AL-KADR, Ahmad Sa'id (a.k.a. AL-KANADI, Abu Abd Al-Rahman): DOB 01 Mar 1948; POB Cairo, Egypt
AWEYS, Dahir Ubeidullahi, Via Cipriano Facchinetti 84, Rome, Italy
EL MAHFOUDI, Mohamed, via Puglia, n. 22, Gallarate,, Varese, Italy: DOB 24 Sep 1964; POB Agadir, Morocco: Italian Fiscal Code LMHMMD64P24Z330F: Residence, Agadir, Morocco

NAME OF ENTITY UPDATED ON 10-19-10

ARMED ISLAMIC GROUP (a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH, a.k.a. GIA: a.k.a. GROUPEMENT ISLAMIQUE ARME) [FTO] [SDGT] to ARMED ISLAMIC GROUP (a.k.a AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH: a.k.a. GIA: a.k.a. GROUPEMENT ISLAMIQUE ARME) [SDGT]

NAMES OF INDIVIDUALS REMOVED ON 10-19-10

AL SAADI, Faraj Farj Hassan (a.k.a. AL SA'IDI, Faraj Faraj Hussein: a.k.a. IMAD MOUHAMED ABDELLAH: a.k.a. MOHAMDED ABDULLA IMAD: a.k.a. MUHAMAD ABDULLAH IMAD: a.k.a. "HAMZA AL LIBI"). Viale Bligny 42, Milan, Italy: DOB 28 Nov 1980: POB Libya: alt. POB Gaza: alt. POB Jordan: alt. POB Palestine: nationality Libya: alt. nationality Jordan: alt. nationality Palestinian: arrested United Kingdom (individual) [SDGT]
TOP, Noordin Mohamed (a.k.a. MAT TOP, Noordin: a.k.a. THOB, Noordin Mohammad: a.k.a. TOP, Noor Din bin Mohamed; a.k.a. TOP, Nordin Mohd): DOB 11 Aug 1968: POB Malaysia: nationality Malaysia (individual) [SDGT]

NAMES OF INDIVIDUALS ADDED ON 10-26-10

KAKAR, Saleh Mohammad (a.k.a. "SALEH MOHAMMAD")
ALIZAI, Haji Agha Jan (a.k.a. ALIZAI, Agha Jan)

NAME OF ENTITY ADDED ON 11-3-10

JUNDALLAH (a.k.a. ARMY OF GOD (GOD'S ARMY): a k a  BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM): a.k.a. FEDAYEEN-E-ISLAM: a.k.a. FORMER JUNDALLAH OF IRAN: a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN: a.k.a. JONDALLAH: a.k.a. JONDOLLAH: a.k.a. JONDULLAH: a.k.a. JUNDOLLAH: a.k.a. JUNDULLAH: a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI): a.k.a. SOLDIERS OF GOD: a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN)

NAME OF ENTITY ADDED ON 11-4-10

AL REHMAT TRUST (a.k.a. AL-RAHMAT TRUST: a.k.a. AL-REHMAN TRUST: a.k.a. AR-RAHMAN TRUST: a.k.a. UR-RAHMAN TRUST: a.k.a. UR-RAMAT TRUST)

NAME OF INDIVIDUALS ADDED ON 11-4-10

ALVI, Mohammad Masood Azhar (a.k.a. AZHAR, Masud: a.k.a. ESAH, Wali Adam: a.k.a. ISAH, Wali Adam)
CHEEMA, Azam (a.k.a. BHAI, Chima: a.k.a. CHEEMA, Asim: a.k.a. CHEEMA, Azzam: a.k.a  CHEEMA, Mohammed Azam: a k a CHIMA, Azam: a.k.a. CHIMA, Azim)
MAKKI, Hafiz Abdul Rahman (a.k.a. MAKI, HAFAZ ABDUL RAHMAN: a.k.a. MAKKI, ABDULRAHMAN: a.k.a. MAKKI, HAFIZ ABDUL REHMAN)

NAMES OF INDIVIDUALS ADDED ON 11-24-10

ABDULLAH, Mian (a.k.a. SHABBIR, Abu Saad: a.k.a. SHABIR, Abu Sa'ad: a.k.a. SHABIR, Abu Saad: a.k.a. "SHABIR, Ustad")
KHAN, Mohammad Naushad Alam (a.k.a. KHAN, Muhammad Nowshad Alam: a k a. KHAN, Naushad Aalam: a.k.a. KHAN, Rahat Hasan)
RAUF, Hafiz Abdur (a.k.a. RAOUF, Hafiz Abdul: a.k.a. RAUF, Hafiz Abdul)

NAME OF ENTITY UPDATED ON 11-24-10

LASHKAR E-TAYYIBA (a.k.a. AL MANSOOREEN: a.k.a. AL MANSOORIAN: a.k.a. ARMY OF THE PURE: a.k.a. ARMY OF THE PURE AND RIGHTEOUS: a.k.a. ARMY OF THE RIGHTEOUS: a.k.a. IDARA KHIDMAT-E-KHALQ: a.k.a. JAMA'AT AL-DAWA: a.k.a. JAMAAT UD-DAAWA: a.k.a. JAMAAT UL-DAWAH: a.k.a. JAMA'AT-I-DAWAT: a.k.a. JAMAATI-UD-DAWA: a.k.a. JAMA'AT-UD-DA'AWA: a.k.a. JAMA'AT-UD-DA'AWAH: a.k.a. JAMAAT-UD-DAWA: a.k.a. JAMAAT-UL-DAWA: a.k.a. JAMAIAT-UD-DAWA: a.k.a. LASHKAR E-TOIBA: a.k.a. LASHKAR-I-TAIBA: a.k.a. PAASBAN-E-AHLE-HADIS: a.k.a. PAASBAN-E-KASHMIR: a.k.a. PAASBAN-I-AHLE-HADITH: a.k.a. PASBAN- E-AHLE-HADITH: a.k.a. PASBAN-E-KASHMIR: a.k.a. "JUD"), Pakistan [FTO] [SDGT] -to- LASHKAR E-TAYYIBA (a.k.a. AL MANSOOREEN: a.k.a. AL MANSOORIAN: a.k.a. ARMY OF THE PURE: a.k.a. ARMY OF THE PURE AND RIGHTEOUS: a.k.a. ARMY OF THE RIGHTEOUS: a.k.a. FALAH-I-INSANIAT: a.k.a. FALAH-E-INSANIAT FOUNDATION: a.k.a. FALAH-E-INSANIYAT: a.k.a. FALAH-INSANIAT FOUNDATION (FIF): a.k.a. FALAH-I-INSANIYAT: a.k.a. HUMAN WELFARE FOUNDATION: a.k.a. HUMANITARIAN WELFARE FOUNDATION: a.k.a. IDARA KHIDMAT-E-KHALQ: a.k.a. JAMA'AT AL-DAWA: a.k.a. JAMAAT UD-DAAWA: a.k.a. JAMAAT UL-DAWAH: a.k.a. JAMA'AT-I-DAWAT: a.k.a. JAMAATI-UD- DAWA: a.k.a. JAMA'AT-UD-DA'AWA: a.k.a. JAMA'AT-UD- DA'AWAH: a.k.a. JAMAAT-UD-DAWA: a.k.a. JAMAAT-UL-DAWA: a.k.a. JAMAIAT-UD-DAWA: a.k.a. LASHKAR E-TOIBA: a.k.a. LASHKAR-I-TAIBA: a.k.a. PAASBAN-E-AHLE-HADIS: a.k.a. PAASBAN-E-KASHMIR: a.k.a. PAASBAN-I-AHLE-HADITH: a.k.a. PASBAN- E-AHLE-HADITH: a.k.a. PASBAN-E-KASHMIR: a.k.a. WELFARE OF HUMANITY: a.k.a. "JUD"), Pakistan [FTO] [SDGT]

NAMES OF INDIVIDUALS ADDED ON 12-2-10

AFRIDI, Amanullah (a.k.a. GUL, Muhammad Aman: a.k.a. ULLAH, Aman: a k a  URS, Amanullah: a.k.a  "MUFTI ILYAS")
AZHAR, Abdul Rauf (a.k.a. ALVI, Abdul Rauf: a.k.a. AZHAR, Abdur Rauf)
UR-REHMAN, Mati (a.k.a. AL-REHMAN, Matti: a.k.a. RAHMAN, Matiur: a.k.a. REHMAN, Mati ur: a.k.a. REHMAN, Matiur: a.k.a. REHMAN, Mati-ur: a.k.a. SAMAD, Abdul: a.k.a. SIAL, Abdul Samad: a.k.a. SIAL, Samad)

NAME OF INDIVIDUAL ADDED ON 12-7-10

AL-QUSO, Fahd Mohammed Ahmed (a.k.a. AL-AWLAQI, Fahd Mohammed Ahmed: a.k.a. AL-KUSSO , Fahd Muhammad Ahmed: a k a  AL-QUSO, Fahd: a.k.a. "ABU AL-BARA": a.k.a. "ABU HUTHAIFAH": a.k.a. "ABU HUTHAIFAH AL-ABU AL-BARA": a.k.a. "ABU HUTHAIFAH AL-ADANI": a.k.a. "ABU HUTHAIFAH AL-YEMENI": a.k.a. "ABU HUTHAYFAH AL-ADANI": a.k.a. "HUTHAIFAH AL-YEMENI")

NAMES OF ENTITIES ADDED ON 12-9-10

AFRI BELG COMMERCIO E INDUSTRIA LDA (a.k.a. AFRI BELG: a.k.a  AFRI- BELG: a.k.a. AFRI-BELG AGRICULTURE: a.k.a. AFRI-BELG CONTRUCTION: a.k.a. AFRI-BELG SUPERMERCADOS: a k a. CASH & CARRY RETAIL STORES)
CONGO FUTUR (a.k.a. CONGO FUTUR IMPORT: a.k.a. CONGO FUTURE: a.k.a. GROUPE CONGO FUTUR)
GOLFRATE HOLDINGS (ANGOLA) LDA (a.k.a. GOLFRATE: a.k.a. GOLFRATE AFRICA: a.k.a. GOLFRATE DISTRIBUTION, a.k.a. GOLFRATE FOOD INDUSTRIES: a.k.a. GOLFRATE HPC INDUSTRIES, a.k.a. GOLFRATE PAINTS (TINTAS DE DYRUP))
GRUPO AROSFRAN EMPREENDIMENTOS E PARTICIPACOES SARL (a.k.a. AROSFRAN, a.k.a. GRUPO AROSFRAM: a.k.a. GRUPO AROSFRAN)
KAIRABA SUPERMARKET (a.k.a. KAIRABA SHOPPING CENTER)
OVLAS TRADING S.A. (a.k.a. OVLAS TRADING S.A.L.)
TAJCO (a.k.a. TAJCO COMPANY: a.k.a. TAJCO COMPANY LLC: a.k.a. TAJCO LTD: a.k.a. TAJCO SARL: a.k.a. TRADEX CO)

NAMES OF INDIVIDUALS ADDED ON 12-9-10

TAJIDEEN, Ali (a.k.a. TAGEDDINE, Ali Mohamed: a.k.a. TAJ AL DIN, Ali: a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan: a.k.a. TAJEDDIN, Ali Mohammad Abed Al-Hassan: a.k.a. TAJEDDINE, Ali)

19

TAJIDEEN. Husayn (a.k.a. TAJ AL DIN, Husayn: a.k.a. TAJIDEEN. Hussein: a.k.a. TAJIDINE. Hajj Hussein)
WEHBE. Bilal Mohsen (a.k.a. WAHBE. Bilal: a.k.a. WAHBI . Bilal Muhsin: a.k.a. WAHBI. Bilal Mohsen: a.k.a. WAHBI. Muhsin Bilal: a.k.a. WEHBI. Bilal Mohsem: a.k.a. WEHBI. Bilal Mohsen: a.k.a. WIHBI. Bilal Muhsin)

NAME OF INDIVIDUAL REMOVED ON 12-14-10

BIN HUSIN. Azahari (a.k.a. BIN HUSAN. Azahari: a.k.a. HUSIN. Azahari): DOB 14 Sep 1957: POB Malaysia; nationality Malaysia (individual) [SDGT]

NAME OF ENTITY ADDED ON 12-21-10

LINER TRANSPORT KISH (a.k.a. "LTK")

NAME OF INDIVIDUAL ADDED ON 1-20-11

HUSSAIN. Qari (a.k.a. MEHSUD. Qari Hussain: a.k.a. MEHSUD. Qari Hussain Ahmad: a.k.a. USTAD-E-FIDAYEEN)

INDIVIDUALS ADDED ON 2-9-11

'ABD AL-SALAM. Said Jan (a.k.a. 'ABDALLAH. Qazi: a.k.a. 'ABD-AL-SALAM. Sa'id Jan: a.k.a. ABDULLAH. Qazi: a.k.a. CAIRO. Aziz: a k.a. JHAN. Said: a.k.a. KHAN. Farhan: a.k.a. SA'ID JAN. Qasi: a.k.a. WALID. Ibrahim: a.k.a. ZAIN KHAN. Dilawar Khan: a.k.a. "NANGIALI")
HAQQANI. Khalil Al-Rahman (a.k.a. HAQQANI. Khaleel: a.k.a. HAQQANI. Khalil Ahmad: a.k.a. HAQQANI. Khalil ur Rahman)

ENTITY UPDATED ON 2-9-11

GOLFRATE HOLDINGS (ANGOLA) LDA (a.k.a. GOLFRATE: a.k.a. GOLFRATE AFRICA: a.k.a. GOLFRATE DISTRIBUTION: a.k.a. GOLFRATE FOOD INDUSTRIES: a.k.a. GOLFRATE HPC INDUSTRIES: a.k.a. GOLFRATE PAINTS (TINTAS DE DYRUP)). Avenida 4 de Fevereiro No. 13, C.P. 6172. Luanda. Angola: Avenida 4 de Fevereiro 13 R/N, Luanda. Angola: Av. 4 de Fevereiro no 13 R/C. Luanda. Angola: Email Address qassim@golfrate.com: alt. Email Address golfrategrupo@ebonet.net: alt. Email Address info@golfrateangola.com: Website www.golfrateangola.com: (Golfrate Distribution. Golfrate Food Industries. Golfrate HPC Industries and Golfrate Paints (Tintas de Dyrup) are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT] -to- GOLFRATE HOLDINGS (ANGOLA) LDA (a.k.a. GOLFRATE: a.k.a. GOLFRATE AFRICA: a.k.a. GOLFRATE DISTRIBUTION: a.k.a. GOLFRATE FOOD INDUSTRIES: a.k.a. GOLFRATE HPC INDUSTRIES: a.k.a. GOLFRATE PAINTS). Avenida 4 de Fevereiro No. 13, C.P. 6172. Luanda. Angola: Avenida 4 de Fevereiro 13 R/N, Luanda. Angola: Av 4 de Fevereiro no 13 R/C. Luanda. Angola: Email Address qassim@golfrate.com: alt. Email Address golfrategrupo@ebonet.net: alt. Email Address info@golfrateangola.com: Website www.golfrateangola.com: (Golfrate Distribution. Golfrate Food Industries. Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT]

NAME OF ENTITY ADDED ON 2-24-11

SECT OF REVOLUTIONARIES (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES: a.k.a. REBEL SECT: a.k.a. REVOLUTIONARIES SECT: a.k.a. SECTA EPANASTATON: a.k.a. SEKHTA EPANASTATON: a.k.a SEKTA EPANASTATON: a.k.a. "SE")

NAME OF INDIVIDUAL REMOVED ON 3-17-11

PITONO. Joko (a.k.a. ABDUL MARTIN: a.k.a. ABDUL MATIN: a.k.a AMAR UMAR: a.k.a. AMAR USMAN: a.k.a. ANAR USMAN: a k.a. DJOKO SUPRIYANTO: a.k.a. DUL MATIN: a.k.a. DULMATIN: a.k.a. JAK IMRON: a.k.a. MUKTAMAR: a.k.a. NOVARIANTO: a.k.a. PINTONO. Joko: a.k.a. PITOYO. Joko: a.k.a. TOPEL): DOB 16 Jun 1970: alt. DOB 6 Jun 1970: POB Petarukan village. Pemalang, Central Java, Indonesia: nationality Indonesia (individual) [SDGT]

NAMES OF INDIVIDUALS DESIGNATED ON 3-22-11

DE FRUTOS. Jose Ignacio Reta (a k.a DE FRUTOS. Joseba Inaki Reta: a.k.a. FRUIT. Joseba Inaki Reta)
DE GARIKOITZ ASPIAZU RUBINA. Miguel (a.k.a. DE GARIKOITZ ASPIAZU URBINA. Miguel: a.k.a. "CHEROKEE": a.k.a. "TXEROKI")

NAME OF INDIVIDUAL ADDED ON 3-24-11

AL-ASIRI. Ibrahim Hassan Tali (a.k.a. AL ASIRI. Ibrahim Hassan: a.k.a. AL-'ASIRI. Ibrahim: a.k.a. AL-'ASIRI. Ibrahim Hasan Tali: a k a. 'ASIRI. Ibrahim Hasan Tali'A: a.k.a. ASSIRI. Ibrahim Hassan Tali: a.k.a. "ABOSSLAH": a.k.a. "ABU SALEH")

NAME OF INDIVIDUAL CHANGED ON 3-24-11

ABDURRAHMAN. Mohamad Iqbal (a.k.a. A RAHMAN. Mohamad Iqbal: a.k.a. ABDURRAHMAN. Abu Jibril: a.k.a. ABU JIBRIL: a.k.a. RAHMAN. Mohamad Iqbal: a.k.a. MUQTI. Fihiruddin: a.k.a. MUQTI. Fikiruddin): DOB 17 Aug 1958: POB Tirpas-Selong Village. East Lombok. Indonesia: nationality Indonesian (individual) [SDGT] -to- ABDURRAHMAN. Mohamad Iqbal (a.k.a. A RAHMAN. Mohamad Iqbal: a.k.a. ABDUL RAHMAN. Mohamad Iqbal: a.k.a. ABDURRAHMAN. Abu Jibril: a.k.a. MUQTI. Fihiruddin: a.k.a. MUQTI. Fikiruddin: a.k.a. RAHMAN. Mohamad Iqbal: a.k.a. "ABU JIBRIL"). Jalan Nakula. Komplek Witana Harja III. Blok C 106-107. Pamulang. Tangerang. Indonesia: DOB 17 Aug 1957: alt. DOB 17 Aug 1958: POB Korleko-Lombok Timur. Indonesia; alt. POB Tirpas-Selong Village. East Lombok. Indonesia: nationality Indonesia: National ID No. 3603251708570001 (individual) [SDGT]

NAME OF ENTITY UPDATED ON 4-29-11

ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE (a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN): a.k.a. SEPAH-E QODS (JERUSALEM FORCE)) [SDGT] [IRGC] -to- ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE (a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN): a.k.a. SEPAH-E QODS (JERUSALEM FORCE)) [[SDGT] [SYRIA] [IRGC]]

NAME OF INDIVIDUAL ADDED ON 5-11-11

HAQQANI. Badruddin (a.k.a. "ATIQULLAH")

NAME OF ENTITY ADDED ON 5-19-11

ARMY OF ISLAM (a.k.a. JAISH AL-ISLAM: a.k.a. JAYSH AL-ISLAM)

NAME OF ENTITY ADDED ON 5-26-11

CAUCASUS EMIRATE (a.k.a. IMARAT KAVKAZ: a.k.a. IMIRAT KAVKAZ; a.k.a. ISLAMIC EMIRATE OF THE CAUCASUS)

NAME OF INDIVIDUAL ADDED ON 6-16-11

20

AL-GHAMDI, Othman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a AL-GHAMDI, Uthman, a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a. AL-GHAMIDI, Uthman; a.k.a. AL-OMIRAH, Othman Ahmed Othman)

NAMES OF INDIVIDUALS ADDED ON 6-21-11

AGHA, Ahmad Zia (a.k.a. AGHA SAYEED, Sia; a.k.a. AGHA, Zia; a.k.a. AHMAD, Noor; a.k.a. AHMED, Noor)
AKHUND, Mohammad Aman (a.k.a. AMAN, Mohammed; a.k.a. NOORZAI, Mullah Mad Aman Ustad; a.k.a. OMAN, Mullah Mohammed; a.k.a. "SANAULLAH")
RABI, Fazl (a.k.a. RABBI, Faisal; a.k.a. RABI, Fazal)
WAZIR, Ahmed Jan (a.k.a. KUCHI, Ahmed Jan; a.k.a. ZADRAN, Ahmed Jan)

NAME OF ENTITY ADDED ON 6-23-11

BEHNAM SHAHRIYARI TRADING COMPANY

NAME OF INDIVIDUAL ADDED ON 6-23-11

SHAHRIYARI, Behnam (a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRYARI, Behnam)

NAMES OF INDIVIDUALS ADDED ON 7-28-11

ABD AL-RAHMAN, Atiyah (a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHTIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud")
AL-'AJMI, 'Ali Hasan 'Ali (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a AL-'AJMI, 'Ali Hassan 'Ali; a k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin")
AL-KUWARI, Salim Hasan Khalifah Rashid (a.k.a. AL KAWARI, Salim Hasan Khalifa; a.k.a. AL KUWARI, Salim Hassan Khalifa Rashid; a.k.a. AL-KOWARI, Salim; a.k.a. AL-KUWARI, Salem)
KHALIL, Ezedin Abdel Aziz (a.k.a. AL-ABADIN, Zayn; a.k.a. AL-SURI, Yaseen; a.k.a AL-SURI, Yasin, a.k.a KHALIL, Izz al-Din Abd al-Farid)
KHAWAR, Abdallah Ghanim Mahfuz Muslim (a.k.a. AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim; a.k.a. AL-KHOWAR, Abdullah; a.k.a KHAWAR, Abdullah Ghanem Mahfouz Muslim; a.k.a. KHOWAR, Abdullah)
MUHAMMADI, Umid (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman"; a.k.a "AL-KURDI, 'Amid"; a.k.a "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWESH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin")

NAMES OF INDIVIDUALS ADDED ON 8-16-11

DUGHMUSH, Mumtaz (a.k.a. DAGHMASH, Mumtaz; a.k.a DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah; a.k.a. "ABOUT ABIR")
ZADRAN, Sangeen (a.k.a. DAGHMASH, Sangeen Khan; a.k.a ZADRAN, Sangin; a.k.a. "FATEH"; a.k.a. "SANGEEN"; a.k.a. "SANGIN")
ABDUL RAHMAN, Muhammad Jibril (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibriel, a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky, a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad")
BA'ASYIR, Abdul Rahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim, a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a BASHIR, Abdurrochim)
PATEK, Umar (a.k.a. KECIL, Umar; a.k.a PATEK, Omar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE")

NAMES OF INDIVIDUALS ADDED ON 9-7-11

AL-LIBI, Abu Yahya (a.k.a. ABU BAKAR, Mohammad Hassan, a.k.a. AL SAHRAWI, Abu Yahya  Yunis; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya)
KHAN, Mustafa Hajji Muhammad (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA")
SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad (a.k.a. GHADER, El Hadj  Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a  SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih";  a.k.a. "THE MAURITANIAN, Shaykh Yunis")

NAME OF ENTITY ADDED ON 9-15-11

INDIAN MUJAHIDEEN (a.k.a. INDIAN MUJAHEDEEN; a k.a. INDIAN MUJAHIDIN; a.k.a. ISLAMIC SECURITY FORCE-INDIAN MUJAHIDEEN (ISF-IM))

NAMES OF INDIVIDUALS ADDED ON 9-22-11

ABU GHAZALA, Muhammad Hisham Muhammad Isma'il (a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH")
LIZASO, Jurdan Martitegui (a.k.a. MARTITEGUI , Jurdan; a.k.a. "ARLAS")

NAMES OF INDIVIDUALS ADDED ON 9-28-11

BHUTTAVI, Hafiz Abdul Salam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTVI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam)
IQBAL, Zafar (a.k.a. CHAUDHRY, Zafar Iqbal, a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ, Malik Zafar Iqbal)

NAMES OF INDIVIDUALS ADDED ON 9-29-11

ABBASIN, Abdul Aziz (a.k.a. MAHSUD, Abdul Aziz)
NOORZAI, Hajji Faizullah Khan (a.k.a. KHAN, Hajji Faizullah, a.k.a. NOOR, Haji Faizullah, a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah, a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH")
NOORZAI, Hajji Malik (a.k.a. NOORZAI, Haji Malek; a.k.a. NOORZAI, Hajji Malak; a.k.a  "HAJI AMINULLAH"; a.k.a. "HAJI MALUK")
RAHIM, Fazal (a.k.a. RAHIM, Fazel; a.k.a. RAHIM, Fazil; a.k.a. RAHMAN, Fazil)
REHMAN, Abdur (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI")

NAME OF INDIVIDUAL ADDED ON 10-4-11

AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali (a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim, a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM")

NAMES OF INDIVIDUALS REMOVED ON 10-4-11

AL-ZARQAWI, Abu Mus'Ab (a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "ABD AL-KARIM"; a.k.a. "ABU AL-MU'TAZ"; a.k.a. "AL-HABIB"; a.k.a. "AL-MUHAJIR"; a.k.a. "GHARIB"; a.k.a. "MOUHANAD"; a.k.a. "MOUHANNAD"; a.k.a. "MUHANNAD"; a.k.a. "RASHID")
MOUMOU, Mohamed (a.k.a. MUMU, Mohamed; a.k.a. "ABDALLAH, Abu"; a.k.a. "ABDERRAHMAN, Abou"; a k.a. "AMINA, Abu"; a.k.a. "SHRAYDA, Abu")
YANDARBIEV, Zelimkhan Ahmedovich Abdul Muslimovich


NAMES OF INDIVIDUALS ADDED ON 10-11-11

ABDOLLAHI, Hamed (a.k.a. ABDULLAHI, Mustafa)
ARBABSIAR, Manssor (a.k.a. ARBABSIAR, Mansour)
SHAHLAI, Abdul Reza (a.k.a. SHAHLAEE, Abdul-Reza; a.k.a. SHAHLAI, Abdol Reza; a.k.a. SHAHLA'I, Abdolreza; a.k.a. SHAHLAI, 'Abdorreza; a.k.a. SHALAI, 'Abd-al Reza; a.k.a. SHALA'I, Abdul Reza; a.k.a. "ABU-AL-KARKH", 'Yusuf''; a.k.a. "YASIR, Hajji"; a.k.a. "YUSEF, Hajji"; a.k.a. "YUSIF, Haji"; a.k.a. "YUSIF, Hajji")
SHAKURI, Gholam
SOLEIMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem)


NAME OF ENTITY ADDED ON 10-12-11

MAHAN AIR (a.k.a. MAHAN AIR CO.)


NAME OF ENTITY ADDED ON 10-13-11

CONSPIRACY OF FIRE NUCLEI (a.k.a. CONSPIRACY OF CELLS OF FIRE; a.k.a. CONSPIRACY OF THE NUCLEI OF FIRE; a.k.a. SYNOMOSIA PYRINON TIS FOTIAS; a.k.a. THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY)


NAME OF INDIVIDUAL ADDED ON 11-1-11

KHAN, Mali (a.k.a. KHAN, Madi)

NAME OF INDIVIDUAL REMOVED ON 11-1-11

BASAYEV, Shamil Salmanovich

## Details of Specially Designated Global Terrorist [SDGT] Entities

17 NOVEMBER (a.k.a. REVOLUTIONARY ORGANIZATION 17 NOVEMBER; a.k.a. EPANASTATIKI ORGANOSI 17 NOEMVRI) [FTO] also listed as [SDGT] on 10-31-01
32 COUNTY SOVEREIGNTY COMMITTEE (a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] also  listed as [SDGT] on 10-31-01
32 COUNTY SOVEREIGNTY MOVEMENT (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] also listed as [SDGT] on 10-31-01
A.I.C. COMPREHENSIVE RESEARCH INSTITUTE (a.k.a. AUM SHINRIKYO; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH; a.k.a. AUM SUPREME TRUTH) [FTO] also listed as [SDGT] on 10-31-01
A.I.C. SOGO KENKYUSHO (a.k.a. AUM SHINRIKYO; a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. ALEPH; a.k.a. AUM SUPREME TRUTH) [FTO] also listed as [SDGT] on 10-31-01
ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS (a.k.a. PALESTINE ISLAMIC  JIHAD - SHAQAQI FACTION; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS, a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH  FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also  listed as [SDGT] on 10-31-01
ABU NIDAL ORGANIZATION (a.k.a. ANO; a.k.a. BLACK SEPTEMBER; a.k.a. FATAH REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY COUNCIL; a.k.a. ARAB  REVOLUTIONARY BRIGADES; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS)  [SDT] [FTO] also listed as [SDGT] on 10-31-01
ABU SAYYAF GROUP (a.k.a. AL HARAKAT AL ISLAMIYYA) [FTO] [SDGT] 09-24-01
AFGHAN SUPPORT COMMITTEE (ASC) (a.k.a. AHYA UL TURAS; a.k.a. JAMIAT AYAT-UR-RHAS  AL ISLAMIA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA) Grand Trunk Road, near Pushtoon Garhi Pabbi, Peshawar,  Pakistan; Cheprahar Hadda, Mia Omar Sabaqah School, Jalalabad, Afghanistan [SDGT] 01-09-02
AFRI BELG COMMERCIO E INDUSTRIA LDA (a.k.a AFRI BELG; a.k.a. AFRI- BELG; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. AFRI-BELG SUPREMERCADOS; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n  0.67, 1 Andar, Luanda, Angola; Email Address afribelg@snte.co.ao; Website www.grupoarosfran.net; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT] 12-9-10
AHYA UL TURAS (a.k.a. AFGHAN SUPPORT COMMITTEE (ASC); a.k.a JAMIAT AYAT-UR-RHAS  AL ISLAMIA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. LAJNAT UL MASA  EIDATUL AFGHANIA) Grand Trunk Road, near Pushtoon Garhi Pabbi, Peshawar,  Pakistan; Cheprahar Hadda, Mia Omar Sabaqah School, Jalalabad, Afghanistan [SDGT] 01-09-02
AIAI (a.k.a. AL-ITIHAAD AL-ISLAMIYA) [SDGT] 09-24-01
AKHTARABAD MEDICAL CAMP (a.k.a. AL-AKHTAR TRUST INTERNATIONAL), Spin Boldak,  Afghanistan [SDGT] 10-14-03
AL AQSA ASSISTANCE CHARITABLE COUNCIL (a.k.a. AL-LAJNA AL- KHAYRIYYA LIL  MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE;  a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a.  CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a.  COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND  SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH  PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a.  COMPANIE  BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND  SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE  COMMITE LE SOLIDARITE AVEC LA  PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules  Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la  Chapelle, 75018 Paris, France [SDGT] 08-21-03
AL BARAKA EXCHANGE LLC, P.O. Box 20066, Dubai, U.A.E.; P.O  Box 3313, Deira, Dubai, U.A.E  [SDGT] 11-07-01
AL BIR AL DAWALIA (a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF; a.k.a.  BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND), 8820 Mobile  Avenue, 1A, Oak Lawn, IL 60453, U.S.A.; P.O. Box 548, Worth, IL 60482, U.S.A.;  formerly at 9838 S. Roberts Road, Suite 1W, Palos Hills, IL 60455, U.S.A.; formerly  at 20-24 Branford Place, Suite 705, Newark, NJ 07102, U.S.A.; Bashir  Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safarogiu St., Baku, Azerbaijan; Sarajevo,  Bosnia-Herzegovina; Zenica, Bosnia-Herzegovina; "last known address,"  3 King Street, South Waterloo, Ontario, N2J 3Z6 Canada; "last known address," P.O. Box  1508 Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known  address," 2465 Cawthra Rd., #203, Mississauga, Ontario, L5A 3P2 Canada; Ottawa, Canada;  Grozny, Chechnya; 91 Paltrongou, Lanzhou, Gansu, China 730000; Hrvatov  30, 41000, Zagreb, Croatia; Makhachkala, Daghestan; Duisi, Georgia, Tbilisi,  Georgia; Nazran, Ingushetia; Burgemeester Kessensingel 40, Maastricht,  Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan;  P.O. Box 1055, Peshawar, Pakistan; Saudi Arabia; Suite 3, 4th. 401, Moscow,  Russia  113149; Ulitsa Oktyabr'skaya,.dom. 89, Moscow, Russia 127521; P.O.  Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O.  Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom;  Afghanistan; Bangladesh; Bosnia-Herzegovina; Gaza Strip; Yemen; U.S. FEIN:  36-3823186 [SDGT] 11-19-02
AL FURQAN (a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a.  ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT, a.k.a.  ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a.  ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES, a.k.a.   DZEMIJJETUL FURQAN; a.k.a. DZEMILJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a.  IN

SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04
AL HARAKAT AL ISLAMIYYA (a.k.a. ABU SAYYAF GROUP) [FTO] [SDGT] 09-24-01
AL HARAMAIN (a.k.a. AL-HARAMAIN : Indonesia Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI; a.k.a.  YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan  Laut Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04
AL HARAMAIN AL MASJED AL AQSA (a.k.a. AL-HARAMAIN & AL MASJED AL-AQSA CHARITY  FOUNDATION : BOSNIA BRANCH; a.k.a. AL HARAMAYN AL MASJID AL AQSA; a.k.a. AL-  HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A,  Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04
AL HARAMAIN FOUNDATION, INC. (a.k.a. AL-HARAMAIN : United States Branch; a.k.a.  AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-  HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION;   a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC  FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMAIN  HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a.  ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION;  a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a.  ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a.  ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a.  MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA;  a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.;  3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street,  Springfield, MO 65803,  U.S.A. [SDGT] 09-09-04
AL HARAMAYN AL MASJID AL AQSA (a.k.a. AL-HARAMAIN & AL MASJED AL-AQSA CHARITY  FOUNDATION : BOSNIA BRANCH; a.k.a  AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL-  HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A,   Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04
AL IGATHA AL-ISLAMIYA (a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL- ISLAMIA AL-  ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a.  IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a.  INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF  AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE;  a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION;  a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN  RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF  ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410,  Indonesia; P.O  Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06
AL IGATHA AL-ISLAMIYA (a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL- ISLAMIA AL-  ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a.  IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a.  INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF  AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH  OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF  ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF;  a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC  RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi  Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart  Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan  Manila, Philippines [SDGT] 08-03-06
AL MANAR TV, Abed al Nour Street, Harat Hriek, Beirut, Lebanon; PO Box 354/25,  Beirut, Lebanon; info@manartv.com, www.manartv.com, www.almanar.com.lb [SDGT]  03-23-06
AL MANSOOREEN (a.k.a. AL MANSOORIAN; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE  PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. IDARA KHIDMAT-E- KHALQ;  a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a.  JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a.  JAMAAT-UD-DAWA; a.k.a. JAMA'AT-UD-DAWA; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UD-  DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAAT-UD-DAWAH; a.k.a. LASHKAR E-  TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. PAASBAN-E- AHLE-  HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-  AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. "JUD"), Pakistan [FTO] [SDGT] 12-20-01;  12-23-03; 04-18-05; 04-27-06
AL MANSOORIAN (a.k.a. AL MANSOOREEN; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE  PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. IDARA KHIDMAT-E- KHALQ;  a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a.  JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a.  JAMAAT-UD-DAWA; a.k.a. JAMA'AT-UD-DAWA; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-  DAWA; a.k.a. JAMAAT-UD-DAWAH; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA;  a.k.a. LASHKAR-I-TAIBA; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR;  a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR;  a.k.a. "JUD"), Pakistan [FTO] [SDGT] 12-20-01; 12-23-03; 04-18-05; 04-27-06
AL NOUR BROADCASTING (a.k.a. AL NOUR RADIO; a.k.a. RADIO ANNOUR; a.k.a. RADIO  ANOUR), Abed Al Nour Street, PO Box 197/25, Alghobeiri , Harat Hriek, Beirut,  Lebanon; info@al-nour.net, www.al-nour.net [SDGT] 03-23-06
AL NOUR RADIO (a.k.a. AL NOUR BROADCASTING STATION; a.k.a. AL NOUR RADIO; a.k.a.  RADIO ANNOUR), Abed Al Nour Street, PO Box 197/25, Alghobeiri , Harat Hriek,  Beirut, Lebanon; info@al-nour.net, www.al-nour.net [SDGT] 03-23-06
AL NUR RADIO (a.k.a. AL NOUR BROADCASTING STATION; a.k.a. AL NOUR RADIO; a.k.a.  RADIO ANNOUR), Abed Al Nour Street, PO Box 197/25, Alghobeiri , Harat Hriek,  Beirut, Lebanon; info@al-nour.net, www.al-nour.net [SDGT] 03-23-06
AL QAEDA (a.k.a. AL QAIDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN  AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING  JEWS AND CRUSADES, a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a.   ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION;

a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01

AL QA'IDA (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01

AL QAIDA (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL-JIHAD; a.k.a. THE JIHAD GROUP; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01

AL RASHEED TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL- RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan <Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in: Kosovo, Chechnya>; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan - I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan [SDGT] 09-24-01 / 04-19-02

AL RASHID TRUST (a.k.a. AL RASHEED TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan <Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in: Kosovo, Chechnya>; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan - I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan [SDGT] 09-24-01 / 04-19-02

AL REHMAT TRUST (a.k.a. AL-RAHMAT TRUST; a.k.a. AL-REHMAN TRUST; a.k.a. AR-RAHMAN TRUST; a.k.a. UR-RAHMAN TRUST; a.k.a. UR-RAMAT TRUST), 537/1-Z Defense Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commercial Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan [SDGT] 11-4-10

AL SANABIL (a.k.a AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABIL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

AL TAIBAH, INTL. (a.k.a. TAIBAH INTERNATIONAL AID AGENCY, a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia-Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

AL TAQWA BANK (a.k.a. BANK AL TAQWA; BANK AL TAQWA LIMITED), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas, P.O. Box N-4877, Nassau, Bahamas [SDGT] 11-07-01

AL TAQWA MANAGEMENT ORGANIZATION SA (n.k.a. NADA MANAGEMENT ORGANIZATION SA), Viale Stefano Franscini 22, Lugano CH-6900 TI, Switzerland [SDGT] 11-07-01

AL TAQWA TRADE, PROPERTY AND INDUSTRY (a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED; a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY ESTABLISHMENT; a.k.a. HIMMAT ESTABLISHMENT; n.k.a. WALDENBERG, AG), c/o Asat Trust Reg., Altenbach 8, Vaduz 9490, Liechtenstein; Via Posero, 2, 22060 Campione d'Italia, Italy [SDGT] 11-07-01

AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED (a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY; a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY ESTABLISHMENT; a.k.a. HIMMAT ESTABLISHMENT; n.k.a. WALDENBERG, AG), c/o Asat Trust Reg., Altenbach 8, Vaduz 9490, Liechtenstein; Via Posero, 2, 22060 Campione d'Italia, Italy [SDGT] 11-07-01

AL TAQWA TRADE, PROPERTY AND INDUSTRY ESTABLISHMENT (a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY; a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED; a.k.a. HIMMAT

ESTABLISHMENT; n.k.a. WALDENBERG, AG), c/o Asat Trust Reg., Altenbach 8, Vaduz 9490, Liechtenstein; Via Posero, 2, 22060 Campione d'Italia, Italy [SDGT] 11-07-01

AL WAFA (a.k.a. WAFA HUMANITARIAN ORGANIZATION; a.k.a. AL WAFA ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA) [SDGT] 09-24-01

AL WAFA ORGANIZATION (a.k.a. WAFA HUMANITARIAN ORGANIZATION; a.k.a. AL WAFA; a.k.a. WAFA AL-IGATHA AL-ISLAMIA) [SDGT] 09-24-01

AL-AHSAN CHARITABLE ORGANIZATION (a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL- BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY FOR AL-AQSA; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05

AL-AKHTAR MEDICAL CENTRE (a.k.a. AL-AKHTAR TRUST INTERNATIONAL), Gulstan-e- Jauhar, Block 12, Karachi, Pakistan [SDGT] 10-14-03

AL-AKHTAR TRUST INTERNATIONAL (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; and all other offices worldwide [SDGT] 10-14-03

AL-AQSA (ASBL) (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA AL-ISLAMI BANK (a.k.a. AL-AQSA ISLAMIC BANK), P.O. Box 3753 al-Beireh, West Bank; Ramallah II 970, West Bank [SDT] [SDGT] 12-04-01

AL-AQSA ASBL (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL- AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL- AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA ASBL (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amcoo Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amcoo Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA ASBL (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA ASBL (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.

SWEDISH CHARITABLE AQSA EST.). P.O. Box 2364. Islamabad. Pakistan [SDGT] 05-29-03
AL-AQSA ASBL (a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA SPANMAL STIFTELSE: a.k.a. AL-AQSA CHARITABLE FOUNDATION: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: AQSA SOCIETY YEMEN: a.k.a. AQSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.) .[SDGT] 05-29-03
AL-AQSA ASBL (a.k.a. AQSA SOCIETY YEMEN: a.k.a. AL-AQSA SPANMAL STIFTELSE: a.k.a. AL-AQSA CHARITABLE FOUNDATION: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). P.O. Box 14101. San'a. Yemen [SDGT] 05-29-03
AL-AQSA ASBL (a.k.a. FORENINGEN AL-AQSA: a.k.a. AL-AQSA SPANMAL STIFTELSE: a.k.a. AL-AQSA CHARITABLE FOUNDATION: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. AQSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). P.O. Box 6222200KBKN. Copenhagen. Denmark [SDGT] 05-29-03
AL-AQSA ASBL (a.k.a. STICHTING AL-AQSA: a.k.a. AL-AQSA SPANMAL STIFTELSE: a.k.a. AL-AQSA CHARITABLE FOUNDATION: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. AQSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION: a.k.a. SWEDISH CHARITABLE AQSA EST.). Gerrit V/D Lindestraat 103 E. 03022 TH. Rotterdam. Holland: Gerrit V/D  Lindestraat 103 A. 3022 TH. Rotterdam. Holland [SDGT] 05-29-03
AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA (ASBL): a.k.a. AL-AQSA SPANMAL STIFTELSE: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA  ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. AQSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). BD Leopold II 71. 1080 Brussels. Belgium [SDGT] 05-29-03
AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA SPANMAL STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. AQSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). Kappellenstrasse 36, D-52066. Aachen. Germany [SDGT] 05-29-03
AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA SPANMAL STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. AQSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). P.O. Box 421082. 2nd Floor. Amoco Gardens. 40 Mint Road. Fordsburg 2033. Johannesburg. South Africa: P.O. Box 421083. 2nd Floor. Amoco Gardens. 40 Mint Road. Fordsburg 2033. Johannesburg. South Africa [SDGT] 05-29-03

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA SPANMAL  STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY YEMEN: a.k.a. CHARITABLE  AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). P.O. Box 2364. Islamabad. Pakistan [SDGT] 05-29-03
AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA SPANMAL  STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY YEMEN: a.k.a. CHARITABLE  AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03
AL-AQSA CHARITABLE FOUNDATION (a.k.a. AQSA SOCIETY YEMEN: a.k.a. AL-AQSA SPANMAL  STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. CHARITABLE  AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). Nobelvagen 79 NB. 21433 Malmo. Sweden: Nobelv 79 NB. 21433 Malmo. Sweden [SDGT] 05-29-03
AL-AQSA CHARITABLE FOUNDATION (a.k.a. AQSSA SOCIETY YEMEN: a.k.a. AL-AQSA SPANMAL STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL  ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). P.O. Box 14101. San'a. Yemen [SDGT] 05-29-03
AL-AQSA CHARITABLE FOUNDATION (a.k.a. FORENINGEN AL-AQSA: a.k.a. AL-AQSA SPANMAL  STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL  ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. AQSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a.  ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). P.O. Box 6222200KBKN. Copenhagen. Denmark [SDGT] 05-29-03
AL-AQSA CHARITABLE FOUNDATION (a.k.a. STICHTING AL-AQSA: a.k.a. AL-AQSA SPANMAL  STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL  ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. AQSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION: a.k.a. SWEDISH CHARITABLE AQSA EST.). Gerrit V/D Lindestraat 103 E. 03022 TH. Rotterdam. Holland: Gerrit V/D  Lindestraat 103 A. 3022 TH. Rotterdam. Holland [SDGT] 05-29-03
AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA SPANMAL  STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE FOUNDATION: a.k.a. AL-AQSA E.V.: a.k.a. AL- AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. AQSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). BD Leopold II 71. 1080 Brussels. Belgium [SDGT] 05-29-03
AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA SPANMAL STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA

SOCIETY; a.k.a  AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE  AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a.  MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.),  Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;  a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA  ISLAMIC CHARITABLE SOCIETY; a.k.a. AQSSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA  SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a CHARITABLE SOCIETY TO HELP THE NOBLE  AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA;  a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.),  P.O.  Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint  Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03
AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;  a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA  ISLAMIC CHARITABLE SOCIETY; a.k.a. AQSSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA  SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a.  CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a CHARITABLE SOCIETY TO HELP THE NOBLE  AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA;  a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03
AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;  a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA  ISLAMIC CHARITABLE SOCIETY; a.k.a. AQSSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA  SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a.  CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a CHARITABLE SOCIETY TO HELP THE NOBLE  AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA;  a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.  SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03
AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;  a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA  ISLAMIC CHARITABLE SOCIETY; a.k.a. AQSSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA  SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a.  CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE  AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA;  a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST ),  Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT]  05-29-03
AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;  a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a.  CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE  AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O.  Box 14101, San'a, Yemen [SDGT] 05-29-03
AL-AQSA CHARITABLE ORGANIZATION (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;  a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I  STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.  ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA;  a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O.  Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
AL-AQSA CHARITABLE ORGANIZATION (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;  a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL  ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a.  CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN

AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.),  Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D  Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03
AL-AQSA E.V. (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a.  AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a.  AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA  ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA  SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a.  AQSSA SOCIETY YEMEN; a.k.a.  CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE  AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD  Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03
AL-AQSA E.V. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA CHARITABLE  FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC  CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I  STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;  a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.  SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033,  Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint  Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03
AL-AQSA E.V. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL  ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;  a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.  SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03
AL-AQSA E.V. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC  CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I  STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;  a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.  SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03
AL-AQSA E.V. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC  CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I  STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;  a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.  SWEDISH CHARITABLE AQSA EST ) [SDGT] 05-29-03
AL-AQSA E.V. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMI STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;  a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.  SWEDISH CHARITABLE AQSA EST.),  Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT]  05-29-03
AL-AQSA E.V. (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a.  AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC  CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL  ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA  SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a.  CHARITABLE  AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;  a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.),  Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
AL-AQSA E.V. (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION;  a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC  CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL  ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a.  CHARITABLE  AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;  a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.

SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03
AL-AQSA E.V. (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
AL-AQSA E.V. (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindstraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03
AL-AQSA FOUNDATION (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE, a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03
AL-AQSA FOUNDATION (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
AL-AQSA FOUNDATION (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03
AL-AQSA FOUNDATION (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03
AL-AQSA FOUNDATION (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA FOUNDATION (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Nobelv 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03
AL-AQSA FOUNDATION (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03
AL-AQSA FOUNDATION (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
AL-AQSA FOUNDATION (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03
AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03
AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA

- 27 -

SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, D3022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AQSA ISLAMIC BANK (a.k.a. AL-AQSA AL-ISLAMI BANK), P.O. Box 3753 al-Beireh, West Bank; Ramallah II 970, West Bank [SDT] [SDGT] 12-04-01

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA

SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Nóblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN

- 28 -

AL-AQSA, a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA, a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA, a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03
AL-AQSA MARTYRS BATTALION (a.k.a. AL-AQSA MARTYRS BRIGADE) [SDT] [FTO] [SDGT] 03-27-02
AL-AQSA MARTYRS BRIGADE (a.k.a. AL-AQSA MARTYRS BATTALION) [SDT] [FTO] [SDGT] 03-27-02
AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL- AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03
AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL- AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03
AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03
AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amcco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amcco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03
AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL- AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA) [SDGT] 05-29-03
AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;

a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03
AL-AQSA SINABIL ESTABLISHMENT (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA  SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
AL-AQSA SINABIL ESTABLISHMENT (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA  SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA  AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D  Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03
AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL- AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE  NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03
AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA  INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL- AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03
AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.

SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA ASBL; a.k.a. AL- AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL- AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens,

40 Mint Road, Fordsburg 2033,  Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA  ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA  SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE  AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA;  a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL- AQSA INTERNATIONAL  FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL  ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA;  a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL- AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.  ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL- AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL  ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.  FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST1.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03 AL-AQSA TV (a.k.a. AL-AQSA SATELLITE TELEVISION; a.k.a. HAMAS TV; a.k.a. SIRAJ AL-AQSA TV; a.k.a. THE AQSA LAMP), Jabaliya, Gaza, Palestinian; Email Address info@aqsatv.ps; Website www.aqsatv.ps; Telephone: 0097282851500 Fax: 0097282858208 [SDGT] 03-18-10

AL-AWDAH BRIGADES (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU  GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF  PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH  FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDGT] [FTO] also  listed as [SDGT] on 10-31-01

AL-BAKOUN ALA AL-AHD ORGANIZATION (a.k.a. FAITHFUL TO THE OATH), Algeria [SDGT] 10-24-03

AL-BAR AND AL-IHSAN SOCIETIES (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a.  AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL- BIRR WA AL-IHSAN CHARITY ASSOCIATION;

a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05
AL-BAR AND AL-IHSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL- BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL- BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05
AL-BARAKAAT BANK OF SOMALIA (a.k.a. BARAKAAT BANK OF SOMALIA; a.k.a. BBS), Bossaso, Somalia; Mogadishu, Somalia [SDGT] 11-07-01
AL-BARAKAAT BANK, Mogadishu, Somalia [SDGT] 11-07-01
AL-BARAKAAT GROUP OF COMPANIES SOMALIA LIMITED (a.k.a AL-BARAKAT FINANCIAL COMPANY), Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01
AL-BARAKAAT, Mogadishu, Somalia; Dubai, U.A.E. [SDGT] 11-07-01
AL-BARAKAT FINANCE GROUP, Dubai, U.A.E.; Mogadishu, Somalia [SDGT] 11-07-01
AL-BARAKAT FINANCIAL COMPANY (a.k.a. AL-BARAKAAT GROUP OF COMPANIES SOMALIA LIMITED), Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01
AL-BARAKAT FINANCIAL HOLDING COMPANY, Dubai, U.A.E.; Mogadishu, Somalia [SDGT] 11-07-01
AL-BARAKAT GLOBAL TELECOMMUNICATIONS (a.k.a. BARAKAAT GLOBETELCOMPANY), Hargeysa, Somalia; Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01
AL-BARAKAT INTERNATIONAL (a.k.a. BARACO CO.), Box 2923, Dubai, U.A.E. [SDGT] 11-07-01
AL-BARAKAT INVESTMENTS, P.O. Box 3313, Deira, Dubai, U.A.E. [SDGT] 11-07-01
AL-BIR AND AL-IHSAN ORGANIZATION (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05
AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05
AL-BIRR WA AL-IHSAN WA AL-NAQA (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05
AL-DJIHAD AL-ISLAMI (a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP (IJG); a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY) [SDGT] 5-25-05, also listed in FR as [FTO] on 6-17-05
ALEPH (a.k.a. AUM SHINRIKYO; a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. AUM SUPREME TRUTH) [FTO] also listed as [SDGT] on 10-31-01
AL-FARAN (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO][SDGT] 09-24-01
AL-GAMA'AT (a.k.a. IG; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA) [SDT][FTO] also listed as [SDGT] on 10-31-01
AL-HADID (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO][SDGT] 09-24-01

AL-HADITH (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO][SDGT] 09-24-01
AL-HAMATI SWEETS BAKERIES, Al-Mukallah, Hadhramawt Governorate, Yemen [SDGT] 10-12-01
AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH (a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MIRA; a.k.a. MOVEMENT FOR REFORM IN ARABIA; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA), BM Box: MIRA, London WC1N 3XX, United Kingdom; 221 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number 03834450 (United Kingdom) [SDGT] 07-14-05
AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH (a.k.a. AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL HARAMAYN AL MASJID AL AQSA; a.k.a. AL- HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04
ALHARAMAIN (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
ALHARAMAIN (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04
ALHARAMAIN (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
ALHARAMAIN (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland,OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04
AL-HARAMAIN (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN

AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03
ALHARAMAIN, a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT ALHARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03
AL-HARAMAIN : Afghanistan Branch, Afghanistan [SDGT] 06-02-04
AL-HARAMAIN : Albania Branch, Ifran Tomini street, #58, Tirana, Albania [SDGT] 06-02-04
AL-HARAMAIN : Bangladesh Branch, House 1, Road 1, S-6, Uttara, Dhaka, Bangladesh  [SDGT] 06-02-04
AL-HARAMAIN : Ethiopia Branch, Woreda District 24 Kebele Section 13, Addis  Ababa, Ethiopia [SDGT] 06-02-04
AL-HARAMAIN : Indonesia Branch (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI; a.k.a.  YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan  Laut Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04
AL-HARAMAIN : Kenya Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
AL-HARAMAIN : Kenya Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
AL-HARAMAIN : Pakistan Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN  HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04
AL-HARAMAIN : Pakistan Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN  HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAIN : Tanzania Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN  HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;  a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania;  Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
AL-HARAMAIN : Tanzania Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN  HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania;  Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
AL-HARAMAIN : The Netherlands Branch (a.k.a STICHTING AL HARAMAIN HUMANITARIAN  AID), Jan Hanzenstraat 114, 1053SV, Amsterdam, The Netherlands [SDGT] 06-02-04
AL-HARAMAIN : United States Branch (a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803,  U.S.A. [SDGT] 09-09-04
AL-HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : a.k.a. AL-HARAMAIN : Indonesia  Branch; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut  Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04
ALHARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch); a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL- HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN  HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa,  Kenya; Nairobi, Kenya [SDGT] 01-22-04
AL-HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
AL-HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC

- 32 -

FOUNDATION: a.k.a. ALHARAMAIN: a.k.a. ALHARAMAIN FOUNDATION: a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAYN: a.k.a. ALHARAMAYN FOUNDATION: a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a. ALHARAMEIN FOUNDATION: a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA: a.k.a. VEZIR). House #279. Nazimuddin Road. F-10/1. Islamabad. Pakistan [SDGT] 01-22-04
ALHARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch: a.k.a. AL-HARAMAIN  FOUNDATION: a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAIN  ISLAMIC FOUNDATION: a.k.a. AL-HARAMAYN: a.k.a. AL-HARAMAYN FOUNDATION: a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION: a.k.a. AL-HARAMEIN: a.k.a. AL-HARAMEIN FOUNDATION. a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION. a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION: a.k.a.  ALHARAMAIN: a.k.a. ALHARAMAIN FOUNDATION: a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAYN: a.k.a. ALHARAMAYN FOUNDATION: a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a. ALHARAMEIN FOUNDATION: a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA: a.k.a. VEZIR). House #279. Nazimuddin Road. F-10/1. Islamabad. Pakistan [SDGT] 01-22-04
AL-HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch: a.k.a. AL-HARAMAIN  HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION: a.k.a. AL- HARAMAYN: a.k.a. AL-HARAMAYN FOUNDATION: a.k.a. AL-HARAMAYN HUMANITARIAN  FOUNDATION: a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION: a.k.a. AL-HARAMEIN: a.k.a. AL- HARAMEIN FOUNDATION: a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAIN: a.k.a. ALHARAMAIN FOUNDATION: a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAYN: a.k.a. ALHARAMAYN FOUNDATION: a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a. ALHARAMEIN FOUNDATION: a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA: a.k.a. VEZIR). P.O. Box 3616. Dar es Salaam. Tanzania: Tanzania [SDGT] 01-22-04
ALHARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch: a.k.a. AL-HARAMAIN  FOUNDATION. a.k.a. AL-HARAMAIN  ISLAMIC FOUNDATION: a.k.a. AL-HARAMAYN: a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION. a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION: a.k.a. AL-HARAMEIN: a.k.a. AL- HARAMEIN FOUNDATION: a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION: a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAIN: a.k.a. ALHARAMAIN FOUNDATION: a.k.a. ALHARAMAYN: a.k.a. ALHARAMAYN FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a. ALHARAMEIN FOUNDATION: a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL-HARAMAIN  AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA: a.k.a. VEZIR). P.O. Box 3616. Dar es  Salaam. Tanzania: Singida. Tanzania: Tanga. Tanzania [SDGT] 01-22-04
AL-HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch: a.k.a. AL HARAMAIN FOUNDATION. INC.: a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION: a.k.a.  AL-HARAMAIN ISLAMIC FOUNDATION: a.k.a. AL-HARAMYN: a.k.a. AL-HARAMAYN  FOUNDATION: a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAYN  ISLAMIC FOUNDATION: a.k.a. AL-HARAMEIN: a.k.a. AL-HARAMEIN FOUNDATION: a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAIN  HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAYN: a.k.a. ALHARAMAYN FOUNDATION: a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a. ALHARAMEIN FOUNDATION: a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA: a.k.a. VEZIR). 1257 Siskiyou Boulevard. Ashland. OR 97520. U.S.A.: 3800 Highway 99 S.. Ashland. OR 97520-8718. U.S.A.: 2151 E. Division Street. Springfield. MO 65803. U.S.A. [SDGT] 09-09-04
ALHARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch: a.k.a. AL HARAMAIN FOUNDATION. INC.: a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION: a.k.a.  AL-HARAMAIN  HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION: a.k.a. AL-HARAMYN: a.k.a. AL-HARAMAYN FOUNDATION: a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION: a.k.a. AL-HARAMEIN: a.k.a. AL-HARAMEIN FOUNDATION: a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAIN: a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAYN: a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a. ALHARAMEIN FOUNDATION: a.k.a. ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA: a.k.a. VEZIR). 1257 Siskiyou Boulevard. Ashland. OR 97520. U.S.A.: 3800 Highway 99 S. Ashland. OR 97520-8718. U.S.A.: 2151 E. Division Street. Springfield. MO 65803. U.S.A. [SDGT] 09-09-04

ALHARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN: a.k.a. AL-HARAMAIN FOUNDATION: a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION: a.k.a. AL-HARAMAYN: a.k.a. AL-HARAMAYN FOUNDATION: a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION: a.k.a. AL-HARAMEIN: a.k.a. AL-HARAMEIN FOUNDATION: a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAIN: a.k.a. ALHARAMAIN FOUNDATION: a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAYN: a.k.a. ALHARAMAYN FOUNDATION: a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a. ALHARAMEIN FOUNDATION: a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA: a.k.a. VEZIR). 64 Poturmahala. Travnik. Bosnia- Herzegovina: Somalia [SDGT] 03-11-02. 12-22-03
AL-HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN: a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION: a.k.a. AL-HARAMAYN: a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION: a.k.a. AL-HARAMEIN: a.k.a. AL- HARAMAYN ISLAMIC FOUNDATION: a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAIN: a.k.a. ALHARAMAIN FOUNDATION: a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAYN: a.k.a. ALHARAMAYN FOUNDATION: a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a. ALHARAMEIN FOUNDATION: a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA: a.k.a. VEZIR). 64 Poturmahala. Travnik. Bosnia- Herzegovina: Somalia [SDGT] 03-11-02. 12-22-03
AL-HARAMAIN FOUNDATION : Comoros Islands Branch. B/P: 1652 Moroni. Comoros [SDGT] 09-09-04
AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch: a.k.a. AL-HARAMAIN FOUNDATION: a.k.a. AL- HARAMAYN: a.k.a. AL-HARAMAYN FOUNDATION: a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION: a.k.a. AL-HARAMEIN: a.k.a. AL-HARAMEIN FOUNDATION: a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAIN: a.k.a. ALHARAMAIN FOUNDATION: a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAYN: a.k.a. ALHARAMAYN FOUNDATION: a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a. ALHARAMEIN FOUNDATION: a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA: a.k.a. VEZIR). Daddb. Kenya: Garissa. Kenya: Nairobi. Kenya [SDGT] 01-22-04
ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch: a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION: a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION: a.k.a. AL- HARAMAYN: a.k.a. AL-HARAMAYN FOUNDATION: a.k.a. AL-HARAMAYN  HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAYN ISLAMIC  FOUNDATION: a.k.a. AL-HARAMEIN: a.k.a. AL- HARAMEIN FOUNDATION: a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAIN  ISLAMIC FOUNDATION: a.k.a. ALHARAMAYN: a.k.a. ALHARAMAYN FOUNDATION: a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a.  ALHARAMEIN FOUNDATION: a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA: a.k.a. VEZIR). Daddb. Kenya: Garissa. Kenya: Nairobi. Kenya [SDGT] 01-22-04
AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch: a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION: a.k.a. AL- HARAMAIN: a.k.a. AL-HARAMAYN: a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION: a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION: a.k.a. AL-HARAMEIN: a.k.a. AL-HARAMEIN FOUNDATION: a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAIN: a.k.a. ALHARAMAIN FOUNDATION: a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION: a.k.a. ALHARAMAIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAYN: a.k.a. ALHARAMAYN FOUNDATION: a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a.  ALHARAMEIN FOUNDATION: a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION: a.k.a.  ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA: a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA: a.k.a. VEZIR). House #279. Nazimuddin Road. F-10/1. Islamabad. Pakistan [SDGT] 01-22-04
ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch: a.k.a. AL-HARAMAIN FOUNDATION: a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION: a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION: a.k.a. AL- HARAMAYN: a.k.a. AL-HARAMAYN FOUNDATION: a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION: a.k.a. AL-HARAMEIN: a.k.a. AL-HARAMEIN FOUNDATION: a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION: a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION: a.k.a. ALHARAMAIN: a.k.a. ALHARAMAIN FOUNDATION: a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION: a.k.a. ALHARAMAYN ISLAMIC FOUNDATION: a.k.a. ALHARAMEIN: a.k.a.  ALHARAMEIN FOUNDATION: a.k.a.  ALHARAMEIN ISLAMIC FOUNDATION: a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA:  a.k.a.

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04
AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch;  a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania;  Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch;  a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION;  a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania;  Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch;  a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803,  U.S.A. [SDGT] 09-09-04
AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch;  a.k.a. AL- HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION (a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN  HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520- 8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09- 09-04
AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN;  a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC  FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN  HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHADRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11- 02; 12-22-03
ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL- HARAMAIN  FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN  ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL- HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN  FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a.

ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN  HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11- 02; 12-22-03
AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;  a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC  FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN  HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04
ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION;  a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN  HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road,  F-10/1, Islamabad, Pakistan [SDGT] 01-22-04
AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania;  Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL- HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION;

a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT ALI- HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT ALI- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520- 8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09- 09-04

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11- 02; 12-22-03

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11- 02; 12-22-03

AL-HARAMAYN (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAYN (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMAYN (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAYN (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAYN (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAYN (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;

- 35 -

a.k.a. VEZIR), 1257 Siskiyou  Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520- 8718, U.S.A.; 2151 E  Division Street, Springfield, MO 65803, U S A. [SDGT] 09- 09-04
AL-HARAMAYN (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION, a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a.  ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION;  a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a.  VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S.,  Ashland, OR 97520-8718, U.S.A; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04
AL-HARAMAYN (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION, a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL - HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION;  a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC  FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION;  ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHAYRIYYA;  a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11- 02; 12-22-03
ALHARAMAYN (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION, a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina, Somalia [SDGT] 03-11- 02; 12-22-03
AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION (a.k.a. AL- HARAMAIN & AL  MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH; a.k. AL HARAMAIN AL MASJED  AL AQSA; a.k.a. AL HARAMAYN AL MASJID AL AQSA), Hasiba Brankovica No. 2A,  Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04
ALHARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL- HARAMAIN  FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN  ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL- HARAMAYN FOUNDATION; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN ISLAMIC FOUNDATION; a.k.a.  AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN  FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a.  ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a.  ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC  FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.  ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC  FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a.  MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddo, Kenya; Garissa, Kenya, Nairobi, Kenya [SDGT] 01-22-04
AL-HARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL- HARAMAIN  FOUNDATION; a.k.a. AL-HARAMAIN  HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a.  AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL - HARAMEIN ISLAMIC  FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a.  ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC  FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a.  ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC  FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.  ALHARAMEIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC  FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a.  MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN  AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddo, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
AL-HARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL- HARAMAIN  FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC  FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC

FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a.  ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC  FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a.  ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC  FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.  ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC  FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a.  MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN  AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1,  Islamabad, Pakistan [SDGT] 01-22-04
ALHARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL- HARAMAIN  FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL- HARAMAYN FOUNDATION; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN ISLAMIC FOUNDATION; a.k.a.  AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC  FOUNDATION; a.k.a. ALHARAMAIN; a.k.a.  ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN; a.k.a.  ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC  FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.  ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC  FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a.  MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN  AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road,  F-10/1,  Islamabad, Pakistan [SDGT] 01-22-04
AL-HARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL- HARAMAIN  FOUNDATION; a.k.a. AL-HARAMAIN  HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL- HARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC  FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a.  AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a.  AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION;  a.k.a.  ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a.  ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC  FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.  ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC  FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a.  MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN  AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam,  Tanzania;  Singida; Tanzania; Tanga, Tanzania [SDGT] 01-22-04
ALHARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL- HARAMAIN  FOUNDATION; a.k.a. AL-HARAMAIN  HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC  FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a.  ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN; a.k.a.  ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC  FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.  ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC  FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a.  MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN  AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es  Salaam,  Tanzania; Singida; Tanzania; Tanga, Tanzania [SDGT] 01-22-04
AL-HARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL  HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC  FOUNDATION; a.k.a. AL- HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN  HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.  MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN  AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;  a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway  99 S.,  Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO  65803, U.S.A. [SDGT] 09-09-04
ALHARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL  HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC  FOUNDATION; a.k.a. AL- HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC  FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a.  ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC  FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.  ALHARAMEIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT  AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA;  a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway  99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO  65803, U.S.A. [SDGT] 09-09-04

- 36 -

AL-HARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11- 02; 12-22-03

ALHARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11- 02; 12-22-03

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN

AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL- HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520- 8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09- 09-04

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11- 02; 12-22-03

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a.

- 37 -

ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VEZIR; a.k.a VEZIR), Dadab, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR; a.k.a VEZIR), Dadab, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a MU'ASSASAT AL- HARAMEIN AL- KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR; a.k.a VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a MU'ASSASAT AL- HARAMEIN AL- KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION;

a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR; a.k.a VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAY ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR; a.k.a VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR; a.k.a VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520- 8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09- 09-04

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), Dadab, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMAIN (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR; Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMEIN (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR); House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMEIN (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR); House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMEIN (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMEIN (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMEIN (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR;

AL-HARAMEIN (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMEIN (a.k.a. AL-HARAMAIN : Bosnia-Herzegovina Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMEIN (a.k.a. AL-HARAMAIN : Bosnia-Herzegovina Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR; Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC

FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMEIN FOUNDATION (a.k.a AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a AL-HARAMAIN HUMANITARIAN FOUNDATION, a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION, a k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a ALHARAMAIN ISLAMIC FOUNDATION, a.k.a ALHARAMAYN; a.k.a ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a k a AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a ALHARAMEIN FOUNDATION; a k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN, a.k.a. AL-HARAMEIN FOUNDATION, a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN, a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL- HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11-02, 12-22-03

ALHARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL- HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN, a.k.a. ALHARAMAIN FOUNDATION, a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN, a k a AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION, a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN

HUMANITARIAN FOUNDATION; a.k.a AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A [SDGT] 09-09-04
ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A ; 3800 Highway 99 S., Ashland, OR 97520- 8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A [SDGT] 09- 09-04
AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. MU'ASSASAT AL- KHAYRIYYA; a.k.a. a.k.a. MU'ASSASAT AL- HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL- KHAYRIYYA; a.k.a VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11- 02; 12-22-03
ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL- KHAYRIYYA; a.k.a.

a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03
AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Dadib, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Dadib, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04
ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04
AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN

HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA, a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEINAL- KHAYRIYYA; a.k.a MU'ASSASAT AL-HARAMEINAL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia- Herzegovina; Somalia [SDGT] 03-11-02, 12-22-03

AL-IHSAN CHARITABLE SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL- BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05

AL-ISLAH (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MIRA; a.k.a. MOVEMENT FOR REFORM IN ARABIA; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number 03834450 (United Kingdom) [SDGT] 07-14-05

AL-ITIHAAD AL-ISLAMIYA (a.k.a. AIAI) [SDGT] 09-24-01

AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH (a.k.a ARMED ISLAMIC GROUP; a.k.a. GIA; a.k.a. GROUPEMENT ISLAMIQUE ARME) [SDGT] 09-24-01, amended on 10-19-10

AL-JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a AL QA'IDA; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01; new entry on 10-02-03/10-10-03

AL-JIHAD (a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT] 09-24-01

AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; m.k.a. COMITE DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

AL-MUA'ASSAT AL-SHAHID (a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. LEBANESE MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), Bkaa' Valley, Lebanon; P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon [SDGT] 07-24-07

AL-QAIDA GROUP OF JIHAD IN IRAQ (a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAMA'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 10-04; original listing 10-15-04

AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAMA'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04; original listing 10-15-04

AL-QAIDA IN IRAQ (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAMA'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04; original listing 10-15-04

AL-QAIDA IN MESOPOTAMIA (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO

RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04; original listing 10-15-04

AL-QA'IDA IN THE ARABIAN PENINSULA (a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"), Yemen; Saudi Arabia [SDGT] [FTO] 1-19-10

AL-QAIDA IN THE LAND OF THE TWO RIVERS (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04; original listing 10-15-04

AL-QAIDA OF JIHAD IN IRAQ (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04; original listing 10-15-04

AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04; original listing 10-15-04

AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04; original listing 10-15-04

AL-QARD AL-HASSAN ASSOCIATION (a.k.a. AL-QUARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARDH AL-HASSAN ASSOCIATION; a.k.a. KARADH AL-HASSAN), Beirut, Lebanon [SDGT] 07-24-07

AL-QUARD AL-HASSAN ASSOCIATION (a.k.a. AL-QARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARDH AL-HASSAN ASSOCIATION; a.k.a. KARADH AL-HASSAN), Beirut, Lebanon [SDGT] 07-24-07

AL-QUARDH AL-HASSAN ASSOCIATION (a.k.a. AL-QARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARD AL-HASSAN ASSOCIATION; a.k.a. KARADH AL-HASSAN), Beirut, Lebanon [SDGT] 07-24-07

AL-QUDS BRIGADES (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

AL-QUDS SQUADS (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

AL-RAHAMA RELIEF FOUNDATION LIMITED (a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. SARA; a.k.a. SRA), 98 Gresham Road, Middlesbrough, United Kingdom; 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Registered Charity No. 1083469 (United Kingdom); Registration ID 3713110 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT] 02-08- 06

AL-RASHEED TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL- RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan <Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in: Kosovo, Chechnya>; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan-i Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan [SDGT] 09-24-01 / 04-19-02

AL-RASHID TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i- M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan <Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in: Kosovo, Chechnya>; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan-i Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan [SDGT] 09-24-01 / 04-19-02

AL-SALAH (a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL-SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al- Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT] 08-07-07

AL-SALAH ASSOCIATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL-SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al- Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT] 08-07-07

AL-SALAH ISLAMIC ASSOCIATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL-SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian;

Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SGOT] 08-07-07 AL-SALAH ISLAMIC FOUNDATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNEATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Oeir Al-Balah, Gaza, Palestinian; Oeir Al- Balah Camp, Gaza, Palestinian; Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SGOT] 08-07-07 AL-SALAH ISLAMIC SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Oeir Al-Balah, Gaza, Palestinian; Oeir Al- Balah Camp, Gaza, Palestinian; Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SGOT] 08-07-07 AL-SALAH ORGANIZATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL- SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Oeir Al-Balah Camp, Gaza, Palestinian; Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SGOT] 08-07-07 AL-SALAH SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL- SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Oeir Al-Balah, Gaza, Palestinian; Oeir Al-Balah Camp, Gaza, Palestinian; Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SGOT] 08-07-07 AL-SANBAL (a.k.a. AL SANABIL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AGSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF ANO OEVELOPMENT; a.k.a. SANABIL FOR ANO AND OEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SGOT] 08-21-03 AL-SANOUQ AL-FILISTINI LIL-IGHATHA (a.k.a. AL-SANOUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE ANO LEBANON RELIEF FUNO; a.k.a. PALESTINE OEVELOPMENT ANO RELIEF FUNO; a.k.a. PALESTINE RELIEF FUNO, PALESTINE RELIEF FUNO AND OEVELOPMENT FUNO; a.k.a. PALESTINIAN AIO AND SUPPORT FUNO; a.k.a. PALESTINIAN RELIEF ANO OEVELOPMENT FUNO; a.k.a. PALESTINIAN RELIEF FUNO; a.k.a. PROF; a.k.a. RELIEF AND OEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND OEVELOPMENT FUNO FOR PALESTINE; a.k.a. WELFARE AND OEVELOPMENT FUNO OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SGOT] 08-21-03 AL-SANOUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA (a.k.a. AL-SANOUQ AL-FILISTNI LIL-IGHATHA; a.k.a. INTERPAL; a.k.a. PALESTINE ANO LEBANON RELIEF FUNO; a.k.a. PALESTINE OEVELOPMENT ANO RELIEF FUNO; a.k.a. PALESTINE RELIEF FUNO, PALESTINE RELIEF FUNO AND OEVELOPMENT FUNO; a.k.a. PALESTINIAN AIO AND SUPPORT FUNO; a.k.a. PALESTINIAN RELIEF FUNO AND OEVELOPMENT FUNO; a.k.a. PALESTINIAN RELIEF FUNO; a.k.a. PROF; a.k.a. RELIEF AND OEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND OEVELOPMENT FUNO FOR PALESTINE; a.k.a. WELFARE AND OEVELOPMENT FUNO OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SGOT] 08-21-03 AL-SHABAAB (a.k.a. AL-SHABAAB AL-ISLAAM, a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAO; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIOIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIOIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIOIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIOIIN YOUTH MOVEMENT; a.k.a. MUJAHIOEEN YOUTH MOVEMENT; a.k.a. MUJAHIOIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIOIN YOUTH MOVEMENT; a.k.a. SHABAAB; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SGOT] [SOMALIA] originally on 03-19-08, updated on 4-13-10 AL-SHAHIO ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES (a.k.a. AL-SHAHIO CORPORATION; a.k.a. BONYAO SHAHIO; a.k.a. BONYAO-E SHAHIO; a.k.a. BONYAO-E SHAHIO VA ISARGARAN; a.k.a. ES-SHAHIO, a.k.a. IRANIAN MARTYRS FOUNOATION; a.k.a. SHAHIO FOUNOATION; a.k.a. SHAHIO FOUNOATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815- 1394, Tehran, 15900, Iran [SGOT] 07-24-07 AL-SHAHIO CHARITABLE ANO SOCIAL ORGANIZATION (a.k.a. AL-MUA'ASSAT AL-SHAHIO; a.k.a. AL-SHAHIO FOUNDATION; a.k.a. AL-SHAHIO ORGANIZATION;

a.k.a. HIZBALLAH MARTYRS FOUNOATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNOATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNOATION; a.k.a. MARTYRS FOUNOATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), Biqa' Valley, Lebanon; P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon [SGOT] 07-24-07 AL-SHAHIO CORPORATION (a.k.a. AL-SHAHIO ASSOCIATION FOR MARTYRS ANO INTERNEES FAMILIES; a.k.a. BONYAO SHAHIO; a.k.a. BONYAO-E SHAHIO; a.k.a. BONYAO-E SHAHIO VA ISARGARAN; a.k.a. ES-SHAHIO; a.k.a. IRANIAN MARTYRS FUNO; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHIO FOUNDATION; a.k.a. SHAHIO FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815- 1394, Tehran 15900, Iran [SGOT] 07-24-07 AL-SHAHIO FOUNOATION (a.k.a. AL-MUA'ASSAT AL-SHAHIO; a.k.a. AL-SHAHIO CHARITABLE ANO SOCIAL ORGANIZATION; a.k.a. AL-SHAHIO ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNOATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNOATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNOATION; a.k.a. MARTYRS FOUNOATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), Biqa' Valley, Lebanon; P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon [SGOT] 07-24-07 AL-SHAHIO FOUNDATION- PALESTINIAN BRANCH (a.k.a. MUASSASAT SHAHIO FILISTIN; a.k.a. PALESTINIAN MARTYRS FOUNOATION; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP; a.k.a. SHAHIO FUNO), Lebanon [SGOT] 07-24-07 AL-SHAHIO ORGANIZATION (a.k.a. AL-MUA'ASSAT AL-SHAHIO; a.k.a. AL- SHAHIO CHARITABLE ANO SOCIAL ORGANIZATION; a.k.a. AL-SHAHIO FOUNDATION; a.k.a. HIZBALLAH MARTYRS FOUNOATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNOATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNOATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), Biqa' Valley, Lebanon; P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon [SGOT] 07-24-07 AL-SHAHIO SOCIAL ASSOCIATION (f.k.a. EOUCATIONAL DEVELOPMENT ASSOCIATION; a.k.a. GOODWILL CHARITABLE ORGANIZATION, INC.), 13106 Warren Ave, Suite #4, Oearborn, MI 48126; PO Box 1794 , Dearborn, MI 48126 [SGOT] 07-24-07 AL-TAWHIO (a.k.a. AL-QAIOA GROUP OF JIHAO IN IRAQ; a.k.a. AL-QAIOA GROUP OF JIHAO IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIOA IN IRAQ; a.k.a. AL-QAIOA IN MESOPOTAMIA; a.k.a. AL-QAIOA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIOA OF  JIHAO IN IRAQ; a.k.a. AL-QAIOA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO  RIVERS; a.k.a. AL-QAIOA OF THE JIHAO IN THE LAND OF THE TWO RIVERS; a.k.a. AL- ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHIO WA'AL-JIHAO; a.k.a. TANZEEM QA'IOAT AL  JIHAO/BILAO AL RAAFIOAINI; a.k.a. TANZIM QA'IOAT AL-JIHAO FI BILAO AL-RAFIOAYN;  a.k.a. THE MONOTHEISM AND JIHAO GROUP; a.k.a. THE ORGANIZATION BASE OF  JIHAO/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF  JIHAO/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAO'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAO'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAO'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAO'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE  ORGANIZATION OF JIHAO'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SGOT] 10- 15-04; 11-30-04 AL-WAKALA AL-ISLAMIYA AL-AFRIKA L'IL-IGHATHA (a.k.a. AL-WAKALA AL-ISLAMIYA  L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. ISRA), 201 E. Cherry Street, Suite O, Columbia, MO  65205; all offices worldwide [SGOT] 10-13-04 AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKA  L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. ISRA), 201 E. Cherry Street, Suite O, Columbia, MO  65205; all offices worldwide [SGOT] 10-13-04 AL-ZARQAWI NETWORK (a.k.a. AL-QAIOA GROUP OF JIHAO IN IRAQ; a.k.a. AL-QAIOA  GROUP OF JIHAO IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIOA IN IRAQ; a.k.a. AL-QAIOA IN MESOPOTAMIA; a.k.a. AL-QAIOA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIOA OF JIHAO IN IRAQ; a.k.a. AL-QAIOA OF JIHAD ORGANIZATION IN THE LAND OF THE  TWO RIVERS; a.k.a. AL-QAIOA OF THE JIHAO IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHIO; a.k.a. JAM'AT AL TAWHIO WA'AL-JIHAO, a.k.a. TANZEEM QA'IOAT AL JIHAO/BILAO AL RAAFIOAINI, a.k.a. TANZIM QA'IOAT AL JIHAO/BILAO AL RAAFIOAYN; a.k.a. THE MONOTHEISM ANO JIHAO GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAO/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAO/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAO'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAO'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION  OF AL-JIHAO'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE  ORGANIZATION  OF AL-JIHAO'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE  ORGANIZATION OF JIHAO'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SGOT] 10- 15-04; 11-30-04 AMERICAN FRIENOS OF THE UNITED YESHIVA MOVEMENT (a.k.a. AMERICAN FRIENOS OF  YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. OIKUY  BOGOIM; a.k.a. OOV; a.k.a. FOREFRONT OF THE IOEA; a.k.a. FRIENOS OF THE JEWISH  IOEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUOEA POLICE; a.k.a. JUOEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZAOAK;  a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUNO; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KAH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF  JUOEA; a.k.a. SWORD OF OAVIO; a.k.a. THE COMMITTEE AGAINST RACISM ANO  DISCRIMINATION (CARO); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE  INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUOEAN LEGION; a.k.a. THE JUOEAN  VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR OAVIO KAHANE  MEMORIAL FUNO; a.k.a. THE VOICE OF JUOEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IOEA; a.k.a. YESHIVAT HARAV MEIR) [SOT][FTO] also  listed as [SGOT] on 10-31-01; new entry on 10-02-03/10-10-03 AMERICAN FRIENOS OF YESHIVAT RAV MEIR (a.k.a. AMERICAN FRIENOS OF THE UNITED  YESHIVA MOVEMENT; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROAOS; a.k.a. OIKUY  BOGOIM; a.k.a. OOV; a.k.a. FOREFRONT OF THE IOEA; a.k.a. FRIENOS OF THE JEWISH  IOEA YESHIVA, a.k.a. JEWISH LEGION; a.k.a.

JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM, a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE COMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

ANO (a.k.a. ABU NIDAL ORGANIZATION; a.k.a. BLACK SEPTEMBER; a.k.a. FATAH REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY BRIGADES; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ANSAR AL-ISLAM (a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN;" a.k.a. "HELPERS OF ISLAM;" a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM;" a.k.a. "KURDISH TALIBAN;" a.k.a. "PARTISANS OF ISLAM;" a.k.a. "SOLDIERS OF GOD;" a.k.a. "SOLDIERS OF ISLAM;" a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [SDGT] 02-20-03; also listed as [FTO] on 03-22-04

ANSAR ALLAH ( a.k.a. HIZBALLAH; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. PARTY OF GOD; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT][FTO] also listed as [SDGT] on 10-31-01

ANSAR AL-SUNNA (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM;" a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN;" a.k.a. "HELPERS OF ISLAM;" a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM;" a.k.a. "KURDISH TALIBAN;" a.k.a. "PARTISANS OF ISLAM;" a.k.a. "SOLDIERS OF GOD;" a.k.a. "SOLDIERS OF ISLAM;" a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq originally listed as [SDGT] on 02-20-03; new entry and also listed as [FTO] on 03-22-04

ANSAR AL-SUNNA ARMY (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. "DEVOTEES OF ISLAM;" a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN;" a.k.a. "HELPERS OF ISLAM;" a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM;" a.k.a. "KURDISH TALIBAN;" a.k.a. "PARTISANS OF ISLAM;" a.k.a. "SOLDIERS OF GOD;" a.k.a. "SOLDIERS OF ISLAM;" a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq originally listed as [SDGT] on 02-20-03; new entry and also listed as [FTO] on 03-22-04

AQSSA SOCIETY (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Nobiev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. AL-AQSA ESTABLISHMENT; a.k.a. A CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE

FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST ), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P. O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. FORENINGEN AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E V ; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

ARAB PALESTINIAN BEIT EL-MAL COMPANY (a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDT] [SDGT] 12-04-01

ARAB REVOLUTIONARY BRIGADES (a.k.a. ANO; a.k.a. BLACK SEPTEMBER; a.k.a. FATAH REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY COUNCIL; a.k.a. ABU NIDAL ORGANIZATION; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ARAB REVOLUTIONARY COUNCIL (a.k.a. ANO; a.k.a. BLACK SEPTEMBER; a.k.a. FATAH REVOLUTIONARY COUNCIL; a.k.a. ABU NIDAL ORGANIZATION; a.k.a. ARAB REVOLUTIONARY BRIGADES; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ARMED ISLAMIC GROUP (a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GIA; a.k.a. GROUPEMENT ISLAMIQUE ARME) [SDGT] 09-24-01, amended on 10-19-10

ARMY OF ISLAM (a.k.a. JAISH AL-ISLAM; a.k.a. JAYSH AL-ISLAM) [FTO] [SDGT] 5-19-11

ARMY OF MOHAMMED (a.k.a. JAISH-I-MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAM; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT] 10-21-01; 12- 23-03

ASANABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMIA SANABIL; a.k.a. ASANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNIBIL; a.k.a. SANNIBIL), Sidon, Lebanon [SDGT] 08-21-03

ASAT TRUST REG., Altenbach 8, Vaduz 9490, Liechtenstein [SDGT] 11-07-01

ASBAT AL-ANSAR [SDGT] 09-24-01 also listed as [FTO] on 03-27-02

ASKATASUNA (a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA, a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01; new entry on 10-02-03/10-10-03

ASKATASUNA (f.k.a. GESTORAS PRO-AMNISTIA), Spain [SDGT] 05-03-02

ASP (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH- 4019 Basel, Switzerland [SDGT] 08-21-03

ASSOCIATION DE SECOURS PALESTINIENS (a.k.a. ASP; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH- 4019 Basel, Switzerland [SDGT] 08-21-03

ASSOCIATION DE SECOURS PALESTINIENS (a.k.a. ASP; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH- 4019 Basel, Switzerland [SDGT] 08-21-03

ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

ASSOCIATION FOR PALESTINIAN AID (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH- 4019 Basel, Switzerland [SDGT] 08-21-03

ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. DZEMIJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04
ASSOCIATION SECOUR PALESTINIEN (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH- 4019 Basel, Switzerland [SDGT] 08-21-03
AUC (a.k.a. AUTODEFENSAS UNIDAS DE COLOMBIA; a.k.a. UNITED SELF-DEFENSE FORCES OF COLOMBIA) [FTO] also listed as [SDGT] on 10-31-01
AUM SHINRIKYO (a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH; a.k.a. AUM SUPREME TRUTH) [FTO] also listed as [SDGT] on 10-31-01
AUM SUPREME TRUTH (a.k.a. AUM SHINRIKYO; a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH) [FTO] also listed as [SDGT] on 10-31-01
AUTODEFENSAS UNIDAS DE COLOMBIA (a.k.a. AUC; a.k.a. UNITED SELF-DEFENSE FORCES OF COLOMBIA) [FTO] also listed as [SDGT] on 10-31-01
BA TAQWA FOR COMMERCE AND REAL ESTATE COMPANY LIMITED (n.k.a. HOCHBURG, AG), Vaduz, Liechtenstein; formerly c/o Asat Trust reg., Vaduz, Liechtenstein [SDGT] 08-29-02; 12-22-03
BABBAR KHALSA INTERNATIONAL [SDGT] 06-27-02
BANK AL TAQWA (a.k.a. AL TAQWA BANK; a.k.a. BANK AL TAQWA LIMITED), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 11-07-01
BANK AL TAQWA LIMITED (a.k.a. AL TAQWA BANK; a.k.a. BANK AL TAQWA), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 11-07-01
BANK SADERAT IRAN (a.k.a. IRAN EXPORT BANK), Ground Floor Business Room, Building Banke Khoon Road, Harat, Afghanistan; No. 56, Opposite of Security Department, Toraboz Khan Str., Kabul, Afghanistan; 5 Lothbury, London EC2R 7HD, United Kingdom; Postfach 112227, Deichstrasse 11, 20459, Hamburg, Germany; PO Box 4308, 25-29 Venizelou St, Athens, Attica GR 105 64, Greece; PO Box 15745-631, Bank Saderat Tower, 43 Somayeh Avenue, Tehran, Iran; 16 rue de la Paix, Paris 75002, France; Postfach 160151, Friademstr 4, D-60311, Frankfurt am Main, Germany; 3rd Floor, Aliktisad Bldg, Ras El Ein Street Baalbek, Baalbak, Lebanon; Saida Branch, Sida Riad Elsoleh St, Martyrs Sq, Saida, Lebanon; Borj Albarajneh Branch - 20 Aiholom Bldg, Sahat Mreijeh, Kafaat St, Beirut, Lebanon; 1st Floor, Alrose Bldg, Verdun - Rashid Karame St, Beirut, Lebanon; PO Box 5126, Beirut, Lebanon; 3rd Floor, Mteco Centre, Mar Elias, Facing Al Hellow Barrak, POB 5126, Beirut, Lebanon; Alghobeiri Branch - Aljawhara Bldg, Ghobeiry Blvd, Beirut, Lebanon; PO Box 1269, Muscat 112, Oman; PO Box 4425, Salwa Rd, Doha, Qatar; PO Box 2256. Doha, Qatar; 2nd Floor, No 181 Makhtoomgholi Ave, Ashgabat, Turkmenistan; PO Box 700, Abu Dhabi, United Arab Emirates; PO Box 16, Liwara Street, Ajman, United Arab Emirates; PO Box 1140, Al-Am Road, Al-Ein, Al Ain, Abu Dhabi, United Arab Emirates; Bur Dubai, Khaled Bin Al Walid St, Dubai City, United Arab Emirates; Sheikh Zayed Rd, Dubai City, United Arab Emirates; PO Box 4182, Almaktoom Rd, Dubai City, United Arab Emirates; PO Box 4182, Murshid Bazar Branch, Dubai City, United Arab Emirates; PO Box 316, Bank Saderat Bldg, Alaroda St, Borj Ave, Sharjah, United Arab Emirates; all offices worldwide [IRAN] [SDGT] 10-25-07, amended on 5-12-09, 6-16-10 and 6-16-10
BANK SADERAT PLC (f.k.a. IRAN OVERSEAS INVESTMENT BANK LIMITED; f.k.a. IRAN OVERSEAS INVESTMENT BANK PLC; f.k.a. IRAN OVERSEAS INVESTMENT CORPORATION LIMITED), 5 Lothbury, London EC2R 7HD, United Kingdom; PO Box 15175/584, 6th Floor, Sadaf Bldg, 1137 Vali Asr Ave, Tehran 15119-43885, Iran; UK Company Number 01126618 (United Kingdom); all offices worldwide [IRAN] [SDGT] amended on 8-16-10
BARACO CO. (a.k.a. AL-BARAKAT INTERNATIONAL), Box 2923, Dubai, U.A.E. [SDGT] 11-07-01
BARAKA TRADING COMPANY, P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01
BARAKAAT BANK OF SOMALIA (a.ak.a. AL-BARAKAAT BANK OF SOMALIA; a.k.a. BBS), Bossaso, Somalia; Mogedishu, Somalia [SDGT] 11-07-01
BARAKAAT GLOBETELCOMPANY (a.k.a. AL-BARAKAT GLOBAL TELECOMMUNICATIONS), Hargeysa, Somalia; Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SDGT] 11- 07-01
BARAKAAT GROUP OF COMPANIES, Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01
BARAKAAT INTERNATIONAL COMPANIES (BICO), Mogadishu, Somalia, Dubai, U.A.E. [SDGT] 11-07-01
BARAKAAT NORTH AMERICA, INC., 2019 Bank St., Ottawa, Ontario, Canada; 925 Washington St., Dorchester, Massachusetts, U.S.A. [SDGT] 11-07-01
BARAKAAT RED SEA TELECOMMUNICATIONS, Aia Aamin, Somalia; Bossaso, Somalia; Bubaarag, Somalia; Carafaat, Somalia; Gufure, Somalia; Guureeye, Somalia; Huruuse, Somalia; Kowthar, Somalia; Najax, Somalia; Nakhiil, Somalia; Noobir, Somalia; Raxmo, Somalia; Ticis, Somalia; Xuuxuule, Somalia [SDGT] 11-07-01
BARAKAAT TELECOMMUNICATIONS COMPANY LIMITED (a.k.a. BTELCO), Bakara Market, Dar Salaam Buildings, Mogadishu, Somalia; "last known address," The Netherlands [SDGT] 11-07-01
BARAKAAT TELECOMMUNICATIONS COMPANY SOMALIA, LIMITED, P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01
BARAKAT BANK AND REMITTANCES, Mogadishu, Somalia; Dubai, U.A.E. [SDGT] 11-07-01
BARAKAT COMPUTER CONSULTING (BCC), Mogadishu, Somalia [SDGT] 11-07-01
BARAKAT CONSULTING GROUP (BCG), Mogadishu, Somalia [SDGT] 11-07-01
BARAKAT GLOBAL TELEPHONE COMPANY, Mogadishu, Somalia; Dubai, U.A.E. [SDGT] 11- 07-01

BARAKAT IMPORT EXPORT LTDA, Iquique, Chile; Tax ID No.: AABA 670850 Y [SDGT] 06- 10-04
BARAKAT POST EXPRESS (BPE), Mogadishu, Somalia [SDGT] 11-07-01
BARAKAT REFRESHMENT COMPANY, Mogadishu, Somalia; Dubai, U.A.E. [SDGT] 11-07-01
BARAKAT WIRE TRANSFER COMPANYBARAKO TRADING COMPANY LLC, P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01
BASQUE FATHERLAND AND LIBERTY (a.k.a. ASKATASUNA; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01
BATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01; new entry on 05-07-03
BAYT AL-MAL (a.k.a. BAYT AL-MAL LIL MUSLIMEEN), Sidon, Lebanon; Harat Hurayk, Beirut, Lebanon; Burj al-Barajinah, Lebanon; Tyre, Lebanon; Al-Nabatiyah, Lebanon; Ba'albak, Lebanon; Hirmil, Lebanon [SDGT] 09-07-06
BAYT AL-MAL LIL MUSLIMEEN (a.k.a. BAYT AL-MAL), Sidon, Lebanon; Harat Hurayk, Beirut, Lebanon; Burj al-Barajinah, Lebanon; Tyre, Lebanon; Al-Nabatiyah, Lebanon; Ba'albak, Lebanon; Hirmil, Lebanon [SDGT] 09-07-06
BBS (a.k.a. AL-BARAKAAT BANK OF SOMALIA; BARAKAAT BANK OF SOMALIA), Bossaso, Somalia; Mogedishu, Somalia [SDGT] 11-07-01
BECF CHARITABLE EDUCATIONAL CENTER (a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, 71000 Sarajevo, Bosnia-Herzegovina; Hadzije Mazica Put 16F, 72000 Zenica, Bosnia-Herzegovina; Sehidska Street, Breza, Bosnia-Herzegovina; Kanal 1, 72000 Zenica, Bosnia-Herzegovina; Hamze Celenke 35, Ilidza, Sarajevo, Bosnia-Herzegovina [SDGT] 11-19-02
BEHNAM SHAHRIYARI TRADING COMPANY, Ziba Building, 10th floor, North Sohrevardi Street, Tehran, Iran [SDGT] 6-23-11
BEIT AL MAL HOLDINGS (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDT] [SDGT] 12-04-01
BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD. (a.k.a. ARAB PALESTINIAN BEIT EL MAL COMPANY; a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDGT] 12-04-01
BEIT EL-MAL HOLDINGS (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a BEIT AL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD ), P.O. Box 662, Ramallah, West Bank [SDGT] 12-04-01
BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS, f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE' BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
BENEVOLENCE EDUCATIONAL CENTER (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, 71000 Sarajevo, Bosnia-Herzegovina; Hadzije Mazica Put 16F, 72000 Zenica, Bosnia-Herzegovina; Sehidska Street, Breza, Bosnia-Herzegovina; Kanal 1, 72000 Zenica, Bosnia-Herzegovina; Hamze Celenke 35, Ilidza, Sarajevo, Bosnia-Herzegovina [SDGT] 11-19-02
BENEVOLENCE INTERNATIONAL FOUNDATION (a.k.a. AL BIR AL DAWALIA; a.k.a. BIF; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND), 8820 Mobile Avenue, 1A, Oak Lawn, IL 60453, U.S.A.; P.O. Box 548, Worth, IL 60482, U.S.A.; formerly at 9838 S. Roberts Road, Suite 1W, Paloe Hills, IL 60465, U.S.A.; formerly at 20-24 Branford Place, Suite 705, Newark, NJ 07102, U.S.A.; Bashir Safar Ugli 69, Baku, Azerbaijan; 89 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia-Herzegovina; Zenica, Bosnia-Herzegovina; "last known address," 3 King Street, South Waterloo, Ontario, N2J 3Z6 Canada; "last known address," P.O. Box 1508 Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known address," 2465 Cawthra Rd, #203, Mississauga, Ontario, L5A 3P2 Canada; Ottawa, Canada; Grozny, Chechnya; 91 Paihonggou, Lanzhou, Gansu, China 730000; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; P.O. Box 1055, Peshawar, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia 113149; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia 127521; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia-Herzegovina; Gaza Strip; Yemen; U.S. FEIN: 36-3823186 [SDGT] 11-19-02 <previously blocked pending investigation (BPI-PA) on 12-14-01>
BENEVOLENCE INTERNATIONAL FUND (a.k.a. BENEVOLENT INTERNATIONAL FUND; a.k.a. BIF-CANADA), "last known address," 2465 Cawthra Rd., Unit 203, Mississauga, Ontario, L5A 3P2 Canada; "last known address," P.O. Box 1508, Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known address," P.O. Box 40015, 75 King Street South, Waterloo, Ontario, N2J 4V1 Canada; "last known address," 92 King Street, 201, Waterloo, Ontario, N2J 1P5 Canada [SDGT] 11-19-02

- 47 -

BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. STG. BENEVOLENCE INTERNATIONAL NEDERLAND; a.k.a. STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND), Radeborg 14 B, 6228CV Maastricht, Netherlands; Postbus 1149, 6201BC Maastricht, Netherlands;  Registration No. 14063277 [SDGT] 01-24-03

BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a.  BENEVOLENCE COMMITTEE FOR SOLDARITY WITH PALESTINE; a.k.a. CBSP;  a.k.a.  CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE  ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE  BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND  SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE  COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules  Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris,  France [SDGT] 08-21-03

BIBLOS TRAVEL AGENCY (a.k.a. BIBLIOS TRAVEL; a.k.a  BIBLOS TRAVEL CA; a.k.a. BIBLOS TRAVEL, C.A.), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel II, PB, Loc. 1, Caracas, Venezuela [SDGT] 06-18-08

BIF (a.k.a. AL BIR AL DAWALIA; a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND), 8820 Mobile  Avenue, 1A, Oak Lawn, IL 60453, U.S.A.; P.O. Box 548, Worth, IL 60482, U.S.A.;  formerly at 9838 S  Roberts Road, Suite 1W, Palos Hills, IL 60465, U.S.A.;  formerly at 20-24 Branford Place, Suite 705, Newark, NJ 07102, U.S.A.; Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia-Herzegovina; Zenica, Bosnia-Herzegovina; "last known address," 3 King Street, South Waterloo, Ontario, N2J 3Z6 Canada; "last known address,"  P.O. Box 1508 Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known  address," 2465 Cawthra Rd., #203, Mississauga, Ontario, L5A 3P2 Canada; Ottawa,  Canada; Grozny, Chechnya; 91 Paihonggou, Lanzhou, Gansu, China 730000; Hrvatov 30, 41000, Zagreb, Croatie; Makhachkala, Daghestan; Duisi, Georgia; Tbilisi,  Georgia; Nazran, Ingushetia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; P.O. Box 1055, Peshawar, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia  113149; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia 127521; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia-Herzegovina; Gaza Strip; Yemen; U.S. FEIN: 36-3823186 [SDGT] 11-19-02

BIF-BOSNIA (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE  EDUCATIONAL CENTER; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL  FUTURE), Salke Legumdzije 12, 71000 Sarajevo, Bosnia-Herzegovina; Hadzije Mazica  Put 16F, 72000 Zenica, Bosnia-Herzegovina; Sehidska Street, Breza, Bosnia-  Herzegovina; Kanal 1, 72000 Zenica, Bosnia-Herzegovina; Hamze Celenke 35,  Ilidza, Sarajevo, Bosnia-Herzegovina [SDGT] 11-19-02

BIF-CANADA (a.k.a. BENEVOLENCE INTERNATIONAL FUND), "last known address," 2465  Cawthra Rd., Unit 203, Mississauga, Ontario, L5A 3P2 Canada; "last known address,"  P.O. Box 1508, Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known address," P.O. Box  40015, 75 King Street South, Waterloo, Ontario, N2J 4V1 Canada; "last known  address," 92 King Street, 201, Waterloo, Ontario, N2J 1P5 Canada [SDGT] 11-19-02

BIF-USA (a.k.a. AL BIR AL DAWALIA; a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION;  a.k.a. BIF; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND), 8820 Mobile  Avenue,  1A, Oak Lawn, IL 60453, U.S.A.; P.O. Box 548, Worth, IL 60482, U.S.A.; formerly  at 9838 S. Roberts Road, Suite 1W, Palos Hills, IL 60465, U.S.A., formerly at  20-24 Branford Place, Suite 705, Newark, NJ 07102, U.S.A.; Bashir Safar Ugli 69,  Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia-  Herzegovina; Zenica, Bosnia-Herzegovina; "last known address," P.O. Box 1508  Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known address," 2465  Cawthra Rd., #203, Mississauga, Ontario, L5A 3P2 Canada; Ottawa, Canada; Grozny,  Chechnya; 91 Paihonggou, Lanzhou, Gansu, China 730000; Hrvatov 30, 41000,  Zagreb, Croatie; Makhachkala, Daghestan; Duisi, Georgia; Tbilisi, Georgia; Nazran,  Ingushetia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First  Floor, Street 64, F-10/3, Islamabad, Pakistan; P.O. Box 1055, Peshawar, Pakistan;  Azovskaya 6, km. 3, off. 401, Moscow, Russia 113149; Ulitsa  Oktyabr'skaya, dom. 89,  Moscow, Russia 127521; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah  21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe,  Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia- Herzegovina; Gaza  Strip; Yemen; U.S. FEIN: 36-3823186 [SDGT] 11-19-02

BIR WA ELEHSSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR  AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND  AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a.  AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIRR  AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN  SOCIETY; a.k.a. ELEHSSAN  SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a.  JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE  ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-  NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian;  RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian;  P.O. BOX 398, HEBRON,  West Bank, Palestinian [SDGT] 05-04-05

BIRR AND ELEHSSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL- BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR  AND  AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN  SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN  CHARITY; a.k.a. JAMI'A AL- AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE

ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL- NASIR AREA,  GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398,  HEBRON, West Bank, Palestinian [SDGT] 05-04-05

BLACK SEPTEMBER (a.k.a. ANO; a.k.a. ABU NIDAL ORGANIZATION; a.k.a. FATAH  REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY COUNCIL; a.k.a. ARAB  REVOLUTIONARY BRIGADES; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST  MUSLIMS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

BONYAD SHAHID (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran  15900, Iran [SDGT] 07-24-07

BONYAD-E SHAHID (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran  15900, Iran [SDGT] 07-24-07

BONYAD-E SHAHID VA ISARGARAN (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran  15900, Iran [SDGT] 07-24-07

BOSANSKA IDEALNA FUTURA (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSNIAN IDEAL FUTURE),  Salke Legumdzije 12, 71000 Sarajevo, Bosnia-Herzegovina; Hadzije Mazica Put 16F,  72000 Zenica, Bosnia-Herzegovina; Sehidska Street, Breza, Bosnia-Herzegovina; Kanal 1, 72000 Zenica, Bosnia-Herzegovina; Hamze Celenke 35, Ilidza, Sarajevo,  Bosnia-Herzegovina [SDGT] 11-19-02

BOSNIAN IDEAL FUTURE (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA),  Salke Legumdzije 12, 71000 Sarajevo, Bosnia-Herzegovina; Hadzije Mazica Put 16F,  72000 Zenica, Bosnia-Herzegovina; Sehidska Street, Breza, Bosnia-Herzegovina; Kanal 1, 72000 Zenica, Bosnia-Herzegovina; Hamze Celenke 35, Ilidza, Sarajevo,  Bosnia-Herzegovina [SDGT] 11-19-02

BTELCO (a.k.a. BARAKAAT TELECOMMUNICATIONS COMPANY LIMITED), Bakara Market,  Dar  Salaam Buildings, Mogadishu, Somalia; "last known address," The Netherlands  [SDGT] 11-07-01

CASA ALOLLO, Galeria Page, Ciudad del Este, Paraguay [SDGT] 06-10-04

CASA HAMZE, Number 313, Fourth Floor, Galeria Page, Regimiento Piribebuy Avenue,  Ciudad del Este, Paraguay; Paraguayan tax identification number BAHA 6301000 [SDGT] 12-06-06

CAUCASUS EMIRATE (a.k.a. IMARAT KAVKAZ; a.k.a. IMIRAT KAVKAZ; a.k.a. ISLAMIC  EMIRATE OF THE CAUCASUS) [SDGT] 5-26-11

CBSP (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL- KHAYRIYYA  LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLDARITY WITH  PALESTINE; a.k.a.  BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a.  CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a.  CHARITABLE  ORGANIZATION IN SUPPORT OF PALESTINE; f.k.a.  COMITE' DE BIENFAISANCE ET DE  SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE'  AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a.  COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE  BENIFICENT DE SOLIDARITE  AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE  BIENFAISANCE ET DE  COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a.  RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules  Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la  Chapelle, 75018 Paris, France [SDGT] 08-21-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA  SPANMAL  STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE  ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a. AL-AQSA  INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-  AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA  SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE  AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a.  ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a.  MU'ASSA SANABIL AL-AQSA AL-  KHAYRIYYA;  a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA  CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE  AQSA EST.), BD  Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA  SPANMAL  STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA   INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-  AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA  SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE  AL-AQSA;  a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a.  ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a  MU'ASA AL-AQSA AL-  KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a.  SANABIL  AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.  SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL- AQSA SINABIL ESTABLISHMENT;

a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA  SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03
CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL- AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03
CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL- AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03
CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL- AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03
CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL- AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL- KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03
CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland; Gerrit V/D  Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03
CHARITABLE COMMITTEE FOR PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND

SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France, 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA  CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a.  AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD  Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03
CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE  SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA FOUNDATION; a.k.a.  AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE  FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a.  AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.

- 49 -

SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Nobiev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03
CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03
CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a.AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03
CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V ; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03
CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03
CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL- KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03
COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL- AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE

AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL- AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL- AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
COMMITTEE FOR THE SAFETY OF THE ROADS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANET; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01
COMMUNIST PARTY OF NEPAL (MAOIST) (a.k.a. CPN (M); a.k.a. THE PEOPLE'S LIBERATION ARMY OF NEPAL; a.k.a. UNITED REVOLUTIONARY PEOPLE'S COUNCIL) [SDGT] 10-31-03
COMMUNIST PARTY OF THE PHILIPPINES (a.k.a. CPP; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. NPA/CPP) [FTO] [SDGT] 08-12-02

- 50 -

COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
CONGO FUTUR (a.k.a. CONGO FUTUR IMPORT; a.k.a. CONGO FUTURE; a.k.a. GROUPE CONGO FUTUR), Avenue du Flambeau 389, Kinshasa, Congo, Democratic Republic of the; Future Tower, 3462 Boulevard du 30 Juin, Gombe, Kinshasa, Congo, Democratic Republic of the; Website www.congofutur.com [SDGT] 12-9-10
CONSPIRACY OF FIRE NUCLEI (a.k.a. CONSPIRACY OF CELLS OF FIRE; a.k.a. CONSPIRACY OF THE NUCLEI OF FIRE; a.k.a. SYNOMOSIA PYRINON TIS FOTIAS; a.k.a. THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY), Greece [SDGT] 10-13-11
CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE (a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION, a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I- BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Beirut, Lebanon [SDGT] 02-20-07
CONSTRUCTION JIHAD (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION, a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I- BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Beirut, Lebanon [SDGT] 02-20-07
CONTINUITY ARMY COUNCIL (a.k.a. CONTINUITY IRA (CIRA); a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. REPUBLICAN SINN FEIN); United Kingdom [SDGT][FTO] new entry on 07-13-04; originally listed as [SDGT] on 12-31-01
CONTINUITY IRA (CIRA) (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. REPUBLICAN SINN FEIN); United Kingdom listed as [SDGT] 12-31-01; also listed as [FTO] on 07-13-04
CONTINUITY IRISH REPUBLICAN ARMY (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRA (CIRA); a.k.a. REPUBLICAN SINN FEIN); United Kingdom [SDGT][FTO] new entry on 07-13-04; originally listed as [SDGT] on 12-31-01
COUNCIL OF CHARITY AND SOLIDARITY (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC LA PALESTINE; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
CPN (M) (a.k.a. COMMUNIST PARTY OF NEPAL (MAOIST); a.k.a. THE PEOPLE'S LIBERATION ARMY OF NEPAL; a.k.a. UNITED REVOLUTIONARY PEOPLE'S COUNCIL) [SDGT] 10-31-03
CPP (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. NPA/CPP) [FTO] 08-12-02
DARKAZANLI COMPANY (a.k.a. MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY; a.k.a. DARKAZANLI EXPORT-IMPORT SONDERPOSTEN), Uhlenhorsterweg 34 11, Hamburg, Germany [SDGT] 09-24-01
DARKAZANLI EXPORT-IMPORT SONDERPOSTEN (a.k.a. MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY; a.k.a. DARKAZANLI COMPANY), Uhlenhorsterweg 34 11, Hamburg, Germany [SDGT] 09-24-01
DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL- AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE, a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC LA PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

DEV SO ARMED REVOLUTIONARY UNITS (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT) [FTO] also listed as [SDGT] on 10-31-01
DEV SOL (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. DEV SO ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01
DEV SOL SDB (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DEV SO ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01
DEV SOL SILAHLI DEVRIMCI BIRLIKLERI (a.k.a. DEVRIMCI HALK KURTULUS PARTISI- CEPHESI; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. DEV SOL; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DEV SOL SDB; a.k.a. DEV SO ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01
DEVRIMCI HALK KURTULUS PARTISI-CEPHESI (a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. DEV SO ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01
DEVRIMCI SOL (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. REVOLUTIONARY LEFT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. DEV SO ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01
DHAMAT HOUMET DAAWA SALAFIA (a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES- SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03
DHKP/C (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. DEV SO ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01
DIKUY BOGDIM (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01
DJAMAAT HOUMAT ED DAAWA ES SALAFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03
DJAMAAT HOUMAT EDDAWA ESSALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03
DJAMAATT HOUMAT ED DAAWA ES SALAFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

DOV (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01

DZEMIJETUL FURKAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT; Put Miadih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

DZEM'IJETUL FURQAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT; Put Miadih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

DZEMILIJATI FURKAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT; Put Miadih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

DZHAMAAT MODZHAKHEDOV (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. ISLAMIC JIHAD GROUP (IJG); a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMAAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY) [SDGT] 5-25-05, also listed in FR as [FTO] on 6-17-05

EASTERN TURKISTAN ISLAMIC MOVEMENT (a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIM; a.k.a. ETIP) [SDGT] 09-03-02

EASTERN TURKISTAN ISLAMIC PARTY (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. ETIM; a.k.a. ETIP) [SDGT] 09-03-02

EDUCATIONAL DEVELOPMENT ASSOCIATION (f.k.a. AL-SHAHID SOCIAL ASSOCIATION; a.k.a. GOODWILL CHARITABLE ORGANIZATION. INC ), 13106 Warren Ave. Suite #4, Dearborn, MI 48126; PO Box 1794 , Dearborn, MI 48126 [SDGT] 07-24-07

EGASSA (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. HAYAT AL-AGHATHA AL- ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06

EGASSA (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a HAYAT AL-AGHATHA AL- ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines, Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

EGP (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a. EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. SHINING PATH; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA (a.k.a. GI; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. AL-GAMA'AT; a.k.a. ISLAMIC GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA) [SDT][FTO] also listed as [SDGT] on 10-31-01

EGYPTIAN AL-JIHAD (a.k.a. AL QAEDA; a.k.a. AL QA'IDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY

SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE" [SDT][FTO][SDGT] 09-24-01; new entry on 10-02-03/10-10-03

EGYPTIAN AL-JIHAD (a.k.a. AL JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT] 09-24-01

EGYPTIAN ISLAMIC JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01; new entry on 10-02-03/10-10-03

EGYPTIAN ISLAMIC JIHAD (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT] 09-24-01

EJERCITO DE LIBERACION NACIONAL (a.k.a. NATIONAL LIBERATION ARMY; a.k.a. ELN) [FTO] also listed as [SDGT] on 10-31-01

EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY) (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a. SHINING PATH ; a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

EKIN (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01; new entry on 10-02-03/10-10-03

ELA (a.k.a. EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

EL-AHOUAL BATTALION (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMET ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED DAAWAA ES- SALAFIYYA; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

ELEHSSAN (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR, a.k.a. IHSAN CHARITY; a.k.a. JAM'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05

ELEHSSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR, a.k.a. IHSAN CHARITY; a.k.a. JAM'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank,

Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05

ELEHSSAN SOCIETY WA BIRR (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BARR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIRR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND AL-IHSAN CHARITY; a.k.a. JAMAL-AL-AHSAN AL-KHAYRIYYA; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05

ELLALAN FORCE (a.k.a. LIBERATION TIGERS OF TAMIL EELAM; a.k.a. LTTE; a.k.a. TAMIL TIGERS) [FTO] also listed as [SDGT] on 10-31-01

ELN (a.k.a. NATIONAL LIBERATION ARMY; a.k.a. EJERCITO DE LIBERACION NACIONAL) [FTO] also listed as [SDGT] on 10-31-01

EPANASTATIKI ORGANOSI 17 NOEMVRI (a.k.a. REVOLUTIONARY ORGANIZATION 17 NOVEMBER; a.k.a. 17 NOVEMBER) [FTO] also listed as [SDGT] on 10-31-01

EPANASTATIKI PIRINES (a.k.a. ELA; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

EPANASTATIKOS LAIKOS AGONAS (a.k.a. ELA; a.k.a EPANASTATIKI PIRINES; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

EPL (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. SHINING PATH) [FTO] also listed as [SDGT] on 10-31-01

ES-SHAHID (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran [SDGT] 07-24-07

ETA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EUSKAL HERRITARROK; a.k.a EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01

ETIM (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIP) [SDGT] 09-03-02

ETIP (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIM) [SDGT] 09-03-02

EUSKAL HERRITARROK (a.k.a ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01; new entry on 05-07-03

EUZKADI TA ASKATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01

FAITHFUL TO THE OATH (a.k.a. AL-BAKOUN ALA AL-AHD ORGANIZATION), Algeria [SDGT] 10-24-03

FARC (a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA) [FTO] also listed as [SDGT] on 10-31-01

FATAH AL-ISLAM, Nahr al-Barid Palestinian refugee camp, Lebanon [SDGT] 08-13-07

FATAH REVOLUTIONARY COUNCIL (a.k.a. ANO; a.k.a. BLACK SEPTEMBER; a.k.a. ABU NIDAL ORGANIZATION; a.k.a. ARAB REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY BRIGADES; a.k.a REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

FIRST OF OCTOBER ANTIFASCIST RESISTANCE GROUP (GRAPO), Spain [SDGT] 12-31-01

FOLLOWERS OF THE PROPHET MUHAMMED (a.k.a. HIZBALLAH; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. PARTY OF GOD; a.k.a. ANAR ALLAH) [SDT] [FTO] also listed as [SDGT] on 10-31-01

FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L. (a.k.a. FONDATION SECOURS MONDIAL . A.S B L.; a.k.a. FONDATION SECOURS MONDIAL -KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF;" a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjia Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

FONDATION SECOURS MONDIAL - KOSOVA (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF;" a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjia Sefa, Gjakova, Kosovo; Yll Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

FONDATION SECOURS MONDIAL A.S.B.L. (a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF;" a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjia Sefa, Gjakova, Kosovo; Yll Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

FONDATION SECOURS MONDIAL VZW (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF;" a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjia Sefa, Gjakova, Kosovo; Yll Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

FOREFRONT OF THE IDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01

FORENINGEN AL-AQSA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA ISLAMIC ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-

- 53 -

AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SGDT] 05-29-03
FORENINGEN AL-AQSA (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION, a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT, a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a.  AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SGDT] 05-29-03
FORENINGEN AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION, a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT, a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a.  AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SGDT] 05-29-03
FORENINGEN AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION, a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT, a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a.  AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SGDT] 05-29-03
FORENINGEN AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION, a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT, a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a.  AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SGDT] 05-29-03
FORENINGEN AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION, a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT, a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a.  AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Nobelv 79 NB, 21433 Malmo, Sweden [SGDT] 05-29-03
FORENINGEN AL-AQSA (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a.  AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SGDT] 05-29-03
FORENINGEN AL-AQSA (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL  STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SGDT] 05-29-03
FORENINGEN AL-AQSA (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;

a.k.a. AL-AQSA  CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D  Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SGDT] 05-29-03
FOUNDATION FOR CONSTRUCTION (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60- C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SGDT] 12-20-01
FREE LIFE PARTY OF KURDISTAN (a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PEZHAK; a.k.a. PJAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran [SGDT] 2-4-09
FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN (a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO][SGDT] 12-03-02 with additional "a.k.a."s on 01-12-04
FRIENDS OF THE JEWISH IDEA YESHIVA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE  MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a.  THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also  listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03
FSM (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF;" a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a.  STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte,  Belgium; Rue des Batves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040  Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo,  Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret,  67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjia Sefa, Gjakova, Kosovo; Ylli  Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4,  Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler,  Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea;  Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon;  Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759  [SGDT] 10-18-02
FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA (a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA; a.k.a. FARC) [FTO] also listed as [SGDT] on 10-31-01
GALERIA PAGE (a.k.a. GALERIA PAGE I), 899 Calle Regimento Pirebebuy, Ciudad del Este, Paraguay [SGDT] 12-06-06
GALERIA PAGE I (a.k.a. GALERIA PAGE), 899 Calle Regimento Pirebebuy, Ciudad del Este, Paraguay [SGDT] 12-06-06
GAMA'A AL-ISLAMIYYA (a.k.a. GI; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. AL-GAMA'AT; a.k.a. ISLAMIC GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA) [SDT][FTO] also listed as [SGDT] on 10-31-01
GCT (a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. JCT; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP) [SGDT] 10-10-02
GESTORAS PRO-AMNISTIA (n.a. ASKATASUNA), Spain [SGDT] 05-03-02
GI (a.k.a. AL-GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA) [SDT][FTO] also listed as [SGDT] on 10-31-01
GIA (a.k.a. ARMED ISLAMIC GROUP; a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GROUPEMENT ISLAMIQUE ARME) [SGDT] 09-24-01, amended on 10-19-10
GICM (a.k.a. GROUPE ISLAMIQUE COMBATTANT MAROCAIN; a.k.a. MOROCCAN ISLAMIC COMBATANT GROUP) [SGDT] 11-22-02
GLOBAL RELIEF FOUNDATION, INC. (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF;" a.k.a. FSM; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte,  Belgium; Rue des Batves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040  Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret,  67100 Strasbourg, France; Rr. Skenderbeu 76,

Lagjja Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02
GLOBAL RELIEF FOUNDATION, INC., P.O. Box 1406, Bridgeview, IL 60455, U.S.A.; U.S. FEIN: 36-3804626 [SDGT] 10-18-02 <previously blocked pending investigation [BPI-PA] on 12-14-01>
GOLFRATE HOLDINGS (ANGOLA) LDA (a.k.a. GOLFRATE; a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE FOOD INDUSTRIES, a.k.a. GOLFRATE HPC INDUSTRIES; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@etonet.net; alt. Email Address info@golfrateangola.com; Website www.golfrateangola.com; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda.) [SDGT] 12-9-10, updated on 2-9-11
GOODWILL CHARITABLE ORGANIZATION, INC. (f.k.a. AL-SHAHID SOCIAL ASSOCIATION; f.k.a. EDUCATIONAL DEVELOPMENT ASSOCIATION), 13106 Warren Ave. Suite #4, Dearborn, MI 48126; PO Box 1794 , Dearborn, MI 48126 [SDGT] 07-24-07
GROUP OF SUPPORTERS OF THE SALAFIST TREND (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAAWA ESSALAFIA; a.k.a. DJAMAAT'T HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DAAWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03
GROUP OF SUPPORTERS OF THE SALAFIST TREND (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAAWA ESSALAFIA; a.k.a. DJAMAAT'T HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DAAWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03
GROUP PROTECTORS OF SALAFIST PREACHING (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAAWA ESSALAFIA; a.k.a. DJAMAAT'T HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DAAWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03
GROUPE COMBATTANT TUNISIEN (a.k.a. GCT; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. JCT; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP) [SDGT] 10-10-02
GROUPE ISLAMIQUE COMBATTANT MAROCAIN (a.k.a. GICM; a.k.a. MOROCCAN ISLAMIC COMBATANT GROUP) [SDGT] 11-22-02
GROUPEMENT ISLAMIQUE ARME (a.k.a. ARMED ISLAMIC GROUP; a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GIA) [SDGT] 09-24-01, amended on 10-19-10
GRUPO AROSFRAN EMPREENDIMENTOS E PARTICIPACOES SARL (a.k.a. AROSFRAN; a.k.a. GRUPO AROSFRAM; a.k.a. GRUPO AROSFRAN), Rua Comandante de Volodia, No 67, Premiero Andar, Luanda, Angola; 1st Floor, Avenida Comandante Valodia, No. 85, Luanda, Angola; Rua Ciube Maritimo Africano, No 22 r/c, Luanda, Angola; Avenida Comandante de Valodia, No. 0 67, 1 Andar, Luanda, Angola; Rua General Rocadas 5, Luanda, Angola; Email Address arosfram@netangola.com; alt Email Address arosfran@netangola.com; alt. Email Address info@grupoarosfran.net; Website www.grupoarosfran.net [SDGT] 12-9-10
GSPC (a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT) [SDGT] 09-24-01 also listed as [FTO] on 03-27-02
HALHUL GANG (f.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01
HALHUL SQUAD (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01
HALU MESRU SAVUNMA KUVVETI (HSK) (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO] also listed as [SDGT] on 10-31-01 with additional "a.k.a."s on 12-03-02 and 01-12-04
HAMAS (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL- ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENT OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM

BRIGADES; a.k.a. IZZ AL-DIN AL- QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01
HARAKAT AL-MUQAWAMA AL-ISLAMIYA (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HAMAS; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01
HARAKAT UL-ANSAR (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO][SDGT] 09-24-01
HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a.HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA) [FTO] [SDGT] 03-11-08
HARAKAT UL-MUJAHIDEEN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO][SDGT] 09-24-01
HARAKAT UL-MUJAHIDIN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-ANSAR; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO][SDGT] 09-24-01
HARAKAT-UL JIHAD ISLAMI (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR; a.k.a. "HUJI"), Afghanistan; India; Pakistan [SDGT] 8-6-10
HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA (a.k.a. AL IGATHA AL-ISLAMIYA;a.k.a EGASSA; a.k.a HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06
HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06
HAYAT AL-DAM (AL-MUQAWAMA AL-ISLAMIYA (a.k.a. ISLAMIC RESISTANCE SUPPORT ASSOCIATION; a.k.a. ISLAMIC RESISTANCE SUPPORT ORGANIZATION), BEIRUT, Lebanon [SDGT] 08-29-06
HAYAT AL-'IGATHA (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06 HAYAT AL-'IGATHA (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06
HAYAT AL-IGATHA (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

- 55 -

PHILIPPINES BRANCH OFFICE: a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF: a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE: a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION). Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

HERRI BATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01; new entry on 05-07-03

HEYATUL ULYA, Mogadishu, Somalia [SDGT] 11-07-01

HILAL TRAVEL AGENCY (a.k.a. HILAL TRAVEL C.A.; a.k.a. KANAAN TRAVEL). Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, Caracas, Venezuela; Avenida Baralt , Esquina Maderero, Edificio Santa Isabel, PB, Local 1, Caracas, Venezuela; Business Registration Document #80074366 (Venezuela) [SDGT] added on 06-18-08 and changed on 3-2-10

HIMMAT ESTABLISHMENT (a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY; a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED; a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY ESTABLISHMENT; n.k.a. WALDENBERG, AG), c/o Asat Trust Reg., Altenbach 8, Vaduz 9490, Liechtenstein; Via Posero, 2, 22060 Campione d'Italia, Italy [SDGT] 11-07-01

HIZBALLAH (a.k.a. PARTY OF GOD: a.k.a. ISLAMIC JIHAD: a.k.a. ISLAMIC JIHAD ORGANIZATION: a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION: a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH: a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE:  a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH: a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01

HIZBALLAH MARTYRS FOUNDATION (a.k.a. AL-MUA'ASSAT AL-SHAHID: a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION: a.k.a. AL-SHAHID FOUNDATION: a.k.a. AL-SHAHID ORGANIZATION: a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION: a.k.a. LEBANESE MARTYR ASSOCIATION: a.k.a. LEBANESE MARTYR FOUNDATION: a.k.a. MARTYRS FOUNDATION IN LEBANON: a.k.a. MARTYRS INSTITUTE), Biqa' Valley, Lebanon; P.O. Box 110 24, Bir al-Abed. Beirut, Lebanon [SDGT] 07-24-07

HOCHBURG, AG (f.k.a. BA TAQWA FOR COMMERCE AND REAL ESTATE COMPANY LIMITED). Vaduz, Liechtenstein; formerly c/o Asat Trust reg., Vaduz, Liechtenstein 12-22- 03: 08-29-02 [SDGT]

HOLY CONSTRUCTION FOUNDATION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE: a.k.a. CONSTRUCTION JIHAD: a.k.a. JIHAD AL BINAA: a.k.a. JIHAD AL-BINA: a.k.a. JIHAD CONSTRUCTION: a.k.a. JIHAD CONSTRUCTION FOUNDATION: a.k.a. JIHAD CONSTRUCTION INSTITUTION: a.k.a. JIHAD-AL-BINAA: a.k.a. JIHAD-BINAA ASSOCIATION: a.k.a. JIHADU-I- BINAA: a.k.a. STRUGGLE FOR RECONSTRUCTION). Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Beirut, Lebanon [SDGT] 02-20-07

HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT (f.k.a. OCCUPIED LAND FUND). 525 International Parkway, Suite 509, Richardson, Texas 75081, U.S.A.; P.O. Box 832390, Richardson, Texas 75083, U.S.A.; 9250 S. Harlem Avenue, Bridgeview, Illinois, U.S.A.; 345 E. Railway Avenue, Paterson, New Jersey 07503, U.S.A.; 12798 Rancho Penasquitos Blvd., Suite F, San Diego, California 92128 U.S.A.; Hebron, West Bank; Jenin, West Bank; Shurta Street, 'Amira al-Ramuna, 4th Floor, Ramallah, West Bank; Shaykh Radwan, Gaza Strip; and other locations within the United States; U.S. FEIN: 95-4227517 [SDT] [SDGT] 12-04-01: 05-31-02

HOUMAT ED DAAWA ES SALIFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA: a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA: a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA: a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA: a.k.a. EL-AHOUAL BATTALION: a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND: a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND: a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING: a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA: a.k.a. HOUMATE EL DA'AWAA ES- SALAFIYYA: a.k.a. KATIBAT EL AHOUAL: a.k.a. KATIBAT EL AHOUEL: a.k.a. PROTECTORS OF THE SALAFIST CALL: a.k.a. PROTECTORS OF THE SALAFIST PREDICATION: a.k.a. SALAFIST CALL PROTECTORS: a.k.a. THE HORROR SQUADRON). Algeria [SDGT] 10-24-03

HOUMAT ED-DAAOUA ES-SALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA: a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA: a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA: a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA: a.k.a. EL-AHOUAL BATTALION: a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND: a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE  TREND: a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING: a.k.a. HOUMAT ED DAAWA ES  SALIFIYA: a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA: a.k.a. HOUMATE EL DA'AWAA ES- SALAFIYYA: a.k.a. KATIBAT EL AHOUAL: a.k.a. KATIBAT EL AHOUEL: a.k.a. PROTECTORS OF THE SALAFIST CALL: a.k.a. PROTECTORS OF THE SALAFIST PREDICATION: a.k.a. SALAFIST CALL PROTECTORS: a.k.a. THE HORROR SQUADRON). Algeria [SDGT] 10-24-03

HOUMATE ED-DAAWA ES-SALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA: a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA: a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA: a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA. a.k.a. EL-AHOUAL BATTALION: a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND: a.k.a. GROUP OF SUPPORTERS OF THE  SALAFISTE TREND: a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING: a.k.a. HOUMAT ED DAAWA ES SALIFIYA: a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA: a.k.a.

HOUMATE ED-DAAWA  ES-SALAFIA (a.k.a. KATIBAT EL AHOUAL: a.k.a. KATIBAT EL AHOUEL: a.k.a.  PROTECTORS OF THE SALAFIST CALL: a.k.a. PROTECTORS OF THE SALAFIST PREDICATION: a.k.a. SALAFIST CALL PROTECTORS: a.k.a. THE HORROR SQUADRON). Algeria [SDGT] 10-24-03

HUA (a.k.a. AL-FARAN: a.k.a. AL-HADID: a.k.a. AL-HADITH: a.k.a. HARAKAT UL-MUJAHIDEEN: a.k.a. HARAKAT UL-ANSAR: a.k.a. HARAKAT UL-MUJAHIDIN: a.k.a. HUM: a.k.a. JAMIAT UL-ANSAR) [FTO][SDGT] 09-24-01

HUM (a.k.a. AL-FARAN: a.k.a. AL-HADID: a.k.a. AL-HADITH: a.k.a. HARAKAT UL-MUJAHIDEEN: a.k.a. HARAKAT UL-ANSAR: a.k.a. HARAKAT UL-MUJAHIDIN: a.k.a. HUA: a.k.a. JAMIAT UL-ANSAR) [FTO][SDGT] 09-24-01

HUMANITARE HILFSORGANISATION FUR PALASTINA (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS: a.k.a. ASSOCIATION FOR PALESTINIAN AID: a.k.a. ASSOCIATION SECOUR PALESTINIEN: a.k.a. LAJNA AL-IGHATHA AL-FILISTINI: a.k.a. PALESTINE RELIEF COMMITTEE: a.k.a. PALESTINIAN AID COUNCIL: a.k.a. PALESTINIAN AID ORGANIZATION: a.k.a. PALESTINIAN RELIEF SOCIETY: a.k.a. RELIEF ASSOCIATION FOR PALESTINE). c/o Faical Yaakoubi. 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH- 4019 Basel, Switzerland [SDGT] 08-21-03

IARA (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA: a.k.a. AL-WAKALA AL- ISLAMIYA L'IL-IGHATHA: a.k.a. ISLAMIC AFRICAN RELIEF AGENCY: a.k.a. ISLAMIC  AMERICAN RELIEF AGENCY: a.k.a. ISLAMIC RELIEF AGENCY: a.k.a. ISRA). 201 E.  Cherry Street, Suite D, Columbia, MO 65205; all offices worldwide [SDGT] 10-13- 04

IG (a.k.a. GI: a.k.a. ISLAMIC GROUP: a.k.a. GAMA'A AL-ISLAMIYYA: a.k.a. AL-GAMA'AT: a.k.a. ISLAMIC GAMA'AT: a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA) [SDT][FTO] also listed as [SDGT] on 10-31-01

IGASA (a.k.a. AL IGATHA AL-ISLAMIYA: a.k.a. EGASSA: a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA: a.k.a. HAYAT AL-IGATHA: a.k.a. HAYAT AL-IGATHA: a.k.a. IGASE: a.k.a. IGASSA: a.k.a. IGATHA: a.k.a. IGHATHA: a.k.a. IIRO: a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION: a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY: a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE: a.k.a. INTERNATIONAL RELIEF ORGANIZATION: a.k.a. ISLAMIC RELIEF ORGANIZATION: a.k.a. ISLAMIC SALVATION COMMITTEE: a.k.a. ISLAMIC WORLD RELIEF: a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE: a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION). Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia: P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06

IGASA (a.k.a. AL IGATHA AL-ISLAMIYA: a.k.a. EGASSA: a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA: a.k.a. HAYAT AL-IGATHA: a.k.a. HAYAT AL-IGATHA: a.k.a. IGASE: a.k.a. IGASSA: a.k.a. IGATHA: a.k.a. IGHATHA: a.k.a. IIRO: a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION: a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY: a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE: a.k.a. INTERNATIONAL RELIEF ORGANIZATION: a.k.a. ISLAMIC RELIEF ORGANIZATION: a.k.a. ISLAMIC SALVATION COMMITTEE: a.k.a. ISLAMIC WORLD RELIEF: a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE: a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE: a.k.a. INTERNATIONAL RELIEF ORGANIZATION: a.k.a. ISLAMIC RELIEF ORGANIZATION: a.k.a. ISLAMIC SALVATION COMMITTEE: a.k.a. ISLAMIC WORLD RELIEF: a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE: a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION). Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

IGASE (a.k.a. AL IGATHA AL-ISLAMIYA: a.k.a. EGASSA: a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA: a.k.a. HAYAT AL-IGATHA: a.k.a. HAYAT AL-IGATHA: a.k.a. IGASA: a.k.a. IGASSA: a.k.a. IGATHA: a.k.a. IGHATHA: a.k.a. IIRO: a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION: a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY: a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE: a.k.a. INTERNATIONAL RELIEF ORGANIZATION: a.k.a. ISLAMIC RELIEF ORGANIZATION: a.k.a. ISLAMIC SALVATION COMMITTEE: a.k.a. ISLAMIC WORLD RELIEF: a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE: a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION). Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia. P.O. Box 3654, Jakarta. Java 54021, Indonesia [SDGT] 08-03-06

IGASSA (a.k.a. AL IGATHA AL-ISLAMIYA: a.k.a. EGASSA: a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA: a.k.a. HAYAT AL-IGATHA: a.k.a. HAYAT AL-IGATHA: a.k.a. IGASA: a.k.a. IGASE: a.k.a. IGATHA: a.k.a. IGHATHA: a.k.a. IIRO: a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION: a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY: a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE: a.k.a. INTERNATIONAL RELIEF ORGANIZATION: a.k.a. ISLAMIC RELIEF ORGANIZATION: a.k.a. ISLAMIC SALVATION COMMITTEE: a.k.a. ISLAMIC WORLD RELIEF: a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE: a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE: a.k.a. INTERNATIONAL RELIEF ORGANIZATION: a.k.a. ISLAMIC RELIEF ORGANIZATION: a.k.a. ISLAMIC SALVATION COMMITTEE: a.k.a. ISLAMIC WORLD RELIEF: a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE: a.k.a. WORLD ISLAMIC

RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

IGATHA (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06

IGATHA (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

IGATHA (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06

IGATHA (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

IHSAN CHARITY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL- IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA  AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN  SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA,  GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05

IIRO (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL- AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IGHATHA; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06

IIRO (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL- AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IGHATHA; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH) (a.k.a. COMITE ISLAMDAE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMENY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a.

ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25- 211 Beirut AlRabi' Building, 2nd Floor., Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon [SDGT] 8-3-10

IMU (a.k.a. ISLAMIC MOVEMENT OF UZBEKISTAN) [FTO] [SDGT] 09-24-01

INDIAN MUJAHIDEEN (a.k.a. INDIAN MUJAHEDEEN; a.k.a. INDIAN MUJAHIDIN; a.k.a. ISLAMIC SECURITY FORCE-INDIAN MUJAHIDEEN (ISF-IM)), India [FTO] [SDGT] 9-15-11

IN SIRATEL (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE  SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY  - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJATUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a.  DZEMILIJATI FURKAN; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a,  71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia- Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05- 06-04

INTERNATIONAL BATTALION (a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE  ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE  ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-26-03

INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES (a.k.a. AL QA'IDA; a.k.a  AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a.  EGYPTIAN ISLAMIC JIHAD; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES;  a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD;  a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY PLACES; a.k.a. THE ISLAMIC  ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE  WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01

INTERNATIONAL ISLAMIC AID ORGANIZATION (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06

INTERNATIONAL ISLAMIC AID ORGANIZATION (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

INTERNATIONAL ISLAMIC RELIEF AGENCY (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06

INTERNATIONAL ISLAMIC RELIEF AGENCY (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGHATHA; a.k.a. IGHATHA;

a.k.a. IIRO, a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a  INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

INTERNATIONAL RELIEF ORGANIZATION (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java  13410, Indonesia; P.O. Box 3654, Jakarta, Java  5402 1, Indonesia [SDGT] 08-03-06

INTERNATIONAL RELIEF ORGANIZATION (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

INTERNATIONAL SIKH YOUTH FEDERATION (ISYF) [SDGT] 06-27-02
INTERPAL (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTNI LIL-IGHATHA WA AL-TANMIYA; a.k.a. PALESTINE DEVELOPMENT AND RELIEF  FUND; a.k.a  PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF  FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF and  DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PALESTINE AND LEBANON  RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE;  a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE  AND  DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England;  Registered Charity No: 1040094 [SDGT] 08-21-03

IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON (a.k.a  IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a  IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a  IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon [SDGT] 8-3-10

IRANIAN MARTYRS FUND (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815- 1394, Tehran 15900, Iran [SDGT] 07-24-07

IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION (a.k.a. 32 COUNTY SOVEREIGNTY  COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] also  listed as [SDGT] on 10-31-01

ISLAMIC AFRICAN RELIEF AGENCY (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL- IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC  AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. ISRA), 201 E.  Cherry Street, Suite D, Columbia, MO  65205; all offices worldwide [SDGT] 10-13- 04

ISLAMIC AL SALAH SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC ORGANIZATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAM'IAT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al- Balah Camp, Gaza, Palestinian; Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT] 08-07-07

ISLAMIC AMERICAN RELIEF AGENCY (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL- IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC  AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. ISRA), 201 E. Cherry  Street, Suite D, Columbia, MO  65205; all offices worldwide [SDGT] 10-13-04

ISLAMIC ARMY (a.k.a. AL QA1DA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW  JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY SITES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD  ISLAMIC FRONT

FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01

ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES (a.k.a. AL QA1DA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW  JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY PLACES; a.k.a. THE  HOLY PLACES; a.k.a. THE  ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a.  USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01

ISLAMIC ARMY OF ADEN [SDGT] 09-24-01

ISLAMIC CALL COMMITTEE (a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA  ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK;  a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a.  LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT ALDAWA AL  ISLAMIAH; a.k.a. LAJNAT ALDAWA  ALISLAMIA), Kuwait [SDGT] 01-09-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA  CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a.  AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a.  AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a  CHARITABLE AL-AQSA  ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a.  NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL- KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA  CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA  EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a  AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a  AQSSA  SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a.  MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.),  Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL- AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE  FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a.  AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a.  AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA  ESTABLISHMENT; a.k.a.  CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a.  NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL- KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA  CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA  EST.) [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL- AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE  FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA  E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a.  AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA  ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a.  NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL- KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA  CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA  EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL- AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE  FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a.  AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL- AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE  FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a.  AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA  SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA  ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA;

SWEDISH CHARITABLE AQSA  EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033,  Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint  Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03
ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL- AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE  FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a.  AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA  ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA  SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA  ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL- KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA  EST.), P.O. Box 14101, Sana, Yemen [SDGT] 05-29-03
ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL- AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE  FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL- AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA  ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA  SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a.  CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE  AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O.  Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA  FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC  CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I  STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE  AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL- AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL  AL-AQSA CHARITABLE FOUNDATION, a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D  Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A,  3022 TH, Rotterdam, Holland [SDGT] 05-29-03
ISLAMIC GAMA'AT (a.k.a. GI; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. AL-GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA) [SDT][FTO]  also listed as [SDGT] on 10-31-01
ISLAMIC GROUP (a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GI; a.k.a. IG; a.k.a. AL-GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA)  [SDT][FTO] also listed as [SDGT] on 10-31-01
ISLAMIC JIHAD (a.k.a. PARTY OF GOD; a.k.a. HIZBALLAH; a.k.a. ISLAMIC JIHAD  ORGANIZATION; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. ORGANIZATION OF  THE OPPRESSED ON EARTH; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS  OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01
ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE (a.k.a. PARTY OF GOD; a.k.a. ISLAMIC  JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. REVOLUTIONARY JUSTICE  ORGANIZATION; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS  OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01
ISLAMIC JIHAD GROUP (IJG) (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT  MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; a.k.a. JAMA'AT  AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT  MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY) [FTO] [SDGT] -to- ISLAMIC JIHAD GROUP (IJG) ([a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a.  DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a ITTIHAD  AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY)), [SDGT] 5-25-05, also  listed in FR as [FTO] on 6-17-05, updated 05-27-08
ISLAMIC JIHAD GROUP OF UZBEKISTAN (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT  MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP (IJG); a.k.a. JAMA'AT AL-JIHAD; a.k.a.  JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a.  THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY) [SDGT] 5-25-05, also listed in FR  as [FTO] on 6-17-05
ISLAMIC JIHAD IN PALESTINE (a.k.a. PALESTINE ISLAMIC JIHAD -SHAQAQI  FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH  BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD  OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH  FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also  listed as [SDGT] on 10-31-01
ISLAMIC JIHAD OF PALESTINE (a.k.a. PALESTINE ISLAMIC JIHAD -SHAQAQI  FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH  BRIGADES; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. PALESTINIAN ISLAMIC  JIHAD; a.k.a. PIJ; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC  JIHAD OF PALESTINE; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01
ISLAMIC JIHAD ORGANIZATION (a.k.a. PARTY OF GOD; a.k.a. HIZBALLAH; a.k.a. ISLAMIC JIHAD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. ORGANIZATION OF  THE OPPRESSED ON EARTH; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET  MUHAMMED) [SDT][FTO] also listed as [SDGT] on 10-31-01

ISLAMIC MOVEMENT FOR REFORM (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. MIRA; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN  ARABIA; a.k.a. MOVEMENT FOR REFORM IN ARABIA), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 8DA, United  Kingdom; Saffee Suite, EBC House,  Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number 03834450  (United Kingdom) [SDGT] 07-14-05
ISLAMIC MOVEMENT OF TALIBAN (a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN;  a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAM TAHRIKH), Afghanistan [TALIBAN] also listed as [SDGT] on 03-02
ISLAMIC MOVEMENT OF UZBEKISTAN (a.k.a. IMU) [FTO] [SDGT] 9-24-01
ISLAMIC NATIONAL BANK OF GAZA (a.k.a. ISLAMIC NATIONAL BANK; a.k.a. ISLAMIC NATIONAL BANK COMPANY; a.k.a. NATIONAL AND ISLAMIC BANK; a.k.a. NATIONAL ISLAMIC BANK; a.k.a. PALESTINE ISLAMIC NATIONAL BANK), Khan  Yunis, Gaza, Palestinian; Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza  City, Gaza, Palestinian; Email Address info@inb.ps; Registration ID 583201561 (Palestinian); Website www.inb.ps; Telephone: 97082881183 Fax: 97082881184 [SDGT] 3-18-10
ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL  BATTALION; a.k.a. a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a k a THE ISLAMIC PEACEKEEPING ARMY; a.k.a.  THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-28-03
ISLAMIC REGIMENT OF SPECIAL MEANING (a.k.a. THE AL-JIHAD-FISI-SABILILAH  SPECIAL  ISLAMIC REGIMENT; a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT; a.k.a. THE  SPECIAL PURPOSE ISLAMIC REGIMENT; a.k.a. AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN  RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISRA), 201 E.  Cherry Street, Suite D, Columbia, MO 65205; all offices worldwide [SDGT] 10-13- 04
ISLAMIC RELIEF ORGANIZATION (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL  ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION  COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF  ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java  13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06
ISLAMIC RELIEF ORGANIZATION (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL  ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION  COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF  ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06
ISLAMIC RESISTANCE MOVEMENT (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL- ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a.  YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL- QASSIM FORCES; a.k.a. IZZ AL-DIN AL QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL  QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM  BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01
ISLAMIC RESISTANCE SUPPORT ASSOCIATION (a.k.a. HAYAT AL-DAM LIL-MUQAWAMA AL- ISLAMIYA; a.k.a. ISLAMIC RESISTANCE SUPPORT ORGANIZATION), BEIRUT, Lebanon [SDGT] 08-29-06
ISLAMIC RESISTANCE SUPPORT ORGANIZATION (a.k.a. HAYAT AL-DAM LIL-MUQAWAMA AL- ISLAMIYA; a.k.a. ISLAMIC RESISTANCE SUPPORT ASSOCIATION), BEIRUT, Lebanon [SDGT] 08-29-06
ISLAMIC REVOLUTION MARTYRS FOUNDATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), Bayt Valley, Lebanon; P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon [SDGT] 07-24-07
ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE (a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. SEPAH-E QODS (JERUSALEM FORCE)) [SDGT] [IRGC] [SYRIA] 10-25-07, updated on 4-29-11
ISLAMIC RIGHTEOUSNESS SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMIA AL-SALAH; a.k.a. JAMIAT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH, a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O  Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT] 08-07-07
ISLAMIC SALAH FOUNDATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMIA'A AL-SALAH;

a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al- Balah Camp, Gaza, Palestinian; Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Burej, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT] 08-07-07

ISLAMIC SALAH SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION, a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH CHARITABLE ASSOCIATION; a.k.a. JAMMEAT EL- SALAH; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Burej, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT] 08-07-07

ISLAMIC SALVATION COMMITTEE (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06

ISLAMIC SALVATION COMMITTEE (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASSE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

ISLAMIC SALVATION FOUNDATION (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01

ISLAMIC SALVATION SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION, a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL-SALAH SALAH SOCIETY; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION, a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH CHARITABLE ASSOCIATION; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al- Balah Camp, Gaza, Palestinian; Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Burej, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT] 08-07-07

ISLAMIC WORLD RELIEF (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL- 'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06

ISLAMIC WORLD RELIEF (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL- 'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

ISRA (a.k.a. AL-WAKALA AL-ISLAMIA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL- ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY), 201 E. Cherry Street, Suite D, Columbia, MO 65205, all offices worldwide [SDGT] 10-13-04

ISTIKAMET (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE

AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMI'IJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia- Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05- 06-04

IZZ AL-DIN AL QASSAM BATTALIONS (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. HAMAS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

IZZ AL-DIN AL QASSAM BRIGADES (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. HAMAS; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

IZZ AL-DIN AL QASSAM FORCES (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. HAMAS; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

IZZ AL-DIN AL-QASSIM BATTALIONS (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. HAMAS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

IZZ AL-DIN AL-QASSIM BRIGADES (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. HAMAS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

IZZ AL-DIN AL-QASSIM FORCES (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. HAMAS; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

JAISH ANSAR AL-SUNNA (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM;" a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN;" a.k.a. "HELPERS OF ISLAM;" a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM," a.k.a. "KURDISH TALIBAN;" a.k.a. "PARTISANS OF ISLAM", a.k.a. "SOLDIERS OF GOD;" a.k.a. "SOLDIERS OF ISLAM;" a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq originally listed as [SDGT] on 02-20-03; new entry and also listed as [FTO] on 03-22-04

JAISH-E-MOHAMMED (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT] 12-23-03; 10- 21-01

JAISH-I-MOHAMMED (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT] 10-21-01; 12- 23-03

JAMA'A COMBATTANTE TUNISIEN (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JCT; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP) [SDGT] 10-10-02

JAMA'AT AL-JIHAD (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP (IJG); a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY) [SDGT] 5-25-05, also listed in FR as [FTO] on 6-17-05

JAM'AT AL TAWHID WA'AL-JIHAD (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL- QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN THE LAND OF TWO RIVERS; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 10- 15-04; 11-30-04

JAMI'A AL-AHSAN AL-KHAYRIYYAH (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. THE BENEVOLENT

CHARITABLE ORGANIZATION), BETHLEHEM, West Bank, Palestinian; AL-MUZANNAR ST, AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05)

JAMI'A AL-SALAH (a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Burej, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT] 08-07-07

JAMIA IHYA UL TURATH (a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY (RIHS); a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT) Pakistan office; Afghanistan office; (office in Kuwait is NOT designated) [SDGT] 01-09-02

JAMI'A SANABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMIA SANABIL LIL IGATHA WA AL- TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

JA'MIA SANBLE LLAGHATHA WA ALTINMIA (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

JAMIAT AL-JIHAD AL-ISLAMI (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP (IJG); a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY) [SDGT] 5-25-05, also listed in FR as [FTO] on 6-17-05

JAMI'AT AL-SALAH AL-ISLAMI (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al- Balah Camp, Gaza, Palestinian; Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Burej, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT] 08-07-07

JAMIAT AYAT-UR-RHAS AL ISLAMIA (a.k.a. AFGHAN SUPPORT COMMITTEE (ASC); a.k.a. AHYA UL TURAS; a.k.a. JAMIAT AYAT UL TURATH AL ISLAMIA; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA) Grand Trunk Road, near Pushtoon Garhi Pabbi, Peshawar, Pakistan; Cheprahar Hadda, Mia Omar Sabaqah School, Jalalabad, Afghanistan [SDGT] 01-09-02

JAMIAT IHIA AL-TURATH AL-ISLAMIYA (a.k.a. JAMIA IHYA UL TURATH; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY (RIHS); a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT) Pakistan office; Afghanistan office; (office in Kuwait is NOT designated) [SDGT] 01-09-02

JAMIAT IHYA UL TURATH AL ISLAMIA (a.k.a. AFGHAN SUPPORT COMMITTEE (ASC); a.k.a. AHYA UL TURAS; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA) Grand Trunk Road, near Pushtoon Garhi Pabbi, Peshawar, Pakistan; Cheprahar Hadda, Mia Omar Sabaqah School, Jalalabad, Afghanistan [SDGT] 01-09-02

JAMIAT UL-ANSAR (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM) [FTO][SDGT] 09-24-01; new entry on 10-02-03/10-10-03

JAMIYAT (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP (IJG); a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY) [SDGT] 5-25-05, also listed in FR as [FTO] on 6-17-05

JAMIYAT AL TA'AWUN AL ISLAMIYYA (a.k.a. JAM'YAH TA'AWUN AL-ISLAMIA; a.k.a. JIT; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghanistan [SDGT] 10-12-01

JAMMEAT EL-SALAH (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL- ISLAMI; a.k.a.

SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheenly Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Burej, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT] 08-07-07

JAM'YAH TA'AWUN AL-ISLAMIA (a.k.a. JAMIYAT AL TA'AWUN AL ISLAMIYYA; a.k.a. JIT; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghanistan [SDGT] 10-12- 01

JARRAI-HAIKA-SEGI (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a K.A.S ; a.k.a. XAKI) [FTO] first listed as SDGT on 10-31-01; new entry on 10-02-03/10-10-03

JCT (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP) [SDGT] 10-10-02

JEMAA ISLAMIYA (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMA'A ISLAMIYAH (a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMA'A ISLAMIYYA (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMA'A ISLAMIYYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMA'AH ISLAMIYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMA'AH ISLAMIYYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAA ISLAMIYAH (JI) (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAA ISLAMIYYA (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAA ISLAMIYYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAAH ISLAMIAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAAH ISLAMIYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAAH ISLAMIYYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02;

JEWISH LEGION (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

JIHAD AL- BINA (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE, a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION

FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD CONSTRUCTION, a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL- BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA, a.k.a. STRUGGLE FOR RECONSTRUCTION), Bekaa Valley, Lebanon; Southern Lebanon, Lebanon. Beirut, Lebanon [SDGT] 02-20-07

JIHAD AL BINAA (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL- BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA, a.k.a. STRUGGLE FOR RECONSTRUCTION), Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Beirut, Lebanon [SDGT] 02-20-07

JIHAD CONSTRUCTION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL- BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA, a.k.a. STRUGGLE FOR RECONSTRUCTION), Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Beirut, Lebanon [SDGT] 02-20-07

JIHAD CONSTRUCTION FOUNDATION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL- BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA, a.k.a. STRUGGLE FOR RECONSTRUCTION), Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Beirut, Lebanon [SDGT] 02-20-07

JIHAD CONSTRUCTION INSTITUTION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD-AL- BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA, a.k.a. STRUGGLE FOR RECONSTRUCTION), Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Beirut, Lebanon [SDGT] 02-20-07

JIHAD GROUP (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT] 09-24-01

JIHAD-AL-BINAA ASSOCIATION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHADU-I-BINAA, a.k.a. STRUGGLE FOR RECONSTRUCTION), Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Beirut, Lebanon [SDGT] 02-20-07

JIHADU-I-BINAA (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL- BINAA ASSOCIATION; a.k.a. STRUGGLE FOR RECONSTRUCTION), Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Beirut, Lebanon [SDGT] 02-20-07

JIT (a.k.a. JAMIYATAL TA'AWUN AL ISLAMIYYA; a.k.a. JAM'YAH TA'AWUN AL-ISLAMIA; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghanistan [SDGT] 10-12- 01

JUDEA POLICE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01
JUDEAN CONGRESS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE IDEA; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

JUND AL-ISLAM (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL- SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM;" a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN;" a.k.a. "HELPERS OF ISLAM;" a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM;" a.k.a. "KURDISH TALIBAN;" a.k.a. "PARTISANS OF ISLAM;" a.k.a. "SOLDIERS OF GOD;" a.k.a. "SOLDIERS OF ISLAM;" a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [SDGT] 02-20-03; also listed as [FTO] on 03-22-04

JUNDALLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a.

JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT] 11-3-10

JUNE 78 (a.k.a. ELA; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. EPANASTATIKI PIRINES; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01
K.A.S. (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. XAKI) [FTO] [SDGT] first listed as SDGT on 10-31-01; new entry on 10-02-03/10-10-03
KACH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01
KADEK (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO] [SDGT] 12-03-02 with additional "a.k.a."s on 01-1-12-04

KAHANE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE IDEA; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03
KAHANE CHAI (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01
KAHANE LIVES (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01
KAHANE TZADAK (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a.

STATE OF JUDEA: a.k.a. SWORD OF DAVID: a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD): a.k.a. THE HATIKVA JEWISH IDENTITY CENTER: a.k.a. THE INTERNATIONAL KAHANE MOVEMENT: a.k.a THE JUDEAN LEGION: a.k.a. THE JUDEAN VOICE: a.k.a. THE QOMEMIYUT MOVEMENT: a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND: a.k.a. THE VOICE OF JUDEA: a.k.a. THE WAY OF THE TORAH: a.k.a. THE YESHIVA OF THE JEWISH IDEA: a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01: new entry on 10-02-03/10-10-03

KAHANE.ORG (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT: a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR: a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS: a.k.a. DIKUY BOGDIM: a.k.a. DOV: a.k.a. FOREFRONT OF THE IDEA: a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA: a.k.a. JEWISH LEGION: a.k.a. JUDEA POLICE: a.k.a. JUDEAN CONGRESS: a.k.a. KACH: a.k.a. KAHANE CHAI: a.k.a. KAHANE LIVES: a.k.a. KAHANE TZADAK: a.k.a. KAHANE: a.k.a. KAHANETZADAK.COM: a.k.a. KFAR TAPUAH FUND: a.k.a. KOACH: a.k.a. MEIR'S YOUTH: a.k.a. NEW KACH MOVEMENT: a.k.a. NEWKACH.ORG: a.k.a. NO'AR MEIR: a.k.a. REPRESSION OF TRAITORS: a.k.a. STATE OF JUDEA: a.k.a. SWORD OF DAVID: a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD): a.k.a. THE HATIKVA JEWISH IDENTITY CENTER: a.k.a. THE INTERNATIONAL KAHANE MOVEMENT: a.k.a. THE JUDEAN LEGION: a.k.a. THE JUDEAN VOICE: a.k.a. THE QOMEMIYUT MOVEMENT: a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND: a.k.a. THE VOICE OF JUDEA: a.k.a. THE WAY OF THE TORAH: a.k.a. THE YESHIVA OF THE JEWISH IDEA: a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01: new entry on 10-02-03/10-10-03

KAHANETZADAK.COM (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT: a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR: a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS: a.k.a. DIKUY BOGDIM: a.k.a. DOV: a.k.a. FOREFRONT OF THE IDEA: a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA: a.k.a. JEWISH LEGION: a.k.a. JUDEA POLICE: a.k.a. JUDEAN CONGRESS: a.k.a. KACH: a.k.a. KAHANE CHAI: a.k.a. KAHANE LIVES: a.k.a. KAHANE TZADAK: a.k.a. KAHANE.ORG: a.k.a. KAHANE: a.k.a. KFAR TAPUAH FUND: a.k.a. KOACH: a.k.a. MEIR'S YOUTH: a.k.a. NEW KACH MOVEMENT: a.k.a. NEWKACH.ORG. a.k.a. NO'AR MEIR: a.k.a. REPRESSION OF TRAITORS: a.k.a. STATE OF JUDEA: a.k.a. SWORD OF DAVID: a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD): a.k.a. THE HATIKVA JEWISH IDENTITY CENTER: a.k.a. THE INTERNATIONAL KAHANE MOVEMENT: a.k.a. THE JUDEAN LEGION: a.k.a. THE JUDEAN VOICE: a.k.a. THE QOMEMIYUT MOVEMENT: a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND: a.k.a. THE VOICE OF JUDEA: a.k.a. THE WAY OF THE TORAH: a.k.a. THE YESHIVA OF THE JEWISH IDEA: a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01: new entry on 10-02-03/10-10-03

KAIRABA SUPERMARKET (a.k.a. KAIRABA SHOPPING CENTER). Kairaba Ave. P.O. Box 2176. Banjul. The Gambia: 62 Buckle Street. Banjul. The Gambia: Pipeline Road. Banjul. The Gambia [SDGT] 12-9-10

KARADH AL-HASSAN (a.k.a. AL-QARD AL-HASSAN ASSOCIATION: a.k.a. AL-QUARD AL-HASSAN ASSOCIATION: a.k.a. AL-QUARDH AL-HASSAN ASSOCIATION). Beirut. Lebanon [SDGT] 07-24-07

KATA'IB HIZBALLAH (a.k.a. HIZBALLAH BRIGADES: a.k.a. HIZBALLAH BRIGADES IN IRAQ: a.k.a. HIZBALLAH BRIGADES-IRAQ: a.k.a. KATA'IB HEZBOLLAH: a.k.a. KHATA'IB HEZBOLLAH: a.k.a. KHATA'IB HIZBALLAH: a.k.a. KHATTAB HEZBALLAH: a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ": a.k.a. "ISLAMIC RESISTANCE IN IRAQ": a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ": a.k.a. "KATIBAT ABU FATHEL AL AABAS": a.k.a. "KATIBAT ZAYD EBIN ALI": a.k.a. "KATIBUT KARBALAH"). Iraq: Najaf. Iraq. www.aleseb.com [FTO] [SDGT] [IRAQ3] 7-2-09

KATIBAT EL AHOUAL (a.k.a. DHAMAT HOUMET DAAWA SALAFIA: a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA: a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA: a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA: a.k.a. EL-AHOUAL BATTALION: a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND: a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND: a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING: a.k.a. HOUMAT ED DAAWA ES SALAFIYA: a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA: a.k.a. HOUMATE ED-DAAWA ES-SALAFIA: a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA: a.k.a. KATIBAT EL AHOUEL: a.k.a. PROTECTORS OF THE SALAFIST CALL: a.k.a. PROTECTORS OF THE SALAFIST PREDICATION: a.k.a. SALAFIST CALL PROTECTORS: a.k.a. THE HORROR SQUADRON). Algeria [SDGT] 10-24-03

KATIBAT EL AHOUEL (a.k.a. DHAMAT HOUMET DAAWA SALAFIA: a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA: a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA: a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA: a.k.a. EL-AHOUAL BATTALION: a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND: a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND: a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING: a.k.a. HOUMAT ED DAAWA ES SALAFIYA: a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA: a.k.a. HOUMATE ED-DAAWA ES-SALAFIA: a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA: a.k.a. KATIBAT EL AHOUAL: a.k.a. PROTECTORS OF THE SALAFIST CALL: a.k.a. PROTECTORS OF THE SALAFIST PREDICATION: a.k.a. SALAFIST CALL PROTECTORS: a.k.a. THE HORROR SQUADRON). Algeria [SDGT] 10-24-03

KFAR TAPUAH FUND (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT: a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR: a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS: a.k.a. DIKUY BOGDIM: a.k.a. DOV: a.k.a. FOREFRONT OF THE IDEA: a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA: a.k.a. JEWISH LEGION: a.k.a. JUDEA POLICE: a.k.a. JUDEAN CONGRESS: a.k.a. KACH: a.k.a. KAHANE CHAI: a.k.a. KAHANE LIVES: a.k.a. KAHANE TZADAK: a.k.a. KAHANE.ORG: a.k.a. KAHANE: a.k.a. KAHANETZADAK.COM: a.k.a. KOACH: a.k.a. MEIR'S YOUTH: a.k.a. NEW KACH MOVEMENT: a.k.a. NEWKACH.ORG: a.k.a. NO'AR MEIR: a.k.a. REPRESSION OF TRAITORS: a.k.a. STATE OF JUDEA: a.k.a. SWORD OF DAVID: a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD): a.k.a THE HATIKVA JEWISH IDENTITY CENTER: a.k.a. THE INTERNATIONAL KAHANE MOVEMENT: a.k.a. THE JUDEAN LEGION: a.k.a. THE JUDEAN VOICE: a.k.a. THE QOMEMIYUT MOVEMENT: a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND: a.k.a. THE VOICE OF JUDEA: a.k.a. THE WAY OF THE TORAH: a.k.a. THE YESHIVA OF THE JEWISH IDEA: a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01

KHUDAMUL ISLAM (a.k.a. ARMY OF MOHAMMED: a.k.a. JAISH-I-MOHAMMED: a.k.a. JAISH- E-MOHAMMED: a.k.a. KHUDDAM-UL-ISLAM: a.k.a. KUDDAM E ISLAMI: a.k.a. MOHAMMED'S ARMY: a.k.a. TEHRIK UL-FURQAAN). Pakistan [FTO] [SDGT] 12-23-03: 10-21-01

KHUDDAM-UL-ISLAM (a.k.a. ARMY OF MOHAMMED: a.k.a. JAISH-I-MOHAMMED: a.k.a. JAISH-E-MOHAMMED: a.k.a. KHUDAMUL ISLAM: a.k.a. KUDDAM E ISLAMI: a.k.a. MOHAMMED'S ARMY: a.k.a. TEHRIK UL-FURQAAN). Pakistan [FTO] [SDGT] 12-23-03: 10- 21-01

KINDHEARTS FOR CHARITABLE HUMANITARIAN DEVELOPMENT. INC.. P.O. Box 1248. Gaza.Palestinian: P.O. Box 23310. Toledo. OH 43623: 3450 West Central Avenue. #366. Toledo . OH 43606: Ramallah. West Bank. Palestinian: Jenin. West Bank. Palestinian: Hiba Center. 1st Floor. Mar Elyas Street. Beirut. Lebanon: Pakistan [BPI-PA] 02-18-06

KOACH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT: a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR: a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS: a.k.a. DIKUY BOGDIM: a.k.a. DOV: a.k.a. FOREFRONT OF THE IDEA: a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA: a.k.a. JEWISH LEGION: a.k.a. JUDEA POLICE: a.k.a. JUDEAN CONGRESS: a.k.a. KACH: a.k.a. KAHANE CHAI: a.k.a. KAHANE LIVES: a.k.a. KAHANE TZADAK: a.k.a. KAHANE.ORG: a.k.a. KAHANE: a.k.a. KAHANETZADAK.COM: a.k.a. KFAR TAPUAH FUND: a.k.a. MEIR'S YOUTH: a.k.a. NEW KACH MOVEMENT: a.k.a. NEWKACH.ORG: a.k.a. NO'AR MEIR: a.k.a. REPRESSION OF TRAITORS: a.k.a. STATE OF JUDEA: a.k.a. SWORD OF DAVID: a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD): a.k.a. THE HATIKVA JEWISH IDENTITY CENTER: a.k.a. THE INTERNATIONAL KAHANE MOVEMENT: a.k.a. THE JUDEAN LEGION: a.k.a. THE JUDEAN VOICE: a.k.a. THE QOMEMIYUT MOVEMENT: a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND: a.k.a. THE VOICE OF JUDEA: a.k.a. THE WAY OF THE TORAH: a.k.a. THE YESHIVA OF THE JEWISH IDEA: a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO]  listed as [SDGT] on 10-31-01

KONGRA-GEL (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN: a.k.a HALU MESRU SAVUNMA KUVVETI (HSK): a.k.a. KADEK: a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS: a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK): a.k.a. KURDISTAN WORKERS' PARTY: a.k.a. PARTIYA KARKERAN KURDISTAN: a.k.a. PEOPLE'S CONGRESS OF KURDISTAN: a.k.a. PKK: a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO][SDGT] 01-12-04

KUDDAM E ISLAMI (a.k.a. ARMY OF MOHAMMED: a.k.a. JAISH-I-MOHAMMED: a.k.a. JAISH- E-MOHAMMED: a.k.a. KHUDAMUL ISLAM: a.k.a. KHUDDAM-UL-ISLAM: a.k.a. MOHAMMED'S ARMY: a.k.a. TEHRIK UL-FURQAAN). Pakistan [FTO] [SDGT] 12-23-03: 10-21-01

KURDISTAN FREEDOM AND DEMOCRACY CONGRESS (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN: a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK): a.k.a. KADEK: a.k.a. KONGRA-GEL: a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK): a.k.a. KURDISTAN WORKERS' PARTY: a.k.a. PARTIYA KARKERAN KURDISTAN: a.k.a. PEOPLE'S CONGRESS OF KURDISTAN: a.k.a. PKK: a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO][SDGT] 12-03-02 and additional "a.k.a."s on 01-12-04

KURDISTAN FREEDOM HAWKS (a.k.a. TEYREBAZEN AZADIYA KURDISTAN: a.k.a. THE FREEDOM HAWKS OF KURDISTAN: a.k.a. "TAK") [SDGT] 01-10-08

KURDISTAN PEOPLE'S CONGRESS (KHK) (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN: a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK): a.k.a. KADEK: a.k.a. KONGRA- GEL: a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS: a.k.a. KURDISTAN WORKERS' PARTY: a.k.a. PARTIYA KARKERAN KURDISTAN: a.k.a. PEOPLE'S CONGRESS OF KURDISTAN: a.k.a. PKK: a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO][SDGT] 01-12-04

KURDISTAN WORKERS' PARTY (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN: a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK): a.k.a. KADEK: a.k.a. KONGRA-GEL: a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS: a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK): a.k.a. PARTIYA KARKERAN KURDISTAN: a.k.a. PEOPLE'S CONGRESS OF KURDISTAN: a.k.a. PKK: a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO] also listed as [SDGT] on 10-31-01 with additional "a.k.a."s on 12-03-02 and 01-12-04

LAJNA ALDAWA ALISALMIAH (a.k.a. ISLAMIC CALL COMMITTEE: a.k.a. LAJNA ALDAWA AISLAMIA: a.k.a. LAJNA ALDAWA ALISLAMIYA: a.k.a. LAJNAT AL D'AWA AL ISLAMIA: a.k.a. LAJNAT AL DAAWA AL ISLAMIYA. a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA: a.k.a. LAJNAT AL DAWA: a.k.a. LAJNAT AL DAWA AL ISLAMIA: a.k.a. LAJNAT ALDAWA AL ISLAMIAH: a.k.a. LAJNAT ALDAWA ALISLAMIA). Kuwait [SDGT] 01-09-03

LAJNA ALDAWA AIISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE: a.k.a. LAJNA ALDAWA ALISALMIAH: a.k.a. LAJNA ALDAWA ALISLAMIYA: a.k.a. LAJNAT AL D'AWA AL ISLAMIA: a.k.a. LAJNAT AL DAAWA AL ISLAMIYA: a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA: a.k.a. LAJNAT AL DAWA: a.k.a. LAJNAT AL DAWA AL ISLAMIA: a.k.a. LAJNAT ALDAWA AL ISLAMIAH: a.k.a. LAJNAT ALDAWA ALISLAMIA). Kuwait [SDGT] 01-09-03

LAJNA ALDAWA ALISLAMIAH (a.k.a. ISLAMIC CALL COMMITTEE: a.k.a. LAJNA ALDAWA AISLAMIA: a.k.a. LAJNA ALDAWA ALISLAMIYA: a.k.a. LAJNAT AL D'AWA AL ISLAMIA: a.k.a. LAJNAT AL DAAWA AL ISLAMIYA: a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA: a.k.a. LAJNAT AL DAWA: a.k.a. LAJNAT AL DAWA AL ISLAMIA: a.k.a. LAJNAT ALDAWA AL ISLAMIAH: a.k.a. LAJNAT ALDAWA ALISLAMIA). Kuwait [SDGT] 01-09-03

LAJNA AL-IGHATHA AL-FILISTINI (a.k.a. ASP: a.k.a. ASSOCIATION DE SECOURS PALESTINIENS: a.k.a. ASSOCIATION FOR PALESTINIAN AID: a.k.a. ASSOCIATION SECOUR PALESTINIEN: a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA: a.k.a. PALESTINE RELIEF COMMITTEE: a.k.a. PALESTINIAN AID COUNCIL: a.k.a. PALESTINIAN AID ORGANIZATION: a.k.a. PALESTINIAN RELIEF SOCIETY: a.k.a. RELIEF ASSOCIATION FOR PALESTINE). c/o Faical Yaakoubi. 7 rue de I'Ancien Port. CH-1201 Geneva. Switzerland: Dornerstrasse 55. CH-4019 Basel. Switzerland: Postfach 406. CH- 4019 Basel. Switzerland [SDGT] 08-21-03

LAJNAT AL DAAWA AL ISLAMIYA (a.k.a. ISLAMIC CALL COMMITTEE: a.k.a. LAJNA ALDAWA AISLAMIAH: a.k.a. LAJNA ALDAWA AISLAMIA: a.k.a. LAJNA ALDAWA ALISLAMIYA: a.k.a. LAJNAT AL D'AWA AL ISLAMIA: a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA: a.k.a. LAJNAT AL DAWA: a.k.a. LAJNAT AL DAWA AL ISLAMIA: a.k.a. LAJNAT ALDAWA AL ISLAMIAH: a.k.a. LAJNAT ALDAWA ALISLAMIA). Kuwait [SDGT] 01-09-03

LAJNAT AL DAAWA AL ISLAMIYYA (a.k.a. ISLAMIC CALL COMMITTEE: a.k.a. LAJNA ALDAWA AISLAMIAH: a.k.a. LAJNA ALDAWA ALISLAMIA: a.k.a. LAJNA

ALDAWA ALISLAMIYA: a.k.a. LAJNAT AL D'AWA AL ISLAMIAK: a.k.a. LAJNAT AL DAAWA AL ISLAMIYA: a.k.a. LAJNAT AL DAWA AL ISLAMIA: a.k.a. LAJNAT ALDAWA AL ISLAMIAH: a.k.a. LAJNAT ALDAWA ALISLAMIA). Kuwait [SDGT] 01-09-03

LAJNAT AL DAWA (a.k.a. ISLAMIC CALL COMMITTEE: a.k.a. LAJNA ALDAWA ALISALMIAH: a.k.a. LAJNA ALDAWA ALISLAMIA: a.k.a. LAJNA ALDAWA ALISLAMIYA: a.k.a. LAJNAT AL D'AWA AL ISLAMIAK: a.k.a. LAJNAT AL DAAWA AL ISLAMIYA: a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA: a.k.a. LAJNAT AL DAWA AL ISLAMIA: a.k.a. LAJNAT ALDAWA AL ISLAMIAH: a.k.a. LAJNAT ALDAWA ALISLAMIA). Kuwait [SDGT] 01-09-03

LAJNAT AL DAWA AL ISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE: a.k.a. LAJNA ALDAWA ALISALMIAH: a.k.a. LAJNA ALDAWA ALISLAMIA: a.k.a. LAJNA ALDAWA ALISLAMIYA: a.k.a. LAJNAT AL D'AWA AL ISLAMIAK: a.k.a. LAJNAT AL DAAWA AL ISLAMIYA: a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA: a.k.a. LAJNAT AL DAWA AL ISLAMIA: a.k.a. LAJNAT ALDAWA AL ISLAMIAH: a.k.a. LAJNAT ALDAWA ALISLAMIA). Kuwait [SDGT] 01-09-03

LAJNAT AL D'AWA AL ISLAMIAK (a.k.a. ISLAMIC CALL COMMITTEE: a.k.a. LAJNA ALDAWA ALISALMIAH: a.k.a. LAJNA ALDAWA ALISLAMIA: a.k.a. LAJNA ALDAWA ALISLAMIYA: a.k.a. LAJNAT AL DAAWA AL ISLAMIYA: a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA: a.k.a. LAJNAT AL DAWA AL ISLAMIA: a.k.a. LAJNAT ALDAWA AL ISLAMIAH: a.k.a. LAJNAT ALDAWA ALISLAMIA). Kuwait [SDGT] 01-09-03

LAJNAT AL DAAWA AL ISLAMIAH (a.k.a. ISLAMIC CALL COMMITTEE: a.k.a. LAJNA ALDAWA ALISALMIAH: a.k.a. LAJNA ALDAWA ALISLAMIA: a.k.a. LAJNA ALDAWA ALISLAMIYA: a.k.a. LAJNAT AL D'AWA AL ISLAMIAK: a.k.a. LAJNAT AL DAAWA AL ISLAMIYA: a.k.a. LAJNAT AL DAWA AL ISLAMIA: a.k.a. LAJNAT ALDAWA ALISLAMIA). Kuwait [SDGT] 01-09-03

LAJNAT ALDAWA ALISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE: a.k.a. LAJNA ALDAWA ALISALMIAH: a.k.a. LAJNA ALDAWA ALISLAMIA: a.k.a. LAJNA ALDAWA ALISLAMIYA: a.k.a. LAJNAT AL D'AWA AL ISLAMIAK: a.k.a. LAJNAT AL DAAWA AL ISLAMIYA: a.k.a. LAJNAT AL DAWA AL ISLAMIA: a.k.a. LAJNAT ALDAWA AL ISLAMIAH). Kuwait [SDGT] 01-09-03

LAJNAT UL MASA EIDATUL AFGHANIA (a.k.a. AFGHAN SUPPORT COMMITTEE (ASC): a.k.a. AHYA UL TURAS: a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA: a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA) Grand Trunk Road, near Pushtoon Garhi Pabol. Peshawar. Pakistan: Cheprahar Hadda, Mia Omar Sabaqah School. Jalalabad. Afghanistan [SDGT] 01-09-02

LASHKAR E JHANGVI (a.k.a. LASHKAR-I-JHANGVI: a.k.a LASHKAR I JHANGVI (LJI) [FTO] [SDGT] 01-30-03

LASHKAR E- TAYYIBA (a.k.a. AL MANSOOREEN: a.k.a. AL MANSOORIAN: a.k.a. ARMY OF THE PURE: a.k.a. ARMY OF THE PURE AND RIGHTEOUS: a.k.a. ARMY OF THE RIGHTEOUS: a.k.a. IDARA KHIDMAT-E-KHALQ: a.k.a. JAMA'AT AL-DAWA: a.k.a. JAMAAT UD-DAAWA: a.k.a. JAMAAT UL-DAWAH: a.k.a. JAMA'AT-I- DAWAT: a.k.a. JAMAATI-UD-DAAWA: a.k.a. JAMA'AT-UD-DA'AWA: a.k.a. JAMA'AT-UD-DA'AWAH: a.k.a. JAMAAT'UL-DAWA: a.k.a. JAMAAT-UD-DA'AWAH: a.k.a. LASHKAR E-TOIBA: a.k.a. LASHKAR-I- TAIBA: a.k.a. PAASBAN-E-AHLE-HADIS: a.k.a. PAASBAN-E-KASHMIR: a.k.a. PAASBAN-I-AHLE-HADITH: a.k.a. PASBAN-E-AHLE-HADITH: a.k.a. PASBAN-E- KASHMIR: a.k.a. "JUD"). Pakistan [FTO] [SDGT] 12-20-01: 12-23-03: 04-18-05: 04-27-06

LASHKAR E-TAYYIBA (a.k.a. AL MANSOOREEN: a l a AL MANSOORIAN: a.k.a. ARMY OF THE PURE: a.k.a. ARMY OF THE PURE AND RIGHTEOUS: a.k.a. ARMY OF THE RIGHTEOUS: a.k.a. FALAH INSANIA: a.k.a. FALAH-E-INSANIAT FOUNDATION: a.k.a. FALAH-E-INSANIYAT: a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF): a.k.a. FALAH-I-INSANIYAT: a.k.a. HUMAN WELFARE FOUNDATION: a.k.a. HUMANITARIAN WELFARE FOUNDATION: a.k.a. IDARA KHIDMAT-E-KHALQ: a.k.a. JAMA'AT AL-DAWA: a.k.a. JAMAAT UD-DAAWA: a.k.a. JAMAAT UL-DAWAH: a.k.a. JAMA'AT-I-DAWAT: a.k.a. JAMAATI-UD- DAAWA: a.k.a. JAMA'AT-UD- DA'AWA: a.k.a. JAMA'AT-UD-DA'AWAH: a.k.a. JAMA'AT-UD-DA'AWAH: a.k.a. JAMAAT'UL-DAWA: a.k.a. JAMAAT-UD-DA'AWAH: a.k.a. LASHKAR E-TOIBA: a.k.a. LASHKAR-I-TAIBA: a.k.a. PAASBAN-E-AHLE-HADIS: a.k.a. PAASBAN-E-KASHMIR: a.k.a. PAASBAN-I-AHLE-HADITH: a.k.a. PASBAN- E-AHLE-HADITH: a.k.a. PASBAN-E-KASHMIR: a.k.a. WELFARE OF HUMANITY: a.k.a. "JUD"). Pakistan [FTO] [SDGT] 12-20-01. 12-23-03. 4-18-05. 4-27-06. 11-24-10

LASHKAR I JHANGVI (LJ) (a.k.a. LASHKAR E JHANGVI: a.k.a. LASHKAR-I- JHANGVI) [FTO] [SDGT] 01-30-03

LASHKAR-I-JHANGVI (a.k.a. LASHKAR E JHANGVI: a.k.a. LASHKAR I JHANGVI (LJI) [FTO] [SDGT] 01-30-03

LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT (a.k.a. SALAFIST GROUP FOR CALL AND COMBAT: a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT: a.k.a. GSPC) [SDGT] 09-24-01 also listed as [FTO] on 03-27-02

LEBANESE COMMUNICATION GROUP (a.k.a LEBANESE MEDIA GROUP), Al Manar Building. Ahmad Kassir Street. Haret Hriek. Baabda. Lebanon: Abed Al Nour Street. Haret Hriek. PO Box 354/25. Beirut. Lebanon: Company ID: No 59 531 at Commercial Registry of the Civil Court of First Instance at Baabda. Lebanon [SDGT] 03-23-06

LEBANESE MARTYR ASSOCIATION (a.k.a. AL-MUA'ASSAT AL-SHAHID. a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION. a.k.a. AL-SHAHID FOUNDATION: a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION: a.k.a. MARTYRS FOUNDATION IN LEBANON: a.k.a. MARTYRS INSTITUTE). Biqa' Valley. Lebanon: P.O. Box 110 24. Bir al-Abed. Beirut. Lebanon [SDGT] 07-24-07

LEBANESE MARTYR FOUNDATION (a.k.a. AL-MUA'ASSAT AL-SHAHID: a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION. a.k.a. AL-SHAHID FOUNDATION: a.k.a. HIZBALLAH MARTYRS FOUNDATION: a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION: a.k.a. LEBANESE MARTYR ASSOCIATION: a.k.a. MARTYRS FOUNDATION IN LEBANON: a.k.a. MARTYRS INSTITUTE). Biqa' Valley. Lebanon: P.O. Box 110 24. Bir al-Abed. Beirut. Lebanon [SDGT] 07-24-07

LEBANESE MEDIA GROUP (a.k.a. LEBANESE COMMUNICATION GROUP), Al Manar Building. Ahmad Kassir Street. Haret Hriek. Baabda. Lebanon: Abed Al Nour Street. Haret Hriek. PO Box 354/25. Beirut. Lebanon: Company ID: No 59 531 at

Commercial Registry of the Civil Court of First Instance at Baabda. Lebanon [SDGT] 03-23-06

LIBERATION STRUGGLE (a.k.a. ELA: a.k.a. EPANASTATIKI PIRINES: a.k.a. EPANASTATIKOS LAIKOS AGONAS: a.k.a. JUNE 78: a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY: a.k.a. POPULAR REVOLUTIONARY STRUGGLE: a.k.a. REVOLUTIONARY CELLS: a.k.a. REVOLUTIONARY NUCLEI: a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE: a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

LIBERATION TIGERS OF TAMIL EELAM (a.k.a. LTTE: a.k.a. TAMIL TIGERS: a.k.a. ELLALAN FORCE) [FTO] also listed as [SDGT] on 10-31-01

LIBYAN ISLAMIC FIGHTING GROUP [SDGT] 09-24-01 also listed as [FTO] on 12-17-04

LINER TRANSPORT KISH (a.k.a. "LTK"), Bandar Abbas Office: No. 7. 1st Floor. Dehghan Building. Shohada (Yadbood) Square. Bandar Abbas. Iran: Central Office: Office No. 141. Ground Floor. Kish City Services Building. Kish Island. Iran: Tehran Office: Addr. No. 10. 3 Floor. Unit 6. Ebrahimi Junction 8th Bostan St.. Tehran. Iran: Tehran Terminal Office: No. 537. Polygam Street. Mahmoud Abed Road. Khavar Shahr. Tehran. Iran [SDGT] 12-21-10

LOYALIST VOLUNTEER FORCE (LVF): United Kingdom [SDGT] 12-31-01

LTTE (a.k.a. LIBERATION TIGERS OF TAMIL EELAM: a.k.a. TAMIL TIGERS: a.k.a. ELLALAN FORCE) [FTO] also listed as [SDGT] on 10-31-01

MAHAN AIR (a.k.a. MAHAN AIR CO.). Mahan Air Tower. 21st Floor. Azadeghan Street. Karaj Highway. P.O. Box 14515-411. Tehran. Tehran. Iran: No. 21. Mahan Air Tower. Azadegan Street. Jenah Expressway. Beginning of Sheykh Fazlollah Exp. Way. First of Karaj High Way. Tehran. Tehran 1481655761. Iran: Mahan Air Tower. Azadegan St.. Karaj Highway. P.O. Box 411-14515. Tehran. Tehran 1481655761. Iran [SDGT] 10-12-11

MAKHTAB AL-KHIDAMAT/AL KIFAH. House no. 125. Street 54. Phase II. Hayetabad. Peshawar. Pakistan [SDGT] 09-24-01

MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY (a.k.a. DARKAZANLI COMPANY: a.k.a. DARKAZANLI EXPORT-IMPORT SONDERPOSTEN). Uhlenhorsterweg 34 11. Hamburg. Germany [SDGT] 09-24-01

MARTYR ABU-ALI MUSTAFA BATTALION (a.k.a. HALHUL GANG: a.k.a. HALHUL SQUAD: a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES: a.k.a. PFLP: a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE: a.k.a. PPRF: a.k.a. RED EAGLE GANG: a.k.a. RED EAGLE GROUP: a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01: new entry on 10-02-03/10-10-03

MARTYRS FOUNDATION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES: a.k.a. AL-SHAHID CORPORATION: a.k.a. BONYAD SHAHID: a.k.a. BONYAD-E SHAHID: a.k.a. BONYAD-E SHAHID VA ISARGARAN: a.k.a. ES-SHAHID: a.k.a. IRANIAN MARTYRS FUND: a.k.a. SHAHID FOUNDATION: a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION). P.O. Box 15815-1394. Tehran 15900. Iran [SDGT] 07-24-07

MARTYRS FOUNDATION IN LEBANON (a.k.a. AL-MUA'ASSAT AL-SHAHID: a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION: a.k.a. AL-SHAHID FOUNDATION: a.k.a. HIZBALLAH MARTYRS FOUNDATION: a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION: a.k.a. LEBANESE MARTYR ASSOCIATION: a.k.a. LEBANESE MARTYR FOUNDATION: a.k.a. MARTYRS INSTITUTE). Biqa' Valley. Lebanon: P.O. Box 110 24. Bir al- Abed. Beirut. Lebanon [SDGT] 07-24-07

MARTYRS INSTITUTE (a.k.a. AL-MUA'ASSAT AL-SHAHID: a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION: a.k.a. AL-SHAHID FOUNDATION: a.k.a. AL-SHAHID ORGANIZATION: a.k.a. HIZBALLAH MARTYRS FOUNDATION: a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION: a.k.a. LEBANESE MARTYR ASSOCIATION: a.k.a. LEBANESE MARTYR FOUNDATION: a.k.a. MARTYRS FOUNDATION IN LEBANON). Biqa' Valley. Lebanon: P.O. Box 110 24. Bir al-Abed. Beirut. Lebanon [SDGT] 07-24-07

MEADOWBROOK INVESTMENTS LIMITED. 44 Upper Belgrave Road. Clifton. Bristol BS8 2XN. United Kingdom: Registered Charity No. 05059698 (United Kingdom) [SDGT] 02- 08-06

MEIR'S YOUTH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT: a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR. a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS: a.k.a. DIKUY BOGDIM: a.k.a. DOV: a.k.a. FOREFRONT OF THE IDEA: a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA: a.k.a. JEWISH LEGION: a.k.a. JUDEA POLICE: a.k.a. JUDEAN CONGRESS: a.k.a. KACH: a.k.a. KAHANE CHAI: a.k.a. KAHANE LIVES: a.k.a. KAHANE TZADAK: a.k.a. KAHANE.ORG: a.k.a. KAHANE: a.k.a. KAHANETZADAK.COM: a.k.a. KFAR TAPUAH FUND: a.k.a. KOACH: a.k.a. NEW KACH MOVEMENT: a.k.a. NEWKACH.ORG: a.k.a. NO'AR MEIR: a.k.a. REPRESSION OF TRAITORS: a.k.a. STATE OF JUDEA: a.k.a. SWORD OF DAVID: a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD): a.k.a. THE HATIKVA JEWISH IDENTITY CENTER: a.k.a. THE INTERNATIONAL KAHANE MOVEMENT: a.k.a. THE JUDEAN LEGION: a.k.a. THE JUDEAN VOICE: a.k.a. THE QOMEMIYUT MOVEMENT: a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND: a.k.a. THE VOICE OF JUDEA: a.k.a. THE WAY OF THE TORAH: a.k.a. THE YESHIVA OF THE JEWISH IDEA: a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01: new entry on 10-02-03/10-10-03

MEK (a.k.a. MKO: a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION: a.k.a. MUJAHEDIN-E KHALQ: a.k.a. MUSLIM IRANIAN STUDENTS' SOCIETY: a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR): a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN: a.k.a. NATIONAL COUNCIL OF RESISTANCE: a.k.a. NCRI: a.k.a. NLA: a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN: a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN: a.k.a. PMOI: a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN: a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN). including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND (a.k.a. AL BIR AL DAWALIA: a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION: a.k.a. BIF: a.k.a. BIF-USA). 8820 Mobile Avenue. 1A. Oak Lawn. IL 60453. U.S.A.: P.O. Box 548. Worth. IL 60482. U.S.A.: formerly at 9838 S. Roberts Road. Suite 1W. Palos Hills. IL 60465. U.S.A.: formerly at 20-24 Branford Place. Suite 705. Newark. NJ 07102. U.S.A.: Bashir Safar Ugli 69. Baku. Azerbaijan: 69 Boshir Safaroglu St.. Baku. Azerbaijan: Sarajevo. Bosnia-Herzegovina: Zenica. Bosnia-Herzegovina: "last known address." 3 King Street. South Waterloo. Ontario. N2J 3Z6 Canada: "last known address." P.O. Box 1508 Station B. Mississauga. Ontario. L4Y 4G2 Canada: "last known address." 2465

- 54 -

Cawthra Rd., #203, Mississauga, Ontario, L5A 3P2 Canada; Ottawa, Canada; Grozny, Chechnya; 91 Palhonggou, Lanzhou, Gansu, China 730000; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan; Dubi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; P.O. Box 1055, Peshawar, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia 113149; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia 127521; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyedh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia-Herzegovina; Gaza Strip; Yemen; U.S. FEIN: 36-3823186 [SDGT] 11-19-02
MIRA (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MOVEMENT FOR REFORM IN ARABIA; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Saflee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number-03834450 (United Kingdom) [SDGT] 07-14-05
MKO (a.k.a. MEK; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01
MOHAMMED'S ARMY (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. JAISH- E-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT] 10-21-01; 12-23-03
MOROCCAN ISLAMIC COMBATANT GROUP (a.k.a. GICM; a.k.a. GROUPE ISLAMIQUE COMBATTANT MAROCAIN) [SDGT] 11-22-02
MOVEMENT FOR ISLAMIC REFORM IN ARABIA (a.k.a AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MIRA; a.k.a. MOVEMENT FOR REFORM IN ARABIA), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Saflee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number 03834450 (United Kingdom) [SDGT] 07-14-05
MOVEMENT FOR REFORM IN ARABIA (a.k.a AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MIRA; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Saflee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number 03834450 (United Kingdom) [SDGT] 07-14-05
MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL- AQSA SINABIL ESTABLISHMENT; a.k.a. ALAQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03
MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION, a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL- AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
MU'ASA AL-AQSA AL-KHAYRIYYA (a k.a AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL- AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03
MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03
MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE

FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03
MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 10 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03
MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03
MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL- AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03
MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA (ASBL); a.k.a. AL- AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03
MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA

ISLAMIC CHARITABLE SOCIETY; a.k.a. AL- AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA  SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03
MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;  a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA  INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-  AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA  SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03
MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;  a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA  INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-  AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA  SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) P.O  Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03
MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;  a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA  INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-  AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA  SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03
MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03
MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC  CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE  AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;  a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA  SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL- KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARMEIN; a.k.a. AL-HARMEIN FOUNDATION; a.k.a. AL- HARMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN

HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddi, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN  FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARMEIN; a.k.a. AL-HARMEIN FOUNDATION; a.k.a. AL-HARMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN  FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARMEIN; a.k.a. AL-HARMEIN FOUNDATION; a.k.a. AL-HARMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARMEIN; a.k.a. AL-HARMEIN FOUNDATION; a.k.a. AL-HARMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257  Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR  97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL- HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina [SDGT] 03-11-02; 12-22-03
MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL- HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION;

a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a.  AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION;  a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION;  a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04
MU'ASSASAT AL-HARMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Tanzania Branch;  a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION;  a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
MU'ASSASAT AL-HARMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : United States Branch;  a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), 1257  Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR  97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04
MU'ASSASAT AL-HARMAYN AL-KHAYRIYYA (a.k.a AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN  ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina [SDGT] 03-11-02; 12-22-03
MU'ASSASAT AL-HARMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION;  a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a.  ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARMAYN AL- KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR; Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04
MU'ASSASAT AL-HARMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Pakistan Branch;  a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION;  a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN  FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARMAYN AL- KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04
MU'ASSASAT AL-HARMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Tanzania Branch;  a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN

FOUNDATION;  a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN  HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a.  ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARMAYN AL- KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania;  Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04
MU'ASSASAT AL-HARMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : United States Branch;  a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL- HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL- HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARMAYN AL-KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), 1257  Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR  97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04
MU'ASSASAT AL-HARMEIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN  FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN  ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARMAYN AL- KHAYRIYYA; a.k.a. VEZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina [SDGT] 03-11-02; 12-22-03
MU'ASSASAT SHAHID FILISTIN (a.k.a. AL-SHAHID FOUNDATION- PALESTINIAN BRANCH; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP; a.k.a. SHAHID FUND), Lebanon [SDGT] 07-24-07
MUJAHEDIN-E KHALQ (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL  OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a.  NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE  NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and  all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01
MUJAHEDIN-E KHALQ ORGANIZATION (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E  KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL  COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE  PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL  LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01; new entry on  10-02-03/10-10-03
MUJAHEDIN-E KHALQ ORGANIZATION (a.k.a. MEK; a.k.a. MKO; a.k.a.  MUJAHEDIN-E  KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE  PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and  all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01
MUSLIM IRANIAN STUDENT'S SOCIETY (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E  KHALQ; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL  COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE  PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices  worldwide [FTO] also listed as [SDGT] on 10-31-01; new entry on  10-02-03/10-10-03
NADA INTERNATIONAL ANSTALT, Vaduz, Liechtenstein; formerly c/o Asat Trust reg.,  Veduz, Liechtenstein [SDGT] 08-29-02
NADA MANAGEMENT ORGANIZATION SA (f.k.a. AL TAQWA MANAGEMENT ORGANIZATION SA), Viale Stefano Franscini 22, Lugano CH-6900 TI, Switzerland  [SDGT] 11-07-01
NATION BUILDING (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR  CONSTRUCTION; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE  ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION

OF THE MUSLIM UMMAH: a.k.a. UMMAH  TAMEER I-NAU: a.k.a. UMMAH TAMIR E-NAU: a.k.a. UMMAH TAMIR I-NAU: a.k.a. UMMAT  TAMIR E-NAU: a.k.a. UMMAT TAMIR-I-PAU). Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01
NATIONAL COUNCIL OF RESISTANCE (a.k.a. MEK: a.k.a. MKO: a.k.a. MUJAHEDIN-E  KHALQ: a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION: a.k.a. MUSLIM IRANIAN STUDENT'S  SOCIETY: a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR): a.k.a. NATIONAL COUNCIL OF  RESISTANCE OF IRAN: a.k.a. NLA: a.k.a. ORGANIZATION OF THE PEOPLE'S  HOLY WARRIORS OF IRAN: a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN: a.k.a. PMOI: a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN: a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN). including its U.S. representative offices and all other offices  worldwide [FTO] also listed as [SDGT] on 10-31-01: new entry on 10-02-03/10-10- 03
NATIONAL COUNCIL OF RESISTANCE (NCR) (a.k.a. MEK: a.k.a. MKO: a.k.a. MUJAHEDINE  KHALQ ORGANIZATION: a.k.a. MUJAHEDINE KHALQ: a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY: a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN: a.k.a. NCRI: a.k.a. NLA: a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN: a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN: a.k.a. PMOI: a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN: a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN). including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01
NATIONAL COUNCIL OF RESISTANCE OF IRAN (a.k.a. MEK: a.k.a. MKO: a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION: a.k.a. MUJAHEDIN-E KHALQ: a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY: a.k.a. NATIONAL  COUNCIL OF RESISTANCE (NCR): a.k.a. NATIONAL  COUNCIL OF RESISTANCE OF IRAN: a.k.a. NCRI: a.k.a. NLA: a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN: a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN: a.k.a. PMOI: a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN: a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN). including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 08-15-03
NATIONAL LIBERATION ARMY (a.k.a. ELN: a.k.a. EJERCITO DE LIBERACION NACIONAL) [FTO] also listed as [SDGT] on 08-15-03
NCRI (a.k.a. MEK: a.k.a. MKO: a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION: a.k.a. MUJAHEDIN-E KHALQ: a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY: a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR): a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN: a.k.a. NATIONAL COUNCIL OF  RESISTANCE: a.k.a. NLA: a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF  IRAN: a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN: a.k.a. PMOI: a.k.a.  SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN: a.k.a. THE NATIONAL LIBERATION ARMY OF  IRAN). including its U.S. representative offices and all other offices worldwide  [FTO] also listed as [SDGT] on 08-15-03
NEW JIHAD (a.k.a. AL QAEDA: a.k.a. AL QA'IDA: a.k.a. AL QAIDA: a.k.a. AL-JIHAD: a.k.a. EGYPTIAN AL-JIHAD: a.k.a. EGYPTIAN ISLAMIC JIHAD: a.k.a. INTERNATIONAL  FRONT FOR FIGHTING JEWS AND CRUSADES: a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF  HOLY SITES: a.k.a. ISLAMIC ARMY: a.k.a. ISLAMIC SALVATION FOUNDATION: a.k.a. THE  GROUP FOR THE PRESERVATION OF THE HOLY PLACES: a.k.a. THE ISLAMIC ARMY FOR THE  LIBERATION OF THE HOLY PLACES: a.k.a. THE JIHAD GROUP: a.k.a. THE WORLD ISLAMIC  FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS: a.k.a. USAMA BIN LADEN NETWORK: a.k.a. USAMA BIN LADEN ORGANIZATION: a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24- 01: new entry on 10-02-03/10-10-03
NEW JIHAD (a.k.a. AL-JIHAD: a.k.a. EGYPTIAN AL-JIHAD: a.k.a. EGYPTIAN ISLAMIC  JIHAD: a.k.a. JIHAD GROUP) [SDT] [FTO] [SDGT] 09-24-01
NEW KACH MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT: a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR: a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS: a.k.a. DIKUY BOGDIM: a.k.a. DOV: a.k.a. FORMFRONT OF THE IDEA: a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA: a.k.a. JEWISH LEGION: a.k.a. JUDEA POLICE: a.k.a. JUDEAN CONGRESS: a.k.a. KACH: a.k.a. KAHANE CHAI: a.k.a. KAHANE LIVES: a.k.a. KAHANE TZADAK: a.k.a. KAHANE.ORG: a.k.a. KAHANE: a.k.a. KAHANETZADAK.COM: a.k.a. KFAR TAPUAH FUND: a.k.a. KOACH: a.k.a. MEIR'S YOUTH: a.k.a. NEWKACH.ORG: a.k.a. NO'AR MEIR: a.k.a. REPRESSION OF TRAITORS: a.k.a. STATE OF JUDEA: a.k.a. SWORD OF DAVID: a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD): a.k.a. THE HATIKVA JEWISH IDENTITY CENTER: a.k.a. THE INTERNATIONAL KAHANE MOVEMENT: a.k.a. THE JUDEAN LEGION: a.k.a. THE JUDEAN VOICE: a.k.a. THE QOMEMIYUT MOVEMENT: a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND: a.k.a. THE VOICE OF JUDEA: a.k.a. THE WAY OF THE TORAH: a.k.a. THE YESHIVA OF THE JEWISH IDEA: a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01: new entry on 10-02-03/10-10-03
NEW PEOPLE'S ARMY (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES: a.k.a. CPP: a.k.a. NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES: a.k.a. NPA: a.k.a. NPA/CPP) [FTO] [SDGT] 08-12-02
NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES: a.k.a. CPP: a.k.a. NEW PEOPLE'S ARMY: a.k.a. NPA: a.k.a.  NPA/CPP) [FTO] [SDGT] 08-12-02
NEWKACH.ORG (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT: a.k.a.  AMERICAN FRIENDS OF YESHIVAT RAV MEIR: a.k.a. COMMITTEE FOR THE SAFETY OF THE  ROADS: a.k.a. DIKUY BOGDIM: a.k.a. DOV: a.k.a. FOREFRONT OF THE IDEA: a.k.a.  FRIENDS OF THE JEWISH IDEA YESHIVA: a.k.a. JEWISH LEGION: a.k.a. JUDEA POLICE: a.k.a. JUDEAN CONGRESS: a.k.a. KACH: a.k.a. KAHANE CHAI: a.k.a. KAHANE LIVES: a.k.a. KAHANE TZADAK: a.k.a. KAHANE.ORG: a.k.a. KAHANE: a.k.a. KAHANETZADAK.COM: a.k.a. KFAR TAPUAH FUND: a.k.a. KOACH: a.k.a. MEIR'S YOUTH: a.k.a. NEW KACH MOVEMENT: a.k.a. NO'AR MEIR: a.k.a. REPRESSION OF TRAITORS: a.k.a. STATE OF JUDEA: a.k.a. SWORD OF DAVID: a.k.a. THE COMMITTEE AGAINST RACISM AND  DISCRIMINATION (CARD): a.k.a. THE HATIKVA JEWISH IDENTITY CENTER: a.k.a. THE  INTERNATIONAL KAHANE MOVEMENT: a.k.a. THE JUDEAN LEGION: a.k.a. THE JUDEAN  VOICE: a.k.a. THE QOMEMIYUT MOVEMENT: a.k.a. THE RABBI MEIR DAVID KAHANE  MEMORIAL FUND: a.k.a. THE VOICE OF JUDEA: a.k.a. THE WAY OF THE TORAH: a.k.a. THE

YESHIVA OF THE JEWISH IDEA: a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01: new entry on 10-02-03/10-10-03
NLA (a.k.a. MEK: a.k.a MKO: a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION: a.k.a. MUJAHEDIN-E KHALQ: a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY: a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR): a.k.a. NATIONAL COUNCIL OF RESISTANCE: a.k.a. NCRI: a.k.a. ORGANIZATION OF THE  PEOPLE'S HOLY WARRIORS OF IRAN: a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN: a.k.a. PMOI: a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN: a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN) [FTO][SDGT]. including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01
NO'AR MEIR (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT: a.k.a.  AMERICAN FRIENDS OF YESHIVAT RAV MEIR: a.k.a. COMMITTEE FOR THE SAFETY OF THE  ROADS: a.k.a. DIKUY BOGDIM: a.k.a. DOV: a.k.a. FOREFRONT OF THE IDEA: a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA: a.k.a. JEWISH LEGION: a.k.a. JUDEA POLICE: a.k.a. JUDEAN CONGRESS: a.k.a. KACH: a.k.a. KAHANE CHAI: a.k.a. KAHANE LIVES: a.k.a. KAHANE TZADAK: a.k.a. KAHANE.ORG: a.k.a. KAHANE: a.k.a. KAHANETZADAK.COM: a.k.a. KFAR TAPUAH FUND: a.k.a. KOACH: a.k.a. MEIR'S YOUTH: a.k.a. NEW KACH MOVEMENT: a.k.a. NEWKACH.ORG: a.k.a. REPRESSION OF TRAITORS: a.k.a. STATE OF  JUDEA: a.k.a. SWORD OF DAVID: a.k.a. THE COMMITTEE AGAINST RACISM AND  DISCRIMINATION (CARD): a.k.a. THE HATIKVA JEWISH IDENTITY CENTER: a.k.a.  THE INTERNATIONAL KAHANE MOVEMENT: a.k.a. THE JUDEAN LEGION: a.k.a. THE JUDEAN VOICE: a.k.a. THE QOMEMIYUT MOVEMENT: a.k.a. THE RABBI MEIR DAVID KAHANE  MEMORIAL FUND: a.k.a. THE VOICE OF JUDEA: a.k.a. THE WAY OF THE TORAH: a.k.a. THE YESHIVA OF THE JEWISH IDEA: a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also  listed as [SDGT] on 10-31-01: new entry on 10-02-03/10-10-03
NPA (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES: a.k.a. CPP: a.k.a. NEW PEOPLE'S  ARMY: a.k.a. NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES: a.k.a. NPA/CPP) [FTO] [SDGT] 08-12-02
NPA/CPP (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES: a.k.a. CPP: a.k.a. NEW PEOPLE'S ARMY: a.k.a. NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES: a.k.a. NPA) [FTO] [SDGT] 08-12-02
NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA (ASBL): a.k.a. AL-AQSA APANMAL  STIFTELSE: a.k.a. AL-AQSA CHARITABLE FOUNDATION: a.k.a. AL-AQSA CHARITABLE  ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE ORGANIZATION: a.k.a. AL- AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSSA  SOCIETY: a.k.a. AQSSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA  CHARITABLE FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA  EST.). BD Leopold II 71. 1080 Brussels. Belgium [SDGT] 05-29-03
NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA APANMAL  STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE FOUNDATION: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL  ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSSA SOCIETY: a.k.a. AQSSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). Kappellenstrasse 36. D-52066. Aachen. Germany ((Head Office)) [SDGT] 05-29-03
NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA APANMAL  STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE FOUNDATION: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL  ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSSA SOCIETY: a.k.a. AQSSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC  CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL AL-AQSA CHARITABLE  FOUNDATION: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.). Nobelvagen 79 NB. 21433 Malmo. Sweden: Nobelv 79 NB. 21433 Malmo. Sweden [SDGT] 05-29-03
NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA APANMAL STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE  FOUNDATION: a.k.a. AL- AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA  E.V.: a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL  ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSSA SOCIETY: a.k.a. AQSSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC  CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. SANABIL

AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.
SWEDISH CHARITABLE AQSA EST.), P.O.  Box 2364, Islamabad, Pakistan [SDGT]
05-29-03
NUSRAT AL-AQSA AL-SHARIF (a.k.a AL-AQSA FOUNDATION; a.k.a. AQSA
APANMAL  STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE
FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA
E.V.; a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION; a.k.a. AL-AQSA ISLAMIC
CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL  ESTABLISHMENT; a.k.a. AL-
AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY
YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE
SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a.
ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-
KHAYRIYYA; a.k.a.  MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL
AL-AQSA CHARITABLE  FOUNDATION; a.k.a STICHTING AL-AQSA; a.k.a.
SWEDISH CHARITABLE AQSA EST.), P.O  Box 421082, 2nd Floor, Amoco Gardens,
40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd
Floor, Amoco Gardens, 40 Mint  Road, Fordsburg 2033, Johannesburg, South Africa
[SDGT] 05-29-03
NUSRAT AL-AQSA AL-SHARIF (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA
APANMAL  STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE
FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA
E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL
FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE  SOCIETY; a.k.a. AL-AQSA
SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA
SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE
SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a.
ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-
KHAYRIYYA; a.k.a.  MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL
AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.
SWEDISH CHARITABLE AQSA EST.), P.O  Box 14101, San/Aa, Yemen [SDGT] 05-
29-03
NUSRAT AL-AQSA AL-SHARIF (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA
APANMAL  STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE
FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA
E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL
FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE  SOCIETY; a.k.a. AL-AQSA
SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA
SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA
ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;
a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-
KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL
AL-AQSA CHARITABLE  FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a.
SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH,
Rotterdam, Holland; Gerrit V/D  Lindestraat 103 A, 3022 TH, Rotterdam, Holland
[SDGT] 05-29-03
OCCUPIED LAND FUND (n.k.a. HOLY LAND FOUNDATION FOR RELIEF AND
DEVELOPMENT), 525  International Parkway, Suite 509, Richardson, Texas 75081,
U.S.A.; P.O. Box  832390, Richardson, Texas 75083, U.S.A.; 9250 S. Harlem Avenue,
Bridgeview,  Illinois, U.S.A.; 345 E. Railway Avenue, Paterson, New Jersey 07503,
U.S.A.;  12798 Rancho Penasquitos Blvd., Suite F, San Diego, California 92128 U.S.A ;
Hebron, West Bank; Jenin, West Bank; Shurta Street, 'Amira al-Ramuna, 4th Floor,
Ramallah, West Bank; Shaykh Radwan, Gaza Strip; and other locations within the
United States; U.S. FEIN  95-4227517 [SDT] [SDGT] 12-04-01 05-31-02
ORANGE VOLUNTEERS; United Kingdom [SDGT] 12-31-01
ORGANISATION DE REHABILITATION TAMOULE (a.k.a. ORGANISATION PRE LA
REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI
TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a.
TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILSCHE
REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION
ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK
REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO
ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND --
COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390
Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du
Departement, Paris  75018, France; Via Dante 210, Palermo  90141, Italy; Address
Unknown, Belgium; Langeline 2A, St, TV 1079, Vejile  7100, Denmark; P.O. Box 82,
Herning  7400, Denmark; P.O. Box 212, Vejile  7100, Denmark; Address Unknown,
Finland, Postfach 2018, Emmenbrucke  6021, Switzerland; Tribschenstri, 51, Lucerne
6005, Switzerland; 8 Gemini - CRT, Wheelers Hill  3150, Australia; Box 4254, Knox
City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal  42285, Germany; Gruttolaan
45, BM landgraaf  6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff  6373,
Netherlands; Warburgstr. 15, Wuppertal  42285, Germany; P.O. Box 4742, Soflenberg,
Oslo  0506, Norway; Box 44, Tumba  147 21, Sweden; 356 Barkers Road, Hawthorn,
Victoria  3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371
Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South
Africa; No. 6 Jalan 6/2, Petaling Jaya  46000, Malaysia; 517 Old Town Road,
Cumberland, MD 21502; 1079 Garratt Lane, London  SW17 0LN, United Kingdom;
410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy
Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi,
Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7,
Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri
Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street,

Trincomalee, Sri Lanka; Arasadlivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama
Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli
Puthukkudjyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka;
Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration
ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt.
Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States)
[SDGT] 11-15-07
ORGANISATION PRE LA REHABILITATION TAMIL (a.k.a. ORGANISATION DE
REHABILITATION TAMOULE; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE
DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION;
a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE
REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION
ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK
REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO
ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND --
COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390
Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du
Departement, Paris  75018, France; Via Dante 210, Palermo  90141, Italy; Address
Unknown, Belgium; Langeline 2A, St, TV 1079, Vejile  7100, Denmark; P.O. Box 82,
Herning  7400, Denmark; P.O. Box 212, Vejile  7100, Denmark; Address Unknown,
Finland; Postfach 2018, Emmenbrucke  6021, Switzerland; Tribschenstri, 51, Lucerne
6005, Switzerland; 8 Gemini - CRT, Wheelers Hill  3150, Australia; Box 4254, Knox
City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal  42285, Germany; Gruttolaan
45, BM landgraaf  6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff  6373,
Netherlands; Warburgstr. 15, Wuppertal  42285, Germany; P.O. Box 4742, Soflenberg,
Oslo  0506, Norway; Box 44, Tumba  147 21, Sweden; 356 Barkers Road, Hawthorn,
Victoria  3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371
Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South
Africa; No. 6 Jalan 6/2, Petaling Jaya  46000, Malaysia; 517 Old Town Road,
Cumberland, MD 21502; 1079 Garratt Lane, London  SW17 0LN, United Kingdom;
410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy
Kovilladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi,
Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7,
Sri Lanka; 75/4 Bames Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri
Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street,
Trincomalee, Sri Lanka; Arasadilivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama
Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli
Puthukkudjyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka;
Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration
ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt.
Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States)
[SDGT] 11-15-07
ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY (a.k.a.
ELA; a.k.a.  EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS;
a.k.a. JUNE 78; a.k.a.  LIBERATION STRUGGLE; a.k.a. POPULAR
REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a.
REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a.
REVOLUTIONARY POPULAR STRUGGLE [FTO] also listed as [SDGT] on 10-31-01
ORGANIZATION OF RIGHT AGAINST WRONG (a.k.a PARTY OF GOD; a.k.a.
ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. ISLAMIC JIHAD FOR
THE LIBERATION OF  PALESTINE; a.k.a. REVOLUTIONARY JUSTICE
ORGANIZATION; a.k.a. HIZBALLAH; a.k.a.  ORGANIZATION OF THE OPPRESSED
ON EARTH ; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF  THE PROPHET
MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01
ORGANIZATION OF THE OPPRESSED ON EARTH (a.k.a. PARTY OF GOD; a.k.a.
ISLAMIC  JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. ISLAMIC JIHAD FOR
THE LIBERATION OF PALESTINE; a.k.a. REVOLUTIONARY JUSTICE
ORGANIZATION; a.k.a.  HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST
WRONG; a.k.a. ANSAR ALLAH;  a.k.a. FOLLOWERS OF THE PROPHET
MUHAMMED) [SDT] [FTO] also listed as [SDGT] on  10-31-01
ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN (a.k.a. MEK; a.k.a.
MKO;  a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ;
a.k.a. MUSLIM  IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF
RESISTANCE (NCR); a.k.a.  NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a.
NATIONAL COUNCIL OF RESISTANCE;  a.k.a. NCRI; a.k.a. NLA; a.k.a. PEOPLE'S
MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E
MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF
IRAN), including its U.S. representative offices and all other offices  worldwide [FTO]
also listed as [SDGT] on 10-31-01
ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL (a.k.a. ORGANISATION DE
REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION
TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a.
TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE
REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION
ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK
REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a.
TRO ITALIA; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND --
COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390
Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du
Departement, Paris  75018, France; Via Dante 210, Palermo  90141, Italy; Address
Unknown, Belgium; Langeline 2A, St, TV 1079, Vejile  7100, Denmark; P.O. Box 82,
Herning  7400, Denmark; P.O. Box 212, Vejile  7100, Denmark; Address Unknown,
Finland; Postfach 2018, Emmenbrucke  6021, Switzerland; Tribschenstri, 51, Lucerne
6005, Switzerland; 8 Gemini - CRT, Wheelers Hill  3150, Australia; Box 4254, Knox
City, VIC  3152, Australia; Voelklinger Str. 8, Wuppertal  42285, Germany; Gruttolaan
45, BM landgraaf  6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff  6373,
Netherlands; Warburgstr. 15, Wuppertal  42285, Germany; P.O. Box 4742, Soflenberg,
Oslo  0506, Norway; Box 44, Tumba  147 21, Sweden; 356 Barkers Road, Hawthorn,
Victoria  3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371
Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South
Africa; No. 6 Jalan 6/2, Petaling Jaya  46000, Malaysia; 517 Old Town Road,
Cumberland, MD 21502; 1079 Garratt Lane, London  SW17 0LN, United Kingdom;
410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy
Kovilladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi,
Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7,

Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasadithvu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07
ORT FRANCE (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZAZZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND – COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France, Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Solfenberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502; 1079 Garratt Lane, London SW17 0LN, United Kingdom; 410/112 Butler Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Kovliadi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Butlers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasadithvu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07
OVLAS TRADING S A. (a.k.a. OVLAS TRADING S.A.L.), Al Salia Building, Embassy Street, Bir Hassan, Beirut, Lebanon; Akara Building, 24 De Castro Street, Wickhams Cay 1, Road Town, Tortola, Virgin Islands, British; Website www.ovlas-trading.com [SDGT] 12-9-10
OZLAM PROPERTIES LIMITED, 88 Smithdown Road, Liverpool L7 4JQ, United Kingdom; Registered Charity No. 05258730 [SDGT] 02-08-06
PALAESTINAENSER VEREIN (a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALAESTINAENSERVEREIN OESTERREICH (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALAESTINENSISCH VERBAND OESTERREICH (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALAESTINENSISCHE VEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALAESTININIENSISCHE BEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a k a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH

VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINE AND LEBANON RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03
PALESTINE DEVELOPMENT AND RELIEF FUND (a.k.a. AL-SANDUQ AL- FILISTINI LIL- IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03
PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01
PALESTINE LEAGUE (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINE LIBERATION FRONT - ABU ABBAS FACTION (a.k.a. PALESTINE LIBERATION FRONT; a.k.a. PLF; a.k.a. PLF-ABU ABBAS) [SDT] [FTO] also listed as [SDGT] on 10-31-01
PALESTINE LIBERATION FRONT (a.k.a. PALESTINE LIBERATION FRONT -ABU ABBAS FACTION; a.k.a. PLF; a.k.a. PLF-ABU ABBAS) [SDT] [FTO] also listed as [SDGT] on 10-31-01
PALESTINE RELIEF AND DEVELOPMENT FUND (a.k.a. AL-SANDUQ AL- FILISTINI LIL- IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03
PALESTINE RELIEF COMMITTEE (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALESTINA; a.k.a. LAJNA AL- IGHATHA AL-FILISTINI; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH- 4019 Basel, Switzerland [SDGT] 08-21-03
PALESTINE RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL- SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03
PALESTINE UNION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINENSISCHE VER IN STERREICH (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN

ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINIAN AID AND SUPPORT FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03
PALESTINIAN AID COUNCIL (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL- FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH- 4019 Basel, Switzerland [SDGT] 08-21-03
PALESTINIAN AID ORGANIZATION (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL- IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH- 4019 Basel, Switzerland [SDGT] 08-21-03
PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD. (a.k.a. ARAB PALESTINIAN BEIT EL- MAL COMPANY; a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL- ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD; a.k.a. BEIT EL-MAL HOLDINGS), P.O. Box 662, Ramallah, West Bank [SDT] [SDGT] 12-04-01
PALESTINIAN ASSOCIATION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINIAN ASSOCIATION IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; n.k.a. PALESTINIAN ASSOCIATION; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA (n.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; n.k.a. PALESTINENSISCHE VER IN STERREICH; n.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; n.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; n.k.a. PALESTINIAN ORGANIZATION; n.k.a. PALESTINIAN UNION; n.k.a. PALESTINIAN UNION IN AUSTRIA; n.k.a. PALESTINISCHE VEREINIGUNG; n.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINIAN ISLAMIC JIHAD (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01
PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA (n.k.a. PALAESTINAENSER VEREIN; n.k.a. PALAESTINAENSERVEREIN OESTERREICH; n.k.a. PALAESTINENSISCH VERBAND OESTERREICH; n.k.a. PALAESTINENSISCHE VEREINIGUNG; n.k.a. PALAESTININIENSISCHE BEREINIGUNG; n.k.a. PALESTINE LEAGUE; n.k.a. PALESTINE UNION; n.k.a. PALESTINENSISCHE VER IN STERREICH; n.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; n.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; n.k.a. PALESTINIAN LEAGUE IN AUSTRIA; n.k.a. PALESTINIAN ORGANIZATION; n.k.a. PALESTINIAN UNION; n.k.a. PALESTINIAN UNION IN AUSTRIA; n.k.a. PALESTINISCHE VEREINIGUNG; n.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINIAN LEAGUE IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINIAN MARTYRS FOUNDATION (a.k.a. AL-SHAHID FOUNDATION-PALESTINIAN BRANCH; a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP; a.k.a. SHAHID FUND), Lebanon [SDGT] 07-24-07
PALESTINIAN MARTYRS INSTITUTION GROUP (a.k.a. AL-SHAHID FOUNDATION-PALESTINIAN BRANCH; a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS FOUNDATION; a.k.a. SHAHID FUND), Lebanon [SDGT] 07-24-07
PALESTINIAN ORGANIZATION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINIAN POPULAR RESISTANCE FORCES (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT] [FTO] also listed as [SDGT] on 10-31-01
PALESTINIAN RELIEF AND DEVELOPMENT FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL- IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03
PALESTINIAN RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL- IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03
PALESTINIAN RELIEF SOCIETY (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL- IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH- 4019 Basel, Switzerland [SDGT] 08-21-03
PALESTINIAN UNION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINIAN UNION IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PALESTINISCHE VEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03
PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU) (a.k.a. SENDERO LUMINOSO; a. a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. SHINING PATH; a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a. EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI) a.k.a SENDERO LUMINOSO; a.k.a. SL; a.k.a. SHINING PATH; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP, a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL [FTO] also listed as [SDGT] on 10-31-01

PARTIYA KARKERAN KURDISTAN (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO] also listed as [SDGT] on 10-31-01 with additional "a.k.a."s on 12-03-02 and 01-12-04

PARTY OF GOD (a.k.a. HIZBALLAH; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN)(a.k.a ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)) [SDGT] 10-25-07

PCP (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a EPL; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

PEACEKEEPING BATTALION (a.k.a INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-28-03

PEOPLE'S CONGRESS OF KURDISTAN (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA- GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO][SDGT] 01-12-04

PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN, including its U.S. press office and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

PFLP (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PPRF; a.k.a. RED EAGLE GANG, a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01

PFLP-GC (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PIJ (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION) as listed [SDGT] on 10-31-01

PIJ-SHALLAH FACTION (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PIJ; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD) [SDGT] also listed as [SDGT] on 10-31-01

PIJ-SHAQAQI FACTION (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PKK (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a THE PEOPLE'S DEFENSE FORCE) [FTO] also listed as [SDGT] on 10-31-01 with additional "a.k.a."s on 12-03-02 and 01-12-04

PLF (a.k.a. PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; a.k.a. PALESTINE LIBERATION FRONT; a.k.a. PLF-ABU ABBAS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PLF-ABU ABBAS (a.k.a. PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; a.k.a. PALESTINE LIBERATION FRONT; a.k.a. PLF) [SDT] [FTO] also listed as [SDGT] on 10- 31-01

PMOI (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL of RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF

RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. press office and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND (a.k.a. PFLP-GC) [SDT] [FTO] also listed as [SDGT] on 10-31-01

POPULAR FRONT FOR THE LIBERATION OF PALESTINE (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01

POPULAR REVOLUTIONARY STRUGGLE (a.k.a. ELA; a.k.a EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

PPRF (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01

PRDF (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a RELIEF; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

PROTECTORS OF THE SALAFIST CALL (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIa; a.k.a. HOUMATE EL DAAWA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

PROTECTORS OF THE SALAFIST PREDICATION (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES- SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DAAWA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

PVOE (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

RABITA TRUST, Room 9A, 2nd Floor, Wahdat Road, Education Town, Lahore, Pakistan; Wares Colony, Lahore, Pakistan [SDGT] 10-12-01

RADIO ANNOUR (a.k.a AL NOUR BROADCASTING STATION; a.k.a. AL NUR RADIO; a.k.a. AL NOUR RADIO), Abed Al Nour Street, PO Box 197/25, Alghobeiri , Haret Hriek, Beirut, Lebanon; info@al-nour.net, www.al-nour.net [SDGT] 03-23-06

RAJAH SOLAIMAN MOVEMENT (RSM) (a.k.a. RAJA SOLEIMAN MOVEMENT; a.k.a. RAJAH SULAIMAN GROUP; a.k.a. RAJAH SOLAIMAN ISLAMIC MOVEMENT (RSIM); a.k.a. RAJAH SOLAIMAN REVOLUTIONARY MOVEMENT (RSRM); a.k.a. RAJAH SULAIMAN MOVEMENT; a.k.a. RAJAH SULAYMAN MOVEMENT) [SDGT] 06-16-08

REAL IRA (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] also listed as [SDGT] on 10-31-01

REAL IRISH REPUBLICAN ARMY (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRA; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] also listed as [SDGT] on 10-31-01

REAL OGLAIGH NA HEIREANN (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. RIRA) [FTO] also listed as [SDGT] on 10-31-01

RECONSTRUCTION FOUNDATION (a.k.a. UMMAH TAMEER E-NAU) (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR-I-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIRI-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60- C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

RECONSTRUCTION OF THE ISLAMIC COMMUNITY (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION, a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I- NAU, a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E- NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01
RECONSTRUCTION OF THE MUSLIM UMMAH (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION, a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. UMMAH TAMEER I- NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E- NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01
RED EAGLE GANG (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDGT][FTO] also listed as [SDGT] on 10-31-01
RED EAGLE GROUP (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01
RED EAGLES (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP) [SDT][FTO] also listed as [SDGT] on 10-31-01
RED HAND DEFENDERS (RHD); United Kingdom [SDGT] 12-31-01
RED SEA BARAKAT COMPANY LIMITED, Mogadishu, Somalia; Dubai, U.A.E. [SDGT] 11-07- 01
RELIEF AND DEVELOPMENT FUND FOR PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL- IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03
RELIEF ASSOCIATION FOR PALESTINE (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH- 4019 Basel, Switzerland [SDGT] 08-21-03
RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03
REPRESSION OF TRAITORS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR, a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION, a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01
REPUBLICAN SINN FEIN (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRA (CIRA); a.k.a. CONTINUITY IRISH REPUBLICAN ARMY); United Kingdom [SDGT][FTO] new entry on 07-13-04; originally listed as [SDGT] on 12-31-01
REVIVAL OF ISLAMIC HERITAGE SOCIETY (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORE E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI;

a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAM'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA AL-TIRATH AL-ISLAMIA; a.k.a. JAMAIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAMIYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'RAN; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UFESI), Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salmiyah, Kuwait; Al-Ardiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza , Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT] on 06-13-08
REVIVAL OF ISLAMIC HERITAGE SOCIETY (RIHS) (a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT) Pakistan office; Afghanistan office; (office in Kuwait is NOT designated) [SDGT] 01-09-02
REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT (a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY (RIHS)) Pakistan office; Afghanistan office; (office in Kuwait is NOT designated) [SDGT] 01-09-02
REVOLUTIONARY ARMED FORCES OF COLOMBIA (a.k.a. FARC; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA) [FTO] also listed as [SDGT] on 10-31-01
REVOLUTIONARY CELLS (a.k.a. ELA; a.k.a. EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01
REVOLUTIONARY JUSTICE ORGANIZATION (a.k.a. PARTY OF GOD; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG, a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01
REVOLUTIONARY LEFT (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01
REVOLUTIONARY NUCLEI (a.k.a. ELA; a.k.a. EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST

- 73 -

SOLIDARITY: a.k.a. POPULAR REVOLUTIONARY STRUGGLE: a.k.a. REVOLUTIONARY CELLS: a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE: a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01
REVOLUTIONARY ORGANISATION OF SOCIALIST MUSLIMS (a.k.a. ANO: a.k.a. BLACK SEPTEMBER: a.k.a. FATAH REVOLUTIONARY COUNCIL: a.k.a. ARAB REVOLUTIONARY COUNCIL: a.k.a. ABU NIDAL ORGANIZATION: a.k.a. ARAB REVOLUTIONARY BRIGADES) [SDT] [FTO] also listed as [SDGT] on 10-31-01
REVOLUTIONARY ORGANIZATION 17 NOVEMBER (a.k.a. 17 NOVEMBER: a.k.a. EPANASTATIKI ORGANOSI 17 NOEMVRI) [FTO] also listed as [SDGT] on 10-31-01
REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI: a.k.a. DHKP/C: a.k.a. DEVRIMCI SOL: a.k.a. REVOLUTIONARY LEFT: a.k.a. DEV SOL: a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI: a.k.a. DEV SOL SDB: a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01
REVOLUTIONARY PEOPLE'S STRUGGLE (a.k.a. ELA: a.k.a. EPANASTATIKI PIRINES: a.k.a. EPANASTATIKOS LAIKOS AGONAS: a.k.a. JUNE 78: a.k.a. LIBERATION STRUGGLE: a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY: a.k.a. POPULAR REVOLUTIONARY STRUGGLE: a.k.a. REVOLUTIONARY CELLS: a.k.a. REVOLUTIONARY NUCLEI: a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] status removed 5-19-09. also listed as en [SDGT] on 10-31-01
REVOLUTIONARY POPULAR STRUGGLE (a.k.a. ELA: a.k.a. EPANASTATIKI PIRINES: a.k.a. EPANASTATIKOS LAIKOS AGONAS: a.k.a. JUNE 78: a.k.a. LIBERATION STRUGGLE: a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY: a.k.a. POPULAR REVOLUTIONARY STRUGGLE: a.k.a. REVOLUTIONARY CELLS: a.k.a. REVOLUTIONARY NUCLEI: a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01
REVOLUTIONARY STRUGGLE (a k.a. EPANASTATIKOS AGHONAS), Greece [FTO] also listed as [SDGT] on 9-1-09
RIRA (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE: a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT: a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION: a.k.a. REAL IRA: a.k.a. REAL IRISH REPUBLICAN ARMY: a.k.a. REAL OGLAIGH NA HEIREANN) [FTO] also listed as [SDGT] on 10-31-01
RIYADH-AS-SALIHEEN (a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS): a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION: a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS: a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT] 02-28-03
RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION (a.k.a. RIYADH-AS- SALIHEEN: a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS): a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS: a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT] 02-28-03
RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS) (a.k.a RIYADH-AS-SALIHEEN: a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION: a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS: a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT] 02-28-03
SALAFIST CALL PROTECTORS (a.k.a. DHAMAT HOUMET DAAWA SALAFIA: a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA: a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA: a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA: a.k.a. EL-AHOUAL BATTALION: a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND: a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND: a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING: a.k.a. HOUMAT ED DAAWA ES SALIFIYA: a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA: a.k.a. HOUMATE ED-DAAWA ES- SALAFIA: a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA: a.k.a. KATIBAT EL AHOUAL: a.k.a. KATIBAT EL AHOUEL: a.k.a. PROTECTORS OF THE SALAFIST CALL: a.k.a. PROTECTORS OF THE SALAFIST PREDICATION: a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03
SALAFIST GROUP FOR CALL AND COMBAT (ja k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB: a.k.a. AQIM: a.k.a. GSPC: a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT: a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT: a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA)) [FTO] [SDGT] on 09-24-01. 02-21-08. also listed as [FTO] on 03-27-02
SALAFIST GROUP FOR PREACHING AND COMBAT (a.k.a. GSPC: a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT: a.k.a. SALAFIST GROUP FOR CALL AND COMBAT: a.k.a. GSPC) [SDGT] [SDGT] 09-24-01 also listed as [FTO] on 03-27-02
SALAH CHARITABLE ASSOCIATION (a.k.a. AL-SALAH: a.k.a. AL-SALAH ASSOCIATION: a.k.a. AL-SALAH ISLAMIC ASSOCIATION: a.k.a. AL-SALAH ISLAMIC COMMITTEE: a.k.a. AL-SALAH ISLAMIC FOUNDATION: a.k.a. AL-SALAH ISLAMIC SOCIETY: a.k.a. AL-SALAH ORGANIZATION: a.k.a. AL-SALAH SOCIETY: a.k.a. ISLAMIC AL SALAH SOCIETY: a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY: a.k.a. ISLAMIC SALAH FOUNDATION: a.k.a. JAMIA AL-SALAH: a.k.a. JAMI'AT AL-SALAH AL-ISLAMI: a.k.a. JAMMEAT EL-SALAH: a.k.a. SALAH ISLAMIC ASSOCIATION: a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza. Palestinian: Deir Al- Balah Camp. Gaza. Palestinian: Athalatheeny Street, Gaza. Palestinian: Gaza City, Gaza. Palestinian: Bureij, Gaza. Palestinian: Al-Maghazi, Gaza, Palestinian: Rafah, Gaza, Palestinian [SDGT] 08-07-07
SALAH ISLAMIC ASSOCIATION (a.k.a. AL-SALAH: a.k.a. AL-SALAH ASSOCIATION: a.k.a. AL-SALAH ISLAMIC ASSOCIATION: a.k.a. AL-SALAH ISLAMIC COMMITTEE: a.k.a. AL-SALAH ISLAMIC FOUNDATION: a.k.a. AL-SALAH ISLAMIC SOCIETY: a.k.a. AL-SALAH ORGANIZATION: a.k.a. AL-SALAH SOCIETY: a.k.a. ISLAMIC AL SALAH SOCIETY: a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY: a.k.a. ISLAMIC SALAH FOUNDATION: a.k.a. ISLAMIC SALAH SOCIETY: a.k.a. ISLAMIC SALVATION SOCIETY: a.k.a. JAMIA AL-SALAH: a.k.a. JAMI'AT AL-SALAH AL-ISLAMI: a.k.a. JAMMEAT EL-SALAH: a.k.a. SALAH CHARITABLE ASSOCIATION: a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street. Deir Al-Balah. Gaza. Palestinian: Deir Al- Balah Camp. Gaza. Palestinian: Athalatheeniy

Street, Gaza. Palestinian: Gaza City, Gaza. Palestinian: Bureij, Gaza. Palestinian: Al-Maghazi, Gaza, Palestinian: Rafah, Gaza, Palestinian [SDGT] 08-07-07
SALAH WELFARE ORGANIZATION (a.k.a. AL-SALAH: a.k.a. AL-SALAH ASSOCIATION: a.k.a. AL-SALAH ISLAMIC ASSOCIATION: a.k.a. AL-SALAH ISLAMIC COMMITTEE: a.k.a. AL-SALAH ISLAMIC FOUNDATION: a.k.a. AL-SALAH ISLAMIC SOCIETY: a.k.a. AL-SALAH ORGANIZATION: a.k.a. AL-SALAH SOCIETY: a.k.a. ISLAMIC AL SALAH SOCIETY: a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY: a.k.a. ISLAMIC SALAH FOUNDATION: a.k.a. ISLAMIC SALAH SOCIETY: a.k.a. ISLAMIC SALVATION SOCIETY: a.k.a. JAMIA AL-SALAH: a.k.a. JAMI'AT AL-SALAH AL-ISLAMI: a.k.a. JAMMEAT EL-SALAH: a.k.a. SALAH CHARITABLE ASSOCIATION: a.k.a. SALAH ISLAMIC ASSOCIATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza. Palestinian: Deir Al- Balah Camp. Gaza. Palestinian: Athalatheeny Street, Gaza. Palestinian: Gaza City, Gaza. Palestinian: Bureij, Gaza. Palestinian: Al-Maghazi, Gaza, Palestinian: Rafah, Gaza, Palestinian [SDGT] 08-07-07
SANABAL (a.k.a. AL SANABIL: a.k.a. AL-SANBAL: a.k.a. ASANABIL: a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA: a.k.a. JAMI'A SANABIL: a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ: a.k.a. SANABEL: a.k.a. SANABIL: a.k.a.SANABIL AL-AQSA: a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT: a.k.a. SANABIL FOR AID AND DEVELOPMENT: a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT: a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT: a.k.a. SANIBAL: a.k.a. SANNABIL: a.k.a. SANNIBIL: a.k.a. SINABUL). Sidon. Lebanon [SDGT] 08-21-03
SANABEL (a.k.a. AL SANABIL: a.k.a. AL-SANBAL: a.k.a. ASANABIL: a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA: a.k.a. JAMI'A SANABIL: a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ: a.k.a. SANABAL: a.k.a. SANABIL: a.k.a. SANABIL AL-AQSA: a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT: a.k.a. SANABIL FOR AID AND DEVELOPMENT: a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT: a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT: a.k.a. SANIBAL: a.k.a. SANNABIL: a.k.a. SANNIBIL: a.k.a. SINABUL). Sidon. Lebanon [SDGT] 08-21-03
SANABEL L'IL-IGATHA (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED: a.k.a. SANABEL RELIEF AGENCY: a.k.a. SANABEL RELIEF AGENCY LIMITED: a.k.a. SARA: a.k.a. SRA). 98 Gresham Road, Middlesbrough, United Kingdom; 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Registered Charity No. 1083469 (United Kingdom); Registration ID 3713110 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT] 02-08- 06
SANABEL RELIEF AGENCY (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED: a.k.a. SANABEL L'IL-IGATHA: a.k.a. SANABEL RELIEF AGENCY LIMITED: a.k.a. SARA: a.k.a. SRA). 98 Gresham Road. Middlesbrough. United Kingdom: 63 South Road. Sparkbrook, Birmingham B11 1EX. United Kingdom: 1011 Stockport Road. Levenshulme. Manchester M9 2TB. United Kingdom: P.O. Box 50. Manchester M19 2SP. United Kingdom: 54 Anson Road. London NW2 6AD. United Kingdom: Registered Charity No. 1083469 (United Kingdom): Registration ID 3713110 (United Kingdom): http://www.sanabel.org.uk (website): info@sanabel.org.uk (email). [SDGT] 02-08- 06
SANABEL RELIEF AGENCY LIMITED (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED: a.k.a. SANABEL L'IL-IGATHA: a.k.a. SANABEL RELIEF AGENCY: a.k.a. SARA: a.k.a. SRA). 98 Gresham Road. Middlesbrough. United Kingdom: 63 South Road. Sparkbrook. Birmingham B11 1EX. United Kingdom: 1011 Stockport Road. Levenshulme. Manchester M9 2TB. United Kingdom: P.O. Box 50. Manchester M19 2SP. United Kingdom: 54 Anson Road. London NW2 6AD. United Kingdom: Registered Charity No. 1083469 (United Kingdom): Registration ID 3713110 (United Kingdom): http://www.sanabel.org.uk (website): info@sanabel.org.uk (email). [SDGT] 02-08- 06
SANABIL (a.k.a. AL SANABIL: a.k.a. AL-SANBAL: a.k.a. ASANABIL: a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA: a.k.a. JAMI'A SANABIL: a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ: a.k.a. SANABAL: a.k.a. SANABEL: a.k.a. SANABIL AL-AQSA: a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT: a.k.a. SANABIL FOR AID AND DEVELOPMENT: a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT: a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT: a.k.a. SANIBAL: a.k.a. SANNABIL: a.k.a. SANNIBIL: a.k.a. SINABUL). Sidon. Lebanon [SDGT] 08-21-03
SANABIL AL-AQSA (a.k.a. AL SANABIL: a.k.a. AL-SANBAL: a.k.a. ASANABIL: a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA: a.k.a. JAMI'A SANABIL: a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ: a.k.a. SANABAL: a.k.a. SANABEL: a.k.a. SANABIL: a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT: a.k.a. SANABIL FOR AID AND DEVELOPMENT: a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT: a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT: a.k.a. SANIBAL: a.k.a. SANNABIL: a.k.a. SANNIBIL: a.k.a. SINABUL). Sidon. Lebanon [SDGT] 08-21-03
SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA (ASBL): a.k.a. AL-AQSA SPANMAL STIFTELSE: a.k.a. AL-AQSA CHARITABLE FOUNDATION: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. AQSSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL-SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA: a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA: a.k.a. MU'ASSA AL-AQSA AL-KHAYRIYYA: a.k.a. STICHTING AL-AQSA: a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29- 03
SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA E.V.: a.k.a. AL-AQSA SPANMAL STIFTELSE: a.k.a. AL-AQSA ASBL: a.k.a. AL-AQSA CHARITABLE FOUNDATION: a.k.a. AL-AQSA CHARITABLE ORGANIZATION: a.k.a. AL-AQSA FOUNDATION: a.k.a. AL-AQSA INTERNATIONAL FOUNDATION: a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY: a.k.a. AL-AQSA SINABIL ESTABLISHMENT: a.k.a. AL-AQSA SPANM I STIFTELSE: a.k.a. AQSA SOCIETY: a.k.a. AQSSA SOCIETY YEMEN: a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT: a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA: a.k.a. NUSRAT AL-AQSA AL- SHARIF: a.k.a. FORENINGEN AL-AQSA: a.k.a. ISLAMIC CHARITABLE SOCIETY

FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST ), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
SANABIL AL-AQSA CHARITABLE FOUNDATION (a k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMA STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST ) [SDGT] 05-29-03
SANABIL AL-AQSA CHARITABLE FOUNDATION (a k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMA STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST ), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03
SANABIL AL-AQSA CHARITABLE FOUNDATION (a k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMA STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA, a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST ), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03
SANABIL AL-AQSA CHARITABLE FOUNDATION (a k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMA STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST ), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03
SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMA STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST ), P.O Box 14101, Sana, Yemen [SDGT] 05-29-03
SANABIL AL-AQSA CHARITABLE FOUNDATION (a k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMA STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST ), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SWEDISH CHARITABLE AQSA EST ), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03
SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL- SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA

ALTNIMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL- TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL- AQSA; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03
SANABIL FOR AID AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTNIMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03
SANABIL FOR RELIEF AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTNIMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03
SANABIL GROUP FOR RELIEF AND DEVELOPMENT (a.k.a AL SANABIL; a.k.a. AL- SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTNIMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03
SANIBAL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTNIMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03
SANNABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTNIMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03
SANNIBIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTNIMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03
SARA (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. SRA), 98 Gresham Road, Middlesbrough, United Kingdom; 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Registered Charity No. 1083469 (United Kingdom); Registration ID 3713110 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT] 02-08-06
SARA PROPERTIES (a.k.a. SARA PROPERTIES LIMITED), 104 Smithdown Road, Liverpool, Merseyside L7 4JQ, United Kingdom; 2a Hartington Road, Liverpool L8 0SG, United Kingdom; Registered Charity No. 4636613 (United Kingdom); http://www.saraproperties.co.uk (website). [SDGT] 02-08-06
SARA PROPERTIES LIMITED (a.k.a. SARA PROPERTIES), 104 Smithdown Road, Liverpool, Merseyside L7 4JQ, United Kingdom; 2a Hartington Road, Liverpool L8 0SG, United Kingdom; Registered Charity No. 4636613 (United Kingdom); http://www.saraproperties.co.uk (website). [SDGT] 02-08-06
SAYARA AL-QUDS (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION) [SDT] [FTO] also listed as [SDGT] on 10-31-01
SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01
SECOURS MONDIAL DE FRANCE (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF"; a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Batavas 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put

Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjja Sela, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02
SECT OF REVOLUTIONARIES (a.k.a. ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES; a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece [SDGT] 2-24-11
SENDERO LUMINOSO (a.k.a. SHINING PATH; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU  ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a EGP; a.k.a EJERCITO POPULAR DE LIBERACION (PEOPLE'S  LIBERATION ARMY); a.k.a EPL) [FTO] also listed as [SDGT] on 10-31-01
SEPAH-E QODS (JERUSALEM FORCE)(a.k.a ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE, a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN) [SDGT] 10-25-07
SHAHID FOUNDATION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran  15900, Iran [SDGT] 07-24-07
SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION), P.O. Box 15815-1394, Tehran  15900, Iran [SDGT] 07-24-07
SHAHID-I AL-AL-SHAHID FOUNDATION- PALESTINIAN BRANCH; a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS FOUNDATION; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP), Lebanon [SDGT] 07-24-07
SHINING PATH (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL  PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU  ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL  PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a EGP; a.k.a EJERCITO POPULAR DE LIBERACION (PEOPLE'S  LIBERATION ARMY); a.k.a EPL) [FTO] also listed as [SDGT] on 10-31-01
SINABUL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL  IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a.  SANABIL AL-AQSA; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL), Sidon, Lebanon [SDGT] 08-21-03
SIRAT (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE  TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES;  a.k.a. DZEMIJJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a  ISTIKAMET), Put Mladih Muslimana 30a, 71 000 Sarajevo,  Bosnia-Herzegovina; ul. Strosmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04
SL (a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. PARTIDO COMUNISTA DEL  PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU  ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL  PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a EGP; a.k.a EJERCITO POPULAR DE LIBERACION (PEOPLE'S  LIBERATION ARMY); a.k.a EPL) [FTO] also listed as [SDGT] on 10-31-01
SNIPER AFRICA (a.k.a. SNIPER OUTDOOR CC; a.k.a. SNIPER OUTDOORS CC; a.k.a. TRUE MOTIVES 1236 CC), P.O. Box 28215, Kensington  2101, South Africa; 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg, South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville  2500, South Africa; Registration ID 200302847123; Tax ID No. 9113562152; Website www.sniperafrica.com [SDGT] 01-26-07
SNIPER OUTDOOR CC (a.k.a. SNIPER AFRICA; a.k.a. SNIPER OUTDOORS CC; a.k.a. TRUE MOTIVES 1236 CC), P.O. Box 28215, Kensington  2101, South Africa; 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg, South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville  2500, South Africa; Registration ID 200302847123; Tax ID No. 9113562152; Website www.sniperafrica.com [SDGT] 01-26-07
SNIPER OUTDOORS CC (a.k.a. SNIPER AFRICA; a.k.a. SNIPER OUTDOOR CC; a.k.a. TRUE MOTIVES 1236 CC), P.O. Box 28215, Kensington  2101, South Africa; 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg, South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville  2500, South Africa; Registration ID 200302847123; Tax ID No. 9113562152; Website www.sniperafrica.com [SDGT] 01-26-07
SOCIETY OF ISLAMIC COOPERATION (a.k.a. JAMIYAT AL TA'AWUN AL ISLAMIYYA; a.k.a.  JAMYAH TA'AWUN AL-ISLAMIA; a.k.a. JIT), Qandahar City, Afghanistan [SDGT] 10- 12-01

SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU) (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SHINING PATH; a.k.a. SPP; a.k.a EJERCITO GUERRILLERO POPULAR  (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01
SOMALI INTERNET COMPANY, Mogadishu, Somalia [SDGT] 11-07-01
SPP (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL  SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE  SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SHINING PATH; a.k.a EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S  LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01
SRA (a.k.a. AL-RAHAMA RELIEF FOUNDATION LIMITED; a.k.a. SANABEL L'IL-IGATHA;  a.k.a. SANABEL RELIEF AGENCY; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a.  SARA), 98 Gresham Road, Middlesbrough, United Kingdom; 63 South Road, Sparkbrook,  Birmingham  B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester  M9 2TB, United Kingdom; P.O. Box 50, Manchester  M19 2SP, United Kingdom; 54 Anson Road, London  NW2 6AD, United Kingdom; Registered  Charity No. 1083469 (United Kingdom); Registration ID 3713110 (United Kingdom);  http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT] 02-08- 06
STATE OF JUDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a.   AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE  ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE;  a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES;  a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH  MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS;  a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL  KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE  VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH  IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01
STG. BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. BENEVOLENCE INTERNATIONAL   NEDERLAND; a.k.a. STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND), Radeborg 14 B,  6228CV Maastricht, Netherlands; Postbus 1149, 6201BC Maastricht, Netherlands;  Registration No. 14063277 [SDGT] 01-24-03
STICHTING AL HARAMAIN HUMANITARIAN AID (a.k.a. AL-HARAMAIN : The Netherlands  Branch), Jan Hanzenstraat 114, 1053SV, Amsterdam, The Netherlands [SDGT] 06-02- 04
STICHTING AL-AQSA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE;  a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION;  a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL  ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN;  a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.  FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA  AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SWEDISH  CHARITABLE AQSA EST.), BD  Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03
STICHTING AL-AQSA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE;  a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE  ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL  ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN;  a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.  FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA  AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SWEDISH  CHARITABLE AQSA EST.), Kappelenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
STICHTING AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE;  a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE  ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL  ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a.  CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE  SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.  FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA  AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SWEDISH  CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03
STICHTING AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE;  a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE  ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL  FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL  ESTABLISHMENT; a.k.a. AL-AQSA SPANM I

STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03
STICHTING AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V., a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Nobelv 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03
STICHTING AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V., a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03
STICHTING AL-AQSA (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03
STICHTING AL-AQSA (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03
STICHTING AL-AQSA (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. BENEVOLENCE INTERNATIONAL NEDERLAND; a.k.a. STG. BENEVOLENCE INTERNATIONAL NEDERLAND), Radeborg 14 B, 6228CV Maastricht, Netherlands; Postbus 1149, 6201BC Maastricht, Netherlands; Registration No. 14063277 [SDGT] 01-24-03
STICHTING WERELDHULP - BELGIE, V.Z.W. (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF"; a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC ; a.k.a. SECOURS MONDIAL DE FRANCE), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Batavas 69, 1040 Etterbeek, Brussels, Belgium, P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseekije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjia Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54 Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

STRUGGLE FOR RECONSTRUCTION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I- BINAA), Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Beirut, Lebanon [SDGT] 02-20-07
STUDENTS OF AYYASH (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL- MUQAWAMA AL-ISLAMIYA; a.k.a. HAMAS; a.k.a. STUDENTS OF TH ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01
STUDENTS OF THE ENGINEER (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL- MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. HAMAS; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01
SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL- AQSA), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03
SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL- SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL- KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL- AQSA), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03
SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL- AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL- AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA) [SDGT] 05-29-03
SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03
SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL- AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL- AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03
SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL- AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-

- 77 -

AQSA; a.k.a. MU'ASA  AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a.  SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), Nobelvagen 79  NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03
SWEDISH CHARITABLE AQSA EST. (a.k.a. AQSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL  STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE  SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE;  a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.  FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA  AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03
SWEDISH CHARITABLE AQSA EST. (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL  STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE  SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE;  a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;  a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE  SOCIETY FOR AL-AQSA; a.k.a. MU'ASA  AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03
SWEDISH CHARITABLE AQSA EST (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL  STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE  SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE;  a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE  SOCIETY FOR AL-AQSA; a.k.a. MU'ASA SANABIL  AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL  AL-AQSA CHARITABLE FOUNDATION), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A,  3022 TH, Rotterdam, Holland [SDGT] 05-29-03
SWORD OF DAVID (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a.  AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a.  FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a  JEWISH LEGION; a.k.a. JUDEA POLICE;  a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a.  KAHANE TZADOK; a.k.a. KAHANE ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH  MOVEMENT; a.k.a. NEWKACH ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION  (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL  KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE  QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE  VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH  IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01
TAHRIKE ISLAMI'A TALIBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TALEBAN; a.k.a.  TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK),  Afghanistan [TALIBAN] also listed as [SDGT] on 07-03-02
TAIBAH INTERNATIONAL - BOSNIA BRANCH (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a  TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia- Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06- 04
TAIBAH INTERNATIONAL AID AGENCY (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL - BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION;  a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia- Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04
TAIBAH INTERNATIONAL AID ASSOCIATION (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL - BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia- Herzegovina [SDGT] 05-06- 04
TAIBAH INTERNATIONAL AIDE ASSOCIATION (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL - BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia- Herzegovina [SDGT] 05-06- 04
TAJCO (a.k.a. TAJCO COMPANY; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO LTD;  a.k.a. TAJCO SARL; a.k.a. TRADEX CO), 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia, 62 Buckle Street, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone, Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone a Tajco Company.) [SDGT] 12-9-10
TALEBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN;  a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK),  Afghanistan [TALIBAN] also listed as [SDGT] on 07-03-02

TALIBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN;  a.k.a. TALEBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK),  Afghanistan [TALIBAN] also listed as [SDGT] on 07-03-02
TALIBAN ISLAMIC MOVEMENT (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE  ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan [TALIBAN] also listed as [SDGT] on 07-03-02
TALIBANO ISLAMI TAHRIK (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a.  TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC  MOVEMENT), Afghanistan [SDGT] listed as [SDGT] on 07-03-02
TAMIL FOUNDATION, 517 E. Oldtown Road, Cumberland, MD 21502; Tax ID No. 52- 1699409 (United States) [SDGT] 2-11-09
TAMIL REHABILITATION ORGANIZATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANIZZAZIONE PRE LA RIABILITAZIONE TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Heming 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sotenborg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya  46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502; 1079 Garratt Lane, London  SW17 OLN, United Kingdom; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasadditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07
TAMIL REHABILITATIONS ORGANISASJONEN (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile  7100, Denmark; P.O. Box 82, Heming  7400, Denmark; P.O. Box 212, Vejile  7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sotenborg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya  46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502; 1079 Garratt Lane, London  SW17 OLN, United Kingdom; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasadditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07
TAMIL TIGERS (a.k.a. LIBERATION TIGERS OF TAMIL EELAM; a.k.a. LTTE; a.k.a. ELLALAN FORCE) [FTO] also listed as [SDGT] on 10-31-01
TAMILISCHE REHABILITATION ORGANISATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris  75018, France; Via Dante 210, Palermo  90141, Italy; Address

Unknown. Belgium: Langelinie 2A. St. TV 1079. Vejile 7100. Denmark: P.O. Box 82, Herning 7400. Denmark: P.O. Box 212. Vejile 7100. Denmark: Address Unknown. Finland: Postfach 2018. Emmenbrucke 6021. Switzerland: Tribschenstri. 51. Lucerne 6005. Switzerland: 8 Gemini - CRT. Wheelers Hill 3150. Australia: Box 4254. Knox City. VIC 3152. Australia: Voelklinger Str. 8. Wuppertal 42285. Germany: Gruttolaan 45. BM landgraaf 6373. Netherlands: M.G.R. Lemmens. str-09. BM Landgraff 6373. Netherlands: Warburgstr. 15. Wuppertal 42285. Germany: P.O. Box 4742. Sofienberg. Oslo 0506. Norway: Box 44. Tumba  147 21. Sweden: 356 Barkers Road. Hawthorn. Victoria 3122. Australia: P.O. Box 10267. Dominion Road. Aukland. New Zealand: 371 Dominion Road. Mt. Eden. Aukland. New Zealand: Address Unknown. Durban. South Africa: No. 6 Jalan 6/2. Petaling Jaya 46000. Malaysia: 517 Old Town Road. Cumberland. MD 21502: 1079 Garratt Lane. London  SW17 0LN. United Kingdom: 410/112 Buller Street. Buddhaloga Mawatha. Colombo 7. Sri Lanka: Kandasamy Koviladi. Kandy Road (A9 Road). Kilinochchi. Sri Lanka: 254 Jaffna Road. Kilinochchi. Sri Lanka: Ananthapuram. Kilinochchi. Sri Lanka: 410/412 Bullers Road. Colombo 7. Sri Lanka: 75/4 Barnes Place. Colombo 7. Sri Lanka: No. 9 Main Street. Mannar. Sri Lanka: No. 69 Kalikovil Road. Kurumankadu. Vavuniya. Sri Lanka: 9/1 Saradha Street. Trincomalee. Sri Lanka: Arasaditivu Kokkadicholai. Batticaloa. Sri Lanka: Ragama Road. Akkaraipattu-07. Amparai. Sri Lanka: Paranthan Road. Kaiveli Puthukkudiyiruppu. Mullaitivu. Sri Lanka: Address Unknown. Vaharai. Sri Lanka: Registration ID 50706 (Sri Lanka): alt. Registration ID 6205 (Australia): alt. Registration ID 1107434 (United Kingdom): alt. Registration ID D4025482 (United States): alt. Registration ID 802401-0962 (Sweden): Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07

TAMILS REHABILITATION ORGANISATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE: a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL: a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL: a.k.a  ORT FRANCE: a.k.a. TAMIL REHABILITATION ORGANIZATION: a.k.a. TAMIL REHABILITERINGS ORGANISASJON: a.k.a. TAMILISCHE REHABILITATION ORGANISATION: a.k.a. TAMILS REHABILITATION ORGANIZATION: a.k.a. TAMILSK REHABILITERINGS ORGANISASJONEN: a.k.a. TRO: a.k.a. TRO DANMARK: a.k.a. TRO ITALIA: a.k.a. TRO NORGE: a.k.a. TRO SCHWEIZ: a.k.a. TSUNAMI RELIEF FUND -- COLOMBO: SRI LANKA: a.k.a. WHITE PIGEON: a.k.a. WHITEPIGEON). 2390 Eglington Avenue East. Suite 203A. Toronto. Ontario M1K 2P5. Canada: 26 Rue du Departement. Paris  75018. France: Via Dante 210. Palermo  90141. Italy: Address Unknown. Belgium: Langelinie 2A. St. TV 1079. Vejile 7100. Denmark: P.O. Box 82. Herning  7400. Denmark: P.O. Box 212. Vejile  7100. Denmark: Address Unknown. Finland: Postfach 2018. Emmenbrucke  6021. Switzerland: Tribschenstri. 51. Lucerne 6005. Switzerland: 8 Gemini - CRT. Wheelers Hill  3150. Australia: Box 4254. Knox City. VIC  3152. Australia: Voelklinger Str. 8. Wuppertal  42285. Germany: Gruttolaan 45. BM landgraaf  6373. Netherlands: M.G.R. Lemmens. str-09. BM Landgraff  6373. Netherlands: Warburgstr. 15. Wuppertal  42285. Germany: P.O. Box 4742. Sofienberg. Oslo  0506. Norway: Box 44. Tumba  147 21. Sweden: 356 Barkers Road. Hawthorn. Victoria  3122. Australia: P.O. Box 10267. Dominion Road. Aukland. New Zealand: 371 Dominion Road. Mt. Eden. Aukland. New Zealand: Address Unknown. Durban. South Africa: No. 6 Jalan 6/2. Petaling Jaya  46000. Malaysia: 517 Old Town Road. Cumberland. MD 21502: 1079 Garratt Lane. London  SW17 0LN. United Kingdom: 410/112 Buller Street. Buddhaloga Mawatha. Colombo 7. Sri Lanka: Kandasamy Koviladi. Kandy Road (A9 Road). Kilinochchi. Sri Lanka: 254 Jaffna Road. Kilinochchi. Sri Lanka: Ananthapuram. Kilinochchi. Sri Lanka: 410/412 Bullers Road. Colombo 7. Sri Lanka: 75/4 Barnes Place. Colombo 7. Sri Lanka: No. 9 Main Street. Mannar. Sri Lanka: No. 69 Kalikovil Road. Kurumankadu. Vavuniya. Sri Lanka: 9/1 Saradha Street. Trincomalee. Sri Lanka: Arasaditivu Kokkadicholai. Batticaloa. Sri Lanka: Ragama Road. Akkaraipattu-07. Amparai. Sri Lanka: Paranthan Road. Kaiveli Puthukkudiyiruppu. Mullaitivu. Sri Lanka: Address Unknown. Vaharai. Sri Lanka: Registration ID 50706 (Sri Lanka): alt. Registration ID 6205 (Australia): alt. Registration ID 1107434 (United Kingdom): alt. Registration ID D4025482 (United States): alt. Registration ID 802401-0962 (Sweden): Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07

TAMILS REHABILITATION ORGANIZATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE: a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL: a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL: a.k.a. ORT FRANCE: a.k.a. TAMIL REHABILITATION ORGANIZATION: a.k.a. TAMIL REHABILITERINGS ORGANISASJON: a.k.a. TAMILISCHE REHABILITATION ORGANISATION: a.k.a. TAMILS REHABILITATION ORGANISATION: a.k.a. TRO: a.k.a. TRO DANMARK: a.k.a. TRO ITALIA: a.k.a. TRO NORGE: a.k.a. TRO SCHWEIZ: a.k.a. TSUNAMI RELIEF FUND -- COLOMBO: SRI LANKA: a.k.a. WHITE PIGEON: a.k.a. WHITEPIGEON). 2390 Eglington Avenue East. Suite 203A. Toronto. Ontario M1K 2P5. Canada: 26 Rue du Departement. Paris  75018. France: Via Dante 210. Palermo  90141. Italy: Address Unknown. Belgium: Langelinie 2A. St. TV 1079. Vejile 7100. Denmark: P.O. Box 82. Herning  7400. Denmark: P.O. Box 212. Vejile  7100. Denmark: Address Unknown. Finland: Postfach 2018. Emmenbrucke  6021. Switzerland: Tribschenstri. 51. Lucerne 6005. Switzerland: 8 Gemini - CRT. Wheelers Hill  3150. Australia: Box 4254. Knox City. VIC  3152. Australia: Voelklinger Str. 8. Wuppertal  42285. Germany: Gruttolaan 45. BM landgraaf  6373. Netherlands: M.G.R. Lemmens. str-09. BM Landgraff  6373. Netherlands: Warburgstr. 15. Wuppertal  42285. Germany: P.O. Box 4742. Sofienberg. Oslo  0506. Norway: Box 44. Tumba  147 21. Sweden: 356 Barkers Road. Hawthorn. Victoria  3122. Australia: P.O. Box 10267. Dominion Road. Aukland. New Zealand: 371 Dominion Road. Mt. Eden. Aukland. New Zealand: Address Unknown. Durban. South Africa: No. 6 Jalan 6/2. Petaling Jaya  46000. Malaysia: 517 Old Town Road. Cumberland. MD 21502: 1079 Garratt Lane. London  SW17 0LN. United Kingdom: 410/112 Buller Street. Buddhaloga Mawatha. Colombo 7. Sri Lanka: Kandasamy Koviladi. Kandy Road (A9 Road). Kilinochchi. Sri Lanka: 254 Jaffna Road. Kilinochchi. Sri Lanka: Ananthapuram. Kilinochchi. Sri Lanka: 410/412 Bullers Road. Colombo 7. Sri Lanka: 75/4 Barnes Place. Colombo 7. Sri Lanka: No. 9 Main Street. Mannar. Sri Lanka: No. 69 Kalikovil Road. Kurumankadu. Vavuniya. Sri Lanka: 9/1 Saradha Street. Trincomalee. Sri Lanka: Arasaditivu Kokkadicholai. Batticaloa. Sri Lanka: Ragama Road. Akkaraipattu-07. Amparai. Sri Lanka: Paranthan Road. Kaiveli Puthukkudiyiruppu. Mullaitivu. Sri Lanka: Address Unknown. Vaharai. Sri Lanka: Registration ID 50706 (Sri Lanka): alt. Registration ID 6205 (Australia): alt. Registration ID 1107434 (United Kingdom): alt. Registration ID D4025482 (United States): alt. Registration ID 802401-0962 (Sweden): Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07

TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI (a.k.a. AL-QAIDA GROUP OF JIHAD IN  IRAQ: a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS: a.k.a. AL- QAIDA IN IRAQ: a.k.a. AL-QAIDA IN MESOPOTAMIA: a.k.a. AL-QAIDA IN THE LAND OF  THE TWO RIVERS: a.k.a. AL-QAIDA OF JIHAD IN IRAQ: a.k.a. AL-QAIDA OF JIHAD  ORGANIZATION IN THE LAND OF THE TWO RIVERS: a.k.a. AL-QAIDA OF JIHAD  IN THE  LAND OF THE TWO RIVERS: a.k.a. AL-TAWHID: a.k.a. AL-ZARQAWI NETWORK: a.k.a.  JAMA'AT AL TAWHID WA'AL-JIHAD: a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL- RAFIDAYN: a.k.a. THE MONOTHEISM AND JIHAD GROUP: a.k.a. THE ORGANIZATION BASE OF  JIHAD/COUNTRY OF THE TWO RIVERS: a.k.a. THE ORGANIZATION BASE OF  JIHAD/MESOPOTAMIA: a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ:  a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO  RIVERS: a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN  IRAQ: a.k.a. THE ORGANIZATION  OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS: a.k.a. THE  ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04: original listing 10-15-04

TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN (a.k.a. AL-QAIDA GROUP OF JIHAD IN  IRAQ: a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS: a.k.a. AL- QAIDA IN IRAQ: a.k.a. AL-QAIDA IN MESOPOTAMIA: a.k.a. AL-QAIDA IN THE LAND OF  THE TWO RIVERS: a.k.a. AL-QAIDA OF JIHAD IN IRAQ: a.k.a. AL-QAIDA OF JIHAD  ORGANIZATION IN THE LAND OF THE TWO RIVERS: a.k.a. AL-QAIDA OF JIHAD  IN THE  LAND OF THE TWO RIVERS: a.k.a. AL-TAWHID: a.k.a. AL-ZARQAWI NETWORK: a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD: a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL  RAAFIDAINI: a.k.a. THE MONOTHEISM AND JIHAD GROUP: a.k.a. THE ORGANIZATION BASE OF  JIHAD/COUNTRY OF THE TWO RIVERS: a.k.a. THE ORGANIZATION BASE OF  JIHAD/MESOPOTAMIA: a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ:  a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO  RIVERS: a.k.a. THE  ORGANIZATION  OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ: a.k.a. THE ORGANIZATION  OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS: a.k.a. THE  ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04: original listing 10-15-04

TEHRIK UL-FURQAAN (a.k.a. ARMY OF MOHAMMED: a.k.a. JAISH-I-MOHAMMED: a.k.a. JAISH-E-MOHAMMED: a.k.a. KHUDAMUL ISLAM: a.k.a. KHUDDAM-UL-ISLAM: a.k.a. KUDDAM  E ISLAMI: a.k.a. MOHAMMED'S ARMY). Pakistan [FTO] [SDGT] 11-2-01: 12-23-03

TEHRIK-E TALIBAN PAKISTAN (TTP) (a.k.a. PAKISTANI TALIBAN: a.k.a. TEHREEK-E-TALIBAN: a.k.a. TEHRIK-E-TALIBAN: a.k.a  TEHRIK-I-TALIBAN PAKISTAN). Pakistan [FTO] [SDGT] 9-1-10

TEYREBAZEN AZADIYA KURDISTAN (a.k.a. KURDISTAN FREEDOM HAWKS: a.k.a. THE FREEDOM HAWKS OF KURDISTAN: a.k.a. "TAK") [SDGT] 01-10-08

THE AID ORGANIZATION OF THE ULEMA (a.k.a. AL RASHID TRUST: a.k.a. AL RASHEED TRUST: a.k.a. AL-RASHEED TRUST: a.k.a. AL-RASHID TRUST). Kitab Ghar. Darul Ifta  Wal Irshad. Nazimabad No. 4. Karachi. Pakistan: Office Dha'rb-I-M'unin. opposite  Khyber Bank. Abbottabad Road. Mansehra. Pakistan: Office Dha'rb-I-Munin. Z.R.  Brothers. Katchehry Road. Chowk Yadgaar. Peshawar. Pakistan: Office  Dha'rb-I- M'unin. Room no. 3. Third Floor. Moll Plaza. near Liaquat Bagh. Murree Road. Rawalpindi. Pakistan: Office Dha'rb-I-M'unin. Top Floor. Dr. Dawa Khan Dental  Clinic Surgeon. Main Baxar. Mingora. Swat. Pakistan <Operations in Afghanistan:  Herat. Jalalabad. Kabul. Kandahar. Mazar Sharif. Also operations in: Kosovo.  Chechnya>: 302b-40. Good Earth Court. Opposite Pia Planitarium. Block 13a.  Gulshan -I Iqbal. Karachi. Pakistan: 617 Clifton Center. Block 5. 6th Floor.  Clifton. Karachi. Pakistan: 605 Landmark Plaza. 11 Chundrigar Road. Opposite  Jang Building. Karachi. Pakistan: Jamia Maajid. Sulaiman Park. Begum Pura.  Lahore. Pakistan [SDGT] 04-19-02

THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT (a.k.a. ISLAMIC REGIMENT OF  SPECIAL MEANING: a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT: a.k.a. THE SPECIAL  PURPOSE ISLAMIC REGIMENT) [SDGT] 02-28-03

THE BENEVOLENT CHARITABLE ORGANIZATION (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR and AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIRR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH), BETHLEHEM, West Bank, Palestinian; AL-MUZAMMAR ST. AL-NASIR AREA, GAZA CITY, Gaza, Palestinian; JENIN, West Bank, Palestinian; RAMALLAH, West Bank, Palestinian; TULKARM, West Bank, Palestinian; Lebanon; P.O. BOX 398, HEBRON, West Bank, Palestinian [SDGT] 05-04-05
THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD) (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01;  new entry on 10-02-03/10-10-03
THE FREEDOM HAWKS OF KURDISTAN (a.k.a. KURDISTAN FREEDOM HAWKS; a.k.a. TEYREBAZEN AZADIYA KURDISTAN; a.k.a. "TAK") [SDGT] 01-10-08
THE GROUP FOR THE PRESERVATION OF THE HOLY SITES (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01
THE HATIKVA JEWISH IDENTITY CENTER (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01;  new entry on 10-02-03/10-10-03
THE HORROR SQUADRON (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES- SALAFIA; a.k.a. HOUMATE EL DAAWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL, a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL;  a.k.a. PROTECTORS OF THE SALAFIST PREDICATION, a.k.a. SALAFIST CALL PROTECTORS),  Algeria [SDGT] 10-24-03
THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java  13410, Indonesia; P.O. Box 3654, Jakarta, Java  54021, Indonesia [SDGT] 08-03-06
THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE (a.k.a. AL IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. WORLD ISLAMIC RELIEF ORGANIZATION), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06
THE INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC  PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC

PEACEKEEPING ARMY; a.k.a. THE  ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-28-03
THE INTERNATIONAL KAHANE MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA  MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE  SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE  IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a.  JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a.  KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a.  KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S  YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR  MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD  OF DAVID; a.k.a. THE  COMMITTEE AGAINST RACISM AND DISCRIMINATION  (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE JUDEAN  LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE  QOMEMIYUT MOVEMENT; a.k.a.  THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE  VOICE OF  JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH  IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01;  new entry on 10-02-03/10-10-03
THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES (a.k.a. AL  QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a.  EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC  ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE JIHAD GROUP; a.k.a. THE  WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN  NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01
THE ISLAMIC INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION;  a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE  ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-28-03
THE ISLAMIC PEACEKEEPING ARMY (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC  PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE  INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE  ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-28-03
THE ISLAMIC PEACEKEEPING BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC  PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE  INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY) [SDGT] 02-28-03
THE ISLAMIC SPECIAL PURPOSE REGIMENT (a.k.a. ISLAMIC REGIMENT OF SPECIAL  MEANING, a.k.a. THE AL-JIHAD-FISI-SABIILILAH SPECIAL ISLAMIC REGIMENT; a.k.a. THE  SPECIAL PURPOSE ISLAMIC REGIMENT) [SDGT] 02-28-03
THE JAMAAT MOJAHEDIN (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP (IJG); a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY) [SDGT] 5-25-05, also  listed in FR as [FTO] on 6-17-05
THE JIHAD GROUP (a.k.a. AL QAEDA; a.k.a. AL QA'IDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE  LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION  FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY PLACES; a.k.a. THE  ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY SITES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01;  new entry on 10-02-03/10-10-03
THE JUDEAN LEGION (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA  MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST  RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE  VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH  IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01
THE JUDEAN VOICE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE  ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a.  FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH  MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE  COMMITTEE AGAINST  RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE  VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH  IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01

YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; [SDT][FTO] also listed as [SDGT] on 10-31-01

THE KAZAKH JAMA'AT (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP (IJG); a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE LIBYAN SOCIETY) [SDGT] 5-25-05, also listed in FR as [FTO] on 6-17-05

THE LIBYAN SOCIETY (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP (IJG); a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT) [SDGT] 5-25-05, also listed in FR as [FTO] on 6-17-05

THE MONOTHEISM AND JIHAD GROUP; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 10- 15-04; 11-30-04

THE NATIONAL LIBERATION ARMY OF IRAN (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ- E IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL- JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11-30-04; original listing 10-15-04

THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL- QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL- QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04; original listing 10-15-04

THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04; original listing 10-15-04

THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE

MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11-30-04; original listing 10-15-04 THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11-30-04; original listing 10-15-04

THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL- QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS) [FTO] [SDGT] 11-30-04; original listing 10-15-04

THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS (a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL- QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS) [FTO] [SDGT] 11- 30-04; original listing 10-15-04 and

THE FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK) [FTO] also listed as [SDGT] on 10-31-01 with additional "a.k.a."s on 12-03-02 and 01-12-04

THE PEOPLE'S LIBERATION ARMY OF NEPAL (a.k.a. COMMUNIST PARTY OF NEPAL (MAOIST); a.k.a. CPN (M); a.k.a. UNITED REVOLUTIONARY PEOPLE'S COUNCIL) [SDGT] 10-31-03

THE QOMEMIYUT MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FORERONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01

THE RABBI MEIR DAVID KAHANE MEMORIAL FUND (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FORERONT OF THE IDEA; a.k.a. FOREFRONT OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM, a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD);

a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

THE RIYADUS-SALIHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS- SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT] 02-28-03

THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS- SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS) [SDGT] 02-28-03

THE SPECIAL PURPOSE ISLAMIC REGIMENT (a.k.a. ISLAMIC REGIMENT OF SPECIAL MEANING; a.k.a. THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT; a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT) [SDGT] 02-28-03
THE VOICE OF JUDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

THE WAY OF THE TORAH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01

THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01

THE YESHIVA OF THE JEWISH IDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE IDEA; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01

TRO (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND – COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark;

Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502; 1079 Garratt Lane, London SW17 0LN, United Kingdom; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Araseditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52- 1943868 (United States) [SDGT] 11-15-07

TRO DANMARK (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND – COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502; 1079 Garratt Lane, London SW17 0LN, United Kingdom; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Araseditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07

TRO ITALIA (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND – COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 212, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502; 1079 Garratt Lane, London SW17 0LN, United Kingdom; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Araseditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07

TRO NORGE (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL

REHABILITATION ORGANIZATION, a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND – COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Heming 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502; 1079 Garratt Lane, London SW17 0LN, United Kingdom; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka, Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Bames Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasadditvu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Muliaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07

TRO SCHWEIZ (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a k a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL, a.k.a. ORT FRANCE; a.k.a TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN, a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TSUNAMI RELIEF FUND – COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Heming 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502; 1079 Garratt Lane, London SW17 0LN, United Kingdom; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka, Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Bames Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasadditvu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Muliaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07

TRUE MOTIVES 1236 CC (a.k.a. SNIPER AFRICA; a.k.a. SNIPER OUTDOOR CC; a.k.a. SNIPER OUTDOORS CC), P.O. Box 28215, Kensington 2101, South Africa; 40 Mint Road, Amoka Gardens, Fordsburg, Johannesburg, South Africa; P.O. Box 42928, Fordsburg 2003, South Africa; 16 Gold Street, Carletonville 2500, South Africa; Registration ID 200302847123; Tax ID No. 9113562152; Website www.sniperafrica.com [SDGT] 01-26-07

TSUNAMI RELIEF FUND – COLOMBO, SRI LANKA (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a k a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Heming 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road,

Cumberland, MD 21502; 1079 Garratt Lane, London SW17 0LN, United Kingdom; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka, Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Bames Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasadditvu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Muliaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07

TUNISIAN COMBAT GROUP (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. JCT; a.k.a. TUNISIAN COMBATANT GROUP) [SDGT] 10-10-02

TUNISIAN COMBATANT GROUP (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. JCT; a.k.a. TUNISIAN COMBAT GROUP) [SDGT] 10-10-02

ULSTER DEFENCE ASSOCIATION (a.k.a. ULSTER FREEDOM FIGHTERS); United Kingdom [SDGT] 12-31-01

ULSTER FREEDOM FIGHTERS (a.k.a. ULSTER DEFENCE ASSOCIATION); United Kingdom [SDGT] 12-31-01

UMMAH TAMEER E-NAU (UTN) (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60- C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UMMAH TAMEER I-NAU (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E- NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UMMAH TAMIR E-NAU (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UMMAH TAMIR I-NAU (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UMMAT TAMIR E-NAU (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UMMAT TAMIR-I-PAU (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UNION OF GOOD (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. ITILAF AL-KHAYR; a.k.a. ITILAF AL-KHAYR), P.O. Box 136301, Jeddah 21313, Saudi Arabia [SDGT] 11-12-08

UNITED REVOLUTIONARY PEOPLE'S COUNCIL (a.k.a. COMMUNIST PARTY OF NEPAL (MAOIST); a.k.a. CPN (M); a.k.a. THE PEOPLE'S LIBERATION ARMY OF NEPAL) [SDGT] 10-31-03

UNITED SELF-DEFENSE FORCES OF COLOMBIA (a.k.a. AUC; a.k.a. AUTODEFENSAS UNIDAS DE COLOMBIA) [FTO] also listed as [SDGT] on 10-31-01

USAMA BIN LADEN NETWORK (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY • SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01

USAMA BIN LADEN ORGANIZATION (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY • SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. "THE BASE") [SDT][FTO][SDGT] 09-24-01

VAZIR (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), Daddb; Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

VAZIR (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

VAZIR (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania;  Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

VAZIR (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a AL-HARAMAIN HUMANITARIAN FOUNDATION;  a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN;  a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

VAZIR (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN;  a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- KHAYRIYYA; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 12-22-03; 03-11-02

VEZIR (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION;  a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-

KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), Daddb; Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

VEZIR (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

VEZIR (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL- HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN  FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

VEZIR (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN  HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN  ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN  FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a.  ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A., 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

VEZIR (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL- HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 12-22-03; 03-11-02

WAAD PROJECT (a.k.a. AL-WAAD AL-SADIQ; a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ, a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WAD PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Telephone No. 009613879153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT] 01-06-09

WAFA AL-IGATHA AL-ISLAMIA (a.k.a. WAFA HUMANITARIAN ORGANIZATION; a.k.a. AL  WAFA; a.k.a. a.k.a. WAFA ORGANIZATION) [SDGT] 09-24-01

WAFA HUMANITARIAN ORGANIZATION (a.k.a. AL WAFA; a.k.a. WAFA ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA) [SDGT] 09-24-01

WALDENBERG, AG (f.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY; f.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED; f.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY ESTABLISHMENT; f.k.a. HIMMAT ESTABLISHMENT), c/o Asat Trust Reg., Altenbach 8, Vaduz 9490, Liechtenstein; Via Posero, 2, 22060 Campione d'Italia, Italy [SDGT] originally designated 11-07-01, new name added 08-25-03

WELFARE AND DEVELOPMENT FUND FOR PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL- IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE  RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT

FUND OF PALESTINE), P.O Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

WELFARE AND DEVELOPMENT FUND OF PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL- IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

WHITE PIGEON (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND – COLOMBO, SRI LANKA, a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502; 1079 Garratt Lane, London SW17 0LN, United Kingdom; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasadtivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID 04025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT] 11-15-07

WHITEPIGEON (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND – COLOMBO, SRI LANKA, a.k.a. WHITE PIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502; 1079 Garratt Lane, London SW17 0LN, United Kingdom; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasadtivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID 04025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52- 1943868 (United States) [SDGT] 11-15-07

WORLD ISLAMIC RELIEF ORGANIZATION (a.k.a. IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION INDONESIA BRANCH OFFICE; a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE), Jalan Raya Cipinang Jaya No. 90, East Jakarta, Java 13410, Indonesia; P.O. Box 3654, Jakarta, Java 54021, Indonesia [SDGT] 08-03-06

WORLD ISLAMIC RELIEF ORGANIZATION (a.k.a. IGATHA AL-ISLAMIYA; a.k.a. EGASSA; a.k.a. HAYAT AL-AGHATHA AL-ISLAMIA AL-ALAMIYA; a.k.a. HAYAT AL-

'IGATHA; a.k.a. HAYAT AL-IGATHA; a.k.a. IGASA; a.k.a. IGASE; a.k.a. IGASSA; a.k.a. IGATHA; a.k.a. IGHATHA; a.k.a. IIRO; a.k.a. INTERNATIONAL ISLAMIC AID ORGANIZATION; a.k.a. INTERNATIONAL ISLAMIC RELIEF AGENCY; a.k.a. INTERNATIONAL ISLAMIC RELIEF ORGANIZATION PHILIPPINES BRANCH OFFICE, a.k.a. INTERNATIONAL RELIEF ORGANIZATION; a.k.a. ISLAMIC RELIEF ORGANIZATION; a.k.a. ISLAMIC SALVATION COMMITTEE; a.k.a. ISLAMIC WORLD RELIEF; a.k.a. THE HUMAN RELIEF COMMITTEE OF THE MUSLIM WORLD LEAGUE), Marawi City, Philippines; Zamboanga City, Philippines; Tawi Tawi, Philippines; Basilan, Philippines; Cotabato City, Philippines; 201 Heart Tower Building, 108 Valero Street, Salcedo Village, Makati City, Metropolitan Manila, Philippines [SDGT] 08-03-06

XAKI (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.) [FTO][SDGT] first listed on 10-31-01; new entry on 10-02- 03/10-10-03

YAHYA AYYASH UNITS (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL- MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. HAMAS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

YAYASAN AL HARAMAIN (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : Indonesia Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL- MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DIV4, Kaviing Angkatan Laut Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04

YAYASAN AL HARAMAINI (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : Indonesia Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL- MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DIV4, Kaviing Angkatan Laut Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04

YAYASAN AL-MANAHIL-INDONESIA (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : Indonesia Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI), Jalan Laut Sulawesi Blok DIV4, Kaviing Angkatan Laut Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04

YESHIVAT HARAV MEIR (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA) [SDT][FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

YOUSSEF M. NADA & CO. GESELLSCHAFT M.B.H., Kaernter Ring 2/2/5/22, Vienna 1010, Austria [SDGT] 11-07-01

YOUSSEF M. NADA, Via Riasc 4, Campione d'Italia I, CH-6911, Switzerland [SDGT] 11-07-01

YOUSSER COMPANY FOR FINANCE AND INVESTMENT, Lebanon [SDGT] 09-07-06

## Details of Specially Designated Global Terrorist [SDGT] Individuals

'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a "ABOUALI"; a.k.a. "ABU JUIFAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULALI"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan alt. POB Albaouga, Sudan; nationality Canada alt. Sudan; Passport BC166787 (Canada) (individual) [SDGT] 07-20-06

'ALIQ, HAJJ QASIM (a.k.a. ALEIK, KASSEM; a.k.a. 'ALIQ, QASEM; a.k.a. ALIQ, QASIM; a.k.a. 'ULAYQ, QASIM); DOB 1956; POB Lebanon (individual) [SDGT] 07-24- 07

'ALIQ, QASEM (a.k.a. ALEIK, KASSEM; a.k.a. 'ALIQ, HAJJ QASIM; a.k.a. ALIQ, QASIM; a.k.a. 'ULAYQ, QASIM); DOB 1956; POB Lebanon (individual) [SDGT] 07-24- 07

'AZIZ, Sa'ud Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, SA'ID YUSIF ALI ABU; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. HAMID, Abdul; a.k.a. "AL-HAMID, Abd"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1956; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT] 06-15-07

'ULAYQ, QASIM (a.k.a. ALEIK, KASSEM; a.k.a. 'ALIQ, HAJJ QASIM; a.k.a. 'ALIQ, QASEM; a.k.a. ALIQ, QASIM), DOB 1956; POB Lebanon (individual) [SDGT] 07-24-07

ABAS, Mohamad Nasir (a.k.a. "Khairuddin"; a.k.a. "Soliman"; a.k.a. ABAS, Nasir; a.k.a. BIN ABAS, Mohammed Nasir; a.k.a. BIN ABAS, Sulaiman); DOB 6 May 1969; nationality Malaysian (individual) [SDGT] 09-05-03

ABAS, Nasir (a.k.a. "Khairuddin"; a.k.a. "Soliman"; a.k.a. ABAS, Mohamad Nasir; a.k.a. BIN ABAS, Mohammed Nasir; a.k.a. BIN ABAS, Sulaiman); DOB 6 May 1969; nationality Malaysian (individual) [SDGT] 09-05-03

ABAUNZA MARTINEZ, Javier; member ETA; DOB 1 Jan 1965; POB Guernica (Vizcaya Province), Spain; D.N.I. 78.865.882 (individual) [SDGT] 02-26-02

ABBAKER MUHAMAD, Abdul Aziz, IARA Peshwar, Pakistan Director; DOB 1961; POB Sudan; Passport 562605 (Sudan) issued 28 Oct 1998 (individual) [SDGT] 10-13-04

- 85 -

ABBASIN, Abdul Aziz (a.k.a. MAHSUD, Abdul Aziz); DOB 1969; POB Sheykhan Village, Pirkowti Area, Orgun District, Paktika Province, Afghanistan (individual) [SDGT] 9-29-11

ABBES, Moustafa, Via Padova, 82, Milan, Italy; DOB 5 Feb 1962; POB Osniers, Algeria (individual) [SDGT] 03-18-04

ABBES, Youcef (a.k.a. "GIUSEPPE"), Via Padova 82, Milan, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 5 Jan 1965; POB Bab El Aoued, Algeria (individual) [SDGT] 03-18-04

ABD AL HADI (a.k.a. BENDEBKA, L'Hadi; a.k.a. HADI), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria (individual) [SDGT] 03-18-04

ABD AL HAFIZ, Abd Al Wahab (a.k.a. FERDJANI, Mouloud; a.k.a. "MOURAD;" a.k.a. "RABAH DI ROMA"), Via Lungotevere Dante, Rome, Italy; DOB 7 Sep 1967; POB Algiers, Algeria (individual) [SDGT] 03-18-04

ABD AL RAZEQ, Abu Sufian (a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al- Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian, a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL", a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan  alt  POB Albaouga, Sudan; nationality Canada alt. Sudan; Passport BC166787 (Canada) (individual) [SDGT] 07-20-06

ABD AL-KHALIQ, Adil Muhammad Mahmud (a.k.a. ABDUL KHALED, Adel Mohamed Mahmood; a.k.a. ABDUL KHALIQ, Adel Mohamed Mahmoud); DOB 2 Mar 1984; POB Bahrain; Passport 1632207 (Bahrain) (individual) [SDGT] 06-05-08

ABD AL-RAHMAN, Abdullah Muhammad Rajab (a.k.a. ABU AL-KHAYR, Ahmed Hasan); DOB 3 Nov 1957; POB Kafr al-Shaykh; nationality Egypt (individual) [SDGT] 09-29-05

ABD AL-RAHMAN, Atiyah (a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHTIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya (individual) [SDGT] 7-28-11

'ABD AL-SALAM, Said Jan (a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 5 Feb 1981; alt. DOB 1 Jan 1972; nationality Afghanistan; National ID No. 281020505755 (Kuwait); Passport OR601168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 9 Sep 2008 expires 9 Sep 2013; Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT] 2-9-11

ABD AL-WADOUD, Abdou Moussa (a.k.a. ABD EL OUADOUD, Abou Moussab a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL-OUADOUD, Abi Moussaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Moussaab; a.k.a ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"); Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

ABD EL OUADOUD, Abi Moussaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Moussaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

ABD EL OUADOUD, Abou Moussab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL-OUADOUD, Abi Moussaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Moussaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abi

---

Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Mussab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

ABD EL-OUADOUD, Abi Moussaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Moussaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

ABD'RABBAH, Ghunia (a.k.a. ABDRABBA, Ghomia; a.k.a. ABDURRABBA, Ghunia; a.k.a. ABDRABBA, Ghunia; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 2 Sep 1957; POB Benghazi, Libya; nationality United Kingdom (individual) [SDGT] 12-06-06; 02-08-06

ABDALLA, Fazul (a.k.a. MOHAMMED, Fazul Abdallah; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

ABDALLAH, Muhammad Yusif, Avenue Presidente Juscelino Kubistcheck 133, Apartment 102, Center, Foz do Iguacu, Brazil; Avenue Presidente Juscelino Kubistcheck 338, Apartment 1802, Center, Foz do Iguacu, Brazil; DOB 15 Jun 1952; POB Khalia, Lebanon; citizen Lebanon; alt. citizen Paraguay; Cedula Number 1110775 (Paraguay); Passport 670317 (Lebanon); alt. Passport 137532 (Paraguay) (individual) [SDGT] 12-06-06

ABDALLAH, Tarwat Salah (a.k.a. SHIHATA, Thirwat Salah; a.k.a. THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 Jun 60; POB Egypt (individual) [SDGT] 09-24-01

ABD-AL-WADUD, Abu-Mus'ab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL-OUADOUD, Abi Moussaab; a.k.a. ABDEL EL-WADOUD, Abou Moussaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

ABDAOUI, Youssef (a.k.a. ABDAOUI, Youssef Ben Abdul Baki Ben Youcef; a.k.a. "ABDELLAH"; a.k.a. "ABDULLAH"; a.k.a. "ABU ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; DOB 4 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Passport G025057 issued 23 Jun 1999 expires 5 Feb 2004 (individual) [SDGT] 10-18-05

ABDAOUI, Youssef Ben Abdul Baki Ben Youcef (a.k.a. ABDAOUI, Youssef;a.k.a. "ABDELLAH"; a.k.a. "ABDULLAH"; a.k.a. "ABU ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; DOB 4 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Passport G025057 issued 23 Jun 1999 expires 5 Feb 2004 (individual) [SDGT] 10-18-05

ABDEL EL-WADOUD, Abu Mossaah (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossaab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu- Mus'ab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, "Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Mosab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

ABDEL RAHMAN (a.k.a. ATWAH, Muhsin Musa Matwalli; a.k.a. ABDUL RAHMAN; a.k.a. AL-MUHAJIR, Abdul Rahman; a.k.a. AL-NAMER, Mohammed K.A.), Afghanistan; DOB 19 Jun 1964; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ABDEL WADOUD, Abou Mossaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossaab; a.k.a. ABD EL OUADOUD, Abou Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abi Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Mosab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

ABDEL WADOUD, Abou Moussaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossaab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu- Mus'ab; a.k.a. ABDEL EL-WADOUD, Abi Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Mosab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

ABDELALY, al-Sheikh (a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "Abu al-Foutouh;" a.k.a. "Boulahia;" a.k.a. "Hassan the Old"), DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT] 04-30-04

ABDELHEDI, Mohamed Ben Mohamed (a.k.a. ABDELHEDI, Mohamed Ben Mohamed Ben Khalifa), via Cataiani, n. 1, Varese, Italy; DOB 10 Aug 1965; POB Sfax, Tunisia; nationality Tunisia; Passport L965734 issued 06 Feb 1999, expires 05 Feb 2004; Italian Fiscal Code BDLMMD65M10Z352S (individual) [SDGT] 07-27-06; 10-18-05

ABDELHEDI, Mohamed Ben Mohamed Ben Khalifa (a.k.a. ABDELHEDI, Mohamed Ben Mohamed), via Cataiani, n. 1, Varese, Italy; DOB 10 Aug 1965; nationality Tunisia; Passport L965734 issued 06 Feb 1999, expires 05 Feb 2004; Italian Fiscal Code BDLMMD65M10Z352S (individual) [SDGT] 07-27-06; 10-18-05

ABDELMALEK, Drokdal (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossaab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB,

Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Mosab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

ABDELMALEK, Droukdel (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossaab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Mosab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

ABDELMALEK, Droukdel (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossaab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Mosab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

ABDELOUADODUD, Abi Mousaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossaab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,

Abdelmalek: a.k.a. DRIDQAL. Abd-al-Malik: a.k.a. DROKDAL. 'Abd-al-Malik: a.k.a. DROKDAL. Abdelmalek: a.k.a. DROUGDEL. Abdelmalek: a.k.a. DROUKADAL. Abdelmalek: a.k.a. DROUKBEL. Abdelmalek: a.k.a. DROUKDAL. Abdelmalek: a.k.a. DROUKDEL. Abdel Malek: a.k.a. DROUKDEL. Abdelmalek: a.k.a. DROUKDEL. Abdelouadour: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. DURIKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah. Algeria: DOB 20 Apr 1970: POB Meftah. Algeria: alt. POB Khemis El Khechna. Algeria: nationality Algeria (individual) [SDGT] 12-04-07 ABDELOUADOUD. Abou Mossaab (a.k.a. ABD AL-WADOUD. Abdou Moussa: a.k.a. ABD EL OUADOUD. Abou Mossaab: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL-OUADOUD. Abi Mossaab: a.k.a. ABD-AL-WADUD. Abu-Mus'ab: a.k.a. ABDEL EL-WADOUD. Abou Moussaab: a.k.a. ABDEL WADOUD. Abou Mossab: a.k.a. ABDEL WADOUD. Abou Moussaab: a.k.a. ABDELMALEK. Drokdal: a.k.a. ABDELMALEK. Droukdal: a.k.a. ABDELMALEK. Droukdel: a.k.a. ABDELOUADODUD. Abu Mussaab: a.k.a. ABDELOUADOUD. Abi Mossaab: a.k.a. ABDELOUADOUD. Abou Mossab: a.k.a. ABDELOUADOUD. Abou Moussaab: a.k.a. ABDELOUADOUD. Abou Moussab: a.k.a. ABDELOUADOUD. Abou Mus'ab: a.k.a. ABDELOUADOUDE. Abou Moussaab: a.k.a. ABDELOUADOUD. Abou Mus'ab: a.k.a. ABDELWADOUD. Abou Mossab: a.k.a. ABKELWADOUD. Abou Mossab: a.k.a. ABOU MOSSAAB. Abdelwadoud: a.k.a. ABOU MOSSAAH. Abdelouadoud: a.k.a. ABOU MOSSAB. Abdelouadoud: a.k.a. ABU MUSAB. Abdelwadoud: a.k.a. DARDAKIL. Abdelmalek: a.k.a. DERDOUKAL. Abdelmalek: a.k.a. DEROUDEL. Abdel Malek: a.k.a. DOURKDAL. Abdelmalek: a.k.a. DRIDQAL. Abd-al-Malik: a.k.a. DROKDAL. 'Abd-al-Malik: a.k.a. DROKDAL. Abdelmalek: a.k.a. DROUGDEL. Abdelmalek: a.k.a. DROUKADAL. Abdelmalek: a.k.a. DROUKBEL. Abdelmalek: a.k.a. DROUKDAL. Abdel Malek: a.k.a. DROUKDEL. Abdelmalek: a.k.a. DROUKDEL. Abdelouadour: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. DURIKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah. Algeria: DOB 20 Apr 1970: POB Meftah. Algeria: alt. POB Khemis El Khechna. Algeria: nationality Algeria (individual) [SDGT] 12-04-07 ABDELOUADOUD. Abou Moussa: a.k.a. ABD AL-WADOUB. Abdou Moussa: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL-OUADOUD. Abi Mossaab: a.k.a. ABD-AL-WADUD. Abu-Mus'ab: a.k.a. ABDEL EL-WADOUD. Abou Moussaab: a.k.a. ABDEL WADOUD. Abou Mossab: a.k.a. ABDELMALEK. Drokdal: a.k.a. ABDELMALEK. Droukdel: a.k.a. ABDELOUADODUD. Abu Mussaab: a.k.a. ABDELOUADOUD. Abou Mossab: a.k.a. ABDELOUADOUD. Abou Moussab: a.k.a. ABDELOUADOUD. Abou Mus'ab: a.k.a. ABDELOUADOUDE. Abou Moussaab: a.k.a. ABDELOUADOUD. Abu Mus'ab: a.k.a. ABDELOUADOUDE. Abou Moussaab: a.k.a. ABDELWADOUD. Abou Mossab: a.k.a. ABKELWADOUD. Abou Mossab: a.k.a. ABOU MOSSAAB. Abdelwadoud: a.k.a. ABOU MOSSAAH. Abdelouadoud: a.k.a. ABOU MOSSAB. Abdelouadoud: a.k.a. ABU MUSAB. Abdelwadoud: a.k.a. DARDAKIL. Abdelmalek: a.k.a. DERDOUKAL. Abdelmalek: a.k.a. DEROUDEL. Abdel Malek: a.k.a. DOURKDAL. Abdelmalek: a.k.a. DRIDQAL. Abd-al-Malik: a.k.a. DROKDAL. 'Abd-al-Malik: a.k.a. DROKDAL. Abdelmalek: a.k.a. DROUGDEL. Abdelmalek: a.k.a. DROUKADAL. Abdelmalek: a.k.a. DROUKBEL. Abdelmalek: a.k.a. DROUKDAL. Abdel Malek: a.k.a. DROUKDEL. Abdelmalek: a.k.a. DROUKDEL. Abdelouadour: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah. Algeria: DOB 20 Apr 1970: POB Meftah. Algeria: alt. POB Khemis El Khechna. Algeria: nationality Algeria (individual) [SDGT] 12-04-07 ABDELOUADOUD. Abou Moussa: a.k.a. ABD AL-WADOUB. Abdou Moussa: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL OUADOUD. Abi Mossaab: a.k.a. ABD-AL-WADUD. Abu-Mus'ab: a.k.a. ABDEL EL-WADOUD. Abou Moussaab: a.k.a. ABDEL WADOUD. Abou Mossab: a.k.a. ABDELMALEK. Droukdal: a.k.a. ABDELMALEK. Droukdel: a.k.a. ABDELOUADODUD. Abu Mussaab: a.k.a. ABDELOUADOUD. Abou Mossab: a.k.a. ABDELOUADOUD. Abou Moussab: a.k.a. ABDELOUADOUD. Abou Mus'ab: a.k.a. ABDELOUADOUD. Abou Mus'ab: a.k.a. ABDELOUADOUDE. Abou Moussaab: a.k.a. ABDELWADOUD. Abou Mossab: a.k.a. ABKELWADOUD. Abou Mossab: a.k.a. ABOU MOSSAAB. Abdelwadoud: a.k.a. ABOU MOSSAAH. Abdelouadoud: a.k.a. ABOU MUSAB. Abdelwadoud: a.k.a. DARDAKIL. Abdelmalek: a.k.a. DERDOUKAL. Abdelmalek: a.k.a. DEROUDEL. Abdel Malek: a.k.a. DOURKDAL. Abdelmalek: a.k.a. DRIDQAL. Abd-al-Malik: a.k.a. DROKDAL. 'Abd-al-Malik: a.k.a. DROKDAL. Abdelmalek: a.k.a. DROUGDEL. Abdelmalek: a.k.a. DROUKADAL. Abdelmalek: a.k.a. DROUKBEL. Abdelmalek: a.k.a. DROUKDEL. Abdel Malek: a.k.a. DROUKDEL. Abdelmalek: a.k.a. DROUKDEL. Abdelouadour: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah. Algeria: DOB 20 Apr 1970: POB Meftah. Algeria: alt. POB Khemis El Khechna. Algeria: nationality Algeria (individual) [SDGT] 12-04-07

DROUKDAL. Abdelmalik: a.k.a. DROUKDEL. Abdel Malek: a.k.a. DROUKDEL. Abdelmalek: a.k.a. DROUKDEL. Abdelouadour: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. DURIKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah. Algeria: DOB 20 Apr 1970: POB Meftah. Algeria: alt. POB Khemis El Khechna. Algeria: nationality Algeria (individual) [SDGT] 12-04-07 ABDELOUADOUD. Abou Musab (a.k.a. ABD AL-WADOUB. Abdou Moussa: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL-OUADOUD. Abi Mossaab: a.k.a. ABD-AL-WADUD. Abu-Mus'ab: a.k.a. ABDEL EL-WADOUD. Abou Moussaab: a.k.a. ABDEL WADOUD. Abou Mossab: a.k.a. ABDELMALEK. Droukdel: a.k.a. ABDELMALEK. Droukdel: a.k.a. ABDELOUADODUD. Abu Mussaab: a.k.a. ABDELOUADOUD. Abi Mossaab: a.k.a. ABDELOUADOUD. Abou Mossab: a.k.a. ABDELOUADOUD. Abou Moussaab: a.k.a. ABDELOUADOUD. Abou Moussab: a.k.a. ABDELOUADOUD. Abou Mus'ab: a.k.a. ABDELOUADOUDE. Abou Moussaab: a.k.a. ABDELWADOUD. Abou Mussab: a.k.a. ABKELWADOUD. Abou Mossab: a.k.a. ABOU MOSSAAB. Abdelwadoud: a.k.a. ABOU MOSSAAH. Abdelouadoud: a.k.a. ABOU MOSSAB. Abdelouadoud: a.k.a. DARDAKIL. Abdelmalek: a.k.a. DERDOUKAL. Abdelmalek: a.k.a. DEROUDEL. Abdel Malek: a.k.a. DOURKDAL. Abdelmalek: a.k.a. DRIDQAL. Abd-al-Malik: a.k.a. DROKDAL. 'Abd-al-Malik: a.k.a. DROKDAL. Abdelmalek: a.k.a. DROUGDEL. Abdelmalek: a.k.a. DROUKADAL. Abdelmalek: a.k.a. DROUKBEL. Abdelmalek: a.k.a. DROUKDAL. Abdelmalik: a.k.a. DROUKDEL. Abdel Malek: a.k.a. DROUKDEL. Abdelmalek: a.k.a. DROUKDEL. Abdelouadour: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah. Algeria: DOB 20 Apr 1970: POB Meftah. Algeria: alt. POB Khemis El Khechna. Algeria: nationality Algeria (individual) [SDGT] 12-04-07 ABDELOUADOUD. Abou Mossab (a.k.a. ABD AL-WADOUB. Abdou Moussa: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL-OUADOUD. Abu-Mus'ab: a.k.a. ABDEL EL-WADOUD. Abou Moussaab: a.k.a. ABDEL WADOUD. Abou Mossab: a.k.a. ABDELMALEK. Drokdal: a.k.a. ABDELMALEK. Droukdel: a.k.a. ABDELOUADODUD. Abu Mussaab: a.k.a. ABDELOUADOUD. Abou Mossab: a.k.a. ABDELOUADOUD. Abou Moussab: a.k.a. ABDELOUADOUD. Abou Moussab: a.k.a. ABDELOUADOUD. Abou Mus'ab: a.k.a. ABDELOUADOUDE. Abou Moussaab: a.k.a. ABDELWADOUD. Abou Mossab: a.k.a. ABKELWADOUD. Abou Mossab: a.k.a. ABOU MOSSAAB. Abdelwadoud: a.k.a. ABOU MOSSAAH. Abdelouadoud: a.k.a. ABOU MOSSAB. Abdelouadoud: a.k.a. DARDAKIL. Abdelmalek: a.k.a. DERDOUKAL. Abdel Malek: a.k.a. DOURKDAL. Abdelmalek: a.k.a. DRIDQAL. Abd-al-Malik: a.k.a. DROKDAL. 'Abd-al-Malik: a.k.a. DROKDAL. Abdelmalek: a.k.a. DROUGDEL. Abdelmalek: a.k.a. DROUKADAL. Abdelmalek: a.k.a. DROUKBEL. Abdelmalek: a.k.a. DROUKDAL. Abdelmalek: a.k.a. DROUKDEL. Abdelmalek: a.k.a. DROUKDEL. Abdelouadour: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah. Algeria: DOB 20 Apr 1970: POB Meftah. Algeria: alt. POB Khemis El Khechna. Algeria: nationality Algeria (individual) [SDGT] 12-04-07 ABDELOUADOUD. Abu Mus'ab (a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL-WADOUD. Abu Moussab: a.k.a. ABD-AL-WADUD. Abu-Mus'ab: a.k.a. ABDEL WADOUD. Abou Moussaab: a.k.a. ABDELMALEK. Droukdal: a.k.a. ABDELMALEK. Droukdel: a.k.a. ABDELOUADOUD. Abu Mossaab: a.k.a. ABDELOUADOUD. Abou Mossab: a.k.a. ABDELOUADOUD. Abou Moussab: a.k.a. ABDELOUADOUD. Abou Moussab: a.k.a. ABDELOUADOUDE. Abou Moussab: a.k.a. ABDELOUADOUDE. Abou Moussab: a.k.a. ABDELWADOUD. Abou Mossab: a.k.a. ABKELWADOUD. Abou Mossab: a.k.a. ABOU MOSSAAB. Abdelwadoud: a.k.a. ABOU MOSSAB. Abdelouadoud: a.k.a. ABU MUSAB. Abdelwadoud: a.k.a. DARDAKIL. Abdelmalek: a.k.a. DERDOUKAL. Abdel Malek: a.k.a. DOURKDAL. Abdelmalek: a.k.a. DRIDQAL. Abd-al-Malik: a.k.a. DROKDAL. 'Abd-al-Malik: a.k.a. DROKDAL. Abdelmalek: a.k.a. DROUGDEL. Abdelmalek: a.k.a. DROUKADAL. Abdelmalek: a.k.a. DROUKBEL. Abdelmalek: a.k.a. DROUKDAL. Abdelmalek: a.k.a. DROUKDEL. Abdelmalek: a.k.a. DROUKDEL. Abdelouadour: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah. Algeria: DOB 20 Apr 1970. POB Meftah. Algeria: alt. POB Khemis El Khechna. Algeria: nationality Algeria (individual) [SDGT] 12-04-07 ABDELOUADOUD. Abou Moussaab (a.k.a. ABD AL-WADOUD. Abdou Moussa: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL OUADOUD. Abi Mossaab: a.k.a. ABD-AL-WADUD. Abu- Mus'ab: a.k.a. ABDEL WADOUD. Abou Moussaab: a.k.a. ABDELMALEK. Drokdal: a.k.a. ABDELOUADOUD. Abu Moussaab: a.k.a. ABDELOUADOUD. Abou Mossab: a.k.a. ABDELOUADOUD. Abou Moussab: a.k.a. ABDELOUADOUD. Abou Mus'ab: a.k.a. ABDELOUADOUD. Abou Moussab: a.k.a. ABDELWADOUD. Abou Mossab: a.k.a. ABKELWADOUD. Abou Mossab: a.k.a. ABOU MOSSAAB. Abdelwadoud: a.k.a. ABOU MOSSAB. Abdelouadoud: a.k.a. ABU MUSAB. Abdelwadoud: a.k.a. DARDAKIL. Abdelmalek: a.k.a. DERDOUKAL. DRIDQAL. Abd-al-Malik: a.k.a. DROKDAL. 'Abd-al-Malik: a.k.a. DROKDAL. Abdelmalek: a.k.a. DROUGDEL. Abdelmalek: a.k.a. DROUKADAL. Abdelmalek: a.k.a. DROUKBEL. Abdelmalek: a.k.a. DROUKDAL. Abdelmalek: a.k.a. DROUKDEL. Abdelouadour: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah.

Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07
ABDELOUADOUD, Abu Musab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADOUD, Abu Moussab; a.k.a. ABDELOUADOUD, Abi Moussab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABELWADOUD, Abou Mossab; a.k.a. ABELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07
ABDELRAZEK, Abousofian (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN", a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan  alt. POB Albaouga, Sudan; nationality Canada alt. Sudan; Passport BC166787 (Canada) (individual) [SDGT] 07-20-06
ABDELRAZIK, Abousfian Salman (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan  alt. POB Albaouga, Sudan; nationality Canada alt. Sudan; Passport BC166787 (Canada) (individual) [SDGT] 07-20-06
ABDELRAZIK, Abousofian (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan  alt. POB Albaouga, Sudan; nationality Canada alt. Sudan; Passport BC166787 (Canada) (individual) [SDGT] 07-20-06
ABDELRAZIK, Abousofiane (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL- RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 6 Aug 1962; POB Al-Bawgah, Sudan  alt. POB Albaouga, Sudan; nationality Canada alt. Sudan; Passport BC166787 (Canada) (individual) [SDGT] 07-20-06
ABDELWADOUD, Abou Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab, a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADOUD, Abu Moussab; a.k.a. ABDELOUADOUD, Abi Moussab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABELWADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABELWADOUD, Abou Mossab; a.k.a. ABELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07
ABDOLLAHI, Hamed (a.k.a. ABDULLAHI, Mustafa); DOB 11 Aug 1960; citizen Iran; Passport D9004878 (individual) [SDGT] [IRGC] 10-11-11
ABDRABBA, Ghoma (a.k.a. ABD'RABBAH, Ghuma; a.k.a. ABDURABBA, Ghunia; a.k.a. ABDRABBA, Ghunia; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 2 Sep 1957; POB Benghazi, Libya; nationality United Kingdom (individual) [SDGT]  12-06-06; 02-08-06

ABDRABBA, Ghunia (a.k.a. ABD'RABBAH, Ghuma; a.k.a. ABDURABBA, Ghunia; a.k.a. ABDRABBA, Ghoma; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 2 Sep 1957; POB Benghazi, Libya; nationality United Kingdom (individual) 12-06-06; 02-08-06
ABDUL RAHMAN (a.k.a. ATWAH, Muhsin Musa Matwalli; a.k.a. ABDEL RAHMAN; a.k.a. AL-MUHAJIR, Abdul Rahman; a.k.a. AL-NAMER, Mohammed K.A.), Afghanistan; DOB 19 Jun 1964; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01
ABDUL RAHMAN, Muhammad Jibril (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesangprahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 3 Dec 1979; alt. DOB 8 Aug 1980; alt. DOB 3 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; identification Number 2181558; National ID No. 3219222002.2181558; Passport S335026 (Indonesia) (individual) [SDGT] 8-16-11
ABDULLAH, Abdullah Ahmed (a.k.a. ABU MARIAM; a.k.a. AL-MASRI, Abu Mohamed; a.k.a. SALEH), Afghanistan; DOB 1963; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01
ABDULLAH, Amir (a.k.a. ABDULLAH SAHIB, Amir); DOB circa 1972; POB Paktika Province, Afghanistan (individual) [SDGT] 7-22-10
ABDULLAH, Mian (a.k.a. SHABBIR, Abu Saad; a.k.a. SHABIR, Abu Sa'ed; a.k.a. SHABIR, Abu Saed; a.k.a. "SHABIR, Ustad"); DOB 1973; alt. DOB 1972; From Bahawalpur, Punjab Province, Pakistan (individual) [SDGT] 11-24-10
ABDULLAH, Sheikh Taysir (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDGT] [SDGT] 09-24-01
ABDULLKADIR, Hussein Mahamud, Florence, Italy (individual) [SDGT] 11-07-01
ABDULRAHIM, Abdulbasit (a.k.a. ABDU BASSIR; a.k.a. ABDULLAH RAHIM, Abdul Basit Fadil; a.k.a. ABDU BASSIR; a.k.a. ABU BASIR; a.k.a. ADBULRAHIM MAHOUD, Abdulbasit Fadil; a.k.a. AL ZAWY, Abdel Bassit Fadil; a.k.a. AL-ZAWI, 'Abd Al-Basit Fadhil; a.k.a. AL-ZWAY, 'Abd Al-Basit Fadil; a.k.a. MANSOUR, Abdallah; a.k.a. MANSOUR, Abdullah; a.k.a. MANSUR, 'Abdallah), undetermined; DOB 2 Jul 1968; POB GDABIA, LIBYA; alt. POB Ajdabiyah, Libya; nationality United Kingdom (individual) [SDGT] 10-30-2008
ABDURABBA, Ghunia (a.k.a. ABDRABBA, Ghoma; a.k.a. ABD'RABBAH, Ghuma; a.k.a. ABDRABBA, Ghunia; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 2 Sep 1957; POB Benghazi, Libya; nationality United Kingdom (individual) [SDGT]  12-06-06; 02-08-06
ABDUREHMAN, Ahmed Mohammed (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01
ABDURRAHMAN, Mohamad Iqbal (a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; National ID No. 3603251708570001 (individual) [SDGT] 1-24-03, changed on 3-24-11
ABKELWADOUD, Abou Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Moussab; a.k.a. ABDELOUADOUD, Abi Moussab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07
ABO GHAITH, Sulaiman Jassem; DOB 14 Dec 1965; POB Kuwait (individual) [SDGT] 01-16-04
ABOU ANIS (a.k.a. SALEH AL-SAADI, Nassim Ben Mohamed Al-Cherif ben Mohamed), Via Monte Grappa 15, Arluno (Milan), Italy; DOB 30 Nov 1974; POB Haidra Al-Qasreen, Tunisia; nationality Tunisia; Passport M 788331 issued 28 Sep 2001 expires 27 Sep 2006; arrested 30 Sep 2002; (individual) [SDGT] 07-27-06; 10-18-05
ABOU DJARRAH (a.k.a. AL-TRABELSI, Mourad Ben Ali Ben Al-Basheer; a.k.a. TRABELSI, Mourad), Via Geromini 15, Cremona, Italy; DOB 20 May 1969; POB Menzel Temime, Tunisia; nationality Tunisia; Passport G 827238 issued 1 Jun 1996 expires 31 May 2001; arrested 1 Apr 2003; (individual) [SDGT] 10-18-05
ABOU MOSSAAB, Abdelwadoud (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD,

- 89 -

Abu Mussaab: a.k.a. ABDELOUADOUD. Abi Moussab: a.k.a. ABDELOUADOUD. Abou Mossaab: a.k.a. ABDELOUADOUD. Abou Moussaab: a.k.a. ABDELOUADOUD. Abou Mousaab: a.k.a. ABDELOUADOUD. Abu Mussab: a.k.a. ABDELOUADOUD. Abo Mussaab: a.k.a. Mus'ab: a.k.a. ABDELOUADOUD. Abu Mus'ab: a.k.a. ABDELWADOUD. Abou Mossab: a.k.a. ABKELWADOUD. Abou Mosaab: a.k.a. ABOU MOSSAAB. Abdelouedoud: a.k.a. ABU MOSSAB. Abdelouedoud: a.k.a. ABU MUSAB. Abdelwadoud: a.k.a. DARDAKIL. Abdelmalek: a.k.a. DERDOUKAL. Abdelmalek: a.k.a. DEROUDEL. Abdel Malek: a.k.a. DOURKDAL. Abdelmalek: a.k.a. DRIDQAL. Abd-al- Malik: a.k.a. DROKDAL. 'Abd-al-Malik: a.k.a. DROKDAL. Abdelmalek: a.k.a. DROUGDEL. Abdelmalek: a.k.a. DROUKADAL. Abdelmalek: a.k.a. DROUKBEL. Abdelmalek: a.k.a. DROUKDAL. Abdelmalek: a.k.a. DROUKDAL. Abdelmalik: a.k.a. DROUKDEL. Abdel Malek: a.k.a. DROUKDEL. Abdelmalek: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. DURIKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah. Algeria: DOB 20 Apr 1970: POB Khemis El Khechna. Algeria: nationality Algeria (individual) [SDGT] 12-04-07

ABOU MOSSAAB. Abdelouedoud (a.k.a. ABD AL-WADOUB. Abdou Moussa: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL-OUADOUD. Abi Mossaab: a.k.a. ABD-AL-WADUD. Abu-Mus'ab: a.k.a. ABDEL EL-WADOUD. Abou Mossaab: a.k.a. ABDEL WADOUD. Abou Mossaab: a.k.a. ABDEL WADOUD. Abou Moussaab: a.k.a. ABDELMALEK. Drokdal: a.k.a. ABDELMALEK. Droukdel: a.k.a. ABDELOUADOUD. Abu Mussaab: a.k.a. ABDELOUADOUD. Abi Mousaab: a.k.a. ABDELOUADOUD. Abou Mossaab: a.k.a. ABDELOUADOUD. Abou Moussaab: a.k.a. ABDELOUADOUD. Abou Mousaab: a.k.a. ABDELOUADOUD. Abu Mussab: a.k.a. ABDELOUADOUD. Abo Mussaab: a.k.a. ABDELOUADOUDE. Abou Moussaab: a.k.a. ABDELOUADOUD. Abu Mus'ab: a.k.a. ABDELOUADOUDE. Abou Moussaabi: a.k.a. ABDELOUADOUD. Abu Mussab: a.k.a. ABDELWADOUD. Abou Mossaab: a.k.a. ABKELWADOUD. Abou Mosaab: a.k.a. ABOU MOSSAAB. Abdelouedoud: a.k.a. ABOU MUSAB. Abdelwadoud: a.k.a. DARDAKIL. Abdelmalek: a.k.a. DERDOUKAL. Abdelmalek: a.k.a. DEROUDEL. Abdel Malek: a.k.a. DOURKDAL. Abdelmalek: a.k.a. DRIDQAL. Abd-al- Malik: a.k.a. DROKDAL. 'Abd-al-Malik: a.k.a. DROKDAL. Abdelmalek: a.k.a. DROUGDEL. Abdelmalek: a.k.a. DROUKADAL. Abdelmalek: a.k.a. DROUKBEL. Abdelmalek: a.k.a. DROUKDAL. Abdelmalek: a.k.a. DROUKDAL. Abdelmalik: a.k.a. DROUKDEL. Abdel Malek: a.k.a. DROUKDEL. Abdelouadour: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. DURIKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah. Algeria: DOB 20 Apr 1970: POB Meftah. Algeria: alt. POB Khemis El Khechna. Algeria: nationality Algeria (individual) [SDGT] 12-04-07

ABOU SALMAN (a.k.a. AL-CHERIF. Said Ben Abdelhakim Ben Omar: a.k.a. BEN ABDELHAKIM. Cherif Said: a.k.a. "DJALLAL": a.k.a. "YOUCEF"). Corso Lodi 59. Milan. Italy: DOB 25 Jan 1970: POB Menzel Temine. Tunisia: nationality Tunisia: Passport M307968 issued 8 Sep 2001 expires 7 Sep 2006: arrested 30 Sep 2002: (individual) [SDGT] 10-18-05

ABOU SHAWEESH. Yasser Mohamed (a.k.a. ABU SHAWEESH. Yasser Mohamed Ismail: a.k.a. SHAWEESH. Yasser Abu). Meckennheimer Str. 74a. Bonn 53179. Germany: Wuppertal Prison. Germany: DOB 20 Nov 1973: POB Benghazi. Libya: Passport 981358 (Egypt). alt. Passport 0003213 (Egypt): Travel Document Number C00071659 (Germany): alt. Travel Document Number 939254 (Egypt) (individual) [SDGT] 12-05-05

ABOU ZEINAB (a.k.a. SAYADI. Nabil Abdul Salam). 69 Rue des Bataves. 1040 Etterbeek. Brussels. Belgium: Vaatjesstraat 29. 2580 Putte. Belgium: DOB 01 Jan 1966: POB Tripoli. Lebanon: National No. 660000 73767 (Belgium): Public Security and Immigration No. 98 805: Passport No. 1091875 (Lebanon) (individual) [SDGT] 01-22-03

ABU ABDALLAH (a.k.a. AL-IRAQI. Abd al-Hadi: a.k.a. AL-IRAQI. Abdal al-Hadi) (individual) [SDGT] 09-24-01

ABU AL-GHADIYA (a.k.a. DARWISH. Sulayman Khalid). Syria: DOB 1976: alt. DOB circa 1974: POB outside Damascus. Syria: Passport No. 3936712 (Syria): alt. Passport No. 11012 (Syria): nationality Syrian (individual) [SDGT] 01-25-05

ABU AL-KHAYR. Ahmed Hasan (a.k.a. ABU AL-RAHMAN. Abdullah Muhammad Rajab): DOB 3 Nov 1957: POB Kafr al-Shaykh: nationality Egypt (individual) [SDGT] 09-29-05

ABU AMIR (a.k.a. SALEH ABU HUSSEIN. Abdul Latif A.A.: a.k.a. SALEH. Abdul Latif A.A.: a.k.a. SALEH. Abdyl Latif: a.k.a. SALEH. Dr. Abd al-Latif: a.k.a. SALEH. Dr. Abdul Latif: a.k.a. SALIH. Abd al- Latif). United Arab Emirates: DOB 5 Mar 1957: POB Baghdad. Iraq: citizen Jordan: alt. Passport D366 871 (Jordan) (individual) [SDGT] 09-19-05

ABU BAKR. Ibrahim Ali Muhammad (a.k.a. AL-LIBI. Abd al-Muhsin: a.k.a. SABRI. Abdel Ilah: a.k.a. TANTOUCHE. Ibrahim Abubaker: a.k.a. TANTOUSH. Ibrahim Abubaker: a.k.a. TANTOUSH. Ibrahim Ali Abu Bakr: a.k.a. "ABD AL-MUHSI": a.k.a.

"ABD AL-RAHMAN": a.k.a. "ABU ANAS". DOB 1966: alt. DOB 27 Oct 1969: nationality Libya: Passport 203037 (Libya) (individual) [SDGT] 07-27-06; 01-09-02

ABU DHESS. Mohamed (a.k.a. "Abu Ali": a.k.a. HASSAN. Yaser). "last known address." Holdenweg 76. 45143. Essen. Germany: DOB 1 Feb 1966: POB Hashmija. Iraq: nationality possibly Palestinian: arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

ABU FATIMA (a.k.a. ALI. Ahmed Mohammed Hamed: a.k.a. ABDUREHMAN. Ahmed Mohammed: a.k.a. ABU ISLAM: a.k.a. ABU KHADIIJAH: a.k.a. AHMED HAMED: a.k.a. Ahmed The Egyptian: a.k.a. AHMED. Ahmed: a.k.a. AL-MASRI. Ahmad: a.k.a. AL-SURIR. Abu Islam: a.k.a. ALI. Ahmed Mohammed: a.k.a. ALI. Hamed: a.k.a. HEMED. Ahmed: a.k.a. SHIEB. Ahmed: a.k.a. SHUAIB). Afghanistan: DOB 1965: POB Egypt: citizen Egypt (individual) [SDGT] 10-12-01

ABU GHAZALA. Muhammad Hisham Muhammad Ismail (a.k.a. ABU LAYTH. Mansur: a.k.a. ABU SUWAYWIN. 'Ali 'Abd Al-Rahman: a.k.a. ABU-GHAZALAH. Muhammad Hisham Isma'il: a.k.a. ABU-GHAZALAH. Muhammad Hisham Muhammad: a.k.a. AL-FILISTINI. Abu Layth: a.k.a. ISMA'IL. 'Ali 'Abd Al-Rahman: a.k.a. "ABU GHAZALA": a.k.a. "ABU GHAZALEH"): nationality Jordan: National ID No. 9621014947 (Jordan) (individual) [SDGT] 9-22-11

ABU HAFS (a.k.a. AL-MASRI. Abu Hafs: a.k.a. ABDULLAH. Sheikh Taysir: a.k.a. ABU SITTA. Subhi: a.k.a. ATIF. Muhammd: a.k.a. ATIF. Mohamed: a.k.a. ATIF. Muhammad: a.k.a. EL KHABIR. Abu Hafs el Masry: a.k.a. TAYSIR): DOB 1951: Alt. DOB 1956: Alt. DOB 1944: POB Alexandria. Egypt (individual) [SDT] [SDGT] 09-24-01

ABU HAFS THE MAURITANIAN (a.k.a. AL-SHANQITI. Khalid: a.k.a. AL-WALID. Mafouz Walad: a.k.a. AL-WALID. Mahfouz Ould): DOB 1 JAN 75 (individual) [SDGT] 05-22-07; 12-24-01

ABU ISLAM (a.k.a. ALI. Ahmed Mohammed Hamed: a.k.a. ABDUREHMAN. Ahmed Mohammed: a.k.a. ABU FATIMA: a.k.a. ABU KHADIIJAH: a.k.a. AHMED HAMED: a.k.a. Ahmed The Egyptian: a.k.a. AHMED. Ahmed: a.k.a. AL-MASRI. Ahmad: a.k.a. AL-SURIR. Abu Islam: a.k.a. ALI. Ahmed Mohammed: a.k.a. ALI. Hamed: a.k.a. HEMED. Ahmed: a.k.a. SHIEB. Ahmed: a.k.a. SHUAIB). Afghanistan: DOB 1965: POB Egypt: citizen Egypt (individual) [SDGT] 10-12-01

ABU ISMAIL (a.k.a. ABU UMAR. Abu Omar: a.k.a. AL-FILISTINI. Abu Qatada: a.k.a. TAKFIRI. Abu 'Umr: a.k.a. UMAR. Abu Omar: a.k.a. UTHMAN. Ali-Samman: a.k.a. UTHMAN. Omar Mahmoud: a.k.a. UTHMAN. Umar). London. England: DOB 30 Dec 1960: alt. DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

ABU KATADA (a.k.a. EL BOUHALI. Ahmed). vicolo S. Rocco. n. 10 - Casalbuttano. Cremona. Italy: DOB 31 May 1963: POB Sidi Kacem. Morocco: nationality Morocco: Italian Fiscal Code LBHHMD63E31Z330M (individual) [SDGT] 08-01-08

ABU KHADIIJAH (a.k.a. ALI. Ahmed Mohammed Hamed: a.k.a. ABDUREHMAN. Ahmed Mohammed: a.k.a. ABU FATIMA: a.k.a. ABU ISLAM: a.k.a. AHMED HAMED: a.k.a. Ahmed The Egyptian: a.k.a. AHMED. Ahmed: a.k.a. AL-MASRI. Ahmad: a.k.a. AL-SURIR. Abu Islam: a.k.a. ALI. Ahmed Mohammed: a.k.a. ALI. Hamed: a.k.a. HEMED. Ahmed: a.k.a. SHIEB. Ahmed: a.k.a. SHUAIB). Afghanistan: DOB 1965: POB Egypt: citizen Egypt (individual) [SDGT] 10-12-01

ABU MAJID SAMIYAH (a.k.a. ABU SAMIA: a.k.a. AL-FADHLI. Muhsin: a.k.a. AL-FADHLI. Muhsin Fadhil 'Ayyid: a.k.a. AL-FADHLI. Muhsin Fadil Ayid Ashur). Block Four. Street 13. House #179. Kuwait City. Al-Riqqa area. Kuwait: DOB 24 Apr 1981: passport no. 106261543 (Kuwait) (individual) [SDGT] 02-15-05

ABU MARIAM (a.k.a. ABDULLAH. Abdullah Ahmed: a.k.a. AL-MASRI. Abu Mohamed: a.k.a. SALEH). Afghanistan: DOB 1963: POB Egypt: citizen Egypt (individual) [SDGT] 10-12-01

ABU MARZOOK. Mousa Mohammed (a.k.a. ABU-MARZUQ. Dr. Musa: a.k.a. ABU-MARZUQ. Sa'id: a.k.a. ABU-'UMAR: a.k.a. MARZOOK. Mousa Mohamed Abou: a.k.a. MARZOUK. Musa Abu: a.k.a. MARZUK. Musa Abu). Leader in Amman. Jordan and Damascus. Syria for HAMAS: DOB 09 Feb 1951: POB Gaza. Egypt: SSN 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 (U.S.A.): Passport No. 92/664 (Egypt) (individual) [SDT] also listed as [SDGT] 08-21-03

ABU MUAMAR (a.k.a. "Abu Seta": a.k.a. "Mahmud": a.k.a. MOCHTAR. Yasin Mahmud: a.k.a. MUBAROK. Muhamed: a.k.a. SYAWAL. Muhammad: a.k.a. SYAWAL. Yassin: a.k.a. YASIR. Abdul Hadi: a.k.a. YASIN. Salim): DOB c. 1972: nationality Indonesian (individual) [SDGT] 09-05-03

ABU MUKTAR (a.k.a. JANJALANI. Khadafi Abubakar: a.k.a. JANJALANI. Khadafy: a.k.a. JANJALANI. Khaddafy Abubakar): DOB 3 Mar 1975: POB Isabela. Basilan. Philippines: nationality Philippines (individual) [SDGT] 12-17-04

ABU MUSAB. Abdelwadoud (a.k.a. ABD AL-WADOUB. Abdou Moussa: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL OUADOUD. Abou Moussab: a.k.a. ABD EL-OUADOUD. Abi Mossaab: a.k.a. ABD-AL-WADUD. Abu-Mus'ab: a.k.a. ABDEL EL-WADOUD. Abou Mossaab: a.k.a. ABDEL WADOUD. Abou Mossaab: a.k.a. ABDEL WADOUD. Abou Moussaab: a.k.a. ABDELMALEK. Droukdel: a.k.a. ABDELMALEK. Droukdel: a.k.a. ABDELOUADOUD. Abu Mussaab: a.k.a. ABDELOUADOUD. Abi Mousaab: a.k.a. ABDELOUADOUD. Abou Mossaab: a.k.a. ABDELOUADOUD. Abou Moussaab: a.k.a. ABDELOUADOUD. Abou Mousaab: a.k.a. ABDELOUADOUD. Abu Mussab: a.k.a. ABDELOUADOUD. Abo Mussaab: a.k.a. ABDELOUADOUDE. Abou Moussaab: a.k.a. ABDELOUADOUD. Abu Mus'ab: a.k.a. ABDELWADOUD. Abou Mossaab: a.k.a. ABKELWADOUD. Abou Mosaab: a.k.a. ABOU MOSSAAB. Abdelwadoud: a.k.a. ABOU MOSSAAB. Abdelwadoud: a.k.a. ABOU MUSAB. Abdelwadoud: a.k.a. DARDAKIL. Abdelmalek: a.k.a. DERDOUKAL. Abdel Malek: a.k.a. DOURKDAL. Abdelmalek: a.k.a. DRIDQAL. Abd-al- Malik: a.k.a. DROKDAL. 'Abd-al-Malik: a.k.a. DROKDAL. Abdelmalek: a.k.a. DROUGDEL. Abdelmalek: a.k.a. DROUKADAL. Abdelmalek: a.k.a. DROUKBEL. Abdelmalek: a.k.a. DROUKDAL. Abdelmalik: a.k.a. DROUKDEL. Abdel Malek: a.k.a. DROUKDEL. Abdelouadour: a.k.a. DRUKDAL. 'Abd al-Malik: a.k.a. DURIKDAL. 'Abd al-Malik: a.k.a. OUDOUD. Abu Musab: a.k.a. "ABDELWADOUD. Abou"). Meftah. Algeria: DOB 20 Apr 1970: POB Khemis El Khechna. Algeria: nationality Algeria (individual) [SDGT] 12-04-07

ABU OMRAN (a.k.a. AL-MUGHASSIL. Ahmad Ibrahim: a.k.a. AL-MUGHASSIL. Ahmed Ibrahim): DOB 26 Jun 1967: POB Qatif-Bab al Shamal. Saudi Arabia: citizen Saudi Arabia (individual) [SDGT] 10-12-01

ABU SAMIA (a.k.a. ABU MAJID SAMIYAH: a.k.a. AL-FADHLI. Muhsin: a.k.a. AL-FADHLI. Muhsin Fadhil 'Ayyid: a.k.a. AL-FADHLI. Muhsin Fadil Ayid Ashur). Block Four. Street 13. House #179. Kuwait City. Al-Riqqa area. Kuwait: DOB 24 Apr 1981: passport no. 106261543 (Kuwait) (individual) [SDGT] 02-15-05

ABU SHAWEESH. Yasser Mohamed Ismail (a.k.a. ABOU SHAWEESH. Yasser Mohamed: a.k.a. SHAWEESH. Yasser Abu). Meckennheimer Str. 74a. Bonn 53179.

Germany; Wuppertal Prison, Germany; DOB 20 Nov 1973; POB Benghazi, Libya; Passport 981358 (Egypt); alt. Passport 0003213 (Egypt); Travel Document Number C00071659 (Germany); alt. Travel Document Number 939254 (Egypt) (individual) [SDGT] 12-05-05

ABU SITTA, Subhi (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01
ABU THORIQ (a.k.a. RUSDAN, Abu; a.k.a. RUSDJAN; a.k.a. RUSJAN; a.k.a. RUSYDAN; a.k.a. THORIQUDDIN; a.k.a. THORIQUIDDIN; a.k.a. THORIQUIDIN; a.k.a. TORIQUDDIN); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia (individual) [SDGT] 05-12-05

ABU UMAR, Abu Omar (a.k.a. ABU ISMAIL; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

ABU UTHMAN (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL- FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL- FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Sa'd), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

ABU ZUBAIDA (a.k.a. ABU ZUBAYDAH; a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a. HUSAIN, Zain Al- Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammed; a.k.a. TARIQ); DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT] 05-22-07; 09-24-01

ABU ZUBAYDAH (a.k.a. ABU ZUBAIDA; a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a. HUSAIN, Zain Al- Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammed; a.k.a. TARIQ); DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT] 05-22-07; 09-24-01

ABU ZUBEIDAH, Zeinulabideen Muhammed Husein (a.k.a. ABU ZUBAIDA; a.k.a. ABU ZUBAYDAH; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammed; a.k.a. TARIQ); DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT] 05-22-07

ABU-'UMAR (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. MARZOUK, Musa Abu; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 09 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) (individual) [SDT] also listed as [SDGT] 08-21-03
ABU-AL-KHAYR, Muhammad Abdallah Hasan (a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL- HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL- MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; National ID No. 1006010555 (Saudi Arabia); Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000 (individual) [SDGT] 8-24-10
ABU-MARZUQ, Dr. Musa (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU- MARZUQ, Sa'id; a.k.a. ABU-'UMAR; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 09 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) (individual) [SDT] also listed as [SDGT] 08-21-03
ABU-MARZUQ, Sa'id (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU- MARZUQ, Dr. Musa; a.k.a. ABU-'UMAR; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 09 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) (individual) [SDT] also listed as [SDGT] 08-21-03

ACHOUR, Ali (a.k.a. AIDER, Farid), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; DOB 12 Oct 1964; POB Algiers, Algeria; Italian Fiscal Code: DRAFRD64M12Z301C (individual) [SDGT] 03-18-04

ADBALLAH, Fazul (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01
AFRIDI, Amanullah (a.k.a. GUL, Muhammad Aman; a.k.a. ULLAH, Aman; a.k.a. URS, Amanullah; a.k.a. "MUFTI ILYAS"), Frontier Region Kohat, Pakistan; DOB 1973; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; alt. DOB 1971; alt. DOB 1972; alt. DOB 1974; alt. DOB 1975 (individual) [SDGT] 12-2-10

AGHA, Ahmad Zia (a.k.a. AGHA SAYEED, Sia; a.k.a. AGHA, Zia; a.k.a. AHMAD, Noor; a.k.a. AHMED, Noor); DOB 1974; POB Maiwand District, Qandahar Province, Afghanistan; Hajj (individual) [SDGT] 8-21-11

AGHA, Haji Abdul Manan (a.k.a. SAIYID, Abd Al-Man'am), Pakistan (individual) [SDGT] 10-12-01

AH HAQ, Dr. Amin (a.k.a. AL-HAQ, Amin; a.k.a. AMIN, Muhammad; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT] 10-12-01
AHCENE, Cheib (a.k.a. ABDELHAY, al-Sheikh; a.k.a. ALLANE, Hacene; a.k.a. "Abu al-Foutouh;" a.k.a. "Boulahia;" a.k.a. "Hassan the Old"), DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT] 04-30-04

AHMAD, Abu Bakr (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K., a.k.a. AHMED, Ahmed Khalfan; a.k.a. ALI, Ahmed; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Khalfan

Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMAD, Farhad Kanabi (a.k.a. HAMAWANDI, Kawa; a.k.a. OMAR ACHMED, Kaua), Lochhamer Str. 115, Munich 81477, Germany; Kempten Prison, Germany; DOB 1 Jul 1971; POB Arbil, Iraq; nationality Iraq; Travel Document Number A0139243 (Germany) (individual) [SDGT] 07-27-06; 12-05-05
AHMAD, Mufti Rasheed (a.k.a. LADEHYANOY, Mufti Rashid Ahmad; a.k.a. LUDHIANVI, Mufti Rashid Ahmad; a.k.a. WADEHYANOY, Mufti Rashid Ahmad), Karachi, Pakistan (individual) [SDGT] 10-12-01
AHMAD, Mustafa Muhammad (a.k.a. SAI'ID, Shaykh); POB Egypt (individual) [SDGT] 09-24-01

AHMAD, Najmuddin Faraj (a.k.a. FARRAJ, Fateh Najm Eddine; a.k.a. KREKAR, Mullah; a.k.a. NAJMUDDIN, Faraj Ahmad), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 7 Jul 1956; alt. DOB 17 Jun 1963; POB Olaqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq (individual) [SDGT] 12-07-06
AHMAD, Tariq Anwar al-Sayyid (a.k.a. FARRAG, Hamdi Ahmad; a.k.a. FATHI, Amr Al-Fatih); DOB 15 Mar 63; POB Alexandria, Egypt (individual) [SDGT] 09-24-01
AHMAD, Zaki Izzat Zaki; DOB 21 Apr 1960; POB Sharqiyah, Egypt; nationality Egypt (individual) [SDGT] 09-29-05

AHMED HAMED (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIJAH; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AHMED NACER, Yacine (a.k.a. YACINE DI ANNABA), Rue Mohamed Khemisti, 6, Annaba, Algeria; Via Genova, 121, Naples, Italy; Vicolo Duchessa, 16, Naples, Italy; DOB 2 Dec 1967; POB Annaba, Algeria (individual) [SDGT] 03-18-04
Ahmed The Egyptian (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIJAH; a.k.a. AHMED HAMED; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

Ahmed the Tall (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

AHMED, A. (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. ALI, Ahmed; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMED, Abubakar (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. ALI, Ahmed; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMED, Abubakar K. (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. ALI, Ahmed; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMED, Abubakary K. (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Ahmed Khalfan; a.k.a. ALI, Ahmed; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHLFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMED, Abubakary K. (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. Abubakar Khalfan; a.k.a. AHMED, Ahmed Khalfan; a.k.a. ALI, Ahmed; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHLFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMED, Ahmed (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AL-MASRI, Ahmad; a.k.a.

- 91 -

AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AHMED, Ahmed Khalfan (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN"; a.k.a. "FOOPIE"; a.k.a. "FUPI"; a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-07

AHMED, Saeed (a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Ali Hashim; a.k.a. MURAD, Abdul Hakim Hasim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

AIADI, Ben Muhammad (a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, England; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT] 10-12-01

AIADY, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AYADI CHAFIK, Bn Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, England; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT] 10-12-01

AIDER, Farid (a.k.a. ACHOUR, Ali), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; DOB 12 Oct 1964; POB Algiers, Algeria; Italian Fiscal Code: DRAFRD64R12Z301C (individual) [SDGT] 03-18-04

AISHA, Abu (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul, a.k.a. ADBALLAH, Fazul; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

AKHUND, Mohammad Aman (a.k.a. AMAN, Mohammed; a.k.a. NOORZAI, Mullah Mad Aman Ustad; a.k.a. OMAN, Mullah Mohammed; a.k.a. "SANAULLAH"); DOB 1970; POB Bande Tumur Village, Maiwand District, Qandahar Province, Afghanistan (individual) [SDGT] 8-21-11

AKLI, Mohamed Amine (a.k.a "Elias;" a.k.a. "Kali Sami"; a.k.a. "Killech Shamir") DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria (individual) [SDGT] 06-06-03

AKMAN, Saeed (a.k.a. AHMED, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Ali Hashim; a.k.a. MURAD, Abdul Hakim Hasim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

AL BATHALI, Mubarak Mishkhis Sanad (a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 1 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT] 12-07-06

AL BUTHI, Soliman H.S. (a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 8 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 5 May 2001 expires 11 Mar 2006 (individual) [SDGT] 05-22-07

AL FAQIH, Saad (a.k.a. ABU UTHMAN; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL - FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL- FAQIH, Saad Rashed Mohammed; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Sa'd), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 12 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

AL FAWAZ, Khalid Abdulrahman H. (a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaied A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khalid; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 6 Nov 1990 expires 13 Sep 1995 (individual) [SDGT] 5-22-07

AL FAWWAZ, Khaled (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL-FAWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khalid; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 6 Nov 1990 expires 13 Sep 1995 (individual) [SDGT] 5-22-07; 4-19-02

AL FAWWAZ, Khalid (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 6 Nov 1990 expires 13 Sep 1995 (individual) [SDGT] 5-22-07; 4-19-02

AL GHABRA, Mohammed, East London, United Kingdom; DOB 1 Jun 1980; POB Damascus, Syria; nationality United Kingdom; Passport 094629366 (United Kingdom) (individual) [SDGT] 12-19-06

AL KURD, Ahmed (a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Muberak; a.k.a. ALKURD, Ahmad, a.k.a. AL-KURD, Ahmad Harb, a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1961; POB Deir Al-Balah, Gaza (individual) [SDGT] 08-07-07

AL MASRI, Abd Al Wakil (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL,

Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; alt. citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

AL MAZIDIH, Akram Turki Hishan (a.k.a. AL-HISHAN, Akram Turki; a.k.a. AL-MAZIDIH, Akram Turki Hishan; a.k.a. "ABU AKRAM"; a.k.a. "ABU JARRAH"), Zabedani, Syria; DOB 1974; alt. DOB 1975; alt. DOB 1979 (individual) [SDGT] 02-28-08

AL MAZIDIH, Badran Turki Hishan (a.k.a. ABU GHADIYAH; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"), Zabedani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT] 02-28-08

AL MAZIDIH, Ghazy Fezza Hishan (a.k.a. AL-HISHAN, Ghazy Fezzaa; a.k.a. "ABU FAYSAL"; a.k.a. "ABU GHAZZY"; a.k.a. "SHLASH, Mushari Abd Aziz Saleh"), Zabedani, Syria; DOB 1974; alt. DOB 1975 (individual) [SDGT] 02-28-08

AL MOJIL, Abdulhamid Sulaiman M. (a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL- MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; citizen Saudi Arabia; nationality Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT] 05-22-07

AL MU'JIL, Abd al-Hamid Sulaiman (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL-MU'AJJAL, Dr. Abd Al- Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL- MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; citizen Saudi Arabia; nationality Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT] 05-22-07; 08-03-06

AL MUJAL, Dr. Abd al-Hamid (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL- MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; citizen Saudi Arabia; nationality Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT] 05-22-07; 08-03-06

AL NAJI, Abu Al Bara'a (a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TAALHI, Abd Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07

AL SUDANI, Abu Seif (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul, a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

AL TAHI, Abdulrahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TAALHI, Abd Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07

AL TAHLI, Abd Al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL-TAALHI, Abd Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07

AL TANZANI, Ahmad (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN"; a.k.a. "FOOPIE"; a.k.a. "FUPI"; a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AL ZAFIRI, Khalil Ibrahim (a.k.a. JASSEM, Khalil Ibrahim; a.k.a. KHALIL, Ibrahim Mohamed; a.k.a. MOHAMMAD, Khalil Ibrahim), Pankratiusstrasse 44, Mainz 55118, Germany; Frankenthal Prison, Germany; DOB 2 Jul 1975; alt. DOB 2 May 1972; alt. DOB 3 Jul 1975; alt. DOB 1972; POB Mosul, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Travel Document Number A0003900 (Germany) (individual) [SDGT] 12-05-05

AL ZAWAHIRI, Dr Ayman (a.k.a. AL-ZAWAHIRI, Aiman Muhammad Rabi; a.k.a. AL-ZAWAHIRI, Ayman; a.k.a. SALIM, Ahmad Fuad), Operational and Military Leader of JIHAD GROUP; DOB 19 Jun 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt), Alt. No. 19820215 (individual) [SDGT] [SDGT] 09-24-01

AL-'ADIL, Seif (a.k.a. AL-ADL, Seyf); DOB 1963; POB Egypt (individual) [SDGT] 09-24-01

AL-'ALI, Hamed (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-'ALI, Hamid bin Abdallah Ahmad; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT] 12-07-06

AL-'ALI, Hamed bin 'Abdallah (a.k.a. AL-'ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT] 12-07-06

AL-'ALI, Hamid 'Abdallah (a.k.a. AL-'ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT] 12-07-06

AL-'ALI, Hamid 'Abdallah Ahmad (a.k.a. AL-'ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT] 12-07-06

AL-ADL, Sayf (a.k.a. AL-'ADIL, Saif); DOB 1963; POB Egypt (individual) [SDGT] 09-24-01

AL-AHDAL, Mohammed Hamdi Sadiq (a.k.a. AL-HAMATI, Muhammad; a.k.a. AL-MAKKI, Abu Asim), Yemen (individual) [SDGT] 10-12-01

AL-'AJMI, 'Ali Hasan 'Ali (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Passport 002981367 (Kuwait) (individual) [SDGT] 7-28-11

AL-ALAMI, Imad Khalil; DOB 1956; POB Gaza (individual) [SDGT] 08-21-03

AL-ALI, Dr. Hamed Abdullah (a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT] 12-07-06

AL-ALI, Hamid (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT] 12-07-06

AL-ALI, Hamid bin Abdallah Ahmed (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT] 12-07-06

AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi (a.k.a. AMDOUNI, Mehrez; a.k.a. FUSCO, Fabio; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; POB Tunis, Tunisia; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) [SDGT] 10-18-05; 06-06-03

AL-AMRIKI, Abu-Ahmad (a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M.; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, U.S.A.; SSN: 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 (USA) (individual) [SDGT] 10-12-01

ALAQEEL, Aqeel Abdulaziz A. (a.k.a. AL-AQIL, Aqeel Abdulaziz; a.k.a. AL-AQIL, Aqeel Abdulaziz Aqeell); DOB 29 Apr 1949; POB Unaizah, Saudi Arabia; nationality Saudi Arabia; Passport C 1415363 - 16/2/1421H issued 21 May 2000; alt. Passport E 839024 issued 3 Jan 2004 expires 8 Nov 2008 (individual) [SDGT] 05-22-07

AL-AQIL, Aqeel Abdulaziz (a.k.a. ALAQEEL, Aqeel Abdulaziz A.; a.k.a. AL-AQIL, Aqeel Abdulaziz Aqeell); DOB 29 Apr 1949; POB Unaizah, Saudi Arabia; nationality Saudi Arabia; Passport C 1415363 - 16/2/1421H issued 21 May 2000; alt. Passport E 839024 issued 3 Jan 2004 expires 8 Nov 2008 (individual) [SDGT] 05-22-07

AL-AQIL, Aqeel Abdulaziz Aqeell (a.k.a. ALAQEEL, Aqeel Abdulaziz A.; a.k.a. AL-AQIL, Aqeel Abdulaziz); DOB 29 Apr 1949; POB Unaizah, Saudi Arabia; nationality Saudi Arabia; Passport C 1415363 - 16/2/1421H issued 21 May 2000; alt. Passport E 839024 issued 3 Jan 2004 expires 8 Nov 2008 (individual) [SDGT] 05-22-07

AL-ASIRI, Ibrahim Hassan Tali (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; National ID No. 1028745097 (Saudi Arabia), Passport F654645 issued 30 Apr 2005; Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice. File no. 2009/52/OS/CCC (individual) [SDGT] 3-24-11

AL-AULAQI, Anwar (a.k.a. AL-AWLAKI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasser Abdulla; a.k.a. AULAQI, Anwar Nasswer); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen (individual) [SDGT] 7-16-10

AL-AYARI, Chiheb Ben Mohamed Ben Mokhtar (a.k.a. AYARI, Chiheb Ben Mohamed; a.k.a. "HICHEM ABU HCHEM"), Via di Saliceto n.51/9, Bologna, Italy; DOB 19 Dec 1965; POB Tunis, Tunisia; nationality Tunisia; Passport L246084 issued 10 Jun 1996 expires 9 Jun 2001 (individual) [SDGT] 10-18-05

AL-BAAZAOUI, Mondher Ben Mohsen Ben Ali (a.k.a. BAAZAOUI, Mondher; a.k.a. "HAMZA"), Via di Saliceto n.51/9, Bologna, Italy; DOB 18 Mar 1967; POB Kairouan, Tunisia; nationality Tunisia; Passport K602878 issued 5 Nov 1993 expires 9 Jun 2001 (individual) [SDGT] 10-18-05

AL-BADHALI, Mubarak Mishkhis Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 1 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT] 12-07-06

AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali (a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq (individual) [SDGT] 10-4-11

AL-BAHTIYTI, Muhammad Rab'a al-Sayid (a.k.a. AL-BAHTITI, Muhammad Mahmud; a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-HATITI, Muhammad Rabi' el-Sa'id; a.k.a. AL-MASRI, Abu Dujana); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt [SDGT] 1-16-09

ALBASHIR, Mohammed (a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD";

a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT] 02-08-06

AL-BASHIR, Muhammad (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL- KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT] 02-08-06

AL-BATAHAI, Soliman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 8 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 5 May 2001 expires 11 Mar 2006 (individual) [SDGT] 05-22-07; 09-09-04

AL-BATHALI, Mubarak (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 1 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT] 12-07-06

AL-BATHALI, Mubarak Mishkhis Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 1 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT] 12-07-06

AL-BATHALI, Mubarak Mushakhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 1 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT] 12-07-06

AL-BATHI, Soliman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BUTHE, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 8 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 5 May 2001 expires 11 Mar 2006 (individual) [SDGT] 05-22-07; 09-09-04

AL-BATTARJEE, 'Adil (a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 1 Jul 1946; alt. DOB 1 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT] 05-22-07; 12-21-04

AL-BAZALI, Mubarak Mishkhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 1 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT] 12-07-06

ALBERDI URANGA, Itziar; member ETA; DOB 7 Oct 1963; POB Durango (Vizcaya Province), Spain; D.N.I. 78.865.693 (individual) [SDGT] 02-26-02

ALBISU IRIARTE, Miguel; member ETA; DOB 7 Jun 1961; POB San Sebastian (Guizpucoa Province), Spain; D.N.I. 15.954.596 (individual) [SDGT] 02-26-02

AL-BTHALY, Mobarak Meshkhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad); DOB 1 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT] 12-07-06

AL-BUTHE, Soliman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 8 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 5 May 2001 expires 11 Mar 2006 (individual) [SDGT] 05-22-07; 09-09-04

AL-BUTHE, Suliman Hamd Suleiman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Soliman); DOB 8 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 5 May 2001 expires 11 Mar 2006 (individual) [SDGT] 05-22-07

ALCALDE LINARES, Angel; member ETA; DOB 2 May 1943; POB Portugalete (Vizcaya Province), Spain; D.N.I. 15.390.353 (individual) [SDGT] 02-26-02

AL-CHARAABI, Tarek Ben Al-Bechir Ben Amara (a.k.a. CHARAABI, Tarek; a.k.a. SHARAABI, Tarek), Viale Bligny n.42, Milano, Italy; DOB 31 Mar 1970; POB Tunisia; nationality Tunisia; Italian Fiscal Code CHRTRK70C31Z352U; Passport L 579603 issued 19 Nov 1997 expires 18 Nov 2002 (individual) [SDGT] 10-18-05

AL-CHERIF, Said Ben Abdelhakim Ben Omar (a.k.a. ABOU SALMAN; a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "DJALLAL"; a.k.a. "YOUCEF"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Passport M307968 issued 8 Sep 2001 expires 7 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT] 10-18-05

AL-DABSKI, Salim Nur al-Din (a.k.a. AL-DABSKI, Salem Nor Eidin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, NUR AL-DIN; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL- WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT] 06-15-07

AL-DABSKI, Salem Nor Eidin Amohamed (a.k.a. AL-DABASKI, Salim Nur al- Din; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, NUR AL- DIN; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT] 06-15-07

AL-DABSKI, Salim Nur al-Din (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eidin Amohamed; a.k.a. AL-DIBISKI, NUR AL-DIN; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT] 06-15-07

AL-QAGMA, Aschraf (a.k.a. "Noor"), "last known address," Clemens-August Strasse 10, Kolpinghaus 59269 Beckum, Germany; Leipziger Strasse 64, 04600 Altenburg, Germany; DOB 28 Apr 1969; POB Abasan, Gaza Strip; nationality possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

AL-DARI, Muthanna Harith (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-

- 93 -

DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthanna Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Egypt; Amman, Jordan; Khan Dari, Iraq; Aaas Village, Abu Ghurayb, Iraq; DOB 16 Jun 1969; citizen Iraq; nationality Iraq (individual) [SDGT] 03-25-10

AL-DIBISKI, NUR AL-DIN (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT] 06-15-07

AL-DULAYMI, Ahmad Khalaf Shabib (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmed Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al- Fallujah, Iraq; citizen United Kingdom; nationality Iraq; Passport C00168817 issued 8 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT] 04-11-10

ALEIK, KASSEM (a.k.a. 'ALIQ, HAJJ QASIM; a.k.a. 'ALIQ, QASEM; a.k.a. ALIQ, QASIM; a.k.a. 'ULAYQ, QASIM); DOB 1956; POB Lebanon (individual) [SDGT] 07-24-07

AL-FADHLI, Muhsin (a.k.a. ABU MAJID SAMIYAH; a.k.a. ABU SAMIA; a.k.a. AL-FADHLI, Muhsin Fadhil 'Ayyid; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur), Block Four, Street 13, House #179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; passport no. 106261543 (Kuwait) (individual) [SDGT] 02-15-05

AL-FADHLI, Muhsin Fadhil 'Ayyid (a.k.a. ABU MAJID SAMIYAH; a.k.a. ABU SAMIA; a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur), Block Four, Street 13, House #179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; passport no. 106261543 (Kuwait) (individual) [SDGT] 02-15-05

AL-FADHLI, Muhsin Fadil Ayid Ashur (a.k.a. ABU MAJID SAMIYAH, a.k.a. ABU SAMIA; a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI, Muhsin Fadhil 'Ayyid), Block Four, Street 13, House #179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; passport no. 106261543 (Kuwait) (individual) [SDGT] 02-15-05

AL-FAGEAH, Sa'd Rashid Muhammed (a.k.a. ABU UTHMAN; a.k.a. AL FAQIH, Saad; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ed; a.k.a. AL-FAQIH, Saed Rashed Mohammed; a.k.a. AL-FAQIH, Saed; a.k.a. AL-FAQIH, Sa'd), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07

AL-FAGIH, Saad (a.k.a. ABU UTHMAN; a.k.a. AL FAQIH, Saad; a.k.a. AL- FAGEAH, Sa'd Rashid Muhammed; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ed; a.k.a. AL-FAQIH, Saed Rashed Mohammed; a.k.a. AL-FAQIH, Saed; a.k.a. AL-FAQIH, Sa'd), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

ALFAGIH, Saad (a.k.a ABU UTHMAN; a.k.a. AL FAQIH, Saad; a.k.a. AL- FAGEAH, Sa'd Rashid Muhammed; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ed; a.k.a. AL-FAQIH, Saed Rashed Mohammed; a.k.a. AL-FAQIH, Saed; a.k.a. AL-FAQIH, Sa'd), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

AL-FAQI, Bashir Mohammed Ibrahim (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL- KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT] 02-08-06

AL-FAQI, Sa'd (a.k.a. ABU UTHMAN; a.k.a. AL FAQIH, Saad; a.k.a. AL- FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQIH, Sa'ed; a.k.a. AL-FAQIH, Saed Rashed Mohammed; a.k.a. AL-FAQIH, Saed; a.k.a. AL-FAQIH, Sa'd), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

AL-FAQIH, Abd al-Rahman (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT] 02-08-06

AL-FAQIH, Sa'ed (a.k.a. ABU UTHMAN; a.k.a. AL FAQIH, Saad; a.k.a. AL- FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Saed Rashed Mohammed; a.k.a. AL-FAQIH, Saed; a.k.a. AL-FAQIH, Sa'd), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

AL-FAQIH, Sa'd (a.k.a. ABU UTHMAN; a.k.a. AL FAQIH, Saad; a.k.a. AL- FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ed; a.k.a. AL-FAQIH, Saed Rashed Mohammed; a.k.a. AL-FAQIH, Saed), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

AL-FAQIH, Saed (a.k.a. ABU UTHMAN; a.k.a. AL FAQIH, Saad; a.k.a. AL- FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ed; a.k.a. AL-FAQIH, Sa'd; a.k.a. AL-FAQIH, Saed Rashed Mohammed), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

AL-FAQIH, Saed Rashed Mohammed (a.k.a. ABU UTHMAN; a.k.a. AL FAQIH, Saad; a.k.a. AL- FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ed; a.k.a. AL-FAQIH, Sa'd; a.k.a. AL-FAQIH, Saed), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

AL-FAQIH, Saad (a.k.a. ABU UTHMAN; a.k.a. AL FAQIH, Saad; a.k.a. AL- FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ed; a.k.a. AL-FAQIH, Sa'd), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

AL-FAKIH, Saad (a.k.a. ABU UTHMAN; a.k.a. AL FAQIH, Saad; a.k.a. AL- FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ed; a.k.a. AL-FAQIH, Sa'd; a.k.a. AL-FAQIH, Saed; a.k.a. AL-FAQIH, Saed Rashed Mohammed), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

AL-FAQIH, Saad Rashed Mohammed (a.k.a. ABU UTHMAN; a.k.a. AL FAQIH, Saad; a.k.a. AL- FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ed; a.k.a. AL-FAQIH, Sa'd; a.k.a. AL-FAQIH, Saed), London, United Kingdom; DOB 1 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT] 05-22-07; 12-21-04

AL-FAUWAZ, Khaled (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 6 Nov 1990 expires 13 Sep 1995 (individual) [SDGT] 05-22-07; 04-19-02

AL-FAUWAZ, Khaled A. (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 6 Nov 1990 expires 13 Sep 1995 (individual) [SDGT] 5-22-07; 04-19-02

AL-FAWAZ, Khalid Abd al-Rahman Hamd (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 6 Nov 1990 expires 13 Sep 1995 (individual) [SDGT] 05-22-07; 04-19-02

AL-FAWWAZ, Khaled (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 6 Nov 1990 expires 13 Sep 1995 (individual) [SDGT] 5-22-07; 04-19-02

AL-FAWWAZ, Khalid (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 6 Nov 1990 expires 13 Sep 1995 (individual) [SDGT] 5-22-07; 04-19-02

AL-FILISTINI, Abu Qatada (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; alt. DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

AL-GHAMDI, Othman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a. AL-GHAMDI, Uthman; a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a. AL-GHAMIDI, Uthman; a.k.a. AL-OMIRAH, Othman Ahmad Othman); DOB 27 May 1979; nationality Saudi Arabia; National ID No. 1089518791 (individual) [SDGT] 6-16-11

AL-HAMATI, Muhammad (a.k.a. AL-AHDAL, Mohammad Hamdi Sadiq; a.k.a. AL-MAKKI, Abu Asim), Yemen (individual) [SDGT] 10-12-01

AL-HAQ, Amin (a.k.a. AH HAQ, Dr. Amin; a.k.a. AMIN, Muhammad; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT] 10-12-01

AL-HAWEN, Abu-Ahmad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M.; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, U.S.A.; SSN: 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 (USA) (individual) [SDGT] 10-12-01

AL-HIYARI, Bilal Mansur (a.k.a. AL-KHAYARI, Bilal Mansur Mahmud), Suwaylah, Jordan; DOB circa 1969; POB al-Salt, Jordan; nationality Jordan (individual) [SDGT] 04-13-05

AL-HOURI, Ali Saed Bin Ali (a.k.a. EL-HOORIE, Ali Saed Bin Ali; a.k.a. EL-HOURI, Ali Saed Bin Ali); DOB 10 Jul 1965; alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

ALI, Abbas Abdi, Mogedishu, Somalia (individual) [SDGT] 11-07-01

ALI, Ahmed Khalfan (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN"; a.k.a. "FOOPIE"; a.k.a. "FUPI"; a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Abubakary Khalfan; a.k.a. TANZANI, Ahmad; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

ALI, Ahmed Mohammed (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ALI, Ahmed Mohammed Hamed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ALI, Fadel Abdallah Mohammed (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul;

- 94 -

a.k.a. MOHAMMED, Fazul Abdilahi, a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

ALI, Hamed (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a ABDUREHMAN, Ahmed Hamed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ALI, Hassan (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

ALI, Salem (a.k.a. MOHAMMED, Khalid Shaikh; a.k.a. BIN KHALID, Fahd Bin Adballah; a.k.a. HENIN, Ashraf Refaat Nabith; a.k.a. WADOOD, Khalid Adbul); DOB 14 Apr 1965; alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait (individual) [SDGT] 10-12-01

ALI, Sheikh Hassan Dahir Aweys (a.k.a. AWES, Shaykh Hassan Dahir; AWEYS, Hassan Dahir), DOB 1935; citizen Somalia (individual) [SDGT] 11-07-01

ALIQ, QASIM (a.k.a. ALEIK, KASSEM; a.k.a. 'ALIQ, HAJJ QASIM; a.k.a. 'ALIQ, QA'SEM; a.k.a. 'ULAYQ, QASIM); DOB 1956; POB Lebanon (individual) [SDGT] 07-24-07

AL-IRAQI, Abd al-Hadi (a.k.a. ABU ABDALLAH; a.k.a. AL-IRAQI, Abdal al-Hadi) (individual) [SDGT] 09-24-01

AL-IRAQI, Abdal al-Hadi (a.k.a. AL-IRAQI, Abd al-Hadi; a.k.a. ABU ABDALLAH) (individual) [SDGT] 09-24-01

AL-ISLAMBULI, Muhammad Ahmad Shawqi, DOB 21 Jan 1952; POB Minya, Egypt; nationality Egypt (individual) [SDGT] 09-29-05

ALIZAI, Haji Agha Jan (a.k.a. ALIZAI, Agha Jan), Musa Qala, Helmand, Afghanistan; Dand Chowk, Kandahar City, Afghanistan; DOB 15 Oct 1963; alt. DOB 14 Feb 1973; alt. DOB 1957; POB Khandahar, Afghanistan; alt. POB Helmand, Afghanistan; nationality Afghanistan) (individual) [SDNTK] on 6-1-10 [SDGT] on 10-26-10

AL-JABBARI, Delman Alhasenben Ali (a.k.a. IZZAT, Dleman Abdulkadir), Adolf-Braun Street 6, Nuremberg 90429, Germany; Fuerther Street 335, Nuremberg, Germany; Nuremberg Prison, Germany; DOB 4 Jul 1965; POB Kirkuk, Iraq; nationality Iraq; Travel Document Number A0141062 (Germany) (individual) [SDGT] 12-05-05

AL-JADAWI, Saqr (a.k.a. AL-JADDAW, Saqr; a.k.a. HAMDAN, Salim Ahmad Salim); DOB 1965; POB Al-Mukalla, Yemen; Passport 00385937 (Yemen) (individual) [SDGT] 05-22-07; 10-12-01

AL-JADDAW, Saqr (a.k.a. AL-JADAWI, Saqr; a.k.a. HAMDAN, Salim Ahmad Salim); DOB 1965; POB Al-Mukalla, Yemen; Passport 00385937 (Yemen) (individual) [SDGT] 05-22-07

AL-JALAHMA, Jaber (a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL- JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT] 12-07-06

AL-JALAHMAH, Abu Muhammad (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL- JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT] 12-07-06

AL-JALAHMAH, Jabir Abdallah Jabir Ahmad (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL- JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT] 12-07-06

AL-JALAMAH, Jaber (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL- JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT] 12-07-06

AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALHAMI, Jabir; a.k.a. "ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT] 12-07-06

AL-JALHAMI, Jabir (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL- JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. "ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT] 12-07-06

AL-JAWZIYYAH, Ibn al-Qayyim (a.k.a. AL-SAYYID, 'ALI SULAYMAN MAS'UD 'ABD; a.k.a. OSMAN, Mohamed; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"); DOB 1969; POB Tripoli, Libya; Passport 96/184442 (Libya) (individual) [SDGT] 06-15-07

AL-JAZIRI, Abu Bakr; Peshawar, Pakistan; nationality Algerian (individual) [SDGT] 01-09-02

AL-KARD, Ahmad (a.k.a. AL KURD, Ahmed; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmed Harb; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT] 08-07-07

AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz (a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahd A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07

AL-KHASHIBAN, Fahad (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL- KHOSHIBAN, Fahd A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07

AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahd A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07

AL-KHATAB, Abd Al Rahman (a.k.a. ALBASHIR, Mohammed; a.k.a. AL- BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT] 02-08-06

AL-KHAYARI, Bilal Mansur Mahmud (a.k.a. AL-HIYARI, Bilal Mansur), Suwaylah, Jordan; DOB circa 1969; POB al-Salt, Jordan; nationality Jordan (individual) [SDGT] 04-13-05

AL-KHOSHIBAN, Fahad Mohammad A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahd A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07

AL-KHOSHIBAN, Fahd A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07

AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahd A.; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07

AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL- KHOSHIBAN, Fahd A.; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07

AL-KINI, Usama (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahad Ally; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

AL-KURD, Ahmad (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmed Harb; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT] 08-07-07

ALKURD, Ahmad (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. AL-KURD, Ahmed Harb; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT] 08-07-07

AL-KURD, Ahmed Harb (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-

KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT] 08-07-07

AL-KURD, Ahmed Hard (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmed; a.k.a. AL-KIRD, Ahmed; a.k.a. ALKURD, Ahmed; a.k.a. AL-KURD, Ahmad Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT] 08-07-07

AL-KUWARI, Salim Hasan Khalifah Rashid (a.k.a. AL KAWARI, Salim Hasan Khalifa; a.k.a. AL KUWARI, Salim Hassan Khalifa Rashid; a.k.a. AL-KOWARI, Salim; a.k.a. AL-KUWARI, Salem); DOB 1977; alt. DOB 1978; nationality Qatar (individual) [SDGT] 7-28-11

ALLAHDAD, Hushang (a.k.a. ALLAHDADI, Hushang; a.k.a. GOLZARI, Sa'id); Passport A0022791; alt. Passport 08550695 (individual) [SDGT] [IRGC] 8-3-10, amended on 8-16-10

ALLANE, Hacene (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. "Abu al-Foutouh;" a.k.a. "Boulahia;" a.k.a. "Hassan the Old"), DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT] 04-30-04

AL-LIBI, Abd al-Muhsin (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "ABD AL-MUHSI"; a.k.a. "ABD AL-RAHMAN"; a.k.a. "ABU ANAS"); DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT] 07-27-06; 01-09-02

AL-LIBI, Abu Yahya (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammed Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya (individual) [SDGT] 9-7-11

AL-LIBI, Anas (a.k.a. AL-LIBY, Anas; a.k.a. AL-RAGHIE, Nazih; a.k.a. AL-RAGHIE, Nazih Abdul Hamed; a.k.a. AL-SABAI, Anas), Afghanistan; DOB 30 Mar 1964; alt. DOB 14 May 1964; POB Tripoli, Libya; citizen Libya (individual) [SDGT] 10-12-01

AL-LIBI, Ibn Al-Shaykh (individual) [SDGT] 09-24-01

AL-LIBY, Anas (a.k.a. AL-LIBI, Anas; a.k.a. AL-RAGHIE, Nazih; a.k.a. AL-RAGHIE, Nazih Abdul Hamed; a.k.a. AL-SABAI, Anas), Afghanistan; DOB 30 Mar 1964; alt. DOB 14 May 1954; POB Tripoli, Libya; citizen Libya (individual) [SDGT] 10-12-01

ALLY, Ahmed (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall, a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmed Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

ALLY, Fahid Mohammed (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a. AL-KINI, Usama; a.k.a. MSALAM, Fahad Ally; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali), DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

AL-MAGHRIBI, Rashid (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M.; a.k.a. HIJAZI, Ried), Jordan; DOB 1968; POB California, U.S.A.; SSN: 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 (USA) (individual) [SDGT] 10-12-01

AL-MAKKI, Abu Asim (a.k.a. AL-AHDAL, Mohammad Hamdi Sadiq; a.k.a. AL-HAMATI, Muhammad), Yemen (individual) [SDGT] 10-12-01

AL-MARSUMI, Saddad Jaylut (a.k.a. AL-MARSUMI, Sa'da Jalut Hassam; a.k.a. JALOUD, Sa'dae; a.k.a. JALOUT, Saddaa), Aa Susah Village, Syria; Baghuz, Syria; Al Shajlah Village, Syria; DOB 1955; alt. DOB 1956; citizen Syria (individual) [SDGT] 02-28-08

AL-MASRI, Abd al-Aziz (a.k.a. MUSTAFA BAKRI, Ali Sa'd Muhammad); DOB 18 Apr 1966; nationality Egypt (individual) [SDGT] 09-29-05

AL-MASRI, Abu Hafs (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01

AL-MASRI, Abu Hamza (a.k.a. AL-MISRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London, W12 OLW, England; 8 Adie Road, Hammersmith, London, W6 OPW, England; DOB 15 Apr 1958 (individual) [SDGT] 04-19-02

AL-MASRI, Abu Mohamed (a.k.a. ABDULLAH, Abdullah Ahmed; a.k.a. ABU MARIAM; a.k.a. SALEH), Afghanistan; DOB 1963; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AL-MASRI, Ahmad (a.k.a. Ali, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed; a.k.a. Ali, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AL-MISRI, Abu Hamza (a.k.a. AL-MASRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London, W12 OLW, England; 8 Adie Road, Hammersmith, London, W6 OPW, England; DOB 15 Apr 1958 (individual) [SDGT] 04-19-02

AL-MU'AJJAL, Dr. Abd Al-Hamid (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL- MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MUJIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; citizen Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT] 05-22-07; 08-03-06

AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. MUJEL, A.S.; a.k.a. MUJIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; citizen Saudi Arabia; nationality Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT] 05-22-07; 08-03-06

AL-MUGHASSIL, Ahmad Ibrahim (a.k.a. ABU OMRAN; a.k.a. AL-MUGHASSIL, Ahmed Ibrahim); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

AL-MUGHASSIL, Ahmed Ibrahim (a.k.a. AL-MUGHASSIL, Ahmad Ibrahim; a.k.a. ABU OMRAN); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

AL-MUHAJIR, Abdul Rahman (a.k.a. ATWAH, Muhsin Musa Matwalli; a.k.a. ABDEL RAHMAN; a.k.a. ABDUL RAHMAN; a.k.a. AL-NAMER, Mohammed K.A.), Afghanistan; DOB 19 Jun 1964; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AL-MUJIL, Abd Al Hamid Sulaiman Muhammed (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL- MU'JIL, Dr. Abd Abdul- Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MUJIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; citizen Saudi Arabia; nationality Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT] 05-22-07; 08-03-06

AL-NAMER, Mohammed K.A. (a.k.a. ATWAH, Muhsin Musa Matwalli; a.k.a. ABDEL RAHMAN; a.k.a. ABDUL RAHMAN; a.k.a. AL-MUHAJIR, Abdul Rahman), Afghanistan; DOB 19 Jun 1964; POB Egypt (individual) [SDGT] 10-12-01

AL-NASSER, Abdelkarim Hussein Mohamed; POB Al Ihsa, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

AL-NUBI, Abu (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

AL-OMAIRI, Faruk (a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk; a.k.a. OMAIRI, Farouk Abdul Haj; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 6 Dec 1945; POB Hermel, Lebanon; citizen Brazil (individual) [SDGT] 12-06-06

AL-QADI, Yasin Abdullah Ezzedine (a.k.a. KADI, Shaykh Yassin Abdullah; a.k.a. KAHDI, Yasin), Jeddah, Saudi Arabia; DOB 23 Feb 1955; POB Cairo, Egypt; nationality Saudi Arabia; Passport B 751550; alt. Passport E 976177 issued 6 Mar 2004 expires 11 Jan 2009; alt. Passport A 848526 (Saudi Arabia) expires 29 Mar 2001 (individual) [SDGT] 05-22-07; 10-21-01

AL-QAHTANI, Nayif (a.k.a. ABOHEMEM, Al-Qahtani; a.k.a. AL-KHATANI, Mohammed Naif; a.k.a. AL-KHATANI, Nayef Bin Mohamed; a.k.a. AL- KHATANY, Nayef Bin Mohamed; a.k.a. AL-QAHTANI ALKODRI, Naif Mohammad Said; a.k.a. AL-QAHTANI, Naif Mohammed Saeed al-Kodari; a.k.a. AL-QAHTANI, Nayef Bin Muhammad; a.k.a. AL-QAHTANI, Nayf Mohammed; a.k.a. AL-QAHTANI, Nayf Muhammad; a.k.a. "ABI HAMAM"; a.k.a. "ABU HAMMAM AL- QAHTANI"; a.k.a. "ABU-HAMAM"; a.k.a. "ABU- HAMMAM"; a.k.a. "ABU- HUMAM"); DOB 25 Mar 1988; nationality Saudi Arabia; Passport G449745 issued 30 May 2006 expires 6 May 2011 (individual) [SDGT] 5-12-10

AL-QUBAYSI, Abd-al-Munim (a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. KUBAYSY, Abd Al Munhim; a.k.a. QUBAYSI, Abd Al Menhem); DOB 1 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Passport RL 1622378 (Lebanon) (individual) [SDGT] 5-27-09

AL-QUSO, Fahd Mohammed Ahmed (a.k.a. AL-AWLAQI, Fahd Mohammed Ahmed; a.k.a. AL-KUSSO , Fahd Mohammed Ahmed; a.k.a. AL-QUSO, Fahd; a.k.a. "ABU AL-BARA"; a.k.a. "ABU HUTHAIFAH"; a.k.a. "ABU HUTHAIFAH AL-ABU AL-BARA"; a.k.a. "ABU HUTHAIFAH AL-ADANI"; a.k.a. "ABU HUTHAIAH AL-YEMENI"; a.k.a. "ABU HUTHAYFAH AL-ADANI"; a.k.a. "HUTHAIFAH AL-YEMENI"); DOB 12 Nov 1974; POB Aden, Yemen; citizen Yemen; Complexion Olive; Eye Color Black; Hair Color Black; Height 5 feet, 6 inches; National ID No. 2043; Weight 150 pounds (individual) [SDGT] 12-7-10

AL-RAGHIE, Nazih (a.k.a. AL-LIBY, Anas; a.k.a. AL-LIBI, Anas; a.k.a. AL-RAGHIE, Nazih Abdul Hamed; a.k.a. AL-SABAI, Anas), Afghanistan; DOB 30 Mar 1964; alt. DOB 14 May 1964; POB Tripoli, Libya; citizen Libya (individual) [SDGT] 10-12-01

AL-RAGHIE, Nazih Abdul Hamed (a.k.a. AL-LIBY, Anas; a.k.a. AL-LIBI, Anas; a.k.a. AL-RAGHIE, Nazih; a.k.a. AL-SABAI, Anas), Afghanistan; DOB 30 Mar 1954; alt. DOB 14 May 1964; POB Tripoli, Libya; citizen Libya (individual) [SDGT] 10-12-01

AL-RAWI, Fawzi Isma'il Al-Husayni (a.k.a. AL-RAWI, Fawzi Mutlaq; a.k.a. "ABU AKRAM"; a.k.a. "ABU FIRAS"), SYRIAN BATH PARTY COMMAND BUILDING, AL-HALBUNI DISTRICT, DAMASCUS, Syria; SYRIAN GOVERNMENT-OWNED APARTMENT , AL-MAZZAH DISTRICT, DAMASCUS, Syria DOB 1940; POB RAWAH CITY, IRAQ; citizen Syria; nationality Iraq; CHAIRMAN, IRAQI WING OF THE SYRIAN BATH PARTY (individual) [SDGT] 12-06-07

AL-RAWI, Fawzi Mutlaq (a.k.a. AL-RAWI, Fawzi Isma'il Al-Husayni; a.k.a. "ABU AKRAM"; a.k.a. "ABU FIRAS"), SYRIAN BATH PARTY COMMAND BUILDING, AL-HALBUNI DISTRICT, DAMASCUS, Syria; SYRIAN GOVERNMENT-OWNED APARTMENT , AL-MAZZAH DISTRICT, DAMASCUS, Syria; DOB 1940; POB RAWAH CITY, IRAQ; citizen Syria; nationality Iraq; CHAIRMAN, IRAQI WING OF THE SYRIAN BATH PARTY (individual) [SDGT] 12-06-07

AL-RIMI, Qasim (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HURAYRAH"; a.k.a. "ABU HURAYRAH AL- SAN'A'I"); DOB 5 Jun 1978; nationality Yemen; Passport 00344994 issued 3 Jul 1999 (individual) [SDGT] 5-12-10

AL-SABAI, Anas (a.k.a. AL-LIBY, Anas; a.k.a. AL-LIBI, Anas; a.k.a. AL-RAGHIE, Nazih; a.k.a. AL-RAGHIE, Nazih Abdul Hamed), Afghanistan; DOB 30 Mar 1964; alt. DOB 14 May 1964; POB Tripoli, Libya; citizen Libya (individual) [SDGT] 10-12-01

AL-SAGHIR, Mohd (a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07

AL-SUGAIR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYR, Muhammad 'Abdallah Salih; a.k.a.

- 96 -

"ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07
AL-SAYYID, 'ALI SULAYMAN MAS'UD 'ABD (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. OSMAN, Mohamed; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"); DOB 1969; POB Tripoli, Libya; Passport 96/184442 (Libya) (individual) [SDGT] 06-15-07
AL-SHAHID, Abu-Ahmad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. HIJAZI, Raed M.; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, U.S.A.; SSN: 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 (USA) (individual) [SDGT] 10-12-01
AL-SHAMI, AHMAD; DOB 1965; POB Beirut, Lebanon (individual) [SDGT] 07-24-07
AL-SHAMI, Haj Husayn (a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960 (individual) [SDGT] 09-07-06
AL-SHAMI, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960 (individual) [SDGT] 09-07-06
AL-SHAMMARI, Sa'ed Uwayyid 'Ubayd Mu'jil (a.k.a. ABU HAMMUDI AL-SHAMMARI; a.k.a. ABU KHALAF; a.k.a. SA'AD AL-SHAMMARI; a.k.a. "SAAD OWAIED OBAID"), Tal Hamis, Syria; 'Awinat Village, Rabi'ah District, Iraq; Tal Wardan, Iraq; DOB 3 Jul 1972; POB Tal Wardan, Ninevah, Iraq; alt. POB Tal Afar, Ninevah, Iraq (individual) [SDGT] 5-14-09
AL-SHAMY, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960 (individual) [SDGT] 09-07-06
AL-SHANQITI, Khalid (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a. AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould); DOB 1 JAN 75 (individual) [SDGT] 05-22-07; 12-24-01
AL-SHARIF, Sa'd Abdullah Hussein; DOB 1969; alt. DOB 1963; alt. DOB 11 Feb 1964; POB Al-Medinah, Saudi Arabia; nationality Saudi Arabia; Passport B 960789; alt. Passport G 649385 issued 8 Sep 2006 expires 17 Jul 2011 (individual) [SDGT] 05-22-07; 10-21-01
AL-SHIHRI, Said Ali (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT] 1-19-10
AL-SIBA'I, Hani Muhammad Yusuf (a.k.a. YUSUF, Hani al-Sayid Al-Sibai), United Kingdom; DOB 1 Mar 1961; POB Qaylubiyah, Egypt; nationality Egypt (individual) [SDGT] 09-29-05
AL-SUBAIY, Khalifa Muhammad Turki (a.k.a. ALSUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAYI, Khalifa; a.k.a. BIN AL-SUAIY, Khalifa Turki bin Muhammad); DOB 1 Jan 1965; citizen Qatar; National ID No. 26563400140 (Qatar); Passport 00685868 (Qatar) (individual) [SDGT] 06-05-08
AL-SUDANI, Khalid Ahmad Jumah, IARA Middle East Regional Director, Amman, Jordan; Passport H649956 (Sudan) issued 8 Apr 2002 (individual) [SDGT] 5/13-04
AL-SUGAYER, Muhammad (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07
AL-SUGHAIER, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07
AL-SUGHAIR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07
AL-SUGHAYER, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07
AL-SUGHAYIR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07
AL-SUQAYR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07
AL-SURI, Abu Islam (a.k.a. ALI, Amed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-

MASRI, Ahmad; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01
AL-TALHI, Abe Al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rehim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07
AL-TALHI, 'Abd al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALHI, Abe Al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rehim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07
AL-TALHI, 'Abdul-Rahim Hammad (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rehim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07
AL-TALHI, Abd' Al-Rehim Hamad (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdurrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07
AL-TALHI, Abdul Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al- Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rehim Hamad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07
ALTALHI, Abdulrheem Hammad A (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rehim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07
AL-TALJI, 'Abd-Al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rehim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07
AL-TALJI, Abdulrahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rehim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. JUNAYD, Shuwayb; a.k.a. RAHIM, Abdul), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07
AL-TRABELSI, Mourad Ben Ali Ben Al-Basheer (a.k.a. ABOU DJARRAH; a.k.a. TRABELSI, Mourad), Via Geromini 15, Cremona, Italy; DOB 20 May 1969; POB Menzel Temime, Tunisia; nationality Tunisia; Passport G 827238 issued 1 Jun 1996 expires 31 May 2001; arrested 1 Apr 2003 (individual) [SDGT] 10-18-05
AL-TURKI, Hassan Abdullah Hersi (a.k.a. AL-TURKI, Hassan Abdullah Hersi); DOB circa 1944; POB Ogaden Region, Ethiopia (individual) [SDGT] 06-03-04
AL-TURKI, Hassan Abdullah Hersi (a.k.a. AL-TURKI, Hassan Abdullah Hersi); DOB circa 1944; POB Ogaden Region, Ethiopia (individual) [SDGT] 06-03-04
AL-UMAYRI, Faruz (a.k.a. AL-OMAIRI, Faruk; a.k.a. OMAIRI, Farouk; a.k.a. OMAIRI, Farouk Abdul Haj; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 6 Dec 1945; POB Hermel, Lebanon; citizen Brazil (individual) [SDGT] 12-06-06
ALVI, Mohammad Masood Azhar (a.k.a. AZHAR, Masud; a.k.a. ESAH, Wali Adam; a.k.a. ISAH, Wali Adam), 1260/108, Block N0.6-B, Kausar Colony, Model Town-B, Bahawalpur, Punjab Province, Pakistan; Lahore City, Lahore District, Punjab Province, Pakistan; DOB 10 Jul 1968; alt. DOB 10 Jun 1968; POB Bahawalpur, Punjab Province, Pakistan; citizen Pakistan; nationality Pakistan; Maulana (individual) [SDGT] 11-4-10
AL-WAHAB, Abd Al-Hadi (a.k.a. ABU ZUBAIDA; a.k.a. ABU ZUBAYDAH; a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. HUSAIN, Zain Al- Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. TARIQ); DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT] 05-22-07; 09-24-01
AL-WAHISHI, Nasir (a.k.a. AL-WAHISHI, Abu Basir Nasir; a.k.a. AL-WAHISHI, Naser Abdel Karim; a.k.a. AL-WEHAISHI, Abu Baseer; a.k.a. AL-WOUHICHI, Nasser Abdul-Karim Abdullah; a.k.a. AL-WUHAYSHI, Abu Basir Nasir; a.k.a. AL-WUHAYSHI, Nasir Abd Al-Karim; a.k.a. AL-WUHISHI, Abu Basir Nasser; a.k.a. "BASIR, Abu"); DOB 1 Oct 1976; nationality Yemen (individual) [SDGT] 1-19-10

- 97 -

AL-WALID, Mafouz Walad (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mahfouz Ould); DOB 1 JAN 75 (individual) [SDGT] 05-22-07; 12-24-01

AL-WALID, Mahfouz Ould (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad); DOB 1 JAN 75 (individual) [SDGT] 05-22-07; 12-24-01

AL-WAZ, Najib Ben Mohamed Ben Salem (a.k.a. OUAZ, Najib), Vicolo dei Prati n.2/2, Bologna, Italy; DOB 12 Apr 1960; POB Hekaima Al-Mehdiya, Tunisia; nationality Tunisia; Passport K 815205 issued 17Sep 1994 expires 16 Sep 1999 (individual) [SDGT] 10-18-05

AL-YACOUB, Ibrahim Salih Mohammed; DOB 16 Oct 1966; POB Tarut, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

AL-ZAWAHIRI, Aiman Muhammad Rabi (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. AL-ZAWAHIRI, Ayman; a.k.a. SALIM, Ahmad Fuad), Operational and Military Leader of JIHAD GROUP; DOB 19 Jun 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt), Alt. No. 19820215 (individual) [SDT] [SDGT] 09-24-01

AL-ZAWAHIRI, Ayman (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. AL-ZAWAHIRI, Aiman Muhammad Rabi; a.k.a. SALIM, Ahmad Fuad), Operational and Military Leader of JIHAD GROUP; DOB 19 Jun 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt); Alt. No. 19820215 (individual) [SDT] [SDGT] 09-24-01

AL-ZINDANI, Abdelmajid (a.k.a. AL-ZINDANI, Shaykh Abd-al-Majid; a.k.a. AL-ZINDANI, Shaykh 'Abd Al-Majid); DOB c. 1950; POB Yemen; Passport No. A005487 (Yemen) issued on 13 Aug 1995; nationality Yemeni (individual) [SDGT] 02-24-04
AL-ZINDANI, Shaykh 'Abd Al-Majid (a.k.a. AL-ZINDANI, Abdelmajid; a.k.a. AL-ZINDANI, Shaykh Abd-al-Majid); DOB c. 1950; POB Yemen; Passport No. A005487 (Yemen) issued on 13 Aug 1995; nationality Yemeni (individual) [SDGT] 02-24-04
AL-ZINDANI, Shaykh Abd-al-Majid (a.k.a. AL-ZINDANI, Abdelmajid; a.k.a. AL-ZINDANI, Shaykh 'Abd Al-Majid); DOB c. 1950; POB Yemen; Passport No. A005487 (Yemen) issued on 13 Aug 1995; nationality Yemeni (individual) [SDGT] 02-24-04
AMDOUNI, Mehrez (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. FUSCO, Fabio; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; POB Tunis, Tunisia; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT] 10-18-05; 06-06-03

AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed (a k a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah, a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a  AMINULLAH, Shaykh; a.k.a. AMINULLAH, Sheik; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. SHAYKH AMEEN), Ganj Distnct, Peshawar, Northwest Frontier Province, Pakistan; DOB circa 1967; alt. DOB circa 1961; alt. DOB circa 1973; POB Konar Province, Afghanistan (individual) [SDGT] 7-1-09

AMIN, Muhammad (a.k.a. AH HAQ, Dr. Amin; a.k.a. AL-HAQ, Amin; a.k.a  UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT] 10-12-01
AMMARI, Saifi (a.k.a  "Abdalarak;" a.k.a. "Abderrezak Le Para;" a.k.a. "Abderrezak Zaimeche;" a.k.a. "Abdul Rasak ammane Abu Haidra;" a.k.a. "Abou Haidara;" a.k.a. "El Ourassi;" a.k.a. "El Para"); DOB 1 Jan 1968, POB Kef Rih, Algeria; nationality Algerian (individual) [SDGT] 12-05-03

ANIS, Abu (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01
ANSHORI, Abdullah (a.k.a. THOYIB, Ibnu; a.k.a. TOYIB, Ibnu; a.k.a. "ABU FATHI"; a.k.a. "ABU FATIH"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06

AOUADI, Mohamed Ben Belgacem (a.k.a. AOUADI, Mohamed Ben Belkacem), Via A. Masina n.7, Milano, Italy; DOB 11 Dec 1974; POB Tunisia, nationality Tunisia; Italian Fiscal Code DAOMMD74T11Z352Z; Passport L 191609 issued 28 Feb 1996 expires 27 Feb 2001 (individual) [SDGT]10-18-05; 04-19-02
AOUADI, Mohamed Ben Belkacem (a.k.a. AOUADI, Mohamed Ben Belgacem),Via A. Masina n.7, Milano, Italy; DOB 11 Dec 1974; POB Tunisia; nationality Tunisia; Italian Fiscal Code DAOMMD74T11Z352Z; Passport L 191609 issued 28 Feb 1996 expires 27 Feb 2001 (individual) [SDGT]10-18-05; 04-19-02
APAOLAZA SANCHO, Ivan; member ETA; DOB 10 Nov 1971; POB Beasain (Guipuzcoa Province), Spain; D.N.I. 44.129.178 (individual) [SDGT] 05-03-02
ARBABSIAR, Mansor (a.k.a. ARBABSIAR, Mansour), 805 Cisco Valley CV, Round Rock, TX 78664; 5403 Everhardt Road, Corpus Christi, TX 78411; DOB 15 Mar 1955; alt. DOB 6 Mar 1955; POB Iran; citizen United States; Driver's License No. 07442833 (United States) expires 15 Mar 2016; Passport C2002515 (Iran); alt. Passport 477845448 (United States); Driver's License is issued by the State of Texas (individual) [SDGT] [IRGC] 10-11-11
ARIF SUNARSO (a.k.a. ARIS SUMARSONO, a.k.a. ARIS SUNARSO; a.k.a. MURSHID; a.k.a. USTAD DAUD ZULKARNAEN; a.k.a. ZULKARNAEN; a.k.a. ZULKARNAIN; a.k.a. ZULKARNAN; a.k.a. ZULKARNIN); DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 05-12-05
ARIS SUMARSONO (a.k.a  ARIF SUNARSO; a.k.a. ARIS SUNARSO; a.k.a. MURSHID; a.k.a. USTAD DAUD ZULKARNAEN; a.k.a. ZULKARNAEN; a.k.a. ZULKARNAIN; a.k.a. ZULKARNAN; a.k.a. ZULKARNIN); DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 05-12-05
ARIS SUNARSO (a.k.a. ARIF SUNARSO; a.k.a. ARIS SUMARSONO, a.k.a. MURSHID; a.k.a. USTAD DAUD ZULKARNAEN; a.k.a. ZULKARNAEN; a.k.a. ZULKARNAIN; a.k.a. ZULKARNAN; a.k.a. ZULKARNIN); DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 05-12-05
AROON (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974, POB

Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01
ARZALLUS TAPIA, Eusebio; member ETA; DOB 8 Nov 1957; POB Regil (Gulpuzcoa Province), Spain; D.N.I. 15.927.207 (individual) [SDGT] 02-26-02
ASHAMI, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960 (individual) [SDGT] 09-07-06
ASHRAF, Haji Muhammad (a.k.a. ASHRAF, Haji M.); DOB 1 Mar 1965; Passport A-374184 (Pakistan) (individual) [SDGT] 05-27-08
ATEF, Muhammad (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a ABU SITTA, Subhi; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01
ATIF, Mohamed (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01
ATIF, Muhammad (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01
ATWA, Ali (a.k.a. BOUSLIM, Ammar Mansour; a.k.a. SALIM, Hassan Rostom), Lebanon; DOB 1960; POB Lebanon; citizen Lebanon (individual) [SDGT] 10-12-01
ATWAH, Muhsin Musa Matwalli (a.k.a. ABDEL RAHMAN; a.k.a. ABDUL RAHMAN; a.k.a. AL-MUHAJIR, Abdul Rahman; a.k.a. AL-NAMER, Mohammed K.A.), Afghanistan; DOB 19 Jun 1964; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01
AWES, Shaykh Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWEYS, Hassan Dahir), DOB 1935; citizen Somalia (individual) [SDGT] 11-07-01
AWEYS, Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Shaykh Hassan Dahir), DOB 1935; citizen Somalia (individual) [SDGT] 11-07-01
AW-MOHAMED, Ahmed Abdi (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "SHAYKH MUKHTAR"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SDGT] 11-20-08
AYADI CHAFIK, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, England; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria, Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT] 10-12-01
AYADI SHAFIQ, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, England; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT] 10-12-01
AYARI, Chiheb Ben Mohamed (a.k.a. AL-AYARI, Chiheb Ben Mohamed Ben Mokhtar; a.k.a. "HICHEM ABU HCHEM"), Via di Salicoto n.51/9, Bologna, Italy; DOB 19 Dec 1965; POB Tunis, Tunisia; nationality Tunisia; Passport L246084 issued 10 Jun 1996 expires 9 Jun 2001 (individual) [SDGT]10-18-05; 06-06-03
AYERAS, Ricardo Perez (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. MUJIB, Abdul; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT] 06-16-08
AZHAR, Abdul Rauf (a.k.a. ALVI, Abdul Rauf; a.k.a. AZHAR, Abdur Rauf); DOB 1974; POB Bwawal Pur, Pakistan; alt. POB Bahawalpur, Pakistan (individual) [SDGT] 12-2-10
AZIZ, Sa'id Yusif Abu (a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, SA'ID YUSIF ALI ABU; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. HAMID, Abdul; a.k.a. "AL-HAMID, Abd"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT] 06-15-07
AZIZA, Said Youssef Ali Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZAH, SA'ID YUSIF ALI ABU; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. HAMID, Abdul; a.k.a. "AL-HAMID, Abd"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT] 06-15-07
AZIZAH, SA'ID YUSIF ALI ABU (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. HAMID, Abdul; a.k.a. "AL-HAMID, Abd"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT] 06-15-07
AZIZAT, Sa'id Yusif Ali Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, SA'ID YUSIF ALI ABU; a.k.a. HAMID, Abdul; a.k.a. "AL-HAMID, Abd"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT] 06-15-07
BA'ASYIR, Abu Bakar (a.k.a. BAASYIR, Abu Bakar; a.k.a. BASHIR, Abu Bakar; a.k.a. "ABDUS SAMAD"; a.k.a. "ABDUS SOMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06
BA'ASYIR, Abdul Rahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 8-16-11

 BAASYIR, Abu Bakar (a.k.a. BA'ASYIR, Abu Bakar; a.k.a. BASHIR, Abu Bakar; a k.a. "ABDUS SAMAD"; a.k.a. "ABDUS SOMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia(individual) [SDGT] 04-13-06
BAAZAOUI, Mondher (a.k.a. AL-BAAZAOUI, Mondher Ben Mohsen Ben Ali; a.k.a. "HAMZA"), Via di Saliceto n.51/9, Bologna, Italy; DOB 18 Mar 1967; POB Kairouan, Tunisia; nationality Tunisia; Passport K602878 issued 5 Nov 1993 expires 9 Jun 2001 (individual) [SDGT] 10-18-05; 06-06-03
BADAT, Muhammed (a.k.a. AL BRITAINI, Issa; a.k.a. AL PAKISTANI, Abu Issa; a.k.a. AL PAKISTANI, Issa; a.k.a. BADAT, Saajid; a.k.a. BADAT, Sajid; a.k.a. BADAT, Sajid Mohammed; a.k.a. BADAT, Sajid Muhammad; a.k.a. BADET, Muhammed; a.k.a. BADET, Saajid Mohammad; a.k.a. BADET, Sajid Muhammad); DOB 28 Mar 1979; alt. DOB 8 Mar 1976; POB Pakistan; alt. POB Gloucester, United Kingdom; citizen United Kingdom; Passport 703114075 (United Kingdom); alt. Passport 026725401 (United Kingdom); Currently imprisoned in the United Kingdom (individual) [SDGT] 12-19-05
BADAT, Saajid (a.k.a. AL BRITAINI, Issa; a.k.a. AL PAKISTANI, Abu Issa; a.k.a. AL PAKISTANI, Issa; a.k.a. BADAT, Muhammed; a.k.a. BADAT, Sajid; a.k.a. BADAT, Sajid Mohammed; a.k.a. BADAT, Sajid Muhammad; a.k.a. BADET, Muhammed; a.k.a. BADET, Saajid Mohammad; a.k.a. BADET, Sajid Muhammad); DOB 28 Mar 1979; alt. DOB 8 Mar 1976; POB Pakistan; alt. POB Gloucester, United Kingdom; citizen United Kingdom;Passport 703114075 (United Kingdom); alt. Passport 026725401 (United Kingdom); Currently imprisoned in the United Kingdom (individual) [SDGT] 12-19-05
BADAT, Sajid (a.k.a. AL BRITAINI, Issa; a.k.a. AL PAKISTANI, Abu Issa; a.k.a. AL PAKISTANI, Issa; a.k.a. BADAT, Muhammed; a.k.a. BADAT, Saajid; a.k.a. BADAT, Sajid Mohammed; a.k.a. BADAT, Sajid Muhammad; a.k.a. BADET, Muhammed; a.k.a. BADET, Saajid Mohammad; a.k.a. BADET, Sajid Muhammad); DOB 28 Mar 1979; alt. DOB 8 Mar 1976; POB Pakistan; alt. POB Gloucester, United Kingdom; citizen United Kingdom; Passport 703114075 (United Kingdom); alt Passport 026725401 (United Kingdom); Currently imprisoned in the United Kingdom (individual) [SDGT] 12-19-05
BADAT, Sajid Mohammed (a.k.a. AL BRITAINI, Issa; a.k.a. AL PAKISTANI, Abu Issa; a.k.a. AL PAKISTANI, Issa; a.k.a. BADAT, Muhammed; a.k.a. BADAT, Saajid, a.k.a. BADAT, Sajid; a.k.a. BADAT, Sajid Muhammad; a.k.a. BADET, Muhammed; a.k.a. BADET, Saajid Mohammad; a.k.a. BADET, Sajid Muhammad); DOB 28 Mar 1979; alt. DOB 8 Mar 1976, POB Pakistan; alt. POB Gloucester, United Kingdom; citizen United Kingdom; Passport 703114075 (United Kingdom); alt. Passport 026725401 (United Kingdom); Currently imprisoned in the United Kingdom (individual) [SDGT] 12-19-05
BADAT, Sajid Muhammad (a.k.a. AL BRITAINI, Issa; a.k.a. AL PAKISTANI, Abu Issa; a.k.a. AL PAKISTANI, Issa; a.k.a. BADAT, Muhammed; a.k.a. BADAT, Saajid; a.k.a. BADAT, Sajid; a.k.a. BADAT, Sajid Mohammed; a.k.a. BADET, Muhammed; a.k.a. BADET, Saajid Mohammad; a.k.a. BADET, Sajid Muhammad); DOB 28 Mar 1979; alt. DOB 8 Mar 1976; POB Pakistan; alt. POB Gloucester, United Kingdom; citizen United Kingdom; Passport 703114075 (United Kingdom); alt. Passport 026725401 (United Kingdom); Currently imprisoned in the United Kingdom (individual) [SDGT] 12-19-05
BADET, Muhammed (a.k.a. AL BRITAINI, Issa; a.k.a. AL PAKISTANI, Abu Issa; a.k.a. AL PAKISTANI, Issa; a.k.a. BADAT, Muhammed; a.k.a. BADAT, Saajid; a.k.a. BADAT, Sajid; a.k.a. BADAT, Sajid Mohammed; a.k.a. BADAT, Sajid Muhammad; a.k.a. BADET, Saajid Mohammad; a.k.a. BADET, Sajid Muhammad); DOB 28 Mar 1979; alt. DOB 8 Mar 1976; POB Pakistan; alt. POB Gloucester, United Kingdom; citizen United Kingdom; Passport 703114075 (United Kingdom); alt. Passport 026725401 (United Kingdom); Currently imprisoned in the United Kingdom (individual) [SDGT] 12-19-05
BADET, Saajid Mohammad (a.k.a. AL BRITAINI, Issa; a.k.a. AL PAKISTANI, Abu Issa; a.k.a. AL PAKISTANI, Issa; a k a BADAT, Muhammed, a.k.a. BADAT, Saajid; a.k.a. BADAT, Sajid; a.k.a. BADAT, Sajid Mohammed; a.k.a. BADAT, Sajid Muhammad; a.k.a. BADET, Muhammed; a.k.a. BADET, Sajid Muhammad); DOB 28 Mar 1979; alt. DOB 8 Mar 1976; POB Pakistan; alt. POB Gloucester, United Kingdom; citizen United Kingdom; Passport 703114075 (United Kingdom); alt. Passport 026725401 (United Kingdom); Currently imprisoned in the United Kingdom (individual) [SDGT] 12-19-05
BADET, Sajid Muhammad (a.k.a. AL BRITAINI, Issa; a.k.a. AL PAKISTANI, Abu Issa; a.k.a. AL PAKISTANI, Issa; a.k.a BADAT, Muhammed; a.k.a. BADAT, Saajid; a.k.a. BADAT, Sajid; a.k.a. BADAT, Sajid Mohammed; a.k.a. BADAT, Sajid Muhammad; a.k.a. BADET, Muhammed; a.k.a. BADET, Saajid Mohammad); DOB 28 Mar 1979; alt. DOB 8 Mar 1976; POB Pakistan; alt. POB Gloucester, United Kingdom; citizen United Kingdom; Passport 703114075 (United Kingdom); alt. Passport 026725401 (United Kingdom); Currently imprisoned in the United Kingdom (individual) [SDGT] 12-19-05
BAHAJI, Said, Bunatwiete #23, 21073 Hamburg, Germany; Marienstr #54, 21073 Hamburg, Germany; Wiesendamm #135, 22303 Hamburg, Germany; 12 Rue Descartes, Meknes, Morocco; DOB 15 Jul 1975; POB Haselunne, Lower Saxony, Germany; nationality Moroccan and German (individual) [SDGT] 09-30-02
BAHAMAD (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01
BAHAMAD, Sheik (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01
BAHAMADI, Sheikh (a.k.a SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01
BAHAZIQ, Mahmoud Mohammad Ahmed (a.k.a. ABU 'ABD AL-'AZIZ; a.k.a. ABU ABDUL AZIZ; a.k.a. BAHAZIQ, Mahmoud; a.k.a. SHAYKH SAHIB); DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; POB India; nationality Saudi Arabia; Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT] 05-27-08
BAKR, Abu (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan, a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01
BARAKAT, Assaad Ahmad (a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmed; a.k.a. Hajj As'ed Ahmed), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04
BARAKAT, Assad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmed; a.k.a. Hajj As'ad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04
BARAKAT, Assad Ahmad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. Hajj As'ad Ahmed), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04
BARAKAT, Assad Ahmed Muhammad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad, a.k.a. Hajj As'ad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04
BARAKAT, Assad Hassan (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. Hajj As'ad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04
BARAKAT, Hamza Ahmad (a.k.a. BARAKAT, Hamze Ahmad; a.k.a. BARAKAT, Hamzi Ahmad; a.k.a. BARAKAT, Hamzi Muhammad); DOB 10 Jan 1963; POB Rubtiatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon (individual) [SDGT] 12-06-06
BARAKAT, Hamze Ahmed (a.k.a. BARAKAT, Hamza Ahmad; a.k.a. BARAKAT, Hamzi Ahmad; a.k.a. BARAKAT, Hamzi Muhammad); DOB 10 Jan 1963; POB Rubtiatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon (individual) [SDGT] 12-06-06
BARAKAT, Hamzi Ahmad (a.k.a. BARAKAT, Hamza Ahmad; a.k.a. BARAKAT, Hamze Ahmad; a.k.a. BARAKAT, Hamzi Muhammad); DOB 10 Jan 1963; POB Rubtiatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon (individual) [SDGT] 12-06-06
BARAKAT, Hamzi Muhammad (a.k.a. BARAKAT, Hamza Ahmad; a.k.a. BARAKAT, Hamze Ahmad; a.k.a. BARAKAT, Hamzi Ahmad); DOB 10 Jan 1963; POB Rubtiatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon (individual) [SDGT] 12-06-06
BARAKAT, Hatam Ahmad (a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hattem Ahmad; a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay); Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay) (individual) [SDGT] 12-06-06
BARAKAT, Hatem Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hattem Ahmad; a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay); Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay) (individual) [SDGT] 12-06-06
BARAKAT, Hatim Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hattem Ahmad, a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay); Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay) (individual) [SDGT] 12-06-06
BARAKAT, Hattem Ahmed (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay); Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay) (individual) [SDGT] 12-06-06
BARAKAT, Hotem Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hattem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay); Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay) (individual) [SDGT] 12-06-06
BARAKAT, Jach Assad Ahmed (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmed; a.k.a. BARAKAT, Assad Ahmed Muhammad, a.k.a. BARAKAT, Assad Hassan; a k a Hajj As'ad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment

Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile, Pinbebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04

BARAKAT, Mohammad Fayez; DOB 11 Mar 1969; POB Rubtaline, Lebanon; citizen Lebanon; alt. citizen Paraguay; Identification Number 2.121.948 (Paraguay) (individual) [SDGT] 12-06-06

BARZINGY, Ata Abdoul Aziz (a.k.a RASHID, Ata Abd Al-Aziz; a.k.a. RASHID, Ata Abdoulaziz), Schmidener Street 98, Stuttgart 70374, Germany; Stuttgart Prison, Stuttgart, Germany; DOB 1 Dec 1973; POB Sulaymaniyah, Iraq; nationality Iraq; Travel Document Number A0020375 (Germany) (individual) [SDGT] 12-05-05

BASHIR, Abu Bakar (a.k.a. BA'ASYIR, Abu Bakar; a.k.a. BAASYIR, Abu Bakar; a.k.a. "ABDUS SAMAD"; a.k.a. "ABDUS SOMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06

BATARJEE, Adel Abdul Jalil Ibrahim (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 1 Jul 1946; alt. DOB 1 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT] 05-22-07; 12-21-04

BATARJI, 'Adil 'Abd al Jalil (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATTERJEE, Adel; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 1 Jul 1946; alt. DOB 1 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT] 05-22-07; 12-21-04

BATTERJEE, Adel (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 1 Jul 1946; alt. DOB 1 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT] 05-22-07; 12-21-04

BATTERJEE, Adel Abdul Jaleel I. (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 1 Jul 1946; alt. DOB 1 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT] 05-22-07

BELKALEM, Mohamed (a.k.a. "ABDELALI ABOU DHER"; a.k.a. "EL HARRACHI"); DOB 19 Dec 1969; nationality Algeria (individual) [SDGT] 6-3-10

BELMOKHTAR, Mokhtar; DOB 1 Jun 1972; POB Ghardaia, Algeria (individual) [SDGT] 10-24-03

BEN ABDELHAKIM, Cherif Said (a.k.a. ABOU SALMAN; a.k.a. AL-CHERIF, Said Ben Abdelhakim Ben Omar; a.k.a. "DJALLAL"; a.k.a. "YOUCEF"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Passport M307966 issued 8 Sep 2001 expires 7 Sep 2006; arrested 30 Sep 2002; (individual) [SDGT] 10-18-05; 11-10-03

BEN ATTIA, Nabil Ben Mohamed Ben Ali; DOB 11 May 1966; POB Tunis, Tunisia; nationality Tunisia; Passport L289032 issued 22 Aug 2001 expires 21Aug 2006 (individual) [SDGT] 07-27-06; 10-18-05; 08-29-02

BEN HAMMEDI, Mohammed (a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya, citizen Libya (individual) [SDGT]  02-08-06

BEN HANI, Al As'ad (BEN HENI, Lased) DOB 5 Feb 1969; POB Libya; alt. Tripoli (individual) [SDGT] 07-27-06; 04-19-02

BEN HENI, Lased (a.k.a. BEN HANI, Al As'ad) DOB 5 Feb 1969; POB Libya; alt. Tripoli (individual) [SDGT] 07-27-06; 04-19-02

BEN SOLTANE, Adel (a.k.a. BEN SOLTANE, Adel Ben Al-Azhar Ben Youssef), Via Latisana n. 6, Milan, Italy; DOB 14 Jul 1970; POB Tunis, Tunisia; nationality Tunisia; Italian Fiscal Code BNSDLA70L14Z352B; Passport M408665 issued 4 Oct 2000 expires 3 Oct 2005 (individual) [SDGT] 10-18-05; 08-29-02

BEN SOLTANE, Adel Ben Al-Azhar Ben Youssef (a.k.a. BEN SOLTANE, Adel), Via Latisana n. 6, Milan, Italy; DOB 14 Jul 1970; POB Tunis, Tunisia; nationality Tunisia; Italian Fiscal Code BNSDLA70L14Z352B; Passport M408665 issued 4 Oct 2000 expires 3 Oct 2005 (individual) [SDGT] 10-18-05

BENDEBKA, L'Hadi (a.k.a. ABD AL HADI; a.k.a. HADI), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria (individual) [SDGT] 03-18-04

BENHAMMEDI, Mohammed (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM", a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya, citizen Libya (individual) [SDGT]  02-08-06

BERASATEGUI ESCUDERO, Ismael; member ETA; DOB 15 Jun 1969; POB Eibar (Guipuzcoa Province), Spain; D.N.I  15 379.555 (individual) [SDGT]  05-03-02

BHUTTAVI, Hafiz Abdul Salam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTVI, Muliah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam, a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940, POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT] 9-28-11

BIN ABAS, Mohammed Nasir (a.k.a. "Khairuddin"; a.k.a. "Soliman"; a.k.a. ABAS, Mohamad Nasir; a.k.a. ABAS, Nasir; a.k.a. BIN ABAS, Sulaiman); DOB 6 May 1969; nationality Malaysian (individual) [SDGT] 09-05-03

BIN AL SHIBH, Ramzi (a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; BINALSHIBH, Ramzi Mohammed Abdullah; a.k.a. OMAR, Ramzi Mohamed Abdellah), Billstedter Hauptstr Apt 14, 22111 Hamburg, Germany; Emil Anderson Strasse 5, 22073 Hamburg, Germany; Letzte Heller #109 Hamburg University, 22111 Hamburg, Germany; Marienstr #54, 21073 Hamburg, Germany; Schleemer Ring 2, 22117 Hamburg, Germany; DOB 16 Sep 1973; alt. DOB 1 May 1972; POB Khartoum, Sudan; alt. POB Hadramawt, Yemen; Passport Nos. A755350 (Saudi Arabia), R85243 (Yemen), 00085243 (Yemen); nationality Yemeni (individual) [SDGT] 09-30-02

BIN HAMMIDI, Muhammad Muhammad (a.k.a. BEN HAMMEDI, Mohammed; BENHAMMEDI, Mohammed; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a.

"PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT] 02-08-06

BIN KHALID, Fahd Bin Adballah (a.k.a MOHAMMED, Khalid Shaikh; a.k.a. ALI, Salem; a.k.a. HENIN, Ashraf Refaat Nabith; a.k.a. WADOOD, Khalid Adbul); DOB 14 Apr 1965; alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait (individual) [SDGT] 10-12-01

BIN LADEN, Osama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama), Afghanistan; DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB Yemen (individual) [SDT] [SDGT] 09-24-01

BIN LADEN, Sa'ad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ABBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammed; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) [SDGT] 1-16-09

BIN LADEN, Usama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad; a.k.a. BIN LADEN, Osama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama), Afghanistan; DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB Yemen (individual) [SDT] [SDGT] 09-24-01

BIN LADIN, Osama (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad; DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB Yemen (individual) [SDGT] 09-24-01

BIN LADIN, Osama bin Muhammad bin Awad (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Usama; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad; DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB Yemen (individual) [SDGT] 09-24-01

BIN LADIN, Usama (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad; DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB Yemen (individual) [SDGT] 09-24-01

BIN MANSOR, Amran (a.k.a. BIN MANSOR, Henry; a.k.a. BIN MANSOUR, Amran; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT] 09-05-03

BIN MANSOR, Henry (a.k.a. BIN MANSOR, Amran; BIN MANSOUR, Amran; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT] 09-05-03

BIN MANSOUR, Amran (a.k.a. BIN MANSOR, Amran; a.k.a. BIN MANSOR, Henry; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT] 09-05-03

BIN MARWAN, Bilal; DOB 1947 (individual) [SDGT] 10-12-01

BIN MARZUKI, Zulkifli (a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. ZUKIPLI; a.k.a. ZULKIFLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

BIN MUHAMMAD, Ayadi Chafiq (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhamad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, England; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT] 10-12-01

BIN SUFAAT, Yazud (a.k.a. SHUFAAT, Yazid; a.k.a. SUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysian; Passport No. A10472263 (Malaysia) (individual) [SDGT] 09-05-03

BIN ZUKEPLI, Marzuki (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. ZUKIPLI; a.k.a. ZULKIFLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

BINALSHEIDAH, Ramzi Mohamed Abdullah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHIBH, Ramzi Mohammed Abdullah; a.k.a. OMAR, Ramzi Mohammed Abdellah), Billstedter Hauptstr Apt 14, 22111 Hamburg, Germany; Emil Anderson Strasse 5, 22073 Hamburg, Germany; Letzte Heller #109 Hamburg University, 22111 Hamburg, Germany; Marienstr #54, 21073 Hamburg, Germany; Schleemer Ring 2, 22117 Hamburg, Germany; DOB 16 Sep 1973; alt. DOB 1 May 1972; POB Khartoum, Sudan; alt. POB Hadramawt, Yemen; Passport Nos. A755350 (Saudi Arabia), R85243 (Yemen), 00085243 (Yemen); nationality Yemeni (individual) [SDGT] 09-30-02

BINALSHIBH, Ramzi Mohammed Abdullah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; a.k.a. OMAR, Ramzi Mohammed Abdellah), Billstedter Hauptstr Apt 14, 22111 Hamburg, Germany; Emil Anderson Strasse 5, 22073 Hamburg, Germany; Letzte Heller #109 Hamburg University, 22111 Hamburg, Germany; Marienstr #54, 21073 Hamburg, Germany; Schleemer Ring 2, 22117 Hamburg, Germany; DOB 16 Sep 1973; alt. DOB 1 May 1972; POB Khartoum, Sudan; alt. POB Hadramawt, Yemen; Passport Nos. A755350 (Saudi Arabia), R85243 (Yemen), 00085243 (Yemen); nationality Yemeni (individual) [SDGT] 09-30-02

BOUCHOUCHA, Al-Mokhtar Ben Mohamed Ben Al-Mokhtar (a.k.a. BOUCHOUCHA, Mokhtar; a.k.a. BUSHUSHA, Mokhtar), Via Milano n.38, Spinadesco (CR), Italy; DOB 13 Oct 1969; POB Tunisia; nationality Tunisia; Italian Fiscal Code BCHMHT69R13Z352T; Passport K754050 issued 26 May 1999 expires 25 May 2004 (individual) [SDGT] 10-18-05

BOUCHOUCHA, Mokhtar (a.k.a. BOUCHOUCHA, Al-Mokhtar Ben Mohamed Ben Al-Mokhtar; a.k.a. BUSHUSHA, Mokhtar), Via Milano n.38, Spinadesco (CR), Italy; DOB 13 Oct 1969; POB Tunisia; nationality Tunisia; Italian Fiscal Code BCHMHT69R13Z352T; Passport K754050 issued 26 May 1999 expires 25 May 2004 (individual) [SDGT]10-18-05; 04-19-02

BOUGHANEMI, Faycal (a.k.a. BOUGHANMI, Faical), viale Cambonino, 5/B, Cremona, Italy; DOB 28 Oct 1966; POB Tunis, Tunisia; nationality Tunisia; Italian Fiscal Code BGHFCL66R28Z352G (individual) [SDGT] 08-01-05

BOUGHANMI, Faical (a.k.a. BOUGHANEMI, Faycal), viale Cambonino, 5/B, Cremona, Italy; DOB 28 Oct 1966; POB Tunis, Tunisia; nationality Tunisia; Italian Fiscal Code BGHFCL66R28Z352G (individual) [SDGT] 08-01-05

BOUSLIM, Ammar Mansour (a.k.a. ATWA, Ali; a.k.a. SALIM, Hassan Rostom), Lebanon; DOB 1960; POB Lebanon; citizen Lebanon (individual) [SDGT] 10-12-01

BOUYAHIA, Hamadi Ben Abdul Aziz Ben Ali (a.k.a. GAMEL MOHAMED), Corso XXII Marzo 39, Milan, Italy; DOB 2 May 1966; alt. DOB 29 May 1966; POB Tunisia;

- 100 -

nationality Tunisia; Passport L723315 issued 5 May 1998 expires 4 May 2003; arrested 30 Sep 2002; (individual) [SDGT] 07-27-06; 10-18-05; 11-10-03

BREININGER, Eric (a.k.a. "ABDUL-GAFFAR"; a.k.a. "ABDUL GAFFAR EL ALMANI"); DOB 3 Aug 1987; nationality Germany; Identification Number 2338895815 (Germany); Passport 2338289870 expires 30 May 2010 (individual) [SDGT] 5-12-10

BROUGERE, Jacques (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal," a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Hamza;" a.k.a. "Koumal;" a.k.a. "Lajonel Dimon"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

BRUGERE, Jacques (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal," a.k.a. BROUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Hamza;" a.k.a. "Koumal;" a.k.a. "Lajonel Dimon"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

BUISIR, Ibrahim, Ireland; IARA Representative in Ireland; DOB circa 1962; POB Libya (individual) [SDGT] 10-13-04

BURANOV, Suhayl Fatilloevich (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR , Suhail; a.k.a. MANSUR, Sobhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan (individual) [SDGT] 06-18-08

BUSHUSHA, Mokhtar (a.k.a. BOUCHOUCHA, Al-Mokhtar Ben Mohamed Ben Al-Mokhtar; a.k.a. BOUCHOUCHA, Mokhtar), Via Milano n.38, Spinadesco (CR), Italy; DOB 13 Oct 1969; POB Tunisia; nationality Tunisia; Italian Fiscal Code BCHMHT69R13Z352T; Passport K754050 issued 26 May 1999 expires 25 May 2004 (individual) [SDGT] 10-18-05; 04-19-02

CABDULLAAH, Ciise Maxamed, "last known address," Mosque in Via Quaranta, Milan, Italy; DOB 8 Oct 1974; POB Somalia; nationality Somalian; arrested 31 Mar 2003 (individual) [SDGT] 11-10-03

Chabaane Ben Mohamed, via Cuesso, n. 2, Porto Ceresio, Varese, Italy; DOB 1 May 1966; POB Rainneen, Tunisia; nationality Tunisia; Italian Fiscal Code TRBCBN66E01Z352O; Passport L 945660 issued 4 Dec 1998 expires 3 Dec 2001 (individual) [SDGT] 10-18-05; 11-10-03

CHAMS, Mohamed (a.k.a. TARABAIN CHAMAS, Mohamed; a.k.a. TARABAY, Muhammad; a.k.a. TARABAYN SHAMAS, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT] 12-06-06

CHARAABI, Tarek (a.k.a. AL-CHARAABI, Tarek Ben Al-Bechir Ben Amara; a.k.a. SHARAABI, Tarek), Viale Bligny n.42, Milano, Italy; DOB 31 Mar 1970; POB Tunisia; nationality Tunisia; Italian Fiscal Code CHRTRK70C31Z352U; Passport L 579603 issued 19 Nov 1997 expires 18 Nov 2002 (individual) [SDGT] 10-18-05; 04-19-02

CHEEMA, Azam (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azzam; a.k.a CHEEMA, Mohammed Azam; a.k.a CHIMA, Azam; a.k.a. CHIMA, Azim), Bahawalpur, Pakistan; Islamabad, Pakistan; Muzaffarabad, Pakistan, DOB 1953; POB Faisalabad, Pakistan; citizen Pakistan; nationality Pakistan (individual) [SDGT] 11-4-10

CHEKKOURI, Yassine; DOB 6 Oct 1966; POB Safi, Morocco (individual) [SDGT] 08-29-02

DARDAKIL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Moussaab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mussab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Moussab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al- Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DARRAZANLI, Mamoun, Uhlenhorsterweg 34 11, Hamburg, 22085 Germany; DOB 4 Aug 1958; POB Aleppo, Syria; Passport No. 1310636262 (Germany) (individual) [SDGT] 10-12-01

DARRAJI, Kamel Ben Mohamed Ben Ahmed (a.k.a. DARRAJI, Kamel), via Belotti, n 16, Busto Arsizio, Varese, Italy; DOB 22 Jul 1967; POB Menzel Bouzelfa, Tunisia; nationality Tunisia; Italian Fiscal Code DRRKML87L22Z352Q; alt. Italian Fiscal Code DRRKLB67L22Z352S; Passport L029699 issued 14 Aug 1995 expires 13 Aug 2000 (individual) [SDGT] 10-18-05

DARRAJI, Kamel (a.k.a. DARRAJI, Kamal Ben Mohamed Ben Ahmed), via Belotti, n 16, Busto Arsizio, Varese, Italy; DOB 22 Jul 1967; POB Menzel Bouzelfa, Tunisia; nationality Tunisia; Italian Fiscal Code DRRKML67L22Z352Q; alt. Italian Fiscal Code DRRKLB67L22Z352S; Passport L029699 issued 14 Aug 1995 expires 13 Aug 2000 (individual) [SDGT] 10-18-05; 06-23-04

DARWISH, Sulayman Khalid (a.k.a. ABU AL-GHADIYA), Syria; DOB 1976; alt. DOB circa 1974; POB outside Damascus, Syria; Passport No. 3936712 (Syria); alt. Passport No. 11012 (Syria); nationality Syrian (individual) [SDGT] 01-25-05

DE FRUTOS, Jose Ignacio Reta (a.k.a. DE FRUTOS, Joseba Inaki Reta; a.k.a. FRUIT, Joseba Inaki Reta); DOB 3 Jul 1959; POB Elorrio, Vizcaya, Spain; nationality Spain; National ID No. 72.253.058 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is a fugitive (individual) [SDGT] 3-22-11

DE GARIKOITZ ASPIAZU RUBINA, Miguel (a.k.a. DE GARIKOITZ ASPIAZU URBINA, Miguel; a.k.a. "CHEROKEE"; a.k.a. "TXEROKI"); DOB 6 Jul 1973; POB Bilbao,

Vizcaya, Spain; nationality Spain; National ID No. 14.257.455 (Spain); Member of the Basque Fatherland and Liberty (ETA) and currently detained in France (individual) [SDGT] 3-22-11

DE VERA, Pio Abogne (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abogan; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Edja Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines (individual) [SDGT] 06-16-08

DEGHDEGH, Ahmed (a.k.a. "ABU ABDALLAH"; a.k.a. "AL ILLAH, Abd"); DOB 17 Jan 1967; POB Anser, Jijel, Algeria (individual) [SDGT] 07-17-08

DELLOSA, Redendo Cain (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmed; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain Jabit; a.k.a. ILONGGO, Abu; a.k.a. LLONGGO, Abu; a.k.a. MUADZ, Abu, 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT] 06-16-08

DELOS REYES, Feliciano Semborio, Jr (a.k.a. ABDILLAH, Abdul; a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Romberyo; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubekar); DOB 4 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT] 06-16-08

DERAMCHI, Othman (a.k.a. YOUSSEF, Abou), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; Piazza Trieste, 11, Mortara, Italy; DOB 7 Jun 1954; POB Tighennif, Algeria; Italian Fiscal Code DRMTMN54H07Z301T (individual) [SDGT] 03-18-04

DERDOUKAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL MALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mussab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Moussab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DJERMANE, Kamel (a.k.a. "Adel;" a.k.a. "Bilal;" a.k.a. "Fodhil"), DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algerian (individual) [SDGT] 04-30-04

DJOUADI, Yahia (a.k.a. ABU AMAR, Yahia; a.k.a. "ABOU ALAM"; a.k.a. "ABU ALA"); DOB 1 Jan 1967; POB M'Hamid, Sidi Bel Abbes, Algeria (individual) [SDGT] 07-17-08

DOCKRAT, Ahmed (a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhed Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 396 Swanepoel Street, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; National ID No. 5902285162089/055 (South Africa); Passport 446333407 (South Africa) expires 26 May 2014 (individual) [SDGT] 01-26-07

DOCKRAT, Farhaad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhed Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 396 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; National ID No. 5902285162089/055 (South Africa); Passport 446333407 (South Africa) expires 26 May 2014 (individual) [SDGT] 01-26-07

DOCKRAT, Farhaad Ahmed (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhed

- 101 -

Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; National ID No. 5902285162089/055 (South Africa); Passport 446333407 (South Africa) expires 26 May 2014 (individual) [SDGT] 01-26-07

DOCKRAT, Farhad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; National ID No. 5902285162089/055 (South Africa); Passport 446333407 (South Africa) expires 26 May 2014 (individual) [SDGT] 01-26-07

DOCKRAT, Farhad Ahmad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; National ID No. 5902285162089/055 (South Africa); Passport 446333407 (South Africa) expires 26 May 2014 (individual) [SDGT] 01-26-07

DOCKRAT, Farhad Ahmed (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; National ID No. 5902285162089/055 (South Africa); Passport 446333407 (South Africa) expires 26 May 2014 (individual) [SDGT] 01-26-07

DOCKRAT, Junaid (a.k.a. DOCKRAT, Junaid Ismail; a.k.a. DOCRATE, Junaid; a.k.a. "AHMED, DR."; a.k.a. "DOCKRAT, J. I."), 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; Johannesburg, South Africa; DOB 16 Mar 1971; National ID No. 7103165178083 (South Africa) (individual) [SDGT] 01-26-07

DOCKRAT, Junaid Ismail (a.k.a. DOCKRAT, Junaid; a.k.a. DOCRATE, Junaid; a.k.a. "AHMED, DR."; a.k.a. "DOCKRAT, J. I."), 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; Johannesburg, South Africa; DOB 16 Mar 1971; National ID No. 7103165178083 (South Africa) (individual) [SDGT] 01-26-07

DOCKRAT, Maulana Farhad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCRATE, Farhad; a k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; National ID No. 5902285162089/055 (South Africa); Passport 446333407 (South Africa) expires 26 May 2014 (individual) [SDGT] 01-26-07

DOCRATE, Farhad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; National ID No. 5902285162089/055 (South Africa); Passport 446333407 (South Africa) expires 26 May 2014 (individual) [SDGT] 01-26-07

DOCRATE, Junaid (a k.a. DOCKRAT, Junaid; a.k.a. DOCKRAT, Junaid Ismail; a.k.a. "AHMED, DR."; a.k.a. "DOCKRAT, J. I."), 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; Johannesburg, South Africa; DOB 16 Mar 1971; National ID No. 7103165178083 (South Africa) (individual) [SDGT] 01-26-07

DOURKDAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab, a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud, a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud, a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DRIDQAL, Abd-al- Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria, DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DRIDQAL, Abd-al-Malik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DRISSI, Noureddine Ben Ali Ben Belkassem, Via Plebiscito 3, Cremona, Italy; DOB 30 Apr 1969; alt. DOB 30 Apr 1964; POB Tunisi, Tunisia; nationality Tunisia; Passport L851940 issued 9 Sep 1998 expires 8 Sep 2003; arrested 1 Apr 2003; (individual) [SDGT] 07-27-06; 10-18-05; 11-10-03

DROKDAL, 'Abd-al-Malik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DROKDAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DROUGDEL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DROUKADAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal, a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a.

DROUKDEL, Abdelouadour, a.k.a. DRUKDAL, 'Abd al-Malik', a.k.a. DURIKDAL, 'Abd al-Malik, a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DROUKBEL, Abdelmalek (a.k.a. ABD AL-WADOUD, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABDELWADOUD, Abou Moussaab; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DROUKDAL, Abdelmalik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABDELWADOUD, Abou Moussaab; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DROUKDAL, Abdelmalik (a.k.a. ABD AL-WADOUD, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABDELWADOUD, Abou Moussaab; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DROUKDEL, Abdel Malek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD-AL-WADOUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DROUKDEL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUD, Abou Mussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DROUKDEL, Abdelouadour (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DROUKDEL, Abdelouadour (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAH, Abdelwadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DRUKDAL, 'Abd al-Malik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

DUGHMUSH, Mumtaz (a.k.a. DAGHMASH, Mumtaz; a.k.a. DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah; a.k.a. "ABOUT ABIR"); DOB 1977; nationality Palestinian (individual) [SDGT] 5-16-11

DUMONT, Lionel (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. BRUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. "Koumal;" a.k.a. "Lejonel Dimon;" a.k.a. "Hamza"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

DURGUTI, Safet (a.k.a. "Abu-Sumaya"); DOB 10 May 1967; POB Orahovac, Kosovo; Passport No. 1144602 (Bosnia-Herzegovina); Bosnian Personal ID No. 1005967953038 (individual) [SDGT] 12-22-03

DURIKDAL, 'Abd al-Malik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU

MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouedour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria, nationality Algeria (individual) [SDGT] 12-04-07

DWIKARNA, Agus, currently incarcerated in the Philippines; DOB 11 Aug 1964; POB Makassar, South Sulawesi, Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

EBRAHIM, Dawood (a.k.a. HASSAN, Sheikh Dawood; IBRAHIM, Dawood), Karachi, Pakistan; Passport No. G869537 (Pakistan) (individual) [SDGT] 10-16-03

ECHEBERRIA SIMARRO, Leire; member ETA; DOB 20 Dec 1977; POB Basauri (Vizcaya Province), Spain; D.N.I. 45.625.646 (individual) [SDGT] 11-06-02

ECHEGARAY ACHIRICA, Alfonso; member ETA; DOB 10 Jan 1956; POB Plencia (Vizcaya Province), Spain; D.N.I. 16.027.051 (individual) [SDGT] 11-06-02

EL AYASHI, Radi Abd El Samle Abou El Yazid (a.k.a. "Mera'I"), "last known address," Via Cilea 40, Milan, Italy; DOB 2 Jan 1972; POB El Gharbia, Egypt; nationality Egyptian; arrested 31 Mar 2003 (individual) [SDGT] 11-10-03

EL BOUHALI, Ahmed (a.k.a. ABU KATADA), vicolo S. Rocco, n. 10 - Casalbuttano, Cremona, Italy; DOB 31 May 1963; POB Sidi Kacem, Morocco; nationality Morocco; Italian Fiscal Code LBHHMD63E31Z330M (individual) [SDGT] 08-01-05

EL HABHAB, Redouane (a.k.a. "ABDELRAHMAN"), Iltisstrasse 58, Kiel 24143, Germany; DOB 20 Dec 1969; POB Casablanca, Morocco; nationality Germany; National ID No. 1007850441 (Germany) issued 27 Mar 2001 expires 26 Mar 2011; Passport 1005552350 (Germany) issued 27 Mar 2001 expires 26 Mar 2011; currently incarcerated in Lubeck, Germany (individual) [SDGT] 11-20-08

EL HADI, Mustapha Nasri Ben Abdul Kader Ait; DOB 5 Mar 1962; POB Tunis, Tunisia; nationality Algeria alt. Germany (individual) [SDGT] 10-18-05; 10-24-03

EL HEIT, Ali (a.k.a. "ALI DI ROMA;" a.k.a. KAMEL, Mohamed), Via D. Fringuello, 20, Rome, Italy; Milan; DOB 20 Mar 1970; alt. DOB 30 Jan 1971; POB Rouba, Algeria (individual) [SDGT] 03-18-04

EL KHABIR, Abu Hafs el Masry (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDGT] 09-24-01

EL MOTASSADEQ, Mounir, Goschenstasse 13, 21073 Hamburg, Germany; DOB 3 Apr 1974; POB Marrakesh, Morocco; nationality Moroccan (individual) [SDGT] 09-30-02

EL-AICH, Dhou (a.k.a. "Abdel Hak"), DOB 5 Aug 1964; POB Debila, Algeria (individual) [SDGT] 04-30-04

ELBISHY, Moustafa Ali (a.k.a. FADHIL, Mustafa Mohamed, a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a FADIL, Mustafa Muhammad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773687; Serial No. 201735161 (individual) [SDGT] 10-12-01

ELCORO AYASTUY, Paulo; member ETA; DOB 22 Oct 1973; POB Vergara (Guipuzcoa Province), Spain; D.N.I. 15.394.062 (individual) [SDGT] 02-26-02

EL-HOORIE, Ali Saed Bin Ali (a.k.a. AL-HOURI, Ali Saed Bin Ali; a.k.a. EL-HOURI, Ali Saed Bin Ali); DOB 10 Jul 1965; DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

EL-HOURI, Ali Saed Bin Ali (a.k.a. EL-HOORIE, Ali Saed Bin Ali; a.k.a. AL-HOURI, Ali Saed Bin Ali); DOB 10 Jul 1965; alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

EL-KURD, Ahmed (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. AL-KURD, Ahmed Hard), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT] 08-07-07

ELMABRUK, Maftah Mohamed (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 1 May 1950; POB Libya; nationality Libya (individual) [SDGT] 10-30-2008

ELOSTA, Abdelrazag Elsharif (a.k.a. ABU MU'AWIYA; a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. AL-MULAY, 'Abd; a.k.a. AL-USTA, 'Abd Al-Razzaq Al-Sharif; a.k.a. SHARIF, 'Abd al-Razzaq), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom (individual) [SDGT] 10-30-2008

ELSSEID, Sami Ben Khemis Ben Saleh (a.k.a. ESSID, Sami Ben Khemais), Via Dubini n.3, Gallarate (VA), Italy; DOB 10 Feb 1968; POB Tunisia; nationality Tunisia; Italian Fiscal Code SSDSBN68B10Z352F; Passport K929139 issued 14 Feb 1995 expires 13 Feb 2000 (individual) [SDGT] 10-18-05

EMAN, Azam Ramsey (a.k.a. AL-MASRI, Abu Hamza; a.k.a. AL-MISRI, Abu Hamza; a.k.a. MUSTAFA, Mustafa Kamel; a.k.a. KAMEL, Mustafa), 9 Aboume Road, Shepherds Bush, London, W12 OLW, England; 8 Adie Road, Hammersmith, London, W6 OPW, England; DOB 15 Apr 1958 (individual) 04-19-02

ES SAYED, Abdelkader Mahmoud (a.k.a. ES SAYED, Kader), Via del Fosso di Centocelle n.66, Rome, Italy; DOB 26 Dec 1962; POB Egypt; Italian Fiscal Code. SSYBLK62T26Z336L (individual) [SDGT] 04-19-02

ES SAYED, Kader (a.k.a. ES SAYED, Abdelkader Mahmoud), Via del Fosso di Centocelle n.66, Rome, Italy; DOB 26 Dec 1962; POB Egypt; Italian Fiscal Code: SSYBLK62T26Z336L (individual) [SDGT] 04-19-02

ESSAADI, Moussa Ben Amor Ben Ali (a.k.a. "ABDELRAHMMAN"; a.k.a "BECHIR"; a.k.a. "DAH DAH"), Via Milano n.108, Brescia, Italy; DOB 4 Dec 1964; POB Tabarka, Tunisia; nationality Tunisia; Passport L335915 issued 8 Nov 1996 expires 7 Nov 2001 (individual) [SDGT] 07-27-06; 10-18-05; 06-06-03

ESSABAR, Zakariya (a.k.a. ESSABAR, Zakarya), Dortmunder Strasse 38, 22419 Hamburg; DOB 13 Apr 1977; alt. DOB 3 Apr 1977; POB Essaouria, Morocco (individual) 09-30-02

ESSABAR, Zakarya (a.k.a. ESSABAR, Zakariya), Dortmunder Strasse 38, 22419 Hamburg; DOB 13 Apr 1977; alt. DOB 3 Apr 1977; POB Essaouria, Morocco (individual) [SDGT] 09-30-02

ESSID, Sami Ben Khemais (a.k.a. ELSSEID, Sami Ben Khamis Ben Saleh), Via Dubini n.3, Gallarate (VA), Italy; DOB 10 Feb 1968; POB Tunisia; nationality Tunisia; Italian Fiscal Code SSDSBN68B10Z352F; Passport K929139 issued 14 Feb 1995 expires 13 Feb 2000 (individual) [SDGT] 09-30-02

FADHIL, Mustafa Mohamed (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamed; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

FADIL, Mustafa Muhammad (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667 (individual) [SDGT] 10-12-01

FARAG, Hamdi Ahmad (a.k.a. AHMAD, Tariq Anwar al-Sayyid; a.k.a. FATHI, Amr Al-Fatih; DOB 15 Mar 63; POB Alexandria, Egypt (individual) [SDGT] 09-24-01

FARRAJ, Fateh Najm Eddine (a.k.a. AHMAD, Najmuddin Faraj; a.k.a. KREKAR, Mullah; a.k.a. NAJMUDDIN, Faraj Ahmad), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 7 Jul 1956; alt. DOB 17 Jun 1963; POB Oleqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq (individual) [SDGT] 12-07-06

FATHI, Amr Al-Fatih (a.k.a. AHMAD, Tariq Anwar al-Sayyid; a.k.a. FARAG, Hamdi Ahmad); DOB 15 Mar 63; POB Alexandria, Egypt (individual) [SDGT] 09-24-01

FAYAD, Saleh Mahmoud (a.k.a. FAYYAD, Saleh Mahmud); DOB 20 Oct 1972; POB Al-Tayba, Lebanon (individual) [SDGT] 12-06-06

FAYAD, Sobhi Mahmoud (a.k.a. FAYAD, Soubi Mamout; a.k.a. FAYADH, Sobhi Mahmoud; a.k.a FAYYAD, Subhi Mahmud), 315, Piso 3, Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 003301585 (Paraguay) (individual) [SDGT] 12-06-06

FAYAD, Soubi Mamout (a.k.a. FAYAD, Sobhi Mahmoud; a.k.a. FAYADH, Sobhi Mahmoud; a.k.a FAYYAD, Subhi Mahmud), 315, Piso 3, Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 003301585 (Paraguay) (individual) [SDGT] 12-06-06

FAYADH, Sobhi Mahmoud (a.k.a FAYYAD, Subhi Mahmud; a.k.a. FAYAD, Soubi Mamout; a.k.a. FAYYAD, Subhi Mahmud), 315, Piso 3, Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 003301585 (Paraguay) (individual) [SDGT] 12-06-06

FAYYAD, Saleh Mahmud (a.k.a. FAYAD, Saleh Mahmoud); DOB 20 Oct 1972; POB Al-Tayba, Lebanon (individual) [SDGT] 12-06-06

FAYYAD, Subhi Mahmud (a.k.a. FAYADH, Sobhi Mahmoud; a.k.a. FAYAD, Soubi Mamout; a.k.a. FAYADH, Sobhi Mahmoud), 315, Piso 3, Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 003301585 (Paraguay) (individual) [SDGT] 12-06-06

FAZUL, Abdalla (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROON, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

FAZUL, Abdallah Mohammed (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, bu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROON, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

FAZUL, Abdallah Mohammed (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROON, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

FAZUL, Abdallah (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROON, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

FAZUL, Harun (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROON, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

FAZUL, Mustafa (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamed; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID, a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa, a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

FERDJANI, Mouloud (a.k.a. ABD AL HAFIZ, Abd Al Wahab; a.k.a. "MOURAD;" a.k.a. "RABAH DI ROMA"), Via Lungotevere Dante, Rome, Italy; DOB 7 Sep 1967; POB Algiers, Algeria (individual) [SDGT] 03-18-04

FETHI, Ala Ben Absha (a.k.a MNASRI, Fethi Ben Rebai; a.k.a. "Amor;" a.k.a. "Abu Omar"), Via Toscana n.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Baja, Tunisia; Passport L497470 issued 03 Jun 1997 expires 02 Jun 2002 (individual) [SDGT] 06-06-03

FETTAR, Rachid (a.k.a. "Amine del Belgio;" a.k.a. "Djaffar"), Via degli Apuli n.5, Milan, Italy; DOB 16 Apr 1969; POB Boulogin, Algeria (individual) [SDGT] 06-06-03

FIGAL ARRANZ, Antonio Agustin; member ETA; DOB 2 Dec 1972; POB Baracaldo (Vizcaya Province), Spain; D.N.I. 20.172.692 (individual) [SDGT] 02-26-02

FUSCO, Fabio (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Mehrez; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; POB Tunis, Tunisia; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT] 10-18-05; 06-06-03

GALLASTEGUI SODUPE, Lexuri; member ETA; DOB 18 Jun 1969; POB Bilbao (Vizcaya Province), Spain; D.N.I. 16.047.113 (individual) [SDGT] 05-03-02

GAMEL MOHAMED (a.k.a. BOUYAHIA, Hamadi Ben Abdul Aziz Ben Ali), Corso XXII Marzo 39, Milan, Italy; DOB 22 May 1966; alt. DOB 29 May 1966; POB Tunisia; nationality Tunisia; Passport L723315 issued 5 May 1998 expires 4 May 2003; arrested 30 Sep 2002; (individual) [SDGT] 07-27-06; 10-18-05; 11-10-03

GARBAYA, AHMED (a.k.a. IZZ-AL-DIN, Hasan; a.k.a. SA-ID; a.k.a. SALWWAN, Samir), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon (individual) [SDGT] 10-12-01

GASMI, Salah (a.k.a. "BOUNOUADHER"; a.k.a. "SALAH ABU MOHAMED"; a.k.a. "SALAH ABU MUHAMAD"), DOB 13 Apr 1971; POB Zeribet El Oued, Biskra, Algeria (individual) [SDGT] 07-17-08

GELOWICZ, Fritz Martin (a.k.a. GEBERT, Markus; a.k.a GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 1 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT] 12-4-08

GHAILANI, Ahmed (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan, a.k.a. BAKR, Abu, a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

GHAILANI, Ahmed Khalfan (a.k.a. "AHMED THE TANZANIAN;" a.k.a "FOOPIE," a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A., a.k.a AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

GHAILANI, Abubakary Khalfan Ahmed (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan, Abu; a.k.a. TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu, a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

GHILANI, Ahmad Khalafan (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

GOGEASCOECHEA ARRONATEGUI, Eneko; member ETA; DOB 29 Apr 1967; POB Guernica (Vizcaya Province), Spain; D.N.I. 44.556.097 (individual) [SDGT] 02-26-02

GOIRICELAYA GONZALEZ, Cristina; member ETA; DOB 23 Dec 1967; POB Vergara (Guipuzcoa Province), Spain; D.N.I. 16.282.556 (individual) [SDGT] 02-26-02

GUNAWAN, Gun Gun Rusman (a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY"); DOB 6 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06

GUNAWAN, Rusman (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. "ABD AL- HADI"; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY"); DOB 6 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06

HADDAD, Fethi Ben Assen Ben Salem, Via Fulvio Testi, 184, Cinisello Balsamo, Milan, Italy; Via Porte Giove, 1, Mortara, Pavia, Italy; DOB 28 Mar 1963; alt. DOB 28 Jun

1963; POB Tataouene, Tunisia; nationality Tunisia; Italian Fiscal Code HDDFTH63H28Z352V; Passport L 183017 issued 14 Feb 1996 expires 13 Feb 2001 (individual) [SDGT] 07-27-06; 10-18-05; 03-18-04

HADI (a.k.a. ABD AL HADI; a.k.a. BENDEBKA, L'Hadi), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria (individual) [SDGT] 03-18-04

Hajj As'ad Ahmad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assaad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jacir Assaad Ahmad), Ave Turia 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terra, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04

HAMAMI, Brahim Ben Hedili Ben Mohamed, Via de' Carracci n.l5, Casalecchio di Reno (Bologna), Italy; DOB 20 Nov 1971; POB Goubellat, Tunisia; alt. POB Koubellat, Tunisia; nationality Tunisia; Passport 2106861 issued 18 Feb 2004 expires 17 Feb 2009 (individual) [SDGT] 07-27-06; 10-18-05; 06-06-03

HAMANYANDI, Kawa (a.k.a. AHMAD, Farhad Kanabi; a.k.a. OMAR ACHMED, Kaua), Lochhamer Str. 115, Munich 81477, Germany; Kempten Prison, Germany; DOB 1 Jul 1971; POB Arbil, Iraq; nationality Iraq; Travel Document Number A0139243 (Germany) (individual) [SDGT] 07-27-06; 12-05-05

HAMBALI (a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN; a.k.a. NURJAMAN, Encep); DOB 04 Apr 1964; alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

HAMDAN, Salim Ahmad Salim (a.k.a. AL-JADAWI, Saqar; a.k.a. AL-JADDAW, Seqr); DOB 1965; POB Al-Mukalla, Yemen; Passport 00385937 (Yemen) (individual) [SDGT] 05-22-07

HAMDAN, Usama, Haret Hreik, Lebanon (individual) [SDGT] 08-21-03

HAMID, Abdul (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, SA'ID YUSIF ALI ABU; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT] 05-15-07

HAMID, Mustafa (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abu Walid; a.k.a. AL-WALID, Abu; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan [SDGT] 1-16-09

HAMMADOU, Abid (a.k.a ABOU ZEID, Abdelhamid; a.k.a. ABU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMADOU, Abid; a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1985; POB Touggourt, Ouargla, Algeria (individual) [SDGT] 07-17-08

HAMMEDI, Ben (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohammed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT] 02-08-06

HAMMID, Mohammed Tahir (a.k.a. "Abdelhamid Al Kurdi"), "last known address," Via della Martinella 132, Parma, Italy; DOB 1 Nov 1975; POB Poshok, Iraq; nationality Iraqi (Kurdish); arrested 31 Mar 2003 (individual) [SDGT] 11-10-03

HAMRAOUI, Kamel Ben Mouldi Ben Hassan (a.k.a. "KAMEL"; a.k.a. "KIMO"), Via Bertesi 27, Cremona, Italy; DOB 21 Oct 1977; POB Baja, Tunisia; nationality Tunisia, Passport P229856 (Tunisia) issued 1 Nov 2002 expires 31 Oct 2007; arrested 1 Apr 2003 (individual) [SDGT] 07-27-06; 10-18-05; 11-10-03

HANNADI, Mohammed (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT] 02-08-06

HAPILON, Isnilon Totoni (a.k.a. "ABU MUSAB"; a.k.a. HAPILUN, Isnilon; a.k.a. HAPILUN, Isnilun; a.k.a. SALAHUDIN; a.k.a. TUAN ISNILON); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines (individual) [SDGT] 11-30-05

HAPILUN, Isnilon (a.k.a. "ABU MUSAB"; a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilun; a.k.a. SALAHUDIN; a.k.a. TUAN ISNILON); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines (individual) [SDGT] 11-30-05

HAPILUN, Isnilun (a.k.a. "ABU MUSAB"; a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilon; a.k.a. SALAHUDIN; a.k.a. TUAN ISNILON); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines (individual) [SDGT] 11-30-05

HAQ, Abdul (a.k.a. ABUDUHAKE; a.k.a. AL-HAQ, 'Abd; a.k.a. AXIMU, Memetiming; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdullah; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maimaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. SAIFUDING; a.k.a. SAIMAITI, Abdul; a.k.a. "KHALIQ, Muhammad Ahmed"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT] 4-20-2009

HAQQANI, Badruddin (a.k.a. "ATIQULLAH"), Miram Shah, Pakistan; DOB 1975; alt. DOB 1976; alt. DOB 1977; alt. DOB 1978; alt. DOB 1979; Eye Color Brown; Hair Color Brown; Individual's Primary Language Pashto; Operational Commander of the Haqqani Network (individual) [SDGT] 5-11-11

HAQQANI, Khalil Al-Rahman (a.k.a. HAQQANI, Khalisa; a.k.a. HAQQANI, Khalil Ahmed; a.k.a. HAQQANI, Khalil-ur Rahman), Sarana Zadran Village, Paktia, Afghanistan; Peshawar, Pakistan; Near Dirgha Mundei Madrassa, in Dirgha Mundei Village, near Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan; Kayla Village, near Miram Shah, NWA, FATA, Pakistan; DOB 1 Jan 1966; alt. DOB 1964; alt. DOB 1963; alt. DOB 1962; alt. DOB 1961; alt. DOB 1960; alt. DOB 1959; alt. DOB 1958; nationality Afghanistan; Hajj (individual) [SDGT] 2-9-11

HAQQANI, Nasiruddin (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI , Dr. Naseer; a.k.a. HAQQANI , Naseer; a.k.a. HAQQANI , Nashir; a.k.a. HAQQANI , Nassir; a.k.a. "NASERUDDIN"); DOB circa 1972; POB Afghanistan (individual) [SDGT] 7-22-10

HAROUN, Fadhil (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01
HARRACH, Bekkay (a.k.a. AL HAFIDH ABU TALHA DER DEUTSCHE); DOB 4 Sep 1977; POB Berkane, Morocco; nationality Germany; Driver's License No. J17001W6Z12; National ID No.5209243072 (Germany) expires 7 Sep 2013; Passport 5208116575 (Germany) expires 7 Sep 2013; Believed to be in the Afghanistan/Pakistan border area (individual) [SDGT] 10-15-09
HARUN (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01
HASANAYN, Nasr Fahmi Nasr (a.k.a. SALAH, Muhammad) (individual) [SDGT] 09-24-01
HASSAN, Mohamed (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Mehrez; a.k.a. FUSCO, Fabio; a.k.a. "ABU THALE"); DOB 18 Dec 1969; POB Tunis, Tunisia; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT] 10-18-05; 06-06-03
HASSAN, Sheikh Dawood (a.k.a. EBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood), Karachi, Pakistan; Passport No. G869537 (Pakistan) (individual) [SDGT] 10-16-03
HASSAN, Yaser (a.k.a "Abu Ali"; a.k.a. ABU DHESS, Mohamed), "last known address," Holdenweg 76, 45143, Essen, Germany; DOB 1 Feb 1966; POB Hashmija, Iraq; nationality possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03
HEKHMARTYAR, Gulbuddin (a.k.a HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03
HEKMATIAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03
HEKMATYAR, Gulabudin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03
HEKMATYAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03
HEKMETYAR, Gulbudin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03
HEMED, Ahmed (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmed; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01
HENIN, Ashraf Refaat Nabith (a.k.a. MOHAMMED, Khalid Shaikh; a.k.a. ALI, Salem; a.k.a. BIN KHALID, Fahd Bin Adballah; a.k.a. WADOOD, Khalid Adbul); DOB 14 Apr 1965; alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait (individual) [SDGT] 10-12-01
HIJAZI, Raed M. (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, U.S.A ; SSN: 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 (USA) (individual) [SDGT] 10-12-01
HIJAZI, Riad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M.), Jordan; DOB 1968; POB California, U.S.A ; SSN: 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 (USA) (individual) [SDGT] 10-12-01
HIKMETYAR, Golboddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03
HIMMAT, Ali Ghaleb, Via Posero 2, Campione d'Italia CH-6911, Switzerland; DOB 16 Jun 1938; POB Damascus, Syria; citizen Switzerland; alt. citizen Tunisia (individual) [SDGT] 11-07-01
HIR, Musa Abdul (a.k.a "Musa Abdul;" a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir); DOB 5 Jan 1966; alt. DOB 5 Oct 1966; POB Malaysia (individual) [SDGT] 09-05-03
HIR, Zulkifli Abdul (a.k.a "Musa Abdul;" a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir); DOB 5 Jan 1966; alt. DOB 5 Oct 1966; POB Malaysia (individual) [SDGT] 09-05-03
HIR, Zulkifli Bin Abdul (a.k.a "Musa Abdul;" a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir); DOB 5 Jan 1966; alt. DOB 5 Oct 1966; POB Malaysia (individual) [SDGT] 09-05-03
HUSAIN, Ali Saleh (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. DAHHAK, Abu; a.k.a. 'ULA'LAH, 'Ali Salih Husayn); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; individual's height is 5 feet 9 inches. [SDGT] 1-16-09
HUSAIN, Zain Al-Abidin Muhammad (a.k.a. ABU ZUBAIDA; a.k.a. ABU ZUBAYDAH; a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. AL-

Hadi; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. TARIQ); DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT] 05-22-07; 09-24-01
HUSAYN ALAYWAH, Al-Sayyid Ahmad Fathi; DOB 30 Jul 1964; POB Suez, Egypt; nationality Egypt (individual) [SDGT] 09-29-05
HUSAYN, Zayn al-Abidin Muhammad (a.k.a. ABU ZUBAIDA; a.k.a. ABU ZUBAYDAH; a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. TARIQ); DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT] 05-22-07; 09-24-01
HUSSAIN, Qari (a.k.a. MEHSUD, Qari Hussain; a.k.a. MEHSUD, Qari Hussain Ahmed; a.k.a. USTAD-E-FIDAYEEN); DOB 6 Dec 1988; nationality Pakistan (individual) [SDGT] 1-20-11
HUSSEIN (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735181 (individual) [SDGT] 10-12-01
HUSSEIN, Mahafudh Abubakar Ahmed Abdallah (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmed; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01
HUSSEIN, Mazen Ali (a.k.a. SALAH MUHAMAD, Issa), Branderstrasse 28, Augsburg 86154, Germany; Schwabisch Hall Prison, Germany; DOB 1 Jan 1982; alt. DOB 1 Jan 1980; POB Baghdad, Iraq; nationality Iraq (individual) [SDGT] 12-05-05
HUSSEIN, Zayn al-Abidin Muhammad (a.k.a. ABU ZUBAIDA; a.k.a. ABU ZUBAYDAH; a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. TARIQ); DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT] 05-22-07
IBRAHIM, Dawood (a.k.a. EBRAHIM, Dawood; a.k.a. HASSAN, Sheikh Dawood), Karachi, Pakistan; Passport No. G869537 (Pakistan) (individual) [SDGT] 10-16-03
IPARRAGUIRRE GUENECHEA, Maria Soledad; member ETA; DOB 25 Apr 1961; POB Escoriaza (Guipuzcoa Province), Spain; D.N.I. 16.255.819 (individual) [SDGT] 02-26-02
IQBAL, Zafar (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 4 Oct 1953; nationality Pakistan; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; Professor; Doctor (individual) [SDGT] 9-28-11
ISAMUDDIN, Nurjaman Riduan (a.k.a. HAMBALI; a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN; a.k.a. NURJAMAN, Encep); DOB 04 Apr 1964; alt. DOB 01 Apr 1984; POB Cianjur, West Java, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03
ISHAKZAI, Gul Agha (a.k.a. MULLAH GUL AGHA; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HAYADATULLAH"; a.k.a. "HIDAYATULLAH"); DOB circa 1972; POB Band-e-Timor, Kandahar, Afghanistan (individual) [SDGT] 7-22-10
ISMAIL, Mohammed (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT] 02-08-06
ISOMUDDIN, Riduan (a.k.a. HAMBALI; a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. NURJAMAN; a.k.a. NURJAMAN, Encep); DOB 04 Apr 1964; alt. DOB 01 Apr 1984; POB Cianjur, West Java, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03
ISSA, Issa Osman (a.k.a. ATTO, Abdullah; a.k.a. BUR, Abdullah; a.k.a. SUDANI, Abdala; a.k.a. "AFADEY"; a.k.a. "MUSSE"); DOB 1973; POB Malindi, Kenya; nationality Kenya (individual) [SDGT] 11-20-08
IZTUETA BARANDICA, Enrique; member ETA; DOB 30 Jul 1955; POB Santurce (Vizcaya Province), Spain; D.N.I. 14.929.950 (individual) [SDGT] 11-06-02
IZZ-AL-DIN, Hasan (a.k.a. GARBAYA, AHMED; a.k.a. SA-ID; a.k.a. SALWWAN, Samir), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon (individual) [SDGT] 10-12-01
IZZAT, Diman Abdulkadir (a.k.a. AL-JABBARI, Deiman Alhasenben Ali), Adolf-Braun Street 8, Nuremberg 90429, Germany; Fuerther Street 335, Nuremberg, Germany; Nuremberg Prison, Germany; DOB 4 Jul 1965; POB Kirkuk, Iraq; nationality Iraq; Travel Document Number A0141082 (Germany) (individual) [SDGT] 12-05-05
JAFFAR 'ALI, 'Abd al-Rahman Muhammad (a.k.a. JAFFAR, Abdulrahman Mohammed; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Mohammed; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Mohammed; a.k.a. "ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain (individual) [SDGT] 06-05-08
JALADIN, Wa'el Hamza (a.k.a. "ABU AL-HASAN AL MADANI"; a.k.a. JALADIN, Wa'li Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al- Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'il Hamza); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Passport A- 992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT] 09-07-01; 09-06-02
JALADIN, Wa'li Hamza (a.k.a. "ABU AL-HASAN AL MADANI"; a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al- Fatah; a.k.a. JULAIDAN,

- 106 -

Wa'il Hamza: a.k.a. JULAYDAN. Wa'el Hamza: a.k.a. JULAYDAN. Wa'il Hamza): DOB 22 Jan 1958: alt. DOB 20 Jan 1958: POB Al-Madinah, Saudi Arabia: nationality Saudi Arabia: Passport A-992535 (Saudi Arabia): alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT] 05-22-07: 09-06-02

JALAIDAN. Wa'el Hamza (a.k.a. "ABU AL-HASAN AL MADANI": a.k.a. JALADIN. Wa'el Hamza: a.k.a. JALADIN. Wa'il Hamza: a.k.a. JALAIDAN. Wa'il Hamza: a.k.a. JILDAN. Wail H.A.: a.k.a. JULAYDAN. Wa'el Hamza Abd Al-Fatah: a.k.a. JULAIDAN. Wa'il Hamza: a.k.a. JULAYDAN. Wa'el Hamza: a.k.a. JULAYDAN. Wa'il Hamza): DOB 22 Jan 1958: alt. DOB 20 Jan 1958: POB Al-Madinah, Saudi Arabia: nationality Saudi Arabia: Passport A-992535 (Saudi Arabia): alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT] 05-22-07: 09-06-02

JALAIDAN. Wa'il Hamza (a.k.a. "ABU AL-HASAN AL MADANI": a.k.a. JALADIN. Wa'el Hamza: a.k.a. JALADIN. Wa'il Hamza: a.k.a. JALAIDAN. Wa'el Hamza: a.k.a. JILDAN. Wail H.A.: a.k.a. JULAYDAN. Wa'el Hamza Abd Al-Fatah: a.k.a. JULAIDAN. Wa'il Hamza: a.k.a. JULAYDAN. Wa'el Hamza: a.k.a. JULAYDAN. Wa'il Hamza): DOB 22 Jan 1958: alt. DOB 20 Jan 1958: POB Al-Madinah, Saudi Arabia: nationality Saudi Arabia: Passport A-992535 (Saudi Arabia): alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT] 05-22-07: 09-06-02

JALILOV. Najmiddin Kamolitdinovich (a.k.a. ABU YAHYA MUHAMMAD FATIH: a.k.a. JALALOV. Najmiddin: a.k.a. JALOLOV. Najmiddin: a.k.a. YAKHYO: a.k.a. ZHALALOV. Nazhmiddin: a.k.a. ZHALOLOV. Nazhmiddin: a.k.a. ZHALOLOV. Nazhmiddin Kamoldinovich: a.k.a. ZHALOLOV. Nazhmidin Kamoldinovich: a.k.a. ZHALOLOV. Nazhmoddin Kamoldinovich: a.k.a. ZHANOV. Najmiddin Kamildinovich). S. Jalilov Street 14. Khartu. Andijan region. Uzbekistan: DOB 1 Apr 1972: alt. DOB 1972: POB Andijan region. Uzbekistan: nationality Uzbekistan (individual) [SDGT] 06-18-08

JAMMALI. Imed Ben Bechir Ben Hamda. via Dubini. n. 3, Gallarate. Varese. Italy: DOB 25 Jan 1968: POB Menzel Temine. Tunisia: nationality Tunisia: Italian Fiscal Code JMMMDI68A25Z352D: Passport K693812 issued 23 Apr 1999 expires 22 Apr 2004: currently in jail in Tunisia (individual) [SDGT] 10-18-05: 06-23-04

JANJALANI. Khadafi Abubakar (a.k.a. ABU MUKTAR: a.k.a. JANJALANI. Khadafy: a.k.a. JANJALANI. Khaddafy Abubakar): DOB 3 Mar 1975: POB Isabela. Basilan. Philippines: nationality Philippines (individual) [SDGT] 12-17-04

JANJALANI. Khadafy (a.k.a. ABU MUKTAR: a.k.a. JANJALANI. Khadafi Abubakar: a.k.a. JANJALANI. Khaddafy Abubakar): DOB 3 Mar 1975: POB Isabela. Basilan. Philippines: nationality Philippines (individual) [SDGT] 12-17-04

JANJALANI. Khaddafy Abubakar (a.k.a. ABU MUKTAR: a.k.a. JANJALANI. Khadafi Abubakar: a.k.a. JANJALANI. Khadafy): DOB 3 Mar 1975: POB Isabela. Basilan. Philippines: nationality Philippines (individual) [SDGT] 12-17-04

JARRAYA. Khalil (a.k.a. JARRAYA. Khalil Ben Ahmed Ben Mohamed: a.k.a. "ABDEL AZIZ BEN NARVAN": a.k.a. "AMR": a.k.a. "AMRO": a.k.a. "AMROU": a.k.a. "BEN NARVAN ABDEL AZIZ": a.k.a. "KHALIL YARRAYA": a.k.a. "OMAR"). Via Bellaria n.10. Bologna. Italy: Via Lazio n.3. Bologna. Italy: DOB 8 Feb 1969: alt. DOB 15 Aug 1970: POB Sfax. Tunisia: alt. POB Sreka. ex-Yugoslavia: nationality Tunisia alt. Bosnia and Herzegovina: Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT] 10-18-05: 06-06-03

JARRAYA. Khalil Ben Ahmed Ben Mohamed (a.k.a. JARRAYA. Khalil: a.k.a. "ABDEL AZIZ BEN NARVAN": a.k.a. "AMR": a.k.a. "AMRO": a.k.a. "AMROU": a.k.a. "BEN NARVAN ABDEL AZIZ": a.k.a. "KHALIL YARRAYA": a.k.a. "OMAR"). Via Bellaria n.10. Bologna. Italy: Via Lazio n.3. Bologna. Italy: DOB 8 Feb 1969: alt. DOB 15 Aug 1970: POB Sfax. Tunisia: alt. POB Sreka. ex-Yugoslavia: nationality Tunisia alt.Bosnia and Herzegovina: Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT] 10-18-05

JARRAYA. Mounir Ben Habib (a.k.a. JARRAYA. Mounir Ben Habib Ben Al- Taher: a.k.a. "YARRAYA"). Via Mirasole n.11. Bologna. Italy: Via Ariosto n.8. Casalecchio di Reno (Bologna). Italy: DOB 25 Oct 1963: POB Sfax. Tunisia: nationality Tunisia: Passport L 065947 issued 28 Oct 1995 expires 27 Oct 2000 (individual) [SDGT] 10-18- 05: 06-06-03

JARRAYA. Mounir Ben Habib Ben Al-Taher (a.k.a. JARRAYA. Mounir Ben Habib: a.k.a. "YARRAYA"). Via Mirasole n.11. Bologna. Italy: Via Ariosto n.8. Casalecchio di Reno (Bologna). Italy: DOB 25 Oct 1963: POB Sfax. Tunisia: nationality Tunisia: Passport L 065947 issued 28 Oct 1995 expires 27 Oct 2000 (individual) [SDGT] 10-18- 05

JASSEM. Khalil Ibrahim (a.k.a. AL ZAFIRI. Khalil Ibrahim: a.k.a. KHALIL. Ibrahim Mohamed: a.k.a. MOHAMMAD. Khalil Ibrahim). Pankratiusstrause 44. Mainz  55118. Germany: Frankenthal Prison. Germany: DOB 2 Jul 1975: alt. DOB 2 May 1972: alt. DOB 3 Jul 1975: alt. DOB 1972: POB Mosul. Iraq: alt. POB Baghdad. Iraq: nationality Iraq: Travel Document Number A0003900 (Germany) (individual) [SDGT] 12-05-05

JAVAID. Nasir (a.k.a. ABU ISHMAEL: a.k.a. JAVED. Haji Nasir: a.k.a. JAVED. Nasar: a.k.a. JAVED. Naser: a.k.a. JAVED. Nasir: a.k.a. JAVED. Qari Naser: a.k.a. JAVID. Nasser). Mansehra District . Northwest Frontier Province . Pakistan: DOB circa 1956: alt. DOB circa 1958: alt. DOB circa 1965: POB Pakistan: nationality Pakistan: From Gujranwala. Punjab province. Pakistan (individual) [SDGT] 7-1-09

JELASSI. Riadh Ben Belkassem Ben Mohamed: DOB 15 Dec 1970: POB Al- Mohamedia. Tunisia: nationality Tunisia: Passport L276046 issued 1 Jul 1996 expires 30 Jun 2001 (individual) [SDGT] 07-27-06: 10-18-05: 08-29-02

JENDOUBI. Faouzi Ben Mohamed Ben Ahmed (a.k.a. "SAID": a.k.a. "SAMIR"). Via Agucchi n.250. Bologna. Italy: Via di Saliceto n.51/9. Bologna. Italy: DOB 30 Jan 1966: POB Beja. Tunisia: nationality Tunisia: Passport K459698 issued 6 Mar 1999 expires 5 Mar 2004 (individual) [SDGT] 07-27-06: 10-18-05: 06-06-03

JIHAD. Abu (a.k.a. FADHIL. Mustafa Mohamed: a.k.a. AL MASRI. Abd Al Wakil: a.k.a. AL-NUBI. Abu: a.k.a. ALI. Hassan: a.k.a. ANIS. Abu: a.k.a. ELBISHY. Moustafa Ali: a.k.a. FADIL. Mustafa Muhamed: a.k.a. FAZUL. Mustafa: a.k.a. HUSSEIN: a.k.a. KHALID: a.k.a. MAN. Nu: a.k.a. MOHAMMED. Mustafa: a.k.a. YUSSRR. Abu): DOB 23 Jun 1976: POB Cairo. Egypt: citizen Egypt: alt. citizen Kenya: Kenyan ID No. 12773667: Serial No. 201735161 (individual) [SDGT] 10-12-01

JILDAN. Wail H.A. (a.k.a. "ABU AL-HASAN AL MADANI": a.k.a. JALADIN. Wa'el Hamza: a.k.a. JALADIN. Wa'il Hamza: a.k.a. JALAIDAN. Wa'el Hamza: a.k.a. JALAIDAN. Wa'il Hamza: a.k.a. JULAYDAN. Wa'el Hamza Abd Al-Fatah: a.k.a. JULAIDAN. Wa'il Hamza: a.k.a. JULAYDAN. Wa'el Hamza: a.k.a. JULAYDAN. Wa'il Hamza): DOB 22 Jan 1958: alt. DOB 20 Jan 1958: POB Al-Madinah. Saudi Arabia: nationality Saudi Arabia: Passport A- 992535 (Saudi Arabia): alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT] 05-22-07

JIM'ALE. Ahmad Nur Ali (a.k.a. JIM'ALE. Ahmed Nur Ali: a.k.a. JIMALE. Ahmed Ali: a.k.a. JUMALI. Ahmed Ali). Mogadishu. Somalia: P.O. Box 3312. Dubai. U.A.E. (individual) [SDGT] 11-07-01

JIM'ALE. Ahmed Nur Ali (a.k.a. JIM'ALE. Ahmad Nur Ali: a.k.a. JIMALE. Ahmed Ali: a.k.a. JUMALI. Ahmed Ali). Mogadishu. Somalia: P.O. Box 3312. Dubai. U.A.E. (individual) [SDGT] 11-07-01

JIMALE. Ahmed Ali (a.k.a. JIM'ALE. Ahmad Nur Ali: a.k.a. JIM'ALE. Ahmed Nur Ali: a.k.a. JUMALI. Ahmed Ali). Mogadishu. Somalia: P.O. Box 3312. Dubai. U.A.E. (individual) [SDGT] 11-07-01

JULAIDAN. Wa'il Hamza Abd Al-Fatah (a.k.a. "ABU AL-HASAN AL MADANI": a.k.a. JALADIN. Wa'el Hamza: a.k.a. JALADIN. Wa'il Hamza: a.k.a. JALAIDAN. Wa'el Hamza: a.k.a. JALAIDAN. Wa'il Hamza: a.k.a. JILDAN. Wail H.A.: a.k.a. JULAYDAN. Wa'el Hamza: a.k.a. JULAYDAN. Wa'il Hamza: a.k.a. JULAYDAN. Wa'il Hamza): DOB 22 Jan 1958: alt. DOB 20 Jan 1958: POB Al-Madinah. Saudi Arabia: nationality Saudi Arabia: Passport A- 992535 (Saudi Arabia): alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT] 05-22-07: 09-06-02

JULAIDAN. Wa'il Hamza (a.k.a. "ABU AL-HASAN AL MADANI": a.k.a. JALADIN. Wa'el Hamza: a.k.a. JALADIN. Wa'il Hamza: a.k.a. JALAIDAN. Wa'el Hamza: a.k.a. JALAIDAN. Wa'il Hamza: a.k.a. JILDAN. Wail H.A.: a.k.a. JULAYDAN. Wa'el Hamza Abd Al-Fatah: a.k.a. JULAYDAN. Wa'el Hamza: a.k.a. JULAYDAN. Wa'il Hamza): DOB 22 Jan 1958: alt. DOB 20 Jan 1958: POB Al-Madinah. Saudi Arabia: nationality Saudi Arabia: Passport A-992535 (Saudi Arabia): alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT] 05-22-07: 09-06-02

JULAYDAN. Wa'el Hamza (a.k.a. "ABU AL-HASAN AL MADANI": a.k.a. JALADIN. Wa'el Hamza: a.k.a. JALADIN. Wa'il Hamza: a.k.a. JALAIDAN. Wa'el Hamza: a.k.a. JALAIDAN. Wa'il Hamza: a.k.a. JILDAN. Wail H.A.: a.k.a. JULAIDAN. Wa'il Hamza: a.k.a. JULAYDAN. Wa'il Hamza): DOB 22 Jan 1958: alt. DOB 20 Jan 1958: POB Al-Madinah. Saudi Arabia: nationality Saudi Arabia: Passport A-992535 (Saudi Arabia): alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT] 05-22-07: 09-06-02

JULAYDAN. Wa'il Hamza (a.k.a. "ABU AL-HASAN AL MADANI": a.k.a. JALADIN. Wa'el Hamza: a.k.a. JALADIN. Wa'il Hamza: a.k.a. JALAIDAN. Wa'el Hamza: a.k.a. JALAIDAN. Wa'il Hamza: a.k.a. JILDAN. Wail H.A.: a.k.a. JULAIDAN. Wa'el Hamza Abd Al-Fatah: a.k.a. JULAIDAN. Wa'il Hamza: a.k.a. JULAYDAN. Wa'el Hamza): DOB 22 Jan 1958: alt. DOB 20 Jan 1958: POB Al-Madinah. Saudi Arabia: nationality Saudi Arabia: Passport A- 992535 (Saudi Arabia): alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT] 05-22-07: 09-06-02

JULKIPLI SALIM Y SALAMUDDIN (a.k.a. JULKIPLI. Salim: a.k.a. KIPLI. Sali): DOB 20 Jun 1976: POB Tulay. Jolo Sulu. Philippines (individual) [SDGT] 09-05-03

JULKIPLI. Salim (a.k.a. JULKIPLI SALIM Y SALAMUDDIN: a.k.a. KIPLI. Sali): DOB 20 Jun 1976: POB Tulay. Jolo Sulu. Philippines (individual) [SDGT] 09-05-03

JUMALE. Ahmed Nur (a.k.a. JIM'ALE. Ahmad Nur Ali: a.k.a. JIM'ALE. Ahmed Nur Ali: a.k.a. JIMALE. Ahmad Ali: a.k.a. JUMALI. Ahmed Ali). Mogadishu. Somalia: P.O. Box 3312. Dubai. U.A.E. (individual) [SDGT] 11-07-01

JUMALI. Ahmed Ali (a.k.a. JIM'ALE. Ahmad Nur Ali: a.k.a. JIM'ALE. Ahmed Nur Ali: a.k.a. JIMALE. Ahmed Ali: a.k.a. JUMALE. Ahmed Nur). Mogadishu. Somalia: P.O. Box 3312. Dubai. U.A.E. (individual) [SDGT] 11-07-01

JUNAYD. Shuwayb (a.k.a. AL NAJI. Abu Al Bara'a: a.k.a. AL TAHI. Abdulrahim: a.k.a. AL TAHLI. Abd Al-Rahim: a.k.a. AL-TALAHI. Abe Al-Rahim: a.k.a. AL-TALHI. Abd al-Rahim: a.k.a. AL-TALHI. Abd' Al-Rahim Hamad: a.k.a. AL-TALHI. Abdul Rahim: a.k.a. AL-TALHI. 'Abdul-Rahim Hammad: a.k.a. ALTALHI. Abdulrheem Hammad A: a.k.a. AL-TALJI. 'Abd-Al- Rahim: a.k.a. AL-TALJI. Abdulrahim: a.k.a. RAHIM. Abdul). Buraydah, Saudi Arabia: DOB 8 Dec 1961: POB Al-Taif. Saudi Arabia: nationality Saudi Arabia: Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07

KADI. Shaykh Yassin Abdullah (a.k.a. AL-QADI. Yasin Abdullah Ezzedine: a.k.a. KAHDI. Yasin). Jeddah. Saudi Arabia: DOB 23 Feb 1955: POB Cairo. Egypt: nationality Saudi Arabia: Passport B 751550: alt. Passport E 976177 issued 6 Mar 2004 expires 11 Jan 2009: alt. Passport A 848526 (Saudi Arabia) expires 29 Mar 2001 (individual) [SDGT] 05-22-07: 10-21-01

KAHDI. Yasin (a.k.a. AL-QADI. Yasin Abdullah Ezzedine: a.k.a. KADI. Shaykh Yassin Abdullah). Jeddah. Saudi Arabia: DOB 23 Feb 1955: POB Cairo. Egypt: nationality Saudi Arabia: Passport B 751550: alt. Passport E 976177 issued 6 Mar 2004 expires 11 Jan 2009: alt. Passport A 848526 (Saudi Arabia) expires 29 Mar 2001 (individual) [SDGT] 05-22-07: 10-21-01

KAHIE. Abdullahi Hussein. Bakara Market. Dar Salaam Buildings, Mogadishu. Somalia (individual) [SDGT] 11-07-01

KAIRADIN. Raific Mohamad (a.k.a. YOUSEF. Rafik Mohamad). Kathe Dorsch Ring 21. Berlin  12353. Germany: Mannheim Prison. Germany: DOB 27 Aug 1974: POB Baghdad. Iraq: nationality Iraq: Travel Document Number A0092301 (Germany) (individual) [SDGT] 12-05-05

KAKAR. Saleh Mohammad (a.k.a. "SALEH MOHAMMAD"): DOB 1962: POB Nulgham Village. Panjwai District. Kandahar. Afghanistan: nationality Afghanistan (individual) [SDGT] on 10-26-10

KALED. Bekassen (a.k.a. "Ali Barkani": a.k.a. "Moustafa": a.k.a. MOUSTFA. Djamel). "last known address." c/o Birgit Melani Schroeder. Kuehlungsbomer Strasse 30. 22147 Hamburg. Germany: DOB 31 Dec 1979: alt. DOB 28 Sep 1973: alt. DOB 22 Aug. 1973: POB Tiaret. Algeria: alt. POB Morocco: nationality Algerian: arrested 23 Apr 2002: currently in remand at 20355 Hamburg Holstenglacis 3. Germany (individual) [SDGT] 09-23-03

KAMEL. Mohamed (a.k.a. "ALI DI ROMA": a.k.a  EL HEIT. Ali). Via D. Fringuello. 20. Rome. Italy: Milan: DOB 20 Mar 1970. alt. DOB 30 Jan 1971: POB Rouba. Algeria (individual) [SDGT] 03-18-04

KAMEL. Mustafa (a.k.a. AL-MASRI. Abu Hamza: a.k.a. AL-MISRI. Abu Hamza: a.k.a. EMAN. Adam Ramsey: a.k.a. MUSTAFA. Mustafa Kamel). 9 Albourne Road. Shepherds Bush. London. W12 OLW. England: 8 Adie Road. Hammersmith. London. W6 OPW. England: DOB 15 Apr 1958 (individual) [SDGT] 04-19-02

KAMMOUN. Mehdi (a.k.a. KAMMOUN. Mehdi Ben Mohamed Ben Mohamed. Via Masina n.7. Milan. Italy: DOB 3 Apr 1968: POB Tunis. Tunisia: nationality Tunisia: Passport M307707 issued 12 Apr 2000 expires 11 Apr 2005: Italian Fiscal Code: KMMMHD68D03Z352N (individual) [SDGT] 10-18-05: 08-29-02

KAMMOUN. Mehdi Ben Mohamed Ben Mohamed (a.k.a. KAMMOUN. Mehdi). Via Masina n.7. Milan. Italy: DOB 3 Apr 1968: POB Tunis. Tunisia: nationality Tunisia: Passport M307707 issued 12 Apr 2000 expires 11 Apr 2005: Italian Fiscal Code: KMMMHD68D03Z352N (individual) [SDGT] 10-18-05

KAN'AN, Fawzi Mustafa (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 7 Jun 1943; alt. DOB Feb 1943; alt. DOB 1 Jun 1943; POB Lebanon; alt. POB Baalbeck, Lebanon; alt. POB Betechelida, Lebanon; National ID No. V-6.919.272 (Venezuela); Passport 0877677 (Venezuela) (individual) [SDGT] 06-18-08

KASHMIRI, Mohammad Ilyas (a.k.a. AL-KASHMIRI, Elias; a.k.a. ILYAS, Naib Amir; a.k.a. KASHMIRI, Muhammad Ilyas), Thathi Village, Samahni, Bhimber District, Pakistan; DOB 2 Jan 1964; alt. DOB 10 Feb 1964; POB Bhimber, Samahani Valley, Pakistan; Mufti or Maulana (individual) [SDGT] 8-6-10

KASMURI, Abdul Manaf (a.k.a. KASMURI, Lt. Col. (Rtd). Abd Manaf); DOB 29 May 1955; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03
KASMURI, Lt. Col. (Rtd). Abd Manaf (a.k.a. KASMURI, Abdul Manaf); DOB 29 May 1955; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

KASSAN, Ali Mohamad (a.k.a. KAZAN, Ali Muhammad; a.k.a. QAZAN, Ali Mohamad), Avenue Taroba, 1005 Edificio Beatriz Mendes, apt 1704, Foz do Iguacu, Brazil; DOB 19 Dec 1967; POB Taibe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Passport 0089044 (Lebanon) (individual) [SDGT] 12-06-06
KAZAN, Ali Muhammad (a.k.a. KASSAN, Ali Mohamad; a.k.a. QAZAN, Ali Mohamad), Avenue Taroba, 1005 Edificio Beatriz Mendes, apt 1704, Foz do Iguacu, Brazil; DOB 19 Dec 1967; POB Taibe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Passport 0089044 (Lebanon) (individual) [SDGT] 12-06-06

KHABAR, Abu (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmed Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

KHALED, Abdulbaqi Mohammed (a.k.a. KHALED, Abul Baki; a.k.a. KHALED, Abul Baki Mohammed; a.k.a. MOHAMMED, Abd' al-Baki; a.k.a. "ABU KHAWLA"), Birmingham, United Kingdom; DOB 18 Aug 1957, POB Tripoli, Libya; citizen United Kingdom (individual) [SDGT] 02-08-06
KHALED, Abul Baki (a.k.a. KHALED, Abdulbaqi Mohammed; a.k.a. KHALED, Abul Baki Mohammed; a.k.a. MOHAMMED, Abd' al-Baki; a.k.a. "ABU KHAWLA"), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom (individual) [SDGT] 02-08-06
KHALED, Abul Baki Mohammed (a.k.a. KHALED, Abdulbaqi Mohammed; a.k.a. KHALED, Abul Baki; a.k.a. MOHAMMED, Abd' al-Baki; a.k.a. "ABU KHAWLA"), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom (individual) [SDGT] 02-08-06

KHALFAN, Ahmed (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmed Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

KHALID (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

KHALIL, Ezedin Abdel Aziz (a.k.a. AL-ABADIN, Zayn; a.k.a. AL-SURI, Yaseen; a.k.a. AL-SURI, Yasin; a.k.a. KHALIL, Izz al-Din Abd al-Farid); DOB 1982; POB al-Qamishli, Syria; nationality Syria; ethnicity Kurdish (individual) [SDGT] 7-28-11
KHALIL, Ibrahim Mohamed (a.k.a. AL ZAFIRI, Khalil Ibrahim; a.k.a. JASSEM, Khalil Ibrahim; a.k.a. MOHAMMAD, Khalil Ibrahim), Pankratiusstrause 44, Mainz 55118, Germany; Frankenthal Prison, Germany; DOB 2 Jul 1975; alt. DOB 2 May 1972; alt. DOB 3 Jul 1975; alt. DOB 1972; POB Mosul, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Travel Document Number A0003900 (Germany) (individual) [SDGT] 12-05-05
KHAN, Mali (a.k.a. KHAN, Madi); DOB 1965; POB Sarana Village, Paktia Province, Afghanistan; Haji (individual) [SDGT] 11-1-11
KHAN, Mohammad Naushad Alam (a.k.a. KHAN, Muhammad Nowshad Alam, a.k.a. KHAN, Naushad Aalam; a.k.a. KHAN, Rahat Hasan); DOB Aug 1971; alt. DOB Dec 1970; Holder of a Pakistan passport; Holder of a Bangladesh passport (individual) [SDGT] 11-24-10
KHAN, Mustafa Hajji Muhammad (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia (individual) 9-7-11 [SDGT]

KHASHAYBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07
KHASIBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al- 'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad

Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL- KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07
KHAWAR, Abdallah Ghanim Mahfuz Muslim (a.k.a. AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim; a.k.a. AL-KHAWAR, Abdullah; a.k.a. KHAWAR, Abdullah Ghanem Mahfouz Muslim; a.k.a. KHOWAR, Abdullah); DOB 17 Aug 1981; nationality Qatar; Passport 28163402296 (individual) [SDGT] 7-28-11

KHEKMATIYAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-19-03
KHESHAIBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "THABIT, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07
KHOSHNIEVIS, Hessam (a.k.a. KHOSH, Hussam; a.k.a. KHOSH-NEVIS, Hessam; a.k.a. KHOSHNEVIS, Hesam; a.k.a. KHOSH-NEVIS, Hessam; a.k.a. KHOSHNEVIS, Hussam; a.k.a. KHOSHNVIS, Hassan; a.k.a. KHOUCHNOYESS, Hussam); nationality Iran; Passport A0023862 (Iran) (individual) [SDGT] 8-3-10
KHUSHAIBAN, Fahd (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al- 'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "THABIT, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07
KIFANE, Abderrahmane, Via S. Biagio, 32, Sant'Anastasia, Naples, Italy; Via S. Biagio, 35, Sant'Anastasia, Naples, Italy; DOB 7 Mar 1963; POB Casablanca, Morocco (individual) [SDGT] 03-18-04
KIPLI, Sali (a.k.a. JULKIPLI, Salim; a.k.a. JULKIPLI SALIM Y SALAMUDDIN; DOB 20 Jun 1976; POB Tulay, Jolo Sulu, Philippines (individual) [SDGT] 09-05-03
KISHK, Sami; DOB 14 May 1955; POB Gharbia, Egypt (individual) [SDGT] 08-29-02
KONY, Joseph; DOB 1961; alt. DOB 1965; alt. DOB 1963; POB Odek, Omoro, Gulu, Uganda; nationality Uganda (individual) [SDGT] 08-28-08
KREKAR, Mullah (a.k.a. AHMAD, Najmuddin Faraj; a.k.a. FARRAJ, Fateh Najm Eddine; a.k.a. NAJMUDDIN, Faraj Ahmad), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 7 Jul 1956; alt. DOB 17 Jun 1963; POB Olagloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq (individual) [SDGT] 12-07-06
LAAGOUB, Abdelkader, via Europa, 4 - Paderno Ponchielli, Cremona, Italy; DOB 23 Apr 1966; POB Casablanca, Morocco; nationality Morocco; Italian Fiscal Code LGBBLK66D23Z330U (individual) [SDGT] 08-01-05
LADEHYANOY, Mufti Rashid Ahmad (a.k.a. AHMAD, Mufti Rasheed; a.k.a. LUDHIANVI, Mufti Rashid Ahmad; a.k.a. WADEHYANOY, Mufti Rashid Ahmed), Karachi, Pakistan (individual) [SDGT] 10-12-01
LAKHVI, Zaki-ur-Rehman (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir; a.k.a. UR-REHMAN, Zaki; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; National ID No. 61101-9618232-1 (Pakistan) (individual) [SDGT] 05-27-08
LAVILLA, Ruben Pestano, Jr. (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuban Omar; a.k.a. LAVILLA, Reymund; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 4 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT] 06-16-08
LIWINAG, Armando (a.k.a. SISON, Jose Maria), The Netherlands; DOB 8 Feb 1938; POB Ilocos Sur, Northern Luzon, Philippines (individual) [SDGT] 08-12-02
LIZASO, Jurdan Martitegui (a.k.a. MARTITEGUI , Jurdan; a.k.a. "ARLAS"); DOB 10 May 1980; POB Durango, Vizcaya, Spain; nationality Spain; National ID No. 45 626 584 (Spain) (individual) [SDGT] 9-22-11
LOUBIRI, Habib Ben Ahmed (a.k.a. AL-LOUBIRI, Habib Ben Ahmed), via Brughiera, n. 5, Castronno, Varese, Italy; DOB 17 Nov 1961; POB Menzel Temime, Tunisia; nationality Tunisia; Italian Fiscal Code LBRHBB61S17Z352F; Passport M 788439 issued 20 Oct 2001 expires 19 Oct 2006 (individual) [SDGT] 10-19-05; 06-23-04
LOUNICI, Djamel; DOB 1 Feb 1962; POB Algiers, Algeria (individual) [SDGT] 10-24-03
LUDHIANVI, Mufti Rashid Ahmad (a.k.a. AHMAD, Mufti Rasheed; a.k.a. LADEHYANOY, Mufti Rashid Ahmad; a.k.a. WADEHYANOY, Mufti Rashid Ahmed), Karachi, Pakistan (individual) [SDGT] 10-12-01

- 108 -

LUQMAN, Abu (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ABDALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. AL, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroun; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi, a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

MAAROUFI, Tarek Ben Habib Ben Al-Toumi; DOB 23 Nov 1965; POB Ghardimaou, Tunisia; alt. POB Ghar el-dimaa, Tunisia; nationality Tunisia; Passport E590976 (Tunisia) issued 19 Jun 1987 expires 18 Jun 1992 (individual) [SDGT] 10-18-05; 08-29-02

MAHMOOD, Sultan Bashir-Ud-Din (a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a. MEHMOOD, Dr. Bashir Uddin; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; alt. DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistani (individual) [SDGT] 12-20-01

MAHMOOD, Sultan Bashiruddin (a.k.a. MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MEHMOOD, Dr. Bashir Uddin; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; alt. DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistani (individual) [SDGT] 12-20-01

MAJEED, Abdul (a.k.a. MAJEED, Chaudhry Abdul; a.k.a. MAJID, Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistani (individual) [SDGT] 12-20-01

MAJEED, Chaudhry Abdul (a.k.a. MAJEED, Abdul; a.k.a. MAJID, Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistani (individual) [SDGT] 12-20-01

MAJID, Abdul (a.k.a. MAJEED, Abdul; a.k.a. MAJEED Chaudhry Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistani (individual) [SDGT] 12-20-01

MAKKI, Hafiz Abdul Rahman (a.k.a. MAKI, HAFAZ ABDUL RAHMAN; a.k.a. MAKKI, ABDULRAHMAN; a.k.a. MAKKI, HAFIZ ABDUL REHMAN), Muridke, Punjab Province, Pakistan; DOB 1948; POB Bahawalpur, Punjab Province, Pakistan (individual) [SDGT] 11-4-10

MAKKI, Jaffar Ahmad Abdullah, IARA South Asia Regional Director; DOB 1956; POB Sudan; Passport 079925 (Sudan) issued 16 Apr 2000, alt. Passport A553077 (Sudan) issued 7 Sep 1992 (individual) [SDGT] 10-13-04

MAN, Nu (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

MANSOR, Amran (a.k.a. BIN MANSOR, Amran; a.k.a. BIN MANSOR, Henry; a.k.a. BIN MANSOUR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT] 09-05-03

MARZOOK, Mousa Mohamed Abou (a.k.a. ABU MARZOOK, Mousa Mohammed, a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. ABU-'UMAR; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 09 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) (individual) [SDT] also listed as [SDGT] 08-21-03

MARZOUK, Mousa Abu (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. ABU-'UMAR; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 09 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) (individual) [SDT] [SDGT] 08-21-03

MARZUK, Musa Abu (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. ABU-'UMAR; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 09 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) (individual) [SDT] also listed as [SDGT] 08-21-03

MARZUKI, Zulkepli (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkifli; a.k.a. ZUKIPLI; a.k.a. ZULKIFLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

MARZUKI, Zulkifli (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. ZUKIPLI; a.k.a. ZULKIFLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

MAZHAR, Mohammed (a.k.a. AZHAR, Mohammad; a.k.a. MAHAZAR, Maulawi Mohammed; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Molana; a.k.a. MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 5 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistani; Passport KZ 550207 (Pakistan); alt. Passport G154297 (Pakistan); alt. Passport KC550207 (Pakistan) (individual) [SDGT] 04-15-10

MAZUTI, Abdelghani (a.k.a. MAZWATI, Abdelghani; a.k.a. MZOUDI, Abdelghani), Op de Wisch 15, 21149 Hamburg, Germany; Marienstrasse 54 Hamburg, Germany; DOB 6 DEC 1972; POB Marrakech, Morocco; Moroccan Personal ID No. E 427689 issued 20 Mar 2001; Passport No. M271392 (Moroccan) issued 04 Dec 2000; Passport No. F 879567 (Moroccan) issued 29 Apr 1992; citizen Morocco (individual) [SDGT] 06-06-03

MAZWATI, Abdelghani (a.k.a. MAZUTI, Abdelghani; a.k.a. MZOUDI, Abdelghani), Op de Wisch 15, 21149 Hamburg, Germany; Marienstrasse 54 Hamburg, Germany; DOB 6 DEC 1972; POB Marrakech, Morocco; Moroccan Personal ID No. E 427689 issued 20 Mar 2001; Passport No. M271392 (Moroccan) issued 04 Dec 2000; Passport No. F 879567 (Moroccan) issued 29 Apr 1992; citizen Morocco (individual) [SDGT] 06-06-03

MEHMOOD, Dr. Bashir Uddin (a.k.a. MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; alt. DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistani (individual) [SDGT] 12-20-01

MEHSUD, Hakimullah (a.k.a. MEHSUD, Hakeemullah; a.k.a. "ZULFIQAR"), Pakistan; DOB 1979 (individual) [SDGT] 9-1-10

MEKMUD, Sultan Baishiruddin (a.k.a. MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a. MEHMOOD, Dr. Bashir Uddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; alt. DOB 1937; alt. DOB 1938; alt. DOB 1939;

---

alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistani (individual) [SDGT] 12-20-01

MISHAAL, Khalid, Damascus, Syria; DOB 1956; POB Silwad, Ramallah, West Bank (Palestinian Authority) (individual) [SDGT] 08-21-03

MNASRI, Fethi Ben Rebai Ben Absha (a.k.a FETHI, Alic; a.k.a. "Amor;" a.k.a. "Abu Omar"), Via Toscana n.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Nefza, Tunisia (individual) [SDGT] 06-06-03

MOCHTAR, Yassin Mahmud (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. "Mahmud;" a.k.a MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

MOHAMED, Daki, "last known address," Via Melato 11, Reggio Emilia, Italy; DOB March 29, 1965; POB Casablanca, Morocco; nationality Moroccan; arrested 4 Apr 2003 (individual) [SDGT] 11-10-03

MOHAMMAD, Khalil Ibrahim (a.k.a. AL ZAFIRI, Khalil Ibrahim; a.k.a. JASSEM, Khalil Ibrahim; a.k.a. KHALIL, Ibrahim Mohamed), Pankratiusstrasse 44, Mainz  55118, Germany; Frankenthal Prison, Germany; DOB 2 Jul 1975; alt. DOB 2 May 1972; alt. DOB 3 Jul 1975; alt. DOB 1972; POB Mosul, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Travel Document Number A0003900 (Germany) (individual) [SDGT] 12-05-05

MOHAMMED, Abd' al-Bari (a.k.a. KHALED, Abdulbaqi Mohammed; a.k.a. KHALED, Abul Baki; a.k.a. KHALED, Abul Bakl Mohammed; a.k.a. "ABU KHAWLA"), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom (individual) [SDGT]  02-08-06

MOHAMMED, Al-Basher (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd  Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT]  02-08-06

MOHAMMED, Fazul (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul, a.k.a. ABDALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroun; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul Abdilahi, a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

MOHAMMED, Fazul Abdilahi (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ABDALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

MOHAMMED, Fazul Abdullah (a.k.a. ABDALLA, Fazul; a.k.a. ABDALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON, a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

MOHAMMED, Fouad (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ABDALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON, a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

MOHAMMED, Khalid Shaikh (a.k.a. ALI, Salem; a.k.a. BIN KHALID, Fahd Bin Adballah; a.k.a. HENIN, Ashraf Refaat Nabith; a.k.a. WADOOD, Khalid Adbul); DOB 14 Apr 1965; alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait (individual) [SDGT] 11-12-01

MOHAMMED, Mustafa (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID, Abu; a.k.a. MAN, Nu; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

MOHAMMED, Shariff Omar (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A ; a.k.a. AHMED, Abubakar, a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AHMED, Abubakar Ahmed; a.k.a. GHAILANI, Abubakar; a.k.a. GHILANI, Ahmad TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

MORGILLO TORRES, Gracia; member ETA; DOB 15 Mar 1967; POB San Sebastian (Guipuzcoa Province), Spain; D.N.I. 72.439.052 (individual) [SDGT] 02-26-02

MORTEZAVI, Hasan (a.k.a. MORTEZAVI, Ali Hassan; a.k.a. MORTEZAVI, Majid; a.k.a. MORTEZAVI, Majid Mirali; a.k.a. "ALI, Hassan"); DOB 28 Apr 1961; POB Ghazvin, Iran; citizen Iran; Passport 7572775 (Iran) (individual) [IRGC] 8-3-10, amended on 8-16-10

MOSTAFA, Mohamed Amin, "last known address," Via della Martinella 132, Parma, Italy; DOB 11 Oct 1975; POB Karkuk, Iraq; nationality Iraqi (Kurdish); arrested 31 Mar 2003 (individual) [SDGT] 11-10-03

MOUSTFA, Djamel (a.k.a. "Ali Barkani;" a.k.a. a.k.a. KALED, Belkasam; a.k.a. "Moustafa"); "last known address," c/o Birgit Melani Schroeder, Kuehlungsborner Strasse 30, 22147 Hamburg, Germany; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt.

DOB 22 Aug 1973; POB Tiaret, Algeria; alt. POB Morocco; nationality Algerian; arrested 23 Apr 2002; currently in remand at 20355 Hamburg Holstenglacis 3, Germany (individual) [SDGT] 09-23-03

MSALAM, Fahad Ally (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a. AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

MSALAM, Fahid Mohammed Ali (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.. AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahad Ally; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

MSALAM, Fahid Mohammed Ally (a.k.a. AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahad Ally; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

MSALAM, Mohammed Ally (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahad Ally; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

MU'JIL, Abd al-Hamid (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; citizen Saudi Arabia; nationality Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT] 05-22-07; 08-03-06

MUBAROK, Muhamad (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. "Mahmud;" a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

MUGHNIYAH, Imad Fa'iz (a.k.a. MUGHNIYAH, Imad Fayiz); Senior Intelligence Officer of HIZBALLAH; DOB 07 Dec 1962; POB Tayr Dibba, Lebanon; Passport No. 432298 (Lebanon) (inividual) [SDT] [SDGT] 10-12-01

MUGHNIYAH, Imad Fayiz (a.k.a. MUGHNIYAH, Imad Fa'iz); Senior Intelligence Officer of HIZBALLAH; DOB 07 Dec 1962; POB Tayr Dibba, Lebanon; Passport No. 432298 (Lebanon) (individual) [SDT] [SDGT] 10-12-01

MUGICA GONI, Ainhoa; member ETA; DOB 27 Jun 1970; POB San Sebastian (Guipuzcoa Province), Spain; D.N.I. 34.101.243 (individual) [SDGT] 02-26-02

MUHAMAD, Fadil Abdallah (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

MUHAMMADI, Umid (a.k.a. MUHAMMADI, Omid; a.k.a. MUHAMMADI, 'Umid 'Abd al-Majid Muhammad 'Aziz; a.k.a. "AL-KURDI, Abu Sulayman", a.k.a. "AL-KURDI, 'Amid"; a.k.a. "AL-KURDI, Hamza"; a.k.a. "AL-KURDI, Umid"; a.k.a. "DARWEISH, Arkan Mohammed Hussein"; a.k.a. "MARIVANI, Shahin"; a.k.a. "RAWANSARI, Shahin"); DOB 1967; nationality Syria; alt. nationality Iran; ethnicity Kurdish (individual) [SDGT] 7-28-11

MUJAHID, Mohammed Yahya (a.k.a. AZIZ, Mohammad Yahya; a.k.a. MUJAHID, Muhammad Yahya; a.k.a. MUJAHID, Yahya); DOB 12 Mar 1961; POB Lahore, Punjab Province, Pakistan; National ID No. 35404-1577309-9 (Pakistan) (individual) [SDGT] 7-1-09

MUJEL, A.S. (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL- MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; citizen Saudi Arabia; nationality Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT] 05-22-07; 08-03-06

MUNANDAR, Aris; DOB 1 Jan 1971; DOB 1962; alt. DOB 1963; alt. DOB 1964; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1968; POB Sambi, Boyolali, Java, Indonesia (individual) [SDGT] 09-05-03

MUNOA ORDOZGOITI, Alona; member ETA; DOB 6 Jul 1976; POB Segura (Guipuzcoa Province), Spain; D.N.I. 35.771.259 (individual) [SDGT] 02-26-02

MURAD, Abdul Hakim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Adbul Hakim Ali Hashim; a.k.a. MURAD, Abdul Hakim Hasim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

MURAD, Abdul Hakim Al Hashim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Adbul Hakim Ali Hashim; a.k.a. MURAD, Abdul Hakim Hasim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

MURAD, Abdul Hakim Hasim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Adbul Hakim Ali Hashim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

MURAD, Adbul Hakim Ali Hashim (a.k.a. AHMED, Saeed, a.k.a AKMAN, Saeed; a.k.a MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Hasim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

MURSHID (a.k.a. ARIF SUNARSO; a.k.a ARIS SUMARSONO; a.k.a. ARIS SUNARSO; a.k.a. USTAD DAUD ZULKARNAEN; a.k.a. ZULKARNAEN; a.k.a. ZULKARNAIN; a.k.a. ZULKARNAN; a.k.a. ZULKARNIN); DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 05-12-05

MUSALAAM, Fahid Mohammed Ali (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a. AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahad Ally, a.k.a.

MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

MUSAVI, Hosein; DOB 23 Oct 1960; POB Neishabour, Iran; nationality Iran; Passport A0016662 (Iran) issued 29 Oct 2002 (individual) [SDGT] [IRGC] 8-3-10, amended 8-16-10

MUSAVI, Razi (a.k.a. MUSAVI, Hosein Razi), Damascus, Syria; DOB 1964 (individual) [SDGT] 8-3-10

MUSTAFA BAKRI, Ali Sa'd Muhammad (a.k.a. AL-MASRI, Abd Al-Aziz); DOB 18 Apr 1966; nationality Egypt (individual) [SDGT] 09-29-05

MUSTAFA, Mustafa Kamel (a.k.a. AL-MASRI, Abu Hamza; a.k.a. AL-MISRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa), 9 Albourne Road, Shepherds Bush, London, W12 OLW, England; 8 Adie Road, Hammersmith, London, W6 OPW, England; DOB 15 Apr 1958 (individual) [SDGT] 04-19-02

MZOUDI, Abdelghani (a.k.a. MAZUTI, Abdelghani; a.k.a. MAZWATI, Abdelghani), Op de Wisch 15, 21149 Hamburg, Germany; Marienstrasse 54, Hamburg, Germany; DOB 6 DEC 1972; POB Marrakech, Morocco; Moroccan Personal ID No. E 427689 issued 20 Mar 2001; Passport No. M271392 (Moroccan) issued 04 Dec 2000; Passport No. F 879567 (Moroccan) issued 29 Apr 1992; citizen: Morocco (individual) [SDGT] 06-06-03

NADA, Youssef (a.k.a. NADA, Youssef M.; a.k.a. NADA, Youssef Mustafa), Via Arogno 32, Campione d'Italia 6911, Italy; Via Riasc 4, Campione d'Italia 6911, Switzerland; Via Per Arogno 32, Campione d'Italia CH-6911, Switzerland; DOB 17 May 1931; alt. DOB 17 May 1937; POB Alexandria, Egypt; citizen Tunisia (individual) [SDGT] 11-07-01

NADA, Youssef M. (a.k.a. NADA, Youssef; a.k.a. NADA, Youssef Mustafa), Via Arogno 32, Campione d'Italia 6911, Italy; Via Riasc 4, Campione d'Italia 6911, Switzerland; Via Per Arogno 32, Campione d'Italia CH-6911, Switzerland; DOB 17 May 1931; alt. DOB 17 May 1937; POB Alexandria, Egypt; citizen Tunisia (individual) [SDGT] 11-07-01

NADA, Youssef Mustafa (a.k.a. NADA, Youssef; a.k.a. NADA, Youssef M.), Via Arogno 32, Campione d'Italia 6911, Italy; Via Riasc 4, Campione d'Italia 6911, Switzerland; Via Per Arogno 32, Campione d'Italia CH-6911, Switzerland; DOB 17 May 1931; alt. DOB 17 May 1937; POB Alexandria, Egypt; citizen Tunisia (individual) [SDGT] 11-07-01

NAIL, Taleb (a.k.a. NAIL, Tayeb; a.k.a. OULD ALI, Mohamed Ould Ahmed; a.k.a. "ABOU MOUHADJI"; a.k.a. "DJAAFAR ABOU MOHAMED"); DOB circa 1972; nationality Algeria (individual) [SDGT] 8-3-10

NAJMUDDIN, Faraj Ahmad (a.k.a. AHMAD, Najmuddin Faraj; a.k.a. FARRAJ, Fateh Najm Eddine; a.k.a. KREKAR, Mullah), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 7 Jul 1956; alt. DOB 17 Jun 1963; POB Olaqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq (individual) [SDGT] 12-07-06

NARVAEZ GONI, Juan Jesus; member ETA; DOB 23 Feb 1961; POB Pamplona (Navarra Province), Spain; D.N.I. 15.841.101 (individual) [SDGT] 02-26-02

NASOOF, Tahar (a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 4 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya (individual) [SDGT] 02-08-06

NASR AL DIN, Ghazi (a.k.a. NASR AL-DIN, Hajj Ghazi 'Atif; a.k.a. NASR EL DIN GHASSAN, Ghassan; a.k.a. NASRALDINE, Ghazi 'Atef; a.k.a. NASSER AL-DIN, Ghazil; a.k.a. NASSER EL-DIN, Gazi; a.k.a. NASSERDDINE, Ghassan Atef Salame; a.k.a. NASSEREDDINE, Ghazi; a.k.a. NASSERDDINE, Haj Ghazzi; a.k.a. NASSEREDDINE, Haj Ghazi; a.k.a. NASSERIDINE, Gazi); DOB 13 Dec 1962; POB Lebanon (individual) [SDGT] 06-18-08

NASUF, Taher (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Tahir; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 4 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya (individual) [SDGT] 02-08-06

NASUF, Tahir (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir Mustafa; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 4 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya (individual) [SDGT] 02-08-06

NASUF, Tahir Mustafa (a.k.a. NASOOF, Tahar; a.k.a. NASUF, Taher; a.k.a. NASUF, Tahir; a.k.a. "ABU RIDA"; a.k.a. "ABU SALIMA EL LIBI"; a.k.a. "AL-QA'QA"), Manchester, United Kingdom; DOB 4 Nov 1961; alt. DOB 11 Apr 1961; POB Tripoli, Libya (individual) [SDGT] 02-08-06

NOORZAI, Hajji Faizullah Khan (a.k.a. KHAN, Haji Faizullah; a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT] 9-29-11

NOORZAI, Hajji Malik (a.k.a. NOORZAI, Haji Malek; a.k.a. NOORZAI, Hajji Malak; a.k.a. "HAJI AMINULLAH"; a.k.a. "HAJI MALUK"); DOB 1957; alt. DOB 1960; nationality Afghanistan; Tribe: Noorzai (individual) [SDGT] 9-29-11

NURJAMAN (a.k.a. HAMBALI; a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN, Encep); DOB 04 Apr 1964, alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

NURJAMAN, Encep (a.k.a. HAMBALI; a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN); DOB 04 Apr 1964, alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

OLARRA GURIDI, Juan Antonio; member ETA; DOB 11 Sep 1967; POB San Sebastian (Guipuzcoa Province), Spain; D.N.I. 30.084.504 (individual) [SDGT] 02-26-02

OMAIRI, Farouk (a.k.a. AL-OMAIRI, Faruk; a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk Abdul Haj; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 6 Dec 1945; POB Hermel, Lebanon; citizen Brazil (individual) [SDGT] 12-06-06

OMAIRI, Farouk Abdul Haj (a.k.a. AL-OMAIRI, Faruk; a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 6 Dec 1945; POB Hermel, Lebanon; citizen Brazil (individual) [SDGT] 12-06-06

OMAR ACHMED, Kaua (a.k.a. AHMAD, Farhad Kanabi; a.k.a. HAMAWANDI, Kawa), Lochhamer Str. 115, Munich 81477, Germany; Kempten Prison, Germany; DOB 1 Jul

1971; POB Arbil, Iraq; nationality Iraq; Travel Document Number A0139243 (Germany) (individual) [SDGT] 07-27-06; 12-05-05

OMAR, Mohammed, Commander of the Faithful ("Amir al-Munineen"), Kandahar, Afghanistan; DOB 1950; POB Hotak, Kandahar Province, Afghanistan (individual) [TALIBAN] also listed as [SDGT] on 07-03-02

OMAR, Ramzi Mohammed Abdellah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; a.k.a. BINALSHIBH, Ramzi Mohammed Abdullah), Billstedter Hauptstr Apt 14, 22111 Hamburg, Germany; Emil Anderson Strasse 5, 22073 Hamburg, Germany; Letzte Heller #109 Hamburg University, 22111 Hamburg, Germany; Marienstr #54, 21073 Hamburg, Germany; Schleemer Ring 2, 22117 Hamburg, Germany; DOB 16 Sep 1973; alt. DOB 1 May 1972; POB Khartoum, Sudan; alt. POB Hadramawt, Yemen; Passport Nos. A755350 (Saudi Arabia), R85243 (Yemen), 00085243 (Yemen), nationality Yemeni (individual) [SDGT] 09-30-02

ORBE SEVILLANO, Zigor; member ETA; DOB 22 Sep 1975; POB Basauri (Vizcaya Province), Spain; D.N.I. 45.622.851 (individual) [SDGT] 02-26-02

OSMAN, Mohamed (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. AL-SAYYID, 'ALI SULAYMAN MAS'UD 'ABD; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"); DOB 1969; POB Tripoli, Libya; Passport 96/184442 (Libya) (individual) [SDGT] 06-15-07

OTEGUI UNANUE, Mikel; member ETA; DOB 8 Oct 1972; POB Itsasondo (Guipuzcoa Province), Spain; D.N.I. 44.132.976 (individual) [SDGT] 07-26-02

OUAZ, Najib (a.k.a. AL-WAZ, Najib Ben Mohamed Ben Salem), Vicolo dei Prati n.2/2, Bologna, Italy; DOB 12 Apr 1960; POB Hekaima Al-Mehdiya, Tunisia; nationality Tunisia; Passport K 815205 issued 17 Sep 1994 expires 16 Sep 1999 (individual) [SDGT] 10-18-05; 06-06-03

OUDOUD, Abu Musab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Moussab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELOUADOUD, Abu Moussab; a.k.a. ABDELOUADOUD, Abi Moussab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELWADOUD, Abou Moussab; a.k.a. ABELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. "ABDELWADOUD, Abou"); Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT] 12-04-07

PALACIOS ALDAY, Gorka, member ETA; DOB 17 Oct 1974; POB Baracaldo (Vizcaya Province), Spain; D.N.I. 30.654.356 (individual) [SDGT] 05-03-02

PAREJA, Dinno Amor Rosalejos (a.k.a. AMINAH, Khalil Pareja; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-PAREJA, Dino Amor), Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines (individual) [SDGT] 06-16-08

PATEK, Umar (a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 1970; POB Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 8-16-11

PEREZ ARAMBURU, Jon Iñaki; member ETA; DOB 18 Sep 1964; POB San Sebastian (Guipuzcoa Province), Spain; D.N.I. 15.976.521 (individual) [SDGT] 02-26-02

QASMANI, Arif (a.k.a. ARIF UMER; a.k.a. BABA JI; a.k.a. MEMON BABA; a.k.a. QASMANI BABA; a.k.a. QASMANI, Mohammed Arif; a.k.a. QASMANI, Muhammad Arif; a.k.a. QASMANI, Muhammad 'Arif"), House Number 136, KDA Scheme No. 1, Tipu Sultan Road, Karachi, Sindh , Pakistan; DOB circa 1944; nationality Pakistan (individual) [SDGT] 7-1-09

QAZAN, Ali Mohamad (a.k.a. KASSAN, Ali Mohamad; a.k.a. KAZAN, Ali Muhammad), Avenue Teroba, 1005 Edificio Beatriz Mendes, Apt 1704, Foz do Iguacu, Brazil; DOB 19 Dec 1967; POB Taibe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Passport 0089044 (Lebanon) (individual) [SDGT] 12-06-06

QUINTANA ZORROZUA, Asier; member ETA; DOB 27 Feb 1966; POB Bilbao (Vizcaya Province), Spain; D.N.I. 30.609.430 (individual) [SDGT] 05-03-02

RABI, Fazl (a.k.a. RABBI, Faisal; a.k.a. RABI, Fazal); DOB 1972, alt. DOB 1975; POB Kohe Safi District, Parwan Province, Afghanistan; alt. POB Kapisa Province, Afghanistan; alt. POB Nangarhar Province, Afghanistan; alt. POB Kabul Province, Afghanistan (individual) [SDGT] 5-21-11

RAGAB, Abdullah (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al- Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al- Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb), Buraydah, Saudi Arabia; DOB 8 Dec 1961; POB Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 5 Apr 2009 (individual) [SDGT] 10-10-07

RAHIM, Fazel (a.k.a. RAHIM, Fazil; a.k.a. RAHIM, Fazil; a.k.a. RAHMAN, Fazil); DOB 5 Jan 1974; alt. DOB 1977; alt. DOB 1975; alt. DOB 24 Jan 1973; POB Kabul, Afghanistan; citizen Afghanistan; Passport R512768 (Afghanistan) issued 22 Mar 2005 expires 12 Feb 2012 (individual) [SDGT] 9-29-11

RAHIM, Mufti Abdul (a.k.a. HALIM, Mufti Muabdul; a.k.a. RAHEEM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdur; a.k.a. "USTAAD SHEHEB"), Karachi, Pakistan; DOB circa 1955;

alt. DOB circa 1964; POB Sarghoda region, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT] 04-15-10

RAJAB, Abdallah (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL- DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, NUR AL-DIN; a.k.a. RAGAB, Abdullah; a.k.a. "AL- WARD", 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu"); DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT] 06-15-07

RANTISI, Abdel Aziz, Gaza (Palestinian Authority); DOB 23 Oct 1947; POB Yubna, Gaza (Palestinian Authority) (individual) [SDGT] 08-21-03

RARRBO, Ahmed Hosni (a.k.a. "Abdallah o Abdullah"); DOB 12 Sep 1974; POB Bologhine, Algeria (individual) [SDGT] 06-06-03

RASHID, Ata Abd Al-Aziz (a.k.a. BARZINGY, Ata Abdoul Aziz; a.k.a. RASHID, Ata Abdoulaziz), Schmiedener Street 98, Stuttgart 70374, Germany; Stuttgart Prison, Stuttgart, Germany; DOB 1 Dec 1973; POB Sulaymaniyah, Iraq; nationality Iraq; Travel Document Number A0020375 (Germany) (individual) [SDGT] 12-05-05

RASHID, Ata Abdoulaziz (a.k.a. BARZINGY, Ata Abdoul Aziz; a.k.a. RASHID, Ata Abd Al-Aziz), Schmiedener Street 98, Stuttgart 70374, Germany; Stuttgart Prison, Stuttgart, Germany; DOB 1 Dec 1973; POB Sulaymaniyah, Iraq; nationality Iraq; Travel Document Number A0020375 (Germany) (individual) [SDGT] 12-05-05

RAUF, Hafiz Abdur (a.k.a. RAOUF, Hafiz Abdul; a.k.a. RAUF, Hafiz Abdul), Dola Khurd, Lahore, Pakistan; 4 Lake Road, Room No. 7, Choburji, Lahore, Pakistan; 129 Jinnah Block, Awan Town, Multan Road, Lahore, Pakistan; 53 Street No. 3, Jinnah Colony, Tehsil Kabir Wala, District Khanewal, Pakistan; 5-Chamberlain Road, Lahore, Pakistan; DOB 25 Mar 1973; POB Sialkot, Punjab Province, Pakistan; National Foreign ID Number CNIC: 35202-540013-9 (Pakistan); alt. National Foreign ID Number NIC: 277-93-113495 (Pakistan) (individual) [SDGT] 11-24-10

REFKE, Taufek (a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABUOBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "ABU IRAQI"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 9 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06

REHMAN, Abdur (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 3 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; National ID No 44103-5251752-5 (Pakistan); Passport CV9157521 (Pakistan) issued 8 Sep 2008 expires 7 Sep 2013 (individual) [SDGT] 9-29-11

REMADNA, Abdelhalim; DOB 2 Apr 1966; POB Bistra, Algeria (individual) [SDGT] 08-29-02

RIFKI, Taufik (a.k.a. REFKE, Taufek; a.k.a. RIFQI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "ABU IRAQI"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 9 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06

RIFQI, Taufik (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Tawfiq; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "ABU IRAQI"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 9 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06

RIFQI, Tawfiq (a.k.a. REFKE, Taufek; a.k.a. RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a. YACUB, Eric; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU UBAIDAH"; a.k.a. "ABU IRAQI"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 9 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06

RIHANI, Lotfi Ben Abdul Hamid Ben Ali (a.k.a. "ABDERRAHMANE"), Via Bolgeri 4, Barni (Como), Italy; DOB 1 Jul 1977; POB Tunisi, Tunisia; nationality Tunisia; Passport L.886177 issued 14 Dec 1998 expires 13 Dec 2003 (individual) [SDGT] 07-27-06; 10-18-05; 11-10-03

ROBOW, Mukhtar (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea (individual) No. 1372584 (Kenya); Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT] 11-20-08

ROUINE, Al-Azhar Ben Khalifa Ben Ahmed (a.k.a. ROUINE, Lazher Ben Khalifa Ben Ahmed; a.k.a. "LAZHAR"; a.k.a. "SALMANE"), Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisia; Passport P 182583 issued 13 Sep 2003 expires 12 Sep 2007; arrested 30 Sep 2002 (individual) [SDGT] 10-18-05

ROUINE, Lazher Ben Khalifa Ben Ahmed (a.k.a. ROUINE, Al-Azhar Ben Khalifa Ben Ahmed; a.k.a. "LAZHAR"; a.k.a. "SALMANE"), Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisia; Passport P 182583 issued 13 Sep 2003 expires 12 Sep 2007; arrested 30 Sep 2002; (individual) [SDGT] 10-18-05; 11-10-03

RUBENACH ROIG, Juan Luis; member ETA; DOB 18 Sep 1964; POB Bilbao (Vizcaya Province), Spain; D.N.I. 18.197.545 (individual) [SDGT] 05-03-02

RUSDAN, Abu (a.k.a. ABU THORIQ; a.k.a. RUSDJAN; a.k.a. RUSJAN; a.k.a. RUSYDAN; a.k.a. THORIQUDDIN; a.k.a. THORIQUIDDIN; a.k.a. THORIQUIDIN; a.k.a. TORIQUDDIN); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia (individual) [SDGT] 05-12-05

RUSDJAN (a.k.a. ABU THORIQ; a.k.a. RUSDAN, Abu; a.k.a. RUSJAN; a.k.a. RUSYDAN; a.k.a. THORIQUDDIN; a.k.a. THORIQUIDDIN; a.k.a. THORIQUIDIN; a.k.a. TORIQUDDIN); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia (individual) [SDGT] 05-12-05

RUSJAN (a.k.a. ABU THORIQ: a.k.a. RUSDAN. Abu: a.k.a. RUSDJAN: a.k.a. RUSYDAN: a.k.a. THORIQUDDIN: a.k.a. THORIQUIDIN: a.k.a. THORIQUDDIN); DOB 16 Aug 1960: POB Kudus. Central Java. Indonesia (individual) [SDGT] 05-12-05

RUSYDAN (a.k.a. ABU THORIQ: a.k.a. RUSDAN. Abu: a.k.a. RUSDJAN: a.k.a. RUSJAN: a.k.a. THORIQUDDIN: a.k.a. THORIQUIDIN: a.k.a. THORIQUIDIN: a.k.a. THORIQUDDIN); DOB 16 Aug 1960: POB Kudus. Central Java. Indonesia (individual) [SDGT] 05-12-05

SABRI. Abdel Ilah (a.k.a. AL-LIBI. Abd al-Muhsin: a.k.a. ABU BAKR, Ibrahim Ali Muhammad: a.k.a. TANTOUCHE, Ibrahim Abubeker: a.k.a. TANTOUSH. Ibrahim Abubeker: a.k.a. TANTOUSH. Ibrahim Ali Abu Bakr: a.k.a. "ABD AL-MUHSI": a.k.a. "ABD AL-RAHMAN": a.k.a. "ABU ANAS"): DOB 1966: alt. DOB 27 Oct 1969: nationality Libya: Passport 203037 (Libya) (individual) [SDGT] 07-27-06: 01-09-02

SAEED. Muhammad (a.k.a. HAFIZ SAHIB: a.k.a. SAEED. Hafiz: a.k.a. SAEED. Hafiz Mohammad: a.k.a. SAEED. Hafiz Muhammad: a.k.a. SAYED. Hafiz Mohammad: a.k.a. SAYEED. Hafez Mohammed: a.k.a. SAYID. Hafiz Mohammad: a.k.a. SYEED. Hafiz Mohammad: a.k.a. "TATA JI"). House No. 116 E. Mohalla Johar. Town: Lahore. Tehsil:. Lahore City. Lahore District. Pakistan: DOB 5 Jun 1950: POB Sargodha. Punjab. Pakistan: nationality Pakistan: National ID No. 3520025509842-7 (Pakistan) (individual) [SDGT] 05-27-08

SAEZ DE EGUILAZ MURGUIONDO. Carlos: member ETA: DOB 9 Dec 1963: POB San Sebastian (Guipuzcoa Province). Spain: D.N.I. 15.962.687 (individual) [SDGT] 02-26-02

SAHIRON. Radulan (a.k.a. SAHIRON. Radulan: a.k.a. SAHIRUN. Radulan: a.k.a. "COMMANDER PUTOL": a.k.a. "SAJIRUN. Radulan"): DOB 1955: alt. DOB circa 1952: POB Kaunayan, Patikul. Jolo Island. the Philippines: nationality Philippines (individual) [SDGT] 11-30-05

SAHIRON. Radulan (a.k.a. SAHIRON. Radulan: a.k.a. SAHIRUN. Radulan: a.k.a. "COMMANDER PUTOL": a.k.a. "SAJIRUN. Radulan"): DOB 1955: alt. DOB circa 1952: POB Kaunayan. Patikul. Jolo Island. the Philippines: nationality Philippines (individual) [SDGT] 11-30-05

SAHIRUN. Radulan (a.k.a. SAHIRON. Radulan: a.k.a. SAHIRON. Radulan: a.k.a. "COMMANDER PUTOL": a.k.a. "SAJIRUN. Radulan"): DOB 1955: alt. DOB circa 1952: POB Kaunayan. Patikul. Jolo Island. the Philippines: nationality Philippines (individual) [SDGT] 11-30-05

SAYID. Shaykh (a.k.a. AHMAD. Mustafa Muhammad) (POB Egypt) (individual) [SDGT] 09-24-01

SA-ID (a.k.a. IZZ-AL-DIN. Hasan: a.k.a. GARBAYA. AHMED: a.k.a. SALWWAN. Samir). Lebanon: DOB 1963: POB Lebanon: citizen Lebanon (individual) [SDGT] 10-12-01

SAYYID. Abd Al-Man'am (a.k.a. AGHA. Haji Abdul Manan). Pakistan (individual) [SDGT] 10-12-01

SALAH MUHAMAD. Issa (a.k.a. HUSSEIN. Mazen Ali). Branderstrasse 26. Augsburg 86154. Germany: Schwabisch Hall Prison. Germany: DOB 1 Jan 1982: alt. DOB 1 Jan 1980: POB Baghdad. Iraq: nationality Iraq (individual) [SDGT] 12-05-05

SALAH. Muhammad (a.k.a. HASANAYN. Nasr Fahmi Nasr) (individual) [SDGT] 09-24-01

SALAHUDIN (a.k.a. "ABU MUSAB": a.k.a. HAPILON. Isnilon Totoni: a.k.a. HAPILUN. Isnilon: a.k.a. HAPILUN. Isnilun: a.k.a. TUAN ISNILON): DOB 18 Mar 1966: alt. DOB 10 Mar 1967: POB Bulanza. Lantawan. Basilan. the Philippines: nationality Philippines (individual) [SDGT] 11-30-05

SALEH (a.k.a. ABDULLAH. Abdullah Ahmed: a.k.a. ABU MARIAM: a.k.a. AL-MASRI. Abu Mohamed). Afghanistan: DOB 1963: POB Egypt: citizen Egypt (individual) [SDGT] 10-12-01

SALEH ABU HUSSEIN. Abdul Latif A.A. (a.k.a. ABU AMIR: a.k.a. SALEH. Abdul Latif A.A.: a.k.a. SALEH. Dr. Abd al-Latif: a.k.a. SALEH. Dr. Abdul Latif: a.k.a. SALEH. Abd al- Latif). United Arab Emirates: DOB 5 Mar 1957: POB Baghdad. Iraq: citizen Jordan: alt. Albania: Passport D366 871 (Jordan) (individual) [SDGT] 09-19-05

SALEH AL-SAADI. Nassim Ben Mohamed (a.k.a. ABOU ANIS). Via Monte Grappa 15. Arluno (Milan). Italy: DOB 30 Nov 1974: POB Haidra Al- Qasreen. Tunisia: nationality Tunisia: Passport M 788331 issued 28 Sep 2001 expires 27 Sep 2006: arrested 30 Sep 2002: (individual) 07-27-06: 10-18-05: 11-10-03

SALEH. Abdul Latif A.A. (a.k.a. ABU AMIR: a.k.a. SALEH ABU HUSSEIN. Abdul Latif A.A.: a.k.a. SALEH. Abdul Latif: a.k.a. SALEH. Dr. Abd al-Latif: a.k.a. SALEH. Dr. Abdul Latif: a.k.a. SALIH. Abd al- Latif). United Arab Emirates: DOB 5 Mar 1957: POB Baghdad. Iraq: citizen Jordan: alt. Albania: Passport D366 871 (Jordan) (individual) [SDGT] 09-19-05

SALEH. Abdul Latif (a.k.a. ABU AMIR: a.k.a. SALEH ABU HUSSEIN. Abdul Latif A.A.: a.k.a. SALEH. Abdul Latif A.A.: a.k.a. SALEH. Dr. Abd al-Latif: a.k.a. SALEH. Dr. Abdul Latif: a.k.a. SALIH. Abd al- Latif). United Arab Emirates: DOB 5 Mar 1957: POB Baghdad. Iraq: citizen Jordan: alt. Albania: Passport D366 871 (Jordan) (individual) [SDGT] 09-19-05

SALEH. Dr. Abd al-Latif (a.k.a. ABU AMIR: a.k.a. SALEH ABU HUSSEIN. Abdul Latif A.A.: a.k.a. SALEH. Abdul Latif A.A.: a.k.a. SALEH. Abdul Latif: a.k.a. SALEH. Dr. Abdul Latif). United Arab Emirates: DOB 5 Mar 1957: POB Baghdad. Iraq: citizen Jordan: alt. Albania: Passport D366 871 (Jordan) (individual) [SDGT] 09-19-05

SALEH. Dr. Abdul Latif (a.k.a. ABU AMIR: a.k.a. SALEH ABU HUSSEIN. Abdul Latif A.A.: a.k.a. SALEH. Abdul Latif A.A.: a.k.a. SALEH. Abdul Latif: a.k.a. SALEH. Dr. Abd al-Latif: a.k.a. SALIH. Abd al- Latif). United Arab Emirates: DOB 5 Mar 1957: POB Baghdad. Iraq: citizen Jordan: alt. Albania: Passport D366 871 (Jordan) (individual) [SDGT] 09-19-05

SALEH. Nedal (a.k.a. "Hitem"). Via Milano n.105. Casal di Principe (Caserta). Italy: Via di Saliceto n.51/9. Bologna. Italy: DOB 01 Mar 1970: POB Taiz. Yemen (individual) [SDGT] 06-06-03

SALEM. Fahid Muhamad Ali (a.k.a. MSALAM. Fahid Mohammed Ally: a.k.a. AL-KINI. Usama: a.k.a. ALLY. Fahid Mohammed: a.k.a. MSALAM Fahad Ally: a.k.a. MSALAM. Fahid Mohammed Ali: a.k.a. MSALAM. Mohammed Ally: a.k.a. MUSALAAM, Fahid Mohammed Ali): DOB 19 Feb 1976: POB Mombasa. Kenya: citizen Kenya (individual) [SDGT] 10-12-01

SALI JR.. Jainal Antel (a.k.a. ABU SOLAIMAN": a.k.a. "ABU SOLAYMAN": a.k.a. "APONG SOLAIMAN": a.k.a. "APUNG"): DOB 1 Jun 1965: POB Barangay Lanote. Bliss. Isabele. Basilan. the Philippines: nationality Philippines (individual) [SDGT] 11-30-05

SALIH. Abd al-Latif (a.k.a. ABU AMIR: a.k.a. SALEH ABU HUSSEIN. Abdul Latif A.A.: a.k.a. SALEH. Abdul Latif A.A.: a.k.a. SALEH. Abdyl Latif: a.k.a. SALEH. Dr. Abd al- Latif: a.k.a. SALEH. Dr. Abdul Latif). United Arab Emirates: DOB 5 Mar 1957: POB Baghdad. Iraq: citizen Jordan: alt. Albania: Passport D366 871 (Jordan) (individual) [SDGT] 09-19-05

SALIM. 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad (a.k.a. GHADER. El Hadj Ould Abdel: a.k.a. JELIL. Youssef Ould Abdel: a.k.a. KHADER. Abdel: a.k.a. SALEM. Abdarrahmane ould Mohamed el Houcein ould Mohamed: a.k.a. SALEM. Mohamed: a.k.a. SOULEIMANE. Abou: a.k.a. "AL-MAURITANI. Sheikh Yunis": a.k.a. "AL-MAURITANI. Younis": a.k.a. "AL-MAURITANI. Yunis": a.k.a. "CHINGHEITY": a.k.a. "THE MAURITANIAN. Salih": a.k.a. "THE MAURITANIAN. Shaykh Yunis"): DOB 1981: POB Saudi Arabia: nationality Mauritania (individual) [SDGT] 9-7-11

SALIM. Ahmad Fuad (a.k.a. AL ZAWAHIRI. Dr. Ayman: a.k.a. AL-ZAWAHIRI. Aiman Muhammad Rabi: a.k.a. AL-ZAWAHIRI. Ayman). Operational and Military Leader of JIHAD GROUP: DOB 19 Jun 1951: POB Giza. Egypt: Passport No. 1084010 (Egypt): Alt No. 19820215 (individual) [SDT] [SDGT] 09-24-01

SALIM. Hassan Rostom (a.k.a. ATWA. Ali: a.k.a. BOUSLIM. Ammar Mansour). Lebanon: DOB 1960: POB Lebanon: citizen Lebanon (individual) [SDGT] 10-12-01

SALWWAN. Samir (a.k.a. IZZ-AL-DIN. Hasan: a.k.a. GARBAYA. AHMED: a.k.a. SA-ID). Lebanon: DOB 1963: POB Lebanon: citizen Lebanon (individual) [SDGT] 10-12-01

SANTOS. Ahmad (Ahmed) (a.k.a. DEL ROSARIO SANTOS III. Hilarion: a.k.a. DEL ROSARIO SANTOS. Ahmad Islam: a.k.a. DEL ROSARIO SANTOS. Hilarion: a.k.a. "LAKAY. Abu"). No. 50 Purdue Street. Cubao Quezon City. Philippines: DOB 1971: POB Manila. Phillipines: RSM leader (individual) [SDGT] 06-16-08

SAYADI. Nabil Abdul Salam (a.k.a. ABOU ZEINAB). 69 Rue des Bataves. 1040 Etterbeek. Brussels. Belgium: Vaatjesstraat 29. 2580 Putte. Belgium: DOB 01 Jan 1966: POB Tripoli. Lebanon: National No. 660000 73767 (Belgium): Public Security and Immigration No. 98.805: Passport No. 1091875 (Lebanon) (individual) [SDGT] 01-22-03

SAYED. Aly Soliman Massoud Abdul (a.k.a. AL-JAWZIYYAH. Ibn al-Qayyim: a.k.a. AL-SAYYID. 'ALI SULAYMAN MAS'UD 'ABD: a.k.a. OSMANI. Mohamed: a.k.a. "AL-QAYYIM. 'Ibn": a.k.a. "AL-ZAWL": a.k.a. "EL-QAIM. Ibn"): DOB 1969: POB Tripoli. Libya: Passport 96/184442 (Libya) (individual) [SDGT] 06-15-07

SCHNEIDER. Daniel Martin (a.k.a. SCHNEIDER. Martin Daniel). Petrusstrasse 32. Herrensohr Dudweiler. Saarbruecken 66125. Germany: zum Gruehlingsstollen 1A. Friedrichstahl 66299. Germany: Rosenstrasse 2. Friedrichstahl 66299. Germany: DOB 9 Sep 1985: POB Neunkirchen. Germany: citizen Germany: Federal ID Card 2318229333: Passport 2318047793 (Germany): currently incarcerated at Schwalmstadt. Germany (individual) [SDGT] 12-4-08

SELEK. Abilla (a.k.a. "MUAZ"): DOB 28 Feb 1985: POB Ulm. Germany: nationality Germany: Natlonal ID No. 702092811 (Germany) expires 6 Apr 2010: Passport 702142921 (Germany) expires 3 Dec 2011: Passport and National ID were issued in Ulm. Germany. Currently incarcerated at JVA Bruchsal prison. Germany (individual) [SDGT] 04-1-10

SHAHLAI. Abdul Reza (a.k.a. SHAHLAEE. Abdul-Reza: a.k.a. SHAHLAI. Abdol Reza: a.k.a. SHAHLA'I. Abdolreza: a.k.a. SHAHLAI. 'Abdorreza: a.k.a. SHALAI. 'Abd-el Reza: a.k.a. SHALA'I. Abdul Reza: a.k.a. "ABU-AL-KARKH". "Yusuf": a.k.a. "YASIR. Haji": a.k.a. "YUSEF. Haji": a.k.a. "YUSIF. Haji": a.k.a. "YUSIF. Haji"). Kermanshah. Iran: Mehran Military Base. Ilam Province. Iran: DOB circa 1957 (individual) [SDGT] [IRAQ3] [IRQC] 10-11-11

SHAHRIYARI. Behnam (a.k.a. SHAHRIARI. Behnam: a.k.a. SHAHRYARI. Behnam): DOB 1968: nationality Iran (individual) [SDGT] 6-23-11

SHAIMI. Husayn (a.k.a. AL-SHAMI. Haj Husayn: a.k.a. AL-SHAMI. Husayn: a.k.a. AL-SHAMY. Husayn: a.k.a. ASHAMI. Husayn: a.k.a. SHAMAI. Husayn: a.k.a. SHAMY. Husayn). Lebanon: DOB 1948: alt. DOB 1954: alt. DOB 1960 (individual) [SDGT] 09-07-06

SHAKURI. Gholam. Tehran. Iran: DOB 1964: alt. DOB 1965: alt. DOB 1966 (individual) [SDGT] [IRQC] 10-11-11

SHLABI. Jamal Abdallah Sbaitan. "last known address." Wilhelm-Strasse 45. 59269. Beckum. Germany: DOB 30 Apr 1973: POB Beckum. Germany: nationality Jordanian: possible alt. nationality Palestinian: arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

SHAMAI. Husayn (a.k.a. AL-SHAMI. Haj Husayn: a.k.a. AL-SHAMI. Husayn: a.k.a. AL-SHAMY. Husayn: a.k.a. ASHAMI. Husayn: a.k.a. SHAIMI. Husayn: a.k.a. SHAMY. Husayn). Lebanon: DOB 1948: alt. DOB 1954: alt. DOB 1960 (individual) [SDGT] 09-07-06

SHAMY. Husayn (a.k.a. AL-SHAMI. Haj Husayn: a.k.a. AL-SHAMI. Husayn: a.k.a. AL-SHAMY. Husayn: a.k.a. ASHAMI. Husayn: a.k.a. SHAIMI. Husayn: a.k.a. SHAMAI. Husayn). Lebanon: DOB 1948: alt. DOB 1954: alt. DOB 1960 (individual) [SDGT] 09-07-06

CHARAABI. Tarek (a.k.a. AL-CHARAABI. Tarek Ben Al-Bechir Ben Amara: a.k.a. CHARAABI. Tarek). Viale Bligny n.42. Milano. Italy: DOB 31 Mar 1970: POB Tunisia:nationality Tunisia: Italian Fiscal Code CHRTRK70C31Z352U: Passport L 579603 issued 19 Nov 1997 expires 8 Nov 2002 (individual) [SDGT] 10-18-05: 04-19-02

SHAWEESH. Yasser Abu (a.k.a. ABOU SHAWEESH. Yasser Mohammad: a.k.a. ABU SHAWEESH. Yasser Mohamed Ismail). Meckenheimer Str. 74a. Bonn. 53179. Germany: Wuppertal Prison. Germany: DOB 20 Nov 1973: POB Benghazi. Libya: Passport 981358 (Egypt): alt. Passport 0003213 (Egypt): Travel Document Number C00071659 (Germany): alt. Travel Document Number 939254 (Egypt) (individual) [SDGT] 12-06-05

SHIEB. Ahmed (a.k.a. ALI. Ahmed Mohammed Hamed: a.k.a. ABDUREHMAN. Ahmed Mohammed: a.k.a. ABU FATIMA: a.k.a. ABU ISLAM: a.k.a. ABU KHADIIJAH: a.k.a. AHMED HAMED: a.k.a. AHMED The Egyptian: a.k.a. AHMED. Ahmed: a.k.a. AL-MASRI. Ahmad: a.k.a. AL-SURIR. Abu Islam: a.k.a. ALI. Ahmed Mohammed: a.k.a. ALI. Hamed: a.k.a. HEMED. Ahmed: a.k.a. SHUAIB). Afghanistan: DOB 1965: POB Egypt: citizen Egypt (individual) [SDGT] 10-12-01

SHIHATA. Thirwat Salah (a.k.a. ABDALLAH. Tarwat Salah: a.k.a. THIRWAT. Salah Shihata: a.k.a. THIRWAT. Shahata): DOB 29 Jun 60: POB Egypt (individual) [SDGT] 09-24-01

SHUAIB (a.k.a. ALI. Ahmed Mohammed Hamed: a.k.a. ABDUREHMAN. Ahmed Mohammed: a.k.a. ABU FATIMA: a.k.a. ABU ISLAM: a.k.a. ABU KHADIIJAH: a.k.a. AHMED HAMED: a.k.a. AHMED The Egyptian: a.k.a. AHMED. Ahmed: a.k.a. AL-MASRI. Ahmad: a.k.a. AL-SURIR. Abu Islam: a.k.a. ALI. Ahmed Mohammed: a.k.a. ALI. Hamed: a.k.a. HEMED. Ahmed: a.k.a. SHIEB. Ahmed). Afghanistan: DOB 1965: POB Egypt: citizen Egypt (individual) [SDGT] 10-12-01

- 112 -

SHUFAAT, Yazid (a.k.a. BIN SUFAAT, Yazud; a.k.a. SUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysian; Passport No. A10472263 (Malaysia) (individual) [SDGT] 09-05-03

SIREGAR, Parlin (a.k.a. SIREGAR, Parlindungan; a.k.a. SIREGAR, Saleh Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

SIREGAR, Parlindungan (a.k.a. SIREGAR, Parlin; a.k.a. SIREGAR, Saleh Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

SIREGAR, Saleh Parlindungan (a.k.a. SIREGAR, Parlin; a.k.a. SIREGAR, Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

SISON, Jose Maria (a.k.a. LIWINAG, Armando), The Netherlands; DOB 8 Feb 1938; POB Liooos Sur, Northern Luzon, Philippines (individual) [SDGT] 08-12-02

SOLEIMANI, Qasem (a.k.a. SALIMANI, Qasem; a.k.a. SOLAIMANI, Qasem; a.k.a. SOLEMANI, Qasem; a.k.a. SOLEYMANI, Ghasem; a.k.a. SOLEYMANI, Qasem; a.k.a. SULAIMANI, Qasem; a.k.a. SULAYMAN, Qasim; a.k.a. SULEMANI, Qasem); DOB 11 Mar 1957; POB Qom, Iran; citizen Iran; nationality Iran; Diplomatic Passport 008827 (Iran) issued 1999 (individual) [SDGT] [SYRIA] [NPWMD] [IRGC] 10-11-11

SUFAAT, Yazid (a.k.a. BIN SUFAAT, Yazud; a.k.a. SHUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysian; Passport No. A10472263 (Malaysia) (individual) [SDGT] 09-05-03

SUGHAYR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL- SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al- Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT] 10-10-07

SULAIMAN, Mohammed Ibrahim, Secretary General, IARA Headquarters; House Number 27 Block Number 29 Manishia District, Khartoum, Sudan; P.O. Box 3372, Khartoum, Sudan (individual) [SDGT] 10-13-04

SUWEIDAN, Sheikh Ahmad Salem (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

SWEDAN, Sheikh (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

SWEDAN, Sheikh Ahmed Salem (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

SWEDAN, Sheikh Ahmed Salim (a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

SYAWAL, Muhammad (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. "Mahmud;" a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

SYAWAL, Yassin (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. "Mahmud;" a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

TAHA, Abdul Rahman S. (a.k.a. YASIN, Abdul Rahman; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana U.S.A.; SSN 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 (U.S.A.); Passport No. 27082171 (U.S.A. [issued 21 Jun 1992 in Amman, Jordan]); alt. Passport No. M0887925 (Iraq); citizen U.S.A. (individual) [SDGT] 10-12-01

TAHER, Abdul Rahman S. (a.k.a. YASIN, Abdul Rahman; a.k.a. TAHA, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana U.S.A.; SSN 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 (U.S.A.); Passport No. 27082171 (U.S.A. [issued 21 Jun 1992 in Amman, Jordan]); alt. Passport No. M0887925 (Iraq); citizen U.S.A. (individual) [SDGT] 10-12-01

TAJIDEEN, Ali (a.k.a. TAGEDDINE, Ali Mohamed; a.k.a. TAJ AL DIN, Ali; a.k.a. TAJEDDIN, Ali Mohammad Abdel Hassan; a.k.a. TAJEDDIN, Ali Mohammad Abed Al- Hassan; a.k.a. TAJEDDINE, Ali); DOB 1961; alt. DOB 1963; POB Hanaway, Lebanon; alt. POB Hanouay, Lebanon; alt. POB Hanawiya, Lebanon; nationality Lebanon (individual) [SDGT] 12-9-10

TAJIDEEN, Husayn (a.k.a. TAJ AL DIN, Husayn; a.k.a. TAJIDEEN, Hussein; a.k.a. TAJIDINE, Hajj Hussein), The Gambia; DOB 1963 (individual) [SDGT] 12-9-10

TAJIDEEN, Kassim (a.k.a. TAJI AL-DIN, Kasim; a.k.a. TAJI AL-DIN, Qasim; a.k.a. TAJIDDINE, Kassim Mohammad; a.k.a. TAJMUDIN, Kasim); DOB 21 Mar 1955; POB Sierra Leone; nationality Sierra Leone; alt. nationality Lebanon; Passport 0285669 (Sierra Leone); alt. Passport RL 1794375 (Lebanon) (individual) [SDGT] 5-27-09

TAKFIRI, Abu 'Umr (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; alt. DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

TANTOUCHE, Ibrahim Abubaker (AL-LIBI, Abd al-Muhsin; a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "ABD AL-MUHSI"; a.k.a. "ABD AL- RAHMAN"; a.k.a. "ABU ANAS"); DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT] 07-27-06; 01-09-02

TANTOUSH, Ibrahim Abubaker (a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "ABD AL-MUHSI"; a.k.a. "ABD AL-RAHMAN"; a.k.a. "ABU ANAS"); DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT] 07-27-06; 01-09-02

TANTOUSH, Ibrahim Ali Abu Bakr (a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker); DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT] 07-27-06; 01-09-02

TARABAIN CHAMAS, Mohamad (a.k.a. CHAMS, Mohamad; a.k.a. TARABAY, Muhammad; a.k.a. TARABAYN SHAMAS, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT] 12-06-06

TARABAY, Muhammad (a.k.a. CHAMS, Mohamad; a.k.a. TARABAIN CHAMAS, Mohamad; a.k.a. TARABAYN SHAMAS, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT] 12-06-06

TARABAYN SHAMAS, Muhammad (a.k.a. CHAMS, Mohamad; a.k.a. TARABAIN CHAMAS, Mohamad; a.k.a. TARABAY, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT] 12-06-06

TARIQ (a.k.a. ABU ZUBAIDA; a.k.a. ABU ZUBAYDAH; a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad); DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT] 05-22-07; 09-24-01

TAYSIR (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry); DOB 1951; alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01

THAER, Mansour; DOB 21 Mar 1974; POB Baghdad, Iraq (individual) [SDGT] 08-29-02

THIRWAT, Salah Shihata (a.k.a. SHIHATA, Thirwat Salah; a.k.a. ABDALLAH, Tarwat Salah; a.k.a. THIRWAT, Shahata); DOB 29 Jun 60; POB Egypt (individual) [SDGT] 09-24-01

THIRWAT, Shahata (a.k.a. SHIHATA, Thirwat Salah; a.k.a. ABDALLAH, Tarwat Salah; a.k.a. THIRWAT, Salah Shihata); DOB 29 Jun 60; POB Egypt (individual) [SDGT] 09-24-01

THORIQUDDIN (a.k.a. ABU THORIQ; a.k.a. RUSDAN, Abu; a.k.a. RUSDJAN; a.k.a. RUSJAN; a.k.a. RUSYDAN; a.k.a. THORIQUIDDIN; a.k.a. THORIQUIDIN; a.k.a. TORIQUDDIN); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia (individual) [SDGT] [05-12-05]

THORIQUIDDIN (a.k.a. ABU THORIQ; a.k.a. RUSDAN, Abu; a.k.a. RUSDJAN; a.k.a. RUSJAN; a.k.a. RUSYDAN; a.k.a. THORIQUDDIN; a.k.a. THORIQUIDIN; a.k.a. TORIQUDDIN); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia (individual) [SDGT] 05-12-05

THORIQUIDIN (a.k.a. ABU THORIQ; a.k.a. RUSDAN, Abu; a.k.a. RUSDJAN; a.k.a. RUSJAN; a.k.a. RUSYDAN; a.k.a. THORIQUDDIN; a.k.a. THORIQUIDDIN; a.k.a. TORIQUDDIN); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia (individual) [SDGT] 05-12-05

THOYIB, Ibnu (a.k.a. ANSHORI, Abdullah; a.k.a. TOYIB, Ibnu; a.k.a. "ABU FATHI"; a.k.a. "ABU FATIH"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06

TLILI, Al-Azhar Ben Ammar Ben Abadallah, Via Carlo Porta n.97, Legnano, Italy; DOB 26 Mar 1969; POB Tunis, Tunisia; Italian Fiscal Code: TLLLHR69C26Z352G (individual) [SDGT] 07-27-06; 06-29-02

TORIQUDDIN (a.k.a. ABU THORIQ; a.k.a. RUSDAN, Abu; a.k.a. RUSDJAN; a.k.a. RUSJAN; a.k.a. RUSYDAN; a.k.a. THORIQUDDIN; a.k.a. THORIQUIDDIN; a.k.a. THORIQUIDIN); DOB 16 Aug 1960; POB Kudus, Central Java, Indonesia (individual) [SDGT] 05-12-05

TOYIB, Ibnu (a.k.a. ANSHORI, Abdullah; a.k.a. THOYIB, Ibnu; a.k.a. "ABU FATHI"; a.k.a. "ABU FATIH"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06

TRABELSI, Chabaane Ben Mohamed, via Cuasso, n. 2, Porto Ceresio, Varese, Italy; DOB 1 May 1966; POB Rainneen, Tunisia; nationality Tunisia; Italian Fiscal Code TRBCBN66E01Z352C; Passport L 945660 issued 4 Dec 1998 expires 3 Dec 2001 (individual) [SDGT] 10-18-05; 06-23-04

TRABELSI, Mourad (a.k.a. ABOU DJARRAH, AL-TRABELSI, Mourad Ben Ali Ben Al- Basheer), Via Geromini 15, Cremona, Italy; DOB 20 May 1969; POB Menzel Temine, Tunisia; nationality Tunisia; Passport G 827238 issued 1 Jun 1996 expires 31 May 2001; arrested Apr 2003; (individual) [SDGT] 10-18-05

TRINIDAD, Angelo Ramirez (a.k.a. TOMAS, Adrian; a.k.a. TRINIDAD Y RAMIREZ, Angelo; a.k.a. TRINIDAD, Abu Khalil, a.k.a. TRINIDAD, Calib; a.k.a. TRINIDAD, Kalib; a.k.a. TRINIDAD, Khalil; a.k.a. TRINIDAD, Khulil), 3111 Ma. Bautista, Punta, Santa Ana, Manila, Philippines; DOB 20 Mar 1978; POB Gattaran, Cagayan Province, Philippines; nationality Philippines (individual) [SDGT] 06-16-08

TUAN ISNILON (a.k.a. ABU MUSAB; a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilon; a.k.a. HAPILUN, Isnilun; a.k.a. SALAHUDIN); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines (individual) [SDGT] 11-30-05

TUFAIL, Mohammed (a.k.a. TUFAIL, S.M.; a.k.a. TUFAIL, Sheik Mohammed); DOB 5 May 1930; nationality Pakistani (individual) [SDGT] 12-20-01

TUFAIL, S.M. (a.k.a. TUFAIL, Mohammed; a.k.a. TUFAIL, Sheik Mohammed); DOB 5 May 1930; nationality Pakistani (individual) [SDGT] 12-20-01

TUFAIL, Sheik Mohammed (a.k.a. TUFAIL, Mohammed; a.k.a. TUFAIL, S.M.); DOB 5 May 1930; nationality Pakistani (individual) [SDGT] 12-20-01

UL-HAQ, Dr. Amin (a.k.a. AH HAQ, Dr. Amin; a.k.a. AL-HAQ, Amin; a.k.a. AMIN, Muhammad); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT] 10-12-01

UMAIRI, Faruq (a.k.a. AL-OMAIRI, Faruk; a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk; a.k.a. OMAIRI, Farouk Abdul Haj), 605 Avenida Brasil, Apt No. 48, Foz do

- 113 -

Iguacu, Brazil; DOB 6 Dec 1945; POB Hermel, Lebanon; citizen Brazil (individual) [SDGT] 12-06-06

UMAR, Abu Umar (a.k.a ABU ISMAIL; a.k.a ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

UMAR, Madhat Mursi Al-Sayyid; DOB 19 Oct 1953; POB Alexandria, Egypt; nationality Egypt (individual) [SDGT] 09-29-05

UMAROV, Doku; DOB 13 Apr 1964; nationality Russia (individual) [SDGT] 6-29-10

UR REHMAN, Wali, Pakistan; DOB 1977 (individual) [SDGT] 9-1-10

URANGA ARTOLA, Kemen; member ETA; DOB 25 May 1969; POB Ondarroa (Vizcaya Province), Spain; D.N.I. 30.627.290 (individual) [SDGT] 02-26-02

UR-REHMAN, Mati (a.k.a. AL-REHMAN, Matti; a.k.a RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad); DOB 1977; nationality Pakistan (individual) [SDGT] 12-2-10

USTAD DAUD ZULKARNAEN (a.k.a ARIF SUNARSO; a.k.a. ARIS SUMARSONO, a.k.a. ARIS SUNARSO; a.k.a. MURSHID; a.k.a. ZULKARNAEN; a.k.a. ZULKARNAIN; a.k.a. ZULKARNAN; a.k.a. ZULKARNIN); DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 05-12-05

UTHMAN, Al-Samman (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

UTHMAN, Omar Mahmoud (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

UTHMAN, Umar (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud), London, England; DOB 30 Dec 1960; DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

VALLEJO FRANCO, Inigo; member ETA; DOB 21 May 1976; POB Bilbao (Vizcaya Province), Spain; D.N.I. 29.036.694 (individual) [SDGT] 11-06-02

VILA MICHELENA, Fermin; member ETA; DOB 12 Mar 1970; POB Irun (Guipuzcoa Province), Spain; D.N.I. 15.254.214 (individual) [SDGT] 02-26-02

WADDANI, Habib, Via unica Borighero n.1, San Donato M.se (MI), Italy; DOB 10 Jun 1970; POB Tunis, Tunisia; nationality Tunisia; Italian Fiscal Code WDDHBB70H10Z352O; Passport L550681 issued 23 Sep 1997 expires 22 Sep 2002 (individual) [SDGT] 10-18-05; 08-29-02

WADEHYANOY, Mufti Rashid Ahmad (a.k.a. AHMAD, Mufti Rasheed; a.k.a. LADEHYANOY, Mufti Rashid Ahmad; a.k.a. LUDHIANVI, Mufti Rashid Ahmad), Karachi, Pakistan [SDGT] 10-12-01

WADOOD, Khalid Adbul (a.k.a. OHAMMED, Khalid Shaikh; a.k.a. ALI, Salem; a.k.a. BIN KHALID, Fahd Bin Adballah; a.k.a. HENIN, Ashraf Refaat Nabith); DOB 14 Apr 1965; alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait (individual) [SDGT] 10-12-01

WAN MIN, bin Wan Mat (a.k.a. WAN MIN, Wan Mat); DOB 23 Sept 1960; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

WAN MIN, Wan Mat (a.k.a. WAN MIN, bin Wan Mat); DOB 23 Sept 1960; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

WAZIR, Ahmed Jan (a.k.a. KUCHI, Ahmed Jan; a.k.a. ZADRAN, Ahmed Jan); DOB 1963; POB Barlah Village, Qareh Bagh District, Ghazni Province, Afghanistan (individual) [SDGT] 6-21-11

WEHBE, Bilal Mohsen (a.k.a. WAHBE, Bilal; a.k.a. WAHBI , Bilal Muhsin; a.k.a. WAHBI, Bilal Mohsen, a.k.a. WEHBI, Bilal Mohsem; a.k.a. WEHBI, Bilal Mohsen; a.k.a. WIHBI, Bilal Muhsin), Avenida Jose Maria de Brito 929, Centro., Foz Do Iguacu, Parana State, Brazil; DOB 7 Jan 1967; Identification Number 77888048 (Brazil); Passport CZ74340 (Brazil); alt. Passport 0083628 (Lebanon); Shaykh (individual) [SDGT] 11-9-10

YACINE DI ANNABA (a.k.a. AHMED NACER, Yacine), Rue Mohamed Khemisti, 6, Annaba, Algeria; Via Genova, 121, Naples, Italy; Vicolo Duchessa, 16, Naples, Italy; DOB 2 Dec 1967; POB Annaba, Algeria (individual) [SDGT] 03-18-04

YACUB, Eric (a.k.a. REFKE, Taufek; a.k.a RIFKI, Taufik; a.k.a. RIFQI, Taufik; a.k.a RIFQI, Tawfiq; a.k.a. "ABU OBAIDA"; a.k.a. "ABU OBAIDAH"; a.k.a. "ABU OBAYDA"; a.k.a. "ABU OBEIDA"; a.k.a. ABU UBAIDAH"; a.k.a. "AMI IRAQ"; a.k.a. "AMI IRZA"; a.k.a. "AMI KUSOMAN"; a.k.a. "AMMY ERZA"; a.k.a. "AMMY IZZA"; a.k.a. "AMY ERJA"; a.k.a. "IZZA KUSOMAN"; a.k.a. "OBAIDAH"); DOB 29 Aug 1974; alt. DOB 19 Aug 1974; alt. DOB 9 Aug 1974; alt. DOB 19 Aug 1980; POB Dacusuman Surakarta, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 04-13-06

YASIN, Abdul Hadi (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR, a.k.a. "Mahmud;" a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

YASIN, Abdul Rahman (a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana U.S.A.; SSN 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 (U.S.A.); Passport No. 27082171 (U.S.A. [issued 21 Jun 1992 in Amman, Jordan]); alt. Passport No. M0887925 (Iraq); citizen U.S.A. (individual) [SDGT] 10-12-01

YASIN, Abdul Rahman Said (a.k.a. YASIN, Abdul Rahman; a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana U.S.A.; SSN 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 (U.S.A.); Passport No. 27082171 (U.S.A. [issued 21 Jun 1992 in Amman, Jordan]); alt. Passport No. M0887925 (Iraq); citizen U.S.A. (individual) [SDGT] 10-12-01

YASIN, Aboud (a.k.a. YASIN, Abdul Rahman; a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman Said); DOB 10 Apr 1960; POB Bloomington, Indiana U.S.A., SSN 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 (U.S.A.); Passport No. 27082171 (U.S.A. [issued 21 Jun 1992 in Amman, Jordan]); alt. Passport No. M0887925 (Iraq); citizen U.S.A. (individual) [SDGT] 10-12-01

YASIN, Salim (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. SYAWAL, MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL,

Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

YASSIN, Sheik Ahmed Ismail, Gaza (Palestinian Authority); DOB 1938; POB al-Jawrah, al-Majdal District, Gaza (individual) [SDT] also designated as [SDGT] 06-21-03

YILMAZ, Adem, Sudliche Ringstrasse 133, Langen 63225, Germany; DOB 4 Nov 1978; alt. DOB 11 Apr 1978; POB Bayburt, Turkey; citizen Turkey; Passport TR-P 614166 (Turkey); alt. Passport 0018850 (Turkey); currently incarcerated at Weiterstadt, Germany (individual) [SDGT] 12-4-08

YOUSEF, Rafik Mohamad (a.k.a. KAIRADIN, Rafic Mohamad), Kathe Dorsch Ring 21, Berlin 12353, Germany; Mannheim Prison, Germany; DOB 27 Aug 1974; POB Baghdad, Iraq; nationality Iraq; Travel Document Number A0092301 (Germany) (individual) [SDGT] 12-05-05

YOUSSEF, Abou (a.k.a. DERAMCHI, Othman), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; Piazza Trieste, 11, Mortara, Italy; DOB 7 Jun 1954; POB Tighennif, Algeria; Italian Fiscal Code: DRMTMN54H07Z301T (individual) [SDGT] 03-18-04

YULDASHEV, Tahir (a.k.a. YULDASHEV, Tohir), Uzbekistan (individual) [SDGT] 10-12-01

YULDASHEV, Tohir (a.k.a. YULDASHEV, Takhir), Uzbekistan (individual) [SDGT] 10-12-01

YUNOS, Mukhlis (a.k.a. YUNOS, Muklis; a.k.a. YUNOS, Saifullah Mukhlis); DOB c. 7 Jul 1966; POB Lanao del Sur, Philippines (individual) [SDGT] 09-05-03

YUNOS, Muklis (a.k.a. YUNOS, Mukhlis; a.k.a. YUNOS, Saifullah Mukhlis); DOB c. 7 Jul 1966; POB Lanao del Sur, Philippines (individual) [SDGT] 09-05-03

YUNOS, Saifullah Mukhlis (a.k.a. YUNOS, Mukhlis; a.k.a. YUNOS, Muklis); DOB c. 7 Jul 1966; POB Lanao del Sur, Philippines (individual) [SDGT] 09-05-03

YUSSRR, Abu (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa; a.k.a. FARHANE, Abu; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

YUSUF, Hani al-Sayid Al-Sibai (a.k.a. AL-SIBA'I, Hani Muhammad Yusuf), United Kingdom; DOB 1 Mar 1961; POB Qaylubiyah, Egypt; nationality Egypt (individual) [SDGT] 09-29-05

ZADRAN, Sangeen (a.k.a. ZADRAN, Sangeen Khan; a.k.a. ZADRAN, Sangin; a.k.a. "FATEH"; a.k.a. "SANGEEN"; a.k.a. "SANGIN"); DOB 1976; alt. DOB 1979; POB Tang Stor Khel, Ziruk District, Paktika Province, Aghanistan; nationality Afghanistan; Maulavi; Mullah (individual) [SDGT] 6-16-11

ZAHEDI, Mohammed Reza (a.k.a. MAHDAVI, Reza; a.k.a. MAHDAWI, Hasan; a.k.a. ZAHDI, Mohammad Riza; a.k.a. ZAHEDI, Ali Reza), Beirut, Lebanon; DOB 1944; POB Esfahan, Iran; nationality Iran (individual) [SDGT] [IRGC] 8-3-10, amended on 8-16-10

ZAKARIA, Zaini, A-1-8 Pangsapuri Sri Tanjung, Jalan Sky BS2, Bukit Sentosa Rewang, Selangor 48300 West Malaysia; DOB 16 Jun 1967; alt. DOB 16 May 1967; POB Kelantan, Malaysia; Passport No A11457974 (Malaysia) (individual) [SDGT] 09-05-03

ZARKAOUI, Imed Ben Mekki Ben Al-Ahdar (a.k.a. "NADRA"; a.k.a. "ZARQA"), Via Col. Aprosio 588, Vallecrosia (IM), Italy; DOB 15 Jan 1973; POB Tunisi (Tunisia); nationality Tunisia; Passport M174950 issued 27 Apr 1999 expires 26 Apr 2004; arrested 30 Sep 2002; (individual) [SDGT] 07-27-06; 01-15-05; 11-10-03

ZERFAOUI, Ahmad (a.k.a. "Abdalla;" a.k.a. "Abdullah;" a.k.a. Abu Cholder;" a.k.a. "Abu Khaoula;" a.k.a. "Nojn;" a.k.a. "Smail"), DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT] 04-30-04

ZUBIAGA BRAVO, Manex; member ETA; DOB 14 Aug 1979; POB Getxo (Vizcaya Province), Spain; D.N.I. 16.064.664 (individual) [SDGT] 05-03-02

ZUKIPLI (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. ZULKIFLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

ZULKARNAEN (a.k.a. ARIF SUNARSO; a.k.a. ARIS SUMARSONO; a.k.a. ARIS SUNARSO; a.k.a. MURSHID; a.k.a. USTAD DAUD ZULKARNAEN; a.k.a. ZULKARNAIN; a.k.a. ZULKARNAN; a.k.a. ZULKARNIN); DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 05-12-05

ZULKARNAIN (a.k.a. ARIF SUNARSO; a.k.a. ARIS SUMARSONO; a.k.a. ARIS SUNARSO; a.k.a. MURSHID; a.k.a. USTAD DAUD ZULKARNAEN; a.k.a. ZULKARNAEN; a.k.a. ZULKARNAN; a.k.a. ZULKARNIN); DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 05-12-05

ZULKARNAN (a.k.a. ARIF SUNARSO; a.k.a. ARIS SUMARSONO; a.k.a. ARIS SUNARSO; a.k.a. MURSHID; a.k.a. USTAD DAUD ZULKARNAEN; a.k.a. ZULKARNAEN; a.k.a. ZULKARNAIN; a.k.a. ZULKARNIN); DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 05-12-05

ZULKARNIN (a.k.a. ARIF SUNARSO; a.k.a. ARIS SUMARSONO; a.k.a. ARIS SUNARSO; a.k.a. MURSHID; a.k.a. USTAD DAUD ZULKARNAEN; a.k.a. ZULKARNAEN; a.k.a. ZULKARNAIN; a.k.a. ZULKARNAN); DOB 1963; POB Gebang village, Masaran, Sragen, Central Java, Indonesia; nationality Indonesia (individual) [SDGT] 05-12-05

ZULKIFLI (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. ZULKIPLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

ZULKIFLI, Abdul Hir bin (a.k.a. "Musa Abdul;" a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Bin Abdul Hir); DOB 5 Jan 1966; alt. DOB 5 Oct 1966; POB Malaysia (individual) [SDGT] 09-05-03

ZULKIFLI, Bin Abdul Hir (a.k.a. "Musa Abdul;" a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin); DOB 5 Jan 1966; alt. DOB 5 Oct 1966; POB Malaysia (individual) [SDGT] 09-05-03

ZURAIK, Ali Hasan (a.k.a. ZRAIQ, Ali; a.k.a. ZREIK, Ali; a.k.a. ZREIK, Ali Hassan; a.k.a. ZURAYQ, Ali); DOB 1952; POB Al Khiyam, Lebanon; Passport RL0266714 (Lebanon); alt. Passport 1082625 (Lebanon) (individual) [SDGT] 8-3-10

## TERRORISM SANCTIONS REGULATIONS

On January 23, 1995, pursuant to the International Emergency Economic Powers Act, 50 U.S.C. 1701-06 ("IEEPA"), President Clinton signed Executive Order 12947, "Prohibiting Transactions with Terrorists Who Threaten to Disrupt the Middle East Peace Process." The Order blocked all property subject to U.S. jurisdiction in which there is any interest of 12 Middle East terrorist organizations included in an Annex to the Order. On August 20, 1998, the President signed Executive Order 13099 to amend Executive Order 12947, adding additional names. Executive Order 12947 blocks the property and interests in property of persons designated by the Secretary of State, in coordination with the Secretary of the Treasury and the Attorney General, who are found (1) to have committed or to pose a significant risk of disrupting the Middle East peace process, or (2) to assist in, sponsor or provide financial, material, or technological support for, or services in support of, such acts of violence. The Order further blocks all property and interests in property subject to U.S. jurisdiction in which there is any interest of persons determined by the Secretary of the Treasury, in coordination with the Secretary of State and the Attorney General, to be owned or controlled by, or to act for or on behalf of any other person designated pursuant to the Order (collectively "Specially Designated Terrorists" or "SDTs"), designated by an "[SDT]" on OFAC's SDN list. The Order prohibits any transaction or dealing by a United States person or within the United States in property or interests in property of SDTs, including the making or receiving of any contribution of funds, goods, or services to or for the benefit of such persons.

Blockings must be reported within 10 days by fax to OFAC's Compliance Programs Division at 202/622-2426. Blocked accounts must be interest-bearing, at rates similar to those currently offered other depositors on deposits of comparable size and maturity. Maturities on blocked accounts may not exceed 90 days. Debits to blocked customer accounts are prohibited, although credits are authorized.

Corporate criminal penalties for violations of IEEPA range up to $500,000; individual penalties range up to $250,000 and/or 20 years in jail. Civil penalties of up to $50,000 may also be imposed administratively.

## TERRORISM LIST GOVERNMENTS SANCTIONS REGULATIONS

On April 24, 1996, President Clinton signed into law the Antiterrorism and Effective Death Penalty Act of 1996, Public Law 104-132, 110 Stat. 1214-1319. Section 321 of the Act makes it a criminal offense for U.S. persons, except as provided in regulations issued by the Secretary of the Treasury in consultation with the Secretary of State, to engage in financial transactions with the governments of countries designated under section 6(j) of the Export Administration Act of 1979, 50 U.S.C. App. 2405, as supporting international terrorism. U.S. persons who engage in such transactions are subject to criminal penalties under title 18, United States Code. In implementation of section 321, the Treasury Department has issued the Terrorism List Governments Sanctions Regulations.

The countries currently designated under section 6(j) of the Export Administration Act are Cuba, Iran, Libya, North Korea, Sudan, and Syria. The provisions of existing OFAC regulations governing the Governments of Cuba, Iran, North Korea, and Sudan continue in effect with the added authority of section 321. Financial transactions of U.S. persons with the governments of those four countries are governed by the separate parts of Title 31 Chapter V of the U.S. Code of Federal Regulations imposing economic sanctions on those countries, and information about those programs is available in separate OFAC that are not otherwise subject to economic sanctions administered by OFAC, at present the Governments of Syria and Libya, the Terrorism List Governments Sanctions Regulations prohibit U.S. persons from receiving unlicensed donations and from engaging in financial transactions with respect to which the U.S. person knows or has reasonable cause to believe that the financial transaction poses a risk of furthering terrorist acts in the United States. Banks located in the United States and U.S. banks located offshore must reject transfers in the form of gifts or charitable contributions from the Governments of Syria or Libya, or from entities owned or controlled by the Governments of Syria or Libya, unless the bank knows or has reasonable cause to believe that the transaction poses a risk of furthering terrorism in the United States, in which case the funds must be retained by the bank. Banks should immediately notify OFAC Compliance about any retained items. Reject items must be reported within 10 business days of rejection. For the purposes of this program only, a financial transaction not originated by the governments of Syria or Libya (including their central banks and government owned-or-controlled banks acting for their own accounts), but transferred to the United States *through* one of those banks, is not considered to be a prohibited financial transaction with the Governments of Syria or Libya.

## FOREIGN TERRORIST ORGANIZATIONS
## SANCTIONS REGULATIONS

Section 302 of the Antiterrorism and Effective Death Penalty Act of 1996 also authorizes the Secretary of State to designate organizations as "Foreign Terrorist Organizations" ("FTOs"). The Act makes it a criminal offense for U.S. persons to provide material support or resources to FTOs and requires financial institutions to block all funds in which FTOs or their agents have an interest. The term "financial institutions" comes from 31 U.S.C. 5312(a)(2) and is defined very broadly. Among the types of businesses covered by Treasury's Foreign Terrorist Organizations Sanctions Regulations, which implement Sections 302 and 303 of the Act, are banks, securities and commodities broker/dealers, investment companies, currency exchanges, issuers, redeemers, and cashiers of traveler's checks, checks, money orders, or similar instruments, credit card system operators, insurance companies, dealers in precious metals, stones or jewels, pawnbrokers, loan and finance companies, travel agencies, licensed money transmitters, telegraph companies, businesses engaged in vehicle sales, including automobile, airplane or boat sales, persons involved in real estate closings or settlements, and casinos. Such "financial institutions" must notify OFAC Compliance about any blocked funds within ten days of blocking. The Act provides for civil penalties to be assessed against financial institutions for failing to block or report the blocking of FTO funds in an amount equal to $50,000 per violation or twice the amount which ought to have been blocked or reported, whichever is greater. Foreign Terrorist Organizations and their agents are identified by an "[FTO]" on OFAC's SDN list.

### Other Named Terrorist Entities

DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. DFLP; a.k.a. RED STAR FORCES; a.k.a. RED STAR BATTALIONS) [SDT]

DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DFLP; a.k.a. RED STAR FORCES; a.k.a. RED STAR BATTALIONS) [SDT]

DFLP (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. RED STAR FORCES; a.k.a. RED STAR BATTALIONS) [SDT]

RED STAR BATTALIONS (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DFLP; a.k.a. RED STAR FORCES; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION) [SDT]

RED STAR FORCES (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DFLP; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. RED STAR BATTALIONS) [SDT]

**Other Named Individuals**

THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

'ABD ALLAH, 'Issam 'Ali Muhammad (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

ABBAS, Abu (a.k.a. ZAYDAN, Muhammad); Director of PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; DOB 10 Dec 1948 (individual) [SDT]

ABD-AL-WAHAB, Abd-al-Hai Ahmad (a.k.a. 'ABD-AL-'IZ; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa' Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

ABDALLAH, Ramadan (a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; Secretary General of the PALESTINIAN ISLAMIC JIHAD; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; SSN 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 (U.S.A.); Passport No. 265 216 (Egypt) (individual) [SDT]

ABDULLAH, Dr. Ramadan (a.k.a. ABDALLAH, Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; Secretary General of the PALESTINIAN ISLAMIC JIHAD; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; SSN 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 (U.S.A.); Passport No. 265 216 (Egypt) (individual) [SDT]

ABU YASIR (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

AHMAD, Abu (a.k.a. AHMED, Abu; a.k.a. SALAH, Mohammad Abd El-Hamid Khalil; a.k.a. SALAH, Mohammed Abdel Hamid Halil; a.k.a. SALAH, Muhammad A.), 9229 South Thomas, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2578, Bridgeview, Illinois 60455, U.S.A.; Israel; DOB 30 May 1953; SSN 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; Passport No. 024296248 (U.S.A.) (individual) [SDT]

AHMED, Abu (a.k.a. AHMAD, Abu; a.k.a. SALAH, Mohammad Abd El-Hamid Khalil; a.k.a. SALAH, Mohammed Abdel Hamid Halil; a.k.a. SALAH, Muhammad A.), 9229 South Thomas, Bridgeview, Illinois 60455,U.S.A.; P.O. Box 2578, Bridgeview, Illinois 60455, U.S.A.; Israel; DOB 30 May 1953; SSN 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; Passport No. 024296248 (U.S.A.) (individual) [SDT]

AL RAHMAN, Shaykh Umar Abd; Chief Ideological Figure of ISLAMIC GAMA'AT; DOB 03 May 1938; POB Egypt (individual) [SDT]

AL-ZUMAR, Abbud (a.k.a. ZUMAR, Colonel Abbud); Factional Leader of JIHAD GROUP; Egypt (individual) [SDT]

AL-KAMEL, Salah 'Ali (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

AL BANNA, Sabri Khalil Abd Al Qadir (a.k.a. NIDAL, Abu); Founder and Secretary General of ABU NIDAL ORGANIZATION; DOB May 1937 or 1940; POB Jaffa, Israel (individual) [SDT]

AWDA, Abd Al Aziz; Chief Ideological Figure of PALESTINIAN ISLAMIC JIHAD - SHIQAQI; DOB 1946 (individual) [SDT]

FADLALLAH, Shaykh Muhammad Husayn; Leading Ideological Figure of HIZBALLAH; DOB 1938 or 1936; POB Najf Al Ashraf (Najaf), Iraq (individual) [SDT]

HABASH, George (a.k.a. HABBASH, George); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE (individual) [SDT]

HABBASH, George (a.k.a. HABASH, George); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE (individual) [SDT]

HAWATMA, Nayif (a.k.a. HAWATMEH, Nayif; a.k.a. HAWATMAH, Nayif; a.k.a. KHALID, Abu); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; DOB 1933 (individual) [SDT]

HAWATMAH, Nayif (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMEH, Nayif; a.k.a. KHALID, Abu); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; DOB 1933 (individual) [SDT]

HAWATMEH, Nayif (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMAH, Nayif; a.k.a. KHALID, Abu); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; DOB 1933 (individual) [SDT]

ISLAMBOULI, Mohammad Shawqi; Military Leader of ISLAMIC GAMA'AT; DOB 15 Jan 1955; POB Egypt; Passport No. 304555 (Egypt) (individual) [SDT]

JABRIL, Ahmad (a.k.a. JIBRIL, Ahmad); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND; DOB 1938; POB Ramleh, Israel (individual) [SDT]

JIBRIL, Ahmad (a.k.a. JABRIL, Ahmad); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND; DOB 1938; POB Ramleh, Israel (individual) [SDT]

KHALID,Abu (a.k.a. HAWATMEH, Nayif; a.k.a. HAWATMA, Nayif; a.k.a. HAWATMAH, Nayif); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; DOB 1933 (individual) [SDT]

MUSA, Rifa'i Ahmad Taha (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

NAJI, Talal Muhammad Rashid; Principal Deputy of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND; DOB 1930; POB Al Nasiria, Palestine (individual) [SDT]

NASRALLAH, Hasan; Secretary General of HIZBALLAH; DOB 31 Aug 1960 or 1953 or 1955 or 1958; POB Al Basuriyah, Lebanon; Passport No. 042833 (Lebanon) (individual) [SDT]

NIDAL, Abu (a.k.a. AL BANNA, Sabri Khalil Abd Al Qadir); Founder and Secretary General of ABU NIDAL ORGANIZATION; DOB May 1937 or 1940; POB Jaffa, Israel (individual) [SDT]

QASEM, Talat Fouad; Propaganda Leader of ISLAMIC GAMA'AT; DOB 02 Jun 1957 or 03 Jun 1957; POB Al Mina, Egypt (individual) [SDT]

SALAH, Mohammad Abdel Hamid Halil (a.k.a. AHMAD, Abu; a.k.a. AHMED, Abu; a.k.a. SALAH, Mohammad Abd El-Hamid Khalil; a.k.a. SALAH, Muhammad A.), 9229 South Thomas, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2578, Bridgeview, Illinois 60455, U.S.A.; Israel; DOB 30 May 1953; SSN 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; Passport No. 024296248 (U.S.A.) (individual) [SDT]

SALAH, Mohammad Abd El-Hamid Khalil (a.k.a. AHMAD, Abu; a.k.a. AHMED, Abu; a.k.a. SALAH, Mohammad Abdel Hamid Halil; a.k.a. SALAH, Muhammad A.), 9229 South Thomas, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2578, Bridgeview, Illinois 60455, U.S.A.; Israel; DOB 30 May 1953; SSN 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; Passport No. 024296248 (U.S.A.) (individual) [SDT]

SALAH, Muhammad A. (a.k.a. AHMAD, Abu; a.k.a. AHMED, Abu; a.k.a. SALAH, Mohammad Abd El-Hamid Khalil; a.k.a. SALAH, Mohammed Abdel Hamid Halil), 9229 South Thomas, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2578, Bridgeview, Illinois 60455, U.S.A.; Israel; DOB 30 May 1953; SSN 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; Passport No. 024296248 (U.S.A.) (individual) [SDT]

SHALLAH, Dr. Ramadan Abdullah (a.k.a. ABDALLAH, Ramadan; a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; Secretary General of the PALESTINIAN ISLAMIC JIHAD; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; SSN 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 (U.S.A.); Passport No. 265 216 (Egypt) (individual) [SDT]

SHALLAH, Ramadan Abdalla Mohamed (a.k.a. ABDALLAH, Ramadan; a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah), Damascus, Syria; Secretary General of the PALESTINIAN ISLAMIC JIHAD; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; SSN 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 (U.S.A.); Passport No. 265 216 (Egypt) (individual) [SDT]

SHAQAQI, Fathi; Secretary General of PALESTINIAN ISLAMIC JIHAD - SHIQAQI (individual) [SDT]

TAHA, Rifa'i Ahmad (a.k.a. 'ABD-AL-'IZ; .k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]THABIT 'IZ (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

TAHA MUSA, Rifa'i Ahmad (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a.ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

THABIT 'IZ (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

TUFAYLI, Subhi; Former Secretary General and Current Senior Figure of HIZBALLAH; DOB 1947; POB Biqa Valley, Lebanon (individual) [SDT]

ZAYDAN, Muhammad (a.k.a. ABBAS, Abu); Director of PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; DOB 10 Dec 1948 (individual) [SDT]

ZUMAR, Colonel Abbud (a.k.a. AL-ZUMAR, Abbud); Factional Leader of JIHAD GROUP; Egypt; POB Egypt (individual) [SDT]

This document is explanatory only and does not have the force of law. Executive Order 13224 is reprinted here. Executive Order 12947, as amended, and the implementing Terrorism Sanctions Regulations (31 C.F.R Part 595) contain the legally binding provisions governing the sanctions against terrorists who threaten to disrupt the Middle East peace process. Section 321 (18 U.S.C. 2332d) of the Antiterrorism and Effective Death Penalty Act of 1996, Pub.L. 104-132, 110 Stat. 1214-1319 (the "Antiterrorism Act") and the implementing Terrorism List Governments Sanctions Regulations (31 C.F.R. Part 596) contain the legally binding provisions governing sanctions against the governments of countries designated under section 6(j) of the Export Administration Act of 1979, 50 U.S.C. App. 2405, as supporting international terrorism. Sections 302 and 303 of the Antiterrorism Act (new 8 U.S.C. 1189 and 18 U.S.C. 2339B, respectively) and the implementing Foreign Terrorist Organizations Sanctions Regulations (31 C.F.R. Part 597) contain the legally binding provisions governing the sanctions against foreign terrorist organizations. This document does not supplement or modify Executive Order 13224, Executive Order 12947,as amended, the Antiterrorism Act, or 31 C.F.R. Parts 595, 596, or 597.

The Treasury Department's Office of Foreign Assets Control also administers sanctions programs involving the Balkans, Belarus, Burma (Myanmar), Côte d'Ivoire, Cuba, Democratic Republic of the Congo, Diamond Trading, Iran, Iraq, Lebanon, Liberia, North Korea, Somalia, Sudan, Syria, Zimbabwe as well as highly enriched uranium, designated Terrorists and International Narcotics Traffickers. Foreign Terrorist Organizations and designated foreign persons who have engaged in activities relating to the proliferation of weapons of mass destruction. For additional information about these programs or about sanctions involving transactions with terrorists, terrorist organizations, or their agents, please contact the:

**OFFICE OF FOREIGN ASSETS CONTROL**
U.S. Department of the Treasury
Washington, D.C. 20220
202/622-2490

11-1-11

**EXHIBIT 96 TO DECLARATION OF VALERIE SCHUSTER**



tsCase 1:05-cv-04622-DLI-RML   Document 267-4   Filed 03/22/12   Page 257 of 369 PageID #: 5479

6/30/2010                    JS-672: US Designates Five Charities Fun...

# PRESS ROOM
## U.S. DEPARTMENT OF THE TREASURY

FROM THE OFFICE OF PUBLIC AFFAIRS

August 22, 2003
JS-672

## U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities

Present Bush today announced that the U.S. Treasury is designating five Hamas related charities and six senior Hamas leaders as Specially Designated Global Terrorists (SDGTs), freezing any assets in the U.S. and prohibiting transactions with U.S. nationals. "By claiming responsibility for the despicable act of terror on August 19, Hamas has reaffirmed that it is a terrorist organization committed to violence against Israelis and to undermining progress toward peace between Israel and the Palestinian people," President Bush stated.

"Hamas' leaders and those who provide their funding again have the blood of innocents on their hands," U.S. Treasury Secretary John Snow stated. "Empty words cannot wash them clean. As they resist the road map for peace, Hamas is devastating the dreams of the Palestinian people for freedom, prosperity, and an independent state."

The United States will continue to work with our allies to encourage the recognition of Hamas as a terrorist organization and to shut down their sources of funding and support.

The following individuals are designated as SDGTs by today's action:

1. **Sheik Ahmed Yassin,** the leader of Hamas in Gaza.
2. **Imad Khalil Al-Alami,** a member of the Hamas Political Bureau in Damascus, Syria.
3. **Usama Hamdan,** a senior Hamas leader in Lebanon.
4. **Khalid Mishaal,** head of the Hamas Political Bureau and Executive Committee in Damascus, Syria.
5. **Musa Abu Marzouk,** Deputy Chief of the Political Bureau in Syria.
6. **Abdel Aziz Rantisi,** a Hamas leader in Gaza reporting to Sheik Yassin.

The following charities that provide support to Hamas and form part of its funding network in Europe are designated as well:

1. **Commite de Bienfaisance et de Secours aux Palestiniens (CBSP),** of France.
2. **The Association de Secours Palestinien (ASP),** of Switzerland. (An organization related to CBSP)
3. **The Palestinian Relief and Development Fund, or Interpal,** headquartered in the United Kingdom.
4. **The Palestinian Association in Austria, PVOE.**
5. **The Sanabil Association for Relief and Development,** based in Lebanon.

Today's action follows several actions taken against Hamas previously, including the designation of several entities that formed part of the Hamas network such as Holy Land Foundation for Relief and Development and the Al Aqsa Foundation, key sources of financial support for Hamas.


EXHIBIT
HDSGA50 № 25
7.15.10  AW

ustreas.gov/press/releases/js672.htm                                    1/6

ATTACHED: Fact Sheet

\*\*END\*\*

---

**Fact Sheet**

### HAMAS

HAMAS is a terrorist organization that has intentionally killed hundreds of innocent civilians and continues to kill and maim with the aim of terrorizing a civilian population. HAMAS was formed in 1987 as an outgrowth of the Palestinian branch of the Muslim Brotherhood. HAMAS activists have conducted many attacks – including large-scale suicide bombings – against Israeli citizens and military targets. In the early 1990s, they also targeted U.S. citizens, suspected Palestinian collaborators and Fatah rivals.

During 2002, more than 370 persons – including 10 US citizens – were killed in Israel, the West Bank and the Gaza Strip by acts of terrorism. HAMAS was responsible for carrying out more than 50 of these attacks, including shootings, suicide bombings, and standoff mortar-and-rocket attacks against civilian and military targets. The group was responsible for the most deadly Palestinian terrorist attack of the year – the suicide bombings of a Passover gathering at a Netanya hotel that killed 29 Israelis, including one dual US-Israeli citizen. HAMAS's bombing of a cafeteria on the Hebrew University campus, which killed nine, including five US citizens, demonstrated its willingness to stage operations in areas frequented by students and tourists, including US citizens.

In addition, HAMAS's rejectionist policies and terrorist actions are aimed at derailing the peace process in the Middle East. On April 30, 2003, the U.S. government released the roadmap for peace between Israel and the Palestinians, which constitutes a crucial step in international efforts to actively support movement towards peace in the region. HAMAS, however, has since the mid-90s purposefully worked against all regional peace efforts by engaging in suicide attacks and other acts of the most violent type of terrorism. On June 8 and June 11 HAMAS took credit for attacks against Israelis. The organization also took credit for four suicide bombings in a 24-hour period during the weekend preceding May 20th.

On June 29th, HAMAS and two other designated terrorist groups announced a cease-fire. On August 19th, a suicide bomber detonated his bomb in the back of a double-length city bus near the border between east and west Jerusalem. According to a CNN report, HAMAS said that it was committed to the cease-fire, but also claimed responsibility, stating that "the man was a member of its military wing, the Izzedine al-Qassam Brigades, and the attack came in revenge for the killing of two of its members." As noted by the Human Rights Watch, "the Hamas leadership has pursued attacks against civilians as a conscious policy. A group that pursues multiple, intentional attacks against civilians as a matter of policy is responsible for crimes against humanity." *Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians* at 67 (October 2002).

Under Executive Order 13224, the United States government may block the assets of HAMAS (which it has done) and the assets of individuals and entities owned or controlled by, acting for or on behalf of, or providing support, financial or otherwise, to designated terrorists and terrorist organizations. HAMAS has been designated as a Foreign Terrorist Organization (66 Fed. Reg. 51088) and as a Specially Designated Global Terrorist (SDGT) under Executive Order 13224, "Blocking Property and Prohibiting Transactions with Persons who Commit, or Support Terrorism."

The United States government has credible evidence that the following six HAMAS leaders that command and control terrorist activity.

**Sheik Ahmed YASSIN**

Yassin is the head of HAMAS in Gaza. He maintains a direct line of communication with other HAMAS leaders on coordination of HAMAS's military activities and openly admits that there is no distinguishing the political and military wings of Hamas. Yassin also conveys messages about operational planning to other Palestinian terrorist organizations.

Surrounding Yassin is an entourage of personal "bodyguards," including many implicated in providing information and supplies to fugitives, recruiting personnel to undertake military operations, planning terrorist cells, attacking settlements, and manufacturing weapons and explosives.

**Imad Khalil AL-ALAMI**

Imad al-Alami is a member of HAMAS's Political Bureau, located in Damascus, Syria and a military operations leader. As part of HAMAS's external leadership, he is part of the most effective and powerful wing of HAMAS because it controls the West Bank and prison branches of HAMAS and has gained total financial control.

Al-Alami has had oversight responsibility for the military wing of HAMAS within the Palestinian territories. As a HAMAS military leader, al-Alami directs sending personnel and funding to the West Bank and Gaza.

**Usama HAMDAN**

Hamdan, a senior HAMAS official based in Lebanon, maintains contact with representatives with other terrorist organizations with the purpose of strengthening the ties between these organizations in order to strengthen an international Islamic Jihad. He has worked with other HAMAS and Hizballah leaders on initiatives to develop and activate the military network inside the Palestinian territories in support of the current intifada, including the movement of weapons, explosives and personnel to the West Bank and Gaza for HAMAS fighters.

Funds transferred from charitable donations to HAMAS for distribution to the families of Palestinian "martyrs" have been transferred to the bank account of Hamdan and used to support HAMAS military operations in Israel.

**Khalid MISHAAL**

Mishaal is the chief of HAMAS's Political Bureau in Damascus, Syria and heads HAMAS's Executive Committee and Special Office. Cells in the military wing based in the West Bank that are under Mishaal's control have been implicated in efforts by HAMAS to plan large attacks that would undermine the "road map" peace plan.

Mishaal has been responsible for supervising assassination operations, bombings and the killing of Israeli settlers. To execute HAMAS military activities, Mishaal maintains a direct link to Gaza-based HAMAS leader, Abdel Aziz Rantisi *(see below)*. He also provides instructions to other parts of the HAMAS military wing.

Funds transferred from charitable donations to HAMAS for distribution to the families of Palestinian martyrs have been transferred to the bank account of

6/30/2010                                JS-672: US Designates Five Charities Fun...

Mishaal and used to support HAMAS military operations in Israel.

**Musa Abu MARZOUK**

Musa Abu Marzouk is the Deputy Chief of HAMAS's Political Bureau based in
Damascus, Syria. His activities include directing and coordinating terrorist acts
by HAMAS against soldiers and civilians in Israel and the West Bank and Gaza.
Marzouk maintains relationships with other terrorist organizations.

The Holy Land Foundation for Relief and Development, designated as an SDGT
under EO 13224 in December 2001 based on its support of HAMAS, received
start-up funding and instructions from Marzouk. Marzouk is implicated in receiving
financing for HAMAS terrorist attacks, funds that have been used to mobilize
military activity inside Israel and the West Bank/Gaza.

**Abdel Aziz RANTISI**

Rantisi is part of the HAMAS leadership in Gaza, operating directly under HAMAS
Leader Shaykh Yassin (see above) with whom he maintains a direct line of
communication for the coordination of military operations. Mishaal (see above)
has also issued orders for HAMAS terrorist activities through Rantisi.

In October of 2002, Rantisi was reported in Al-Hayat as personally claiming
responsibility for the assassination of a Palestinian Authority Police Colonel. In
December 2002, he was calling for Iraq to prepare thousands of martyrdom cells
to fight the United States and its allies in the event of war.

**HAMAS Fundraising**

HAMAS raises tens of millions or dollars per year throughout the world using
charitable fundraising as cover. While HAMAS may provide money for legitimate
charitable work, this work is a primary recruiting tool for the organization's militant
causes. HAMAS relies on donations from Palestinian expatriates around the
world and private benefactors located in moderate Arab states, Western Europe
and North America. HAMAS uses a web of charities to facilitate funding and to
funnel money. Charitable donations to non-governmental organizations are
commingled, moved between charities in ways that hide the money trail, and then
often diverted or siphoned to support terrorism.

The funds pouring into HAMAS coffers directly undermine the Middle East peace
process. These funds allow the group to continue to foment violence, strengthen
its terrorist infrastructure, and undermine responsible leadership.

The political leadership of HAMAS directs its terrorist networks just as they
oversee their other activities. HAMAS leader Yassin confirms this relationship,
stating to al-Sharq al-Awsat on August 12, 2002: "When we make decisions on
the political level and convey them to the military wing, it abides by it normally."
The intensity of this relationship is reflected in Yassin's words quoted by Reuters
on May 12, 1998:

> We can not separate the wing from the body. If we do so, the body will
> not be able to fly. HAMAS is one body.

A report issued by Human Rights Watch has also noted the unified nature of
HAMAS:

In the case of Hamas, there is abundant evidence that the military wing is accountable to a political steering committee . . . . Yassin himself, as well as Saiah Shehadah, the late founder and commander of the 'Izz al-Din al-Qassam Brigades, have confirmed in public remarks that the military wing implements policies that are set by the political wing." *Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians* at 63 (October 2002).

Fundraising may involve community solicitation in the United States, Canada, Europe and the Middle East or solicitations directly to wealthy donors. While some donors may be aware of the intended use of their donations, too many innocent donors who intend for their money to be used to provide humanitarian services here or abroad, are unwittingly funding acts of violence when these funds are diverted to terrorist causes.

HAMAS fundraising directly undermines Prime Minister Mahmud Abbas's ability to clamp down on this terrorist organization. One of the obstacles and threats to establishing a meaningful dialogue toward peace comes from terrorist groups such as HAMAS, which view peace discussions as inimical to their interests and are intent on undermining the multilateral work on the roadmap by fomenting violence. In order to support momentum towards peace, to strengthen the ability of the new Palestinian leadership to take the actions it must take against HAMAS, the assets of groups like HAMAS must be frozen, as well as the assets of organizations raising funds for such terrorist groups.

E.O. 13224 provides a means to disrupt the financial-support network funding terrorist attacks committed by HAMAS. Under this Order, the United States government may block the assets of HAMAS (which it has done) and the assets of individuals and entities owned or controlled by, acting for or on behalf of, or providing support, financial or otherwise, to designated terrorists and terrorist organizations. HAMAS has been designated as a Foreign Terrorist Organization (66 Fed. Reg. 51088) and as a Specially Designated Global Terrorist (SDGT) under Executive Order 13224, "Blocking Property and Prohibiting Transactions with Persons who Commit, or Support Terrorism."

The United States government has credible evidence that the following five organizations are part of a web of charities raising funds on behalf of HAMAS and using humanitarian purposes as a cover for acts that support HAMAS. Funds are generated by, and flow through, these organizations on behalf of HAMAS.

**Commite de Bienfaisance et de Secours aux Palestiniens (CBSP) and Association de Secours Palestinien (ASP)**

CBSP and ASP are primary fundraisers for HAMAS in France and Switzerland, respectively. Founded in France in the late 80s/early 90s, CBSP acts in collaboration with more than a dozen humanitarian organizations based in different towns in the West Bank and Gaza and in Palestinian refugee camps in Jordan and Lebanon. ASP, a subsidiary of CBSP, was founded in Switzerland in 1994. The group has collected large amounts of money from mosques and Islamic centers, which it then transfers to sub-organizations of HAMAS. Khalid Al-Shull is the president of CBSP and ASP .

**Palestinian Relief and Development Fund (Interpal)**

Interpal, headquartered in the UK, has been a principal charity utilized to hide the flow of money to HAMAS. Reporting indicates it is the conduit through which money flows to HAMAS from other charities, *e.g.*, the Al Aqsa Foundation (designated under EO 13224 on May 29th) and oversees the activities of other charities. For example, the Sanabil Association for Relief and Development (designated as part of this tranche), represents Interpal in Lebanon. Reporting indicates that Interpal is the fundraising coordinator of HAMAS. This role is of the type that includes supervising activities of charities, developing new charities in targeted areas, instructing how funds should be transferred from one charity to another, and even determining public relations policy.

### Palestinian Association in Austria (PVOE)

PVOE is controlled by the leader of HAMAS in Austria. The money is targeted to support members of HAMAS and is funneled through other charities in Lebanon, the West Bank and Gaza or other areas of the Middle East in order to ensure the transfer of funds is undetected and reaches its intended recipients. PVOE is part of the HAMAS network of charitable organizations that includes the Al Aqsa Foundation.

### Sanabil Association for Relief and Development

The Sanabil Association for Relief and Development (Sanabil), based in Sidon, Lebanon, receives large quantities of funds raised by major HAMAS-affiliated charities in Europe and the Middle East and, in turn, provides funding to HAMAS. For example, Sanabil has received funding from the Al Aqsa Foundation (designated as an SDGT under EO 13224 in May 2003); the Holy Land Foundation for Relief and Development (designated as an SDGT under EO 13224 in December 2001), and Interpal (designated as an SDGT under EO 13224 as part of this tranche). HAMAS recruits permanent members from the religious and the poor by extending charity to them from organizations such as Sanabil.

At the request of a HAMAS political leader, Sanabil began opening offices in all of the Palestinian refugee camps in Lebanon in August of 2001 in order to increase the foundation's role inside the camps. After starting by providing basic necessities the charity eventually began asking poor families within the camps to fill out application forms, particularly those who had worked with the Islamic Movement (Al-Haraka al-Islamiyya) and HAMAS. As a result of these efforts, Sanabil has increased its scope of influence within the camps.

**EXHIBIT 97 TO DECLARATION OF VALERIE SCHUSTER**

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Action No: 05cv4622(DGT)(MDG)
- - - - - - - - - - - - - - - - - - - - -
TZVI WEISS, et al,
                    Plaintiffs,
against
NATIONAL WESTMINSTER BANK, PLC.,
                    Defendant.
- - - - - - - - - - - - - - - - - - - - -
NATAN APPLEBAUM, et al.,
                    Plaintiffs,
against
NATIONAL WESTMINSTER BANK, PLC.,
                    Defendant.


VIDEOTAPED DEPOSITION OF NEIL TRANTUM
Tuesday 13 July 2010
At:  10:00 am
Taken at:
Cleary, Gottlieb, Steen & Hamilton LLP
55 Basinghall Street, London
United Kingdom

HIGHLY CONFIDENTIAL                    2

Page 2

1   A P P E A R A N C E S
2  For Plaintiff Tzvi Weiss:
3      STEPHEN SCHWARTZ, ESQ.
4      Kohn, Swift & Graf PC
5      One South Broad Street, Suite 2100
6      Philadelphia, Pennsylvania 19107-3304
7      Tel: 419 246 0528
8  For Plaintiff Natan Applebaum:
9      MARK WERBNER
10     Sayles & Werbner
11     4400 Renaissance Tower
12     1201 Elm St.
13     Dallas, Texas 75270
14     Tel: 214 939 8763
15
16  For Plaintiff Tzvi Weiss:
17     AITAN GOELMAN
18     Zuckerman Spaeder LLP
19     1800 M Street, NW, Suite 1000
20     Washington, DC 20036-5807
21     Tel: 202 778 1996
22  For the Plaintiffs:
23     STEPHEN LOBEL and HANNAH GRAV
24     Finers, Stephens & Innocent LLP
25  For Defendant National Westminster Bank, PLC:
26
27     JONATHAN I. BLACKMAN ESQ. and SUE. H. RHEE
28     Cleary, Gottlieb, Steen & Hamilton LLP
29     One Liberty Plaza
30     New York, NY 10006-1470
31       Tel: 212 225 2000
32
33
34
35
36            HIGHLY CONFIDENTIAL          3

Page 3

1
2   Also Present:
3       EXAMINER: ADRIAN HUGHES
4
5   COURT REPORTER:
6
7   AILSA WILLIAMS
8   European Deposition Services
9   59 Chesson Rd
10  London, W14 9QS
11  Telephone:  44 (020) 7385 0077
12  VIDEOGRAPHER: DAVID ROSS
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 4

1
2   NEIL TRANTUM .. ... ... ... ... ... ... ... ...7
3
4   DIRECT EXAMINATION BY MR. . ... ... ... ... ...7
5       GOELMAN:
6       INDEX OF EXHIBITS
7   Trantum 1 NW212124  ... ... ... ... ... ...54
8   Trantum 2 NW008356-366 ... ... ... ... ... ...57
9   Trantum 3 NW191801-806 ... ... ... ... ... ...63
10  Trantum 4 NW012952  ... ... ... ... ... ...75
11  Trantum 5 NW008374-380 ... ... ... ... ... ...78
12  Trantum 6 NW008412-420 ... ... ... ... ... ...82
13  Trantum 7 NW088194-97 . ... ... ... ... ...93
14  Trantum 8 NW051130-36 . ... ... ... ... ... 101
15  Trantum 9 NW000149-164 ... ... ... ... ... 113
16  Trantum 10 NW014025-36 ... ... ... ... ... 118
17  Trantum 11 NW012925-38 ... ... ... ... ... 118
18  Trantum 12 NW196915-932 ... ... ... ... ... 128
19  Trantum 13 NW190202-205 ... ... ... ... ... 132
20  Trantum 14 NW180856-57 ... ... ... ... ... 135
21  Trantum 15 NW180811-815 ... ... ... ... ... 135
22
23
24
25
26
27

Page 89

1      A.  Different countries?  I am aware of the UN
2   sanctions list.
3      Q.  Okay.  Are you aware of a list by the Bank
4   of England that the Bank of England maintains?
5      A.  Yes.
6      Q.  When did you become aware of not the
7   particular list with names, I am just talking about the
8   existence of that practice of having these lists.  When
9   did you become aware of that?
10     A.  Before I joined NatWest.
11     Q.  And are you aware then, in addition to
12  Bank of England lists and UN lists, that the United
13  States Government has its own list of suspected
14  terrorists?
15     A.  No.
16     Q.  Are you familiar with an entity called
17  OFAC?
18     A.  Yes.
19     Q.  What do you understand OFAC to be?
20     A.  A list -- well, actually I don't know.
21  You have asked me what I understand it to be.  I don't
22  know this is right, my understanding was it was a list
23  of things we should not be dealing with.  I could not
24  have told you whether it was terrorism, fraudsters or
25  what.

Page 90

1      Q.  You understood OFAC to maintain lists that
2   the United States Government did not want people to deal
3   with?
4      A.  My understanding is, from an RBS/NatWest
5   view, dollar payments cleared through the US, and
6   therefore you need to comply with the OFAC list for
7   dollar payments.
8      Q.  Okay.  But I mean the OFAC list itself,
9   you understood that to be a list of institutions and
10  people, is that right?
11     A.  Actually I have never seen it but --
12     Q.  Okay.  Whether or not you have seen it, do
13  you understand it had names of people and institutions
14  on it?
15     A.  Yes.
16     Q.  And that was a list -- whether or not you
17  know what the actual acronym OFAC stands for, did you
18  understand it was part of the American Government?
19     A.  In its widest sense, yes.
20     Q.  Wider sense?
21     A.  Is the Bank of England part of the UK
22  Government?  Is it independent?
23     Q.  You would know that better than I would.
24     MR. BLACKMAN:  I think what you are getting
25  at --

Page 91

1      A.  I knew it was part of the authorities.
2   Whether it was independent of the Government or whether
3   the Government can influence it, I have no idea.
4      Q.  And what was your understanding of the
5   effect of the OFAC list on NatWest?
6      A.  As I said, dollar payments was where it
7   would hit NatWest.
8      Q.  Okay.
9      A.  When I joined NatWest, that is.
10     Q.  Was it your understanding that if there
11  was a person or organization that was on an OFAC list,
12  it was okay for NatWest to maintain that person or
13  organization as a customer?
14     A.  It didn't necessarily follow one way or
15  the other.  The OFAC list is for dollar payments, it is
16  a US thing.  In the UK that is not necessarily the be
17  all and end all.
18     Q.  So is your answer then that you believed
19  that it was acceptable for the bank to maintain an OFAC
20  designated person or institution as a customer?
21     A.  I didn't say it was acceptable.  It would
22  depend on the circumstances.
23     Q.  So the fact that someone was on the OFAC
24  list was not determinative of whether or not the bank
25  could maintain them as a customer?

Page 92

1      A.  Absolutely.
2      Q.  What about transferring money?  This is
3   a different situation from someone being a customer, but
4   transferring money to somebody on the OFAC list, is your
5   answer the same?
6      MR. BLACKMAN:  Dollars or sterling?
7      MR. GOELMAN:  Non-dollars, sterling.
8      A.  Same answer as before.  It might be, it
9   might not be.
10     Q.  The fact that someone is on the OFAC list
11  was not determinative of whether or not it was okay to
12  transfer that person or institution non-dollar
13  transactions?
14     A.  Yes.
15     Q.  And what was your understanding of that
16  based upon?
17     A.  The group comply with UK laws and
18  regulations and required its subsidiaries overseas or
19  offices overseas to comply with the Group's UK
20  legislations and local legislations as well.  In certain
21  parts of the world, OFAC has no bearing.
22     Q.  And is the UK part of the world where OFAC
23  has no bearing?
24     A.  For non-dollar payments, OFAC has no
25  bearing in the UK.

**EXHIBIT 98 TO DECLARATION OF VALERIE SCHUSTER**

# Sanctions and Terrorist Financing

NOTE C1: THE POLICY OF THE ROYAL BANK OF SCOTLAND GROUP PLC ON SANCTIONS AND TERRORIST FINANCING .................................................................................................... 1

1. INTRODUCTION .......................................................................................................... 1
2. GENERAL PRINCIPLES ............................................................................................... 1
3 APPLICATION AND PURPOSE ...................................................................................... 2
4. PENALTIES FOR NON-COMPLIANCE ........................................................................... 2
5. PROCEDURAL GUIDANCE TO SUPPORT THIS POLICY ................................................... 2
POLICY APPENDIX 1 TO NOTE C1 .................................................................................. 3
    Category 1 Suspected Persons (United Nations and European Union Sanctions) ............ 3
POLICY APPENDIX 2 TO NOTE C1 .................................................................................. 5
    Background research to be adopted by business areas in respect of Suspected Persons ........ 5

NOTE C2: SANCTIONS AND TERRORIST FINANCING – STATEMENT OF ROLES AND RESPONSIBILITIES ....................................................................................................... 7

INTRODUCTION ............................................................................................................ 7
RESPONSIBILITIES ...................................................................................................... 7
    A.   Designated Senior Management ......................................................................... 7
    B.   Local Compliance Functions ............................................................................. 8
    C.   Group Compliance Department .......................................................................... 8
    D.   Group Legal Department ................................................................................... 9
    E.   Operations Support Units .................................................................................. 9
    F.   Group Investigations and Fraud ....................................................................... 10
    G.   Nominated Single Points of Contact (SPOC) .................................................... 10
    H.   Money Laundering Reporting Officers .............................................................. 10
MONITORING PROCESS ............................................................................................... 10
    A.   Business Areas ............................................................................................... 10
    B.   Group Compliance Department ........................................................................ 11

NOTE C3: GLOSSARY OF TERMS ................................................................................. 13

SANCTIONS AND TERRORIST FINANCING - SEARCH PROCEDURES GUIDANCE ............. 15

EXECUTIVE SUMMARY ................................................................................................ 15
    Scope of search and actions required .................................................................. 15
INTRODUCTION ........................................................................................................... 16
PHASE 1 ..................................................................................................................... 17
    Exact name matches identified .......................................................................... 18
PHASE 2 ..................................................................................................................... 18
    Central Review of Exact Name Matches from IT Records ..................................... 18
    Review of relationships against specified criteria to produce three categories of reporting ............ 19
    Categories 'b' and 'c' ........................................................................................ 20
    Relationship Name ........................................................................................... 20
    Date Account Opened ....................................................................................... 20
    Date of Birth/Place of Birth .............................................................................. 20
    Address ........................................................................................................... 20
    Occupation/Employer and nature of business details ........................................... 21
    Account activity ............................................................................................... 21
    Summary of 'Counter Confirmatory' evidence, resulting in a relationship being reported in category 'b' ....... 21
    Category 2 names ............................................................................................. 22
    Reporting to GCD ............................................................................................ 23
PHASE 3 ..................................................................................................................... 23
    In Depth Investigation of Category "c" Cases ..................................................... 23
PHASE 4 ..................................................................................................................... 24
    Reference to a 'Cross Business' Panel, or equivalent ........................................... 24
    Positive Match ................................................................................................. 24
    Negative Match ................................................................................................ 24

NW000084

Sanctions and Terrorist Financing - Group Compliance Manual - Other Legislative and Regulatory Requirements

Undecided - Further Research Required ........................................................................................ 24

PHASE 5 ....................  ........................ ........................................................................................ 25

**HIGHLY CONFIDENTIAL**

**NW 000085**

NW000085

## Note C1: The Policy of the Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing

The Group Executive Management Committee approved this Policy on 28 May 2002.

### 1. Introduction

Following terrorist attacks in September 2001, the Royal Bank of Scotland Group (the Group) has reviewed its regulatory and legal obligations to ensure that robust compliance controls are applied in every case where:

- sanctions have been imposed by the United Nations and the European Union against certain named individuals and organisations (*category 1 suspected persons*);

- a *designated external body* has published a list of named individuals or organisations who are suspected of committing, posing a significant risk of committing, or providing material support, for acts of terrorism (ie *category 2 suspected persons*); and

which impose a legal duty on financial institutions to ensure that no assistance is provided whether directly or indirectly to *suspected persons* and that any suspicions, together with the available *mandatory information*, are notified to a *relevant authority*.

### 2. General Principles

The following general principles must be observed by businesses across the Group in ensuring that the organisation maintains compliance with all relevant sanctions and *terrorism legislation*.

(i)     Each relevant unit within the organisation must ensure that appropriate systems, controls and procedures are introduced and maintained in order to ensure that sanctions and *terrorism legislation* is not breached.

(ii)    All Group businesses must ensure that requests from Group Compliance Department to match named individuals or organisations against relevant databases to ascertain whether or not these are suspected persons are complied with fully and in the manner prescribed by Group Compliance Department.

(iii)   Appropriate measures must be taken to ensure that when opening an account or entering into a business relationship, the required documentary evidence of identity is obtained; which must be retained and remain readily accessible for record keeping purposes. If, as a result of that evidence, the business should reasonably suspect that the proposed customer is, or is likely to be a *suspected person*, then the business must ensure that all appropriate measures are taken to ensure compliance with this Policy.

(iv)    Members of staff employed in any relevant business unit must be aware of the need to report to the appropriate Local Compliance or Operations Support Units any instances where they believe a customer relationship is being established, or operated, in relation to a *suspected person*.

(v)     It is the responsibility of both management and staff to ensure adherence to this Policy and to ensure that the Group's legal obligations are met. All relevant staff must be aware of their responsibility to ensure that the Group does not act in breach of the sanctions or *terrorism legislation* and should receive regular *adequate training* to reinforce this awareness.

**HIGHLY CONFIDENTIAL**

July 2002

**NW 000086**

NW000086

# Note C1: The Policy of the Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing, continued

### 3. Application and Purpose

(i).   This Policy applies Group-wide (ie to all UK businesses and their offshore branches and Group overseas subsidiaries).

(ii).  Where local sanctions or *terrorism legislation* vary from those in the UK, local legislation (eg OFAC) is complied with in full provided that the minimum standards to be applied are those applicable in the UK.

(iii). It will be the responsibility of *designated senior management* to obtain the written agreement of the Director, Group Compliance to the waiver of the requirement to apply this Policy (whether wholly or in part) in a particular business unit.

(iv).  Businesses across the Group are legally required to comply with orders imposed by a *designated external body* in respect of *suspected persons*.

### 4. Penalties for non-compliance

Both staff and management should be aware that they may be personally liable for their failure to adhere to the Group's Policy. This liability may extend to internal disciplinary action and/or, if found guilty of breaching the legislation, a fine or imprisonment or both.

### 5. Procedural guidance to support this Policy

Group Compliance Department will from time to time issue the necessary updated procedural materials regarding the practical application of this Policy. Details of the relevant procedures can be obtained via the Group's Intranet site – 'Insite':

http://www.group.rbs.co.uk/LegalRegulatory/compliance_dept/policies_guidelines/sanctions_terrorist_financing/default.htm

or directly from:

Group Compliance Department
2nd Floor
62-63 Threadneedle Street
London EC2R 8LA

Telephone: +44 (0) 20 7615 0844 or 0865
Facsimile:   +44 (0) 20 7616 0995 or 0997

**Group Compliance Department**
Policy Note C1 last updated 28 May 2002

HIGHLY CONFIDENTIAL

NW000087

## Note C1: The Policy of the Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing, continued

**Policy Appendix 1 to Note C1**

### Category 1 Suspected Persons (United Nations and European Union Sanctions)

All financial institutions and other bodies and persons in the UK are required to inform the Bank of England of all funds, other financial assets or economic resources that they have frozen in accordance with the relevant UN/EU Sanctions legislation.  Institutions must also provide the Bank of England with all available information regarding funds (eg financial assets or economic resources) owned or controlled by *category 1 suspected persons*.  **For an overview of the UN/EU sanctions currently in force please see the financial sanctions index below (listed alphabetically in order of 'country').**

To view or print-off details of the Bank of England news releases (and supporting legislative instruments, where available) that provide institutions with guidance regarding the treatment of funds owned or controlled by *category 1 suspected persons* and *category 2 suspected persons* please go to: http://www.bankofengland.co.uk/ and go to the 'Financial Sanctions' section.

*If you have difficulties accessing this site or require additional guidance on the contents of this Appendix please contact Group Compliance Policy on 020 7615 0844.607/2000*

### Financial Sanctions Index

### Afghanistan

Sanctions against the Taliban movement in Afghanistan, which came into force on 3 May 2000 and are set out in the United Nations Act [1946] Council Regulation (EC) 337/2000.

### Angola

Sanctions against the UNITA movement in Angola, which came into force on 12 June 1998 and are set out in United Nations Security Council Resolution Order No:1173 (1998).

### Burma (Myanmar)

Sanctions against named individuals and companies in Burma (now known as Myanmar), which came into force on 22 May 2000 and are set out in the United Nations Act [1946] Council Regulation (EC) 1081/2000.

### Iraq

*UK*

Sanctions against residents of Iraq, which first came into force on 7 August 1990 and which were replaced on 14 December 2000 by the Iraq (United Nations Sanctions) Order 2000. The sanctions are set out in the Bank of England's Notice of 14 December 2000.

*Channel Isles*

Sanctions against residents of Iraq, which came into force on 14 December 2000 and are set out in the Iraq (United Nations Sanctions) (Channel Islands) Order 2000 and in the Iraq (United Nations Sanctions) (Isle of Man) Order 2000.

**HIGHLY CONFIDENTIAL**

NW000088

## Note C1: The Policy of the Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing, continued

**Yugoslavia and Serbia**

Sanctions against named individuals in Federal Republic of Yugoslavia (including Serbia) which came into force on 10 November 2000 and are set out in the United Nations Act [1946] Council Regulation (EC) 2488/2000. (These repeal Regulations (EC) 1294/1999 and 607/2000 and Article 2 of Regulation (EC) 926/1998).

**Zimbabwe**

Sanctions against named individuals representing the Government of Zimbabwe (including Robert Mugabe) and various persons associated with them, which came into force on 21 February 2002 and are set out in Council Regulation (EC) 310/2002 as announced by the Bank of England in its Notice dated 21 February 2002.

Group Compliance Department

January 2002

**HIGHLY CONFIDENTIAL**

NW 000089

NW000089

## Note C1: The Policy of the Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing, continued

**Policy Appendix 2 to Note C1**

### Background research to be adopted by business areas in respect of Suspected Persons

**Notes:**

To ensure that customers are correctly identified information set out below should be provided to Group Compliance Department in order that they may decide whether these details should be forwarded to the relevant authority.

The standard, which has been adopted, is a requirement to obtain physical evidence of certain mandatory information in every case where there is an exact name match. Once the information has been collated the business area must determine whether the mandatory information, apart from the name match, is indicative that the customer is or is not in fact the person named on the list. Group Compliance will review the results to check their accuracy prior to making any external reports.

This is not an exhaustive list of all relevant information and business areas should record any details that in their view may assist with the positive identification of suspected persons.

Where the suspected person is an organisation the mandatory information must be retained for 100 years. The Group will thereby be able to confirm the rationale adopted, from the research undertaken, at any time in the future.

Until such time as the Group is notified by the relevant authority that a particular customer is a suspected person and therefore subject to the sanctions or terrorism legislation, a stop should not be applied to the customer's accounts.

**Mandatory Information**

| (Individual) | (Organisation) |
|---|---|
| ➢ Full name. | ➢ Full name. |
| ➢ Customer identification number. | ➢ Customer identification number. |
| ➢ Historical addresses for at least the last 10 years, if applicable. | ➢ Date account opened. |
| ➢ Occupation/Employer details. | ➢ Historical addresses for at least the last 10 years, if applicable. |
| ➢ Account activity over the last 2 years as this should establish that account movements in that period are in accordance with the income expected, dependent on the occupation/employer. Any peculiar/out of the ordinary movements must be investigated and evidence provided to satisfy the background concerned. | ➢ Details of beneficial ownership (eg trustees, partners and directors). |
| | ➢ Account activity over the last 2 years as this should establish that account movements in that period are in accordance with the income expected, dependent on the trade undertaken or status of the organisation (eg charity?). Any peculiar/out of the ordinary movements must be investigated and evidence provided to satisfy the background concerned. |
| ➢ Personal ID nos (eg passport, driving licence, NI no). | ➢ Account signatories. |

Group Compliance Department

January 2002

HIGHLY CONFIDENTIAL

NW 000090

NW000090

15.6 Sanctions and Terrorist Financing - Group Compliance Manual - Other Legislative and Regulatory Requirements

HIGHLY CONFIDENTIAL

NW 000091

NW000091

## Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities

The purpose of this statement is to provide an explanation of the action that units and individuals are required to take to ensure that they adhere to the Group's Sanctions and Terrorism Financing Policy.

### Introduction

1. This paper sets out the roles and responsibilities of those staff within the Group who have specific Sanctions and Terrorism Financing Compliance responsibilities. Although it is the primary responsibility of these individuals to ensure that the Group's Sanctions and Terrorist Financing Policy is adhered to, this responsibility extends to all staff within the Group.

2. Designated senior management have prime responsibility for ensuring that the Sanctions and Terrorist Financing Policy is adhered to and that their business unit is operating in a compliant manner, meeting both its legal and regulatory obligations. Designated senior management are also responsible for ensuring the adequacy of the control systems and procedures relevant to their own business unit, and must ensure that Group Compliance Department are advised of these controls.

3. Sanctions and Terrorist Financing compliance responsibilities rest on the following:
   a.  Designated senior management
   b.  Local Compliance functions
   c.  Group Compliance Department
   d.  Group Legal Department
   e.  Operations Support Units
   f.  Group Investigations and Fraud
   g.  Nominated Single Points of Contact (SPOC)
   h.  Money Laundering Reporting Officers

4. In addition, there will be a monitoring process which will involve relevant business units, through their Local Compliance functions and Group Compliance Department.

### Responsibilities

#### A.  Designated Senior Management

The responsibilities of the senior management in each business area are:

(i) To ensure that appropriate procedures, controls and staff training programmes are established, maintained and amended as necessary in their business area. This will include ensuring that detailed Roles and Responsibilities are drafted for, and communicated to, all relevant staff in their business area.

(ii) To apply, where necessary and appropriate, to the Director, Group Compliance for a written waiver to make local amendments to the Group's Sanctions and Terrorist Financing Policy as it is applied in the business area.

(iii) To ensure that Local Compliance functions are provided with appropriate information to facilitate their involvement in the communication of policies and standards to staff and in supporting the Group's Sanctions and Terrorist Financing Policy proactively.

**HIGHLY CONFIDENTIAL**

## Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities, continued

(iv)  To decide, in consultation with Local Compliance functions or Operations Support Units, how the procedures and controls relevant to each business are to be monitored to ensure effective implementation and ongoing operation.  The agreed local responsibilities should be clearly documented, with Group Compliance Department being provided with details.

(v)  To ensure that regular monitoring procedures are in place and are implemented effectively.  Where control weaknesses are identified, to take all necessary remedial action to address those weaknesses in a timely manner.

(vi)  To make Compliance declarations, on behalf of the business, in the course of normal Compliance reporting, having undertaken sufficient research to establish that the Group's Sanctions and Terrorist Financing Policy, procedures and controls are being adhered to.

### B.  Local Compliance Functions

The responsibilities of Local Compliance functions are:

(i)  To provide guidance and assistance to designated senior management in the implementation of their responsibilities for Sanctions and Terrorist Financing compliance.

(ii)  To establish and implement appropriate controls and procedures to meet the Group's Sanctions and Terrorist Financing Policy.

(iii)  To ensure that controls and procedures in the business are practical, effective, reviewed regularly and understood by relevant staff.

(iv)  To provide guidance to staff in the business so that a satisfactory level of awareness exists and is kept up-to-date. The Local Compliance function should ensure that adequate training systems are in place to make staff aware of the legal and regulatory obligations.

(v)  To liaise with Group Compliance Department on ongoing compliance, and, where appropriate, to make regular reports to designated senior management on weaknesses  in controls or breaches of sanctions or terrorist legislation which have been identified.  Group Compliance Department must also be provided with copies of these reports.

### C.  Group Compliance Department

The responsibilities of Group Compliance Department are:

(i)  To co-ordinate the creation, with appropriate executive management and board endorsement and support, of the Group Policy on meeting its legal obligations. The Sanctions and Terrorist Financing Policy, which Group Compliance Department will own, will reflect both the needs of the business and the legal and regulatory obligations under which the Group is required to operate.

(ii)  To ensure that the Group's Policy is disseminated throughout the Group, including overseas operations, where appropriate.

(iii)  To provide business areas with written authorisation that they may vary Group Policy and procedures in specific instances.

HIGHLY CONFIDENTIAL

## Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities, continued

(iv)    To circulate additional requests for searches, as referred to in paragraphs 9 and 10 of the Group's Policy, from time to time.

(v)    To keep abreast of changes in the law and regulation and, where appropriate, to make representations on behalf of the Group regarding these changes.

(vi)    To receive information from SPOCs in respect of individuals or organisations identified as possible suspected persons, and on the basis of this information (taking advice as appropriate) to make decisions on whether an account or business relationship should be frozen and, if appropriate, reported to the appropriate UK authorities and to advise SPOCs accordingly.

(vii)    To be the primary point of contact for the Group with designated external bodies on issues relating to sanctions and terrorism legislation.

(viii)    To conduct regular reviews of the adequacy of the Group's Sanctions and Terrorist Financing Policy, the Statements of Roles and Responsibilities and other relevant documentation to ensure that these continue to reflect accurately the current legal, regulatory and business environment.

(ix)    To make regular reports to the Group Executive Management Committee, the Group Audit Committee and the Group Board on Sanctions and Terrorist Financing related issues and to prepare appropriate reports for the Group Director, Legal and Regulatory Affairs and Group Secretary.

### D. Group Legal Department

The responsibilities of Group Legal Department are:

(i)    To interpret, on behalf of the Group, new and existing sanctions and terrorism legislation in order to assess its impact on Group businesses and Head Office functions and on existing Group Policy.

(ii)    To provide advice and guidance to Group Compliance Department, Group Internal Audit and the business areas, as regards the interpretation of sanctions and terrorism legislation and the implications of instructions issued with listings of suspected persons issued by a designated external body.

(iii)    To deal with any litigation or other claims against the Group arising from non-compliance with sanctions and terrorist legislation.

### E. Operations Support Units

The responsibilities of these business areas support functions are to:

(i)    Closely monitor the accounts of customers falling within the remit of terrorism legislation;

(ii)    Provide guidance to the business area on the due diligence process to be applied in circumstances where there is a suspicion that a customer is a category 2 suspected person;

(iii)    Provide guidance to the business area on the account opening process to be applied in circumstances where there is a suspicion that a prospective customer is a category 2 suspected person.

**HIGHLY CONFIDENTIAL**

# Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities, continued

**F.   Group Investigations and Fraud**

The responsibilities of Group Investigations and Fraud are:

(i)   To provide advice and guidance to the Director, Group Compliance and to Group Compliance Department, group businesses and other group functions, as appropriate, in connection with the Sanctions and Terrorist Financing Policy;

(ii)   To support Group Compliance Department, and act as its agent, as agreed between the Head of Group Investigations and Fraud and the Director, Group Compliance from time to time; and

(iii)   To act as Money Laundering Reporting Officer for specific business areas in appropriate cases.

**G.   Nominated Single Points of Contact (SPOC)**

(i)   To be responsible for executing requests for action received from the Director, Group Compliance and to confirm to the Divisional Chief Executive that all actions have been undertaken within the timescale agreed.

(ii)   To advise Group Compliance Department of individuals or organisations identified as possible suspected persons and to provide the mandatory information set out in Appendix 2 of the Policy.

(iii)   To be the focal point of contact, on behalf of their business area, with Group Compliance Department.

(iv)   To implement instructions from Group Compliance Department to freeze identified accounts or relationships, and to confirm in writing to Group Compliance Department that this has been done.

**H.   Money Laundering Reporting Officers**

Where there are suspected money laundering links between any customer and a category 2 suspected person, to report these customers to NCIS and to advise this action to the Director, Group Compliance and Group Investigations and Fraud.

**Monitoring Process**

A review process will assess the effectiveness of Sanctions and Terrorist Financing compliance controls within each business. Senior management in each business area must determine how best to conduct this review process, taking into account the operational environment of the business. Designated senior management must advise Group Compliance Department of the monitoring process, which is to be used.

**A.   Business Areas**

The responsibilities of business areas for monitoring are:

(i)   To ensure that the Group's Sanctions and Terrorist Financing Policy has been communicated effectively to, and accepted, understood and applied by staff in their business and by designated senior management.

(ii)   To check that controls and procedures are in place, and remain current and are effective.

HIGHLY CONFIDENTIAL

Case 1:05-cv-04622-DLI-RML   Document 267-4   Filed 03/22/12   Page 280 of 369 PageID #: 5502

## Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities, continued

(iii) To confirm that adequate training programmes have been established and are maintained and amended as necessary.

(iv) To ensure that appropriate remedial action is taken in a timely manner to address any control weaknesses highlighted as part of the monitoring process. Where necessary, this will involve undertaking a follow-up review to ensure that designated senior management have taken appropriate action. Group Compliance Department must be provided with copies of these reports.

(v) To establish a system whereby periodic reports on the effectiveness of the Sanctions and Terrorist Financing controls in the business are provided to designated senior management and to Local Compliance functions, where appropriate.

**B. Group Compliance Department**

The responsibilities of Group Compliance Department are:

(i) To monitor that, within each business, Sanctions and Terrorist Financing compliance responsibilities are clearly defined, implemented and documented.

(ii) To review Local Compliance functions, or other monitary unit, where their role includes the monitoring of compliance controls.

(iii) To ensure that each business has implemented a suitable monitoring programme and that appropriate remedial action is being taken, in a timely manner, to address any control weaknesses highlighted. Where necessary, Group Compliance Department will report or escalate any deficiencies in the monitoring process to the relevant senior management.

(iv) To ensure that weaknesses and trends are reported to designated senior management with appropriate frequency, and to receive reports/management information on significant Sanctions and Terrorist Financing compliance issues from the business and Local Compliance functions where appropriate.

(v) To be aware of, and assist where required, the ongoing development and effective implementation of Sanctions and Terrorist Financing compliance training for all relevant staff. To facilitate the sharing of best practices and to bring relevant Sanctions and Terrorist Financing compliance issues to the attention of appropriate contacts across the Group.

Group Compliance Department

January 2002

**HIGHLY CONFIDENTIAL**

NW 000096

NW000096

15.12 Sanctions and Terrorist Financing - Group Compliance Manual - Other Legislative and Regulatory Requirements

HIGHLY CONFIDENTIAL

NW 000097

NW000097

## Note C3: Glossary of Terms

| | | |
|---|---|---|
| Adequate training | - | Training is of a sufficient standard which is provided by each business unit to relevant staff to ensure knowledge of the Group's Sanctions and Terrorist Financing compliance procedures; |
| Bank of England (BoE) | - | The Bank of England is the central bank of the United Kingdom.  The Bank of England is responsible for enforcing sanctions and terrorist financing legislation in the UK;<br><br>[www.bankofengland.co.uk] |
| Category 1 suspected person(s) | - | Named individuals or organisations in respect of whom sanctions have been imposed by the United Nations and European Union;<br><br>The RBS Intranet (Group Compliance Department) Site details the entire Sanctions lists issued by the Bank of England from April 2001 onwards. |
| Category 2 suspected person(s) | - | Individuals or organisations who appear on lists published (via the FSA or BoE) by a designated external body in connection with terrorist financing;<br><br>The RBS Intranet (Group Compliance Department) Site details the entire terrorist financing lists issued by the Bank of England and Financial Services Authority from September 2001 onwards. |
| Designated external body | - | HM Treasury , Bank of England and Financial Services Authority or their overseas equivalents; |
| Designated senior management | - | RBS Group business unit heads identified by Group Compliance Department as responsible for ensuring compliance with the Policy; |
| Financial Services Authority (FSA) | - | The Financial Services Authority is an independent statutory body, which regulates the financial services industry in the UK. The FSA acts as a liaison contact with  other  relevant authorities;<br><br>[www.fsa.gov.uk] |

**HIGHLY CONFIDENTIAL**

## Note C3: Glossary of Terms, continued

| | | |
|---|---|---|
| Office of Foreign Assets Control (OFAC) | - | The Office of Foreign Assets Control of the U.S. Department of the Treasury, which administers and enforces economic and trade sanctions against targeted foreign countries, terrorism sponsoring organisations and international narcotics traffickers based on U.S. foreign Policy and national emergency powers, as well as authority granted by specific legislation, to impose controls on transactions and freeze foreign assets under U.S. jurisdiction.  Many of the sanctions are based on United Nations and other international mandates, are multilateral in scope, and involve close co-operation with allied governments;<br><br>[www.treas.gov/ofac] |
| National Criminal Intelligence Service (NCIS) | - | The National Criminal Intelligence Service is the UK law enforcement agency which gathers and analyses intelligence on serious and organised crime;<br><br>[www.ncis.gov.uk] |
| Relevant authority | - | UK designated external bodies, NCIS, Special Branch, and the Metropolitan Policy or their overseas equivalents, ie the local agency with equivalent powers to NCIS or the Bank of England in relation to sanctions enforcement; |
| Suspected person(s) | - | Named individuals or organisations in respect of whom sanctions have been imposed by the United Nations and European Union (ie category 1 suspected persons who appear on lists published (via the FSA or BoE) by a designated external body in connection with terrorist financing (ie category 2 suspected persons); |
| SPOC | - | The 'single point of contact' (SPOC) appointed by designated senior management to be responsible on behalf of that business for compliance matters relating to suspected persons; |
| Terrorism legislation | - | For UK jurisdictions the Terrorism Act 2000 and any subsequent relevant amendments and the equivalent overseas legislation applied by any relevant authority;<br><br>The RBS Intranet (Group Compliance Department) Site details the entire terrorist financing lists issued by the Bank of England and Financial Services Authority from September 2001 onwards. |

**HIGHLY CONFIDENTIAL**

# Sanctions and Terrorist Financing - Search Procedures Guidance

## Executive Summary

1. It is essential that, insofar as possible/practical, the Group has a consistent approach, across its various Divisions and subsidiary companies, to the procedures followed upon receipt of Search Requests from the Bank of England or other designated external bodies. This also applies to other, periodic search requests that may be required by Group Compliance Department (GCD).

2. To this end, GCD has developed a Group-wide procedural template, based upon a model originally prepared within Manufacturing Division. The policy reflected in this template is consistent with advice received from Senior Legal Counsel in connection with the steps necessary to meet the Group's obligations upon receipt of the types of lists mentioned in the heading of this document. These Procedures need to be read in conjunction with The Policy of The Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing, contained in the Group Compliance Manual and published on the Group Compliance section of the Group intranet site.

3. Searches are requested in respect of two categories of individual or entity:

   - Category 1 – Those subject to UN Sanctions
   - Category 2 – Those named as suspected terrorists or engaged in terrorist financing

4. **It is fully accepted that, given the Group's constituent businesses and the variety of databases maintained, these Procedures may not be exhaustive and it may be impossible for every business unit across the Group to follow these procedures precisely.** However, all business units must make every possible effort to follow the steps set out below. In order to monitor compliance across the Group, the Single Points of Contact (SPOCs) for each Division must advise GCD why they may be unable to follow any specific elements of these procedures, and what alternative processes are in place. The Director, Group Compliance will then provide written confirmation whether, in his opinion, these alternative processes are appropriate.

## Scope of search and actions required

5. For these purposes an effective search must include all records (ie manual or electronic) held by or on behalf of any Group business area (including Insurance businesses where there is potential for payments to be made under a policy of insurance) which identifies any individual or organisation with whom the business area has a business relationship - whether direct or indirect (eg sub-client accounts, safe custody and third party security (ie guarantors).

6. Businesses must compare such individuals or organisations with the names listed in any search request documentation issued by or on behalf of GCD and report any matches (ie positive return) in the timescales and format prescribed by GCD.

7. On receipt of a positive return, GCD will advise businesses in writing of any further action to be taken, eg freezing bank accounts.

**HIGHLY CONFIDENTIAL**

NW000100

# Sanctions and Terrorist Financing – Search Procedures Guidance, continued

## Introduction

1. These Procedures are intended:
   - to provide, in as far as possible, for a consistency of approach to the names searched and reported; and
   - to remove the subjectivity in current reporting of exact and close name matches

2. The Procedures comprise five phases:

   **Phase 1**
   - 'Cleansing' by GCD of the list of names, to remove common titles, e.g. "Maulavi, Mullah"
   - Data gathering
   - Exact name match identification

   **Phase 2**
   - Review of relationships against specified criteria to produce three categories of names:
     'a' – Relationships closed or no products ever held
     'b' – Live accounts where counter-confirmatory material exists; and
     'c' – Live accounts with records or activity that merit further research.
   - Central review (at business area/divisional level) of category "c" name matches
   - Reporting to GCD, using the spreadsheet provided by GCD

   **Phase 3**
   - In depth investigation of category 'c' cases
   - Retrieval of paper records
   - Discussion with MLPOs and Relationship Units (if appropriate)

   **Phase 4**
   - Discussion of results of Phase 3 review with a "Cross Business" Panel, or equivalent
   - Agree further research
   - Further communication with GCD

   **Phase 5**
   - GCD to report to authorities, where considered appropriate
   - Businesses receive advice from GCD on accounts reported, to be frozen and any additional work required

HIGHLY CONFIDENTIAL

# Sanctions and Terrorist Financing – Search Procedures Guidance, continued

**Phase 1**

**Objective: To ensure that searches are carried out on the basis of proper names, and are not confused by titles or other courtesy prefixes.**

1.  The Bank of England only require exact name matches to be reported to them.

2.  In these procedures an "exact name match" is taken as being:

    - Any named relationship held, where there is an exact spelling match of both 'first name' and surname.

    - An exact match spelling of any two first names where listed names have more than one first name.

    Business connections are not "exact name matches" where they quote first names *in addition* to those 'listed'.

3.  Given the confusion around multiple 'first names' listed, the use of common or courtesy titles and the way these are then applied to relationships opened, names lists will be 'cleansed' by GCD of courtesy and other titles before any search request is issued.

4.  Examples of common Afghani titles include:
    *Maulavi, Mullah, Hafeez, Hafiz, Haji, Hajji* and *Imam.*

    These will be 'cleaned' from any searches requested.

5.  Once the list has been cleansed, searches will be requested for an exact surname and first initial match on the basis of the examples below.

**Examples**

- *Mullah Haji Mohammad* **Hassan** = 'M Hassan'
  Output will include any relationship held with the surname Hassan and a first name with the initial M.
  For the purposes of this example it will be assumed that the initial search generates the following relationships:

    1. *Molla Hassan*

    2. *Mohammed Hassan*

    3. *Mohammad Hassan*

    4. *Mohammad Sediq Hassan*

- *Abdul Wasay Aghajan* **Motasem** = 'A Motasem'
  Output will include any relationship held with the surname Motasem and a first name with the initial A.
  For the purposes of this example it will be assumed that the initial search generates the following relationships:

    1. *Amir Motasem*

    2. *Abdul Motasem*

    3. *Abdul Wahed Motasem*

    4. *Abdul Aghajan Motasem*

**HIGHLY CONFIDENTIAL**

**NW 000102**

# Sanctions and Terrorist Financing – Search Procedures Guidance, continued

### Exact name matches identified

6. Using the output from the previous searches, the following would therefore apply:

- *Mullah Hadji Mohammad **Hassan***

    1. *Molla Hassan*          - Not an exact name match.

    2. *Mohammed Hassan*      - Not an exact match of the spelling Mohammad.

    3. *Mohammad Hassan*      - An exact match to be investigated.

    4. *Mohammad Sediq Hassan*  - Not an exact match due to an additional first name.

- *Abdul Wasay Aghajan **Motasem***

    1. *Amir Motasem*         - Not an exact name match.

    2. *Abdul Motasem*        - Not an exact name match due to insufficient first names.

    3. *Abdul Wahed Motasem*   - Not an exact name match of the additional first name.

    4. *Abdul Aghajan Motasem*  - An exact match to be investigated.

7. All exact name matches should be detailed on a separate spreadsheet and subjected to the due diligence procedures detailed in Phase 2.

## Phase 2

**Objective:  To screen exact name matches for further evidence of identity**

**Central Review of Exact Name Matches from IT Records**

1. Phase 2 due diligence involves initial research which can be completed from a review of IT records held, and advised to GCD within requested timescales.

2. The standard which has been adopted is a requirement to review certain information in every case where there is an exact name match.  **It is accepted that some of the types of information detailed below will not always be available (e.g. for corporate connections).**  Information should be reviewed to determine whether there is any evidence, apart from the name match, that the customer is in fact the person named on the list.  **It is emphasised that the fact that information may not be held electronically or may have been archived/stored off-site does not obviate the requirement to retrieve and review all relevant information.**  The information to be reviewed comprises:

- Full name

- Date and Place of Birth

- Customer Identification number

- Normal residency of the customer (i.e. whether or not normally resident in the UK)

- Date account opened

- Receipt of UK salary by the customer

- Historical addresses, for the last 10 years, where available

**HIGHLY CONFIDENTIAL**

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

- Occupation / Employer details
- Overview of account activity for the last 2 years will help to establish whether or not account movements in that period are in accordance with the customer's background and income / turnover. Any out of the ordinary movements should be investigated to determine whether or not they are reasonable given the customer's background
- Details of all linked connections/accounts

**Review of relationships against specified criteria to produce three categories of reporting**

3.  All exact name matches should be detailed on a spreadsheet split into the following three categories:

    a.  Exact name relationships with no accounts held, or where accounts have previously been closed.

    b.  Exact name relationships with live accounts, where initial investigations have found 'counter confirmatory' material, to indicate the relationship held is **not** the 'listed' name.

    c.  Exact name relationships, with live accounts, where initial investigations of 'IT' records have found account detail or activity that merits further research, or where evidence found has established beyond doubt that the relationship held is a direct match with the 'listed' name.

4.  In respect of matches falling into category 'a' above, comments recorded should include details of any previously connected accounts and the date the last account held was closed.

5.  In respect of exact name matches with those of category 2 names, accounts closed within the previous six months should also be searched and included as appropriate in category 'b' or 'c'. This approach has been taken on the basis that the Authorities may be interested in anything we have to offer that would build a picture of recent movements of these individuals or entities.

6.  Information should be collated in respect of each category as follows:

    **Category 'a'**

- Listed Name
- Age or Date of Birth/Date and Place of Birth for listed name where available
- Full Relationship Name
- Customer Reference Number
- Sort Code (if applicable)
- Details of all linked connections/accounts
- Residency of customer
- Address/Addresses
- Reason for closure of account (where appropriate)
- Date of closure of account (where appropriate)
- Comments to confirm why the relationship is in category 'a'.

**HIGHLY CONFIDENTIAL**

# Sanctions and Terrorist Financing – Search Procedures Guidance, continued

### Categories 'b' and 'c'

As for category 'a', but including additional information and the results of initial research completed from a review of 'IT' records held.  If at any stage in the following research a piece of 'Counter Confirmatory' evidence emerges to discount the relationship from suspicion, this should be noted and the relationship revised to category 'b', without the need to gather the following additional documentary evidence.

Additional information to be provided:

### Relationship Name

- All exact name matches for corporate relationships should be shown in category 'c', as there is an increased likelihood that this is an exact match to the 'listed' name. [Counter confirmatory evidence may surface as a result of phase 3 due diligence to relegate the name to category 'b'].

- Exact matches of other non-personal relationships should be considered for category 'c' unless 'Counter Confirmatory' evidence exists to remove suspicion.

- Suspicious detail includes personal relationships linked to an exact name match corporate relationship.

### Date Account Opened

- For category 2 names only, suspicious activity includes business connections opened within the previous 12 months.

### Date of Birth/Place of Birth

- Suspicious detail includes a direct match with any age or date of birth/place of birth quoted for the listed name.

- Relationships with minors, who hold 'junior' savings accounts (e.g. Rainbow Savings or Young Savers), should be removed from suspicion.

**Note:**  Care should be exercised with date of birth data, as Arabs use a different calendar, and data held may be inaccurate.

### Address

- Address history for the last 10 years, where available, should be researched.

- The Country, City or County of the current address (depending on relevance) should be quoted on the spreadsheet.

- Suspicious detail includes:

  - A match with address details quoted for the listed name.

  - An overseas address at any time within the last 10 years in one of the countries subject to sanctions.  These currently include Afghanistan (Taliban), Angola, Burma (Myanmar), Iraq, Serbia and the Federal Republic of Yugoslavia.

- For category 2 names only:

  - A current 'Gone away' address.

  - More than one address change in the last 12 months.

**HIGHLY CONFIDENTIAL**

NW 000105

NW000105

# Sanctions and Terrorist Financing – Search Procedures Guidance, continued

### Occupation/Employer and nature of business details

Suspicious activity includes a direct match to occupation details quoted with listed names, or 'no occupation details held' where turnover exceeds £10,000 per annum. For non-personal accounts, suspicious detail includes an exact match to the 'listed' nature of business.

### Account activity

- Account activity for the previous two years, where available, should be researched for:
    - Annual turnover that appears inconsistent with occupation / nature of business details.
    - BACS credits received within the last month inconsistent with employment / nature of business details.
    - For category 2 names only, a single transaction in excess of 25% of annual turnover.

- For category 1 names only, suspicion can be removed where turnover is consistent with occupation / nature of business details, particularly when details of a recent BACS credit confirm employment / nature of business details. Comments on the spreadsheet should advise 'turnover consistent with occupation / nature of business' and the details of the BACS credit.

- It follows, therefore, that suspicious activity includes turnover activity inconsistent with occupation / nature of business, and a single transaction in excess of 25% of annual turnover.

- For category 1 names only, Standing Orders and Direct Debits may also be used as additional but not primary 'counter confirmatory' evidence, as a relationship with permanent UK residency is highly unlikely to be holding down an official position in a sanctioned country.

### Summary of 'Counter Confirmatory' evidence, resulting in a relationship being reported in category 'b'

7.  The following additional criteria are relevant:

- When a direct match can not be made with any age or date of birth/place of birth quoted for the listed name (except in the case of Arab names).
- Relationships with minors, who hold 'junior' savings accounts (e.g. Rainbow Savings or Young Savers.)
- When a direct match can not be made with address details quoted for the listed name.
- When a direct match can not be made to occupation details quoted with listed name, or for non-personal accounts, the nature of business.

**HIGHLY CONFIDENTIAL**

NW000106

# Sanctions and Terrorist Financing – Search Procedures Guidance, continued

8. The following additional criteria are relevant where the name match is with a category 1 name:

   - Annual turnover that appears consistent with occupation / nature of business details.
   - A recent BACS credit received consistent with employment / nature of business details.
   - Account entries consistent with the identified relationship being a resident in the UK. E.g. Cheques cashed.
   - Standing Orders and Direct Debits that support a UK residential status, or consistent with described occupation or nature of business.

**Summary of 'suspicious' detail, resulting in a relationship being reported in category 'c'**

9. Where any of the following criteria are met, the relationship should be reported in category 'c':

   - All exact name matches for corporate relationships.
   - A personal relationship linked to an exact name match corporate relationship.
   - An exact match with any age or date of birth/place of birth quoted for the listed name.
   - A match with address details quoted for the listed name.
   - An overseas address at any time within the last 10 years in the country subject to sanctions.
   - A direct match to occupations quoted with listed names, or no detail held when turnover exceeds £10,000 per annum.
   - Turnover activity inconsistent with occupation / employer details.
   - For non-personal accounts, an exact match to the 'listed' nature of business.

10. The following additional criteria are relevant where the name match is with a category 2 name:

    - Accounts opened within the previous 12 months.
    - A current 'Gone away' address.
    - More than one address change in the last 12 months.
    - A single transaction in excess of 25% of annual turnover.

**Category 2 names**

11. It is unlikely that suspected terrorists will be confined to any one particular area, therefore the usual checks around employment status, account turnover and UK residence are insufficient to be classed as 'Counter Confirmatory' evidence.

12. Unless relationships can be discounted through specific information provided with the listed name, the likelihood is that relationships will remain in category 'c' and will be referred to the authorities. See phase 4 positive match.

13. **Divisions are encouraged to add to the above due diligence procedures based on the practical experience of performing checks on current listed names.**

HIGHLY CONFIDENTIAL

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

### Reporting to GCD

14. Having concluded phase 2 due diligence, details of categories 'b' & 'c' should be reported to GCD, pending completion of Phase 3 due diligence.

15. At this stage, any confirmed exact matches should be highlighted (that is, relationships where overwhelming evidence exists to match the relationship to the 'listed' name.)

### Phase 3

**Objective:  To screen in depth those names where Phase 2 due diligence suggests more work is needed, and those names included on additional lists issued by GCD.**

### In Depth Investigation of Category "c" Cases

1. Phase 3 due diligence research involves further research of 'suspicious' relationships requiring investigation of non-IT records also, advised to GCD within subsequently agreed timescales.

2. If at any stage in the following research a piece of 'Counter Confirmatory' evidence emerges to discount the relationship from suspicion, this should be noted and the relationship revised to category 'b', without the need to gather the remaining documentary evidence detailed below.

3. The following additional information should be considered, and further research undertaken, for all relationships falling into category 'c'.  This further research will require information to be collected from a number of sources.  The information to be reviewed comprises:

   - Copy statements for the last 2 years on all accounts and linked accounts held to identify all transactions over £5,000

   - Details of all transactions over £5,000 – including a copy of the debit or credit entry.

   - Referral to the area's Money Laundering Prevention Officer(s) to check if they have had any previous suspicion, and if so, the conclusion of their investigations.

   - Account opening documentation and identification provided.

   - Referral to Group Investigations & Fraud for any additional searches they are able to perform – e.g. specialist press searches.

   - Referral to the Relationship Unit to establish the following:

     - The extent of the relationship held, e.g. how often do they see them? [A customer who calls into the local branch every week is not likely to be holding an official position in a sanctioned country.]

     - Any relevant information held by the relationship manager, e.g. confirmation of the nature of business, or that the business behind any 'linked' non-personal account actually exists.

     - Confirmation that those transactions over £5,000 are legitimate.

     - In some cases you may want to research the Relationship Manager's file for the customer.

4. Having completed the Phase 3 due diligence, a meeting of a 'Cross Business' Panel (Phase 4), or equivalent, should be called.

**HIGHLY CONFIDENTIAL**

# Sanctions and Terrorist Financing – Search Procedures Guidance, continued

**Phase 4**

**Objective:** To review all the evidence held in respect of names where Phase 3 due diligence has been undertaken.

**Reference to a 'Cross Business' Panel, or equivalent**

1. A Cross Business Panel (or equivalent) should consist of appropriately senior representatives from relevant business areas and the following Divisional functions, as appropriate:

   - Operations
   - Audit
   - Compliance
   - Legal
   - Operational Risk

2. The purpose of this Panel is to determine, from a review of the evidence gathered previously, whether the remaining relationships included in category 'c' are a positive, negative or undecided match to the listed name.

**Positive Match**

3. Should a 'positive match' be determined by the 'Cross Business' Panel, reference should be made to GCD, recommending that action be taken in line with the Group's obligations to the Bank of England or other designated external body. This is likely to be:

   - **Category 1 Names**
     Accounts stopped under notice to the Customer and the Bank of England.
   - **Category 2 Names**
     Business connections left 'active', but reported to the National Criminal Intelligence Service via Group Investigations & Fraud for further instruction.

**Negative Match**

4. Should a negative match be determined, the relationship should be moved to category 'b', and a suitable comment recorded on the spreadsheet for future reference and minuted by the Cross Business Panel.

**Undecided - Further Research Required**

5. Should there still be insufficient evidence to arrive at a positive or negative match, the reasons for continuing suspicion should be clearly documented. The name should be referred back to GCD and Group Investigations & Fraud.

**HIGHLY CONFIDENTIAL**

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

**Phase 5**

**Objective: To report to the authorities those names where positive identification has been made to names on the authorities' lists.**

1. The conclusions from the phase 4 review will be reported to the authorities, as appropriate, by GCD or GI&F.

2. GCD will advise business areas of action to be taken in respect of positive matches, and any further work required in respect of undecided names.

3. At any stage in the process, GCD can provide the Bank of England with an interim progress report.

**HIGHLY CONFIDENTIAL**

NW000110

15.26 Sanctions and Terrorist Financing - Group Compliance Manual - Other Legislative and Regulatory Requirements

HIGHLY CONFIDENTIAL

NW 000111

NW000111

**EXHIBIT 99 TO DECLARATION OF VALERIE SCHUSTER**

# Sanctions and Terrorist Financing

**NOTE C1: THE POLICY OF THE ROYAL BANK OF SCOTLAND GROUP PLC ON SANCTIONS AND TERRORIST FINANCING** ...................................................................... 2

1. INTRODUCTION ........................................................................................................ 2
2. GENERAL PRINCIPLES ........................................................................................... 2
3. APPLICATION AND PURPOSE ............................................................................... 3
4. PENALTIES FOR NON-COMPLIANCE .................................................................. 3
5. PROCEDURAL GUIDANCE TO SUPPORT THIS POLICY .................................... 4
POLICY APPENDIX 1 TO NOTE C1 ............................................................................ 1
    Category 1 Suspected Persons (United Nations and European Union Sanctions) ................... 1
POLICY APPENDIX 2 TO NOTE C1 ............................................................................ 1
    Background research to be adopted by business areas in respect of Suspected Persons ......... 1

HIGHLY CONFIDENTIAL

NW 000112

## Note C1: The Policy of the Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing

The Group Executive Management Committee approved this Policy on 28 May 2002.

### 1. Introduction

Following terrorist attacks in September 2001, the Royal Bank of Scotland Group (the Group) has reviewed its regulatory and legal obligations to ensure that robust compliance controls are applied in every case where:

- sanctions have been imposed by the United Nations and the European Union against certain named individuals and organisations (*category 1 suspected persons*);

- a *designated external body* has published a list of named individuals or organisations who are suspected of committing, posing a significant risk of committing, or providing material support, for acts of terrorism (i.e. *category 2 suspected persons*); and

which impose a legal duty on financial institutions to ensure that no assistance is provided whether directly or indirectly to *suspected persons* and that any suspicions, together with the available *mandatory information*, are notified to a *relevant authority*.

### 2. General Principles

The following general principles must be observed by businesses across the Group in ensuring that the organisation maintains compliance with all relevant sanctions and *terrorism legislation*.

(i)     Each relevant unit within the organisation must ensure that appropriate systems, controls and procedures are introduced and maintained in order to ensure that sanctions and *terrorism legislation* is not breached.

(ii)    All Group businesses must ensure that requests from Group Enterprise Risk to match named individuals or organisations against relevant databases to ascertain whether or not these are suspected persons are complied with fully and in the manner prescribed by Group Enterprise Risk.

(iii)   Appropriate measures must be taken to ensure that when opening an account or entering into a business relationship, the required documentary evidence of identity is obtained; which must be retained and remain readily accessible for record keeping purposes. If, as a result of that evidence, the business should reasonably suspect that the proposed customer is, or is likely to be a *suspected person*, then the business must ensure that all appropriate measures are taken to ensure compliance with this Policy.

**HIGHLY CONFIDENTIAL**

## Note C1: The Policy of the Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing, continued

    (iv)    Members of staff employed in any relevant business unit must be aware of the need to report to the appropriate Local Compliance or Operations Support Units any instances where they believe a customer relationship is being established, or operated, in relation to a *suspected person.*

    (v)    It is the responsibility of both management and staff to ensure adherence to this Policy and to ensure that the Group's legal obligations are met. All relevant staff must be aware of their responsibility to ensure that the Group does not act in breach of the sanctions or *terrorism legislation* and should receive regular *adequate training* to reinforce this awareness.

### 3. Application and Purpose

    (i).    This Policy applies Group-wide (ie to all UK businesses and their offshore branches and Group overseas subsidiaries).

    (ii).    Where local sanctions or *terrorism legislation* vary from those in the UK, local legislation (eg OFAC) is complied with in full provided that the minimum standards to be applied are those applicable in the UK.

    (iii).    It will be the responsibility of *designated senior management* to obtain the written agreement of the Head of Group Enterprise Risk to the waiver of the requirement to apply this Policy (whether wholly or in part) in a particular business unit.

    (iv).    Businesses across the Group are legally required to comply with orders imposed by a *designated external body* in respect of *suspected persons.*

### 4. Penalties for non-compliance

Both staff and management should be aware that they may be personally liable for their failure to adhere to the Group's Policy. This liability may extend to internal disciplinary action and/or, if found guilty of breaching the legislation, a fine or imprisonment or both.

**HIGHLY CONFIDENTIAL**

## Note C1: The Policy of the Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing, continued

### 5. Procedural guidance to support this Policy

Group Enterprise Risk will from time to time issue the necessary updated procedural materials regarding the practical application of this Policy. Details of the relevant procedures can be obtained via the Group's Intranet site – 'Insite':

http://lonxpr0266.fm.rbsgrp.net/grouprisk/GER/Policy_Guidance/Sanctions_Terrorism.asp

or directly from:

Group Enterprise Risk
5th Floor, 280 Bishopsgate
London EC2M 4RB

Telephone: +44 (0) 20 7334 1460
Facsimile:  +44 (0) 20 7375 4813

**Group Enterprise Risk**
Policy Note C1 last updated 28 May 2002

.

.

HIGHLY CONFIDENTIAL

NW000115

## Note C1: The Policy of the Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing, continued

**Policy Appendix 1 to Note C1**

### Category 1 Suspected Persons (United Nations and European Union Sanctions)

All financial institutions and other bodies and persons in the UK are required to inform the Bank of England of all funds, other financial assets or economic resources that they have frozen in accordance with the relevant UN/EU Sanctions legislation. Institutions must also provide the Bank of England with all available information regarding funds (eg financial assets or economic resources) owned or controlled by *category 1 suspected persons*. **For an overview of the UN/EU sanctions currently in force please see the financial sanctions index below (listed alphabetically in order of 'country').**

To view or print-off details of the Bank of England news releases (and supporting legislative instruments, where available) that provide institutions with guidance regarding the treatment of funds owned or controlled by *category 1 suspected persons* and *category 2 suspected persons* please go to: http://www.bankofengland.co.uk/ and go to the 'Financial Sanctions' section.

*If you have difficulties accessing this site or require additional guidance on the contents of this Appendix please contact Group Enterprise Risk on 020 7334 1460/1098.*

### Financial Sanctions Index

### Afghanistan

Sanctions against the Taliban movement in Afghanistan, which came into force on 3 May 2000 and are set out in the United Nations Act [1946] Council Regulation (EC) 337/2000.

### Burma (Myanmar)

Sanctions against named individuals and companies in Burma (now known as Myanmar), which came into force on 22 May 2000 and are set out in the United Nations Act [1946] Council Regulation (EC) 1081/2000.

### Iraq

*UK*

Sanctions against residents of Iraq, which first came into force on 7 August 1990, were repealed on 2 July 2003 and replaced with a targeted assets freeze against named individuals together with some entities of the former Iraq regime identified by H M Treasury. Any funds held for these named individuals or entities should be frozen and dealt with in accordance with the requirements set out in the Bank of England's Notice of 23 July 2003. This Notice supersedes the previous guidance issued to banks on 14 December 2000 and 2 July 2003. The new Order in Council is the Iraq (United Nations Sanctions) Order 2003 (SI 1519/2003) amending the Iraq (United Nations Sanctions) Order 2000 (SI 3241/2000).

**HIGHLY CONFIDENTIAL**

## Note C1: The Policy of the Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing, continued

*Channel Isles and Overseas Territories*

Sanctions against named individuals and entities under a targeted assets freeze came into force on 2 July 2003 and are set out in the Iraq (United Nations Sanctions) (Channel Islands) Order 2000, Iraq (United Nations Sanctions) (Isle of Man) Order 2000 and in the Iraq (United Nations Sanctions) (Overseas Territories) Order 2000 as amended by the Iraq (United Nations Sanctions) (Channel Islands) Order 2003, Iraq (United Nations Sanctions) (Isle of Man) Order 2003 and the Iraq (United Nations Sanctions) (Overseas Territories) Order 2003.

**Yugoslavia and Serbia**

Sanctions against named individuals in Federal Republic of Yugoslavia (including Serbia) which came into force on 10 November 2000 and are set out in the United Nations Act [1946] Council Regulation (EC) 2488/2000. (These repeal Regulations (EC) 1294/1999 and 607/2000 and Article 2 of Regulation (EC) 926/1998).

**Zimbabwe**

Sanctions against named individuals representing the Government of Zimbabwe (including Robert Mugabe) and various persons associated with them, which came into force on 21 February 2002 and are set out in Council Regulation (EC) 310/2002 as announced by the Bank of England in its Notice dated 21 February 2002.

Group Enterprise Risk

July 2003

HIGHLY CONFIDENTIAL

Group Regulatory Handbook, Other – Sanctions and Terrorist Financing

## Note C1: The Policy of the Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing, continued

**Policy Appendix 2 to Note C1**

### Background research to be adopted by business areas in respect of Suspected Persons

| **Notes:** |
|---|
| To ensure that customers are correctly identified information set out below should be provided to Group Enterprise Risk in order that they may decide whether these details should be forwarded to the relevant authority. |
| The standard, which has been adopted, is a requirement to obtain physical evidence of certain mandatory information in every case where there is an exact name match.  Once the information has been collated the business area must determine whether the mandatory information, apart from the name match, is indicative that the customer is or is not in fact the person named on the list.  Group Enterprise Risk will review the results to check their accuracy prior to making any external reports. |
| This is not an exhaustive list of all relevant information and business areas should record any details that in their view may assist with the positive identification of suspected persons. |
| Where the suspected person is an organisation the mandatory information must be retained for 100 years. The Group will thereby be able to confirm the rationale adopted, from the research undertaken, at any time in the future. |
| Until such time as the Group is notified by the relevant authority that a particular customer is a suspected person and therefore subject to the sanctions or *terrorism legislation*, a stop should not be applied to the customer's accounts. |

| **Mandatory Information** | |
|---|---|
| (Individual) | (Organisation) |
| ➢ Full name. | ➢ Full name. |
| ➢ Customer identification number. | ➢ Customer identification number. |
| ➢ Historical addresses for at least the last 10 years, if applicable. | ➢ Date account opened. |
| ➢ Occupation/Employer details. | ➢ Historical addresses for at least the last 10 years, if applicable. |
| ➢ Account activity over the last 2 years as this should establish that account movements in that period are in accordance with the income expected, dependent on the occupation/employer.  Any peculiar/out of the ordinary movements must be investigated and evidence provided to satisfy the background concerned. | ➢ Details of beneficial ownership (eg trustees, partners and directors). |
| | ➢ Account activity over the last 2 years as this should establish that account movements in that period are in accordance with the income expected, dependent on the trade undertaken or status of the organisation (eg charity?).  Any peculiar/out of the ordinary movements must be investigated and evidence provided to satisfy the background concerned. |
| ➢ Personal ID nos (eg passport, driving licence, NI no). | |
| | ➢ Account signatories. |

Group Enterprise Risk

January 2002

**HIGHLY CONFIDENTIAL**

NW 000118

NW000118

Group Regulatory Handbook, Other – Sanctions and Terrorist Financing

# Sanctions and Terrorist Financing

**NOTE C2: SANCTIONS AND TERRORIST FINANCING – STATEMENT OF ROLES AND RESPONSIBILITIES**........................................................................................2

INTRODUCTION ........................................................................................................2

RESPONSIBILITIES ...................................................................................................2

    A.   Designated Senior Management..................................................................2

    B.   Local Compliance Functions ......................................................................3

    C.   Group Enterprise Risk ................................................................................4

    D.   Group Legal Department .............................................................................5

    E.   Operations Support Units ...........................................................................5

    F.   Group Investigations and Fraud .................................................................6

    G.   Nominated Single Points of Contact (SPOC).............................................6

    H.   Money Laundering Reporting Officers .......................................................6

MONITORING PROCESS ............................................................................................7

    A.   Business Areas............................................................................................7

    B.   Group Enterprise Risk ................................................................................7

HIGHLY CONFIDENTIAL

January 2002

NW000119

# Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities

The purpose of this statement is to provide an explanation of the action that units and individuals are required to take to ensure that they adhere to the Group's Sanctions and Terrorist Financing Policy.

## Introduction

1. This paper sets out the roles and responsibilities of those staff within the Group who have specific Sanctions and Terrorist Financing Compliance responsibilities. Although it is the primary responsibility of these individuals to ensure that the Group's Sanctions and Terrorist Financing Policy is adhered to, this responsibility extends to all staff within the Group.
2. *Designated senior management* have prime responsibility for ensuring that the Sanctions and Terrorist Financing Policy is adhered to and that their business unit is operating in a compliant manner, meeting both its legal and regulatory obligations. *Designated senior management* are also responsible for ensuring the adequacy of the control systems and procedures relevant to their own business unit, and must ensure that Group Enterprise Risk are advised of these controls.
3. Sanctions and Terrorist Financing compliance responsibilities rest on the following:
   a. Designated senior management
   b. Local Compliance functions
   c. Group Enterprise Risk
   d. Group Legal Department
   e. Operations Support Units
   f. Group Investigations and Fraud
   g. Nominated Single Points of Contact (SPOC)
   h. Money Laundering Reporting Officers
4. In addition, there will be a monitoring process which will involve relevant business units, through their Local Compliance functions and Group Enterprise Risk.

## Responsibilities

### A. Designated Senior Management

The responsibilities of the senior management in each business area are:

(i) To ensure that appropriate procedures, controls and staff training programmes are established, maintained and amended as necessary in their business area. This will include ensuring that detailed Roles and Responsibilities are drafted for, and communicated to, all relevant staff in their business area.

(ii) To apply, where necessary and appropriate, to the Head of Group Enterprise Risk for a written waiver to make local amendments to the Group's Sanctions and Terrorist Financing Policy as it is applied in the business area.

**HIGHLY CONFIDENTIAL**

## Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities, continued

(iii)  To ensure that Local Compliance functions are provided with appropriate information to facilitate their involvement in the communication of policies and standards to staff and in supporting the Group's Sanctions and Terrorist Financing Policy proactively.

(iv)  To decide, in consultation with Local Compliance functions or Operations Support Units, how the procedures and controls relevant to each business are to be monitored to ensure effective implementation and ongoing operation.  The agreed local responsibilities should be clearly documented, with Group Enterprise Risk being provided with details.

(v)  To ensure that regular monitoring procedures are in place and are implemented effectively.  Where control weaknesses are identified, to take all necessary remedial action to address those weaknesses in a timely manner.

(vi)  To make Compliance declarations, on behalf of the business, in the course of normal Compliance reporting, having undertaken sufficient research to establish that the Group's Sanctions and Terrorist Financing Policy, procedures and controls are being adhered to.

**B.  Local Compliance Functions**

The responsibilities of Local Compliance functions are:

(i)  To provide guidance and assistance to *designated senior management* in the implementation of their responsibilities for Sanctions and Terrorist Financing compliance.

(ii)  To establish and implement appropriate controls and procedures to meet the Group's Sanctions and Terrorist Financing Policy.

(iii)  To ensure that controls and procedures in the business are practical, effective, reviewed regularly and understood by relevant staff.

(iv)  To provide guidance to staff in the business so that a satisfactory level of awareness exists and is kept up-to-date. The Local Compliance function should ensure that adequate training systems are in place to make staff aware of the legal and regulatory obligations.

(v)  To liaise with Group Enterprise Risk on ongoing compliance, and, where appropriate, to make regular reports to *designated senior management* on weaknesses in controls or breaches of sanctions or terrorist legislation which have been identified.  Group Enterprise Risk must also be provided with copies of these reports.

HIGHLY CONFIDENTIAL

## Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities, continued

### C. Group Enterprise Risk

The responsibilities of Group Enterprise Risk are:

(i)    To co-ordinate the creation, with appropriate executive management and board endorsement and support, of the Group Policy on meeting its legal obligations.  The Sanctions and Terrorist Financing Policy, which Group Enterprise Risk will own, will reflect both the needs of the business and the legal and regulatory obligations under which the Group is required to operate.

(ii)    To ensure that the Group's Policy is disseminated throughout the Group, including overseas operations, where appropriate.

(iii)    To provide business areas with written authorisation that they may vary Group Policy and procedures in specific instances.

(iv)    To circulate additional requests for searches, as referred to in paragraphs 9 and 10 of the Group's Policy, from time to time.

(v)    To keep abreast of changes in the law and regulation and, where appropriate, to make representations on behalf of the Group regarding these changes.

(vi)    To receive information from SPOCs in respect of individuals or organisations identified as possible suspected persons, and on the basis of this information (taking advice as appropriate) to make decisions on whether an account or business relationship should be frozen and, if appropriate, reported to the appropriate UK authorities and to advise SPOCs accordingly.

(vii)    To be the primary point of contact for the Group with designated external bodies on issues relating to sanctions and *terrorism legislation.*

(viii)    To conduct regular reviews of the adequacy of the Group's Sanctions and Terrorist Financing Policy, the Statements of Roles and Responsibilities and other relevant documentation to ensure that these continue to reflect accurately the current legal, regulatory and business environment.

(ix)    To make regular reports to the Group Executive Management Committee, the Group Audit Committee and the Group Board on Sanctions and Terrorist Financing related issues and to prepare appropriate reports for the Head of Group Enterprise Risk.

HIGHLY CONFIDENTIAL

NW 000122

NW000122

## Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities, continued

### D.  Group Legal Department

The responsibilities of Group Legal Department are:

(i)      To interpret, on behalf of the Group, new and existing sanctions and *terrorism legislation* in order to assess its impact on Group businesses and Head Office functions and on existing Group Policy.

(ii)    To provide advice and guidance to Group Enterprise Risk, Group Internal Audit and the business areas, as regards the interpretation of sanctions and *terrorism legislation* and the implications of instructions issued with listings of suspected persons issued by a designated external body.

(iii)   To deal with any litigation or other claims against the Group arising from non-compliance with sanctions and *terrorism legislation*.

### E.  Operations Support Units

The responsibilities of these business areas support functions are to:

(i)      Closely monitor the accounts of customers falling within the remit of terrorism legislation;

(ii)    Provide guidance to the business area on the due diligence process to be applied in circumstances where there is a suspicion that a customer is a category 2 suspected person;

(iii)   Provide guidance to the business area on the account opening process to be applied in circumstances where there is a suspicion that a prospective customer is a category 2 suspected person.

HIGHLY CONFIDENTIAL

NW 000123

NW000123

## Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities, continued

### F. Group Investigations and Fraud

The responsibilities of Group Investigations and Fraud are:

(i) To provide advice and guidance to the Head of Group Enterprise Risk, group businesses and other group functions, as appropriate, in connection with the Sanctions and Terrorist Financing Policy;

(ii) To support Group Enterprise Risk, and act as its agent, as agreed between the Head of Group Investigations and Fraud and the Head of Group Enterprise Risk from time to time; and

(iii) To act as Money Laundering Reporting Officer for specific business areas in appropriate cases.

### G. Nominated Single Points of Contact (SPOC)

(i) To be responsible for executing requests for action received from the Head of Group Enterprise Risk and to confirm to the Divisional Chief Executive that all actions have been undertaken within the timescale agreed.

(ii) To advise Group Enterprise Risk of individuals or organisations identified as possible suspected persons and to provide the mandatory information set out in Appendix 2 of the Policy.

(iii) To be the focal point of contact, on behalf of their business area, with Group Enterprise Risk.

(iv) To implement instructions from Group Enterprise Risk to freeze identified accounts or relationships, and to confirm in writing to Group Enterprise Risk that this has been done.

### H. Money Laundering Reporting Officers

Where there are suspected money laundering links between any customer and a category 2 suspected person, to report these customers to NCIS and to advise this action to the Director, Group Enterprise Risk and Group Investigations and Fraud.

HIGHLY CONFIDENTIAL

NW 000124

NW000124

## Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities, continued

**Monitoring Process**

A review process will assess the effectiveness of Sanctions and Terrorist Financing compliance controls within each business. Senior management in each business area must determine how best to conduct this review process, taking into account the operational environment of the business. *Designated senior management* must advise Group Enterprise Risk of the monitoring process, which is to be used.

**A. Business Areas**

The responsibilities of business areas for monitoring are:

(i)     To ensure that the Group's Sanctions and Terrorist Financing Policy has been communicated effectively to, and accepted, understood and applied by staff in their business and by *designated senior management.*

(ii)    To check that controls and procedures are in place, and remain current and are effective.

(iii)   To confirm that adequate training programmes have been established and are maintained and amended as necessary.

(iv)    To ensure that appropriate remedial action is taken in a timely manner to address any control weaknesses highlighted as part of the monitoring process. Where necessary, this will involve undertaking a follow-up review to ensure that *designated senior management* have taken appropriate action. Group Enterprise Risk must be provided with copies of these reports.

(v)     To establish a system whereby periodic reports on the effectiveness of the Sanctions and Terrorist Financing controls in the business are provided to *designated senior management* and to Local Compliance functions, where appropriate.

**B. Group Enterprise Risk**

The responsibilities of Group Enterprise Risk are:

(i)     To monitor that, within each business, Sanctions and Terrorist Financing compliance responsibilities are clearly defined, implemented and documented.

(ii)    To review Local Compliance functions, or other monitary unit, where their role includes the monitoring of compliance controls.

(iii)   To ensure that each business has implemented a suitable monitoring programme and that appropriate remedial action is being taken, in a timely manner, to address any control weaknesses highlighted. Where necessary, Group Enterprise Risk will report or escalate any deficiencies in the monitoring process to the relevant senior management.

HIGHLY CONFIDENTIAL

## Note C2: Sanctions and Terrorist Financing – Statement of Roles and Responsibilities, continued

(iv)    To ensure that weaknesses and trends are reported to *designated senior management* with appropriate frequency, and to receive reports/management information on significant Sanctions and Terrorist Financing compliance issues from the business and Local Compliance functions where appropriate.

(v)    To be aware of, and to assist where required, the ongoing development and effective implementation of Sanctions and Terrorist Financing compliance training for all relevant staff.  To facilitate the sharing of best practices and to bring relevant Sanctions and Terrorist Financing compliance issues to the attention of appropriate contacts across the Group.


Group Enterprise Risk


January 2002

**HIGHLY CONFIDENTIAL**

**NW 000126**

NW000126

# Sanctions and Terrorist Financing

**NOTE C3: GLOSSARY OF TERMS**...........................................................................................1

HIGHLY CONFIDENTIAL

NW 000127

NW000127

Group Regulatory Handbook, Other – Sanctions and Terrorist Financing

## Note C3: Glossary of Terms

| | | |
|---|---|---|
| Adequate training | - | Training is of a sufficient standard which is provided by each business unit to relevant staff to ensure knowledge of the Group's Sanctions and Terrorist Financing compliance procedures; |
| Bank of England (BoE) | - | The Bank of England is the central bank of the United Kingdom. The Bank of England is responsible for enforcing sanctions and terrorist financing legislation in the UK; [www.bankofengland.co.uk] |
| Category 1 suspected person(s) | - | Named individuals or organisations in respect of whom sanctions have been imposed by the United Nations and European Union; The RBS Intranet (Group Enterprise Risk) Site details the entire Sanctions lists issued by the Bank of England from April 2001 onwards. |
| Category 2 suspected person(s) | - | Individuals or organisations who appear on lists published (via the FSA or BoE) by a designated external body in connection with terrorist financing; The RBS Intranet (Group Enterprise Risk) Site details the entire terrorist financing lists issued by the Bank of England and Financial Services Authority from September 2001 onwards. |
| Designated external body | - | HM Treasury , Bank of England and Financial Services Authority or their overseas equivalents; |
| Designated senior management | - | RBS Group business unit heads identified by Group Enterprise Risk as responsible for ensuring compliance with the Policy; |
| Financial Services Authority (FSA) | - | The Financial Services Authority is an independent statutory body, which regulates the financial services industry in the UK. The FSA acts as a liaison contact with other relevant authorities; [www.fsa.gov.uk] |

**HIGHLY CONFIDENTIAL**

NW 000128

NW000128

Group Regulatory Handbook, Other – Sanctions and Terrorist Financing

## Note C3: Glossary of Terms, continued

| | | |
|---|---|---|
| Office of Foreign Assets Control (OFAC) | - | The Office of Foreign Assets Control of the U.S. Department of the Treasury, which administers and enforces economic and trade sanctions against targeted foreign countries, terrorism sponsoring organisations and international narcotics traffickers based on U.S. foreign Policy and national emergency powers, as well as authority granted by specific legislation, to impose controls on transactions and freeze foreign assets under U.S. jurisdiction.  Many of the sanctions are based on United Nations and other international mandates, are multilateral in scope, and involve close co-operation with allied governments; [www.treas.gov/ofac] |
| National Criminal Intelligence Service (NCIS) | - | The National Criminal Intelligence Service is the UK law enforcement agency which gathers and analyses intelligence on serious and organised crime; [www.ncis.gov.uk] |
| Relevant authority | - | UK designated external bodies, NCIS, Special Branch, and the Metropolitan Policy or their overseas equivalents, i.e. the local agency with equivalent powers to NCIS or the Bank of England in relation to sanctions enforcement; |
| Suspected person(s) | - | Named individuals or organisations in respect of whom sanctions have been imposed by the United Nations and European Union (i.e. category 1 suspected persons who appear on lists published (via the FSA or BoE) by a designated external body in connection with terrorist financing (i.e. category 2 suspected persons); |
| SPOC | - | The 'single point of contact' (SPOC) appointed by designated senior management to be responsible on behalf of that business for compliance matters relating to suspected persons; |
| Terrorism legislation | - | For UK jurisdictions the Terrorism Act 2000 and any subsequent relevant amendments and the equivalent overseas legislation applied by any relevant authority; The RBS Intranet (Group Enterprise Risk) Site details the entire terrorist financing lists issued by the Bank of England and Financial Services Authority from September 2001 onwards. |

**HIGHLY CONFIDENTIAL**

NW 000129

NW000129

# Sanctions and Terrorist Financing

# Search Procedures Guidance

## SANCTIONS AND TERRORIST FINANCING - SEARCH PROCEDURES GUIDANCE 1

EXECUTIVE SUMMARY ........................................................................................................2
   Scope of search and actions required....................................................................................2
INTRODUCTION ....................................................................................................................4
PHASE 1 ...............................................................................................................................5
   Exact name matches identified ...........................................................................................6
PHASE 2 ...............................................................................................................................7
   Central Review of Exact Name Matches from IT Records ......  ..........................................7
   Review of relationships against specified criteria to produce three categories of reporting ... 7
   Categories 'b' and 'c'. ........................................................................................................9
   Relationship Name. ..............................................................................................................9
   Date Account Opened. .........................................................................................................9
   Date of Birth/Place of Birth ................................................................................................9
   Address ................................................................................................................................9
   Occupation/Employer and nature of business details .......................................................10
   Account activity..................................................................................................................10
   Summary of 'Counter Confirmatory' evidence, resulting in a relationship being reported in category 'b' ........................................................................................................................11
   Category 2 names. ..............................................................................................................12
   Reporting to GER ..............................................................................................................12
PHASE 3 .............................................................................................................................12
   In Depth Investigation of Category "c" Cases ...................................................................12
PHASE 4 .............................................................................................................................13
   Reference to a 'Cross Business' Panel, or equivalent.........................................................13
   Positive Match ...................................................................................................................14
   Negative Match..................................................................................................................14
   Undecided - Further Research Required .............................................................................14
PHASE 5 .............................................................................................................................14

HIGHLY CONFIDENTIAL

July 2003

# Sanctions and Terrorist Financing - Search Procedures Guidance

## Executive Summary

1. It is essential that, insofar as possible/practical, the Group has a consistent approach, across its various Divisions and subsidiary companies, to the procedures followed upon receipt of Search Requests from the Bank of England or other designated external bodies. This also applies to other, periodic search requests that may be required by Group Enterprise Risk (GER).

2. To this end, GER has developed a Group-wide procedural template, based upon a model originally prepared within Manufacturing Division. The policy reflected in this template is consistent with advice received from Senior Legal Counsel in connection with the steps necessary to meet the Group's obligations upon receipt of the types of lists mentioned in the heading of this document. These Procedures need to be read in conjunction with The Policy of The Royal Bank of Scotland Group plc on Sanctions and Terrorist Financing, contained in the Group Regulatory Handbook and published on the Group Enterprise Risk section of the Group intranet site.

3. Searches are requested in respect of two categories of individual or entity:
   - Category 1 – Those subject to UN Sanctions
   - Category 2 – Those named as suspected terrorists or engaged in terrorist financing

4. **It is fully accepted that, given the diversity of the Group's constituent businesses and the variety of databases maintained, these Procedures may not be exhaustive and it may be impossible for every business unit across the Group to follow these procedures precisely.** However, all business units must make every possible effort to follow the steps set out below. In order to monitor compliance across the Group, the Single Points of Contact (SPOCs) for each Division must advise GER why they may be unable to follow any specific elements of these procedures, and what alternative processes are in place. The Head of Group Enterprise Risk will then provide written confirmation whether, in his opinion, these alternative processes are appropriate.

### Scope of search and actions required

5. For these purposes an effective search must include all records (i.e. manual or electronic) held by or on behalf of any Group business area (including Insurance businesses where there is potential for payments to be made under a policy of insurance) which identifies any individual or organisation with whom the business area has a business relationship - whether direct or indirect (e.g. sub-client accounts, safe custody and third party security (i.e. guarantors).

6. Businesses must compare such individuals or organisations with the names listed in any search request documentation issued by or on behalf of GER and report any matches (i.e. positive return) in the timescales and format prescribed by GER.

HIGHLY CONFIDENTIAL

7.   On receipt of a positive return, GER will advise businesses in writing of any further action to be taken, e.g. freezing bank accounts or monitoring of accounts/connections related to undecided names.

HIGHLY CONFIDENTIAL

NW 000132

NW000132

Group Regulatory Handbook, Other – Sanctions and Terrorist Financing

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

**Introduction**

1. These Procedures are intended:

   - to provide, in as far as possible, for a consistency of approach to the names searched and reported; and

   - to remove the subjectivity in current reporting of exact and close name matches

2. The Procedures comprise five phases:

   **Phase 1**

   - 'Cleansing' by GER of the list of names, to remove common titles, e.g. "Maulavi, Mullah"

   - Data gathering

   - Exact name match identification

   **Phase 2**

   - Review of relationships against specified criteria to produce three categories of names:
     'a' – Relationships closed or no products ever held
     'b' – Live accounts where counter-confirmatory material exists; and
     'c' – Live accounts with records or activity that merit further research.

   - Central review (at business area/divisional level) of category "c" name matches

   - Reporting to GER, using the spreadsheet provided by GER

   **Phase 3**

   - In depth investigation of category 'c' cases

   - Retrieval of paper records

   - Discussion with MLPOs and Relationship Units (if appropriate)

   **Phase 4**

   - Discussion of results of Phase 3 review with a "Cross Business" Panel, or equivalent

   - Agree further research

   - Further communication with GER

   **Phase 5**

   - GER to report to authorities, where considered appropriate

   - Businesses receive advice from GER on accounts reported, to be frozen and any additional work required, e.g. monitoring of accounts/connections related to undecided names.

**HIGHLY CONFIDENTIAL**

NW 000133

NW000133

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

**Phase 1**

**Objective:  To ensure that searches are carried out on the basis of proper names, and are not confused by titles or other courtesy prefixes.**

1.  The Bank of England only require exact name matches to be reported to them.

2.  In these procedures an "exact name match" is taken as being:
    - Any named relationship held, where there is an exact spelling match of both 'first name' and surname.
    - An exact match spelling of any two first names where listed names have more than one first name.

    Business connections are not "exact name matches" where they quote first names *in addition* to those 'listed'.

3.  Given the confusion around multiple 'first names' listed, the use of common or courtesy titles and the way these are then applied to relationships opened, names lists will be 'cleansed' by GER of courtesy and other titles before any search request is issued.

4.  Examples of common Afghani titles include:
    *Maulavi, Mullah, Hafeez, Hafiz, Haji, Hajji* and *Imam*.

    These will be 'cleaned' from any searches requested.

5.  Once the list has been cleansed, searches will be requested for an exact surname and first initial match on the basis of the examples below.

**Examples**

- *Mullah Haji Mohammad **Hassan*** = '*M Hassan*'
  Output will include any relationship held with the surname Hassan and a first name with the initial M.
  For the purposes of this example it will be assumed that the initial search generates the following relationships:

  1. *Molla Hassan*
  2. *Mohammed Hassan*
  3. *Mohammad Hassan*
  4. *Mohammad Sediq Hassan*

- *Abdul Wasay Aghajan **Motasem*** = '*A Motasem*'
  Output will include any relationship held with the surname Motasem and a first name with the initial A.
  For the purposes of this example it will be assumed that the initial search generates the following relationships:

  1. *Amir Motasem*
  2. *Abdul Motasem*
  3. *Abdul Wahed Motasem*
  4. *Abdul Aghajan Motasem*

**HIGHLY CONFIDENTIAL**

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

### Exact name matches identified

6. Using the output from the previous searches, the following would therefore apply:

- *Mullah Hadji Mohammad **Hassan***

  1. *Molla Hassan* — Not an exact name match.
  2. *Mohammed Hassan* — Not an exact match of the name Mohammad.
  3. *Mohammad Hassan* — An exact match to be investigated.
  4. *Mohammad Sediq Hassan* — Not an exact match due to an additional first name.

- *Abdul Wasay Aghajan **Motasem***

  1. *Amir Motasem* — Not an exact name match.
  2. *Abdul Motasem* — Not an exact name match due to insufficient first names.
  3. *Abdul Wahed Motasem* — Not an exact name match of the additional first name.
  4. *Abdul Aghajan Motasem* — An exact match to be investigated.

7. All exact name matches should be detailed on a separate spreadsheet and subjected to the due diligence procedures detailed in Phase 2.

HIGHLY CONFIDENTIAL

NW 000135

NW000135

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

**Phase 2**

**Objective**: To screen exact name matches for further evidence of identity

**Central Review of Exact Name Matches from IT Records**

1. Phase 2 due diligence involves initial research which can be completed from a review of IT records held, and advised to GER within requested timescales.

2. The standard which has been adopted is a requirement to review certain information in every case where there is an exact name match. **It is accepted that some of the types of information detailed below will not always be available (e.g. for corporate connections).** Information should be reviewed to determine whether there is any evidence, apart from the name match, that the customer is in fact the person named on the list. **It is emphasised that the fact that information may not be held electronically or may have been archived/stored off-site does not obviate the requirement to retrieve and review all relevant information.** The information to be reviewed comprises:

   - Full name
   - Date and Place of Birth
   - Customer Identification number
   - Normal residency of the customer (i.e. whether or not normally resident in the UK)
   - Date account opened
   - Receipt of UK salary by the customer
   - Historical addresses, for the last 10 years, where available
   - Occupation / Employer details
   - Overview of account activity for the last 2 years will help to establish whether or not account movements in that period are in accordance with the customer's background and income / turnover. Any out of the ordinary movements should be investigated to determine whether or not they are reasonable given the customer's background
   - Details of all linked connections/accounts

**Review of relationships against specified criteria to produce three categories of reporting**

3. All exact name matches should be detailed on a spreadsheet split into the following three categories:

   a. Exact name relationships with no accounts held, or where accounts have previously been closed.

   b. Exact name relationships with live accounts, where initial investigations have found 'counter confirmatory' material, to indicate the relationship held is **not** the 'listed' name.

**HIGHLY CONFIDENTIAL**

NW 000136

NW000136

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

    c. Exact name relationships, with live accounts, where initial investigations of 'IT' records have found account detail or activity that merits further research, or where evidence found has established beyond doubt that the relationship held is a direct match with the 'listed' name.

4. In respect of matches falling into category 'a' above, comments recorded should include details of any previously connected accounts and the date the last account held was closed.

5. In respect of exact name matches with those of category 2 names, accounts closed within the previous six months should also be searched and included as appropriate in category 'b' or 'c'. This approach has been taken on the basis that the Authorities may be interested in anything we have to offer that would build a picture of recent movements of these individuals or entities.

6. Information should be collated in respect of each category as follows:

**Category 'a'**

- Listed Name
- Age or Date of Birth/Date and Place of Birth for listed name where available
- Full Relationship Name
- Customer Reference Number
- Sort Code (if applicable)
- Details of all linked connections/accounts
- Residency of customer
- Address/Addresses
- Reason for closure of account (where appropriate)
- Date of closure of account (where appropriate)
- Comments to confirm why the relationship is in category 'a'.

**HIGHLY CONFIDENTIAL**

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

### Categories 'b' and 'c'

As for category 'a', but including additional information and the results of initial research completed from a review of 'IT' records held.  If at any stage in the following research a piece of 'Counter Confirmatory' evidence emerges to discount the relationship from suspicion, this should be noted and the relationship revised to category 'b', without the need to gather the following additional documentary evidence.

Additional information to be provided:

### Relationship Name

- All exact name matches for corporate relationships should be shown in category 'c', as there is an increased likelihood that this is an exact match to the 'listed' name. [Counter confirmatory evidence may surface as a result of phase 3 due diligence to relegate the name to category 'b'].

- Exact matches of other non-personal relationships should be considered for category 'c' unless 'Counter Confirmatory' evidence exists to remove suspicion.

- Suspicious detail includes personal relationships linked to an exact name match corporate relationship.

### Date Account Opened

- For category 2 names only, suspicious activity includes business connections opened within the previous 12 months.

### Date of Birth/Place of Birth

- Suspicious detail includes a direct match with any age or date of birth/place of birth quoted for the listed name.

- Relationships with minors, who hold 'junior' savings accounts (e.g. Rainbow Savings or Young Savers), should be removed from suspicion.

**Note:** Care should be exercised with date of birth data, as Arabs use a different calendar, and data held may be inaccurate.

### Address

- Address history for the last 10 years, where available, should be researched.

- The Country, City or County of the current address (depending on relevance) should be quoted on the spreadsheet.

HIGHLY CONFIDENTIAL

NW 000138

NW000138

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

- Suspicious detail includes:
  - A match with address details quoted for the listed name.
  - An overseas address at any time within the last 10 years in one of the countries subject to sanctions.  These currently include Iraq, Afghanistan (Taliban), Burma (Myanmar), Zimbabwe, Serbia and the Federal Republic of Yugoslavia.
- For category 2 names only:
  - A current 'Gone away' address.
  - More than one address change in the last 12 months.

### Occupation/Employer and nature of business details

Suspicious activity includes a direct match to occupation details quoted with listed names, or 'no occupation details held' where turnover exceeds £10,000 per annum.

For non-personal accounts, suspicious detail includes an exact match to the 'listed' nature of business.

### Account activity

- Account activity for the previous two years, where available, should be researched
  for:
  - Annual turnover that appears inconsistent with occupation / nature of business details.
  - BACS credits received within the last month inconsistent with employment / nature of business details.
  - For category 2 names only, a single transaction in excess of 25% of annual turnover.
- For category 1 names only, suspicion can be removed where turnover is consistent with occupation / nature of business details, particularly when details of a recent BACS credit confirm employment / nature of business details. Comments on the spreadsheet should advise 'turnover consistent with occupation / nature of business' and the details of the BACS credit.
- It follows, therefore, that suspicious activity includes turnover activity inconsistent with occupation / nature of business, and a single transaction in excess of 25% of annual turnover.
- For category 1 names only, Standing Orders and Direct Debits may also be used as additional but not primary 'counter confirmatory' evidence, as a relationship with permanent UK residency is highly unlikely to be holding down an official position in a sanctioned country.

HIGHLY CONFIDENTIAL

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

**Summary of 'Counter Confirmatory' evidence, resulting in a relationship being reported in category 'b'**

7.   The following additional criteria are relevant:

- When a direct match can not be made with any age or date of birth/place of birth quoted for the listed name (except in the case of Arab names).
- Relationships with minors, who hold 'junior' savings accounts (e.g. Rainbow Savings or Young Savers.)
- When a direct match can not be made with address details quoted for the listed name.
- When a direct match can not be made to occupation details quoted with listed name, or for non-personal accounts, the nature of business.

8.   The following additional criteria are relevant where the name match is with a category 1 name:

- Annual turnover that appears consistent with occupation / nature of business details.
- A recent BACS credit received consistent with employment / nature of business details.
- Account entries consistent with the identified relationship being a resident in the UK. E.g. Cheques cashed.
- Standing Orders and Direct Debits that support a UK residential status, or consistent with described occupation or nature of business.

**Summary of 'suspicious' detail, resulting in a relationship being reported in category 'c'**

9.   Where any of the following criteria are met, the relationship should be reported in category 'c':

- All exact name matches for corporate relationships.
- A personal relationship linked to an exact name match corporate relationship.
- An exact match with any age or date of birth/place of birth quoted for the listed name.
- A match with address details quoted for the listed name.
- An overseas address at any time within the last 10 years in the country subject to sanctions.
- A direct match to occupations quoted with listed names, or no detail held when turnover exceeds £10,000 per annum.
- Turnover activity inconsistent with occupation / employer details.
- For non-personal accounts, an exact match to the 'listed' nature of business.

**HIGHLY CONFIDENTIAL**

NW 000140

NW000140

Group Regulatory Handbook, Other – Sanctions and Terrorist Financing

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

10.  The following additional criteria are relevant where the name match is with a category 2 name:

- Accounts opened within the previous 12 months.
- A current 'Gone away' address.
- More than one address change in the last 12 months.
- A single transaction in excess of 25% of annual turnover.

**Category 2 names**

11.  It is unlikely that suspected terrorists will be confined to any one particular area, therefore the usual checks around employment status, account turnover and UK residence are insufficient to be classed as 'Counter Confirmatory' evidence.

12.  Unless relationships can be discounted through specific information provided with the listed name, the likelihood is that relationships will remain in category 'c' and will be referred to the authorities. See phase 4 positive match.

13.  **Divisions are encouraged to add to the above due diligence procedures based on the practical experience of performing checks on current listed names.**

**Reporting to GER**

14.  Having concluded phase 2 due diligence, details of categories 'b' & 'c' should be reported to GER, pending completion of Phase 3 due diligence.

15.  At this stage, any confirmed exact matches should be highlighted (that is, relationships where overwhelming evidence exists to match the relationship to the 'listed' name.)

**Phase 3**

**Objective:  To screen in depth those names where Phase 2 due diligence suggests more work is needed, and those names included on additional lists issued by GER.**

**In Depth Investigation of Category "c" Cases**

1.  Phase 3 due diligence research involves further research of 'suspicious' relationships requiring investigation of non-IT records also, advised to GER within subsequently agreed timescales.

2.  If at any stage in the following research a piece of 'Counter Confirmatory' evidence emerges to discount the relationship from suspicion, this should be noted and the relationship revised to category 'b', without the need to gather the remaining documentary evidence detailed below.

3.  The following additional information should be considered and further research undertaken, for all relationships falling into category 'c'. This further research will require information to be collected from a number of sources. The information to be reviewed comprises:

**HIGHLY CONFIDENTIAL**

Group Regulatory Handbook, Other – Sanctions and Terrorist Financing

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

- Copy statements for the last 2 years on all accounts and linked accounts held to identify all transactions over £5,000
- Details of all transactions over £5,000 – including a copy of the debit or credit entry.
- Referral to the area's Money Laundering Prevention Officer(s) to check if they have had any previous suspicion, and if so, the conclusion of their investigations.
- Account opening documentation and identification provided.
- Referral to Group Investigations & Fraud for any additional searches they are able to perform – e.g. specialist press searches.
- Referral to the Relationship Unit to establish the following:
  - The extent of the relationship held, e.g. how often do they see them? [A customer who calls into the local branch every week is not likely to be holding an official position in a sanctioned country.]
  - Any relevant information held by the relationship manager, e.g. confirmation of the nature of business, or that the business behind any 'linked' non-personal account actually exists.
  - Confirmation that those transactions over £5,000 are legitimate.
  - In some cases you may want to research the Relationship Manager's file for the customer.

4. Having completed the Phase 3 due diligence, a meeting of a 'Cross Business' Panel (Phase 4), or equivalent, should be called.

**Phase 4**

**Objective:  To review all the evidence held in respect of names where Phase 3 due diligence has been undertaken.**

**Reference to a 'Cross Business' Panel, or equivalent**

1. A Cross Business Panel (or equivalent) should consist of appropriately senior representatives from relevant business areas and the following Divisional functions, as appropriate:
   - Operations
   - Audit
   - Compliance
   - Legal
   - Operational Risk

2. The purpose of this Panel is to determine, from a review of the evidence gathered previously, whether the remaining relationships included in category 'c' are a positive, negative or undecided match to the listed name.

**HIGHLY CONFIDENTIAL**

## Sanctions and Terrorist Financing – Search Procedures Guidance, continued

**Positive Match**

3. Should a 'positive match' be determined by the 'Cross Business' Panel, reference should be made to GER, recommending that action be taken in line with the Group's obligations to the Bank of England or other designated external body. This is likely to be:

   - **Category 1 Names**
     Accounts stopped under notice to the Customer and the Bank of England.

   - **Category 2 Names**
     Business connections left 'active', but reported to the National Criminal Intelligence Service via Group Investigations & Fraud for further instruction.

**Negative Match**

4. Should a negative match be determined, the relationship should be moved to category 'b', and a suitable comment recorded on the spreadsheet for future reference and minuted by the Cross Business Panel.

**Undecided - Further Research Required**

5. Should there still be insufficient evidence to arrive at a positive or negative match, the reasons for continuing suspicion should be clearly documented. The name should be referred back to GER and Group Investigations & Fraud.

**Phase 5**

**Objective: To report to the authorities those names where positive identification has been made to names on the authorities' lists.**

1. The conclusions from the phase 4 review will be reported to the authorities, as appropriate, by GER or GI&F.

2. GER will advise business areas of action to be taken in respect of positive matches, and any further work required in respect of undecided names. Specifically, where undecided names have been reported to the authorities, business areas will be required to establish suitable arrangements for monthly monitoring, over the ensuing 12 months, of transactions passing over relevant accounts/connections. If such monitoring gives rise to suspicions then reports should be made to GER immediately upon identification of suspicion. If no suspicious activity is identified during the 12-month period, approval may be sought from GER for a cessation of monitoring in relation to the relevant accounts/connections.

3. At any stage in the process, GER can provide the Bank of England with an interim progress report.

**HIGHLY CONFIDENTIAL**

NW 000143

NW000143

**EXHIBIT 100 TO DECLARATION OF VALERIE SCHUSTER**

# Memo

**❊ RBS**
*The Royal Bank of Scotland Group*

**Group Risk Management**

280 Bishopsgate
London EC2M 4RB

To: Amanda Holt

From: Ben Norrie

Tel:   +44 20 7085 1460
Email:   ben.norrie@rbos.com

cc: Stephen Foster
Robert Davies

Date: 21 February 2005

Subject: **Sanctions and Terrorism Financing Policy for March GRC Approval**

As you are aware, a revised version of the Group Policy on Sanctions and Terrorism Financing was presented to the Group Risk Committee (GRC) last April by Peter Shaw (you may also recall commenting on the Policy prior to your maternity leave).   GRC was concerned that parts of the Group would not be compliant with important aspects of the policy, in particular the automated searching of names at account opening and periodically thereafter.  GRC therefore requested that further work be completed in addressing the gaps identified before resubmission for approval.

Group Enterprise Risk has worked with Manufacturing Change Management (principally via the Fraud Change Board) over the intervening period to devise a strategic solution to the identified gaps.  This resulted in the Financial Sanctions and Terrorist Financing project, for which Phase 1 funding was approved by the GVP Directorate on 23 January 2005.

On the basis of the approval of Phase 1 of the project, we now feel that it is appropriate to resubmit the revised Policy to GRC for approval.   The policy has changed to a certain extent since last year, consistent with our experiences and internal and market practices, and we have summarised these in the table below for your convenience. However, the changes are not significant and do not affect the fundamental policy requirements.

There are two significant items that are not covered within the revised Policy - payment filtering and detailed guidance as to the Group's approach to the OFAC list and how we deal with the apparent extra territoriality of OFAC regulations.  As you know, there are significant interdependencies between these two areas and the Group's approach to both is still being developed.  Currently we are pulling together a discussion document on OFAC, to further the debate and, ultimately, take a proposal to GRC.  This will, in turn, impact upon the drafting of a policy on payment filtering.  It will be some time before these two issues are resolved and we therefore suggest that they can be added later and should not delay the submission of the new policy.

Your approval is sought for the Policy and progression to the March GRC.

HIGHLY CONFIDENTIAL

**Summary of Significant Changes from the April GRC 2004 Version**

- Appendix A – Addition of Liberia as a country subject to BoE sanctions.
- Appendix B – Clarification that monitoring may be the recommendation of a final review by GER.
- Appendix B – New guidance on the interpretation of a match, as agreed with Manufacturing.
- Appendix C – Clarification that it is the responsibility of the SPOC to ensure all Divisional customer databases are identified and searched.
- Appendix C – Clarification that it is the responsibility of the Local Compliance or Risk Function to complete account monitoring were recommended as part of due diligence.
- Appendix D – Revision of the Divisional SPOC's and addition of an alternate contact.
- Appendix E – New guidance on waiver application process, based on that provided within the AML Policy.

HIGHLY CONFIDENTIAL



# Group Risk Management

## Sanctions and Terrorism Financing Policy

**Issued to members of the
Group Risk Committee
Date of Meeting – 31.03.05**

**FOR APPROVAL**

Author:                                    Stephen Foster
                                           Head of Anti-Money Laundering Risk
                                           Assessment and Monitoring
                                           Group Risk Management


Approved for submission to GRC by:         Amanda Holt
                                           Head of Group Enterprise Risk
                                           Group Risk Management

1

HIGHLY CONFIDENTIAL



**CONTEXT**

The Group Policy was last revised in detail in late 2001, in response to the increased focus on terrorist financing following the events of September 2001.  Given changes in the minimum requirements and the Group since 2001 a further version was required.

**PURPOSE**

The purpose of this policy revision is to:
- Reflect recent developments in the minimum requirements, to ensure that the Group continues to comply with anti-terrorism legislation;
- Clarify the types of customer that fall under the policy (particularly for non-personal relationships), and tighten the rules for search procedures and matching criteria;
- Clarify roles and responsibilities across the Group for implementing financial sanctions and completing searches.

**RECOMMENDATION**

GRC is requested to approve the Group Policy on Sanctions and Terrorism Financing.

HIGHLY CONFIDENTIAL

NW 196322
NW196322

# The Royal Bank of Scotland Group
# Sanctions and Terrorism Financing Policy

## Introduction

Terrorist financing poses a serious global threat. The Group does not tolerate the handling of the proceeds of crime in any way, be it by virtue of fraud, terrorist financing or money laundering. The Group takes its obligations seriously to work with international organisations, law enforcement agencies and governments to help to identify this threat and to seek to close off the channels in the financial system that terrorists and other criminals seek to exploit.

This Policy and appendices set out the requirements for The Royal Bank of Scotland Group (the Group) to ensure that funds are not made available to persons, entities, groups and countries that are sanctioned or suspected of supporting terrorism. It is part of a wider set of policies designed to fight financial crime in general – the Group has separate policies covering Anti Money Laundering (AML), Politically Exposed Persons (PEPs), Market Abuse and Fraud.

This Policy applies to all Group businesses worldwide. Criminal penalties for non-compliance with the relevant legislation apply in the jurisdictions in which the Group operates. In the UK (including Northern Ireland) the principal legislation is the Terrorism Act of 2000, the Anti-Terrorism, Crime and Security Act of 2001 and the Terrorism Order (United Nations Measures) of 2001. Failure to comply in the UK is a criminal offence and can result in criminal penalties against the Group and the members of staff responsible, including imprisonment.

This Policy is designed to ensure that robust controls are applied in every case where:

- sanctions have been imposed by the United Nations and/or the European Union against certain named individuals and entities (known as Type 1 suspected persons); or

- a regulatory body or law enforcement agency has published a list of individuals or entities who are suspected of committing, posing a significant risk of committing, or providing material support for acts of terrorism (known as Type 2 suspected persons); or

- there is any other information and/or circumstances that may cause staff to suspect an individual or entity supports terrorism (known as Type 3 suspected persons).

A separate policy will be drafted on the US sanctions imposed by the Office of Foreign Assets Control. These sanctions are not directly applicable in the UK, but require consideration given our substantial and increasing presence in the US.

HIGHLY CONFIDENTIAL

The following guidance is attached and should be read in conjunction with this Policy:

Types of Suspected Persons (Appendix A)
Search Procedures Guidance (Appendix B)
Statement of Roles and Responsibilities (Appendix C)
Single Points of Contact (Appendix D)
Group Policy Clarification Request (Appendix E)

## Key Policy requirements

- The law requires the Group to identify those named on sanctions or terrorist lists, freeze accounts (in some jurisdictions) and report the names to the authorities. All staff **must** adhere to this Policy. Management **must** introduce systems, controls and procedures to reduce the risk that the Group acts in breach of sanctions or terrorism legislation.  Full details of respective roles and responsibilities are set out in Appendix C.

- Group Risk Management (GRM) are responsible for updating and providing guidance on this Policy, for maintaining the required lists of sanctioned persons and terrorists issued by the authorities, for setting the matching criteria and for co-ordinating the periodic searches against customer databases.

- Divisional Chief Executives **must** ensure that they comply with the legal and regulatory requirements imposed by authorities in respect of suspected persons.  In general, UK standards are regarded as a minimum.  However, local requirements must be met, in particular where standards are higher than the UK.

- Group businesses **must** ensure that they monitor compliance with this policy as part of their compliance monitoring programme. GRM are responsible for monitoring the effectiveness of divisional functions in setting and maintaining procedures and controls relating to this policy. GRM will do this by a combination of management information, key risk indicators (KRIs) and specific assessments of compliance with procedures.

- Records of systems, controls, procedures and decisions **must** be maintained to demonstrate that the Group has met its obligations in relation to sanctions and terrorism legislation.  This **must** include evidence of the formal sign-off by the Divisional Chief Executive Officer of the results of periodic search procedures before submission to GRM. Records **must** be held for the periods set out in the Group Records Retention Policy (currently 10 years for most records).

- Management **must** provide training to all staff covering the requirements of the law and of this Policy.  Specific training **must** be given to staff who are more likely to have interaction with a suspected person, for example

NW 196324
NW196324

branch staff, as well as staff who carry out searches or process payments.

- In addition to the requirements of this Policy, staff **must** continue to follow their obligations under the Group's AML Policy to report any suspicions they may have of criminal activity.  Staff should pay particular attention to the "tipping off" provisions as they affect Type 3 (but not Types 1 or 2) suspected persons – that it is an offence to prejudice a criminal investigation by informing the customer that a report has been made to the authorities.

- It is responsibility of the individual business units operating outside of the UK to understand and conform to their local legislation and regulation in relation to sanctions programmes and terrorism orders.

## Specific requirements

The parties to the account that must be checked are as follows:

- All personal customers, including any related guarantors and third party mandates;

- All non-personal accounts - the entity name and those individuals for whom we are required to collect KYC under the AML identification requirements. For corporate entities this will generally include the beneficial owners with a holding of more than 20% (or a holding of more than 10% for high risk relationships) and directors who are the main business contacts or have a controlling influence.

For full details of the AML identification requirements, please refer to the Group AML Procedures, also found on the GRM Intranet.

If there is a suspicion that a proposed customer is one of the named individuals or entities on the list of sanctions and terrorist names, the applicant must not be taken on as a customer and the details must be reported as described below.

NB: The search requirement is restricted to customer relationships.  Further clarification on the specific parties covered by these requirements (for example suppliers, outsourced business) will be given by GRM on a case-by-case basis or by way of periodic policy updates.

### Account opening

- As part of the Group's procedures for identification of the customer before account opening, the customer name must be checked against the list of sanctioned and terrorism names maintained and circulated by GRM.  Certain business units, particularly high volume areas, do not have the technology to check the potential name against the lists at account opening.  GRM have agreed that, while solutions are being

developed, relevant units will undertake quarterly searches in order to meet this requirement.

## Searches

- GRM must maintain and circulate lists of sanctioned and terrorist names issued by the authorities to be used for periodic searches against the Group's customer databases.

- Each Division must nominate a Single Point of Contact (SPOC) to be responsible for liasing between GRM and all business units within their Divisions in the performance of periodic and ad-hoc searches.

- All business units must comply with the ad-hoc requests issued by GRM (issued when a new name is added to a list) to match named individuals or entities against all lists of customers (as defined above), to ascertain whether or not accounts are held for suspected persons.  Those business units that are unable to screen potential new customers against the consolidated list of sanctioned and terrorist names must also comply with the quarterly requests by GRM to search the consolidated list.  The Search Procedures Guidance is set out in Appendix B to the Policy.

- Divisional Chief Executive Officers (CEOs) are required to provide certification of the results of searches reported to GRM.

## Reporting of name matches and freezing of funds

- If a search produces a potential match on a suspected person, business units must carry out due diligence to determine if it is a true match.  If the results of the due diligence procedures suggest that the name is a true match, this name must be reported immediately to the SPOC for onward reporting to the Money Laundering Reporting Officer (MLRO) for the business and to GRM.

- Staff must report any other suspicions of criminal or terrorist activity to the MLRO in the normal way, following the Group's AML Policy.

    In the UK –

- Where the Group businesses in the UK have reasonable grounds for suspecting that a customer is a suspected person or a person acting on behalf of a suspected person, designated by the Bank of England, the customer funds should be frozen until further notice.

- A copy of the official Bank of England notice, if any, under which the funds have been frozen, must be sent as soon as possible by the business to the customer whose funds have been frozen.

- Funds held for suspected persons who have been listed by a regulatory body other than the Bank of England, or a law enforcement agency,

NW 196326
NW196326

should not be frozen but should be reported immediately to Group Financial Crime or the MLRO as appropriate, who will make a report to the National Criminal Intelligence Service and the relevant authority, seeking guidance regarding the future operation of the account.

Outside the UK –

- Procedures for reporting of matches and freezing of funds outside the UK must be followed in accordance with local legislation and regulation, and funds should only be frozen if UN/ EU regulations have effect within that jurisdiction or local regulations require the same actions to be taken.

- Where the Group businesses outside the UK have reasonable grounds for suspecting that a customer is a suspected person or a person acting on behalf of a suspected person action should be taken as prescribed by local legislation or regulation.

- Unless local confidentiality rules prohibit disclosure of details to GRM (for example Switzerland and Singapore), the business should provide to GRM the details of the listed name(s), customer matches, pertinent details of the match, reports made to local authorities and any further actions taken.

**Documentation Retention**

- Each business unit must maintain evidence of searches undertaken and the decisions and reasoning made in relation to the requirements of the Policy.  Documents must be retained in accordance with the Group's record retention policy. GRM will periodically review the documentation as part of their monitoring responsibilities to ensure compliance with this Policy.

**Exemptions from Policy**

- It is the responsibility of the Divisional Chief Executive to obtain the written agreement of the Head of Group Enterprise Risk, GRM to any departure of the requirements of this Policy (whether wholly or in part) in a particular business unit. Application must be made in the prescribed form as detailed in Appendix E.

**A Flowchart is attached showing the processes required under the Policy.**

HIGHLY CONFIDENTIAL

Group Risk Management
Group Enterprise Risk, Anti-Money Laundering Compliance

Sanctions and Terrorism Financing Policy - page 6

## Process Flow



NB – This represents the process in the majority of the Group.  There are however some Divisions, particularly outside the UK, where processes differ.

HIGHLY CONFIDENTIAL

## Appendix A - Types of Suspected Persons

## The Royal Bank of Scotland Group: Sanctions and Terrorism Financing Policy

**Type 1 Suspected Persons (United Nations and European Union Sanctions)**
All financial institutions and other bodies and persons in the UK are required to inform the Bank of England of all funds that they have frozen in accordance with the relevant United Nations and/or European Union.

UN/EU sanctions can be categorised as follow:
- Those against specific named individuals and entities, and
- Those against entire countries, none of which are currently in place

Sanctions against specific named individuals and entities:

Afghanistan
Sanctions are in place against certain named individuals and entities associated with Usama Bin Laden, the Al-Qai'da network and the Taliban.

On 15 October 1999, the United Nations Security Council adopted Resolution 1267 (1999) under which States were called upon to freeze the funds and other financial resources that were under the control of the Taliban.  Effect was given in the UK to UN Security Council Regulation 1267 by the Afghanistan (United Nations Sanctions) Order 1999, under the United Nations Act 1946.  This Order was repealed by the Afghanistan (United Nations Sanctions) Order of 2001 and later by the Al-Qai'da and Taliban (United Nations Measures) Order 2002, which imposes sanctions against certain persons and entities associated with Usama Bin Laden, the Al-Qai'da network and the Taliban.

The Council of the European Union adopted legislation under Council Regulation (EC) No 337/2000 (no longer in force).  The current legislation in force is Council Regulation (EC) 881/2002.

Burma (Myanmar)
Sanctions are in place against certain named individuals and entities that are connected with the Government and other authorities in Burma (now known as Myanmar).

On 22 May 2000 the Council of the European Communities adopted Council Regulation (EC) No 1081/2000 which has the effect of freezing the funds of certain individuals connected with the government and other authorities in Burma.  This has immediate affect in the UK, as the Regulation applies to any person who is a national of a Member State or is a body incorporated or constituted under the law of a Member State.

Group Risk Management                                     S&T Policy Appendix A – page 2
Group Enterprise Risk, Anti-Money Laundering Compliance

<u>Federal Republic of Yugoslavia and Serbia and International Tribunal for the former Yugoslavia</u>
Sanctions are in place against former president of the Federal Republic of Yugoslavia, Slobodan Milosevic and certain members of his family and other close associates.

Financial sanctions against Serbia and Montenegro were imposed in June 1992 and suspended in accordance with the terms of the Dayton peace agreement in November 1995.

Sanctions were later imposed against the Government of the Federal Republic of Yugoslavia and Serbia during 1998 and have been amended to now only affect the former president of the FRY, Slobodan Milosevic, certain members of his family and other close associates.  These sanctions are set out in Commission Regulation (EC) No 1205/2001.

<u>Zimbabwe</u>
Sanctions are in place against the Government of Zimbabwe, including Robert Mugabe, and natural or legal persons associated with them.

Sanctions came into force on 18 February 2002 and are set out in Council Regulation (EC) 310/2002 as announced by the Bank of England in its Notice dated 21 February 2002.  The sanctions were extended by Commission Regulation (EC) No 1643/2002.

<u>Iraq</u>
Sanctions are in place against certain named individuals and entities associated with Saddam Hussein and the former Government of Iraq.

Sanctions first came into force on 7 August 1990 and which were replaced on 14 December 2000 by the Iraq (United Nations Sanctions) Order 2000.

On 22 May 2003, the United Nations Security Council adopted Resolution 1483 (2003) lifting the financial sanctions against Iraq and replacing them with targeted sanctions.  Effect was given in the UK to UN Security Council Regulation 1483 by the Iraq (United Nations Sanctions) Order 2000 as ammended, under the United Nations Act 1946.  The new Iraqi sanctions regime is set out in the Bank of England's Notice of 23 July 2003.

<u>Liberia</u>
Sanctions are in place against the former Liberian President Charles Taylor, Jewell Howard Taylor and Charles Taylor Jr., other immediate family members, his former senior officials and other close allies and associates.

Sanctions came into force on 30 April 2004 and are set out in Council Regulation (EC) No 872/2004.  This followed a decision to sanction by the Committee of the Security Council established pursuant to paragraph 21 of United Nations Security Council Resolution 1521 (2003).

**Type 2 Suspected Persons (Suspected Terrorists):**
The Bank of England regularly issues lists of named individuals or entities that are suspected of committing or financing acts of terrorism.  All financial institutions and other bodies and persons in the UK are required to freeze the funds held for such individuals or organisations in accordance with the relevant UK and European Union terrorism legislation.

Other regulatory bodies in the UK, e.g. the Financial Services Authority and Law Enforcement, can also issue, from time to time, name lists of suspected terrorists for investigation by financial institutions.  In these instances funds should be reported immediately to Group Financial Crime or MLRO as appropriate, who will make a report to the National Criminal Intelligence Service and the relevant authority, seeking guidance regarding the future operation of the account.

All financial institutions and other bodies and persons in the UK are required to inform the Bank of England of all funds that they have frozen in accordance with the relevant UK and European Union terrorism legislation.

The United Nations Security Council and European Communities have issued legislation, which imposes specific restrictive measures directed against certain individuals and entities in combating international terrorism.  The Terrorism (United Nations Measures) Order 2001 that came into force on 10 October 2001, gave effect in the UK to the United Nations Security Council Resolutions 1373 (2001) & 1377 (2001).

The European Communities issued Council Regulation (EC) 2580/2001 on 27 December 2001.

The Office of Foreign Assets Control (OFAC), a US Department of the Treasury, also names individuals and entities under the terrorism categories, Specially Designated Global Terrorists (SDGTs), Specially Designated Terrorist (SDTs) and Foreign Terrorist Organisations (FTOs).  The names contained within the OFAC Terrorism categories are circulated Group-wide for name screening.

**Type 3 Suspected Persons**
The Terrorism Act of 2000 places a strict obligation under UK law to identify and report suspicions of individuals or entities being involved in the perpetuation of terror.  Where a member of staff has a reason to be suspicious of a person the suspicion should be reported, regardless of whether the individual is listed as a Type 1 or Type 2 Suspected Persons. This should be via a Suspicious Activity Report (SAR) to Group Financial Crime (GFC) or Group Risk Management (GRM).  Note, care should be taken as to not 'tip-off' the customer – refer to the Anti-Money Laundering Policy for more details of what constitutes 'tipping-off' and how this can be avoided.

HIGHLY CONFIDENTIAL

Group Risk Management
Group Enterprise Risk, Anti-Money Laundering Compliance

S&T Policy Appendix A – page 4

**General Guidance**

To view or print-off details of the Bank of England news releases (and supporting legislative instruments, where available) that provide institutions with guidance regarding the treatment of funds owned or controlled by Type 1 suspected persons and Type 2 suspected persons please go to:
http://www.bankofengland.co.uk/sanctions

Other helpful websites include:
United Nations – http://www.un.org/terrorism/
European Union – http://europa.eu.int/index_en.htm
European Union Journals – http://europa.eu.int/eur-lex/en/index.html
Her Majesty's Stationery Office – http://www.hmso.gov.uk/legis.htm
Office of Foreign Assets Control – http://www.ustreas.gov/offices/enforcement/ofac/

If you have difficulties accessing any of these sites or require additional guidance on the contents of this Appendix please contact Group Risk Management on +44 (0) 20 7334 1460.

In non-UK jurisdictions, local websites and publications should also be consulted for information and instructions regarding sanctions and lists of names issued by local authorities and agencies.

HIGHLY CONFIDENTIAL

## Appendix B – Search Procedure Guidance

## The Royal Bank of Scotland Group: Sanctions and Terrorism Financing Policy

### Executive Summary

1. This annex sets out the detailed guidance for the searches that are required against the lists issued by the Bank of England or other designated authorities or regulatory bodies, and the periodic consolidated search requests and other adhoc search requests that may be required by Group Risk Management (GRM).

2. It is essential that, insofar as possible/practical the Group adopts a consistent approach across all divisions and subsidiary companies.   GRM has developed this guidance to ensure consistency of search procedures.  Where necessary, advice has been taken from Senior Legal Counsel to ensure full compliance with legal requirements.  These Procedures need to be read in conjunction with the Group Policy on Sanctions and Terrorism Financing that is published on the GRM section of the Group's intranet site.

3. Searches are requested in respect of two categories of individual or entity:

   - Type 1 suspected person(s) – Those subject to UN/EU Sanctions
   - Type 2 suspected person(s) – Those named as suspected terrorists or suspected of being engaged in terrorist financing.

4. **Given the diversity of the Group's constituent businesses and the variety of databases maintained, it is fully accepted that these procedures may not be exhaustive and it may not be possible for every business unit across the Group to follow these procedures precisely.**


### Scope of Search and Actions Required

5. With respect to the above, an effective search must include all records (ie manual and/or electronic) held by, or on behalf of, any Group business area, which identifies any individual or organisation with whom the business area has a business relationship.

6. A potential match is broadly defined as follows –

   - An exact spelling of last name and near exact spelling of a first name, or surname only when no first names are listed.
   - An exact spelling of the last name and matching initial against one or more first names.

   Further detail on the application and interpretation of these criteria is contained within the Procedures.

7. Each Group business area must compare such individuals or organisations against the names listed on any search request issued by, or on behalf of GRM.  Business areas are required to investigate and perform due diligence procedures on potential matches and report any positive matches in the timescales and format prescribed by GRM.  Group business areas must inform GRM of any inability to meet prescribed timescales.

8. GRM will advise Group business areas in writing of any further actions to be taken, e.g. the freeze of positively matched customer accounts or alternatively, monitoring of accounts / connections related to matches whereby a conclusion on the potential match is unable to be attained.

# Introduction

1. These Procedures are intended to provide:

   - Consistency of approach toward names searched and reported; and
   - Remove subjectivity surrounding reporting of positive and potential name matches

2. The Procedures comprise four phases:

| Phase | Responsibility |
|---|---|
| **Phase 1 – Name Circulation & Matching** | |
| ▪ Data gathering and 'cleansing' by GRM of the list of names, to remove common titles | GRM |
| ▪ Issue search instructions to all business divisions and update Goalkeeper/UID with new list names | GRM |
| ▪ Identification of potential name matches against list issued by GRM | Divisions / Business Areas |
| **Phase 2 – Initial Review & Categorisation** | |
| ▪ Initial review of specified customer data to classify the relationship in to one of the following three categories:<br>'a' – closed or no products ever held<br>'b' – counter-confirmatory material exists; and<br>'c' – records or activity that merit further research. | Divisions / Business Areas |
| ▪ Central review (at business area/divisional level) of category "c" name matches | Divisions / Business Areas |
| **Phase 3 – Analysis & Retention of Supporting Documentation** | |
| ▪ In depth investigation of category 'c' cases | Divisions / Business Areas |
| ▪ Retrieval of paper records | Divisions / Business Areas |
| ▪ Discussion with MLPOs and Relationship Units | Divisions / Business Areas |
| ▪ Classifying category 'c' matches as either<br>– Positive matches,<br>– Negative matches (discounted based on counter-confirmatory information subsequently identified),<br>– Unresolved matches (lack of sufficient information available to conclude on the match). | Divisions / Business Areas |
| **Phase 4 – Reporting** | |
| ▪ Reporting of positive and unresolved matches to GRM | Divisions / Business Areas |
| ▪ Businesses receive confirmation from GRM on the freeze of positive matched accounts and advise on the ongoing monitoring of reported | GRM & Divisions / Business Areas |

| | |
|---|---|
| unresolved matches | |
| ▪ Report details of positive and unresolved matches to the relevant authorities, where considered appropriate | GRM |

## Phase 1

### Name Circulation & Matching

**Objective:  To ensure that searches are carried out on the basis of actual names, and not confused by titles or other courtesy prefixes.**

1. GRM is responsible for the sourcing of names of individuals and organisations, from the Bank of England and other designated external bodies.

2. Given the confusion surrounding the use of common or courtesy titles and the way they are applied to Group business relationships, name lists will be 'cleansed' by GRM of courtesy and other titles before any search requests are issued to Divisions.

3. Additional care should be taken with Arabic names due to the complex nature of the language.  Arabic is a Semitic language, like Hebrew.  It is important to note that there are no vowels in written Arabic, and that vowel sounds take the context of combinations of consonants.  For example, Mohammad is actually written 'mhmd'.  Therefore the confusion lies when this name is translated into written English – eg  Muhamad, Mohammad, Mohammed, Muhammad etc.

4. Once names have been cleansed of titles, GRM is responsible for issuing search instructions to all business areas and updating Goalkeeper/UID with new list names.

5. As part of **phase 1**, business areas are required to identify 'potential name matches'.  The guidelines for identifying a 'potential name matches' are broadly as follows:

   • An exact spelling of last name and near exact spelling of a first name, or surname only when no first names are listed.

   • An exact spelling of the last name and matching initial against one or more first names.

   A series of practical examples in application of the matching criteria can be found in Schedule 1 – Guidance on interpreting matches.

   All potential name matches should be detailed on a separate spreadsheet and subjected to the due diligence procedures detailed in Phase 2.  Only 'potential name matches' need to be considered for further investigation.

HIGHLY CONFIDENTIAL

## Phase 2

### Initial Review & Categorisation

<u>Objective</u>:  **To research potential name matches for further evidence of identity**

### Review of Relationships

1. Phase 2 due diligence involves initial research which can be completed from a review of customer records held.

   The standard practice to be adopted requires a review of certain information for every case where a name has been identified as a potential name match to the list name.  **It is accepted that some of the information detailed below will not always be available (e.g. for non-personal connections).**  Information should be reviewed to determine whether there is any evidence to support the fact that the potential name match is or isn't an exact match to the person named on the list.  **It is emphasised that the fact that information may not be held electronically or may have been archived/stored off-site does not preclude the requirement to retrieve and review all relevant information.**

2. All potential name matches should be detailed on a spreadsheet and split into the following three categories:

   a. Potential name matches with no accounts held, or where accounts have been subsequently closed, are inactive or 'gone away'*.

   b. Potential name matches with live accounts, where initial investigations have found 'counter confirmatory' evidence/material, to indicate the relationship held is very likely not the 'listed' name.

   c. Potential name matches, with live accounts, where initial investigations of records have revealed account detail or activity that merits further research, or, where the evidence has established beyond reasonable doubt that the relationship held is an exact match with the 'listed' person/entity.

   * Provided that reactivation requires a process of re-collecting KYC and screening against the Consolidated List of Names

3. In respect of matches falling into category 'a' above, comments recorded should include details of any previously connected accounts and the date when the last account held was closed.

4. Information to be collected for name matches is as follows:

   **All matches -**

   - List name
   - Customer's full relationship name
   - Customer's age or Date of Birth (DoB)
   - Customer's Place of Birth (PoB)
   - Customer Reference Number (CRN) / Customer Identification Number (CIN)
   - Sort Code (if applicable)

HIGHLY CONFIDENTIAL

- Account number and details
- Details of all linked connections/accounts
- Residency of customer
- Address(s), including historical

**In addition for Category 'a' matches**

- Reason for closure of account
- Date of closure of account
- Details of any previously connected accounts
- Comment(s) to confirm why the relationship is classed as a category 'a' match

**In addition for Categories 'b' and 'c' matches**

- Date account opened
- Occupation/ Employer details
- Receipt of UK salary by the customer
- Overview of account activity readily available (eg. via Back Office)
- Comments to confirm why the relationship has been classified a category 'b'

## 'Counter Confirmatory' Evidence

(Which may result in a relationship being reported as a category 'b' match)

5. If at any stage whilst researching each potential name match, adequate 'Counter Confirmatory' evidence emerges to discount the relationship from suspicion, this should be noted, supporting documentation retained, and the relationship revised to category 'b', without the need to gather further information.  To aid in the identification of 'counter confirmatory evidence' and to guide the thought process toward recognising such evidence and how it can be applied, refer to the following examples.

**Note:**  *The list below should only be used as a guide and not an exhaustive list of counter confirmatory factors.  All counter confirmatory evidence should be analysed against the list name profile before concluding.*

**Examples of Counter-Confirmatory Evidence:**

Information may be used as counter confirmatory evidence if:

**Age / Date of Birth**

- A direct match cannot be made with any age or date of birth / place of birth quoted for the listed name.
- The customer has a date of birth that is not consistent with the profile of the list name.

HIGHLY CONFIDENTIAL

Example: Our customer may be 18 years old, whereas the listed person is quoted as being a high ranking government official in Afghanistan.  In this instance it is unlikely that the customer and the list name are the same individual due to the age demographics concerned.

- Counter-confirmatory evidence does **not** include situations where the customer / relationship information displays a date of birth, yet the list name only has a year of birth (and vice versa).  If both the year of birth and date of birth share the same year, this would be considered an exact match, warranting further investigation of customer details.

Note:  Care should be exercised with date of birth data, as Arabs operate by a different calendar, and therefore data held may be inaccurate.


**Place of Birth**

- A direct match cannot be made with the place of birth.
- The customer's place of birth is geographically different from that of list name. (this will primarily apply to type 1 list names).

Example: It unlikely that a high ranking government official in Burma / Myanmar (list name) is going to have been born in the UK (customer name).


**Address/ Normal Residency of the Customer**

- A direct match cannot be made with the list name's address or residency status (both current and historic).
- If the list name's address/residency is unknown, the title or profile of the list name can be analysed against the customer's address/residency  (this will primarily apply to type 1 list names).

Example:  A customer has a current or last known address in the UK, and the list name is a sanctioned high-ranking government official in Burma/Myanmar.

- The customer has been residing in a country that is not a direct match with the residency status of the list name, for a period time prior to becoming a listed name.

Example: A high-ranking government official in Zimbabwe was sanctioned during 2002 (list name), and the customer that has been residing in the UK since at least 1997.


**Date Account Opened**

- The list name is noted as having been incarcerated during a certain period of time, of which during that time the customer had opened their account.


**Occupation and Employer Details**

- A direct match cannot be made to occupation details quoted with listed name, or for non-personal accounts, the nature of business.
- Occupation details of the list name are **not** consistent with the occupation/business of the customer.

Example: List name is a high ranking government official of Burma/Myanmar, and the customer is recorded as being an electrician.  Neither the profession nor the skills required to do each job are consistent.

HIGHLY CONFIDENTIAL

Hint:  Searching the Internet using employer details may aid in the process of determining the type of work/occupation the customer is involved in (if this information is initially unavailable).

- Linked connection is a Company or Trade Name, whose profile appears consistent with the customer's occupation.

Hint: The Internet is a good source to search for company names/profiles.


**Overview of Account Activity for the Last 2 Years**

- Account turnover is consistent with the customer's occupation/business.

Example: It would appear consistent for a Doctor to have a large account balance / turnover, as opposed to a telemarketer, who would be expected to have a lower account balance / turnover.

- Regular payments/debits for services (this will primarily apply to type 1 list names).

Example: Insurance, council tax, electricity, phone and water bills etc, indicating that the customer is conducting themselves in a manner consistent with being resident in the UK.

- Regular credits are received from a source that is consistent with the customer's quoted occupation / business (this will primarily apply to type 1 list names).

Example: BACS credits from employer, fortnightly DSS credits.  Standing orders, direct debits or direct credits that support a UK residential status, or consistent with the quoted occupation or nature of business.

- Review does not reveal large or unusual balances that appear inconsistent with the customer's age or occupation / business.

- Review does not reveal any transactions that appear irregular by way of frequency, size, or nature.

- Review does not reveal transactions with payments to, or receipts from suspicious sources.

Example: No payments going to or from known terrorist or sanctioned individuals, organisations or countries.  No purchases that are potentially suspicious or consistent with an untoward intention (eg guns, chemicals, fertiliser, etc).

- Account entries consistent with the identified relationship being a resident in the UK (this will primarily apply to type 1 list names).

Example: Cheques cashed in a London branch.


**In the instance where limited information is available with regards to either the list name or the customer name, and there is no compelling evidence to either confirm or deny that the potential name match is in fact the list name, apply the following principle:**

**At least three pieces of counter confirmatory evidence should be collated prior to discounting a match.**

**Given that counter confirmatory evidence gives us 'negative assurance' as to whether the customer is an exact match with the listed individual/business, the more evidence we can obtain from which to build a case the better.**

HIGHLY CONFIDENTIAL

**Exceptions:**

- The dates of birth of the listed name and customer name are significantly different (in this instance no further counter confirmatory evidence is required, <u>provided</u> that there is no 'Suspicious Evidence' as defined below).

- The name match is not exact and the customer is recorded as being a female, while the list name is clearly a male name.

- The match is with a 'junior' or 'youth' saver accounts (in this instance only 2 pieces of counter confirmatory evidence are required, provided balance and transactions are considered 'normal').

- Counter confirmatory arguments built on employment and residency should not be used for terrorist names - Type 2 names.

## 'Suspicious' Evidence

(Which may result in a relationship being reported as a category 'c' match)

6. Below are some examples of where information may be considered suspicious, therefore requiring further investigation before deciding on whether to categorise the match as either category 'b' or 'c'.

*Note: The list below should only be used as a guide and not an exhaustive list of suspicious details. The points below are designed to aid in the identification of potential suspicious activity. If suspicious activities are noted, they must be investigated further to determine whether there is any additional evidence available, to either confirm or deny the suspicions.*

### Examples of 'Suspicious' Detail:

Information may be considered suspicious if:

### Age / Date of Birth

- The list name has the same year of birth, as the full date of birth details given regarding the customer (and vice versa).

- Customer's date of birth is an exact match with the exception of one variable (ie day, month or year).

Example: 13/02/65 vs. 13/03/65 or 13/02/65 vs. 26/02/65 or 13/02/65 vs. 13/02/66.

### Place of Birth

- The customer shares a place of birth that is within a reasonable geographic proximity to that of the list name.

Example: Customer was born in Pakistan and the list name was born in Afghanistan.

HIGHLY CONFIDENTIAL

**Address/ Normal Residency of the Customer**

- Customer address does not match in its entirety to the list name, yet certain details are consistent with those of the list name eg – Street name and town is not a match, but the country is a match.

- Customer address history indicates a connection with the address, country of residence, or place of birth of the list name.

Hint: A list person's country of residence can be loosely assumed if, for example, the list name does not detail an address, but they are a sanctioned government official from Burma/Myanmar.  In this instance, for the purposes of identifying potential suspicious activity, Burma/Myanmar may be considered to be their country of residence.

- Customer has a residential address in one country, and has a postal address in another country (of particular suspicion if one of the addresses is located in a suspicious country – ie country from where known sanctions are imposed or terrorists harboured).

**Account Number and Account Details**

- Customer has an account that does not match their occupation or profile.

Example:  Customer who is recorded as being a student, but is operating a business account in his or her own name.

- Customer has an unusually large number of accounts in their own name.

**Details of all Linked Connections/Accounts**

- Customer has an unusually large number of linked accounts.

- Linked accounts are not consistent with the customer's profile.

Example: Customer is a student, with his account being linked to a business account.

**Occupation and Employer Details**

- Customer has an occupation or business is consistent with that described for the list name.

Example: Customer is recorded as being an Army Major, and the list name is a Brigadier General of the Afghanistan Army. (Note if a match is subsequently discounted we should also consider whether the individual may be a Politically Exposed Person.)

- Customer has an occupation or business that requires skills consistent with the occupation or business of the list name.

Example: Customer is recorded as being a foreign diplomat, and the list name is a minister for trade in Burma/Myanmar.  (Note if a match is subsequently discounted we should also consider whether the individual may be a Politically Exposed Person.)

- The employer themselves appear suspicious.

Hint: A search of the Internet and/or Goalkeeper and/or World-Check may reveal that the employer is a listed individual or business.

HIGHLY CONFIDENTIAL

- The quoted employer of the customer is not consistent with the quoted occupation/type of business of the customer.

Example: Customer's employer is quoted as being 'GM Pharmaceuticals' yet the customer's occupation is recorded as being a chef.

### Overview of Account Activity for the Last 2 Years

- Customer's account transactions are not consistent with the customer's address and/or a customer shows an unusual pattern of movement.

Example: Customer resides at an address UK; yet their account activities show they have visited volatile areas, sanction countries or countries that are widely reputed to harbor terrorists.

- Customer's account transactions reveal expenses and/or income that is not consistent with the residential demographics quote by the customer.

Example: Customer resides in a low socio-economic area of London, yet they have unusual or large transactions through their account.

- Account activities are inconsistent with occupation or type of business that the customer conducts.

Example: A customer recorded as being a kitchen hand has unusually high income and unusually high expenses when compared to expected income.

- Income and expenses are inconsistent with the nature of their business/employment, potentially we have been intentionally misled.

Example: Customer is recorded as being a builder yet receives income from a chemical company.  Similarly, the customer may work as an accountant, and have payments going to a chemical company.  These transactions should be assessed in respect of volume and size and nature.

- Transaction detail reveals that payments are being made to purchase illegal/suspect goods or services.

- Large volumes of international transfers (of particular suspicion if transfers to or from countries that are known to be sanctioned or harboring terrorists).

- Transactions appear unusually large, given the average size of transactions that go through the account.

- Transactions appear unusually frequent, or unusually infrequent, when compared with expectations.

Example: Customer receives regular monthly income of certain amount on a consistent day of each month.  Midway through the month however, the account shows three (3) lots of £5000 entering the account on three (3) consecutive days.  Similar analysis can be assessed with payments.

- Youth saver or young persons account with high account balances/turnover, and/or large transfers in and/or out of their account.

- Customers who are considered elderly (eg 70 to 80yrs) have high account balances/ turnover and/or large transfers in and/or out of the account.

**Note:  Given that there are many scenarios where information may appear suspicious, it is most important that further research into potential suspicious activities is performed.  In the event that, following further investigation, a potentially suspicious account is to be discounted, the 'rule of thumb' regarding counter confirmatory evidence still applies.**

HIGHLY CONFIDENTIAL

**In addition, there may be instances where satisfaction can be gained that the customer is not the listed individual but doubts, or a suspicion, remains about the transactions or details on the account.  In such instances the legal and regulatory responsibility of the staff member is to raise a Suspicious Activity Report (SAR).**

7.  In all instances the following situations would be considered suspicious and should be      recorded as category 'c' matches -

   - A personal relationship linked to an exact name match non-personal relationship.

   - An exact match with any age or date of birth/place of birth quoted for the listed name.

   - A match with address details quoted for the listed name.

   - An overseas address at any time within the last 10 years in the country subject to sanctions.

   - A direct match to occupations quoted with listed name.

   - Turnover activity inconsistent with occupation / employer details.

   - For non-personal accounts, an exact match to the 'listed' nature of business.

   - All exact name matches for non-personal relationships.

## Cross Check with Other Divisions

8.  When a Division is investigating a match and finds data which suggests a link to another Division, they should contact that other Division.  A co-ordinated approach should then be taken to assessing the available information.  GRM will also compares names sent to then and advise Divisions of common matches.

HIGHLY CONFIDENTIAL

## Phase 3

## Analysis and Retention of Supporting Documentation

**Objective:** **To investigate further those names where Phase 2 due diligence suggests more information is required in order to conclude whether the potential match is or isn't the listed individual/entity.**

**Further Investigation of Category "c" Matches**

1.  Phase 3 due diligence involves further research of 'suspicious' relationships, requiring investigation of additional customer/relationship records.

2.  Results of phase 3 due diligence should be reported to GRM within the agreed timescales.  If, for any reason the agreed timescales are unable to be met, the GRM must be advised of this, and an alternative timescale discussed and agreed upon.

3.  If at any stage in the following research a piece of 'Counter Confirmatory' evidence emerges to discount the potential match from suspicion, this should be noted, and the relationship revised to category 'b', without the need to gather the remaining documentary evidence detailed below.

4.  The following additional information should be considered for all relationships falling into category 'c'.  This further research will require information to be collected from a number of sources.  The information to be reviewed comprises:

    - Obtain copy statements for the last 2 years on all accounts and linked accounts held.  Identifying and confirm details and validity of all transactions over £5,000.  Consider whether any conclusions can be drawn from transactions, account behaviour, etc

    - Referral to the area's Money Laundering Prevention Officer(s) to check if they have had any previous suspicion, and if so, the conclusion of their investigations

    - Account opening documentation and identification provided

    - Referral to Group Financial Crime for any additional searches they are able to perform – e.g. specialist press searches

    - Referral to the Relationship Unit to establish the following:

        - Extent of the relationship held, i.e. how often do they see the customer? For example, a customer who calls into the local branch every week is not likely to be holding an official position in a sanctioned country.

        - Any relevant information held by the relationship manager, for example confirmation of the nature of business, or that the business behind any 'linked' non-personal account actually exists.

5.  A decision should then be made on the potential match as follows:

### Positive Match

Should a positive match be determined, reference should be made to GRM recommending that action be taken in line with the Group's obligations to the Bank of England or other designated external body. This is likely to be:

- Type 1 Names
  Accounts frozen under notice to the Customer and the Bank of England.

- Type 2 Names
  Business connections left 'active', but reported to the National Criminal Intelligence Service via Group Financial Crime for further instruction.

### Negative Match

Should a negative match be determined, the relationship should be moved to category 'b', and a suitable comment recorded on the spreadsheet for future reference and supporting documentation / reasoning retained.

### Undecided - Further Research Required

Should there still be insufficient evidence to arrive at a positive or negative match, the reasons for continuing suspicion should be clearly documented.  The name and details should be referred back to GRM to determine the next appropriate course of action (refer phase 4).

Note: Undecided matches as described here, should only be reported to GRM once all elements of phase 1, 2 and 3 due diligences have been performed and appropriately analysed by the Divisions.

6.  An appropriate senior representative from each Division should be responsible for facilitating the on going monitoring of unresolved matches.  This will ensure that all unresolved matches are being addressed and concluded upon in a timely manner.

7.  Peer reviews of 'potential match' analysis spreadsheets should be conducted on a regular basis to ensure that a consistent approach to match analysis is being applied.

## Phase 4

### Reporting

<u>Objective</u>: **To report to the authorities those names where positive identification has been established against names on the authorities' lists.**

1. Divisional conclusions of positive and unresolved matches, as determined in phase 3, shall be reported to GRM, supported by relevant commentary for each match.

2. GRM will review the positive and unresolved matches reported by each respective Division, and report conclusions to the appropriate authorities, where considered appropriate.

3. Following the GRM review additional information may be requested from the Divisions to further build the customer profile, prior to reporting to the relevant authorities.

4. GRM will advise business areas of action to be taken in respect of positive matches, and any further work required in respect of undecided names (which may include monitoring).

5. At any stage in the process, where appropriate, GRM may need the Divisions assistance to provide the Bank of England with an interim progress report regarding any potential match(s).

HIGHLY CONFIDENTIAL

## Schedule 1 – Guidance on interpreting matches

There is an inherent risk of regulatory censure and a reputational risk should the Group not match against a customer name that closely resembles a name on an official list.  Therefore it is the strategic aim of the Group to screen using 'intelligent' searching methods.  An initiative is underway to build or acquire an intelligent matching engine.  Until such a system is deployed, business areas should conduct searches on a best endeavours basis.

The following match criteria have been agreed with Manufacturing and the CMAU and we believe is a good basis on which other Divisions might base their reviews until such time as an automated and intelligent solution becomes available.

| | Rule | Interpretation | Action |
|---|---|---|---|
| 1 | Match against surname and first names | | Match |
| 2 | First name order variances between list and customer names | Also applies to same initials in a different order | Discount |
| 3 | Additional first names on list or customer record | Where 1 additional first name/initial exists | Match |
| 4 | Additional first names on list or customer record | Where 2 or more additional first names/initials exist | Discount |
| 5 | Surname only on list | Surname only on database | Match |
| 6 | Surname only on list | First name(s) or intials and surname on database | Discount |
| 7 | First name(s) and surname on list | Surname only on database | Match |
| 8 | Variance of spelling of the first name Mohammad * | Where no date of birth exists on the list | Discount |
| 9 | Variance of spelling of the first name Mohammad * | Where no date of birth exists on back office | Match |
| 10 | Variance of spelling of the first name Mohammad * | Where no date of birth exists on the list, nor on back office | Discount |
| 11 | Variance of spelling of the first name Mohammad * | Different spelling of Mohammad and an additional first name | Discount |

* The common variants of the name Mohammad are as follows, and should be searched against where practical; Mahammed, Mohamad, Mohamed, Mohamid, Mohammad, Mohammd, Mohammed, Mohammid, Mouhamed, Muhamad, Muhammad, Muhammed

HIGHLY CONFIDENTIAL

## Appendix C - Statement of Roles and Responsibilities

## <u>The Royal Bank of Scotland Group: Sanctions and Terrorism Financing Policy</u>

## Introduction

This statement sets out the roles and responsibilities of those staff within the Group who have primary responsibility for compliance with Sanctions and Terrorism Financing.  However, it is the responsibility of all staff within the Group to comply with this Policy.

Divisional Chief Executives have prime responsibility for ensuring that the Sanctions and Terrorism Financing Policy is adhered to and that their business unit is operating in a compliant manner, meeting both its legal and regulatory obligations.  Divisional Chief Executives are also responsible for ensuring the adequacy of the control systems and procedures relevant to their own business unit, and must ensure that Group Risk Management (GRM) are advised of these controls.

Sanctions and Terrorism Financing compliance responsibilities rest on the following:

A.  Group Risk Management (GRM)
B.  Divisional Chief Executives
C.  Single Points of Contact (SPOC)
D.  Local Compliance or Risk Functions
E.  Group Legal Department
F.  Group Financial Crime
G.  Money Laundering Reporting Officers

The responsibilities of each of the above are specified below.

This Appendix also sets out the compliance monitoring roles and responsibilities, which will involve relevant business units, through their Local Compliance or Regulatory Risk functions and GRM.

HIGHLY CONFIDENTIAL

## Roles and Responsibilities

### A. Group Risk Management (GRM)

The responsibilities of GRM are:

i.   To make regular reports, as required, to Management, Executive and Board levels as directed by the Head of Enterprise Risk. Reports could typically include details of searches undertaken, matches identified, reports made to the authorities and other statistics.

ii.   To conduct regular reviews of the adequacy of the Group's Sanctions and Terrorism Financing Policy, the Statements of Roles and Responsibilities, the Search Procedures Guidance and other relevant documentation to ensure that these continue to reflect accurately the current legal, regulatory and business environment.

iii.   To keep abreast of changes in the law and regulation and, where appropriate, to make representations on behalf of the Group regarding these changes.

iv.   To be the primary point of contact for the Group with other designated authorities and regulatory bodies in the UK on issues relating to sanctions and terrorism legislation.

v.   To act as primary liaison with the Bank of England and Group Financial Crime, in complying with the Group's disclosure and reporting requirements to UK authorities in respect of suspected persons.

vi.   To receive information from the Single Points of Contact in respect of individuals or entities identified as 'positive' or 'unresolved' matches, in following the Search Procedures Guidance as detailed in Appendix B.

vii.   To update Goalkeeper/ Untoward Incident Database with the names and matches of newly designated individuals and entities.

viii.   To circulate ad-hoc and periodic requests for searches, as referred to in the Group's Policy, from time to time.

ix.   To provide business areas with written authorisation that they may vary from Group Policy and procedures in specific instances.

x.   To ensure that the Group's Policy is disseminated to all Single Points of Contact throughout the Group.

xi.   To co-ordinate the Group Sanctions and Terrorism Financing Policy, with appropriate executive management and board support.

HIGHLY CONFIDENTIAL

The Policy, which GRM owns, reflects both the needs of the business and the legal and regulatory obligations under which the Group is required to operate.

## B.  Divisional Chief Executives

The responsibilities of the Divisional Chief Executives in each business area are:

i.     To ensure that appropriate procedures, controls and staff training programmes are established, maintained and amended as necessary in their business area to comply with the requirements of this Policy.  This will include ensuring that detailed Roles and Responsibilities are drafted for, and communicated to, all relevant staff in their business area.

ii.    To ensure all relevant customer databases are identified and searched on an on-going basis as described in the Policy and Search Procedure Guidance.

iii.   To apply, where necessary and appropriate, to the Head of Enterprise Risk, GRM for a written waiver to make local amendments to the Group's Sanctions and Terrorism Financing Policy as it is applied in the business area.

iv.    To ensure that Local Compliance or Regulatory Risk functions are provided with appropriate resources to facilitate in the communication of policies and standards to staff and in supporting the Group's Sanctions and Terrorism Financing Policy.

v.     To ensure that representatives from Local Compliance or Regulatory Risk, Legal, Operational Risk, Operational Functions, Audit etc. are consulted, where appropriate, for the assessment and classification of potential customer matches.

vi.    To decide, in consultation with Local Compliance or Regulatory Risk functions or Operations Support Units, how the effectiveness of procedures and controls relevant to each business are to be monitored. Where control weaknesses are identified, to take all necessary remedial action to address those weaknesses in a timely manner.

vii.   To periodically provide GRM with signed certifications confirming the adequacy of the controls and procedures.

viii.  To make Compliance declarations, having undertaken sufficient research to establish that the Group's Sanctions and Terrorism Financing Policy is being adhered to.

HIGHLY CONFIDENTIAL

### C. Nominated Single Points of Contact (SPOC)

The responsibilities of the Single Points of Contact are:

i.      To ensure that the Group's Policy is disseminated to all business units within the division, including overseas operations.

ii.     To ensure that there is an appropriate local operating plan and monitoring programme.  This should be in written form, setting out the duties, responsibilities and procedures for implementing the Policy and monitoring the effectiveness of activities.  The operating plan and monitoring programme is to be agreed with the Divisional Chief Executives.  This will be considered as part of the GRM monitoring of divisional compliance.

iii.    To assist in identifying relevant customer databases and ensuring these are searched on an on-going basis.

iv.    To be responsible for executing and co-ordinating search requests received from GRM.  Demonstrating to Divisional Chief Executives whether all actions have been undertaken within the timescale agreed.

v.      To advise GRM of individuals or entities identified as 'positive' and 'unresolved' matches, following the Search Procedures Guidance, and to provide the mandatory information for reporting purposes, as set out in Appendix B - Search Procedures Guidance.

vi.    To instruct business areas to freeze identified accounts or relationships, subsequent to the analysis of reported match details and the final consultation and decision.  The action taken is to be confirmed in writing to GRM.

vii.   To support the Local Compliance or Regulatory Risk function in performing their duties in relation to sanctions and terrorism legislation.

viii.  To ensure a training programme promoting staff awareness and compliance with the Policy exists and that training is completed.

ix.    To arrange for the periodic Divisional Chief Executives certification on the adequacy of controls and procedures to be signed and reported to GRM.

x.      To provide details of lists of search names received by non-UK businesses from their local authorities or regulatory bodies to GRM upon request.

xi.    To liase with GRM on ongoing compliance.

NW 196351
NW196351

xii.　To report weaknesses in controls or breaches of sanctions and terrorism legislation that are identified to Divisional Chief Executives and GRM.

xiii.　To be the focal point of contact, on behalf of their business area with GRM.

## D.　Local Compliance or Risk Functions

The responsibilities of Local Compliance or Regulatory Risk functions are:

i.　To assist the Single Points of Contact in executing search requests received from GRM.

ii.　To provide guidance and assistance to Divisional Chief Executives in the implementation of their responsibilities for Sanctions and Terrorism Financing compliance.

iii.　To establish, implement and operate appropriate controls and procedures in accordance with the Operating Plan, to meet the Group's Sanctions and Terrorism Financing Policy.  This will include ensuring that the controls and procedures in the business are practical, effective, regularly reviewed and understood by relevant staff.

iv.　To engage in account monitoring where instructed as the result of an inconclusive outcome to due diligence against a list match.

v.　To control identified accounts and relationships.

vi.　To develop and implement a staff training programme to promote awareness and compliance with the Policy.

vii.　To provide guidance to staff in the business so that a satisfactory level of awareness exists and is maintained.  This is to be achieved through ensuring that adequate training systems are in place to make staff aware of their legal and regulatory obligations.

## E.　Group Legal Department

The responsibilities of Group Legal Department are:

i.　At the request of GRM, to interpret, on behalf of the Group, new and existing sanctions and terrorism legislation in order to assess its impact on Group businesses and the existing Group Policy.

ii.　To provide advice and guidance to GRM, Group Internal Audit and the business areas, as regards the interpretation of sanctions and terrorism legislation and the implications of instructions issued with listings of suspected persons by designated authorities or

HIGHLY CONFIDENTIAL

regulatory bodies.

iii.  To deal with any litigation or other claims against the Group arising from non-compliance or compliance with sanctions and terrorism legislation.

## F.  Group Financial Crime

The responsibilities of Group Financial Crime are:

i.  To provide advice and guidance to GRM, Group Functions and the business in connection with specific investigations.

ii.  To support GRM, and act as its agent, as agreed between the Director of Group Security & Fraud and the Head of Anti-Money Laundering Compliance, GRM from time to time.

## G.  Money Laundering Reporting Officers

Where there are suspected money laundering links between any customer and a suspected person, to report these customers to NCIS and to advise this action to the Head of Anti-Money Laundering Compliance, GRM and Director of Group Security & Fraud.

# Monitoring Process – Roles and Responsibilities

The monitoring and review of the Sanctions and Terrorism Financing controls and procedures is essential to assess compliance with legal and regulatory requirements within each business.  Due to the importance of the monitoring process, the roles and responsibilities for the divisions and Group are detailed here separately.

Divisional Chief Executives in each business area must determine how best to conduct this review process, taking into account the operational environment of the business.  Divisional Chief Executives must advise GRM of the monitoring process, which is to be used.

## A.  Divisional / Business Area Monitoring

The responsibilities of Divisions / Business Areas for monitoring are:

i.  To ensure that the Group's Sanctions and Terrorism Financing Policy has been communicated, accepted, understood and applied by staff and Divisional Chief Executives.

ii.  To check that controls and procedures are in place, and remain current and are effective.

iii.    To confirm that adequate training programmes have been established and are maintained and amended as necessary.

iv.    To ensure that appropriate remedial action is taken in a timely manner to address any control weaknesses highlighted as part of the monitoring process.  Where necessary follow-up review to ensure that appropriate action has occurred.  GRM to be provided with copies of relevant reports.

v.    To establish a system whereby periodic reports on the effectiveness of the Sanctions and Terrorism Financing controls in the business are provided to Divisional Chief Executives and to Local Compliance or Regulatory Risk functions.

vi.    To ensure that the minimum level of documentation is retained for every search list.  The details of minimum standards are provided in Appendix B, Search Procedures Guidance, Phase 4.

vii.    To support the GRM Programme by providing GRM with:

–    Local operating plan, which should apply the Group's Policy and the Search Procedures Guidance to the divisional structure, detail procedures and allocate roles and responsibilities.  It should also detail the:

–    names of primary contact persons for each business area;
–    IT systems and databases maintained within each business area;
–    method of searching (automated vs. manual) and details on the parameters used in automated searching;
–    level and method of account opening screening (Goalkeeper/ UID etc.)

–    Monitoring programme, which applies the roles and responsibilities for monitoring.

–    Assistance in periodic GRM divisional assessments.

## B. Group Risk Management Monitoring

The responsibilities of GRM are:

i.    To monitor that, within each business, Sanctions and Terrorism Financing compliance responsibilities are clearly defined, implemented and documented.

ii.    To review Local Compliance or Regulatory Risk functions, or other monitoring unit, where their role includes the monitoring of compliance controls.

HIGHLY CONFIDENTIAL

Group Risk Management
Group Enterprise Risk, Anti-Money Laundering Compliance

S&T Policy Appendix C – page 8

iii.     To ensure that each business has implemented a suitable
        monitoring programme and that appropriate remedial action is being
        taken, in a timely manner, to address any control weaknesses
        highlighted.  Where necessary, GRM will report or escalate any
        deficiencies in the monitoring process to the relevant Divisional
        Chief Executives.

iv.     To ensure that weaknesses and trends are reported to Divisional
        Chief Executives with appropriate frequency.

v.      Receive reports/ management information on significant Sanctions
        and Terrorism Financing compliance issues from the business and
        Local Compliance or Regulatory Risk functions where appropriate.

vi.     To be an active participant in the ongoing development and
        effective implementation of Sanctions and Terrorism Financing
        compliance training for staff.

vii.    To facilitate the sharing of best practices and to bring relevant
        Sanctions and Terrorism Financing compliance issues to the
        attention of appropriate contacts across the Group.

HIGHLY CONFIDENTIAL

## Appendix D - Single Points of Contact

### The Royal Bank of Scotland Group: Sanctions and Terrorism Financing Policy

The nominated Single Points of Contact (SPOC) for the purposes of Sanctions and Terrorism Financing are listed below.

The Single Points of Contact act as the primary lines of contact between Group Risk Management and the divisions, and their duties are set out in Appendix C, Statement of Roles and Responsibilities.

| Division | SPOC | Alternate Contact |
|---|---|---|
| Corporate Banking & Financial Markets | Irvine Rodger | Guy Cole |
| Citizens | Dale Rudgers | Holly Dorr |
| Direct Line | Alison Rayner | Jackie Henderson Richard Owen |
| Manufacturing | Peter Richardson | Jayne Shackleton |
| Retail | Lesley Richardson | David Feachen |
| Retail Direct | John Grierson | Jill Dodds |
| Wealth Management | Brenda Holden | Steve Smith |
| Ulster Bank | Maureen Stanley | Aileen McCann |

HIGHLY CONFIDENTIAL

## Appendix E – Waiver/Clarification Requests

### The Royal Bank of Scotland Group: Sanctions and Terrorism Financing Policy

There will inevitably be situations when Group procedures cannot be fully applied wither in the UK or overseas.  In these circumstances GRM may issue clarifications of procedures and also grant waivers from procedures upon application from business units.  This section describes the application process for individual waivers and clarifications.

A Waiver is granted in situations where Group procedures cannot be met and a conscious decision is made to depart from them.

A Clarification is a practical interpretation of S&T procedures that does not represent a departure from Group Policy and industry guidance.

Both waivers and clarifications must be authorised by the Head of Group Enterprise Risk (GER).

Business units must comprehensively answer the following points when they apply for a waiver or clarification:

- the type of business and S&T risks;

- what current Group procedures are in this specific scenario;

- the nature of the waiver or clarification applied for;

- what procedures cannot be followed in the specific scenario; and

- the mitigating factors or alternative procedures to be adopted.

GRM will consider the request and indicate promptly a timescale within which a decision will be given.

HIGHLY CONFIDENTIAL



**Group Risk Management**

# Memo

To:   Divisional Chief Executive Officers; Single Points of
      Contact (SPOCs); Key Divisional and Business Unit
      Contacts

From:  Amanda Holt, Head of Enterprise Risk,
       Group Risk Management

cc:   Stephen Foster;  Rob Davies; GER QA&A team

Date:  03 June 2005

280 Bishopsgate
London EC2M 4RB

Tel:    +44 20 7085 1148
Email:  Amanda.holt@rbos.com

Subject:   **Revised Sanctions and Terrorism Financing Policy**

Group Risk Committee (GRC) approved the revised Group Policy on Sanctions and
Terrorism Financing at their meeting on 31st March 2005, subject to two minor changes:

- more specific reference to the offence of 'tipping off' customers; and
- clarification of the record retention period.

These changes have now been made and the new Group Policy will become effective from
1 June 2005.   The full Policy can be found on the Group Risk Management intranet site,
using the address supplied below.

http://lonxpr0266.fm.rbsgrp.net/grouprisk/GER/Policy_Guidance/Sanctions_Terrorism.asp

Divisions have been closely involved in the review of Policy and are aware that the
fundamental requirements of the Policy have not changed.   The principal changes in Policy
this time include:

- clarification of the enhanced responsibility on Divisional Senior Management to
  ensure that the Policy is implemented and the appropriate procedures, controls and
  staff training programmes are established, maintained and amended as necessary;
- more detailed guidance on the criteria for matching names and for investigating and
  eliminating partial matches;
- tightening of the wording to eliminate a number of areas of ambiguity in the old Policy.

Group Enterprise Risk will continue to provide guidance and answer queries on implementing
the Policy.  Should you have any further questions please contact myself, Stephen Foster
(020 7085 1098) or Rob Davies (020 7085 1434).

Kind Regards

Amanda Holt
Head of Enterprise Risk

HIGHLY CONFIDENTIAL