EXHIBIT 150 TO DECLARATION OF VALERIE SCHUSTER

FILED UNDER SEAL

*TZVI WEISS, et al. VS.*
*NATIONAL WESTMINSTER BANK, PLC*

*ARIEH-DAN SPITZEN*
*May 13, 2011*



**Ellen Grauer**
**COURT REPORTING** Co. LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 96684.txt*
Min-U-Script® with Word Index

Case 1:05-cv-04622-DLI-RML   Document 267-11   Filed 03/22/12   Page 3 of 11 PageID #: 6393

| TZVI WEISS, et al. VS. | ARIEH-DAN SPITZEN |
| --- | --- |
| NATIONAL WESTMINSTER BANK, PLC | May 13, 2011 |

Page 33

SPITZEN
much of the time, you would say, went to research, and how much, you would say, went to writing?
    MR. UNGAR: Objection to form.
A. It's difficult to answer this question. I'm trying to think. A high percentage is a gathering the material; and finding the material, reading it, editing it.
    Again, I don't want to commit to percentages. Possibly -- again, it's not math. It's not adding up numbers. It may be 35 percent and 65 percent.
Q. Would you estimate you've spent more than 100 hours writing your reports in the Credit Lyonnais and NatWest matters -- just writing, not research?
    MS. KOHN: Each?
    MR. LUFT: Combined.
    MR. UNGAR: Objection to form.
A. Yes, definitely.
Q. If I could ask you to -- I will be looking at Exhibit 2, because I don't speak Hebrew. But, if you would like to look at Exhibit 1 with 2 next to it, we'll try to match

Page 34

SPITZEN
it up.
    And, specifically, I'm going to direct your attention to pages -- what are 1 and 2 in Exhibit 2. And I believe they are also in Exhibit 1.
A. Okay.
Q. Mr. Spitzen, do you recall, when we took your Credit Lyonnais deposition, we discussed these 13 entities listed on pages 1 and 2?
A. Yes.
Q. And, in the Credit Lyonnais deposition, we had an understanding that, for the sake of time, we could just refer to them collectively as "the 13 entities," right?
    MR. UNGAR: Objection to form.
    And, in general, if you need to look back at your Credit Lyonnais deposition transcript, as defense counsel has asked me to do --
    MR. LUFT: I have not, Ari.
    MR. UNGAR: -- you are able to look at that transcript.
    You can answer.

Page 35

SPITZEN
    I believe that was in the Kuran deposition.
    MR. LUFT: I didn't ask him to look at his transcript, Ari.
A. Yes, I remember that we talked about the 13 entities.
Q. These are the 13 entities that you offer opinions on, as stated in the second bullet point of your report, under: Scope of work, correct?
    MR. UNGAR: Objection to form.
A. Second paragraph?
Q. Second bullet point, under No. 2.
    THE WITNESS: (In English) In Hebrew there is no such term, like bullet, so -- okay. No, I understand. Okay.
A. Yes, I understand. Okay. Yes.
Q. Were you asked to consider any entities, other than the 13 listed on pages 1 and 2, by plaintiffs?
A. For the purposes of Credit Lyonnais?
Q. I believe these are the exact same entities in Credit Lyonnais and in NatWest.
    Is your understanding different?

Page 36

SPITZEN
A. I was confused. Are you talking about NatWest, for the purposes of NatWest?
Q. Well, let me clarify.
    ==Mr. Spitzen, do you agree with me that the 13 entities listed in your NatWest report are the exact same 13 entities that were listed in your Credit Lyonnais report?==
A. ==To the best of my recollection, yes.==
Q. For purposes of your -- for either report you submitted -- either Credit Lyonnais or NatWest -- did plaintiffs' counsel ask you to consider any entities other than the 13 entities referenced on pages 1 and 2 of your NatWest report?
    MR. UNGAR: Objection to form.
A. This is a very broad question. In the report itself there are other entities appearing that I handled.
Q. Mr. Spitzen, you referred to applying an 18-step test with regard to these 13 entities, correct?
    MR. UNGAR: Objection to form.
A. Yes, correct.
Q. For purpose of the work you have done

Case 1:05-cv-04622-DLI-RML   Document 267-11   Filed 03/22/12   Page 4 of 11 PageID #: 6394

TZVI WEISS, et al. VS.  
NATIONAL WESTMINSTER BANK, PLC

ARIEH-DAN SPITZEN  
May 13, 2011

Page 45

SPITZEN

1  SPITZEN
2  identified with Hamas, was the same conclusion
3  you drew as to that entity in the Credit
4  Lyonnais case, correct?
5      MR. UNGAR: Objection to form.
6  A.  That's correct.
7  Q.  In Credit Lyonnais, you testified that
8  the way you reached your conclusion was applying
9  your 18-step test, correct?
10      MR. UNGAR: Objection to form. The
11  testimony speaks for itself.
12      You can answer.
13  A.  Yes.
14  Q.  In writing your NatWest report, you
15  didn't redo your 18-step test with regard to
16  each of the entities, did you?
17      MR. UNGAR: Objection to form.
18  A.  It's not accurate. It's not accurate.
19  Q.  Did you re-perform your 18-step test
20  on each of the 13 entities for purposes of your
21  NatWest report?
22  A.  To some extent, I did.
23  Q.  What do you mean, when you say: To
24  some extent?
25  A.  Because, when I -- while writing the

Page 46

1  SPITZEN
2  NatWest report, I went over each of the
3  entities, and each one of my references.
4      The final number of corrections does
5  not reflect the amount of work that has been
6  done. Because every -- for example, every
7  reference in regards to websites was reexamined
8  by me, again and again, just in case -- in case
9  an internet site stopped being active. I had to
10  delete the reference and look for new ones, or
11  delete whatever I wrote there.
12      So, it won't be correct to say that
13  they were not reexamined through the 18-step
14  test.
15  Q.  Anything else?
16  A.  No.
17  Q.  In applying -- strike that.
18      In doing your analysis for the NatWest
19  case, did you change your methodology from the
20  methodology you used to reach your conclusions
21  in the Credit Lyonnais case?
22      MR. UNGAR: Objection to form.
23  A.  No, certainly not.
24  Q.  Mr. Spitzen, if I could ask you to
25  turn to page 7 in what is the English

Page 47

1  SPITZEN
2  translation of your report?
3      I hope it tracks your Hebrew.
4      Mr. Spitzen, specifically, I'm
5  looking -- you see that there is a subject line
6  heading: No. 4: The influence of the Muslim
7  brotherhood movement?
8  A.  Yes.
9  Q.  There is a short paragraph, right on
10  top of that. And I'm looking right above that
11  short paragraph.
12  A.  Okay.
13      THE WITNESS: On the other end --
14  begins with --
15  Q.  Yes, that paragraph, beginning: On
16  the other end. And I am looking at the bottom
17  of that paragraph.
18      And it says, on the bottom: In
19  others, where only some of the criteria existed,
20  those were tested against other possibilities
21  and options.
22      Do you recall writing that?
23  A.  Yes.
24  Q.  What other possibilities and options
25  did you test it against?

Page 48

1  SPITZEN
2      MR. UNGAR: Objection to form.
3  A.  For example, does -- is the
4  organization controlled by the Islamic jihad?
5  Maybe it is controlled by the Fatah. Maybe --
6  but I never found one on the West Bank -- this
7  organization is an independent organization.
8      THE WITNESS: I have not find such an
9  organization on the West Bank.
10  A.  I have not found an independent
11  organization.
12  Q.  You've never found an independent
13  charity?
14      MR. UNGAR: Objection to form.
15  A.  There are definitely independent
16  charity organizations, especially the Christian
17  ones that are controlled by international
18  organizations.
19      But here, we are talking about Zakat
20  committees. And I have not found independent
21  Zakat committees.
22  Q.  Mr. Spitzen, is it your testimony that
23  all the 13 entities are, in fact, Zakat
24  committees?
25  A.  No.

Case 1:05-cv-04622-DLI-RML   Document 267-11   Filed 03/22/12   Page 5 of 11 PageID #: 6395

| TZVI WEISS, et al. VS. | ARIEH-DAN SPITZEN |
| --- | --- |
| NATIONAL WESTMINSTER BANK, PLC | May 13, 2011 |

Page 57

1  SPITZEN
2  Q. You have no understanding of how much
3  time you spent answering one of the three
4  questions you list under: Your scope of work?
5     MR. UNGAR: Objection, asked and
6  answered. Argumentative.
7  A. It's hard to answer because this is
8  not how I work -- that I started working on
9  ▇▇▇▇▇▇▇▇ sat down in five or ten days, I
10 only concentrated on him.
11    The work is much less organized in
12 this respect. So, it's difficult for me to
13 separate the hours that I spent on this, as
14 opposed to hours that I spent on something else.
15 Q. Mr. Spitzen, the question you were
16 asked to consider was whether an individual,
17 listed as ▇▇▇▇▇▇▇▇ on transfer
18 records, was, in fact, a blood relative of Ahmed
19 Harb Ahmed El Kurd, correct?
20    THE WITNESS: Yes.
21    MR. UNGAR: Objection to form.
22 A. Okay.
23 Q. You were not asked to offer any
24 opinion as to who directed the transfer of funds
25 from Interpal to ▇▇▇▇▇▇▇▇ correct?

Page 58

1  SPITZEN
2     MR. UNGAR: Objection to form.
3  A. Correct.
4  Q. And you are not offering any opinion
5  on what the funds, that were allegedly
6  transferred to ▇▇▇▇▇▇▇▇ were used for,
7  correct?
8     MR. UNGAR: Same objection.
9  A. Correct.
10 Q. Mr. Spitzen, are you an expert on
11 genealogy?
12    MR. UNGAR: Objection, to the extent
13 it calls for a legal conclusion.
14 A. I don't know what you mean by an
15 expert on genealogy.
16 Q. Have you studied genealogy?
17 A. As a profession? No.
18 Q. Have you ever been hired as a
19 genealogist?
20 A. No.
21 Q. Are you an expert on Muslim naming
22 practices?
23    MR. UNGAR: Objection to form, to the
24 extent it calls for a legal conclusion.
25 A. I am not addressing the word

Page 59

1  SPITZEN
2  "expertise" now.
3     But, I have a lot of experience in
4  identifying or recognizing Muslim names --
5  Arabic names -- 30 years of experience in
6  coordinating operations in the territories, by
7  an organization that has a daily contact with
8  three and a half million of Palestinians in
9  Judea, Samaria, and Gaza; an organization that
10 issues tens of thousands of licenses every year
11 and certificates and all kinds of other permits.
12    It provided me with a considerable
13 amount of experience in Arabic naming. That, in
14 addition to my studies on Islam that I -- that I
15 took at the university -- this topic is dealt
16 with, as well.
17 Q. Mr. Spitzen, if I could ask you to
18 turn to page 68 and 69 of your report?
19    THE WITNESS: Can you tell me about --
20 Q. I'm trying to find the section. I
21 believe it's the section where you wrote about
22 the ▇▇▇▇▇▇▇▇ ssue.
23    You found the section?
24 A. Yes.
25    THE WITNESS: I guess, if this section

Page 60

1  SPITZEN
2  deals with ▇▇▇▇▇▇▇▇ yes.
3  Q. Mr. Spitzen, do you recall the
4  opinions you reached in this case, with regard
5  to ▇▇▇▇▇▇▇▇?
6  A. I'll read it, and then I'll recall it.
7  Q. Do you not recall it, without reading
8  your report, what opinions you have with regard
9  to ▇▇▇▇▇▇▇▇?
10    MR. UNGAR: Objection to form.
11 A. No, I always prefer to see what I had
12 written.
13 Q. I'm just asking, do you recall your
14 opinions, without reading your report about what
15 your opinions are as to ▇▇▇▇▇▇▇▇?
16    MR. UNGAR: Objection to form. Asked
17 and answered.
18 A. As far as I recall, I concluded that
19 there is a high probability that ▇▇▇▇▇▇▇▇
20 is Ahmed El Kurd's son.
21 Q. Mr. Spitzen, you did not analyze the
22 flow of funds that went from Interpal to the
23 person listed as ▇▇▇▇▇▇▇▇ on the transfer
24 records, correct?
25    MR. UNGAR: Objection to form.

TZVI WEISS, et al. VS.
NATIONAL WESTMINSTER BANK, PLC

ARIEH-DAN SPITZEN
May 13, 2011

Page 61

1   SPITZEN
2   A.   I saw all the transfer records.
3   Q.   You have no knowledge of whether Ahmad
4   El Kurd --
5   A.   Ahmed El Kurd.
6   Q.   -- Ahmed El Kurd had anything to do
7   with the transfer from Interpal of a person
8   named [redacted] correct?
9        MR. UNGAR: Objection to form.
10  A.   No, and I don't think I said anything
11  like it.
12  Q.   And you don't know if the Al Salah
13  Society had anything to do with the transfer
14  from Interpal to [redacted] correct?
15       MR. UNGAR: Same objection.
16  A.   Correct.
17  Q.   And you don't know if Hamas had
18  anything to do with the transfer from Interpal
19  to [redacted] correct?
20       MR. UNGAR: Same objection.
21  A.   Correct.
22  Q.   And you have no knowledge that the
23  transfer to -- from Interpal to a [redacted]
24  [redacted] had anything to do with terrorism, correct?
25       MR. UNGAR: Same objection.

Page 62

1   SPITZEN
2   A.   Correct.
3   Q.   Do you know what the word objection
4   means in English?
5        MR. UNGAR: Object to the form.
6   A.   I imagine I do.
7   Q.   Okay. Good.
8        Mr. Spitzen, what is -- could you
9   explain purchasing power parity to me?
10       MS. KOHN: The interpreter doesn't
11  know how to interpret it.
12  Q.   It's a term in footnote 347 of Mr.
13  Spitzen's report. It says purchasing power
14  parity. And I would like him to explain it to
15  me.
16  A.   I have to see that. I want to see --
17  whatever it says in Hebrew, it will probably be
18  what I meant.
19  Q.   I note that it's a defined term in
20  your footnote?
21       THE WITNESS: Yes, I know what -- yes.
22  Q.   Could you explain purchasing power
23  parity to me?
24       THE WITNESS: Yes. PPP.
25  A.   Yes. PPP means the value of a

Page 63

1   SPITZEN
2   currency in a specific geographic area.
3        That means, for example, that, for a
4   thousand dollars you can buy a certain quantity
5   of things in New York. But, in Gaza, you may be
6   able to buy ten times as much for it.
7        If you want to hear another example, I
8   think that the falafel in New York cost $2, $3.
9   And in Gaza it costs half a shekel -- maybe it's
10  a quantity that can't even be translated into
11  dollars.
12  Q.   Mr. Spitzen, do you think the same
13  might be true between the price of borscht in
14  St. Petersburg and in Siberia -- in rural
15  Siberia?
16       MR. UNGAR: Objection to form.
17  A.   It's not a question of whether I think
18  or don't think. I check it. I checked the GNP
19  in Russia at the time, and the PPP in Russia. I
20  checked it according to the information of the
21  international bank -- the world bank.
22  Q.   Did you check the GNP of St.
23  Petersburg?
24       Let me strike that. Let me be clear.
25  I withdraw the question.

Page 64

1   SPITZEN
2   A.   GNP is not tested in cities, but
3   rather countries.
4   Q.   That is why I withdrew it.
5        Did you check the cost of living in
6   St. Petersburg?
7        MR. UNGAR: Objection to form.
8   A.   The cost of living is part of the PPP.
9   Q.   And you only looked at the PPP of
10  Russia, not St. Petersburg, correct?
11  A.   There is no PPP test in cities.
12  Q.   There is analysis of cost of living in
13  St. Petersburg, correct?
14  A.   I am not familiar with such an
15  analysis.
16       The analysis was performed based on
17  customary data of the world bank, so --
18       And the result was -- the examination
19  showed that the person, a student, received
20  between close to twice, or twice to three times
21  of the GNP. It won't be improbable to conclude
22  that he received a lot of money, in Russian
23  terms.
24  Q.   Mr. Spitzen, did you do any analysis
25  to try to differentiate St. Petersburg from

Case 1:05-cv-04622-DLI-RML   Document 267-11   Filed 03/22/12   Page 7 of 11 PageID #: 6397

TZVI WEISS, et al. VS.
NATIONAL WESTMINSTER BANK, PLC

ARIEH-DAN SPITZEN
May 13, 2011

Page 65

```
 1      SPITZEN
 2   Russia as a whole?
 3      THE WITNESS: No.
 4  A. No.
 5  Q. Mr. Spitzen, are you aware of studies
 6   that show that Moscow and St. Petersburg are two
 7   of the most expensive cities in the world to
 8   live in?
 9  A. What years do those studies deal with?
10   I am familiar with something, but I think those
11   deal with the most recent years.
12  Q. Did you do any analysis to determine
13   how expensive it was to live in St. Petersburg
14   during the years of -- that the transfers were
15   made?
16  A. No.
17  Q. Mr. Spitzen, you were asked to do
18   analysis to determine if he was a blood -- ▮
19   ▮ is a blood relative, correct, of Ahmed
20   El Kurd?
21  A. Yes.
22  Q. Did you do any blood work as part of
23   your analysis?
24      MR. UNGAR: Objection to form.
25  A. Certainly, I didn't do any blood work
```

Page 66

```
 1      SPITZEN
 2   or DNA analysis.
 3  Q. Those are common ways to determine
 4   paternity, correct?
 5      MR. UNGAR: Objection to form.
 6  A. Before blood tests, there were many
 7   other ways to identify the person, if I had the
 8   ability to do it.
 9   For example, they transferred -- wire
10   transfer had a passport number on it. But I had
11   no access to the Palestinian census, so I had
12   no -- so I couldn't check that it was, indeed,
13   the same person.
14      And, therefore, I said that there was
15   a high probability that, judging by the name, he
16   was the son. I didn't even say high
17   probability. I said it's very probable.
18  Q. Do you draw a distinction between high
19   probability and very probable?
20  A. I'm not sure there is a distinction,
21   but we should be accurate. If that's what I
22   wrote, that's what we should say, and not say
23   something else. And that's one of the reasons I
24   want this report in front of me.
25  Q. If I told you that, in the translation
```

Page 67

```
 1      SPITZEN
 2   we were provided, that phrase was translated as
 3   highly probable, would you consider that to be
 4   inaccurate -- the translation?
 5  A. I will not say that it's incorrect,
 6   because we don't deal often with names. This
 7   was only an example of dealing with a name.
 8   And, therefore, I didn't grade probabilities.
 9      What I mean by high probability, lower
10   probability and so on -- or a high probability,
11   probable, and so on.
12  Q. So to be clear, Mr. Spitzen, you don't
13   actually know if the person who received the
14   transfer ▮ is, in any way, related
15   to Ahmed El Kurd, correct?
16      MR. UNGAR: Objection to form.
17   Objection misstates prior testimony.
18  A. That's not what I said. I said it
19   was -- there was a probability of him being the
20   son of Ahmed El Kurd, and I explained why.
21      MR. UNGAR: Are you finished with your
22   answer?
23  A. No. If Ahmed El Kurd is called Abu
24   Osama; and, if the person's name is ▮ and
25   the abbreviation A for, probably, Ahmed; and, if
```

Page 68

```
 1      SPITZEN
 2   the person is named Ahmed Harb El Kurd, that
 3   means that ▮s grandfather's name was
 4   Harb --
 5  Q. Mr. Spitzen, I'm going to move to
 6   strike the answer as nonresponsive.
 7      MR. UNGAR: I'm going to ask you to
 8   let him finish his answer. It's not
 9   nonresponsive. And you should let him finish
10   his answer.
11      MR. LUFT: It's a waste of time. I
12   asked a question if he knows if he is related to
13   him, and he's telling me something different.
14      MR. UNGAR: Mr. Spitzen, please finish
15   your answer.
16  A. So the probability is high that ▮
17   ▮ is
18   the son of Ahmed El Kurd.
19  Q. Mr. Spitzen, my question is, you don't
20   actually know if ▮ is related to
21   Ahmed El Kurd, correct?
22      That's not something you know to be a
23   fact, right?
24      MR. UNGAR: Objection to form.
25   Objection asked and answered.
```

Case 1:05-cv-04622-DLI-RML   Document 267-11   Filed 03/22/12   Page 8 of 11 PageID #: 6398

TZVI WEISS, et al. VS.
NATIONAL WESTMINSTER BANK, PLC

ARIEH-DAN SPITZEN
May 13, 2011

Page 69

SPITZEN
```
 2   MR. LUFT: Gary could just do it --
 3   MR. OSEN: The question as posed, do
 4  you mean does he personal knowledge or does he
 5  have an expert opinion?
 6   MR. LUFT: No, the question is, does
 7  he know for a fact that these two people are
 8  related?
 9   MR. OSEN: Knowledge is a legal term.
10   MR. LUFT: No, it's not. I think he
11  understands what knowledge means.
12   MR. OSEN: No, because expert
13  knowledge, which is opinions offered by an
14  expert, are not based on personal knowledge. I
15  don't know which you are asking.
16   MR. LUFT: It's not any difference.
17  It's a factual question. Does he know if these
18  two people are related? It's not whether he has
19  an opinion as to whether it's probable.
20  A. First of all, the question. First of
21  all, you said you don't know that [redacted]
22  is the son of Ahmed El Kurd.
23      So, I do know that [redacted] is
24  the son of Ahmed, because Ahmed El Kurd is
25  called Abu Osama. And, therefore, he has a son
```

Page 70

SPITZEN
```
 2  by the name of [redacted]
 3      Now, the question is, whether I
 4  know -- whether -- that the [redacted]
 5  mentioned here, is the son of Ahmed El Kurd.
 6  So, I said that the probability is high that he
 7  is.
 8  Q. Mr. Spitzen, when you say the
 9  probability is high, you don't know for a
10  certainty that they are related, correct?
11  A. Correct.
12  Q. Now, Mr. Spitzen, if I asked you not
13  to assume that Ahmed El Kurd is the father of
14  the [redacted] we are speaking of; on what
15  basis is it probable that the A in Mr. El Kurd's
16  name stands for Ahmed, and the H stands for
17  Harb?
18      So, assuming you don't know; or you
19  are not making any assumptions that Mr. Ahmed El
20  Kurd is in any way related to [redacted]; and
21  all you had was just the name on the transfer
22  [redacted] is there any reason to
23  believe, just looking at that name, that the A
24  stands for Ahmed, and the H stands for Harb?
25   MR. UNGAR: Objection to form.
```

Page 71

SPITZEN
```
 2  Objection as an incomplete hypothetical.
 3      You can answer.
 4  A. Your question is completely removed
 5  from reality, because we know that Ahmed El Kurd
 6  [redacted]
 7  
 8      And then you can remove the name
 9  [redacted] and then I won't have any basis
10  whatsoever to assume that he is his father.
11      But, once I have -- but, once I have
12  the name of the father, and the nickname of the
13  father, and the last name El Kurd, then, as I
14  said, it's probable -- let's say probable that
15  they are related.
16   THE VIDEOGRAPHER: We are now off the
17  record. The time is 12:41 p.m., May 13, 2011.
18      (Recess)
19   THE VIDEOGRAPHER: This is tape 3 of
20  the deposition of Arieh Spitzen. 12:43 p.m.,
21  May 13,2011.
22   BY MR. LUFT:
23  Q. Mr. Spitzen, have you ever met the man
24  listed on the transfer -- [redacted]
25  A. Not that I remember any such thing.
```

Page 72

SPITZEN
```
 2  Q. Have you ever met anyone who has ever
 3  met [redacted] or a man referenced in
 4  the transfer as [redacted]
 5   MR. UNGAR: Objection to form.
 6  Foundation.
 7  A. I am unable to know such a thing.
 8  It's very possible that it's so, because, if he
 9  is a student from the Gaza strip or from the
10  West Bank, it's -- from the Gaza strip, he needs
11  the services of the civilian administration.
12      So, he came to them. And I did meet
13  with people from the civilian administration, so
14  I can't say --
15  Q. Mr. Spitzen --
16   MS. BEYLER: -- so, I can't say -- I
17  believe he --
18  A. -- so, I can't say yes or no.
19  Q. Mr. Spitzen, all you know -- actually
20  know about [redacted] is that his
21  name is, as listed on the transfer, is
22  [redacted] correct?
23      That's the only actual fact that you
24  know -- is that there was a transfer made to an
25  individual called [redacted] right?
```

Case 1:05-cv-04622-DLI-RML   Document 267-11   Filed 03/22/12   Page 9 of 11 PageID #: 6399

| TZVI WEISS, et al. VS. | ARIEH-DAN SPITZEN |
| NATIONAL WESTMINSTER BANK, PLC | May 13, 2011 |

**Page 73**

SPITZEN

2  MR. UNGAR: Objection, form; to the
3  extent it mischaracterizes his prior testimony.
4  A. All that I know is, first of all,
5  there were transfers and not a transfer. And I
6  pointed it out.
7     And the number two is that this
8  person, according to my analysis, is probably
9  the son of Ahmed El Kurd; and that he received
10 the money in ▓▓▓
11 Q. Move to strike as nonresponsive.
12    MR. UNGAR: Oppose that motion.
13 Q. Well, I'm going to also need more time
14 for you, if you can't answer the questions I'm
15 asking. So it is not just --
16    MR. UNGAR: I'm going to object to
17 that speech. You can go on with your questions.
18 Q. Mr. Spitzen, I'm not asking you about
19 what conclusions you drew from your analysis.
20 I'm asking you about facts you know with
21 certainty.
22    You do not know, to a certainty, where
23 the man listed on the record as ▓▓▓
24 ▓▓▓ comes from, correct?
25    MR. UNGAR: Objection to form.

**Page 74**

SPITZEN

2  A. With certainty, no.
3  Q. It's possible he may come from Egypt?
4     MR. UNGAR: Objection to form. Calls
5  for speculation.
6  A. It's hard to think that he came from
7  Egypt. There is a passport number on the
8  transfer. And, from my knowledge of a
9  ▓▓▓ passport numbers in the series, it's
10 probably a ▓▓▓ passport.
11 Q. Mr. Spitzen, you looked on the
12 internet to find out what the names of Mr. El
13 Kurd's sons are, correct?
14 A. Yes.
15 Q. Other than knowing that his honorific
16 name is Abu Osama, did you find any reference on
17 the internet that Mr. El Kurd had a son named
18 ▓▓▓
19 A. I have to check it. Just a minute. I
20 have to see.
21 Q. It's footnote 350.
22 A. I understand, but I have to see
23 something else.
24    According to what I see here, I saw
25 the names of his two additional sons. I don't

**Page 75**

SPITZEN

2  see there is reference to his name.
3  Q. Was there reference to the fact that
4  he had a son, other than the two sons you list,
5  who are not named ▓▓▓
6     MR. UNGAR: Objection to form.
7  A. I don't remember exactly the passage
8  on the internet, what it says. I cannot answer
9  this question.
10 Q. Would you agree with me that ▓▓▓ is
11 a common Muslim first name?
12    MR. UNGAR: Objection to form.
13 A. Yes, less than Ahmed, but still.
14 Q. How about compared to Abdul?
15    MR. UNGAR: Objection to form.
16 A. Abdul is not a name. Maybe Abdullah.
17 Q. Let's take an Abdullah, then.
18    Is it possible that, if you just saw
19 the name written down ▓▓▓ and
20 knew nothing else about him -- is it possible
21 the A could stand for Abdullah?
22    MR. UNGAR: Objection to form.
23 A. Theoretically, yes. In Hebrew or in
24 Arabic, it wouldn't have happened, because the
25 name would be with an I, AIN.

**Page 76**

SPITZEN

2  Q. What was the transfer written in?
3     THE WITNESS: It's another -- the wire
4  transfer --
5  A. I don't remember. It might have been
6  in English. No, it was in English, yes.
7  Q. And H could stand for Hakim?
8     MR. LUFT: Objection to form.
9  A. Theoretically, yes.
10 Q. And the fact that Mr. El Kurd's
11 honorific name is Abu Osama -- that tells you
12 that he has, in your opinion, a son named ▓▓▓
13 correct?
14 A. Yes, absolutely.
15    MR. LUFT: All right -- oh, let me ask
16 you one more question.
17 Q. Are you aware of any evidence that the
18 man listed on the transfer as ▓▓▓
19 is, in any way, connected to terrorism?
20    MR. UNGAR: Objection to form.
21 A. No, I have no such information.
22
23
24
25

Case 1:05-cv-04622-DLI-RML   Document 267-11   Filed 03/22/12   Page 10 of 11 PageID #: 6400

TZVI WEISS, et al. VS.
NATIONAL WESTMINSTER BANK, PLC

ARIEH-DAN SPITZEN
May 13, 2011

Page 77

SPITZEN

MR. UNGAR: Okay. Why don't we break for lunch.
    THE VIDEOGRAPHER: We are now off the record. The time is 1:00 p.m., May 13, 2011.
    (Lunch recess)

Page 78

SPITZEN
AFTERNOON SESSION

    THE VIDEOGRAPHER: We are now back on the record. The time is 1:55 p.m. Today is May 13, 2011.
    BY MR. LUFT:
Q. Good afternoon, Mr. Spitzen.
A. Good afternoon.
Q. Mr. Spitzen, do you recall, towards the beginning of your deposition in Credit Lyonnais, I asked you some clarifying questions about opinions that you were not offering in the Credit Lyonnais matter?
    MR. UNGAR: Objection to form.
A. I remember something generally, but not specifically.
Q. That's fine. So I'm going to ask you -- similarly, I'm going to ask you now some questions with regard to opinions that I don't see in your NatWest report.
    And I just want you to confirm for me that, in fact, they are not opinions that you are offering in this matter, okay?
A. Hm-hmm.

Page 79

SPITZEN
Q. You have to answer audibly, sorry.
A. Yes.
Q. Mr. Spitzen, you are offering no opinion that money transferred by Interpal through NatWest accounts was used to perpetrate the 15 attacks at issue in this litigation, correct?
A. If you are talking specifically about this 15 attacks, the money that went from Interpal to -- that went from Interpal through NatWest, then you are correct.
    MR. LUFT: Why don't we go off the record for a second?
    THE VIDEOGRAPHER: We are now off the record. The time is 2:09 p.m.
    (Recess)
    THE VIDEOGRAPHER: We are now back on the record. The time is 1:59 p.m., May 13, 2011.
    BY MR. LUFT:
Q. Mr. Spitzen, you are offering no opinion that any of the entities in this case, that NatWest transferred money to through Interpal -- I'm sorry.

Page 80

SPITZEN
    Let me strike that.
    You are offering no opinion that any of the entities in this case, that Interpol transferred money to through NatWest, transferred money to the perpetrators of the attacks at issue in this litigation, correct?
A. I didn't find proof regarding the perpetrators themselves.
    However -- and again, I cannot point to it as being money that was transferred from Interpol through NatWest.
    But, the people who planned the attacks and sent the terrorists.
    But I'll put it differently. There were people who participated in the planning of the attacks, or participated in sending the perpetrators that were connected or affiliated with the associations, or received money from the associations. And each instance like that was pointed out in the content of the report -- of course, every such instance that I located, every such instance that I was aware of.
Q. Mr. Spitzen, again, I'm just asking you -- please listen carefully to the question

Case 1:05-cv-04622-DLI-RML   Document 267-11   Filed 03/22/12   Page 11 of 11 PageID #: 6401

| TZVI WEISS, et al. VS. | ARIEH-DAN SPITZEN |
| NATIONAL WESTMINSTER BANK, PLC | May 13, 2011 |

Page 81

SPITZEN

1  SPITZEN
2  I'm asking you, okay? -- I'm only asking if you
3  are offering the opinion I'm asking you about.
4      Mr. Spitzen, you are offering no
5  opinion that any of the entities at issue in
6  this litigation, that Interpal transferred money
7  to through NatWest, participated in any of the
8  15 attacks at issue in this litigation, correct?
9  A.  I just want to clarify.  Are we
10 talking about the entities themselves -- the
11 entities who were partners to the attack?
12 Q.  The 15 attacks at issue in this
13 case -- whether you are offering an opinion
14 whether any of the entities at issue in this
15 litigation, that Interpal transferred money to
16 through NatWest, participated in any of the 15
17 attacks at issue in this litigation?
18     MR. UNGAR:  Objection to form.
19 A.  No, the way the question is
20 formulated, no.
21 Q.  No, you are not offering that opinion?
22 A.  I am not -- the way the question is
23 formulated, no.
24 Q.  You are offering no opinion that any
25 of the entities at issue in this case, that

Page 82

SPITZEN

1  SPITZEN
2  Interpal transferred money to through NatWest,
3  trained the perpetrators of the 15 attacks at
4  issue in this litigation, correct?
5      MR. UNGAR:  Objection to form.
6  A.  I cannot answer the question the way
7  it is asked, because the term trained is not
8  clear to me.
9  Q.  Mr. Spitzen, all the opinions that you
10 are offering in this case are stated in your
11 expert report, which has been marked as Exhibit
12 1, correct?
13     MR. UNGAR:  Objection, asked and
14 answered.
15 A.  Yes.
16 Q.  And if we look at the end of your
17 report, there is a section titled:  Conclusions,
18 correct?
19 A.  Yes.
20 Q.  Is this meant to be a summary of the
21 conclusions that you are offering in your
22 report?
23     MR. UNGAR:  Take a moment to look at
24 that to answer.
25 A.  I am not finding a section of

Page 83

SPITZEN

1  SPITZEN
2  conclusions.  Are you asking conclusions, or
3  conclusion?
4  Q.  It's translated as conclusions in the
5  English version.
6  A.  Yes, but these -- this conclusion only
7  refers to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8  Q.  I see what you are saying.  I
9  apologize.
10     Mr. Spitzen, could you look at page 3
11 of your NatWest report?
12 A.  Yes.
13 Q.  Do you see the first full paragraph --
14 there is a line that says:  The PAD was
15 responsible for writing and updating the annual
16 comprehensive review about the civilian from
17 structure of Hamas, the Dawa?
18 A.  Yes, I see it.
19 Q.  There is a footnote connected to it,
20 right?
21 A.  Yes.
22 Q.  Footnote No. 1, correct?
23 A.  Correct.
24 Q.  It refers to the review as "the Dawa
25 book," correct?

Page 84

SPITZEN

1  SPITZEN
2  A.  Correct.
3  Q.  Who named it the Dawa book?
4  A.  We did -- the department for
5  Palestinians affairs, which I headed.
6  Q.  Okay.  It says, in the footnote, that:
7  It encompassed all the information accumulated
8  by the PAD for the year in review about Hamas
9  civilian infrastructure and that of other
10 organizations, correct?
11 A.  Correct, yes.
12 Q.  So, it included information about
13 Hamas civilian infrastructure and organizations
14 that were not connected to Hamas, correct?
15     MR. UNGAR:  Objection to form.
16 A.  Correct.
17 Q.  It goes on to say that:  The document
18 was made to follow civilian activities of
19 Islamic organizations, correct?
20     MR. UNGAR:  Objection.  It says
21 informative document, just for the record.
22 A.  Not activities, but the operations, or
23 their activity.
24     MR. UNGAR:  Just for the record,
25 that's part of a sentence that was read.