UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
TZVI WEISS, et al., :
:
               Plaintiffs, :  Case No. 05-cv-4622 (DLI) (MDG)
:
   - against - :
:
NATIONAL WESTMINSTER BANK PLC, :
:
               Defendant. :
:
---------------------------------------------------------------X
:
NATAN APPLEBAUM, et al., :
:
               Plaintiffs, :
:
   - against - :  Case No. 07-cv-916 (DLI) (MDG)
:
NATIONAL WESTMINSTER BANK PLC, :  **Oral Argument Requested**
:
               Defendant. :
:
---------------------------------------------------------------X

**INDEX OF DOCUMENTS SUBMITTED BY DEFENDANT NATIONAL WESTMINSTER BANK PLC IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|
| Notice Of Motion For Summary Judgment By National Westminster Bank Plc | | |
| Memorandum Of Defendant National Westminster Bank Plc In Support Of Its Motion For Summary Judgment | X | |
| Declaration Of Valerie Schuster In Support Of The Motion For Summary | | |

| Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|
| Judgment By National Westminster Bank Plc | | |
| National Westminster Bank Plc's Statement Of Material Facts As To Which There Is No Genuine Issue Pursuant To Local Civil Rule 56.1 | X | |
| Letter from Stephen Cromie, attaching Statement of Interest on behalf of Her Majesty's Treasury | | |
| Reply Memorandum Of Law Of Defendant National Westminster Bank Plc In Further Support Of Its Motion For Summary Judgment | X | |
| Reply Declaration Of Stephanie D. Sado In Support Of The Motion For Summary Judgment By National Westminster Bank Plc | | |
| **Exhibits to Declaration of Valerie Schuster** | | |
| 1. | Declaration of Guy Cole, dated Nov. 23, 2011 (Cole Dec.) | | |
| 2. | Declaration of Jason A. Novak, dated December 2, 2011 ("Novak NW Dec.") | | |
| 3. | NW008300-55 | X | |
| 4. | http://www.interpal.org.uk/en/about-us | | |
| 5. | NW068714-16 | X | |
| 6. | March 2, 2011 Expert Report of Michael Hyland ("Hyland Rep.") | X | |
| 7. | Excerpts from the July 21, 2010 deposition of Tony O'Hear ("O'Hear Tr.") | X | |
| 8. | Excerpts from the July 12, 2010 deposition of Douglas Hartley ("Hartley Tr.") | | |
| 9. | Excerpts from the June 8, 2010 deposition of Guy Cole ("Cole Tr.") | X | |
| 10. | Excerpts from the July 14, 2010 deposition of Michael Hoseason ("Hoseason 7/14/2010 Tr.") | X | |
| 11. | Excerpts from the May 20, 2009 deposition of Fleur Baugh | | |

| | Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|---|
| | ("Baugh Tr.") | | |
| 12. | Excerpts from the July 22, 2010 deposition of Irvine Rodger ("Rodger Tr.") | X | |
| 13. | Excerpts from the July 23, 2010 deposition of Amanda Holt ("Holt Tr.") | | |
| 14. | December 6, 2010 Expert Report of Jon Holland ("Holland Rep.") | X | |
| 15. | March 3, 2011 Expert Report of Clive Walker ("Walker Rep.") | | |
| 16. | Excerpts from the June 14, 2011 deposition of Clive Walker ("Walker Tr.") | | |
| 17. | December 3, 2010 Expert Report of Jonathan Burchfield ("Burchfield Rep.") | | |
| 18. | March 1, 2011 Second Expert Report of Jonathan Burchfield ("Burchfield Reb. Rep.") | | |
| 19. | NW068887 | X | |
| 20. | NW053453-56 | X | |
| 21. | NW068708-09 | | |
| 22. | "MI5 study 'charity cash link to Hamas'," London Times, March 6, 1996 | | |
| 23. | NW014516 | X | |
| 24. | Excerpts from the May 20, 2011 deposition of Jonathan Burchfield ("Burchfield Tr.") | | |
| 25. | W_S081305-29 | | |
| 26. | Excerpts from the July 15, 2010 deposition of Michael Hoseason ("Hoseason 7/15/2010 Tr.") | X | |
| 27. | NW212124 | | X |
| 28. | Exhibit 11 to the July 14, 2010 deposition of Michael Hoseason ("Hoseason Dep. Ex. 11") | | |
| 29. | NW052056-66 | X | |

| | **Document** | **Document Is Partially Redacted In Public Filing** | **Document Is Entirely Redacted In Public Filling** |
|---|---|---|---|
| 30. | Excerpt from "Reporters' Roundtable: Can You Trust WikiLeaks?" CNET, Oct. 29, 2010, http://www.cnet.com/8301-30976_1-20021253-10348864.html, at 10:10-11:47 | | |
| 31. | "Report: Top international administrator in Bosnia was a British secret service agent," AP Worldstream, September 1, 2005 | | |
| 32. | NW052067-73 | X | |
| 33. | Excerpts from the May 21, 2009 deposition of Olha Leeming ("Leeming Tr.") | X | |
| 34. | NW013335 | | |
| 35. | NW012954 | | |
| 36. | NW068905-06 | X | |
| 37. | Excerpts from the June 24, 2008 deposition of Belinda Lane ("Lane 6/24/2008 Tr.") | X | |
| 38. | Excerpts from the June 25, 2008 deposition of Belinda Lane ("Lane 6/25/2008 Tr.") | X | |
| 39. | NW052074-91 | X | |
| 40. | "jihad," Oxford Dictionaries Pro. (Oxford University Press April 2010), http://oxforddictionaries.com/definition/jihad?region=us | | |
| 41. | Excerpt from Maneka Gandhi & Ozair Husain, The Complete Book of Muslim and Parsi Names (1994) | | |
| 42. | Excerpts from the October 22, 2010 deposition of Timur Kuran in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Kuran CL Tr.") | | |
| 43. | Excerpts from the October 5, 2010 deposition of Charlotte McComas ("McComas Tr.") | | |
| 44. | NW012952 | X | |
| 45. | NW068227-34 | X | |
| 46. | NW013699 | X | |
| 47. | NW068903 | X | |

| Document | | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|---|
| 48. | NW083859-62 | X | |
| 49. | NW052105-13 | X | |
| 50. | NW013660-61 | | X |
| 51. | NW013659 | | X |
| 52. | NW013033-35 | | |
| 53. | NW052114-23 | X | |
| 54. | NW013052 | X | |
| 55. | NW013707 | X | |
| 56. | NW013708 | X | |
| 57. | NW052574 | | X |
| 58. | NW067972-74 | | X |
| 59. | NW068036-38 | | X |
| 60. | NW068053 | | X |
| 61. | NW068056 | | X |
| 62. | NW012976 | X | |
| 63. | Exhibit 46 to the October 4, 2010 deposition of Terry Woodley ("Woodley Dep. Ex. 46") | X | |
| 64. | Exhibit 47 to the October 4, 2010 deposition of Terry Woodley ("Woodley Dep. Ex. 47") | X | |
| 65. | Excerpts from the October 4, 2010 deposition of Terry Woodley ("Woodley Tr.") | X | |
| 66. | Report of the Charity Commission's 2003 Inquiry on Interpal | | |
| 67. | NW012942 | | X |

| | **Document** | **Document Is Partially Redacted In Public Filing** | **Document Is Entirely Redacted In Public Filling** |
|---|---|---|---|
| 68. | NW012943-45 | | |
| 69. | NW013641-44 | X | |
| 70. | NW013701 | | |
| 71. | NW013702 | | |
| 72. | NW013703 | | |
| 73. | NW013944-45 | X | |
| 74. | NW013946-47 | X | |
| 75. | NW013674-77 | | X |
| 76. | NW014505 | | X |
| 77. | NW014506 | | X |
| 78. | NW016767-74 | X | |
| 79. | NW066721-23 | X | |
| 80. | NW066740-42 | X | |
| 81. | Excerpts from the July 16, 2010 deposition of Stephen Foster ("Foster Tr.") | X | |
| 82. | NW066667-71 | X | |
| 83. | NW066672-76 | X | |
| 84. | NW066677-81 | X | |
| 85. | NW066691-95 | X | |
| 86. | NW066807-13 | X | |
| 87. | NW066820-21 | | |
| 88. | NW066844-46 | X | |

| | Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|---|
| 89. | NW066847-52 | X | |
| 90. | NW066696-700 | X | |
| 91. | NW066788-94 | X | |
| 92. | NW066701-04 | X | |
| 93. | NW066705-11 | X | |
| 94. | NW066712-16 | X | |
| 95. | http://www.treasury.gov/resource-center/sanctions/Programs/Documents/terror.pdf | | |
| 96. | Exhibit 25 to the July 15, 2010 deposition of Michael Hoseason ("Hoseason Dep. Ex 25") | | |
| 97. | Excerpts from the July 13, 2010 deposition of Neil Trantum ("Trantum Tr.") | | |
| 98. | NW000084-111 | | |
| 99. | NW000112-43 | | |
| 100. | NW196319-58 | | |
| 101. | NW212047-73 | | |
| 102. | Excerpts from the June 23, 2008 deposition of Ian Wickens ("Wickens Tr.") | | |
| 103. | March 2, 2011 Expert Report of John Barker ("Barker Rep.") | | |
| 104. | "Britain rejects Bush's charges against charity," The Daily Telegraph, September 25, 2003 | | |
| 105. | Plaintiffs' Second Supplemental Responses and Objections to NW's Contention Interrogatories, dated October 13, 2011 ("Plaintiffs' Second Supp'l Resp. to Cont. Interrog.") | X | |
| 106. | Lord Chalfont - Interpal: Charitable Status, HL Deb, 6 Oct. 2003, vol 653, col18, available at http://www.publications.parliament.uk/pa/ld200203/ldhansrd/vo031006/text/31006-05.htm#31006-05_spopq0 | | |

| | Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|---|
| 107. | Supplementary memorandum submitted by Oxfam to the House of Commons Select Committee on International Development, 19 Nov. 2003, available at http://www.publications.parliament.uk/pa/cm200304/cmselect/cmintdev/230/230we35.htm | | |
| 108. | Hamas/Interpal, HC Deb, 16 Jan. 2006, vol 441, col976W, available at http://www.publications.parliament.uk/pa/cm200506/cmhansrd/vo060116/text/60116w26.htm#60116w26.html_sbhd3 | | |
| 109. | Interpal, HC Deb, 6 Feb. 2006, vol 442, col772W, available at http://www.publications.parliament.uk/pa/cm200506/cmhansrd/vo060206/text/60206w03.htm#60206w03.html_sbhd2 | | |
| 110. | Banking: Interpal, 708 H.L. 2 Mar. 2009, col. WA115, available at http://www.publications.parliament.uk/pa/ld200809/ldhansrd/text/90302w0001.htm#09030220000187 | | |
| 111. | Exhibit 19 to the June 14, 2011 deposition of Clive Walker ("Walker Dep. Ex. 19") | | |
| 112. | Exhibit 20 to the June 14, 2011 deposition of Clive Walker ("Walker Dep. Ex. 20") | | |
| 113. | Interpal, HC Deb, 15 July 2009, vol 496, col481W, available at http://www.publications.parliament.uk/pa/cm200809/cmhansrd/cm090715/text/90715w0024.htm#09071590003305 | | |
| 114. | Exhibit 21 to the June 14, 2011 deposition of Clive Walker ("Walker Dep. Ex. 21") | | |
| 115. | Union of Good, HC Deb, 6 Apr 2010, vol 508, col1224W, available at  http://www.publications.parliament.uk/pa/cm200910/cmhansrd/cm100406/text/100406w0017.htm | | |
| 116. | Plaintiffs' Responses and Objections to NW's Contention Interrogatories, dated July 5, 2011 (Plaintiffs' Resp. to Cont. Interrog.) | X | |
| 117. | December 27, 2010 Expert Report of Yaron Lipshes ("Lipshes Rep.") | | |
| 118. | Exhibit 11 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 11") | | |
| 119. | Excerpts from the June 8, 2011 deposition of Gary Walters ("Walters Tr.") | X | |
| 120. | Exhibit 10 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 10") | | |
| 121. | March 4, 2011 Rebuttal Report of Expert Witness Gary Walters ("Walters Reb. Rep.") | X | |
| 122. | Exhibit 43 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 43") | | X |

8

| | Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|---|
| 123. | Exhibit 23 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 23") | X | |
| 124. | Exhibit 29 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 29") | X | |
| 125. | Exhibit 30 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 30") | X | |
| 126. | Exhibit 38 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 38") | X | |
| 127. | Exhibit 39 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 39") | X | |
| 128. | Exhibit 40 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 40") | X | |
| 129. | Exhibit 31 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 31") | | |
| 130. | Exhibit 42 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 42") | X | |
| 131. | Exhibit 17 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 17") | X | |
| 132. | Exhibit 32 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 32") | X | |
| 133. | Exhibit 33 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 33") | X | |
| 134. | Exhibit 35 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 35") | | X |
| 135. | Exhibit 27 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 27") | | |
| 136. | Exhibit 28 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 28") | | |
| 137. | Exhibit 37 to the June 8, 2011 deposition of Gary Walters ("Walters Dep. Ex. 37") | | X |
| 138. | Exhibit 27 to the June 14, 2010 deposition of Clive Walker ("Walker Dep. Ex. 27") | | |
| 139. | WALKER000007-11 | | |
| 140. | WALKER000012-15 | | |
| 141. | Peter Edge, "Hard Law and Soft Power: Counter-Terrorism, the Power of Sacred Places, and the Establishment of an Anglican Islam," 12 Rutgers J.L. & Relig. 358 (2010) | | |

| | Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|---|
| 142. | Exhibit 15 to the June 14, 2010 deposition of Clive Walker ("Walker Dep. Ex. 15") | | |
| 143. | Exhibit 16 to the June 14, 2010 deposition of Clive Walker ("Walker Dep. Ex. 16") | | |
| 144. | November 19, 2009 Expert Report of Wayne Geisser ("Geisser 2009 Rep.") | X | |
| 145. | Exhibit C to the November 19, 2009 Expert Report of Wayne Geisser ("Geisser 2009 Rep., Ex. C") | X | |
| 146. | Exhibit D to the November 19, 2009 Expert Report of Wayne Geisser ("Geisser 2009 Rep., Ex. D") | X | |
| 147. | December 28, 2010 Expert Report of Wayne Geisser ("Geisser 2010 Rep.") | X | |
| 148. | Excerpts from the June 2, 2011 deposition of Dr. Matthew Levitt ("Levitt NW Tr.") | X | |
| 149. | Excerpts from the September 1, 2010 deposition of Dr. Matthew Levitt in Strauss, et al. v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf, et al. v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Levitt CL Tr.") | X | |
| 150. | Excerpts from the May 13, 2011 deposition of Arieh Spitzen ("Spitzen NW Tr.") | X | |
| 151. | Excerpts from the August 11 and 12, 2010 deposition of Arieh Spitzen in Strauss, et al. v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf, et al. v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Spitzen CL Tr.") | X | |
| 152. | December 30, 2010 Expert Report of Dr. Matthew Levitt ("Levitt NW Rep.") | X | |
| 153. | November 30, 2010 English Expert Report of Arieh Spitzen ("Spitzen NW Rep.") | X | |
| 154. | Excerpts from Plaintiffs' Response to Defendant Credit Lyonnais, S.A.'s Amended Statement of Material Facts As To Which There Is No Genuine Issue Pursuant To Local Civil Rule 56.1, dated October 14, 2011 ("CL 56.1 Response") | X | |
| 155. | Excerpts from the June 17, 2011 deposition of Wayne Geisser ("Geisser Tr.") | X | |
| 156. | Fifth Amended Complaint in Weiss, et al. v. National Westminster Bank, PLC (D.I. 141) ("Weiss Fifth Am. Cmpl.") | | |
| 157. | Complaint in Applebaum, et al. v. National Westminster Bank, PLC (D.I. 1) ("Applebaum Cmpl.") | | |

| | Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|---|
| 158. | Excerpts from the July 20, 21, and 24, 2011 deposition of Arieh Spitzen in Linde, et al. v. Arab Bank, PLC (Case No. 04-cv-2799) ("Spitzen Arab Bank Tr.") | | |
| 159. | Matthew Levitt, "Better Late Than Never: Keeping USAID Funds out of Terrorist Hands," Washington Institute for Near East Policy, Policy Watch # 1277 (August 24, 2007) | | |
| 160. | Matthew Levitt, "How Not to Fund Hamas: Scrutinize Those Who Receive U.S. Aid," New York Daily News, February 4, 2009 | | |
| 161. | "Enter Hamas: The Challenges of Political Integration," International Crisis Group Middle East Report No. 49, January 18, 2006 | | |
| 162. | Emanuel Schäublin, Role and Governance of Islamic Charitable Institutions: The West Bank Zakat Committees (1977-2009) in the Local Context, Centre on Conflict, Development, and Peacebuilding Working Paper (2009) | | |
| 163. | Jeroen Gunning, "Terrorism, charities and diasporas: Contrasting the fundraising practices of Hamas and al Qaeda among Muslims in Europe," in Countering the Financing of Terrorism (Thomas J. Biersteker & Sue E. Eckert eds., 2008) | | |
| 164. | Exhibit 4 to the September 1, 2010 deposition of Dr. Matthew Levitt in Strauss, et al. v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf, et al. v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Levitt CL Dep. Ex. 4") | | |
| 165. | Exhibit 8 to the September 1, 2010 deposition of Dr. Matthew Levitt and certified translation in Strauss, et al. v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf, et al. v. Crédit Lyonnais, S.A. ("Levitt CL Dep. Ex. 8") | | |
| 166. | "Islamic Social Welfare Activism In The Occupied Palestinian Territories: A Legitimate Target?" International Crisis Group Middle East Report No. 13 (April 2, 2003) | | |
| 167. | Jonathan Benthall, The Palestinian Zakat Committees 1993-2007 and Their Contested Interpretations, Program for the Study of International Organization Occasional Paper 1/2008, Geneva: Graduate Institute of International and Development Studies | | |
| 168. | Excerpt from June 17, 2010 Supplemental Expert Report of Dr. Matthew Levitt in Strauss, et al. v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf, et al. v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Levitt CL Rep.") | | |
| 169. | Exhibit 7 to the September 1, 2010 deposition of Dr. Matthew Levitt in Strauss, et al. v. Crédit Lyonnais, S.A. (Case No. 06-cv- | | |

| | Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|---|
| | 702) and Wolf, et al. v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Levitt CL Dep. Ex. 7") | | |
| 170. | Exhibit 4 to the June 2, 2011 deposition of Dr. Matthew Levitt ("Levitt NW Dep. Ex. 4") | | |
| 171. | Exhibit 8 to the June 2, 2011 deposition of Dr. Matthew Levitt ("Levitt NW Dep. Ex. 8") | | |
| 172. | March 4, 2011 Expert Report of Brian Jenkins ("Jenkins NW Rep.") | | |
| 173. | Excerpts from Eli Berman, Radical, Religious, and Violent: The New Economics of Terrorism (Cambridge, MA: MIT Press, 2009) | | |
| 174. | Plaintiffs' Responses and Objections to CL's Contention Interrogatories in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914), dated April 11, 2011 ("Plaintiffs' Resp. to CL Cont. Interrog.") | X | |
| 175. | Plaintiffs' Supplemental Responses to CL's Contention Interrogatories in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914), dated July 11, 2011 ("Plaintiffs' Supp. Resp. to CL Cont. Interrog.") | X | |
| 176. | Excerpts from 31 C.F.R. Appendix A to Chapter V (31 C.F.R. Ch.V, App'x A (2010)) | | |
| 177. | Excerpt from Counterterror Initiatives in the Terror Finance Program: Hearings before the Comm. on Banking. Housing, and Urban Affairs of the U.S. Senate, 108th Cong. 23 (2003) (statement of David D. Aufhauser, General Counsel, U.S. Department of the Treasury) ("Aufhauser Testimony") | | |
| 178. | Excerpts from Rashumot publications ("Rashumot Publications") | | |
| 179. | December 30, 2010 English Expert Report of Ronni Shaked ("Shaked NW Rep.") | | |
| 180. | Excerpts from the November 4, 2010 deposition of Ronni Shaked in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Shaked CL Tr.") | | |
| 181. | Exhibits 9A and 9B (certified translation of Ex. 9A) from the November 4, 2010 deposition of Ronni Shaked in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Shaked CL Dep. Exs. 9A and 9B") | | |

| | **Document** | **Document Is Partially Redacted In Public Filing** | **Document Is Entirely Redacted In Public Filling** |
|---|---|---|---|
| 182. | Exhibits 11 and 11A (certified translation of Ex. 11) from the May 3, 2011 deposition of Ronni Shaked ("Shaked NW Dep. Exs. 11 and 11A") | | |
| 183. | Excerpts from the May 3, 2011 deposition testimony of Ronni Shaked ("Shaked NW Tr.") | | |
| 184. | Exhibits 17A and 17B (certified translation of Ex. 9A) from the November 4, 2010 deposition of Ronni Shaked in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Shaked CL Dep. Exs. 17A and 17B") | | |
| 185. | March 3, 2011 Rebuttal Report of Moshe Azoulay ("Azoulay NW Reb. Rep.") | | |
| 186. | Annexes B5 and B6 (certified translation of Annex B5) to the Azoulay NW Reb. Rep. and certified translation ("Azoulay NW Reb. Rep., Annexes B5 and B6") | | |
| 187. | Excerpts from the December 2 and 3, 2010 deposition of Evan Kohlmann in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Kohlmann CL Tr.") | | |
| 188. | Appendix to the Kohlmann Rep., page 336 ("Kohlmann App'x p. 336") | | |
| 189. | Annexes B3 and B4 (certified translation of Annex B3) to the Azoulay NW Reb. Rep. and certified translation ("Azoulay NW Reb. Rep., Annexes B3 and B4") | | |
| 190. | Annex B2 to the Azoulay NW Reb. Rep. ("Azoulay NW Reb. Rep., Annex B2") | | |
| 191. | Exhibits 22A and 22B from the November 4, 2010 deposition of Ronni Shaked in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Shaked CL Dep. Exs. 22A and 22B") | | |
| 192. | Copy of website and certified translation of website cited in Shaked NW Rep. n.430, http://www.pmo.gov.il/PMO/Communication/IsraelUnderAttack/Jerusalem2/Jerusalem.htm | | |
| 193. | Appendix to the Shaked NW Rep., pages 1076-91 and certified translation ("Shaked NW Rep., App'x 1076-91") | | |
| 194. | Appendix to the Shaked NW Rep., pages 1019-22 and certified translation ("Shaked NW Rep., App'x 1019-22") | | |

| | Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|---|
| 195. | Exhibits 19A and 19B from the November 4, 2010 deposition of Ronni Shaked in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Shaked CL Dep. Exs. 19A and 19B") | | |
| 196. | Annex B8 to the Azoulay NW Reb. Rep. and certified translation ("Azoulay NW Reb. Rep., Annex B8") | | |
| 197. | Annex B9 to the Azoulay NW Reb. Rep. ("Azoulay NW Reb. Rep., Annex B9") | | |
| 198. | Annex B10 to the Azoulay NW Reb. Rep. ("Azoulay NW Reb. Rep., Annex B10") | | |
| 199. | Annex B11 to the Azoulay NW Reb. Rep. ("Azoulay NW Reb. Rep., Annex B11") | | |
| 200. | Appendix to the Shaked NW Rep., pages 1066-75 and certified translation ("Shaked Rep., App'x 1066-75") | | |
| 201. | Copy of website cited in Shaked NW Rep. n.431, http://www.mfa.gov.il/MFA/MFAArchive/2000_-2009/2004/1/Suicide+bombing+of+Egged+bus+no+ 19+in+Jerusalem+-.htm | | |
| 202. | December 8, 2009 English Expert Report of Ronni Shaked ("Shaked CL Rep.") | | |
| 203. | October 5, 2010 Supplemental Expert Report of Ronni Shaked With Respect to the March 7, 2003 Attack (Redline) in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Shaked CL 3/7/03 Attack Rep.") | | |
| 204. | Exhibits 18A and 18B from the November 4, 2010 deposition of Ronni Shaked in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Shaked CL Dep. Exs. 18A and 18B") | | |
| 205. | December 29, 2010 Expert Report of Moshe Azoulay ("Azoulay NW Rep.") | | |
| 206. | February 22, 2011 Expert Report of Emanuel Gross ("Gross NW Rep.") | | |
| 207. | Excerpts from the September 28, 2010 deposition of Emanuel Gross in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Gross CL Tr.") | | |
| 208. | Exhibits 2A and 2B (certified translation of Ex. 2A) from the September 28, 2010 deposition of Emanuel Gross in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Gross CL | | |

| | Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|---|
| | Dep. Exs. 2A and 2B") | | |
| 209. | Exhibits 3A and 3B (certified translation of Ex. 3A) from the September 28, 2010 deposition of Emanuel Gross in <u>Strauss v. Crédit Lyonnais, S.A.</u> (Case No. 06-cv-702) and <u>Wolf v. Crédit Lyonnais, S.A.</u> (Case No. 07-cv-914) ("Gross CL Dep. Exs. 3A and 3B") | | |
| 210. | September 8, 2009 Expert Report of Evan Kohlmann ("Kohlmann Rep.") | | |
| 211. | Exhibit 1 to the Kohlmann Rep. ("Kohlmann Rep. Ex. 1") | | |
| 212. | Exhibit 9 to the Kohlmann deposition in <u>Strauss v. Crédit Lyonnais, S.A.</u> (Case No. 06-cv-702) and <u>Wolf v. Crédit Lyonnais, S.A.</u> (Case No. 07-cv-914) ("Kohlmann CL Dep. Ex. 9") | | |
| 213. | Exhibit 5 to the Kohlmann deposition in <u>Strauss v. Crédit Lyonnais, S.A.</u> (Case No. 06-cv-702) and <u>Wolf v. Crédit Lyonnais, S.A.</u> (Case No. 07-cv-914) ("Kohlmann CL Dep. Ex. 5") | | |
| 214. | Exhibit 11 to the Kohlmann deposition in <u>Strauss v. Crédit Lyonnais, S.A.</u> (Case No. 06-cv-702) and <u>Wolf v. Crédit Lyonnais, S.A.</u> (Case No. 07-cv-914)  ("Kohlmann CL Dep. Ex. 11") | | |
| 215. | Exhibit 12 to the Kohlmann deposition in <u>Strauss v. Crédit Lyonnais, S.A.</u> (Case No. 06-cv-702) and <u>Wolf v. Crédit Lyonnais, S.A.</u> (Case No. 07-cv-914) ("Kohlmann CL Dep. Ex. 12") | | |
| 216. | Exhibit 13 to the Kohlmann deposition in <u>Strauss v. Crédit Lyonnais, S.A.</u> (Case No. 06-cv-702) and <u>Wolf v. Crédit Lyonnais, S.A.</u> (Case No. 07-cv-914) ("Kohlmann CL Dep. Ex. 13") | | |
| 217. | Exhibit 14 to the Kohlmann deposition in <u>Strauss v. Crédit Lyonnais, S.A.</u> (Case No. 06-cv-702) and <u>Wolf v. Crédit Lyonnais, S.A.</u> (Case No. 07-cv-914) ("Kohlmann CL Dep. Ex. 14") | | |
| 218. | Exhibits 18 and 19 (translation of Ex. 18) to the Kohlmann deposition in <u>Strauss v. Crédit Lyonnais, S.A.</u> (Case No. 06-cv-702) and <u>Wolf v. Crédit Lyonnais, S.A.</u> (Case No. 07-cv-914) ("Kohlmann CL Dep. Exs. 18 and 19") | | |
| 219. | Annex B7 to the Azoulay NW Reb. Rep. ("Azoulay NW Reb. Rep., Annex B7") | | |

| Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|
| 220. Exhibit A to the Jenkins NW Rep. ("Jenkins NW Rep. Ex. A") | | |
| 221. Exhibit B to the Jenkins NW Rep. ("Jenkins NW Rep. Ex. B" | | |
| 222. December 29, 2010 Expert Report of Shaul Naim ("Naim NW Rep.") | | |
| 223. Excerpts from the October 6, 2010 deposition of Shaul Naim in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Naim CL Tr.") | | |
| 224. April 14, 2011 Supplemental Rebuttal Report of Moshe Azoulay ("Azoulay NW Supp. Reb. Rep.") | | |
| 225. Exhibits 7 and 7A (certified translation of Ex. 7) from the May 26, 2011 deposition of Shaul Naim ("Naim NW Dep Exs. 7 and 7A") | | |
| 226. Excerpts from the May 26, 2011 deposition of Shaul Naim ("Naim NW Tr.") | | |
| 227. December 10, 2009 Expert Report of Shaul Naim in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Naim CL Rep.") | | |
| 228. January 12, 2010 Supplemental Expert Report of Shaul Naim in Strauss v. Crédit Lyonnais, S.A. (Case No. 06-cv-702) and Wolf v. Crédit Lyonnais, S.A. (Case No. 07-cv-914) ("Naim CL. Supp. Rep.") | | |
| 229. Annex A to the Azoulay NW Rep. ("Azoulay NW Rep., Annex A") | | |
| **Exhibits to Declaration of Stephanie D. Sado** | | |
| 1. Business as Usual for Defiant City," Evening Standard (London), Apr. 26, 1993; "1 Dead, 40 Hurt As a Blast Rips Central London," The New York Times, April 25, 1993; "City Hopes for 'Business as Usual' After IRA Bomb," The Independent (London), April 13, 1992 | | |
| 2. Excerpts from the July 23, 2010 deposition of Amanda Holt ("Holt 7/23/10 Tr.") | | |
| 3. Excerpts from the July 16, 2010 deposition of Stephen Foster ("Foster 7/16/10 Tr.") | | |
| 4. Excerpts from the NatWest Annual Report and Accounts 2003 | | |
| 5. Excerpts from the June 24, 2008 deposition of Belinda Lane | | |

| | Document | Document Is Partially Redacted In Public Filing | Document Is Entirely Redacted In Public Filling |
|---|---|---|---|
| | ("Lane 6/24/08 Tr.") | | |
| 6. | Excerpts from the July 14, 2010 deposition of Michael Hoseason ("Hoseason 7/14/10 Tr.") | | |
| 7. | Excerpts from the July 15, 2010 deposition of Michael Hoseason ("Hoseason 7/15/10 Tr.") | X | |
| 8. | Excerpts from the June 8, 2010 deposition of Guy Cole ("Cole 6/8/10 Tr.") | | |
| 9. | Excerpts from the July 22, 2010 deposition of Irvine Rodger ("Rodger 7/22/10 Tr.") | X | |