**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON
MOSCOW • FRANKFURT • COLOGNE • ROME • MILAN
HONG KONG • BEIJING • BUENOS AIRES • SÃO PAULO

Writer's Direct Dial: +1 212 225 2840
E-Mail: lfriedman@cgsh.com

LESLIE B SAMUELS
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L. TORTORIELLO
A RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M PEASLEE
ALAN L. BELLER
THOMAS J MOLONEY
WILLIAM F GORIN
MICHAEL L. RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
JAIME A EL KOURY
STEVEN G HOROWITZ
ANDREA G PODOLSKY
JAMES A. DUNCAN
STEVEN M. LOEB
DONALD A STERN
CRAIG B BROD
SHELDON H ALSTER
WANDA J OLSON
MITCHELL A. LOWENTHAL
EDWARD J ROSEN
JOHN PALENBERG
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S ZELBO
DAVID E BRODSKY
MICHAEL R LAZERWITZ
ARTHUR H KOHN
RAYMOND B CHECK

RICHARD J COOPER
JEFFREY S LEWIS
FILIP MOERMAN
PAUL J SHIM
STEVEN L. WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRÉS DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D BOCCUZZI, JR
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M SCHWEITZER
KRISTOFER W HESS
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA

BENET J O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P MCGRORY
CHRISTOPHER P MOORE
JOON H KIM
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R SHAPIRO
JENNIFER KENNEDY PARK
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
GABRIEL J MESA
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C. CONROY JR
KATHLEEN M EMBERGER
WALLACE L. LARSON, JR
JAMES D. SMALL
AVRAM E. LUFT
ELIZABETH LENAS
DANIEL ILAN
CARLO DE VITO PISCICELLI
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
RESIDENT COUNSEL

March 22, 2012

BY HAND

Hon. Dora L. Irizarry, U.S.D.J.
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Weiss v. National Westminster Bank Plc</u>, 05-cv-4622 (DLI) (MDG)
<u>Applebaum v. National Westminster Bank Plc</u>, 07-cv-916 (DLI) (MDG)

Dear Judge Irizarry:

I am enclosing on behalf of defendant National Westminster Bank Plc ("NatWest") a Chambers set of the parties' papers in support of and in opposition to NatWest's motion for summary judgment. In accordance with Your Honor's Individual Rules, Magistrate Judge Go's December 19, 2011 Supplemental Protective Order and Magistrate Judge Go's February 28, 2012 Protective Order, NatWest has filed with the Clerk all of the parties' papers concerning NatWest's motion, both under seal in unredacted form, and publicly in redacted form. Pursuant to the December 19, 2011 Supplemental Protective Order, both parties have indicated with markings in red ink on the enclosed Chambers set of the parties' papers those portions that have been redacted in the publicly filed versions because they contain protected information.

The enclosed documents include the following:

- Notice of Motion For Summary Judgment by NatWest;

- Memorandum of Law of NatWest In Support of Its Motion For Summary Judgment;

- NatWest's Statement of Material Facts As To Which There Is No Genuine Issue Pursuant To Local Civil Rule 56.1;

- Declaration of Valerie Schuster In Support of the Motion For Summary Judgment by NatWest and the exhibits thereto, in seven volumes;

- Letter from Stephen Cromie, attaching Statement of Interest on behalf of Her Majesty's Treasury;

- Plaintiffs' Memorandum of Law In Opposition to Defendant's Motion For Summary Judgment;

- Declaration of Joel Israel in Support of Plaintiffs' Opposition to Defendant's Motion For Summary Judgment, and the exhibits 1-173 thereto;

- Plaintiffs' Statement Responding to Defendant's Statement of Material Facts As To Which There Is No Genuine Issue;

- Plaintiffs' Statement of Material Facts As To Which There Is a Genuine Issue To Be Tried Pursuant To Local Rule 56.1(b);

- Reply Memorandum of Law of NatWest In Further Support of Its Motion For Summary Judgment; and

- Reply Declaration of Stephanie D. Sado in Support of the Motion for Summary Judgment by NatWest and the exhibits thereto.

- Index of Papers Submitted By NatWest In Support Of Its Motion For Summary Judgment; and

- Index of Papers Submitted by Plaintiffs In Opposition To Defendant's Motion For Summary Judgment. (These two indexes identify the documents that have been partially or completely redacted in the public filings, in accordance with the Court's prior orders.)

The documents enclosed with this letter are in two boxes. The first box contains documents submitted by NatWest and the second contains those submitted by plaintiffs.

Respectfully,

Lawrence B. Friedman

Enclosures
cc: All counsel of record