**EXHIBIT 99 to Declaration of Joel Israel**



רשומות

# ילקוט הפרסומים

| 11 בנואר 1997 | 4520 | ד' באייר התשנ"ז |

עמוד

הודעה על קביעת התפקיד של הצרת . . . . . . 3364

הודעה בדבר הגדר עבודה שלוחהים לפי חוק שרות
הדיינה (נשצאלות)

מינוי מנהלת מקום המנהל הכללי של משרד המשפטים 3364

הודעה על גמר כהונתו של שופט . . . . . . 3366

הסמכה בסמכויות של ראשי מקרקעין . . . 3366

הודעה: על תיקון ן לפטור שטוט עובר מישעאור . . . 3366

תיקון הכריה על התאורטיות גלוי מחלות לפי תקנות
הרבנה (שנת חיותם) 1966 . . . . .

הודעה על מינו מקרו עובר . . . 3367

הודעה על מינוי מומנה על הגביה לפי אקירה
המסים נגבית . . . . . . 3367

בית דין לעבודה ולכבית מקום התבעינה, נריון
מ דין . . . . . . 3367

הודעה לפי מינו חברים לעדירה פסיכוארית
מחוזית לילדים ולנער . . . . .

עמוד

הודעה על מינוי חברת מישפעונם לפי חוק הפטריסלונים . 3368

הרשמה לפי חוק מצועם הצויות ורציר רישוים
תלש חוק הממשגול לעומר גי ריותם חיישום) 3364

מינוי מפונת מקום נצ' שו הביוג הדשיבה במחוזית
האריצית לאבבן ולבניה . . . . . 3369

הודעה בדבר קביעת חביים . . . . . . . 3369

הודעה בדבר שעתיים החתקים . . . 3399

הודעה בדבר בקשות לרישום זכות מסמחים של וכי
נמחים . . . . . . . . . 3399

הודעה מקרקות בדבר מדיקן מבינים הנגמהות 3400

הודעה בדבר מדיקק מתנקם הנגמהות . . . 3410

בקשה לפירוק חברה על ידי בית המשטה . . 3411

הודעות מאת הכום הרשמי . . . . . . . 3412

הודעות מאת האפטרופוס הכללי . . . . . . . 3414

רוח׳ם שבתיים של בנק ישראל על מסשר הססבעא 3415

הודעות מאת הנמבר . . . . . . . . . 3418

<div dir="rtl">

## תיקון חברות על התאחדותן בלהי מוזרת

לפי חוקת הוגנה הוצאה (פעולת חירום), 1948

...

כ"ט בניסן התשנ"ז, 61 במאי 1997)
יונתן פורתי
שר הבטחון

צ"ד 3401, תיק ג' עמ' 300
רע"ח התשנ"ז/א, עמ' 4550

## הודעה על מינוי בקורת שומה

לפי פקודת מס הכנסה

...

י' בניסן התשנ"ז (17 באפריל 1997)
דן מרידור
שר האוצר

דיני מדינת ישראל, נוסח חדש 6, עמ' 120.

## הודעה על מינוי ממונה על הגבייה

...

י' בניסן התשנ"ז (17 באפריל 1997)
דן מרידור
שר האוצר

חוק ח"י, סדך ב' עמ' 342; ס"ח התשנ"ד, עמ' 46

## הודעה ברבר ספסם התביעות בדיון מוחדר

...

</div>

<div dir="rtl">

...1977 בינואר ...

י"ב באכסט התשני"ז (28 בינואר 1997)
י' רבינר, שופט
נעיא בית משפט מחוזי
מחוזי בחי המשפט

## הודעה על מינוי חברים לוזדדית פסיכואטרית מחוזית לילדים ולנוער

לפי חוק טיפול בחולי נפש, התשנ"א—1991

...

מחוז ירושלים

ד"ר יוסף הבל
ד"ר אשר גליל

מחוז תל־אביב

אורית אופנדסקי

מחוז חיפה

יעל רצאה

ד"י רוטמלד

מחוז חינה

ד"ר דינה קטולר

שאראן הרזא
שטרה מסוב
אבני קוליל

תמר נמלין
מיכאל ויל
נה התשמנ

רע"ח התשנ"ד, עמ' 746; התשנ"ז, עמ' 1034

</div>



רשומות

# ילקוט הפרסומים

ב״ג בשבט התשנ״ח                    4619                    19 בפברואר 1998

| עמוד | | עמוד | |
|---|---|---|---|
| 2318 | הרשאות לפעול בביצוע רכב מוגי | 2314 | הודעה על מינוי סגן שר |
| 2318 | הודעה בדבר משרד בית משפט שבו מטפלת בערכה תפקירנת של בתי משפט | 2314 | הודעה על כניסתם לתוקף תקנות חספיריות וקמענה |
| 2318 | הודעה בדבר כתובות ארני מאוטס | 2314 | מינוי הבר לוערה מחוזית לפי הק חמעונות |
| 2318 | הודעה על פקיעת תוקפם של שכירות נפט | 2314 | הכרזה לפי פקודה מחוזו מחר |
| 2319 | הודעה על פקיעת של הותר מיקרקין לעוברי נפט | 2315 | הודעה על מרו שיכפים לבית משפטו לעניני מטעות |
| 2319 | הודעה על הנודן הישראים מרובה | 2315 | מינוי משלם מטום לבצל הבללי של מטרר המשמטים |
| 2319 | האשמם קדבובים המודרים שהטמו לדישום קי יום 12.97 | 2315 | מינוי יושב ראש והכי לממבוכה לחברי התאחדים במטאיים |
| 2322 | הודעה על בימל חמכמים קרונרים מיודרים אהמעלל בשנת 1997 | 2315 | מינוי נוע הביעור היעורים מחברה טאחרות לחברה ובנה |
| 2323 | הודעה בדבר שירות רית ראות מחוזי חכללי | 2315 | הודעה על מינוי מחי מטריאל טמיר |
| 2324 | הודעה מטר לפי מקורה הבוירות בעזרת | 2315 | הודעה על הקמם לפי מקורה בראות חגם |
| 2324 | הודעה בדבר השערת חברה מירחה מחרית | 2316 | מינוי חבר לוערה חלמות לפי הק הכספנמים |
| 2324 | הודעה בדבר מטן רשיות לחתיא לאור מחינית | 2316 | מינוי חבי לוידות חמרות למע גוללי גוללה ברידת |
| 2325 | הודעה מכר מחזית רכ עיר | 2316 | שירני מרבב מלבעת כריות ממשרת על מי עמברה |
| 2325 | מינוי ממלל ארחנה רשטה אקייטרת | 2316 | המטבר לפי רחין תנום הוגש |
| 2328 | הודעה בדבר ריביות שקירות לשכר עירור | 2316 | הודעים מכר מטמר חברי חמערל הטמים לטקרת ריאות מטחרות |
| 2335 | הורעה לפי הק התכנון והבניה | 2316 | הודעה על מינוי מקריר מני חזק סוכרי ותות לפי חנק לעדיר מילמת של בית עזרי ותות מוזית |
| 2334 | מקשרה לעודץ חכחת על יד בית הטטמל | 2317 | הודעה לפי הק המשרה על הממבב בהר י |
| 2340 | הורעה לפי מקורה האעורה חשומעת | 2317 | ריטין חיריה הפנים |
| 2340 | הודעת מטח חבונה חרטמו | 2317 | ריטין הטירו לתבורה בעם האעוצים ראלא״ין בחץ לארן |
| 2342 | הורעת מטח האומחשמו חכללי | 2317 | ריטין חטריר בעם ותמפר נריתה חרץ בהץ לארץ |
| 2342 | ד״ח אבוייע ייל בבן ישראל על מחזר הממתנ | 2317 | |
| 2342 | הורעה מטח הערטמ | | |

בילקוט הפרסומים התשנ"ד, עמ' 4434. בילקוט הפרסומים
החמצ"ט, עמ' 3434, ובילקוט הפרסומים התשנ"ד, עמ' 3803.
מסדרות הממשלתית שלהאוניית הפסורטים לחוק הם ארגוים
שחיריטיים ביחודם ואלן מארגון לחממם:

(1) פלסטיני אלסטולת:

(2) שן תרואיה הפרתה לפלסטי (אינרפאל) -
Palestinian Relief and Development Fund
(INTERPAL).

(3) שך אלסאנדט.

(4) הוהבר לפעלת, והולידריית עם פלסטיי -
La Comue de Benfiassaice et de Solidarite Avec
la Palestine (CBSP)

(5) שך הברואה הקרואל לוותוה ולפרוות -
Holy Land Foundation for Relief and
Development

כ"ט בטבת התשנ"ח (11 בינואר 1998)
נחם 2680-ג1
מוכיר המשרטלה:

---

## מינוי שופט לבית משפט לענינו משפחה

לפי חוק בית המשפט לענינו משפחה, התשנ"ה-1995

בהוקף מסמכותי לפי סעיף (ב) לחוק בית המשטה
לענינו משפחה, התשנ"ה-1995', ובהסכמת נשיא בית
המשפט המחזו, אני ממנה את השופטת שריה, נולי, ת"ז
00846844, שהוטה של בית משפט שלום, ליהן בבית משפט
לענינו משפחה, החל ביום כ"ח בטבת התשנ"ח (25 בינואר
1998).

כ"ד בטבת התשנ"ח (22 בינואר 1998)                     צדו הנצני
נחם 2680-ג1                                          שר המשפטים

---

## מינוי שופט לבית משפט לענינו משפחה

לפי חוק בית המשפט לענינו משפחה, התשנ"ה-1995

בהוקף מסמכותי לפי סעיף (ב) לחוק בית המשטה
לענינו משפחה, התשנ"ה-1995', ובהסכמת נשיא בית
המשטה המחזו, אני ממנה את השופטת סיה, ת"ו
7301846844, שהוטה של בית משפט שלום, לכן בבית משפט
לענינו משפחה, החל ביום כ"ח בטבת התשנ"ח (25 בינואר 1998).

כ"ד בטבת התשנ"ח (22 בינואר 1998)                     צדו הנצני
נחם 2680-ג1                                          שר המשפטים

---

## הודעה על מינוי סגן שר

לפי חוק יסוד: הממשלה:

מודיעים בזאת, על פי סעיף 36א(ג) לחוק יסוד:
הממשלה', כי בהחלטת הממשלה ובהן לחוק האמור, מונה
שמאלת משה עד החזקה, הרהבות החממית, בראשות ראש
הממשלה, את הבר הכנסת משה פלי לסגן שר במשרד
הדתות, התחזמ התשנ"ח.

הודעה על המנוי נמסרה לכנסת ביום א' בשבט
התשנ"ח (28 בינואר 1998).

נמסרים של סגן השר משה פלי מקבה ביום כ"א בשבט
התשנ"ח (17 בינואר 1998) עם מסירתו של שר הדתות,
התחזת התשממות.

ר בשבט התשנ"ח (3 בפברואר 1998)
נחם 3-ג1                                        רן נוה
                                         מוכיר הממשלה

---

## הודעה על מינויים לדירה חמישיונת ולמרכזת המישעית של בנק ישראל

לפי חוק בנק ישראל, התשני"ד-1954

מודיעים בזאת, כי בהתאם לסעיפים 8א(ב) רובנט לחוק
בנק ישראל, התשני"ד-1954', מתמנה הממשלה את ריפאה
סרינה, ואת אירקן רף לריות חברות במוצה חמישיונת
ומבראכ הממשית של בנק ישראל עד יום כ"ה בניסן
התשנ"ה (21 באפריל 1999).

ר בשבט התשנ"ח (3 בפברואר 1998)
נחם 3-ג1                                        רן נוה
                                         מוכיר הממשלה

---

## הודעה על מינוי חבר לועדת שדרורים

לפי חוק העונשין, התשל"ז-1977

בהתאם מסמכויי לפי סעיף 36א(ב) לחוק העונשין,
התשל"ז-1977', אני ממנה את ד"ר לואיז רשטוי, רוטש,
לחבר ועדות שדרורים בתהרא מהדוד.

וד בשבט התשנ"ח (3 בפברואר 1998)
נחם 16-ג1                                       צדו הנצני
                                          שר המשפטים

---

## הכרזות

לפי פקירת מניעת סודר, התשמ"ח-1948

בהתאם מסמכוי לפי סעיף 8 לפקודת מניעת סודר, מחו,
התשמ"ח-1948', ובהוקף להוראות שדרירמה עליהי פרוסמה

---

2314

ילקוט הפרסומים 4619, כ"ז בשבט התשנ"ח, 10.2.1996



רשומות

# ילקוט הפרסומים

| כ"ג באדר התשס"ב | **5058** | 7 במרס 2002 |
|---|---|---|

| עמוד | | | עמוד |
|---|---|---|---|
| חיקוק הכרזה על התאחרות בלחי שותרת לפי תקנות | | אצילת סמכויות לפי חוק-יסוד: הממשלה | 1940 |
| ההגנה (שעת חירום) ... 1500 | | הודעה בדבר חילוף סגן מפלא מקום ובחירת מגן | |
| מינוי שופט נוער ... 1500 | | ראש המועצה המקומית גבעת עדה ... 1941 | |
| מינוי חברות ערכאו לפי חוק משפחות חיילים שנספו | | הודעה על קיום בחינות מועד אביב 2002 של מועצת | |
| במערכה ונגמלים (שיקום) ולפי חוק בתי דין | | רואי חשבון ... 1941 | |
| מינהליים 1500 | | הודעה על צירוף מסטטיסקה ... 1942 | |
| מינוי חברה לירכות ערכאו לפי החוקים האמורים ... 1500 | | הודעות בדבר השעייתם חברים מלשכת עורכי דין ... 1942 | |
| ולפי חוק בתי דין מינהליים 1500 | | הודעה בדבר מינוי ומקום בחירת רב העיר | |
| מינוי חברה לעדות ערכאו לפי החוקים האמורים 1500 | | תל-אביב-יפו ... 1942 | |
| הודעה בדבר העונק סמכויות לפי חוק התקשורת | | חיקון טעות בהמכורז לפי חוק איסור הלבנת הון ... 1943 | |
| (בזק ושירותים) 1500 | | ביטול אזהרה: על אבר נגע במאלה העניקפל ... 1943 | |
| הודעה על מינוי מפקח על המחירים ... 1500 | | הודעות בדבר רכישת קרקעות לצרכי ציבור ... 1943 | |
| מינוי סגן פסיכיאטר מחוז ... 1500 | | הודעות לפי חוק התכנון והבנה ... 1944 | |
| מינוי הכר לצרכת מראיות לענין נפלה נוירות 1500 | | הודעה לפי פקודת האגודות השיתופיות ... 1423 | |
| הירקף על האירגא תוקף הסמכה לפי חוק המהנדרסים | | הודעות מאת חבטני הרשמי ... 1438 | |
| והארדינכלים ... 1500 | | הודעות מאת הצרכד ... 1630 | |
| | | רחזת שבועיים של בנק ישראל ... 1654 | |

תיקון חברזה על התאחדות בלתי מותרת

לפי תקנות ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(ב) לתקנות ההגנה (שעת חירום), 1945, ולאחר ששוכנעתי כי הרבר דרוש לצורך הגנת על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני קובע בי בהכרזה על התאחדות בלתי מותרת, אחרי "אלכוותה. אלאיסלאמה" יבוא:

"אגוודה הצדקה באיראן ואימרע השיריות לארגון התמאס, או המסכות בו ומהקפה את התספורת של התמאס, לרבות –

ועדת הצדקה והחסד האן ינס (ולנגת ובאת אלדהקה
האן ינ0):

אגודה חמברכז האסלאמי (אלסבמ אלאסלאמי)
ברצועת עזה,

אגודה מרדר המארוה האסלאמית (ובמעית אלבלאה
אלאסלאמיה:) ברצועת עזה;

האגודה האסלאמית (אלגמעיה אלאסלאמיה:) ברצועת
עזה;

אגודה האגמנות לנשאל בקשישים (ובמעית אלמעבאא
לנשאלה אל מסנין:) רצועת עזה;

אגודה מוסד הצדקה והחסד לילדים (ובמעית ממרח
אלחסוה ללחפפאלא:) ברצועת עזה;

אגודה בית הקראוץ וספת (ובמעית דאר אלתכאא
ואלאמאן:) ברצועת עזה;

אגודה בית הקראוץ המכ07 והספגה (ובמעית דאר
אלקראץ אלקדם ואלפנאיו) ברצועת עזה;

אגודה תהאכר אלכר (ובמעית אלדאד אלחיריה:)
ברצועת עזה;

אגודה הצדקה האסלאמית חברן (אלגמעיה אלחיריה
אלאסלאמיה אלהליל:)

אגודה הסולאמי ביריה (ובמעית אלאזעא
אלחיריה:)

האגודה לפיעול ביתומים בבית להם (ובמעית רעאית
אליתם בית לחם);

אגודה הצדקה (הרשומה) האסלאמית באלביריה
(ובמעית אלאבלאמי:)

ועדת הצדקה בראמללה (ולנגת אלוכאת רעאללה:)

אגודה אלכראן ואלוסנה קלקליה (ובמעית אלכראן
ואלספה קלקלה:)

ועדת הצדקה פול ברם (ולנגת אלוכאת נול ברם:)

אגודה הסולידריות לצדקה האסלאמית (רבמעית
אלתראמן אלחיריה אלאסלאמיה:) שכם;

ועדת הסיוע האסלאמית שכם (ולנגת אלאמדאד
אלאסלאמיה נאבלס:)

ועדת כספי הצדקה נגין (ולנגת אמאל אלצדקה
ג'נין:)

אנורה הצעירים הfuselקים (ובמעית אלשבאן
אלמסלמין) חברן:

וכן האגודה האלה: שברבנו בחו"ל:

הבנק העולמי לעונו אסלאמה (אלמדיה אלעאלמיה
לשבנ אסלאמי")

קראלביח הצדקה (ראאאל אלחירד")

אגודה הסיוע האסלאמית העולמית (אלהיאה
אלחיריה אלאסלאמיה אלעאלמיה:)"

י"ג באדר התשס"ג (17 בפברואר 2003)
(חמ 1080—3)
בנימין בן אליעזר
שר הביטחון

<hr/>

מענת שופטו נוער

לפי חוק הנוער (שפיטה, עונשים ודרכי טיפול),
התשל"א—1971

בתוקף סמכותי לפי סעיף 1 לחוק הנוער (שפיטה,
עונשים ודרכי טיפול), התשל"א—1971, ובהסכמת שר
המשפטים, אני ממנל על עודד מ רוסו, ת"ז 037424, עובד
בית משפט שלום ודשם על בית משפט מחוזי, בכהונה
כמינול כשומן של נ"ח, המשפט המחוזי בחיפה, לשמש
שופט נוער עד יום י"ז בכסלו התשס"ח (26 בנובמבר
2004

כמו כן אני ממנל על ריו שפירא, ת"ז 840068, שופטו
בית משפט שלום ודשם של בית משפט מחוזי, בכהונה
כמינול כשומן של בית המשפט המחוזי בחיפה, לשמש
שופט נוער עד יום כ"ז באב התשס"ר (01 באוגוסט 2004

כמו כן אני ממנל על רחמים צמח, ת"ז 8610048, שופטו
יצחק בהן, ת"ז 4022044, שופטו בית משפט שלום בכהונה
כמינול כשומשים של בית המשפט המחוזי בחיפה, לשמש
שופט נוער עד יום כ"ז באב ה התשס"ב (17 בפברואר
2003

ה' באדר התשס"ב (17 בפברואר 2003)
(חמ 686—3)
אותן ברק
נשיא בית המשפט העליון
ס"ח התשל"א, עמ' 134

<hr/>

מענת שופטה נוער

לפי חוק הנוער (שפיטה), עונשים ודרכי טיפול),
התשל"א—1971

בתוקף סמכותי לפי סעיף 1 לחוק הנוער (שפיטה,
עונשים ודרכי טיפול), התשל"א—1971), ובהסכמה שר
המשפטים, אני ממנל על שומות בית משפט מחוזי, השושי
ראיון צדדורה, ת"ז 10253448, להשומשת שלמות פארקיא,
ת"ז 055772, לכהן כשומשי נוער עד תום הקופה כהותהם
בערכאה ז.

ה' באדר התשס"ב (17 בפברואר 2003)
(חמ 686—3)
אותן ברק
נשיא בית המשפט העליון
ס"ח התשל"א, עמ' 134.

<hr/>

ילקוט הפרסומים 5085, כ"ג באדר התשס"ב, 7.3.2002

<hr/>

ע"ר 1945, חוק .נ עמ' 855.
י"ס התשס"ג, עם 1130, התשמ"ג, עמ' 2763, התשמ"ד,
עמ' 4558; התשמ"ה, עמ' 4854.



רשומות

# ילקוט הפרסומים

| יו בפברואר 2003 | **5158** | ט באדר א' התשס"ג |

עמוד

הברבה לפי פקודת מניעת טרור ........ 1482

הודעה בדבר התפטרות חמישה מחברי הכנסת .......... 1482

הודעה על הארכת מינוי ממלא מקום לפונוגד העליונים הארצי ........... 1482

הודעה על מינוי סגן נשיא לפי חוק המשפט ....... 1484

מינוי שופטים לבית המשפט לעניני משפחה ........ 1482

תיקון להודעה על הרכב הועדה לבחירת שופטים ....... 1482

רשיון על הקמת חברה להפעלת עיצום כספי לפי חוק איסור הלבנת הון ...... 1485

הודעה בדבר אישור תוף ציבורי לפי הקנות הביטוח הלאומי ומתגריים: .......... 1485

הודעה בדבר הרשאות תוף לרשימת מתנדבים לשירות למדינה ציבורית או לאומית .......... 1485

עמוד

הודעה על מינוי פוסקים ומומחים לפי תקנות הביטוח הלאומי (קביעת דרגת נכות לנפגעי עבודה) ... 1483

הודעה על מינוי חברי ועדה רפואית לעוררים לפי תקנות הביטוח הלאומי (ביטוח נכות) וקביעת אחוזי נכות רפואית, מינוי וועדות לעררים והחיאות שלהם) ... 1463

הודעה על מינוי פקיד גביה לפי חוק הביטוח הלאומי ..................... 1483

הודעה על ביטול מינוי פקיד גביה לפי חוק רחוק האמור ........ 1464

הסמכה מפקחים לפי חוק איסור גוביני ברכב בתוף הים ........ 1464

מינוי מפקח לפי חוק העבדות המינינליות 1464

הודעה בדבר החאד תוקף זכות מתפתחים .. 1464

מינוי חצרת עזר לארגונה ותמרד) 1464

## הכרזה

לפי סקורה מניעת טרור התשי"ח-1948

---

## הודעה על מינוי סגן נשיא

לפי חוק בתי המשפט [נוסח משולב], התשמ"ד-1984

---

## מינוי שופטים לבית המשפט לענייני משפחה

לפי חוק בית המשפט לענייני משפחה, התשנ"ה-1995

---

## תיקון ההודעה על הרכב הוועדה לבחירת שופטים

---

## הודעה בדבר התפטרות מחבר לכנסת השש עשרה

לפי חוק הבחירות לכנסת [נוסח משולב], התשכ"ט-1969

---

## הודעה על הרכבת מינוי ממלא מקום לסניגור הציבורי הארצי

לפי חוק הסניגוריה הציבורית התשנ"ו-1996

Case 1:05-cv-04622-DLI-RML   Document 272-6   Filed 03/22/12   Page 10 of 143 PageID #: 9571



רשומות

# ילקוט הפרסומים

| י״ב באייר התשס״ד | 5294 | 3 במאי 2004 |
|---|---|---|

עמוד

הוראה על יציאת נשיא המדינה את גבולות המדינה
ועל שובו .. ... ... .. .. .......... 2774

הוראה בדבר הרכב המועצה לענף הלולים. שמורות
כבל ואתרים לאומיים ... ... ... .. .. 2774

הודעה על מינוי חברים למועצת ההנדסה
והאדריכלות .. ... ... ... ......... 2774

הוראות לפי כללי השפיטה (סדרי העבודה של
הועדה לבחירת שופטים) .. ... ... .. 2774

מינוי רבנים לידרה למתן היתרים לפי חוק שירות
הציבור (הגבלות לאחר פרישה) ... .. 2775

מינוי יושב ראש וחבר נוסף לועדת ערר לפי חוק
הרשויות המקומיות (ביוב) וחוק בתי דין
מינהליים .. ... ... ... ... ... ... 2775

הוראה על מינוי רשם לפי חוק בית המשפט לעניני
משפחה ... ... ... ... ... ...... 2775

היתן הרשאות בדבר ניהול הליכים פליליים על ידי
פרקליטים לפי חוק סדר הדין הפלילי ...... 2775

הודעה בדבר הרכב המועצה הדתית קרית רבקאל .. 2775

הורעה על קביעת מוסד לעורך כבלת מטר חלקי
ממס על כעבה שנקבל אדם על פי חשבם למתן
עיזבון בריים ... ... ... ........ 2776

מינוי סגן נציב מס הכנסה לענין סעיף 147 למקורת
מס הכנסה ... ... ... ........... 2776

מינוי ממונה: על הגביה ופקיד גביה לפי פקורת
המסים (גביה) ... ... ... ... ... 2776

עמוד

מינוי עוזר פקיד שומה לפי פקורת מס הכנסה .. .. 2776

הכרזה על התאחדות כלחי סותרת לפי תקנות ההגנה
(שעת חירום) ... ... ... ... ... 2776

הודעת על כוונה למתן צו הרחבה לפי חוק הסכמים
קיבוציים .. ... ... ... ........ 2776

אישור לפי חוק חוק שכות עבודה ומנוחה ... .. 2777

מינוי ממונה על ענינ הגפט
הודעות על אצילת סמכויות (שר הבריאות)
לפי חוק יסוד: הממשלה .. ... ..... 2777

הירעה בדבר מחיר ישרבת יעודו ניסויים .. .. 2774

הודעה בדבר שידורי פסיקת רבית הדשרה .. .. 2776

הודעה על מינוי ממונה בבנק ישראל לפי חוק ושבע
המדינ ... ... ... ... ....... 2778

הודלת בדבר שעבוד של זכויות נפט . . .. .. 2778

הודעה בדבר הפעלת תכנית מיתאר למחוז
ירושלים .. ... ... ... ... ...... 2774

הודעות לפי חוק התכנון והבניה .. ... .. .. 2779

הודעות לפי חוק החידשזו ... ... ... 2790

הודעות בתי הדין הרבניים ... ... ... .. 2005

הודעה לפי חוק הצהרות מות .. .. . ... .. 2807

בקשות לפירוק חברה על ידי בית המשפט .. ... 2807

הודכר מאת האפוטרופוס הכללי ... . .. .. 2810

הוכרה מאת הכונס הרשמי ... ... ....... 2811

תירצות מאת הציבור .. .. .. . .. ..... 2811

## הודעה על קביעת מוסד לצורך קבלת פטור חלקי ממס על קצבה שמקבל אדם על פי הסכם למנוי עיזבון בחוים

לפי סעיף ... מס הכנסה

בתוקף סמכויי לפי סעיף 9א(ו) לפקודה מס הכנסה[1] ולהלן - הפקודה) אני קובע את אינדנרהכה בו אילן במוסד לענין פטור המוכי קצבה שמקבל אדם על פי הסכם עיזבון בחוים

חוקף קביעה זו מיום 1 במכת התשס"ד וד בינואר 2003) עד יום ו' בטבת הרפסד (וג בדצמבר 2005), והיא מותנית בקיום התנאים האלה:

(ו) יוכאמה לקצבה תהיה לגות העיזבון בלבד. לכל ימי חייו ולא תועבר בירושה.

(ב) די באות לשנוי תהול אך רק לאחר הבצעה הבעלות על הנכסים (להלן) - נכס העיזבין; בחיים) לידי אוינדרסית בר אילן;

(ג) כל הרהנוסות הניבעות מנכסי העיזבין בחיים ייוחסו בכעלותה המלאה של אוינברסית בר אילן;

(ד) דמשר יהול כל עוד נותן העיזבין בחיים ובהוכקים רינן הקביעה בפעוף אגו) לפקויה

(ה) אוינרסית בר אילן תגול רשימה שתכלול את פרטי נותני דעיזבונות ובהם שם, כתובת, ת"ז, פרוס נכסי העיזבן בחייה שהועבר לישיבה. רשימה זו תצורף מי' שנת לדות השנה. המוגש לפקיד השיים

בתוקף נתניהו
שר האוצר

חאמ 1214-13

רייני מדית ישראל, נותת חדש 5 כסי כוו' בית התשסד,
לם 184'

## מינוי סגן נצוב מס הכנסה לענין סעיף 147

לפי סעיף מס הכנסה

בתוקף סמכוי לפי סעיף(סס 1 ו(4א) לפקורת מס הכנסה[1] (להלן) "הפקורה, אני ממנה את סגבר אנף מס הכנסה וסמוני מיכהעון ועקב איהו, ה.ז 067153721 לסגן נצב ציר הנבוד לעני סעיף 147 לפקוירה

כ ' בניסן החשד ו ו(1 באפריל 2004.
חמי 184-01-3

בתוקף נתניהו
שר האוצר

'רי' מדית ישראל נותת חרש 6 כמי זאו' יכו'

## מינוי ממונה על הגנת הפרטיות וקוקר נביה

לפי סעיף 13 לתוקם המסים יב(11 -

בתוקף סמכותי לפי סעיף 13 בו לפקורה הסכים ונביר[1] אני ממנה בעיריית נבר את בעלי "ס' אייה לממונה על הגנת הפרסיות נביד לבנון נביה אניינד בלתונה

היני א ' כרך ב' עמ 1911, ב ה חרשהי'נ עם 66.

---

המשלמה מכיח חוק וההחדרום בנשס המוריינ חקיני חקיקר להשעות ייצר התקבינג, ה.תשעינ-12171 יוני"ר חשרומי חובה המטירוש לעיי"ה יגבה

ממונה על הגנ'ה - מנהלת האוניו"

'פקיד נבית - סגן ומנהלת מסם העוינ' ד ד'שסט' לעיריה

'ב'ב כנונן החסטייר 1ו' באפריל 1000'
(חם 81-ו-1)

בתוקף נתניהו
שר האו'צ'

' סיח התשעינ, עמי 10

## מינוו עוזר פקוד שומה

לפי פקורת מס הכנס'

בתוקף סמכותי לפי סעיבים 1 ו ' 14, לפקורת מס הכנסה (להלן) - הפקורה, אני ממנה את 'ניצבא אות מס הכנסה, ומיסי סקרקין, 'שמתו עו"ה ה 1 45ן1294094 43.435, 448 וי141א( לפקויה

'ב'ד בניסן החסטי'ר 1ו' באפריל 1000

(חמ 141-0)

בתוקף נתניהו
שר האר'צ

' דיני מדינ, ישראל נותת חרש 4 עמ' 50'

## הברווז על התאחמרות בלתו מותרת

לפי חקוות הדונ'ג (שעת חירום) 1944

בתוקף סמכותי לפי חקנה 84-ו84 לחקנות, ההנוה (שעת חירום), 1944 (להלן) - התקנות 'לאחר שהשתכנעתי כי הרבר רחוש לצווך הגנ' על ביט"ן ימרינ, שדים הצ'בור והנסד העצ'בור אני מכריז בוה כי 'כד בני אדם או הארגון הפבנות 'האומות לצ'פות היאיר העצבה'ן, וחידוע 1כ כשם 'לנבה רצאיה ללמאה אלטרביה' אנ 'זכיים, אליהיאה. ללשאה, אלטרנייר ' אי בכל שם עיר שיכון וכי ארגון זה לרבות כל מלוני ובד נניח מרבן ועד ינד סמ סיעה של ארגון זה, היא רלוחריה, בלה' מהרת במשפטיות. בתקנות

ד' בניסן התשד'ר 241 במרכ 1004.
(חמ 1080-6)

שעאל מיפו
ר, רב' עין

' עי' 1445 חוס 1 עמ 616

## הודעה על כוונ'ה למהן צי הרחבה

לפי חוק הסכמים קיבציים וד ה'נ'- -1451

בתוקף סמכותי לפי סעיף א6 לחיק ה'רריבים קימצ'ם, ה'תשי'-157, אנ' מודיע כ' בוונה' יהן צי ' יסי צ'יים 25 לחוק האתור חיסים את ר'חלות וד 'השינם 'ירי'בי הבעדרי 7004, 2004, שבין לאתה התוא'ם שד ה'ג'נ'נ הכבתרים לב' האתוראות הע'זדים הנינלה החר'גר' מייב י'א 'ב'שינ' התשנד ד (1 במיס 2004; ןד'בי חסד'רה' לכפסם יוקר

כ' בגיסן התשד'ר 1ו' באפ"יל 2003
(חם 7231' 3-

אהרו אלופרנ'ו
שר ל'נעשרי' הסירור 'הרנ'וקר

' ס'ה דהתש'ירני עמ 42

יל קוט הפרסומים 5294 ' ו ב אי'ר התסנד ה, 2004 צ 6

Case 1:05-cv-04622-DLI-RML   Document 272-6   Filed 03/22/12   Page 12 of 143 PageID #: 9573



רשומות

# ילקוט הפרסומים

| 3 בנובמבר 2006 | **5362** | כ"ד בחשון התשס"ז |

עמוד

עמוד

הודעה בדבר החלפת חברה חשרים לענייני שירות
הבטיחות בעבודה ................................................ 1226

הודעה על שינוי בהרכב הוועדה הארצית של חבטאות ........ 1226

תיקון הודעה על אצילת סמכויות לפי חוק שירות
בתחון ............................................................. 1226

הכרזות על התאחדויות בלתי מותרות לפי חקנות
ההגנה (שעת חירום) ............................................ 1226

הודעה על מינוי קצין תגמולים לפי חוק משפחות
חיילים שנספו במערכה (תגמולים ושיקום) ................. 1226

הודעה על מינוי פקיד גביה לפי פקודת מס הכנסה ...... 1227

הודעות על מינוי פקידי גביה ומינוי ממונים על
הגביה לפי פקודת המסים (גביה) ............................ 1227

מינוי רשם חברות חסכוניים הסוציאליים ................... 1227

מינוי סגנים שמגו ראשון לפי חוק בית הדין לעבודה ... 1227

הודעה למשתינים והזמנתם לפי חוק רישום שיכונים
ציבוריים (חוראות שעה) (הוראות חברת התאומים)

דיכזי ייסון משנייים בסניים ................................... 1228

הודעה על שינוי תאגיד ................................................ 1230

הודעה על פירוט תאגיד ................................................ 1231

הודעות בדבר הכרזת קרקעות למרכז צימר ................. 1233

הודעות בדבר הבנות לחירת זכויות במקרקעין .......... 1236

הודעות לפי חוק התכנון והבנייה .............................. 1236

בקשות לפירוק חברה על ידי בית המשפט ................. 1251

הודעות לפי פקודת האגודות השיתופיות ................... 1252

הודעות מאת הכנס הרשמי ...................................... 1257

הודעות מאת הציבור ................................................ 1257

הודעה בדבר החלטת ועדת השרים לענייני שירות הביטחון הכללי

לפי חוק שירות הביטחון הכללי, התשס"ב-2002

מודיעים בזה, כי בהתאם לסעיף 7(א)(4) לחוק שירות הביטחון הכללי, התשס"ב-2002, החליטה ועדת השרים לענייני שירות הביטחון הכללי, באישור ועדת הכנסת לעניין השירות, להסמיך את שירות הביטחון הכללי לקיים פעילות נוספת עם גופים ציבוריים, וזאת בנוסף לפעילות ציבורית הרשומה בחוק, ובכלל זה לקבל ולהעביר מידע.

כ"ח בטבת התשס"ה (9 בינואר 2005)
(חמ 324-3)

ישראלי מוזמן
מזכיר הממשלה

כ"ח התשס"ד, עמ' 471

---

הודעה על שינוי בהרכב הסיעתו של הכנסת

לפי חוק הבחירות לכנסת (נוסח משולב), התשכ"ט-1969

מודיעים בזה, לפי סעיף 25 לחוק הבחירות לכנסת (נוסח משולב), התשכ"ט-1969, על שינוי בהרכב הסיעות של הכנסת שאירעה ועדת הכנסת ביום 2 בשבט התשס"ה (12 בינואר 2005), לפי סעיפים 59(א) ו-60 לחוק הכנסת, התשנ"ד-1994, וסעיף 148 לתקנון הכנסת, כמפורט להלן:

סיעת "יהדות התורה" והסכם אגודת ישראל – דגל התורה" התפלגו לשתי סיעות:

(1) סיעת "אגודת ישראל" אשר מונה 2 חברי כנסת: יעקב ליצמן מאיר פרוש וישראל אייכלר;

(2) סיעת "דגל התורה" אשר תמנה 2 חברי כנסת, אברהם רביץ משה גפני.

2 בשבט התשס"ה (12 בינואר 2005)
(חמ 16-3)

ראובן נזהבר ירבלין
יושב ראש הכנסת

כ"ח התשמ"ע, עמ' 103
כ"ח התשט"ו, עמ' 142; התשס"ד, עמ' 308.
י"פ התשמ"ח, עמ' 449; התשס"ע, עמ' 456.

---

תיקון הוראה על אצולת סמכויות

לפי חוק שירות ביטחון (נוסח משולב), התשמ"ו-1986

בתוקף סמכותי לפי סעיף 34 לחוק שירות ביטחון (נוסח משולב), התשמ"ו-1986 – הנוגע, אני מודיע כי אצלתי לנושאי תפקידים נוספים מסמכויותי לפי סעיף הנ"ל, כמפורט להלן בתיקון להודעה על אצילת סמכויות (להלן – ההודעה), ולפיכך.

(1) אחרי פרט 84 להודעה יבוא:

| "(84א) | ראש עוף איכות | 84 – לפני מסוים אישרים כלהל: |
| ופרט במדינה| (84א) ו'נב. | |

כ"ח התשמ"ו, עמ' 107.
י"פ התשנ"ד, עמ' 200; עמ' 1652; התשמ"ע, עמ' 1194 ועמ' 2581; התש"ס, עמ' 1674; התשמ"א, עמ' 513.

---

(2) אחרי פרט 48 להודעה יבוא:

| "(48) | ראש תחום פרט | (84א) ו'נב. 83 – לפני היתר |
| אישי לידצא עבא" | | במדינת ג'וב |

ד בטבת התשס"ה (7 בדצמבר 2004)
(חמ 675-3)

שאול מופז
שר הביטחון

---

הכרזה על התאחדות בלתי מותרת

לפי תקנות ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(א)(2) לתקנות ההגנה (שעת חירום), 1945 (להלן – התקנות), ולאחר שהשתכנעתי כי הובני דרוש לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם או התארגנות מסוימת אנדרא אלתאסקסג, או בכל שם אחר שיכתוב או ארגון זה, לרבות כל סליף וכל סניף מקום סביב, וגזר, קבוצה או סיעה של ארגון זה, זאת התאחדות בלתי מותרת במשמעותה בתקנות.

כ"ז בכסלו התשס"ה (9 בדצמבר 2004)
(חמ 1060-3)

שאול מופז
שר הביטחון

ע"ר 1945, תוסף 2, עמ' 855.

---

חברה על התאחדות בלתי מותרת

לפי תקנות ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(א)(2) לתקנות ההגנה (שעת חירום), 1945 (להלן – התקנות), ולאחר שהשתכנעתי כי הדבר דרוש לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם או התארגנות מסוימת "אגודת אלקודדא" – רמאללה דהת האיסלאמיה או בכל שם אחר שיכתוב או ארגון זה, לרבות כל סליף וכל סניף, וגזר, קבוצה או סיעה של ארגון זה, זאת התאחדות בלתי מותרת במשמעותה בתקנות.

כ"ו בטבת התשס"ה (18 בינואר 2005)
(חמ 1060-3)

שאול מופז
שר הביטחון

ע"ר 1945, תוסף 2, עמ' 855.

---

הודעה על מינוי קצין תגמולים

לפי חוק משפחות חיילים שנספו במערכה (תגמולים ושיקום), התש"י-1950

אני מודיע לפי בתוקף סמכותי לפי סעיף 4 לחוק משפחות חיילים שנספו במערכה (תגמולים ושיקום), התש"י-1950, מיניתי את יעקב (גדי) מיטל, ת"י 2317466 לקצין תגמולים בעניין חוק האמור.

המינוי אנף השיפוט, רח' דוד אלעזר 14, הקריה, תל אביב.

תוקף המינוי מיום 19 בחשון התשס"ה 14 באוקטובר 2004.

יג בחשון התשס"ה (14 באוקטובר 2004)
(חמ 321-3)

שאול מופז
שר הביטחון

י"פ התשי"א, עמ' 162



רשומות

# ילקוט הפרסומים

| ר באב התשס"ה | 5426 | 11 באוגוסט 2005 |

עמוד

הזמנה לפי פקודת הראיות ............................ 5404

מינוי יושב ראש נוסף לוועדת ערער לפי חוק להסדר .............

תפיסת מקרקעין בשעת חירום ............................ 5400

מינוי יושב ראש נוסף לוועדת השגה והירארים לפי חוק

הדירות הציבור והגבלות לאוצר פירושים .............. 5400

תיקון הכרזה על התאחדות בלתי מותרת לפי תקנות

ההגנה (שעת חירום) ............................ 5406

עמוד

הודעה על הוספת רופאים רופאים לרשימה רופאי תנידה רפואית ..

לפי תקנות גבי המלחמה בנאצים (תעודה רפואיות) ...... 5405

הרשאה לפי פקודת הסדר צורות הפלילית (ערדות) ...... 5406

מינוי משנה למועצה הרוית גן יבנה ............................ 5407

הודעה בדבר העברת תכנית מיתאר ארצית ............. 5407

הודעה בדבר הצגת לוח זכרית בשקקעין ............. 5410

הסמכה

לפי פקודת הרוניות (נוסח חדש), התשל"א – 1971

בתוקף סמכותי לפי סעיף 9(ב)(6) לפקודת הרוניות נוסח תרשן, התשל"א – 1971, אני ממנה/ה כל אחד מן העובדים במדינה, במשמעותה בחוק ייעום הבנין ההתמתקת, חתשס"ז – 2009, כעובם מוסמך לכזך, להזהיר על פני מזהיר לכנין העליך האמוה, לכזיך מילוי תפקידיו.

| שם ומשפחה | הפקיר | תעודת זהות |
|---|---|---|
| אורי דינר | רב: | 9254582 |
| דוד עוזה | מבטל חתום | 9054844 |
| חיים לר" | מבטל חתום | 65000593 |
| אברה אוד | רכ:ה | 52199544 |
| בתיה אטגן | רכ:ה | 99609925 |
| וך עדוא | רב: | 52247960 |
| מאיה אסולין | רכ:ה | 54020187 |
| נמרוד חצן | רב: | 91049468 |

ר' כאב התשס"ה (9 באוגוסט 2005)
ציפו לבני
שרה השוטפמים

חינו מדינת ישראל, נוסח תרים 18, עמ' 121.
ס"ח ההשס"ם, עמ' 122 (וגם).

---

מינוי חשב ראש נוסף לוועדות ערעור

לפי חוק להזוד חפיסה מסקרקין בטעת חירום, התש"י – 1949

בתוקף סמכותי לפי סעיף 10 לחוק להזוד תפיסה מסקרקין בשעת חירום, התש"י – 1949, אני ממנה את עינת רבין, ת"ז 59760591, כושמת של ית מטשמ שלום, לורש ראש נוסף בוועדות הערעור לפי החוק האמור.

י"כ בתמה התשס"ה (7) יולי 2005
ציפו לבני
שרה השוטפמים

ק"ח תשס"ד, עמ' 1.

---

מינוי חשב ראש לוועדות למהן היחרים

לפי חוק שירות הציבור (הגבלות לאחר פרישה) התשכ"ט – 1969

בתוקף סמכותי לפי סעיפים 11 ו-12 לחוק שירות הציבור (הגבלות לאחר פרישה) התשכ"ט – 1969, אני ממנה את מרים מרצור, ת"ז 63607 כושבת כית מטשם מחוזי, לויוב ראש הווערה למהן היחרים לפי החוק האמור.

י"ב בתמה התשס"ה (41) יולי 2005
ציפו לבני
שרה השוטפמים

ק"ח התשכ"ט, עמ' 144.

---

תיקון הכרזה על התאגדות בלתי מוחרית

לפי תקנת התוגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(1ב) לתקנות התוגנה (שעת חירום), 1945, ולאחר שהשוכנעתי כי הדבר דרוש לצורך הגנה על בטיחות המדינה, שלום הציבור והסדר הציבורי, אני קובע כי בחברה כן התאחדות בלתי מוחרית, בשתמה "אגורות הזדיקה בארץ" ואת/ה בנישיבות לארגון הזאאות, או התוסנות בו ומחזקת את התשטית של החבמה".

בחותפה יכוא יעורת הזדיקה, כית פגאר (ולעגה אליהמה ZAKAT COMMITTEE OF BEIT FAGAR").

כ"ג בשבט התשם"ז (11 בפברואר 2009)
(חם 1060–3)

שאול מופז
שר הביטחון

עיר 1945, תוס' 2, עמ' 855.
י"פ התשמ"ג, עמ' 3630; התשנ"ז, עמ' 1582; התשע"ת, עמ' 2858; התש"ף, עמ' 1854; התשש"ז, עמ' 1586; התשס"ז, עמ' 2651.

---

הורעה על הוספת רופאים לרשימת רופאי ועדר רפואית

לפי תקנות נכי המלחמה בנאצים (ועדות רפואית), התשט"ד – 1954

אני מוריע כי בתוקף סמכותי לפי תקנה 2 לתקנות נכי המלחמה בנאצים (ועדות רפואית), התשט"ו – 1954, הוספתי חברים נוספים לרשימת הרופאים, כמפורט לחלך:

ד"ר מאיר אלחולל, ת"ז 07846101.
ד"ר אוריאל דרסקין, ת"ז 09461017.
ד"ר אנגנ ואל, ת"ז 17051890.

מינוייהם על ד"ר נ.ה. פטשיגנ, ד"ר שלמה וילשטיין וד"ר נתן כוך – בטלים.

מעון נוסף לוועדה, רחוב יפו 234, ירושלים.
כ"ג בכוון התשס"ה (7 בנובמבר 2004)
(חם 174–3)

במימון נתניהו
שר האוצר

ק"ח התשם"ו, עמ' 152; התשכ"ד, עמ' 72.
י"פ התשס"ד, עמ' 957.
י"פ התשס"א, עמ' 868.
י"פ התשס"א, עמ' 860.
י"פ התשס"ת, עמ' 957.

---

הרשאה

לפי פקודת הפרוצדורה האזרחית (נרוה)

בתוקף סמכותי לפי סעיף 5 לפקודת הפרוצדורה (נרוה), אני מרשה את יצחק קיוהן, ת"ז 66845066 עובד יחידת השמטנה על ובינוני במשטרה הכישטית לחותר חמד לביצוע עבירות פליליות במאותו לחוק, מם הווליית כך על מי שנוהל הוועדה: המטתחות או נוריו הפריקליטות העומד כראשה:

תוקף א"י, כרך א', עמ' 854.

ולקוט הפרוזמומים 5426 ר' באב התשס"ה, 11.8.2009.

3808



רשומות

# ילקוט הפרסומים

| ט"ז בתמוז התשס"ו | **5550** | 9 ביולי 2006 |

עמוד

מינוי רשמת לעניני ירושה .......................................... 4108

מינוי שופטי נוער ...................................................... 4108

הכרזות על התאחדות בלתי מותרת ........................... 4108

מינוי ממלא מקום המנהל הכללי של משרד
התיירות ............................................................ 4109

הודעה בדבר מינוי מנהל שדה התעופה של הרשות .. 4109

הודעה בדבר תוצאות הבחירות לראש הרשות
המקומית חורפיש ............................................... 4109

ביטול הכרזה על אזורים נגועים במחלת הניוקסל .... 4109

ביטול הכרזה על אזורים נגועים במחלת שפעת
העופות ............................................................. 4110

הודעה על עיבור סטטיסטיקה .................................. 4110

עמוד

הודעה על ביעור רשומות בבתי המשפט ................. 4110

הודעה על אישור שיכונים ציבוריים ......................... 4110

הודעות בדבר רכישת קרקעות לצרכי ציבור ........... 4111

הודעות לפי חוק התכנון והבניה ............................. 4113

הודעות לפי חוק הצהרות מוות ............................... 4127

בקשות לפירוק חברות על ידי בית המשפט ............. 4128

הודעה לפי מקורות האגודות השיתופיות ................ 4133

הודעות מאת הכונס הרשמי ................................... 4134

הודעות מאת הציבור ............................................. 4135

דין וחשבון שבועי של בנק ישראל ......................... 4138

תיקון טעות

(Hebrew official gazette text — Yalkut HaPirsumim)

Case 1:05-cv-04622-DLI-RML   Document 272-6   Filed 03/22/12   Page 18 of 143 PageID #: 9579



רשומות

# ילקוט הפרסומים

| כ"ה באלול התשס"ט | 5998 | 14 בספטמבר 2009 |

עמוד

הורעות על מינוי מנהלים כלליים לפי חוק שירות
המדינה (מינויים) .......................................... 5762

הורעה על אישור תבניות מיתאר ארציות ............ 5762

הורעה על הרשאה לפי חוק נכסי המדינה ........... 5762

הורעה על יציאת נשיא המדינה את גבולות המדינה
ועל שובו ................................................... 5762

מינוי סגן נשיא בבית משפט ............................. 5762

מינוי שופט לכהונה בפועל ............................... 5762

כתב מינוי לכהונת שופט–עמית ......................... 5763

הכרזות על התאחריות בלתי מותרות לפי תקנות
ההגנה (שעת חירום) ..................................... 5763

החלטה על רחיית השגה ועל הוצאת צו החרמה לפי
תקנות האמזרות ........................................... 5765

אצילת סמכויות לפי חוק־יסוד: הממשלה ............. 5765

הורעה ברבר המקומות להפקרת תקנים רשמיים ..... 5765

הורעה על מינוי חברים וממלאי מקומם לוערת מחקר
לפי חוק לעידוד מחקר ופיתוח בתעשיה .............. 5766

הורעה ברבר הצורך לבחור רבני ערים ................. 5766

עמוד

הורעה על מינוי חשב מלווה לפי תקנות שירותי הרת
היהודיים (ניהול מועצות) ................................ 5767

הורעה ברבר הרכב המועצה רמית לכיש .............. 5767

הורעה על הסמכה לפי חוק התחיעלות הכלכלית
(תיקוני חקיקה ליישום התכנית הכלכלית לשנים
2009 ו־2010) .......................................... 5767

מינוי מבונה על הגבייה לפי פקורת המסים (גבייה) .. 5767

הורעה ברבר בדצות עורכי מטנטים ..................... 5767

הורעה ברבר השעיה והוצאה של חברים מלשכת
עורכי הרין .................................................. 5768

הורעה על החלת חוקי עזר – עיריית בת ים ........... 5769

הורעה על בקשת לחירוש רישום מקרקעין ............ 5769

הורעה ברבר הצגת לוח זכויות ......................... 5770

הורעות לפי חוק התכנון והבניה ....................... 5770

הורעות בתי הרין הרבניים .............................. 5800

בקשה לפירוק חברה על ידי בית המשפט.............. 5802

הורעה מאת הצ'בור ...................................... 5803



## הכרזה על התאחדות בלתי מותרת

לפי תקנות ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(ב) לתקנות ההגנה (שעת חירום), 1945' (להלן – התקנות), ולאחר שהשתכנעתי כי הרבר רצוי לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם או התאחדות המכונה "אגורת הצעירים המוסלמיות" או "התאחדות הנשים המוסלמיות" או "התאחדות הצעירות המוסלמיות בעזה" או "אגורת הצעירות האסלאמיות" או "אגורת הנשים האסלאמיות" (להלן – ההתאחדות) או בכל שם אחר שתכונה בו ההתאחדות זו, לרבות כל פלניה וכל סניף, מרכז, ועד, קבוצה או סיעה של התאחדות זו, היא התאחדות בלתי מותרת במשמעותה בתקנות.

המחזיק ברכוש ההתאחדות הבלתי מותרת האמורה נררש להתוויע על כך לשר הביטחון באמצעות רפ"ק שמעון בן שושן בטל' 02-5428658 ובמקס' 02-5428655.

הרואה את עצמו נפגע על ירי הכרזה זו, יכול להניש את השנותיו בכתב לפני, באמצעות היועץ המשפטי למערכת הביטחון, בתוך 14 ימים מיום שבו הובא הכרזה זו לירירעתו.

ח' באדר התשס"ט (4 במרס 2009)
(חמ 1080—3)

אהוד ברק
שר הביטחון

_____
' ע"ר 1945, תוס' 2, עמ' 855.

## הכרזה על התאחדות בלתי מותרת

לפי תקנות ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(ב) לתקנות ההגנה (שעת חירום), 1945' (להלן – התקנות), ולאחר שהשתכנעתי כי הרבר רצוי לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם או התאחדות המכונה "אגורת הצרקה המוסלמית האסלאמית כאלבירה" או "אגורת הצרקה המוסלמית באלבירה" או THE ISLAMIC CHARITABLE SOCIETY AL-BIREH" או "גמעיית אלחיריייה אלאסלאמיה אל ביירה" (להלן – ההתאחדות) או בכל שם אחר שתכונה בו התאחדות זו, לרבות כל פלניה וכל סניף, מרכז, ועד, קבוצה או סיעה של התאחדות זו, היא התאחדות בלתי מותרת במשמעותה בתקנות.

המחזיק ברכוש ההתאחדות הבלתי מותרת האמורה נררש להתוויע על כך לשר הביטחון באמצעות ארנון איקן, סגן בכיר לחשב הכללי במשרד האוצר, טל' 02-5317506 או 02-5317434.

הרואה את עצמו נפגע על ירי הכרזה זו, יכול להניש את השנותיו בכתב לפני, באמצעות היועץ המשפטי למערכת הביטחון, בתוך 14 ימים מיום שבו הובא הכרזה זו לירירעתו.

כ"ב באלול התשס"ח (22 בספטמבר 2008)
(חמ 1080—3)

אהוד ברק
שר הביטחון

_____
' ע"ר 1945, תוס' 2, עמ' 855.

---

## הכרזה על התאחדות בלתי מותרת

לפי תקנות ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(ב) לתקנות ההגנה (שעת חירום), 1945' (להלן – התקנות), ולאחר שהשתכנעתי כי הרבר רצוי לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה על "האחיים" (להלן – ההתאחדות) או בכל שם אחר שתכונה בו התאחדות זו, לרבות כל פלניה וכל סניף, מרכז, ועד, קבוצה או סיעה של התאחדות זו, היא התאחדות בלתי מותרת במשמעותה בתקנות.

הרואה את עצמו נפגע על ירי הכרזה זו, יכול להניש את השנותיו בכתב לפני, באמצעות היועץ המשפטי למערכת הביטחון, בתוך 14 ימים מיום שבו הובא הכרזה זו לירירעתו.

כ"ב באלול התשס"ח (22 בספטמבר 2008)
(חמ 1080—3)

אהוד ברק
שר הביטחון

_____
' ע"ר 1945, תוס' 2, עמ' 855.

## הכרזה על התאחדות בלתי מותרת

לפי תקנות ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(ב) לתקנות ההגנה (שעת חירום), 1945' (להלן – התקנות), ולאחר שהשתכנעתי כי הרבר רצוי לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם או התאחדות המכונה "אגורת הפורום התרכומי של נשות הנא"פ" או "מועדון הפורום התרכומי של נשות הנא"פ" או "מנהדראה סקפאה" או "מועדון האישה התרכותית" או "מועדון הפורום התרכותי" או "אלמנהד'אה אלסקפאה" או "מנרהא אלמדראא אלתרקפאה" (להלן – ההתאחדות) או בכל שם אחר שתכונה בו התאחדות זו, לרבות כל פלניה וכל סניף, מרכז, ועד, קבוצה או סיעה של התאחדות זו, היא התאחדות בלתי מותרת במשמעותה בתקנות.

הרואה את עצמו נפגע על ירי הכרזה זו, יכול להניש את השנותיו בכתב לפני, באמצעות היועץ המשפטי למערכת הביטחון, בתוך 14 ימים מיום שבו הובא הכרזה זו לירירעתו.

ח' באדר התשס"ט (4 במרס 2009)
(חמ 1080—3)

אהוד ברק
שר הביטחון

_____
' ע"ר 1945, תוס' 2, עמ' 855.

## הכרזה על התאחדות בלתי מותרת

לפי תקנות ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(ב) לתקנות ההגנה (שעת חירום), 1945' (להלן – התקנות), ולאחר שהשתכנעתי כי הרבר רצוי לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר

_____
' ע"ר 1945, תוס' 2, עמ' 855.

### ANNEX D

| No. | Name | Address | | Date of Israeli Declaration | Date of Publication in Rashumot | Date of Declaration by IDF Governor | Date of Confiscation |
|---|---|---|---|---|---|---|---|
| 1 | Al Mujamaa Al Islamy – Gaza אגדת המרכז האסלאמי ("אלמג'מע אלאסלאמי'') רצועת עזה | Gaza, Israel | ████ | Unlawful Association: February 25, 2002 | March 7, 2002 י.פ. 5058, תשס"ב 1588 (2) | June 30, 2002 | None |
|  | | | | | | | |
|  | | | | | | | |
|  | | | | | | | |
|  | | | | | | | |
| 6[2] | Al-Islah Charitable Society Association Ramallah & Al-Bireh –אגודת הצדקה (הרפורמה) האסלאמית באלבירה (ג'מעית אלאצלאח) | Ramoun Commercial Bldd Ramallah Al Bireh, West Bank | ████ | Unlawful Association: February 25, 2002 | March 7, 2002 י.פ. 5058, תשס"ב 1588 (13) י.פ. 5058, תשס"ב | June 30, 2002 | None |



[1] Although I did not find an entity in Rashumot whose name corresponds exactly to the transferee ████████, I attribute these dates to the transferee based on the assumption that it is ████████, which appears in the ████ publication of Rashumot ██ ████.

[2] Either of the entities listed ████████ and ████████ respectively, could correspond to either or both of ████ s 6 and 29, Al-Islah Charitable Society Association Ramallah & Al-Bireh and ████████, respectively. In reviewing Rashumot I did not encounter another entity that could correspond to either of these transferees. Since the aforementioned entities' dates of publication are identical, I have attributed these dates to the ████████.

| No. | Name | Address | ██████ | Date of Israeli Declaration | Date of Publication in Rashumot | Date of Declaration by IDF Governor | Date of Confiscation |
|-----|------|---------|--------|------------------------------|----------------------------------|--------------------------------------|-----------------------|
| | | Tel. 022958216 | | | | | |
| ██ | ████████ | █████ | ████ | ██ | ██ | ██ | ██ |
| ██ | █████████████ | █████ | █████ | ███████ | ███████ | █████ | ██████ |
| ██ | █████████ | ████ | █████ | █████ | ████████ | ██ | ██ |
| ██ | ████████ | ████ | ████ | █████ | ███████ | ██ | ██ |
| ██ | █████████ | ████ | ████ | █████ | ██████ | ██ | ██ |
| ██ | ███ | █████ | ████ | ██████ ██████ | ██████ ██████ | ██████ | ██████ ██████ |
| ██ | ████████ | █████ | ████ | ██████ | ██████ | ██████ | ██ |
| ██ | ████████ | ████ | ████ | ██████ | ███ | ██ | ██ |

| NO. | NAME | ADDRESS | ██████ | DATE OF ISRAELI DECLARATION | DATE OF PUBLICATION IN RASHUMOT | DATE OF DECLARATION BY IDF GOVERNOR | DATE OF CONFISCATION |
|---|---|---|---|---|---|---|---|
| ██ | ████████████ | ████████ | ████ | ████████ | ████████ | ████████ | ████████ |
| ██ | ████████████ | ████████ | ████ | ████████ | ████████ | ████████ | ████████ |
| ██ | ████████ | ████ | ████ | ████████ | ████████ | ████████ | ████████ |
| 18 | Orphelin Care Society Bethlehem האגודה לטיפול ביתומים בבית לחם ("ג'מעית רעאית אליתים בית לחם") | B.O. Box 875 Bethlehem Al Saf St Bethlehem, Palestine | | January 13, 1999 | Unlawful Association: February 25, 2002 | March 7, 2002 י.פ. 5058, תשס"ב (12) 1588 | June 30, 2002 | None |



[3] ██████████████████████████████, respectively, could correspond to aliases of an entity whose declarations as an unlawful association and as a terrorist organization were published in Rashumot on ████████████████████████ ██████████████████, respectively. In reviewing Rashumot I did not encounter another entity that could correspond to either of these transferees. Therefore, I have attributed the corresponding dates to both of these transferees, based on the assumption that they are the same as the aforementioned entity in Rashumot.

[4] The entity listed ████ in the ████████ publication of Rashumot on ████████████████████████, could correspond to either or both of ████ 17 and 23, ██████████████████████████ respectively. In reviewing Rashumot I did not encounter another entity that could correspond to either of these ██████. Therefore, I have attributed these dates to both t██████

3

| NO. | NAME | ADDRESS | ███ | DATE OF ISRAELI DECLARATION | DATE OF PUBLICATION IN RASHUMOT | DATE OF DECLARATION BY IDF GOVERNOR | DATE OF CONFISCATION |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 27 | Tulkarem Zakat Committee ועדת הצדקה טול כרם ("לג'נת אלזכאת טול כרם") | B.O. Box 444 Toulkarem West Bank, Palestine | ███ | Unlawful Association: February 25, 2002 | March 7, 2002 י.פ. 5058, תשס"ב (16) 1588 | June 30, 2002 | May 3, 2007<br><br>December 16, 2007 |

---

[5] *See* note 3.

[6] *See* note 4.

| No. | Name | Address | ██████ | Date of Israeli Declaration | Date of Publication in Rashumot | Date of Declaration by IDF Governor | Date of Confiscation |
|---|---|---|---|---|---|---|---|
| | | Tel. 092673172 | | | | | |
| ██ | ████████ | ██████ | ████ | ██████ | ██████ | ████ | ██ |
| ██ | ██████ | ████ | ███ | ██████ | █████ | █████ | ████ |
| ██ | █████ | | ██ | ██ | ██ | ██ | ████ |
| ██ | ██████ | ██████ | ███ | ██████ | █████ | █████ | ████ |
| ██ | ██████ | ██████ | ███ | █████ | █████ | ████ | ████ |
| ██ | ██████ | ████ | ██ | ██ | ██ | ██ | ██ |
| ██ | ████ | ████ | ██ | ██ | ██ | ██ | ██ |

| No. | Name | Address | | Date of Israeli Declaration | Date of Publication in Rashumot | Date of Declaration by IDF Governor | Date of Confiscation |
|---|---|---|---|---|---|---|---|
| | | Tel. 251939 | | | | | |

**EXHIBIT 100 to Declaration of Joel Israel**

| | |
|---|---|
| **From:** | Garrett, Steve (Comm Bkng E&W) <steve.garrett@rbs.co.uk> |
| **Sent:** | Monday, June 6, 2005 3:56 AM |
| **To:** | COLE, Guy, MLPU <Guy.COLE@rbs.com> |
| **Subject:** | RE: KYC HIGH: HUMAN APPEAL INTERNATIONAL Aka Hay'at al-A'maalAl-Khayriyyah |

Guy,

Agree. I have given go ahead to proceed with this additional account and will wait to hear from you.

Steve Garrett
Manager, Risk
Commercial Banking UK
✉   7th Floor, 280 Bishopsgate, London EC2M 4RB - Depot Code 028
☎   020 7672 0840
ITS   8787 320840
🖥   steve.garrett@rbs.co.uk
📠   Fax   020 7672 02₀₄
abc

-----Original Message-----
**From:** COLE, Guy, CBFM Enterprise Risk
**Sent:** Friday, June 03, 2005 4:58 PM
**To:** Garrett, Steve (Comm Bkng E&W)
**Cc:** WILLIAMSON, Ed, CBFM Enterprise Risk
**Subject:** RE: KYC HIGH: HUMAN APPEAL INTERNATIONAL Aka Hay'at al-A'maalAl-Khayriyyah

Steve

I would like to spend some further time investigating this charity.  As this is an additional account, I see no reason for delaying the account opening.

After I have completed by analysis we should be in a better position to consider whether we should continue this relationship.

I can confirm that this is not the same charity as the one Retail exited at the New Year, that charity was called Friends of Al Aqsa.

Regards

Guy

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**Tel.      (020) 7085 5433**
**Internal      76572 365433**
**Fax.      (020) 7085 4641**
**<<mailto:Guy.Cole@rbos.com>>**
**CBFM MLPU Website: <http://cbfmweb.fm.rbsgrp.net/cbfmmlpu/>** *(Answers to many frequently asked questions can be found on this website)*

-----Original Message-----
**From:** Garrett, Steve (Comm Bkng E&W)
**Sent:** 02 June 2005 16:56
**To:** COLE, Guy, CBFM Enterprise Risk
**Subject:** FW: KYC HIGH: HUMAN APPEAL INTERNATIONAL Aka Hay'at al-A'maalAl-Khayriyyah

Guy,

Have you had a chance to look at this one yet?

HIGHLY CONFIDENTIAL

Steve Garrett
Manager, Risk
Commercial Banking UK
✉     7th Floor, 280 Bishopsgate, London EC2M 4RB - Depot Code 028
☎                    020 7672 0840
ITS    8787 320840
💻            steve.garrett@rbs.co.uk
📠       Fax    020 7672 02₀4
abc

-----Original Message-----
**From:**  WILLIAMSON, Ed, CBFM Enterprise Risk
**Sent:**  Thursday, May 26, 2005 3:16 PM
**To:**    COLE, Guy, CBFM Enterprise Risk; Garrett, Steve (Comm Bkng E&W)
**Subject:**  FW: KYC HIGH: HUMAN APPEAL INTERNATIONAL

Hi Steve,

Guy is out on business until next week but I think he should take a look at this one. This is a registered charity - reg no.1005733 - its steted purpoose per the charity commission web-site is THE RELIEF OF POVERTY AND SICKNESS AND THE PROTECTION OF GOOD HEALTH AND THE ADVANCEMENT OF EDUCATION OF THOSE IN NEED OR FROM IMPOVERISHED COUNTRIES OVERSEAS AND IN PARTICULAR SUDAN, MAURITANIA, ETHIOPIA, LEBANON AND AFGHANISTAN

However, we have made the following NCIS disclosures on the key principals -



It looks as if we already bank them, so I'm not sure what the origin if this request is - additional account perhaps. Also I don't understand why a registered charity comes through as high risk. Doubtless, Guy will have the answers. In the meantime, if the RM contacts you please let him know that we are looking into it.

Thanks
Ed


**Ed Williamson**

CBFM MLPU

Tel:  (020) 70853473

Int:  363473

-----Original Message-----
**From:**  ~ KYC UID
**Sent:**  26 May 2005 11:26

HIGHLY CONFIDENTIAL

**To:**     MLPU UID
**Subject:**     FW: KYC HIGH: HUMAN APPEAL INTERNATIONAL

Hi MLPU,

Please see matches below and advise.

thanks

***Sajik Thakor***
KYC Team
CBFM Business and Credit Operations
The Royal Bank of Scotland Group
Level 5 Waterhouse Square
138-142 Holborn
London EC1N 2TH
**02074278690**

-----Original Message-----
**From:**   Hudson, Andrew (CCB)
**Sent:**   25 May 2005 11:25
**To:**    ~ KYC UID
**Cc:**    Hudson, Andrew (CCB)
**Subject:**   KYC HIGH: HUMAN APPEAL INTERNATIONAL

KYC - High Risk Customer: HUMAN APPEAL INTERNATIONAL

RM Details
----------
RM Name   : ANDREW FREDERICK HUDSON
RM RACF   : RBS-GRP1\HUDSOAF
Division  : Corporate & Commercial
Location  :
Email     : andrew.f.hudson@rbs.co.uk
Contact   : 0161 862 4172
ITS       : 7 55 4172

Customer Details
----------------
Customer Name   : HUMAN APPEAL INTERNATIONAL   *[Thakor, Sajik]*   Human Appeal International - 746764, 1387234 aka Hay'at al-A'maalAl-Khayriyyah

Trading Address : 11 VICTORIA COURT
                  376 WILMSLOW ROAD
                  MANCHESTER
                  M14 6AX *[Thakor, Sajik]*  Exact - 746764, 1387234

CIN        :  ████████
Brand
A/c Secret
Portfolio Cod

KYC Details
-----------
Legal Entity type   : Charity
Additional Question :
Trading Activity    : Charitable activities
Country of Origin   : United Kingdom
Overall KYC Risk    : Medium

List of Key Principals
----------------------

HIGHLY CONFIDENTIAL

```
**********************************************************
```

Key Principal Name    : AMJAD HAMZA *[Thakor, Sajik]*   Hamza - 1175636     Amgad - 655522, 746764
Capacity              : Finance Director
Country of Origin : Sudan ***** CARE: Sanctions *****
Address:
5 ST HILDAS ROAD
NORTHENDEN
MANCHESTER

Post Code:
M22 4FP
Date of Birth         : 01/09/1967 *[Thakor, Sajik]*  Exact - 655522, 746764
Last update           : 25/05/2005 11:21:58

```
**********************************************************
```

Key Principal Name    : KHALID AFEEF A K SHADEED *[Thakor, Sajik]*  khalid Afeef - 746764
Capacity              : Trustee
Country of Origin : Israel
Address:
21 ADDISON CRESCENT
MANCHESTER

Post Code:
M16 0WN *[Thakor, Sajik]*  Exact - 746764
Date of Birth         : 20/10/1959 *[Thakor, Sajik]*  Exact - 746764
Last update           : 25/05/2005 11:22:50

Last email sent:

```
**********************************************************************************************************
```

The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.

Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the
addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The
Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:
<http://www.rbs.co.uk/CBFM>
<http://www.rbsmarkets.com>

```
****************************************************************
**********************************************************************************************************
```

The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.
Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the              addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender         computer. Internet e-mails are not necessarily secure. The
by replying to it and then delete the message from your
Royal Bank of Scotland plc does not accept responsibility for

HIGHLY CONFIDENTIAL

changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the transmission of viruses, it is the responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect its systems or data.  No responsibility is accepted by The Royal Bank of Scotland plc in this regard and the recipient should carry out such virus and other checks as it considers appropriate.

Visit our websites at:
<http://www.rbs.co.uk/CBFM>
<http://www.rbsmarkets.com>

*********************************************************************************

HIGHLY CONFIDENTIAL

NW 180883

**EXHIBIT 101 to Declaration of Joel Israel**

| From: | RODGER, Irvine, CBFM Regulatory Risk |
|---|---|
| Sent: | Monday, June 21, 2004 8:02 AM |
| To: | COLE, Guy, CBFM Regulatory Risk <Guy.COLE@rbos.com>; GREENFIELD, Katie, CBFM Regulatory Risk <Katie.GREENFIELD@rbos.com>; JONES, Richard, CBFM Regulatory Risk <Richard.JONES@rbos.com>; SIMS, Claire, CBFM Regulatory Risk <Claire.SIMS@rbos.com> |
| Subject: | FW: Significant Case Commentary - Money Laundering - May 2004 |
| Attach: | May Sig Case Comm-Money Laundering.doc |

Some more for us to look at.

Cheers

**Irvine Rodger**

**CBFM MLPU**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**T  (020) 7334 1082**
**F  (020) 7375 4641**
**E  irvine.rodger@rbos.com>**


-----Original Message-----
**From:**  O'Hear, Tony
**Sent:**  17 June 2004 14:52
**To:**  Orr, James (Group Security & Fraud); Couzens, Michael; Trantum, Neil; Loudon, Murray; Stuart, Jane; Beighton, Jay; Coldicott, David; Hoseason, Michael (GFC); Kovacs, Susan; FOSTER, Stephen James, Group Risk Mgmt; SHAW, Peter, Group Risk Mgmt; RODGER, Irvine, CBFM Regulatory Risk; GREATBATCH, Alan, CBFM Regulatory Risk; JONES, Richard, CBFM Regulatory Risk; Richardson, Lesley; Brener, Alan (Retail Comp); Aitken, Phil; Clark, Graham (Retail Compliance); Earl, David; Sutherland, Graeme; Simons, Kevin (Internal Audit); Pyrke, Nick; Everett, Steve; Wharton, Sally; Gibson, Paul (Group Audit); Richardson, Peter (Op Risk); Sludden, Tom; Hemsley, Richard (Director, Ops Support & Development)

**Cc:**  O'Neill, Patricia; Clinkscales, Arron; Brand, Derek; Brannigan, Christine
**Subject:**  Significant Case Commentary - Money Laundering - May 2004

All,

<<...>>


If you any questions on the report please do not hesitate to give me a call.

Tony O'Hear
Manager, Group Financial Crime
0131 523 3401 Ext 223401

If you would like to know more about Group Financial Crime, please access the Intranet link below.
http://www.manufacturing.rbs.co.uk/gsf/GFC/default.asp

HIGHLY CONFIDENTIAL



# Group Financial Crime

## Significant Case Commentary - Money Laundering

### May 2004

**Full Report**

- Richard Hemsley – Group Security & Fraud
- Jim Orr – Group Financial Crime
- Michael Couzens – Strategic Intelligence Unit
- Neil Trantum – Group Financial Crime
- Murray Loudon – Group Financial Crime
- Jane Stuart – Group Financial Crime
- Jay Beighton – Group Financial Crime
- Dave Coldicott – Group Financial Crime
- Mike Hoseason – Group Financial Crime
- Susan Kovacs – Group Internal Audit
- David Earl – Group Internal Audit
- Graeme Sutherland – Group Internal Audit
- Kevin Simons – Group Internal Audit
- Nick Pyrke – Group Internal Audit
- Steven Eveett – Group Internal Audit
- Sally Wharton – Group Internal Audit
- Paul Gibson – Group Internal Audit
- Stephen J Foster – Group Enterprise Risk
- Peter Shaw – Group Enterprise Risk
- Pete Richardson – Manufacturing Risk Management
- Irvine Rodger – CBFM Compliance
- Alan Greatbatch – CBFM Compliance
- Richard Jones – CBFM Compliance
- Tom Sludden – Retail Direct Governance
- Lesley Richardson – Retail Compliance
- Alan Bremer – Retail Compliance
- Phil Aitken – Retail Compliance
- Graham Clark – Retail Compliance

NW 196916

HIGHLY CONFIDENTIAL

NW 196917

**1. Money Laundering Significant Cases  (As determined by GS&F)**

<u>Key Details</u>

<u>Synopsis</u>

*Redacted - Non-Responsive*

May 2004

HIGHLY CONFIDENTIAL

NW 196918

*Redacted - Non-Responsive*

- 2 -

May 2004

HIGHLY CONFIDENTIAL

*Redacted - Non-Responsive*

- 3 -

May 2004

NW 196919

HIGHLY CONFIDENTIAL

*Redacted - Non-Responsive*

NW 196920

- 4 -

May 2004

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| Case reference | 746764 | Connection maintained going back to 1990.  Customers initially sent ███████████ |
| Branch sort code | 01-08-94 | ████████████████  This payment was going to Jordan but we believe that it was been intercepted by the Israeli government, as the beneficiary is |
| Branch name | NW, Manchester, UMIST | thought to be "an unlawful association" with respect to terrorist activities.  We also note |
| Customer name | Human Appeal International | that our customer has previously sent funds to the ██████████████ who are |
| Estimated amount laundered | Unknown | listed on an Israeli intelligence website as being linked with Hamas.  The account has |
| MLDU referral | No - Established Profile | been highlighted to Retail Compliance who will carry out a review of the account |
| Reported by | NW Retail | conduct.  In the meantime a report has been submitted to the Authorities for intelligence |
| Disclosed | Yes | purposes. |

May 2004

HIGHLY CONFIDENTIAL

NW 196921

NW 196922

## Carousel Trading (VAT Fraud) Cases

|  | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retail | 18 | 49 | 18 | 32 | 40 | 45 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 247 |
| Corporate | 7 | 1 | 2 | 0 | 1 | 2 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 |
| Total | 25 | 50 | 20 | 32 | 41 | 47 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 275 |

Recent months have evidenced an increasing trend in VAT Fraud Cases. This increase has, until this month, restricted itself to the Retail Business but an uplift in reports from Corporate is evident this month. We attribute this to a significant fraud case involving a customer purporting to operate in the mobile phone trade – focussing attention on this business sector in which carousel trading is prevalent.



Carousel Trading (VAT Fraud)

No of Cases — Retail — Corporate

May 2004

HIGHLY CONFIDENTIAL

**Suspicion Reports**

| | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monitor Account | 138 | 67 | 124 | 122 | 139 | 98 | 107 | | | | | | | | 795 |
| Further KYC & Due Diligence Enquiries Required | 449 | 393 | 437 | 578 | 750 | 501 | 841 | | | | | | | | 3949 |
| GI&F Recommend Termination | 87 | 56 | 51 | 56 | 66 | 76 | 84 | | | | | | | | 476 |
| Total | 674 | 516 | 612 | 756 | 955 | 675 | 1032 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5220 |

The number of Money Laundering Suspicion Reports received by GFC in May is at an all time high. This indicates a greater awareness of money laundering issues, generally, across the business.

There is however evidence that 'unusual activity' is not being sufficiently challenged or researched prior to submission of a money laundering suspicion report to GFC. This issue will be discussed with the respective Compliance Functions.



**Suspicion Reports**

— Monitor Account
—■— Further KYC & Due Diligence Enquiries Required
—△— GI&F Recommend Termination

HIGHLY CONFIDENTIAL

NW 196923

## Prior Consent Cases

| | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retail | 5 | 1 | 6 | 7 | 5 | 2 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |
| Corporate | 0 | 1 | 0 | 1 | 0 | 0 | 0 | | | | | | | | 2 |
| Total | 5 | 2 | 6 | 8 | 5 | 2 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 |
| | | | | | | | | | | | | | | | |
| Consents Declined | 0 | 1 | 2 | 1 | 2 | 1 | 6 | | | | | | | | 13 |



**Prior and Declined Consents**

The monies held which are subject to 'Restraint Orders' in connection with the 'consent declined' cases currently sits at £5,679,000.

The six 'consent declined' cases this month are all linked to cases where the funds are the direct result of fraud against the bank. The decision by law enforcement to decline consent in these cases is welcomed as it increases the likelihood of recovery in due course.

May 2004

- 8 -

HIGHLY CONFIDENTIAL

NW 196924

NW 196925

HIGHLY CONFIDENTIAL

## Automated Profiling Alerts Raised

| | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NW / RBS | 11,819 | 17,277 | 10,921 | 11,216 | 14,923 | 16,550 | 17,520 | | | | | | | | 100,226 |
| TPF & Virgin | 184 | 227 | 168 | 217 | 183 | 195 | 233 | | | | | | | | 1,407 |
| Offshore / RBSI | 191 | 360 | 213 | 285 | 448 | 274 | 719 | | | | | | | | 2,490 |
| Courts | 422 | 176 | 410 | 23 | 425 | 246 | 259 | | | | | | | | 1,961 |
| Total | 12,616 | 18,040 | 11,712 | 11,741 | 15,979 | 17,265 | 18,731 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 106,084 |
| | | | | | | | | | | | | | | | |
| Disclosures | 65 | 108 | 55 | 91 | 103 | 57 | 97 | | | | | | | | 552 |



GFC has sent 756 'Referrals' this month asking for information to assist with our investigations into the automated alerts. 88% of these referrals where returned within the SLA of 10 days the remainder requiring one or more 'chasers' to be issued. GFC are in discussion with the respective business areas as to how best to address this issue.



Alerts and Disclosures

NW 196926

**Success/Feedback**

**Success**

*Redacted - Non-Responsive*

**Feedback/Intelligence**

⇨ The Scottish Crown Office highlighted that their current experience is that Solicitors Firms (small/medium) are one of the most likely conduits for Money Laundering Activity.

⇨ At least 2 Scottish banks have received approaches from Russians seeking to deposit tens of millions of US$. Whilst some of the names might be easily recognised others may be less well known.

May 2004

- 10 -

HIGHLY CONFIDENTIAL

**Money Laundering MI - Goalkeeper Extract**

| | | Feb | | | Mar | | | Apr | | | May | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total STR's | Disclosed | % | Total STR's | Disclosed | % | Total STR's | Disclosed | % | Total STR's | Disclosed | % |
| CBFM | | 32 | 27 | 84.4% | 39 | 37 | 94.9% | 31 | 29 | 93.5% | 53 | 45 | 84.9% |
| | CIB | 6 | 3 | | 3 | 3 | | 5 | 5 | | 17 | 14 | |
| | Corporate/Commercial | 13 | 11 | | 18 | 17 | | 11 | 9 | | 27 | 23 | |
| | PT&BS | 13 | 13 | | 18 | 17 | | 15 | 15 | | 9 | 8 | |
| | Structured Finance | 0 | 0 | | 0 | 0 | | 0 | 0 | | 0 | 0 | |
| Manufacturing | | 289 | 249 | 86.2% | 269 | 245 | 91.1% | 239 | 228 | 95.4% | 220 | 179 | 81.4% |
| | Account Management Ops | 24 | 17 | | 31 | 27 | | 25 | 21 | | 27 | 21 | |
| | GFC | 100 | 84 | | 68 | 65 | | 107 | 105 | | 79 | 69 | |
| | Payment Ops | 0 | 0 | | 0 | 0 | | 1 | 0 | | 0 | 0 | |
| | Lending Ops | 17 | 16 | | 14 | 14 | | 20 | 20 | | 19 | 17 | |
| | MLDU | 114 | 110 | | 106 | 104 | | 57 | 54 | | 71 | 61 | |
| | Telephony Ops | 34 | 22 | | 50 | 35 | | 29 | 28 | | 24 | 11 | |
| Retail | | 1923 | 1848 | 96.1% | 2100 | 2040 | 97.1% | 1784 | 1727 | 96.8% | 1861 | 1746 | 93.8% |
| | NatWest Private Banking | 1 | 1 | | 1 | 1 | | 2 | 2 | | 0 | 0 | |
| | NatWest Retail Network | 1572 | 1521 | | 1750 | 1713 | | 1473 | 1427 | | 1534 | 1434 | |
| | RBS Private Banking | 2 | 1 | | 2 | 2 | | 0 | 0 | | 0 | 0 | |
| | RBS Retail Network | 342 | 321 | | 329 | 314 | | 292 | 284 | | 314 | 301 | |
| | Retail Investment Services | 7 | 4 | | 18 | 10 | | 17 | 14 | | 13 | 11 | |
| Retail Direct | | 18 | 18 | 100.0% | 45 | 45 | 100.0% | 33 | 30 | 90.9% | 59 | 54 | 91.5% |
| | Cards - Issuing | 5 | 5 | | 30 | 30 | | 15 | 13 | | 33 | 30 | |
| | Cards - Streamline | 9 | 9 | | 11 | 11 | | 7 | 6 | | 18 | 16 | |
| | The One Account | 1 | 1 | | 2 | 2 | | 11 | 11 | | 7 | 7 | |
| | Tesco Personal Finance | 3 | 3 | | 2 | 2 | | 0 | 0 | | 1 | 1 | |
| Total | | 2262 | 2142 | 94.7% | 2453 | 2367 | 96.5% | 2087 | 2014 | 96.5% | 2193 | 2024 | 92.3% |

May 2004

- 11 -

HIGHLY CONFIDENTIAL

NW 196927

NW 196928

HIGHLY CONFIDENTIAL

Due to the time taken to investigate cases, Disclosures will sometimes occur in a different month to when it was first reported. Consequently, Disclosure figures will be adjusted for a period of 2 months to reflect these.
i.e. June's disclosure figures would be updated in both July and August productions.

# Legal Orders Monthly Statistics

| | New Order Information | | | | | | | | | | | | | | Order Monitoring Information | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total New Orders Received | Total Re RBS Retail Connection | Total Re NW Retail Connection | Other | CBFM | Total Orders Refered by the Business (not served centrally) | Criminal Justice Act 1987 (S.2 SFO Notice) | Criminal Justice Act 1988 | Drug Trafficking Act 1994 | Police & Criminal Evidence Act 1984 | Proceeds of Crime Act 2002 | Terrorism Act 2000 | Customer Disclosure Authorities | Other Legislation | New Requests for Additional Material Received (Existing Orders) | Total Orders In Progress as at end of the month (includes those where further material requested) | In Progress - RBS Retail Connections | In Progress - NW Retail Connections | In Progress - Corporate Connections | Total Legal Orders Escalated | Total Legal Orders Satisfied |
| Jun-03 | 204 | 31 | 173 | | 0 | n/a | 1 | 7 | 21 | 82 | 51 | 11 | 27 | 4 | 0 | 95 | 16 | 79 | 0 | 0 | 109 |
| Jul-03 | 325 | 49 | 273 | 3 | 0 | 100 | 14 | 10 | 32 | 139 | 46 | 13 | 66 | 5 | 191 | 194 | 35 | 159 | 0 | 1 | 233 |
| Aug-03 | 203 | 48 | 154 | 1 | 0 | 27 | 1 | 1 | 20 | 82 | 46 | 7 | 43 | 3 | 246 | 166 | 37 | 127 | 0 | 3 | 185 |
| Sep-03 | 215 | 46 | 165 | 2 | 2 | 14 | 1 | 5 | 13 | 85 | 45 | 10 | 56 | 3 | 274 | 246 | 57 | 187 | 0 | 3 | 203 |
| Oct-03 | 219 | 42 | 172 | 4 | 1 | 11 | 1 | 3 | 33 | 77 | 46 | 11 | 45 | 3 | 253 | 224 | 44 | 176 | 1 | 0 | 265 |
| Nov-03 | 251 | 55 | 186 | 10 | 0 | 16 | 5 | 1 | 24 | 67 | 84 | 11 | 47 | 12 | 209 | 272 | 55 | 209 | 0 | 0 | 206 |
| Dec-03 | 294 | 56 | 232 | 2 | 4 | 10 | 2 | 3 | 24 | 98 | 90 | 12 | 64 | 1 | 232 | 287 | 60 | 220 | 5 | 0 | 249 |
| Jan-04 | 254 | 61 | 184 | 7 | 2 | 28 | 7 | 1 | 9 | 83 | 71 | 13 | 56 | 14 | 285 | 278 | 67 | 200 | 6 | 1 | 285 |
| Feb-04 | 310 | 69 | 234 | 7 | 0 | 22 | 5 | 1 | 14 | 111 | 73 | 22 | 77 | 7 | 256 | 316 | 74 | 235 | 2 | 2 | 265 |
| Mar-04 | 371 | 92 | 264 | 15 | 0 | 13 | 10 | 3 | 23 | 98 | 116 | 17 | 93 | 11 | 313 | 306 | 80 | 218 | 1 | 2 | 364 |
| Apr-04 | 284 | 82 | 199 | 3 | 0 | 4 | 1 | 0 | 24 | 75 | 91 | 5 | 80 | 8 | 286 | 321 | 100 | 217 | 1 | 1 | 307 |
| May-04 | 320 | 80 | 232 | 8 | 0 | 2 | 2 | 2 | 15 | 117 | 89 | 16 | 70 | 9 | 322 | 304 | 92 | 206 | 1 | 3 | 358 |



May 2004

NW 196929

HIGHLY CONFIDENTIAL

New Legal Orders & Customer Disclosure Authorities Referred to CSC's by GI&F

| Month | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 |
|---|---|---|---|---|---|---|
| Birmingham | 11 | 25 | 22 | 17 | 17 | |
| Bolton NWB | 16 | 22 | 22 | 18 | 21 | |
| Bolton RBS | 9 | 15 | 7 | 12 | 16 | |
| Bristol | 10 | 7 | 25 | 28 | 28 | |
| Chatham | 24 | 23 | 35 | 32 | 40 | |
| Edinburgh | 4 | 1 | 11 | 6 | 10 | |
| Enfield | 23 | 24 | 35 | 31 | 32 | |
| Farnborough | 10 | 15 | 14 | 7 | 6 | |
| Glasgow | 13 | 13 | 16 | 15 | 20 | |
| Leeds | 20 | 18 | 23 | 17 | 18 | |
| Leicester | 9 | 21 | 37 | 28 | 40 | |
| Liverpool | 8 | 13 | 19 | 16 | 19 | |
| London | 11 | 6 | 1 | 0 | 0 | |
| Menai | 0 | 4 | 1 | 1 | 1 | |
| Milton Keynes | 17 | 12 | 16 | 8 | 3 | |
| N W Corporate | 0 | 0 | 0 | 0 | 0 | |
| Southampton | 9 | 8 | 15 | 15 | 20 | |
| Other / Central | 60 | 83 | 72 | 33 | 29 | |

May 2004

- 14 -

HIGHLY CONFIDENTIAL

NW 196930

NW 196931

| Escalation Date | GK Case Ref | Escalated To | Details | Resolved Date |
|---|---|---|---|---|
| 29-Apr-04 | | | | 28-May-04 |
| 14-May-04 | | | | 28-May-04 |
| 18-May-04 | | | | 20-May-04 |
| 26-May-04 | | | | 28-May-04 |
| | | | | |

*Redacted - Non-Responsive*

May 2004

- 15 -

HIGHLY CONFIDENTIAL

NW 196932

## Unavailable Documentation

| Date | Description of Documentation | A/C No | Sort Code | A/C Opened Date/Date of 1st Contact | Area Dealing |
|------|------------------------------|--------|-----------|-------------------------------------|--------------|
| Jun-03 | A/C Opening Docs unavailable | | | | |
| Jun-03 | A/C Opening Docs unavailable | | | | |
| Jun-03 | A/C Opening Docs unavailable | | | | |
| Jun-03 | A/C Opening Docs unavailable | | | | |
| Jul-03 | A/C Opening Docs unavailable | | | | |
| Jul-03 | Copy of transfer doc requested | | | | |
| Sep-03 | Bankers Draft | | | | |
| Sep-03 | A/C Opening Docs unavailable | | | | |
| Dec-03 | A/C Opening Docs unavailable | | | | |
| Jan-04 | A/C Opening Docs unavailable | | | | |
| Jan-04 | A/C Opening Docs unavailable | | | | |
| Jan-04 | A/C Opening Docs unavailable | | | | |
| Jan-04 | A/C Opening Docs unavailable | | | | |
| Jan-04 | Draft dated 6/12/02 for £28,655 | | | | |
| Feb-04 | A/C Opening Docs unavailable | | | | |
| Feb-04 | A/C Opening Docs unavailable | | | | |
| May-04 | A/C Opening Docs unavailable (loan) | | | | |
| May-04 | A/C Opening Docs unavailable | | | | |
| May-04 | A/C Opening Docs lost in transit between CSC & GFC | | | | |

*Redacted - Non-Responsive*

May 2004

- 16 -

HIGHLY CONFIDENTIAL

**EXHIBIT 102 to Declaration of Joel Israel**

**DAVIES, Rob, Group Risk Mgmt**

| | |
|---|---|
| **From:** | DAVIES, Rob, Group Risk Mgmt |
| **Sent:** | 20 May 2004 17:08 |
| **To:** | FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt |
| **Subject:** | FW: INTERPAL |

Another issue for us to consider with INTERPAL could be payment filtering. It may look a little inconsistent going forward if we have to block USD payments going to INTERPAL (i.e. INTERPAL is OFAC listed) but are happy to maintain a relationship with them as a customer.

-----Original Message-----

| | |
|---|---|
| **From:** | FOSTER, Stephen James, Group Risk Mgmt |
| **Sent:** | 20 May 2004 16:34 |
| **To:** | COLE, Guy, CBFM Regulatory Risk; NORRIE, Ben, Group Risk Mgmt |
| **Cc:** | RODGER, Irvine, CBFM Regulatory Risk; DAVIES, Rob, Group Risk Mgmt; JONES, Richard, CBFM Regulatory Risk |
| **Subject:** | RE: INTERPAL |

This is a very thorough appraisal of the position and I support the proposal, with one question - is semi-annual sufficient for the £ and Euro accounts?
Please send your views on Worldcheck. They have asked me to meet a potential customer and I intend to tell them how it has been and is, warts and all.

-----Original Message-----

| | |
|---|---|
| **From:** | COLE, Guy, CBFM Regulatory Risk |
| **Sent:** | 20 May 2004 15:34 |
| **To:** | FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt |
| **Cc:** | RODGER, Irvine, CBFM Regulatory Risk; DAVIES, Rob, Group Risk Mgmt; JONES, Richard, CBFM Regulatory Risk |
| **Subject:** | RE: INTERPAL |

Stephen/Ben

We have ascertained that the payment mentioned below has not gone to the Islamic Charitable Society for al-Aqsa or Al-Aqsa Islamic Charitable Society. Although similarly named, the recipient of this payment is a separate charity <<http://www.icshebron.org/branches_e.htm>>, which appears to be operating without any form of sanction placed on it.

From my trawls for information on the internet I have not found any information that substantiates beyond opinion that Interpal has made payments to terrorist groups. It appears the perspective taken by Israel towards Interpal and other charities operating/funding schools/orphanages/hostels in Palestine and Gaza, is that these charities perpetuate terrorism as terrorists know that if they die their dependents will be looked after by the charities. This charity is the predominant UK charity providing relief in this region, it hosted and funded a visit by British MPs to the region in 1998. Looking at the accounts there are also a large number of small (e.g. £2) direct debits being paid into the charity's account from UK donators, and so a change of their banking arrangements will probably result in some form of media commentary.

I attach a summary of my review of Interpal foreign payments in the last six months. All of the recipients of these payments were checked in Worldcheck, KYC Check and reviewed against available Google information.
<< File: Doc1.doc >>
In consideration of the information from the document attached above. The background information for the Al-Islah charity, is a an unofficial opinion from an Israeli website and no other reports or recognition of this charity having links to terrorism are recorded on any other websites. The Worldcheck information on ▒▒▒▒▒ is factually incorrect, they state that the US Federal government and UN have acknowledged that the charity aids and abets terrorism. According to the KYC Check no sanctions have existed against this entity. The source of Worldcheck's information is a student's journal at the University of California. My recent experience of Worldcheck has been disappointing, I will probably write a separate email concerning my Worldcheck findings, but in this instance if your search for the ▒▒▒▒▒▒▒▒▒▒▒▒▒ against the WorldCheck 'part match' feature, no matches are found, if you then search for an 'exact match' one result is found.

I am content to leave the Sterling and Euro accounts operating with a semi annual review taking place for foreign payments made from the accounts. Consideration will need to be given regarding the operation of the US Dollar account, as funds from this account will get frozen if they are transferred via a US domiciled/owned counterparty. We should also be alert to any new Charity names being added to the Bank of England's terrorism list. I believe Interpal is aware of the sensitivity of their position, and will be keen to ensure it does not breach Bank of England sanctions.

I'll assume you are happy with approach, unless I hear otherwise.

1

HIGHLY CONFIDENTIAL

Regards

Guy

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**T (020) 7375 5433**
**F (020) 7375 4641**
**<<mailto:Guy.Cole@rbos.com>>**

-----Original Message-----
**From:**   FOSTER, Stephen James, Group Risk Mgmt
**Sent:**   17 May 2004 11:24
**To:**   COLE, Guy, CBFM Regulatory Risk; NORRIE, Ben, Group Risk Mgmt
**Cc:**   RODGER, Irvine, CBFM Regulatory Risk; DAVIES, Rob, Group Risk Mgmt
**Subject:** RE: INTERPAL

Guy, Ben is away all week, so I am replying on this.
You are correct that filtering is a group wide issue and that is why we have been working with key stakeholders like Payment Operations to develop the policy and capability. This continues and we know that it is a very important element of our counter -terrorism efforts.

On the specific case of Interpal, I can understand the difficulties of filtering payments in the absence of an automated system. However, we do need to monitor account activity and I hope that the RM and MLPU can find a practical way to review the account movements periodically for odd items. You are right to highlight the reputational issues but if management decides they don't want the relationship, there are ways to exit that might not cause a problem.

Please keep us in the loop with your investigations on the payments.

-----Original Message-----
**From:**   COLE, Guy, CBFM Regulatory Risk
**Sent:**   17 May 2004 11:05
**To:** NORRIE, Ben, Group Risk Mgmt
**Cc:** FOSTER, Stephen James, Group Risk Mgmt; RODGER, Irvine, CBFM Regulatory Risk
**Subject:**   RE: INTERPAL

Ben

I understand the best people to speak to are either Shirley Ritson on 020 7672 6940 or Sarah Wallis on 020 7672 5826.                      *Redacted - Privileged*

                                           *Redacted - Privileged*

I realise due to the US terrorist designation of Interpal, that we should be wary of the payments from their accounts with us, but in reality I believe there is very little we can effectively do to prevent payments being made without a payment filtering system, as the customer can initiate payments themselves without needing to contact the RM.

I have not been directly involved with the Interpal issue until your recent correspondence and so have not considered previously the risks myself. I think any decision to keep/close the account must be carefully made, as closing the account without an identifiable reason will most probably result in adverse media attention, also if a terrorism related payment is identified as being made, we again would suffer untoward regulatory/ media attention. I spent Friday looking through the last six months of debits on Interpal accounts, I have seen a couple of payments that warranted further investigation, particularly the below:

Transaction Date:
Transaction Amount:
Transaction Type:
Transaction References:
████████████████████████████

Further system investigation has shown the recipient accounts details are the below
**EBANKGO04373632**

2

Bene acct name: █████████████████
Bene acct nmbr: ██████████
Bene bank: ███████████████████████

I need to conduct further investigations to establish whether this account could be the Islamic Charitable Society for al-Aqsa or Al-Aqsa Islamic Charitable Society. as this entity has been designated a terrorist group by the Bank of England.

Regards

Guy

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**T (020) 7375 5433**
**F (020) 7375 4641**
**<<<mailto:Guy.Cole@rbos.com>>>**

-----Original Message-----
From:       NORRIE, Ben, Group Risk Mgmt
Sent:       14 May 2004 10:03
To:         COLE, Guy, CBFM Regulatory Risk
Cc:         FOSTER, Stephen James, Group Risk Mgmt
Subject:    RE: INTERPAL

Do you have any contact in the Core Data Manager team that I could try?  Is there any kind of agreement between CBFM and Manufacturing that would serve as a mandate to have this work performed on an on-going basis?

Im and not sure whether you were aware but until a few weeks ago the NatWest logo was used prominently on the Interpal website in soliciting donations.  Did you or the RM have Interpal remove this?  Are the CBFM MLPU happy with the potential risks in continuing this relationship?

Ben

-----Original Message-----
From:       COLE, Guy, CBFM Regulatory Risk
Sent:       06 May 2004 16:51
To:         NORRIE, Ben, Group Risk Mgmt
Subject:    RE: INTERPAL

Ben

The Relationship Manager is aware of the potential terrorism connections with this account and liased with Derek Brand during the account freeze.  Although diligent in their interaction with the customer, the RM has no ability to filter or efficently monitor payments, I understand that this could be done in the Core Data Manager team in Manufacturing who control payment blocking and restrictions.

Regards

Guy

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**T (020) 7375 5433**
**F (020) 7375 4641**
**<<<mailto:Guy.Cole@rbos.com>>>**

-----Original Message-----
From:       NORRIE, Ben, Group Risk Mgmt
Sent:       06 May 2004 15:55
To:         COLE, Guy, CBFM Regulatory Risk
Subject:    FW: INTERPAL

Guy,

3

HIGHLY CONFIDENTIAL

NW 017153

Haven't heard back from you on the below?

Ben.

-----Original Message-----
| | |
|---|---|
| **From:** | NORRIE, Ben, Group Risk Mgmt |
| **Sent:** | 21 April 2004 17:05 |
| **To:** | COLE, Guy, CBFM Regulatory Risk; Derham, Bill (Cards Risk); Sludden, Tom |
| **Cc:** | DAVIES, Rob, Group Risk Mgmt |
| **Subject:** | INTERPAL |

Gentlemen,

You may remember ███████████ we have previously reported to the Bank of England against INTERPAL and its various aka's (including Education Aid for Palestine, Palestinians Relief & Development Fund, etc). There was an investigation by the Charities Commission and Special Branch in to potential links with Hamas, no action was taken against the charity. At this time we attempted to confirm with the Bank of England that ████████████████████ ████████████████████████ The Bank of England advised that ████████████████ ████████████████████████████████████████████████████████████. We therefore undertook to monitor the transactions going forward. Can I ask you to investigate whether any enhanced due diligence has been put in place over these accounts (not sure the above was communicated, therefore suspect not) and if not take steps to ensure that measures are put in place. I have some details of the accounts and cards should you require. Please contact me if any of the above is not clear.

**Kind Regards,**
**Ben Norrie**

Group Risk Management
Royal Bank of Scotland Group
5th Floor, 280 Bishopsgate
London EC2M 4RB
| | |
|---|---|
| Tel: | 00 44 (0) 20 7334 1460 |
| Fax: | 00 44 (0)20 7375 4813 |
| Email: | ben.norrie@rbos.com |

4

HIGHLY CONFIDENTIAL

NW 017154

**EXHIBIT 103 to Declaration of Joel Israel**

```
                          TRANSMISSION VERIFICATION REPORT

                                                   TIME : 15/05/2003 11:13
                                                   NAME : NWB GREATER LDN EAST
                                                   FAX  : 01708-733816
                                                   TEL  :
```

```
       DATE,TIME              15/05  11:12
       FAX NO./NAME           CITY IBC
       DURATION               00:00:40
       PAGE(S)                05
       RESULT                 OK
       MODE                   STANDARD
                              ECM
```

# FAX

**◤◢ NatWest**

**Commercial Banking**

| | |
|---|---|
| **To:** | David Humphries |
| **Company:** | IBC |
| **Fax No:** | |
| **Phone No:** | |
| **From:** | Terry Woodley<br>Assistant Manager |
| **Date:** | 15 May 03 |
| **No of Pages**<br>(including header): | 5 |
| **Subject** | **INTERPAL**          *****URGENT***** |

Greater London East Commercial Banking Centre
P.O.Box 2401
1ˢᵗ Floor, 10 South Street
Romford
Essex, RM1 1BD

**Tel:**     01708 774529
**Fax:**    01708 733816
**E-mail:** terry.woodley@rbs.co.uk

---

**Please call us if this fax transmission is incomplete or illegible.**
This message is confidential and for use by the addressee only. The contents are not to be disclosed to anyone other than the addressee. Please advise the sender immediately by telephone of any error in transmission.

Please find attached a complaint letter from my customer.

I should be grateful if you would give the matter your urgent attention as the customer is in our Top 5 fee earners for the bank.

Please let me know your findings.

If you have any queries please let me know.

Kind regards

Terry Woodley
Assistant Manager

HIGHLY CONFIDENTIAL

NW 068305

# FAX

 **NatWest**

Commercial Banking

**To:**         David Humphries

**Company:**    IBC

Greater London East Commercial Banking Centre
P.O.Box 2401
1st Floor, 10 South Street
Romford
Essex, RM1 1BD

**Fax No:**

**Phone No:**

**Tel:**    01708 774529
**Fax:**    01708 733816
**E-mail:**  terry.woodley@rbs.co.uk

**From:**       Terry Woodley
                Assistant Manager

**Date:**       15 May 03

**No of Pages**
(including header:)   5

**Subject**     **INTERPAL**           *****URGENT*****

---

**Please call us if this fax transmission is incomplete or illegible.**
This message is confidential and for use by the addressee only. The contents are not to be disclosed to anyone other than the addressee. Please advise the sender immediately by telephone of any error in transmission.

Please find attached a complaint letter from my customer.

I should be grateful if you would give the matter your urgent attention as the customer is in our Top 5 fee earners for the bank.

Please let me know your findings.

If you have any queries please let me know.

Kind regards

Terry Woodley
Assistant Manager

National Westminster Bank Plc ("the Bank") is a member of the NatWest and Gartmore Marketing Group. The only packaged products (life policies, unit trusts and other collective investment schemes and stakeholder and other pensions) the Bank advises on and sells are those of the Marketing Group, whose members are regulated by the Financial Services Authority. NatWest Stockbrokers Limited is also a Member of the London Stock Exchange.

National Westminster Bank Plc. Registered in England No 929027. Registered Office: 135 Bishopsgate, London EC2M 3UR

Agency agreements exist between members of The Royal Bank of Scotland Group.

HIGHLY CONFIDENTIAL                                                                    NW 068306



**Interpal**
Helping Palestinians in Need

PO Box 3333, London, NW6 1RW
Tel: 020 8450 8002 • Fax: 020 8450 8004
E-mail: info@interpal.org
Website: www.interpal.org
Registered Charity No. 1040094

BELINDA LANE
NATWEST BANK PLC, CORPORATE & COMMERCIAL BANKING
GREATER LONDON EAST, COMMERCIAL BANKING CENTRE
P O BOX 2401, 1ST FLOOR
10 SOUTH STREET
ROMFORD, ESSEX
RM1 1BD
FAX NO: 01708-733 816

**Our Ref:** (8996)
**Date:** 13 May 2003

<u>FIRST VIEW BY FAX</u>

Dear Belinda,

**Query**

I hope you and Terry are well. I write on 2 matters which are of concern as follows:

1) We have been receiving funds from our partners in Lebanon into our Itilaf Al-Khayr Account (No: 140-00-8537933) on a weekly basis for a few months now at least. However, the last transaction was returned by NatWest to the sender citing the reason that no such account exists (please see copy S.W.F.I.T. message attached). I should be grateful if you could look into why the funds were returned. We shall continue to receive funds into this account, and it would be helpful if such an error does not occur again.

2) We made a transfer of ███████████████████████████████████████ (see copy of transfer document attached). However, they never received the funds. Instead, another organisation we transferred funds to received twice the amount we sent. I spoke to David Humphries at the IBC in February, and he said the matter would be investigated. I was given the reference 078017FEB03. It is nearly mid-May now, and we are no nearer to discovering the outcome of the investigation. I should be grateful if you could follow it up and let me know what has happened.

Thank you for your kind attention and full co-operation.

Yours sincerely;

J. Qundil
Secretary to the Trustees

NW 068307



HIGHLY CONFIDENTIAL

NW 068308

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the information.

National Westminster Bank plc. Registered in England No 929027. Registered Office: 135 Bishopsgate, London EC2M 3UR

Regulated by the Financial Services Authority.

**NatWest Bank PLC**

Agency agreements exist between members of The Royal Bank of Scotland Group.

HIGHLY CONFIDENTIAL

NW 068309





Bank/Branch Stamp

## Sending a Payment Abroad

Please use your mouse, cursor or tab key to navigate. To obtain help click on the required section and press key 'F1', or refer to the form completion guide.

National Westminster Bank Plc  Registered in England No 929027  Registered Office:  135 Bishopsgate, London EC2M 3UR.

NWB 1355  (3/2002)

HIGHLY CONFIDENTIAL

NW 068310

# Fax

♻ **NatWest**

To: Terry Woodley, Assistant Manager

Company: Greater London East Commercial Banking Centre

Fax No: 01708 733816

Tel No: 01708 774529

From: Mike Preston
Customer Service Manager
Complaint file C148.03

Date: 1ˢᵗ January 2003

Pages: 1
(incl header)

Re: **Interpal – 140-00-08537933**
**Payment for $4,946.00 dated 17ᵗʰ April 2003 – Our ref IBCSE2I01550815**

**Payment & Trade Operations**
Payments Centre
PO Box No. 359
Lowry House
17 Marble Street
Manchester
M60 2QP

Telephone:    +44 161 829 1390
Facsimile:    +44 161 829 1719

**Please call us if this fax transmission is incomplete or illegible.**
This message is confidential and for use by the addressee only. The contents are not to be disclosed to anyone other than the addressee.
Please advise the sender immediately by telephone of any error in transmission.

Dear Terry

I am sorry that your customer, Interpal, was dissatisfied with the level of service they received from us in respect of the above-mentioned returned payment. Thank you for letting me know their concerns and giving me this opportunity to address them.

I am currently researching the complaint in order that I can respond fully. I will contact you again within two weeks to provide an update/response.

For your information, our complaint file reference is C148.03.

Please be assured that I am committed to resolving the complaint and will ensure it is dealt with as quickly and effectively as possible.

Yours sincerely

Mike Preston
Customer Service Manager

National Westminster Bank plc.Registered in England No 929027
Registered Office: 135 Bishopsgate, London EC2 2BP

Regulated by the Financial Services Authority

Agency agreements exist between members of The Royal Bank of Scotland Group

NatWest is a member of
🏴 The Royal Bank of
🏴 Scotland Group

Member of the NatWest and Gartmore Marketing Group, advising on the life assurance, pensions and unit trust products only of that Marketing Group

✳✳ TOTAL.PAGE.01 ✳✳

**EXHIBIT 104 to Declaration of Joel Israel**

| | |
|---|---|
| **From:** | PIGGORA on behalf of Piggott, Rachael |
| **Sent:** | Wednesday, February 26, 2003 10:44:01 AM |
| **To:** | Lane, Belinda |
| **CC:** | Woodley, Terry (CCB) |
| **Subject:** | RE: Interpal |

Thanks Belinda.
And yes please to the RMP for background info and any transmission figures you may have too, then I might be able to do some costs analysis.

Rachael

> -----Original Message-----
> **From:** Lane, Belinda
> **Sent:** 26 February 2003 15:22
> **To:** Piggott, Rachael
> **Subject:** RE: Interpal
>
> Thanks Rachael - if Terry didn't tell you these custs are my top income earners - £9kpm! Let Terry know if you requrie a copy of his recent RMP which has all background info - Mr Qundil is really nice but I have been pressing him to take forward Bankline for about 2 years and he is always telling me he needs to refer to the board. I think we need to press him now!
>
> > -----Original Message-----
> > **From:** Piggott, Rachael
> > **Sent:** 26 February 2003 15:15
> > **To:** Lane, Belinda; Woodley, Terry (CCB)
> > **Subject:** Interpal
> >
> > Dear Belinda & Terry,
> >
> > The meeting with Interpal has been moved to 19/3/03 from today - I have got a stinking cold & didn't really to pass it onto Mr Qundil!
> >
> > Just thought I would let you know.
> >
> > Rachael
> >
> > **Rachael Piggott**
> > **Business Development Manager**
> > **Cash Management Solutions**
> >
> > Mobile: 07900 137318
> > E-mail - rachael.piggott@rbs.co.uk
> >
> > **jkl** abc

NW 217191

**EXHIBIT 105 to Declaration of Joel Israel**



Your ref

The Manager
NatWest Bank PLC
Cricklewood Branch

24 September 2003

Commercial Banking
London East & West Essex (Romford Office)
PO Box 2401
1st Floor
10 South Street
Romford
Essex
RM1 1BD

E-mail:      Belinda.Lane@rbs.co.uk
Telephone:  01708 774529
Facsimile:  01708 733816

Dear Noreen

**Palestinian Relief & Development Fund – Interpal – Account No.95142940-600822**

I have attached an E-mail received from the above customer which I feel is self-explanatory.

Firstly, I feel that you need to discuss the contents of the letter with your staff as there is no excuse for rudeness or unhelpfulness. I don't know whether any alternatives, such as deferred checking, have been discussed with my customers, but would I be more than happy to agree to this if you feel that it may be a solution for the customer.

In view of the fact that this is my largest income earning customer by virtue of the credit balances which they maintain with the Bank, I should be grateful if you would arrange to forward to them an urgent apology and also offer to discuss with them, either in person or by phone, some solutions for you both.

I look forward to receiving your comments and also a copy of your apology letter.

Yours sincerely

Belinda Lane
Commercial Manager

National Westminster Bank Plc. Registered in England No 929027. Registered Office: 135 Bishopsgate, London EC2M 3UR

National Westminster Bank Plc ('the Bank') is a member of the NatWest and Gartmore Marketing Group. The only packaged products (life policies, unit trusts and other collective investment schemes and stakeholder and other pensions) the Bank advises on and sells are those of the Marketing Group, whose members are regulated by the Financial Services Authority. NatWest Stockbrokers Limited is also a Member of the London Stock Exchange.

HIGHLY CONFIDENTIAL

**EXHIBIT 106 to Declaration of Joel Israel**

## Unknown

| | |
|---|---|
| **From:** | COLE, Guy, CBFM Regulatory Risk |
| **Sent:** | Thursday, May 20, 2004 10:34 AM |
| **To:** | FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt |
| **Cc:** | RODGER, Irvine, CBFM Regulatory Risk; DAVIES, Rob, Group Risk Mgmt; JONES, Richard, CBFM Regulatory Risk |
| **Subject:** | RE: INTERPAL |
| | |
| **Attachments:** | Doc1.doc |

Stephen/Ben

We have ascertained that the payment mentioned below has not gone to the Islamic Charitable Society for al-Aqsa or Al-Aqsa Islamic Charitable Society.  Although similarly named, the recipient of this payment is a separate charity <http://www.icshebron.org/branches_e.htm>, which appears to be operating without any form of sanction placed on it.

From my trawls for information on the internet I have not found any information that substantiates beyond opinion that Interpal has made payments to terrorist groups.  It appears the perspective taken by Israel towards Interpal and other charities operating/funding schools/orphanages/hostels in Palestine and Gaza, is that these charities perpetuate terrorism as terrorists know that if they die their dependents will be looked after by the charities.  This charity is the predominant UK charity providing relief in this region, it hosted and funded a visit by British MPs to the region in 1998.  Looking at the accounts there are also a large number of small (e.g. £2) direct debits being paid into the charity's account from UK donators, and so a change of their banking arrangements will probably result in some form of media commentary.

I attach a summary of my review of Interpal foreign payments in the last six months. All of the recipients of these payments were checked in Worldcheck, KYC Check and reviewed against available Google information



Doc1.doc (113 KB)

In consideration of the information in the document attached above.  The background information for the Al-Islah charity, is a an unofficial opinion from an Israeli website and no other reports or recognition of this charity having links to terrorism are recorded on any other websites.  The Worldcheck information on ▮▮▮▮▮▮ is factually incorrect, they state that the US Federal government and UN have acknowledged that the charity aids and abets terrorism.  According to the KYC Check no sanctions have existed against this entity.  The source of Worldcheck's information is a student's journal at the University of California.  My recent experience of Worldcheck has been disappointing, I will probably write a separate email concerning my Worldcheck findings, but in this instance if your search for the ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ against the WorldCheck 'part match' feature, no matches are found, if you then search for an 'exact match' one result is found.

I am content to leave the Sterling and Euro accounts operating with a semi annual review taking place for foreign payments made from the accounts.  Consideration will need to be given regarding the operation of the US Dollar account, as funds from this account will get frozen if they are transferred via a US domiciled/owned counterparty. We should also be alert to any new Charity names being added to the Bank of England's terrorism list.  I believe Interpal is aware of the sensitivity of their position, and will be keen to ensure it does not breach Bank of England sanctions.

I'll assume you are happy with approach, unless I hear otherwise.

Regards

Guy

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**T  (020) 7375 5433**
**F  (020) 7375 4641**
**<mailto:Guy.Cole@rbos.com>**

HIGHLY CONFIDENTIAL

-----Original Message-----
**From:**    FOSTER, Stephen James, Group Risk Mgmt
**Sent:**    17 May 2004 11:24
**To:**    COLE, Guy, CBFM Regulatory Risk; NORRIE, Ben, Group Risk Mgmt
**Cc:**    RODGER, Irvine, CBFM Regulatory Risk; DAVIES, Rob, Group Risk Mgmt
**Subject:**    RE: INTERPAL

Guy, Ben is away all week, so I am replying on this.
You are correct that filtering is a group wide issue and that is why we have been working with key stakeholders like Payment Operations to develop the policy and capability. This continues and we know that it is a very important element of our counter -terrorism efforts.

On the specific case of Interpal, I can understand the difficulties of filtering payments in the absence of an automated system. However, we do need to monitor account activity and I hope that the RM and MLPU can find a practical way to review the account movements periodically for odd items.  You are right to highlight the reputational issues but if management decides they don't want the relationship, there are ways to exit that might not cause a problem.

Please keep us in the loop with your investigations on the payments.

-----Original Message-----
**From:**    COLE, Guy, CBFM Regulatory Risk
**Sent:**    17 May 2004 11:05
**To:**    NORRIE, Ben, Group Risk Mgmt
**Cc:**    FOSTER, Stephen James, Group Risk Mgmt; RODGER, Irvine, CBFM Regulatory Risk
**Subject:**    RE: INTERPAL

Ben

I understand the best people to speak to are either Shirley Ritson on 020 7672 6940 or Sarah Wallis on 020 7672 5826.        *Redacted - Privileged*

*Redacted - Privileged*

I realise due to the US terrorist designation of Interpal, that we should be wary of the payments from their accounts with us, but in reality I believe there is very little we can effectively do to prevent payments being made without a payment filtering system, as the customer can initiate payments themselves without needing to contact the RM.

I have not been directly involved with the Interpal issue until your recent correspondence and so have not considered previously the risks myself.  I think any decision to keep/close the account must be carefully made, as closing the account without an identifiable reason will most probably result in adverse media attention, also if a terrorism related payment is identified as being made, we again would suffer untoward regulatory/ media attention.  I spent Friday looking through the last six months of debits on Interpal accounts, I have seen a couple of payments that warranted further investigation, particularly the below:

Transaction  Date:
Transaction  Amount
Transaction  Type:
Transaction  References:+BTR/04/20-263

Further system investigation has shown the recipient accounts details are the below:
**EBANKGO04373632**
Bene acct name:
Bene acct nmbr:
Bene bank:

I need to conduct further investigations to establish whether this account could be the Islamic Charitable Society for al-Aqsa or Al-Aqsa Islamic Charitable Society. as this entity has been designated a terrorist group by the Bank of England.

Regards

HIGHLY CONFIDENTIAL

Guy

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**T  (020) 7375 5433**
**F  (020) 7375 4641**
**<<mailto:Guy.Cole@rbos.com>>**

-----Original Message-----
**From:**        NORRIE, Ben, Group Risk Mgmt
**Sent:**        14 May 2004 10:03
**To:**          COLE, Guy, CBFM Regulatory Risk
**Cc:**          FOSTER, Stephen James, Group Risk Mgmt
**Subject:**     RE: INTERPAL

Do you have any contact in the Core Data Manager team that I could try?  Is there any kind of agreement between CBFM and Manufacturing that would serve as a mandate to have this work performed on an on-going basis?

Im and not sure whether you were aware but until a few weeks ago the NatWest logo was used prominently on the Interpal website in soliciting donations.  Did you or the RM have Interpal remove this?  Are the CBFM MLPU happy with the potential risks in continuing this relationship?

Ben

-----Original Message-----
**From:**        COLE, Guy, CBFM Regulatory Risk
**Sent:**        06 May 2004 16:51
**To:**          NORRIE, Ben, Group Risk Mgmt
**Subject:**     RE: INTERPAL

Ben

The Relationship Manager is aware of the potential terrorism connections with this account and liased with Derek Brand during the account freeze.  Although diligent in their interaction with the customer, the RM has no ability to filter or efficently monitor payments, I understand that this could be done in the Core Data Manager team in Manufacturing who control payment blocking and restrictions.

Regards

Guy

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**T  (020) 7375 5433**
**F  (020) 7375 4641**
**<<mailto:Guy.Cole@rbos.com>>**

-----Original Message-----
**From:**        NORRIE, Ben, Group Risk Mgmt
**Sent:**        06 May 2004 15:55
**To:**          COLE, Guy, CBFM Regulatory Risk
**Subject:**     FW: INTERPAL

Guy,

Haven't heard back from you on the below?

Ben.

HIGHLY CONFIDENTIAL

-----Original Message-----

**From:**      NORRIE, Ben, Group Risk Mgmt
**Sent:**      21 April 2004 17:05
**To:**        COLE, Guy, CBFM Regulatory Risk; Derham, Bill (Cards Risk); Sludden, Tom
**Cc:**         DAVIES, Rob, Group Risk Mgmt
**Subject:**   INTERPAL

Gentlemen,

You may remember ███████████ we have previously reported to the Bank of England against INTERPAL and its various aka's (including Education Aid for Palestine,  Palestinians Relief & Development Fund, etc).  There was an investigation by the Charities Commission and Special Branch in to potential links with Hamas, no action was taken against the charity.  At this time we attempted to confirm with the Bank of England that ████████████████████████████████████ ██████████████    The Bank of England advised that ████████████████████████████████ ███████████████████████████████████████████████.  We therefore undertook to monitor the transactions going forward.  Can I ask you to investigate whether any enhanced due diligence has been put in place over these accounts (not sure the above was communicated, therefore suspect not) and if not take steps to ensure that measures are put in place.  I have some details of the accounts and cards should you require.  Please contact me if any of the above is not clear.

**Kind Regards,
Ben Norrie**

Group Risk Management
Royal Bank of Scotland Group
5th Floor, 280 Bishopsgate
London EC2M 4RB
Tel: 00 44 (0) 20 7334 1460
Fax: 00 44 (0) 20 7375 4813
Email:     ben.norrie@rbos.com

HIGHLY CONFIDENTIAL

Recipients of principal payments made from the Interpal sterling account in the last six months, (the bold letters were the letters recorded on the system). All names have been searched for on the Internet and any untoward information is recorded below



a.
b. Al Razi Hospital
c. **Islamic Charitable society**
d.
e.
f.
g.
h.
i.
j.
k.
l.
m. **Al Islah Charitable association**
n.
o.
p. **El-Wafa Charitable society**
q.
r. **Tulkarem Zakat Committee**
s.

C: <u>AL-AQSA FOUNDATION</u>
 **-- aka  Al-Aqsa Charitable Foundation**
 **-- aka  Sanabil al-Aqsa Charitable Foundation**
 **-- aka  Al-Aqsa Charitable Organization**
 **-- aka  Charitable Al-Aqsa Establishment**
 **-- aka  Aqssa Society**
 **-- aka  Al-Aqsa Islamic Charitable Society**
 **-- aka  Islamic Charitable Society for al-Aqsa**
 **-- aka  Charitable Society to Help the Noble al-Aqsa**
 **-- aka  Aqsa Charitable Establishment**
 **-- aka  Swedish Charitable Aqsa Est**
 **-- aka  AQSSA SOCIETY YEMEN**
 **-- aka  Al-Aqsa Charitable Organisation**
 **(EU)  Council Common Position 2001/931/CFSP**
 **(EU)  Council Regulation (EC) No 2580/2001**
 **(Bank of England)  Terrorist Financing - List of Suspects**
 **(OFAC)  Specially Designated Global Terrorists**
 **(Isle of Man FSC)  Sanctions Notice 9 - Afghanistan, Terrorism, Al-Qa'ida and Taliban**
 **(OSFI)  United Nations Suppression of Terrorism Regulations (UNSTR)**

We have ascertained that the payment mentioned below has <u>not</u> gone to the Islamic Charitable Society for al-Aqsa or Al-Aqsa Islamic Charitable Society. Although similarly named, the recipient of this payment is a separate charity <u>http://www.icshebron.org/branches_e.htm</u>, which appears to be operating without any form of sanction placed on it.

G)

**\* General Legal Notice**

LAST NAME:                    CATEGORY:[2] TERRORISM

FIRST NAME:                   SUBCATEGORY: PEP

HIGHLY CONFIDENTIAL

OFFICIAL LIST(S):

ALIAS(ES):

ALTERNATIVE SPELLING: ███

TITLE:                          POSITION:

AGE:                            DOB:

PLACE OF BIRTH: ____            DECEASED:

PASSPORT(S):

SSN:                            COUNTRY:
                                SAUDI ARABIA (SA)

LOCATION(S):
SAUDI ARABIA

Company(ies) reported in sources below:
AL QAIDA
AL-HARAMAIN FOUNDATION
AL-HARAMAIN ISLAMIC FOUNDATION
AL-HARAMAIN ISLAMIC FOUNDATION
AL-HARAMAIN ISLAMIC FOUNDATION
AL-SHAMAL ISLAMIC BANK
AMERICAN MUSLIM FOUNDATION
DAR AL-MAAL AL-ISLAMI
HAMAS
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
MUSLIM WORLD LEAGUE
SANA-BELL, INC
SANABIL AL-KHAIR
SAUDI JOINT RELIEF COMMITTEE
SUCCESS FOUNDATION, INC
SUPREME COUNCIL FOR ISLAMIC REVOLUTION IN IRAQ
THE SAAR FOUNDATION
THE SAAR FOUNDATION USA

Reported to be linked to:[3]


AFANDI Ibrahim Muhammad          AL-ALI Sulaiman
AL-AQEEL Aqeel                   AL-KADI Mansour
AL-RAJHI Sulaiman Abdul Aziz     BAHFZALLAH Hassan AA
BASHA Adan                       EL-ASHI Arafat
INTERNATIONAL ISLAMIC RELIEF     ISLAMIC JIHAD
ORGANIZATION
JABALLAH Mohmous                 JOHANI Maneh Hammadal
KHALIFA Mohammed Jamal           NADA Youssef
OMEISH Mohamed S


The following information was reported in one or more of the sources below:
Reportedly founded in 1972 in Riyadh - has funded organizations the federal
government and UN have acknowledged aid and abet terrorism. They include the
International Islamic Relief Organization, al-Haramain and the Muslim World League

HIGHLY CONFIDENTIAL

- has been connected with the funding of al Qaeda, Hamas and Islamic Jihad. It has also been directly linked with the 1993 World Trade Center Bombings - headed by Mohammed Khalifa, Osama bin Laden's brother-in-law. 2003.

Information Sources:
ARCHIVE  http://www.calpatriot.org/may03/terror.htm
ARCHIVE  http://www.takingitglobal.org/opps/orgdir.html?vieworg=226
         http://www.webcom.com/hrin/magazine/binladenrelatives.http:/...
ARCHIVE  http://esa.un.org/socdev/unyin/countrya.asp?countrycode=sa

**J: 100% AL-AQSA FOUNDATION**
-- aka  Aqssa Society
-- aka  Al-Aqsa Islamic Charitable Society
-- aka  Islamic Charitable Society for al-Aqsa
-- aka  Charitable Society to Help the Noble al-Aqsa
-- aka  AQSSA SOCIETY YEMEN
(OFAC)  Specially Designated Global Terrorists
(EU)  Council Common Position 2001/931/CFSP
(EU)  Council Regulation (EC) No 2580/2001
(Bank of England)  Terrorist Financing - List of Suspects
(Isle of Man FSC)  Sanctions Notice 9 - Afghanistan, Terrorism, Al-Qa'ida and Taliban
(OSFI)  United Nations Suppression of Terrorism Regulations (UNSTR)

**100% Revival of Islamic Heritage Society**
-- aka  Revival of Islamic Society Heritage on the African Continent
-- aka  Revival of Islamic Heritage Society 6
-- aka  Revival of Islamic Heritage Society (RIHS)
(OFAC)  Specially Designated Global Terrorists
(EU)  Council Regulation (EC) No 881/2002
(EU)  Council Regulation (EC) No 467/2001
(Bank of England)  Terrorist Financing - List of Suspects
(Isle of Man FSC)  Sanctions Notice 6 - Terrorism (United Nations Measures) (Isle of Man) Order 2001
(Isle of Man FSC)  Sanctions Notice 3 - Financial Sanctions against Afghanistan, Taliban & Usama Bin Laden
(Isle of Man FSC)  Sanctions Notice 9 - Afghanistan, Terrorism, Al-Qa'ida and Taliban
(United Nations)  Security Council Committee established pursuant to resolution 1267 (1999) concerning Afghanistan
(OSFI)  United Nations Suppression of Terrorism Regulations (UNSTR)

**100% JAM'YAH TA'AWUN AL-ISLAMIA**
-- aka  SOCIETY OF ISLAMIC COOPERATION
(OFAC)  Specially Designated Global Terrorists
(EU)  Council Regulation (EC) No 881/2002
(EU)  Council Regulation (EC) No 467/2001
(Bank of England)  Terrorist Financing - List of Suspects
(Isle of Man FSC)  Terrorist Financing - List of Suspects
(Isle of Man FSC)  Sanctions Notice 6 - Terrorism (United Nations Measures) (Isle of Man) Order 2001
(Isle of Man FSC)  Sanctions Notice 3 - Financial Sanctions against Afghanistan,

Taliban & Usama Bin Laden
   (Isle of Man FSC)  Sanctions Notice 9 - Afghanistan, Terrorism, Al-Qa'ida and Taliban
   (United Nations)  Security Council Committee established pursuant to resolution 1267 (1999) concerning Afghanistan
   (OSFI)  United Nations Suppression of Terrorism Regulations (UNSTR)

**K)** www.aloufok.net/article.php3?id_article=137



**M)**
http://www.intelligence.org.il/eng/c_t/ris_4_04.htm.
Al-Islah Charitable Association in Ramallah

a.   The association, outlawed in 2002, is known for its direct affiliation with Hamas. It maintains an extensive network of contacts with Hamas activists abroad, who are responsible for the distribution of Hamas funds in the Palestinian Authority administered territories. The association has been active since February 2000. Funds from various associations abroad have been transferred to its account; a significant share of those funds originate from foundations outlawed both in Israel and abroad, such as the Charity Coalition ( I'tilaf al-Khayr ), the Al-Aqsa Foundation, and the London-based Interpal organization.

b.   Senior Hamas operatives directly involved in military operations rank among the members of the Islamic Association in Al-Birah. The association provides financial assistance to families of killed or detained Hamas operatives; in addition, it sponsors the activity of the Islamic Bloc ( Al-Kutlah al-Islamiyyah ), the Hamas student movement in higher education establishments (outlawed in 2003). The association also finances conventions, demonstrations and memorial ceremonies of the Hamas movement, providing it with a fertile ground for incitement and recruitment of terrorist operatives.

c.   The founder of the association in Ramallah, who also served as its leader until his arrest in April 2002, is Jamal Tawil. He was involved in the suicide bombing attack on the Ben-Yehuda pedestrian shopping street in the heart of Jerusalem (December 2001), in which 11 Israelis were killed and 170 were wounded. During interrogation, Tawil admitted that he had decided to open an Al-Islah branch early in 2000 in order to provide a legal cover for Hamas activity. Furthermore, Tawil pointed out that as part of his activity he had provided financial assistance to Hamas prisoners and their families, and that he had transferred funds to the heads of the Hamas operative headquarters in Ramallah.

HIGHLY CONFIDENTIAL

**EXHIBIT 107 to Declaration of Joel Israel**

# Fax



**Commercial Banking**

Greater London East Commercial Banking Centre
P.O Box 2401
1st Floor, 10 South Street
Romford
Essex, RM1 1BD

| | | | | |
|---|---|---|---|---|
| **To:** | Account Maintenance | | | |
| **Company:** | Bankline | | | |

| | |
|---|---|
| **Fax No:** | 0161 2429030 |
| **Phone No:** | |

**Tel:** 01708 774529
**Fax:** 01708 733816
**E-mail:** clive.bray@rbs.co.uk

| | |
|---|---|
| **From:** | Clive Bray<br>Assistant Manager<br>Commercial Banking |
| **Date:** | 03/02/04 |
| **No of Pages**<br>(including header): | 2 |
| **Subject** | |

**Please call us if this fax transmission is incomplete or illegible.**
This message is confidential and for use by the addressee only. The contents are not to be disclosed to anyone other than the addressee. Please advise the sender immediately by telephone of any error in transmission.

Palestinian Relief & Development Fund INTERPAL

Please find attached letter from customer regarding removal of US$ account from Bankline.

Thanks

National Westminster Bank Plc ("the Bank") is a member of the NatWest and Gartmore Marketing Group. The only packaged products (life policies, unit trusts and other collective investment schemes and stakeholder and other pensions) the Bank advises on and sells are those of the Marketing Group, whose members are regulated by the Financial Services Authority. NatWest Stockbrokers Limited is also a Member of the London Stock Exchange.

National Westminster Bank Plc. Registered in England No 929027. Registered Office: 135 Bishopsgate, London EC2M 3UR

Agency agreements exist between members of The Royal Bank of Scotland Group.

HIGHLY CONFIDENTIAL



PO Box 3333  London, NW6 1RW
Tel  020 8450 8002 • Fax  020 8450 8004
E mail: info@interpal.org
Website: www.interpal.org
Registered Charity No  1040094

BELINDA LANE
NATWEST BANK PLC, CORPORATE & COMMERCIAL BANKING
GREATER LONDON EAST, COMMERCIAL BANKING CENTRE
P O BOX 2401, 1ST FLOOR
10 SOUTH STREET
ROMFORD, ESSEX
RM1 1BD
FAX NO: 01708-733 816

**RECEIVED**
**- 2 FEB 2004**
ISS updated
by initials ...................

**Our Ref:** (9742)
**Date:** 25 January 2004

Dear Belinda,

**Bank Line re: Deletion & Addition of Accounts**

Please find attached the forms for the addition of accounts to our Bank Line system. We would like to request that our Main US Dollar Account No: 140-00-04156838 should be taken off the system as we are unlikely to use this account for transfers in the near future. We would appreciate it if you could confirm our instruction as soon as possible in writing.

Thank you for your kind attention and assistance in this matter.

Yours sincerely

I. B. Hewitt
Chairman of the Trustees

J. Qundil
Secretary to the Trustees

NW 017110

**EXHIBIT 108 to Declaration of Joel Israel**



Your ref:

Our ref

**STRICTLY PRIVATE & CONFIDENTIAL**
Mr J Qundil
Interpal
PO Box 3333
London
NW6 1RW

**Commercial Banking**

London East & West Essex CBC, Romford Office
P.O. Box 2401
1st Floor, 10 South Street
Romford
Essex
RM1 1BD

Tel.   01708 774529
Fax:   01708 733816

02 February 2004

Dear Jihad

Following your letter of 25 January 2004. I have forwarded the various forms to our Electronic Banking department and informed them that you no longer wish for US Dollar account 140-00-04156838 to be reported.

Please allow ten working days for all of the updates to take effect.

If I can be of any further assistance, please do not hesitate to contact me.

Yours sincerely

**Clive Bray**
**Assistant Manager, Commercial Banking**

National Westminster Bank Plc. Registered in England No 929027  Registered Office: 135 Bishopsgate, London EC2M 3UR

National Westminster Bank Plc ('the Bank') is a member of the NatWest and Gartmore Marketing Group. The only packaged products (life policies, unit trusts and other collective investment schemes and stakeholder and other pensions) the Bank advises on and sells are those of the Marketing Group, whose members are regulated by the Financial Services Authority. NatWest Stockbrokers Limited is also a Member of the London Stock Exchange.

⚙ RBS

NW 017104

**EXHIBIT 109 to Declaration of Joel Israel**

| **From:** | JONES, Richard, CBFM Regulatory Risk |
| **Sent:** | Friday, June 11, 2004 10:21 AM |
| **To:** | SIMS, Claire, CBFM Regulatory Risk <Claire.SIMS@rbos.com> |
| **Subject:** | FW: Commercial Bank of Syria (CBS) & Syrian Lebanese Commercial Bank |

-----Original Message-----
**From:**   VIBERT, Karen, Group Risk Mgmt
**Sent:**   11 June 2004 15:08
**To:**   RODGER, Irvine, CBFM Regulatory Risk
**Cc:**   FOSTER, Stephen James, Group Risk Mgmt; WICKENS, Ian, Group Risk Mgmt; COLE, Guy, CBFM Regulatory Risk; JONES, Richard, CBFM Regulatory Risk; Miles, Phil

**Subject:**   Commercial Bank of Syria (CBS) & Syrian Lebanese Commercial Bank
**Importance:**   High

Hi Irvine.

I think this is being taken out of context and my email may have been worded a little differently if I had understood it was being more widely circulated than my proposed comments offering some guidance to Ian and on which further discussion was held.

I will therefore now hopefully make the position a little clearer, although would just add in my own warning at this stage that I am not an expert in this area, so I am not making dogmatic statements.

I have not said or recommended that we should sever all ties with Syria. The comment Guy has highlighted in red purely relates to the immediate preceding findings outlined in that paragraph and as advised in the Federal Register; on that basis I therefore commented that it "*appeared*" the UK should not be transacting business. You will then note that my next line followed that through further with a review of the BOE lists on which CBS & subsidiary were not evidenced and therefore I stated that we needed to "*exercise care*".

The point here is *not* that we need to totally sever links with CBS & subsidiaries, as there is as yet no UK/ EU requirement in this respect - we do however need to ensure that in our dealings with CBS & its subsidiaries that in no circumstances should we use our correspondent accounts in the US to route / transfer CBS (& its subsidiaries) monies. If we do there is a risk that the US can seize deposits / freeze our accounts, & even ultimately sever that relationship due to lack of compliance adherence.

I made the point that we "*could*" be in breach of UN sanctions - again reference to FinCEN and the Federal Register - based on the US allegations as raised earlier re Iraqi funds not being transferred to the Development Fund. Although I had looked at the BOE list I do not usually get involved with sanctions so it was a point raised for further appropriate review to check if similar sanctions applied.

Another thought is the need to consider the POCA & Terrorism Act requirements as we have effectively now been put on notice that CBS *may* be harbouring terrorist funds - as such we need to ensure enhanced due diligence is undertaken of this relationship, although I assume this is already the case as Syria is listed in our High Risk Country Policy.

At this time the following are for consideration:
(1) What are FM NY doing about this and can they confirm that they are comfortable with this relationship?
(2) What is the GBS / MLPU senior management view of this issue? Are they comfortable to continue this business relationship by way of other non USD currencies and the ability to route the business outside of the US? I note that volume and amounts exercised here are low.

(3) Obtaining a legal view on this issue of US extra territoriality? Perhaps you can take this forward with Jennifer Burke, Group Legal.

   NW 183380

(4) Can you confirm enhanced due diligence procedures are being effected?

I don't wish to throw another spanner in the works, but you may also wish to check for any relationships with **Myanmar Mayflower Bank** and **Asia Wealth Bank** where the US imposed special measures effective May 12 2004. I had a further look at BOE website in respect of sanctions against Burma and note that these 2 banks are not listed in the financial sanctions orders. The EC regulations adopted basically list certain targeted individuals related to important government functions in Burma/Myanmar (and their associates) who are subject to the financial sanctions imposed.

Hope this helps and that the situation is certainly not as damning as appeared may have been implied.

Regards.
Karen

-----Original Message-----
**From:**   RODGER, Irvine, CBFM Regulatory Risk
**Sent:**   11 June 2004 12:44
**To:**   VIBERT, Karen, Group Risk Mgmt
**Cc:**   COLE, Guy, CBFM Regulatory Risk; JONES, Richard, CBFM Regulatory Risk; FOSTER, Stephen James, Group Risk Mgmt; Miles, Phil

**Subject:**   RE: Patriot Act: Commercial Bank of Syria

Karen

My colleague, Guy Cole, has made some perceptive comments on your detailed note on CBS.

As you can see, he is seeking clarification on a number of points.  In particular, I am concerned about possible contradictory advice but do acknowledge that he may be missing something of which you are aware.  However, on the face of it, the effect of your recommendation to cease transacting business completely would effectively mean that UK trading ties with Syria would effectively cease (if all UK banks were to follow suit) as CBS is the dominant bank in the Syrian market for international business.  I think we need to avoid a knee-jerk reaction (to US politics) particularly as the EU (including UK) is seeking to develop trading ties with Syria.  The view of GBS is that it is comfortable with its Syrian correspondents (already classified as High Risk and so subject to a great deal of due diligence) so would be very reluctant to cease all business without good reason.

I should be grateful to receive your clarifications

Thanks

PS     I have copied in Phil Miles of GBS for his information

**Irvine Rodger**
**CBFM MLPU**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**T (020) 7334 1082**
**F (020) 7375 4641**
**E irvine.rodger@rbos.com>**

-----Original Message-----
**From:**   COLE, Guy, CBFM Regulatory Risk
**Sent:**   11 June 2004 10:26
**To:**   RODGER, Irvine, CBFM Regulatory Risk; GREENFIELD, Katie, CBFM Regulatory Risk; JONES, Richard, CBFM Regulatory Risk; SIMS, Claire, CBFM Regulatory Risk

**Subject:**     RE: Patriot Act: Commercial Bank of Syria

Irvine

I have reviewed Karen's email below.  It appears that the proposed Bank Secrecy Act amendment is somewhat similar to existing OFAC sanctions for Cuba and Iran, and to ensure we do not breach its requirements we should not offer US dollar services to CBS (which fortunately I believe we are not).

There was one comment in Karen's email that concerned me (which I have highlighted in red), in which she has said UK institutions should not be transacting business with/via CBS.  I am not sure whether this is on the basis of the information she describes immediately before it regarding allegations from the US that CBS is a conduit for terrorist funds, or on specific information in the US notice that covers us dealing in a non US dollar currency with CBS which she has not detailed in her email.  We should seek clarification on this.  If the former, and she is correct in her assertion, then this would go against previous advice and have consequences on our relationships with entities such as Interpal (an OFAC SDGT).

Karen has also mentioned that we may be in breach of UN sanctions.  We should seek clarification on whether this was due to information she has seen, or a suggestion that we check to see if similar sanctions are in place.

Finally a point on briefly mentioned in Karen's email, is that the proposed amendment covers all of the subsidiaries of CBS, I think we should identify who these subsidiaries are, and what other connections we may have in GBS and elsewhere in the bank.

Regards

Guy

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**T  (020) 7375 5433**
**F  (020) 7375 4641**
**<mailto:Guy.Cole@rbos.com>**

-----Original Message-----
**From:**   RODGER, Irvine, CBFM Regulatory Risk
**Sent:**  08 June 2004 14:30
**To:**    COLE, Guy, CBFM Regulatory Risk; GREENFIELD, Katie, CBFM Regulatory Risk; JONES, Richard, CBFM Regulatory Risk; SIMS, Claire, CBFM Regulatory Risk

**Subject:**   FW: Patriot Act: Commercial Bank of Syria

Dear All

Please review some detailed analysis from Karen Vibert on the Syrian Commercial Bank matter.  I think we should discuss it when next we meet.

Regards

**Irvine Rodger**

**CBFM MLPU**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
**T  (020) 7334 1082**

                                          NW 183382

F  (020) 7375 4641

E  irvine.rodger@rbos.com>

-----Original Message-----
**From:**   FOSTER, Stephen James, Group Risk Mgmt
**Sent:**   08 June 2004 13:24
**To:**   VIBERT, Karen, Group Risk Mgmt; WICKENS, Ian, Group Risk Mgmt
**Cc:**   RODGER, Irvine, CBFM Regulatory Risk
**Subject:**   RE: Patriot Act: Commercial Bank of Syria

Thanks, helpful summary.

I have copied this to Irvine for info, though I know MLPU is already on the case.


-----Original Message-----
**From:**   VIBERT, Karen, Group Risk Mgmt
**Sent:**   08 June 2004 13:21
**To:**   WICKENS, Ian, Group Risk Mgmt
**Cc:**   FOSTER, Stephen James, Group Risk Mgmt
**Subject:**   RE: Patriot Act: Commercial Bank of Syria

Ian, the notice of this proposed rulemaking was issued by FinCEN in the Federal Register 18/5/04.

The position as regards US entities is that they must terminate any correspondent accounts established, maintained, administered, or managed in the US for, or on behalf of, Commercial Bank of Syria; they must also guard against their indirect use by Commercial Bank of Syria.

Therefore as a minimum US financial institutions are required to:
1) Notify correspondent account holders that they may not provide Commercial Bank of Syria with access to the correspondent account maintained at the financial institution; and

2) Take reasonable steps to identify any indirect use of the correspondent accounts by Commercial Bank of Syria, to the extent that such indirect use can be determined from transactional records maintained in the financial institution 's normal course of business.

3) The US financial institution should take a risk-based approach when deciding what, if any, additional due diligence measures it should adopt to guard against the indirect use of its correspondent accounts by Commercial Bank of Syria.

4) If the US financial institution obtains knowledge that a correspondent account is being used by a foreign bank to provide indirect access to Commercial Bank of Syria, it must take all appropriate steps to block such indirect access, including, where necessary, terminating the correspondent account.

From a UK perspective, it could be possible for the U.S. government to claim jurisdiction over a non-U.S.entity's assets if that entity uses U.S. jurisdictional means in order to do business with a customer. We have already evidenced with RBSG that the U.S. government can seize deposits held in foreign correspondent accounts in U.S. banks for foreign bank's customers engaged in money laundering / terrorist activities impacting the U.S.  The US "extra-territorial jurisdiction" can apply to a financial transaction that occurs "in whole or part" in the U.S. if the funds involved were derived from money laundering /terrorism crimes that include drug trafficking, extortion, fraud against a foreign bank, kidnapping, robbery, or destruction of property by explosion or fire.

HIGHLY CONFIDENTIAL

The Notice in the Federal Register advises that FinCEN does not require or expect US financial institutions to obtain certification from its correspondent account holders that indirect access will not be provided in order to comply with this notice requirement. They may however satisfy this requirement by transmitting a one-time notice to all of their correspondent account holders by way of mail, fax, or email, advising:

*"Notice:Pursuant to U.S.regulations issued under section 311 of the USA PATRIOT Act, 31 CFR 103.188, please be informed that you are prohibited from providing Commercial Bank of Syria or any of its subsidiaries including Syrian Lebanese Commercial Bank)with access to the correspondent account(s)that we maintain for or on behalf of your institution. Any failure to comply with this prohibition may result in the termination of the affected correspondent account."*

In this case we are led to believe that CBS has been used by terrorists and/or persons associated with terrorist organisations; in addition, CBS has maintained accounts containing the proceeds from the illicit sale of Iraqi oil in violation of UN sanctions. Some of the money appears to have been used to purchase military weapons which may now be in use against coalition troops in Iraq. Funds have not be frozen and transferred to the Development Fund of Iraq. We are also advised that numerous transactions through accounts at CBS reference a reputed financier for Osama bin Laden. As such, it certainly appears that UK financial institutions should **_not_** be transacting business with / via the CBS.

I did not evidence CBS on the Bank of England list as yet, but it would appear that we do need to now exercise care.

It would therefore appear that:

- we can expect to receive notices from US financial institutions regarding this prohibition on correspondent accounts;
- we will need to ensure that we are not providing access to these for CBS;
- any failure on our part to comply with the notice could put our US funds at risk of being frozen by the US authorities;
- we could also be in breach of UN sanctions.

I would certainly suggest that this is something the BBA should take up with HMT, perhaps with some coverage on extra-territorial jurisdiction in the 3MLD, but specifically with regard to future similar requirements in this respect and in the nature of international co-operation and information sharing.

As mentioned earlier I have emailed Carolyn at CFG to see what, if any, written procedures they have in this respect, and will advise you accordingly when I receive her response.

Hope this helps.


Karen



-----Original Message-----
From: WICKENS, Ian, Group Risk Mgmt
Sent: 08 June 2004 11:03
To: RODGER, Irvine, CBFM Regulatory Risk; JONES, Richard, CBFM Regulatory Risk; Miles, Phil
Cc: FOSTER, Stephen James, Group Risk Mgmt; VIBERT, Karen, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt
Subject: FW: Patriot Act: Commercial Bank of Syria

I think I should alert you to this fairly promptly noting the deadline for comment. We will give some thought to it also but any initial thoughts? We can envisage a flurry of activity from US correpondents demanding assurances that we do not transact with CBS.

regards

Ian

Ian Wickens
Senior Policy Consultant,
Anti-Money Laundering
Group Risk Management
The Royal Bank of Scotland Group
5th Floor, 280 Bishopsgate
London EC2M 4RB

Tel: 020 7334 1409 (Internal 7 6572 1409)
E-mail: Ian.WICKENS@rbos.com

-----Original Message-----
From: Jeremy Thorp [<mailto:Jeremy.Thorp@bba.org.uk>]
Sent: 07 June 2004 09:45
To: administrator@bba.org.uk
Subject: Patriot Act: Commercial Bank of Syria

To: MLPG
    MLAP

Date: 7 June 2004

Please see the attached note on a recent decision by the US authorities affecting relations with the Commercial Bank of Syria and correspondent bank accounts with US banks.

Please let me know if this is an issue  affecting UK banks which we should raise either with the UK or US authorities.  The deadline for comments to the US is 17 June.

Jeremy Thorp
Director, Financial Crime, BBA
Tel: (020) 7216-8853
Email: jeremy.thorp@bba.org.uk

**********************************************
Privileged/Confidential information may be contained in this email and is intended only for the use of the addressee.  If you are not the addressee, you may not copy, forward, disclose or otherwise use the information.  If you receive this email by mistake, please notify the sender immediately and delete it from your computer.

Any opinions expressed in this message and/or attachments are those of the author and do not necessarily represent those of the BBA.  The BBA does not accept responsibility for changes made to this message after it was sent, as Internet communications are not secure.  Replies to this email may be monitored by the BBA for operational or business reasons.

Although this email and attachments are believed to be free of any virus it is the responsibility of the recipient to ensure that they are virus free.  No responsibility is accepted by the BBA for any loss or damage arising in any way from receipt or use thereof.

Visit our website: <http://www.bba.org.uk>
************************************************

<< File: 180757.DOC >>

HIGHLY CONFIDENTIAL

NW 183386

**EXHIBIT 110 to Declaration of Joel Israel**

**Lane, Belinda**                               *Info*

**To:**              Case, Gina
**Subject:**         RE: 1231-24JUN04

Hi Gina

Tried to phone you but only got an answerphone.Can I suggest that you phone Jihad Qundil at Interpal on 0208 450 8002.This is a very valuable connection so let's tread carefully but I wouldn't think we will have any problems here. If you need to speak to me or my asst Clive please phone 01708 774529.

Belinda Lane

      -----Original Message-----
      **From:**       Case, Gina
      **Sent:**       11 August 2004 10:05
      **To:**         Lane, Belinda
      **Subject:**    FW: 1231-24JUN04
      **Importance:** High

      -----Original Message-----
      **From:**       Case, Gina
      **Sent:**       11 August 2004 10:05
      **To:**         LANE, Belinda, Bus Mgr
      **Subject:**    1231-24JUN04
      **Importance:** High

      -----Original Message-----
      From:  Case, Gina
      Sent:  28 July 2004 10:01
      To:    LANE, Belinda, Bus Mgr
      Subject:    1231-24jun04

      Hello Belinda, sorry to bother you.  Are you the Bus Mgr for Interpal T/A Palestinians dev fund.

      If so we have got an investigation on the go at the moment.  We credited their euro account 550 00 08524882 in error on 09/06/04, with ███████████  We sent a letter requesting debit authority out to them on 15/07/04, to date we haven't had a response.
      Do you know anything about this, or do you have contact details of anybody that could help.


      Kind Regards.

      Gina Case
      Funds at Risk
      Central Investigations Unit
      Depot Code 049

      Tel - (0161) 829-1701
      Fax - (0161) 829-1337

      Gina Case
      Funds at Risk
      Central Investigations Unit
      Depot Code 049

      Tel - (0161) 829-1701
      Fax - (0161) 829-1337

1

HIGHLY CONFIDENTIAL                                                    NW 053390

**EXHIBIT 111 to Declaration of Joel Israel**

*Case Ref 5446 2/11/04*

# NatWest

J Qundil Esq
Interpal
PO Box 3333
London
NW6 1RW

**Commercial Banking
England & Wales**

P O Box 2401
1st Floor, 10 South Street
Romford
Essex
RM1 1BD

Tel: 01708 774529
Fax: 01708 733816
Mobile: 07900 407271
Email: belinda.lane@rbs.co.uk

24 November 2004                    *Dy 14 days*

Dear Jihad

Firstly, many thanks for your invitation to your Anniversary Celebrations. Unfortunately, I have a personal commitment that evening, so I won't be able to attend either event.

Further to our recent meeting and your letter dated 22 November, I have been liasing with the Bank's Payment Queries department in respect of your concerns and list their responses to your queries below :-

1. The reason provided by the Arab Bank in London for returning your payments, was that they were advised by their Middle Eastern branches that there were restrictions on the remitter and that they were referring to the US for instructions as Interpal were on the OFAC list. We have been unable to obtain any further detail and I would suggest that you contact the Arab Bank in the Middle East.

2. We now understand that the money did leave the Arab Bank in London and was transferred to their Middle East branch. Once the monies were returned to NatWest, we were therefore unable to release the funds back to you until we had received confirmation from the beneficiary bank that they hadn't acted on the payments.

*Phone Kate
0161 429
1426*

3. With regard to the charges, these have been taken by the Arab Bank in the Middle East and we have contacted Arab Bank London to query these. I will return to you once we have received a response.

4. I should be grateful if you would provide me with details of the 4 payments which have not been returned as we are only aware of 3 that remain outstanding.

5. The payment which was routed through Citibank cannot be re-credited to your account until the Bank has received a licence from OFAC to release the monies to you. The licence has already been applied for.

6. I have enclosed the appropriate form to enable you to add a further signatory to your account.

National Westminster Bank Plc is authorised and regulated by the Financial Services Authority and represents the NatWest Marketing Group.  The Bank sells life policies, units in collective investment schemes and pension products and advises only on the Marketing Group's range of these products, on a With Profit Bond produced by Norwich Union Life (RBS) Limited and also on the RBS Investment Funds ICVC operated by RBS Collective Investment Funds Limited.
National Westminster Bank Plc.  Registered in England no 929027. Registered Office: 135 Bishopsgate, London EC2M 3UH.

✖RBS

7.  With regard to future payments, I would recommend that you refer to the charitable organisations that you support and seek their advice as to the Banks through which you can route your donations.

Finally I have also enclosed the autopay mandates which Adlin requested.


Yours sincerely



Belinda Lane
Manager, Commercial Banking

HIGHLY CONFIDENTIAL

NW 068210

**EXHIBIT 112 to Declaration of Joel Israel**

# SYNOPSIS OF CUSTOMER MEETING

| DATE | 18/11/04 |
|---|---|
| CUSTOMER | Interpal |
| ATTENDEES | Belinda Lane, NWB, Jihad Qundil |
| LOCATION | Cust's premises Cricklewood |

- Met with Jihad at his request to discuss the recent payments which were refused by Arab Bank. There are ▮ pymts in total which were donations and were routed to the beneficiary via Arab Bank. However, Arab Bank in London have refused to accept the payments. I understand from Kate Dingwall in Payment Queries (0161 829 1426) that she has now received the payments back but is awaiting confirmation from the Arab Bank that each individual pymt has not reached the beneficiary before she can recredit our customer
- Jihad has requested a letter advising why the monies were refused and Kate advised that the Arab Bank in London's swift message states that the payment has been refused because ' restrictions are in place' .PM PLEASE ADVISE JIHAD BY PHONE WHEN YOU ADVISE HIM THAT PYMTS HAVE BEEN RET'D
- Jihad also queried a further pymt to Cairo-Amman Bank which was routed via Citibank - ▮▮▮▮▮▮▮▮ and has also been refused. I am told that this was reported to OFAC (Office of fgn assets control) on 9/8 as Citibank have blocked the payments. The Bank's payment queries office has to request a licence from OFAC in order to release the monies back to customer
- Jihad also queried whether an account could be opened which did not state the Interpal name in order that they can try and get donations through – I have requested further information on the name of the account, signatories etc but feel that we will have to be very careful here and may possibly not be able to assist.

**EXHIBIT 113 to Declaration of Joel Israel**



**Interpal**
Reg. Charity No 1040094
*10 Years Of Helping Palestinians in Need*

Interpal – PO Box 3333, London, NW6 1RW
Tel: 020 8450 8002  •  Fax: 020 8450 8004
E-mail: info@interpal.org
Website: www.interpal.org

BELINDA LANE
NATWEST BANK PLC, CORPORATE & COMMERCIAL BANKING
GREATER LONDON EAST, COMMERCIAL BANKING CENTRE
P O BOX 2401, 1ST FLOOR
10 SOUTH STREET
ROMFORD, ESSEX
RM1 1BD
FAX NO: 01708-733 816

**FIRST VIEW BY FAX**

**Our Ref: (10496)**
**Date: 01 December 2004**

Dear Belinda,

**Failed Transfers**

Thank you for your letter of 24 November 2004. I would like to address points 3, 4 and 5 you raised.

a)  Point 3 – We appreciate your efforts. We expect a refund, so please keep us posted as to developments.

b)  Point 4 – As per my letter of 24 November 2004 (Our Ref: 10425) there are only 2 payments still not returned as regards the failed Arab Bank transfers. Details accompanied the letter of the 24th.

c)  Point 5 – As far as we are concerned, our 'quarrel' is with NatWest Bank. We never instructed NatWest to go via Citibank. We have nothing to do with Citibank, and would like the money to be returned to us *by NatWest* without delay. It is then up to NatWest to ask Citibank to return what we consider NatWest funds, not ours. The error was made by NatWest, and we should not have to suffer for it as who knows when OFAC will grant a licence.

I trust you will look into these matters and revert back to me as soon as possible. Thank you for your kind attention, and I await your early response.

Yours sincerely,

INTERPAL
المبرة الفلسطينية للإغاثة والتنمية HELPING PALESTINIANS IN NEED

J. Qundil
CEO

**EXHIBIT 114 to Declaration of Joel Israel**



Interpal – PO Box 3333, London, NW6 1RW
Tel: 020 8450 8002 • Fax: 020 8450 8004
E-mail: info@interpal.org
Website: www.interpal.org

BELINDA LANE
NATWEST BANK PLC, CORPORATE & COMMERCIAL BANKING
GREATER LONDON EAST, COMMERCIAL BANKING CENTRE
P O BOX 2401, 1ST FLOOR
10 SOUTH STREET
ROMFORD, ESSEX
RM1 1BD
FAX NO: 01708-733 816

**FIRST VIEW BY FAX**

**Our Ref: (10602)**
**Date: 09 December 2004**

Dear Belinda,

**Failed Transfers & Application for OFAC License**

This is to acknowledge receipt of the reply dated 2 December 2004 sent by Clive (Bray) in your absence. I would like to thank you both for your kind attention in dealing with the matters I raised. I confirm that we have been credited with two payments – one for ▇▇▇ and the other for ▇ in respect of payments reference B and D attached to my letter of 24 November 2004 (Our Ref: 10425). However, there are still outstanding issues in respect of payments reference A and C as already explained with copy documents provided.

Payment Reference A
We clearly requested the payment to go by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇using the code CAABJOAMXXX. We have been using this route, and have never had problems before. All other payments sent this way have all gone through without ever going through Citibank.

Payment Reference C
Again, this is the same story as Ref A above. This is how we normally tranfer our funds. In fact, after the failed transfer we re-transferred the funds (the original ▇▇▇▇ plus an additiopnal ▇▇▇ on ▇ ▇▇▇▇▇▇▇▇▇ (Ref E) using exactly the same template as we have previously used. This latter went through with no problems whatsoever.

This being the case, it is clear that we have not done anything differently. We have re-transferred both sets of funds in respect of Payments Ref A and C. What we require is for NatWest to reimburse the funds, and then apply for the return of funds from OFAC. It states on the OFAC license application that anyone with interest may apply. It is surely in NatWest's interest to do so. An application from NatWest due to the bank's error would in any case stand a better chance of obtaining an OFAC license. We feel we do not stand a chance if we applied ourselves.

With this in mind, I would appreciate your co-operation in the matter.

Yours sincerely

J. Qundil
CEO

INTERPAL
المعدو و الفلسطيني للإغاثة والتنمية
HELPING PALESTINIANS IN NEED
REGISTERED CHARITY NUMBER 1040094

HIGHLY CONFIDENTIAL

NW 068197

**EXHIBIT 115 to Declaration of Joel Israel**

**COLE, Guy, CBFM Enterprise Risk**

| | |
|---|---|
| **From:** | RODGER, Irvine, CBFM Enterprise Risk |
| **Sent:** | Wednesday, December 22, 2004 04:28 AM |
| **To:** | Lane, Belinda; COLE, Guy, MLPU |
| **Cc:** | Wyles, Graeme; ZZLOVE, Kevin. Corporate Markets |
| **Subject:** | RE: Closure of the Interpal US dollar account |

Belinda

Thanks for your help and assistance here.  It is good that Interpal is being so co-operative.

Regards

Irvine Rodger
CBFM MLPU
The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot 028)
Tel:  (020) 7085 1082
Int:  361082
Fax: (020) 7085 4641
e:    irvine.rodger@rbos.com


 -----Original Message-----
From:   Lane, Belinda
Sent:   22 December 2004 08:47
To:     COLE, Guy, CBFM Enterprise Risk
Cc:     RODGER, Irvine, CBFM Enterprise Risk; Wyles, Graeme
Subject:   RE: Closure of the Interpal US dollar account

I have now spoken with customers and they had intended to close the dollar account anyway. THey propose to tf the funds to another charity and will provide me with details in due course. I have asked them to return to me in 14 days given the holiday period. THey have also agreed to remove the details from their website and I have diarised to check this in 14 days.

Belinda Lane
-----Original Message-----
From:   COLE, Guy, CBFM Enterprise Risk
Sent:   17 December 2004 17:00
To:     Lane, Belinda
Cc:     RODGER, Irvine, CBFM Enterprise Risk; Wyles, Graeme
Subject:   Closure of the Interpal US dollar account
Importance:  High

Belinda

As discussed in our telephone conversation earlier, due to the US restrictions on Interpal, we feel it would be appropriate to close the Interpal US Dollar account.  If Interpal are unwilling to cooperate with the closure of the US dollar account (the balance is roughly ██████, we may need to devise a way of restricting the account's operation.

We are also aware that the US dollar account details are present on Interpal's website, please ask Interpal to remove this reference from their website asap.


*Redacted - Privileged*

*Redacted - Privileged*

I appreciate that this may be a difficult request to make, and as you said in our conversation we will probably need to give a formal written request.  I suggest that if a written request is required, we formulate and send it in the New Year.  We can use the time before the New Year to raise the subject with Interpal and also to consider what restrictions we could put on the account's operation if it were to stay open, although leaving the account open is not desirable.

I am out of the office next week until Friday (and hopefully not in for too long on Friday!), if you would like to liaise with somebody in my unit during my absence, please contact Irvine Rodger.


Regards

Guy

Guy Cole
CBFM Money Laundering Prevent Unit
The Royal Bank of Scotland
135 Bishopsgate, London, EC2M 3UR
Tel.        (020) 7085 5433
Internal   76572 365433
Fax.        (020) 7085 4641
<<mailto:Guy.Cole@rbos.com>>
CBFM MLPU Website: <http://cbfmweb.fm.rbsgrp.net/cbfmmlpu/> (Answers to many frequently asked questions can be found on this website)


**************************************************************************-
**************************************************************************-
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.

Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the addressee only. If the message is received by anyone other than the addressee, please return the message to the sender by replying to it and then delete the message from your computer. Internet e-mails are not necessarily secure. The Royal Bank of Scotland plc does not accept responsibility for changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the transmission of viruses, it is the responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect its systems or data.  No responsibility is accepted by The Royal Bank of Scotland plc in this regard and the recipient should carry out such virus and other checks as it considers appropriate.

Visit our websites at:

http://www.rbs.co.uk/CBFM

http://www.rbsmarkets.com


**************************************************************************-
***
**************************************************************************-
**********************************************************************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.

Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the

NW 066798

addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The
Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:

http://www.rbs.co.uk/CBFM

http://www.rbsmarkets.com


*************************************************************************_
***

HIGHLY CONFIDENTIAL

NW 066799

**EXHIBIT 116 to Declaration of Joel Israel**

**SYNOPSIS OF CUSTOMER Phone call**

| | |
|---|---|
| DATE | 31/12/04 |
| CUSTOMER | Interpal |
| ATTENDEES | Belinda Lane |
| LOCATION | |

Jihad Qundil phoned to advise that he has located an Indian charity with a US $ acc in London with Canara Bank and as NWB have requested that he close his dollar acc, wishes to send the balance to this charity. However ivo previous problems he required assurance that the money would not be returned nor sent out of this country via America. After checking with IBC I have advised him that the monies would not leave this country but rather that internal tfs between the Bank's nostro and vostro accs are made.

I have referred this matter to Bob Dalton who believes that reference to our customer would probably be detailed on the internal tfs but this is not a matter that we need to clarify with custs.

I have therefore informed Jihad that he must tf the money at his own risk and that I cannot confirm whether or not America would be made aware of a transfer of US dollars. Alternatively the monies can be withdrawn in cash, which is not sensible as he would probably have difficulty paying them over a Bank's counter into another account, or convert the dollars into sterling.

Either way customer is on notice to close the $ acc and we remain in diary.

HIGHLY CONFIDENTIAL

**EXHIBIT 117 to Declaration of Joel Israel**

26 Jan 05 12:00      Interpal                020 450 8004            p.1



Interpal – PO Box 3333, London, NW6 1RW
Tel: 020 8450 8002 • Fax: 020 8450 8004
E-mail: info@interpal.org • Website: www.interpal.org
Registered Charity No. 1040094

BELINDA LANE
NATWEST BANK PLC, CORPORATE & COMMERCIAL BANKING
GREATER LONDON EAST, COMMERCIAL BANKING CENTRE
P O BOX 2401, 1ST FLOOR
10 SOUTH STREET
ROMFORD, ESSEX
RM1 1BD
FAX NO: 01708-733 816

**BY FAX**

**Our Ref: (17112)**
**Date: 26 January 2005**

Dear Belinda,

**Closure of INTERPAL's USD Account**

Following NatWest's wish for INTERPAL to close its USD Account (No: 140004156838) we write to confirm that we have taken details of our USD account off our website, and made arrangements for one of our partners here in the UK with a UK Lloyds TSB bank account to receive the funds on trust as part of an agreed partnership protocol that we have with the United Nations Economic and Social Committee for Western Asia (UNESCWA). The funds have been earmarked for a joint agricultural project starting this year between NGO partners and UNESCWA.

We understand from you that such an inland tansfer of funds would not be affected by our designation by the US authorities. We have no problems with you effecting the transfer provided you can guarantee that the funds are safely transferred to our partner's USD account in the UK strictly via the UK only, and does not involve routing through the US.

Given the proviso above, we leave for you to make the necessary arrangements as you see fit to transfer the funds safely either by wire, banker's draft or cash deposit to the following account:



Thank you for your kind attention, and we look forward to hearing from you as to what NatWest has effected to close our account and transfer the funds securely to ▮▮▮▮

Yours sincerely

Ibrahim Hewitt
Chairman of the Trustees

J. Qundil
CEO

HIGHLY CONFIDENTIAL

NW 068331

**EXHIBIT 118 to Declaration of Joel Israel**
**(Bank Transfer, 15 pages)**

**This document has been filed Under Seal**

**EXHIBIT 119 to Declaration of Joel Israel**

# NatWest

Memo                    Attn  Kay                    **Commercial Banking**
                                                      **England & Wales**
                                                      P O Box 2401
                                                      1st Floor, 10 South Street
**To:**          Currency Account Operations          Romford
                                                      Essex
**From:**        Clive Bray                           RM1 1BD
                 Portfolio Manager
                                                      Tel: 01708 774529
**Tel:**         01708 774529                          Fax: 01708 733816
                                                      Mobile: 07900 407271
**Date:**        7 February 2005                       Email: belinda.lane@rbs.co.uk

**Re: Closure of US$ account**

Please close account 140/00/04156838 and issue a US$ draft for the balance payable to ▮▮▮▮▮▮▮▮ Please send the draft to Mr Jihad Qundil, Palestinian Releif & Development Fund, PO Box 3333, London NW6 1RW.

I have attached customers closing account authority and after reference to Money Laundering provention unit it has been decided that the balance should be sent to the customer by way of a draft.

Thank you for your assistance in this matter.

Clive Bray
Portfolio Manager ISV 85198455

HIGHLY CONFIDENTIAL

**EXHIBIT 120 to Declaration of Joel Israel**

**DAVIES, Rob, Group Risk Mgmt**

| | |
|---|---|
| **From:** | NORRIE, Ben, Group Risk Mgmt |
| **Sent:** | 03 December 2004 13:13 |
| **To:** | FOSTER, Stephen James, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt |
| **Subject:** | FW: INTERPAL |

Attached is the last correspondence I have on Interpal.

I have looked at the comment that is available on open source. There is a lot of comment from right wing US lobbying bodies, including some fairly robust attacks on UK foreign policy and the harbouring of Interpal Some evidence is presented of the alleged Interpal links to Hamas but this does not seem to be substantiated. On the other side there are numerous protestations from Islamic groups in the UK that the US actions and allegations are baseless and that the actions against Interpal amount to harassment.

After reading the various open source information, I am of the view that the US action against Interpal is as much about Foreign Policy as Terrorism. The UK has a different view on engagement in Israel / Palestine. On this basis, and given that the UK government has not taken any action, I am happy with the approach recommended by Guy

What are you thoughts? Maintaining the relationship will still put us outside the Group standards - do we need to have this signed off?

Ben

FYI - I noted one reference in my search to the fact that NatWest provides Interpal their banking facilities.

-----Original Message-----

| | |
|---|---|
| **From:** | FOSTER, Stephen James, Group Risk Mgmt |
| **Sent:** | 20 May 2004 16:34 |
| **To:** | COLE, Guy, CBFM Regulatory Risk; NORRIE, Ben, Group Risk Mgmt |
| **Cc:** | RODGER, Irvine, CBFM Regulatory Risk; DAVIES, Rob, Group Risk Mgmt; JONES, Richard, CBFM Regulatory Risk |
| **Subject:** | RE: INTERPAL |

This is a very thorough appraisal of the position and I support the proposal, with one question - is semi-annual sufficient for the £ and Euro accounts?
Please send your views on Worldcheck. They have asked me to meet a potential customer and I intend to tell them how it has been and is, warts and all

-----Original Message-----

| | |
|---|---|
| **From:** | COLE, Guy, CBFM Regulatory Risk |
| **Sent:** | 20 May 2004 15:34 |
| **To:** | FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt |
| **Cc:** | RODGER, Irvine, CBFM Regulatory Risk; DAVIES, Rob, Group Risk Mgmt; JONES, Richard, CBFM Regulatory Risk |
| **Subject:** | RE: INTERPAL |

Stephen/Ben

We have ascertained that the payment mentioned below has not gone to the Islamic Charitable Society for al-Aqsa or Al-Aqsa Islamic Charitable Society. Although similarly named, the recipient of this payment is a separate charity <http://www.icshebron.org/branches_e.htm>, which appears to be operating without any form of sanction placed on it.

From my trawls for information on the internet I have not found any information that substantiates beyond opinion that Interpal has made payments to terrorist groups. It appears the perspective taken by Israel towards Interpal and other charities operating/funding schools/orphanages/hostels in Palestine and Gaza, is that these charities perpetuate terrorism as terrorists know that if they die their dependents will be looked after by the charities. This charity is the predominant UK charity providing relief in this region, it hosted and funded a visit by British MPs to the region in 1998 Looking at the accounts there are also a large number of small (e g £2) direct debits being paid into the charity's account from UK donators, and so a change of their banking arrangements will probably result in some form of media commentary.

I attach a summary of my review of Interpal foreign payments in the last six months All of the recipients of these payments were checked in Worldcheck, KYC Check and reviewed against available Google information
<< File: Doc1 doc >>
In consideration of the information in the document attached above. The background information for the Al-Islah charity, is a an unofficial opinion from an Israeli website and no other reports or recognition of this charity having links to terrorism are recorded on any other websites The Worldcheck information on ████ is factually

1

incorrect, they state that the US Federal government and UN have acknowledged that the charity aids and abets terrorism. According to the KYC Check no sanctions have existed against this entity. The source of Worldcheck's information is a student's journal at the University of California. My recent experience of Worldcheck has been disappointing, I will probably write a separate email concerning my Worldcheck findings, but in this instance if your search for the ████████████████ against the WorldCheck 'part match' feature, no matches are found, if you then search for an 'exact match' one result is found.

I am content to leave the Sterling and Euro accounts operating with a semi annual review taking place for foreign payments made from the accounts   Consideration will need to be given regarding the operation of the US Dollar account, as funds from this account will get frozen if they are transferred via a US domiciled/owned counterparty We should also be alert to any new Charity names being added to the Bank of England's terrorism list. I believe Interpal is aware of the sensitivity of their position, and will be keen to ensure it does not breach Bank of England sanctions

I'll assume you are happy with approach, unless I hear otherwise.

Regards

Guy

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
T (020) 7375 5433
F (020) 7375 4641
<mailto:Guy.Cole@rbos.com>

-----Original Message-----
From:    FOSTER, Stephen James, Group Risk Mgmt
Sent:    17 May 2004 11:24
To:    COLE, Guy, CBFM Regulatory Risk; NORRIE, Ben, Group Risk Mgmt
Cc:    RODGER, Irvine, CBFM Regulatory Risk; DAVIES, Rob, Group Risk Mgmt
Subject:    RE: INTERPAL

Guy, Ben is away all week, so I am replying on this.
You are correct that filtering is a group wide issue and that is why we have been working with key stakeholders like Payment Operations to develop the policy and capability. This continues and we know that it is a very important element of our counter-terrorism efforts

On the specific case of Interpal, I can understand the difficulties of filtering payments in the absence of an automated system. However, we do need to monitor account activity and I hope that the RM and MLPU can find a practical way to review the account movements periodically for odd items.  You are right to highlight the reputational issues but if management decides they don't want the relationship, there are ways to exit that might not cause a problem.

Please keep us in the loop with your investigations on the payments.

-----Original Message-----
From:    COLE, Guy, CBFM Regulatory Risk
Sent:    17 May 2004 11:05
To: NORRIE, Ben, Group Risk Mgmt
Cc:    FOSTER, Stephen James, Group Risk Mgmt; RODGER, Irvine, CBFM Regulatory Risk
Subject:    RE: INTERPAL

Ben

I understand the best people to speak to are either Shirley Ritson on 020 7672 6940 or Sarah Wallis on 020 7672 5826

*Redacted - Privileged*

*Redacted - Privileged*

I realise due to the US terrorist designation of Interpal, that we should be wary of the payments from their accounts with us, but in reality I believe there is very little we can effectively do to prevent payments being made without a payment filtering system, as the customer can initiate payments themselves without needing to contact the RM

I have not been directly involved with the Interpal issue until your recent correspondence and so have not

HIGHLY CONFIDENTIAL                                                                                   NW 066823

considered previously the risks myself  I think any decision to keep/close the account must be carefully made, as closing the account without an identifiable reason will most probably result in adverse media attention, also if a terrorism related payment is identified as being made, we again would suffer untoward regulatory/ media attention.  I spent Friday looking through the last six months of debits on Interpal accounts, I have seen a couple of payments that warranted further investigation, particularly the below:

Transaction  Date:

Transaction  Amount:

Transaction  Type.

Transaction  References

Further system investigation has shown the recipient accounts details are the below:

**EBANKGO04373632**

Bene acct name:

Bene acct nmbr:

Bene bank:

I need to conduct further investigations to establish whether this account could be the Islamic Charitable Society for al-Aqsa or Al-Aqsa Islamic Charitable Society. as this entity has been designated a terrorist group by the Bank of England.

Regards

Guy

**Guy Cole**
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
135 Bishopsgate, London, EC2M 3UR
T (020) 7375 5433
F (020) 7375 4641
<<mailto:Guy.Cole@rbos.com>>

-----Original Message-----
| From: | NORRIE, Ben, Group Risk Mgmt |
| Sent: | 14 May 2004 10:03 |
| To: | COLE, Guy, CBFM Regulatory Risk |
| Cc: | FOSTER, Stephen James, Group Risk Mgmt |
| Subject: | RE: INTERPAL |

Do you have any contact in the Core Data Manager team that I could try?  Is there any kind of agreement between CBFM and Manufacturing that would serve as a mandate to have this work performed on an on-going basis?

Im and not sure whether you were aware but until a few weeks ago the NatWest logo was used prominently on the Interpal website in soliciting donations   Did you or the RM have Interpal remove this?  Are the CBFM MLPU happy with the potential risks in continuing this relationship?

Ben

-----Original Message-----
| From: | COLE, Guy, CBFM Regulatory Risk |
| Sent: | 06 May 2004 16:51 |
| To: | NORRIE, Ben, Group Risk Mgmt |
| Subject: | RE: INTERPAL |

Ben

The Relationship Manager is aware of the potential terrorism connections with this account and liased with Derek Brand during the account freeze.  Although diligent in their interaction with the customer, the RM has no ability to filter or efficently monitor payments, I understand that this could be done in the Core Data Manager team in Manufacturing who control payment blocking and restrictions

Regards

Guy

3

NW 066824

Guy Cole
**CBFM Money Laundering Prevent Unit**
**The Royal Bank of Scotland**
**135 Bishopsgate, London, EC2M 3UR**
T (020) 7375 5433
F (020) 7375 4641
<<mailto:Guy.Cole@rbos.com>>

-----Original Message-----
| | |
|---|---|
| **From:** | NORRIE, Ben, Group Risk Mgmt |
| **Sent:** | 06 May 2004 15:55 |
| **To:** | COLE, Guy, CBFM Regulatory Risk |
| **Subject:** | FW: INTERPAL |

Guy,

Haven't heard back from you on the below?

Ben

-----Original Message-----
| | |
|---|---|
| **From:** | NORRIE, Ben, Group Risk Mgmt |
| **Sent:** | 21 April 2004 17:05 |
| **To:** | COLE, Guy, CBFM Regulatory Risk; Derham, Bill (Cards Risk); Sludden, Tom |
| **Cc:** | DAVIES, Rob, Group Risk Mgmt |
| **Subject:** | INTERPAL |

Gentlemen,

You may remember ████████ we have previously reported to the Bank of England against INTERPAL and its various aka's (including Education Aid for Palestine, Palestinians Relief & Development Fund, etc). There was an investigation by the Charities Commission and Special Branch in to potential links with Hamas, no action was taken against the charity. At this time we attempted to confirm with the Bank of England that ████████ ██████████████████████████████████. The Bank of England advised that ██████████████ ███████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ We therefore undertook to monitor the transactions going forward  Can I ask you to investigate whether any enhanced due diligence has been put in place over these accounts (not sure the above was communicated, therefore suspect not) and if not take steps to ensure that measures are put in place.  I have some details of the accounts and cards should you require.  Please contact me if any of the above is not clear

**Kind Regards,**
**Ben Norrie**

Group Risk Management
Royal Bank of Scotland Group
5th Floor, 280 Bishopsgate
London EC2M 4RB
| | |
|---|---|
| Tel: | 00 44 (0) 20 7334 1460 |
| Fax: | 00 44 (0)20 7375 4813 |
| Email: | ben.norrie@rbos.com |

4

HIGHLY CONFIDENTIAL

**EXHIBIT 121 to Declaration of Joel Israel**

| | |
|---|---|
| **From:** | HOLT, Amanda, Group Risk Mgmt (nee Turner) |
| **Sent:** | Wednesday, December 15, 2004 08:26 AM |
| **To:** | LOVE, Kevin, CBFM |
| **Subject:** | FW: Google Alert - nat-west |
| **Attachments:** | Picture (Metafile)1 |

```
FYI

Amanda Holt
Head of Group Enterprise Risk

Tel no: 020 7334 1148
Fax no: 020 7375 4106
Mobile: 07789 928 481
Internet: amanda.holt@rbos.com


  -----Original Message-----
From:    Outhwaite, David
Sent:    10 December 2004 11:24
To:   HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:   RE: Google Alert - nat-west

Amanda this is the article.

David


How Terrorist Propaganda Kills


By Rachel Ehrenfeld <authors.asp?ID=579>
FrontPageMagazine.com | December 10, 2004
Tony Blair and the Europeans are focusing their attention on the creation of a
Palestinian state as the magic formula for peace in the Middle East. At the same
time, they are turning a blind eye to the growing propaganda and fundraising
campaign on websites and TV stations in their own countries.

The Europeans' behavior is not surprising. Their top foreign policy official,
Javier Solana, the EU High Representative for Foreign and Security Policy,
expressed a "deep sadness" over the death of Yasser Arafat, the failed
Palestinian leader who initiated the culture of death and destruction. Solana
further suggested that the best way to commemorate him is to follow in his
footsteps. In fact, he outdid Arafat by negotiating with HAMAS, which the EU
itself has designated as a terrorist organization.

The most active HAMAS front organization worldwide is the London-based Interpal,
which publishes anti-American and anti-Israeli propaganda, and which in 2003
alone sent more than $20 million to different HAMAS organizations in the
Palestinian territories. In addition to fundraising in England in Pounds
Sterling, Interpal lists on its website four different bank accounts to which
contributors can send money. All the accounts are with Nat West Bank, and the
international scope of the organization is evident by dedicated dollar and euro
accounts.

And England is not alone. While the French Prime Minister Jean-Pierre Raffarin is
calling to shut down Al-Manar, Hizbollah's TV broascasting in France, his
country continues to host the Paris-based HAMAS front organization, Votre
Partenaire Humanitaire en Palestine (CBSP), which also publishes anti-West hate
propaganda, and whose website calls for contributions to be sent to a Post
Office box in Nancy.

Other European countries also allow HAMAS propaganda websites and fundraising.
Sweden, which "supports democratic development in the Palestinian territories,"
apparently does not see any contradiction in its support of the Malmo-based
```

HAMAS front Al-Aqsa Spannmal Stiftelse, which invites contributors to send money to its BankGiro account. The Swiss, who carried several of Arafat's secret bank accounts for decades, and whose foreign minister Micheline Calmy-Rey warmly eulogized Arafat, is also hosting the Association De Secours Palestinien – Suise and the Humanitare Hilfsorganisation Fur Palastina – Schweiz, with a UBS account which in turn transfers the money to HAMAS in the West Bank and Gaza. The Austrian HAMAS front, Palastinensische Ver. In Osterreich, features anti-Israeli propaganda and lists its account for donations in Austria Creditanstalt Bank. And the Italians, who support President Bush's War on Terror, allow HAMAS' Associazione Benefica di Solidarieta con il Popolo Palestinese not only to spread its hateful messages on the their internet providers, but also to collect funds through an account at Banca Nazionale del Lavoro in Genoa, funds which are then sent on to the Palestinian territories.

Equally disturbing is the Europeans' blasé attitude towards the virulently anti-American and anti-Israeli broadcasts of the Iranian-sponsored and controlled TV network, Al-Manar. This Hizbollah mouthpiece spews anti-American incitement and propaganda, which has increased dramatically since the Iraq War. Al-Manar, through its programs, also serves as a fundraising vehicle for both the Islamic Jihad and HAMAS organizations in the Palestinian territories.

The French Eutelsat satellite company, which was formed by the European Space Agency, distributes Al-Manar to Europe and North Africa. The Dutch New Skies Satellites (NSS) company, recently acquired by the American Blackstone Group, distributes Al-Manar to North Africa and parts of Europe. Despite its suffering radical Islamist terror last March, and subsequently arresting many Islamist operatives, Spain allows the Madrid-based Hispasat company to continue broadcasting Al-Manar to South American countries, where the number of Muslim converts is growing exponentially.

What is most surprising, however, is that California-based Telestar, the world's largest global satellite corporation, facilitates the broadcasting of Al-Manar into North America and Canada. It is surprising because the Patriot Act defines the facilitation of communication for terrorist purposes as a terrorist act. Providing satellite broadcasting and internet services to terrorist groups meets that criterion.

As part of the revised agenda for President Bush's second term, Congress should enact legislation requiring American-based satellite and internet service providers to identify and monitor their clients, and the clients of their clients, in order to prevent the facilitation of terrorist communications. This can be done through methods similar to Know Your Customer procedures, which are set in place in financial institutions to follow the money trail. As for foreign satellite and Web-hosting companies, the Office of Foreign Assets Control (OFAC) regulations and the executive orders behind them seem to be a perfect control mechanism.

Rachel Ehrenfeld is author of Funding Evil: How Terrorism is Financed – And How to Stop It; the Director of the New York-based American Center for Democracy; and a member of the Committee on the Present Danger.


-----Original Message-----
From:    HOLT, Amanda, Group Risk Mgmt (nee Turner)
Sent:    Friday, December 10, 2004 11:14 AM
To:   Smith, Sue (Natwest Risk); Outhwaite, David; FOSTER, Stephen James, Group Risk Mgmt
Cc:   Wilson, Sharon (PA to Graeme Hardie)
Subject:    RE: Google Alert – nat-west

David and Sue

Many thanks for this.  I can't see the article you are referring to (as I have upgraded to XP to internet no longer works) however, we were aware that we had accounts for people connected to Hamas, but not Hamas itself. I have forwarded this email to Stephen Foster in my team who know the background and who can give the legal/regulatory view from Group.

Regards,

HIGHLY CONFIDENTIAL

Amanda Holt
Head of Group Enterprise Risk

Tel no: 020 7334 1148
Fax no: 020 7375 4106
Mobile: 07789 928 481
Internet: amanda.holt@rbos.com


-----Original Message-----
From:     Smith, Sue (Natwest Risk)
Sent:     10 December 2004 11:01
To:       Outhwaite, David
Cc:       Wilson, Sharon (PA to Graeme Hardie); HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:      FW: Google Alert - nat-west

Hi David

I've tracked down the accounts - the CIN is 1143476903.  They hold 7 accounts with us and the connection is held by CBFM.

Kind Regards

Sue Smith
Operational Risk Manager, NatWest Network
NatWest Network Risk _Operations
NatWest Retail Banking
*    First Floor West
      Younger Building,  Edinburgh
    Depot Code 045
*    0131 525 0441  (220441)
*    0131 550 5682 (205682)
* Sue.Smith@rbs.co.uk
-----Original Message-----
From:     Wilson, Sharon (PA to Graeme Hardie)
Sent:     Friday, December 10, 2004 10:46 AM
To:     Smith, Sue (Natwest Risk)
Subject:      FW: Google Alert - nat-west

Sue

Thanks again
Sharon


Sharon Wilson
PA to Graeme Hardie
Managing Director, NatWest Retail Banking
2nd Floor West, The Younger Building,
3 Redheughs Avenue, Edinburgh, EH12 9RB
Tel No 0131 523 5130
Mobile No 07774 008084
Fax No 0131 523 6501

DEPOT CODE 045

-----Original Message-----
From:     Outhwaite, David
Sent:     Friday, December 10, 2004 10:19 AM
To:     Hardie, Graeme, NW Retail Executive; HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:      FW: Google Alert - nat-west

Amanda - Hope you are well.

Carolyn McAdam suggested that I forward this to you - I'm not exactly sure who in the organisation needs to know about this, but she suggested you might know.

HIGHLY CONFIDENTIAL

One of our online news alerts has picked up this article talking about accounts help by Hamas with NatWest. I wouldn't claim to be an expert in the politics in terms of Hamas, although the news website  is US based and certainly pro-Israeli.

Any ideas?

Thanks
David

David Outhwaite
Head of Retail Media Relations
The Royal Bank of Scotland/NatWest
Tel 020 7672 1915
Mob 07802 972756
david.outhwaite@rbs.co.uk



=============================


From:    Google Alerts [SMTP:googlealerts-noreply@google.com]
Sent:    Friday, December 10, 2004 9:41 AM
To:    Outhwaite, David
Subject:    Google Alert - nat-west

*** WARNING : This message originates from the Internet ***


Google Alert for: nat-west

How Terrorist Propaganda Kills
<<http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>>
Frontpagemag.com - USA
... All the accounts are with Nat West Bank, and the international scope of the
organization is evident by dedicated dollar and euro accounts. ...


  _____

 This as it happens Google Alert is brought to you by Google.

Remove <<http://www.google.com/alerts/remove?s=2acb30c69543b3f7hl=en>> this
alert.
Create <<http://www.google.com/alerts?hl=en>> another alert.
Manage <<http://www.google.com/alerts/manage?hl=en>> your alerts.


***********************************************************************-
***********************************************************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered
Office: 36 St Andrew Square, Edinburgh EH2 2YB.

Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the
addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The
Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

HIGHLY CONFIDENTIAL

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:

http://www.rbs.co.uk/CBFM

http://www.rbsmarkets.com


**********************************************************************-
***
**********************************************************************-
******************************************************************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered
Office: 36 St Andrew Square, Edinburgh EH2 2YB.

Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the
addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The
Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:

http://www.rbs.co.uk/CBFM

http://www.rbsmarkets.com


**********************************************************************-
***

HIGHLY CONFIDENTIAL

**EXHIBIT 122 to Declaration of Joel Israel**

**Sheftali, Jackie (Litigation Management)**

| | |
|---|---|
| **From:** | RODGER, Irvine, CBFM Enterprise Risk |
| **Sent:** | 13 December 2004 11:49 |
| **To:** | LOVE, Kevin, CBFM |
| **Cc:** | COLE, Guy, CBFM Enterprise Risk |
| **Subject:** | FW: Google Alert - nat-west |
| **Importance:** | High |

Kevin

In answer to Amanda's questions

- The rationale for not exiting is that UK law enforcement does not have any concerns with Interpal, the Charities Commission which undertook a thorough review after Interpal was listed by OFAC could find nothing wrong either and the Bank of England has chosen not to follow the US lead. There is a suspicion that the US is being over-zealous in the Middle East (witness Commercial Bank of Syria).
- In light of OFAC, MLPU has undertaken to review all transactions on the accounts on a 6-monthly basis. The next review is imminent.

*Redacted - Privileged*

- There has been no discussion of this point at CCB or CBFM Board level.

Regards

Irvine Rodger
CBFM MLPU
The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot 028)
Tel:  (020) 7085 1082
Int:  361082
Fax: (020) 7085 4641
e:    irvine.rodger@rbos.com

-----Original Message-----
From: JONES, Richard, CBFM Enterprise Risk
Sent: 13 December 2004 08:48
To: RODGER, Irvine, CBFM Enterprise Risk
Subject: FW: Google Alert - nat-west
Importance: High

Irvine,

Sorry don't know the background on this one....

Richard Jones
CBFM Money Laundering Prevention Unit
Tel: 020 7085 6461
Fax: 020 7085 4641
<mailto:richard.jones@rbos.com>

-----Original Message-----
From: LOVE, Kevin, CBFM
Sent: 13 December 2004 08:46
To: JONES, Richard, CBFM Enterprise Risk; COLE, Guy, CBFM Enterprise Risk

HIGHLY CONFIDENTIAL

NW 066847

Subject: FW: Google Alert - nat-west
Importance: High


What is the level of visibility for this relationship within CBFM i.e. does APD know, and approve, of our continued links with the organisation? Please advise ASAP. Thanks and regards Kevin R. Love Global Head of Enterprise Risk Corporate Banking & Financial Markets The Royal Bank of Scotland Group Plc
kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: HOLT, Amanda, Group Risk Mgmt (nee Turner)
Sent: 13 December 2004 08:40
To: LOVE, Kevin, CBFM
Subject: Fw: Google Alert - nat-west

Hope this works! Do call to discuss if that helps. Not trying to teach my granny how to suck eggs!
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: HOLT, Amanda, Group Risk Mgmt (nee Turner) <Amanda.HOLT@rbos.com>
To: FOSTER, Stephen James, Group Risk Mgmt <Stephen.J.FOSTER@rbos.com>; LOVE, Kevin, CBFM MOBILE <Kevin.LOVE.mobile@rbos.com>
Sent: Mon Dec 13 08:31:12 2004
Subject: Re: Google Alert - nat-west

From my perspective, I am re-assured that we are aware of these customers. However, the Group's policy is that we will not have customers on the sanctions & terrorist lists of the Group covering both UK and US terrorist lists. This is not a "Cuba" OFAC issue as this organisation is on the terrorist, rather than general, lists. However, my understanding is that it is not a cut and dry case either due to the different stance towards the Palestinian issue between the US and UK.

I have a few questions that I think need to be resolved at CBFM Board level:

•What is the rationale for not exiting this relationship given there is a match with the Group's lists? •What steps are being taken to manage the situation (e g. extra monitoring) in the interim whilst this decision is being taken. •What is the regulatory position given our increased presence in the US and the formation of the new US organisation structure. Johnny needs to be aware given his prominant role in this new organisation.

I feel this is urgent, even without the google comment so would appreciate a speedy response and resolution to this.

Obviously, from a Group perspective, we will help in whatever way we can, just let Stephen and I know.

Thanks,

Amanda

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt <Stephen.J.FOSTER@rbos.com>
To: LOVE, Kevin, CBFM <Kevin.LOVE@rbos.com>; NORRIE, Ben, Group Risk Mgmt <Ben.NORRIE@rbos.com>; DAVIES, Rob, Group Risk Mgmt <Rob DAVIES@rbos.com>; COLE, Guy, CBFM Enterprise Risk <Guy.COLE@rbos.com>
CC: HOLT, Amanda, Group Risk Mgmt (nee Turner) <Amanda.HOLT@rbos.com>; RODGER, Irvine, CBFM Enterprise Risk <Irvine.Rodger@rbos.com>; KANE, Christine, CBFM <Christine.KANE@rbos.com>
Sent: Fri Dec 10 16:20:54 2004

HIGHLY CONFIDENTIAL                                                                                     NW 066848

Subject: RE: Google Alert - nat-west

On the review - we'll go back to the e-mail traffic from the time to check. Fears allayed, I think, if all the accounts under the Cin are Interpal.

   -----Original Message-----
From:  LOVE, Kevin, CBFM
Sent:  10 December 2004 16:06
To:     FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc:     HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk; KANE, Christine, CBFM
Subject:     RE: Google Alert - nat-west
Importance:  High

It's all in the timing isn't it!  If I had received Ben's note I am sure we would be doing just as you suggest, reviewing whether we want to stay with this relationship or not; and of course we will now have that debate.  I'll get Chris to set something up.

I just want to confirm though, it is the case that our current agreement with you is that whilst we do have the relationship we must review the transactions involved with every six months; which is what we have been doing?

Also, at to my point below, have we allayed your fears that there may have been other accounts of which you were not aware? Thanks Kevin R. Love Global Head of Enterprise Risk Corporate Banking & Financial Markets The Royal Bank of Scotland Group Plc kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt
Sent: 10 December 2004 15:57
To: LOVE, Kevin, CBFM; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk
Subject: RE: Google Alert - nat-west

We do know the Interpal connection but I had asked Ben earlier this week to draft a note to you asking whether we (RBSG) should maintain this connection given the risks involved.

Following the Charity Commission investigation of Interpal last year, we know there is additional monitoring of account activity but our own recent review of our outstanding S&T issues prompted us to ask whether (primarily from a reputational viewpoint but also a risk of breach of terrorism laws) we want to maintain an account with an organisation cited on the OFAC list as having links to Hamas.

Even allowing for the differences between UK and US approaches to Israel/Palestine issues and the general push back against the extra territoriality of US laws, I suggest that as a group we should look very carefully at such connections before deciding to continue with them.  This is doubly important in CBFM where we know that fund raising efforts in the US are coming increasingly under the "OFAC microscope". Happy to discuss.

   -----Original Message-----
From:  LOVE, Kevin, CBFM
Sent:  10 December 2004 14:24
To:     FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc:     HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk
Subject:     RE: Google Alert - nat-west
Importance:  High

Stephen,
The seven accounts referred to are indeed all connected with Interpal and we were aware of them.  I know that you know Interpal well, and presume that this confirmation allays any concerns.  If not, please do not hesitate to contact Guy Cole for further information. Regards Kevin R. Love Global Head of Enterprise Risk Corporate

HIGHLY CONFIDENTIAL

NW 066849

Banking & Financial Markets The Royal Bank of Scotland Group Plc kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt
Sent: 10 December 2004 11:55
To: NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; LOVE, Kevin, CBFM; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject: FW: Google Alert - nat-west

FYI - As Amanda says, we were aware of one account with alleged links to Hamas - Interpal - but not that we had actual acounts for Hamas. Is this true? If so, why have they not been picked up by the searches?

-----Original Message-----
From:   HOLT, Amanda, Group Risk Mgmt (nee Turner)
Sent:   10 December 2004 11:14
To:     Smith, Sue (Natwest Risk); Outhwaite, David; FOSTER, Stephen James, Group Risk Mgmt
Cc:     Wilson, Sharon (PA to Graeme Hardie)
Subject:        RE: Google Alert - nat-west

David and Sue

Many thanks for this.  I can't see the article you are referring to (as I have upgraded to XP to internet no longer works) however, we were aware that we had accounts for people connected to Hamas, but not Hamas itself. I have forwarded this email to Stephen Foster in my team who know the background and who can give the legal/regulatory view from Group.

Regards,

Amanda Holt
Head of Group Enterprise Risk

Tel no: 020 7334 1148
Fax no: 020 7375 4106
Mobile: 07789 928 481
Internet: amanda.holt@rbos.com

-----Original Message-----
From:   Smith, Sue (Natwest Risk)
Sent:   10 December 2004 11:01
To:     Outhwaite, David
Cc:     Wilson, Sharon (PA to Graeme Hardie); HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:        FW: Google Alert - nat-west

Hi David

I've tracked down the accounts - the CIN is 1143476903.  They hold 7 accounts with us and the connection is held by CBFM.

Kind Regards

Sue Smith
Operational Risk Manager, NatWest Network
NatWest Network Risk & Operations
NatWest Retail Banking
*       First Floor West
    Younger Building,  Edinburgh
        Depot Code 045
*       0131 525 0441  (220441)
*       0131 550 5682 (205682)

HIGHLY CONFIDENTIAL                                                                NW 066850

\* Sue.Smith@rbs.co.uk

-----Original Message-----
From:   Wilson, Sharon (PA to Graeme Hardie)
Sent:    Friday, December 10, 2004 10:46 AM
To:      Smith, Sue (Natwest Risk)
Subject:         FW: Google Alert - nat-west

Sue

Thanks again
Sharon


Sharon Wilson
PA to Graeme Hardie
Managing Director, NatWest Retail Banking
2nd Floor West, The Younger Building,
3 Redheughs Avenue, Edinburgh, EH12 9RB
Tel No 0131 523 5130
Mobile No 07774 008084
Fax No 0131 523 6501

DEPOT CODE 045

-----Original Message-----
From:   Outhwaite, David
Sent:    Friday, December 10, 2004 10:19 AM
To:      Hardie, Graeme, NW Retail Executive; HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:         FW: Google Alert - nat-west

Amanda - Hope you are well.

Carolyn McAdam suggested that I forward this to you - I'm not exactly sure who in the organisation needs to know about this, but she suggested you might know.

One of our online news alerts has picked up this article talking about accounts help by Hamas with NatWest. I wouldn't claim to be an expert in the politics in terms of Hamas, although the news website is US based and certainly pro-Israeli.

Any ideas?

Thanks
David

David Outhwaite
Head of Retail Media Relations
The Royal Bank of Scotland/NatWest
Tel 020 7672 1915
Mob 07802 972756
david.outhwaite@rbs.co.uk



============================


From:   Google Alerts [SMTP:googlealerts-noreply@google.com]
Sent:    Friday, December 10, 2004 9:41 AM

HIGHLY CONFIDENTIAL                                                                              NW 066851

To:     Outhwaite, David
Subject:        Google Alert - nat-west

*** WARNING : This message originates from the Internet ***


Google Alert for: nat-west

How Terrorist Propaganda Kills <http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>
Frontpagemag.com - USA
... All the accounts are with Nat West Bank, and the international scope of the organization is evident by
dedicated dollar and euro accounts. ..


‾‾‾‾

This as it happens Google Alert is brought to you by Google.

Remove <http://www.google.com/alerts/remove?s=2acb30c69543b3f7&hl=en> this alert.
Create <http://www.google.com/alerts?hl=en> another alert. Manage
<http://www.google.com/alerts/manage?hl=en> your alerts.

HIGHLY CONFIDENTIAL                                                                    NW 066852

**EXHIBIT 123 to Declaration of Joel Israel**

**HOLT, Amanda, Group Risk Mgmt (nee Turner)**

| | |
|---|---|
| **From:** | Outhwaite, David |
| **Sent:** | Friday, December 10, 2004 06:23 AM |
| **To:** | HOLT, Amanda, Group Risk Mgmt (nee Turner) |
| **Subject:** | RE: Google Alert - nat-west |
| **Attachments:** | Untitled Attachment1 |

Amanda this is the article.

David

How Terrorist Propaganda Kills

By Rachel Ehrenfeld <authors.asp?ID=579>
FrontPageMagazine.com | December 10, 2004
Tony Blair and the Europeans are focusing their attention on the creation of a Palestinian state as the magic formula for peace in the Middle East. At the same time, they are turning a blind eye to the growing propaganda and fundraising campaign on websites and TV stations in their own countries.

The Europeans' behavior is not surprising. Their top foreign policy official, Javier Solana, the EU High Representative for Foreign and Security Policy, expressed a "deep sadness" over the death of Yasser Arafat, the failed Palestinian leader who initiated the culture of death and destruction. Solana further suggested that the best way to commemorate him is to follow in his footsteps. In fact, he outdid Arafat by negotiating with HAMAS, which the EU itself has designated as a terrorist organization.

The most active HAMAS front organization worldwide is the London-based Interpal, which publishes anti-American and anti-Israeli propaganda, and which in 2003 alone sent more than $20 million to different HAMAS organizations in the Palestinian territories. In addition to fundraising in England in Pounds Sterling, Interpal lists on its website four different bank accounts to which contributors can send money. All the accounts are with Nat West Bank, and the international scope of the organization is evident by dedicated dollar and euro accounts.

And England is not alone. While the French Prime Minister Jean-Pierre Raffarin is calling to shut down Al-Manar, Hizbollah's TV broascasting in France, his country continues to host the Paris-based HAMAS front organization, Votre Partenaire Humanitaire en Palestine (CBSP), which also publishes anti-West hate propaganda, and whose website calls for contributions to be sent to a Post Office box in Nancy.

Other European countries also allow HAMAS propaganda websites and fundraising. Sweden, which "supports democratic development in the Palestinian territories," apparently does not see any contradiction in its support of the Malmo-based HAMAS front Al-Aqsa Spannmal Stiftelse, which invites contributors to send money to its BankGiro account. The Swiss, who carried several of Arafat's secret bank accounts for decades, and whose foreign minister Micheline Calmy-Rey warmly eulogized Arafat, is also hosting the Association De Secours Palestinien - Suise and the Humanitaire Hilfsorganisation Fur Palastina - Schweiz, with a UBS account which in turn transfers the money to HAMAS in the West Bank and Gaza. The Austrian HAMAS front, Palastinensische Ver. In Osterreich, features anti-Israeli propaganda and lists its account for donations in Austria Creditanstalt Bank. And the Italians, who support President Bush's War on Terror, allow HAMAS' Associazione Benefica di Solidarieta con il Popolo Palestinese not only to spread its hateful messages on the their internet providers, but also to collect funds through an account at Banca Nazionale del Lavoro in Genoa, funds which are then sent on to the Palestinian territories.

Equally disturbing is the Europeans' blasé attitude towards the virulently anti-American and anti-Israeli broadcasts of the Iranian-sponsored and controlled TV network, Al-Manar. This Hizbollah mouthpiece spews anti-American

incitement and propaganda, which has increased dramatically since the Iraq War. Al-Manar, through its programs, also serves as a fundraising vehicle for both the Islamic Jihad and HAMAS organizations in the Palestinian territories.

The French Eutelsat satellite company, which was formed by the European Space Agency, distributes Al-Manar to Europe and North Africa. The Dutch New Skies Satellites (NSS) company, recently acquired by the American Blackstone Group, distributes Al-Manar to North Africa and parts of Europe. Despite its suffering radical Islamist terror last March, and subsequently arresting many Islamist operatives, Spain allows the Madrid-based Hispasat company to continue broadcasting Al-Manar to South American countries, where the number of Muslim converts is growing exponentially.

What is most surprising, however, is that California-based Telestar, the world's largest global satellite corporation, facilitates the broadcasting of Al-Manar into North America and Canada. It is surprising because the Patriot Act defines the facilitation of communication for terrorist purposes as a terrorist act. Providing satellite broadcasting and internet services to terrorist groups meets that criterion.

As part of the revised agenda for President Bush's second term, Congress should enact legislation requiring American-based satellite and internet service providers to identify and monitor their clients, and the clients of their clients, in order to prevent the facilitation of terrorist communications. This can be done through methods similar to Know Your Customer procedures, which are set in place in financial institutions to follow the money trail. As for foreign satellite and Web-hosting companies, the Office of Foreign Assets Control (OFAC) regulations and the executive orders behind them seem to be a perfect control mechanism.

Rachel Ehrenfeld is author of Funding Evil: How Terrorism is Financed - And How to Stop It; the Director of the New York-based American Center for Democracy; and a member of the Committee on the Present Danger.


-----Original Message-----
From:     HOLT, Amanda, Group Risk Mgmt (nee Turner)
Sent:     Friday, December 10, 2004 11:14 AM
To:     Smith, Sue (Natwest Risk); Outhwaite, David; FOSTER, Stephen James, Group Risk Mgmt
Cc:     Wilson, Sharon (PA to Graeme Hardie)
Subject:     RE: Google Alert - nat-west

David and Sue

Many thanks for this.  I can't see the article you are referring to (as I have upgraded to XP to internet no longer works) however, we were aware that we had accounts for people connected to Hamas, but not Hamas itself. I have forwarded this email to Stephen Foster in my team who know the background and who can give the legal/regulatory view from Group.


Regards,

Amanda Holt
Head of Group Enterprise Risk

Tel no: 020 7334 1148
Fax no: 020 7375 4106
Mobile: 07789 928 481
Internet: amanda.holt@rbos.com


-----Original Message-----
From:     Smith, Sue (Natwest Risk)
Sent:     10 December 2004 11:01
To:     Outhwaite, David
Cc:     Wilson, Sharon (PA to Graeme Hardie); HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject:     FW: Google Alert - nat-west

HIGHLY CONFIDENTIAL

Hi David

I've tracked down the accounts - the CIN is 1143476903.  They hold 7 accounts
with us and the connection is held by CBFM.

Kind Regards

Sue Smith
Operational Risk Manager, NatWest Network
NatWest Network Risk _Operations
NatWest Retail Banking
*    First Floor West
      Younger Building,  Edinburgh
    Depot Code 045
*   0131 525 0441  (220441)
*   0131 550 5682 (205682)
* Sue.Smith@rbs.co.uk

-----Original Message-----
From:   Wilson, Sharon (PA to Graeme Hardie)
Sent:   Friday, December 10, 2004 10:46 AM
To:     Smith, Sue (Natwest Risk)
Subject:     FW: Google Alert - nat-west

Sue

Thanks again
Sharon


Sharon Wilson
PA to Graeme Hardie
Managing Director, NatWest Retail Banking
2nd Floor West, The Younger Building,
3 Redheughs Avenue, Edinburgh, EH12 9RB
Tel No 0131 523 5130
Mobile No 07774 008084
Fax No 0131 523 6501

DEPOT CODE 045

-----Original Message-----
From:   Outhwaite, David
Sent:   Friday, December 10, 2004 10:19 AM
To:     Hardie, Graeme, NW Retail Executive; HOLT, Amanda, Group Risk Mgmt (nee
Turner)
Subject:     FW: Google Alert - nat-west

Amanda - Hope you are well.

Carolyn McAdam suggested that I forward this to you - I'm not exactly sure who in
the organisation needs to know about this, but she suggested you might know.

One of our online news alerts has picked up this article talking about accounts
help by Hamas with NatWest. I wouldn't claim to be an expert in the politics in
terms of Hamas, although the news website  is US based and certainly
pro-Israeli.

Any ideas?

Thanks
David

David Outhwaite
Head of Retail Media Relations
The Royal Bank of Scotland/NatWest
Tel 020 7672 1915
Mob 07802 972756
david.outhwaite@rbs.co.uk

HIGHLY CONFIDENTIAL

============================

From:    Google Alerts [SMTP:googlealerts-noreply@google.com]
Sent:    Friday, December 10, 2004 9:41 AM
To:      Outhwaite, David
Subject:    Google Alert - nat-west

*** WARNING : This message originates from the Internet ***

Google Alert for: nat-west

How Terrorist Propaganda Kills
<<http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>>
Frontpagemag.com - USA
... All the accounts are with Nat West Bank, and the international scope of the organization is evident by dedicated dollar and euro accounts. ...

_____

 This as it happens Google Alert is brought to you by Google.

Remove <<http://www.google.com/alerts/remove?s=2acb30c69543b3f7hl=en>> this alert.
Create <<http://www.google.com/alerts?hl=en>> another alert.
Manage <<http://www.google.com/alerts/manage?hl=en>> your alerts.


***********************************************************************-
*********************************************************************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.

Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the
addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The
Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:

http://www.rbs.co.uk/CBFM

http://www.rbsmarkets.com


***********************************************************************-
***

HIGHLY CONFIDENTIAL

```
*******************************************************************-
*******************************************************************
```

The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered
Office: 36 St Andrew Square, Edinburgh EH2 2YB.

Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the
addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The
Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:

http://www.rbs.co.uk/CBFM

http://www.rbsmarkets.com

```
*******************************************************************-
***
```

**EXHIBIT 124 to Declaration of Joel Israel**

**Garrett, Steve (Comm Bkng EW)**

| | |
|---|---|
| **From:** | RODGER, Irvine, CBFM Enterprise Risk |
| **Sent:** | 15 December 2004 12:06 |
| **To:** | LOVE, Kevin, CBFM |
| **Cc:** | Lewis, Jill; Garrett, Steve (Comm Bkng E&W); Wyles, Graeme; Dickinson, Alan (CB London); Weir, Derek; COLE, Guy, CBFM Enterprise Risk |
| **Subject:** | RE: Commercial Relationship - Interpal |

Kevin

There are more matches than expected so Guy needs to spend time discounting them. However, there have been no matches so far (two-thirds have been done). By close of play today, he will have completed this. To do a full and proper job, Guy will also consider reputational issues with some of the recipients. As you can imagine, Israel suspect all Palestinian charities regardless. He estimates that the reputational review will be complete by tomorrow lunchtime.

Apologies that this is taking longer than expected but in the circumstances of Amanda Holt's request, it is best that we can confirm with a high degree of certainty that the charity is clean.

Regards

**Irvine Rodger**
**CBFM MLPU**
**The Royal Bank of Scotland plc**
**135 Bishopsgate, London, EC2M 3UR (Depot 028)**
**Tel: (020) 7085 1082**
**Int: 361082**
**Fax: (020) 7085 4641**
**e:** **irvine.rodger@rbos.com <mailto:irvine.rodger@rbos.com>**

-----Original Message-----
**From:** LOVE, Kevin, CBFM
**Sent:** 15 December 2004 11:49
**To:** RODGER, Irvine, CBFM Enterprise Risk
**Cc:** Lewis, Jill; Garrett, Steve (Comm Bkng E&W); Wyles, Graeme; Dickinson, Alan (CB London); Weir, Derek; COLE, Guy, CBFM Enterprise Risk
**Subject:** RE: Commercial Relationship - Interpal
**Importance:** High

Irvine,
What is the result of this: "All payments out will be matched against the Bank of England sanctions and terrorist list this afternoon"

Thanks

**Kevin R. Love**
**Global Head of Enterprise Risk**
**Corporate Banking & Financial Markets**
**The Royal Bank of Scotland Group Plc**
**kevin.love@rbos.com**
**Work: +44 20 7085 4026 Mobile: +44 7769 931630**
**Pager: +44 7693 308651 Blackberry: +44 7793 858329**

-----Original Message-----
**From:** RODGER, Irvine, CBFM Enterprise Risk
**Sent:** 14 December 2004 12:38
**To:** Wyles, Graeme; Dickinson, Alan (CB London); Weir, Derek; LOVE, Kevin, CBFM; COLE, Guy, CBFM Enterprise Risk
**Cc:** Lewis, Jill; Garrett, Steve (Comm Bkng E&W)
**Subject:** RE: Commercial Relationship - Interpal

1

HIGHLY CONFIDENTIAL

NW 066807

I understand Graeme.

Guy can confirm that all receipts in are via direct debit. All payments out will be matched against the Bank of England sanctions and terrorist list this afternoon.

I feel that the note I wrote for Kevin was confusing as I had included a double negative.  For the avoidance of doubt, Guy and I believe the account should remain **open**.

Regards

**Irvine Rodger**
CBFM MLPU
The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot 028)
Tel: (020) 7085 1082
Int: 361082
Fax: (020) 7085 4641
e:  irvine.rodger@rbos.com <mailto:irvine.rodger@rbos.com>

-----Original Message-----
From:       Wyles, Graeme
Sent:       14 December 2004 12:26
To:         Dickinson, Alan (CB London); RODGER, Irvine, CBFM Enterprise Risk; Weir, Derek; LOVE, Kevin, CBFM
Cc:         Lewis, Jill; Garrett, Steve (Comm Bkng E&W)
Subject:    RE: Commercial Relationship - Interpal

Gents
I will pick this one up to make sure that going forward tight overview in place re monies in/out.We will report any suspicious activity. I'd like to defer any debate over exit for the time being. We have more than sufficient "clear cut" exits underway / in course without adding a potential "high profile" situation where at this time no "malpractice" is proven or indeed actually evident.
Should it be necessary to report any activity you have my assurance that exit will be considered at that time.

Steve Garrett
Talk tomorrow please.
Graeme

Graeme Wyles
Director Risk
Commercial Banking , UK
020 7672 0194
Mobile: 07887 898668
Pager 07693 266560
Depot 028

-----Original Message-----
From:       Dickinson, Alan (CB London)
Sent:       13 December 2004 17:02
To:         RODGER, Irvine, CBFM Enterprise Risk; Weir, Derek; LOVE, Kevin, CBFM
Cc:         Lewis, Jill; Wyles, Graeme
Subject:    RE: Commercial Relationship - Interpal

Pls make sure that the outcome is elevated to Derek and myself..

Alan

-----Original Message-----
From:       RODGER, Irvine, CBFM Enterprise Risk
Sent:       Monday, December 13, 2004 4:12 PM
To:         Dickinson, Alan (CB London); Weir, Derek; LOVE, Kevin, CBFM
Cc:         Lewis, Jill; Wyles, Graeme
Subject:    RE: Commercial Relationship - Interpal

Alan

2

NW 066808

The money coming in is comprised of a variety of donations of varying sizes and the amounts go out to the Occupied Territories. Following the temporary freezing of the accounts earlier this year for investigation purposes, Guy Cole from my team reviews all movements on the accounts on a 6-monthly basis (in light of OFAC sanctions).. The next 6-monthly review is imminently due.

Regards

**Irvine Rodger**
CBFM MLPU
The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot 028)
Tel: (020) 7085 1082
Int: 361082
Fax: (020) 7085 4641
e:   irvine.rodger@rbos.com <<mailto:irvine.rodger@rbos.com>>

-----Original Message-----
| | |
|---|---|
| From: | Dickinson, Alan (CB London) |
| Sent: | 13 December 2004 16:03 |
| To: | Weir, Derek; LOVE, Kevin, CBFM |
| Cc: | Lewis, Jill; Wyles, Graeme; RODGER, Irvine, CBFM Enterprise Risk |
| Subject: | RE: Commercial Relationship - Interpal |

what does the activity on the account (in and out) tell us?

A

-----Original Message-----
| | |
|---|---|
| From: | Weir, Derek |
| Sent: | Monday, December 13, 2004 3.58 PM |
| To: | LOVE, Kevin, CBFM; Dickinson, Alan (CB London) |
| Cc: | Lewis, Jill; Wyles, Graeme; RODGER, Irvine, CBFM Enterprise Risk |
| Subject: | RE: Commercial Relationship - Interpal |

Damned if you do and damned if you don't I guess. There must be lots of entities around the world raising money for Palestinian causes, given what's going on there. I don't think we can be influenced by that particular internet article, which is biased to say the least.

This account has been under scrutiny for years and the transactions are fairly transparent. The issue must be who is giving it the money in the first place to send to Palestine. Don't know how closely we can monitor that.

I don't think we can close the account unless we have some proof of the accusations. Closing the account would imply we believed they were funding terrorists, which would not be a good place to be.

Derek

-----Original Message-----
| | |
|---|---|
| From: | LOVE, Kevin, CBFM |
| Sent: | Monday, December 13, 2004 3.36 PM |
| To: | Dickinson, Alan (CB London), Weir, Derek |
| Cc: | Lewis, Jill; Wyles, Graeme; RODGER, Irvine, CBFM Enterprise Risk |
| Subject: | Commercial Relationship - Interpal |
| Importance: | High |

Alan/Derek,
Following a news item found on Google (link attached together with relevant paragraph) Group Enterprise Risk (GER) have asked further questions relating to the accounts we manage on behalf of Interpal, a British Charity. GER were aware that we have a relationship with Interpal but felt we should revisit this.

"Google Alert for: **nat-west**

HIGHLY CONFIDENTIAL

How Terrorist Propaganda Kills
<<<<http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275 >>>>
Frontpagemag.com - USA
... All the accounts are with **Nat West** Bank, and the international scope of the organization is evident by dedicated dollar and euro accounts ..."

"The most active HAMAS front organization worldwide is the London-based Interpal, which publishes anti-American and anti-Israeli propaganda, and which in 2003 alone sent more than $20 million to different HAMAS organizations in the Palestinian territories. In addition to fundraising in England in Pounds Sterling, Interpal lists on its website four different bank accounts to which contributors can send money. All the accounts are with Nat West Bank, and the international scope of the organization is evident by dedicated dollar and euro accounts."

Amanda Holt has commented that the Group's policy is that we will not have customers on the sanctions & terrorist lists of the Group covering both UK and US terrorist lists. Further, she does not see this as a "Cuba" OFAC issue as Interpal are on the terrorist, rather than general, lists. Amanda also recognises, however, that it is not a cut and dry case either due to the different stance towards the Palestinian issue between the US and UK.

Amanda's specific questions are as follows:

•What steps are being taken to manage the situation (e.g. extra monitoring)? *I can confirm that, as previously agreed with GER, we do extend additional monitoring to this account.*
•What is the regulatory position given our increased presence in the US and the formation of the new US organisation structure? *Should we decide to stay with this relationship, we will need to investigate this more fully*

In addition, especially if we chose to maintain this relationship, Amanda felt that Johnny should be made aware given his "prominent role in this new organisation".

Irvine's note below provides more detail on Interpal themselves and the feelings of the RM. I should draw your attention to the potential reputational risk associated with exit. If we decide to remain in the relationship, we will need to appraise Johnny. Their site carries the following current news bulletin:

*"The Board of Trustees, staff and supporters of INTERPAL are "delighted" that the Charity Commission has rejected American accusations and "evidence" that the charity has links to illegal activities in the Middle East and has as a result ended its inquiry into the charity"s affairs..."*

Please can I have your thoughts on the matter?
Thanks and regards
**Kevin R. Love**
**Global Head of Enterprise Risk**
**Corporate Banking & Financial Markets**
**The Royal Bank of Scotland Group Plc**
**kevin.love@rbos.com**
**Work: +44 20 7085 4026 Mobile: +44 7769 931630**
**Pager: +44 7693 308651 Blackberry: +44 7793 858329**

Kevin

The RM is Belinda Lane from Romford Commercial (01708 774529). She is not concerned about the account holders. She re-iterated that the account has been investigated many times without anything untoward coming to light. However one irritation is developing - increasing difficulties in making payments to Palestine because local banks there will not accept them (due to OFAC). Consequently, although the account is quite a big income earner for her (£50,000), it

HIGHLY CONFIDENTIAL

is becoming higher maintenance.

Taking everything into account, Belinda would accept the loss of this customer even though it has done nothing wrong provided her target can be adjusted accordingly.  She did point out that the charity would find it difficult to rebank due to OFAC and the background to RBS kicking it out.   There is  consequently a **danger of adverse media comment** if we were to close a legitimate charitable account.

I have pasted in the charity's Internet blurb <<www.interpal.org>> <<<http://www.interpal.org>>>

By way of background, there  were investigations by the **Charities Commission** and **Special Branch** into potential links with Hamas, but no action was taken against the charity.   The Bank of England has also confirmed that although the Terrorism Order 2001 does cover Hamas, it does not cover Interpal.

Guy  has not found anything  that substantiates beyond **opinion** that Interpal has made payments to terrorist groups. It appears the perspective taken by Israel towards Interpal and other charities operating/funding schools/orphanages/hostels in Palestine and Gaza, is that these charities perpetuate terrorism as **terrorists know that if they die their dependants will be looked after by the charities**. Interpal is  a predominant UK charity providing relief in this region, it hosted and funded a visit by British MPs to the region in 1998.

Taking everything into account, neither myself nor Guy  think that the accounts should not be closed.   However, you may wish to get Derek and Alan to make the final decision.

Regards

- INTERPAL is a non-political, non-profit making British charity that focuses solely on the provision of relief and development aid to the poor and needy of Palestine.
- INTERPAL's area of operation is mainly Gaza, the West Bank and the refugee camps in Jordan and Lebanon. We work with in excess of 150 different charitable organizations in these areas, all of whom are registered with the appropriate local authorities.
- INTERPAL's stated official policy is to coordinate with charities both in Britain and abroad in order to further its aims and objectives to provide relief and development aid to the people of Palestine. This is to increase efficiency and avoid duplication ensuring maximum benefit for Palestine's poor and needy.
- INTERPAL's commitment to Public Accountability and Transparency means that it only deals with bona fide organisations, not individuals, which are duly registered by the appropriate local authorities. Its work with these organizations is subject to a strict Funding Agreement to ensure the proper charitable use of funds as specified.
- INTERPAL sends delegations made up of community leaders to our areas of operation as part of our awareness raising effort. These leaders then report back to the community, to give a first hand account of the situation of poor and needy Palestinians as well as the progress of INTERPAL projects. INTERPAL is committed to transparency in its operations, and this is one way of ensuring that interested parties can see for themselves exactly how their money has been spent.
- Like all charities registered in England, INTERPAL is governed by English Law, and the rules, regulations and guidelines determined by the Charity Commission, the governmental body that monitors charities' activities. The Inland Revenue also periodically sends its officers to scrutinise our audited accounts.
- INTERPAL was established to provide humanitarian and development aid

HIGHLY CONFIDENTIAL

NW 066811

in an area where there is great need. We are committed to carrying out the wishes of our donors and bound by a religious duty and moral obligation to ensure that the funds are used for charitable purposes as specified. We are also under a legal duty to operate within the laws of the United Kingdom and the areas in which we operate. It is not in our interest or the interest of our ultimate beneficiaries to exceed the remit of our Trust Deed and operate outside the law.

- In order to ensure that the funds it transfers are used as directed, INTERPAL maintains a very strict audit trail and insists on a formal contractual relationship with all our partners. We require our partners to sign and adhere strictly to a Funding Agreement. All transfers of funds are properly authorised, documented and receipted, and local partners are under a duty to provide progress reports and a final report of the projects they implement on our behalf. These reports are supported by relevant documents (e.g. receipts of purchases and distribution of funds) and photographic or video records.

```
<< OLE Object: MARQUEE.MarqueeCtrl.1 >>
<< OLE Object: MARQUEE.MarqueeCtrl.1 >>
<<<mailto:s@rbos.com>>>
<< OLE Object: MARQUEE.MarqueeCtrl.1 >>
    <<http://www.rbos.com/>>

<< OLE Object: MARQUEE.MarqueeCtrl.1 >>
```

***********************************************************************
***********************************************************************
*********
The Royal Bank of Scotland plc. Registered in Scotland No 90312.
Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.
Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the
addressee only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your
computer. Internet e-mails are not necessarily secure. The
Royal Bank of Scotland plc does not accept responsibility for
changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the
transmission of viruses, it is the responsibility of the recipient to
ensure that the onward transmission, opening or use of this
message and any attachments will not adversely affect its
systems or data.  No responsibility is accepted by The Royal
Bank of Scotland plc in this regard and the recipient should carry
out such virus and other checks as it considers appropriate.

Visit our websites at:
<<http://www.rbs.co.uk/CBFM>>
<<http://www.rbsmarkets.com>>

***********************************************************************
***********
***********************************************************************
***************************************************
The Royal Bank of Scotland plc. Registered in Scotland No 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.
Authorised and regulated by the Financial Services Authority

This e-mail message is confidential and for use by the          addressee
only. If the message is received by anyone other
than the addressee, please return the message to the sender
by replying to it and then delete the message from your          computer.
Internet e-mails are not necessarily secure. The          Royal Bank of Scotland
plc does not accept responsibility for

6

HIGHLY CONFIDENTIAL                                                        NW 066812

changes made to this message after it was sent.

Whilst all reasonable care has been taken to avoid the transmission of viruses, it is the responsibility of the recipient to ensure that the onward transmission, opening or use of this message and any attachments will not adversely affect its systems or data.  No responsibility is accepted by The Royal Bank of Scotland plc in this regard and the recipient should carry out such virus and other checks as it considers appropriate.

Visit our websites at:
<<http://www.rbs.co.uk/CBFM>>
<<http://www.rbsmarkets.com>>

**********************************************************************

7

HIGHLY CONFIDENTIAL

NW 066813