IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TZVI WEISS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. 05-cv-4622 (DLI) (MDG) |
| -against- | : | |
| | : | |
| NATIONAL WESTMINSTER BANK, PLC, | : | |
| | : | |
| Defendant. | : | |
| NATAN APPLEBAUM, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. 07-cv-916 (DLI) (MDG) |
| -against- | : | |
| | : | |
| NATIONAL WESTMINSTER BANK, PLC, | : | |
| | : | |
| Defendant. | : | |

**INDEX OF PAPERS SUBMITTED BY PLAINTIFFS IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| Document | Redacted |
|---|---|
| Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment | X |
| Plaintiffs' Response to Defendant National Westminster Bank's Statement of Material Facts as to Which There Is No Genuine Issue Pursuant to Local Civil Rule 56.1(b) | X |
| Declaration of Joel Israel in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment | |
| Plaintiffs' Statement of Material Facts as to Which There Is a Genuine Issue to be Tried Pursuant to Local Civil Rule 56.1(b) | X |

1

| | **Exhibits to Declaration of Joel Israel** | **Redact** | **Under Seal** |
|---|---|---|---|
| 1 | U.S. Department of Treasury Office of Public Affairs August 22, 2003 Release: "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities." Produced at NWII 000048-53 and also available at: http://www.treasury.gov/press-center/press-releases/Pages/js672.aspx | | |
| 2 | Federal Register Volume 62, Number 195, October 8, 1997 Notice from the Department of State, Office of the Coordinator for Counterterrorism. Also available at: http://www.gpo.gov/fdsys/pkg/FR-1997-10-08/pdf/97-27030.pdf | | |
| 3 | Excerpts from NW084649-84859 | | |
| 4 | 2003/902/EC, European Council Decision of December 22, 2003 | | |
| 5 | NW214931 | | |
| 6 | NW013636 | X | |
| 7 | NW052067-73 | X | |
| 8 | NW191801-6 | X | |
| 9 | Responses and Objections by Defendant National Westminster Bank PLC to Plaintiffs' Second Set of Interrogatories (Contention Interrogatories) | X | |
| 10 | Excerpts from the July 14-15, 2010 Deposition of Michael Hoseason | X | |
| 11 | South African National Intelligence Agency – Hamas (Islamic Resistance Movement), September 24, 2001, from http://cryptome.org/za-hamas.htm, attached as Exhibit A to August 25, 2010 Stipulation as to Authenticity | X | |
| 12 | "MI5 study 'charity cash link to Hamas" *The Times of London*, March 6, 1996, produced at W_S 157762 | | |
| 13 | "Charity's funds are frozen over alleged Hamas link" *The Times of London*, March 9, 1996, produced at W_S 157765 | | |
| 14 | "Palestinian Charity Funds Frozen Over 'HAMAS Link'" *The Guardian*, March 9, 1996, produced at W_S 157766 | | |
| 15 | "Roots of Terror: A special report; Alms and Arms: Tactics in a Holy War" *The New York Times*, March 15, 1996, produced at W_S 157773-9 | | |
| 16 | NW068291-96 | X | |
| 17 | Excerpts from the October 5, 2010 Deposition of Gerald Matthews | X | |
| 18 | Supplemental Responses and Objections by Defendant National Westminster Bank PLC to Plaintiffs' Second Set of Interrogatories (Contention Interrogatories), August 5, 2011 | | |

| | **Exhibits to Declaration of Joel Israel** | **Redact** | **Under Seal** |
|---|---|---|---|
| 19 | Second Supplemental Responses and Objections by Defendant National Westminster Bank PLC to Plaintiffs' Second Set of Interrogatories (Contention Interrogatories), August 16, 2011 | | |
| 20 | NW014516 | X | |
| 21 | NW016495-500 | X | |
| 22 | "Close Trust, Israel Pleads; Britain is being asked to clamp down on Palestinian fundraisers" *The Guardian*, August 7, 1997, produced at W_S 157786-7 | | |
| 23 | "Suicide bombers linked to London" *The Sunday Telegraph London*, August 17, 1997, produced at W_S 157788 | | |
| 24 | Excerpts from the July 13, 2010 Deposition of Neil Trantum | X | |
| 25 | Excerpts from the June 23, 2008 Deposition of Ian Wickens | | |
| 26 | NW212124 | | X |
| 27 | Excerpts from the July 21, 2010 Deposition of Tony O'Hear | X | |
| 28 | Excerpts from the July 12, 2010 Deposition of Douglas Hartley | X | |
| 29 | Excerpts from the July 22, 2010 Deposition of Irvine Rodger | X | |
| 30 | Excerpts from the June 9, 2010 Deposition of Martin Wiltshear | | |
| 31 | NW012954 | | |
| 32 | Excerpts from the July 16, 2010 Deposition of Stephen Foster | X | |
| 33 | Excerpts from the July 23, 2010 Deposition of Amanda Holt | | |
| 34 | Excerpts from the October 27, 2010 Deposition of Sonia Gayle | | |
| 35 | NW052056-66 | X | |
| 36 | November 19, 2009 Expert Report of Wayne D. Geisser, with Exhibits A, C and D | X | |
| 37 | December 28, 2010 Expert Report of Wayne D. Geisser, with Exhibits A-G | X | |
| 38 | Excerpts from the June 24-25, 2008 Deposition of Belinda Lane | X | |
| 39 | NW013415 | | |
| 40 | NW013416-8 | X | |
| 41 | NW013279 | | |
| 42 | NW009934-42 | | X |
| 43 | NW052074-91 | X | |
| 44 | NW008973 | | X |
| 45 | NW012764 | | X |

| | **Exhibits to Declaration of Joel Israel** | **Redact** | **Under Seal** |
|---|---|---|---|
| 46 | NW008981 | | X |
| 47 | NW052412-3 | | X |
| 48 | NW008982 | | X |
| 49 | NW009755-7 | | X |
| 50 | NW052416 | | X |
| 51 | NW214836-47 | X | |
| 52 | Excerpts from the May 20, 2009 Deposition of Fleur Baugh | | |
| 53 | NW000233-60 | | |
| 54 | NW052140-76 | | |
| 55 | NW052114-23 | X | |
| 56 | NW052124-28 | | |
| 57 | NW052133-9 | X | |
| 58 | NW052415 | | X |
| 59 | NW052416 | | X |
| 60 | Transfers between Interpal and the World Assembly of Muslim Youth: NW012770; NW012771; NW052436-7; NW012776; NW052275; NW052419; NW052272; NW052408; NW012782-3; NW012786-7; NW012294-316; NW012317-339; NW052409; and NW052423 | | X |
| 61 | Transfers between Interpal and Mr. Dahhan: NW052384; NW052380; NW012774; NW012762; NW012775; NW052500; NW052493; NW052411; NW052421; NW052415; NW052406; NW052404; NW052399; NW052401; NW052270; NW012778-79; NW008996, NW012788; NW052287; NW012790-91; NW012792; NW012359; NW012340; and NW012190 | | X |
| 62 | NW012952 | | |
| 63 | NW013939-41 | X | |
| 64 | U.S. Department of Treasury Office of Public Affairs May 29, 2003 Release: "Treasury Designates Al-Aqsa International Foundation as Financier of Terror Charity Linked to Funding of the Hamas Terrorist Organization" Available at http://www.treasury.gov/press-center/press-releases/Pages/js439.aspx | | |
| 65 | NW051994-97 | | |
| 66 | NW050721-751 | | |
| 67 | Excerpts from the June 8, 2010 Deposition of Guy Cole | | |
| 68 | NW012108-128 | | X |

|    | **Exhibits to Declaration of Joel Israel** | **Redact** | **Under Seal** |
|----|---|---|---|
| 69 | NW012129-152 |   | X |
| 70 | NW010812-3 |   | X |
| 71 | NW013248 |   | X |
| 72 | December 12, 2002 "Final Notice" from the Financial Services Authority to the Royal Bank of Scotland plc |   |   |
| 73 | NW083850-62 | X |   |
| 74 | NW013375 | X |   |
| 75 | NW052105-13 | X |   |
| 76 | Excerpts from May 18, 2011 Deposition of Jon Holland |   |   |
| 77 | NW000149-164 |   |   |
| 78 | Excerpts from NW 013444-78 |   |   |
| 79 | NW013660-1 |   | X |
| 80 | NW013700 | X |   |
| 81 | NW012941 |   |   |
| 82 | NW013649 |   | X |
| 83 | The Charity Commission for England and Wales 2003 Inquiry Report regarding Palestinians Relief and Development Fund |   |   |
| 84 | NW016749-50 | X |   |
| 85 | NW014500-4 |   | X |
| 86 | NW012976 | X |   |
| 87 | NW014505 |   | X |
| 88 | NW014551 |   | X |
| 89 | NW013695-7 | X |   |
| 90 | NW017173-8 | X |   |
| 91 | NW213357-8 | X |   |
| 92 | NW066732-5 | X |   |
| 93 | NW155831 | X |   |
| 94 | NW067946-7 |   |   |
| 95 | NW017133-4 |   |   |
| 96 | NW017131 |   |   |
| 97 | NW017179-90 | X |   |
| 98 | NW018476-83 | X |   |
| 99 | Excerpts from Rashumot publications cited in Annex D to the December 8, 2009 Expert Report of Moshe Azoulay ("Rashumot | X |   |

|     | **Exhibits to Declaration of Joel Israel** | **Redact** | **Under Seal** |
| --- | --- | --- | --- |
|     | Publications") |   |   |
| 100 | NW180879-83 | X |   |
| 101 | NW196915-32 | X |   |
| 102 | NW017151-4 | X |   |
| 103 | NW068305-11 | X |   |
| 104 | NW217191 |   |   |
| 105 | NW017132 |   |   |
| 106 | NW066732-9 | X |   |
| 107 | NW017109-10 |   |   |
| 108 | NW017104 |   |   |
| 109 | NW183380-6 |   |   |
| 110 | NW053390 | X |   |
| 111 | NW068209-10 |   |   |
| 112 | NW068211 | X |   |
| 113 | NW068212 |   |   |
| 114 | NW068197 | X |   |
| 115 | NW066797-9 | X |   |
| 116 | NW068901 |   |   |
| 117 | NW068331 | X |   |
| 118 | NW200986-201000 |   | X |
| 119 | NW068330 | X |   |
| 120 | NW066822-5 | X |   |
| 121 | NW066677-81 |   |   |
| 122 | NW066847-52 |   |   |
| 123 | NW066682-6 |   |   |
| 124 | NW066807-13 |   |   |
| 125 | NW197097-197102 |   |   |
| 126 | NW066721-3 | X |   |
| 127 | NW067948-9 |   |   |
| 128 | NW066758-9 | X |   |
| 129 | NW066701-4 | X |   |
| 130 | NW066777-9 | X |   |

|  | **Exhibits to Declaration of Joel Israel** | **Redact** | **Under Seal** |
|---|---|---|---|
| 131 | NW219318-22 | X |  |
| 132 | NW180854-7 | X |  |
| 133 | Fourth Supplemental Responses and Objections by Defendant National Westminster Bank PLC to Plaintiffs' Second Set of Interrogatories (Contention Interrogatories), November 23, 2011 | X |  |
| 134 | NW219323-6 | X |  |
| 135 | NW191807-14 | X |  |
| 136 | NW190202-5 | X |  |
| 137 | NW180811-5 |  |  |
| 138 | NW190918-20 |  |  |
| 139 | NW069055-8 |  |  |
| 140 | NW180808-10 |  |  |
| 141 | NW066764-9 |  |  |
| 142 | NW180827-9 |  |  |
| 143 | NW069060-2 | X |  |
| 144 | NW013815 |  | X |
| 145 | Excerpts from the June 8, 2011 Deposition of Gary Walters | X |  |
| 146 | Printout of Forensic Risk Alliance website "Services" page, available at http://www.forensicrisk.com/Services.aspx?MID=12&PID=2&Cat=Services&CatSubType=Compliance and Risk Management |  |  |
| 147 | Excerpts from the December 2-3, 2010 Deposition of Evan F. Kohlmann |  |  |
| 148 | Declaration of Evan F. Kohlmann (April 29, 2010) |  |  |
| 149 | Excerpts from the November 4, 2010 Deposition of Ronni Shaked |  |  |
| 150 | Excerpts from the August 2, 2011 deposition of Ronni Shaked |  |  |
| 151 | Excerpts from the June 2, 2011 Deposition of Matthew Levitt |  |  |
| 152 | Excerpts from the September 1, 2010 Deposition of Matthew Levitt |  |  |
| 153 | CV of Arieh Spitzen, attached as Appendix 1 to the November 30, 2010 Expert Report of Arieh Spitzen, with translation |  |  |
| 154 | Excerpts from the August 11, 2010 Deposition of Arieh Spitzen |  |  |
| 155 | Excerpts from the July 20, 2011 Deposition of Arieh Spitzen |  |  |
| 156 | Excerpts from the June 10, 2011 Deposition of Brian Jenkins |  |  |

| | **Exhibits to Declaration of Joel Israel** | **Redact** | **Under Seal** |
|---|---|---|---|
| 157 | Excerpts from the December 16, 2010 Deposition of Brian Jenkins | | |
| 158 | RAND Database of Worldwide Terrorism Incidents, Results regarding Bus 19 Attack, available at: http://smapp.rand.org/rwtid/incident_detail.php?id=17934) | | |
| 159 | Excerpts from the June 14, 2011 Deposition of Clive Walker | | |
| 160 | Excerpt from the May 20, 2011 Deposition of Jonathan Burchfield | | |
| 161 | Superseding Indictment, *U.S. v. Holy Land Foundation*, 04-CR-240 (N.D. Tex. Nov. 12, 2008) | | |
| 162 | Expert Report of Reuven Paz, *Boim v. Quranic Literacy Institute*, 00-CV-2905 (N.D.Ill.) | | |
| 163 | Excerpt from the Administrative Record, *Holy Land Foundation v. Ashcroft* | | |
| 164 | Action Memorandum from Dale L. Watson to Richard Newcomb, Director of OFAC, regarding "Holy Land Foundation for Relief and Development International Emergency Economic Powers Act." | | |
| 165 | Excerpt from *Owens v. Sudan*, 01-CV-2224 (D.D.C. Oct. 28, 2010) (Evidentiary Hearing Transcript) | | |
| 166 | "jihad," Oxford Dictionaries, U.K. Version (Oxford University Press 2011), http://oxforddictionaries.com/definition/jihad?q=jihad | | |
| 167 | FATF/GAFI, Guidance for Financial Institutes in Detecting Terrorist Financing (April 24, 2002), available at http://www.fatf-gafi.org/dataoecd/39/21/34033955.pdf | | |
| 168 | FATF/GAFI, Guidance on the Risk-Based Approach to Combating Money Laundering and Terror Financing (June 2007), available at http://www.fatf-gafi.org/dataoecd/43/46/38960576.pdf | | |
| 169 | FATF/GAFI, RBA Guidance for Legal Professionals (October 23, 2008), available at http://www.fatf-gafi.org/dataoecd/5/58/41584211.pdf | | |
| 170 | December 17, 2010 Expert Report of Gary Walters | | |
| 171 | Excerpt from the July 20, 2011 Deposition of Arieh Spitzen | | |
| 172 | "Commission Takes a Charitable View of Terrorism," *Daily Telegraph*, March 28, 2009 | | |
| 173 | 2009 Charity Commission Inquiry Report regarding Palestinians Relief and Development Fund (Interpal) | | |