UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TZVI WEISS, et al.

                      Plaintiffs,

           - against -                         Case No. 05-cv-4622 (DLI) (MDG)

NATIONAL WESTMINSTER BANK PLC,

                      Defendant.

-------------------------------------------------------------X

NATAN APPLEBAUM, et al.

                      Plaintiffs,

           - against -                         Case No. 07-cv-916 (DLI) (MDG)

NATIONAL WESTMINSTER BANK PLC,                CERTIFICATE OF SERVICE

                    Defendant.

-------------------------------------------------------------X

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      On the 7th day of December 2011, the Notice of Motion for Summary Judgment by National Westminster Bank PLC; the Memorandum of Law of Defendant National Westminster Bank PLC in Support of its Motion for Summary Judgment; National Westminster Bank PLC's Statement of Material Facts as to Which There is No Genuine Issue Pursuant to

Local Civil Rule 56.1; the Declaration of Valerie Schuster in Support of the Motion for Summary Judgment by National Westminster Bank PLC; and a letter to Judge Irizarry dated December 6, 2011 from Stephen Cromie were served by Federal Express and email, as indicated, upon:

**BY FEDERAL EXPRESS**

Gary M. Osen, Esq.
Osen LLC
2 University Plaza, Suite 201
Hackensack, NJ  07601

Aitan Goelman, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W.
Suite 1000
Washington, DC  20036-5807

Joel Israel, Esq.
Sayles Werbner
4400 Renaissance Tower
1201 Elm Street
Dallas, TX  75270

Steven M. Steingard, Esq.
Kohn Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA  19107

**BY EMAIL**

afriedman@gbgfriedman.com,
agoelman@zuckerman.com,
as@osen.us, au@osen.us,
cts@osen.us,
emacallister@perleslaw.com,
gmo@osen.us, jdg@osen.us,
jeubanks@motleyrice.com,
jisrael@swtriallaw.com,
jkohn@kohnswift.com,
JBonner@lawssb.com,
mwerbner@swtriallaw.com,
nbw@osen.us,

2

nglazer@kohnswift.com,
njnudelman@hnklaw.com,
pravenhansen@gmail.com,
rdheideman@hnklaw.com,
RStone@lawssb.com,
sperles@perleslaw.com,
sschwartz@kohnswift.com,
ssteingard@kohnswift.com,
SMesulam@zuckerman.com,
trkalik@hnklaw.com

Dated: New York, New York
December 8, 2011

_____
Richard V. Conza