UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TZVI WEISS, et al.

                Plaintiffs,

        - against -                          Case No. 05-cv-4622 (DLI) (MDG)

NATIONAL WESTMINSTER BANK PLC,

                Defendant.

-------------------------------------------------------------X

NATAN APPLEBAUM, et al.

                Plaintiffs,

        - against -                          Case No. 07-cv-916 (DLI) (MDG)

NATIONAL WESTMINSTER BANK PLC,                    CERTIFICATE OF SERVICE

                Defendant.

-------------------------------------------------------------X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        On the 29th day of February 2012, the Reply Memorandum of Law of Defendant National Westminster Bank PLC in Support of its Motion for Summary Judgment with Exhibit A and the Declaration of Stephanie D. Sado in Support of the Motion for Summary Judgment by

National Westminster Bank PLC with Exhibits 1 through 9 are being served by Federal Express upon:

>Aitan Goelman, Esq.
>Zuckerman Spaeder LLP
>1800 M Street, N.W.
>Suite 1000
>Washington, DC  20036-5807
>
>Steven M. Steingard, Esq.
>Kohn Swift & Graf, P.C.
>One South Broad Street
>Suite 2100
>Philadelphia, PA  19107
>
>Gary M. Osen, Esq.
>Osen LLC
>2 University Plaza, Suite 201
>Hackensack, NJ  07601
>
>Joel Israel, Esq.
>Sayles Werbner
>4400 Renaissance Tower
>1201 Elm Street
>Dallas, TX  75270

Dated: New York, New York
       February 29, 2012

_____
Richard V. Conza