UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X
:
TZVI WEISS, et al,                              :
:
        Plaintiffs     :
:
   -against-                                   :   Case No. 05-cv-4622 (DLI) (MDG)
:
:
NATIONAL WESTMINSTER BANK PLC,  :
:
        Defendant      :
:
----------------------------------------------------------X
NATAN APPLEBAUM, et al.,              :
:
        Plaintiffs,    :
:
   -against-                                   :   Case No. 07-cv-916 (DLI) (MDG)
:
NATIONAL WESTMINSTER BANK PLC,  :
:
        Defendant.     :

### NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

    C. Tab Turner files this, his Notice of Appearance pursuant to the Federal Rules of Civil Procedure, and would respectfully show the Court as follows:

    Plaintiffs desire to add C. Tab Turner of Turner & Associates, 4705 Somers Ave., Suite 100, North Little Rock, AR 72116.

    Please add Mr. Turner to the service list to receive all future notices, pleadings, motions order or any other papers filed in connection with the above-entitled and numbered action.

                                  Respectfully Submitted,

                                  /s/ C. TAB TURNER
                                C. Tab Turner

TURNER & ASSOCIATES<br>
4705 Somers Ave., Suite 100<br>
North Little Rock, AR 72116<br>
Ph. (501) 791-2277<br>
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, C. TAB TURNER, hereby certify that a true and correct copy of the foregoing document has been served via CM/ECF on this 27th day of June, 2012 upon all counsel of record.