UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TZVI WEISS, et al.

                Plaintiffs

   -against-

NATIONAL WESTMINISTER BANK PLC,

                Defendant.
-----------------------------------------------------------X
NATAN APPLEBAUM, et al.

                Plaintiffs,

   -against-

NATIONAL WESTMINISTER BANK PLC,

                Defendant.
-----------------------------------------------------------X

**JUDGMENT**

05-CV-4622(DLI)

07-CV-916(DLI)

      An Order and Opinion of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 28, 2013 granting defendant's motion for summary judgment and dismissing the action in its entirety; it is

      ORDERED AND ADJUDGED that defendant's motion for summary judgment is granted and the action is dismissed in its entirety.

Dated: Brooklyn, New York
       March 29, 2013

DOUGLAS C. PALMER
CLERK OF COURT

              by:
                  Michele Gapinski
                  Chief Deputy