UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
TZVI WEISS, et al.,

               Plaintiffs,

-against-

NATIONAL WESTMINSTER BANK, PLC,

               Defendant.
-----------------------------------------------------------------x
NATAN APPLEBAUM, et al.,

               Plaintiffs,

-against-

NATIONAL WESTMINSTER BANK, PLC,

               Defendant.
-----------------------------------------------------------------x

Case No. 05-cv-4622 (DLI) (MDG)

Case No. 07-cv-916 (DLI) (MDG)

NOTICE OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Peter R. Kolker, hereby move this Court for an Order for admission to practice *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above-captioned action.

I am a member in good standing of the bars of the United States District Court and Bankruptcy Court for the District of Columbia and the state of Florida, Illinois and Maryland. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 2, 2013

4052662.1

Respectfully submitted,

/s/ Peter R. Kolker

Peter R. Kolker
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800; Fax: (202) 822-8106
Email: pkolker@zuckerman.com

*Attorneys for Plaintiff*

4052662.1