UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NEW YORK

-------------------------------------------------x
TZVI WEISS, et al.,

        Plaintiffs,

  -against-

NATIONAL WESTMINSTER BANK, PLC,

        Defendant.
-------------------------------------------------x
NATAN APPLEBAUM, et al.,

        Plaintiffs,

  -against-

NATIONAL WESTMINSTER BANK, PLC,

        Defendant.
-------------------------------------------------x

Case No. 05-cv-4622 (DLI) MDG)

Case No. 07-cv-916 (DLI) (MDG)

AFFIDAVIT OF
PETER R. KOLKER IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

Peter R. Kolker, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Zuckerman Spaeder LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the State of Florida, Illinois, Maryland, and a member in good standing of the bars of the United States District Court and Bankruptcy Court for the District of Columbia.

4052662.1

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for plaintiffs.

Peter R. Kolker
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Suite 1000
Washington, D.C. 20036
E-mail: pkolker@zuckerman.com
Tel: (202) 778-1800
*Attorneys for Plaintiff*

Dated: April 2, 2013

Notary Public

[Notary Seal: GLADYS COLON, NOTARY PUBLIC, MY COMMISSION EXPIRES 4/14/2017, DISTRICT OF COLUMBIA]

4052662.1