## CERTIFICATE OF SERVICE

I, Peter R. Kolker, hereby certify that on this 2nd day of April 2013, a true and accurate copy of the NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* and AFFIDAVIT OF PETER R. KOLKER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* was served by first class mail, postage prepaid, upon the following counsel of record:

Lawrence B. Friedman
CLEARY GOTTLIEB STEEN & HAMLTON LLP
One Liberty Plaza
New York, New York 10006
*Attorney for Defendant National Westminster Bank Plc*

Peter R. Kolker

4052662.1