IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> NATIONAL WESTMINSTER BANK, PLC, <br><br> Defendant. | Case No. 05-cv-4622 (DLI) (MDG) |
| NATAN APPLEBAUM, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> NATIONAL WESTMINSTER BANK, PLC, <br><br> Defendant. | Case No. 07-cv-916 (DLI) (MDG) |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-named cases hereby appeal to the United States Court of Appeals for the Second Circuit from an Opinion and Order entered in these actions on the 28th day of March, 2013 (*Weiss* Docket No. 310) granting Defendant National Westminster Bank Plc's motion for summary judgment, and from the Judgment dismissing Plaintiffs' claims entered on the 29th day of March, 2013 (*Weiss* Docket No. 311).

Dated:  April 23, 2013

                                                    Respectfully Submitted,

                                                    OSEN LLC

                                                      /s/ Peter Raven-Hansen
                                                  Gary M. Osen
                                                  Peter Raven-Hansen
                                                  Aaron Schlanger

Joshua D. Glatter
Ari Ungar
2 University Plaza, Suite 201
Hackensack, NJ 07601-6211
(201) 265-6400

ZUCKERMAN SPAEDER LLP
Aitan D. Goelman
Andrew Caridas
1800 M Street NW, Suite 1000
Washington, DC 20036
(202) 778-1800

KOHN, SWIFT & GRAF, P.C.
Steven M. Steingard
Stephen H. Schwartz
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700

TURNER & ASSOCIATES, P.A.
C. Tab Turner
4705 Somers Avenue
Suite 100
North Little Rock, AR 72116
(501) 791-2277

**Counsel for *Weiss* Plaintiffs**


SAYLES WERBNER P.C.
Mark S. Werbner
Joel Israel
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 939-8700

HEIDEMAN NUDELMAN & KALIK, P.C.
Richard D. Heideman
Noel J. Nudelman
Tracy Reichman Kalik
1146 19th Street, NW, 5th Floor
Washington, DC 20036
(202) 463-1818

STONE BONNER & ROCCO LLP
James P. Bonner
260 Madison Avenue, 17th Floor
New York, NY 10016
(212) 239-4340

**Counsel for *Applebaum* Plaintiffs**