IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL WESTMINSTER BANK, PLC, <br><br> Defendant. | Case No. 05-cv-4622 (DLI) (MDG) |
| NATAN APPLEBAUM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL WESTMINSTER BANK, PLC <br><br> Defendant. | Case No. 07-cv-916 (DLI) (MDG) |

## MOTION FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Aitan D. Goelman of Zuckerman Spaeder LLP, withdraws his appearance on behalf of plaintiffs in the above-captioned matter and hereby requests that no further notices be given or required of him in the action, and that no documents or other pleadings in the action be served upon him.

Aitan D. Goelman
Bar No: AG-7040
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
agoelman@zuckerman.com

*Attorney for Plaintiffs Tzvi Weiss, et al.*

4512154.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>NATIONAL WESTMINSTER BANK, PLC,<br><br>      Defendant. | Case No. 05-cv-4622 (DLI) (MDG) |
| NATAN APPLEBAUM, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>NATIONAL WESTMINSTER BANK, PLC<br><br>      Defendant. | Case No. 07-cv-916 (DLI) (MDG) |

## ORDER

Upon consideration of Aitan D. Goelman's Motion for Withdrawal of Counsel, it is this

\_\_\_\_ day of _____, 2014, hereby

ORDERED, Motion for Withdrawal of Counsel GRANTED;

SO ORDERED.

                _____
                DORA L. IRIZARRY
                U.S. District Court Judge

4512162.1