# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L BELLER
THOMAS J MOLONEY
JONATHAN I BLACKMAN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
JAIME A EL KOURY
STEVEN G HOROWITZ
JAMES A DUNCAN
STEVEN M LOEB
CRAIG B BROD
MITCHELL A LOWENTHAL
EDWARD J ROSEN
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
HOWARD S ZELBO
DAVID E BRODSKY
MICHAEL R LAZERWITZ
ARTHUR H KOHN
RICHARD J COOPER
JEFFREY S LEWIS
PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C LOPEZ
CARMEN A CORRALES

JAMES L BROMLEY
MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C JACOBY
SANDRA L FLOW
FRANCISCO L CESTERO
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E FLEISHER
SEAN A O'NEAL
GLENN P MCGRORY
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A COOPER

AMY R SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A BAREFOOT
PAMELA L MARCOGLIESE
PAUL M TIGER
JONATHAN S KOLODNER
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C CONROY JR
KATHLEEN M EMBERGER
WALLACE L LARSON, JR
JAMES D SMALL
AVRAM E LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
MEYER H FEDIDA
CAROLINE F HAYDAY
JOHN V HARRISON
RESIDENT COUNSEL

LOUISE M PARENT
OF COUNSEL

Writer's Direct Dial +1 212-225-2840
E-Mail: lfriedman@cgsh.com

October 17, 2014

BY ECF AND HAND

Hon. Dora L. Irizarry, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Weiss, et al. v. National Westminster Bank Plc</u>, 05-cv-4622 (DLI) (MDG)
<u>Applebaum, et al. v. National Westminster Bank Plc</u>, 07-cv-916 (DLI) (MDG)

Dear Judge Irizarry:

I am writing on behalf of defendant National Westminster Bank Plc ("NatWest") to respectfully request that the Court authorize NatWest to file a motion for an order dismissing these lawsuits for lack of personal jurisdiction or, in the alternative, for summary judgment, based on the Supreme Court's decision earlier this year, during the pendency of Plaintiffs' appeal from Your Honor's prior dismissal of these lawsuits, in <u>Daimler AG v. Bauman</u>, 134 S. Ct. 746 (2014), and the Second Circuit's more recent ruling in <u>Gucci America, Inc., et al. v. Bank of China, et al.</u>, 2014 WL 4629049 (2d Cir. 2014). Plaintiffs have authorized me to inform the Court that, while they believe the motion should be denied, they do not object to this request.

NatWest's proposed motion will be similar to the <u>Daimler</u>-based motion that the Court previously authorized Crédit Lyonnais, S.A. ("CL") to file in Plaintiffs' lawsuits against it, and which is currently pending before Your Honor.[1] NatWest will demonstrate that: (1) <u>Daimler</u> eliminates any basis for Plaintiffs' allegation that NatWest is subject to the Court's <u>general</u> personal jurisdiction; (2) NatWest had insufficient claim-specific forum contacts to support the assertion of <u>specific</u> personal jurisdiction in these lawsuits; and (3) even if NatWest did have sufficient forum contacts to support specific personal jurisdiction with respect to certain of Plaintiffs' claims, NatWest is nonetheless entitled to summary judgment because a reasonable

---

[1] See <u>Strauss, et al. v. Crédit Lyonnais, S.A.</u>, 06-cv-702 (DLI) (MDG), ECF Nos. 369, 371 & 372

Hon. Dora L. Irizarry, U.S.D.J., p. 2

jury could not find for Plaintiffs on the indispensable scienter and proximate causation elements of those claims. In particular with respect to scienter, NatWest will demonstrate that the matters that the Second Circuit identified in its recent remand decision as those on which a scienter finding might be based all post-date the last of NatWest's alleged forum contacts, and thus, under Daimler, they are irrelevant to the claims as to which the Court could assert specific jurisdiction.

Plaintiffs have informed us that they will oppose NatWest's motion, but they have agreed to the following schedule for briefing that motion, for which NatWest respectfully requests the Court's approval:

- November 12, 2014 – NatWest will serve its motion papers on all Plaintiffs.

- December 12, 2014 – Plaintiffs will serve on NatWest their opposition to Defendant's motion.

- January 12, 2015 – NatWest will serve its reply papers and will file all parties' motion papers via ECF, in conformity with the Court's "bundle rule," and will provide copies to Chambers.

In addition, and also subject to the Court's approval, NatWest proposes that all other proceedings in these cases be stayed pending the Court's resolution of NatWest's dismissal motion.

The parties infer from the Court's response to CL's prior pre-motion conference letter that a pre-motion conference is unnecessary. See Strauss, ECF Nos. 361-63 & Order re: ECF No. 361 (February 10, 2014). Obviously, the parties will attend such a conference if the Court prefers to convene one.

Respectfully,

Lawrence B. Friedman

cc: All counsel of record