# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

**MANDATE**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand and fourteen.

Before:      Dennis Jacobs,
             Pierre N. Leval,
             Rosemary S. Pooler
                  *Circuit Judges.*

_____

Tzvi Weiss, *et al.,* Natan Applebaum, *et al.,*

Plaintiffs - Appellants,                          **JUDGMENT**
                                                  Docket No. 13-1618

        v.

National Westminster Bank PLC,

Defendant - Appellee

_____

        The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

        IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED for further proceedings , including consideration of National Westminster Bank PLC's other asserted grounds for summary judgment.

                                        For The Court:

                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 10/17/2014**