UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

|                                          |   |                              |
|------------------------------------------|---|------------------------------|
| TZVI WEISS, *et al*.,                    | : |                              |
|                                          | : | Case No. 05-cv-4622 (DLI) (MDG) |
|                          Plaintiffs,     | : |                              |
|                                          | : |                              |
|   -against-                              | : |                              |
|                                          | : |                              |
| NATIONAL WESTMINSTER BANK, PLC,          | : |                              |
|                                          | : |                              |
|                          Defendant.      | : |                              |

---

## NOTICE OF CHANGE OF E-MAIL ADDRESS

To: The clerk of court and all parties of record:

Please take notice that, effective immediately, Aaron Schlanger, who has previously appeared in this action on behalf of Plaintiffs in the above-captioned actions, request that all notices, pleadings, and orders in the above-captioned actions be sent to him at the following new e-mail address: aschlanger@osenlaw.com

Dated: January 2, 2015

By:     /s/ Aaron Schlanger
        Aaron Schlanger
        OSEN LLC
        2 University Plaza, Suite 201
        Hackensack, NJ 07601
        (201) 265-6400