UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, *et al.*, | : |
| Plaintiffs, | : Case No. 05-cv-4622 (DLI) (MDG) |
| -against- | : |
| NATIONAL WESTMINSTER BANK, PLC, | : |
| Defendant. | : |

## NOTICE OF CHANGE OF E-MAIL ADDRESS

To: The clerk of court and all parties of record:

Please take notice that, effective immediately, Gary M. Osen, who has previously appeared in this action on behalf of Plaintiffs in the above-captioned actions, request that all notices, pleadings, and orders in the above-captioned actions be sent to him at the following new e-mail address: gosen@osenlaw.com

Dated: January 2, 2015

By:   /s/ Gary M. Osen
      Gary M. Osen
      OSEN LLC
      2 University Plaza, Suite 201
      Hackensack, NJ 07601
      (201) 265-6400