UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, *et al.*, | : |
|                 Plaintiffs, | :   Case No. 05-cv-4622 (DLI) (MDG) |
| -against- | : |
| NATIONAL WESTMINSTER BANK, PLC, | : |
|                 Defendant. | : |

## NOTICE OF CHANGE OF E-MAIL ADDRESS

To: The clerk of court and all parties of record:

Please take notice that, effective immediately, Naomi B. Weinberg, who has previously appeared in this action on behalf of Plaintiffs in the above-captioned actions, request that all notices, pleadings, and orders in the above-captioned actions be sent to him at the following new e-mail address: nweinberg@osenlaw.com

Dated: January 2, 2015

                                                            By:    /s/ Naomi B. Weinberg
                                                                         Naomi B. Weinberg
                                                                         OSEN LLC
                                                                         2 University Plaza, Suite 201
                                                                         Hackensack, NJ 07601
                                                                         (201) 265-6400