UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TZVI WEISS, *et al.*,

                  Plaintiffs,

  -against-

NATIONAL WESTMINSTER BANK, PLC,

                  Defendant.

Case No. 05-cv-4622 (DLI) (MDG)

---

## NOTICE OF CHANGE OF E-MAIL ADDRESS

To: The clerk of court and all parties of record:

Please take notice that, effective immediately, Cindy Schlanger, who has previously appeared in this action on behalf of Plaintiffs in the above-captioned actions, request that all notices, pleadings, and orders in the above-captioned actions be sent to him at the following new e-mail address: cschlanger@osenlaw.com

Dated: January 2, 2015

                                              By:    /s/ Cindy Schlanger
                                                          Cindy Schlanger
                                                          OSEN LLC
                                                          2 University Plaza, Suite 201
                                                          Hackensack, NJ 07601
                                                          (201) 265-6400