UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| TZVI WEISS, *et al.*, | : | |
| | : | Case No. 05-cv-4622 (DLI) (MDG) |
| Plaintiffs, | : | |
| | : | |
| -against- | : | |
| | : | |
| NATIONAL WESTMINSTER BANK, PLC, | : | |
| | : | |
| Defendant. | : | |

_____

## NOTICE OF CHANGE OF E-MAIL ADDRESS

To: The clerk of court and all parties of record:

Please take notice that, effective immediately, Ari Ungar, who has previously appeared in this action on behalf of Plaintiffs in the above-captioned actions, request that all notices, pleadings, and orders in the above-captioned actions be sent to him at the following new e-mail address: aungar@osenlaw.com.

Dated: January 2, 2015

By:   /s/ Ari Ungar
Ari Ungar
OSEN LLC
2 University Plaza, Suite 201
Hackensack, NJ 07601
(201) 265-6400