UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, *et al.*,          : | |
| :                               | Case No. 05-cv-4622 (DLI) (MDG) |
| Plaintiffs,   : | |
| :                               | |
| -against-                       : | |
| :                               | |
| NATIONAL WESTMINSTER BANK, PLC, : | |
| :                               | |
| Defendant.    : | |

### NOTICE OF CHANGE OF E-MAIL ADDRESS

To: The clerk of court and all parties of record:

Please take notice that, effective immediately, Joshua D. Glatter, who has previously appeared in this action on behalf of Plaintiffs in the above-captioned actions, request that all notices, pleadings, and orders in the above-captioned actions be sent to him at the following new e-mail address: jglatter@osenlaw.com

Dated: January 2, 2015

By:  /s/ Joshua D. Glatter
Joshua D. Glatter
OSEN LLC
2 University Plaza, Suite 201
Hackensack, NJ 07601
(201) 265-6400