UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TZVI WEISS, et al.,                          :
                                             :    05-CV-4622 (DLI)(MDG)
          Plaintiffs,             :
                                             :
        -against-                          :
                                             :
CREDIT LYONNAIS, S.A.,                       :
                                             :
          Defendant.              :
-------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and All Parties of Record:

    PLEASE TAKE NOTICE that, effective immediately, the new office address for Shawn P. Naunton of Zuckerman Spaeder LLP, counsel for plaintiffs in the above-captioned actions, is:

    Zuckerman Spaeder LLP
    399 Park Avenue, 14th Floor
    New York, New York 10022

Dated: New York, New York
       January 8, 2015

                                      By:    /s/ Shawn P. Naunton
                                              Shawn P. Naunton
                                              Zuckerman Spaeder LLP
                                              399 Park Avenue, 14th Floor
                                              New York, New York 10022
                                              Tel: (212) 704-9600

4760017.1