**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TZVI WEISS, et al.,                                                  :
                                                                                 :
            Plaintiffs,                                         :    Case No. 05-CV-4622 (DLI)(MDG)
    v.                                                                     :
                                                                                 :
NATIONAL WESTMINSTER BANK PLC,         :    **NOTICE OF APPEARANCE**
                                                                                 :
            Defendant.                                        :
------------------------------------------------------------ x

       PLEASE TAKE NOTICE that Shawn P. Naunton of Zuckerman Spaeder LLP, with offices located at 399 Park Avenue, 14th Floor, New York, New York 10022, hereby appears on behalf of plaintiffs in the above-captioned action.

       I certify that I am admitted to practice before this Court.

Dated:  New York, New York
          January 9, 2015                 ZUCKERMAN SPAEDER LLP

                                                   By: /s/ Shawn P. Naunton
                                                       Shawn P. Naunton
                                             399 Park Avenue, 14th Floor
                                             New York, New York 10022
                                             Tel: (212) 704-9600
                                             E-mail: snaunton@zuckerman.com

                                             *Attorney for Plaintiffs*