UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TZVI WEISS, et al.,                              :
                                                 :
                          Plaintiffs,            :        Case No. 05-cv-4622 (DLI) (MDG)
                                                 :
           - against –                           :
                                                 :
NATIONAL WESTMINSTER BANK PLC,                   :
                                                 :
                          Defendant.             :
                                                 :
------------------------------------------------------------X

NATAN APPLEBAUM, et al.,                          :
                                                 :
                          Plaintiffs,            :
                                                 :
           - against –                           :
                                                 :        Case No. 07-cv-916 (DLI) (MDG)
NATIONAL WESTMINSTER BANK PLC,                   :
                                                 :
                                                 :        **Oral Argument Requested**
                          Defendant.             :
                                                 :
                                                 :
------------------------------------------------------------X

## NOTICE OF MOTION OF DEFENDANT NATIONAL WESTMINSTER BANK PLC FOR AN ORDER DISMISSING PLAINTIFFS' CLAIMS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law of

Defendant National Westminster Bank Plc in Support of Its Motion for an Order Dismissing

Plaintiffs' Claims or, Alternatively, for Summary Judgment, National Westminster Bank Plc's

Statement of Material Facts as to Which There Is No Genuine Issue Pursuant to Local Civil Rule

56.1, dated December 7, 2011 [Weiss ECF No. 266], the Declaration of Valerie Schuster, dated

December 7, 2011, and the exhibits submitted therewith [Weiss ECF No. 267], and the

Declaration of Stephanie D. Sado, dated February 29, 2012, and the exhibits submitted therewith

[Weiss ECF No. 277], and all of the prior pleadings and proceedings herein, Defendant National

Westminster Bank Plc ("NatWest"), by and through its undersigned attorneys, will move this

Court before the Honorable Dora L. Irizarry, U.S.D.J., at the United States Courthouse, 225

Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the

Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(2) and 56(a) granting

NatWest's motion for an order dismissing plaintiffs' claims or, alternatively, for summary

judgment, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       November 12, 2014

                         Respectfully submitted,

                         CLEARY GOTTLIEB STEEN & HAMILTON LLP

                         By: _____
                              Lawrence B. Friedman, A Member of the Firm
                         One Liberty Plaza
                         New York, New York 10006
                         (212) 225-2000

                         Attorneys for Defendant National Westminster Bank Plc

2