UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                      :

TZVI WEISS, et al.                    :

             Plaintiffs,      :

        - against -        :      Case No. 05-cv-4622 (DLI) (MDG)

NATIONAL WESTMINSTER BANK PLC,      :

           Defendant.      :

                      :

-------------------------------------------------------------X
                      :

NATAN APPLEBAUM, et al.       :

            Plaintiffs,      :

        - against -        :      Case No. 07-cv-916 (DLI) (MDG)

NATIONAL WESTMINSTER BANK PLC,      :      CERTIFICATE OF SERVICE

           Defendant.      :

                      :

-------------------------------------------------------------X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify

that:

        On the 12th day of November 2014, the Notice of Motion of Defendant National

Westminster Bank PLC for an Order Dismissing Plaintiffs' Claims or, Alternatively, for

Summary Judgment, and the Memorandum of Law of Defendant National Westminster Bank

PLC in Support of its Motion for an Order Dismissing Plaintiffs' Claims, or Alternatively, for

Summary Judgment, were served by email  upon:

> Andrew D. Friedman
> afriedman@gbgfriedman.com
>
> Aitan D. Goelman
> agoelman@zuckerman.com
>
> Aaron Schlanger
> as@osen.us
>
> Ari Ungar
> au@osen.us
>
> Cindy Schlanger
> cts@osen.us
>
> Edward MacAllister
> emacallister@perleslaw.com
>
> Gary M. Osen
> gmo@osen.us
>
> James P. Bonner
> JBonner@lawssb.com
>
> Joshua D. Glatter
> jdg@osen.us
>
> John M. Eubanks
> jeubanks@motleyrice.com
>
> Joel Israel
> jisrael@swtriallaw.com
>
> Joseph C. Kohn
> jkohn@kohnswift.com
>
> Mark S. Werbner
> mwerbner@swtriallaw.com
>
> Naomi Weinberg
> nbw@osen.us

Neil L. Glazer
nglazer@kohnswift.com

Noel J. Nudelman
njnudelman@hnklaw.com

Peter R. Kolker
pkolker@zuckerman.com

Peter Raven-Hansen
pravenhansen@gmail.com

Richard D. Heideman
rdheideman@hnklaw.com

Ralph M. Stone
RStone@lawssb.com

Semra A. Mesulam
SMesulam@zuckerman.com

Steven R. Perles
sperles@perleslaw.com

Stephen H. Schwartz
sschwartz@kohnswift.com

Steven M. Steingard
ssteingard@kohnswift.com

Tracy Reichman Kalik
trkalik@hnklaw.com

Shawn P. Naunton
snaunton@zuckerman.com

Dated: New York, New York
        November 13, 2014

_____
            Richard V. Conza

3