UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TZVI WEISS, et al.,                                          :
                                                             :
                                                             :          05-CV-4622 (DLI)(MDG)
                         Plaintiffs,                         :
                                                             :
       -against-                                             :
                                                             :
NATIONAL WESTMINSTER BANK, PLC                               :
                                                             :
                         Defendant.                          :
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

       PLEASE TAKE NOTICE that Joshua D. Glatter, of Osen LLC, with offices located at

345 7th Avenue, New York, NY 10001, and 2 University Plaza, Hackensack, NJ 07601,

withdraws his appearance on behalf of plaintiffs in the above-captioned action and hereby

requests that no further notices be given or required of him in the action, and that no documents

or other pleadings in the action be served upon him.

       All other counsel from Osen LLC who have appeared on behalf of plaintiffs will remain

in this action.

Dated: May 21, 2015
       Hackensack, NJ


                                        /s/ Joshua D Glatter
                                        Joshua D. Glatter
                                        OSEN LLC
                                        345 7th Avenue, 21st Floor
                                        New York, NY 10001
                                        (646) 380-0470
                                        (646) 380-0471 Fax

                                        2 University Plaza, Suite 201
                                        Hackensack, NJ 07601
                                        (201) 265-6400
                                        (201) 265-0303 Fax

                                        jglatter@osenlaw.com

                                        Attorneys for Plaintiffs