```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TZVI WEISS, et al.,                          :
                                             :
                                             :    05-CV-4622 (DLI)(MDG)
                 Plaintiffs,                 :
                                             :
     -against-                               :
                                             :
NATIONAL WESTMINSTER BANK, PLC               :
                                             :
                 Defendant.                  :
---------------------------------------------------------------x
```

## **DECLARATION OF JOSHUA D. GLATTER**

I, Joshua D. Glatter, declare and state as follows:

1. Pursuant to Local Civil Rule 1.4, I respectfully request leave to withdraw my appearance as counsel for plaintiffs in the above-captioned actions. My colleague Gary M. Osen, together with other attorneys at Osen LLC, will continue to represent the plaintiffs.

2. Because the same law firm will continue to represent the plaintiffs, this withdrawal will not impact this action in any way or prejudice any parties.

Dated: May 21, 2015
    Hackensack, NJ

/s/ Joshua D Glatter
Joshua D. Glatter
OSEN LLC
345 7th Avenue, 21st Floor
New York, NY 10001
(646) 380-0470
(646) 380-0471 Fax

2 University Plaza, Suite 201
Hackensack, NJ 07601
(201) 265-6400
(201) 265-0303 Fax

jglatter@osenlaw.com

Attorneys for Plaintiffs