## CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

Writer's Direct Dial: +1 212 225-2840
E-Mail: lfriedman@cgsh.com

LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
LEE C BUCHHEIT
JAMES M PEASLEE
THOMAS J MOLONEY
DAVID G SABEL
JONATHAN I BLACKMAN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z RE CH
RICHARD S LINCER
STEVEN G HOROWITZ
JAMES A DUNCAN
STEVEN M LOEB
CRAIG B BROD
MITCHELL A LOWENTHAL
EDWARD J ROSEN
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
HOWARD S ZELBO
DAVID E BRODSKY
ARTHUR H KOHN
RICHARD J COOPER
JEFFREY S LEWIS
PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C LOPEZ
CARMEN A CORRALES
JAMES L BROMLEY
MICHAEL A GERSTENZANG
LEWIS J LIMAN

LEV L DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
DIANA L WOLLMAN
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI, JR.
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
SUNG K KANG
LEONARD C JACOBY
SANDRA L FLOW
FRANCISCO L CESTERO
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER
JUAN G GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL E KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E FLEISHER
SEAN A O'NEAL
GLENN P MCGRORY
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
ROGER A COOPER
AMY R SHAPIRO
JENNIFER KENNEDY PARK

ELIZABETH LENAS
LUKE A BAREFOOT
PAMELA L MARCOGLIESE
PAUL M TIGER
JONATHAN S KOLODNER
DANIEL ILAN
MEYER H FEDIDA
ADRIAN R LEIPSIC
ELIZABETH VICENS
ADAM BRENNEMAN
ARI D MACKINNON
JAMES E LANGSTON
RESIDENT PARTNERS

SANDRA M ROCKS
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
HUGH C CONROY, JR
KATHLEEN M EMBERGER
WALLACE L LARSON, JR
AVRAM E LUFT
ANDREW WEAVER
HELENA K GRANNIS
GRANT M BINDER
JOHN V HARRISON
CAROLINE F HAYDAY
DAVID FLECHNER
RESIDENT COUNSEL

LOUISE M PARENT
OF COUNSEL

October 16, 2015

BY ECF AND HAND

Hon. Dora L. Irizarry, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Strauss, et al. v. Crédit Lyonnais, S.A., 06-cv-702 (DLI) (MDG)
     Wolf, et al. v. Crédit Lyonnais, S.A., 07-cv-914 (DLI) (MDG)
     Weiss, et al. v. National Westminster Bank Plc, 05-cv-4622 (DLI) (MDG)
     <u>Applebaum, et al. v. National Westminster Bank Plc, 07-cv-916 (DLI) (MDG)</u>

Dear Judge Irizarry:

   Pursuant to the Court's instructions at the October 8, 2015 oral argument on the pending summary judgment and dismissal motions by defendants Crédit Lyonnais, S.A. ("CL") and National Westminster Bank Plc ("NatWest"), I am writing to provide the Court with (1) citations to the precedents to which I referred, (2) information requested by the Court concerning CL's and NatWest's wire transfers that contacted the United States and on which plaintiffs base their claims, and (3) a copy of the demonstrative exhibit that I provided to the Court and to plaintiffs' counsel.

   First, in addition to the authorities referenced in CL's and NatWest's briefs in support of their respective motions, I referred the Court to the following precedents:

- <u>Stroud v. Tyson Foods, Inc.</u>, No. 14-Civ-3281, 2015 WL 1034452, at *3-6 (E.D.N.Y. Mar. 10, 2015) (Irizarry, J.) (no general jurisdiction over corporations that are neither incorporated nor headquartered in New York).

Hon. Dora L. Irizarry, U.S.D.J., p.2

- 7 W. 57th St. Realty Co., LLC v. Citigroup, Inc., No. 13-Civ-981, 2015 WL 1514539, at *5-7, 11 (S.D.N.Y. Mar. 31, 2015) (Gardephe, J.) (foreign bank defendants' pre-Daimler participation in lawsuit did not waive personal jurisdiction defense because, under Gucci America, Daimler "effected a change in the law"; New York Banking Law Section 200 "limits any consent to personal jurisdiction by registered banks to specific personal jurisdiction").

- Laydon v. Mizuho Bank, Ltd., No. 12-Civ-3419, 2015 WL 1499185, at *6 (S.D.N.Y. Mar. 31, 2015) (Daniels, J.) (foreign bank defendants did not waive personal jurisdiction defense pre-Daimler because their "defense was not available," but did waive their defense by failing to raise it promptly post-Daimler).

- Motorola Credit Corp. v. Uzan, No. 02-Civ-666, 2015 WL 5613077, at *2 (S.D.N.Y. Sept. 9, 2015) (Rakoff, J.) (no general jurisdiction over foreign banks that are "incorporated and maintain their principal places of business abroad, and no 'exceptional circumstances' exist that would otherwise support general jurisdiction over them," no waiver of foreign banks' jurisdictional objections because "objections to jurisdiction were not available before Daimler and Gucci," nor did any waiver occur as a result of their licensing in New York).

- In re LIBOR-Based Fin. Instruments Antitrust Litig., No. 11 MDL 2262 NRB, 2015 WL 4634541, at *26-27 & n. 54 (S.D.N.Y. Aug. 4, 2015) (Buchwald, J.) (exercise of specific jurisdiction over foreign banks is appropriate only "[t]o the extent that" plaintiffs' claims arose from LIBOR manipulation that occurred in the forum; a "bank that cooperated with a request made by a trader in New York would be subject to personal jurisdiction in New York in connection with a claim arising out of that request," but "allegations of some misconduct in New York do not support personal jurisdiction as to" claims arising out of defendants' conduct "in London or elsewhere abroad").

- Weisblum v. Prophase Labs, Inc., No. 14-Civ-3587, 2015 WL 738112, at *5 (S.D.N.Y. Feb. 20, 2015) (Furman, J.) ("[T]he Court cannot override [defendant's personal jurisdiction] objections in the name of 'judicial efficiency' . . . .").

- Hargrave v. Oki Nursery, 646 F.2d 716, 718 (2d Cir. 1980) (court can exercise pendent personal jurisdiction over a claim despite the absence of a statutory provision authorizing service, but only if that claim arises from the same common nucleus of operative fact as a claim for which there is statutory jurisdiction and only if "[t]here is no constitutional issue as to whether the district court has . . . personal jurisdiction over the defendant with respect to all the claims").

Second, the parties agree that CL made five transfers at the request of its customer CBSP that contacted the United States and on which plaintiffs base their claims. Those five transfers constitute 0.9% of the 550 transfers that CL made at CBSP's request, and total $205,000.

Hon. Dora L. Irizarry, U.S.D.J., p.3

The parties also agree that NatWest made 196 transfers at the request of its customer Interpal that contacted the United States and on which plaintiffs base their claims. Those transfers total $4,345,342.35.

Third, a copy of the timeline that I provided to the Court as a demonstrative exhibit at oral argument, which illustrates CL's five transfers that contacted New York, is attached to this letter as Exhibit A.

Respectfully,

*Lawrence B. Friedman*

Lawrence B. Friedman

Attachment

cc: All counsel

# EXHIBIT A

# The Five New York Transfers



**May 12, 1997**
$5,000 transfer from CL-Paris to CL-NY, and then to Citibank, N.A. (New York, NY) for the benefit of "Islamic Association" – Gaza

**June 28, 2001**
$50,000 transfer from CL-Paris to CL-NY, and then to Arab Bank PLC (New York, NY) for the benefit of "Zakat Sadaqat Committee Ramallah Beach and District"

$50,000 transfer from CL-Paris to CL-NY, and then to Arab Bank PLC (New York, NY) for the benefit of "Islamic Charitable Society" – Hebron

**July 25, 2001**
$50,000 transfer from CL-Paris to CL-NY, and then to Arab Bank PLC (New York, NY) for the benefit of "Al Islah Charitable Society Association Ramallah and Al-Bireh"

**July 31, 2001**
$50,000 transfer from CL-Paris to CL-NY, and then to Arab Bank PLC (New York, NY) for the benefit of "Al Tadamoon Solidarity Association"

Strauss, et al. v. Crédit Lyonnais, S.A., 06-Civ-702
Wolf, et al. v. Crédit Lyonnais, S.A., 07-Civ-914