UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

TZVI WEISS, et al.

                            Plaintiffs,

                                         Case No.:1: 05-cv-04622-DLI-MDG

   -against-

NATIONAL WESTMINSTER BANK PLC,

                            Defendant.

---------------------------------------------------------------- x

NATAN APPELBAUM, et al.

                            Plaintiffs,

   -against-                                    Case No.: 1:07-cv-00916-DLI-MDG

NATIONAL WESTMINSTER BANK PLC,

                            Defendant.

---------------------------------------------------------------- x

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned actions as co-counsel for Defendant NATIONAL WESTMINSTER BANK PLC. The undersigned certifies that he is admitted to practice in this Court.

     PLEASE ALSO TAKE NOTICE that the following attorneys of the Firm are withdrawing their notices of appearance on this case:

1. Mark J. Aaronson, Esq.
2. Mark B. Feinstein, Esq. and
3. Barbara Ryan, Esq.

Dated: New York, New York
         April 4, 2016

                                             Respectfully submitted,
                                             AARONSON RAPPAPORT FEINSTEIN &
                                             DEUTSCH, LLP

                               BY: _____
                                             Philip L. Sutter, Esq.
                                             An Associate of the Firm
                                             Co-Attorneys for Defendant
                                             600 Third Avenue
                                             New York, New York 10016
                                             Tel.: (212) 593-6700
                                             Fax: (212) 593-6970
                                             plsutter@arfd.com

{01795898.DOCX }