UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

TZVI WEISS, et al.

                      Plaintiffs,

        Case No.:1: 05-cv-04622-DLI-MDG

  -against-

NATIONAL WESTMINSTER BANK PLC,

                      Defendant.

---------------------------------------------------------x

NATAN APPELBAUM, et al.

                        Plaintiffs,

        Case No.: 1:07-cv-00916-DLI-MDG

  -against-

NATIONAL WESTMINSTER BANK PLC,

                      Defendant.

---------------------------------------------------------x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned actions as co-counsel for Defendant NATIONAL WESTMINSTER BANK PLC. The undersigned certifies that he is admitted to practice in this Court.

Dated:  New York, New York
         April 4, 2016

                                      Respectfully submitted,
                                      **AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP**

              BY: *Lawrence Rosenblatt (PLS)*
                                      Lawrence W. Rosenblatt, Esq.
                                      A Member of the Firm
                                      Co-Attorneys for Defendant
                                      600 Third Avenue
                                      New York, New York 10016
                                      Tel.: (212) 593-6700
                                      Fax: (212) 593-6970
                                      lwrosenblatt@arfd.com

{01795885.DOCX }