**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 University Plaza, Suite 201, Hackensack, NJ 07601
T. 201.265.6400   F. 201.265.0303

345 Seventh Avenue, 21st Floor, New York, NY 10001
T. 646.380.0470   F. 646.380.0471

April 8, 2016

**VIA ECF**

Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Weiss, et al. v. National Westminster Bank Plc*, 05-cv-4622 (DLI)(MDG)
*Applebaum, et al. v. National Westminster Bank Plc*, 07-cv-916 (DLI)(MDG)
*Strauss, et al. v. Crédit Lyonnais, S.A.*, 06-cv-702 (DLI)(MDG)
*Wolf, et al. v. Crédit Lyonnais, S.A.*, 07-cv-914 (DLI)(MDG)

Dear Judge Go:

We write on behalf of the Plaintiffs in the above-captioned cases to request an adjournment of the status conferences currently scheduled for April 13, 2016. We have conferred with defense counsel, and subject to the Court's consent and availability we request that the status conferences be rescheduled for the week of May 16th or at such subsequent time as the Court is available. The Defendants do not oppose our request.

We thank the Court for its courtesy and consideration. Should your Honor or Chambers have any questions, please do not hesitate to contact us.

Respectfully submitted,

Aaron Schlanger

cc: All Counsel