**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 201, HACKENSACK, NJ 07601  
T. 201.265.6400   F. 201.265.0303

345 SEVENTH AVENUE, 21ST FLOOR, NEW YORK, NY 10001  
T. 646.380.0470   F. 646.380.0471

May 25, 2016

**VIA ECF**

Honorable Marilyn D. Go  
United States Magistrate Judge  
United States District Court, Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

    **Re:**    *Weiss, et al. v. National Westminster Bank Plc,* **05-cv-4622 (DLI)(MDG)**  
            *Applebaum, et al. v. National Westminster Bank Plc,* **07-cv-916 (DLI)(MDG)**  
            *Strauss, et al. v. Crédit Lyonnais, S.A.,* **06-cv-702 (DLI)(MDG)**  
            *Wolf, et al. v. Crédit Lyonnais, S.A.,* **07-cv-914 (DLI)(MDG)**

Dear Judge Go:

    We write on behalf of the parties in all four of the above-captioned cases in accordance with Your Honor's direction to the parties at the May 17, 2016 status conference.

    The parties have conferred and agreed to the following proposed schedule:

- The Plaintiffs will submit their pre-motion letter to Judge Irizarry with respect to their proposed motion to consolidate the NatWest and Crédit Lyonnais cases for bifurcated trial on **June 6, 2016**. NatWest and Crédit Lyonnais will submit their responses no later than **June 13, 2016**.

- The Plaintiffs will furnish Defendants with their proposed Amended Complaints by **June 10, 2016** and will, absent objection by one or both of the Defendants, file those Amended Complaints by **June 17, 2016**. In the unlikely event of a dispute, the parties will promptly advise the Court.

- The Plaintiffs will produce additional records to the Defendants on a rolling basis and will complete production by **July 1, 2016**.

- Pursuant to the Court's February 10, 2014 Minute Order, Crédit Lyonnais will serve its renewed Motion for Partial Reconsideration of the Court's February 28,

2013 Opinion and Order on **August 1, 2016**. The Plaintiffs will serve their Opposition brief on **September 1, 2016**, and Crédit Lyonnais will serve its reply brief and file all of the briefs on **September 30, 2016**.

- Pursuant to the Court's February 10, 2014 Minute Order, Crédit Lyonnais will serve its Motion for Summary Judgment as to the five terrorist attacks not previously briefed as part of the Court's February 28, 2013 Opinion and Order on **August 15, 2016**. Plaintiffs will serve their Opposition brief on **September 15, 2016**, and Crédit Lyonnais will serve its reply brief and file all of the briefs on **October 14, 2016**. NatWest will serve its Motion for Summary Judgment as to the terrorist attacks added to Plaintiffs' to-be-filed Amended Complaint(s), and file all of the parties' briefs, on the same schedule.

- NatWest will serve its Motion for Summary Judgment motion as to arguments not decided by the Court's March 28, 2013 Opinion and Order granting summary judgment on **September 12, 2016**. Plaintiffs will serve their Opposition brief on **October 14, 2016**, and NatWest will serve its reply brief and file all of the briefs on **November 14, 2016**.

Finally, with respect to the timing of a settlement conference, based on the settlement positions of the parties, Plaintiffs do not believe a settlement conference would be productive in any form at this time and therefore propose that the Court schedule a conference at its convenience within 30 days of the disposition of Defendants' dispositive motions, to the extent that the Court denies them.

NatWest and Crédit Lyonnais propose, consistent with the Court's statements at the status conference on May 17, 2016, that the Court schedule a settlement conference more promptly than Plaintiffs propose. If the Court agrees, NatWest and Crédit Lyonnais are available for a conference during the week of June 27, 2016.

We thank the Court for its courtesy and consideration

Respectfully submitted,

/s/ Gary M. Osen

cc:    All Counsel