# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

D: 212-225-2840
lfriedman@cgsh.com

LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
LEE C. BUCHHEIT
JAMES M. PEASLEE
THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA

MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER

JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
HUGH C. CONROY, JR.
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
GRANT M. BINDER
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
HUMAYUN KHALID
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

June 15, 2016

**BY HAND AND ECF**

Hon. Marilyn D. Go, U.S.M.J.
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Weiss, et al. v. National Westminster Bank Plc, 05-cv-4622 (DLI)(MDG)
> Applebaum, et al. v. National Westminster Bank Plc, 07-cv-916 (DLI)(MDG)
> Strauss, et al. v. Crédit Lyonnais, S.A., 06-cv-702 (DLI)(MDG)
> <u>Wolf, et al. v. Crédit Lyonnais, S.A., 07-cv-914 (DLI)(MDG)</u>

Dear Magistrate Judge Go:

I am writing on behalf of the parties in all four of the above-referenced cases in accordance with Your Honor's Scheduling Order dated June 1, 2016. The parties have conferred and agreed to a proposed schedule for their submission of pre-motion letters to Chief Judge Irizarry, in which the parties will request a pre-motion conference with respect to their contemplated motions, as follows:

- Plaintiffs will file their pre-motion letter to Chief Judge Irizarry with respect to their proposed motion for an order consolidating their claims against Defendants National Westminster Bank Plc ("NatWest") and Crédit Lyonnais, S.A. ("Crédit Lyonnais") for a single liability trial on June 22, 2016. NatWest and Crédit Lyonnais will file their responses no later than on June 29, 2016.

- Crédit Lyonnais will file its pre-motion letter to Chief Judge Irizarry with respect to (a) its renewal of its previously-filed motion for partial reconsideration of the Court's February 28, 2013 Opinion and Order denying Crédit Lyonnais's initial summary judgment motion, and (b) its motion for summary judgment with respect

Hon. Marilyn D. Go, U.S.M.J., p. 2

to the five terrorist attacks not previously briefed as part of Crédit Lyonnais's initial summary judgment motion, on June 22, 2016. Plaintiffs will file their response no later than on June 29, 2016.

- NatWest will file its pre-motion letter to Chief Judge Irizarry with respect to (a) its motion for summary judgment with respect to the two terrorist attacks added to Plaintiffs' proposed Amended Complaints, and (b) its renewal of its previously-filed motion for summary judgment on the grounds that the Court did not address in the Court's March 28, 2013 Opinion and Order, and pursuant to the October 21, 2014 remand order by the Court of Appeals, on June 22, 2016. Plaintiffs will file their response no later than June 29, 2016.

Respectfully,

Lawrence B. Friedman

cc: All Counsel