**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEISS, et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>NATIONAL WESTMINSTER BANK,<br><br>                          Defendant. | Case No.  05-CV-4622 (DLI)(MDG) |

## NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that **Ramya Kasturi** hereby moves this Court, pursuant to Local Civil Rule 1.4, to withdraw as counsel for plaintiffs.  Undersigned counsel will be leaving Zuckerman Spaeder LLP and therefore should no longer be counsel of record for plaintiffs.  The plaintiffs will continue to be represented by Shawn P. Naunton of Zuckerman Spaeder LLP.  Undersigned counsel respectfully requests leave of the Court, pursuant to Local Civil Rule 1.4, to withdraw as counsel for the defendants and to be removed from the Electronic Case Filing notification list in the above-captioned action.

Dated: New York, New York
          June 23, 2016                              /s/ Ramya Kasturi
                                                              Ramya Kasturi
                                                              ZUCKERMAN SPAEDER LLP
                                                              399 Park Avenue, 14th Floor
                                                              New York, New York 10022
                                                              Tel: (212) 704-9600
                                                              Fax: (212) 704-4256
                                                              rkasturi@zuckerman.com

                                                              *Attorney for Plaintiffs*

5557423.1