**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEISS, et al.,<br><br>                    Plaintiffs,<br>v.<br><br>NATIONAL WESTMINSTER BANK,<br><br>                    Defendant. | Case No.  05-CV-4622 (DLI)(MDG) |

**AND NOW**, this ____ day of _____, 2016, upon consideration of the Motion for Leave to Withdraw as Counsel for plaintiffs filed by Ramya Kasturi (the "Motion to Withdraw"), it is HEREBY ORDERED:

1. The Motion to Withdraw is GRANTED;

2. Effective immediately, the Court grants leave to Ramya Kasturi to withdraw as counsel for plaintiffs and to be removed from the Electronic Case Filing notification list.

                                          **SO ORDERED**

                                          _____
                                          Honorable Dorothy L. Irizarry
                                          United States District Judge