**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 201, HACKENSACK, NJ 07601
T. 201.265.6400  F. 201.265.0303

345 SEVENTH AVENUE, 21ST FLOOR, NEW YORK, NY 10001
T. 646.380.0470  F. 646.380.0471

August 5, 2016

**VIA ECF**

Hon. Dora L. Irizarry
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Strauss, et al. v. Crédit Lyonnais, S.A.*, **06-cv-702 (DLI)(MDG)**
*Wolf, et al. v. Crédit Lyonnais, S.A.*, **07-cv-914 (DLI)(MDG)**
*Weiss, et al. v. National Westminster Bank Plc*, **05-cv-4622 (DLI)(MDG)**
*Applebaum, et al. v. National Westminster Bank Plc*, **07-cv-916 (DLI)(MDG)**

**Request to Adjourn Scheduled Oral Argument on Plaintiffs' Motion to Consolidate These Cases For Trial**

Dear Chief Judge Irizarry:

We write on behalf of the Plaintiffs in the above-captioned cases to request an adjournment of the oral argument scheduled for August 22, 2016 by the Court's August 2, 2016 Order. The undersigned counsel will be traveling overseas until September 1. We have conferred with Mr. Friedman, counsel for Credit Lyonnais and NatWest, and he does not object to our request for an adjournment. He advised me that defense counsel are available on either September 15 or September 16, if that is convenient for the Court. This is the first request for an adjournment made by any party in connection with this motion.

We thank the Court for its courtesy and consideration.

Respectfully yours,

/s/ Gary M. Osen

cc:   All Counsel