AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| TZVI WEISS, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. CV 05-4622 (DLI) (MDG) |
| NATIONAL WESTMINSTER BANK PLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 08/16/2016

/s/ Michael Radine
*Attorney's signature*

Michael Radine MR5649
*Printed name and bar number*
Osen LLC
2 University Plaza, Suite 201
Hackensack, NJ 07601

*Address*

mradine@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*