CIVIL CAUSE FOR ORAL ARGUMENT

DATE: SEPTEMBER 15, 2016                             TIME IN COURT: 1:10

JUDGE: HON. DORA L. IRIZARRY, CHIEF U.S.D.J.

DOCKET NUMBERS AND CAPTIONS:

    05-CV-4622 WEISS ET AL. V. NATIONAL WESTMINSTER BANK

    06-CV-702 STRAUSS ET AL V. CREDIT LYONNAIS, S.A.

    07-CV-914 WOLF ET AL V. CREDIT LYONNAIS, S.A.

    07-CV-916 APPLEBAUM ET AL. V. NATIONAL WESTMINSTER BANK, PLC

COURT REPORTER: NICOLE CANALES

COURTROOM DEPUTY: CHRISTY CAROSELLA

APPEARANCES

FOR STRAUSS AND WEISS PLAINTIFFS:

Gary Osen, Tab Turner, Aaron Schlanger, Ari Unger, and Shawn P. Naunton

FOR WOLF AND APPLEBAUM PLAINTIFFS:

Susan M. Davis

FOR DEFENDANTS:

Lawrence B. Friedman, Jonathan I. Blackman, Avram E. Luft, Mark E. McDonald, Mark S. Grube, and Molly B. Calkins

Summary:

Arguments heard as to plaintiffs' motion to consolidate cases; defendants oppose consolidation. Decision reserved. Mr. Osen notes he could not find an order on the docket with respect to bifurcation of trial as to liability and damages. Counsel shall carefully review the docket and submit a joint letter/stipulation and proposed order by September 22, 2016.