**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601                    120 W. 45TH STREET, SUITE 405, NEW YORK, NY 10036
T. 201.265.6400   F. 201.265.0303                                                            T. 212.354.0111

September 22, 2016

**VIA ECF**

Hon. Dora L. Irizarry
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Strauss, et al. v. Crédit Lyonnais, S.A.*, 06-cv-702 (DLI)(MDG)
      *Wolf, et al. v. Crédit Lyonnais, S.A.*, 07-cv-914 (DLI)(MDG)
      *Weiss, et al. v. National Westminster Bank Plc*, 05-cv-4622 (DLI)(MDG)
      *Applebaum, et al. v. National Westminster Bank Plc*, 07-cv-916 (DLI)(MDG)

**Prior Scheduling Orders of the Court Regarding Bifurcation
(*Strauss* ECF #185; *Weiss* ECF #191)**

Dear Chief Judge Irizarry:

At the Court's direction, we write on behalf of all parties in the above-captioned cases to advise that Defendants' counsel has located the relevant scheduling orders pertaining to bifurcation in the respective cases. Copies of both orders are attached. In both instances, Magistrate Judge Go ordered the parties to:

> agree on a schedule for damages discovery, to begin no sooner than 20 days after a verdict for plaintiffs on liability, with a damages trial to begin within 180 and 365 days after the conclusion of the liability trial.

Respectfully yours,

/s/ Gary M. Osen

Attachments

cc:   All Counsel