UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
TZVI WEISS, et al.,                          :
                                             :
            Plaintiffs,                      :  Case No. 1:05-cv-04622 (CPS)(MDG)
                                             :
      -against-                              :
                                             :
NATIONAL WESTMINSTER BANK, PLC,              :
                                             :
            Defendant                        :
------------------------------------------------------------x
NATAN APPLEBAUM, et al.,                     :
                                             :  Case No. 1:07-cv-00916 (CPS) (MDG)
            Plaintiffs,                      :
                                             :
      -against-                              :
                                             :
NATIONAL WESTMINSTER BANK, PLC,              :
                                             :
            Defendant.                       :
------------------------------------------------------------x

## SCHEDULING ORDER

Whereas, pursuant to Fed. R. Civ. P. 16 and 26(f), the plaintiffs in the above-captioned Actions and defendant National Westminster Bank ("Defendant") have met and agreed upon the following schedule for those cases (collectively, the "Actions");

IT IS HEREBY ORDERED that the following schedule shall govern the Actions:

| **Date** | **Deadline** |
|---|---|
| May 15, 2009 | Deadline for all Plaintiffs to submit completed Plaintiff Profile Forms. *Plaintiffs who are designated as liability witnesses must submit forms earlier.* |
| August 31, 2009 | Deadline for the parties to propound written discovery requests or Letters of Request under the Hague Convention and similar procedures related to non-damages and non-expert issues other than requests for admissions related to authenticity and admissibility of documents. |

| Date | Deadline |
|---|---|
| October 23, 2009 | Deadline for the parties to file final motions to compel relating to pending non-expert and non-damages discovery disputes. |
| December 18, 2009 | Deadline for completion of all fact discovery not related to Plaintiffs' damages. This includes non-expert depositions, subject to production of records or identification of fact witnesses resulting from court-ordered production of records resulting from motions to compel filed prior to October 23, 2009. This does not include responses, and related production, to Letters of Request under the Hague Convention and similar procedures served on non-parties prior to August 31, 2009. |
| January 15, 2010 | Deadline for parties to provide expert reports, other than those related to Plaintiffs' damages, pursuant to Fed. R. Civ. P. 26(a)(2)(B). Such reports will provide all information required by Rule 26. *The parties should confer prior to 1/15/10 as to the type of experts and topics to be addressed.* |
| March 17, 2010 | Deadline for parties to provide expert reports of witnesses, other than those related to Plaintiffs' damages, they intend to call to testify at trial solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Civ. P. 26(a)(2)(B). |
| April 30, 2010 | Deadline for the parties to serve contention interrogatories. |
| May 7, 2010 | Deadline for serving requests for admissions related to authenticity and admissibility of documents. |
| May 25, 2010 | Deadline for the completion of expert depositions other than those related to Plaintiffs' damages. |
| June 4, 2010 | Deadline for the parties to respond fully to pending contention interrogatories. |
| June 11, 2010 | Deadline for the completion of all discovery. |
| July 16, 2010 | Deadline to file *Daubert* and dispositive motions. |
| September 3, 2010 | Deadline to file oppositions to *Daubert* and dispositive motions. |
| October 8, 2010 | Deadline to file reply briefs in support of *Daubert* and summary judgment motions. |
| December 8, 2010 | Pretrial Conference on liability issues only. |
|  | Parties to agree on a schedule for damages discovery, to begin no sooner than 20 days after a verdict for plaintiffs on liability, with a damages trial to begin |

2

| Date | Deadline |
|---|---|
| | within 180 and 365 days after the conclusion of the liability trial. |

Dated: December 22, 2008

s/Hon. Marilyn D. Go
_____
Hon. Marilyn D. Go

3