UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TZVI WEISS, et al.,

                    Plaintiffs,

        - against -

NATIONAL WESTMINSTER BANK PLC,

                    Defendant.
------------------------------------------------------------X
NATAN APPLEBAUM, et al.,

                    Plaintiffs,

        - against -

NATIONAL WESTMINSTER BANK PLC,

                    Defendant.
------------------------------------------------------------X

Case No. 05-CV-4622 (DLI) (RML)

Case No. 07-CV-916 (DLI) (RML)

**Oral Argument Requested**

## NOTICE OF RENEWED MOTION OF NATIONAL WESTMINSTER BANK PLC FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum Of Law Of Defendant National Westminster Bank Plc In Support Of Its Renewed Motion For Summary Judgment, National Westminster Bank Plc's Supplemental Statement Of Additional Material Facts As To Which There Is No Genuine Issue Pursuant To Local Civil Rule 56.1, and the Declaration Of Mark S. Grube In Support Of Renewed Motion Of National Westminster Bank Plc For Summary Judgment and the exhibits submitted therewith, and all the prior pleadings and proceedings herein, Defendant National Westminster Bank Plc ("NatWest"), by and through its undersigned attorneys, will move this Court before the Honorable Dora L. Irizarry, U.S.D.J., at

the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting NatWest's renewed motion for summary judgment on plaintiffs' claims,[1] and dismissing all claims in the above-captioned actions with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       December 21, 2016

                           Respectfully submitted,

                           CLEARY GOTTLIEB STEEN & HAMILTON LLP

                           By: _____
                               Lawrence B. Friedman, A Member of the Firm

                           One Liberty Plaza
                           New York, New York 10006
                           Telephone: (212) 225-2000
                           Facsimile: (212) 225-3999

                           Attorneys for Defendant National Westminster Bank Plc

---

[1] On March 28, 2013, the Court granted NatWest summary judgment, ruling that no reasonable juror could find for plaintiffs on the scienter element of their claims, and without reaching NatWest's arguments that it was also entitled to summary judgment on the proximate causation and Hamas responsibility elements of plaintiffs' claims. *See* Order Granting Motion for Summary Judgment (ECF No. 310). On September 22, 2014, the Second Circuit reversed the Court's grant of summary judgment to NatWest on scienter grounds and remanded the case "for further proceedings, including consideration of NatWest's other asserted grounds for summary judgment." *Weiss v. National Westminster Bank Plc*, 768 F.3d 202, 212 (2d Cir. 2014). Plaintiffs subsequently amended the *Weiss* and *Applebaum* complaints to add claims arising from three additional attacks that were previously time-barred until Congress amended the Anti-Terrorism Act's statute of limitations in 2013 (collectively, the "SoL Attacks"). On August 2 and 12, 2016, the Court granted NatWest permission to file, and set a schedule for, NatWest's renewed motion for summary judgment with respect to the proximate cause and Hamas responsibility issues the Court did not reach in its March 28, 2013 opinion, as well as NatWest's motion for summary judgment with respect to plaintiffs' claims based on the SoL Attacks.