# **Exhibit 2**

Page 574



# Suicide bombers in the current conflict

**September 2000 – September 2007**

W_S089741

Page 575

## Table of Contents

Suicide bombers in the current conflict ........................................................574

Preface ...............................................................................................................576

Suicide bombers – personal characteristics..................................................578

Suicide bombers in the 7 years of conflict – graphic data ............................579

Suicide bombing from the beginning of the conflict......................................581

Suicide bombers in the current conflict

# Preface

Since September 2000 the State of Israel is engaged in a violent and prolonged conflict with the Palestinians. Within the conflict the Palestinian side with its organs and organizations is conducting terrorist attacks against Israeli citizens and residents.

During this period, more than 27,000 terrorist attacks against Israeli citizens and residents were documented and more than 1,000 Israeli citizens and residents have died. Out of these attacks 155 (May 2007) attacks were suicide acts carried out by 178 (August 2007) suicide bombers (men and women) against Israeli targets. (It should be mentioned that since 1993 until the beginning of the conflict in September 2000, 38 suicide attacks were conducted that were carried out by 43 suicide bombers).

Despite the fact that suicide attacks are 0.6% of the entire terrorist acts carried out against Israel since the beginning of the conflict, the number of casualties in these terrorist attacks accounts for half of the entire number of casualties, and so it makes the suicide bombings extremely deadly. **Since the beginning of the conflict tp to August 2007 549 casualties and 3717 wounded were accounted for in 155 suicide bombing attacks.**

With time the suicide bomber type of terrorism has become the leading method of warfare perpetrated by the Palestinians. At its outset it had an ideological nature to it with the claim of legitimate resistance to an occupation. However, in the course of the conflict there was a trend of weakening of the ideological motivation in exchange for strengthening of the economic motivation. The Terrorism Headquarters initiate and control terrorist acts by transfers of large sums to field operatives who make a living directing terrorist activities and not necessarily out of purely ideological motives. Many times the suicide bombers who are recruited to conduct suicide attacks are Palestinians with financial or social problems who agree to carry out the suicide attack in exchange for a guarantee that the terrorist organization sending them to conduct the attack in its name will take care of their families financial needs after their death.

Building of the buffer zone, making execution of terrorist acts by the terrorist organizations difficult, gave rise to use of "weak" populations, such as minors, women, sick people, and people suffering from negative social image, etc., by the terrorist organizations in order to outsmart the security forces in the various controlling formations.

Case 1:05-cv-04622-DLI-RML   Document 363-2   Filed 02/24/17   Page 5 of 99 PageID #: 15328

Suicide bombers in the current conflict

This pamphlet is a detailed review of the perpetrators of suicide bombing during the 7 years of conflict with the Palestinians, starting from September 2000 until September 2007.



# Suicide bombers – personal characteristics

It is impossible to draw a profile of a suicide bomber in the Israeli-Palestinian conflict, because the characteristics of the suicide bombers have gone through constant changes over the years.

**Here are a few main characteristics, illustrating the changes taking place throughout the years:**

**Age of the suicide bombers** – the vast majority of the suicide bombers are young people 17 to 24 years of age.

During 2004 a certain decrease of the age of the suicide bombers took place: the phenomenon of an increase of the number of underage suicide bombers (younger than 17) took place. In addition, the phenomenon of senior suicide bombers, which was minimal anyway in the years before, has almost vanished completely.

**Family status** – The vast majority of the suicide bombers are single and only a minority are married, a fact that is a consequence from the young age of the suicide bombers.

**Education** – most suicide bombers are educated. In 2002 and 2003 22% held graduate degrees, 34% were high school graduates, 9% had an elementary education and the education of the rest is unknown, although it is highly probable that they hold an elementary or high school education and not a graduate degree.

During 2004 there was a decrease in the percentage of holders of graduate degrees (8%) and a high school degree (8%).

**The origin of the suicide bombers** – Between 2000 and 2003 most of the suicide bombers came from Samaria (64%) and Judea (17%). During 2004 the percentage of suicide bombers originating from the Gaza Strip increased considerably (44% compared to 16% in preceding years), and correspondingly the rate of suicide bombers from Samaria (44%) and Judea (17%) decreased.



# Suicide bombers in the 7 years of conflict – graphic data

## Suicide bombers characteristics by age



## Suicide bombers characteristics by family status



Suicide bombers in the current conflict

Suicide bombers characteristics by residence



Suicide bombers characteristics by education



Suicide bombers in the current conflict

Page 580

# Suicide bombing from the beginning of the conflict

**January 29, 2007**: **A suicide bomber exploded in Eilat,**

**3 casualties 1 wounded**

\*\*\*

**November 23, 2006**: **A suicide bomber exploded in Jebaliyah,**

**3 wounded**

**Fatma Nejar**, a 64-years old resident of Jebaliyah, blew herself up near an IDF unit east of refugee camp Jebaliyah. The suicide bomber was mother of 6 and a grandmother and is the oldest suicide bomber so far. The Hamas assumed responsibility for the attack.

\*\*\*

**November 6, 2006**: **A suicide bomber exploded in Beit Hanoun,**

**1 wounded**

**Mirfat Masoud**, an 18-years old resident of Jebaliyah, blew herself up near IDF troops that were deployed in Beit Hanoun in operation Autumn Clouds intended to route Qassam rocket launchers. The attack was conducted by the infrastructure of the Islamic Jihad in the northern part of the Gaza Strip.

\*\*\*

Suicide bombers in the current conflict

Page 581

### April 17, 2006: A suicide bomber exploded in Tel Aviv,

### 11 casualties 64 wounded

**Samer Hammad**, a 22-year old resident of Araqah near the town of Jenin blew himself up near a falafel stand in the old central bus station in Tel Aviv. The terrorist attack was conducted under the direction of **Elias Ashkar** and **Mu'tasim ja'ara**, senior Islamic Jihad operatives from the TulKarem area who were killed in an operation carried out by the armed forces about a month after the attack.

Ashkar was responsible for the production of the explosive device that was used by the suicide bomber and was in charge of preparing, video-taping and dispatching the perpetrator into Israel.

The suicide bomber was driven into Tel Aviv by **Mohammed Amoudi** an Islamic Jihad operative from Burqin who told in his interrogation that he made several trips into Tel Aviv by means of drivers transporting illegal Palestinian workers before the attack with the purpose of gathering information on appropriate targets for the attack and to inspect the access routes into Tel Aviv.

At the day of the terrorist attack Amoudi with the suicide bomber left from Jenin to Ramallah and from there to Anata where they got on the car of **Fuaz Rajbi**, a resident of Jerusalem bearing a blue ID (Israeli citizen) who used to continuously transport illegal Palestinian workers for several months prior to his arrest. Rajbi drove the two into Tel Aviv, but during his interrogation he claimed that although he was aware to the possibility of transporting a terrorist into Israeli territory as part of transporting illegal Palestinian workers, he had no idea he was driving a suicide bomber on the day of the attack.

A few hours after the suicide bomber blew himself up in Tel Aviv and based on accurate information given by the Israeli Security Agency, Amoudi was arrested in Yafo. In addition, others were arrested at the day of the attack in suspicion of involvement in aiding the execution of the terrorist act.

The direction and funding for the terrorist attack mentioned above came directly from the military headquarters of the Islamic Jihad in Syria.

***

Suicide bombers in the current conflict

### March 30, 2006: A suicide bomber exploded in a car in the area of Kedumim,

### 4 casualties

**Ahmed Masharqa**, a 24-year old resident of Al-Burj in the area of Hebron who hitchhiked a car at the area of Kedumim and blew himself up with the four others in the car up during the ride who were killed as a result of the explosion. The attack was directed by **Daoud Katouni** and **Hani Hashash**, Tanzim operatives from Nablus, who were killed in an operation carried out by the armed forces several months afterwards.

The suicide bomber was transported by Annas Alan, a Tanzim operative from Qalqilya, who confessed in his interrogation that he received the explosive belt from Katouni and Hashash in Nablus, and hid it under the back seat of his car. The two asked him to meet the suicide bomber at the area of Qalqilya where he handed him the belt. Afterwards Alan drove the suicide bomber to the Karnei Shomron hitchhiking station.

The suicide bomber started to walk on foot to the Karnei Gilot junction wearing the explosive belt. At the junction he started to signal Israeli cars to pick him up. An Israeli car with 4 Israelis stopped to pick him up. At the junction near Kedumin junction the suicide bomber blew himself up inside the car causing the death of the four Israeli passengers.

\*\*\*

### January 19, 2006: A suicide bomber exploded in Tel Aviv,

,

### 26 wounded

**Sami Anthar**, a 19-year old resident of Nablus blew himself up near the Rosh Ha'Ir shawarma stand in Neve Sha'anan in Tel Aviv. As a result of the explosion 26 Israeli were injured.

The attack was carried out with the direction of **Hamza Mohammed** and **Ahmed Araishi**, Islamic Jihad operatives from Nablus, who were arrested after the attack. Araishi got the explosive belt, put it on the suicide bomber and gave him money for a taxi so he will be able to reach Israel.

\*\*\*

Suicide bombers in the current conflict

### December 29, 2005: 2 suicide bombers exploded near an IDF unit in the area of Tulkarem,

### One casualties and 3 wounded

**Zohaib Ajami**, an 18-year old resident of Atil at the area of Tulkarem, set out with 21 year old **Ala Sa'adi** from the Jenin refugee camp, on the morning of the 29th of December with the purpose of carrying out a double suicide bombing in the industrial zone at the entrance to Rosh HaAyin.

The two were dispatched to do the terrorist act by the infrastructure of the Islamic Jihad in Tulkarem and Jenin under direction of **Nidal abuSaada**, a senior Islamic Jihad operative who was killed in an operation carried out by the armed forces about a month afterwards.

The two left Tulkarem with two explosive belts with them and got on a taxi with the intention of reaching Kalandia, and from there they planned to reach Rosh HaAyin. They were arrested north of Far'oun by an IDF roadblock set up according to intelligence given by the Israeli Security Agency indicating intentions of conducting a terrorist attack at Israel's hinterland. During the check at the roadblock, the terrorists blew themselves up. As a result of the explosion one army officer was killed and three soldiers were injured.

\*\*\*

### December 5, 2005: A suicide bomber exploded in the Sharon Mall in Netanya,

### 5 casualties and 61 wounded

**Lutfi abu Saada**, a 21-year old resident of 'Ilar from the area of Tulkarem. The attack was carried out under direction of the suicide bomber's uncle, **Nidal abu Saada**, a senior Islamic Jihad operative who was killed in an operation carried out by the armed forces about two months afterwards. The Islamic Jihad organization assumed responsibility for the terrorist act in which 5 Israeli civilians were killed and 61 were injured.

\*\*\*

Suicide bombers in the current conflict

Page 584

### October 26, 2010: A suicide bomber exploded in the market of Hadera,

### 6 casualties and 27 wounded

**Hasan abuZaid**, a 19 year old resident of Kabatiya, blew himself up in the market of Hadera on October 26, 2005. The terrorist act was carried out under direction of the suicide bomber's uncle, **Nidal abuSaada**, a senior Islamic Jihad operative from Tulkarem. Mohammed Kashua, an Islamic Jihad operative resident of 'Ilar, transported the suicide bomber. On the day of the attack, Kashua and the suicide bomber left Tulkaren and headed for Kalandia where they boarded a taxi that took a byway around Jerusalem and from there via Highway 6 to Jat.

At Jat the two met with Fakhri Mansour, residing in Jat as a result of family reunion, who drove the two into Hadera. Mansour used to transports illegal Palestinian workers from the Judea and Samaria regions into Israel and Kashua said in his interrogation that Mansour understood from the set off of the journey that he is transporting a suicide bomber yet he continued his trip into Hadera.

***

### August 28, 2005: A suicide bomber exploded in the central bus terminal in Beer Sheva,

### 49 wounded

**A-Rahman Kaisiya**, a 19-year old resident of Dahariya who was employed as a bricklayer in the Negev. On the day of the attack, due to the lack of a fence, the suicide bomber easily crossed the Green Line, reached the central bus terminal in Beer Sheva where he was identified by two security officers who prevented him from blowing himself up in the midst of the crowd and who were seriously injured as a result of the explosion, causing injuries to 47 other Israelis.

The terrorist attack was carried out by the infrastructure headed by 3 Hamas operatives from Dahariya: **Housam Kaisiya**, **Youssef Kaisiya** and **Haytham Battat**. This infrastructure was also responsible for several firearms terrorist attack starting from Nomeber 2001, including a firearms attack made on an IDF vehicle at the Southern Mount Hebron in February 2005, when 4 soldiers were wounded. Housam Kaisiya handed over explosive charges and raw materials used for preparations of charges.

***

Suicide bombers in the current conflict

Page 585

### July 12, 2005: A suicide bomber exploded near a mall in Netanya,

### 5 casualties and 88 wounded

**Ahmed Gawi**, an 18-year old resident of Atil, blew himself up near a mall in Netanya. The infrastructure of the Islamic Jihad headed by **Nidal abu Saada**, a senior Islamic Jihad operative, who tactically commanded the execution of the terrorist attack from within the headquarters of the Special Forces in Tulkarem, despite being allegedly held under arrest by it.

The investigation of the terrorist act indicate that the perpetrator and his transporter, **'Asef Zaharan**, a resident of 'Ilar, entered Israeli territory by means of two Israeli citizens, transporters of illegal Palestinian workers who, based on the confessions in their interrogation by the Israeli Security Agency, were already been doing this for several months. The two, **Kfir Levy**, resident of Ramat Gan and **Saif 'Azem**, resident of Taibe, confessed in their interrogation that at the day of the attack they drove two residents of the West Bank to Taibe in Israel through the Soufin IDF roadblock, taking advantage of Levy being Jewish and not checked in roadblocks.

In addition, **A-Rahman abumokh**, resident of Bak'a el-Gharbiye was arrested and confessed in his interrogation that he met the suicide bomber and his companion in Taibe and drove them to the place of the attack in Netanya.

These three claimed in their interrogation that they were unaware to the fact that the two were operatives of a terrorist organization. Nevertheless, their interrogation indicates that Levy and 'Azem knew these were not innocent Palestinian workers, but assumed they were thieves or burglars. AbuMokh helped Zaharan based on his acquaintance with him over criminal issues.

\*\*\*

### February 25, 2005: A suicide bomber exploded at the entrance to the Stage nightclub in Tel Aviv,

### 5 casualties and 52 wounded

**Abdallah Sa'id Badran**, 23-year old resident of deir el-Ghusun/Tulkarem, blew himself up near the entrance of the Stage nightclub at the Tel Aviv promenade, where tens of people waited. The Islamic Jihad organization published an assumption of responsibility, with a denial that waqs published soon afterwards. The infrastructure of the Islamic Jihad in Tulkarem was responsible to the attack, which was directed by the headquarters of the Islamic Jihad in Syria and the infrastructure of the Islamic Jihad in Jenin.

\*\*\*

Suicide bombers in the current conflict

Page 586

### January 18, 2005: A suicide bomber exploded at a checking station in the Orkhan army post,

### 1 casualty (member of the Israeli Security Agency) and 8 wounded

 **Omar Tabash**, 21-years old resident of Khan Youneis, a Hamas operative, blew himself by security forces during an attempt to carry out an arrest in the checking station in the Orkhan army post. The suicide bomber arrived by car at the Katif junction close of 4:40 PM, almost 2 hours after Palestinian vehicles were banned from going through the junction and pursuant to intelligence he was arrested and taken to the checking facility. Post-explosion bomb-squad examination indicates that the terrorist carried the explosive belt on his thighs. The explosive belt was without shrapnel and was detonated by means of a pulling device, presumably to overcome detection devices. The Hamas assumed public responsibility to the terrorist act and also published the suicide bomber's will.

\*\*\*

### November 1, 2004: A suicide bomber exploded in the Carmel market of Tel Aviv,

### 3 casualties and 32 wounded

**Amar Ali al-Far**, a minor, aged 16 year, resident of the Askar refugee camp worked as a carpenter. He has expressed his consent to commit suicide in vengeance to the death of his uncle at the beginning of the Intifada. The suicide bomber was transported to the location of the attack by **Bassam Hundakji**, a student of media , resident of Nablus, who used his journalist identification card obtained through the framework of his studies at A-Najah University, for free passage of army blocks. Hundakji was assisted by **Bashar Mohammed Daour Abassi** an Arab taxi driver from East Jerusalem to transport the perpetrator into Tel Aviv. The taxi driver served a short prison sentence for driving Palestinians for the purpose of illegal stay in Israel. The suicide bomber disembarked the taxi at the entrance to the market, entered the heart of the market and blew himself up.

It should be mentioned that the economic state of the family is very bad and this may be the motive of the infrastructure of the Popular Front for the Liberation of Palestine, the directors of the attack to approach this family while taking advantage of their distress.

\*\*\*

Suicide bombers in the current conflict

### October 5, 2004: A suicide bomber exploded near an IDF squad in Jabaliya,

### Without casualties

An **unidentified**, allegedly 50-year old suicide bomber of unknown identity acting on behalf of the Hamas blew himself up near a building where an IDF unit stayed in Jabaliya in the Gaza Strip. Parts of his body were found lying around. There were no casualties to our people.

\*\*\*

### September 22, 2004: Suicide bombing in the hitchhiking station at the French Hill in Jerusalem,

### 2 casualties (border police gendarmes) and 17 wounded

**Zainab abu Salem**, an 18-year old resident of the Askar refugee camp at Nablus, graduated from high school and enrolled for studies at A-Najah University for completion of her education. She left her house in the morning of the attack after she informed her family she intended to go to the university to settle documents. The suicide bomber who was acting on behalf of the Fatah in Nablus, blew herself up near border police gendarmes while she was inspected.

\*\*\*

### September 14, 2004: A suicide bomber riding bicycle exploded near an IDF unit in Qalqilya,

### 2 soldiers were injured

**Youssef Taleb Yossef Agbari**, a 24-year old single resident of Qalqilya work in odd jobs (as a carpenter and porter). On the day of the attack he arrived riding a black bicycle from Qalqilya to the agricultural crossing leading to explosive [sic.]. On the back of the bicycle a crate was attached and in it a sack of potatoes. The soldiers who were posted at the road block asked him to present them with an ID and asked him if he had a pass. He answered negatively and was ordered to head back to Qalqilya. The suicide bomber turned towards Qalqilya and blew himself up near the soldiers.

The infrastructure behind the terrorist act was combined by the Hamas and Tanzim and **Ibrahim Isa** (a former Hamas operative and an expert in

Case 1:05-cv-04622-DLI-RML   Document 363-2   Filed 02/24/17   Page 17 of 99 PageID #:
15340
Suicide bombers in the current conflict

production of explosive devices) was its military leader. Isa is the person who
dispatched the perpetrator to conduct the terrorist act.

\*\*\*

Suicide bombers in the current conflict

Page 588

**August 31, 2004**: **2 suicide bombers exploded in two adjacent busses in Beer Sheva,**

**16 casualties and 100 wounded**

Nissim Jabri 22-year old and Ahmed Qawasma 29-year old, both residents of Hebron blew themselves up almost simultaneously in adjacent busses near the Soroka hospital in Beer Sheva.

The two were recruited by **Mas'ab Hashlamoun**, head of the Hamas squad in North Hebron, who was in Ktsiot prison with Mahmud Qawasma, brother of Mourad Qawasma (head of the Hamas' military wing – killed). Upon their release in the prisoner release they set up a Hamas squad. Ahmed Qawasma was sent to Beer Sheva to gather intelligence for the purpose of a terrorist attack after they had an intention to conduct the attack on a bus arriving in Qiryat Arba but came to the conclusion that it would be difficult to enter the place and that the concentration of population in the area is not very substantial for the purpose of a terrorist attack. Ahmed went several times to work in Beer Sheva with his brother and got to recognize the area and select the right target. The preparation of the explosive belts was completed two days before the attack. A day before the attack the perpetrators were videoed in a Hamas scenery with arms while reading prewritten wills. The two stayed in an apartment that is used by prostitutes in Hebron. The belts were camouflaged in plaster picture-frames to prevent them from being discovered during their trip to Beer Sheva. The perpetrators were directed by a squad of wanted people how to operate the belt, got 300 NIS for fare and boarded transportation for illegal Palestinian workers headed for Beer Sheva.

***

Page 589

## May 28, 2004: A suicide bomber exploded in booby-trapped car near the Rafah terminal,

### 2 persons wounded

 **Ahmed Abu Jamous**, a 22-year old resident of Ganina at Rafah arrived in a jeep in the morning from Dahaniya and drove towards an Israeli bus driving to the terminal. The jeep was blocked by the embankment; the terrorist dismounted the vehicle and started to shoot at the bus. After a few seconds the jeep exploded. The bus driver stopped the bus, which caused the accompanying vehicle to collide with it. As a result of the collision 2 IDF soldiers were slightly wounded. The attack was carried out in collaboration of the resistance committees, the Islamic Jihad and the Fatah. The suicide bomber's brother, Hisham, carried out in the past a penetrating attack to Marganit army post in August 2003 with s soldiers killed.

\*\*\*

## May 22, 2004: A suicide bomber exploded near the Bekaot crossing during an arrest procedure carried out against a suspect,

### 1 wounded soldier and 4 wounded Palestinians

**Sami Salame**, a 19-year old resident of Nablus, a draftee into the military Islamic Jihad which was supposed to take part in a self-sacrificing attack, was involved in a firearms attack in Nablus. On the day of the terrorist act the suicide bomber arrived from Nablus at the Bekaot roadblock, wearing a black coat. The soldiers in the block suspected the suicide bomber and a procedure for his arrest was conducted, during which he detonated the explosive charge he was carrying. The People's Front assumes responsibility despite the fact that the suicide bomber was an Islamic Jihad draftee.

\*\*\*

Suicide bombers in the current conflict

**April 28, 2004**: **A suicide bomber exploded in booby-trapped car near Kfar Darom,**

**4 soldiers wounded**



**Tarik Hamayed**, a 24-year old resident of Nuseirat refugee camp, known as an active military Hamas operative. On the morning of the attack, left in a blue Hyundai jeep at about 6:45 AM bearing an Israeli flag from "Beit HaShilda" (south of Kfar Darom), dragging the looped barbed-wire fence in place and crossing westwards towards Tanzer route. After he drove onto the route he started driving southward (in the area of the Orkhan). IDF units that were present in the area identified the vehicle and opened fire at it. The jeep got as far as 50 meters from an army detail and exploded. The Hamas published an assumption of responsibility for the attack.

\*\*\*

**April 17, 2004**: **A suicide bomber exploded in an army crossing at the Erez industrial zone,**

**1 soldier killed and 3 wounded**



**Fadi El-Amoudi**, a 22-year old single man from Jabaliya refugee camp, worked for the Tattoo factory in the Erez industrial zone. On the day of the attack he arrived with 30 other workers who entered through Magen 12 terminal into the Erez industrial zone. The suicide bomber and the workers were asked to raise their shirts and pants and passed through the inspection gates together. The gates did not give a signal. After the workers entered, the suicide bomber was left behind and when he passed through the workers' gate, he went out to the terminal's external area and blew himself up. Inspections carried out in the area of the explosion indicate that the suicide bomber hid the explosive belt around his groins. Furthermore, it became apparent that the device was about 2-3 KGs and did not contain shrapnel. No initiation mechanism was found nor a battery, which seems to be the reason that the magnetic gate did not sound an alarm.

\*\*\*

Suicide bombers in the current conflict

### March 14, 2004: 2 suicide bombers exploded in Ashdod harbor,

### 10 casualties and 12 wounded

### The suicide bombers

**Nabil Masoud**                    **Mahmoud Sallem**

                    

Nabil Masoud, a 17-year old resident of Jabaliya, a terrorist working on behalf of the Fatah and Mahmud Sallem, a 18-year old resident of Beit Lahiya, a terrorist working on behalf of the Hamas, arrived in Ashdod harbor at 3:50 PM in a container that was supposed to return empty from the Gaza Strip to Ashdod harbor through the Karni terminal. The suicide bombers were hidden with explosive devices, grenades and personal equipment in a double wall fitted into the container with the possibility to open the doors from within. The two blew themselves up within a few minutes from one another in two adjacent areas: one, inside the harbor and the other, near the entrance gate.

\*\*\*

Suicide bombers in the current conflict

Page 592

### March 6, 2004: 4 suicide bombers exploded in Erez crossing

### 2 Palestinian policemen killed

### The suicide bombers

   

**Amru Sayed**, 19 years old, **Sheikh Radu'an**   **Muhammad Abu Diya**, 19 years old, **Rimal**   **Hatem Tafesh**, 18 years old, **Shati**   **Muhtadi Mubayyad**, 30 years old, **Shati**

Around 10:20 AM a triple terrorist attack took place in the Erez industrial zone with the participation of the Islamic Jihad, Hamas and the military Fatah. The attack involved 4 assailants who arrived in the place of the attack with several vehicles. The attack included: blowing up a Palestinian taxi laden with explosives near an IDF checkpoint, where the terrorist in the vehicle was killed. At the same time, a jeep arrived from which a terrorist wearing stripped uniform dismounted and started shooting at IDF soldiers. The terrorist returned to the jeep and continued driving towards the IDF post where another terrorist dismounted from the jeep. Both terrorist were shot dead by the IDF soldiers. In addition, another jeep arrived to the Palestinian checkpoint where it blew up with a terrorist in it. The preparations for the terrorist attack had lasted for several months and included preparing the vehicles and training the suicide bombers. The two jeeps that took part in the terrorist attack were camouflaged as Sufa-class jeeps used by the IDF and had Israeli license plates. Part of the preparations included: painting them in brown, producing the IDF registration plates, placing an orange revolving light on the top of the vehicle, communication antenna, anti-stone grids, and back-doors identical to the protective doors found in the Sufa-class jeeps.

\*\*\*

Suicide bombers in the current conflict



Page 593

### February 22, 2004: A suicide bomber exploded on bus number 14 in Jerusalem,

### 8 casualties and 60 wounded



**Muhammad Zaghul**, a 23-year-old resident of the village of Hussan, married and father of a child, a construction worker, was employed in the area of Jerusalem. The suicide bomber detonated a charge carried in a bag on bus no. 14 near Gan Hapaamon (Liberty Bell Park) in Jerusalem. The center of the explosion was at the center of the bus, facing the rear exit. It seems that terrorist sat in his seat at the time of the explosion. Fatah's Al-Aqsa Martyrs Brigades claimed responsibility for the bombing attack. The suicide bomber was not known as a Fatah operative or involved in political activity (other than the fact that several years ago he had been involved in religious Islamic activity and got closer to Da'awa elements, which he had ceased due to pressure exerted by his family). In the beginning of the confrontation, he had been shot and injured by IDF soldiers during riots that occurred in his village as a result of a case of running over a local resident by an Israeli vehicle.

\*\*\*

### January 29, 2004: A suicide bomber exploded on bus number 19 in Jerusalem,

### 11 casualties and 44 wounded



**Ali Ja'arah**, A 25-year old resident of the Al-Ayda refugee camp in Bethlehem, a policeman in the Bethlehem police, blew himself up on bus no. 19, operated by Egged, in the center of Jerusalem. The center of the explosion was at the back of the bus. The suicide bomber carried a charge weighing approximately 6-8 KGs. in a bag. Fatah's Al-Aqsa Martyrs Brigades claimed public responsibility for the bombing attack

He left a handwritten will claiming he perpetrated the act in revenge for the IDF's killing of Palestinian martyrs at a massacre conducted in the Al-Zaitoun. In addition, it was said in the will that this act is part of a series of acts intended to be carried out as revenge for the deaths of the Al-Zaitoun martyrs and the entire martyrs of Palestine. In his will the suicide bomber asked his mother to forgive him and not shed tears over him as he complied to the will of Allah.

\*\*\*

Suicide bombers in the current conflict

Page 594

### January 14, 2004: A suicide bomber exploded in Erez crossing,

### 4 civilians and soldiers killed and 10 wounded

 **Reem Awad**, a 23-year old resident of Gaza, born to an affluent family, who had been married for five years and was a mother of two young children (a 3-year old girl and a 1.5-year old boy); She had been recruited by Hamas and **was the first Palestinian mother to carry out a suicide bombing attack**. Her husband was a Hamas operative. She has expressed suicidal intentions in the past, sounded eager to conduct a suicide bombing and even looked for dispatchers. She had a romantic relationship with a senior military Hamas operative and it is conceivable that the attack was intended to clear her reputation.

*\*\*\**

### January 11, 2004: A suicide bomber exploded near an IDF unit near Qalqilya,

### No casualties

**Iyad Masri**, a 17-year old resident of Nablus, exploded at the junction of the Jinsafut village as a result of a "work accident".

The suicide bomber and another young person who was his accompanying guide set out from Nablus towards the Tapu'ah junction with the purpose of arriving in the Ramallah region. They reached the area of the Jinsafut where they got stuck. Shortly after the guide instructed the suicide bomber to join him at Hawara through the village of Jamma'in/huchas [sic.], the suicide bomber exploded due to a "work accident" (It is possible that he armed the charge despite the recommendation of his guide). The charge that was placed in a small black bag with a pouch included small bolts, metal balls, 1.5W batteries and a red oven switch inserted into a pouch. The remains of a cellular telephone that had been in the possession of the suicide bomber were found as well.

*\*\*\**

Suicide bombers in the current conflict

**December 25, 2003**: **A suicide bomber exploded in a bus station in Geha junction,**

**4 casualties and 20 wounded**

**Tha'ir Hanani**, an 18-year old resident of Beit Furik, a People's Front operative who worked in construction, blew himself up at a bus stop at the Geha junction in Petah Tiqva. The attack was carried out by the Nablus infrastructure of the People's Front in revenge for the taking out of Jigbil Awad and Fadi Hanani. Munzir Snobar, a resident of the West Bank, who accompanied the terrorist to the location of the attack, was arrested. In his interrogation, he told that he accompanied the assailant to Geha junction and that the two had arrived in a taxi driven by an Israeli driver, identified in the investigation as Ofer Schwartzbaum, born in 1965, father of four, who customarily took residents from the PA-administered territories, including those whom he knew did not have entry permits.

\*\*\*

**November 3, 2003**: **A suicide bomber exploded near an IDF unit near 'Azoun,**

**2 soldiers were injured**

**Sabih Sa'ud**, a **16-year old** resident of Rafidia in Nablus, a high school student who was sent to conduct a into Israel for the bombing attack by the military infrastructure of the Tanzim in Nablus. He was transferred to the Qalqilya district in order to infiltrate into central Israel through Kefar Qassem, an area without a security fence. Following intelligence information, security forces and police were deployed to prevent the attack. IDF operations in the village of 'Azoun and around Qalqilya resulted with detention of a number of suspects. At this stage the suicide bomber blew himself up in the jeep of the battalion's commander. Frustration of the terrorist attack prevented a big disaster from taking place in central Israel.

\*\*\*

Suicide bombers in the current conflict

### October 9, 2003: A suicide bomber exploded in the IDF Coordination and Liaison headquarters in Tulkarem,

### 2 soldiers wounded

**Ahmed Safadi,** an 18 years old resident of 'Urif in Nablus, and an auto mechanics high school student in Nablus, reached the IDF Coordination and Liaison headquarters in Tulkarem carrying a black backpack, He waited in the shed outside with other Palestinians and after a while got up, walked over to the reception window and blew himself up with his back and the backpack directed at the window.

The assailant left a handwritten will dated October 8, 2004 [sic.] where it said: "I write with my blood the path of liberty and taking the righteous way for Islam, to command the respect of the Islamic nation". In addition, he addressed in his will the submissive Arab regimes to abandon the ways of fear and treachery and called upon the Palestinian people to proceed with the ways of resistance. The Fatah assumed responsibility for the attack.

\*\*\*

### October 4, 2003: A suicide bombing at the Maxim restaurant in Haifa,

### 21 casualties and 48 wounded

**Hanadi Jaradat**, an 29-year old unmarried resident of Jenin, a graduate of the law school of the Open University's Al-Quds campus. She witnessed the killing of her brother by the Israelis during the interception of her lover, Salah Jaradat, who was head of the Islamic Jihad infrastructure in Jenin.  She conducted the suicide bombing to avenge both deaths.

She was driven to Haifa from the village of Barta'a, by jamal Musa Mahajna, allegedly to settle issues of her sick father in Rambam hospital in Haifa. On the way she asked to stop and dine in a restaurant, where she blew herself up. She carried with her a explosive charge of 4 KGs that included metal ball bearings, cut masonry iron and a copper foil.

\*\*\*

Suicide bombers in the current conflict

Page 597

### September 9, 2003: A suicide bomber exploded at the entrance of the Café Hillel,

### 7 casualties and 70 wounded

 **Ramez Abu Salim**, a 22-year old resident of <u>Rantis</u>, a Hamas operative, a student and an activist at the Kutla Islamiya at the Al-Bireh campus of the Open University. He had been held in administrative detention and was released in February 2003. At 11:30 he blew himself up at the entrance to Café Hillel on Emek Refaim Street in Jerusalem. He was dispatched by a squad of operatives of the Hamas infrastructure from the village of Beit Lakkiya, composed of Hamas recruits from East Jerusalem who were handled by Hamas headquarters in Ramallah. During October 2004 several residents of the village of 'Isawiya in East Jerusalem were detained by the Israel Security Agency and the Jerusalem police. During interrogation two of them admitted that they had led Ramez Abu Salim to Café Hillel. Other interrogated suspects admitted to having helped the two contact Hamas headquarters in Ramallah and carry out the attack.

\*\*\*

### September 9, 2003: A suicide bomber exploded in a bus station in Zrifin,

### 9 casualties and 14 wounded

 **Ihab Salim**, a 19-year old resident of <u>Rantis</u>, a student at the Ramallah campus of the Open University, a known Hamas operative who instigated to avenge the death of a Hamas operative by IDF soldiers. In view of his contacts with the Hamas, the suicide bomber was arrested on December 21, 2002, placed in administrative detention in an incarceration facility at Ktsiot and released early March 2003. He was recruited for the attack by Ramez, the suicide bomber who blew himself up at Café Hillel. This attack, like the one at Café Hillel a few hours before it, was directed by the Hamas infrastructure in Ramallah headed by **Ibrahim Hamad**.

\*\*\*\*

Suicide bombers in the current conflict

Page 598

### August 19, 2003: A suicide bomber exploded on bus in Jerusalem,

### 23 casualties and 115 wounded

 **Ra'ad Musk**, a 29-year old resident of Hebron, married with two children, the imam of a mosque, a graduate of the Department of Religion at Al-Najah University, where he started his studies towards a Masters' degree. He was employed as a teacher in a school in Hebron and taught the Qur'an at Hebron University. He blew himself up on a Number 2 bus as it was on its way from the Western Wall to the Shmuel Hanavi Street in Jerusalem. The Hamas assumed official responsibility for the attack. The attack was carried out by a Jerusalem cell directed by the military Hamas infrastructure in Hebron, which was planning other mass-murder attacks. Among its main operative are: **Nassim Za'atari**, head of the cell, **Majdi Za'atari**, Nissim's brother in law and **Abdullah Sharabati**, a criminal figure. On the morning of the attack the suicide bomber arrived in Abu Dis where he was picked up by Majdi and Abdullah and brought to the 'Abadin mosque in Wadi Joz. At the same time, the explosive belt was delivered by a private courier company from Hebron to Jerusalem hidden in a plaster log picked up by Nassim from the company's Jerusalem branch. Nassim hid the belt at his parents' house in Wadi Joz. It was brought to the mosque in the evening. Majdi and Abdullah dressed the suicide bomber in the belt, explained how to operate it and drove him to the bus station 2 minute's drive from the mosque.

\*\*\*

### August 12, 2003: A suicide bomber exploded near a bus station in Ariel,

### 2 casualties and 2 wounded

**Islam Kteshat**, an 18-year old resident of Ras al-Ein in Nablus, blew himself up at the junction at the entrance to Ariel. Presumably the suicide bomber saw the security forces, panicked and detonated the explosive belt. The Hamas assumed official responsibility for the act of terrorism and even published the assailant's will. Intelligence collected after the attack indicates that the military infrastructure of the Hamas in Nablus headed by **Muhammad Hanbali** carried out the attack to avenge the targeted killings of its senior operatives, Fa'ez sader and Hamis Abu Sallem, during the weekend preceding the attack.

\*\*\*

Suicide bombers in the current conflict

599

**August 12, 2003**: **A suicide bomber exploded in supermarket in Rosh HaAyin,**

**1 casualty and 9 wounded**

\*\*\*

**Hamis Jarwan**, an 17-year old resident of <u>Askar refugee camp near Nablus</u>, blew himself up in the Hatsi Kupah supermarket at Park Afek in Rosh HaAyin. He carried the bomb into the supermarket in a back pack. The Tanzim infrastructure headed by **Othman Yunis** assumed responsibility for the attack. The suicide bomber was driven to Rosh Ha'ayn by **Yossef Shamali**, an Israeli Arab from Jaljuliya who customarily drove illegal Palestinian workers into Israel.

**July 7, 200**3: **A suicide bomber exploded in a land-attached home in Kfar Yavetz,**

**1 casualty and 3 wounded**

**Ahmed Yehia**, a 21-year old resident the <u>village of Ra'I</u> a student at the Al-Quds campus of the Open University and active in Al-Jama'a Al-Islamiyyah, blew himself up next to a house in Kfar Yavetz, in the Tel Mond region. The information at hand indicates that he was dispatched by the Islamic Jihad infrastructure combined from sections from the Jenin and Tulkarm regions.He was recruited by the Islamic Jihad in April 2003 and during the period before the attack started to act in an unusual way, unlike his usual character. On October 11, 2004, in a joint operation of the Israeli Security Agency and the Zabar unit of the Israeli Police, **Muhammed Ahmed A-Gani Halil**, a 19-year old resident of Nur-A-Shams, an Islamic Jihad operative, who was involved in the attack, was arrested. According to intelligence Muhammed Halil transported the suicide bomber into Israeli territory, through Kfar Yavetz, where the terrorist decided to blow himself up. It is worth mentioning that the entire directors of the attack were arrested or killed.

\*\*\*

Suicide bombers in the current conflict

600

**June 19, 2003**: **A suicide bomber exploded in a grocery store in Ste Trumot,**

**1 casualty**

**Ahmed Abhara**, a 19-year old resident of the village of Yamoun near Jenin, was recruited for the attack by the Islamic Jihad infrastructure in Jenin. Just after 6:00 AM he arrived at the grocery store in Sde Trumot wearing jeans and a black T-shirt, carrying a bag crossed over his shoulder. He began looking though things outside the store, and the owner asked him what he was doing and asked him to come in. As he entered a loud explosion occurred.

\*\*\*

**June 11, 2003**: **A suicide bomber exploded in bus number 14 in Jerusalem,**

**17 casualties and 104 wounded**

**'Abd Al-Mati Shabaana**, an 18-year old resident of Hebron, a student in Hebron's vocational high school, blew himself up on a Number 14 urban bus at Yafo Street in Jerusalem **disguised as an ultra-Orthodox Jew**. The Hamas assumed responsibility for the attack. Pursuant to investigations carried out after the attack, a group with which the suicide bomber worked with was uncovered and an infrastructure of operatives from Jerusalem which received the suicide bomber before departing to the attack was also uncovered. This organization was connection to the Hamas headquarters in Hebron.

\*\*\*

**May 19, 2003**: **A suicide bomber exploded in the Amakim Mall in Afula,**

**3 casualties and 50 wounded**

**Hiba Daraghmeh**, an unmarried 19-year old resident of the village of Tubas, was majoring in English at the Al-Quds campus of the Open University. She was the sister of Baker Daragmeh, a Islamic Jihad operative who was recruited to carry out a suicide bombing attack in June 2002, and who is currently in jail in Israel. The attack was carried out as vengeance for her brother's imprisonment. She was described as wearing jeans, a tight blouse and high heels, and carrying a heavy-looking black purse. She apparently left for Israel without accompaniment and reached Afula on her own.

\*\*\*

601

**May 19, 2003: A suicide bomber exploded near an IDF jeep near Kfar Darom,**

**3 soldiers were wounded**



**Shadi Nebahin**, an unmarried 20-year old a resident of Al-Brij refugee camp near Dir al-Balah in the Gaza Strip, and a Hamas operative. He rode a bicycle to Kfar Darom and blew himself up near an IDF jeep patrolling the area. The detonator was found on the handlebars. The attack was part of activity of a Hamas cell in Dir al-Balah, which routinely fired mortar shells and anti-tank missiles at Kfar Darom and at the same time carried out *quality attacks* every few months.

\*\*\*

**May 18, 2003: A suicide bomber exploded near the A-Ram crossing in Jerusalem,**

**No casualties**



**Mujahid Ja'abari**, a 19-year old resident of Hebron, an engineering student the Palestine Polytechnic University. He blew himself up near the Al-Ram checkpoint wearing a blue shirt and brand new jeans with his sideburns cut short. He was dispatched by *front unit* of the Hamas operatives from the Jerusalem area following instructions by the military Hamas's infrastructure in Hebron. The suicide bomber went by taxi from Hebron to Abu Dis and was received by the Jerusalem cell, who transported on foot towards the crossing. He aroused the soldiers' suspicions and blew himself up before he reached them.

\*\*\*

602

**May 18, 2003**: **A suicide bomber exploded on a bus in the French Hill in Jerusalem,**

**7 casualties and 20 wounded**

 **Bassem Takruri**, a 19-year a resident of Hebron, a first-year student in computers at the Palestine  Polytechnic University in Hebron, blew himself up on a Number 6 urban bus in Jerusalem near the French Hill, **disguised as an ultra-Orthodox Jew** by wearing black pants, a white shirt, a skull-cap and ritual undergarment. He was dressed in disguise on the morning of the attack in the house of one of Hamas operatives in Hebron, **Samer Atarash**. In his interrogation Samer Atarash confessed that he collected information before the attack, having picked up the suicide bomber from Abu Dis and infiltrating him into Jerusalem, letting him sleep in his house, disguising him and taking him to the site of the attack.

\*\*\*

**May 17, 2003**: **A suicide bomber exploded near the Gross square in Hebron,**

**2 casualties**

 **Fuad Qawasmeh**, a 22-year old a resident of <u>Hebron</u>, and a Hamas operative reached Gross Square in Hebron **disguised as a religious Jew**. He aroused the suspicion of the soldiers in the square and when they called to him to halt he blew himself up near a group of Israelis. He had previously been under administrative detention, detained when the Israeli army entered Hebron during Operation Defensive Shield. He was in part of a group of Hamas operatives in the Jihad Mosque in Hebron, four of whom were involved carrying out 2 suicide bombing attacks on March 7, 2003 in Qiriyat Arba and the settlement of Negohot. The material of the investigation indicates that with him 3 other terrorists were recruited to the military activity of the Hamas. All 4 were interested in conducting a suicide bombing, but only he was chosen to carry one out, by **Bassel Qawasmeh**, one of the senior operatives of the Hebron Hamas infrastructure, which directed the attack.

\*\*\*

603

**May 8, 2003: A suicide bomber exploded in booby trapped car alongside a tank in the Gaza Strip,**

**No casualties**



**Mahmud Anani**, an unmarried 22-year old a resident of the Nuseirat refugee camp in Dir al-Balah in the Gaza Strip, , a policeman and Fatah operative, blew himself up in a car full of explosives next to a tank near Kfar Darom. A few minutes before the attack shots were fired at the soldiers to distract them. An inspection of the area after the event revealed that the vehicle contained two large containers of bottled gas and explosive charges in the doors, but because of a technical failure only one container exploded. The Al-Aqsa Martyrs' brigades assumed public responsibility for the attack.

\*\*\*

**April 30, 2003: A suicide bomber exploded at the entrance to the Mike's Place pub in Tel Aviv. Another terrorist threw an explosive device nearby,**

**3 casualties and 62 wounded**

**The suicide bombers**




**Hani Asif**                    **Omar Sharif**

Hani Asif, a 22 years old British citizen blew himself up at the entrance of Mike's Place pub on the Tel Aviv waterfront promenade. **Omar Sharif**, a 22 years old British citizen attempted to do the same but was prevented by a technical failure and fled in the direction of Jaffa; as he ran he flung aside the five KGs explosive charge he had hidden in a book. His body was washed up on the beach about two weeks later. The Hamas assumed responsibility for the attack and published a video tape in which the two British make a speech before setting out to the attack. An examination of their passports revealed that they arrived in Israel after having started in Syria on April 8, moved to Jordan on April 11 and entered the area on April 12. An investigation of the attack revealed that the two assailants were aided in travel by a number of foreign radical left-wing activists in Israel, the Gaza Strip and the West Bank.

Suicide bombers in the current conflict

604

\*\*\*

### April 24, 2003: A suicide bomber exploded at the entrance to the Kfar Saba railway station,

#### 1 casualty and 15 wounded

**Ahmed Khatib**, a 18 years old resident of the Balata refugee camp near Nablus, a high school student with divorced parents, arrived on the morning of the attack at area of the Kfar Saba railroad station wearing jeans and a long black coat with inscription in English on its back under which was apparently was wearing an explosive belt. He passed two policemen, and when he reached the train station the security guard asked him to show identification. He put his hand into his pants pocket and detonated the explosives. Fatah Al-Aqsa Martyrs' Brigades and the Abu 'Ali Mustafa Brigades of the People's Front assumed joint responsibility for the attack.

\*\*\*

### April 15, 2003: A suicide bomber armed with light firearms, a hand-grenade and an explosive belt exploded at the Karni crossing,

#### 2 casualties and 3 wounded


**Muhammed Yonnis**, an 18-year old resident of  the Jabalia refugee camp in Gaza, a high school student and Hamas operative. On the day of the attack **Rami Abu Sahila**, a military Hamas operative from Jabaliya refugee camp, arrived to prepare him for departure to the attack. Later that morning, a merchant whom had Israeli entrance permits for the goods crossing at the Karni crossing point and his son, hid the suicide bomber in a crate in their vehicle; the crate was not examined in the crossing point and the suicide bomber got out of the vehicle armed with a gun, hand grenades and an explosive belt, and began firing his weapon and throwing the grenades. He was shot and killed by Israeli security forces and the reserve service soldiers.

\*\*\*

### March 30, 2003: A suicide bomber exploded in the Café London in Netantya,

#### 54 wounded

**Rami Ghanem**, an unmarried 20-year old resident of the village of Deir al-Ghusun in Tulkarm, studying accounting and business administration at the Kadouri college in Tulkarm known as a People's Front activist. He was

Suicide bombers in the current conflict

605

suspected of collaboration with Israel and left the organization and joined the Islamic Jihad a few days before the suicide bombing attack. He blew himself up at the entrance to Café London in Netanya. The explosive device, which was strapped to his stomach with a leather strap and white rags, was made of a tin can filled with 1-1.5 kg (about 2-3 lbs) of explosives. The Islamic Jihad assumed responsibility for the attack.

\*\*\*

### March 5, 2004: A suicide bomber exploded on a bus in Moriya Boulevard in Haifa,

### 15 casualties and 42 woundedv

**Muhammed Qawasmeh**, a 20-year old resident of Hebron, and studied computers at the Palestine Polytechnic University blew himself up on a Number 37 urban bus  at the entrance of the Carmelia district of Haifa. The attack was orchestrated by Hamas's military headquarters in Hebron, whose most prominent figures were '**Ali Ghajbi**, who was responsible for logistics, and the wanted terrorist '**Ali 'Alan**, who prepared the explosive belt. The suicide bomber was transported to the site of the attack by **Hafiz Rajbi**, a Hebron resident, who had an East Jerusalem identity card which enabled him to enter Israel.

\*\*\*

### February 9, 2003: A booby trapped car blew up with 3 suicide terrorists at Orkhan [army post],

### 4 soldiers were wounded

### The suicide bombers

  

**Muhammad Hamum        Suliman Miqdad     Sami 'Abd al-Salam**

Sami 'Abd al-Salam a 17-year old resident of Al-Brij refugee camp near Dir al-Balah, Suliman 'Ali Ahmad Miqdad, a 22-year old resident of Nuseirat near Gaza, ; and Muhammad 'Izat Nimr Hamum, a 18-year old resident of Al-Brij refugee camp, drove a white Pontiac to the northern edge of Orkhan. Two were in front and the third sat in the back holding a Kalashnikov assault rifle.

Suicide bombers in the current conflict

As the car approached the outpost, the terrorist in the back seat began firing at the soldiers, the car swerved to the right, hit a concrete block and exploded. The attack was carried out by the Islamic Jihad infrastructure operating from the center of the Gaza Strip. It was led by **Mohammed Sa'afin** until he was killed on March 17.

Suicide bombers in the current conflict

606

**January 17, 2003**: **A suicide bomber exploded on a booby trapped raft west of Dugit**

**No casualties**



**Muhammed al-Jamasi**, a single 21-year old from Rimal neighborhood in the Gaza Strip and a Hamas operative. He apparently left from the Shati refugee camp carrying a barrel with weapons weighing about 40 KGs. A fishing boat took him to the site of the attack and he was lowered into the water with floats, which would allow the current to carry him leaving most of his body was submerged. His goal was to reach an Israeli navy patrol boat (called Dabour, i.e, "wasp") and to blow himself up. Palestinian fishermen who saw him thought he was in distress and sent a raft toward him. The raft and the patrol boat reached him at the same time, and he blew himself up. The attack was orchestrated by **Wa'al Nasser**, a Hamas terrorist-operative and it became apparent that the suicide bomber underwent training in swimming and diving in the Shati region for about a year.

\*\*\*

**January 5, 2003**: **2 suicide bombers exploded in the old central bus terminal in Tel Aviv,**

**23 casualty and 106 wounded**

**Buraq Khalifa and Samir al-Nouri**,  Buraq Khalifa was 20 years old and Samir al-Nouri was 19; both of them were residents of Nablus. The two, who were childhood friends, carried out a double suicide bombing attack at the old central bus station in Tel Aviv. They blew themselves up at a distance of about 200 m and a gap of about 50 seconds. They were driven to the site by an Israeli Arab. The Fatah military section in Nablus headed by **Na'ef Abu Shrakh** (killed) assumed responsibility for the attack. He received orders from the Iranian Revolutionary Guards in Lebanon, who finance terrorist attacks and enable the Fatah to continue with terrorist acts within Israel. The attack was one of the deadliest to have taken place since the beginning of the conflict, as can be seen by the large numbers of casualties and the quality of the devices used that contained about 10 kg of high explosives and a lot of shrapnel intended to increase the effect of the explosion.

\*\*\*

Suicide bombers in the current conflict

607

**December 28, 2002: An explosion of a booby-trapped car driven by a suicide bomber near the Russian Compound,**

**No casualties**

**'Alaa Karaki**, an unmarried 22-year old resident of A'nata, north of Jerusalem, and a first year Management student at the Ibrahimiya College, attempted to blow himself up in a booby trapped car parked on Munbaz Street in Jerusalem, adjacent to a crowded entertainment area. During his interrogation at the Israel Security Agency he admitted that his goal had been to kill Jews and to die himself. He said that six months previously he had become more devoutly religious and started praying, and that he had decided to carry out a suicide bombing attack to atone for his years of infidel behavior. He admitted that he had initiated and carried out the attempted attack on his own.

\*\*\*

**November 27, 2002: An explosion of a booby-trapped car driven by a suicide bomber at the DCO compound, near the Erez crossing at the Gaza Strip,**

**No casualties**

**Muhanad Mahdi**, a married with one child 25 years old resident of the Sheikh Radwan refugee camp in Gaza City, drove a car on Tanzer route, broke through into the Palestinian liaison station and detonated the car. The People's Front infrastructure is responsible for the attempted bombing. The explosives included an explosive device and an improvised 82 mm mortar shell.

\*\*\*

**November 22, 2002: 2 suicide bomber exploded in booby-trapped boat alongside an IDF Navy boat in front of the Dugit shore,**

**4 soldiers wounded**

 **Jemal Ismail**, a 22-year old resident of  Al-Brij refugee camp in Gaza, and **Muhammed Masri**, a 19-year old resident of Beit Hanoun, first year student at the Islamic university, stole a fishing boat, loaded it with explosives and sailed into an area where fishing was forbidden. A Navy Dabur patrol boat was dispatched. The crew hailed the two and when there was no response, approached the fishing boat. At that point the two suicide bombers detonated the explosives in the boat. The Islamic Jihad assumed responsibility for the attack. The members of the cell that carried out the attack was familiar with Israeli patrol routine and used two

Suicide bombers in the current conflict

suicide bombers to make the booby-trapped fishing boat look "normal" and that way make the Dabur draw closer to it.

Suicide bombers in the current conflict

608

**November 21, 2002**: A suicide bomber exploded on a bus on line 20 in Jerusalem,

**11 casualties and 50 wounded**



**Na'il Abu Halil**, an unmarried 22-year old resident of the town of Dura but a few months before the attack moved to Bethlehem, a devout Muslim and customarily worked with his father in a vegetable stand in the old market in Bethlehem. He blew himself up on Mexico Street on a Number 20 urban bus in Jerusalem. The Hamas assumed responsibility for the attack. The Israeli Security Agency in a joint operation with the IDF exposed the Bethlehem infrastructure that was responsible for the attack. Within the operation the two operatives who prepared explosives, five other senior operatives who prepared explosive charges and six youths who had been recruited to carry out suicide bombing attacks were arrested. On November 21, 2002 **Mohammed Shaker 'Alan Ma'ala** (one of the preparers of the explosive device and 'Ali 'Alan's uncle, the most senior wanted person in Bethlehem) approached **Ibrahim Gundiyeh**, a Hamas operative from Bethlehem and asked him to join him for the purpose of transporting a perpetrator into Jerusalem. The two walked in Wadi Ahmed near Bethlehem with Mohammed carrying a black bag with a black training suit and notebooks. After a short walk the two met with a suicide bomber and started to walk towards Beit Jalla. After 30 minutes Mohammed pulled the training suit out of the bag, ripped out the internal lining of the suit so it will not disrupt the suicide bomber from detonating the explosive belt. Near the village of Sharafat, just below the neighborhood of Gilo, Mohammed noticed the cave in which the suicide bomber spent the night in. The following morning the suicide bomber boarded the bus going to Qiriyat Menachem in Jerusalem and blew himself up.

\*\*\*

**November 11, 2002**: Remains of a suicide bomber who set out to a terrorist attack were detected with remains of an explosive belt near the Erez crossing,

**No casualties**

**Sayed Hasnin**, a 23-year old resident of Egypt, set out to carry out a suicide bombing attack on an IDF post at the workers' crossing at the Erez crossing point in the northern Gaza Strip. He apparently tried to reach the rear of the IDF post, got tangled in barbed wire on the slopes of Wadi Hanoun, and either because of a technical fault or because he fell, the charge detonated and he was killed instantaneously. His body was found about 350 m south of the post

Suicide bombers in the current conflict

at the Erez terminal and still had the remains of the explosive belt and hand grenade on it. He wore a black headband with the inscription "Jerusalem Battalions" on it.

***

Suicide bombers in the current conflict

609

**November 4, 2002**: **A suicide bomber exploded in the Arim Mall in Kfar Saba,**

**2 Casualties and 37 wounded**

 **Khaled** Sawalha, an unmarried 18-year old resident the Balata refugee camp at Nablus, blew himself up on the first floor of the Arim shopping mall in Kfar Saba in retaliation for the death of a relative that occurred when the army entered the Balata refugee camp. A Fatah cell in Nablus was responsible for the attack. The Black Arms organization directed by Salih Keini assumed responsibility for the attack. Salih a resident of the village of Qalil and a military Tanzim terrorist-operative, was detained and admitted that he had located and dispatched Khaled Sawalha to carry out the suicide bombing attack.

\*\*\*

**October 27, 2002**: **A suicide bomber exploded at a gas station at the entrance to Ariel,**

**3 Casualties and 17 wounded**

**Muhammad Bustami**, a 19-year-old a resident of Nablus, 22 years old and studying computer programming at Al-Najah University, reached the Ariel gas station wearing an explosive belt. He aroused suspicion of civilians and soldiers.

During attempts to overcome him, one of them shot him and apparently he managed to detonate the explosive belt he carried on his back. The Hamas assumed responsibility for the attack. The attack was carried out by the Hamas infrastructure in Nablus.

\*\*\*

610

### October 21, 2002: 2 suicide bomber exploded in a booby trapped car alongside bus number 841 near Karkur junction,

### 14 casualties and 48 wounded

**Mohammed Hasnin**, 19 years old and **Ashraf Asmar**, 18 years old, both residents of Jenin and Islamic Jihad operatives who drove a car full of explosives from the Megiddo junction to Hadera. They came up beside a Number 841 inter-urban bus and blew themselves and the car up. The Islamic Jihad assumed responsibility for the attack. The Islamic Jihad infrastructure in Jenin, headed by **Iyad Sawalha** and **Sayid Tubasi**, carried out the attack.

The names of the suicide bombers were transferred to Tubasi who transferred them to Sawalha. Sawalha asked Tubasi to organize a vehicle and to hand it to Anis Jaradat, who loaded it with explosivesd. Afterwards the car was delivered with the explosives to a warehouse in Jenin. Tubasi met with the two suicide bombers and took them to the home of Sawalha who gave them money to buy clothes for the planned attack and asked Tubasi to bring the next noon an empty bag, weapons, banners, printed inscriptions about Allah and the Islamic Jihad and adhesive tape to stick the banners and inscriptions. On the noon of the next day Tubasi drove Sawalha and the two suicide bombers, dressed in their new clothes in a green car with tainted windshields to the area of the municipality where they got the explosives. The attack set out when Muhammad Jaradat, another Islamic Jihad terrorist-operative from the village of Silat al-Harithiya, brought the two suicide bombers to the site of the attack.

\*\*\*

### October 11, 2002: Apprehending a suicide bomber who was trying to detonate an explosive belt in a café at the Tel Aviv beach promenade,

### No casualties

 **Rafat Muqdi**, a 23-year old resident of Zawiya in Qalqilya, arrived during the evening at Café Tayelet on the Tel Aviv promenade. The security guard at the entrance discovered the explosive belt and the suicide bomber bolted. The shouts of the guard alerted those at the near-by American Embassy sentries and they chased and caught the suicide bomber. The attempted attack was orchestrated by Hamas infrastructure in Ramallah, who received and dispatched him. He was brought to Tel Aviv by **Ashraf Zghair** an Israeli Arab driver, resident of the village of 'Akev, bearer of a blue identification card.

\*\*\*

Case 1:05-cv-04622-DLI-RML   Document 363-2   Filed 02/24/17   Page 44 of 99 PageID #: 15367

611

### October 10, 2000: A suicide bomber exploded near a bus station at the Coca Cola junction,

### 1 casualty and 20 wounded



**Rafiq Hamad**, a 31-year old resident of <u>Nablus</u>, married and father of 4, attempted to get on a Dan bus at the Bar Ilan junction but was injured and received treatment from the bus driver and a doctor. When his explosive belt was discovered he tried to escape. He ran to a nearby gas station, where he detonated the belt. He was recruited for the attack to clear his name since he and his family were suspected of collaborating with Israel. He was related to 'Abd al-Rahman Hamad (killed), former head of the Hamas military infrastructure in Qalqilya, which planned the attack.

\*\*\*

### September 19, 2002: A suicide bomber exploded on a number 4 bus on Allenby Street in Tel Aviv,

### 6 casualties and 71 wounded

**Iyad Rada**, a  23-year old a resident of Ramallah, of Jordanian extraction, arriving in Israel in July 2000, was recruited by the Hamas military infrastructure in Ramallah to carry out a suicide bombing attack. **Mahmoud Hamad Mahmoud Shraytakh**, 25 years old resident of Yata, a student at Bir Zeit University and one of the central activists of the Kutla Islamiyah (the Hamas student wing) was responsible for recruiting suicide bombers and carrying out suicide bombing attacks. Based upon directives he was given, he met the terrorist in Ramallah and recruited him into the infrastructure. Two days before the attack the suicide bomber was transferred to an operational apartment in Jerusalem, photographed him and equipped him with an explosive belt. From there **Ashraf Zghair**, a clothing merchant with a Jerusalem identity card, drove him to the site of the attack at Allenby Street in Tel Aviv, instructed him which target to choose and told him to blow himself up in a bus.

\*\*\*

Suicide bombers in the current conflict

612

**September 18, 2002: A suicide bomber exploded near an police car near Umm el-fahm,**

**1 police officer and 2 wounded**

 **Marzuk Ghawarda**, an unmarried 21-year old resident of Bir al-Basha Jenin, blew himself up at a bus stop at the Umm el-Fahm junction. The explosive device was put in a bag and detonated when policemen arrived after having received a telephone call about a suspicious terrorist individual standing at the junction. The attack was planned and carried out by the Islamic Jihad infrastructure in the Qabatiya region.

\*\*\*

**August 6, 2002: A suicide bomber exploded in a car of an Israeli Arab who drove him by Umm el-Fahm,**

**1 wounded**

**Muhammed Asfar,** a unmarried 19-year- old resident of the 'Askar refugee camp near Nablus who worked in a butcher shop, blew himself up in a vehicle of an Israeli Arab from Nazareth when they arrived at Umm el-Fahm. The el-Nathir Brigades (a new Fatah-Tanzim cell) assumed responsibility for the attack only after pressure had been exerted on them by the suicide bomber's family who wanted to know what happened to him after he disappeared from home a few days before the attack. The suicide bomber's dispatchers were **'Ali Ajuri** and **Murad Marshukh**, among the leaders of the Fatah infrastructure at Nablus.

Suicide bombers in the current conflict

613

**August 4, 2002: A suicide bombing on a bus at Har Meiron junction,**

**9 casualties and 52 wounded**

**Jihad/Mejahad Hamada**, a 20-year old a resident of Burqin near Nablus of Jordanian extraction who worked in Israel illegally with his uncle as an electrician's helper. At the course of his work he met **Ibrahim Muhammad Ibrahim Bakri**, an Israeli Arab from the village of B'ana; he and his friend **Yassin Bakri** were accomplices in carrying out the attack. The suicide bomber had been detained for illegal entry and expelled to the Palestinian Authority-administered territories. However, he maintained telephone contact with Ibrahim Bakri, and within these contacts the suicide bomber informed Ibrahim that he was recruited into the Hamas and that he wishes to conduct a suicide bombing attack. The suicide bomber asked Bakri for help in getting into Israel. On the morning of the attack Ibrahim, Yassin and the suicide bomber drove along the road leading to the city of Carmiel to find a bus carrying many IDF soldiers. Ibrahim drove a forerunning vehicle to "open the route" and Yasin and the suicide bomber drove in the back vehicle. During the ride, the suicide bomber changed into typical Israeli clothing. Because of the large security force in Carmiel the three went to a different bus stop. The suicide bomber got out of the vehicle as Shezor junction and boarded a number 361 inter-urban bus going to Zefat. When the bus reached the Har Meiron junction the suicide bomber detonated the explosive charge he was carrying.

\*\*\*

**July 30, 2002: A suicide bomber exploded at HaNevi'im Street in Jerusalem,**

5 **wounded**

**Hizam Yussuf**, a 17-year old resident of Beit Jala, and a high school student, blew himself up near the Felafel Center on HaNevi'im Street in Jerusalem with an explosive

device carried in a bag. The Al-Aqsa Martyrs' Brigades assumed responsibility for the attack. **'Alaa 'Abd al-Karim** and **Muhammad Hamash**, admitted during interrogation that they had prepared the device and dispatched the suicide bomber after he approached 'Alaa Karim and asked to be dispatched to a suicide bombing attack.

\*\*\*

614

**July 17, 2002: 2 suicide bombers exploded at the Neve Sha'anan pedestrian mall in Tel Aviv,**

**5 casualties and 33 wounded**

**Ibrahim Naji**, an 18-year old resident of the Balata refugee camp near Nablus; **Muhammad Atallah**, a 19-year old resident of the 'Askar refugee camp, blew themselves up on the Neveh Sha'anan pedestrian mall in Tel Aviv about a minute apart and at a distance of about 30 meters from one another. The attack was planned and carried out by a Fatah cell in Nablus headed by 'Ali 'Ajouri, that assumed responsibility for the attacks under the name of the "El Nazir Brigades". The assailants were recruited and transferred into Israel by Fatah operatives. Islamic Jihad operatives provided the explosive devices. The suicide bombers went from Nablus to Jenin and from there to the area of Umm el-Fahm, where they stayed for about five hours. They were driven to Tel Aviv by **Khaled 'Ashur**, an Israeli Arab from Jaffa who customarily drove illegal Palestinian workers from the PA-administered territories into Israel. During interrogation he stated that the two told him they were going to carry out a suicide bombing attack but he drove them to the site of the attack because he feared for his life and told no one about this.

\*\*\*

**June 19, 2002: A suicide bomber exploded in the French Hill in Jerusalem,**

**7 casualties and 39 wounded**

**Sa'ad Awada**, a 17-year old resident of Nablus, a Tanzim operative blew himself at the transportation station at the French Hill in Jerusalem. The attack was orchestrated by the Fatah terrorist infrastructure in Nablus.

\*\*\*

Suicide bombers in the current conflict

615

### <u>June 18, 2002</u>: A suicide bomber exploded on a bus at Gilo neighborhood in Jerusalem,

### 19 casualties and 50 wounded

**<u>Muhammed Al-Ghoul</u>**, a 22-year old resident of <u>Nablus</u>, studying for his MA in Islamic law at Al-Najah University, blew himself up on a Number 32 urban bus at Dov Yossef Street in the Gilo neighborhood of Jerusalem. He was located, recruited and trained by the Hamas military infrastructure in Samaria. After two failed attempts to dispatch the suicide bomber to an attack and after **Keis 'Adu'an** was intercepted he was referred by Mazen Fok'ha to **Muhannad Taher**, who at the time led the Hamas infrastructure in Samaria (killed). Muhanned Taher brought the suicide bomber to **Khalil Marwan** Khalil, a member of the cell in Samaria (arrested), who drove him to Azariya in East Jerusalem where he was scheduled to be picked up by **'Ali 'Alan**, a Hamas operative from Bethlehem. 'Ali used two residents of Jerusalem with Israeli identity cards, **Ramadan Mashahara** and his brothers **Fahmi Mashahara** (arrested) to plann and execute the attack. Pursuant gathering of intelligence, a Number 32 urban bus from Gilo to the center of Jerusalem was chosen. The target was chosen because the bus stopped in Beit Safsafa, where many Arabs  live, and an Arab-looking individual would not arouse suspicion. As part of the preparations, Fahmi rode this bus several times, bought a punching card and even punched it so the suicide bomber will be able to use it without arousing suspicion. The suicide bomber was brought to Bethlehem for the night and in the morning was driven to Abu Dis in Jerusalem, where Fahmi picked him up and the two drove to West Jerusalem with Ramadam Mashahara driving up front alerting from Israeli roadblocks. The suicide bomber got out of the vehicle close to the Beit Safsafa bus stop, got on a Number 32 bus and blew himself up.

***

### <u>June 17, 2002</u>: A suicide bomber suspected by border guard gendarmes exploded by Marga/Yarkon,

### No casualties

**<u>'Alaa Marshud</u>**, a 20 years old resident of the <u>Balata refugee camp near Nablus</u> worked at a factory that manufactured electrical appliances, blew himself up next to a Border Guard jeep near the village of Marja. He aroused the suspicions of the Border Guards and they called to him to halt and take off his clothes; when he realized he had been discovered he blew himself up. The al-Nazir Brigades of the Fatah assumed responsibility for the attack. From the interrogation of **Samer Hashash** by the Israeli Security Agency, a

Suicide bombers in the current conflict

616

military Tanzim operative from Nablus, it becomes apparent that the suicide bomber was sent to carry out the attack by **'Ali Ajouri**, who also supplied him with the explosive charge and that the suicide bomber was recruited by his brother, **Murad**.

\*\*\*

### June 11, 2002: A suicide bomber exploded at the entrance of a restaurant in Herzliya

### 1 casualty and 12 wounded



**Omar Ziadeh**, a 29-year old resident of Nablus, married and the father of a baby girl, blew himself up at the entrance to the Mifgash HaSahron Jamil restaurant in Herzliya. The Al-Aqsa Martyr Brigades assumed responsibility for the attack. He worked as a merchant and was financially well-off. In his will he asked to write off his debts to others. He had belonged to Fatah but shortly before the attack became a devout Muslim.

\*\*\*

### June 5, 2002: A suicide bomber exploded near a bus near Megido junction,

### 17 casualty and 42 wounded

**Hamzah Samudi**, an 18-year old resident of Jenin, driving a car full of explosives, he got as close as he could to the back side of a Number 830 inter-urban bus en route to Tiberias and blew himself and the car up about 500 m from the Megiddo junction. He was dispatched by the Islamic Jihad infrastructure in the Jenin district headed by '**Iyad Sawalha** (killed). **Sayid Tubasi**, a member of the infrastructure and a senior aid to **'Iyad** (arrested)), was detained and admitted under interrogation at the Israeli Security Agency that 'Iyad Sawalha asked him to obtain a car to turn it into an explosive car. Sayid agreed and asked **Shadi 'Amuri** to assist him in getting this done. Shadi got a white car, similar to a pick-up truck (Renaults Kangoo) and in exchange Sayid gave him 8,000 NIS. Sayid and Shadi approached **Rushdi Nursi** and asked him yellow license plates without giving detail for their request. The two got the plates (of a stolen Subaru) and paid him 200 NIS. After applying the yellow plates, Sayid and Shadi drove to 'Iyad's home and helped him load two barrels from there. 'Iyad explained to them this was the explosives. Sayid estimated the drums weighed 55 kg each. Among other things, during the days before the attack, Sayid Tubasi was occupied with

Suicide bombers in the current conflict

preparing the explosive charge that was in the car and preparing the suicide bomber.

***

617

**May 27, 2002**: **A suicide bomber exploded near café in Petah Tiqwa,**

**2 casualty and 30 wounded**

**Jihad Titi**, a 19-year-s old resident of the Balata refugee camp, blew himself up at the entrance to the Café Hamoshava pastry shop in the Em Hamoshavot shopping mall in Petah Tikva. According to eye witnesses, he tried to get into the children's play area in the mall, but when he was unsuccessful he went to the café. The attack was carried out by the military infrastructure of the Tanzim in Nablus. The suicide bomber was dispatched by **Kamal Khatib**, a member of the infrastructure who at the time served in the Nablus police force and by **Nahed Sabih** and **Ibrahim A-Khai**. The suicide bomber was driven by a Fatah operative from Nablus to Rosh Ha'Ayn, where he took an Israeli taxi to the shopping mall.

\*\*\*

**May 24, 2002**: **A suicide bomber killed in a bobby trapped car in Tel Aviv,**

**7 wounded**

**'Amar Shakukani**, a 26-year old resident of Al-Bireh near Ramallah, drove the car to the club entrance on Kibbutz Galuyot Street in Tel Aviv. He was stopped by the security guard at the entrance to the club and blew himself up along with the car. According to the evidence gathered after the attack, he had wanted to get out of the car but was shot by the guard. The rear of the vehicle contained four pipe charges. The al-Aqsa Martyr Brigades assumed responsibility for the attack. During interrogation, **Amin Ziyad**, a Tanzim military operative, admitted to having been involved in dispatching the suicide bomber. He also mentioned **Muhammad Abu Hamid** (arrested) as having planned the attack and equipped the vehicle with explosives. On the eve of the attack Amin took photos of the suicide bomber with a camera he brought from his cousin.

\*\*\*

Suicide bombers in the current conflict

618

### May 22, 2002: A suicide bomber exploded at the Rothchild pedestrian mall in Rishon LeZion,

### 2 casualty and 36 wounded

**'Issa Badir**, a 17-year old resident of <u>Al-Doha, west of Bethlehem</u>, blew up at the Rothchild pedestrian mall in Rishon LeZion. The suicide bomber was driven from Bethlehem to Rishon Lezion by **Ibrahim Sirhana**, a resident of the <u>Dehaishe</u>, and his wife, **Marina Pinski**, a Jewish Israeli citizen who emigrated from Russia 11 years ago. Under interrogation the two revealed that a female suicide bomber, **Arin Ahmad** (arrested), 20 years old and a resident of <u>Beit Sahour</u>, was also supposed to have participated in the attack. She was to have blown herself up when the rescue forces came to attend to the wounded of the first explosion. On their way she changed her mind and returned to Bethlehem. On May 27, 2002, the entire operatives of the Tanzim infrastructure were detained in the Dehaishe refugee camp; the infrastructure had planned and carried out the suicide bombing attack. Among them **Ahmed Yussef Ahmed Maghabi**, the head if the infrastructure and a senior wanted person who aconfessed in his interrogation to offering Ibrahim Sirhana to assist him in preparing the attacks and told of his involvement in orchestrating the attack and preparing the charges for the suicide bombers. With him **'Ali Maghabi**, a 16-year old resident of Dehaishe was arrested who confessed to being guided by his brother Ahmen to pay the suicide bomber and obtain a stolen car to conduct the attack. In addition, 'Ali confessed to knowing the two suicide bombers and told he took pictures of them before leaving to carry out the attack. **Mahmud Sirhana** a Tanzim operative from Dehaishe who was involved in taking the suicide bombers out to the field, was arrested as well. Mahmud said he prepared the suicide bomber for the attack and dyed his hair. Afterwards he turned him over to Ibrahim and his wife Marina and they transported him to the center of Israel.

### May 20, 2002: A suicide bomber exploded in a bus station near a border guard jeep at the Ta'anakhim junction, 3 wounded

 **Muhammed Hamdia**, a 20-year old resident of <u>Jenin</u>, and a tailor, blew himself up next to a Border Guard jeep standing at a bus stop at the Ta'anakhim junction. The Islamic Jihad assumed responsibility for the attack. The attack was carried out by the Islamic Jihad infrastructure in Jenin headed by **Iyad Sawalha** (killed). **Muhammad Abu Tabikh**, an Islamic Jihad operative, was detained and admitted during interrogation that he had recruited the suicide bomber. Muhammad Abu Tabikh linked the suicide bomber to Iyad Sawalha. After the

619

attack Abu Tabikh met Iyad Sawalha who expressed his disappointment from the failure of the attack.

**May 19, 2002: A suicide bomber exploded in the Netanya market,**

**3 casualty and 60 wounded**

**Osama Bushkar**, an 18-year old resident of the 'Askar refugee camp near Nablus, walked around the market in Netanya wearing an IDF uniform and carrying a black bag. His oriental appearance aroused suspicions and he blew himself up immediately. The People's Front assumed responsibility for the attack. The attack was carried out by the People's Front infrastructure in Nablus organized around **'Alam Qa'abi**. The terrorist-operatives behind the attack were in constant communication with the PFLP detainees in Jericho via telephone and courier. During the last days **'Ahed 'Ulama** and the other detainees of the People's Front were updated about the intentions to carry out the attack. On May 23, 2002, **'Adel 'Adnan Mahmoud Juma'**, a resident of Taybeh, was detained and admitted during interrogation at the Israeli Security Agency that he had driven the suicide bomber and a girl, who was his escort. 'Adel mentioned that he realized he had driven a suicide bomber only after dropping the suicide bomber off and upon hearing the explosion. Afterwards he drove her to Baka al-Gharbia. On June 6, 2002, the escort was arrested. She was **Daa' Ziyad Jamil Jayusi**, a resident of Tulkarm and a student at Al-Najah University. During interrogation she stated that People's Front operatives from Nablus had asked her to take the suicide bomber to Netanya to make him look harmless. She also mentioned that before dropping the suicide bomber at the market in Netanya, the perpetrators examined the option of conducting the attack at a mall in Netanya or at area of the promenade.

\*\*\*

**May 8, 2002: A suicide bomber was critically wounded in the pick-up stations at Magido junction,**

**3 wounded**

**Zidan Zidan**, a 19-year old resident of Jenin, blew himself up at a bus stop at the Megiddo junction by means of an explosive device carried in a bag. Only part of the device detonated, and after the explosion a soldier shot him in the arms and legs. The unexploded part of the device was later detonated by a police robot. During interrogation by the Israeli Security Agency he stated that he had appealed to **Mahmoud Tawalbeh** (killed), Islamic Jihad head in Jenin, and asked to carry out a suicide bombing attack. A messenger from Tawalbeh brought the suicide bomber an explosive device weighing about 18 kg. The

620

suicide bomber took a taxi to the village of 'Anin and from there went on foot to Umm el-Fahm (an Israeli Arab city in Wadi Ara), where he hitchhiked to the site of the attack. The Islamic Jihad assumed responsibility for the attack.

\*\*\*

### May 7, 2002: A suicide bomber exploded in a poll hall in Rishon LeZion

### 16 Casualties and 51 wounded

 **Muhammed Mu'amar**,a 28-year old resident of Nablus, of Jordanian extraction and Hamas-affiliated. He entered the Sheffield Club pool hall on Sakharov Street at the Rishon Lezion industrial zone at about 10:55 PM. Carrying a suitcase he walked over to the crowd at the slot machines and blew himself up. The Ez-A-Din al-Qassam Brigades assumed responsibiltiy for the attack and threatened to carry out more terrorist attacks. The attack was planned and carried out by the Hamas infrastructure in Ramallah in collaboration with a Hamas cell in Jerusalem. **Mohammed 'Amran Muhammad** acted as liaison between **Va'el Qassem** (killed), a Hamas operative from Ras Ein Amud and **Ibrahim Hammed** heading the Hamas infrastructure in Ramallah. In fact 'Amran delivered the direction to carry out the attacks, transported the suicide bombers and the explosive devices.

\*\*\*

### April 20, 2002: A suicide bomber exploded near a checkpoint in Qalqilya,

### No casualties

The **unknown** suicide bomber blew himself up at IDF checkpoint 108 west of Qalqilya during the standard detention process of a suspicious individual. The Hamas Internet site issued an unofficial statement to the effect that the suicide bomber at Qalqilya was **Mahmoud Muhammad Yussef Shuli** from the village of 'Asira al-Shamaliya, north of Nablus. The Hamas spokesman said on the phone that for security reasons, the organization did not take official responsibility for the attack. Mahmoud Shuli served in the Palestinian general security forces. In the past he informed his family that he will conduct a suicide bombing attack and afterwards disappeared. The Hamas military infrastructure in Nablus planned and carried out the suicide bombing attack in collaboration with the Hamas military infrastructure in Qalqilya.

\*\*\*

Suicide bombers in the current conflict

621

### April 19, 2002: A suicide bomber exploded in a booby trapped car near an IDF post at Gush Katif junction, 2 wounded


**'Abdallah Abu 'Odeh**, a 19-year old resident of Khan Yunis, drove a white Peugeot 504 pickup truck with an open back trunk. full of explosives The suicide bomber arrived to pillbox 24 at the Gush Katif junction. There were two vehicles in front of his hiding his car from the observation point of the pillbox. When the first two cars moved past pillbox 24 and headed away from the junction he drove slowly until he was a few meters from the post. When a soldier aimed his weapon at him with the intention of opening fire at him, the suicide bomber swerved out of the lane, drove to the concrete walls around the post and blew himself up along with the car. The Islamic Jihad assumed responsibility for the attack.

\*\*\*

### April 12, 2002: A suicide bomber exploded in the Mahane Yahuda market,

### 6 casualties (including 2 Chinese foreign workers) and 60 wounded

**'Andalib Tqatqa**, a 21-year old resident of Bethlehem and a Tanzim operative. The attack was planned and carried out by Mu'tazz Haimuni from Hebron, a terrorist-operative belonging to the pro-Iraqi Palestine Liberation Front (PLF), who was detained during operation Defensive Shield. **Marwan Zaloum**, a senior Tanzim operative in Hebron, who was killed by an initiative carried out by the security services, prepared the explosive device. It was composed of three plastic pipes and a battery and hidden in a woman's black purse. On the day of the attack the suicide bomber was driven from Abu Dis, where she took a taxi to Jerusalem and went to the Mahane Yehuda market. There she blew herself up near a bus. A few days before the attack she was filmed in vidoe wearing black and holding a Quran.

\*\*\*

Suicide bombers in the current conflict

622

**April 10, 2002: A suicide bomber exploded in a bus near Kibbutz Yagur,**

**8 casualties and 17 wounded**



**Ragheb Jaradat**, an 18-year old resident of the village of Silat al-Harithiya, northwest of Jenin, blew himself up between Yagur and Sha'ar HaAmakim junctions on a bus en route from Haifa to Jerusalem. The operatives of the Islamic Jihad assumed responsibility for the attack. The Islamic Jihad infrastructure in Jenin headed by **Iyad Sawalha** and **Khaled Zakarna** is the infrastructure lying at the basis of the terrorist attack. 'Iyad and Khald prepared Ragheb to the attack.

\*\*\*

**April 1, 2002: A suicide bomber exploded near a police block in Jerusalem,**

**1 policeman killed**



**Rami 'Issa**, a 23-year old resident of the Dehaishe refugee camp near Bethlehem, a member of a military Tanzim cell whose members were detained and which carried out dozens of shooting and explosive attacks in the Bethlehem and Jerusalem areas. Six months before the terrorist attack they robbed and murdered with another young man a money changer. The two were arrested, released from detention a few days before the IDF entered the town and were recruited by Fatah operatives at the Dehaishe refugee camp. On the day of the suicide bombing attack, policemen manning a roadblock at the corner of Hanevi'im and Shivtei Israel Streets in Jerusalem noticed a suspicious vehicle positioned in the curb by route no. 1. When two of them went to examine it, it exploded. The Al-Aqsa Brigades assumed responsibility for the attack. According to eye-witness reports, the driver who had brought the suicide bomber fled the scene a few seconds before the explosion. The suicide bomber's escorts, brothers who were residents of the Dehaishe refugee camp, were detained by the Israeli Service Agency and the IDF. During interrogation they admitted bringing the suicide bomber to the site of the attack, using the Israeli identity cards of the wife and daughter of one of the operatives to transport the suicide bomber into Jerusalem.

\*\*\*

623

**March 31, 2002: A suicide bomber exploded near a infirmary in Efrat,**

**6 wounded**

**Jamil Hamid**, a 16year old resident of Bethlehem was recruited by the Fatah. He arrived by car from Wadi Nis at the settlement of Efrat, stopped about 10 m from the gate and then walked in and blew himself up next to the infirmary. The Al-Aqsa Martyrs' Brigades assumed responsibility for the attack. The explosive device he used was prepared by two of the heads of the Fatah infrastructure in Bethlehem, **Riyad al-'Ammur** and **Ibrahim 'Abiyat**, who initiated and orchestrated the attack.

\*\*\*

**March 31, 2002: A suicide bomber exploded in the Matza Restaurant in Haifa,**

**15 casualties and 34 wounded**

**Shadi** Tubasiu, a 24-year old resident of Jenin, held an Israeli identity card (his mother is an Israeli citizen, a resident of the village of Muqeibila). He entered the Matza Restaurant in Neve Sha'anan in Haifa wearing an explosive belt and blew himself up. The attack was prepared under the orchestration of the Hamas infrastructure in Jenin headed by **Kayas 'Adwan**. In the past the suicide bomber had been detained for creating a disturbance and several times for criminal offenses. According to the interrogation of Bilal Rosi, Shadi was detained by the Palestinian Authority and accused of collaborating with Israel. In an effort to clear his name he appealed to Hamas and asked to carry out a suicide bombing attack to prove he was not a collaborator. He arrived at the site of the suicide bombing attack independently, without an escort, and chose the target, exploiting the fact that he had an Israeli identity card, which allowed him to travel freely.

\*\*\*

Suicide bombers in the current conflict

Page 624

### March 30, 2002: A suicide bomber exploded in a car and another one killed while intercepted in Tulkarem,

### 1 policeman killed and 1 policeman wounded

 **Majdi Khanfar**, a 21-year old resident of <u>Jenin</u>, had been prepared for the attack by **Ahmad 'Ali Mahmoud Abu Hadr**, a resident of Nablus, al-Aqsa Martyrs' Brigades operative and the right-hand man of **Nasser 'Oweis**, the Tanzim commander in Nablus. Abu Hadr informed Nasser that he has a suicide bomber and Nasser asked to meet him the following day. Abu Hadr took the suicide bomber to a room in Nablus for photo shoots and later drove the suicide bomber to Nasser's home and left him there. In addition, he was asked by Nasser to purchase a car with Israeli license plates. On the day of the attack the suicide bomber set out to carry out a terrorist attack with an explosive belt on his body and with **Fathi 'Amirah**, who was armed with an M-16 assault rifle and magazines. The two arrived in Baka al-Gharbia where they were surprised by a Border Guard unit and a fire-fight ensued. During the exchange of fire the suicide bomber detonated his explosive belt while Fathi 'Amirah fired his rifle at the gendarmes until he was killed by their fire.

\*\*\*

### March 30, 2002: A suicide bomber exploded in café Bialik in Tel Aviv,

### 1 casualty and 29 wounded

 **Muhannad Salahat**, a 23-year old resident of <u>Nablus</u>, entered My Coffee Shop in Tel Aviv wearing jeans and a blue jacket, walked over to the counter and blew himself up. The al-Aqsa Brigades assumed responsibility for the attack. He was recruited about three weeks before the attack by al-Aqsa Brigades in Nablus. On the day of the attack he shaved and got a short haircut. Before he left the house he told his family that he was going to carry out a suicide bombing attack.

\*\*\*

Suicide bombers in the current conflict

### <u>March 27, 2002</u>: A suicide bomber exploded in Park Hotel in Netanya,

### 29 casualties and 144 wounded

 **'Abd al-Basset 'Odeh**, a 25-year old resident of Tulkarem, blew himself up at the Park Hotel in Netanya during the Passover Seder, disguised as a woman. Responsible for the attack were the Hamas terrorist-operative infrastructures in Tulkarem and Nablus headed by **'Abbas al-Sayyid** (detained) and **Muhannad Taher**. 'Abbas al-Sayyid, as head of the military Hamas infrastructure in Tulkarem, was in charge of the terrorist attack. He admitted during interrogation that he had planned to carry out the attack several months previously, but that it kept getting postponed. 'Abas is the one who asked **'Omar Sahruri** to get 2 explosive belts from the military infrastructure in Nablus and he is the one who proposed **Fathi Hassib** to transport the suicide bomber into Israel and find an appropriate attack target. 'Abbas al-Sayyid and other Hamas terrorist-operatives helped 'Abd al-Basset prepare himself: he shaved his beard, put on makeup and a wig, wore women's blue jeans, a brown blouse, women's shoes and a brown leather jacket with a fake fur collar, all with the intention of mingling with crowded areas in Israel. 'Abbas al-Sayyid put on him an explosive belt with 10 kg of explosives that looked like an army vest with pockets where the explosives were, and explained how to detonate it. After taking pictures of the suicide bomber with an M-16 rifle with the flag of the movement and photos of martyrs in his background, 'Abbas wrote the suicide bomber's will in which he said that he is setting out to conduct a suicide attack on behalf of the Ez-al-Din al-Qassam Brigades. In addition, 'Abbas equipped the suicide bomber with a blue identity card. **Muhannad Taher** (Killed), a resident of Nablus, who acted as the head of the military wing of the Hamas in Samaria was responsible for bringing explosive belts from the terrorist-operative infrastructure in Nablus to the one in Tulkarem. **Fathi Hassib** (detained), a resident of Tulkarem, admitted during interrogation that he had acquired a vehicle in Israel and used it to drive the suicide bomber to Tulkarem. From there the two took a different vehicle, entered Israel and drove to Netanya.

\*\*\*

Suicide bombers in the current conflict

**March 29, 2002**: **A suicide bomber exploded in a supermarket in Qiriyat Yovel in Jerusalem,**

**2 casualties and 22 wounded**



**Ayat al-Akhras**, an 18-year old resident of the Dehaishe refugee camp near Bethlehem, carried the explosive device in a black purse. The Tanzim of the Fatah assumed responsibility for the attack. Ibrahim Sarahne and his brother Musa Sarahne drove the suicide bomber to the location of the attack. The two transported her in a red pick-up truck close to the supermarket in the Qiriyat Yovel neighborhood of Jerusalem. Before the attack, Musa approached two old Arab ladies who sold vegetables and warned them of the imminent attack. Before setting out on the attack the suicide bomber was filmed by a video camera and wrote a will in which she parted from her family.

\*\*\*

**March 26, 2002**: **A suicide bomber attempted to blow up at the Haris checkpoint at Qalqiliya,**

**No casualties**

**Unknown**. Israeli policemen in a patrol car spotted a suspicious individual standing at the Haris junction west of Ariel. They called him over for questioning. He approached, tried to open the car of the car, and attempted to detonate the explosive belt he was wearing. When they understood what he was trying to do they drove the vehicle away. The suicide bomber took advantage of the delay and took off the explosive belt and fled into the nearby village of Haris. A People's Front cells from Jenin and Nablus was responsible for the attack.

\*\*\*

Suicide bombers in the current conflict

Page 627

### March 22, 2002: A suicide bomber exploded at the Sallem checkpoint at Jenin,

### 1 soldier wounded



**'Inad Shqeirat**, a 25-year old resident of <u>Eyn beit al-Ma'a refugee camp near Nablus</u>, wore an explosive belt, took a Palestinian taxi, got off near the Salem checkpoint and blew himself up. The attack was planned and carried out by cooperation between the Tanzim infrastructure in Nablus and the Islamic Jihad. The suicide bomber and another individual from Jenin refugee camp were turned over to **Muhammad Nurasi**, a Tanzim operative residing in the Jenin refugee camp, who was supposed to bring them to the site of the attack. The two returned for an unknown reason and were detained at an IDF checkpoint, where the suicide bomber blew himself up. Interrogation of detainees in the incident indicates the explosive charge was prepared by **Majed Keini** from the Tanzim infrastructure from Nablus.

\*\*\*

### March 21, 2002: A suicide bomber exploded in a café on King George Street in Jerusalem,

### 3 casualties and 80 wounded

<u>**Muhammed Hasaykah**</u>, a 21-year old resident of <u>Talluza near Beqaot</u>, and a policeman in the Palestinian police force in Nablus, blew himself up at the entrance to a café on King George Street in Jerusalem. The al-Aqsa Brigades, identified with the Fatah, assumed responsibility for the attack. In the past he had been detained by PA security forces after Israel informed them that he was planning to carry out a suicide bombing attack within the green line. During interrogation by the Palestinian security forces he admitted that he had planned to carry out an attack in Ra'anana, and also admitted that he had been involved in infiltrating two suicide bombers into Israel who blew themselves up after encountering Israeli security forces near the settlement of Mei Ami (May 8). Later, in accordance with a Palestinian request and with Israeli authorization and accompaniment, he was transferred from Tulkarem to Ramallah for detention. He was then either released or escaped while the Palestinian security forces looked the other way. A few days before the attack he contacted **Nasser Shawish** again, who in the past had tried to dispatch him on a suicide bombing mission. Upon renewal of contact, preparations for the dispatch of Muhammad to the attack were concluded. He was dispatched on his suicide bombing attack by **'Abd al-Kareem 'Oweis** and **Nasser**

Suicide bombers in the current conflict

**Shawish**, both of whom belonged to Tanzim infrastructure in Jenin. He was brought to the site of the attack by two women (detained).

\*\*\*

Suicide bombers in the current conflict

Page 628

**March 20, 2002**: **A suicide bomber exploded on at Musmus junction in Wadi 'Ara,**

**7 casualties (including 4 soldiers) and 28 wounded**

 **Rafat Abu Diyak**, a 24-year old resident of <u>Silat al-Dhahr, near Jenin</u>, and worked in a clothing store in Jenin. At the Umm al-Fahm junction he got on a number 823 bus heading north from Tel Aviv to Upper Nazareth, blew himself up at the Musmus junction in Wadi 'Ara. The Islamic Jihad infrastructure in Jenin headed by **Thabet Mardawi** assumed responsibility for the attack in the name of the headquarters of the Islamic Jihad in Syria. In his interrogation, Thabet Mardawi said that about a week before the attack the suicide bomber, Abu Diyak, approached **Mahmud Nursi** and said he intends to carry out a suicide bombing. Thabet said he was present during the conversation between the terrorist and Mahmud Nursi. Furthermore, Thabet said that if the suicide bomber will be able to enter Israel on his own, they will supply him with the explosive belt. On the eve of Rafat departing to conduct the attack, Mahmud Nursi handed him with an explosive belt, prepared by Thabet and Mahmud.

\*\*\*

**March 17, 2002**: **A suicide bomber exploded at the French Hill junction in Jerusalem,**

**25 wounded**

 <u>**Akram Nabatiti**</u>, a 24-year old resident of the <u>'Aida refugee camp</u>, an Islamic Jihad operative who worked as a tailor, attempted to get on a bus at the French Hill junction in Jerusalem, and when he was unsuccessful, blew himself up alongside. The attack was carried out by the Islamic Jihad military infrastructure in Bethlehem headed by **Muhammad Ta'amri**. In addition, two other operatives were involved: **Bassam Abu 'Aqar** and **Ahmad Bulbul**. Bassam even made sure the suicide bomber wrote a will.

\*\*\*

Suicide bombers in the current conflict

Page 629

### March 9, 2002: A suicide bomber exploded in café Moment Jerusalem,

### 11 casualties and 25 wounded



**Fuad Hurani**, a 22-year old resident of al-'Arroub refugee camp near Bethlehem, a student at the teachers' college in Ramallah, a devout Muslim and a Hamas operative whose father was an officer in the Palestinian Authority security services.

Approximately two years before the attack the Palestinian preventive security forces suspected him of planning to carry out a suicide bombing attack for Hamas. Responsible for the attack was Hamas headquarters in Ramallah with the support of a cell from East Jerusalem. The Israeli Security Agency's interrogation of the detainees, leaders of the cells, indicate that **Ibrahim Hammed**, head of the Military Hamas in Ramallah said to **Muhammad 'Arman** that he has a terrorist and instructed him to transfer him to **Wa'el Qassem**, the leader of the East Jerusalem cell. The point of departure to the attack was set as the Mosque in Beit Hanina. Arman and the suicide bomber set to meet at the El-Bireh mosque. Hammed picked the suicide bomber up from mosque, armed him for the attack and accompanied him to the taxi station from where he left for the new Beit Hanina mosque. Waa'l Qassem took him to the site of the attack. In his interrogation he said the suicide bomber waited for him near the new Beit Hanina mosque from where he picked him up and dropped him off at the corner of the street in front of the café, showed him the target and drove off. In addition, Waa'l Qassem with other members of the cell dealt with gathering intelligence about other attack targets.

\*\*\*

### March 7, 2002: A suicide bomber detected with an explosive device concealed in a bird cage in Karkur,

### No casualties

**Bilal Walid 'Ali**, an 18-year old resident of the village of Sanur near Jenin, walked with a bird cage at the area of the settlement of Karkur. An Israeli citizen became suspicious, called him in Hebrew to halt and when he was not answered called him in Arabic. The suicide bomber put the cage on the ground and the Israeli saw the pipes on his body and assumed they were part of an explosive belt. The citizen retreated and the suicide bomber fled the scene. In the cage were an explosive device, a detonator and a switch. The suicide bomber was arrested the following day and in his interrogation by the Israeli Security Agency he confessed to agreeing to carry out an attack after getting into a

Suicide bombers in the current conflict

fight with his father and becoming fed up with his life. He stated that he had been photographed by his handlers holding a rifle and pistol, wearing an explosive belt and equipped with the booby-trapped bird cage. After learning how to detonate the devices he was smuggled into Israeli territory by operatives into Israel. The suicide bomber also surrendered the explosive belt in his possession, which was blown up by the bomb squad. The attack was orchestrated by the Islamic Jihad.

\*\*\*

Suicide bombers in the current conflict

**March 7, 2002**: **A suicide bomber exploded in Hotel Eshel HaShomron at Ariel,**

**9 wounded**



**Shadi Nasser**, a 24-year old resident of the village of Madama, near Beqaot, wearing a long jacket, arrived on foot from the direction of Harit at the gas station at the entrance of Ariel, carrying an empty yellow plastic jerry can. He then turned and went to the Eshel Hashomron Hotel, located nearby. He laid the jerry can at the entrance of the hotel. At that point he aroused the suspicions of civilians in the area, who called two IDF officers to apprehend him. The suicide bomber reached the hotel, went up to the second floor, came went back to the lobby where he encountered the two officers and detonated the explosive device carried on his body. The attack was planned and carried out by the military infrastructure of the People's Front in Nablus headed by **Kamal Abu Hanish** (detained). In his interrogation **Mahmud 'Issa**, one of the leaders of the People's Front in Nablus, said that Kamal Abu Hanish approached him and told him that there is a young man from Madama, near Beqaot, recruited by **Yamen Faraj** (killed) who is supposed to conduct a suicide bombing in Ariel. Furthermore, Kamal asked 'Issa to ask Fatah operatives to put together an explosive device for him. The operative **Munzer** Halaf drove the suicide bomber in a transportation vehicle to the taxi station in Rafidiyeh where they met Yamen Faraj. From there Yamen and the suicide bomber continued towards the Tel crossing and from there the suicide bomber reached Ariel.

**March 7, 2002**: **A suicide bomber apprehended at café Kapit in Jerusalem,**

**No casualties**



**Nidhal Mashal**, a 21-year old resident of Jabel Muqabbar in Jerusalem and a Hamas operative, entered Café Kapit on the corner of Emek Rafa'im and Hannia Streets in Jerusalem carrying a bag containing an explosive device. Wires could be seen extruding from the bag and the suicide bomber was trembling. This aroused the suspicion of one of the café employees, who overcame him with the aid of other civilians. The Hamas infrastructure in Bethlehem was behind the attempt. Its exposure revealed that it was based on six students at Abu Dis College. The students, who were detained, had recruited the suicide bomber, prepared him and dispatched him to Jerusalem. In his interrogation, the suicide bomber told that **Muhammad Halil Shkirat** recruited him to the Ez al-Din al-Qassam Brigades and later they discussed the idea of Nidhal carrying out a suicide bombing attack. The suicide bomber

Suicide bombers in the current conflict

Suicide bombers in the current conflict

wished to die in an attack believing he will die a Shahid. In addition, he wished to avenge the deaths of martyrs killed in the Intifada.

\*\*\*

### March 5, 2002: A suicide bomber exploded on a bus in Afula,

### 1 casualty and 20 wounded



**'Abd al-Kareem Tahayinah**, a 23-year old resident of Silat al-Harithiya, near Jenin, blew himself up in the central bus station in Afula on a Number 823 bus en route from Upper Nazareth to Tel Aviv. According to the bus driver's eye-witness testimony, the suicide bomber boarded the bus at the central bus station in Upper Nazareth wearing jeans, a cream-toned turtle-neck shirt and an army jacket. He gave the driver a 50 NIS bill and proceeded towards the back part of the bus. When the driver called him to collect his change, he reached the driver, took the change returned to sit in the back of the bus. When the bus entered the Afula central bus terminal, he detonated the explosive vest attached to his body. The Islamic Jihad assumed responsibility for the attack.

\*\*\*

### March 2, 2002: A suicide bomber exploded on Haim Ozer Street in Jerusalem,

### 10 casualty and 46 wounded



**Muhammad Daraghmeh**, an 18-year old resident of the Dehaishe refugee camp in Bethlehem, blew himself up on Haim Ozer Street in the Beit Israel neighborhood of Jerusalem, next to a group of worshippers who had just left a synagogue on Saturday night. According to eye-witnesses, he was disguised as an ultra-Orthodox Jew. The al-Aqsa Martyrs Brigades assumed responsibility for the attack. He was brought to the site of the attack by **Ashraf Hajajra**, a 20-year old resident of the Dehaishe refugee camp with a criminal record, who was detained near the scene of the attack. In his interrogation, Ashraf confessed to the allegations made against him and the Tanzim infrastructure in the Dehaishe refugee camp that carried out the attack. On May 27, 2002, **Ahmad Maghribi** and **Mahmoud Sarahna**, senior operatives of the infrastructure were detained and both admitted responsibility for orchestrating the attack and preparing the infrastructure for it.

\*\*\*

Suicide bombers in the current conflict

Page 632

**February 27, 2002**: **A suicide bomber exploded at the Maccabim checkpoint,**

**2 wounded (policemen)**

**Darin Abu 'Eisha**, a 22-year old resident of Beit Wazan in Samaria arrived in the Maccabim checkpoint coming from east to west in a car with two Tanzim operatives, **Hafez Maqbal** and **Musa Hasouna**. The two were asked to present their identity cards. When she was also asked to show some identification, she blew herself up. The suicide bomber was killed and the two Tanzim operatives in the car were shot and critically wounded. Two Israeli policemen were slightly wounded. Before she left to carry out the suicide bombing attack, she was photographed holding a raised knife. The photographer was **Ahmad 'Atzi**, a Ramallah journalist. The Fatah's Tanzim assumed responsibility for the attack.

***

**February 22, 2002**: **A suicide bomber exploded in a supermarket in Efrat,**

**3 wounded**



**Muhammad Dar Yassin**, a 26-year old resident of al-Doha near Bethlehem, and worked in construction at Efrat, attempted to use an explosive belt to blow himself up in a supermarket in the settlement's southern commercial center. He did not succeed in detonating the belt, which contained pipe charges and a compressed container. After he was identified as a suicide bomber he was shot and killed by a local resident. The attack was orchestrated by the Tanzim infrastructure in Bethlehem headed by **Yehia Da'amseh** in collaboration with **Ra'fat Jawabra**, head of the Tanzim cell in al-Doha.

***

**February 19, 2002**: **A suicide bomber exploded near a bus at Mahula junction,**

**No casualties**



**Omar Yassin**, a 20-year old resident of the village of Jeneid near Nablus. At the Mehola junction he attempted to board a bus en route from Jerusalem to Tiberias. The bus driver, who suspected the suicide bomber because of his clothing (he wore a puffed overcoat), ordered him to get off the bus and undergo an examination. When the driver began examining him, the suicide bomber fled, and after he had run a few meters blew himself up.

<mark>Page 633</mark>

The Black Arms of the al-Aqsa Martyrs Brigades assumed responsibility for the attack. He was dispatched by the Tanzim infrastructure in the village of Qalil headed by **Majed Keini**, who prepared him for the attack and took him part of the way to Wadi Bidan, where he was taken by another operative to the area of the site.

\*\*\*

<u>February 18, 2002</u>: **A suicide bomber exploded in a car-bomb near the A-Zaim checkpoint,**

**One policeman killed and 2 wounded**



<u>Yasser 'Odeh</u>, a 34-year old resident of Beit Sahour, married and father of three, a Fatah operative, of Jordanian extraction and who had been given an Israeli identity card for the purpose of reuniting with his family, since his wife was a resident of Beit Sahour. He parked his gray Peugeot 205 at the side of the road leading from Ma'ale Adumim to Jerusalem. Two policemen in a police patrol car were suspicious of the parked car, and when they saw him distance himself from the vehicle they detained him for questioning. The suicide bomber claimed to be a resident of Abu Dis, married and father of three and that his car ran out of fuel and that he was on his way to A-Tur to get some petrol. When one of the policemen got out of the patrol car to question him, the suicide bomber dove into the patrol car and detonated the explosive device. The attack was carried out by the Tanzim infrastructure in Bethlehem headed by **Ahmad Maghribi** who confessed in his interrogation by the Israeli Security Agency to dispatching the suicide bomber to blow up with the car-bomb a week before exploding in the checkpoint, but failed to do so because he did not find an appropriate place.

\*\*\*

<u>February 17, 2002</u>: **2 suicide bomber killed on their way to carry out an attack near IDF base 80,**

**Two policemen wounded**

**<u>Muhammad Hamuda</u>**, an 18-year old resident of <u>Nablus</u> and **<u>'Abd a—Jaber Khaled</u>**, a 22-year old resident of the village of Jaiyus near Qalqilya, drove a Mazda 323 to Hadera. Policemen in a passing patrol car became suspicious and tried to stop the car, which responded by firing shots. The Mazda stopped at IDF camp 80 near Pardess Hannah and one of the suicide bombers got out and threw what was either an explosive charge or a hand grenade and attempted to shoot the policemen.

The police returned fire and killed the assailant. The other assailant continued driving towards Talmei Elazar while being chased by the policemen who used firearms. In the area of Kibbutz Mezer, as the police tried to catch up with him, the suicide bomber blew himself up and his car exploded and the car was caught on fire. The al-Aqsa Martyrs Brigades assumed responsibility for the attack. **'Iyad Mahmoud Saleh Nasser**, a Fatah military operative in Tulkarem, stated during interrogation by the Israeli Security Agency that he and **Muhammad Zitawi**, head of the Tanzim infrastructure in Tulkarem, were involved in executing the attack.

\*\*\*

**February 16, 2002**: **A suicide bomber killed in a commercial center in Karnei Shomron,**

**3 casualties and 22 wounded**

**Sadeq 'Abd al-Hafez**, a 19-year old resident of Qalqilya, a student at the Qalandia vocational college, blew himself up in a pizzeria in the commercial center in Karnei Shomron. The People's Front assumed responsibility for the attack. The attack was planned and carried out by the People's Front infrastructure in Qalqilya under orchestration of **Ra'ed Madi** in collaboration with the People's Front infrastructure in Nablus headed by **'Ahed 'Awalma**.

\*\*\*

**February 6, 2002**: **A suicide bomber apprehended on a bus from Jerusalem to Ma'ale Edomim,**

**No casualties**



**Nidhal Surakji**, a 23-year old resident of Nablus, boarded a number 176 inter-urban bus at the French Hill junction in Jerusalem and sat across the aisle from the driver. Seeing the suicide bomber moving his hands within the pockets of his coat and noticing wires coming out of the coat, the driver became suspicious and en route, at A-Zaim junction, picked up Border Guard gendarmes who overcame the suicide bomber and took him off the bus. Bomb disposal experts defused his explosive belt's detonator. The suicide bomber said in his interrogation that he agreed to be a Shahid since he was deeply influenced by the death of his relative, Yussef Surakji, a senior member of the Hamas and what he has seen after his relative's death. He was recruited by **Iman** Shakhshir, whom he knew from years back when he left for the 'Umrah ceremony. Muhanad **Taher** had given the suicide bomber instructions for carrying out the attack, telling him how to make himself less

Suicide bombers in the current conflict

conspicuous, get to Jerusalem by bus and detonate the explosive belt; he also received information about choosing the target. On the day of the attack the suicide bomber shaved and bought new clothes to make himself look Israeli. Later that morning he got to Iman's house where he wore the belt and a coat over it. Near Anata crossing a companion joined him and escorted him to the area of the target. He got on the bus, paid the driver and when he couldn't detonate the device, got into a state of panic and was eventually caught.

\*\*\*

Suicide bombers in the current conflict



**January 30, 2002: A suicide bomber exploded on his way to meet an ISA coordinator near Taybeh,**

**2 wounded**



**Murad Abu 'Assal**, a 23-year old resident of Anabata near Tulkarem, got into a pick up car on his way to a meeting with his ISA handler and blew himself up . The attack was planned and executed by Islamic Jihad operatives, **Islami Iyad Sawalha** and **Tarik Ez al-Din,** with the support of Tulkarem operatives, **Mu'atasem Makhlouf**, **Jasser Ghader** and **Fadi Bahati**. The suicide bomber spent the night before the attack with Mu'atasem, who armed him the following morning in strict accordance with the instructions he had received from Iyad Sawalha, and afterwards sent him off to carry out the attack.

***

**January 27, 2002: A suicide bomber exploded on Yafo Street in Jerusalem,**

**One casualty and 90 wounded**



**Wafa' Idris**, a 31-year old divorcee resident of al-Am'ari refugee camp in Ramallah, (unable to have children due to her sterility) worked for the Red Crescent. The suicide bomber was a nurse and an academic. Three of her brothers were Fatah operatives, the eldest of whom was even detained in Israel during the first Intifada. The attack was planned and carried out by a Tanzim in Ramallah. The suicide bomber was wounded twice from rubber bullets whilst attending to Palestinian wounded, a fact that have been a motive to carry out the attack. Wafa' Idris was the first woman to carry out a suicide bombing attack during this confrontation.

***

**January 25, 2002: A suicide bomber exploded on Neve Sha'anan Street in Tel Aviv,**

**23 wounded**

Suicide bombers in the current conflict

**Safwat Khalil**, an 18-year old resident of Beit Wazan near Nablus, blew himself up on Neve Sha'anan Street in Tel Aviv, near the old central bus station. Another terrorist was apprehended at the scene who was supposed to carry out a shooting attack. The attack was orchestrated by the Islamic Jihad infrastructure in Jenin in collaboration with a Fatah operative, who was supposed to do the shooting. **Nasser Shawish** and **Rabi' Abu Rob**, who belonged to the infrastructure in Jenin, infiltrated both assailants into Israel through Tulkarem with the aid of Israeli Arab collaborators.

\*\*\*

**December 15, 2001: A suicide bomber exploded near a checkpoint south of Tulkarem,**

**3 wounded**



**Mahmud Faraj**, a single 28-year old resident of the Nur-a Shams refugee camp near Tulkarem, a Palestinian Islamic Jihad operative, blew himself up within some 30 meters north-east of IDF roadblock No. 105 south of Tulkarem. The terrorist attack was jointly perpetrated by the Islamic Jihad and Tanzim in Tulkarem. The suicide bomber had been recruited and prepared for the attack by **Riyad Badir**, a military Islamic Jihad operative from Tulkarem, in coordination with **Anwar Alyan** (detained), an operative from the Nur Shams refugee camp and a member of the military cell at the area of Tulkarem.

\*\*\*

**December 12, 2001: 2 suicide bombers exploded near Ganei Tal at Gush Katif,**

**3 wounded**

**The suicide bombers**





**Amjad Abu Fayad**                    **'Ali Ashour**

Suicide bombers in the current conflict

Amjad Abu Fayad, a resident of Sheikh Hamouda in Gaza, and Ali Ashour, a resident of Khan Yunis, both 22-year-old single students, detonated charges carried in bags on two vehicles driving near Ganei Tal in Gush Katif. Before one of them blew himself up the assailant blew up a ground laid device. The terrorist attack was perpetrated by a Hamas cell from Khan Yunis, and orchestrated by **Muhammad Def**. Muhammad Def's liaison person with the rest of the operatives was **Ismail Hamdan**. **Abdallah al-Fara**, the highest-ranking operative of Muhammad Def's infrastructure in the Khan Yunis area, was probably the one responsible for perpetrating the terrorist attack.

\*\*\*

## December 9, 2001: A suicide bomber exploded at the Check post junction in Haifa,

### 30 wounded

**Nimer Abu Siffin**, an 18-year old resident of the village of Yamoun near Jenin, carrying an explosive belt on his body, blew himself up among a group of soldiers at Haifa's Check post junction. The charge did not fully explode. As a result of the explosion, the suicide bomber was severely injured and shot dead by nearby policemen. A map or chart was found on his body with directions on getting to Haifa. He also carried a Quran and a copy of the Travel Prayer in Arabic. The Islamic Jihad assumed responsibility for the attack. The terrorist attack was carried out by the Islamic Jihad infrastructure in Samaria, with the assistance of Tanzim operatives.

\*\*\*

## December 4, 2001: A suicide bomber exploded near the Mamilla Hilton hotel in Jerusalem, 5 wounded


**Daud Sa'id**, a 46-year old resident of Artas near of Bethlehem, married and father of eight, blew himself up at the corner of David Hamelech Street and Eliyahu Shmaya Street in Jerusalem, within several yards of the Mamilla Hilton hotel. Apparently, the suicide bomber attempted to get on a bus but was unable to do so due to lack of time. The Jerusalem Squads of the military wing of the Islamic Jihad organization assumed responsibility for the attack. The terrorist attack was perpetrated by the Palestinian Islamic Jihad infrastructure in Bethlehem, which held constant and direct contact with the organization's leadership in Damascus. The commander of the infrastructure responsible for dispatching the suicide bomber to the terrorist attack was **'Issa Muhammad Isma'il Battat** (detained), from Bethlehem.

Suicide bombers in the current conflict

\*\*\*

### December 24, 2001: A suicide bomber exploded on a bus on Yad LaBanim Street in Haifa, 15casualties and 35 wounded



**Maher Hebeshi**, a 20-year old single resident of <u>Nablus</u>, blew himself up inside a number 16 Egged bus on Yad Labanim St. in Haifa's lower city. From debriefing of the bus driver, the suicide bomber boarded the bus one stop before the explosion occurred, paid and started advancing into the bus. When the driver called him to return his change, he turned around and blew himself up, probably using an explosive belt he was wearing, as he was not carrying any bag. The Hamas assumed responsibility for the attack. The terrorist attack was orchestrated by **Salim Hijjah**, a senior figure in Hamas' operative infrastructure in Samaria. In his interrogation he said that he received the suicide bomber and prepared him for the attack, while checking whether the suicide bomber is willing to die or not and told him that he would be better off not setting out on the attack if he was not ready. After studying the subject Hijjah instructed the suicide bomber regarding the location of the target and ordered him not to talk with the bus driver too much.

\*\*\*

Suicide bombers in the current conflict

### December 1, 2001: 2 suicide bombers explode at Ben Yehuda pedestrian-only street,

### 11 casualties and 170 wounded

### The suicide bombers

   

**Osama Baher**        **Nabil Abu Halbiyyah**

**Osama Baher**, a 25-year old Hamas operative from Abu Dis, devout Muslim, a member of the security committee in prison and an interrogator of suspects of collaboration (with Israel) and **Nabil Halbiyyah**, a 24-year old member of the Palestinian General Intelligence, plasterer by trade, with knowledge of combat skills, resident of Abu Dis, blew themselves up at Jerusalem's Ben Yehuda pedestrian-only street. Some fifteen minutes later, a car bomb detonated on Harav Kuk St., near the pedestrian shopping street. The Hamas assumed official responsibility for the attack. Osama approached **Farid** Atrash (a resident of Abu Dis who acted as a liaison between the activity of the military Hamas in Ramalah and that in Jerusalem) and asked him to meet with **Jamal Tawil**, a senior Hamas operative from Ramallah, asking him to recruit him into the Military Hamas. Tawil said to Farid that Osama should reach the Manarah square on Sunday in two weeks wearing a black jacket and holding a newspaper. After that Tawil transferred Osama's request to **Ibrahim Hammed**, One of the leaders of the Hamas in Ramallah, who apparently recruited him to carry out the bombing attack. In his interrogation, **Abdullah Jamal**, senior figure in the Ramallah Hamas infrastructure, said he prepared and delivered the belts and charges for the attack by means of **Sayed Sheikh Qassem**, Ibrahim Hammed's operations officer. Nabil Abu Halbiyyah was Osama Baher's close friend, and it seems that he was recruited to the terrorist attack on the background of their friendship. The car bomb that exploded belonged to **Nader Alyan**, a resident of Abu Dis, Islamic Jihad operative, who admitted during questioning that he owned the car but since he lives in the PA-administered territory and the car bore Israeli license plactes, Nader required the assistance of his friend, Murad Abu Remilah who registered the car on his cousin's name. Nader sold the car to Nabil and Osama and it was delivered into their possession a day before the attack.

Suicide bombers in the current conflict

Page 640

***

Suicide bombers in the current conflict

### November 29, 2001: A suicide bomber exploded on a bus by an IDF camp 80,

### 3 casualties and 8 wounded

**Sammer As'ad Shauwana**, a 20-year old single resident of Silat al-Harithiya near Jenin), devout Muslim, blew himself up on bus no. 823. The explosion took place near an IDF base (Mahane 80). A investigation of the event indicate that before the explosion, the bus picked up a 25-year old tidy-looking passenger with a small moustache and trimmed black hair from the bus stop at the Umm al-Fahm junction. The passenger handed the driver two 100 NIS bills and said, "Hadera". The driver noticed two other persons in the bus station. One of them patted the shoulder of the passenger who boarded the bus. The passenger went to the rear of the bus and sat down. When the bus arrived at the Mahane 80 junction, the driver heard a small explosion, stopped the bus and then a big explosion occurred. The Islamic Jihad assumed responsibility for the attack. During Operation Defensive Shield (April 2002), the Israeli security forces arrested **Thabet Mardawi**, a senior military operative of the Islamic Jihad infrastructure in Jenin and in his interrogation gave information about the attack, which led to the arrest of **Mahmoud Tawalba** (killed) by the Palestinian Authority. He related in his questioning that he had received from Mahmoud Tawalbeh an explosive belt ready for use, and that **Muhammad Yassin al-Anini** (killed) was the one who had recruited the suicide bomber. Muhammad is the one who took his pictures and drove him to the Umm al-Fahm region from where the suicide bomber was supposed to reach the area of a big city. According to the plan, the suicide bomber was not supposed to blow himself up in the Mahane 80 area and this is why it took so long to assume responsibility.

\*\*\*

### November 26, 2001: A suicide bomber exploded at Erez crossing,

### 2 wounded Border Guard gendarmes



**Taysir al-Ajrami**, a 25-yearold resident of the Jebaliya refugee camp in Gaza, married and father of three, worked for about a month at a sewing shop in the Erez industrial zone, probably gathering information for the terrorist attack during his work. In the early morning, when workers were being let through the checkpoint, the suicide bomber arrived and stood in line to enter the swiveling gate regulating the entry of the workers. Several minutes later, he activated a charge carried in his hands while standing near the window of the post

Suicide bombers in the current conflict

overlooking the entering workers. The Ez al-Din al-Qassam Brigades of the Hamas assumed responsibility for the attack.

\*\*\*

Suicide bombers in the current conflict

### November 8, 2001: A suicide bomber exploded during his interception at Baka al-Shaghqiyeh on his way to conduct a suicide bombing attack, 2 wounded Border Guard gendarmes



**Muayyad Khatib**, a 25-year old resident of Tulkarem, a construction engineering student in Bir Zeit University and later in al-Najah University. He was an in charge of the Indoctrination Committee in the Kutlah. During an operation to capture the suicide bomber, who sought to perpetrate a suicide bombing attack in Israeli territory, he noticed the Israeli forces and blew himself up. The Ez al-Din al-Qassam Brigades assumed responsibility for the attack. The terrorist attack was perpetrated by the Hamas infrastructure in Nablus, headed by **Yussuf Sarkaji** (killed). **Nassim Abu Rus** (detained), Chief Engineer and in charge of operation, **Taher Nasser**, who was the dispatcher and **Nasser A-Din Asida** (detained) who was the front line operator and head of the cell(s) took part in executing the attack.

\*\*\*

### October 17, 2001: A suicide bomber exploded near an IDF jeep at the area of Be'eri grove in the Negev, 2 soldiers wounded

**Fouad Abu Sariyya**, a 25-year old single resident of Gaza, blew himself up close to an IDF jeep driven by two rangers on patrol. The explosion occurred some 400 meters east of the border fence inside Israeli territory. An examination of the territory following the incident showed that the suicide bomber had been able to infiltrate into Israeli territory from the area of the security fence where there is a water bridge dressed in IDF uniform. After crossing the fence, he arrived in the grove and hid inside. Upon noticing the passing vehicle, he ran towards it and blew himself up. The People's Front assumed responsibility for the attack.

\*\*\*

Suicide bombers in the current conflict

### October 7, 2001: A suicide bomber exploded near THE ENTRANCE TO Kibbutz Shluhot,

### 1 casualty

**Ahmed Daraghmeh**, a 17-year old resident of Tubas, near Jenin, blew himself up near a car belonging to a resident of Kibbutz Shluhot (near Beit She'an), near the Kibbutz's entrance. The Islamic Jihad assumed responsibility for the attack. The terrorist attack was perpetrated by the Islamic Jihad infrastructure in Tubas. The questioning of Thabet Mardawi, a senior Islamic Jihad operative, showed that **Ayman Daraghmeh** was the one who had dispatched the suicide bomber and provided him with an explosive suitcase weighing some 8-10 KGs. for perpetrating the terrorist attack.

\*\*\*

### September 9, 2001: A suicide bomber exploded at the Nahariya railway station,

### 3 casualties and 46 wounded

**Shaker Hebishi**, a 48-year old resident of Abu Snan, married, father of six, blew himself up on the platform of the Nahariya train station. The Hamas assumed responsibility for the attack. Some ten days before the terrorist attack, he was suspected of being a potential suicide bomber, his photograph was circulated to the police and an attempt was made to arrest him. The terrorist attack was perpetrated by the Hamas operative infrastructure in Samaria. It was orchestrated by **Qais Adwan** (killed), a senior figure of Hamas' operative wing in Samaria, who recruited the suicide bomber, was behind this attack. He is the one who recruited the suicide bomber to carry out the attack and later offered him refuge after the suicide bomber fled his home.

\*\*\*

Suicide bombers in the current conflict

### September 4, 2001: A suicide bomber exploded on HaNevi'im Street in Jerusalem,

### 13 wounded

 **Ra'ed Barghouti**, a 26-year old single resident of Ramallah teacher by trade, a graduate of the Islamic Religious Law College in Abu Dis. A devout Muslim, he was a Hamas operative since the early 1990s. He blew himself up on HaNevi'im St. in Jerusalem while being detained by border guard gendarmes whose suspicions he aroused. The Ez al-Din al-Qassam Brigades assumed responsibility for the attack. According to eyewitness testimonies, the suicide bomber was dressed in black pants, a white shirt, and a black skullcap, making him look like an orthodox Jew. He had a big backpack on his back. He was assisted by another terrorist, '**Ahed Natsha**, who was injured in the explosion. The Hamas infrastructures in Jerusalem were behind the terrorist attack using operatives from Ramallah. In his questioning, 'Ahed Natsha related that two weeks before the attack, he met the cell members and the suicide bomber at a mosque in al-Bireh, and it was agreed that the attack would take place within several days. According to the original plan, the terrorist attack was supposed to take place on an Egged bus no. 13 in Jerusalem, but it was ultimately decided to perpetrate it at the bus stop of line no. 13. On the day of the attack, 'Ahed met the suicide bomber at the A-Ram junction, and from there they proceeded into Jerusalem. There they met another operative who provided them with the explosive charge. 'Ahed led the suicide bomber into the Clal building area. The investigation conducted by the Preventive Security Services indicate that the charge for the attack was prepared by **Ahmed Abu Taha** and **Ra'ed Abu Daher** (leader of the cell) and Ra'ed recruited Bilal Barghouti to carry out the attack.

\*\*\*

### August 12, 2001: A suicide bomber exploded in café Wall Street at Qiryat Motzkin,

### 18 wounded

**Muhammad Nasr**, a 28-year-old single resident of Qabatia near of Jenin, blew himself up at the Wall Street Café, located on Ben Gurion Blvd. in Qiryat Motzkin. Eyewitnesses related that he was wearing a blue jeans and a white buttoned shirt and was not carrying with him a bag. The suicide bomber acted nervously and had some sort of bandage wrapped around his body with wires sticking from underneath it. The suicide bomber pressed an object he held in his hand, resembling a lighter, and the explosion ensued. The Islamic Jihad

Suicide bombers in the current conflict

assumed responsibility for the attack. The terrorist attack was perpetrated by
the Islamic Jihad operative infrastructure headed by **Mahmoud Nursi**.

\*\*\*

Suicide bombers in the current conflict

### August 9, 2001: A suicide bomber exploded in Sbarro restaurant in Jerusalem,

### 15 casualties and 110 wounded

**Ez al-Din al-Masri**, a 22-year old single resident of the village of <u>Aqaba near Tulkarem</u>, blew himself up at the Sbarro restaurant, on the corner of King George and Yaffo streets in Jerusalem. The terrorist attack was coordinated and planned by the Hamas infrastructure in Ramallah. The deadly explosive charge was manufactured by **Abdullah Jamal**, the chief "engineer" of the Hamas infrastructure in the Judea region, who was producing explosive devices and training Hamas operatives with production of means of warfare and setting up labs for production of explosives. The powerful charge was hidden inside a guitar that was in a guitar case thus giving it the perfect camouflage. The infrastructure that perpetrated the attack was run by **Bilal Barghouti**, a senior 27-year old Hamas operative from Beit Rima. The suicide bomber's recruiter and aid was Muhammad Douglas, a 24-year old Hamas operative from Burqa. He was activated by Barghouti. Douglas recruited Ez al-Din and the suicide bomber's guide, **Ahlam Tamimi**, a 20-year-old Jordanian national, who resided in Ramallah, studied in Bir Zeit, and worked as a journalist. Douglas purchased the guitar in which the explosive device was hidden and the carrying case too. Tamimi was also involved in gathering the intelligence for the attack. A day before the attack, Barghouti met with the suicide bomber, hosted him in an apartment in the area of Ramallah and went with him to buy new clothes. On the day of the attack, Douglas received the suicide bomber at a mosque in El-Bire and later on they met Barghouti who took them to an operational apartment at the Am'ari refugee camp. At the apartment Bilal instructed the suicide bomber how to activate the charge. Furthermore on the day of the attack Douglas met Tamimi with the suicide bomber in Ramallah. Tamimi, along with the suicide bomber and the charge hidden inside the guitar, headed for a taxi-cab station in Ramallah, where they took a taxi-cab to Jerusalem. Tamimi carried a camera and spoke with the suicide bomber in English, so that she could inconspicuously pass for a tourist.

\*\*\*

### August 8, 2001: A suicide bomber exploded in a car-bomb near Beqaot checkpoint,

### 1 soldier wounded

 **Ashraf Sayyid**, a 23-year old Hamas operative from Nablus was killed in a car bomb explosion at an IDF checkpoint near Beqaot

Suicide bombers in the current conflict

in the Jordan Valley. The investigation conducted at the place indicates that the car arrived at the roadblock and stopped in front of the concrete cubes. A soldier ordered the driver to approach for inspection. The terrorist then pressed the gas and blew himself up near the soldier. It is possible that the destination of the terrorist attack was different and that the suicide bomber feared that the car's inspection could give him away and therefore decided to perpetrate the attack on the spot.

\*\*\*

Suicide bombers in the current conflict

### August 2, 2001: A suicide bomber apprehended when trying to board a bus near Beit She'an, no casualties



**Muhammad Abu Hadr Basharat**, a 16-year old high school student from Tamun near Jenin, originally from Nablus, was captured while trying to get on an Egged bus at Tel Te'omim near Beit She'an to perpetrate a suicide bombing attack. The suicide bomber's bag contained three mortar bombs and a silver switch connected with a red wire. From his investigation we learn that the attack attempt was guided by the Islamic Jihad infrastructure in Tubas, headed by **Zayd Bsisi** (detained). Bsisi's interrogation indicates that Ramzi Basharat offered the suicide bomber recruitment to the Islamic Jihad and afterwards spoke with him regarding carrying out a suicide bombing attack. **A'aref Basharat** (detained) solicited to conduct the attack and got the suicide bomber to a meeting with Zayd Bsisi. **Fouad Basharat** led the suicide bomber to the location of the attack.

***

### July 22, 2001: A suicide bomber apprehended when trying to activate an explosive belt in the flea market in Haifa, no casualties



**Mourad Tawalbeh (Nursi)**, an 18-year-old resident of the Jenin refugee camp was detained while trying to perpetrate a suicide bombing attack in Haifa. The suicide bomber handed over to the police explosive charges he had hidden in an abandoned house in Haifa, before his detention. In his questioning, he related that he had expressed a desire to carry out a suicide bombing attack and was linked by his brother, **Mahmoud Tawalbeh**, to Islamic Jihad operatives. The suicide bomber's brother, Mahmoud Tawalbeh, was the one who had prepared the explosive belt for the attack, which was transported to Israel by organization operative **Muhammad Yassin**.

***

Suicide bombers in the current conflict

Page 647

### <u>July 16, 2001</u>: A suicide bomber exploded in a bus station near the train station in Binyamina, 2 soldiers killed and 8 wounded



**Nidal Abu Shaduf**, a 20-year old single resident of <u>Burkin near Jenin</u>, blew himself up at a bus station facing the train station in Binyamina. The attack was orchestrated by **Thabet Mardawi** and **Mahmoud Nursi**. Nursi provided a bag weighing some 20 KGs. to **Muhammad Yassin** who transported the terrorist and the explosive charge to **Samir Fayed**, a taxi driver from the Jenin refugee camp who drove the terrorist to Israel.

***

### <u>July 11, 2001</u>: A suicide bomber apprehended in Afula,

### No casualties



**Jihad Jarar**, a 17-year old high school student from <u>Jenin</u> set out in the morning hours carrying a bag with an explosive charge headed out towards Afula in two taxi-cabs, one of which by-passed the Salem roadblock. He aroused the suspicion of a police officer near the Afula police station, who conducted a suspect detention procedure on him. Upon his detention, the suicide bomber attempted to activate the charge, but was physically overcome by the police officer. In his questioning, the terrorist confessed to planning to carry out a suicide bombing attack in a crowded place in Afula. He also said he was a Islamic Jihad operative and that he had received the charge from **Mahmoud Tawalbeh (Nursi)**, with operation instructions. The suicide bomber added that before setting out to conduct the attack he wrote a will and was even documented on video expressing his intention to perpetrate a suicide bombing attack. The suicide bomber was recruited two months before the attack into the Islamic Jihad and wished to carry out a suicide attack.

***

Suicide bombers in the current conflict

### July 9, 2001: A suicide bomber exploded in a car-bomb in the area of Gush Katif,

### 1 soldier wounded



**Nafez Nathr,** a 26-year old resident of Jebaliya in Gaza, married and father of two and a Hamas activist who worked at the Islamic University, blew himself up in a car full of explosives near IDF vehicles in the area of Gush Katif. There were approximately 40-50 KGs of explosives in the car, of which 10-15 kg detonated. The attack was carried out by the military wing of the Hamas in the Gaza under the orchestration of **Salah Sh'hadeh**. Sh'hadeh's right hand and the actual execution of the attack, **Mahmoud Matlek 'Issa**, was arrested by the organs right after the attack.

\*\*\*

### June 22, 2001: An explosion of a car-bomb near an IDF patrol on the Shiqma beach near Elei Sinai,

### 2 soldiers killed and one wounded



**Ismail Ma'asswabi**, a 22-year old unmarried resident of the Shati refugee camp in Gaza Strip, a Hamas activist and a student at the Islamic university, blew up a car-bomb near an IDF patrol on the Shiqma beach near Elei Sinai. The suicide bomber, driving a white jeep bearing yellow license plates got stuck in the dunes near a building. Locals asked a patrol passing by to assist and when the soldiers approached to assist the driver, the suicide bomber blew up the jeep. Information received later indicated that he did not intend to to get stuck in the first place but intended to reach one of the settlements in the area, or to infiltrate into Israel proper. With him in the vehicle was another operative, Mahmoud Ghoul, who escaped ten minutes before the explosion. The attack was carried out by the Hamas.

\*\*\*

Suicide bombers in the current conflict

### June 17, 2001: A partial explosion of a booby trapped cart pulled by a donkey near an IDF post in Dahaniya near Rafah,

**No casualties**



**Murad Abu Mu'ayliq**, a 23-year old resident of the Nuseirat refugee camp in the Gaza Strip, a student at the Open University in Gaza, approached the entrance of the village of Dahaniya riding a cart pulled by a donkey, which held a large water barrel. When he tried to detonate the device only part of it exploded, blowing him off the wagon. He tried to escape on foot and was shot by IDF soldiers at the gate and detained. During interrogation he stated that **Nabil Shrikhi**, an Islamic Jihad operative active in the northern Gaza Strip, had recruited him upon his own initiative and his wish to carry out a suicide bombing attack. He received 2,500 NIS, and in accordance with the instructions he received left for Rafah, where he met man by the name of Salah. They stayed at the place together and on the following morning (the day of the attack) the two drove to a citrus grove near Dahaniya where the suicide bomber was given the cart and donkey and received instructions for carrying out the attack.

\*\*\*

### June 1, 2001: A suicide bomber exploded at the entrance of the Dolphinarium in Tel Aviv,

**22 casualties and 83 wounded,**

**Sa'id Hutri**, a 22-year old from Qalqilya, Jordanian in extraction and a Hamas operative, blew himself up near a group of young people at the entrance to the "water world" Dolphinarium night club in Tel Aviv. Responsible for the attack was the Hamas military infrastructure in Qalqilya. This infrastructure was established by **Salim Haja**, 30 years old, from Nablus, one of the Hamas's senior operatives in Judea and Samaria and responsible for the organization's military infrastructure in northern Samaria. He appointed '**Abd al-Rahman Hamad**, as head of the infrastructure, whom he knew from their time spent together at Aiman prison. **Mahmoud Nadi** (detained) drove the suicide bomber to the Dolphinarium. In his interrogation in the Israeli Security Agency he stated that **Annas 'A-Kareen Dawoud**, a resident of Qalqilya, identified with the Hamas and with a criminal record is the person who coordinated the transportation of the suicide bomber from Qalqilya into Tel Aviv while maintaining phone contact with Mahmoud and the suicide bomber during the ride.

\*\*\*

Suicide bombers in the current conflict

### <u>May 29, 2001</u>: A suicide bomber exploded and another terrorist was shot dead at Tufah checkpoint,

### 2 soldiers wounded

 **'Abd al-M'uti al-sattar**, a 19-year old unmarried resident of <u>Khan Yunis</u> and a student at the Islamic University, reached the Tufah checkpoint with another terrorist, **Ismail 'Ashur**, a 20-year old resident of the Khan Yunis refugee camp, also a student at the Islamic University. They arrived to the metal detection gate position and were asked to show identification and when they did not, were requested by the soldiers to leave. At that point the suicide bomber approached the soldiers and blew himself up. In parallel the other terrorist retreated a bit and after the blast came towards them throwing hand grenades and was shot dead by IDF soldiers. The attack was carried out by the Hamas.

\*\*\*

### <u>May 25, 2001</u>: 2 suicide bombers blew up a car-bomb at the Hadera central bus station, 66 wounded

<u>**Osama Abu al-Hija**</u>, a 22-year old resident of the <u>Jenin refugee camp</u>, , unmarried and worked for a carpet company and **'Ala Sabah** a 22-year old unmarried resident of <u>Jenin</u>, who worked in a clothing store, blew themselves up in a car full of explosives at the Hadera central bus station. The Islamic Jihad assumed responsibility for the attack. **Thabet Mardawi** and **Mahmoud Nurasi** planned the attack, prepared the car-bomb and an explosive suitcase and escorted the two suicide bombers from Barta'a to Israel. It was the first suicide bombing attack inside Israel carried out by the Islamic Jihad since November 1998 (in Jerusalem).

\*\*\*

Suicide bombers in the current conflict

Page 651

### May 25, 2001: A suicide bomber blew up a tanker at Netsarim junction, 66 wounded

**Hussein Abu Nasr**, a 22-year old unmarried resident of the Jebaliya refugee camp in Gaza, a student at the Islamic University and a former Islamic Jihad operative. He drove the gasoline-laden tanker next to a military convoy at the Netsarim junction and IDF forces from a nearby post opened fire. He turned off the road and stopped at the earthworks in front of the army post. The tanker blew up with the suicide bomber in the driver's seat. There were three containers of bottled gas in the cabin and 48 KGs of homemade explosives. The Hamas assumed responsibility for the attack. The attack was orchestrated by **Salah Shahadeh**, one of the movement's senior leaders in the Gaza Strip and a founder of its military wing.

\*\*\*

### May 18, 2001: A suicide bomber exploded at the entrance of the Sharon mall in Netanya,

### 5 casualties and 86 wounded



**Mahmoud Marmash**, a 21-year old unmarried resident of Tulkarem, a devout Muslim and Hamas operative, blew himself up at the entrance to the Sharon shopping mall in Netanya. The Hamas assumed responsibility for the attack and even published a video cassette in which the suicide bomber, Mahmoud Marmash can be seen. The attack was organized by the Hamas infrastructure in Tulkarem, which was responsible for two other suicide bombing attacks in Netanya (March 4 and May 18) in which the local operatives of the old mosque of Tulkarem carried out suicide attacks. **Fuaz Badran** (killed), a military Hamas operative from Tulkarem, recruited Mahmoud Marmash for the attack. **'Amar hadiri** who was the assistant of **'Abbas el-sid** (head of the infrastructure, detained) was the field operative and mediator between Fuaz and 'Abbas. Among other things, 'Abbas ordered 'Amar to prepare the filming equipment to fild the suicide bomber and hand it over to Fuaz.

\*\*\*

Page 652

### April 29, 2001: A suicide bomber blew up a car-bomb near a bus in Dir Sharif junction, no casualties

**Jammal Nasser**, a 23-year old unmarried resident of Nablus, studying engineering at Al-Najah University in Nablus and an activist for the Islamic Block, blew himself up next to a school bus at the Dir Sharif junction. The investigations reveal that a malfunction occurred. During the attack a Palestinian vehicle approached the bus and the suicide bomber hesitated lest he blow it up instead of the bus as originally planned. This prevented many casualties. The attack was planned and carried out by the Hamas terrorist-operative infrastructure in Nablus. **'Abdullah Bilal** dispatched the suicide bomber to the attack and in addition to that the involvement of **Khaled Riyan** and **Majdi Balasma** in setting the attack in motion is known.

***

### April 22, 2001: A suicide bomber exploded in a bus station in Kfar Saba, 1 casualty and 45 wounded

**'Imad Zubeidi**, an 18-year old resident of Nablus and a high school Student, blew himself up at a Number 29 urban bus stop on Tchernichovsky street in Kfar Saba. Hamas assumed responsibility for the attack. The attack was carried out by Hamas operatives from the Nablus area. **Muhannad Taher** was responsible for recruiting and dispatching the suicide bomber. **'Ali Hudiri** organized the location of the attack and transportation and **Nihad Abu Qishq**, a professional driver with an Israeli identity card, drove the suicide bomber to Israel.

***

Suicide bombers in the current conflict



Page 653

**March 28, 2001:** **A suicide bomber exploded near a gas station in Neve Yamin,**

**1 casualty and 45 wounded**

<u>**Fadi 'Amer**</u>, a 23 years old unmarried resident of <u>Qalqilya</u>, a Hamas operative and a student at the Open University in Qalqilya, blew himself up at a gas station on route 444 south of the eastern Kfar Saba junction while standing close to a group of high school students who were waiting for the bus to take them to school at Kedumim. The Hamas terrorist-operative infrastructure in Qalqilya planned and carried out the attack. The suicide bomber was sent by **Jibril Jibril** and **Tarik Brazili**, military Hamas operatives from Qalqilya. The operatives updated **E-Rahman Hemad (killed)** and **Ra'ed Hutry**, a senior military Hamas operative about the attack so they will be able to assume responsibility. **Ibrahim Dahmas**, an operational Hamas operative from Qalquilya, also confessed in his interrogations of his contact with the suicide bomber and his intention to plan the attack.

**March 27, 2001:** **A suicide bomber exploded near a bus at the French Hill junction in Jerusalem, 13 wounded**


<u>**Dhiya Tawil**</u>, a 20-year old unmarried resident of <u>Al-Bireh, near Ramallah</u>, an engineering student at Beir Zeit University, a Hamas operative and the nephew of Jamal al-Tawil, a senior Hamas operative in Ramallah. Dhiya' Tawil blew himself up next to a Number 6 urban bus traveling east from the French Hill. The Hamas assumed responsibility for the attack. Starting July 2001 the Preventive Security Services started exposing a military Hamas infrastructure with its center in Samaria and an operative branch in Ramallah. On August 9, 2001 the Preventive Security Services arrested '**Abdullah Jamal** and **Bilal Barghouti**, both residents of Beit Rima. In their interrogation by the Israeli Security Agency they admitted that they had dispatched the suicide bomber. They also admitted operating an explosives laboratory in Ramallah. Barghouti was the one who recruited the suicide bomber to carry out the attack and afterwards sent him to Nablus to get the explosive charge. The suicide bomber was dispatched to the attack by **Iman Jalawah** (killed), one of the leaders of the Hamas infrastructure in the Samaria.

\*\*\*

Suicide bombers in the current conflict

Page 654

**March 4, 2001: A suicide bomber exploded in a central street in Netanya,**

**3 casualties and 53 wounded**



**Ahmed 'Alian**, a 23-year old unmarried resident of the <u>Nur a-Shams refugee camp near Tulkarem</u>, a devout Muslim and muezzin at a mosque, approached a Number 22 urban bus which had stopped at a red light at the corner of Herzl and Shoham Streets in Netanya. When he was about 2-3 meters away from the bus he blew himself up. A week before the attack the suicide bomber wrote a will in which he mainly referred to the actual act of suicide and it is clear he was exposed to a Hamas style brain-wash in the mosque where he prayed. In the second part he divided his estate. The Hamas infrastructure in Tulkarem was responsible for the attack; it was headed by **Fuaz Badran (killed)**, who was aided by **Ahmad Jayussi** (detained), a 23-year old Hamas operative and resident of Tulkarem, who admitted in his interrogation that he transferred the suicide bomber to the area of the attack and cleared the way for him on the way to Netanya.

\*\*\*

Suicide bombers in the current conflict

Page 655

### March 1, 2001: A suicide bomber exploded in a taxi, near Mei Ami junction,,

#### 1 casualty and 10 wounded

 **Ziyad Kilani**, a 28-year old resident of Siris near Jenin, took an Israeli taxi (driven by an Israeli driver from Elad) traveling north from Tel Aviv to Tiberias, and when it stopped at a surprise police roadblock near the Mei Ami junction, he detonated the explosive device he was carrying in a bag and was critically wounded. While in the Carmel market in Tel Aviv on December 21, 2000, he stabbed an Israeli civilian was shopping there. The day before the suicide bombing attack he also left a bomb ready to explode in a shawarma shop in Tel Aviv, but it was discovered and detonated by the police bomb squad. On the same day he left a bomb near a group of young people on the sea front promenade near the Dolphinarium. He tried to detonate it but it did not explode. During interrogation he admitted to having a third, non-functional explosive device in his possession which he intended to return to the Palestinian Authority (PA)-administered territories for repairs, and that was the device he detonated in the taxi when it was stopped for inspection. All the attacks he carried out were planned by Hamas under the direction of **Qayis Adwan Abu Jabel**, a resident of Jenin and head of the Islamic Block at Al-Najah University. Somewhat later the suicide bomber's (Jewish) girlfriend, **Angelica Yossefov**, was detained, and during interrogation admitted she knew about the stab attack he had carried out and that he had two explosive devices in his possession. Angelica was with the terrorist when he placed the device in the shop in Allenby Street, went with him to the Dolphinarium beach while aware to the fact that he had an explosive device in his possession, was with him when he placed that device and when he attempted to detonate it with the cellular phone. In addition, Angelica knew the suicide bomber had a device when he boarded the taxi where eventually he got it to explode.

***

Suicide bombers in the current conflict



<mark>Page 656</mark>

### January 1, 2001: A suicide bomber blew up a car-bomb in Herzl Street in Netanya, 35 wounded

 **Hamed Abu Hijlah**, a 23-year old unmarried resident of Nablus, a civil engineering student at Al-Najah University in Nablus, a devout Muslim and an Islamic Block activist, blew himself up in a car full of explosives on Herzl Street in Netanya's. The Hamas assumed responsibility for the attack. The attack was planned and carried out by the Hamas infrastructure in Nablus headed by **Omar Jabrini**. **Mahmoud Madani** (killed) was in charge of locating and preparing the suicide bomber to the attack. **Feisal Saba'ana**, a Hamas military operative from Qabatiya near Jenin, was responsible for infiltrating the suicide bomber into Israel. The terrorist-operative infrastructure behind the attack was made up primarily of students who belonged to the Islamic Block, the Hamas student organization, which traditionally recruits military operatives and aiders into the movement's ranks.

\*\*\*

### December 22, 2000: A suicide bomber exploded at the Mehola rest shop in the Jordan Valley,

### 3 wounded soldiers

 **Hashem Najar**, a 25 years old unmarried resident of Hebron, studying journalism at Al-Najah University in Nablus and head of the Islamic Block in the school of Social Sciences, entered the rest stop and after buying sunflower seeds, cola and cigarettes, went out onto the veranda, approached a group of IDF soldiers and blew himself up a few meters from them. The Hamas assumed responsibility for the attack. He had been recruited to Hamas in 1994 and from then on had been active in the movement. Apparently the attack was planned and carried out by the Hamas infrastructure in Nablus. **Salim Haja** (detained) said in his interrogation in the Israeli Security Agency that the attack was carried out under the orchestration of **Iman Halwa** (killed) and Salim himself who located the suicide bomber. In addition, **Nader Zawafta** (detained) a Hamas operative from Tubas participated in executing the attack.

\*\*\*

Suicide bombers in the current conflict



### December 15, 2000: A suicide bomber attempted to blow himself up near a guard detail at the Erez crossing, no casualties



**Nur al-Din Safi**, a 22-year old unmarried resident of the <u>Shati refugee camp near Gaza</u>, a Hamas operative and graduate of the accounting department of the Islamic University in Gaza, reached the Magen 12 post after the Palestinian workers entered the Erez industrial zone. The metal detector beeped when he tried to pass through. He tried to detonate the explosive belt he was wearing and when he was unsuccessful, he tried to stab the soldier operating the security controller. He was then shot by security controllers and soldiers who were at the place. There is no information about the organization behind the attack.

\*\*\*

### November 6, 2000: A bomb-boat exploded near a Navy Dabur patrol boat in front of Rafah, no casualties



**Hamdi Miqdad**, a 27-year old unmarried resident of the <u>Shati refugee camp in Gaza</u>. Close to midnight he blew himself up in a small Hasake boat close to an Israeli Dabur patrol boat which was on a routine mission along the Gaza Strip coastline. The Palestinian boat exploded about 50-60 meters from the patrol boat and about 1.4 km from the shore. The Dabur personnel identified a small Hasake with two covered crates in its bow. The IDF soldiers identified the boat as having a motor and carrying one individual who upon realizing he had been seen, bent over and an explosion was heard. Hamas, publicly assuming responsibility for the attack, said it had been a suicide bombing attack. **It was the first time Hamas had attempted an attack at sea.**

\*\*\*

Suicide bombers in the current conflict

Page 658

### October 26, 2000: A suicide bomber exploded on a pair of bicycle near an IDF post by Gush Katif, 1 soldier wounded

 **Nabil al-'Er'aghir**, a 24-year old unmarried resident of the Seja'iya Jedida neighborhood of the Gaza and a student at the Islamic University in Gaza, rode a pair of bicycle along the Kissufim road from east to west. An IDF solider noticed him and ordered him to keep his distance; he then blew himself up. The Islamic Jihad assumed responsibility for the attack. In fact, it was the first suicide bombing attack carried out by the Islamic Jihad since April 1997. It was timed for the fifth anniversary of the death of Fathi Shqaqi, who founded the organization. The attack was orchestrated by **Mahmoud al-Hindi**, the head of the Islamic Jihad in the Gaza Strip. The cell of the Islamic Jihad responsible for the attack comes from the Jebaliya Refugee camp, headed by **Maqlid Hamid** (later killed).

\*\*\*