# Exhibit 5

משרד ראש הממשלה

חיפוש | בכל האתר | חיפוש מתקדם | חפש | English | عربي

| ראש הממשלה
| ממשלת ישראל
| מזכירות הממשלה
| משרד ראש הממשלה
| היסטוריה
| תקשורת
| פניות הציבור
| ארכיון
  | אירועים
  | הודעות לעיתונות
  | הודעות מזכיר הממשלה
  | החלטות ממשלה
  | נאומים
| מכרזים
| מינהלת תנופה
| תוכניות עבודה 2011

| החלטות ממשלה וועדות שרים
| פניות הציבור
| תגובות והצעות

משרד ראש הממשלה > ארכיון > אוגוסט 2002 - הודעות לעיתונות ממשלת אריאל שרון > חשיפת חוליית הטרור שביצעה את ניסיונות הפיגוע ברכבות ובמכליות הדלק, פיגוע ההתאבדות בקפה מומנט בירושלים והפיגוע באוניברסיטה העברית.

## חשיפת חוליית הטרור שביצעה את ניסיונות הפיגוע ברכבות ובמכליות הדלק, פיגוע ההתאבדות בקפה מומנט בירושלים והפיגוע באוניברסיטה העברית.

חשיפת חוליית הטרור שביצעה את ניסיונות הפיגוע ברכבות ובמכליות הדלק, פיגוע ההתאבדות בקפה מומנט בירושלים והפיגוע באוניברסיטה העברית. (21/08/2002)

מפקדת החמאס ברמאללה גייסה והפעילה חולייה ירושלמית מזרח ירושלמית לצורך ביצוע פיגועי תופת והתאבדות קשים בתוך שטח ישראל. המפקדה ברמאללה עסקה טרום מבצע "חומת מגן" ולאחריו באיתור וגיוס מתאבדים, העברתם לשטח ישראל דרך קו התפר באמצעות חברי החוליה המזרח ירושלמית, הכנת מטעני החבלה והעברתם לשימוש החוליה הירושלמית, כמו כן קבעה מפקדת החמאס מה יהיו יעדי הפיגועים.

תושבי מזרח ירושלים- עסקו באיסוף מידע על יעדי הפיגועים, שימשו כמכוונים הפיגועים ובחלק מהמקרים כמבצעיה.

במסגרת הפרשיה נחשפה כאמור מעורבותם העמוקה של ערבים תושבי מזרח ירושלים, פעילי חמאס, בהכוונת מפקדת הארגון ברמאללה, כמבצעי הפיגועים (מחמד עודה, תושב סילואן, בן 29 - מניח המטען באוניברסיטה ) כמכוונים ויוזמים (ואאל קאסם, מפקד החוליה, תושב ראס אל עמוד, בן 31) וכאוספי מידע על יעדי הפיגוע (וסאם עבאסי, תושב סילואן, בן 25 ועלא עבאסי , תושב ראס אל עמוד בן 30). תושבי מזרח ישראלים הנהנים מכלל הזכויות של אזרחי מדינת ישראל, פרט לחופש בחירה, ניצלו עובדה זאת כדי ליזום להכוונן ולבצע פיגועי תופת קשים בתוך ישראל. במסגרת הפרשיה נחשף כי תושבי מזרח ירושלים ניצלו את חופש התנועה שלהם בתוך ישראל בשלבים השונים עד לביצוע הפיגוע- איסוף מידע על יעדי הפיגועים, תנועה ברכבים בעלי לוחיות רישוי צהובות בתוך ישראל, הבאת מטעני החבלה למקומות הסמוכים ליעדי הפיגוע בטרם הביצוע ולבסוף בביצוע הפיגועים בפועל, לחלופין החדרה של מתאבדים דרך קווי התפר תוך ניצול הנגישות כירושלמים והבאת המתאבד בבטחה למקום ביצוע הפיגוע.

משמעות הדברים הינה פגיעה ישירה באמון הניתן בתושבי מזרח ירושלים, אשר עלולים לשלם מחיר חברתי וכלכלי כבד כתוצאה מהתרחקות האוכלוסייה היהודית ממגע עימם והכללתם כחשודים בכל אתר. נראה כי גורמים קיצונים אלו לא נטלו "רשות" מהאוכלוסייה הערבית של ירושלים לגרום לה לנזק תדמיתי זה על כל משמעויותיו.

ניצול מקומות העבודה בישראל של תושבי מזרח ירושלים לצורך בחירות יעדי הפיגוע. ארגוני הטרור מנצלים את נגישותם של תושבי מזרח ירושלים כתוצאה מעבודתם בישראל (בהווה או בעבר) לצורך איסוף מידע וביצוע פיגועי תופת והתאבדות בתוך שטח ישראל. חברי החוליה הירושלמית עבדו בזירות הפיגועים או בסמוך להן ועל כן יכלו לספק מידע על יעדי הפיגוע. מחמד עודה, מניח המטען בקפיטריה עבד כקבלן שיפוצים באוניברסיטה. כל יכול היה להשתמש בהכרותו את הזירה, לצורך הסתרת המטען יום קודם לכן ובהמשך להניחו בקפיטריה ללא שהוא מעורר חשד. האמור כמובן לא מנע ממנו להתייצב למחרת לעבודתו באוניברסיטה כרגיל. ואסם עבאסי עבד באזור חולון - במהלך נסיעותיו באזור ראשון לציון הבחין במועדון הבילארד והציפו כיצד וכמו כן עמד על אפשרויות הגישה למקום. ואסם גם אסף מידע על מכלית הגז שחנתה בחולון.

משמעות הדבר היא כי בעתיד ימנעו עוד ועוד מעסיקים ישראלים (חיזוק המגמה המוכרת בתקופה האחרונה) מהעסקת תושבי מזרח ירושלים בעלי תעודות זהות ישראליות אשר עלולים לנצל את עבודתם בישראל לצורך הצפת יעדי פיגוע עבור ארגוני הטרור ואף לבצע את הפיגועים בעצמם. ברור כמובן מהו המחיר שישלמו תושבי ירושלים, כתוצאה ממעשי חברת חמאס טרוריסטית אשר האג'נדה שלה נקבעה אישם בסוריה ואיראן.

מגה טרור
מניתוח מתווה הפיגועים והיעדים שנבחרו ברור כי ארגון החמאס בקש לנקוט בטרור בלתי מרוסן תוך פגיעה ביעדים אסטרטגיים של מדינת ישראל. המיקוד לא היה בהשגת יעדים מדיניים אלא ביצוע פגיעה חסרת תקדים, שאין ממנה דרך חזרה, בתשתיות של מדינת ישראל (רכבות מכליות הגז) וגרימת נזקים כבדים בנפש וברכוש. המטרה היתה להביא למספר רב ביותר של הרוגים ופצועים, לפגוע בעורקי החיים של המדינה ולשבש את אורח החיים היום יומי, זאת תוך התעלמות מוחלטת מן התוצאות וההשלכות של המעשים כתוצאה מתגובת ישראל והעולם החופשי.

פגיעה באזרחים זרים
זוהי הפעם הראשונה שמתבצעה פיגוע טרור בתוך קמפוס אוניברסיטה. יעד הפיגוע מוכיח את השימוש בטרור בלתי מרוסן אשר אינו מבחין מי הם נפגעיו. בפיגוע זה נהרגו אזרחים זרים מארצות הברית וצרפת לצד אזרחים ישראלים ורבים נפצעו. ביצוע פיגוע שכזה באמצעות מחבל שעובד ומכיר היטב את הזירה, את הנוכחים בה ואת המשמעות של מעשיו, מדגישים את התפיסה של טרור אנרכיסטי בלתי מרוסן. הפיגוע בקמפוס אוניברסיטאי שנתפס בעיני העולם המערבי כאתר אקטרוטרי, אשר אמור להוות גשר אוניברסיאלי- תרבותי ולהטמיע ערכי פיוס והשכלה, מוכיח את הבוז אשר מייחסים ארגוני הטרור בדגש על האסלאמים לערכים אלו, ומה שמייצג מלחמת תרבות בה נתפסים ערכים אלו נתפסים על ידי קיצוניים פונדמנטליסטים כמאיימים על האיסלאם ועל עתידו תפיסות שנחשפו לעולם בהבלטה בעקבות פיגועי בן לאדן ב- 11 בספטמבר.

...ור שביצעה את ניסיונות הפיגוע ברכבות ובמכליות הדלק, פיגוע ההתאבדות בקפה מומנט בירושלים והפיגוע באוניברסיטה העברית

האמור בולט על רקע הפעילות בקמפוסים באוניברסיטאות הפלסטיניות בשטחים אשר מתמקדות בהחדרת הסתה ושנאה ארסית לכל מה שנחשב יקר וחשוב לעולם החופשי, כפי שנחשף זה מכבר במסמכי השלל שנתפסו במבצע "חומת מגן" ע"י צה"ל. במסמכים אלו בלט העיסוק של האוניברסיטאות עצמן בייצור טרור, ניצול ציני של מעבדות מחקר לייצור מטעני חבלה וחומרי נפץ ועוד.

הבא >>    << הקודם

[הדפסה]    [שלח לחבר]

תנאי השימוש    מפת האתר    שער הממשלה

רחוב קפלן 3, הקריה, ירושלים 91950

כל הזכויות שמורות © 2011 מדינת ישראל