# Exhibit 7

Prime Minister's Office
Communications Department



משרד ראש הממשלה
אגף התקשורת

## <u>סיכום שנת 2003</u>

### <u>חלק א' - נתונים כלליים</u>

בשנת 2003 בוצעו **3838** פיגועים כנגד מטרות ישראליות, בהם נהרגו **213** ישראלים (50 מהם אנשי כוחות הביטחון ו- 163 הם אזרחים ישראלים).

בשנת 2002 בוצעו **5301** פיגועים כנגד מטרות ישראליות, בהם נהרגו **451** חיילים ואזרחים ישראלים.

בסה"כ, השנה חלה ירידה של **כ- 30%** במספר הפיגועים וירידה של **למעלה מ- 50%** במספר ההרוגים, לעומת השנה שחלפה.

**עם זאת, יש לציין כי הירידה החדה במספר הפיגועים נובעת, בין השאר, מפעילות סיכול אינטנסיבית של צה"ל, משטרת ישראל ושרות בטחון כללי,  אשר כתוצאה ממנה נמנעו מהשנה פיגועים רבים.**

כך לדוגמא ניתן לראות כי בממוצע מספר ההתרעות  עמד על כ- 40 התרעות ביום.

<u>בין הסיכולים הבולטים שבוצעו במהלך השנה האחרונה</u>:

- **<u>דצמבר</u> -**  חשיפת תשתית רחבה של פעילי חמא"ס שעסקו בביצוע פיגועי ירי ומטען באזור רמאללה ובינימין בשנים האחרונות במסגרתם נהרגו 10 חיילים ואזרחים ו-121 נוספים נפצעו. חברי החוליה תכננו לבצע חטיפת חיילים לשם מיקוח ובמסגרתה אף לכרות את ראשי החיילים.

- **<u>דצמבר</u>** – מעצר <u>מוניר רביע</u>, שהיה בדרכו לביצוע פיגוע התאבדות בבית ספר ביקנעם מטעם ארגון הג'יהאד האסלאמי.

- **<u>דצמבר</u>**– מעצרם של <u>מפגע ומוביליו בחבלה</u>, אשר היו בדרכם לבצע פיגוע התאבדות מטעם התנזים בראש העין. השניים הגיעו סמוך לכפר קאסם אך חזרו על עקבותיהם בעקבות הערכות כוחות הביטחון הישראלים באזור.

- **<u>נובמבר</u>** – מעצר <u>בלאל באשה</u>, שהיה אמור להוביל מתאבד לפיגוע התאבדות בישראל מטעם הג'יהאד האסלאמי. עמו נעצרו <u>צבארין אבו עמארה</u>, שהיתה אמורה לבצע את הפיגוע <u>ומנאל סבאענה</u> שקישרה ביו המתאבדת לתשתית הג'יהאד האסלאמי בשכם.

Email: webmaster@pmo.gov.il 02-5618642 פקס 02-6773636 טלפון ,רח' קפלן 3, הקריה ירושלים

**Prime Minister's Office**
**Communications Department**



משרד ראש הממשלה
אגף התקשורת

- **יוני** - מעצרם בכפר קאסם של שני מפגעים, בדרכם לבצע פיגוע התאבדות בשוק בפתח-תקוה, מטעם התנטים. ברשותם של המפגעים נתפס מטען חבלה רב עוצמה, אשר פוצץ מאוחר יותר באופן מבוקר.

- **יוני-** הריגתם של שני מפגעים באזור הכפר בקה אל-גארביה. השניים היו בדרכם לבצע פיגוע התאבדות בחיפה ונשאו עמם שתי מזוודות נפץ גדולות.

- **פברואר** - חשיפת שתי חוליות חמא״ס מבית לחם אשר תכננו שורה ארוכה של פיגועים ובין השאר - תכנון לפיגוע מטען כנגד ראש הממשלה. אנשי חוליות אלה ביצעו את פיגוע ההתאבדות בשכונת קריית מנחם בירושלים בנובמבר 2002, בו נהרגו 11 אזרחים ועשרו נפצעו.

Prime Minister's Office
Communications Department



משרד ראש הממשלה
אגף התקשורת

## חלק ב' – נתונים כלליים בחתכים שונים

### 1. התפלגות פיגועים והרוגים בשנת 2003 - בחתך חודשי



### 2. התפלגות פיגועי התאבדות ונפגעים בחתך אירגוני מספטמבר 2001

#### (29 ספטמבר 2000 - 31 דצמבר 2003)





Prime Minister's Office
Communications Department

משרד ראש הממשלה
אגף התקשורת

## 3. פיגועי התאבדות בחתך איזורי (2001-2003)



## חלק ג' – מגמות ומאפיינים בפעילות הטרור

א.   מתווים מיוחדים

השנה פעלו ארגוני הטרור בשיטות חדשניות לביצוע פיגועים. מתווים ותכניות שנחשפו:

▪**פיגוע נגד יעדים אמריקאיים** – באוקטובר הופעל מטען כנגד שיירת רכבים של שגרירות ארה"ב, 3 מאבטחים אמריקאיים נהרגו ונוסף נפצע. זהו הפיגוע הקטלני הראשון ברצועה כנגד יעדים אמריקאיים מאז 67'. הפיגוע טרם פוענח.

▪**גיוס בעלי תעודד זר לביצוע פיגועים -** בנובמבר נעצר <u>ג'מאל עאקל</u> פלסטיני בעל דרכון קנדי אשר גויס ע"י החמא"ס, כדי לפגוע באישיות ישראלית בכירה השוהה בצפון אמריקה או בחברי הקהילות היהודיות בצפון אמריקה.

▪**כוונה לפגוע בראש הממשלה -** ביוני נעצרו <u>סאמר אטרש ועומר שריף</u>, תושבי מזרח ירושלים ומובילי המתאבדים לפיגועים בקו 14 ו 6-.  השניים הודו בחקירתם כי הונחו ע"י החמא"ס לאסוף מידע אודות ראש הממשלה ואישים בכירים, ככל הנראה לצורך ביצוע חטיפה או התנקשות.



Prime Minister's Office
Communications Department

משרד ראש הממשלה
אגף התקשורת

- **שימוש במנהרה ממולכדת** - בדצמבר התפוצץ מטען חבלה רב עוצמה במשקל כ- 500 ק"ג, אשר הוטמן במנהרה מתחת למוצב "חרדון" בגבול שבין רצועת עזה למצרים, מן הפיצוץ נגרם נזק למוצב עצמו. במהלך פינוי החיילים מן המוצב הופעלו עוד מספר מטענים ונורו יריות לעבר הכוח.

- **ביצוע שני פיגועים באותו יום** - ב- 9 בספטמבר בוצעו שני פיגועים באותו היום: ב- 17:45 ביצע החמא"ס פיגוע התאבדות בטרמפיאדה להסעת חיילים בכניסה לבסיס צריפין. בפיגוע נהרגו 9 חיילים ואזרחים ונפצעו 14 נוספים. בשעה 23:30 בוצע פיגוע התאבדות בבית הקפה הלל במושבה הגרמנית. בפיגוע נהרגו 7 אנשים ונפצעו 70 נוספים.

- **שימוש בבעלי חיים בטרור** - בינואר בוצע פיגוע באמצעות חמור ממולכד סמוך לצומת המנהרות באזור בית לחם, כתוצאה מכך נפצעה אזרחית אחת, החמא"ס ביצע את הפיגוע.

- **שימוש באמבולנסים לטרור**- במאי נעצר בדרך לביצוע פיגוע התאבדות בפתח תקווה הנער המתאבד <u>עמאר חלואן</u> ומובילתו לפיגוע <u>זהור חמדאן</u>. חלואן הודה בחקירתו כי הוא וחמדאן עברו דרך המחסומים באמבולנס, כשזוהיר לבושה בחגורת נפץ.

ב.    <u>מוקדי הטרור המרכזיים</u>

תשתיות הטרור ב-איו"ש עומדות גם השנה מאחורי רוב פיגועי ההתאבדות בתחומי ישראל, בהם נהרגו למעלה מ- 60% מכלל ההרוגים השנה. ההתארגנויות ברצועה ביצעו כ - 70% מכלל הפיגועים ועסקו באינטנסיביות בשדרוג וייצור אמל"ח.

יצויין כי הקמת  חלקים נרחבים ממרחב החיץ הביטחוני, הקשתה על  תשתיות הטרור בשומרון להחדיר מפגעים לישראל. ארגוני הטרור ביצעו התאמות טקטיות למצב החדש: הסטת נקודות השיגור של מפגעים לאזור יהודה, חדירת מפגעים לתחומי ישראל דרך אזורים בשומרון, בהם לא קיים עדיין מרחב חיץ ואיסוף מודיעין קפדני לצורך איתור נקודות תורפה במרחב החיץ.

<u>אמג'יד עבידי</u>, שעמד בראש הג'האד האסלאמי בג'נין  ציין בחקירתו כי במידה והחיץ היה מוקם עד לבקעה, פעילי כל  הארגונים היו נאלצים לחשוב על דרכים אחרות לחלוטין לבצע פיגועים.
בשל התקדמות בניית החיץ, תשתית החמא"ס בשומרון לא הצליחה מאז הפיגוע בצומת בר אילן באוקטובר 2002 להוציא לפועל פיגוע התאבדות בתחומי ישראל.

Prime Minister's Office
Communications Department



משרד ראש הממשלה
אגף התקשורת

**ג.** **שיתוף פעולה בין ארגוני ובין אזורי**

במהלך 2003 נמשכה מגמת שיתוף הפעולה הבין-ארגוני והבין-אזורי, בין ארגוני הטרור השונים. בין הביטויים לכך : העברת ידע מבצעי ו-אמל"ח בין התשתיות וביצוע פיגועים משותפים למספר ארגונים, חלק לא מבוטל מהפיגועים מרובי הנפגעים היו פרי שיתוף-פעולה בין ארגוני.

בין הפיגועים בהם התבצע שיתוף פעולה ארגוני :

**באוקטובר** בוצע פיגוע החדירה לבסיס נצרים, בו נהרגו 3 חיילים וחיילות ונפצעו שניים נוספים. **את הפיגוע ביצעו יחדיו החמא"ס והג'האד האסלאמי.**

**ביוני** בוצע פיגוע חדירה למחסום ארז, בו נהרגו ארבעה חיילים ונפצעו ארבעה נוספים. **את הפיגוע ביצעו יחדיו החמא"ס, הפת"ח והג'האד האסלאמי.**

**ד.** **מעורבות גורמי טרור בחו"ל באכוונת פיגועים בשטחי ישראל**

השנה נמשכה מעורבותן האינטנסיבית של הנהגות ארגוני הטרור וגורמי פח"ע בחו"ל בפעילות הטרור בשטחי ישראל. מאפייני מעורבות גורמי הטרור מחו"ל :

התוויית מדיניות פיגועים והעברת הנחיות לביצוע פיגועים, העברת כספים, העברת אמל"ח וידע בתחום החבלה והתגייסות של ההנהגות בחו"ל לקידום תהליכי השיקום של תשתיות הארגונים.

בין הפרשיות שנחשפו השנה :

**באוגוסט** נחשפה פעילות של ארגון החמא"ס בירדן ובסעודיה במסגרתה גויסו סטודנטים מקרב ערבי ישראל שלמדו באוניברסיטאות בירדן לפעילות בחמא"ס. הסטודנטים אותרו וגויסו בעומרה (עליה לרגל למכה שלא בימי החאג' הנחשבת שנייה בחשיבותה).

**ה.** **אכוונת טרור מתוך בתי הכלא**

בתי הכלא בישראל המשיכו לשמש מוקד לייזום ולהכוונה של פעילות טרור מחוץ לכותלי הכלא. פעילות הכלואים מול השטח כללה : הכוונת פיגועים מתוך הכלא, איתור וגיוס של פעילים, קישור בין גורמי טרור בשטח, תיאום שיתוף-פעולה מבצעי , קשר לגורמי טרור בחו"ל והעברת ידע מבצעי לתשתיות הטרור בשטח.

**במאי** נחשפה חוליית חמא"ס מצפון ירושליים שחבריה נושאי תעודות זהות כחולות, אשר תכננה לבצע פיגועי חטיפת חיילים. חברי החוליה תכננו לבצע פיגועי חטיפה ומיקוח למטרת שחרור אסירים פלסטינים. **פעילותה של החולייה אוכוונה על ידי כלואים מארגון החמא"ס בכלא אשקלון, באמצעות איגרות אשר הועברו לחברי החוליה באמצעות בני המשפחות הכלואים.**

---



**Prime Minister's Office**
**Communications Department**

<div dir="rtl">

משרד ראש הממשלה
אגף התקשורת

**ו.**   <u>**שימוש באוכלוסיות מיוחדות**</u>

הקושי המתמשך של תשתיות הטרור ב-איו"ש, בדגש על השומרון, להוציא לפועל פיגועים
בתחומי הקו הירוק, מאלץ אותן להסתייע באוכלוסיות הנהנות מיכולת תנועה חופשית בישראל.
על מנת להבטיח את הצלחתם של פיגועים בעומק ישראל, נמשכה ואף התרחבה ההסתייעות של
ארגוני הטרור הפלסטיניים באוכלוסיות מיוחדות:

<u>**שימוש בערביי ישראל בטרור**</u>

אזרחים מקרב ערביי ישראל שימשו גם השנה זרוע מסייעת עבור תשתיות הטרור, בדגש על
התשתיות בשומרון, בכל הנוגע להוצאתם לפועל של פיגועים בתחומי הקו-הירוק.
בפועל, סייעו אזרחים מקרב ערביי ישראל להוצאתם לפועל של 4 פיגועי התאבדות בתחומי הקו-
הירוק, בהם נהרגו 45 ישראלים (כ- 90% מכלל ההרוגים בפיגועים בישראל שיצאו מהשומרון).
מעורבותם של ערביי ישראל בטרור כוללת: הובלת מפגעים, איסוף מודיעין על יעדי פיגועים,
העברת אמל"ח וחומרי גלם לייצור חומרי נפץ. יש להדגיש כי הסיוע של מקצת מערביי ישראל
להסעת שוהים בלתי חוקיים לטרור, גבתה מחיר כבד בדמות נפגעים בפיגועים.
השנה נחשפו 26 התארגנויות טרור של אזרחים מקרב ערביי ישראל המונות 43 פעילים. בנוסף
אזרחים מקרב ערביי ישראלים היו מעורבים ב-4 פיגועים בהם נהרגו 45 ישראלים ונפצעו 227.

**במרץ** נחשפה בג'לג'וליה מעבדת החבלה הראשונה אשר פעלה בשטח ישראל. את המעבדה
הפעילה חוליה של ערבים ישראלים שבראשה <u>מחמד מצרי,</u> אזרח ערבי ישראלי המתגורר
בג'לג'וליה, חברי החוליה תכננו לבצע פיגוע מכונית תופת בישראל.
באותו חודש נעצרו שלושה אזרחים ערבים ישראלים תושבי כפר מנדא - <u>מחמוד עא חלים,</u>
<u>אברהים עא חמידי ומחמד עא חמיד,</u> צעירים כבני 20 , בחשד כי תכננו לבצע פעילות חבלנית עוינת
באזור צפון הארץ, בהכוונת פעילים מארגון הג'יהאד האסלאמי ברצועת עזה.
<u>ג'מאל מחאג'נה,</u> אזרח ערבי ישראלי תושב באקה אום אלפחם, הודה בחקירתו כי הוא זה אשר הוביל
את <u>הנאדי ג'רדאת</u> לביצוע פיגוע ההתאבדות במסעדת "מקסים" באוקטובר, בו נהרגו 21 אזרחים
ונפצעו עשרות.

<u>**שימוש בערביי מזרח ירושלים בטרור**</u>

ערביי מזרח ירושלים המשיכו להסתמן כגורם משמעותי בהוצאתם לפועל של פיגועי הרג המוני
בישראל, בדגש על ירושלים, בעיקר באכוונת תשתיות הטרור ביהודה.
החמא"ס בולט כארגון המוביל בגיוס ובהפעלה של ערביי מזרח-ירושלים אשר נטלו חלק ב- 5
פיגועי התאבדות בישראל (בהם נהרגו 64 ישראלים).
ערביי מזרח ירושלים מעורבים במכלול ההיבטים המבצעיים הנוגעים להוצאת הפיגוע: ביצוע
פיגועים, איסוף מודיעין, קליטה ושיגור של מפגעים ואיתור וגיוס של פעילים.

</div>

Prime Minister's Office
Communications Department



משרד ראש הממשלה
אגף התקשורת

**בספטמבר** נעצרו שלושה תושבי מזרח ירושלים, אשר הוציאו לפועל את פיגוע ההתאבדות בקו 2 בירושלים באוגוסט מטעם החמא"ס. בפיגוע נהרגו 23 אזרחים ישראלים ונפצעו כ- 120 נוספים.

<u>שימוש בזרים ובעלי תיעוד זר בטרור</u>

גם השנה עשו ארגוני הטרור שימוש השנה בגורמים זרים ובאזרחים בעלי תיעוד זר לצורך קידום פיגועים ביעדים ישראליים, בארץ ובחו"ל.

באפריל ביצע החמא"ס פיגוע ההתאבדות במסעדת "מייקס פלייס" בתל אביב, בו נהרגו 3 אזרחים ישראלים ונהרגו למעלה מ- 60. הפיגוע בוצע בידי <u>אסיף הניף</u>, אזרח בריטי, בן 22 בסיועו של אזרח בריטי נוסף, <u>עומר חאן שריף</u>, בן 27.

**פיגוע זה הוא פיגוע ההתאבדות הראשון  שבוצע  בידי מפגע בעל אזרחות זרה!**

**בנובמבר** נעצר <u>ג'מאל עקל</u>, בן 23, במוצאו מנצירראת, המתגורר בקדנה משנת 1999, והוא בעל אזרחות קנדית. עקל הגיע לרצועה, לכאורה לביקור משפחתי. מחקירתו  בשרות בטחון כללי עלה כי, במהלך ביקורו ברצועה אומן ע"י החמא"ס, במטרה שיבצע התנקשות כמפגע באישיות ישראלית בכירה מזדמנת המבקרת  בארה"ב ובחברי הקהילות היהודיות בארה"ב ובקנדה. זהו המקרה הראשון בו החמא"ס מנסה לבצע פיגוע ביעדים יהודים וישראלים בחו"ל!


מעורבות נשים וילדים בטרור במהלך 2003 המשיכו תשתיות הטרור הפלסטיניות להשתמש בנשים, הן כמתאבדות והן כסייעניות, לצורך ביצוע פיגועים בישראל. השימוש הנרחב בנשים נובע מההנחה המוכרת, כי נשים מעוררות פחות חשד במעברים והבדיקה שעוברות נשים במעברים היא קלה יותר.

השנה נעשה שימוש ראשון  של הג'האד האסלאמי בנשים כמתאבדות. פיגועי ההתאבדות של נשים שביצע הג'האד האסלאמי הם פיגוע ההתאבדות במסעדת "מקסים" באוקטובר ופיגוע ההתאבדות בקניון בעפולה במאי. בשני הפיגועים נהרגו 24 אזרחים ונפצעו למעלה ממאה.

השנה  נעצרו ע"י כוחות הבטחון הישראלים 22 נשים פלסטיניות בגין מעורבות ב-פח"ע: 12 מפגעות פוטנציאליות ו-  10 סייעניות.

**כמו כן המשיכו ארגוני הטרור לגייס קטינים בעלי חזות תמימה, בהם ילדים, לפעילות טרור.**

במרץ נעצר <u>קוצאי סלאמה</u> קטין בן 17 מג'בע, תלמיד כיתה י"א, אשר  היה באמצע לימודיו. סלאמה חזר בו מניסיון לבצע פיגוע הקרבה, לפיגוע גויס על ידי אחיו הגדול.

---

Prime Minister's Office
Communications Department

משרד ראש הממשלה
אגף התקשורת

ז.    תחום האמל״ח

**גם השנה בלט ריכוז מאמץ של גורמי טרור, לשדרג את יכולות החבלה של ארגוני הטרור.
הרצועה המשיכה לבלוט כמרכז לתעשיית ה-אמל״ח הפלסטינית. הפעילות בתחום האמל״ח
כללה:**

**היקף עצום של הברחות אמל״ח משטחי ישראל לשטחי הרשות הפלשתינית, עיסוק בפיתוח
וביצור עצמי של אמל״ח והעברת ידע מבצעי בתחום החבלה.**

**גם השנה המשיכו ארגוני הטרור להשתמש בחומרים כימיים הנרכשים בשוק האזרחי לצרכי
טרור בנוסף נמשכו מאמציהם של ארגוני הטרור לשדרג את ביצועיהן של רקטות הקאסם.**
השנה נחשפו למעלה מ- 40 מנהרות ופתחי מנהרות אשר שמשו להברחות אמל״ח הרצועה.


ח.    **איראן וחזבאללה מול הזירה הפלסטינית**

מאז אוגוסט, חלה עליה משמעותית במעורבות החזבאללה בפעילות הטרור של התנטים,
חיזבאללה השתלט למעשה על פעילות התנטיים בשטחים. כמו כן המשיכו גורמי איראן
וחיזבאללה  לנצל קשרים עם הנהגות ארגוני הטרור בכדי ליזום ולתמוך בפעילות טרור. גורמי
איראן וחיזבאללה ניהלו מעקב צמוד אחר התנהלות הארגונים בסוגיית ריסון הטרור, זאת
במטרה לטרפד מהלכים שעלולים להוביל לדעיכת האנתיפאדה.

**באוקטובר** נעצר <u>פראס חליליה</u>, פעיל תנזים בכיר מג׳בע. חליליה סיפר בחקירתו כי קיים
קשרים טלפוניים וקיבל הנחיות וכספים מפעיל חזבאללה לבנוני, הפעיל נתן לו הנחיות לבצע
פיגועים באזורי הגדה והקו הירוק.


ט.    **איראן וחזבאללה מול ערביי ישראל**

איראן ממשיכה לראות בערביי ישראל יעד אסטרטגי לערעור יציבותה הפנימית של ישראל.
בשנה האחרונה בלטו  ניסיונות להגברת הפעילות לביסוס תשתית מבצעית ומודיעינית בקרב
ערביי ישראל ומאמצים לביסוס קשרים עם תנועות וגורמי כוח מרכזיים במגזר הערבי, מתוך
כוונה לנצלם לקידום חתרנות מדינית.
**בדצמבר** נעצרו שני אחים, ערבים ישראלים, <u>אחמד ומחמד שמאלי</u> תושבי הכפר עג׳ר. השניים
ביצעו משימות מודיעיניות עבור החזבאללה, בתמורה לסמים.

Email: webmaster@pmo.gov.il 02-5618642 פקס 02-6773636 טלפון, הקריה ירושלים, רח׳ קפלן 3

Prime Minister's Office
Communications Department



משרד ראש הממשלה
אגף התקשורת

**<u>מעורבות מנגנוני הבטחון הפלסטינים בטרור</u>** י.

גם השנה בלטה מעורבותם של אנשי מנגנוני הבטחון, אשר אמורים לפעול לסיכול טרור
הפלסטינים בטרור.

בולט במיוחד פיגוע הירי על כח צה"ל במחסום המנהרות אשר בוצע בנובמבר 2003, בפיגוע
נהרגו שני חיילי צה"ל. את הפיגוע ביצע <u>גבר אחר</u>ס, **שוטר פלסטיני**, אשר עצור היום על רקע
מעורבותו בפיגוע בידי כוחות הבטחון הפלשתינים.ש

בדצמבר נעצרו במסגד בברדלה, <u>מניר רבי</u>ע, מפגע מטעם ארגון הגהאד האסלאמי **ואיש הבטחון**

**הפלסטיני מרמאללה** ומוביל <u>מראד אבו זית</u>ון, השניים היו בדרכם לביצוע פיגוע התאבדות

בתחומי ישראל ואיתם נתפסה חגורת נפץ. **רור לביסוס תשתיות פח"ע קדמיות בישראל,**

**מבוססות על ערבים ישראלים.**

**<u>לצד הירידה הניכרת במספרם של נפגעי הטרור השנה, יש לזכור כי בין הפיגועים ישנם</u>**
**<u>פיגועים קטלניים רבים, אשר נמנעו בשלבים מתקדמים של הכנה למימושם, לרבות מעצר</u>**
**<u>מפגעים בדרכם ליעד הפיגוע.</u>**

רח׳ קפלן 3, הקריה ירושלים, טלפון 6773636-02 פקס 5618642-02 Email: webmaster@pmo.gov.il

Prime Minister's Office
Communications Department



<mark>Page 5</mark>

## Summary of 2003

### Part a. – General data

During 2003 **3838** terrorist acts were carried out against Israeli targets, in which **213** Israelis were killed (50 were members of the armed forces and 163 were Israeli civilians).

During 2002 **5301** terrorist acts were carried out against Israeli targets, in which **451** Israelis soldiers and civilians were killed.

In total, there was a decrease of **about 30%** in the number of terrorist acts and **more than 50%** in fatalities, compared to the last year.

Nevertheless, **it should be pointed out that among other things the sharp decrease in the number of terrorist acts is a result of intensive frustrating activity carried out by the IDF, the Israeli Police and the General Security Services, that as a result of it many terrorist acts were frustrated.**

So, for example, we can see that the average daily number of alerts was 40.

Among the outstanding frustrations conducted last year:

- **December** – uncovering of a large infrastructure of Hamas operatives who were dealing with attacks of shooting and laying explosives in the area of Ramallah and Benyamin during the last several years, acts in which 10 soldiers and civilians were killed and 12 others were injured. The members of the squad planned to hijack soldiers for bargaining purposes and within these they planned to decapitate the soldiers.

- **December** – the arrest of Muneir Rabi'a who was on his way to conduct a suicide bombing in a school in Yoqne'am on behalf of the Islamic Jihad organization.

- **December** – the arrest of a terrorist and his explosives guide who were on their way to conduct a suicide act in Rosh haAyin on behald of the Tanzim. The two made their way to Kafar Qasem but turned back due to deployment of the Israeli armed forces in the area.

- **November** – the arrest of Bilal Basha who was supposed to drive a suicide bomber to a suicide act in Israel on behalf of the Islamic Jihad Organization. With him Sabarin Abu-Amara who was supposed to perpetrate the terrorist act and Menal Sab'ana who acted as a liaison between the suicide bomber and the Islamic Jihad infrastructure in Nablus were arrested.

Prime Minister's Office
Communications Department



<mark>Page 6</mark>

- **<u>June</u>** – the arrest of two terrorists in Kafar Qasem on their way to conduct a suicide bombing on behalf of the Tanzim. With the terrorists a powerful explosive device was seized which was later detonated in a controlled environment.

- **<u>June</u>** – killing of two terrorists at the area of the village Baka al-Gharbiya. The two were on their way to conduct a suicide bombing in Haifa and were carrying with them two large explosive suitcases.

- **<u>February</u>** – uncovering of two Hamas squads from Bethlehem that were planning a long line of terrorist acts, including a plan to lay an explosive device for the purpose of hitting the Prime Minister. The members of these squads conducted the suicide bombing in Qiryat Menahem in Jerusalem in November 2002, when 11 civilians were killed and tens were injured.

Prime Minister's Office
Communications Department



<mark>Page 7</mark>

Second part – general data in varied cross-sections

## 1. **Distribution of terrorist acts and Fatalities in 2003 – on a monthly basis**



No. of terrorist acts □

No. of fatalities - ■

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

## 2. **Distribution of suicide bombing and casualties in an organizational cross section since September 2001**

(September 29, 2000 – December 31, 2003)



Prime Minister's Office
Communications Department

3. Suicide acts in a geographical cross-section (2001 – 2003)



| Judea | Samaria | Gaza | Jerusalem | the "green line" | Total |

## Part 3 – Trends and characteristic in terrorist activities

A.    Special outlines

This year the terrorist organizations employed new methods for conducting terrorist acts.

- **Terrorist acts against American targets** – In October an explosive device was detonated beside an American embassy vehicle convoy. 3 American security officers were killed and another wounded. This was the first deadly terrorist act against American targets in the Gaza Strip since 1967. It hasn't been solved yet.

- **Recruitment of bearers of foreign documentation to carry out terrorist acts** – in November Gamal Aqal, a Palestinian bearing a Canadian passport who was recruited by the Hamas to strike against a senior Israeli figure residing in North America or the members of the Jewish communities in North America.

- **Intention to strike against the Prime Minister** – in June Samer Atrash and Omar Sharif , residents of East Jerusalem and the drivers of the suicide bombers in bus lines 6 and 14 were arrested. The two confessed in their interrogation to being instructed by the Hamas to gather information about the Prime Minister and other officials, presumably for the purpose of carrying out a kidnap or an assassination.

Prime Minister's Office
Communications Department



<mark>Page 9</mark>

- **<u>Use of a booby trapped tunnel</u>** – In December a powerful explosive device weighing around a 1000 Lbs., placed in a tunnel dug under the Hardon army outpost on the Gaza Strip and Egyptian border was activated and the blast caused damage to the outpost itself. During the evacuation of the soldiers from the outpost several additional charges were detonated and shots were fired at the force.

- **<u>Carrying out two terrorist acts in the course of one day</u>** – On September 9 two terrorist acts were carried out: at 5:45 PM the Hamas carried out a suicide bombing in a pick-up stop for soldiers at the entrance of the Tzrifin (Sarafend) army base. In the terrorist act 9 soldiers were killed and 14 others wounded. At 11:30 PM a suicide bombing was carried out in the Hillel café in the German Colony in Jerusalem. In the terrorist act 7 people were killed and 70 others wounded.

- **<u>Use of animals for terror</u>** – In January a terrorist act was conducted with a booby trapped donkey close to the tunnel junction in the Bethlehem area. The attack was carried out by the Hamas and as a result one civilian was injured.

- **<u>Use of ambulances for terror</u>** – In May the suicide bomber youth <u>Amar Halwan</u> was arrested on his way to the location of the attack in Petah Tiqwa with his driver to the location of the attack, <u>Zahour Hamdan</u>. Halwan confessed in his interrogation that he and Hamdan passed through roadblocks in an ambulance with Zahour wearing the explosive belt on her body.

B.   <u>Central hubs of terrorism</u>

As before, this year the infrastructure of terrorism in the Judea and Samaria region was behind most of the suicide attacks within Israel in which more than 60% of the total count of fatalities occurred this year. The lineup in the Gaza Strip conducted around 70% of the entire terrorist acts and intensively dealt with upgrading and producing means of warfare.

It should be mentioned that building extensive parts of the security buffer zone made it hard on the infrastructure of terrorism in the Samaria to get terrorists into Israel. The terrorist organizations made tactical adjustments to meet the new situation: shifting the launching points to Judea, entry of terrorists into Israel via regions in Samaria where the buffer zone does not exist yet and meticulous gathering of intelligence to detect weak spots in the buffer zone.

<u>Amjad Abidi</u>, who was the head of the Islamic Jihad in Jenin <u>said in his interrogation that if the buffer zone would have been built all the way to the</u>

Prime Minister's Office
Communications Department



Jordan Valley, operatives of all the organizations would be forced to think of completely different ways to carry out terrorist attacks.

As a result of the progress made to building the buffer zone, the Hamas infrastructure in Samaria could not execute suicide acts within Israel since the terrorist act in the Bar Ilan junction on October 2002.

Prime Minister's Office
Communications Department



**C.**  **Inter-organizational and inter-regional cooperation**

The trend of inter-organizational and inter-regional cooperation between the various terrorist organizations continued during 2003. These were expresses by sharing operational and means of warfare among the infrastructures and jointly carrying out terrorist acts by several organizations. A considerable part of the terrorist acts were a result of inter-organizational cooperation.

Among the terrorist acts where organizational cooperation was performed are:

**In October** an attack was waged against the Netsarim army base in which 3 soldiers (men and women) were killed and two others wounded. **The attack was jointly carried out by the Hamas and the Islamic Jihad.**

**In June** an infiltration attack was carried out against the Erez roadblock, where four soldiers killed and four others were wounded. **The attack was jointly carried out by the Hamas, the Fatah and the Islamic Jihad.**

**D.**  **Involvement of overseas terrorist elements in directing terrorist acts within Israeli territory**

The intensive involvement of leaderships of overseas terrorist organizations and elements in terrorist activity in Israeli territory continued this year. The characteristics of the involvement of overseas terrorist elements are:

Laying down policies for terrorist acts and passing directives to conduct terrorist attacks, transferring money, dispatching means of warfare and expertise in the field of sabotage and rallying the overseas leaderships to promote the processes of rehabilitation of the organizations' infrastructure.

Among the affairs uncovered this year:

**In August** activity of the Hamas in Jordan and Saudi Arabia was unveiled. As part of this activity students from amongst Israeli Arabs who attended college in Jordan were recruited to take part in Hamas activity. The students were singled out and recruited using a ruse (pilgrimage to Mecca on non-Haj days that is regarded as lesser in importance).

**E. Guiding terrorism from within prisons**

The prisons in Israel continued to initiate and direct terrorist activities conducted out of prison walls. The activity of the incarcerated facing the field included: directing terrorist acts from within prisons, locating and recruiting operatives, liaisons between terrorist filed-elements, contact with overseas terrorist elements and transferring operational information to terror field-infrastructure.

Prime Minister's Office
Communications Department

A Hamas squad from North Jerusalem, whose members bore blue (Israeli) identification cards, with an intention of kidnapping soldiers was uncovered **in May**. The members of the squad planned to conduct kidnapping and bargaining acts for the purpose of freeing Palestinian prisoners. **The activity of the squad was directed by inmates from the Hamas organization from Ashkelon prison, by means of messages delivered to the members of the squad by members of the inmates' families.**

Prime Minister's Office
Communications Department



**F.    Use of special populations**

The continuous difficulty experienced by the terror infrastructure in the Judea and Samaria region, with an emphasis on the Samaria region, to execute terrorist acts within the pre-six-day war borders forced them to use populations with free passage into Israel. To ensure success of terrorist acts deep in Israel, the Palestinian terrorist organizations continued to expand their use of special populations:

**Use of Israeli Arabs for terrorism**

Civilians from the Israeli Arab sector were used also this year as an assisting arm for the infrastructure of terrorism, with an emphasis on the infrastructures in Samaria, as far as execution of terrorist acts within the pre-six-day war borders is concerned.

In fact, Civilians from the Israeli Arab sector assisted with execution of 4 suicide bombings within the pre-six-day war borders, in which 45 Israelis were killed (about 90% of the entire fatality count in terrorist attacks in Israel that came out of Samaria). The involvement of Israeli Arabs in terrorism included driving terrorists, gathering intelligence about attack targets and transferring means of warfare and raw materials for manufacturing of explosives. It should be emphasized that the assistance of a few of Arab Israelis driving illegal aliens to terrorist acts has claimed a dear price in casualties in such acts.

26 terrorist lineups of civilians among Israeli Arabs with 43 operatives were uncovered this year. In addition, 4 civilians from Israeli Arabs were involved in 4 attacks claiming the lives of 45 Israelis and wounding 227.

**In March** the first explosive lab to operate from within Israel was uncovered in Jaljulye. The lab was operated by a squad of Israeli Arabs headed by Mohammed Masri, an Israeli Arab citizen living in Jaljulye. The members of the squad planned to perform a booby trapped car attack in Israel.

In the same month three 20-year old Israeli Arab Civilians residents of Kafar Manda - Mahmud e-halim, Ibrahim e-hamid and Mohammed e-hamid were arrested in suspicion of planning to conduct hostile terrorist activity in the northern region of the country, directing activists from the Islamic Jihad organization from the Gaza Strip.

Gamal Mahajna, an Arab of Israeli citizenship resident of Um el-fahm, confessed in his interrogation to being the person who drove Hnadi Jrdat to conduct a suicide bombing in Maksim restaurant in October, where 21 civilans were killed and tens were wounded.

Prime Minister's Office
Communications Department



### <u>Use of Arabs of East Jerusalem for terrorism</u>

Arabs of East Jerusalem continued to be distinguished as a substantial element in the execution of mass murder terrorist acts in Israel, with an emphasis on Jerusalem, especially in directing the infrastructure of terrorism in Judea.

The Hamas stands out as the leading organization in recruitment and activation of Arabs from East Jerusalem who took part in 5 suicide bombings in Israel (in which 64 Israelis were killed).

Arabs from East Jerusalem are involved in a full range of operational aspects related to execution of terrorist acts: perpetration of the terrorist act, gathering intelligence, receiving and dispatching suicide bombers and finding and recruiting activists.

Prime Minister's Office
Communications Department



<mark>Page 12</mark>

**In September** three residents of East Jerusalem were arrested. The three executed the suicide bombing in the name of the Hamas in bus line 2 in Jerusalem in August. In the terrorist act 23 Israeli civilians were killed and around 120 were injured.

### Using foreigners and bearers of foreign documentation in terrorism

Also this year the terrorist organizations used foreigners and bearers of foreign documentation to promote conduct of acts of terrorism against Israeli targets in Israel and overseas.

In April the Hamas performed a suicide bombing in Mike's Place restaurant in Tel Aviv, where 3 Israeli civilians were killed and more than 60 were killed [sic.] (wounded). The attack was perpetrated by Asif Hanif, a 22 year old British civilian who was aided by another British civilian, Omar Khan Sharif, 27 years of age.

**This was the first suicide bombing carried out by a terrorist bearing foreign nationality!**

**In November**, 23 year old Jamal Aqal, originally from Nuseirat and residing in Canada since 1999, bearer of Canadian nationality was arrested. Aqal arrived in the Gaza Strip, presumably for a family visit. His interrogation suggests that during his visit to Gaza he was trained by the Hamas with the purpose of carrying out an assassination against an occasional senior Israeli figure visiting the US and members of the Jewish communities in the US and Canada.

This is the first case where the Hamas tried to attack Jewish and Israeli targets abroad!

### Involvement of women and children in terrorism

During 2003 the Palestinian infrastructure of terrorism continued to use women, both as suicide bombers and as aids for the purpose of carrying out terrorist attacks in Israel. The extensive use of women was a result of the well known assumption that women arouse less suspicion in the passages and that the control women go through is less strict.

This year the Islamic Jihad used women as suicide bombers for the first time. Suicide bombings by women conducted by the Islamic Jihad are the suicide bombing in Maksim restaurant in October and another in a mall in Afula in May. In both terrorist acts 24 civilians were killed and more than a hundred were wounded.

Prime Minister's Office
Communications Department

This year, 22 women were arrested by the Israeli security forces for involvement in terrorism: 12 were potential terrorists and 10 were aids.

**In addition the terrorist organizations continued to recruited minors with an innocent appearance, including children to terrorist activities.** In March <u>Kutsai Salama</u> a 17 year old minor from Jaba, a student of the 11th grade, who was in the middle of school, was arrested. Salama reconsidered an attempt to perform a self-sacrificial attack. He was recruited for the attack by his older brother.

Prime Minister's Office
Communications Department



<mark>Page 13</mark>

**G.    The area of means of warfare**

**This year terrorist elements continued to concentrate efforts to improve the sabotage capabilities of terrorist organizations. The Gaza Strip continued to stand out as a center of the Palestinian industry of means of warfare. The activity in this area included:**

**An huge scope of smuggling means of warfare from Israeli territory into the areas of the Palestinian Authority, development and self-production of means of warfare and transfer of operational know-how in the field of sabotage.**

**This year the terrorist organizations continued to use chemicals acquired in the civilian market for purposes of terrorism. In addition their efforts to upgrade the performance shown by the Qassam rockets continued.**

Over 40 tunnels and tunnel-entrances used for smuggling means of warfare into the Gaza Strip were discovered.

**H.    Iran and the Hizbullah in face of the Palestinian arena**

Since August, a substantial increase occurred in the Hizbullah's involvement in the Tanzim's terrorist activities. In fact , the Hizbullah took over the Tanzim's activity in the Territories. In addition, elements from Iran and the Hizbullah continued to exploit contact with the leaderships of terrorist organizations to initiate and support terrorist activity. Elements from Iran and the Hizbullah kept a close eye on the conduct of the organizations in the issue of curbing terrorism, with the purpose of jeopardizing processes that may lead to the fading of the Intifadah.

**In October** Faris Haliliye, a senior Tanzim operaqtive from Jaba, was arrested. Haliliye said in his interrogation that he was in contact by phone and got directives and funds from a Lebanese Hizbullah operative. The operative gave him instructions to carry out terrorist acts in the West Bank and within the pre-six-day war borders.

**I.    Iran and the Hizbullah in face of the Israeli Arabs**

Prime Minister's Office
Communications Department

Iran continues to see Israeli Arabs as a strategic objective for the purpose of undermining Israel's internal stability.

During the last year efforts of increasing activity to establishing an operational and intelligence infrastructure among Israeli Arabs stood out, as well as efforts of establishing contacts with main movements and elements of power in the Arab sector with the purpose of using them to enhance political subversion.

**In December** two Arab Israeli Arabs, <u>Ahmed and Muhammad Shamali,</u> residents of the village Ghajar were arrested. The two performed intelligence gathering missions for the Hizbullah in exchange for drugs.

Prime Minister's Office
Communications Department



<mark>Page 14</mark>

**J.**     **Involvement of the Palestinian security forces in terrorism**

The involvement in terrorism of members of the Palestinian security forces who were supposed to act towards frustration of terrorism in terrorism was evident this year as well.

Especially outstanding was the shooting attack on the IDF force at the Tunnels roadblock that occurred in November 2003, in which two soldiers were killed. The attack was perpetrated by Gabir Ahras, **a Palestinian police officer**, who is now under arrest by the Palestinian forces for his involvement in the attack.

In December Munier Rabi'a, a terrorist from the Islamic Jihad Organization **and a member of the Palestinian security forces from Ramallah** and his driver Murad abu-Zeytoun, were arrested in a mosque in Bardala. The two were on their way to carry out a suicide bombing in Israel and the explosive belt was seized with them. (*truncated text*) **for the consolidation of frontal infrastructures of terrorism within Israel, based on Israeli Arabs.**

**<u>Side by side with the evident decrease of the number of casualties as a result from Terrorism this year, we should remember that among the terrorist acts there are many lethal attacks that were frustrated at advanced stages of carrying out, including arrest of terrorists on their way to the target of attack.</u>**