# Exhibit 11

```
 1  UNITED STATES DISTRICT COURT

 2  EASTERN DISTRICT OF NEW YORK
    ------------------------------------------x
 3  MOSES STRAUSS, et al.,

 4                  Plaintiffs,

 5      -against-

 6  CREDIT LYONNAIS, S.A.,

 7                  Defendants.
    ------------------------------------------x
 8  BERNICE WOLF, et al.,

 9                  Plaintiffs,

10      -against-

11  CREDIT LYONNAIS, S.A.,

12                  Defendants.
    ------------------------------------------x
13
                         One Liberty Plaza
14                       New York, New York

15                       February 12, 2014
16                       10:15 a.m.

17

18      Videotaped Deposition of RONNI SHAKED,

19  before Shari Cohen, a Notary Public of the

20  State of New York.

21

22

23       ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24              New York, New York 10022
                     212-750-6434
25                 REF:  106037
```

```
 1   A P P E A R A N C E S:

 2

 3   OSEN LLC

 4   Attorneys for Plaintiffs

 5         2 University Plaza

 6         Hackensack, New Jersey  07601

 7   BY:   ARI UNGAR, ESQ.

 8         PHONE  201-265-6400

 9         FAX    201-265-0303

10         EMAIL  au@osen.us

11

12

13   TURNER & ASSOCIATES, P.A.

14   Attorneys for Plaintiffs

15         4705 Somers Avenue

16         North Little Rock, AR 72116

17   BY:   TAB TURNER, ESQ.

18         PHONE  501-791-2277

19         EMAIL  tab@tturner.com

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S: (Cont'd)
 2
 3   CLEARY GOTTLIEB STEIN & HAMILTON LLP
 4   Attorneys for Defendants
 5        One Liberty Plaza
 6        New York, New York  10004
 7   BY:  LARRY FRIEDMAN, ESQ.
 8        MARK GRUBE, ESQ.
 9        DAVID LEVY, ESQ.
10        PHONE  212-225-2000
11        FAX    212-225-3999
12        EMAIL  lfriedman@cgsh.com
13
14
15   ALSO PRESENT:
16   DAN MACOM, Videographer
17   RUTH KOHN, Interpreter
18   CLARA BEYLER, Check Interpreter
19
20
21
22
23
24
25
```

```
 1                    SHAKED
 2   Mr. Barghouti you wrote, "He prepared the
 3   three bombs that were used by the two suicide
 4   bombers in the double suicide bombing on Ben
 5   Yehuda Street", correct, that's what you
 6   wrote?
 7          A.    Correct.
 8          Q.    For that you cite a website
 9   that you attribute to Hamas, correct?
10          A.    I don't cite it here.  I
11   paraphrased it and I bring an example of one
12   of the Hamas websites.
13          Q.    The document that you attribute
14   to the ISA concerning this attack states that
15   the car bomb belonged to an operative of
16   Islamic Jihad, correct?
17          A.    Correct.
18          Q.    Is there any contradiction
19   between your statement that Mr. Barghouti
20   prepared the bombs that were used in this
21   attack and the ISA statement that the car
22   bomb belonged to an operative of Islamic
23   Jihad?
24                MR. UNGAR: Objection to form.
25          A.    If I'm not mistaken it says in
```

```
 1                     SHAKED
 2    the ISA report that the car was bought --
 3    purchased from an operative of the Islamic
 4    Jihad that used to belong to one and it was
 5    purchased by two other people and afterwards
 6    it was bought by a Hamas person who
 7    perpetrated the attack.
 8         Q.    Let's talk about the Atzmona
 9    attack.  Please look at page 43 of your
10    report and page 44.  The photos that you
11    reproduce here are from websites that you
12    attribute to Hamas, correct?
13         A.    Correct.
14         Q.    There are two photographs on
15    page 43?
16         A.    Correct.
17         Q.    I'd like to ask you some
18    questions about the one that appears on the
19    left.  How do you know that the person who's
20    lying on his back in this photograph is dead?
21         A.    I believe to what the site says
22    and another thing I followed and examined
23    this story of Ms. Maryam Abu Farhat who
24    appears here.  I have her photographs in a
25    film that was done before going out on this
```