# Exhibit 12

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TZVI WEISS, et al.,

        Plaintiffs,

    vs.                Case No.
                    05-CV-4622(DLI)(MDG)

NATIONAL WESTMINSTER
BANK, PLC,

        Defendant.
-----------------------)
NATAN APPLEBAUM, et al.,

        Plaintiffs,

    vs.                Case No.
                    07-CV-916(DLI)(MDG)

NATIONAL WESTMINSTER
BANK, PLC,

        Respondent.
-----------------------)

        Friday, June 10, 2011
        9:40 a.m.

    Deposition of BRIAN MICHAEL JENKINS, held at the offices of Osen LLC, 345 Seventh Avenue, New York, New York, pursuant to Notice, before Shauna Stoltz-Laurie, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

```
                                                              Page 2

 1
 2    A P P E A R A N C E S:
 3
 4       OSEN LLC
 5       Attorneys for the Weiss Plaintiffs
 6            700 Kinderkamack Road
 7            Oradell, New Jersey 07649
 8       BY:   GARY M. OSEN, ESQ.
 9             ARI UNGAR, ESQ.
10             au@osen.us
11             CLARA M. BEYLER, ESQ.
12
13       CLEARY GOTTLIEB STEEN & HAMILTON LLP
14       Attorneys for Defendant
15            One Liberty Plaza
16            New York, New York 10006-1470
17       BY:   AVRAM E. LUFT, ESQ.
18             aluft@cgsh.com
19             BRENDAN GIBBON, ESQ.
20             bgibbon@cgsh.com
21
22    ALSO PRESENT:
23       MARK GRUBE (Cleary Gottlieb law clerk)
24       ANDRA PRUTU (Cleary Gottlieb law clerk)
25
```

```
                                                          Page 122
 1                     Jenkins
 2     to Hamas.  As I say, the general issue is a        12:35:40
 3     phenomenon of -- of Palestinian groups.            12:35:43
 4              MR. OSEN:  Okay. We'll mark as            12:35:51
 5        Exhibit 6 the ITIC bulletin from January        12:35:53
 6        3rd, 2008.                                      12:36:01
 7              ([Jenkins] Exhibit 6, ITIC 1/3/2008       12:36:01
 8        Bulletin, marked for identification, as         12:36:01
 9        of this date.)                                  12:36:01
10              (Handing).                                12:36:52
11              THE WITNESS:  Thank you.                  12:36:52
12        Q.    Mr. Jenkins, is Exhibit 6 the same        12:36:52
13     report which you referred to in footnote 38?      12:37:02
14        A.    Give me a moment, please --              12:37:09
15        Q.    Sure.                                     12:37:11
16        A.    -- to -- to look at it.  (Reading).      12:37:12
17              Yes.  Okay?                               12:38:39
18        Q.    Okay.                                     12:38:40
19              I'd like you to turn to page two          12:38:40
20     and specifically to footnote three at the          12:38:44
21     bottom of the page.  It's my own view that         12:38:47
22     footnote three actually contains a typo, so        12:39:00
23     I'll read it as I think it's supposed to be        12:39:04
24     read, as "so far" as opposed to "for far.          12:39:06
25        A.    Agreed.                                   12:39:10
```

```
                                                          Page 123

 1                        Jenkins
 2        Q.   Supposition on my part.  "So far it       12:39:10
 3   is unclear which organization he belonged to.       12:39:13
 4   According to the Palestinian media, he was a       12:39:16
 5   member of the PIJ Jerusalem Battalion but          12:39:19
 6   "according to another version, he belonged to      12:39:24
 7   the Hamas' Izzedine al-Qassam Brigades."  Do        12:39:29
 8   you see that?                                       12:39:31
 9        A.   I do.                                     12:39:31
10        Q.   Okay.  This report was issued on          12:39:38
11   January 3rd, 2008, correct?                         12:39:39
12        A.   Yes.                                      12:39:48
13        Q.   And the shooting attack took place        12:39:48
14   on December 28th, 2007, correct?                    12:39:51
15        A.   Yes.                                      12:39:55
16        Q.   Now, if I was better at math, I           12:39:55
17   probably wouldn't be sitting in this room,          12:40:00
18   but my calculation is that's about a week           12:40:02
19   later or within a week of the shooting attack       12:40:05
20   itself.  Is that fair?                              12:40:10
21        A.   Yes.                                      12:40:11
22        Q.   Okay.  There were three shooters          12:40:12
23   involved, according to the ITIC report --           12:40:17
24        A.   Yes.                                      12:40:22
25        Q.   -- is that correct?                       12:40:24
```

|   |   | Page 124 |
|---|---|---|
| 1 | Jenkins | |
| 2 | Okay.  Two of them were identified | 12:40:25 |
| 3 | as Fatah members; that's correct? | 12:40:28 |
| 4 | A.   Yes. | 12:40:33 |
| 5 | Q.   And the third one, at least as of | 12:40:35 |
| 6 | January 3rd, 2008 it was unclear whether he | 12:40:38 |
| 7 | belonged to Hamas or Islamic Jihad or some | 12:40:44 |
| 8 | other Islamic organization; is that fair? | 12:40:48 |
| 9 | A.   That, well, the footnote says | 12:40:52 |
| 10 | "According to the Palestinian media" -- | 12:40:54 |
| 11 | Q.   Right. | 12:40:56 |
| 12 | A.   -- "he was a member of Palestine | 12:40:57 |
| 13 | Islamic Jihad Jerusalem Battalions or the | 12:41:03 |
| 14 | Hamas Qassam Brigade."  That's according to | 12:41:07 |
| 15 | the Palestinian media.  That's what the | 12:41:09 |
| 16 | footnote says. | 12:41:12 |
| 17 | Q.   Right. | 12:41:12 |
| 18 | Now -- | 12:41:13 |
| 19 | A.   But that doesn't mean that he was. | 12:41:13 |
| 20 | I mean that's a Palestinian newspaper | 12:41:16 |
| 21 | account. | 12:41:18 |
| 22 | Q.   Sure. | 12:41:18 |
| 23 | And the question I have, though, is | 12:41:18 |
| 24 | I suppose it's possible, you would agree, | 12:41:23 |
| 25 | that the third shooter was a member of Fatah. | 12:41:27 |

```
                                                        Page 125
 1                         Jenkins
 2       A.   Beg pardon?  Say that again?              12:41:33
 3       Q.   Would you agree that it's possible        12:41:34
 4  that the third shooter was a member of Fatah?       12:41:37
 5       A.   It is a possibility.                      12:41:41
 6       Q.   And it's also possible, would you         12:41:44
 7  agree, that he was a member of Hamas?               12:41:45
 8       A.   It is a possibility.                      12:41:48
 9       Q.   And the same's also true of               12:41:49
10  Palestinian Islamic Jihad.                          12:41:52
11       A.   Also a possibility.                       12:41:55
12       Q.   So is it fair to say that in the          12:41:57
13  case of Wadi Telem at least two of the three        12:42:03
14  declared groups who claimed responsibility or       12:42:10
15  allegedly claimed responsibility could have         12:42:15
16  been in whole or in part responsible?               12:42:20
17       A.   No.  I -- I -- I wouldn't be able         12:42:23
18  to say that, because again we come back to          12:42:26
19  the issue of, first of all, we're talking           12:42:28
20  about what the Palestinian media says, and I        12:42:30
21  don't necessarily accept them as a definitive       12:42:33
22  source.  Media say a lot of things about            12:42:36
23  these. 2ne, if we have an individual of             12:42:40
24  doubtful membership, it could be another case       12:42:47
25  -- it could be, because you're talking about        12:42:50
```

```
                                              Page 135
 1                    Jenkins
 2   archives Web pages from the Internet and         12:53:04
 3   stores them in a -- in a form of archival        12:53:08
 4   form.                                            12:53:12
 5        A.   Yes.                                   12:53:13
 6        Q.   The URL from which this was taken      12:53:14
 7   indicates, after the origin at WebArchive,       12:53:19
 8   that it comes from www Palestine dash info       12:53:24
 9   dot info --                                      12:53:30
10        A.   Correct.                               12:53:31
11        Q.   -- et cetera.                          12:53:32
12             Do you recognize that URL to be one    12:53:33
13   of Hamas's official or quasi-official Web        12:53:35
14   sites?                                           12:53:35
15             MR. LUFT:  I'm also going to note      12:53:41
16        an objection to Mr. Osen's description      12:53:42
17        of what WebArchive is.  This document --    12:53:44
18        A.   I --                                   12:53:44
19             MR. LUFT: -- is more complete.         12:53:48
20        A.   (Reading) That's neither here nor      12:53:49
21   there on that, but I'll assume that it is.       12:53:55
22   And it's -- and it's -- let me see what I've     12:53:59
23   got here.  WebArchive.  (Reading).               12:54:04
24             Yes.                                   12:54:10
25        Q.   Yes, you recognize Palestine dash      12:54:12
```

```
                                                    Page 136
 1                    Jenkins
 2   info --                                        12:54:15
 3        A.    Yes.                                12:54:15
 4        Q.    -- dot info as a -- one of Hamas's  12:54:16
 5   websites?                                      12:54:19
 6        A.    I assume, yes.                      12:54:19
 7        Q.    Okay.  Now, in performing your      12:54:20
 8   technical review, which included citing --    12:54:37
 9             (Telephone interruption.)            12:54:43
10        Q.    -- to the April 10, 2002 attack,    12:54:46
11   did you make any effort to determine           12:54:49
12   independently whether Hamas had in fact        12:54:56
13   claimed responsibility for this attack, apart 12:55:01
14   from citing to secondary sources?              12:55:05
15        A.    No, only in -- only in -- only      12:55:08
16   what's listed in the footnotes here.           12:55:10
17        Q.    Based on having now reviewed the    12:55:16
18   translation of the excerpt from Hamas's        12:55:22
19   website, do you still believe that it is       12:55:25
20   accurate to state, as did the Chicago Tribune  12:55:30
21   or the AP, that Hamas had officially taken     12:55:37
22   responsibility for this attack?                12:55:41
23             MR. LUFT:  Objection, misleading,    12:55:43
24        foundation.                               12:55:45
25             And I again call to the fact that    12:55:45
```