# Exhibit 13

# المركز الفلسطيني للإعلام

May 31, 2011

- أكثر من 10 قتلى و 25 جريحا ... جثث القتلى الصهاينة تناثرت في جميع الاتجاهات في عملية استشهادية نطبع بأمن شارون إلى الأبد
- مستشفى رفيديا يعلن أسماء 55 شهيدا في نابلس منهم الشيخ ماهر الخرز إمام مسجد البلدة القديمة وأحد قادة حماس
- امن الدولة نحكم على 6 عملاء للعدو بالإعدام بالرصاص وتخفيف حكم أحدهم إلى الاشغال الشاقة 15 عاما
- مقتل ضابط برتبة ميجر و إصابة 5 جنود صهاينة في تفجير مجزرة بصورة نسفة في نابلس
- شهيد حاول التسلل إلى مستوطنة كفر داروم وجريح برصاص الاحتلال وقصف مستوطنة بالهاون ونوغل في دير البلح وهدم منزل
- الشيخ ياسين في نداء إلى العرب والمسلمين : صوم الخميس القادم والتضرع والدعاء في الليل لاخواننا في فلسطين و تفعيل مقاطعة البضائع الأمريكية
- تنظيم مسيحي يعلن عن مسؤوليته عن جرح ثلاثة جنود صهاينة قرب كنيسة المهد في بيت لحم ويعترف بتنسيق عمليته مع حماس وفتح
- لم يبدأ بزيارة الكيان ليفرغ شارون لمهمة القتل : باول في مهمة عاجلة لوقف عمليات المقاومة وإدانة العرب للعمليات الاستشهادية وتحذير سوريا ولبنان
- بوش يلبر باول بطرح المقترحات التي وفقت عليها دولة الكيان فقط في تهدئة الصراع وإحياء اتفاقية قريب بيريز باعادة ناجيل القضايا الحساسة
- باول دخل القاهرة وسط مظاهرات جماهيرية غاضبة : الإعلاميون المصريون بتظاهرون والنواب يطالبون بطرد سفير العدو وقوات الامن المصرية تقتل احد المتظاهرين ويصيب 100 في جامعة الاسكندرية
- دولة الكيان تمنع وفدا من فلسطيني 48 من الوصول الى المحاصرين في جنين محاولة لمد مخيم جنين بالمساعدات الغذائية والطبية
- الاحتلال يجرح طفلة في غزة و مزارعا في بيت لاهيا و يواصل حصار غزة
- وزير الخارجية البلجيكي يتهم "اسرائيل" بالتزوير و تهريب منتجات المستوطنين

---

أكثر من 10 قتلى و 25 جريحا ... جثث القتلى الصهاينة تناثرت في جميع الاتجاهات في عملية استشهادية نطبع بأمن شارون

فلسطين المحتلة - حمص

لم يفق "الإرهابي" شارون على ضربات المقاومة الفلسطينية في جنين و نابلس و مقتل أكثر من 22 جندي و اصابة العشرات حتى عاجلته ضربة مدمرة فاصمة صباح اليوم الاربعاء 10-4-2002 عندما فجر استشهادي نفسه في حافلة مكتظة بالمستوطنين الصهاينة - معظمهم جنود - عند مفترق طرق شرق مدينة حيفا مما أوقع أكثر من عشرة قتلى و خمسة و عشرين جريحا معظمهم من الجنود .

و تفيد المعلومات الأولية أن العملية الفدائية وقعت حوالي الساعة الـ 07:20 صباح اليوم الاربعاء عندما وقع انفجار في باص قرب مدينة حيفا شمال الكيان الصهيوني.

و ذكرت مصادر في شرطة العدو الصهيوني أن العملية أدت إلى إصابة العديد من الركاب وذلك نوجود اكتظاظات مرورية في ساعات الصباح في الطرق إلى مدينة حيفا.

وقال شاهد عيان في المكان: "الباص تناثرت أجزاء منه بعيدا. كنت مسافرا وفجأة سمعت دوي انفجار ضخم ورأيت دخانا كثيفا. قوات كبيرة من الشرطة وصلت إلى المكان على الفور. المنظر رهيب و بصعب وصفه".

و مشاهد الحافلة تظهر أنه لم يبق منها شيء فيما تناثرت جثث القتلى الصهاينة داخل و خارج الباص .

و بدت العملية لاستشهادية حمت أحلام شارون و موفاز و رمزنهم في الحفاظ على الامن حصة أن أقرب منطقة فلسطينية لمكان العملية هي محيط البطولة و الصمود جنب الفسام .

وتعتبر هذه العملية الأولى من نوعها مند بدء عملية ما يسمى "الجدار الواقي" للجيش الصهيوني في المناطق الفلسطينية منذ حوالي عدة ايام. وتنقل مصادر استخباراتية انه حتى التحذيرات من وقوع عمليات فلسطينية انخفض بصورة كبيرة بسبب عمليات الجيش. الا أن المصادر تؤكد أن عزم المنظمات الفلسطينية على تنفيذ عمليات داخل الكيان الصهيوني لتبرهن للعدو الصهيوني أن اجتياحها واحتلالها للمدن الفلسطينية من جديد "غير مجد".

وتقوم في هذه الأثناء قوات الانقاذ والإسعاف بنقل الجرحى والمصابين. الشرطة تحقق في ظروف ملابسات تنفيذ العملية.

وأفادت تقارير اعلامية ان كتائب القسام الجناح العسكري لحركة حماس أعلنت مسؤوليتها عن العملية لكن الخبر لم يؤكد رسميا كما تشير فيدات في حركة حماس عبر بيان رسمي من كتائب القسام.

وكان قتل 16 صهيونيا في عملية نفذها كتائب القسام في حيفا في 31 اذار/مارس الماضي.

مراقبون فلسطينيون توقعوا ان يقوم شارون بالانتحار جراء فشل عمليته في محاولة القضاء على المقاومة الفلسطينية.

---

عودة | أعلى

---

نابلس - حمص

اعلنت مصادر طبية في مستشفى رفيديا في نابلس اسماء 55 شهيد سقطوا في نابلس و أحياؤها جراء الإرهاب الصهيوني والشهداء هم: نصر ابو السعود، ناصر عساف، كمال أبو شهاب، أحمد الطبوق، ياسر لزغلول، نضال أبو عودة، أحمد فاطوني،محمد اللقة، ايد ابو الرب، عماد الحاج حمد، ماجد صوافطة، مؤيد جميل، رائد حجي، عصام سعد، نضال الكوني، ياسر القنواتي، هاني شلبي، يوسف أبو سيف، كمال الملاح، جميل العربودي، محمد غدور، أحمد فزاع، ناصر أبو خرمة، رامي دروزة، ياسر الكوني، سليمان الطاطوش، ماهر حمد، رائد المكة، محمد أبو حطب، ماجد ابوشارب، زهير فريتخ، رشا فريتخ، عبد الله أبو عبيد، رائد فتوح، إبراهيم أبو حطب، ياسر النويش، عماد الكرسوع، جهاد الفحموي، رجحي اللولو، كمال عواد، رائد دراغمة، محمود العلي، حمدي انتيقة، ماهر الخرار، روحي عوادة، محمود الهدف، حافظ صبرا، محمد عوادة، وائل فريتخ، سلام جسور، علاء العتيت، ياسر أبوالسعود، أبو محمود صبرا(60عاما) وابنته، وصديقة المكانة.

---

عودة | أعلى

---

غزة - حمص

افاد مصدر مسؤول في السلطة الفلسطينية أن محكمة امن الدولة حكمت بالإعدام رميا بالرصاص على ستة عملاء بتهمة التجار و التعاون مع المخابرات الصهيونية و هم محمد ثابت خليل الراعي -47 عاما - و سامي عصر اسماعيل حجي -40عاما - و محمود محمد عبد السلام الشريف -52 عاما - و سهيل نجدة زقوت -33 عاما - و جميعهم من مدينة غزة و حسن زهدي محمد الهمي -22 عاما - و عبد الحليم مسعود حمدان -21 عاما و لبس 15 عاما كما ذكر سابقا و كلاهما من خانيونس.

و فل المصدر أن المحكمة التي عقدت جلستها السبت الماضي برئاسة العقيد عبد العزيز وادي و المقدم محمد الربيس و الرائد حاتم أبو زر ادانت الفلسطينيين الستة بالتهم المنسوبة إليهم و أصدرت عليهم حكما بالإعدام رميا بالرصاص بعد موافقة رئيس السلطة الفلسطينية ياسر عرفات. و أضاف المصدر أن المتهم عبد العليم حمدان رأت المحكمة تخفيف حكمه إلى الأشغال الشاقة المؤبدة لمدة 15 عاما بدءا من يوم توقيفه.

---

عودة | أعلى

---

نابلس - حمص

تمثلت نابلس يوما بعد يوم أن الوطن و المقدسات أعلى من الدماء و الأرواح و سطر أسمى ايات الفخر و البطولة في سعر الجهاد و المغفرة و أكدت مصادر المجاهدين ان قوات الاحتلال تكبدت مساء أمس الثلاثاء مقتل ضابط صهيوني و إصابة خمسة جنود بجراح في حادثين منفصلين في نابلس.

و في الوقت الذي أكدت فيه المقاومة الفلسطينية الباسلة أن الضابط الصهيوني و هو رتبة مبحر قتل نتيجة المعارك الضارية في نابلس زعمت العدو الصهيوني انه قتل حقاً برصاص زميل له.

و أفاد مراسلنا في نابلس ان محززه تعرضت لعملية تفجير عبوة ناسفة في ساعات المساء مما أدى إلى اصابة خمسة جنود بجراح بين متوسطة و خطيرة.

و ادعت قوات الاحتلال أنها عثرت على كميات كبيرة من العبوات المعدة للتفجير في حي القصبة و حوالي عشرين معمل لإنتاج العبوات الناسفة تحتوي على أطنان من المواد المنفجرة و قال متحدث صهيوني ان المقاومين الفلسطينيين زرع المنازل الفلسطينية بالمتمدد لقتل الجنود الصهاينة.

http://web.archive.org/web/20031226164128/http://www.palestine-info.info/arabic/palestoday/dailynews/2002/apr02/10_4/detail.htm



More than 10 killed and 25 injured... The bodies of the dead were scattered everywhere in a martyrdom operation in Haifa which sweeps away Sharon's security forever.

Occupied Palestine - Special

The terrorist Sharon had not gotten over the blows of the Palestinian resistance in Jenin and Nablus and the killing of more than 22 soldiers and the wounding of dozens before he was overtaken by a crushing blow on the morning of Wednesday, 4/10/2002, when a Palestinian martyr blew himself up on a bus filled with Zionist settlers - most of them soldiers - at an intersection east of the city of Haifa, killing more than 10 people and wounding 25, most of them soldiers.

According to preliminary information, the commando operation took place at about 7:20 am on Wednesday when an explosion occurred on a bus near the city of Haifa in the northern part of the Zionist entity.

Sources in the Zionist enemy police said that the operation injured many passengers because of heavy ridership during the morning hours on the route to Haifa.

An eyewitness at the scene said: "Pieces of the bus were scattered all over the place. I was a passenger. Suddenly I heard the sound of a huge explosion and I saw thick smoke. Heavy police forces arrived at the scene immediately. The scene was horrific and it is difficult to describe."

There appeared to be nothing left of the bus, while the bodies of the Zionists who were killed were scattered inside and outside.

The martyrdom operation dashed all the dreams of Sharon and Mofaz and their group of maintaining security, especially since the closest Palestinian area to the site of the operation is the Heroism and Resistance Camp of Jenin Al-Qassam.

This operation is considered the first of its kind since the start of operation "protective wall" by the Zionist army in the Palestinian areas a few days ago. Intelligence sources say that even warnings about Palestinian operations taking place have significantly decreased because of the operations of the army. However, the sources confirm the resolve of Palestinian organizations to carry out operations within the Zionist entity to prove to the Zionist enemy that the suppression and reoccupation of Palestinian cities is "useless."

Meanwhile, rescue and first aid forces transported the wounded and injured. The police are investigating the circumstances and background of the operation.

According to news reports, the Qassam Brigades, the military wing of the Hamas movement, declared their responsibility for the operation, but the news was not officially confirmed, as noted by the leaders of Hamas in an official communiqué from the Qassam Brigades.

The killing of 16 Zionists in an operation was disavowed by the Qassam Brigades in Haifa last March 31.

Palestinian observers expected Sharon to commit suicide because of the failure of his operation in trying to destroy the Palestinian resistance.


GO GLOBAL WITH CONFIDENCE

# TRANSLATION CERTIFICATION

## For Translation from Arabic into English

I, the undersigned, being first duly sworn, declare:

- That I, Kenneth Zwerdling, am the CEO of Foreign Translations, Inc.
- That our translator, Carl Wurtzel, is proficient in Arabic to English translation
- That our translator, Carl Wurtzel, has translated the following documents for OSEN LLC:

  ❖ Detail from the Palestinian Information Center website:
  http://web.archive.org/web/20031226164128/http://www.palestine-info.info/arabic/palestoday/dailynews/2002/apr02/10_4/detail.htm

HERETO:

I certify that our translator, Carl Wurtzel, has translated and proofread the above-mentioned documents. I further certify that said translations are, to the best of my knowledge and belief, true and correct translations.

_____
Ken Zwerdling, CEO
Foreign Translations, Inc.

June 7, 2011
Dated