# Exhibit 14

Hamas Claims Responsibility for Haifa's Suicide Explosion-EDS: 1st lead, updates...

NewsRoom

4/10/02 Xinhua Eng. Newswire 00:00:00

XINHUA NEWS AGENCY
Copyright © 2004 Comtex News Network. All rights reserved.

April 10, 2002

Hamas Claims Responsibility for Haifa's Suicide Explosion-EDS: 1st lead, updates with quotes by police

JERUSALEM, Apr 10, 2002 (Xinhua via COMTEX) -- The Ezz A Din Kassam, a militant wing affiliated to the Islamic Resistance Movement (Hamas), has claimed responsibility for the suicide bus explosion, which has killed at least 10 Israelis and injured some 15 others, Israeli television quoted Qatar-based Al-Jazeera television as saying.

The explosion occurred at Yagur junction, near Israel's northern city of Haifa Wednesday morning, when a Palestinian detonated explosive devices in the bus driving from Haifa to Jerusalem. Some passing vehicles were also hit by the explosion.

It was the first Palestinian attack targeting Israelis since the Israeli troops launched the Operations of Defensive Wall in the Palestinian-controlled West Bank areas on March 30. "The suicide attacker apparently blew himself up (soon) after he boarded the bus," Northern police commander Yaakov Borovsky said at the scene.

Police had been on alert for stepped-up attempts by Palestinian militant organizations to carry out attacks in defiance of Israel's military operations in the West Bank, Borovsky said.

"Apparently the Palestinian terrorists' appetite for terror has yet to be quenched," said David Baker, a spokesman in the prime minister's office.

Another government spokesman, Arieh Mekel, said the bombing was a sign that the Palestinians were intent on disrupting a new truce mission by U.S. Secretary of State Colin Powell, who is expected to arrive in Israel late Thursday for talks with Prime Minister Ariel Sharon and Palestinian leader Yasser Arafat.

Copyright 2002 XINHUA NEWS AGENCY.

-0-

---- Index References ----

News Subject: (International Terrorism (1IN37))

Region: (Middle East (1MI23); Palestine (1PA37); Arab States (1AR46); Israel (1IS16); Asia (1AS61); Mediterranean (1ME20))

Language: EN

Other Indexing: (COMTEX; DEFENSIVE WALL; DIN KASSAM; ISLAMIC RESISTANCE MOVEMENT;

**Hamas Claims Responsibility for Haifa's Suicide Explosion-EDS: 1st lead, updates...**

PALESTINIAN; WEST BANK) (Arieh Mekel; Ariel Sharon; Borovsky; Colin Powell; David Baker; Hamas Claims; Yaakov Borovsky; Yasser Arafat)

Word Count: 317

**End of Document**  © 2017 Thomson Reuters. No claim to original U.S. Government Works.

