# Exhibit 20

Case 1:05-cv-04622-DLI-RML   Document 363-20   Filed 02/24/17   Page 2 of 5 PageID #: 16110

23/12/03

22:44



דובר צה"ל
I.D.F Spokesperson



WWW.IDF.IL

## הודעת דובר צה"ל

**נושא: לכידת חברי "החולייה המזרחית" של החמא"ס האחראים למותם של 5 אזרחים ישראלים ו- 5 חיילי צה"ל**

בפעילות משולבת של כוחות חי"ר (ביניהם גדוד "דוכיפתי"), כוחות תותחנים ושריון של צה"ל, בכפרים מזרעה א-שרקייה, סילוואד, כובר, כפר מלק, חירבת אבו-שחידם, א-לובן, מזרעה אל קבלייה, סורדא, גיילזון וכפר עקב, מצפון לרמאללה, נעצרו בימים האחרונים 22 פעילי חמא"ס, האחראים למותם של 10 ישראלים – חמישה אזרחים וחמישה חיילי צה"ל:

- פיגוע ירי בדורא אל-קרע ב-2/11/01 בו נהרג לוחם "דוכיפתי" סמ"ר רז מינץ ז"ל

- פיגוע ירי במחסום סורדא ב-16/2/02 בו נהרג לוחם הצנחנים סמ"ר לי אקוניס ז"ל

- פיגוע ירי בציר אלון ב-18/11/02 בו נהרגה אזרחית ישראלית.

- פיגוע ירי בצומת אלון ב-5/5/03 בו נהרג אזרח ישראלי ונפצעו בתו וחייל מיל' נוסף.

- פיגוע ירי בציר 60 סמוך לעופרה ב-11/5/03 בו נהרג אזרח ישראלי.

- פיגוע ירי בציר 60 סמוך לסילוואד ב-20/06/03 בו נהרג אזרח ישראלי ונפצעו אשתו ושני הוריו.

- פיגוע ירי בציר אלון סמוך לאל מועייר ב-29/8/03 בו נהרג אזרח ישראלי ונפצעה אשתו.

חטיבת דובר צה"ל

חמ"ד דו"צ 03-6080202/3/4

מדור כתבים צבאיים 03-6080292     מדור תקשורת יומית 03-6080234/5     מדור תקשורת מקומית 03-6080317/8
יח' הצילום וההסרטה 03-5694508/3131     מדור ייזום 03-6080374/5/7/8     פקס ענף תקשורת 03-6080312
ענף תקשורת בינלאומית 02-6245789/5268, 02-5694558/9     פקס ענף תקשורת בינלאומית 02-5694256
נציגות פיקוד הצפון 04-6979329/115     נציגות פיקוד המרכז 02-5835817/9     נציגות פיקוד הדרום 08-9902866/7/8

22:42

23/12/03 כ"א חשון תש"ע


דובר צה"ל
I.D.F Spokesperson

WWW.IDF.IL

- פיגוע ירי בכפר עין יברוד ב-19/10/03 בו נהרגו חיילי "דוכיפת"
סמ"ר ארז עידן ז"ל, סמל רועי יעקב סולומון ז"ל וסמל אלעד פולק
ז"ל, ונפצע חייל נוסף.

בפעילות של כוחות "דוכיפת" אותרו אתמול בכפר סילוואד 8 רובים, 2 אקדחים, כוונת טלסקופית, עשרות מחסניות וכ-7000 קליעים, השייכים לחוליה. כלי הנשק הוטמנו בחבית בחצר ביתו של אחד המבוקשים. רובה נוסף מסוג M-16 מקוצר נמצא ביום ו' בכפר מזרעה א-שרקייה.

בין הנשקים שנמצאו בפעילות זו נמצאים שלושת כלי הנשק אשר ניטלו מלוחמי "דוכיפת" שנהרגו בהיתקלות בכפר עין יברוד ב-19/10/03.

הודעה על לכידת חברי החולייה נמסרה למשפחות החיילים שנהרגו בהיתקלויות עם המחבלים.

anc23120303
חמ"ד דז"צ 03-6080202/3/4

חטיבת דובר צה"ל

מדור כתבים צבאיים 03-6080292
מדור תקשורת יומית 03-6080234/5
יח' הצילום והסרטה 03-5694508/3131
מדור ייזום 03-6080374/5/7/8
ענף תקשורת בינלאומית 02-6245789/5268, 02-5694558/9
מדור תקשורת מקומית 03-6080317/8
פקס ענף תקשורת 03-6080312
נציגות פיקוד הצפון 04-6979329/115
נציגות פיקוד המרכז 02-5835817/9
פקס ענף תקשורת בינלאומית 02-5694256
נציגות פיקוד הדרום 08-9902866/7/8

Page 758

Dec. 23, 2003

IDF Spokesperson

### IDF Spokesperson Announcement

**Re: The capture of the members of the "Eastern Band" of the Hamas responsible for the deaths of 5 Israeli civilians and 5 IDF soldiers.**

<u>22 Hamas activists</u> were arrested over the past few days In a combined operation of the IDF Infantry Corps (including the "Duchifat" Battalion), Artillery Corps and Armored Corps, in the villages of Mizra'a A-Sharkiya, Silwad, Kovar, Kfar Malak, Hirbet Abu-Shahidam, A-Luban, Mizra'a El Kabiliya, Surda, Jilazun and Kfar Akeb, north of Ramallah; these activists are responsible for the deaths of 10 Israelis – five civilians and five 5 IDF soldiers.

- Shooting attack at Dura El-Kra on Nov. 2, 2001 in which "Duchifat" Battalion fighter, First Sergeant Raz Mintz of blessed memory was killed.
- Shooting attack at the Surda road block on Feb. 16, 2002, in which paratrooper First Sergeant Lee Akonis of blessed memory was killed.
- Shooting attack at the Alon traffic artery on Nov. 18, 2002, in which an Israeli civilian woman was killed.
- Shooting attack at Alon junction on May 5, 2003 in which an Israeli civilian was killed and his daughter and an IDF reservist were wounded.
- Shooting attack at traffic artery 60 near Ofra, on May 11, 2003, in which an Israeli civilian was killed.
- <u>Shooting attack at traffic artery 60 near Silwad on June 20, 2003 in which an Israeli civilian was killed and his wife and parents were wounded.</u>
- Shooting attack at the Alon traffic artery near El Moyeer on August 29, 2003, in which an Israeli civilian was killed and his wife was wounded.

Page 759

- Shooting attack at Kfar Ein Yabrodon Oct. 19, 2003 in which "Duchifat" Battalion soldiers, First Sergeant Erez Idan of blessed memory, First Sergeant Ro'i Yaakov Solomon of blessed memory, and First Sergeant Elad Pollak of blessed memory were killed, and another soldier was wounded.

The "Duchifat" Battalion operation uncovered 8 rifles, 2 handguns, a telescopic sights, dozens of magazines and about 7000 rounds belonging to the band. The weapons were buried in a barrel in the backyard of one of the wanted members. Another short-barrel M-16 was found on Friday in Kfar Mizra'a a-Sharkiya.

Among the weapons uncovered in this operation are three weapons that were stolen from "Duchifat" fighters who were killed in a skirmish in Kfar Ein Yabrud on Oct. 19, 2003.

The bereaved families of the soldiers who were killed in clashes with the terrorists were informed as to the capture of the band members.