# Exhibit 21



MR-AB00113260

قتول والدة الشهيد أن ابنها كان يشارك بقوة في الانتفاضة وقد اعتقل لدى الجانب الصهيوني أربع مرات قضى في المرة الأولى (6) أيام تحقيق وفي الثانية (40)يوما وفي الثالثة (3) أشهر أما الرابعة فقد قضى فيها (6) أشهر وخرج في شهر رمضـان مـن العـام الماضي.

وكانت قسمته في كل مرة إيواء مطاردين وإلقاء الحجارة وزجاجات فارغة على دبابات الاحتلال.

وتضيف الوالدة أن الشهيد لم يكن مطاردا، غير أن القوات الصهيونية كانت تحضر إلى البيت عدة مرات وتقوم بأعمال تفـ بيش وتخريب في أثاث المنزل وفي كل مرة كانوا لا يجدون فيها رفيق في المنزل، كانوا يبركون له بلاغ عسكري لنـذهاب الى ضـابط المخابرات ولكن رفيق كان يرفض أن يسلم نفسه للاحتلال مهما كان الثمن.

وقيل استشهاده باسرع كان الشهيد يجلس في شقة جده يستمع لمحاضرة لعمرو خالد وفي هذه الأثناء انتقل الشهيد الى شقته وإذا به يشاهد مجموعة كبيرة من جنود الاحتلال تأخذ مواقعها في محيط المنزل في منطقة الجاروز الثاني وعندها هرب رفيـق مـن الباب الخلفي ثم اختفى عن الأنظار وعندما دخل الجنود إلى المنزل ولم يجدوه أخذوا يعبثون في الأثاث ويكسـرون في مقتنيـات المنزل وقالوا لوالدته عليه أن يسلم نفسه.

وتضيف شقيقته وربما أنها اتبعت الشهيد وزوجته في أحد المنازل وكان نائما يشع وجهه نورا فقالت لإحدى قريباقا هنا نـوم شهيد وبعد أن استيقظ رفيق عانقته بحرارة وبكت فقال لي لو حصل لي شيء لا يوجد علي ديون لأحد بل يوجد لي عنـي بعـض الذين عملت معهم مبالغ من النقود وحتى لي الأشخاص والمبالغ المطلوبة.

وبعد ذهاب الجنود من المنزل عاد رفيق إلى المنزل ليطمئن على حالة الأسرة فقامت أمه وأبيه بمناشدته لتسليم نفسه رتضيف أم رفيق أنها قالت له فكر في حال الأسرة كيف سيعدو بعدك وكيف سيهدم المنزل ولكني اثنه عن نيته قلت له (لن أرضى عنك إذا أنت فعلت أي شيء أنا لا أرجاه ) وهنا بكى أم وفي حرارة وقول لبني يا افل له هذا الكلام لأنه خلال الأيـام القليلـة الـتي أعاده مطاردا كان يتألم بسببها وقد أشار إلى أمه في وصيته ولكن رفيق كان على عجل من أمره ولا يريد أن يعتقله اليهود حـتى يحافظ على سر إخوانه الشهداء ودعوته وحافظ على كرامته خلال الأيام القليلة المتبقية له، وقول أن أخر عبارة قالها لها لكم الله يا أمي وعليكم أن تصلوا صلاة الاستخارة وتدعون الله لي.

وتضيف وربما أن رفيق كان لا يطمح الا للشهادة وقد ابلغها بذلك عدة مرات ولكن لم نتوقع أن يدخل إلى نار الرمهدة ويقوم بما قام به وشير الى أنها رأت رؤيا قبل استشهاده بأيام قليلة حيث شاهدت رفيق من أحد اصدقائه يطلقون النار باتجـاه جنـود الاحتلال من بنية غير عسكرية وكان الشهيد يطلق النار وبركض باتجاه الجنود وهو يبتسم فعرفت أنه سوف يستشهد أما أم رفيق فقالت أنها صلت الاستخارة ولكنها شاهدت في المنام أن ولدها أهداها عدد من (قدور اللحم) وقد وضعـت في الثلاجـة وهـي ملفوفة باكياس بلاستيك فأدركت أن رفيق سوف يستشهد.

## قصة الاستشهاد

بتاريخ 2003/10/22م وبعد صلاة الظهر ليوم الأربعاء كان الشهيد يخفي رشاشه تحت جاكيت كان يرتديه و  كان يسـير بالقرب من تربة اليهود قما أعلى تلة الرمهدة وبحسب روايات شهود عيان فأن الشهيد سأل طالبة جامعية كانت تسير في الشارع إذا كان في أسفل الشارع جنود صهاينة أم لا فأجابته الطالبة نعم هناك جنود يستمرون في الشارع ولكنها نصــحته  بأن يخلـع الجاكيت حتى لا يقوم اليهود بنبقاله وتفتيشه ولكنه طلب منها أن تبتعد من المكان ثم صدف عدد من طالبات المدارس عائـدات إلى المنازل في نفس الشارع وآخرته بوجود الجنود بكثرة ولكنه قال لهن عليكن أن تبتعدن من هنا.

وفي خطوات سريعة كان الشهيد يقنع الجاكيت ويضع عصبة خضراء على جبينه بحسب روايات أصحاب المنازل الفـ  سطنية المحتلة في الموقع وقد اعتقد الناس أنه أحد المستوطنين بقلد الاستشهاديين لأن المستوطنون يقتدون الفلسطينيين (استهزاء) هــم في الكثير من الأحيان في الحي المذكور ولم تمض ألا دقائق معدودة حتى انطلق الرصاص يمهر على رؤوس الجنود الـذين تواجـدوا بالقرب من الثورة الاستيطانية فأصاب من كانوا على الأرض ثم أخذ يطلق النار باتجاه مجموعة من الجنود كـانوا يمركـزون في الأعلى وقد أصيب الشهيد بالرصاص في قدمه ولكنه ركع على ركبته وظل يطلق النار حتى استشهد.

وتقول أم رفيق أنها حينما تبعت أن استشهادها دخل إلى حي إلى الرمهدة أحست بداخلها أن الاستشهادي هو رفيق، وكا نت حينها في إحدى العيادات من أجل علاج ثمانها الصغير وقد أخذت تبكي بحرارة وأحست بأم حاد في المعدة ولكنها عادت مسرعة إلى البيت وتقول أخذت أجهزة أمعت الأولاد وملابسهم وبعض الحاجيات الضرورية وبدأت أخرجها من المنزل وقد جـاء أبـو رفيق وقال بأن الشهيد من كتاب الأقصى ولم يخبره أنه رفيق وتقول لم يطمئن قلبي وبعد ساعات قليلة حضر جنود الاحتلال إلى المنزل وقاموا بأعمال عربدة وتكسير واعتقلوا أبو رفيق وصهره ونقلوهم إلى جهة غير معلومة، وفي منتصف الليل حضروا إلى المنزل الذي هو ملك جد الشهيد وقاموا باخراج كافة من في المنزل وقاموا بهدمه.

وتقول أم الشهيد أنه من أخبرها باستشهاد رفيق كان شقيقتها وقد أخذت قنف الله أكبر والحمد لله الحمد رفـ تبك على أن ذهبت لصــلاة وكفي شكر لله تعالى.

وتسـأل أم الشهيد هل يكتب لنا الأجر لصبرنا على أبنائنا والله أني أشعر بأن الله أكرمني باستشهاد رفيق حتى أمائل أمهـات الشهداء في الصبر والعطاء.

واحتراما لبطولته أقامت الحركة الإسلامية والوطنية له مهرجانا كبيرا تحدث عنه القاصي والداني.

:: أخبار وتقارير :: واحة الشهداء :: أسرى القسام :: صحافة العدو :: فيديو :: صوتيات :: احصائيات وأرقام :: معارك وعمليات :: صناعات قسامية

كتب واصدارات :: حوارات :: مقالات :: بيانات عسكرية :: بلاغات عسكرية :: ألبوم الصور :: الملتقى القسامي ::

MR-ARA227178

MR-AB00113261

Case 1:05-cv-04622-DLI-RML   Document 363-21   Filed 02/24/17   Page 4 of 9 PageID #: 16117

جميع الحقوق محفوظة لدى المكتب الإعلامي لكتائب القسام 2011

MR-ARA227179

MR-AB00113262

I, Dotan Shaniv, hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that I translated the attached http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=sera&id=362 from the Arabic language into English and that to the best of my knowledge this is a correct translation of the original text.


Dotan     Shaniv
Dotan Shaniv

October 5, 2013

The Martyr Izz al-Din al-Qassam Brigades – Information office                    1

| News and Reports | The Fiqh of Jihad | Martyrs' Oasis | Special issues | Videos | Statistics and Numbers | Dialogues | Battles and Operations | Books and Publications | Photo Album |

## Martyrs' Oasis

**News** — A wide-scale condemnation of the renewal of the administrative detention of the deputy al-Ramahi — The enemy aims at the farmers and solidarists

He swore to Allah, and He accepted it and strengthened him till the moment of his death

- Rafiq Qanibi
- A Holy Warrior of al-Qassam
- 10-23-2003

**Search in the Martyrs' Oasis**

Martyr's name [ ] Search

**Mailing list**

[ ] Subscribe

| The Martyr's Biography | The Martyr's Statement | The Martyr's Pictures | The Martyr's Videos |

The martyr of al-Qassam, Rafiq Qanibi

He swore to Allah, and He accepted it and strengthened him till the moment of his death

Al-Qassam – exclusive:

Whenever his mind would refrain from performing the Morning Prayer, the martyr Rafiq Muhammad Ziyad Qanibi would punish himself by tying his hands to the bed, and then putting the alarm clock above his head and setting it to the morning *azan* [the call to the Morning Prayer]. When the alarm clock would ring, Rafiq would rise and untie his hands and by then the sleep would have already been gone from his eyes. Then he would go to the Morning Prayer, pleased with himself.

We heard in the tradition that he who cannot make an effort [and wake up for] the Morning Prayer, will not be able to lift a weapon or shoot a single bullet in an Occupier's face.

This helped us understand the outstanding courage of the martyr Qanibi, who managed to enter the Tel Rumeida settlement in the center of Hebron, which is one of the most fortified and alert settlements.

A Family Man

The martyr Rafiq Qanibi was born in Hebron on 4/22/1980, in the neighborhood Al-Hawz al-Thani in the southwestern part of the city. He was not too fond of school during his secondary studies, and when he graduated he went to work in painting. Due to his family's concern about him, they tried to convince him to get married, and read the *Al-Fatiha* [the first chapter of the Quran] for one of his female relatives, but the martyr constantly said that he yearns only for Paradise and wants only the dark-eyed [Islamic term for the virgins in Paradise].

55441                    MR-ARA227177
                    MR-AB00113260

The martyr was responsible for his household, especially since his father was working at night and sleeping during the day, so his sons saw him for a short time only [every day]. This made the martyr assume full responsibility for the family. He spent all his time working and taking care of the upbringing of his brothers. His mother, Umm Rafiq, says that he was her first-born, and that he would always tell her: "Mother, you have to obligate my brothers and sisters to pray at the mosques, for they educate them in morals, decorum and religion. By Allah, if it was not for the mosques and the youth of the mosques, we would not have this kind of morals".

### His morals

When Umm Rafiq speaks about his childhood, she says that he was quiet since infancy, and that he was committed to praying at the mosques. Whenever he gave someone a gift, he was bent on it being related to religion and adherence to religion, such as traditional clothes, Islamic films and chanted Quran tapes. He used to fast every Monday and Thursday of every week, and he was constantly reading the Quran and using personal prayers, and on Friday nights he would read Surat al-Kahf [lit. 'the cave', Sura no. 19]

When his sister asked him for a Quran tape, he brought her the full and chanted Quran.

### His will

The martyr left a will he wrote to his family, brothers, friends and relatives, in which he said that he apologizes to his parents that he could not comply with their wish and withdraw from the way of Jihad and martyrdom. He swore three times by the name of Allah the Mighty that he cannot and will never surrender himself to his enemies, since he decided that he will live the rest of his life in glory and dignity. He added that he will quench his thirst for Jews with his body and blood, and he swore that Jews will not harm a single hair on his head so long as he lives.

His sister Rabab says that the martyr was longing for Paradise and for meeting the martyrs Izz al-Din Misk, Basel al-Qawasmeh, Ahmad Othman, Raed Misk and many others. She added that he hung their pictures in his room and used to enter that room for many long hours, lock the door behind him and stare at the pictures. She also said that he was greatly affected by the martyrdom of Basel al-Qawasmeh and did not get out of bed for several days. His body became emaciated, and yet he refused to eat anything and locked the door to his room.

He was also frequently affected by the events of the Intifada, the assassinations and the deaths of martyrs and children.

### The pursuit

The martyr's mother says that he participated courageously in the Intifada and was arrested by the Zionists four times. On the first time he was detained for 6 days for investigations; on the second time he was detained for 40 days; on the third time he was detained for 3 months; and on the fourth time he was detained for 6 months, and was released during last Ramadan.

MR-ARA227177 - continued
MR-AB00113260 - continued

The Martyr Izz al-Din al-Qassam Brigades – Information office                    3

Every time he was accused of sheltering runaways and of throwing rocks and empty bottles at the tanks of the Occupation.

His mother added that the martyr was not pursued, even though the Zionist forces came to the house several times and searched and destroyed the house's furniture. Every time they could not find Rafiq in the house, they left him a military message to go to the intelligence officer, but Rafiq refused every time to surrender himself to the Occupation, whatever the price was.

A week before he was killed, the martyr was sitting in his grandfather's apartment, listening to a lecture by Amru Khaled. At a certain point he went to his own apartment and all of a sudden he saw a large group of Occupation soldiers assuming positions around the house in the area of Al-Hawz al-Thani. Immediately Rafiq escaped through the back-door and vanished from sight, and when the soldiers entered the house and could not find him, they began smashing the furniture and breaking everything in the house, and told his mother that he must surrender himself.

His sister Rabab added that she followed the martyr and found him asleep in one of the houses, his face beaming, and she said to one of her relatives: "This is the sleep of a martyr". After Rafiq had awakened, she embraced him warmly, "but he told me: if anything happens to me, I do not owe anything to anyone except for certain sums of money to a few people I worked with", and he named the people and the requested sums.

After the soldiers left the house, Rafiq returned there in order to make sure his family was alright, and then his mother and father implored him to surrender himself. Umm Rafiq adds that she told him: "Think about the family – how it will change without you, how the house will be demolished.". In order to dissuade him from his intention, I told him: "I will never be pleased with you if you will do something that does not please me". At this point, Umm Rafiq starts to cry and says: "I wish I had not said those things to him", because during the few days he was pursued, they hurt him, and he indicated his pain in his will. Nevertheless, Rafiq was quick about his business, and did not want to be arrested by the Jews, so that he could keep the secret of his martyr brothers, and to keep his prayer and dignity during the last few days he had left". She says that the last thing he said to her was: "You have Allah, mother, and you should pray the Consult Prayer and pray to Allah for me".

Rabab adds: "Rafiq aspired only for martyrdom, and he told us about it several times, but we did not expect that he would enter Tel Rumeida and do what he did". She mentions that a few days before he died she had dreams, in which she saw Rafiq with one of his friends shooting at Occupation soldiers from an uninhabited building, and the martyr was firing his gun and running towards the soldiers with a smile on his face. Then she knew that he will die as a martyr. Umm Rafiq said that she prayed the Consult Prayer, but she saw in her sleep that her father brought her several packs of meat, and she put them in the refrigerator wrapped in plastic bags, and then she realized that Rafiq will die as a martyr.

MR-ARA227178
MR-AB00113261

The Martyr Izz al-Din al-Qassam Brigades – Information office                4

### The story of the martyrdom

On 10/22/2003, after the Wednesday Midday Prayer, the martyr concealed his machine-gun under the jacket he was wearing and walked around near the Jews' territory on top of Tel Rumeida. According to eyewitnesses, the martyr asked a university student on the street if there are Zionist soldiers at the end of the street, and the student answered him: "Yes, there are soldiers spread throughout the street", but she advised him to take off his Jacket so that the Jews will not detain him and search him. He asked her to get away from that place, and then he came across several school students returning to their homes in the same street. They told him that there are plenty of soldiers, and he told them that they ought to leave the place.

Quickly the martyr took off his jacket and put a green headband on his forehead, according to the residents of the occupied Palestinian houses there. The people thought that one of the settlers was imitating those seeking martyrdom, because the settlers imitate the Palestinians mockingly many times in the aforementioned neighborhood. Only a few minutes have passed and the bullets started pouring down over the heads of the soldiers who were near the settlement, and he hit those that were on the ground. Then he began shooting towards a group of soldiers concentrated at the top. The martyr was shot and hit in his leg, but he got down to his knees and continued shooting until he was killed.

Umm Rafiq says that when she heard that a suicide attacker entered the Tel Rumeida neighborhood, she felt inside that the suicide attacker was Rafiq. She was in a clinic then, getting treatment for her little child, and she began to cry bitterly and felt a sharp pain in her stomach. She quickly returned home, and she says: "I took the children's toys, their clothes and several necessary objects and started getting them out of the house". Then came Abu Rafiq and said that the martyr is from the Al-Aqsa Brigades and that no one told him that it was Rafiq, but she says: "I did not feel reassured". After a few hours the Occupation soldiers came to the house and began breaking things. They arrested Abu Rafiq and his brother-in-law and took them to an unknown place. In the middle of the night they came to the house that belongs to the martyr's grandfather, got everybody out of the house and blew it up.

The martyr's mother says that it was her brother who informed her of Rafiq's martyrdom, and that she began shouting: "Allah is the Greatest and to Allah is the praise". She did not cry, however, but went to pray and prostrate in gratitude to Allah the Exalted.

The martyr's mother asks: "Will we receive a reward for our perseverance for our sons? By Allah, I feel that Allah has honored me with the martyrdom of Rafiq so that I will be like the martyrs' mothers in perseverance and contribution.

In honor of his heroism, the Islamic and national movement arranged a great celebration for him, which was the center of everyone's attention.

:: News and Reports :: Martyrs' Oasis :: Prisoners of al-Qassam :: The Enemy's Press :: Videos :: Audio :: Statistics and Numbers :: Battles and Operations :: Industries of al-Qassam :: Books and Publications :: Dialogues :: Articles :: :: Military data :: Military reports :: Photo Album :: The Forum of al-Qassam

All Rights Reserved to the Information Office of al-Qassam Brigades, 2011

http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=sera&id=362                9/5/2011

MR-ARA227179

MR-AB00113262