# Exhibit 23

תאריך: כ"ט סיון, תשס"ה
6 יולי, 2005

תיק מס': 1305/04

# בית המשפט הצבאי יהודה

בפני כב' סגן הנשיא: רס"ן רונן עצמון

**התביעה הצבאית**
(באמצעות קמ"ש רות צביאל)

נגד

**הנאשם:** בשאר חאפז עוף זאהדה, ת.ז. 905653952 /שב"ס – נוכח
(באמצעות ב"כ עו"ד אבו עומר - נוכח)

**רשמת:** טור' יעל בלר
**מתורגמן:** טור' יוסי קטש

אב"ד פותח את הישיבה ומזהה את הנאשם.

## מהלך הדיון

נאשם: מייצג אותי עו"ד אבו עומר.

הצדדים: הגענו להסדר טיעון במסגרתו התובעת מתקנת את כתב האישום כך שהתיק ידון בפני שופט דן יחיד, ימחקו חלק מפרטי האישום, ובכפוף להודאת הנאשם בכתב האישום המתוקן הצדדים יטענו לעונש מוסכם.

**בית המשפט מבהיר לנאשם כי אינו כבול להסדר הטיעון שנקשר ביניהם.**

נאשם: אני מבין שביהמ"ש אינו כבול להסדר, אני מבין את כתב האישום המתוקן ומודה בו.

## הכרעת - דין

על יסוד הודאתו בכתב האישום המתוקן, מורשע הנאשם בעבירות המיוחסות לו, דהיינו:

א. סחר בציוד מלחמתי, לפי סעיף 2 לצו בדבר איסור סחר בציוד מלחמתי.
ב. חברות ופעילות בהתאחדות בלתי מותרת, לפי תקנה 85(1)(א) לתקנות ההגנה.
ג. קשירת קשר לגרימת מוות בכוונה, לפי סעיף 22 לצו בדבר כללי האחריות לעבירה, לפי סעיף 55 לצו בדבר הוראות ביטחון.

ניתן והודע היום, 6.7.2005, בפומבי ובמעמד הצדדים.

סגן הנשיא

תובעת: אין ראיות לעונש.

סניגור: אין ראיות לעונש.

נאמן למקור

# APOSTILLE
## (CONVENTION DE LA HAYE 5 DU OCTOBER 1961)

1. STATE OF ISRAEL — מדינת ישראל .1
2. THIS PUBLIC DOCUMENT HAS BEEN SIGNED BY MR./MS — ברזני אלינור BARAZANI ELINOR — מסמך ציבורי זה נחתם בידי מר/גב' .2
3. ACTING IN THE CAPACITY OF NATANIA CITY OFFICER FOR MILITARY MATTERS — המכהן בתור קצינת העיר נתניה .3
4. BEARS THE SEAL/STAMP OF THE MINISTRY OF — צבא ההגנה לישראל ISRAELI DEFFENCE — נושא את החותם/חותמת של משרד .4
5. CERTIFIED AT THE MINISTRY OF FOREIGN AFFAIRS — אושר במשרד החוץ .5
6. THE — 5/10/2011 — ביום .6
7. BY — SHIR TZIKVASHVILY שיר ציקבאשוילי CONSULAR BUREAU החטיבה הקונסולרית — על-ידי .7
8. NO 528779. — מס' 528779 .8
9. SEAL/STAMP — חותם/חותמת .9
10. SIGNATURE, JERUSALEM — חתימה, ירושלים .10

L_C180810

תאריך: כ"ט סיון, תשס"ה
6 יולי, 2005

תיק מס': 1305/04

בית המשפט הצבאי יהודה

בפני כב' סגן הנשיא: רס"ן רונן עצמון

התביעה הצבאית
(באמצעות קמ"ש רות צביאל)

נגד

הנאשם: בשאר חאפז עוף זאהדה, ת.ז. 905653952/ שב"ס – נוכח
(באמצעות ב"כ עו"ד אבו עומר - נוכח)

## גזר-דין

הנאשם הורשע, על פי הודאתו, במסגרת הסדר טיעון בכך שבחודש אפריל 2003 הסתיר בביתו עבור אמג'יד זאהדה מספר רובים, אקדח ותחמושת; בכך שמחודש אוקטובר 2003 ועד ליום מעצרו היה חבר בארגון החמאס; במסגרת חברותו זו נענה להצעה לבצע פיגוע התאבדות באמצעות חגורת נפץ, כדי לגרום למותם של ישראלים רבים ככל האפשר. לפי כתב אישום פיגוע זה לא יצא אל הפועל, הן משום שאחד מהפעילים נהרג, והן בשל מעצרו של הנאשם.

כפי שציינה התובעת, מעשיו של הנאשם יצרו סיכון לשלומם של ישראלים. יש להתחשב בכך שמעשיו לא חרגו מגדר הכנה, והקשר שבו היה מעורב לא קדם ולא מומש. שקלתי את נימוקיהם של הצדדים, ומתוך התחשבות בעובדה שהנאשם הודה וחסך מזמנם של כל הגורמים, ובעברו הנקי ראיתי לנכון לכבד את הסדר הטיעון.

אשר על כן אני גוזר על הנאשם את העונשים הבאים:

א. 62 חודשי מאסר בפועל אשר יימנו החל מיום מעצרו.
ב. 30 חודשי מאסר על תנאי, והתנאי הוא שבמשך 5 שנים מיום שחרורו ממאסרו לא יעבור עבירה בה הורשע בתיק זה, או עבירה אחרת שמהותה יצירת סיכון מכוון לחיי אדם.
ג. קנס בסך 10,000 ש"ח או 10 חודשי מאסר תמורתו. הקנס ישולם עד למועד שחרורו של הנאשם ממאסר. תשלום הקנס יהווה תנאי לשחרורו של הנאשם ממאסרו.

זכות ערעור תוך 30 יום מהיום.

ניתן והודע היום, 6.7.2005, בפומבי ובמעמד הצדדים.

סגן הנשיא

רס"ן אלינור ברגני
קצינת העיר נתניה



**Targem Translations**

143 RODNEY STREET

BROOKLYN, N.Y. 11211

TEL. (718) 384-8040

FAX: (718) 388-3516

# Certificate of Accurate Translation

Translated document: **L_C180809-11**   Source Language: **Hebrew**

Translation date: **April, 28, 2014**   Target Language: **English**

Description of Document: **Sentence and Verdict of Bashar Hafez Awf Zahada**

Targem Translations, a language services provider in the New York metropolitan area with more than 50 years of professional experience, hereby certifies and states that the above mentioned document has been translated and edited by a team of highly skilled translators and editors who have the background and experience needed to perform the translation and editing. We further certify that, to the best of our knowledge, the translated English document is an accurate translation of the original Hebrew document and that reflects the content and meaning of the original Hebrew document.

Yours Sincerely

Wolf Markowitz, Manager
**Targem Translations**



PROFESSIONAL TRANSLATIONS OF FOREIGN LANGUAGES

תאריך: כ"ט סיון, תשס"ה
6 יולי, 2005

תיק מס': 1305/04

# בית המשפט הצבאי יהודה

בפני כב' סגן הנשיא: רס"ן רונן עצמון

**התביעה הצבאית**
(באמצעות קמיי"ש רות צביאל)

נגד

**הנאשם: בשאר חאפז עוף זאהדה, ת.ז. 905653952/ שב"ס – נוכח**
(באמצעות ב"כ עו"ד אבו עומר - נוכח)

**רשמת: טור' יעל בלר**
**מתורגמן: טור' יוסי קטש**

---

**אב"ד פותח את הישיבה ומזהה את הנאשם.**

## מהלך הדיון

**נאשם**: מייצג אותי עו"ד אבו עומר.

**הצדדים**: הגענו להסדר טיעון במסגרתו התובעת מתקנת את כתב האישום כך שהתיק ידון בפני שופט דן יחיד, ימחקו חלק מפרטי האישום, ובכפוף להודאת הנאשם בכתב האישום המתוקן הצדדים יטענו לעונש מוסכם.

**בית המשפט מבהיר לנאשם כי אינו כבול להסדר הטיעון שנקשר ביניהם.**

**נאשם**: אני מבין שביהמ"ש אינו כבול להסדר, אני מבין את כתב האישום המתוקן ומודה בו.

## הכרעת - דין

על יסוד הודאתו בכתב האישום המתוקן, מורשע הנאשם בעבירות המיוחסות לו, דהיינו:

א. סחר בציוד מלחמתי, לפי סעיף 2 לצו בדבר איסור סחר בציוד מלחמתי.

ב. חברות ופעילות בהתאחדות בלתי מותרת, לפי תקנה 85(1)(א) לתקנות ההגנה.

ג. קשירת קשר לגרימת מוות בכוונה, לפי סעיף 22 לצו בדבר כללי האחריות לעבירה, לפי סעיף 55 לצו בדבר הוראות ביטחון.

ניתן והודע היום, 6.7.2005, בפומבי ובמעמד הצדדים.

**תובעת**: אין ראיות לעונש.

**סניגור**: אין ראיות לעונש.

סגן הנשיא

נאמן למקור

L_C180809

# APOSTILLE
## (CONVENTION DE LA HAYE 5 DU OCTOBER 1961)

1. STATE OF ISRAEL — מדינת ישראל .1
2. THIS PUBLIC DOCUMENT HAS BEEN SIGNED BY MR./MS  ברזני אלינור  BARAZANI ELINOR — מסמך ציבורי זה נחתם בידי מר/גב' .2
3. ACTING IN THE CAPACITY OF NATANIA CITY OFFICER FOR MILITARY MATTERS — המכהן בתור   קצינת העיר נתניה .3
4. BEARS THE SEAL/STAMP OF THE MINISTRY OF  צבא ההגנה לישראל  ISRAELI DEFFENCE — נושא את החותם/חותמת של משרד .4
5. CERTIFIED AT THE MINISTRY OF FOREIGN AFFAIRS — אושר במשרד החוץ .5
6. THE   5/10/2011 — ביום .6
7. BY   SHIR TZIKVASHVILY   שיר ציקבאשוילי   CONSULAR BUREAU   החטיבה הקונסולרית — על-ידי .7
8. NO 528779. — מס' 528779 .8
9. SEAL/STAMP — חותם/חותמת .9
10. SIGNATURE, JERUSALEM — חתימה, ירושלים .10

L_C180810

תיק מס': 1305/04

תאריך: כ"ט סיון, תשס"ה
6 יולי, 2005

**בית המשפט הצבאי יהודה**

בפני כב' סגן הנשיא: רס"ן רונן עצמון

התביעה הצבאית
(באמצעות קמ"ש רות צביאל)

נגד

הנאשם: בשאר חאפז עוף זאהדה, ת.ז. 905653952/ שב"ס – נוכח
(באמצעות ב"כ עו"ד אבו עומר - נוכח)

**גזר - דין**

הנאשם הורשע, על פי הודאתו, במסגרת הסדר טיעון בכך שבחודש אפריל 2003 הסתיר בביתו עבור אמג'יד זאהדה מספר רובים, אקדח ותחמושת; בכך שמחודש אוקטובר 2003 ועד ליום מעצרו היה חבר בארגון החמאס; במסגרת חברותו זו נענה להצעה לבצע פיגוע התאבדות באמצעות חגורת נפץ, כדי לגרום למותם של ישראלים רבים ככל האפשר. לפי כתב אישום פיגוע זה לא יצא אל הפועל, הן משום שאחד מהפעילים נהרג, והן בשל מעצרו של הנאשם.

כפי שציינה התובעת, מעשיו של הנאשם יצרו סיכון לשלומם של ישראלים. יש להתחשב בכך שמעשיו לא חרגו מגדר הכנה, והקשר שבו היה מעורב לא קודם ולא מומש. שקלתי את נימוקיהם של הצדדים, ומתוך התחשבות בעובדה שהנאשם הודה וחסך מזמנם של כל הגורמים, ובעברו הנקי ראיתי לנכון לכבד את הסדר הטיעון.

אשר על כן אני גוזר על הנאשם את העונשים הבאים:

א. 62 חודשי מאסר בפועל אשר יימנו החל מיום מעצרו.
ב. 30 חודשי מאסר על תנאי, והתנאי הוא שבמשך 5 שנים מיום שחרורו ממאסרו לא יעבור עבירה בה הורשע בתיק זה, או עבירה אחרת שמהותה יצירת סיכון מכוון לחיי אדם.
ג. קנס בסך 10,000 ש"ח או 10 חודשי מאסר תמורתו. הקנס ישולם עד למועד שחרורו של הנאשם ממאסר. תשלום הקנס יהווה תנאי לשחרורו של הנאשם ממאסרו.

זכות ערעור תוך 30 יום מהיום.

ניתן והודע היום, 6.7.2005, בפומבי ובמעמד הצדדים.

סגן הנשיא

רס"ן אלינור בר[...]
קצינת העיר נתניה

L_C180811

Date: 29 Sivan, 5765  
July 6, 2005                                                                                          Case number: 1305/04

## Military Court - Judea

**Appearing before the honorable Deputy Chief Justice: Major Ronen Atzmon**

**The Military Prosecution**  
(Represented by Law Officer Ruth Tzviel)

vs.

**Defendant: Bashar Hafez Awf Zahada I.D. 905653952 Prison Service - present**  
(Represented by counsel, Attorney Abu Omar - present)

**Court reporter: Private Yael Beller**  
**Interpreter: Private Yossi Katash**

**The presiding judge opens the session and identifies the Defendant.**

### Proceedings of the hearing

The Defendant: Atty. Abu Omar is my representative.

The parties: We have reached an agreement wherein the prosecution will amend the indictment so that the file will be judged by a single judge, some of the counts will be omitted and in conjunction with the defendant's confession to the revised indictment, the parties will reach an agreed upon sentence.

**The court has clarified to the defendant that it is not bound by the plea bargain that was contracted between them.**  
The Defendant: I understand that the court is not bound by the agreement. I understand the revised indictment and I admit to it.

### Verdict

Based on the defendant's confession to the revised indictment, the defendant is convicted with the crimes ascribed to him as follows:  
A. Trading in weapons in accordance with Section 2 of Prohibition of Trading in Illegal Weapons order.  
B. Membership and activity in an illegal organization in accordance with Regulation 85(1)(a) of the Defense Regulations.  
C. Conspiracy to intentionally cause death in accordance with Section 22 of the Order Regarding the Rules of Criminal Liability, in accordance with Section 55 of the Security Orders.

**Handed down and published today, July 6, 2005, in open court and in the presence of both parties.**

[signature]  
**Deputy Chief Justice**

[stamp:] District Officer, Netanya. 9338  
[signature] [stamp:] 4584482. Major Elinor Barazani, District Officer, Netanya

[stamp:] Correct copy [signature]  
[stamp:] Military Appeals Court — Judea and Samaria

The prosecution: There is no evidence in support of sentencing.

The defense counsel: There is no evidence in support of sentencing.

L_C180809

[

## APOSTILLE
### (CONVENTION DE LA HAYE 5 DU OCTOBER 1961)

1. STATE OF ISRAEL — מדינת ישראל .1
2. THIS PUBLIC DOCUMENT HAS BEEN SIGNED BY MR./MS — ברזני אלינור / BARAZANI ELINOR — מסמך ציבורי זה נחתם בידי מר/גב׳ .2
3. ACTING IN THE CAPACITY OF NATANIA CITY OFFICER FOR MILITARY MATTERS — המכהן בתור קצינת העיר נתניה .3
4. BEARS THE SEAL/STAMP OF THE MINISTRY OF — צבא ההגנה לישראל / ISRAELI DEFFENCE — נשא את החותם/חותמת של משרד .4
5. CERTIFIED AT THE MINISTRY OF FOREIGN AFFAIRS — אושר במשרד החוץ .5
6. THE 5/10/2011 — ביום .6
7. BY SHIR TZIKVASHVILY CONSULAR BUREAU — שיר ציקבאשוילי חטיבת הקונסולריות — עלידי .7
8. NO 528779. — מס׳ 528779 .8
9. SEAL/STAMP — חותם/חותמת .9
10. SIGNATURE, JERUSALEM — חתימה, ירושלים .10

L_C180810

[

Date: 29 Sivan, 2006
July 6, 2005 Case number: 1305/04

## Military Court - Judea

**Appearing before the honorable Deputy Chief Justice: Major Ronen Atzmon**

**The Military Prosecution**
(Represented by Law Officer Ruth Tzviel)

vs.

**Defendant: Bashar Hafez Awf Zahada I.D. 905653952 Prison Service - present**
(Represented by counsel, Attorney Abu Omar - present)

### Sentence

The defendant was convicted based on his confession through a plea bargain, in that in April 2003 he hid in his home a number of revolvers, a gun and ammunition on behalf of Amjad Zahada; from October 2003 until his arrest he was a member of Hamas; as such, he accepted an offer to commit a suicide attack with an explosive belt, the aim of which was to kill as many Israelis as possible. According to the indictment, the attack did not take place both because one of the activists was killed and the defendant was arrested.

The prosecutor has demonstrated that the defendant's actions endangered the safety of Israelis. Nevertheless, we must consider that these actions did not materialize beyond the preparation stage and any contact made did not evolve further or come to fruition. I have weighed the claims of both parties. Out of consideration for the fact that the defendant confessed and spared all of us much time, and given his previously clean record, I find it appropriate to honor the plea bargain.

I hereby sentence the defendant to the following penalties:

A. 62 months of imprisonment commencing from the day of his arrest.
B. 30 months on probation with the condition being that for 5 years from his release, he will not commit the same offense for which he has been convicted in this case, or for that matter, any other offense that causes deliberate danger to human life.
C. A fine of NIS 10,000 or 10 months of imprisonment in place of it. The fine will be paid not later than the defendant's release from prison. The defendant's release from prison will be conditional upon payment of the fine.

**Right to appeal within 30 days from today.**

**Handed down and published today, July 6, 2005 in open court and in the presence of the parties.**

[signature]
**Deputy Chief Justice**

[stamp:] Correct copy
[signature]
[stamp:] Military Appeals Court — Judea and Samaria

[stamp:] District Officer, Netanya. 9338
[signature] [stamp:] 4584482.
Major Elinor Barazani, District Officer, Netanya

L_C180811

[