# Exhibit 24

2.2.2004   JAG

## נהרג מחמד אבו עודה, ראש חוליית עז-אדין אל קאסם של החמא"ס באיזור בית לחם ומי שעמד, עפ"י הערכה מודיעינית, מאחורי הפיגוע הקשה בקו 19 בירושלים ביום חמישי, בו נהרגו 11 אזרחים ונפצעו למעלה מ- 60



במהלך מבצע משותף של צה"ל ושירות ביטחון כללי במחנה הפליטים עאידה שבגזרת בי"ל, נהרג **מחמד אבו עודה**, ר' חוליות עז-אדין אל קסאם באיזור בית לחם, מבכירי מהנדסי החמאס בבי"ל. אבו עודה עומד עפ"י הערכה מודיעינית, מאחורי פיגוע ההתאבדות שבוצע ביום חמישי, ה- 29 בינואר 2004 בקו 19 ברחוב עזה בירושלים, בו נהרגו 11 אזרחים ונפצעו למעלה מ- 60.

הפיגוע בוצע על ידי **עלי גיעארה**, שוטר פלסטיני תושב מחנה הפליטים עאידה שבבית לחם.

במהלך חיפוש שבוצע אחריו בביתו, פתח מחמד באש לעבר חיילנו מתוך 'סליק' אשר נמצא בבית. כתוצאה מחילופי האש נפצעו 4 חיילי צה"ל. מחמד אבו עודה נהרג, על גופתו נמצא אקדח FN.

אבו עודה היה חבר בתשתית החמאס צבאית, בראשה עמד עלי עלאן , אשר ביצעה פיגועים קשים רבים, הבולטים שבהם :

- פיגוע ההתאבדות בצומת פת ביוני 2002 בו נהרגו 19 אזרחים ו- 50 נוספים נפצעו
- פיגוע ההתאבדות בקריית מנחם בנובמבר 2002 בו נהרגו 12 אזרחים ו- 45 נפצעו

במהלך תקופת פעילותם המשותפת הכשיר עלאן את אבו עודה כמהנדס חבלה בכיר.
עם מותו של עלי עלאן וחברי חולייתו הבכירים, במרץ 03, תפס אבו עודה את מקומם והפך להיות בכיר מהנדסי החמאס בבי"ל.
במסגרת פעילותו עסק מחמד אבו עודה בגיוס חוליות מתאבדים ובתיכנון פיגועי התאבדות.
בנובמבר 2003 סיכל צה"ל ניסיון פיגוע התאבדות כפול שתכנן מחמד אבו עודה בלילת אלקאדר" בסוף חודש הרמדאן.

JG

### על רקע פעילותו של מחמד ובהעדר נוכחות של צה"ל בבית לחם, הועבר שמו של אבו עודה לפלסטינים להמשך טיפולם.
### עד עצם היום הזה לא טיפלו המנגנונים הפלסטינים באבו עודה, למרות שהיה בידם מידע המעיד על מעורבותו בפיגוע שבוצע ביום חמישי ובפיגועים נוספים.
### ב- 1 ביולי 2003 הועברה בית לחם לשליטה פלסטינית, למעלה מחצי שנה עברה, אך למרות הזמן הרב שחלף והכרזותיהם של הפלסטינים על כך שילחמו בטרור, מעט נעשה בשטח ופיגועים ומפגעים רבים יצאו מן העיר. אוזלת היד בטיפולם של מנגנוני הבטחון הפלסטינים באבו עודה והעובדה כי המחבל המתאבד אשר ביצע את הפיגוע בקו 19 היה שוטר פלסטיני מבית לחם, מהווה עדות נוספת לכך שמנגנוני הבטחון הפלסטינים בבית לחם אינם פועלים למניעת הטרור היוצא מן העיר.

Page 897

(Handwriting: JPG, 2.2.2004)

**Muhammad abu Uda was killed; he was head of the Hamas Izz ad-Din al-Qassam group in the Bethlehem area and the one who, according to intelligence assessments, was in charge of the deadly terrorist attack in bus line 19 in Jerusalem on Thursday in which 11 civilians were killed and over 60 wounded**

During a joint operation of the IDF and Israel Security Agency in the Aaida refugee camp in the Bethlehem area, **Muhammad abu Uda** was killed, head of the Izz ad-Din al-Qassam groups in Bethlehem and one of the senior Hamas engineers in the Bethlehem area. Abu Uda is the one responsible, according to intelligence assessments, for the suicide bombing that was committed on Thursday, 29 January 2004 in line 19 at the Gaza street in Jerusalem, in which 11 civilians were killed and more than 60 were wounded.

The attack was committed by **Ali Gaara**, a Palestinian police officer, resident of the Aaida refugee camp in Bethlehem.

During a search that was performed in his house, Muhammad opened fire aimed at our soldiers from a hideout that was in the house. As a result of the fire 4 IDF soldiers were wounded. Muhammad abu Uda was killed, an FN handgun was found on his body.

Abu Uda was member of the military Hamas infrastructure, headed by Ali Alan, and that committed a series of deadly attacks, most noticeable of which were:

- The suicide bombing at Pat junction on June 2002 in which 19 civilians were killed and 50 more were wounded
- The suicide bombing in Kiryat Menachem on November 2002 in which 12 civilians and 45 were wounded

During their joint training Alan trained abu Uda as a senior explosives engineer.

Upon the death of Ali Alan and the senior members of his group, on March 03, abu Uda became their successor and became the senior Hamas engineer in the Bethlehem area.

In the framework of his activities Muhammad abu Uda recruited suicide bombers and planned suicide bombings.

On November 2003 the IDF foiled a double suicide bombing attempt planned by Muhammad abu Uda during "Lailat El Kader" at the end of the month of Ramadan.

(Handwriting: JG)

**In light of Muhammad's activities and with the lack of the IDF presence in Bethlehem, abu Uda's case was passed to the Palestinians, for further treatment.**

**Until the present day the Palestinian security mechanisms did not handle abu Uda, even though they had information about his involvement in the attack that was committed on Thursday and in other attacks.**

**On 1 July 2003 Bethlehem became under Palestinian rule, more than six months passed yet despite the substantial amount of time and the Palestinian declarations that they would fight terrorism little has been done in the field and many attacks and attackers came from the city. The Palestinians helplessness in taking care of abu Uda and the fact that the suicide bomber who committed the attack in bus line 19 was a Palestinian police officer from Bethlehem constitutes another evidence that the Palestinian security mechanisms in Bethlehem are not operating in order to prevent the terrorism that originates in the city.**