# Exhibit 29



Case 1:05-cv-04622-DLI-RML Document 363-29 Filed 02/24/17 Page 2 of 6 PageID #: 16212

http://www.alqassam.ps/arabic/statments.php?id=754

55460

5/9/2011
MR-ARA227232
MR-AB00113315

2

Case 1:05-cv-04622-DLI-RML   Document 363-29   Filed 02/24/17   Page 3 of 6 PageID #: 16213

كتائب الشهيد عز الدين القسام- المكتب الاعلامي

:: أخبار وتقارير :: واحة الشهداء :: أسرى القسام :: صحافة العدو :: فيديو :: صوتيات :: احصائيات وأرقام :: معارك وعمليات :: صناعات قسامية ::

:: كتب وإصدارات :: حوارت :: مقالات :: بيانات عسكرية :: بلاغات عسكرية :: ألبوم الصور :: الملتقى القسامي ::

جميع الحقوق محفوظة لدى المكتب الإعلامي لكتائب القسام 2011

MR-ARA227233

MR-AB00113316

I, Dotan Shaniv, hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that I translated the attached http://www.alqassam.ps/arabic/statments.php?id=754 from the Arabic language into English and that to the best of my knowledge this is a correct translation of the original text.

*Dotan Shaniv*

Dotan Shaniv

October 5, 2013



Main | Who are we | Contact us | Forum | TURKISH | ENGLISH

# The Martyr Izz al-Din al-Qassam Brigades

Search

News and Reports | The Fiqh of Jihad | Martyrs' Oasis | Special issues | Videos | Statistics and Numbers | Dialogues | Battles and Operations | Books and Publications | Photo Album

## Military Proclamations

- Al-Qassam Brigades launched four Qassam rockets towards the military outpost at the Eshkol Regional Council
- Al-Qassam Brigades launched two Qassam rockets towards the military outpost Kerem Shalom east of Rafah
- Al-Qassam Brigades fired two heavy mortar shells at the military outpost in the Nir Yitzhak settlement
- Al-Qassam Brigades launched three Grad rockets towards the military outpost in the Ofakim settlement
- Al-Qassam Brigades fired five mortar shells at the Zionist settlement of 'Ein Hashlosha'

## Visitor's vote

Is the Zionist enemy serious in his threats to wage a new war against Gaza?

- Yes
- No
- I don't know

Vote | Results

## Mailing list

Subscribe

News | A wide-scale condemnation of the renewal of the administrative detention of the deputy al-Ramahi | The enemy aims at the farmers and solidarists

In the name of Allah, the Most Gracious, the Most Merciful

Izz al-Din Al-Qassam Brigades

Military Wing of Hamas Movement

Information Office

09-24-2004

O our struggling Palestinian people, O our Arab and Islamic nation:

With praise to Allah the Exalted and the success granted by Him, the Martyr Izz al-Din al-Qassam Brigades have managed to fire three 100-mm mortar shells in the direction of the Neve Dekalim settlement at exactly 10:30 a.m. today - Friday, 10th of Sha'aban 1425 Hijri, 09/24/2004.

We at the Martyr Izz al-Din al-Qassam Brigades – as we claim responsibility for this attack, we promise Allah the Exalted and our struggling Palestinian people to keep moving forward in the path of Jihad and resistance and to attack the Zionist settlements until the tyrannical Zionist enemy will be banished from our blessed land.

Truly the Jihad is victory or martyrdom

The Martyr Izz ad-Din al-Qassam Brigades

Friday, 10th of Sha'aban 1425 Hijri

Corresponding to 09/24/2004 CE

at 10:50

The Martyr Izz al-Din al-Qassam Brigades – Information Office                2

### Proclamations

- The field commander Shadi al-Zatma died of the wounds he received in a Zionist attack several weeks ago                                1105-01
- Al-Qassam member, Mahdi Abu Adhra, died of the wounds he received in a Zionist attack east of Rafah                                1104-20
- Al-Qassam Brigades anticipate Allah's reward for the Holy Warrior Ibrahim Barake, who died in a car accident                                1104-19
- The press conference of the Martyr Izz ad-Din al-Qassam Brigades about the hostility towards Gaza                                1104-17
- The Holy Warrior of al-Qassam, Ahmad al-Zaytouniya, was killed in a Zionist attack east of Gaza                                1104-16
- The two commanders of al-Qassam, Taysir Abu Sanime and Mohammed Awaje, were killed in an unjust Zionist attack                                1104-11
- Al-Qassam Brigades conduct in solemn procession their two martyrs, Raed Shehade and Ahmad Ghurab, who were killed in a Zionist attack                                1104-08
- The two al-Qassam members, Abdullah al-Qara and Mu'taz Abu Jame', were killed in a Zionist attack that struck them east of Khan Yunis                                1104-06
- The Holy Warrior of al-Qassam, Saleh al-Tarabin, was killed in a Zionist attack east of Rafah                                1104-05
- The striking of the Zionist bus east of Gaza is our first retaliation for the crimes of the Occupation                                1104-04
- Al-Qassam Brigades anticipate Allah's reward for the Holy Warrior Mansour Abu Asar, who died this morning                                1104-02
- A joint military proclamation issued by the military wings of the Palestinian resistance factions                                CONF.
- The occupation committed a new folly, and he should prepare to pay for it dearly                                1104-01
- Al-Qassam Brigades conduct in solemn procession the Holy Warrior Hassan Abu Jaser, who was killed following a cave-in of a tunnel of the resistance                                1103-06
- A statement for the press by the spokesman of al-Qassam Brigades, Abu Obayda                                1103-05

| Next >

:: News and Reports :: Martyrs' Oasis :: Prisoners of al-Qassam :: The Enemy's Press :: Videos :: Audio :: Statistics and Numbers :: Battles and Operations :: Industries of al-Qassam :: Books and Publications :: Dialogues :: Articles :: :: Military data :: Military reports :: Photo Album :: The Forum of al-Qassam

All Rights Reserved to the Information Office of al-Qassam Brigades, 2011

http://www.alqassam.ps/arabic/statments.php?id=754                                9/5/2011

MR-ARA227233

MR-AB00113316