# Exhibit 30



Case 1:05-cv-04622-DLI-RML   Document 363-30   Filed 02/24/17   Page 3 of 6 PageID #: 10219

جميع الحقوق محفوظة للمكتب الإعلامي لكتائب القسام 2011

MR-ARA227231

MR-AB00113314

I, Dotan Shaniv, hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that I translated the attached http://www.alqassam.ps/arabic/statments.php?id=755 from the Arabic language into English and that to the best of my knowledge this is a correct translation of the original text.

*Dotan Shaniv*
Dotan Shaniv

October 5, 2013

The Martyr Izz al-Din al-Qassam Brigades – Information Office         1



09-24-2004

With praise to Allah the Exalted and the success granted by Him, the Martyr Izz al-Din al-Qassam Brigades claim full responsibility for an operation of firing three 100-mm mortar shells in the direction of the Neve Dekalim settlement at exactly 10:30 a.m. today. Following the operation, the enemy acknowledged that a female soldier was killed and two other soldiers were moderately wounded. The Al-Qassam Brigades have already announced that the mortar shells were fired at the aforementioned settlement in proclamation no. 107/0409, which was issued at exactly 10:50 on Friday morning, 10th of Sha'aban 1425 Hijri, 09/24/2004.

We at the Martyr Izz al-Din al-Qassam Brigades promise to our struggling Palestinian people to keep moving forward in the path of Jihad and resistance until the tyrannical Zionist enemy will be banished from our blessed land.

Truly the Jihad is victory or martyrdom

The Martyr Izz al-Din al-Qassam Brigades

Friday, 10th of Sha'aban 1425 Hijri

Corresponding to 09/24/2004 CE

at 11:50

http://www.alqassam.ps/arabic/statments.php?id=755         9/5/2011

55459         MR-ARA227230

MR-AB00113313

The Martyr Izz al-Din al-Qassam Brigades – Information Office                2

### Proclamations

- The field commander Shadi al-Zatma died of the wounds he received in a Zionist attack several weeks ago                1105-01
- Al-Qassam member, Mahdi Abu Adhra, died of the wounds he received in a Zionist attack east of Rafah                1104-20
- Al-Qassam Brigades anticipate Allah's reward for the Holy Warrior Ibrahim Barake, who died in a car accident                1104-19
- The press conference of the Martyr Izz ad-Din al-Qassam Brigades about the hostility towards Gaza                1104-17
- The Holy Warrior of al-Qassam, Ahmad al-Zaytouniya, was killed in a Zionist attack east of Gaza                1104-16
- The two commanders of al-Qassam, Taysir Abu Sanime and Mohammed Awaje, were killed in an unjust Zionist attack                1104-11
- Al-Qassam Brigades conduct in solemn procession their two martyrs, Raed Shehade and Ahmad Ghurab, who were killed in a Zionist attack                1104-08
- The two al-Qassam members, Abdullah al-Qara and Mu'taz Abu Jame', were killed in a Zionist attack that struck them east of Khan Yunis                1104-06
- The Holy Warrior of al-Qassam, Saleh al-Tarabin, was killed in a Zionist attack east of Rafah                1104-05
- The striking of the Zionist bus east of Gaza is our first retaliation for the crimes of the Occupation                1104-04
- Al-Qassam Brigades anticipate Allah's reward for the Holy Warrior Mansour Abu Asar, who died this morning                1104-02
- A joint military proclamation issued by the military wings of the Palestinian resistance factions                CONF.
- The occupation committed a new folly, and he should prepare to pay for it dearly                1104-01
- Al-Qassam Brigades conduct in solemn procession the Holy Warrior Hassan Abu Jaser, who was killed following a cave-in of a tunnel of the resistance                1103-06
- A statement for the press by the spokesman of al-Qassam Brigades, Abu Obayda                1103-05

| Next >

:: News and Reports :: Martyrs' Oasis :: Prisoners of al-Qassam :: The Enemy's Press :: Videos :: Audio :: Statistics and Numbers :: Battles and Operations :: Industries of al-Qassam :: Books and Publications :: Dialogues :: Articles :: :: Military data :: Military reports :: Photo Album :: The Forum of al-Qassam

All Rights Reserved to the Information Office of al-Qassam Brigades, 2011

http://www.alqassam.ps/arabic/statments.php?id=755                9/5/2011

MR-ARA227231

MR-AB00113314