# Exhibit 31

Case 1:15-cv-04623-DLI-RML Document 163-31 Filed 02/24/17 Page 3 of 3 PageID #: 16224



## Israel Ministry of Foreign Affairs

English | عربي | עברית | Русский | فارسی

MFA | Press Room | About the Ministry | Consular Services | Foreign Policy | International Orgs | About Israel | Diplomacy in Video

MFA ▸ Press Room ▸ 2002 ▸ ISA- Police and Border Police uncover Hamas military infrastructure behind December 1 Ben-Yehuda suicide bombing-Feb 7- 2002

**2002**

**Tools and Information**

▸ Contact us

▸ Contact info

▸ Israeli missions worldwide

▸ Subscribe to RSS

▸ Subscribe to Newsletters

▸ Consular services FAQ

▸ Treaties and Agreements

▸ Historical Documents

# ISA- Police and Border Police uncover Hamas military infrastructure behind December 1 Ben-Yehuda suicide bombing-Feb 7- 2002

**07 Feb 2002**

Jerusalem 7 February 2002

ISA, Police and Border Police uncover Hamas military infrastructure behind December 1 Ben-Yehuda suicide bombing

(Communicated by the Prime Minister's Media Adviser)

The ISA, the Israel Police (Jerusalem district) and the Border Police have recently uncovered the Hamas military infrastructure which aided in the implementation of the December 1, 2001 double suicide-bombing on the Ben-Yehuda pedestrian mall in Jerusalem.

The infrastructure was composed of four Hamas operatives from Abu Dis: Farid Salah Naim Atrash, Muhammad Abdallah Hassan Khalibe, Nidal Yassin Muhammad Abu Nav and Ayad Fahad Yusuf Abu Halal.

From the investigation, it arises that during September 2001, Nidal and Muhammad Khalibe joined the Hamas terrorist cell in which the two suicide-bombers - Osama Baher and Nabil Khalbiyeh - were active.

The cell was linked to the Hamas military HQ in Ramallah and the Izadin al-Kassam cell in Bethlehem, which provided it with the explosive material for the attack.

From the investigation, it arises that during the preparations for the attack, Osama Baher and Nabil Khalbiyeh purchased a car with yellow license plates from a resident of eastern Jerusalem with an Israeli ID number. This vehicle was used in preparing the car that was used in the attack.

Muhammad Abdallah Hassan Khalibe and Nidal Yassin Muhammad Abu Nav confessed that in the context of their activity in the cell, they planned to run over soldiers, steal their weapons and use them to shoot at the security forces.

 Print version     Send To Friend 

Terms of use | Site Map | ContactUs | gov
All rights reserved to the State of Israel © 2013