# Exhibit 32



W_S089532