# Exhibit 34

תיק מס׳ : 3380/03                                תאריך : 01/06/03

בית המשפט הצבאי
ב י ת - א ל
- פ ר ו ט ו ק ו ל -

בפני האב״ד : סא״ל נתנאל בנישו          דיון בית משפט מיום : 01/06/2003
שופט : סא״ל חן רובינשטיין
שופט : רס״ן אלי בר-און

תובע : סרן ראיד שטאן
סניגור : עו״ד בסול - נוכח

נאשם : עבדאללה ע׳אלב עבדאללה ברגותי ת.ז. : 30300028 / מגרש הרוסים - נוכח

רשמת : סמל סיון הראל
מתורגמן : סמי״ר מוחמד נסראולין

אב״ד פתח את הישיבה ומזהה את הנאשם.

## מהלך דיון

תובע : בהמלצת ביחמ״שש חנכבד בדיון הארכת מעצרו של הנאשם מהיום, נבקש כי הקראת כתב האישום ותבוצע עתה.

## ה ח ל ט ה

כמבוקש.

ניתן והודע היום, 01/06/03, בפומבי ובמעמד הצדדים.

_____        _____        _____
שופט                   אב״ד                   שופט

סניגור : הסברתי למרשי את כתב האישום, הוא מבין אותו ומבקש להודות בו.

נאשם : אני מאשר את דבריו של סניגורי ומודה במיוחס לי בכתב האישום.

## ה כ ר ע ת - ד י ן

על יסוד ההודאה באשמה, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכתב האישום.

ניתן והודע היום, 01/06/03, בפומבי ובמעמד הצדדים.

_____        _____        _____
שופט                   אב״ד                   שופט

1

HIGHLY CONFIDENTIAL



143 RODNEY STREET
BROOKLYN, N.Y. 11211
TEL. (718) 384-8040
FAX: (718) 388-3516

## CERTIFIED TRANSLATION

I, Miriam Braver, Project Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language services firm with a track record of providing expert language services to the legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders, are professionally trained and vastly experienced in providing professional legal translations for submission in U.S. courts, from Hebrew into English and vice versa; and they have professionally translated document **"Abdallah Barghouthi's verdict / ROTH00436"** from Hebrew into English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: June 18, 2014

Miriam Braver

PROFESSIONAL
TRANSLATIONS
OF FOREIGN
LANGUAGES

ROCHAL WEISS
Notary Public, State of New York
Registration No.: 01WE6293785
Qualified in Kings County
My Commission Expires December 16, 2017

Date: June 1, 2003                                                Case No.: 3380/03

**The Military Court**
**Beit El**
**-Transcript-**

Court hearing dated: June 1, 2003

Before the President of the Court: Lieutenant Colonel Nethaniel Benichou

Judge: Lieutenant Colonel Hanan Rubinstein

Judge: Major Eli Bar-On

Prosecutor: Captain Ra'id Shanan

Defense counsel: Adv. Basoul – present

**Defendant: Abdullah Ghaleb Abdullah Barghouthi, Identity No. 30300028 / the Russian Compound – present**

Stenographer: Sergeant Sivan Harel

Interpreter: Staff Sergeant Muhammad Nasraldin

**The President of the Court opens the session and identifies the Defendant.**

## Course of Hearing

Prosecutor: At the recommendation of the Honorable Court in the remand extension hearing of the Defendant today, we ask that the arraignment be conducted now.

## Decision

As requested.

**Handed down and announced today, June 1, 2003, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|:---:|:---:|:---:|
| Judge | President of the Court | Judge |

Defense counsel: I explained the indictment to my client, he understands it and asks to plead guilty to it.

Defendant: I confirm the words of my defense counsel and plead guilty to the charges against me in the indictment.

## Verdict

Based on the guilty plea, we convict the Defendant of the offenses attributed to him in the indictment.

**Handed down and announced today, June 1, 2003, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|:---:|:---:|:---:|
| **Judge** | **President of the Court** | **Judge** |

1