# Exhibit 36



جميع الحقوق محفوظة لدى المكتب الإعلامي لكتائب القسام 2011

I, Dotan Shaniv, hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that I translated the attached http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=byan&id=115 from the Arabic language into English and that to the best of my knowledge this is a correct translation of the original text.

*Dotan Shaniv*
Dotan Shaniv

October 25, 2013

Main | Who are we | Contact us | Forum | ENGLISH

News and Reports | The Fiqh of Jihad | Martyrs' Oasis | Special issues | Videos | Statistics and Numbers | Dialogues | Battles and Operations | Books and Publications | Photo Album

News Abbas' militia kidnapped four members of Hamas and freed several people in Hebron | The *Mughtasibun* [lit. rapers] ...

**Executor of the Double Operation in Jerusalem**

- Nabil Mahmoud Halabiyeh
- A Holy warrior of al-Qassam
- 12-01-2001

Search in the Martyrs' Oasis

**Martyr's name**

Search

The Martyr's Biography | The Martyr's Statement | The Martyr's Pictures | The Martyr's Videos

Mailing list

Subscribe

In the name of Allah, the Most Gracious, the Most Merciful

Izz ad-Din Al-Qassam Brigades
Military Wing of Hamas Movement
Information Office

"To those against whom war is made, permission is given (to fight), because they are wronged;- and verily, Allah is most powerful for their aid;-" [al-Hajj, 39]

The blood of our martyrs is not water

After the enemy has spilled our blood and showed no honor in that matter, it was our duty to direct our painful blows and our human time-bombs against his madness and voracious appetite for the blood of our children, such as the five children from Khan Yunis; the blood of our women, the last of whom was in the Gaza Strip also; the blood of our elders, the last of whom was 85 years old and lived in Rif Nablus [i.e. the countryside of Nablus]; and the blood of our holy fighting commanders, the last of whom were our valiant martyr Mahmoud Abu Hanoud and his two brothers - Ayman and Mamoun Hashayka, who were preceded by more than 70 martyrs of the fighting and struggling holy commanders of our people, assassinated by the Zionist crime. The more prominent among them were the martyrs Omar Sa'ada, Hussein Abiyat, Jamil Jadallah, Dr. Thabet Thabet, Jamal Saleem, Jamal Mansour, Salah ad-Din Darwaza, Abu Ali Mustafa, Iyad al-Hardan and the list goes on



The Martyr Izz ad-Deen al-Qassam Brigades – Information office                                2

and on, and our score to settle gets longer as well.

As part of our retaliation to Sharon's madness and with the success granted by Allah and His protection, the two fighting martyr brothers:

The fighting martyr \ Osama Mohammed Id Bahr

The fighting martyr \ Nabil Mahmoud Jamil Halabiyeh

have carried out on Saturday evening, 12/1/2001, the night of Ramadan 17, their bold and painful attack in one of the enemy's dens in occupied west Jerusalem as a revenge for the blood of our martyrs and a punishment to all the reckless leaders in the enemy's army and ministry.

We do not only do this in self-protection or in retaliation of a future killing, but we also do this as part of our absolute right to react towards the continual aggression and usurpation of our country for more than 50 years. We also wish to emphasize our right of resistance and our right to die as martyrs [istishhad], which is the pinnacle of resistance - that is to say, to sacrifice one's self, spirit and blood is an absolute right, despite the aggressive attack by the enemy and some liars, meant to rob us of this right.

"…And soon the unjust assailants will know what vicissitudes their affairs will take!" [al-Shu'ara, 227]

Allah is the greatest and glory to Islam

Truly the Jihad is victory or martyrdom

The Martyr Izz ad-Din al-Qassam Brigades

Saturday, Ramadan 16, 12/01/2001

:: News and Reports :: Martyrs' Oasis :: Prisoners of al-Qassam :: The Enemy's Press :: Videos :: Audio :: Statistics and Numbers :: Battles and Operations :: Industries of al-Qassam :: Books and Publications :: Dialogues :: Articles :: :: Military data :: Military reports :: Photo Album :: The Forum of al-Qassam

All Rights Reserved to the Information Office of al-Qassam Brigades, 2011

http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=byan&id=115                5/4/2011

MR-ARA226402

MR-AB00112505