# Exhibit 37

http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=byan&id=205



**Ezzedeen Al-Qassam Brigades**
Military Wing of Hamas Movement
information Office

كتائب الشهيد عز الدين القسام
الجناح العسكري لحركة حماس
المكتب الإعلامي

بسم الله الرحمن الرحيم

(ادْخُلُوا عَلَيْهِمُ الْبَابَ فَإِذَا دَخَلْتُمُوهُ فَإِنَّكُمْ غَالِبُونَ)

أشبال القسام رجال المستقبل

يا جماهير شعبنا الفلسطيني المجاهد.. يا أمتنا العربية والإسلامية:

بعون الله وتوفيقه تعلن كتائب الشهيد عز الدين القسام مسئوليتها عن العملية البطولية التي نفذها أحد استشهادييها الأشبال من مجموعــــــة الشهيدين (مازن بدوي ومحمد عماد) وذلك في تمام الساعة 11:52 من مساء الخميس 23/ذي الحجة 1422هـ الموافق 7/3/2002م.

الشهيد البطل / محمد فتحي فرحات 17 عاما

من مدينة غزة، الشجاعية

والشهيد من الأشبال الذين تربو على يدي شهيدنا المجاهد عماد حسين عقل.

فقد اقتحم شهيدنا البطل مغتصبة عتصمونا، من مجمع مغتصبات غوش قطيف.

إن كتائب الشهيد عز الدين القسام، إذ تعلن مسؤوليتها عن هذه العملية البطولية، لتؤكد أن حصيلة عملية مجاهدنا الشهيد البطل /محمد فتحي فرحات، كما وردت في إذاعة العدو، حتى ساعة صياغة البيان كما يلي:

مقتل وإصابة أربعة وعشرين جنديا ومغتصبا، ما بين إصابة خطيرة ومتوسطة.

وقد ذكرت إذاعة العدو أيضا، أن مجاهدنا البطل الشهيد، قد قام بقتل الحراس أولا، ثم اقتحم غرف إعداد الجنود ومبيتهم، وقد وصف تلفاز العدو العملية بقوله: عملية صعبة مثل عملية إيلي سيناي.

وإزاء تنفيذ مجاهدنا هذه العملية البطلة، تؤكد كتائبكم، كتائب الشهيد عز الدين القسام، على ما هو آت:

أولا: هشاشة أمن العدو جدا أمام إرادة المجاهدين وإيمانهم.

ثانيا: لا خيار لأمتنا في فلسطين غير استمرار الجهاد والمقاومة.

ثالثا: تأتي عمليتنا هذه في إطار الرد على مجازر الصهاينة المغتصبين لأرضنا ومقدساتنا.

نعاهد الله ثم نعاهدكم على مواصلة الجهاد حتى يخرج الصهاينة من أرضنا صاغرين.

كتائب الشهيد عز الدين القسام

الخميس 23/ذي الحجة1422هـ الموافق 7/3/2002م.

I, Dotan Shaniv, hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that I translated the attached http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=byan&id=205 from the Arabic language into English and that to the best of my knowledge this is a correct translation of the original text.

*Dotan Shaniv*

Dotan Shaniv

October 25, 2013

http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=byan&id=205

In the name of Allah, the Most Gracious, the Most Merciful

### Ezzedeen Al-Qassam Brigades
Military Wing of Hamas Movement
Information Office



"…They said: 'Assault them at the (proper) Gate: when once ye are in, victory will be yours…'" [al-Ma'ida, 23]

Lions of al-Qassam, Men of the Future

O, our Holy Warriors Palestinian people, O our Arab and Muslim nation:

With the help of Allah and the success granted by Him, the Martyr Izz ad-Din al-Qassam Brigades claim their responsibility for the heroic operation that was carried out by one of its lion martyrs [Istishahdi] from the group of the two martyrs - Mazen Badawi and Mohammed Imad – at exactly 11:52 on Thursday evening, 23rd of Zu al-Hijja 1422 Hijri, 3/7/2002 CE.

The hero martyr \ Mohammed Fathi Farahat, 17 years old

From al-Shuja'iyya in the city of Gaza

The martyr is one of the lions that were brought up by our Holy Warrior, the martyr Imad Hussein Aqal.

Our hero martyr broke into the Atzmona settlement, which is part of the Gush Qatif settlement cluster.

As the Martyr Izz ad-Din al-Qassam Brigades claim their responsibility for this heroic operation, they confirm that the final tally of our Holy Warrior hero martyr \ Mohammed Fathi Farahat, as announced by the enemy's radio, up until the time this statement was written, is as follows:

Twenty-four soldiers and settlers were killed and severely to moderately wounded.

The enemy's radio also mentioned that our Holy Warrior hero martyr first killed the guards, and then broke into the soldiers' quarters. The enemy's television described the operation as a 'severe operation, like the Elei Sinai operation'.

In view of this heroic operation carried out by our Holy Warrior, your Brigades – the Martyr Izz ad-Din al-Qassam Brigades – confirm the following:

First: The frailty of the enemy's security before the Holy Warriors' will and faith.

Second: Our nation in Palestine has no other option but to continue the Jihad and the resistance.

Third: This operation of ours is part of the retaliation for the massacres of the Zionists, who usurped our land and holy places.

We pledge to Allah and then we pledge to you that the Jihad will continue until we drive the Zionists out of our land in humiliation.

The Martyr Izz ad-Din al-Qassam Brigades

Thursday, 23rd of Zu al-Hijja 1422 Hijri – 3/7/2002 CE.