# Exhibit 38

Exhibit 38 is a WMV file.
A copy of Exhibit 38 will be delivered to the Clerk of Court for inclusion in the case file.