# Exhibit 39



## Global Arabic Translation Services

الخدمات العالمية للترجمة العربية

26 Sheinfain, Kfar-Saba, Israel
+972 54 8349.337
www.GatsTranslations.com

## <u>CERTIFICATION</u>

The attached document is a true and accurate translation from the Arabic language into English of the audio of a video that I downloaded from the following web address on January 10, 2017: http://www.alqassam.ps/arabic/videos/index/22.


_____
Yaniv Berman

In the Name of Allah, the Compassionate, the Merciful

*"Fight them, and Allah will punish them by your hands, cover them with shame, help you defeat them, and heal the breasts of the believers."*

I am the living martyr, Muhammad Fathi Farhat, son of the Martyr Izz al-Din al-Qassam Brigades.

I pray to Allah, the almighty, to accept my operation, to unite me with my martyred brothers and grant me the companionship of the Prophet, may Allah's peace be upon him, in the highest levels of Paradise.

O, Muslims,

I do this deed for Allah's sake and in order to take revenge upon the enemies of humanity, the bloodsuckers who shed the blood of my people, killing them day and night.

O, Muslims,

These great sacrifices strengthen our belief and our certainty in the upcoming victory, Allah willing. Patience leads to victory, and with every difficulty, there is relief.

O, sons of the Islamic Resistance Movement Hamas, be determined and rely on your God. I swear by Allah, the one and only, that victory is coming. Prepare yourselves, draw near to God and await salvation.

Finally, I pray to Allah to bless me with His mercy and unite me with His Prophet in the highest levels of Paradise.

The Martyr Izz al-Din al-Qassam Brigades, Palestine.


I am the living martyr, Allah willing, Muhammad Fathi Farhat, son of the Martyr Izz al-Din al-Qassam Brigades. I pray to Allah, the Almighty, to accept my operation, to unite me with my martyr brothers and grant me the companionship of the Prophet, may Allah's peace be upon him, in the highest levels of Paradise.

O, Muslims,

I do this deed for Allah's sake and in order to take revenge upon the enemies of humanity – the Jews, the bloodsuckers who kill my people day and night. I also carry out this humble operation avenging the suffering of my people in Balata, Jenin, Rafah and Gaza, and as a reaction to Sharon's massacres against our people, the last of which was the assassination of the family of the martyr hero, the warrior of Jihad, Hussein Abu Kweik, of the warrior of Jihad, brother Muhannad Abu Halawah, and of their brothers in the Al-Aqsa Martyrs' Brigades.

O, Muslims,

These great sacrifices strengthen our belief and our certainty of the upcoming victory, Allah willing. Patience leads to victory, and with every difficulty, there is relief.

O, sons of the Islamic Resistance Movement Hamas, be determined and rely on your God. I swear by Allah, the one and only, that victory is near. Prepare yourselves, draw near to God and await for upcoming salvation.

Finally, I pray to Allah to bless me with His mercy and unite me with His Prophet in the highest levels of Paradise.

Your brother, the living martyr, Muhammad Fathi Farhat.

The Martyr Izz al-Din al-Qassam Brigades, Palestine.