# Exhibit 40

Case 1:05-cv-04622-DLI-RML   Document 363-40   Filed 02/24/17   Page 2 of 4 PageID #: 16352

**SFGATE** http://www.sfgate.com/bayarea/article/A-family-s-unthinkable-tragedy-Daly-City-2868436.php

## A family's unthinkable tragedy / Daly City Palestinians mourn 4 relatives slain by shell

Jonathan Curiel, Chronicle Staff Writer   Published 4:00 am, Wednesday, March 6, 2002

ADVERTISEMENT

### HR One - Jan. 31 in NYC
Get the latest all-in-one HR platform updates & news. Register today! Go to zenefits



**IMAGE 1 OF 3**

Hassan abu Kweik, 36, brother of Hamas leader Hussein abu Kweik, lost his sister-in-law, two neices and a nephew when their vehicle was hit by a tank shell from Isreali troops. Mourners are coming steadily to ... more

Yesterday morning, when Daly City businessman Hassan abu Kweik held the phone to speak with his brother Hussein, he heard tears but no words. Seven thousand miles away, in the West Bank city of Ramallah, Hussein had suffered an unimaginable tragedy when an Israeli tank shell blew apart his family's car, decapitating his wife and shredding three of their children to death.

Monday's carnage was reported around the world as the latest in a series of grisly incidents that have turned Israel and the Palestinian territories into a daily killing field. For Hassan abu Kweik, the deaths of his sister-in-law and her children are a sick, shocking reminder that violence in the Middle East -- instigated by Israel, he says -- has spiraled dangerously out of control. Ten other Palestinians and three Israelis died on Monday.

"It's hard to talk," Hassan said yesterday afternoon, sitting with his wife,

children, mother-in-law and other family members as they mourned Monday's deaths.

Israel said the tank shell that killed Bushra abu Kweik, 10-year-old son Mohammed, and daughters Aziza, 16, and Bara, 14, was fired by mistake. The Israeli **army** said that Hussein abu Kweik is a prominent member of **Hamas**, the Palestinian organization

that has conducted suicide bombings in Israel, so it is possible they had made a target of him and thought he was driving the vehicle. Hassan abu Kweik's family denies that Hussein has committed atrocities against Israelis. They say Hussein works as a private security guard, that he normally picks up his children every weekday from school and that Bushra, 38, decided at the last minute to get them on Monday.

ADVERTISEMENT

"They knew there were kids in the car," said Ali Nijem, 33, a cousin. "They said it was a mistake -- but the only mistake was that he wasn't in the car. That was the price they paid."

"They took them away in body bags," said Hassan's 14-year-old son Mohammed, as he watched video of the incident from Al Jazeera, the Arabic-language satellite news network that covered Monday's killings.

Hassan and his wife, Nabilah, learned of the deaths from television. They had heard their telephone ring in the early hours of Monday morning but decided to ignore it. Nabilah, saying she got a "sick sense" that something was wrong, then turned on Al Jazeera and saw its news report from Ramallah that showed her sister-in-law, Lwahuze abu Kweik, screaming at the sight of the body parts in the roadway.

ADVERTISEMENT

"I feel so bad," said Nabilah. "I can't even sleep. Until now, I can't believe what happened. I ate with them, I sat with them."

Along with her son Mohammed and daughter Lana, Nabilah was in Ramallah in August, visiting Hussein and his family, as she has done every summer. Mohammed has fond memories of his 10-year-old cousin who perished on Monday.

"When I was there during the summer, we'd go protest and carry Palestinian flags," Mohammed said. "He'd always be next to me."

Hassan, 36, grew up Ramallah, and immigrated to the United States many years ago. His mother, four brothers and eight sisters still live in refugee camps there.

Hassan's family believes that Israeli Prime Minister Ariel Sharon is responsible for the surge in violence and the tit-for-tat killings that have plagued Israel and the Palestinian territories. In interviews with reporters in Ramallah, Hussein -- wearing a green Hamas cap and scarf -- said the Palestinians will "defeat Sharon with our will and our determination to resist. "

Hassan's family has differing views on how to end the violence in the Middle East, but they agree that the violence must stop.

Said Hassan's 15-year-old daughter Lana: "This is going on every day. Every day, people are dying. It's not going anywhere -- eye for eye, tooth for tooth.

It's making the whole world blind. No one has a right to kill anyone innocent.

No one."

© 2017 Hearst Communications, Inc.

HEARST

Case 1:05-cv-04622-DLI-RML Document 363-40 Filed 02/24/17 Page 4 of 4 PageID #: 16354