# Exhibit 41

3/6/02 BBC Int'l Rep. (Middle E. Pol.) 00:00:00

BBC INTERNATIONAL REPORTS (MIDDLE EAST POLITICAL)
Copyright © 2004 BBC Monitoring Service. All rights reserved.

March 6, 2002

Palestinian leadership issues statement on 5 March attacks

Text of report by Palestinian news agency Wafa web site; local time given throughout

Ramallah, 5 March: The Palestinian leadership has stressed that the Palestinian people who are coming under fierce, bestial Israeli aggression will not come to their knees before Israeli aircraft and tanks. Our people will remain steadfast and will continue to enhance their steadfastness. By his crimes, Sharon will achieve nothing and his military solution will utterly fail. In a statement released today, the official spokesman of the Palestinian leadership stressed that victory will eventually be for our steadfast people, who are defending their land, freedom, independence and Christian and Muslim holy places.

The text of the statement follows:

The Israeli occupation forces continued their all-out aggression against our people and lands throughout the day, Tuesday (5 March), using tanks, helicopters and F-16 aircraft. Israeli missiles and shells left many dead or wounded among civilians, National Security Forces and police personnel and employees of the Palestinian National Authority ministries and departments in charge of public services.

The following is a roundup of the Israeli attacks from 1200 until 2100 hours today:

First: Apache Helicopters and F-16's Bomb Police Posts in Ramallah, Tulkarm, Gaza, Khan Yunis and Bethlehem:

At 1500 today, Israeli helicopters bombed the Civil Police post in the Ayn Misbah area in Ramallah. At the same time, other helicopters bombed the Civil Police post in the centre of Nablus. At 1815, Israeli helicopters bombed the Civil Police post and the (Fatah) Tanzim post in Tulkarm, inflicting a number of casualties among the personnel. At 1930, F-16 Aircraft bombed the Madinat Arafat Police Post. The bombing targeted the Passport Office building. At the same time, helicopters bombed President Arafat's guard post in Gaza, inflicting several casualties among the guards.

Second: The Occupation Helicopters Fire at Civilian Vehicle in Baytuniya, Killing Three and Wounding One:

The Sharon-Ben-Eliezer-Mufaz government has committed a heinous crime against heroic strugglers of our steadfast people. At 1915, Israeli helicopters fired several missiles at a civilian vehicle. The following three heroes were martyred: Muhannad Abu-Halawah, Fawzi Marar, Amr Isa Miqdad. Struggler Rashid Ghassan was seriously wounded.

Third: Bombardment of the Presidential Offices and Al-Muqata'ah in Bethlehem:

At 2000, F-16 Aircraft and Apache helicopters fired several missiles at the presidential offices and Al-Muqata'ah buildings in Bethlehem, destroying several buildings in al-Muqata'ah and wounding a number of personnel. The missiles also caused damage to the presidential office.

Fourth: Bombardment of Bayt Hanun with Surface-to-Surface Missiles:

**Palestinian leadership issues statement on 5 March attacks**

At 2000, Israeli forces fired surface-to-surface missiles at the Bayt Hanun, hitting several government buildings and security posts and inflicting casualties among civilians and security personnel. The occupation tanks also fired shells at the Abu Safiyah area east of the industrial zone in Bayt Hanun.

The Palestinian leadership holds the government of Sharon, Ben-Eliezer, Mufaz fully responsible for the insane escalation of the situation against our people over the past four days. The attacks are increasing in fierceness by the hour and are inflicting more losses among civilians, National Security Forces personnel, and causing damage to establishments. The Palestinian leadership stresses that the Palestinian people who are coming under this fierce, bestial aggression will not come to their knees before the Israeli aircraft and tanks but will continue to enhance their steadfastness. By his crimes, Sharon will achieve nothing and his military solution will utterly fail. Sure victory will be for our steadfast people who are defending their land, freedom independence and Christian and Muslim holy places.

Source: Palestinian news agency Wafa web site, Gaza, in Arabic 5 Mar 02

BBC Monitoring. Copyright BBC

---- Index References ----

Region: (Middle East (1MI23); Palestine (1PA37); Arab States (1AR46))

Language: EN

Other Indexing: (ABU SAFIYAH; AMR ISA MIQDAD; BAYT HANUN; BBC; BEN ELIEZER; BOMB POLICE POSTS; CIVIL POLICE; MADINAT ARAFAT POLICE; MUFAZ; NATIONAL SECURITY FORCES; PALESTINIAN; PALESTINIAN NATIONAL AUTHORITY; PASSPORT OFFICE; PRESIDENTIAL OFFICES; SHARON; SHARON BEN; STRUGGLER RASHID GHASSAN) (Fawzi Marar; Khan Yunis; Muqata; Ramallah)

Word Count: 801

End of Document

© 2017 Thomson Reuters. No claim to original U.S. Government Works.

