# Exhibit 42

Exhibit 42 is an MP4 file.
A copy of Exhibit 42 will be delivered to the Clerk of Court for inclusion in the case file.