# Exhibit 47

http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=byan&id=201



بسم الله الرحمن الرحيم

**Ezzedeen Al-Qassam Brigades**
**Military Wing of Hamas Movement**
**information Office**

كتائب الشهيد عز الدين القسام
الجناح العسكرى لحركة حماس
المكتب الإعلامي

بيان عسكري صادر عن:

كتائب الشهيد عز الدين القسام

"قاتلوهم يعذبهم الله بأيديكم وخزهم وينصركم عليهم ويشف صدور قوم مؤمنين"

الشهيد القسامي المجاهد البطل محمد هزاع الغول يخرق سور شارون الواقي ويحطم جداره الخامي ويحول حياتهم إلى جحيم

الحمد لله والصلاة والسلام على قائد المجاهدين سيدنا محمد وعلى آله وصحبه أجمعين

الحمد لله الذي أعزنا بالجهاد وجعلنا جنودا لهذا الإسلام العظيم ... الحمد لله الذي جعلنا مرابطين على أرض الإسراء والمعراج ... أرض فلسطين الطاهرة ...

إلى كل مرابط وكل مجاهد ... إلى الذين يحملون القرآن والبندقية ويدافعون عن شرف هذه الأمة في كل بقاع الأرض ... نهدي كتائب الشهيد عز الدين القسام هذه العملية البطولية لكل بيت هدم ... ولكل شهيد ارتفع إلى الله ... ولكل جريح ومصاب ... ولكل أسير في سجون الاحتلال .

ورغم كل ا لقيود وكل الحواجز ... وبرغم كل الظروف السياسية والأمنية التي يمر بها شعبنا العظيم ... وفي ظل التهديد الشاروني تحري الإبادة المعلنة ضد الإسلام والمسلمين ... وبتأييد أمريكي خسيس ... وبرغم السور الواقي والجدار الخامي يترجل فارسنا القسامي المجاهد ابن كتائب عز الدين القسام البطل محمد هزاع الغول 24 عاما ابن مخيم القارعة الصامد طالب ماجستير في كلية الشريعة في جامعة النجاح الوطنية مخترقا سور شارون الواقي ومحطما جداره الخامي المزعومين ليفجر جسده الطاهر بين الصهاينة الحاقدين ليغتال ويصيب العشرات منهم ... لتكون شفاء لصدور قوم مؤمنين وانتقاما لشهداء شعبنا في نابلس وجنين وطولكرم وقلقيلية ورام الله وكل مخيماتنا وقرانا الحبيبة .

ففي صبيحة هذا اليوم الثلاثاء الموافق 18 / 6 / 2002 صلى شهيدنا الفجر وتوجه صائما إلى العمق الصهيوني في القدس الحبية متسللحا بإيمانه ... فكان على موعد مع الشهادة محولا إحدى الحافلات الصهيونية ( حافلة رقم 32 ) إلى جحيم .

وإننا في كتائب عز الدين القسام نعلن ان الحرب المقدسة ضد الصهاينة الحاقدين قد بدأت ضمن خطة قسامية متطورة أعدتها قيادة كتائب القسام يكون عنوانها الاستشهاديون قادمون من كل مكان ... فهناك العشرات من الاستشهاديين ينتظرون الواحد تلو الآخر ... ونقول لكل الصهاينة أن أعدوا أكفانكم واحفروا قبوركم لأن القتلى سيكونون منكم بالمئات بذن الله ... وأن العمليات الاستشهادية الجهادية ستبقى مستمرة ما دام الاحتلال جاثما على أرضنا المقدسة .

" وسيعلم الذين ظلموا أي منقلب ينقلبون"
كتائب الشهيد عز الدين القسام
الجناح العسكري لحركة المقاومة الإسلامية
حماس — فلسطين
18 / 6 / 2002 م

 Global Arabic Translation Services

الخدمات العالمية للترجمة العربية

65 Tzfat St., Petah-Tikva, Israel
+972 54 8349.337
www.GatsTranslations.com

## <u>CERTIFICATION</u>

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, Kohlmann Appendix 68, is a true and accurate translation of the original text from the Arabic language into English.

Date: June 11, 2014

Yaniv Berman

http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=byan&id=201

In the name of Allah, the Compassionate, the Merciful

**The Izz al-Din al-Qassam Brigades**
**Military Wing of Hamas Movement**
**Information Office**



**Military Statement issued by:**
**The Izz al-Din al-Qassam Brigades**

**"Fight them, and Allah will punish them by your hands, cover them with shame, render you victorious, and heal the breasts of the Believers"**

**The *Qassami* [member of the al-Qassam Brigades] martyr hero, Muhammad Haza al-Ghul, penetrates Sharon's defensive wall, destroys it and turns their [the Israelis'] lives to hell**

Praise be to Allah, and peace and blessing be upon the Commander of the *mujahidin* [holy warriors], our master Muhammad, and upon all of his family and companions.

Praise be to Allah, who gave us might through Jihad, and turned us into soldiers for this great religion of Islam… Praise be to Allah, who turned us into frontline defenders of the land of *Al-Isra wal-Mi'raj* [the night journey and ascension]…the pure land of Palestine.

To each frontline defender and to each *mujahid* [holy warrior]… to those carrying the Quran and the rifle, and protecting the honor of this nation in all corners of the earth: the Izz al-Din al-Qassam Brigades dedicates this operation to each home that has been destroyed…and to each martyr, who has [died and] risen up to Allah… and to each wounded and injured person… and to each prisoner in the occupation jails.

Despite all the obstacles and barriers… despite all the political- and security-related circumstances that our great people is going through… despite Sharon's threat of launching a proclaimed war of annihilation against Islam and Muslims… with evil American support… and despite the defensive wall and the protective fence…
Our *Qassami* knight, the heroic holy warrior, son of the Izz al-Din al-Qassam Brigades, the 24-year-old Muhammad Haza al-Ghul, the son of the steadfast Al-Fari'a [Refugee] Camp, an M.A. student in the Faculty of Shari'a in Al-Najah National University – dismounted [like a knight from his horse], penetrated Sharon's so-called protective wall and destroyed it. He blew up his pure body among the evil Zionists, killing and injuring dozens of them. By doing so, he healed the breasts of the believers.

http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=byan&id=201

This came in revenge for the killing of our people in Nablus, Jenin, Tulkarem, Qalqilya, Ramallah and all our beloved [refugee] camps and villages.

This morning, Tuesday, 6/18/2002, our martyr performed the dawn prayer, then headed out, fasting, towards the Zionist depth in our beloved Jerusalem.  Armed with his faith, he had an appointment with martyrdom when he sent one of the Zionist buses (bus number 32) to hell.

We in the Izz al-Din al-Qassam Brigades announce that the holy war against the evil Zionists has begun in the framework of an advanced plan designed by the leadership of al-Qassam Brigades. The title of this plan is: "The *istishhadiyun* [perpetrators of martyrdom operations] are coming from all over".  Dozens of *istishhadiyun* are waiting one after the other. We say to all the Zionists: "Prepare your coffins and dig your graves, because you will be killed in the hundreds, Allah willing. Our Jihadi martyrdom operations will continue so long as the occupation continues to oppress our holy land.

"Those who oppress will be overthrown"

**The Izz al-Din al-Qassam Brigades**
**The Military Wing of the Islamic Resistance Movement**
**Hamas – Palestine**
**6/18/2002**

68

Kohlmann appendix 68