# Exhibit 48



بسم الله الرحمن الرحيم

**Ezzedeen Al-Qassam Brigades**
**Military Wing of Hamas Movement**
**information Office**

كتائب الشهيد عز الدين القسام
الجناح العسكري لحركة حماس
المكتب الإعلامي

2002-06-18

بيان عسكري صادر عن:

كتائب الشهيد عز الدين القسام

"قاتلوهم يعذبهم الله بأيديكم ويخزهم وينصركم عليهم ويشف صدور قوم مؤمنين"

الشهيد القسامي المجاهد البطل محمد هزاع الغول يخرق سور شارون الواقي ويحطم جداره الحامي ويحول حياتهم إلى جحيم

الحمد لله والصلاة والسلام على قائد المجاهدين سيدنا محمد وعلى آله وصحبه أجمعين

الحمد لله الذي أعزنا بالجهاد وجعلنا جنودا لهذا الإسلام العظيم ... الحمد لله الذي جعلنا مرابطين على أرض الإسراء والمعراج ... أرض فلسطين الطاهرة ...

إلى كل مرابط وكل مجاهد ... إلى الذين يحملون القرآن والبندقية ويدافعون عن شرف هذه الأمة في كل بقاع الأرض ... تهدي كتائب الشهيد عز الدين القسام هذه العملية البطولية لكل بيت هدم ... ولكل شهيد ارتفع إلى الله ... ولكل جريح ومصاب ... ولكل أسير في سجون الاحتلال .

ورغم كل القيود وكل الحواجز ... وبرغم كل الظروف السياسية والأمنية التي يمر بها شعبنا العظيم ... وفي ظل التهديد الشاروني بحري الإبادة المعلنة ضد الإسلام والمسلمين ... وبتأييد أمريكي خسيس ... وبرغم السور الواقي والجدار الحامي يترجل فارسنا القسامي المجاهد ابن كتائب عز الدين القسام البطل محمد هزاع الغول 24 عاما ابن مخيم الفارعة الصامد طالب ماجستير في كلية الشريعة في جامعة النجاح الوطنية مخترقا سور شارون الواقي ومحطما جداره الحامي المزعومين ليفجر جسده الطاهر بين الصهاينة الحاقدين ليقتل ويصيب العشرات منهم ... لتكون شفاء لصدور قوم مؤمنين وانتقاما لشهداء شعبنا في نابلس وجنين وطولكرم وقلقيلية ورام الله وكل مخيماتنا وقرانا الحبيبة . ففي صبيحة هذا اليوم الثلاثاء الموافق 18 / 6 / 2002 صلى شهيدنا الفجر وتوجه صائما إلى العمق الصهيوني في القدس الحبيبة متسلحا بإيمانه ... فكان على موعد مع الشهادة محولا إحدى الحافلات الصهيونية ( حافلة رقم 32 ) إلى جحيم .

وإننا في كتائب عز الدين القسام نعلن ان الحرب المقدسة ضد الصهاينة الحاقدين قد بدأت ضمن خطة قسامية متطورة أعدتها قيادة كتائب القسام يكون عنوانها الاستشهاديون قادمون من كل مكان ... فهناك العشرات من الاستشهاديين ينتظرون الواحد تلو الآخر ... ونقول لكل الصهاينة أن أعدوا أكفانكم واحفروا قبوركم لأن القتلى سيكونون منكم بالمئات بإذن الله ... وأن العمليات الاستشهادية الجهادية ستبقى مستمرة ما دام الاحتلال جاثما على أرضنا المقدسة .

" وسيعلم الذين ظلموا أي منقلب ينقلبون "

كتائب الشهيد عز الدين القسام
الجناح العسكري لحركة المقاومة الإسلامية
حماس – فلسطين
18 / 6 / 2002 م

http://www.alqassam.ps/arabic/byan_poup.php?id=4503

55352

5/9/2011

MR-ARA226838

MR-AB00112921

I, Dotan Shaniv, hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that I translated the attached http://www.alqassam.ps/arabic/byan_poup.php?id=4503 from the Arabic language into English and that to the best of my knowledge this is a correct translation of the original text.

*Dotan Shaniv*
Dotan Shaniv

October 5, 2013

In the name of Allah, the Most Gracious, the Most Merciful

**Ezzedeen Al-Qassam Brigades**
Military Wing of Hamas Movement
Information Office



06-18-2002

A military Proclamation by:
The Martyr Izz al-Din al-Qassam Brigades

*"Fight them, and Allah will punish them by your hands, cover them with shame, help you (to victory) over them, heal the breasts of Believers"* [al-Tawba, 14]

The martyr of al-Qassam, the hero warrior Mohammed Haza' al-Ghul, has breached Sharon's protective wall and smashed his shielding barricade, and sent their lives to hell

Praised be Allah, and prayer and peace be upon the commander of the warriors, our lord Muhammad, and upon his family and companions altogether;

Praised be Allah, who has strengthened us with Jihad and made us into soldiers of this mighty Islam… praised be Allah, who has made us Murabitun [lit: garrisoned troop. This is an Islamic term describing struggling, fighting people who stand defiant against anti-Islamic forces] over the land of Isra and Mi'raj [an Islamic name for Jerusalem]… the pure land of Palestine…

To every Murabit and every warrior… to those who carry the Quran and the gun and protect the honor of this nation everywhere… the Martyr Izz al-Din al-Qassam Brigades dedicate this heroic operation to every house demolished… and to every martyr who has passed away to Allah… and to all the wounded and injured… and to every prisoner in the prisons of the Occupation.

Despite all these restrictions and obstacles… and despite all the political and security circumstances that surround our mighty people… and under Sharon's threat of a war[?] of annihilation declared against Islam and the Muslims… and with despicable American support… and despite the protective wall and the shielding barricade, our fighting knight of al-Qassam – member of the Izz al-Din al-Qassam Brigades, the hero Mohammed Haza' al-Ghul, 24 years old of the defiant al-Far'a refugee camp, a master's student in the Shari'ah faculty [i.e. faculty of Islamic law] of the an-Najah National University – has breached Sharon's protective wall and smashed his allegedly-shielding barricade in order to explode his pure body in the midst of the malevolent Zionists, thus killing and wounding many of them… in order to heal the breasts of believers and to avenge the martyrs of our people in Nablus, Jenin, Tulkarm, Qalqilya, Ramallah and all of our refugee camps and dear villages.

1

> And this morning – Tuesday, 6/18/2002 – our martyr has prayed the Fajr prayer [lit. 'dawn prayer'] and headed towards the Zionist Heart in our beloved Jerusalem, fasting and armed with his faith… and he gained martyrdom as he sent one of the Zionist buses (bus no. 32) to hell.
>
> We at the Izz al-Din al-Qassam Brigades declare that the holy war against the malevolent Zionists has started as part of an advanced plan of al-Qassam, prepared by the leadership of al-Qassam Brigades, titled "The martyrs are coming from everywhere"… for there are scores of martyrs, waiting one after the other… and we say to all of the Zionists: "Prepare your burial shrouds and dig your graves, because your dead will number in the hundreds, if Allah wills it"… and we say that the Jihadi acts of martyrdom will continue so long as the Occupation persists in our holy land.
>
> "…And soon the unjust assailants will know what vicissitudes their affairs will take!"
> [al-Shu'ara, 227]
>
> The Martyr Izz al-Din al-Qassam Brigades
>
> The military wing of the Islamic Resistance Movement
>
> Hamas - Palestine
>
> 6/18/2001

http://www.alqassam.ps/arabic/byan_poup.php?id=4503                                5/9/2011

**55352**   MR-ARA226838

MR-AB00112921