# Exhibit 49

Israel Ministry of Foreign Affairs

English | عربي | עברית | Русский | فارسی

MFA | Press Room | About the Ministry | Consular Services | Foreign Policy | International Orgs | About Israel | Diplomacy in Video

MFA ▸ MFA Archive ▸ 2002 ▸ Suicide bombing at Patt junction in Jerusalem-18-Jun-2002

**2002**

**Tools and Information**
- Contact us
- Contact info
- Israeli missions worldwide
- Subscribe to RSS
- Subscribe to Newsletters
- Consular services FAQ
- Treaties and Agreements
- Historical Documents

# Suicide bombing at Patt junction in Jerusalem-18-Jun-2002

18 Jun 2002

Suicide bombing at Patt junction in Jerusalem
June 18, 2002

19 people were killed and 74 injured - six seriously - in a suicide bombing at the Patt junction in Jerusalem. The bus, which was completely destroyed, was carrying many students on their way to school. Hamas claimed responsibility for the attack.
Hamas claimed responsibility for the attack and identified the bomber as Muhamed al-Ral, an Islamic law student at An-Najah University. A preliminary investigation indicated that he had made his way from Nablus to Bethlehem. From there he infiltrated Jerusalem's southern city limits the night before the bombing, despite a massive deployment by police and soldiers alerted by intelligence warnings of an attack in the capital.


©2002 Zoom 77
Suicide bombing in Jerusalem bus (June 18)

Al-Ral boarded Egged bus no. 32A from Gilo at 7:50 A.M. at the stop in Beit Safafa, an Arab neighborhood opposite Gilo, and almost immediately detonated the large bomb which he carried in a bag stuffed with ball bearings. The blast destroyed the front half of the bus, packed with people on their way to work and schoolchildren. Of the 19 victims, 17 were residents of the Gilo neighborhood.


©2002 Reuters/Yannis Behrakis
Bodies of the victims removed from the bus (June 18)

The victims:

- Boaz Aluf, 54, of Jerusalem
- Shani Avi-Zedek, 15, of Jerusalem
- Leah Baruch, 59, of Jerusalem
- Mendel Bereson, 72, of Jerusalem
- Raphael Berger, 28, of Jerusalem
- Michal Biazi, 24, of Jerusalem
- Tatiana Braslavsky, 41, of Jerusalem
- Galila Bugala, 11, of Jerusalem
- Raisa Dikstein, 67, of Jerusalem
- Dr. Moshe Gottlieb, 70, of Jerusalem
- Baruch Gruani, 60, of Jerusalem
- Orit Hayla, 21, of Jerusalem
- Helena Ivan, 63, of Jerusalem
- Iman Kabha, 26, of Barta'a
- Shiri Negari, 21, of Jerusalem
- Gila Nakav, 55, of Jerusalem
- Yelena Plagov, 42, of Jerusalem
- Liat Yagen, 24 of Jerusalem
- Rahamim Zidkiyahu, 51, of Jerusalem


View inside the bus (June 18)



©2002 Reuters/
Yannis Behrakis
PM Sharon views scene of
suicide bombing (June 18)

  

Boaz Aluf   Shani Avi-Zedek   Leah Baruch   Mendel Bereson

   

Rafael Berger   Michal Biazi   Tatiana Braslavsky   Galila Bugala

   

Raisa Dikstein   Moshe Gottlieb   Baruch Gruani   Orit Hayla

  

Helena Ivan   Iman Kabha   Gila Nakav   Shiri Negari

  

Yelena Plagov   Liat Yagen   Rahamim Zidkiyahu

News reports:

- 19 dead, 52 wounded in suicide bus bombing in southern Jerusalem - Jerusalem Post, June 18, 2002
- At the scene: Stench of burning metal and flesh lingers for hours - Jerusalem Post, June 18, 2002
- EU condemns Jerusalem bus bombing - J.Post, June 18, 2002
- 19 killed, 50 injured in suicide bombing on Jerusalem bus - Ha'aretz, June 18, 2002
- IDF moves on Jenin in retaliation for bombing - Ha'aretz, June 19, 2002
- PM at scene: What kind of Palestinian state? - Jerusalem Post, June 19, 2002
- School students shaken by bombing - Jerusalem Post, June 19, 2002

SEE ALSO ...

Palestinian violence and terrorism since Sept 2000
In Memory of the Victims of Palestinian Violence and Terrorism
Suicide and Other Bombing Attacks in Israel Since the Declaration of Principles (Sept 1993)

Case 1:05-cv-04622-DLI-RML Document 363-49 Filed 02/24/17 Page 4 of 4 PageID #: 16445 Suicide bombing at Patt junction in Jerusalem 18-Jun-2002



Terms of use | Site Map | ContactUs gov

All rights reserved to the State of Israel © 2013