# Exhibit 50

Page 1

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x
MOSES STRAUSS, et al.,
                    Plaintiffs,
     -against-
CREDIT LYONNAIS, S.A.,
                    Defendant.

Civil Action No. 06-CV-702 (DGT)(MDG)
- - - - - - - - - - - - - - - - - - - - -x
BERNICE WOLF, et al.,
                    Plaintiffs
     -against-
CREDIT LYONNAIS, S.A.,
                    Defendant.

Civil Action No. 07-CV-914 (DGT)(MDG)
- - - - - - - - - - - - - - - - - - - - -x
                         1540 Broadway
                         New York, New York

                         December 16, 2010
                         9:42 a.m.

     DEPOSITION of BRIAN MICHAEL JENKINS,
an Expert Witness in the above-entitled
action, held at the above time and place,
taken before Dawn Matera, a Shorthand
Reporter and Notary Public of the State
of New York, pursuant to the Federal
Rules of Civil Procedure.
```

```
                                                              Page 2
 1    APPEARANCES:
 2
 3
         OSEN LLC
 4       Attorneys for Plaintiffs
              345 Seventh Avenue, 21st Floor
 5            New York, New York 10001
              (646) 380-0470
 6       BY:  JOSHUA DAVID GLATTER, ESQ.
              jdg@osen.us
 7
              - and -
 8
         OSEN LLC
 9            700 Kinderkamack Road
              Oradell, New Jersey 07649
10       BY:  ARI UNGAR, ESQ.
              au@osen.us
11       BY:  NAOMI B. WEINBERG, ESQ.
              nbw@osen.us
12
13
         KOHN SWIFT & GRAF, P.C.
14       Attorneys for Plaintiffs
              One South Broad Street
15            Philadelphia, Pennsylvania 19107
         BY:  STEVEN M. STEINGARD, ESQ.
16            ssteingard@kohnswift.com
17
18       CLEARY GOTTLIEB STEEN & HAMILTON LLP
         Attorney for Defendant
19            One Liberty Plaza
              New York, New York 10006
20       BY:  AVRAM E. LUFT, ESQ.
              aluft@cgsh.com
21       BY:  BRENDAN H. GIBBON, ESQ.
              bgibbon@cgsh.com
22       BY:  MARK GRUBE, ESQ.
23
      Also Present:
24
      Bob Rudis, Videographer
25
                     *       *       *
```

```
                                                        Page 140

 1           BRIAN MICHAEL JENKINS
 2      back.                                            12:36:41
 3      Q.   How much of your professional               12:36:41
 4   life -- do you know when Hamas came into            12:36:43
 5   existence?                                          12:36:45
 6      A.   Yes.                                        12:36:45
 7      Q.   When?                                       12:36:46
 8      A.   In the 1980s.                               12:36:47
 9      Q.   Do you know what year?                      12:36:48
10      A.   Roughly 1984.                               12:36:49
11      Q.   1984, okay.  And since 1984,                12:36:50
12   how much of your professional life has              12:36:57
13   been devoted to specifically studying               12:36:59
14   Hamas?                                              12:37:03
15      A.   I wouldn't be able to offer a               12:37:04
16   specific percentage, but it would be a              12:37:08
17   small percentage.                                   12:37:10
18      Q.   You ever publish anything                   12:37:11
19   specific about Hamas?                               12:37:12
20      A.   I have not.                                 12:37:13
21      Q.   Have you ever lectured,                     12:37:14
22   specifically, about Hamas?                          12:37:16
23      A.   Not specifically about Hamas,               12:37:20
24   no.                                                 12:37:22
25      Q.   Ever done a study of, any kind              12:37:22
```

Page 141

1    BRIAN MICHAEL JENKINS
2    of study, empirical or otherwise, as to        12:37:25
3    whether or not when Hamas claims               12:37:28
4    responsibility for something, in fact,         12:37:29
5    Hamas is considered to, in fact, be            12:37:32
6    responsible for that act?  You understand      12:37:35
7    what I mean.  As opposed to simply the         12:37:39
8    fact that they said it, the fact that in       12:37:41
9    the eyes of the relevant community they        12:37:43
10   did it; you ever --                            12:37:45
11       A.    Specifically and exclusively on      12:37:47
12   Hamas, no.                                     12:37:49
13       Q.    Specifically or exclusively          12:37:49
14   done it for any particular terrorist           12:37:52
15   organization?                                  12:37:54
16       A.    Good question.  Have I done it       12:37:54
17   specifically for terrorist -- on specific      12:38:04
18   events, specific events.                       12:38:10
19       Q.    But again, if I understand --        12:38:14
20           MR. LUFT:  Were you done               12:38:15
21       answering?                                 12:38:16
22       A.    Specific events.  There are          12:38:16
23   numerous cases in which the attribution        12:38:21
24   of an event, claimed or unclaimed,             12:38:24
25   becomes a critical component.                  12:38:28

| | | |
|---|---|---|
| 1 | BRIAN MICHAEL JENKINS | |
| 2 | I will give you an important -- | 12:38:33 |
| 3 | a couple of important examples where it | 12:38:36 |
| 4 | was critical, and I think it's relevant | 12:38:39 |
| 5 | here: Kidnappings of American, British | 12:38:40 |
| 6 | and other hostages in Lebanon in the mid | 12:38:51 |
| 7 | 1980s. The names on the telephone who | 12:38:54 |
| 8 | claimed credit were a variety of names, | 12:39:00 |
| 9 | Justice this and Liberation that. And it | 12:39:03 |
| 10 | was a panoply of names. | 12:39:08 |
| 11 | It was really critical to | 12:39:10 |
| 12 | determine in these various claims of | 12:39:17 |
| 13 | individuals who claimed credit, and | 12:39:18 |
| 14 | indeed some claims by those who said we | 12:39:19 |
| 15 | have the hostages and who are making | 12:39:23 |
| 16 | demands, to assess the validity of those | 12:39:27 |
| 17 | claims, both in terms of who did it, did | 12:39:34 |
| 18 | they do it on behalf of someone else, who | 12:39:40 |
| 19 | is responsible for this, is this | 12:39:44 |
| 20 | credible. | 12:39:50 |
| 21 | And I was involved deeply in | 12:39:50 |
| 22 | that. "That" pertains to the Middle | 12:39:50 |
| 23 | East. | 12:39:53 |
| 24 | Another concrete example would | 12:39:53 |
| 25 | be PanAm, the investigation of PanAm 103. | 12:39:56 |