UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TZVI WEISS, et al.,

                Plaintiffs,         Case No. 05-CV-4622 (DLI) (RML)

         - against -

NATIONAL WESTMINSTER BANK PLC,

                Defendant.

-----------------------------------------------------------X

NATAN APPLEBAUM, et al.,          CERTIFICATE OF SERVICE

                Plaintiffs,

         - against -          Case No. 07-CV-916 (DLI) (RML)

NATIONAL WESTMINSTER BANK PLC,

                Defendant.

-----------------------------------------------------------X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        On the 21st day of December 2016, the Notice of Renewed Motion of National Westminster Bank PLC for Summary Judgment; the Memorandum of Law of Defendant National Westminster Bank PLC in Support of its Renewed Motion for Summary Judgment; the Declaration of Mark S. Grube in Support of Renewed Motion of National Westminster Bank PLC for Summary Judgment with Exhibits 1 through 13; and National Westminster Bank PLC's

Supplemental Statement of Additional Material Facts as to Which There is No Genuine Issue Pursuant to Local Civil Rule 56.1 were served by email upon:

afriedman@gbgfriedman.com
aschlanger@osenlaw.com
aungar@osenlaw.com
cschlanger@osenlaw.com
emacallister@perleslaw.com
gosen@osenlaw.com
jbonner@lawssb.com
jeubanks@motleyrice.com
jkohn@kohnswift.com
mradine@osenlaw.com
mwerbner@swtriallaw.com
nglazer@kohnswift.com
njnudelman@hnklaw.com
nweinberg@osenlaw.com
pkolker@zuckerman.com
pravenhansen@gmail.com
rdheideman@hnklaw.com
rstone@lawssb.com
sdavies@lawssb.com
smesulam@zuckerman.com
snaunton@zuckerman.com
sperles@perleslaw.com
sschwartz@kohnswift.com
ssteingard@kohnswift.com
tab@tturner.com
trkalik@hnklaw.com

Dated: New York, New York
December 22, 2016

_____
Richard V. Conza