UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, et al., | : |
| Plaintiffs, | : |
| -against- | : Case No. 05-cv-4622 (DLI) (RML) |
| NATIONAL WESTMINSTER BANK PLC, | : |
| Defendant. | : |
| NATAN APPLEBAUM, et al., | : |
| Plaintiffs, | : |
| -against- | : Case No. 07-CV-916 (DLI) (RML) |
| NATIONAL WESTMINSTER BANK PLC, | : |
| Defendant. | : |

**NOTICE REGARDING FILING OF EXHIBITS 38 AND 42 TO ECF # 363**

The Declaration of Aaron Schlanger in support of Plaintiffs' Opposition to NatWest's Renewed Motion for Summary Judgment executed on January 25, 2017 ("Schlanger Declaration") was electronically filed in *Weiss v. National Westminster Bank Plc*, Case No. 05-cv-4622 (DLI) (RML) on February 24, 2017 and assigned ECF Docket No. 363. True and correct copies of Exhibits 38 and 42 to the Schlanger Declaration, which are both videos, are being filed in the Office of the Clerk of Court on a CD and will be maintained in the case file in the Clerk's Office.

On January 25, 2017, true and correct copies of Exhibits 38 and 42 to the Schlanger Declaration were served on counsel for defendant National Westminster Bank, Plc linked to

electronic mail messages sent to the email addresses: lfriedman@cgsh.com and

mgrube@cgsh.com.

Dated:  February 26, 2017                                    **STONE BONNER & ROCCO LLP**

By: /s/ Susan M. Davies

James P. Bonner (jbonner@lawssb.com)
Patrick L. Rocco (procco@lawssb.com)
Susan M. Davies (sdavies@lawssb.com)
145 West 45th Street, Suite 701
New York, NY  10037
(212) 239-4460

Attorneys for *Applebaum* Plaintiffs


**OSEN LLC**
Gary M. Osen (gosen@osenlaw.com)
Aaron Schlanger (aschlanger@osenlaw.com)
Ari Ungar (aungar@osenlaw.com)
Peter Raven-Hansen (of counsel)
2 University Plaza, Suite 402
Hackensack, NJ 07601
(201) 265-6400

Attorneys for *Weiss* Plaintiffs