**STONE BONNER & ROCCO LLP**
ATTORNEYS AT LAW

145 WEST 45TH STREET • SUITE 701 • NEW YORK • NEW YORK • 10036

February 27, 2017

TELEPHONE
(212) 239-4340

FAX
(212) 239-4310

WEB
WWW.LAWSSB.COM

BY FIRST CLASS MAIL

The Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Weiss et al. v. National Westminster Bank, Plc*, 05-cv-4622 (DLI)(RML)
*Applebaum et al. v. National Westminster Bank, Plc*, 07-cv-916 (DLI)(RML)

Dear Sir:

On behalf of the plaintiffs in the above-captioned actions, we submit herewith two CDs, each containing Exhibits 38 and 42 to the Declaration of Aaron Schlanger executed on January 25, 2017 (the "Schlanger Declaration"). The Schlanger Declaration was filed in the above-captioned actions on February 24, 2017 using the Court's CM/ECF system and assigned ECF Docket Number 363 in *Weiss et al. v. National Westminster Bank, Plc*, 05-cv-4622 (DLI)(RML) and ECF Docket Number 235 in *Applebaum et al. v. National Westminster Bank, Plc*, 07-cv-916 (DLI)(RML). Exhibits 38 and 42 to the Schlanger Declaration are file types that cannot be filed using the CM/ECF system. Specifically, Exhibit 38 is a Windows Media video file and Exhibit 42 is an MPEG-4 video file.

Courtesy copies of Exhibits 38 and 42 have been submitted separately to Chief Judge Irizarry in accordance with her Individual Motion Practices and Rules. The enclosed CDs are submitted for inclusion in the case files maintained in the Clerk's Office. Notices concerning the filing of Exhibits 38 and 42 were filed on February 26, 2017 using the Court's CM/ECF system, and copies thereof are enclosed for your convenience.

Very truly yours,

Susan M. Davies/gp
Susan M. Davies

Enclosures

cc: Via email, without enclosures
Lawrence B. Friedman, Esq. (lfriedman@cgsh.com)
Mark S. Grube, Esq. (mgrube@cgsh.com)



Stone Bonner Rocco, LLP
447 Springfield Avenue
Second Floor
Summit NJ 07901

The Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201