

**ZUCKERMAN SPAEDER LLP**

485 MADISON AVENUE  10TH FLOOR
NEW YORK, NY 10022-5871
212.704.9600   212.704.4256 fax   www.zuckerman.com

SHAWN P. NAUNTON
Partner
646-746-8655
snaunton@zuckerman.com

August 29, 2017

**VIA FEDERAL EXPRESS**

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Notice of Change of Address

Dear Sir or Madam:

I am an attorney at the law firm of Zuckerman Spaeder LLP. As of August 21, 2017, our office has relocated to 485 Madison Avenue, 10th Floor, New York, New York 10022. As such, please allow the record to reflect the new address in the following cases pending before the Honorable Brian M. Cogan, the Honorable Dorothy L. Irizarry, and the Honorable Pamela K. Chen:

i)   Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-02799-BMC-VVP;

ii)  Weiss, et al. v. National Westminster Bank PLC, Case No. 05-CV-4622 (DLI) (RML);

iii) Strauss, et al. v. Credit Lyonnais, S.A., Case No. 06-CV-702 (DLI) (RML);

iv)  Wolf, et al. v. Credit Lyonnais, S.A., Case No. 07-CV-914 (DLI) (RML); and

v)   USA v. Hawilla, et al., Case No. 14-CR-609 (PKC) (RML).

Should you have any questions, please do not hesitate to contact me at the number listed above.

 **ZUCKERMAN SPAEDER** LLP

August 29, 2017
Page 2

                                      Respectfully submitted,

                                      Shawn P. Naunton

6182408.1