AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Tzvi Weiss, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 05 CV 4622 (DLI)(RML) |
| National Westminster Bank PLC, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Westminster Bank PLC

Date:   11/21/2017

*Attorney's signature*

Robert G. Houck
*Printed name and bar number*
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

*Address*

robert.houck@cliffordchance.com
*E-mail address*

(212) 878-3324
*Telephone number*

(212) 878-3375
*FAX number*