**C L I F F O R D**

**C H A N C E**

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**By ECF**

Direct Dial: +1 212-878-3224
E-mail: robert.houck@cliffordchance.com

Hon. Robert M. Levy
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

November 21, 2017

RE:   **Applebaum, et al. v. National Westminster Bank, Plc, 07-cv-916 (DLI) (RML);**

 **Weiss, et al. v. National Westminster Bank, Plc, 05-cv-4622 (DLI) (RML);**

 **Strauss et al. v. Crédit Lyonnais, S.A. 06-cv-702 (DLI) (RML);**

 **Wolf, et al. v. Crédit Lyonnais, S.A., 07-cv-914 (DLI) (RML)**

Dear Chief Judge Levy:

I write on behalf of defendant National Westminster Bank Plc ("NatWest") in response to plaintiffs' letter of November 20, 2017 to the Court requesting that the deadline for submission of the Credit Lyonnais ("CL") Joint Pre-Trial Order ("JPTO") be extended from December 15, 2017 to February 15, 2017 (which is also the due date of the JPTO in the NatWest cases). The purported reason for the extension requested by plaintiffs is to "enable the parties to prepare for trial in both sets of actions in an efficient manner, while the parties await further guidance from the Court regarding which cases will proceed to trial first."

NatWest opposes the extension requested by plaintiffs. Plaintiffs do not claim that they will not be ready to submit the CL JPTO by December 15, 2017. Indeed, their request has no apparent purpose other than to further plaintiffs' pending request to reverse the prior understanding that the CL trial would occur before the NatWest trial. That request to reverse the order of trials should be rejected for the reasons set forth in my letter dated October 30, 2017. In short, changing the order of trials will upend the status quo and prejudice NatWest.

The plaintiffs' new request to postpone the due date of the CL JPTO "while the parties await further guidance from the Court" will waste resources, not save them, as in the interim all of the parties – NatWest, CL, and the plaintiffs – will be forced to prepare for trial as if both of the CL and the NatWest cases are going to trial first. Thus, it makes no sense for plaintiffs to suggest that the delay they are now requesting will allow everyone to prepare "in an efficient manner."

**C L I F F O R D**

**C H A N C E**

CLIFFORD CHANCE US LLP

For the foregoing reasons, NatWest respectfully requests that the Court reject the plaintiffs' request for an extension of the due date of the JPTO in the CL cases.  If plaintiffs legitimately need more time to make the JPTO deadline in the CL cases, then NatWest respectfully requests that the Court also adjourn the deadline for submission of the JTPO in the NatWest cases by 60 days to May 15, 2018.  That would maintain the status quo while the parties await guidance from the Court on the order of trial commencement.

Respectfully submitted,

Robert G. Houck

Counsel for National Westminster Bank, Plc

cc:     All Counsel of Record via ECF