AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |
|---|---|
| TZVI WEISS, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| NATIONAL WESTMINSTER BANK, PLC, | ) |
| *Defendant* | ) |

Case No.  05-cv-4622 (DLI) (RML)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                    .

Date:     11/27/2017

/s/ William A. Friedman
*Attorney's signature*

William A. Friedman WF8045
*Printed name and bar number*

Osen LLC
2 University Plaza, Suite 402
Hackensack, NJ 07601

*Address*

wfriedman@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*