

Shawn P. Naunton<br>
PARTNER<br>
Zuckerman Spaeder LLP<br>
snaunton@zuckerman.com<br>
646.746.8655

February 13, 2018

**VIA ECF**

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court,
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Weiss, et al. v. National Westminster Bank Plc*, **05-cv-4622**
               *Applebaum, et al. v. National Westminster Bank Plc*, **07-cv-916**
               *Strauss, et al. v. Credit Lyonnais, S.A.*, **06-cv-702**
               *Wolf, et al. v. Credit Lyonnais, S.A.*, **07-cv-914**

Dear Judge Levy:

      We represent Plaintiffs in these cases against National Westminster Bank Plc ("NW") and Credit Lyonnais, S.A. ("CL"). We write on behalf of all parties in the above-referenced actions to respectfully request an adjournment of the deadline for submission of the Joint Pre-Trial Orders ("JPTOs") in the actions from February 15, 2018 to March 8, 2018. There has been one previous request for adjournment of the deadline for submission of the JPTO in the actions against CL and no previous requests for adjournment of the deadline for submission of the JPTO in the actions against NW.

      Counsel request this adjournment to allow the parties to consider their submissions and review the JPTOs in light of the Second Circuit's recent decision in *Linde, et al. v. Arab Bank, plc*, No. 16-2119-cv (L), issued on February 9, 2018. Plaintiffs' claims in the *Linde* action, like the claims in the CL and NW actions, were brought under 18 U.S.C. § 2333(a) of the Anti-Terrorism Act, 18 U.S.C. §§ 2331 *et seq*.

                                Respectfully submitted,

                                /s/ Shawn P. Naunton

                                Shawn P. Naunton

cc:    Counsel of record (via ECF)

**485 MADISON AVE., 10TH FLOOR, NEW YORK, NY 10022-5871 | T 212.704.9600 | F 212.704.4256**

ZUCKERMAN SPAEDER LLP | WASHINGTON, DC | NEW YORK | TAMPA | BALTIMORE

6326980.1