OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601　　　　　　　　　　1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400　　F. 201.265.0303　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　T.212.354.0111

May 1, 2018

**VIA ECF**

Hon. Dora L. Irizarry
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:　***Weiss, et al. v. National Westminster Bank Plc*, 05-cv-4622 (DLI)(RML)**
　　　***Applebaum, et al. v. National Westminster Bank Plc*, 07-cv-916 (DLI)(RML)**
　　　***Strauss, et al. v. Crédit Lyonnais, S.A.*, 06-cv-702 (DLI)(RML)**
　　　***Wolf, et al. v. Crédit Lyonnais, S.A.*, 07-cv-914 (DLI)(RML)**

**Request Seeking Permission to File Omnibus Brief in Opposition to Summary Judgment**

Dear Chief Judge Irizarry:

　　　We represent Plaintiffs in the above-captioned cases. We write to request that the Court permit Plaintiffs to file one omnibus brief in opposition to the summary judgment motions recently served by defendants National Westminster Bank Plc and Crédit Lyonnais, S.A. The proposed omnibus brief will occupy far fewer than the 50 aggregate pages Plaintiffs are permitted to submit in opposition to Defendants' motions. Defendants have consented to our request provided that the Court also permits them to file one omnibus reply brief of up to 20 pages, if Defendants elect to follow that course. Plaintiffs consent to Defendants' request and believe that the proposed approach will streamline the briefing for the Court.

　　　We thank the Court for its consideration.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gary M. Osen

cc:　　Magistrate Judge Robert M. Levy (via ECF)
　　　 All Counsel (via ECF)