# CLEARY GOTTLIEB STEEN & HAMILTON LLP

WASHINGTON, D.C.
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: 212-225-2840
lfriedman@cgsh.com

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

May 7, 2018

BY ECF
Hon. Dora L. Irizarry, U.S.D.J.
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  Applebaum, et al. v. National Westminster Bank, Plc, 07-cv-916 (DLI) (RML)
            Weiss, et al. v. National Westminster Bank, Plc, 05-cv-4622 (DLI) (RML)
            Strauss, et al. v. Crédit Lyonnais, S.A. 06-cv-702 (DLI) (RML)
            Wolf, et al. v. Crédit Lyonnais, S.A., 07-cv-914 (DLI) (RML)

Dear Chief Judge Irizarry:

      I am writing on behalf of all parties in the above-referenced cases to respectfully request that the Court approve a modification of the briefing schedule for Defendants' summary judgment motions.

      Pursuant to Your Honor's Order of March 27, 2018, Defendants served their motion papers on Plaintiffs on April 11. On May 1, Plaintiffs filed a letter in which they asked Your Honor for leave to file one omnibus brief in opposition to both Defendants' summary judgment motions, to which Defendants consented. On May 2, the deadline for Plaintiffs to serve their oppositions to Defendants' motions under the Court's March 27 Order, Plaintiffs served Defendants with one omnibus opposition brief. On May 4, however, Your Honor denied Plaintiffs' request to file a single omnibus brief and directed them to file separate briefs.

      Plaintiffs have informed us that, in light of the Court's Order of May 4, they require additional time to prepare and serve separate opposition briefs on Defendants. Accordingly, the parties jointly request the following modified schedule for their remaining submissions:

- Plaintiffs shall serve their separate opposition briefs on Wednesday, May 9.

- Defendants shall serve their reply submissions on Wednesday, May 23, and file all of the parties' papers in accordance with the Court's bundling rule.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

Hon. Dora L. Irizarry, U.S.D.J., p. 2

Respectfully,

Lawrence B. Friedman

cc: Magistrate Judge Robert M. Levy (via ECF)
    All counsel of record (via ECF)