UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TZVI WEISS, et al.,                                        :
                                                           :
                Plaintiffs,                 :  Case No. 05-CV-4622 (DLI) (RML)
                                                           :
      - against -                                         :
                                                           :
NATIONAL WESTMINSTER BANK PLC,                             :
                                                           :
                Defendant.                  :
                                                           :
-----------------------------------------------------------X
NATAN APPLEBAUM, et al.,                                   :
                                                           :
                Plaintiffs,                 :
                                                           :
      - against -                                         :
                                                           :  Case No. 07-CV-916 (DLI) (RML)
NATIONAL WESTMINSTER BANK PLC,                             :
                                                           :
                Defendant.                  :  **Oral Argument Requested**
                                                           :
-----------------------------------------------------------X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT BY NATIONAL WESTMINSTER BANK PLC

PLEASE TAKE NOTICE that, upon the accompanying Memorandum Of Law Of Defendant National Westminster Bank Plc In Support Of Its Motion For Summary Judgment, National Westminster Bank Plc's Supplemental Statement Of Additional Material Facts As To Which There Is No Genuine Issue Pursuant To Local Civil Rule 56.1, and the Declaration Of Mark E. McDonald In Support Of The Motion For Summary Judgment By National Westminster Bank Plc and the exhibits submitted therewith, and all the prior pleadings and proceedings herein, Defendant National Westminster Bank Plc ("NatWest"), by and through its undersigned attorneys, will move this Court before the Honorable Dora L. Irizarry, U.S.D.J., at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be

determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting NatWest's motion for summary judgment on plaintiffs' claims, and dismissing all claims in the above-captioned actions with prejudice, and for such other and further relief as the Court may deem just and proper.[1]

Dated: April 11, 2018
      New York, New York

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Jonathan I. Blackman
    Lawrence B. Friedman

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Defendant National Westminster Bank Plc

---

[1] On March 14, 2018, the Court granted NatWest permission to file a renewed motion for summary judgment based on the Second Circuit's ruling in *Linde v. Arab Bank, PLC*, 882 F.3d 314 (2d Cir. 2018).