# Exhibit 2

**LANE, Belinda, Bus Mgr**

To: Wiltshear, Martin (RBS)
Subject: RE: Palestine Lebanon & Relief Fund

- Acc opened with Bank 10/94
- Large funds have always been held on various current accs as, due to religious reasons they are unable to earn interest
- Registered charity no 1040094 - 8 trustees
- Provide charitable relief to refugees in Israel, West Bank & Gaza and Lebanon - developed out of former charity which provided relief to Kuwait
- Main donors are Muslim communities in the Uk, USA and Saudi Arabia
- Very much seasonal in that receipts usually at Ramadam and Easter
- Main contact is the secretary Mr Jehad Qundilizo
- Authorised signatories are Ibrahim Brian Hewitt, E Mustafa, J Qundil and Mahfouzh Safie - instructions are any 2 to sign
- Next meeting is Monday 21 January with Mr Qundil at the business premises when I will discuss present operations and use of the $ acc

Any further guidance in how to approach this would be welcomed - ITS 2302-2602

Belinda Lane
Senior Business Manager

-----Original Message-----
From: Wiltshear, Martin (RBS)
Sent: Thursday 17 January 2002 09:51
To: LANE, Belinda, Bus Mgr
Subject: Palestine Lebanon & Relief Fund

Belinda

Unsurprisingly, we have been sent a Money Laundering Suspicion Report on the above connection. It is based on the face that large US$ payments are being are coming and going from the Middle East in the USD a/c 04156838. The concern is obviously terrorist funding especially given the volatile climate of the area.

I would be therefore be grateful if you would kindly provide me with some background info on this connection with details of the most recent due diligence undertaken in respect of the Bank's knowledge of dealings in the US$ account.

I appreciate your assistance in this matter and look forward to hearing from you.

Regards

**Martin Wiltshear**
**Group Investigations & fraud**
*Ground floor*
*Regents House*
*London*
*tel - 0207 615 7244*
*fax - 0207 615 7287*

1

HIGHLY CONFIDENTIAL                                                                                                                         NW 012954