# Exhibit 5



Extract from the Central Register of Charities maintained by the Charity Commission for England and Wales

## Main Charity 1040094

# PALESTINIANS RELIEF AND DEVELOPMENT FUND

Click link for more details

| | |
|---|---|
| **Working Name** | INTERPAL |
| **Charity Correspondent** | J QUNDIL<br>P O BOX 3333<br>LONDON<br>NW6 1RW |
| **Telephone** | 0208 450 8002 |
| **Fax** | 0208 450 8004 |
| **Email Address** | info@interpal.org |
| **Website Address** | www.interpal.org |
| **Governing Document** | DECLARATION OF TRUST DATED 29 JULY 1994 |
| **Objects** | 1.THE PROVISION OF AID AND ASSISTANCE, SUPPORT GUIDANCE AND COMFORT TO POOR NEEDY SICK CHILDREN AND WIDOWS AND THOSE SUFFERING OR DISTRESSED AS A CONSEQUENCE OF CIVIL OR MILITARY ACTION OR NATIONAL DISASTERS. 2.TO RELIEVE THE NEED HARDSHIP AND DISTRESS OF PERSONS WHOSE RELATIVES OR FRIENDS DIED OR WHO ARE MISSING OR DETAINED AS A CONSEQUENCE OF CIVIL OR MILITARY ACTION.3.THE PROVISION IN THE INTEREST OF SOCIAL WELFARE OF FACILITIES FOR RECREATION AND OTHER LEISURE TIME OCCUPATION OF THOSE OF REFUGEE STATUS OR CONNECTED PERSONS AS MAY HAVE NEED OF SUCH FACILITIES BY REASON OF THEIR YOUTH OR AGE OR INFIRMITY OR DISABLEMENT OR SOCIAL AND ECONOMIC CIRCUMSTANCES. |
| **Area of Benefit** | UNITED KINGDOM AND PALESTINE<br>(Area prescribed by Governing Document) |
| **Area of Operation** | Charity Operates inside and outside England and Wales<br>ASIA-JORDAN<br>ASIA-LEBANON<br>ASIA-PALESTINE<br>EUROPE-UNITED KINGDOM |
| **Registration History** | 11 Aug 1994 Registered |
| **Classification** | |
| **What** | General Charitable Purposes<br>Education/Training<br>Medical/Health/Sickness |

http://www.charity-commission.gov.uk/regi.../showcharity.asp?remchar=&chyno=104009    27/08/03

HIGHLY CONFIDENTIAL    NW 008321

Disability
Relief of Poverty
Environment/Conservation/Heritage
Economic/Community development/Employment

**Who** Other charities/Voluntary bodies
Other defined groups

**How** Makes grants to individuals(includes loans)
Makes grants to organisations(incl. schools, charities etc)

**Mailing & Submissions**

| Mailing Cycle | Financial Year Start | Financial Year End | Annual Return Issued | Annual Return Received | Accounts Received |
|---|---|---|---|---|---|
| AR6 | 01 Jan 1997 | 31 Dec 1997 | 02 Dec 1997 | 28 Jul 1998 | 28 Jul 1998 |
| AR7 | 01 Jan 1998 | 31 Dec 1998 | 26 Feb 1999 | 08 Oct 1999 | 08 Oct 1999 |
| AR8 | 01 Jan 1999 | 31 Dec 1999 | 15 Mar 2000 | 29 Sep 2000 | 29 Sep 2000 |
| AR00 | 01 Jan 2000 | 31 Dec 2000 | 05 Mar 2001 | 25 Jan 2002 | 25 Jan 2002 |
| AR01 | 01 Jan 2001 | 31 Dec 2001 | 02 May 2002 | 02 Dec 2002 | 02 Dec 2002 |
| AR02 | 01 Jan 2002 (estimated) | 31 Dec 2002 (estimated) | 01 May 2003 | | |

**Financial History**

| Financial Year Start | Financial Year End | Gross Income | Total Expenditure |
|---|---|---|---|
| 01 Jan 1997 | 31 Dec 1997 | £1,628,848 | £1,502,354 |
| 01 Jan 1998 | 31 Dec 1998 | £1,742,098 | £1,556,363 |
| 01 Jan 1999 | 31 Dec 1999 | £1,630,292 | £1,559,100 |
| 01 Jan 2000 | 31 Dec 2000 | £3,301,864 | £2,079,028 |
| 01 Jan 2001 | 31 Dec 2001 | £4,287,935 | £4,003,959 |

Search for charities by charity object or name keywords
Search for charities by the area in which they operate
Search for a charity by its registered number
Notes for users
About the Register of Charities
Copyright Notice, Disclaimer and Privacy Statement

Last Modified: Tuesday, April 16, 2002

|Top
|Home

HIGHLY CONFIDENTIAL   NW 008322