# Exhibit 9

**Sheftali, Jackie (Litigation Management)**

| | |
|---|---|
| From: | RODGER, Irvine, CBFM Enterprise Risk |
| Sent: | 13 December 2004 16:52 |
| To: | COLE, Guy, CBFM Enterprise Risk |
| Subject: | FW: Commercial Relationship - Interpal |
| Importance: | High |

Guy

Please see the latest.

cheers

**Irvine Rodger**
CBFM MLPU
The Royal Bank of Scotland plc
135 Bishopsgate, London, EC2M 3UR (Depot 028)
Tel: (020) 7085 1082
Int: 361082
Fax: (020) 7085 4641
e:    irvine.rodger@rbos.com

-----Original Message-----

| | |
|---|---|
| From: | LOVE, Kevin, CBFM |
| Sent: | 13 December 2004 15:36 |
| To: | Dickinson, Alan (CB London); Weir, Derek |
| Cc: | Lewis, Jill; Wyles, Graeme; RODGER, Irvine, CBFM Enterprise Risk |
| Subject: | Commercial Relationship - Interpal |
| Importance: | High |

Alan/Derek,
Following a news item found on Google (link attached together with relevant paragraph) Group Enterprise Risk (GER) have asked further questions relating to the accounts we manage on behalf of Interpal, a British Charity. GER were aware that we have a relationship with Interpal but felt we should revisit this.

## "Google Alert for: **nat-west**

How Terrorist Propaganda Kills
<http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>
Frontpagemag.com - USA
... All the accounts are with **Nat West** Bank, and the international scope of the organization is evident by dedicated dollar and euro accounts. ..."

"The most active HAMAS front organization worldwide is the London-based Interpal, which publishes anti-American and anti-Israeli propaganda, and which in 2003 alone sent more than $20 million to different HAMAS organizations in the Palestinian territories. In addition to fundraising in England in Pounds Sterling, Interpal lists on its website four different bank accounts to which contributors can send money. All the accounts are with Nat West Bank, and the international scope of the organization is evident by dedicated dollar and euro accounts."

Amanda Holt has commented that the Group's policy is that we will not have customers on the sanctions & terrorist lists of the Group covering both UK and US terrorist lists. Further, she does not see this as a "Cuba" OFAC issue as Interpal are on the terrorist, rather than general, lists. Amanda also recognises, however, that it is not a cut and dry case either due to the different stance towards the Palestinian issue between the US and

Page 1

HIGHLY CONFIDENTIAL
NW 066844

UK.

Amanda's specific questions are as follows:

•What steps are being taken to manage the situation (e.g. extra monitoring)? *I can confirm that, as previously agreed with GER, we do extend additional monitoring to this account.*
•What is the regulatory position given our increased presence in the US and the formation of the new US organisation structure? *Should we decide to stay with this relationship, we will need to investigate this more fully*

In addition, especially if we chose to maintain this relationship, Amanda felt that Johnny should be made aware given his "prominent role in this new organisation".

Irvine's note below provides more detail on Interpal themselves and the feelings of the RM. I should draw your attention to the potential reputational risk associated with exit. If we decide to remain in the relationship, we will need to appraise Johnny. Their site carries the following current news bulletin:

*"The Board of Trustees, staff and supporters of INTERPAL are "delighted" that the Charity Commission has rejected American accusations and "evidence" that the charity has links to illegal activities in the Middle East and has as a result ended its inquiry into the charity"s affairs..."*

Please can I have your thoughts on the matter?
Thanks and regards
**Kevin R. Love**
**Global Head of Enterprise Risk**
**Corporate Banking & Financial Markets**
**The Royal Bank of Scotland Group Plc**
kevin.love@rbos.com
**Work: +44 20 7085 4026  Mobile: +44 7769 931630**
**Pager: +44 7693 308651  Blackberry: +44 7793 858329**

> Kevin
> The RM is Belinda Lane from Romford Commercial (01708 774529). She is not concerned about the account holders. She re-iterated that the account has been investigated many times without anything untoward coming to light. However one irritation is developing - increasing difficulties in making payments to Palestine because local banks there will not accept them (due to OFAC). Consequently, although the account is quite a big income earner for her (£50,000), it is becoming higher maintenance.
> Taking everything into account, Belinda would accept the loss of this customer even though it has done nothing wrong provided her target can be adjusted accordingly. She did point out that the charity would find it difficult to rebank due to OFAC and the background to RBS kicking it out. There is consequently a **danger of adverse media comment** if we were to close a legitimate charitable account.
> I have pasted in the charity's Internet blurb www.interpal.org
> By way of background, there were investigations by the **Charities Commission** and **Special Branch** into potential links with Hamas, but no action was taken against the charity. The Bank of England has also confirmed that although the Terrorism Order 2001 does cover Hamas, it does not cover Interpal.
> Guy has not found anything that substantiates beyond opinion that Interpal has made payments to terrorist groups. It appears the perspective taken by Israel towards Interpal and other charities operating/funding schools/orphanages/hostels in Palestine and Gaza, is that these charities perpetuate terrorism as **terrorists know that if they die their dependants will be looked after by the charities.**

HIGHLY CONFIDENTIAL

NW 066845

Interpal is a predominant UK charity providing relief in this region, it hosted and funded a visit by British MPs to the region in 1998.

Taking everything into account, neither myself nor Guy think that the accounts should not be closed. However, you may wish to get Derek and Alan to make the final decision.

Regards

- INTERPAL is a non-political, non-profit making British charity that focuses solely on the provision of relief and development aid to the poor and needy of Palestine.
- INTERPAL's area of operation is mainly Gaza, the West Bank and the refugee camps in Jordan and Lebanon. We work with in excess of 150 different charitable organizations in these areas, all of whom are registered with the appropriate local authorities.
- INTERPAL's stated, official policy is to coordinate with charities both in Britain and abroad in order to further its aims and objectives to provide relief and development aid to the people of Palestine. This is to increase efficiency and avoid duplication ensuring maximum benefit for Palestine's poor and needy.
- INTERPAL's commitment to Public Accountability and Transparency means that it only deals with bona fide organisations, not individuals, which are duly registered by the appropriate local authorities. Its work with these organizations is subject to a strict Funding Agreement to ensure the proper charitable use of funds as specified.
- INTERPAL sends delegations made up of community leaders to our areas of operation as part of our awareness raising effort. These leaders then report back to the community, to give a first hand account of the situation of poor and needy Palestinians as well as the progress of INTERPAL projects. INTERPAL is committed to transparency in its operations, and this is one way of ensuring that interested parties can see for themselves exactly how their money has been spent.
- Like all charities registered in England, INTERPAL is governed by English Law, and the rules, regulations and guidelines determined by the Charity Commission, the governmental body that monitors charities' activities. The Inland Revenue also periodically sends its officers to scrutinise our audited accounts.
- INTERPAL was established to provide humanitarian and development aid in an area where there is great need. We are committed to carrying out the wishes of our donors and bound by a religious duty and moral obligation to ensure that the funds are used for charitable purposes as specified. We are also under a legal duty to operate within the laws of the United Kingdom and the areas in which we operate. It is not in our interest or the interest of our ultimate beneficiaries to exceed the remit of our Trust Deed and operate outside the law.
- In order to ensure that the funds it transfers are used as directed, INTERPAL maintains a very strict audit trail and insists on a formal contractual relationship with all our partners. We require our partners to sign and adhere strictly to a Funding Agreement. All transfers of funds are properly authorised, documented and receipted, and local partners are under a duty to provide progress reports and a final report of the projects they implement on our behalf. These reports are supported by relevant documents (e.g. receipts of purchases and distribution of funds) and photographic or video records.

HIGHLY CONFIDENTIAL							NW 066846