# Exhibit 11

**From:** HOLT, Amanda, Group Risk Mgmt (nee Turner)
**Sent:** Monday, December 13, 2004 03:38 AM
**To:** COLEMAN, David, Group Risk Mgmt; GOSSAGE, Richard, Group Risk Mgmt; SANDERS, Stephen, Group Risk Mgmt
**Subject:** Fw: Google Alert - nat-west

This could be a problem, this could be nothing. In summary, Interpal are a charity customer of CBFM. They have alleged links with Hamas and have been under investigation by the Charities Commission. There was a "Google alert" alleging NatWest was Hamas's UK bankers. This is not correct. If I catch you today I will update you.

Thanks,

Amanda
-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: HOLT, Amanda, Group Risk Mgmt (nee Turner) <Amanda.HOLT@rbos.com>
To: FOSTER, Stephen James, Group Risk Mgmt <Stephen.J.FOSTER@rbos.com>; LOVE, Kevin, CBFM MOBILE <Kevin.LOVE.mobile@rbos.com>
Sent: Mon Dec 13 08:31:12 2004
Subject: Re: Google Alert - nat-west

From my perspective, I am re-assured that we are aware of these customers. However, the Group's policy is that we will not have customers on the sanctions _terrorist lists of the Group covering both UK and US terrorist lists. This is not a "Cuba" OFAC issue as this organisation is on the terrorist, rather than general, lists.  However, my understanding is that it is not a cut and dry case either due to the different stance towards the Palestinian issue between the US and UK.

I have a few questions that I think need to be resolved at CBFM Board level:

•What is the rationale for not exiting this relationship given there is a match with the Group's lists?
•What steps are being taken to manage the situation (e.g. extra monitoring) in the interim whilst this decision is being taken.
•What is the regulatory position given our increased presence in the US and the formation of the new US organisation structure.  Johnny needs to be aware given his prominant role in this new organisation.

I feel this is urgent, even without the google comment so would appreciate a speedy response and resolution to this.

Obviously, from a Group perspective, we will help in whatever way we can, just let Stephen and I know.

Thanks,

Amanda

-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt <Stephen.J.FOSTER@rbos.com>
To: LOVE, Kevin, CBFM <Kevin.LOVE@rbos.com>; NORRIE, Ben, Group Risk Mgmt <Ben.NORRIE@rbos.com>; DAVIES, Rob, Group Risk Mgmt <Rob.DAVIES@rbos.com>; COLE, Guy, CBFM Enterprise Risk <Guy.COLE@rbos.com>
CC: HOLT, Amanda, Group Risk Mgmt (nee Turner) <Amanda.HOLT@rbos.com>; RODGER, Irvine, CBFM Enterprise Risk <Irvine.Rodger@rbos.com>; KANE, Christine, CBFM

NW 066672

<Christine.KANE@rbos.com>
Sent: Fri Dec 10 16:20:54 2004
Subject: RE: Google Alert - nat-west

On the review - we'll go back to the e-mail traffic from the time to check.
Fears allayed, I think, if all the accounts under the Cin are Interpal.

-----Original Message-----
From:      LOVE, Kevin, CBFM
Sent:      10 December 2004 16:06
To:      FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc:      HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk; KANE, Christine, CBFM
Subject:      RE: Google Alert - nat-west
Importance:      High

It's all in the timing isn't it!  If I had received Ben's note I am sure we would be doing just as you suggest, reviewing whether we want to stay with this relationship or not; and of course we will now have that debate.  I'll get Chris to set something up.

I just want to confirm though, it is the case that our current agreement with you is that whilst we do have the relationship we must review the transactions involved with every six months; which is what we have been doing?

Also, at to my point below, have we allayed your fears that there may have been other accounts of which you were not aware?
Thanks
Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking _Financial Markets
The Royal Bank of Scotland Group Plc
kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329

-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt
Sent: 10 December 2004 15:57
To: LOVE, Kevin, CBFM; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise Risk
Subject: RE: Google Alert - nat-west

We do know the Interpal connection but I had asked Ben earlier this week to draft a note to you asking whether we (RBSG) should maintain this connection given the risks involved.

Following the Charity Commission investigation of Interpal last year, we know there is additional monitoring of account activity but our own recent review of our outstanding ST issues prompted us to ask whether (primarily from a reputational viewpoint but also a risk of breach of terrorism laws) we want to maintain an account with an organisation cited on the OFAC list as having links to Hamas.

Even allowing for the differences between UK and US approaches to Israel/Palestine issues and the general push back against the extra territoriality of US laws, I suggest that as a group we should look very carefully at such connections before deciding to continue with them.  This is doubly important in CBFM where we know that fund raising efforts in the US are coming increasingly under the "OFAC microscope".
Happy to discuss.

-----Original Message-----
From:      LOVE, Kevin, CBFM
Sent:      10 December 2004 14:24
To:      FOSTER, Stephen James, Group Risk Mgmt; NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; COLE, Guy, CBFM Enterprise Risk

HIGHLY CONFIDENTIAL

NW 066673

Cc:   HOLT, Amanda, Group Risk Mgmt (nee Turner); RODGER, Irvine, CBFM Enterprise
Risk
Subject:   RE: Google Alert - nat-west
Importance:   High

Stephen,
The seven accounts referred to are indeed all connected with Interpal and we were
aware of them.  I know that you know Interpal well, and presume that this
confirmation allays any concerns.  If not, please do not hesitate to contact Guy
Cole for further information.
Regards
Kevin R. Love
Global Head of Enterprise Risk
Corporate Banking _Financial Markets
The Royal Bank of Scotland Group Plc
kevin.love@rbos.com
Work: +44 20 7085 4026 Mobile: +44 7769 931630
Pager: +44 7693 308651 Blackberry: +44 7793 858329
-----Original Message-----
From: FOSTER, Stephen James, Group Risk Mgmt
Sent: 10 December 2004 11:55
To: NORRIE, Ben, Group Risk Mgmt; DAVIES, Rob, Group Risk Mgmt; LOVE, Kevin,
CBFM; COLE, Guy, CBFM Enterprise Risk
Cc: HOLT, Amanda, Group Risk Mgmt (nee Turner)
Subject: FW: Google Alert - nat-west

FYI - As Amanda says, we were aware of one account with alleged links to Hamas -
Interpal - but not that we had actual acounts for Hamas.
Is this true? If so, why have they not been picked up by the searches?

   -----Original Message-----
From:    HOLT, Amanda, Group Risk Mgmt (nee Turner)
Sent:    10 December 2004 11:14
To:    Smith, Sue (Natwest Risk); Outhwaite, David; FOSTER, Stephen James, Group
Risk Mgmt
Cc:    Wilson, Sharon (PA to Graeme Hardie)
Subject:    RE: Google Alert - nat-west

David and Sue

Many thanks for this.  I can't see the article you are referring to (as I have
upgraded to XP to internet no longer works) however, we were aware that we had
accounts for people connected to Hamas, but not Hamas itself. I have forwarded
this email to Stephen Foster in my team who know the background and who can give
the legal/regulatory view from Group.

Regards,

Amanda Holt
Head of Group Enterprise Risk

Tel no: 020 7334 1148
Fax no: 020 7375 4106
Mobile: 07789 928 481
Internet: amanda.holt@rbos.com

   -----Original Message-----
From:    Smith, Sue (Natwest Risk)
Sent:    10 December 2004 11:01
To:    Outhwaite, David
Cc:    Wilson, Sharon (PA to Graeme Hardie); HOLT, Amanda, Group Risk Mgmt (nee
Turner)
Subject:    FW: Google Alert - nat-west

Hi David

I've tracked down the accounts - the CIN is 1143476903.  They hold 7 accounts
with us and the connection is held by CBFM.

HIGHLY CONFIDENTIAL

```
Kind Regards

Sue Smith
Operational Risk Manager, NatWest Network
NatWest Network Risk _Operations
NatWest Retail Banking
*    First Floor West
       Younger Building,  Edinburgh
     Depot Code 045
*    0131 525 0441  (220441)
*    0131 550 5682 (205682)
* Sue.Smith@rbs.co.uk
-----Original Message-----
From:   Wilson, Sharon (PA to Graeme Hardie)
Sent:   Friday, December 10, 2004 10:46 AM
To:   Smith, Sue (Natwest Risk)
Subject:    FW: Google Alert - nat-west


Sue

Thanks again
Sharon



Sharon Wilson
PA to Graeme Hardie
Managing Director, NatWest Retail Banking
2nd Floor West, The Younger Building,
3 Redheughs Avenue, Edinburgh, EH12 9RB
Tel No 0131 523 5130
Mobile No 07774 008084
Fax No 0131 523 6501

DEPOT CODE 045

-----Original Message-----
From:   Outhwaite, David
Sent:   Friday, December 10, 2004 10:19 AM
To:   Hardie, Graeme, NW Retail Executive; HOLT, Amanda, Group Risk Mgmt (nee
Turner)
Subject:    FW: Google Alert - nat-west

Amanda - Hope you are well.

Carolyn McAdam suggested that I forward this to you - I'm not exactly sure who in
the organisation needs to know about this, but she suggested you might know.

One of our online news alerts has picked up this article talking about accounts
help by Hamas with NatWest. I wouldn't claim to be an expert in the politics in
terms of Hamas, although the news website  is US based and certainly
pro-Israeli.

Any ideas?

Thanks
David

David Outhwaite
Head of Retail Media Relations
The Royal Bank of Scotland/NatWest
Tel 020 7672 1915
Mob 07802 972756
david.outhwaite@rbs.co.uk
```

HIGHLY CONFIDENTIAL

```
From:     Google Alerts [SMTP:googlealerts-noreply@google.com]
Sent:     Friday, December 10, 2004 9:41 AM
To:    Outhwaite, David
Subject:    Google Alert - nat-west
```

*** WARNING : This message originates from the Internet ***

Google Alert for: nat-west

How Terrorist Propaganda Kills
<http://frontpagemag.com/Articles/ReadArticle.asp?ID=16275>
Frontpagemag.com - USA
... All the accounts are with Nat West Bank, and the international scope of the
organization is evident by dedicated dollar and euro accounts. ...

_____

 This as it happens Google Alert is brought to you by Google.

Remove <http://www.google.com/alerts/remove?s=2acb30c69543b3f7hl=en> this alert.

Create <http://www.google.com/alerts?hl=en> another alert.
Manage <http://www.google.com/alerts/manage?hl=en> your alerts.

HIGHLY CONFIDENTIAL