# Exhibit 15

```
                                              -                                              3
1   UNITED STATES DISTRICT COURT               1              INDEX
2   EASTERN DISTRICT OF NEW YORK               2   EXAMINATION BY                PAGE
    ---------------------------------------x   3   MR. WERBNER                    9
3   TZVI WEISS, et al.,                        4   MR. A. FRIEDMAN               256
4             Plaintiffs,                      5
5    -against-                                 6
6   NATIONAL WESTMINSTER BANK, PLC,            7              EXHIBITS
7             Defendant.                        8
    ---------------------------------------x       WICKENS
8   NATAN APPLEBAUM, et al.,                   9   FOR ID     DESCRIPTION         PAGE
9             Plaintiffs,                      10  No. 1    Document bearing Bates Nos.  142
10   -against-                                          NW 017199 through 17204
11  NATIONAL WESTMINSTER BANK, PLC,            11
12            Defendant.                           No. 2    Document bearing Bates Nos.  146
    ---------------------------------------x   12          NW 16216 through 16228
13                                             13  No. 3    Document bearing Bates Nos.  147
14        * HIGHLY CONFIDENTIAL *                       NW 1118 through 1337
15                                             14
16                                                 No. 4    Document beginning with    164
17       VIDEOTAPED DEPOSITION of IAN WICKENS,  15          Bates No. NW 14014
18   taken before Cheryll Kerr, a Notary Public 16 No. 5    Document bearing Bates Nos.  158
19   and a Shorthand Reporter, held at the offices      NW 8367 through 8373
20   of Cleary, Gottlieb, Steen & Hamilton, LLP, 17
21   located at 55 Basinghall Street, London,   18  No. 6    Document bearing Bates Nos.  164
22   England on Monday, the 23rd day of June,           NW 8381 through 8398
23   2008, at 9:36 a.m.                         19  No. 7    Document bearing Bates Nos.  166
24                                                      NW 13685 through 13686
25                                             20
                                                   No. 8    Document bearing Bates Nos.  235
                                               21          NW 8374 through 8378
                                               22  No. 9    Document bearing Bates       235
                                                           No. NW 13197
                                               23
                                               24
                                               25  (Continued)
```

```
                                              2                                              4
1   APPEARANCES:                               1   WICKENS
2   KOHN, SWIFT & GRAF, P.C.                        FOR ID     DESCRIPTION         PAGE
       Attorneys for Plaintiff Tzvi Weiss      2
3      One South Broad Street, Suite 2100          No. 10   Document bearing Bates       236
       Philadelphia, Pennsylvania  19107-3304  3          No. NW 13636
4                                              4   No. 11   Document bearing Bates Nos.  237
    BY:   STEPHEN H. SCHWARTZ, ESQ.                     NW  51994 through 51997
5                                              5
6   SAYLES WERBNER, P.C.                           No. 12   Document bearing Bates Nos.  240
       Attorneys for Plaintiff Natan Applebaum 6          NW 14465 through 14467
7      4400 Renaissance Tower                  7   No. 13   Document bearing Bates Nos.  241
       1201 Elm Street                                  NW  50721, 722, 725, 726
8      Dallas, Texas  75270                    8
9   BY:   MARK S. WERBNER, ESQ.                     No. 14   Document bearing Bates Nos.  242
10                                             9          NW 14468 through 14497
    CLEARY GOTTLIEB STEEN & HAMILTON, LLP      10  No. 15   Document bearing Bates Nos.  244
11     Attorneys for Defendant National                 NW 13969 through 13973
       Westminster Bank, PLC                   11
12     One Liberty Plaza                           No. 16   Document bearing Bates Nos.  245
       New York, New York  10006-1470          12          NW 1082 through 1099
13                                             13  No. 17   Document bearing Bates       245
    BY:   LAWRENCE B. FRIEDMAN, ESQ.                    NW No. 8417
14     PATRICK SHELDON, ESQ.                    14
15                                             15  No. 18   Document bearing Bates Nos.  247
    GLANCY BINKOW & GOLDBERG, LLP                       16216 through 16228
16     Attorneys for Plaintiff Tzvi Weiss      16  No. 19   Document bearing Bates Nos.  248
       1430 Broadway, Suite 1603                        16216 through 16228
17     New York, New York  10018               17
18  BY:   ANDREW FRIEDMAN, ESQ. (OF COUNSEL)       No. 20   Document bearing Bates       250
19                                             18          No. 13659
    Also Present:  Jackie Sheftali, NatWest;   19  No. 21   Document bearing Bates Nos.  251
20  Simon Rutson, Videographer                          NW 12965 through 12966
21                                             20
22        *****   *****   *****                    No. 22   Document bearing Bates       251
23                                             21          No. NW 12976
24                                             22  No. 23   Document bearing Bates Nos.  252
25                                                      NW 17217 through 17218
                                               23
                                               24
                                               25  (Continued)
```

77

1     compartments.
2        Sometimes the nature of the untoward
3     activity would jump out at you from the
4     page and it was blindingly obvious what we
5     were looking at, but that was rare. Most
6     of the time you are looking at a pattern
7     of activity that is not consistent or a
8     particular transaction, which is out of
9     kilter from what is expected from that
10     customer.
11        That is the key principle which
12     governs the suspicion reports. This is
13     not what you expect from that customer.
14     You may have no clue whatsoever of what
15     the underlying untoward activity is, if
16     any. Lot of time it's just trying to
17     conceal monies from the tax man or
18     something when we are looking at the cash
19     runs.
20        So you know, we didn't try to
21     pigeonhole things to say oh, this is a
22     terrorist one, so we must do this, that
23     and the other. I mean, we did have quite
24     a lot of reports particularly after Irish
25     atrocities, which tended to raise

78

1     awareness again of IRA activity, and where
2     we get all sorts of defensive reports from
3     people simply because they are Irish,
4     basically.
5        It was very difficult for us not to
6     report anything which carried a specific
7     terrorist tag, if it was identified in the
8     report, but very often the quality of
9     those reports was not good. But simply
10     because we would never have wanted to not
11     report something which could have had a
12     terrorist connection, I am afraid an awful
13     lot of very perfectly innocent Irish
14     people got reported simply because a
15     member of staff had -- had developed a
16     concern really for no better reason than
17     that they were Irish and that -- you know,
18     had a bit of money or something. But --
19     so it could be quite crude at times.
20        MR. L. FRIEDMAN: Mark, when it's a
21     convenient time, can we break?
22        MR. WERBNER: Let me ask one
23     question, and I will be happy to break, if
24     that's okay.
25        THE WITNESS: Yeah.

79

1     BY MR. WERBNER:
2        Q. Would it be fair to say that there was
3     somewhat inherently of a partnership in NatWest
4     between the people who had the account relationships
5     with the customers and with the -- with the fraud
6     and the anti-money laundering group?
7        MR. L. FRIEDMAN: Object to the form.
8        THE WITNESS: Wait. Partnership, not
9        quite sure that's the word I would use,
10        but yes, clearly we wanted to foster open
11        dialogue. We were working hard -- you
12        know, to build up the culture of awareness
13        to ensure that people knew what they had
14        to do, that they were quick to pick the
15        phone up, that they were very welcome to
16        pick the phone up if they wanted to talk
17        about things before they submitted a
18        written report. You know, we were there
19        to -- to help, so yes, I suppose in that
20        sense, partnership is a perfectly good
21        word, yes.
22     BY MR. WERBNER:
23        Q. Did your group ever initiate
24     investigations to try to determine if there was
25     money laundering or -- or terror financing without

80

1     having first gotten a -- a suspicion report?
2        A. Oh, yes.
3        MR. L. FRIEDMAN: Object to the form.
4        THE WITNESS: Information,
5        intelligence, if you like, would come to a
6        department like ours from various sources.
7        You might get a tipoff from another bank.
8        You might get a word to the wise from, you
9        know, a law enforcement officer. You
10        might see something in a newspaper. You
11        know, there could be various things which
12        would trigger you to start digging
13        proactively (indicating) from the center
14        outwards, rather than receiving
15        information inwards.
16        No, we were not limited in our
17        activity to purely what was -- what was
18        obtained from incoming suspicion reports.
19     BY MR. WERBNER:
20        Q. Well, I definitely want to pick up there
21     when we come back from the break. Can you say
22     during your tenure, though, before the break, in
23     general terms, was it 50/50, or 80/20? I mean,
24     the -- the magnitude of investigating because of the
25     receipt from an employee of a suspicious activity