UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TZVI WEISS, et al.,

                     Plaintiffs,

          - against -

NATIONAL WESTMINSTER BANK PLC,

                     Defendant.
-----------------------------------------------------------------X
NATAN APPLEBAUM, et al.,

                     Plaintiffs,

          - against -

NATIONAL WESTMINSTER BANK PLC,

                     Defendant.
-----------------------------------------------------------------X

Case No. 05-CV-4622 (DLI) (RML)

<u>CERTIFICATE OF SERVICE</u>

Case No. 07-CV-916 (DLI) (RML)

        I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        On the 11th day of April, 2018, the Notice of Motion for Summary Judgment by National Westminster Bank PLC; the Memorandum of Law of Defendant National Westminster Bank PLC In Support of its Motion for Summary Judgment; National Westminster Bank PLC's Supplemental Statement of Additional Material Facts As To Which There Is No Genuine Issue Pursuant to Local Civil Rule 56.1; and the Declaration of Mark E. McDonald in Support of the Motion for Summary Judgment by National Westminster Bank PLC were served by email upon:

afriedman@gbgfriedman.com; aschlanger@osenlaw.com; aungar@osenlaw.com; cschlanger@osenlaw.com; emacallister@perleslaw.com; gosen@osenlaw.com; JBonner@lawssb.com; jeubanks@motleyrice.com; jkohn@kohnswift.com; mradine@osenlaw.com; mwerbner@swtriallaw.com; nglazer@kohnswift.com; njnudelman@hnklaw.com; nweinberg@osenlaw.com; pkolker@zuckerman.com; pravenhansen@gmail.com; rdheideman@hnklaw.com; RStone@lawssb.com; sdavies@lawssb.com; SMesulam@zuckerman.com; snaunton@zuckerman.com; sperles@perleslaw.com; sschwartz@kohnswift.com; ssteingard@kohnswift.com; tab@tturner.com; trkalik@hnklaw.com

Dated: New York, New York
April 12, 2018

_____
Brendan Cyr