# Exhibit 9

# U.S. DEPARTMENT OF THE TREASURY

Resource Center

## Union of Good

**U.S. Designation Date:** 11/12/2008

**Background:**

The Union of Good is an organization created by Hamas leadership in late-2000 to transfer funds to the terrorist organization. Union of Good acts as a broker for Hamas by facilitating financial transfers between a web of charitable organizations—including several organizations previously designated under E.O. 13224 for providing support to Hamas—and Hamas-controlled organizations in the West Bank and Gaza. The primary purpose of this activity is to strengthen Hamas' political and military position in the West Bank and Gaza, including by: (i) diverting charitable donations to support Hamas members and the families of terrorist operatives; and (ii) dispensing social welfare and other charitable services on behalf of Hamas.

Funds raised by the Union of Good affiliates have been transferred to Hamas-managed organizations in the West Bank and Gaza. In addition to providing cover for Hamas financial transfers, some of the funds transferred by the Union of Good have compensated Hamas terrorists by providing payments to the families of suicide bombers. One of them, the Al-Salah Society, previously identified as a key support node for Hamas, was designated in August 2007 under E.O. 13224. The Society employed a number of members of the Hamas military wing and supported Hamas-affiliated combatants during the first Intifada.

The Union of Good's executive leadership and board of directors includes Hamas leaders, Specially Designated Global Terrorists (SDGTs), and other terrorist supporters. The secretary general of the Union of Good, for example, also acts as the vice-chairman of the United Kingdom-based Interpal, which was designated in 2003 for providing financial support to Hamas under the cover of charitable activity. As of mid-2007, this official served on the Hamas executive committee under Hamas leader Khaled Misha'al. Board members of the Union of Good include a West Bank Hamas member, and Abd alMajid al-Zindani, a Yemen-based Hamas fundraiser who was designated pursuant to E.O. 13224 in 2004 for providing support to al-Qaida. In 2006, Zindani delivered a fundraising speech at a Hamas conference in Yemen where the crowd pledged millions of riyals for Hamas.

The United States is also actively working with the Arab-American community and other interested donors to provide alternate relief mechanisms to the Palestinian people as we take action against the HAMAS charitable infrastructure.

**AKAs:** Charity Coalition
Coalition of Good
I'tilaf Al-Khair
I'tilaf Al-Khayr
101 Days Campaign
Etelaf Al-Khair

Address: P.O. Box 136301, Jeddah, Saudi Arabia 21313

For Additional Information: http://www.treas.gov/press/releases/hp1267.htm

Last Updated: February 3, 2009