# Exhibit 10



# INTERPAL

الصندوق الفلسطيني للغاثة والتنمية

HELPING PALESTINIANS IN NEED

P.O. Box 3333
London
NW6 1RW
Tel: 020 8450 8002
Fax: 020 8450 8004
E-mail: info@interpal.org
Website: www.interpal.org
**Our Ref: (5583)**
**Date:** 20 June 2001

Ms. Belinda Lane
Business Manager
NatWest PLC
Islington Business Centre
Fax No: 020-8344 1069

Dear Belinda,

## URGENT

### New US$ Sub-Account

The Trustees of INTERPAL wish to open a new US Dollar Sub-Account under the name I'tilafu al-Khayr (Union for Good) to facilitate our latest international fundraising campaign. We should be grateful if you could assist in this matter, and open this new sub-account at the earliest possile opportunity as a matter of urgency. The new account is to be a current account. We would require paying-in books, but not cheque books.

Thank you for your kind attention, and we look forward to your reply and receiving details of the new sub-account soon.

Yours sincerely,

J. Qundil
Secretary to the Trustees

I. Hewitt
Chairman of the Trustees

I confirm that the account can be opened.
Please link to 140 053302822

Beni

Registered Charity No. 1040094

HIGHLY CONFIDENTIAL

NW 013415