# Exhibit 12

Exhibit 12 consists of a video file with a certified translation.

# **CERTIFICATION**

I, Hind Abuhussein, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached transcript of MEMRI Exhibit 8 is a true and accurate English translation of the original spoken Arabic language.

Date: July 09, 2014



Hind Abuhussein

|  | Fatwas, and especially the development of their rules on one hand, and their role in the society on the other hand, through the use of electronic media outlets. In this context, I got interested in new terms and new phenomena such as, "live fatwas", "satellite fatwas", "general fatwas", "personal fatwas", "and fatwas of the nation" or other phenomena such as "fatwas banks". It seems that -and this is one of the conclusions of my study- that the term "fatwa" which was related to a specific place, a specific time and a specific person is changing. The place of the fatwas of Qaradawi became the entire world, the time became the age (our age) and the person speaks to the [entire] nation. I think that the subject of fatwas in the media is important, and fatwas with all the issues around them constitute an important part of the Muslim identity in the age of globalization, that we try to understand through our study. Thank you. |
|---|---|
|  | Thank you, Bettina. In fact, we, I mean, thank you for sticking to the time [allotted to you] and admire your Arabic language. May Allah reward you. The sixth speaker is Dr. Lutz Rogler and the subject of his speech is the relationship between the thinker and the movement according to Qaradawi.<br>We welcome him and thank him |
| 02:03 | Thank you. Ladies and gentlemen, I will confine myself to some points. In fact, I do not have a written research. I am one of the researchers that my colleague Bettina has mentioned. I am one of the researchers who are interested in the contemporary Islamic thought on one hand and the thought of contemporary Islamic movements within this difficult German, European and western context that you got to know, especially during the last years. Honestly, I have to say that since I have started my studies at one of the German universities in the field of Arabic and Islamic studies Sheikh Dr. Yusuf al-Qaradawi has always been accompanying me through his writings, his articles and this is not the first time that I meet him personally. I met him in 2003 in a conference that was held in Cairo. That conference was, to some extent, - it was not a meeting for the friends of the Sheikh, but I think that the friends of the sheikh had a noticeable presence there. The conference was about "women liberation" on the occasion of – it was a celebration of Abu Shuqqa and his book "Women Liberation in the Age of Prophecy". |
|  | I think that the conference was a … how… a meeting for the friends of the Sheikh, among those who were mentioned in his writings and in his autobiography from "The Project" group. I do not know whether you are familiar with the history of it. The event, or rather the point that I would like to highlight is that I am interested in Sheikh Qaradawi, specifically from a general scientific angle which is the relationship between the thinker on one hand and political and social movements on the other hand.<br>I think that Sheikh Dr. Yusuf Qaradawi is a bright example in our modern world that combines ideology with influence on vast political and social movements. I think that this relationship, in all cultures and in all aspects is not an easy relationship. It is always a very difficult relationship and I think that Sheikh Dr. Yusuf al-Qaradawi addressed this issue somehow in a number of notes in his *book ibn al-qariya wal-kuttab* [Son of the Village and the Village Schools] when he talked about, and criticized the [Muslim] Brotherhood. One day I was researching Muslim ideologies and I noticed that Sheikh Dr. Yusuf Qaradawi is present. His name is present and his contributions are present in all fields of contemporary Muslim ideologies. I remember that pioneer magazine that the Sheikh Dr. Qaradawi contributed to its establishment. "The Contemporary Muslim Magazine". This demonstrates, according to me, the importance of the history of the contemporary Muslim ideologies through their thinkers. I think that there is connection between the |

| | |
|---|---|
| | establishment of this group – "the Project Group" which came to be known as "Committee of Muslim Young Men" within the Muslim Brotherhood group and the establishment of the "Contemporary Muslim Magazine" at the beginning of the 1970s. I mean, twenty or thirty years after the "Project Group" and also the active scholastic situation that this meeting is an example of. In short, according to me, I am honored by your invitation to this meeting and I am honored to be here and to attend this intense scholastic activity that Sheikh Dr. Yusuf Qaradawi stressed its importance. The last point may make my interest in Sheikh Dr. Yusuf Qaradawi and these ideological phenomena clear – I wrote my doctoral dissertation about the Islamic movement in Tunisia, and I remember that the "Contemporary Muslim Magazine" had played a very important role in ideological transformations inside the Islamic movement in Tunisia and the end of the 1970s. This close connection between people and ideas through the different time stages is my area of interest and therefore I am very glad to attend this meeting and would like to thank you all. |
| 09:00 | Thank you very much, Dr. Rogler. The seventh speaker is our brother Dr. Salah Sultan and the subject of his speech is the scientific and ideological makeup of Sheikh Qaradawi. Please start and stick to the time. |
| 09:22-24:00 | In the Name of Allah, the Compassionate, the Merciful. Praise be to Allah and blessing and peace be upon our prophet, his companions and his followers. A cordial greeting to our Sheikh, the scholar of the age, and the theologian of the nation. I am really happy that Abu al-Walid [Khaled Mashal] is with us in this meeting. I pray to Allah to gather us all for the liberation of al-Aqsa Mosque and for ridding the nation of this plague in the area of Palestine [Khaled Mashal:] "Amen". My subject, is the relationship between the pupil and the teacher, as an introduction, and the content of the study "Aspects of Scientific and Ideological Makeup of our teacher imam, methodologically, encyclopedically, and as a whole". At the end of my speech I have some requests to ask our Sheikh and and after that requests from all of us.<br>The first point – the relationship between the pupil and the teacher, in fact what I learned from our Sheikh was not merely the knowledge of the subject. Praise be to Allah, during the first year of my studies in *Dar al-'Ulum* I had the best results in a test on his book "The Lawful and the Prohibited in Islam", but there are methodological aspects and moral aspects. In our meeting in November 1999 in Detroit, Michigan where the Association of Sharia Scholars Conference took place, our teacher headed the conference and could not come down to deliver the opening speech because of health issues, the eldest member was chosen to deliver the speech instead of him, he harshly attacked the Sheikh and talked about the satellite station scholars and the lenient ones. The Sheikh said in the first session: "We did not come here in order to fight, but in order to solve the problems of Muslim minorities. I forgive those who wronged me, visit those who boycotted me and we start with Allah's blessing." This is a method that each one of us needs in the positions they occupy. When we wanted to formulate a decision in the conference, the issue of buying houses with a *riba*-based [usury] loan was based on two things (the decision was issued a month before in the European Council for Fatwa): The necessity concept and the concept of Imam Abu Hanifa who allows taking or giving *riba* [usury] in *Dar al-Harb* [countries where the Muslim law is not in force]. We asked our Sheikh not to include the second point because Europe and America are not *Dar al-Harb* [countries where the Muslim law is not in force]. Our Sheikh and teacher agreed. The fatwa issued in Europe was based on two concepts, while the fatwa issued in America was based on one concept only. Yet another anecdote: I was on my way from the US to Egypt when they took my passport in the airport and told |

me to go to a room, a shed, until they finish what they had to do. I entered to what was a small, dim room and felt that a sheikh or somebody was there, and I said: "*Al-salam alaykum*" [[may peace be upon you] as I always do. Then I heard our Sheikh answering: "*wa alaykum al-Salam wa rahmat Allah wa barakatuhu*" [may peace, mercy and blessings of Allah be upon you]

"Our Sheikh Qaradawi in this shed?!" He said: "What brought you here, my son?" I answered: "What brought you here has also brought me." Were you not the one who said in a poem entitled "The extremists": "We are all the same. If we say that we did not do wrong they will say that we intended to. Moderate people are better. They prove more patient. They win one game after the other, and then they swallow the country" We sat and talked. I said to him: "Let them do their work and we shall do our work." He was the secretary of the University's board of trustees and I was the University's president. We wrote a plan for the board of trustees and a meeting, specifying the time, place and everything. It was a great chance to finish our work in that shed. Now back to our subject. Our teacher has encyclopedic knowledge. He learned the Quran by heart when he was a child and it remained as pearls in his mouth that he used in his poems, prose, fatwas, and speeches. Some scholars speak for fifteen minutes without reciting a verse from Allah's Book, but our teacher embroiders his valuable sentences with verses. *Sunna* [what Muhamad said, did, approved, and disapproved of, explicitly or implicitly] studies: all prominent scholars of the nation combined Quranic studies and *sunna* with *fiqh* [Islamic jurisprudence] studies. He [Qaradawi], although he specialized in Quran and *sunna* [what Muhamad said, did, approved, and disapproved of, explicitly or implicitly] in the faculty of Islamic Sciences he studied al-Qaduri's book "al-Lubab" when he was young and also studied books by al-Shawkani and Ibn Hazm. He learned a lot on his own and because of this he has wide knowledge as if he had studied in both the Islamic Sciences Faculty and the *Sharia* Faculty. He grew up like this and it was all his personal effort. This is what we always call our brothers to do – to fill the gaps. One should not have certificates if he knows that he has gaps. Our teacher learned philosophy, psychology, educational psychology, developmental science, and economics. He studied the book of Sheikh Muhamad AbdallahAbdallah al-Arabi "The Principles of Public Finance". Thanks to that he is, as our brother Dr. Ali mentioned in his speech, he became knowledgeable in Islamic economics and became a consultant for Islamic financial institutions in the world. Our teacher – the Arab language studies, Arabic is for him some kind of magic. We used to sing his songs while we were in secondary school and at the university: "Muslims, muslims, muslims! We swear that we will go back. Truth is our witness and it is the best of witnesses. I have a bomb and the immortal Book and my leader is faith. What a great leader it is!". "O, third holy mosque [al-Aqsa], o, land of sacrifice. I swore to make you a tomb for the enemies, I shall die if I do not make you my master, and I shall not be homeless all my life." These words filled our minds, hearts and consciences. They really moved us and made us want to go and liberate this stolen land, not only by Israel but also by those who protect the Israeli regime in it. He learned a lot of things, such as history, as part of his encyclopedic knowledge, but he says that he wish to have learned the English language so that he would hear people speak, understand and feel their words, understand the strong tones of speech that penetrate into the depth of the heart. However, he has been busy as is the case with many who really want to but their circumstances and occupations do not allow them to. The sheikhs who have influenced him – this is the other side: he studied on his own, but Allah also sent him some scholars who taught him. Sheikh Hamed Zweil taught him Quran and he now can recite Quran by heart as if he sees the pages open

in front of him. Sheikh Bahi al-Khuli, Sheikh Sha'arawi, Sheikh Abd al-Halim Mahmoud, Sheikh Ghazali, Sheikh Sayyed Sabeq, Sheikh Muhamad Abdallah Deraz, Imam al-Banna, Dr. Muhamad Yusuf Musi – al-Musa, al-Awdam, Sheikh Mahmoud Shaltut and our brother Akram Kassab talked in details about this and in his book *ibn al-qariya wal-kuttab* [Son of the Village and the Village Schools] too there are details about this matter and you can refer to it. Allah sent him, Allah wanted something for this nation, He wanted renewal. Therefore, He sent him these scholars. Knowledge is what scholars say, and not what the media show. Our teacher had said this in another way in his poem "The extremists", but I made a change to make a pun. However, three [of his teachers] had more influence on our Sheikh teacher than others: Sheikh Bahi al-Khouli who took him while he was so young and introduced him to night prayers, deep faith and independent visions (not to imitate others). The Imam *shahid* [martyr] Hassan al-Banna who transferred him from an Egyptian to a man of the world, from ideology to preaching and to institutionalized ideology. Sheikh Ghazali: in all speeches and writings of the Sheikh you can hear his voice, feel his enthusiasm and his sober mind. These three are the ones who had the greatest influence on our Sheikh. This influence reflected in his piety, encyclopedic knowledge, and preaching. He is not only a scholar who sits in an office and writes distinguished papers and researches; he also has a great influence that all people can see. Institutions: Islam online, the International Relief Organization, etc. International, gradual and seriuos. Now we move to the other side – the methodological side.  As Imam Shawkani and Imam Shatibi say, there is a talent the Allah gives to some of His servants who He chooses and this is the adaptation of *fiqh* [Islamic jurisprudence] to social reality. Some people have a large vocabulary and some people have a large vocabulary and good methodological skills. Allah granted our teacher great methodological skills, that not many had in the history of the Muslim nation. For this reason there were only four or five imams who have schools theology. Al-Shatibi had a method in reconciling the *Shafi'i* school with al- *Mutakalimin* and the *Hanafi* school. There are methods – Sayyid Qutb wrote things that nobody had written before him. Muhamad Jawad Mughniyya says: You read all Quran commentaries and find that they explain life through the Holy Quran, except for one commentary that makes life out of the Holy Quran – this is al- Zilal commentary [by Sayyid Qutb]. Our teacher has his own methods, and I call here for adopting methods because when we adopt methods we might disagree with him on some points – circumstances might change and then new fatwas different from those of our teacher might be issued – the difference here will not be in proofs and evidences but due to the time and place. We move now to the third and before last point – integrity. I will only mention general point and you can research the subject yourselves. There must be an integrity between building the self and building the society – putting the carriage before the horse. We should build ourselves up before we start addressing the society. Our teacher has always linked between creed, ethics and jurisprudence. Some people take a small piece from creed, a piece from – and they are far from the ethical side. Our teacher wrote about citizenships and ethics. We live in – or Muslims who live in the West benefit from the land, the knowledge, freedom and money and they must be citizens who fulfill their duties as citizens. He combines creed, ethics and jurisprudence in all his studies. He combines the *fiqh* [Islamic jurisprudence] of specific objectives and that of general objectives. Formalities are not enough for him. There was a merchant on the street where Sheikh Sha'arawi lived.  He was a good man, except for one flaw. Each time a woman passed next to him he would say: "May Allah honor the Prophet [A phrase said to imply that one has seen a beautiful thing]! May Allah honor the

| | |
|---|---|
| | Prophet!" He applied for Hajj every year but he was not accepted. He did not receive a visa. He said to Sheikh Sha'arawi: "I apply to Hajj every year. I want to visit the kaaba [a cuboid building at the center of Islam's most sacred mosque; al-Masjid al-Haram in Mecca] and the Prophet, but I am never accepted". He said to him: "Stop saying "May Allah honor the Prophet" and then you will be able to visit the Prophet." Out teacher does not use rigid formulas; our teacher has not forgotten men and women in his thoughts; he did not take the side of Muslims or non-Muslims; ideology and institutions; the old ad the modern; *fiqh* [Islamic jurisprudence] and *da'wa* [preaching of Islam]; sticking to the basic principles and showing flexibility when it comes to less important issues; loyalty to the [Muslim] Brotherhood Group that he grew up with and was inspired by and responsibility for other existing groups.<br>What I expect from him (Please allow me one more minute). What I expect from our Sheikh is that he himself supervise a process that transfers this method into a general current made of his students, loved ones and friends; to devote time to this and make sure that this method is not applied in a wrong way; to choose from his friends and students and to have frequent meetings to discuss this matter, Allah willing. We, his friends and students, should pay attention to his method more than the small details; adopt practical, reformative *da'wa* [preaching of Islam] projects through this method and to feel deeply responsible for the wounds of this nation, especially in Palestine, in wounded Iraq, in Afghanistan, in Chechnya, in Somalia, and in Sudan. A whole nation is imprisoned, a whole nation has been put in a big jail. I finish with this: I have been to the Egyptian National Library and I saw someone reading about the rules for slave liberating in Islam. I said to him: "Which slaves, my brother?" [Interruption:] The minute is over, Dr. Salah.<br>Salah: Thank you. |
| 24:00 | [The moderator] Thank you and sorry for the interruption. Actually what you started saying must be continued. You mentioned Palestine, and we are honored to have the respected brother, our beloved brother Abu al-Walid [Khaled Mashal]. He will, Allah willing, speak twice: the first time will be about the Sheikh imam [Qaradawi] and the Palestinian cause and the second will be about the current situation in Palestine. We invite him and thank him. I apologize to those who asked to comment. We will try to devote some time to this. I would like to ask the seminar organizers to allow us more time because we started fifteen minutes late, and now we have this good addition – twenty minutes for Abu al-Walid [Khaled Mashal]. Please show some flexibility in giving us more time for this session, Allah willing. |
| 00:25:00-01:04:11 | In the name of Allah, the Compassionate, the Merciful. Praise be to Allah and peace and blessings be upon our beloved Muhamad, the last of prophets and messengers and on all his companions and followers.<br>Ladies and gentlemen,<br>*Assalamu alaikum wa rahmatu Allah wa barakatuhu* [may peace, mercy and blessings of Allah be upon you]. I am honored to participate in this meeting and to talk about His Eminence our Imam Sheikh Qaradawi, about his character, positions, and his jihad for the sake of Palestine. I have the honor to be one of the Sheikh's students and [one] of those who love him. He said yesterday that [among] his students are not only scholars and sheikhs, so he should endure the fact that some of his students are accused of being terrorists. Yes, it is a great honor.<br>Brothers,<br>When it comes to the Sheikh Imam Qaradawi and the Palestinian cause – at the beginning I would like to express - through my own experience in the last twenty years during which I enjoyed the friendship of our Sheikh when I visited Doha and |

meeting him in several other places, I would like to express my admiration and the admiration of a lot of people of our Sheikh's extraordinary ability, despite the various issues and activities that he is involved in, to be deeply knowledgeable and involved in the Palestinian cause and in all issues related to it. I used to wonder how our Sheikh, and I know that his memory is great, but we in the Palestinian arena have a lot of vocabulary and names of factions – the Palestinians themselves find it very hard to remember the many factions there are, and that – as I will explain in the second part – are now challenging the legitimacy of Hamas. This is part of the Sheikh's involvement and knowledge. He also has political awareness of the Arab-Zionist conflict, or rather the conflict between the [Muslim] nation and the Zionist entity. He has a wonderful, accurate, balanced, and up-to-date awareness. I saw how our Sheikh was always keen to hear all details, to read, to talk to us in order to understand all details so that he would be able to apply the [religious] text to the reality as it was when we asked him for a fatwa [religious ruling]. We were always guided by the fatwas [religious rulings] of our Sheikh that were like a guiding light, with Allah's help. It was also clear that our Sheikh is fully aware of the importance and centrality of the cause, especially during a stage when the scholars of the nation did not show enough interest in the cause as they should have done. Our Sheikh was always leading, leading in his interest in the cause and his awareness of its centrality. He spoke about it always in all fora. All platforms, fora, conferences, speeches, satellite stations such as the "Sharia and Life" show testify – they were an important window through which he looked at the cares of the [Muslim] nation. Our Sheikh used to speak always about the events in Palestine, the nation's problems, or death of scholars of the nation. He always started the episode by talking about such events. There is no doubt that the character of our Sheik Imam was distinguished, leading, and aware of the details of the Palestinian cause and of the nation's causes, despite his many engagements. I will talk about six stages or headings concerning the Palestinian cause and our great Sheikh.

Firstly, supporting the first and second Intifadas and supporting resistance and jihad on the land of Palestine unquestionably. A lot of the [Muslim] nation's scholars, figures, and good men supported, and still support the cause. However, our Sheikh, may Allah reward him, spoke loudly and was very influential in this support. I mean, the support of Sheikh Qaradawi is not like that of others thanks to his position as a scholar, his moral position, and his ability to address the [Muslim] nation and the world regarding the [Muslim] nation's issues in general and the Palestinian cause in particular. This support was a great help for us, for the people of Palestine during the first Intifada, the second Intifada and in all issues and details of the Palestinian cause. He expressed his support of the resistance factions publicly, unhesitatingly, unabashedly and without equivocation. He did not give compliments to this side or that side. Our Sheikh, may Allah reward him, since the first moment until now does not hesitate to support jihad and resistance, support the people who practice them and support the resistance factions. The greatest support was that we depended on his opinion, after Allah's, regarding *amaliyat istishhadyia* [suicide attacks]. He did not hesitate for a moment in issuing a fatwa [religious ruling] regarding them, especially when we were in real need of this, not only because of the international campaign – the lady from Germany talked about the public opinion on *amaliyat istishhadyia* [suicide attacks] in Germany and this was the public opinion in the West and in the East – not only because of that campaign but also because some of the [Muslim] nation's scholars, and we do not underestimate them and they are good, but because of some issues they had different opinions on *amaliyat istishhadyia* [suicide attacks]. We were really embarrassed, but the clear

fatwa [religious ruling] of the Sheikh, may Allah reward him – he considered the *amaliyat istishhadyia* [suicide attacks] the greatest of all sorts of jihad. This was an authority that left the people of Palestine in need of no further authority. Can you appreciate, brothers and sisters, how hard it is that Palestinian young men and women who sacrifice themselves have to deal with the question whether what they do is a good deed or a sin? This is particularly so because the people of Palestine, like the people of the [Muslim] nation, like to always act according to religion and according to what is right and what pleases our God. They escaped hell, they escaped from Allah's wrath, they wanted to work for Allah and they sacrificed the dearest thing they had. The clear fatwa [religious ruling] of the Sheikh, and of course a lot of scholars and of those sitting in this hall and outside supported the fatwa [religious ruling] of the Sheikh and his authority was great for us, so we ask Allah to reward him for this.

The second point, distinguishing between resistance and terror and violence as some speakers have said. And I say: After the events of September 11, a difficult and ambiguous atmosphere prevailed, and some have been unfortunately affected by this. Some scholars were really confused, while others wanted to confuse themselves and to confuse the people. However, our Sheikh, may Allah reward him, had the courage to distinguish between legitimate resistance and illegitimate terror and violence. This is a point for our Sheikh and for all clerics and scholars who insisted on this in order not to abandon their sons who fight on the land of Palestine and in Iraq – resistance of the enemies is a legitimate resistance, while we all denounce internal violence or terror in its true meaning. On this occasion, and based on what I heard from the lady from Germany, I would like to point out something and hope that it will be clear to the people of Germany and to the West, that is still being blackmailed because of what the Nazis did against the Zionists, or against the Jews. I say that what Israel did to the Palestinian people, my lady – is several times greater than what the Nazis did to the Jews. The Holocaust has been exaggerated over time– we do not deny the facts but we do not accept the blackmailing and the exaggeration. As to the Zionist holocaust against the people of Palestine and the people of the Arab and Muslim nation, it is a holocaust that is still going on and covered today by the globalized media. Nobody can deny it or claim that it is exaggerated.

The third point: the Union of Good. One of the blessings of our Sheikh, may Allah reward him is that he supports what he says with acts. His support of the Palestinian people and the Intifada was not in words, positions and fatwas [religious rulings] only, but also in activities and efforts. He sponsored a big project which is the Union of Good during the Second Intifada – the blessed al-Aqsa Intifada. I do not exaggerate when I say that what the projects of Union of Good provided - the blessed money from the good people of the [Muslim] nation to the steadfast people on the land of Palestine was tens, even hundreds of millions of dollars. I wish that this will be in the Sheikhs balance of good deeds. I do not have a lot of time and I want to evade the looks of Dr. Jamal [the moderator] so I will say little – only the headlines.

The fourth point is Jerusalem. In Jerusalem – Jerusalem, is of course, a place that all scholars are interested in, so it is but natural that His Eminence Qaradawi should also be. However, there is something that a lot of people are not aware of, I lived this and witnessed it and Sheikh Qaradawi might have talked about it in some of his speeches in television. We tried to convene a conference of the nation for the sake of Jerusalem and Palestine. This was in mid-1990s, but our attempts that were supported by our Sheikh clashed with the reality and failed, but Allah has revived it

at the beginning of this decade. We tried, especially after people were afflicted by the peace agreements, Oslo [Accords], the New Middle East that [Israeli leader, Shimon] Peres came up with – the [Muslim] nation was enchanted and we tried to convene a global conference for the whole Muslim nation on Palestine, and more specifically on Jerusalem. We did not find anybody to help and support us, after Allah Almighty, except His Eminence. He sponsored the project. We knocked on all doors in many Arab, eastern and western capital cities. We had meetings over a period of one year, even more. We looked for a country that would agree to host the conference, and we failed. However, after Allah lifted the crisis and opened the eyes of the misled people after the Second Intifada – al-Aqsa Intifada and at the beginning of the Intifada. This idea was articulated during the National Islamic Conference, and we succeeded in convening a conference on Jerusalem in Beirut and His Eminence, our Sheikh, may Allah reward him, was among the most prominent speakers. Al-Quds Organization was founded based on a decision of the conference. The Sheikh is an important figure in this organization. He is the head of the board of trustees of the organization that supports Jerusalem morally, [cut off] and culturally. May Allah reward him.

The fifth point is about his political positions. The Sheikh's position are known to all thanks to his position, the influence that Allah has granted him, the deep knowledge that he has, and the platforms that Allah has granted him and other scholars in this age. His positions were clear – political positions – especially when we were afflicted with the settlement agreement, the normalization, Oslo [Accords], and the illusions of peace that some people believed in. Our Sheikh did not hesitate in having his own decisive positions. He did not hesitate. He talked about the reasons for the defeat of the [Muslim] nation throughout time and also talked about the factors of victory in his books and speeches. May Allah reward him.What is really impressive, as Dr. Salah has said, is that the Sheikh has a firm method that he never gives up. The storms may be very strong and may tempt some people [to change their minds] but our Sheikh has always stood firmly and no strong storm could shake him.

The sixth and last point is that our Sheikh, with all his interest and involvement in the nation's causes, has never, thanks to his moderation, given up calling for reconciliation between the sons of the Palestinian people. I know how he feels and what he loves as I know him well, but this did not prevent our Sheikh, May Allah reward him, from being impartial. He kept an equal distance from all sides, and called for agreement and reconciliation. For this reason he is accepted by our Palestinian people. May Allah reward him. For all these contributions that I have mentioned only a small piece of them, our Sheikh has suffered a lot. He has been accused and was banned from visiting the United States. He was accused, as we too were, of terror. May Allah reward him. The Sheikh is honored by all his deeds and I pray to Allah to reward him well

I finish my speech about the Sheikh with this: I was not a student of the Sheikh in the academic sense, but I consider myself a student of his. This is not only regarding the Palestinian cause, I, as many of the members of the Islamic awakening since the 1970s, are, Allah willing, blessed fruits of this way that the Sheikh had paved and that I, personally, adopt, believe in and admire. I am talking about the moderate, balanced and integrating path that speaks out the truth combining what is old with what is modern. May Allah reward you, Your Eminence, for your contribution to us, to our people, and to our nation,.

How much time do I still have? It seems that no time is left. Five minutes. I hope that Allah would bless these five minutes and make them longer. Until five thirty?

[The moderator:] No, five minutes and a half

Mashal: Oh Brothers and sisters,

I know that how much you are interested in what is happening in Palestine. I am aware of the magnitude of pain that you felt because of what happened in Palestine, but my dear brothers, I want you to excuse and to understand. I do not expect you to consider what is going on in Palestine as legitimate without thinking, and I do not want you to take sides. I only want you to know the truth of what is happening in Palestine. People see an event happening and do not think of what led to it. Allah Almighty asked us to investigate. "Go ye through the earth and see what has been the end of those who disbelieved before you." "There is, in their stories, instruction for men enbued with understanding." We should look into the background, it is as if you pour oil into the fire and then ask: Why did the fire flare up? Specific actions lead to specific consequences.

Oh distinguished Brothers and sisters,

A movement won the legitimacy through ballot boxes, through elections that were monitored by President Carter. Some western men, as Carter, are fairer with us, even after what happened in Palestine, than some Arabs and Muslims, unfortunately.

A movement that came [to power] not on a tank but through ballot boxes. It won the majority of votes. It is a movement that all testify to its honesty, and to [the fact] that it serves our people. It is a movement that has sacrificed the best of its men, and in their forefront Sheikh Ahmad Yassin and Dr. Abdal-Aziz al-Rantisi, may Allah's mercy be upon them. It sacrificed a group of the best of Palestine's men. It is a movement that the Zionists and the West have testified years ago that its honesty and the services that it provides our people with are better than those provided by former official institutions. After this, it was not allowed to rule even after it won [the elections]. It was besieged, starved, suffered coup attempts, and its first government was boycotted. All this happened and you know it. Imagine: what happened after the Mecca Agreement? Some people say: Why did the Mecca Agreement fail? Because – Allah said: "If they wish for peace, Allah will cause their reconciliation." But how about those who do not want reconciliation; those who want corruption and had already made plans? I swear by Allah that we were honest in what we said when we went to Mecca. We promised Allah to work together for saving Palestinian blood, but the other side saw Mecca Agreement as a fighter's rest and a chance for taking a breath. They came to Mecca only when they felt that they could not win. The Mecca Agreement was [for them] a chance to refuel. What happened after the Mecca Agreement? Our people expected that the siege would be lifted, but the siege was not lifted because the USA did not allow the siege to be lifted. The money was not sent. The USA discriminated against some of the ministers of the government. The USA and Israel – Because the USA rejected the Mecca Agreement its position was adopted by almost all [governments] in the region regarding the government of national unity. You may find it surprising, brothers and sisters, that our partners in the government, some of these partners, I would rather not generalize, said to the Europeans since the first day: Why are you in a rush to lift the siege? Do not lift the siege. One of them even said to the Europeans: Give us three months to arrange our financial situation and after that you can start transferring because they estimated that the national unity government would not last for more than three months. In their tours they used to incite against Hamas. A consultant from the other side, and we should not go back to this term "the other" but I apologize to you and prefer not to mention names because I do not want to add fuel to the fire. A well-known consultant from the other side said to the

Europeans: Do not deal with the national unity government; deal with the presidential office. Do you know who exposed those? I swear by Allah that European figures came to my office in Damascus before and after the events and said this to me and were surprised. Two weeks ago a European official visited me and said: I offered one of the ministers of that [Fatah] government to visit the West Bank and the Gaza Strip to meet some officials, but he said: "No, no! If you want to meet somebody invite him to visit you in Europe". They do not want any official to come so that he would not have to meet some of the Hamas ministers in the government. Look at this conspiracy! The really big catastrophe, however, is that they prepared for a confrontation. Imagine that the USA gave a hundred million dollars and General Keith Dayton was the one who supervised the preparations for this coup that aimed at expelling Hamas from the national unity government. He was in a hearing in the Congress and spoke about what they did. A hundred million [dollars] in one month, advanced weapon, training of hundreds and thousands in the near and far countries of the region, advanced weapon entered while Israel was watching, and ammunition. When we expose the documents you shall see the magnitude of the catastrophe. So, this is what they planned for us. You brothers in Palestine, when they saw the conspiracies against them and the daily persecution that they suffered – young men in Gaza were killed for having a beard, and women were harassed only because they wore a *niqab* [a cloth that covers the face] or a headscarf. The fabricated story that was told about us, that we dropped people from the sixteenth floor – ask the father of this poor guy, Hussam Abu Gainas, he knows who dropped his son from the sixteenth floor in Gaza. It is that Zionized current [Fatah] that dropped him when they mistook him for a Hamas member because of his beard. After that they discovered that he was a Fatah member. This is a crime that was committed and other crimes were committed too. So, dear brothers, Allah says: "Allah loveth not that evil should be noised abroad in public speech, except where injustice hath been done." And if anyone is slain wrongfully, we have given his heir authority but let him not exceed bounds in the matter of taking life; for he is helped [by the law]". Our brothers, it is an international oppression supervised by Israel and the USA and some of the countries in the region that gave money, weapon and training because they do not accept Hamas to rule even when it came through democracy and elections. Look at the roots of the problem. When things become unbearable Allah allows us to defend ourselves. However, I swear by Allah that we hated what happened, but it was like a medication that we were forced to take. Still, I do not deny that some mistakes were committed. I said that any mistakes that were committed are not acceptable by us. They do not represent our policy. They are minor mistakes committed by individuals. This is not our policy and we apologize to Allah and then to the people about them. They are mistakes committed by the victims while defending themselves. These are minor mistakes, and not mistakes in principles or in policies. We cannot concentrate on these minor mistakes and forget the main issue and the crime that was committed against us. Now, after this happened, what is done to us? Look at the current scene, Hamas is now being subjected to a harsh campaign – an attempt to delegitimize it, an attempt to oust the elected Legislative Council and to replace it by outdated institutions. We have been asking for years to reconstruct the [Palestine] Liberation Organization so that we and the brothers in the [Islamic] Jihad would be able to join it, but they refused. Now they use non-functioning institutions of the [Palestine] Liberation Organization that have lost legitimacy. They use them instead of the legitimate institutions that were elected only a year and a half ago. Allah Akbar, Allah Akbar.

Hamas and Gaza are even accused now of giving refuge to al-Qaeda. What is the

logic? What is our interest? Those who say this actually say: We are with those who fight a war against terrorism and al-Qaeda. There are people who want to incite against Hamas and against the people of Gaza and join the camp that fights terror. Well done! Let each one of us choose the camp that they want to join. Those who want to join the Americans, the Zionists and those who claim that they fight terror can do so, but inciting against their own people is a catastrophe. Today, a few days ago, they started implementing the security conditions of the Road Map. It is a plan that even the American who came up with it have already abandoned. Today, out of spite, one side of us implement the security part of the Road Map. They hand over the Resistance's weapon in the West Bank. They ban resistance under the pretext of banning militias. Some of them now go and meet [Israeli Prime Minister] Olmert, while dialog between the different sides of the same people is not allowed. Some of them even ask for international forces in Gaza. When Israel attacked the Palestinian people nobody asked for international forces, but now they want international forces. Egypt rejects [the idea of] international forces, but some people in the Palestinian arena want international forces. Look how we harm and punish ourselves out of spite! Some people now turn their backs not only on Hamas, but on most of the Palestinian people. They turned their backs, check this well, even on the biggest Arab countries in the region. Some of them want now to use the Americans and the Israelis against their people, and even against their nation. I am in touch with a lot of Arab and Muslin countries. They support dialog and are not happy with what is going on, but the American policy tries to force all to support a policy that has failed in the past – the policy of excluding Hamas. They have been doing this for a year and a half. We say to them: Take your time, you will finally see that your calculations are wrong. I will finish now. What is the solution? The situation is difficult and painful. What I mentioned here are fragments, the facts are much more painful. Imagine, our brothers, - a harsh fact – Our people are starved by us. Now the siege is lifted, but when Hamas ruled the siege was there. The tax funds, which are rightful money of the Palestinian people, were withheld and stolen by the Zionists. Now they send it in very small amounts to the [Palestinian] Authority, and the Americans lifted the siege. Thousands of our people are denied the funds that are received. Imagine, employees in Gaza are not paid if they go to work because they work with Hamas. In Gaza, government employees who go to work are not paid because they work for Hamas, while those who stay at home are paid because they boycott Hamas. Imagine how standards are reversed. They plot against us, but "They plot and plan, and Allah too plans; but the best of planners is Allah." I say this with confidence: I am sure that Allah would not let us down. He would not let down the mujahidin on the land of Palestine. Who? The USA? Israel? Some of the countries in the region? A part of our people? Let them do what they like. Allah is ever round them. Allah is our supporter. We've come a long way. Hamas is surrounded by dangers since its establishment. It takes risks and is tested time and again, but we are sure that Allah has not forsaken us. We will not rely on anybody but on Allah and then on our [Muslim] nation. We put our trust on Allah only. "Say: "Nothing will happen to us except what Allah has decreed for us. He is our protector". And on Allah let the Believers put their trust." "Can you expect for us [any fate] other than one of two glorious things- [Martyrdom or victory]? But we can expect for you either that Allah will send his punishment from Himself, or by our hands. So wait; we too will wait with you." Oh people of Oslo [those who supported the Oslo (Peace) Accords], you who joined the Americans, you who fought against your people, you who used American money and weapons against your people, wait! We too shall wait. What is the solution now? The solution is

dialog. We made a clear offer.I shall speak on it shortly. We called the Arab and Islamic states to sponsor a dialog. The main countries of the [Muslim] nation support dialog. They cannot find any other solution but dialog, but they are handcuffed and the other side, and I do not want to name it, is insisting on its ways. In other words, they are being stubborn. Let them be stubborn. However, we still give them our hand, and want dialog. What happened in Gaza was not against the president of the [Palestinian] Authority and not against our brothers in the Fatah Movement who are partners in our struggle. It was against those who stole the homeland, stole the struggle, conspired against the people, and used the enemy against their own people. They are dangerous for Fatah as they are dangerous for Hamas. You heard the sensible men of our people, even members of the Fatah Movement, speaking about Dayton's team. We are not talking about a Palestinian movement; we are talking about Palestinian appearances and faces whose hearts and loyalty are to the enemies against their people because they do not want to give up their privileges and positions. Allah willing, when we open the files, they are restricted now, Arab countries will discover the magnitude of this crime that was committed by these apparatuses created by Israel. These are security apparatuses created by Israel. They were created by American money and training, They acted against the Resistance, against the Palestinian people, and even against the interests of Arab and Muslim countries. So what is the solution? Hamas does not want this, it does not want to fight anyone. It had to did what it did in Gaza as self-defense, and not in order to seclude Gaza from the West Bank and not to establish a Muslim or non-Muslim emirate in Gaza. We want to unite the homeland. We said this to Arab countries. The solution is Arab and Islamic sponsorship for a Palestinian dialog in order to address two issues. The first issue is the security apparatuses. The security issue created the crisis and caused the Mecca Agreement to collapse. The solution is to fight the corruption of the [security] apparatuses, to reconstruct them, to reform them on a national, professional basis. We want security apparatuses that serve the interests of the homeland. They should not belong to Hamas or to Fatah. They should belong to the government and to the Authority. We are committed to this promise. The headquarters in Gaza – the headquarters of the [Palestinian] Authority's President are his and we shall hand them over, but the headquarters of the security apparatuses will not be handed over to corrupt conspirators. They will handed over only to national apparatuses that we form together, and then they will supervise these headquarters and do their job. This is the first condition or the first core issue. The second core issue is that we should agree on a national government that has all the powers necessary for doing its job successfully. It is not logical to have a Palestinian government with no privileges. There is a minister of interior but he does not control the security apparatuses. This is illogical. Where else in the world does this happen? So, [what we want is] reforming the security [apparatuses] and forming a national consensus government – a central government in Gaza and in the [West] Bank under the [Palestinian] Authority. We do not question the legitimacy won through ballot boxes. The presidency of the [Palestinian] Authority has legitimacy, the government has legitimacy, the Legislative Council has legitimacy, and the Mecca Agreement is the basis that we agreed on and it is still valid. A government now cannot have legitimacy if it is not based on the Mecca Agreement, and I mean the national consensus government. It was approved and commissioned by the Legislative Council. All formations established after that were not approved by the Legislative [Council], and were not based on the Mecca Agreement. They violated the law. Any use of outdated institution has no legitimacy among our people. The respected journalist and writer Abd al-Bari Atwan, who is an

|  | independent figure, asked those who formulated the Palestinian law, including Dr. Anis al-Qassem who does not belong to Hamas or to any other party, and they said that what happened during the last weeks is a violation of the law and the Palestinian constitution that they themselves wrote. This is the solution, and there is no other solution. So dear brothers, I will finish with this sentence. I do not want you to take our side, but I want you to understand the facts. You should forgive your brothers. We do not want to rule; the main issue for us is how to resist the occupation and to recover our land. Imagine, for a year and a half what occupies us is whether they accept our legitimacy or not. What should have happened after the elections and after the formation of the government is to decide how to work as one people supported by the [Muslim] nation to take down the wall, to get rid of the settlements, to protect Jerusalem, to protect the right of return, to release eleven thousand Palestinian prisoners. These are our national priorities. We have been distracted from them for a year and a half. "There is no might nor power except in Allah". Praise be to Allah. |
|---|---|
|  | [The moderator]: May Allah reward you. You did well and explained things. [Mashal]: In honoring His Eminence Sheikh Qaradawi I would like, on behalf of myself and my brothers in the Hamas Movement – I want this to be on behalf of all of you – the loved ones and students and brothers of Imam Qaradawi, I give him this symbolic gift as a recognition of the great contributions of this Imam to Palestine and to the nation's causes.<br><br>[Mashal and Qaradawi shake hands as Mashal presents him with the gift].<br><br>[Mashal:] This is a picture of Jerusalem, and in the front this is the holy al-Aqsa Mosque.<br><br>[Some of the participants:] *Allah Akbar*. Allah willing, it [al-Aqsa Mosque] will be recovered. Allah Akbar.<br><br>[Mashal] On behalf of Palestinian people and on behalf of me, a kiss on the Sheikh's head.<br><br>[The moderator:] May Allah reward you. Before we move to the best ending [Qaradawi's speech], as my brothers said earlier, I would like to apologize twice. The first apology is for the speakers. I am sorry for being strict about time, but the hammer of time was threatening me as it threatened you. Forgive me for this. The second apology is for the brothers who asked to comment on what was said. I intended to be fair with you. I received your papers and arranged them, giving them numbers according to the order I received them in. I tried to bargain, on your behalf, with the organizers so that they would give us more time, but they apologized. Forgive me for this. Allah willing, some of your comments might be answered in other sessions. Now we listen to our Sheikh and teacher, His Eminence Dr. Yusuf Qaradawi |

| | |
|---|---|
| 01:06:23 | [Qaradawi] In the Name of Allah the Compassionate, the Merciful. Praise be to Allah and peace and blessings be upon our imam, master, role-model the Prophet of Allah, upon all prophets and messengers and upon his companions and followers who follow himuntil the Day of Judgment. May Allah reward our brothers and sisters [who participated] in this blessed session. May Allah reward our brother Abu al-Walid, Khaled Mashal. I pray to Allah Almighty to reward us for this meeting and to bless our nation and its religious, humane and cultural message. In fact, I have a lot to say, but I do not have enough time to comment on this session and on the speeches of the brothers who spoke in this session. May Allah reward all of them. Dr. Adel Qaradawi talked about the economic aspect, but left out a side that he worked on with me, which is the practical side of financial institutions and Islamic banks. I am involved in this as I was head of sharia supervisory committee of nine Islamic banks and participated in Islamic banking conferences, such as the Islamic Dubai Bank conference. It is the first Islamic bank established in Dubai. It is a commercial bank. The second conference was in Kuwait and there I announced the establishment of the International Islamic Charitable Organization.<br>Brother Sheikh Rashed talked about non-Islamic parties, about the method of electing the president, and about whether [the president] should be a Muslim or not. I say: In Muslim societies ballot boxes rule. If these are Muslim society, the Muslim people cannot elect but a Muslim president or these are not a Muslim societies and then we have to recreate it. Therefore, this matter does not worry me. All we ask for from non-Islamic parties is to recognize – I have two conditions. [Firstly], you should recognize the basis of the society where you live, and this basis is Islam. You should recognize the principles of Islam. [The second condition is that] they should not be controlled by any foreign party, such as a communist party that works as a part of the international communist parties. This is not acceptable.<br>Sister Khadija talked about secularism and secular views. She mentioned some books, and I want to remind her of something. In the book "Imported Solutions and How they Harmed our Nation" I wrote about secularism and secular ideas. Even before the writings of our brother Abd al-Wahab al-Misiri, may Allah cure him, were published in 1970 and 1971. In that series I wrote about secular trends in my book "Explaining the Islamic Solution and Secular and Westernized Trends" and in other books too I wrote about secularism.<br>Brother Amr Abd al-Karim talked about the issue of violence. I, unfortunately, are accused of violence. I am against violence, but I am accused of violence. I am against extremism, yet accused of extremism in the West. My problem with the people in the West is that - like sister Batina mentioned and Dr..., I mean, the people in the West, and especially decision makers - the politicians, and a group of religious extremists and those who are under the influence of the Zionist lobby spread [rumors] that I call for extremism and for terror and that I support violence. This is, I mean, is different from what I call for. I mean, Muslims say [about me] that I am the pioneer of moderation and some people even accuse me of calling for peace and that I am against war and aggression. I am, indeed, against aggression. I am now writing a book about the *fiqh* of Jihad in two parts. It is similar to [the book] fiqh of *zakat*, and I write in it that Islam is a religion of peace, not a religion of war. I do not try to say untrue things about Islam or to misrepresent Islam. I swear by Allah that I do this through the Quran, the *Sunna* and the opinions of scholars. I really think that Islam is the religion of peace. I discussed this issue in length, but still the people in the West - I do not know what wrong have I done to them Our brother Anwar Ibrahim who was a deputy Prime Minister of Indonesia [other participants:] Malaysia [Qaradawi:] Malaysia met some American officials and said |

to them: "You wrong Qaradawi. You agree with him on tens of issues and disagree with him on one issue, which is the issue of Palestine." I support the Palestinian cause. I support resistance and jihad. I support Hamas. I support the [Islamic] Jihad group, I support Hizballah. I am against the peace that Israel and America want to dictate. This is an illusory peace. I support *amaliyat istishhadyia* [suicide attacks] and this is the straw [that broke the camel's back]. What should I do now? This big terrorist is sitting next to me and they will accuse me because of this today. He gave me a picture of Jerusalem and of al-Aqsa Mosque and kissed my head, my guilt has been proven

[Participant:] He was one of your students.

[Qaradawi:] They do not know that he was one of my students before he became the head of [Hamas'] Bureau. I met him, as he said during the preparations for that conference about twenty years ago. He was not the head of Hamas's Bureau and nobody heard of him then. These people came as my students. Sheikh Rashed here is a terrorist of a different type.

[Mashal:] I think you should exaggerate more, oh Shiekh

[Qaradawi:] Actually there are a lot of terrorists here. I am really wronged by the people of the West. Three years ago when I founded the International Union of Muslim Scholars and then during its first meeting in London, a huge protest was initiated against me. They called for expelling me from London. "How did he enter London? He should leave London." They accused me of a number of thing. The first was the *amaliyat istishhadyia* [suicide attacks]. They even asked me – the British TV came and interviewed me for a popular daily show. They asked me: "Do you support *amaliyat istishhadyia* [suicide attacks]?" I said: "these *amaliyat istishhadyia* [suicide attacks] - Our brothers in Palestine were forced to carry them out. The Providence is fair. This is provided by the fairness of the Providence – it gave them something that the enemy does not have. Give them planes, give them tanks, give them rockets, give them smart weapons and bombs and then they will not carry out *amaliyat istishhadyia* [suicide attacks]. Why do they do this? Because they do not have this stuff. Their enemy strikes them, from above, below, left and right and they have nothing but themselves. Palestinian men and women turn themselves into a human bomb and sacrifice themselves in the path of Allah in order to make their enemies fear them. This is the fairness of Providence. This is what Allah has given them. They [Israelis] cannot sacrifice themselves, but Palestinian young men and woman sacrifice themselves. Our Lord gave this to them. Currently there are not a lot of *amaliyat istishhadyia* [suicide attacks]; now they fire Qassam rockets, and praise be to Allah, this issue is over now. However, they are still – What have I done to the West? In London they accused me of three things. The first is my position regarding *Amaliyat istishhadyia* [suicide attacks], the second is that I am against perverts. Why do I call them perverts? People called them perverts because they are different from what is considered normal. Now they call them homosexuals. I said to them: "You say that my position is hostile? I do not have a position. My position is that of Judaism, Christianity and Islam. It is the position of the Torah, the New Testament and the Quran. It is the position of Jewish rabbis, Christian priests and Muslim clerics. I do not have a position regarding this. This is our nature. If people accepted this idea of perverts – of men with men and women with women, then humanity will be extinct in a generation or two. Because it is our nature that men are with women and women – this is nature. In this way people can reproduce and humankind can continue to exist. If we want men to be with men and women [with women] then this means that we want to annihilate humankind. Is this morally permitted?  As Kant said: "if something is permitted by the moral law, then

everyone can, or ought to, perform that action." If it can be performed by all people then it is a virtue, but if it cannot then it is not a virtue. This thing cannot be performed by all because this would mean the end of humankind. Dear brothers, I thank sister Bettina and Dr. for their participation. I say to the sister and brother – I really consider all people brothers in humanity, as the Arab believer poet: "If I was created from soil, then all lands are my homeland and all people are my relatives." We consider humanity one family, one family that was created by one God "Fear your God who created you", that has one father "You are all sons of Adam, and Adam was created from soil". So I welcome them. Orientalist from Germany in particular are interested in what I write, and I told Dr. that one of them sent me a lengthy letter tens of years ago. He wrote: "If you would like to know what the people of the West think about you then please answer the following questions so that we can publish them and get to know you from what you yourself say." He wrote me a lengthy letter and I answered with a lengthy letter too, but unfortunately I lost both letters. I did not have a secretary to help me keep such things, and I used to leave these things and lose them. I thank the brothers in Germany in particular, the orientalists and those interested in Islamic studies and Muslim scholars. We do not hate anybody. We show our real selves as Allah Almighty created us. I swear that I call for human brotherhood and peace between humans. I open my heart and extend my hand to all people. This is what Islam taught me, and this how I grew up. Praise be to Allah, my Islamic knowledge that brother Dr. Salah talked about – Allah helped me teach myself and I have, as people call it or as he called it, encyclopedic knowledge. I did not study religious sources only. With Allah's help, I was interested in reading literature and poetry since I was young. I also learned the sciences of Arabic language since the first grade and phonology and morphology became for me a piece of cake. After that I joined the faculty of Islamic sciences. The faculty of Islamic sciences is the faculty of general knowledge. I studied there Quran commentaries for four years, hadith for four years, Islamic history for four years, philosophy for four years – the old philosophy of the Orient, Greek philosophy, Islamic philosophy, modern philosophy, old and modern logic, psychology, and the principles of *fiqh* [Islamic jurisprudence]. What I did not study in the Islamic sciences faculty is *fiqh* [Islamic jurisprudence], and now I am well-known for my knowledge of fiqh. People think that *fiqh* [Islamic jurisprudence] is for graduates of sharia faculty, but I am not a graduate of sharia faculty. Since I was a pupil in primary and secondary [school] I have been interested in *fiqh*. I taught *fiqh* [Islamic jurisprudence] in our village while I was in the eleventh grade. I started reading *fiqh* [Islamic jurisprudence] books from schools other than the Hanafi school. When I was done with Islamic sciences I joined the faculty of education. I studied there psychology and educational sciences. I also studied psychology and educational psychology in great details, mental health, educational sciences, philosophy of education, principles of education, history of education, comparative education, principles of teaching, general teaching methodology, special teaching methodology and practical education. I learned all these subjects, and, praise be to Allah, I was the best among my peers in the faculties of Islamic sciences, sharia, and Arabic language. I complemented this by studying sociology and economy. When I studied the topic of zakat I had to read in economics and financial science book and I found out that these fields are so vast. Praise be to Allah who helped me study humanities and social sciences in a way that not many studied them. Therefore, when I wrote my book "The Missionary's Education" – it was a paper that I presented at the first international conference on missionaries and missionary work in al-Medina – I wrote this book, "The Missionary's Education" and asked each

|  | missionary to have six types of knowledge: religious knowledge in all religious fields, linguistic and literary knowledge, knowledge of humanities, and scientific knowledge. I asked all missionaries to have six types of knowledge. I think that the varied knowledge that I have gave me some kind of tolerance and broadmindedness. I do not look into matters narrow-mindedly; I rather try to look into matters from various perspectives and dimensions. This might be something that Allah Almighty has endowed me with, as I have never planned such a thing by myself. This was all given to me by Allah. A poet once said: "If Allah does not help a man, then what will harm him most is his own deeds." I pray to Allah Almighty to bless this meeting, may Allah reward our brothers, and [especially] our brother Abu al-Walid. I hope that the problems of our brothers in Palestine would be all solved. As he said, I really want reconciliation and unity between all of them. Some of the young men of Hamas said that I do not distinguish between the oppressed and the oppressors, between those who started and – O people, we just want to reconcile you. We do not want to add fuel to the fire, as he said. We want to extinguish the fire, and do what should really be done now. This is really important to us. I, personally, and my brothers in the Union of Muslim Scholars are really committed to unity between these people. People might disagree in moments of victory and luxury, but in moments of crisis when the enemy wants to expel us and scatter us all over the place we should not have disagreements. Crises unite people, and we are suffering a deep crisis. I pray to Allah to unite us on the right path, to draw our pious hearts together, to make us like our fellow believers, to unite our intention on jihad in His path, to give us the will to do good deeds together. May Allah's peace and blessings be upon our Prophet Mohammed and his family and companions. Peace be upon you. Allah's mercy be upon you. |
|---|---|
|  | [The moderator:] We ask you all to come back to the platform after the *zuhr* [after midday] prayers. Two sessions are left. The next session will end at 14:00 and it will be directly followed by the final session. Please come back directly after the prayer without taking a longer rest now. Thank you. The prayer will be here, Allah willing. |