# Exhibit 15

# Exhibit A

**Palestinians Relief & Development Fund - Interpal**
**NatWest Business Bank Accounts - All Currencies**
Summary of Identified <u>Receipt / Credit</u> and <u>Payment / Debit Transactions</u> from / to Selected Organizations / Individuals

| | | | Converted US Dollar Amount: | | | | |
|---|---|---|---|---|---|---|---|
| | | Receipts / Credit Transactions | | Payment / Debit Transactions | | Total Transactions | |
| Ref. ID | Organization Name | US Dollar Value | No. of Transactions | US Dollar Value | No. of Transactions | US Dollar Value | No. of Transactions |
| I | Sanabil for Relief and Development | $ 69,662 | 1 | $ 1,687,061 | 30 | $ 1,756,723 | 31 |
| II | Fuzi Hassan Ahmed Dahhan | $ 2,014,128 | 37 | $ - | 0 | $ 2,014,128 | 37 |
| III | Hameed Thabit Sadoon / Hameed Thabet Abdullah Sadwan | $ 470,654 | 6 | $ - | 0 | $ 470,654 | 6 |
| IV | World Assembly of Muslim Youth (WAMY) | $ 7,143,530 | 101 | $ 458,682 | 10 | $ 7,602,212 | 111 |
| V | Palestinian Association in Austria (PVOE) | $ 28,450 | 7 | $ - | 0 | $ 28,450 | 7 |
| VI | Al Aqsa Foundations: | | | | | | |
| | A   Al Aqsa Foundation of S.A. | $ 319,949 | 2 | $ - | 0 | $ 319,949 | 2 |
| | B   Al Aqsa (Belgium) [ASBL Al-Aqsa] | $ 504,284 | 5 | $ - | 0 | $ 504,284 | 5 |
| | C   Al Aqsa (Germany) | $ 254,948 | 4 | $ - | 0 | $ 254,948 | 4 |
| | D   Al-Aqsa Spannmal Stiftelse | $ 152,645 | 6 | $ - | 0 | $ 152,645 | 6 |
| | E   Al-Gameyah Al-Khereyah Lenasrat Al-Aqsa Al-Shareef | $ 169,952 | 4 | $ - | 0 | $ 169,952 | 4 |
| | F   Stichting Al-Aqsa (Al Aqsa Holland) | $ 682,241 | 9 | $ - | 0 | $ 682,241 | 9 |
| | G   Al Aqsa Foundation | $ - | 0 | $ 550 | 1 | $ 550 | 1 |
| VII | CBSP | $ 576,837 | 14 | $ - | 0 | $ 576,837 | 14 |
| | | **$ 12,387,279** | **196** | **$ 2,146,293** | **41** | **$ 14,533,571** | **237** |

Notes:

[A] As of December 15, 2010, the totals above do not include 44 receipts / credits in excess of $1,000 each, received by Interpal between October 1994 and October 2004, with a US Dollar value of $1,897,606 for which a source of funds was not identified.

[B] As of December 15, 2010, the totals above do not include 619 withdrawals (in excess of $1,000), transferred between January 1996 and February 2005, with a US Dollar value of $10,298,599 for which a beneficiary was not identified.