# Exhibit 16

# Exhibit D

Palestinians Relief & Development Fund - Interpal
NatWest Business Bank Accounts - All Currencies
Detail of Identified Receipt / Credit Transactions from Selected Organizations / Individuals

Sorted by Organization / Individual Name and Transaction Date from Account Statements

| | Information from Account Statements | | | | | | British Sterling / Euro to US Dollar Exchange Rate [A] | Converted US Dollar Amount | Information for Identified Receipt / Credit Transactions | | | | | Transaction Detail from Account Statement (Source of name if no supporting documentation provided) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Bates Number | Transaction Date | Year | Account Number | Currency | Receipts / Credit Amount | | | Bates Number(s) | Donor's Account Number / IBAN | Source of Receipt / Credit [B] | Bank Name | Comments | |
| 4375 | NW005392 | 04/24/2003 | 2003 | 95142975 | British Sterling | 88,220.00 | 1.5882 | $ 140,111.00 | NW192709-728 | 4400204511654 | WAMY | Alrajhi Banking and Investment Corp | | WAMY |
| 4376 | NW005398 | 04/28/2003 | 2003 | 95142975 | British Sterling | 1,968.00 | 1.5930 | $ 3,135.02 | NW211100-018 | 4400204511654 | WAMY | Alrajhi Banking and Investment Corp | | WAMY |
| 4377 | NW005398 | 04/28/2003 | 2003 | 95142975 | British Sterling | 81,894.00 | 1.5930 | $ 130,457.14 | NW192729-751 | 4400204511654 | WAMY | Alrajhi Banking and Investment Corp | | WAMY |
| 1166 | NW 009009 | 04/30/2003 | 2003 | 140-00-04156838 | US Dollar | $40,768.15 | 1.0000 | $ 40,768.15 | NW012153 / NW193007-028 | 1400000327980 | WAMY | The National Commercial Bank (King Abdul, Aziz Street) | | WAMY |
| 4410 | NW005421 | 05/06/2003 | 2003 | 95142975 | British Sterling | 31,623.00 | 1.6069 | $ 50,815.00 | NW192752-770 | 4400204511654 | WAMY | Alrajhi Banking and Investment Corp | World Assembly of Muslim Youth | WAMY |
| 1167 | NW 009010 | 05/28/2003 | 2003 | 140-00-04156838 | US Dollar | $563.79 | 1.0000 | $ 563.79 | NW211157-179 | 1400202335530 | WAMY | Alrajhi Banking and Investment Corp. | World Assembly of Muslim Youth | World Assembly of Muslim Youth |
| 4411 | NW005517 | 06/09/2003 | 2003 | 95142975 | British Sterling | 2,093.50 | 1.6581 | $ 3,471.23 | NW211180-197 | 4400204511654 | WAMY | Alrajhi Banking and Investment Corp | | WAMY |
| 4412 | NW005517 | 06/09/2003 | 2003 | 95142975 | British Sterling | 162,482.45 | 1.6581 | $ 269,412.15 | NW192771-791 | 4400204511654 | WAMY | Alrajhi Banking and Investment Corp | | WAMY |
| 4450 | NW005809 | 10/13/2003 | 2003 | 95142975 | British Sterling | 1,990.00 | 1.6651 | $ 3,313.55 | NW211221-241 | 4400204511654 | WAMY | Alrajhi Banking and Investment Corp | | WAMY |
| 4451 | NW005809 | 10/13/2003 | 2003 | 95142975 | British Sterling | 34,072.00 | 1.6651 | $ 56,733.29 | NW211242-259 | 4400204511654 | WAMY | Alrajhi Banking and Investment Corp | | WAMY |
| World Assembly of Muslim Youth (WAMY) Totals | | | | | | 101 | | $ 7,143,529.87 | | | | | | |

V  Palestinian Association in Austria (PVOE)

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 226 | NW 008929 | 02/05/1997 | 1997 | 140-00-04156838 | US Dollar | $5,987.84 | 1.0000 | $ 5,987.84 | | | Palaestinensische Vereinigung | | | Palaestinensische Vereinigung |
| 235 | NW 008930 | 03/06/1997 | 1997 | 140-00-04156838 | US Dollar | $2,987.91 | 1.0000 | $ 2,987.91 | | | Palaestinensische Vereinigung | | | Palaestinensische Vereinigung |
| 272 | NW 008931 | 04/30/1997 | 1997 | 140-00-04156838 | US Dollar | $3,797.82 | 1.0000 | $ 3,797.82 | | | Palaestinensische Vereinigung | | | Palaestinensische Vereinigung |
| 296 | NW 008933 | 06/18/1997 | 1997 | 140-00-04156838 | US Dollar | $3,987.73 | 1.0000 | $ 3,987.73 | | | Palaestinensische Vereinigung | | | Palaestinensische Vereinigung |
| 406 | NW 008944 | 06/03/1998 | 1998 | 140-00-04156838 | US Dollar | $2,587.73 | 1.0000 | $ 2,587.73 | | | Palaestinensische Vereinigung | | | Palaestinensische Vereinigung |
| 537 | NW 008956 | 03/31/1999 | 1999 | 140-00-04156838 | US Dollar | $2,267.91 | 1.0000 | $ 2,267.91 | | | Palaestinensische Vereinigung | | | Palaestinensische Vereinigung |
| 763 | NW 008979 | 03/20/2001 | 2001 | 140-00-04156838 | US Dollar | $6,832.56 | 1.0000 | $ 6,832.56 | | | Palaestinensische Vereinigung | | | Palaestinensische Vereinigung |
| Palestinian Association in Austria (PVOE) Totals | | | | | | 7 | | $ 28,449.50 | | | | | | |

Notes:
[A] - Source of exchange rate is www.oanda.com.

[B] - The names may have variations due to translating Arabic names into English, typographical errors, or branch office of main organization.

**Palestinians Relief & Development Fund - Interpal**
**NatWest Business Bank Accounts - All Currencies**
**Detail of Identified Receipt / Credit Transactions from Selected Organizations / Individuals**

Sorted by Organization / Individual Name and Transaction Date from Account Statements

### VI  Al Aqsa Foundations:

#### A - Al Aqsa Foundation of S.A.

| Ref # | Bates Number | Transaction Date | Year | Account Number | Currency | Receipts / Credit Amount | British Sterling / Euro to US Dollar Exchange Rate [A] | Converted US Dollar Amount | Bates Number(s) | Donor's Account Number / IBAN | Source of Receipt / Credit [B] | Bank Name | Comments | Transaction Detail from Account Statement (Source of name if no supporting documentation provided) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 490 | NW 008952 | 01/05/1999 | 1999 | 140-00-04156838 | US Dollar | $15,987.53 | 1.0000 | $ 15,987.53 | NW052491 | 0327980 | Al Aqsa Foundation of S.A. | | Al-Aqsa Foundation of South AF | Al-Aqsa Foundation of South AF |
| 2686-A | NW006600 | 05/19/2003 | 2003 | 95142940 | British Sterling | 262,307.29 | 1.1588 | $ 303,961.69 | NW009934-42 / NW192189-214 | 4400098391151 | Al Aqsa Foundation of S.A. | FirstRand Bank, Ltd / Barclay's Bank | Chaps & Setlmnt Mirr | |
| | Al Aqsa Foundation of S.A. Totals | | | | | 2 | | $ 319,949.22 | | | | | | |

#### B - Al Aqsa (Belgium) [ASBL Al-Aqsa]

| Ref # | Bates Number | Transaction Date | Year | Account Number | Currency | Receipts / Credit Amount | Exchange Rate [A] | Converted US Dollar Amount | Bates Number(s) | Donor's Account Number / IBAN | Source of Receipt / Credit [B] | Bank Name | Comments | Transaction Detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 306 | NW 008934 | 07/01/1997 | 1997 | 140-00-04156838 | US Dollar | $60,000.00 | 1.0000 | $ 60,000.00 | NW052515 | 0328154 | Al-Aqsa (Belgium) | | Mr. Ass Al Aqsa Voc / Quarben project | Mr. Ass Al Aqsa Voc |
| 683 | NW 008971 | 08/18/2000 | 2000 | 140-00-04156838 | US Dollar | $89,988.76 | 1.0000 | $ 89,988.76 | NW052435 | 0328454 | Al-Aqsa (Belgium) | | 2000/Food Aid Distribution | Ass Al-Aqsa |
| 5955 | No Statement | 10/08/2002 | 2002 | 00/08524882 | Euro | 29,982.46 | 0.9836 | $ 29,490.75 | NW009649-68 / MW193654-672 | 5500000083984 | ASBL Al-Aqsa | Sampo Bank Plc | Project Cartables et Fournitures | ASBL Al-Aqsa |
| 5960 | NW 008258 | 01/27/2003 | 2003 | 00/08524882 | Euro | 149,983.44 | 1.0846 | $ 162,672.04 | NW193115-135 | 5500000083984 | ASBL Al-Aqsa | Sampo Bank. Plc | Colis Alimantare et Rupture Project (jeu Ne Voir Fax Svp) | ASBL Al-Aqsa |
| 5961 | NW 008259 | 02/10/2003 | 2003 | 00/08524882 | Euro | 149,983.43 | 1.0810 | $ 162,132.09 | NW193136-157 | 5500000083984 | ASBL Al-Aqsa | Sampo Bank. Plc | Projet Colis Alimantaire Cadeaux (Aid Vior Fax) | ASBL Al-Aqsa |
| | Al Aqsa (Belgium) [ASBL Al-Aqsa] Totals | | | | | 5 | | $ 504,283.63 | | | | | | |

#### C - Al Aqsa (Germany)

| Ref # | Bates Number | Transaction Date | Year | Account Number | Currency | Receipts / Credit Amount | Exchange Rate [A] | Converted US Dollar Amount | Bates Number(s) | Donor's Account Number / IBAN | Source of Receipt / Credit [B] | Bank Name | Comments | Transaction Detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 311 | NW 008934 | 07/11/1997 | 1997 | 140-00-04156838 | US Dollar | $64,972.38 | 1.0000 | $ 64,972.38 | NW052311 | 0327980 | Al-Aqsa (Germany) | Arab Bank | Kosten Fuer Qurban 97 | Al-Awsa Ev |
| 388 | NW 008942 | 04/22/1998 | 1998 | 140-00-04156838 | US Dollar | $99,987.43 | 1.0000 | $ 99,987.43 | NW052334 | 0327980 | Al-Aqsa (Germany) | | Al-Aqsa Kapellenstr ( Kurbauprojekt) | Al-Aqsa Kapellenstr ( Kurbauprojekt) |
| 563 | NW 008958 | 06/08/1999 | 1999 | 140-00-04156838 | US Dollar | $69,987.96 | 1.0000 | $ 69,987.96 | NW052465 | 0327980 | Al-Aqsa (Germany) | | Project F. Konservierling | Al-Aqsa |
| 758 | NW 008978 | 02/08/2001 | 2001 | 140-00-04156838 | US Dollar | $20,000.00 | 1.0000 | $ 20,000.00 | NW052494 | 0327980 | Al-Aqsa (Germany) | | | Al-Aqsa |
| | Al Aqsa (Germany) Totals | | | | | 4 | | $ 254,947.77 | | | | | | |

#### D - Al-Aqsa Spannmal Stiftelse

| Ref # | Bates Number | Transaction Date | Year | Account Number | Currency | Receipts / Credit Amount | Exchange Rate [A] | Converted US Dollar Amount | Bates Number(s) | Donor's Account Number / IBAN | Source of Receipt / Credit [B] | Bank Name | Comments | Transaction Detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 692 | NW 008973 | 10/11/2000 | 2000 | 140-00-04156838 | US Dollar | $4,029.12 | 1.0000 | $ 4,029.12 | | | Al-Aqsa Spannmal Stiftelse | | Al-Aqsa Spannmal Stiftelse | Al-Aqsa Spannmal Stiftelse |
| 1916 | NW006295 | 01/15/2001 | 2001 | 95142940 | British Sterling | 21,960.34 | 1.4785 | $ 32,468.36 | NW012764 | | Al-Aqsa Spannmal Stiftelse | | Al-Aqsa Spannmal | Al-Aqsa Spannmal |
| 796 | NW 008981 | 05/30/2001 | 2001 | 140-00-04156838 | US Dollar | $13,882.14 | 1.0000 | $ 13,882.14 | NW052412 | | Al-Aqsa Spannmal Stiftelse | | Al-Aqsa Spannmal Stiftelsen | Al-Aqsa Spannmal Stiftelsen |
| 921 | NW 008991 | 12/18/2001 | 2001 | 140-00-04156838 | US Dollar | $30,002.69 | 1.0000 | $ 30,002.69 | NW052402 | 0328154 | Al-Aqsa Spannmal Stiftelse | | Al-Aqsa Spannmal Stiftelsen | Al-Aqsa Spannmal Stiftelsen |
| 948 | NW 008994 | 02/12/2002 | 2002 | 140-00-04156838 | US Dollar | $12,274.38 | 1.0000 | $ 12,274.38 | NW052266 | 0328154 | Al-Aqsa Spannmal Stiftelse | | Al-Aqsa Spannmal Stiftelsen | Al-Aqsa Spannmal Stiftelsen |
| 1139 | NW 009002 | 01/10/2003 | 2003 | 140-00-04156838 | US Dollar | $59,988.03 | 1.0000 | $ 59,988.03 | NW012209 / NW192893-215 | 1400000327980 | Al-Aqsa Spannmal Stiftelse | Swedbank | Al-Aqsa Spannmal Stiftelse | Al-Aqsa Spannmal Stiftelse |

Notes:
[A] - Source of exchange rate is www.oanda.com.

[B] - The names may have variations due to translating Arabic names into English, typographical errors, or branch office of main organization.

**Palestinians Relief & Development Fund - Interpal**
**NatWest Business Bank Accounts - All Currencies**
Detail of Identified <u>Receipt / Credit Transactions</u> from Selected Organizations / Individuals

Sorted by Organization / Individual Name and Transaction Date from Account Statements

| | Information from Account Statements | | | | | | British Sterling / Euro to US Dollar Exchange Rate [A] | Converted US Dollar Amount | Information for Identified Receipt / Credit Transactions | | | | | Transaction Detail from Account Statement (Source of name if no supporting documentation provided) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Bates Number | Transaction Date | Year | Account Number | Currency | Receipts / Credit Amount | | | Bates Number(s) | Donor's Account Number / IBAN | Source of Receipt / Credit [B] | Bank Name | Comments | |
| | **Al-Aqsa Spannmal Stiftelse Totals** | | | | 6 | | | $ 152,644.72 | | | | | | |

**E - Al-Gameyah Al-Khereyah Lenasrat Al-Aqsa Al-Shareef**

| Ref # | Bates Number | Transaction Date | Year | Account Number | Currency | Receipts / Credit Amount | Exchange Rate | Converted USD | Bates Number(s) | Donor's Account | Source of Receipt / Credit | Bank Name | Comments | Transaction Detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1147 | NW 009004 | 02/25/2003 | 2003 | 140-00-04156838 | US Dollar | $49,988.28 | 1.0000 | $ 49,988.28 | NW010478 / NW192959-982 | 1400006080235 | Al-Gameyah Al-Khereyah Lenasrat Al-Aqsa Al-Shareef | Tadhamon International Islamic Bank | Algameyah Alkhayreyah Alislameya Lenasrat Al Aqsa Alshareef | Algameyah Alkhay Reyah Alislameya |
| 1152 | NW 009005 | 03/20/2003 | 2003 | 140-00-04156838 | US Dollar | $49,988.37 | 1.0000 | $ 49,988.37 | NW012230 / NW192983-193006 | 1400006080235 | Al-Gameyah Al-Khereyah Lenasrat Al-Aqsa Al-Shareef | Tadhamon International Islamic Bank | Dr Vostro OK to go Fundschk - insufficient funds | Al-Gameyah Al-Khereyah Lenasrat |
| 1165 | NW 009008 | 04/29/2003 | 2003 | 140-00-04156838 | US Dollar | $9,988.19 | 1.0000 | $ 9,988.19 | NW010455 | 1400006080235 | Al-Gameyah Al-Khereyah Lenasrat Al-Aqsa Al-Shareef | Tadhamon International Islamic Bank | Addr: Al-Aqsa Al-Shareef, Sanaa - Yemen | Al-Gameyah Al-Khereyah Lenasrat |
| 1169 | NW 009011 | 06/16/2003 | 2003 | 140-00-04156838 | US Dollar | $59,987.61 | 1.0000 | $ 59,987.61 | NW012129 / NW193029-054 | 1400006080235 | Al-Gameyah Al-Khereyah Lenasrat Al-Aqsa Al-Shareef | Tadhamon International Islamic Bank | Dr Vostro OK to go Fundschk - insufficient funds | Al-Gameyah Al-Khereyah Al-Islame |
| | **Al-Gameyah Al-Khereyah Lenasrat Al-Aqsa Al-Shareef Totals** | | | | 4 | | | $ 169,952.45 | | | | | | |

**F - Stichting Al-Aqsa (Al Aqsa Holland)**

| Ref # | Bates Number | Transaction Date | Year | Account Number | Currency | Receipts / Credit Amount | Exchange Rate | Converted USD | Bates Number(s) | Donor's Account | Source of Receipt / Credit | Bank Name | Comments | Transaction Detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 316 | NW 008935 | 08/08/1997 | 1997 | 140-00-04156838 | US Dollar | $59,159.07 | 1.0000 | $ 59,159.07 | NW052313 | 0327980 | Stichting Al-Aqsa | Post Bank | Stichting Al-Aqsa | In Order of Stici |
| 585 | NW 008959 | 07/14/1999 | 1999 | 140-00-04156838 | US Dollar | $13,988.33 | 1.0000 | $ 13,988.33 | NW192104 | 0327980 | Stichting Al-Aqsa | | Durban Project + 99 Invoice No. 14813 (2817) | Durban Project + Stichting Al-Aqsa |
| 4284-A | NW004382 | 09/13/2000 | 2000 | 95142975 | British Sterling | 33,394.00 | 1.4066 | $ 46,972.00 | NW052276 | 04543750 | Stichting Al-Aqsa | | Orphans Sponsorship 48+67 / Weeskindren Alsley Weeskinderen | Stichting Al-Aqs |
| 4286 | NW004509 | 03/12/2001 | 2001 | 95142975 | British Sterling | 22,400.00 | 1.4670 | $ 32,860.80 | NW052274 | 045443750 | Stichting Al-Aqsa | | | Stichting Al-Aqsa |
| 4287 | NW004509 | 03/12/2001 | 2001 | 95142975 | British Sterling | 22,425.00 | 1.4670 | $ 32,897.48 | NW052273 | 045443750 | Stichting Al-Aqsa | | | Stichting Al-Aqsa |
| 5932 | NW 008249 | 01/31/2002 | 2002 | 00/08524882 | Euro | 125,000.00 | 0.8617 | $ 107,712.50 | | | Stichting Al-Aqsa | | Weeskinderen Project | Stichting Al-Aqsa |
| 5953 | NW 008256 | 09/11/2002 | 2002 | 00/08524882 | Euro | 75,000.00 | 0.9756 | $ 73,170.00 | NW193094-114 | 5500008808155 | Stichting Al-Aqsa | PostBank, NV (Amsterdam) | Weeskindern Prokekts 5 Maaden Donatie | Weeskindern (Stichting Al-Aqsa) |
| 5966 | NW 008260 | 03/27/2003 | 2003 | 00/08524882 | Euro | 100,000.00 | 1.0687 | $ 106,870.00 | | | Stichting Al-Aqsa | PostBank, NV | Kurbani Project | Stichting Al-Aqsa |
| 5967 | NW 008260-1 | 03/28/2003 | 2003 | 00/08524882 | Euro | 195,000.00 | 1.0698 | $ 208,611.00 | | | Stichting Al-Aqsa | PostBank, NV | Weeskinderen Project | Stichting Al-Aqsa |
| | **Stichting Al-Aqsa Totals** | | | | 9 | | | $ 682,241.18 | | | | | | |

**G - Al-Aqsa Foundation**

| | | | | | | | 1.0000 | $ - | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Al-Aqsa Foundation Totals** | | | | 0 | | | $ - | | | | | | |

| | **Al Aqsa Foundations (A through G) Totals** | | | | 30 | | | $ 2,084,018.97 | | | | | | |

**VII CBSP**

| Ref # | Bates Number | Transaction Date | Year | Account Number | Currency | Receipts / Credit Amount | Exchange Rate | Converted USD | Bates Number(s) | Donor's Account | Source | Bank | Comments | Detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 196 | NW 013890 | 10/25/1996 | 1996 | 140-00-04156838 | US Dollar | $44,577.23 | 1.0000 | $ 44,577.23 | NW192093 | 0090182 | CBSP | | exchange rate = 5.1582 | CBSP |

Notes:
[A] - Source of exchange rate is www.oanda.com.
[B] - The names may have variations due to translating Arabic names into English, typographical errors, or branch office of main organization.

**Palestinians Relief & Development Fund - Interpal**
**NatWest Business Bank Accounts - All Currencies**
**Detail of Identified Receipt / Credit Transactions from Selected Organizations / Individuals**

Sorted by Organization / Individual Name and Transaction Date from Account Statements

| Information from Account Statements ||||||| British Sterling / Euro to US Dollar Exchange Rate [A] | Converted US Dollar Amount | Information for Identified Receipt / Credit Transactions ||||| Transaction Detail from Account Statement (Source of name if no supporting documentation provided) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Bates Number | Transaction Date | Year | Account Number | Currency | Receipts / Credit Amount | | | Bates Number(s) | Donor's Account Number / IBAN | Source of Receipt / Credit [B] | Bank Name | Comments | |
| 209 | NW 008927 | 12/24/1996 | 1996 | 140-00-04156838 | US Dollar | $96,002.66 | 1.0000 | $ 96,002.66 | NW192096 | 0090182 | CBSP | | exchange rate = 5.270 | CBSP |
| 237 | NW 008930 | 03/12/1997 | 1997 | 140-00-04156838 | US Dollar | $21,712.97 | 1.0000 | $ 21,712.97 | NW052300 | 327980 | CBSP | | | CBSP |
| 277 | NW 008932 | 05/14/1997 | 1997 | 140-00-04156838 | US Dollar | $47,315.80 | 1.0000 | $ 47,315.80 | NW052505 | 0327980 | CBSP | | | CBSP |
| 294 | NW 008933 | 06/18/1997 | 1997 | 140-00-04156838 | US Dollar | $114,193.31 | 1.0000 | $ 114,193.31 | NW052511 | 90182 | CBSP | | | CBSP |
| 1664.1 | NW003759 | 09/22/1997 | 1997 | 95142975 | British Sterling | 43,849.88 | 1.6048 | $ 70,370.29 | NW192101 | 0090182 | CBSP | | exchange rate = 9.6905 | |
| 333 | NW 008937 | 11/19/1997 | 1997 | 140-00-04156838 | US Dollar | $68,780.52 | 1.0000 | $ 68,780.52 | NW052315 | 090182 | CBSP | | | CBSP |
| 364 | NW 008940 | 02/17/1998 | 1998 | 140-00-04156838 | US Dollar | $43,240.89 | 1.0000 | $ 43,240.89 | NW052324 | 090182 | CBSP | | | CBSP |
| 390 | NW 008943 | 05/07/1998 | 1998 | 140-00-04156838 | US Dollar | $25,777.91 | 1.0000 | $ 25,777.91 | NW192103 | 0090182 | CBSP | | exchange rate = 6.01 | CBSP |
| 486 | NW 008951 | 12/24/1998 | 1998 | 140-00-04156838 | US Dollar | $7,892.16 | 1.0000 | $ 7,892.16 | | | CBSP | | | CBSP |
| 525 | NW 008953 | 01/28/1999 | 1999 | 140-00-04156838 | US Dollar | $8,238.73 | 1.0000 | $ 8,238.73 | | | CBSP | | | CBSP |
| 541 | NW 008956 | 04/21/1999 | 1999 | 140-00-04156838 | US Dollar | $6,980.66 | 1.0000 | $ 6,980.66 | | | CBSP | | | CBSP |
| 624 | NW 008965 | 02/22/2000 | 2000 | 140-00-04156838 | US Dollar | $9,807.58 | 1.0000 | $ 9,807.58 | | | CBSP | | | CBSP |
| 749 | NW 008977 | 01/16/2001 | 2001 | 140-00-04156838 | US Dollar | $11,946.28 | 1.0000 | $ 11,946.28 | | | CBSP | | | CBSP |
| **CBSP Totals** | | | | | | 14 | | $ 576,836.99 | | | | | | |

**Selected Organizations / Individuals ( I through VII) Totals**   196   $ 12,387,278.54

Notes:
[A] - Source of exchange rate is www.oanda.com.

[B] - The names may have variations due to translating Arabic names into English, typographical errors, or branch office of main organization.