# Exhibit 17



# מדינת ישראל

## THE STATE OF ISRAEL

### משרד המשפטים

### THE MINISTRY OF JUSTICE

## Certification of Designations of Organizations as Unlawful Associations Pursuant to Israel's Defense (Emergency) Regulations (State of Emergency) (1945) and as Terrorist Organzations Pursuant to Israel's Prevention of Terrorism Ordinance (5708-1948)



GOVERNMENT
EXHIBIT
006-0104
3:04-CR-240-G
U.S. v. HLF, et al.

State Of Israel
Ministry Of Justice
**Office Of The State Attorney**
*Department Of International Affairs*



מדינת ישראל
משרד המשפטים
**פרקליטות המדינה**
המחלקה לעניינים בינלאומיים

# Certification of Designations of Organizations as Unlawful Associations Pursuant to Israel's Defense (Emergency) Regulations (State of Emergency) (1945) and as Terrorist Organzations Pursuant to Israel's Prevention of Terrorism Ordinance (5708-1948)

1.    My name is Yitzchak Blum and I am an attorney admitted to law in the State of Israel. I serve as Deputy Director of the Department of International Affairs in the Office of the State Attorney in the Ministry of Justice. The Department of International Affairs handles matters pertaining to Mutual Legal Assistance in Criminal Matters.  This certification is submitted in response to Requests for Mutual Legal Assistance submitted by the United States in connection with the prosecution proceedings of the Holy Land Foundation for Relief & Development, et al, in federal court in Dallas, Texas in the United States.

2.    I submit this Certification to certify that certain organizations have been designated as Unlawful Associations by the Minister of Justice of the State of Israel under Israel's Defense (Emergency) Regulations (State of Emergency) 1945 and/or as Terrorist Organization.

3.  On the basis of an examination by our Department, I can certify as follows:

Declarations declaring the following organizations to be unlawful organizations by the Minister of Defense, pursuant to the Defense (Emergency) Regulations (State of

---

2

W_S130476

Emergency) 1945, were made on the dates indicated below, and have been published in accordance with Israeli law in the Official Gazette ("*Reshumot*") of the State of Israel . **Copies of these Declarations as appearing in the Official Gazette ( in Hebrew) are attached as Attachment A.**

1) The Islamic Resistance Organization – September 15, 1989

2) Hamas Organization - September 15, 1989

3) Al Mujahaidonn Al Falstiniun - September 15, 1989

4) Majed - September 15, 1989

5) Falastin Almusalima – May 6, 1997

6) The Palestinian Relief and Development Fund (Interpal) – May 6, 1997

7) The Al Aqsa Fund – May 6, 1997

8) Le Comite de Beinfaisance  et de  Solidarite Avec La Palestine (CBSP) - May 6, 1997

9) Holy Land Foundation for Relief and Development - May 6, 1997

10) The Refada Foundation – October 6, 2005

11) The Akra Society for the Preservation of the Koran and Sunna - October 6, 2005

12) The Idna Charitable Committee – November 15, 2005

13) The Al-Ihsan Charitable Society of Hebron - November 15, 2005

14) The Dar Al-Hnan Society for Support the Orphans, Tul Karem - November 15, 2005

15) Al-Hadar Charitable Society, Bethlehem -  November 15, 2005

16) Union of Islamic Workers, Ramallah - November 15, 2005

17) "Charitable societies in the West Bank and the Gaza Strip affiliated with Hamas organization or supporting it and reinforcing Hamas' infrastructure" - all February 25, 2002:

    a. The Han Younes Charitable and Benevolence Committee;

    b. The Islamic Center Society;

    c. The Islamic Al-Salah Society, the Gaza Strip;

    d. The Islamic Society, the Gaza Strip;

    e. The Al Wafa Society for Assisting the Elderly, the Gaza Strip;

    f. The Al Rahma Charitable Society for Children, the Gaza Strip;

3

W_S130477

g. The Koran and Sunah Society, the Gaza Strip;

h. The Blessed Koran and Sunah Society, the Gaza Strip;

i. The "Al-Noor" Prisoner Society, the Gaza Strip;

j. The Islamic Charitable Society in Hebron;

k. The Reform Society of Jericho;

l. The Orphans Care Society of Bethlehem;

m. The Islamic Charitable (Reform) Society of Al-Bira;

n. The Charitable Committee of Ramallah;

o. The Qalqilya al Koran and al Sunah Society;

p. The Tul Karem Charitable Committee;

q. The Solidarity Society for Islamic Charity, Nablus;

r. The Nablus Islamic Support Committee;

s. The Jenin Charitable Funds Committee;

t. The Muslim Youth Society, Hebron;

18) "Charitable societies the center of which is abroad, affiliated with Hamas organization or supporting it and reinforcing Hamas' infrastructure" all February 25, 2002:

a. The World Assembly for Muslim Youth;

b. The Charity Coalition;

c. The International Islamic Charitable Organization.

Declarations declaring the following organizations to be unlawful organizations by the Secretary of Government, pursuant to the Prevention of Terrorism Ordinance (1948) were made by the Government on the dates indicated and have been published in accordance with Israeli law in the Official Gazette ("*Reshumot*") of the State of Israel . **Copies of these Declarations in Hebrew are attached as Attachment B.**

1) Hizbullah Organization - June 22, 1989

2) Islamic Jihad Organization - June 22, 1989

4

W_S130478

3) Falastin Almusalima - January 27, 1998

4) The Palestinian Relief and Development Fund (Interpal) - January 27, 1998

5) The Al Aqsa Fund - January 27, 1998

6) Le Comite de Beinfaisance et de Solidarite Avec La Palestine (CBSP) - January 27, 1998

7) Holy Land Foundation for Relief and Development - January 27, 1998.

This Certification is sealed and authenticated with the Seal of the Ministry of Justice of the State of Israel.

Jerusalem : June 17, 2007

       Tammuz 1, 5767



Yitzchak Blum
Deputy Director
Department of International Affairs
Office of the State Attorney
Ministry of Justice
State of Israel

W:\mitnachim\Lily\Legal Assistance\תליכמוסכוו וnופכ\certification of authenticity.doc

5

W_S130479

מינויים שומטי נוער

לפי חוק הנוער (שפיטה, ענישה ודרכי טיפול), התשל"א-1971

בתוקף סמכותי לפי סעיף 2 לחוק הנוער (שפיטה, ענישה ודרכי טיפול), התשל"א-1971, והסכמתם שר המשפטים, הנני ממנל על שופטי בית המשפט ומנהל בתי-אבי"כ ששמותיהם נקובים להלן, לשמש כשופטי נוער עד יום ד' באלול התשן"ן 311 באוגוסט 1990.

ר"ד וינגרד אליהו – נשיא, שטיינברג חיים – סגן נשיא, ניסה אברהם פרידריש אברהם אלוני שאול, בן-דרור מיכאל; מרת מריה גורן אורי, ארבל קהלת הראשו"ד דוד.

מינויים של השופטים הנ"ל אבואר ד' מרדכי קידירור, לשמש שומטי נוער, אשר פורסם בילקוט הפרסומים 3579, התשמ"ח, עמ' 3096 – בטל.

י"ח באלול התשמ"ט (17 בספטמבר 1989)
(חמ 3-686)

מאיר שמגר
נשיא בית המשפט העליון

¹ ס"ח התשל"א, עמ' 133.

---

## הודעה על הרשאה

לפי חוק נכסי המדינה, התשי"א-1951

אני מודיע שהממשלה הסמיכה לפי סעיף 6 לחוק נכסי המדינה, התשי"א-1951, הרשיתי את משה ארד, את עודד קרן, את פנחס רדות, את גל אלמוג, את יאיר מרוזי ואת שמעון גל, כיחד ולחוד, לחתום בשם המדינה על הסכם אישראי עם ממשלת ארצות הברית, בסכום שלא יעלה על אלף וחמשות מאות מיליון דולר.

י"ז באלול התשמ"ט (17 בספטמבר 1989)
(חמ 3-9)

שמעון פרס
שר האוצר

¹ ס"ח התשי"א, עמ' 52.

---

## הודעה על הרשאה

לפי חוק נכסי המדינה, התשי"א-1951

אני מודיע שהממשלה הסמיכה לפי סעיף 6 לחוק נכסי המדינה, התשי"א-1951, והרשיתי את בניימין נבון לחתום בשם המדינה על הסכם הלוואה עם הבנק לשיקום פרנקפורט על המיין ועם חברת התשמל, בסך של 60 מיליון מרקים גרמניים.

י"ז באלול התשמ"ט (17 בספטמבר 1989)
(חמ 3-9)

שמעון פרס
שר האוצר

¹ ס"ח התשי"א, עמ' 52.

4330

---

## הכרזה על התאחדות בלתי מותרת

לפי תקנות ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 184(1)(ב) לתקנות ההגנה (שעת חירום), 1945 (להלן – התקנות), ולאחר שהשתכנעתי כי הדבר דרוש לצורך ההגנה על ביטחונו המדינה, שלום הציבור והשקט הציבורי, אני מכריז בזאת כי חבר בני אדם או ארגון מסוים "תנועת ההתנגדות האיסלמית" (אל-חרכה אלמוקאומה אלאסלאמיה) או "חמאס" או "אלמוג'אהדין אלפלסטיניון" או "ממר" ובמשעה בשמו ורומים) ויהיה שמם אשר יהיה סומן לזמן, לרבות כל סניף, סרוע, ועד, קבוצה, פריעה או שובך של חבר בני אדם או ארגון מסוי זה, הוא חבר התאחדות בלתי מותרת כמשמעותה בתקנות.

ח' באלול התשמ"ט (15 בספטמבר 1989)
(חמ 3-1080)

יצחק רבין
שר הביטחון

¹ ע"ר 1945, תום' 2, עמ' 855.

---

## הודעה בדבר שינויים בסכום שכר עבודה שיש לו דין קדימה

לפי תקנות האגודות השיתופיות (פירוק), התשמ"ד-1984

בהתאם לתקנה 36(א)(2)(א) לתקנות האגודות השיתופיות (פירוק), התשמ"ד-1984, אני מודיע כי חל שינוי בסכום שכר העבודה שיש לו דין קדימה לפי תקנה 36(א)(2)(א) כלהלן:

מיום כ"ו בשבט התשמ"ט (1 בפברואר 1989), במקום 1,975 שקלים חדשים, בא 2,034 שקלים חדשים.

כ"ז בניסן התשמ"ט (1 במאי 1989)
(חמ 3-436)

יצחק שמיר
שר העבודה והרווחה

---

## הודעה על התחלית רשיון

לפי פקודת הרופאים (נוסח חדש), התשל"ו-1976

בתוקף סמכותי לפי סעיף 41 לפקודת הרופאים (נוסח חדש), התשל"ו-1976, אני מורה על התליותיו של רשיון מס' 14297-ד לעסוק ברפואה שניתן לד"ר ישראל וגנר, ת"ז 9162512, שנתנו חובה שנקל 18, חולון, לתקופה של חודש ימים, מיום ג' בכסלו התשן"ן (1 בדצמבר 1989) עד יום ג' כסלת התשן"ן (31 בדצמבר 1989).

י"ב באלול התשמ"ט (12 בספטמבר 1989)
(חמ 3-166)

יעקב צור
שר הבריאות

¹ דיני מדינת ישראל, נוסח חדש 30, עמ' 594.

W_S130480



**המנהל הכללי**

סימוניה, התשנ"ז-1997

ף 32 לחוק שירות המדינה
ז והרחצעולת עם נציב שירות
אני את מילוי תפקיד המנהל
סיום כ"ח בניסן התשנ"ז (5
התשנ"ז 12) בניסן התשנ"ז (1997).

צחק הנגבי
שר המשפטים

**הורתו של שופט**

למשולם, התשמ"ד-1984

בית המשפט (נוסח משולב) כ"ן
נער בהוראה של גמיאל קן,
ד פרסומו לקרצבה ביום ד'
41.

(1997)

צחק הנגבי
שר המשפטים

**של רשם מקרקעין**

התשכ"ט-1969

ף 116(ב) לחוק המקרקעין,
שלי עמראן, עורות לממשמות
שהצפרת הרשם, בסמכויות של
של הלשכה האזורית.

(1997)

צחק הנגבי
שר המשפטים

**שופט צבאי משפטאי**

סא, התשט"ו-1955– אני
צבאי, התשט"ו-1955– אני
צבאי משפטאי של הערכאה

(1969)

יצחק מרדכי
שר הבטחון

שבמ"ר, עמ' 172.

---

## תיקון הכרזה על התאחדות בלתי מותרת

לפי תקנות ההגנה (שעת חירום) 1945

בתוקף סמכותי לפי תקנה 84(1א) לתקנות ההגנה
(שעת חירום) 1948, ולאחר שהשתכנעתי כי הדבר דרוש
לצורך הגנה על בטחון המדינה, שלום הציבור והסדר
הציבורי, אני קובע כי בהברות על התאחדות בלתי מותרת
מפקתו ילרמתו בלי יבוא לרבות "פלשתין אלמטשלנה", שקן
הרוחות הסתיחת לפלשתין" (אינטרפאל", שקן אלפאונד)
Palestinian Relief and Development Fund "INTERPAL")
הצוער לעזרה ולסולידריות עם פלשתין" (Le Comite' de
Bienfaisance et de Solidarite' avec la Palestine
(CBSP)), שקן הארגון הקרושה לרוחות ולפיתוח" (Holy
Land Foundation for Relief and Development) וכלי.

ביום כ"ב באייר התשנ"ז (6) במאי 1997)
(חמג 1055-3)

יצחק מרדכי
שר הבטחון

1 ע"ר 1945, תוס' 2, עמ' 855.
2 ילם התשנ"ו, עמ' 4330.

---

## הודעה על מינוי פקיד שומה

לפי פקורות מס הכנסה

אני מודיע שבהתעקף סמכותי לפי סעיף 229 לפקודת מס
הכנסה, ויריתי את עובדת הציבור שלומת חרושק, ת"ז
765382746, למקורית שומה במשרד פקיד שומה אילת, החל
ביום כ"ב בטבת התשנ"ז (1 בינואר 1997).

י' בניסן התשנ"ז (17 באפריל 1997)
(חמג 171-3)

רן מרדיור
שר האוצר

---

## הודעה על מינוי ממונה על הגבייה

לפי פקורת המסים (גבייה)

אני מודיע שבהתעקף סמכותי לפי סעיף 2(1) לפקודת
המסים (גבייה), מיניתי את עובדת הציבור שלומת הרשתם,
ת"ז 765382746, לממונה על הגבייה, החל ביום כ"ב בטבת
התשנ"ז (1 בינואר 1997).

י' בניסן התשנ"ז (17 באפריל 1997)
(חמג 3-18)

רן מרדיור
שר האוצר

---

## הודעה בדבר סמכות התובעת בדין מוזר

לפי תקנות בית דין לעבורה (קביעת סכום התביעה
בדין מוזר), התשנ"ן-1990

בהתאם להוראות תקנה זו לתקנות בית דין לעבורה
(קביעת סכום התביעה בדין מוזר, התשנ"ן-1990), אני

---

מודיע כי הסכום של התוכמגנות בדין מזוז הוגדל בו
כ"ב בטבת התשנ"ז (1 בינואר 1997) ל-14,800 שקל
חדשים.

ד' דבקנ, שופט
נשיא בית משפט מחוזי
מנהל בתי המשפט

---

## הודעה על מינוי חברום לוערדה פסיכואטרית מחוזית לילדים ולנער

לפי התשי"ב בחולי נפש, התשי"א-1991

אני מודיע כי בתוקף סמכותי לפי סעיף 24א לחר
טיפול בחולי נפש, התשי"א-1991, מיניתי לחברים בוערה
בפסיכיאורית מחוזית לילדים ולנער, שבמושבה יקבע מהן
הועדה, את האנשים כמפורטים לחלן:

מחוז ירושלים

בישופת התפקאים בעלי תואר מומחה בפסיכיאוריה ש
הילד המתוגבר:

ד"ר יהודה הבק
ד"ר אסתר גלילי

מחוז תל-אביב

בישופת עובדים סיציאלים:
אורית טנטל

מחוז המרכז

בישופת פסיכולוגים בעלי תואר מומחה בפסיכולוגיה
קלינית:

---

## מחוז חיפה

בישופת רופאים נשאים בעלי תואר מומחה בפסיכיאוריה ש
הילד המתוגבר:

ד"ר דינה קטולאר

בישופת פסיכולוגים בעלי תואר מומחה בפסיכולוגיה
קלינית:

מריאן ברוש
צופי סמחה
אמר קרחלי

בישופת פסיכולוגים בעלי תואר מומחה בפסיכולוגיה
חינוכית:

רחל שגל    ענני מחלין
מיכל בנטל    מיכאל וילק
בן וונטון    פרופ' משה

ילקוט הפרסומים 4526, ר' באייר התשנ"ז, 11.5.1997

57

קון התשי"ה, עמ' 966; התשנ"ו, עמ' 294; ילם התשנ"ח, עמ' 2402.

באייר התשנ"ז, 11.5.1997

W_S130481

## הודעה על החלטת הכנסת להאריך את תקופת תוקפה של הוראת שעה

לפי חוק סדר הדין הפלילי (תיקון מס' 33 והוראת שעה)
התשס"א-2001

אני מודיע כי בתוקף סמכותה לפי סעיף 12(ב) לחוק סדר הדין הפלילי (תיקון מס' 33 והוראת שעה), התשס"א-2001' (להלן – החוק), ועל פי הצעת ועדת החוקה חוק ומשפט של הכנסת החליטה הכנסת ביום י"ג בחשוון התשס"ו (15 בנובמבר 2005), להאריך את תקופת תוקפה של הוראת השעה כהגדרתה בסעיף 12(א)(א) לחוק, עד ליום כ"ה בחשוון התשס"ו (16 בנובמבר 2006).

ט"ז בחשוון התשס"ו (10 בנובמבר 2005)
(חמ 3129—3)

ראובן ריבלין
יושב ראש הכנסת

___
' ס"ח התשס"א, עמ' 499.

## הודעה על הרשאה

לפי חוק נכסי המדינה, התשי"א-1951

מודיעים בזה, בהתאם לסעיף 6(א) לחוק נכסי המדינה, התשי"א-1951 (להלן – החוק), כי הממשלה החליטה להרשות את נושאי המשרה במשרד התשתיות הלאומיות המפורטים להלן, ליצג את הממשלה בכל עסקה מהעסקאות שמדובר בהן בסעיפים 4 ו-ה לחוק האמור, למעט עסקאות במקרקעין, שבתחום הפעילות של משרד התשתיות הלאומיות ותפקידי של המורשה, עד לסכום הנקוב לצד כל אחד מהם ולחתום בשם המדינה על המסמכים הנוגעים לעסקאות האמורות:

(1) נציב המים, יחד עם חשב משק המים – בלא הגבלה בסכום;

(2) סגן נציב המים (מינהל, משאבי אנוש ותקציב), יחד עם חשב משק המים – עד לסכום של 550,000 שקלים חדשים יחד עם ממונה (כספים, חשבונות ותשלומים) בנציבות המים – עד לסכום של 25,000 שקלים חדשים.

ההרשאות לנושאי משרה בנציבות המים שהודיעות עליהן פורסמו – בטלות.

כ"ז בתשרי התשס"ו (30 באוקטובר 2005)
(חמ 9—3)

ישראל מימון
מזכיר הממשלה

___
' ס"ח התשי"א, עמ' 52.

## הודעה על אישור תבניות מיתאר ארציות

לפי חוק התכנון והבניה, התשכ"ה-1965

מודיעים בזה, לפי סעיף 54 לחוק התכנון והבניה, התשכ"ה-1965, כי הממשלה, בתוקף סמכותה לפי סעיף 53 לחוק האמור, אישרה תבניות מיתאר ארציות אלה:

(1) תבנית מיתאר ארצית חלקית לחופים תמ"א/13 – מרחב כברת רחופית שינויים מס' 11;

___
' ס"ח התשכ"ה, עמ' 307.

---

(2) תבנית מיתאר ארצית (חלקית) לתחנות כוח ורשת החשמל הראשית תמ"א/10/ב/10.5 – תחנת כוח פנים ארצית ותחנת מיתוג "צפית";

(3) תבנית מיתאר ארצית למניעת מפגעים סביבתיים עקב הפעלת תחנת הכוח "אורות רבין" (אתר השרון) תמ"א/10/1/א/10;

(4) תבנית מיתאר ארצית תמ"א/3, שינוי מס' 83 – קביעת מחלף ראש העין מורחב על דרך מס' 5.

כ"ז בתשרי התשס"ו (30 באוקטובר 2005)
(חמ 697—3)

ישראל מימון
מזכיר הממשלה

## הודעה בדבר גמר כהונתו של דיין

לפי חוק הדיינים, התשט"ו-1955

בהתאם לסעיף 24 לחוק הדיינים, התשט"ו-1955', אני מודיע על גמר כהונתו של הרב משה יהודה קולל, אב בית הדין הרבני האזורי בתל אביב, ביום ט' באלול התשס"ה (13 בספטמבר 2005), עקב פרישתו לגמלאות.

כ"ג באלול התשס"ה (27 בספטמבר 2005)
(חמ 403—3)

ציפי לבני
שרת המשפטים

## הודעה בדבר גמר כהונתו של דיין

לפי חוק הדיינים, התשט"ו-1955

בהתאם לסעיף 24 לחוק הדיינים, התשט"ו-1955', אני מודיע על גמר כהונתו של הרב עמנואל זרביב, אב בית הדין הרבני האזורי בתל אביב, ביום י"ד באב התשס"ה (24 באוגוסט 2005), עקב פרישתו לגמלאות.

כ"ג באלול התשס"ה (27 בספטמבר 2005)
(חמ 403—3)

ציפי לבני
שרת המשפטים

___
' ס"ח התשט"ו, עמ' 68.

## הכרזה על התאחדויות בלתי מותרת

לפי תקנות ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(1א)(ב) לתקנות ההגנה (שעת חירום), 1945 (להלן – התקנות), ולאחר שהשתכנעתי כי הדבר דרוש לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם או דאירגון המכונה "מוסד רפאה'רד" או בכל שם אחר שיכונה בו ארגון זה, לרבות כל פלגיו וכל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי מותרת כמשמעותה בתקנות.

ג' בתשרי התשס"ו (6 באוקטובר 2005)
(חמ 1080—3)

שאול מופז
שר הביטחון

___
' ע"ר 1945, תוס' 2, עמ' 855.

W_S130482

## הכרזה על התאחדות בלתי מותרת

לפי תקנות ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(1א) לתקנות ההגנה (שעת חירום), 1945¹ ('להלן – התקנות), ולאחר שהשתכנעתי כי הדבר דרוש לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם הנזכר המכונה "מוסד אקרא לשימור הקודש והסונה" או בכל שם אחר שיכונה בו ארגון זה, לרבות כל פלגיו וכל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי מותרת כמשמעותה בתקנה.

ג' בתשרי התשס"ו (6 באוקטובר 2005)
(חמ 1080–3)

**שאול מופז**
שר הביטחון

¹ ע"ר 1945, תוס' 2, עמ' 855.

## מינוי

לפי פקודת המשטרה [נוסח חדש], התשל"א–1971

בתוקף סמכותי לפי סעיף 7 לפקודת המשטרה [נוסח חדש], התשל"א–1971¹, אני ממנה את ניצב דודי כהן, ראש אגף הקרינה ומודיעין במשטרת ישראל, למלא את תפקידיו של המפקח הכללי של משטרת ישראל ולהשתמש בכל סמכות מסמכויותיו, בתקופה שמיום י"ד באלול התשס"ה (18 בספטמבר 2005) עד יום כ"ד באלול התשס"ה (25 בספטמבר 2005).

י"א באלול התשס"ה (15 בספטמבר 2005)
(חמ 602–2)

**גדעון עזרא**
השר לביטחון הפנים

¹ דיני מדינת ישראל, נוסח חדש 17, עמ' 390.

## הודעה על מינוי ובינוול מינוי פוסקים רפואיים

לפי תקנות הביטוח הלאומי (קביעת דרגת נכות לנפגעי עבודה), התשט"ז–1956

אני מודיע כי בתוקף סמכותי לפי תקנה 1 לתקנות הביטוח הלאומי (קביעת דרגת נכות לנפגעי עבודה), התשט"ז–1956 –

(1) כללתי ברשימת הפוסקים הרפואיים את הרופאים ששמותיהם מפורטים להלן:

| השם | מס' זהות |
|---|---|
| ד"ר סורין רואי זהר | 15895767 |
| ד"ר גרמן חזנינק | 306144551 |
| ד"ר סימה שוורץ | 016671828 |
| ד"ר יחזקאל טיטוון | 012881058 |
| ד"ר גמילו פרדיס | 68056464 |
| ד"ר גיל סווירי | 059566299 |
| ד"ר אנקה מריאנה | 15737810 |

(2) ביטולתי את הכללתם ברשימת הפוסקים הרפואיים של ד"ר מיכאל לבני, ת"ז 6591630.

ח' בתשרי התשס"ו (11 באוקטובר 2005)
(חמ 89–3)

**אריאל שרון**
ראש הממשלה ושר הרווחה

¹ ק"ת התשט"ז, עמ' 864; התשנ"ח, עמ' 894.
² ר"מ התשמ"ו, עמ' 2665.

---

## הודעה על תיקון רשימת חברי ועדות רפואיות לעררים

לפי תקנות הביטוח הלאומי (קביעת דרגת נכות לנפגעי עבודה), התשט"ז–1956

אני מודיע כי בתוקף סמכותי לפי תקנה 27(ב) לתקנות הביטוח הלאומי (קביעת דרגת נכות לנפגעי עבודה), התשט"ז–1956, קבעתי כי הרופאים המנויים להלן יוכללו ברשימת חברי ועדות רפואיות לעררים:

| השם | מס' זהות |
|---|---|
| ד"ר מיכאל לבני | 6591630 |
| ד"ר אלעזר פייגין | 55062509 |
| ד"ר אלכסנדר לוסוס | 16893794 |

ח' בתשרי התשס"ו (11 באוקטובר 2005)
(חמ 89–3)

**אריאל שרון**
ראש הממשלה ושר הרווחה

¹ ק"ת התשט"ז, עמ' 864.

---

## הודעה על מינוי חברי ועדה לעררים

לפי תקנות הביטוח הלאומי (ביטוח נכות) (קביעת אחוזי נכות רפואית, מינוי ועדות לעררים והוראות שונות), התשמ"ד–1984

אני מודיע כי בהתאם לתקנה 26 לתקנות הביטוח הלאומי (ביטוח נכות) (קביעת אחוזי נכות רפואית, מינוי ועדות לעררים והוראות שונות), התשמ"ד–1984, קבעתי כי ברשימת חברי הוועדה לעררים יוכלל מר פסח טבק, ת"ז 69334589.

ח' בתשרי התשס"ו (11 באוקטובר 2005)
(חמ 614–3)

**אריאל שרון**
ראש הממשלה ושר הרווחה

¹ ק"ת התשמ"ד, עמ' 1377.

---

## הודעה על מינוי חברי ועדה רפואית לעררים

לפי תקנות הביטוח הלאומי (ביטוח נכות) (קביעת אחוזי נכות רפואית, מינוי ועדות לעררים והוראות שונות), התשמ"ד–1984

אני מודיע כי בתוקף סמכותי לפי תקנה 19 לתקנות הביטוח הלאומי (ביטוח נכות) (קביעת אחוזי נכות רפואית, מינוי ועדות לעררים והוראות שונות), התשמ"ד–1984, קבעתי שהרופאים ששמותיהם מפורטים להלן יוכללו ברשימת חברי ועדה רפואית לעררים:

| השם | מס' זהות |
|---|---|
| ד"ר אברהם רפופורט | 11833599 |
| ד"ר סופיה קונן | 14496681 |
| ד"ר יהודה ברוך | 054173521 |
| ד"ר רומן זורניצקי | 303665590 |
| ד"ר מעיינית סיגלר | 14022628 |

ח' בתשרי התשס"ו (11 באוקטובר 2005)
(חמ 614–3)

**אריאל שרון**
ראש הממשלה ושר הרווחה

¹ ק"ת התשמ"ד, עמ' 1377.

493

ילקוט הפרסומים 5458, ט"ו בחשון התשס"ו, 17.11.2005

## הודעה על הרשאה
### לפי חוק נכסי המדינה, התשי"א-1951

אני מודיע שבתוקף סמכותי לפי סעיף 6 לחוק נכסי המדינה, התשי"א-1951, הרשיתי כל שניים מבין אלה: דני אילון, גימל ישברוט, רון דרמר, ליאנה פוקשנסן, צבי חלמיש דן אלקן, לחתום בשם המדינה על הסכם מענק עם ממשלת ארצות הברית, בסכום שלא יעלה על 240 מיליון דולר.

ג' בכסלו התשס"ו (3 בדצמבר 2005)
(חמ 9-3)

אהוד אולמרט
שר האוצר

¹ ס"ח התשי"א, עמ' 52.

## מינוי ממונה על הגבייה ופקיד גבייה
### לפי פקודת המסים (גבייה)

בתוקף סמכותי לפי סעיף 2(1) לפקודת המסים (גבייה), אני ממנה את המנהל הכללי בחברת מי-נע חברת המים והביוב של נצרת עילית בע"מ (להלן – החברה) לממונה על הגבייה ואת מנהלת המשרד בחברה לפקידת גבייה, לפי סעיף 39 לחוק תאגידי מים וביוב, התשס"א-2001, של תשלומים המגיעים לחברה בעבור השירותים שהיא מספקת.

כ"ה בחשון התשס"ו (27 בנובמבר 2005)
(חמ 18-3)

אהוד אולמרט
שר האוצר

¹ חוקי א"י, כרך ב', עמ' 1374; ס"ח התשל"ג, עמ' 46.

## מינוי ממונה על הגבייה ופקיד גבייה
### לפי פקודת המסים (גבייה)

בתוקף סמכותי לפי סעיף 2(1) לפקודת המסים (גבייה), אני ממנה את גזבר עיריית חדרה (להלן – העירייה) לממונה על הגבייה ואת ממונה על ההכנסות בעירייה לפקיד גבייה, לעניין גביית ארנונה כללית המוטלת מכוח חוק ההסדרים במשק המדינה (תיקוני חקיקה להשגת יעדי התקציב), התשנ"ג-1992, והיא תשלומי חובה המגיעים לעירייה.

ב' בכסלו התשס"ו (4 בדצמבר 2005)
(חמ 18-3)

אהוד אולמרט
שר האוצר

¹ חוקי א"י, כרך ב', עמ' 1374; ס"ח התשל"ג, עמ' 46.
² ס"ח התשנ"ג, עמ' 226.

## הכרזה על התאחדות בלתי-מותרת
### לפי תקנות ההגנה (שעת-חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(א) לתקנות ההגנה (שעת-חירום), 1945 (להלן – התקנות), ולאחר שהשתכנעתי כי הדבר דרוש לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם או התאחדות "אגודת דאר אלחאנן לטיפול ביתומים – בית לחם", או בכל שם אחר שיכונה בו ארגון זה, הוא התאחדות בלתי-מותרת במשמעותה בתקנות.

¹ ע"ר 1945, תוס' 2, עמ' 855.

---

## הכרזה על התאחדות בלתי-מותרת
### לפי תקנות ההגנה (שעת-חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(א) לתקנות ההגנה (שעת-חירום), 1945 (להלן – התקנות), ולאחר שהשתכנעתי כי הדבר דרוש לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם או התאחדות, או בכל שם אחר שיכונה בו ארגון זה, לרבות כל פלגיו וכל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי-מותרת במשמעותה בתקנות.

י"ב בחשוון התשס"ו (15 בנובמבר 2005)
(חמ 1080-3)

שאול מופז
שר הביטחון

¹ ע"ר 1945, תוס' 2, עמ' 855.

## הכרזה על התאחדות בלתי-מותרת
### לפי תקנות ההגנה (שעת-חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(א) לתקנות ההגנה (שעת-חירום), 1945 (להלן – התקנות), ולאחר שהשתכנעתי כי הדבר דרוש לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם או התאחדות, או בכל שם אחר שיכונה בו ארגון זה, לרבות כל פלגיו וכל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי-מותרת במשמעותה בתקנות.

י"ב בחשוון התשס"ו (15 בנובמבר 2005)
(חמ 1080-3)

שאול מופז
שר הביטחון

¹ ע"ר 1945, תוס' 2, עמ' 855.

## הכרזה על התאחדות בלתי-מותרת
### לפי תקנות ההגנה (שעת-חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(א) לתקנות ההגנה (שעת-חירום), 1945 (להלן – התקנות), ולאחר שהשתכנעתי כי הדבר דרוש לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם או התאחדות, או בכל שם אחר שיכונה בו ארגון זה, לרבות כל פלגיו וכל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי-מותרת במשמעותה בתקנות.

י"ב בחשוון התשס"ו (15 בנובמבר 2005)
(חמ 1080-3)

שאול מופז
שר הביטחון

¹ ע"ר 1945, תוס' 2, עמ' 855.

---

## הברזה ע...
### לפי תקנות ה...

בתוקף סמכותי לפ... (שעת-חירום), 1945, (להלן – הדבר הדרוש לצורך הגנ... והסדר הציבורי, אני מכ... המכונה "אגודת הצדקה שיכונה בו ארגון זה, ה... במשמעותה בתקנות.
י"ב בחשון התשס"ו (15 ב...
(חמ 1080-3)

¹ ע"ר 1945, תוס' 2, עמ'...

## תיקון מבחנים למו...
### לפי חוק יסוד...

בהתאם להוראות התקנות התשמ"ה-1985, ולאחר שמשמעלה, מתפרסם בזו משרד הרווחה למוסדות:

1. במבחנים למתן תמי... (תמיכות בארגונים ובארגונים המעניקי... אחרת)¹, בסעיף... 40%" מסך הז... להנצאה...

2. במבחנים למתן ת... ציבור (תמיכות לש... לילדים בסיכון)² –

   (1) בסעיף... אחרי:
       "(א) אם סכו... 10,000 ש...
   (2) בסעיף 10, במ... יבוא "(2004...

3. סעיפים 5, 19 ו... העדכון הראשו...
   המבחנים האלה ב... מבחנים למתן תמ... למוסדות ציבור () רפאית לנזקקים ו... חג של עזרה ראו מבחנים למתן תמי... (תמיכה לאחזקת ש...

¹ ס"ח התשמ"ד, עמ' 50
² ילפ התשס"ד, עמ' 328
³ ילפ התשס"ד, עמ' 176
⁴ ילפ התשס"ד, עמ' 661
⁵ התשס"ס, עמ'שס ועמ'
⁶ ילפ התשס"ד, עמ' 538
⁷ ילפ התשס"ד, עמ' 365

---

אחר שיכונה בו ארגון זה, לרבות כל פלגיו וכל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי-מותרת במשמעותה בתקנות.

י"ב בחשון התשס"ו (15 בנובמבר 2005)
(חמ 1080-3)

שאול מופז
שר הביטחון

## הכרזה על התאחדות בלתי-מותרת
### לפי תקנות ההגנה (שעת-חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(א) לתקנות ההגנה (שעת-חירום), 1945 (להלן – התקנות), ולאחר שהשתכנעתי כי הדבר דרוש לצורך הגנה על ביטחון המדינה, שלום הציבור והסדר הציבורי, אני מכריז בזה כי חבר בני אדם או התאחדות "התאחדות הפועלים האיסלמיים – רמאללה", או בכל שם אחר שיכונה בו ארגון זה, לרבות כל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי-מותרת במשמעותה בתקנות.

י"ג בחשון התשס"ו (15 בנובמבר 2005)
(חמ 1080-3)

שאול מופז
שר הביטחון

¹ ע"ר 1945, תוס' 2, עמ' 855.

## הברזיה על התאחדות בלתי-מותרת
### לפי תקנות ההגנה (שעת-חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(א) לתקנות ההגנה (שעת-חירום), 1945‏[1] (להלן – התקנות), ולאחר שהשתכנעתי כי חבר הדירוג לצורך הגנה על ביטחון המדינה, שלום הציבור וסדר הציבורי, אני מכריז בזה כי חבר בני אדם או הארגון המכונה "אגודת הצדקה אלאקסא חבמיף", או בכל שם אחר שיכונה בו ארגון זה, לרבות כל פלוני וכל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי-מותרת כמשמעותה בתקנות.

י"ג בחשוון התשס"ו (15 בנובמבר 2005)
(חמ 1080—3)

שאול מופז
שר הביטחון

[1] ע"ר 1945, תוס' 2, עמ' 855.

## תיקון מבחנים למתן תמיכות של משרד הרווחה למוסדות ציבור
### לפי חוק יסודות התקציב, התשמ"ה-1985

בהתאם להוראות סעיף 3א לחוק יסודות התקציב, התשמ"ה-1985‏, ולאחר התייעצות עם היועץ המשפטי לממשלה, מתפרסם בזה תיקון למבחנים למתן תמיכות של משרד הרווחה למוסדות ציבור כמפורט להלן:

1. במבחנים למתן תמיכות של משרד הרווחה למוסדות ציבור (תמיכה בארגונים המולקקים רפואה רפסחא לנזקקים ובארגונים המעניקים סיוע לנזקקים לרגל חג של בני עדה אחרת), בסעיף 3א(8)(א), במקום "60%" מסך ההוצאה" יבוא "40%" מסך ההוצאה", והמילה "המתוכננת" – תימחק.

2. במבחנים למתן תמיכות של משרד הרווחה למוסדות ציבור (תמיכה לשיפוצים והצטיידות במסגרות קהילתיות לילדים בסיכון)[2]‏, –

   (1) בסעיף 8, אחרי סעיף קטן (א) יבוא;
   "(ב) אם סכום התמיכה המבוקש אינו עולה על 10,000 שקלים חודשים יישא המבקש במימון בשיעור של 10% לפחות מדעולות";

   (2) בסעיף 10, במקום "י"ט בטבת התשס"ד (31 בדצמבר 2004)" יבוא "י' בטבת התשס"ו (31 בדצמבר 2006)".

3. סעיפים 5, 19 ו-19א למבחנים למתן תמיכות של משרד העבודה והרווחה למוסדות ציבור – בטלים.

4. המבחנים האלה בטלים:

   מבחנים למתן תמיכות של משרד העבודה והרווחה למוסדות ציבור (תמיכה בארגונים המולקקים רפואה רפסחא לנזקקים ובארגונים המעניקים סיוע לנזקקים לרגל חג של בני עדה אחרת)[3]‏;

   מבחנים למתן תמיכות של משרד הרווחה למוסדות ציבור (תמיכה לאחזקה שוטפת של תלמידים בפנימיות)[4]‏;

מבחנים למתן תמיכות של משרד העבודה והרווחה למוסדות ציבור (תמיכה במוסדות ציבור המפעילים בתי מחסה לנזקקים ותמיכה במוסדות ציבור המחלקים סלי מזון)[5]‏;

5. במבחנים האלה, בכל מקום, במקום "משרד העבודה והרווחה" יבוא "משרד הרווחה":

   מבחנים למתן תמיכות של משרד העבודה והרווחה למוסדות ציבור (תמיכה למוסדות עידור התאגרגות של קבוצות לעזרה עצמית)[6]‏;

   מבחנים למתן תמיכות של משרד העבודה והרווחה למוסדות ציבור (תמיכה בפעולות שיקום ללקויי שמיעה)[7]‏;

   מבחנים למתן תמיכות של משרד העבודה והרווחה למוסדות ציבור (תמיכה בפעולות שיקום לנכים ומוגבלים)[8]‏;

   מבחנים למתן תמיכות של משרד העבודה והרווחה למוסדות ציבור במרכזים להתפתחות הילד)[9]‏;

   מבחנים למתן תמיכות של משרד העבודה והרווחה למוסדות ציבור לצורך טיפול בבנים עולים)[10]‏;

   מבחנים למתן תמיכות של משרד העבודה והרווחה למוסדות ציבור (תמיכה לפתיחת, שיפוצים והצטיידות במרכזי תעסוקה ומפעלי שיקום)[11]‏;

   מבחנים למתן תמיכות של משרד העבודה והרווחה למוסדות ציבור (תמיכה להפעלת מרכזי סיוע לבני משפחותיהם של אנשים עם אוטיים או P.D.D)[12]‏;

ד' בכסלו התשס"ו (11 בדצמבר 2005)
(חמ 1888—3)

אריאל שרון
ראש הממשלה ושר הרווחה

[1] י"פ התשס"ד, עמ' 3552.
[2] י"פ התשס"ד, עמ' 2; התשס"ד, עמ' 981; התשס"ד, עמ' 1367.
[3] י"פ התשנ"ד, עמ' 1486; התשס"ד, עמ' 1367.
[4] י"פ התשנ"ט, עמ' 3661; התשנ"ט, עמ' 3499; התשס"ד, עמ' 1369.
[5] י"פ התשנ"ג, עמ' 3661.
[6] י"פ התשנ"ג, עמ' 3661.
[7] י"פ התשנ"ה, עמ' 1012; התשס"ד, עמ' 1369.
[8] י"פ התשס"ה, עמ' 2462; התשס"ד, עמ' 1366.

## הממכבת מפקח
### לפי תקנות רשות הדואר (הפיקוח על פעולותיה של הרשות), התשנ"ה-1995

בתוקף סמכותנו לפי תקנה 1 לתקנות רשות הדואר (הפיקוח על פעולותיה של הרשות), התשנ"ה-1995‏[1] (להלן – התקנות), אנו מסמיכים בזה את סמביב"ל בכיר דואר במשרד התקשורת, למפקח לענין תקנות (להלן – הממכבת, לענין זה, רשאי

ד' בכסלו התשס"ה, עמ' 1380.

[1] ק"ת התשנ"ה, עמ' 1380.

915

ילקוט הפרסומים 5471, י"ט בכסלו התשס"ו, 20.12.2005

## הודעה על מינוי סגן שר

לפי חוק־יסוד: הממשלה

מודיעים בזאת, על פי סעיף 36א(X5א) לחוק־יסוד:
הממשלה‏, כי בהתאם לסעיף 36א(א) לחוק האמור, מינה
ממלא מקום שר החינוך, התרבות והספורט, באישור ראש
הממשלה את חבר הכנסת משה פלד לסגן שר במשרד
החינוך, התרבות והספורט.

הודר‏ : על המינוי נמסרה לכנסת ביום א' בשבט
התשנ"ח (28 בינואר 1998.‏

(כהונתו של סגן השר משה פלד פקעה ביום כ"א בטבת
התשנ"ח (20 בינואר 1998) עם פטירתו של שר החינוך,
התרבות והספורט.

ר בשבט התשנ"ח (2 בפברואר 1998)
(חמ 57-3)

דן נוח
מזכיר הממשלה

¹ ס"ח התשנ"ב, עמ' 214.

## הודעה על מינויים לועדה המייעצת ולמועצה המייעצת של בנק ישראל

לפי חוק בנק ישראל, התשי"ד-1954

מודיעים בזה, כי בהתאם לסעיפים 26(א) ו-32(א) לחוק
בנק ישראל, התשי"ד-1954‏, מינתה הממשלה את ויקטור
מדינה ואת איתן רף להיות חברים בועדה המייעצת
ובמועצה המייעצת של בנק ישראל עד יום ס"ד באייר
התשנ"ח (12 במאי 1998.

ר בשבט התשנ"ח (2 בפברואר 1998)
(חמ 778-3)

דן נוח
מזכיר הממשלה

¹ ס"ח התשי"ד, עמ' 192.

## הודעה על מינוי חבר לועדות שחרורים

לפי חוק העונשין, התשל"ז-1977

בתוקף סמכותי לפי סעיף 28א(א3) לחוק העונשין,
התשל"ז-1977‏, אני ממנה את ד"ר לואיס וינגרד, רופא,
לחבר ועדות שחרורים כמוחה הדרוש.

דה בשבט התשנ"ח (1 בפברואר 1998)
(חמ 101-3)

צחי הנגבי
שר המשפטים

¹ ס"ח התשל"ז, עמ' 226.

## הכרזות

לפי פקודת מניעת טרור, התש"ח-1948

בתוקף סמכותי לפי סעיף 8 לפקודת מניעת טרור,
התש"ח-1948‏, והנוסף להכרזות שהודעה עליהן פורסמה[56]

¹ ע"ר התש"ח, תוס' א', עמ' 73.

---

בילקוט הפרסומים התשמ"ו, עמ' 1436, בילקוט הפרסומים
התשמ"ט, עמ' 3474, ובילקוט הפרסומים התשנ"ד, עמ' 186,
מכריזים הממשלה שהארגונים המפורטים להלן הם ארגונים
טרוריסטים בהיותם בזהותם חלק מארגון החמאס:

(1) פלסטין אלמסלמה;

(2) קרן הרווחה והפיתוח לפלסטין (אינטרפל) -
Palestinian Relief and Development Fund
(INTERPAL):

(3) קרן אלאקצי;

(4) הוועד לצדקה וסולידריות עם פלסטין -
Le Comite de Bienfaisance et de Solidarite Avec
la Palestine (CBSP):

(5) קרן הארמה הקדושה לרווחה ולפיתוח -
Holy Land Foundation for Relief and
Development.

כ"ט בטבת התשנ"ח (27 בינואר 1998)
(חמ 1288-3)

דן נוח
מזכיר הממשלה

## מינוי שופט לבית משפט לעניני משפחה

לפי חוק בית המשפט לעניני משפחה, התשנ"ה-1995

בתוקף סמכותי לפי סעיף 2(ב) לחוק בית המשפט
לעניני משפחה, התשנ"ה-1995‏, ובהסכמת נשיא ביה"ח
המשפט העליון, אני ממנה את השופטת שרית גולן, ת"ז
54445849, שופטת של בית משפט שלום, לדון בבית משפט
לעניני משפחה, החל ביום כ"ה בטבת התשנ"ח (23 בינואר
1998.

כ"ד בטבת התשנ"ח (22 בינואר 1998)
(חמ 2666-3)

צחי הנגבי
שר המשפטים

¹ ס"ח התשנ"ה, עמ' 393.

## מינוי שופט לבית משפט לעניני משפחה

לפי חוק בית המשפט לעניני משפחה, התשנ"ה-1995

בתוקף סמכותי לפי סעיף 2(ב) לחוק בית המשפט
לעניני משפחה, התשנ"ה-1995‏, ובהסכמת נשיא ביה"ח
המשפט העליון, אני ממנה את השופטת חנה ושינולד, ת"ז
3144735, והשופטת חנה ושינולד, ת"ז 54407520, שופטת
של בית משפט שלום, לדון בבית משפט לעניני משפחה,
החל ביום כ"ה בטבת התשנ"ח (23 בינואר 1998.

כ"ד בטבת התשנ"ח (22 בינואר 1998)
(חמ 2666-3)

צחי הנגבי
שר המשפטים

¹ ס"ח התשנ"ה, עמ' 393.

W_S130486

הודעה על יציאת נשיא המדינה את גבולות המדינה

לפי חוק יסוד: נשיא המדינה

בהתאם לסעיף 4(א)(2) לחוק יסוד: נשיא המדינה, אני מודיע
על יציאת נשיא המדינה את גבולות המדינה ביום י"ח בסיון
התשמ"ט (21 ביוני 1989).

י"ם בסיון התשמ"ט (22 ביוני 1989)
(חמ 1300-3)

יצחק שמיר
ראש הממשלה

י"ח התשכ"ד, עמ' 118.

---

הודעה על שובו של שר לארץ

לפי חוק יסוד: הממשלה

מודיעים בזה, לעניין סעיף 20 לחוק יסוד: הממשלה, כי ממלא
מקום ראש הממשלה ושר האוצר חזר ארצה ביום י"ם בסיון
התשמ"ט (22 ביוני 1989).

י"ם בסיון התשמ"ט (22 ביוני 1989)
(חמ 57-3)

אליקים רובינשטיין
מזכיר הממשלה

---

הודעה על שובו של שר לארץ

לפי חוק יסוד: הממשלה

מודיעים בזה, לעניין סעיף 20 לחוק יסוד: הממשלה, כי שר
הביטחון חזר ארצה ביום י"ח בסיון התשמ"ט (21 ביוני 1989).

כ"ב בסיון התשמ"ט (25 ביוני 1989)
(חמ 57-3)

אליקים רובינשטיין
מזכיר הממשלה

---

הודעה על קביעת ממלאי-מקום של שר

לפי חוק יסוד: הממשלה

בהתאם לסעיף 1(א)(2) לחוק יסוד: הממשלה, מודיעים בזה
כי, לפי סעיף 20 לחוק האמור, קבעה הממשלה שר המיסחר יכהן
כממלא מקום שר רמי ארדר מיום כ"ב בסיון התשמ"ט (25 ביוני
1989) עד שובו של השר רמי ארדר לארץ.

כ"ב בסיון התשמ"ט (25 ביוני 1989)
(חמ 57-3)

אליקים רובינשטיין
מזכיר הממשלה

י"ח התשכ"ד, עמ' 226.

3474

---

הודעה על קביעת ממלא מקום של שר

לפי חוק יסוד: הממשלה

בהתאם לסעיף 1(א)(2) לחוק יסוד: הממשלה, מודיעים בזה
כי, לפי סעיף 20 לחוק האמור, קבעה הממשלה שר המשפטים
יכהן כממלא מקום השר לאיתנות הסביבה מיום כ' בסיון התשמ"ט
(23 ביוני 1989) עד שובו של השר לאיתנות הסביבה לארץ.

כ"ב בסיון התשמ"ט (25 ביוני 1989)
(חמ 57-3)

אליקים רובינשטיין
מזכיר הממשלה

ס"ח התשכ"ח, עמ' 226.

---

הכרזה

לפי פקודת מניעת טרור, התש"ח-1948

בתוקף סמכותה לפי סעיף 8 לפקודת מניעת טרור, התש"ח-1948, ובהמשך להכרזה שהודעה עליה פורסמה בילקוט הפרסומים 3305, התשמ"ו, עמ' 1436, מכריזה הממשלה שהחברות הממלואמות להלן הן ארגונים טרוריסטיים:

ארגון אתזאללה; ורבות מסאמת איסלאמית; ארגון הג'זבאללה;

ארגון הג'יהאד האיסלאמי שנמכר גם בשמות וכינויים כמו אל-ג'יהאד אל-איסלאמי, אל-ג'יהאד אל-איסלאמי אלפלסטיני, סריאת אל-ג'יהאד האיסלאמי.

הכרזה זו חלה על הארגונים הטרוריסטים הממפורטים בה, גם אם הם מתקראים בשמות, בכינויים או בראשי תיבות נוספים או תרגומים לכל שפה אחרת, אם דרך קבע ואם מעת לעת וגם על סניפיהם וכל ג'זודיזיהם.

י"ם בסיון התשמ"ט (22 ביוני 1989)
(חמ 1288-3)

אליקים רובינשטיין
מזכיר הממשלה

ע"ד התשס"ח, תוס' א', עמ' 73.

---

הודעה על הרשאה

לפי חוק נכסי המדינה, התשי"א-1951

בהתאם לסעיף 6(ב) לחוק נכסי המדינה, התשי"א-1951
(להלן – החוק), מודיעים בזה כי הממשלה החליטה להרשות את
נשיא המשותף במשטרת ישראל, הממונים להלן, ייצגו את הממשלה
שלה בכל עסקה מהעסקאות שמדובר בהן בסעיפים 4 ר-5 לחוק
ואשר הן בתחום הפעולות של משטרת ישראל, כמפ עמומונות
במשרד קיין – עד לסכום הנקבע לצד כל אחד מהם, ולחתום בשם
המדינה על מסמכים הנוגעים לעסקאות האמורות.

ס"ח התשי"א, עמ' 52.

ילקוט הפרסומים 3675, כ"ם בסיון התשמ"ט.

60

## תיקון הכרזה על התאחדות בלתי מותרת

לפי תקנת ההגנה (שעת חירום), 1945

בתוקף סמכותי לפי תקנה 84(1)(א) לתקנות ההגנה (שעת חירום), 1945, ולאחר שהשתכנעתי כי הדבר דרוש לצורך הגנת המדינה, שלום הציבור והסדר הציבורי, אני קובע כי בהבהרה על התאחדות בלתי מותרת[1], אחרי "אלכווחלה אלאסלאמייה" יבוא:

"אגודת הצדקה באריחא ואזוריע השייכות לארגון החמאס, או תומכות ב ומחזיקות את התשתית של החמאס, לרבות –

ועדת הצדקה ההחסד חאן יונס (לגנת זכאת אלרחמה חאן יונס)";

אגודת המרכז האסלאמי (אלמגמע אלאסלאמי") רצועת עזה;

אגודת ועזר המדרהה האסלאמית ("גמעיה אלצלאח אלאסלאמיה") רצועת עזה;

האגודה האסלאמית ("אלגמעיה אלאסלאמיה") רצועת עזה;

אגודת הנאמנות לטיפול בקשישים ("גמיעה אלוקאא לרעאית אל מסנין) רצועת עזה;

אגודת מוסד הצדקה וההחסד לילדים ("גמעיה מברת אלרחמה אלאסלאמאל") רצועת עזה;

אגודת בית הקוראן והסונה ("גמעיה דאר אלכתאב ואלסנה") רצועת עזה;

אגודת בית הקוראן המבורך והסונה ("גמעיה דאר אלקראן אלכרם ואלסנה") רצועת עזה;

אגודת "האסר אלנור" ("גמעיה אלנור אלחיריה") רצועת עזה;

אגודת הצדקה האסלאמית בחברון ("אלגמעיה אלחיריה אלאסלאמיה אלחלילי");

אגודת הרפורמה בירייחא ("גמעית אלאצלאח אלחיריה");

האגודה לטיפול ביתומים בבית לחם ("גמעית רעאית אליתים בית לחם");

ועדת הצדקה (הרפורמה) האסלאמית באלביריה ("גמעית אלצדקה אלאצלאח");

ועדת הצדקה ברמאללה ("לגנת אלזכאה רמאללה");

ועדת הצדקה אלקראן קלקליה ("גמעית אלקראן ואלסנה קלקליה");

ועדת הצדקה טול כרם ("לגנת אלזכאה טול כרם");

אגודת הסולידרית לצדקה האסלאמית ("גמעית אלתחאמן אלחיריה אלאסלאמיה") שכם;

ועדת הסיוע האסלאמית שכם ("לגנת אלאגאתיה אלאסלאמיה באלבלד");

ועדת כספי הצדקה גנין ("לגנת אמואל אלזכאה גנין)".

<hr>

[1]  ע"ר 1945, תוס' 2, עמ' 855.
[2]  י"פ התשמ"ט, עמ' 4330; התשנ"ב, עמ' 3397; התשנ"ח, עמ' 4558; התש"ס, עמ' 4854.

**1588**

---

מינוי שופטי נוער

לפי חוק הנוער (שפיטה, ענישה ודרכי טיפול), התשל"א–1971

בתוקף סמכותי לפי סעיף 2 לחוק הנוער (שפיטה ודרכי טיפול), התשל"א–1971, והסכמת שר המשפטים, אני ממנה את עודד גרשון, ת"ז 42749127, שופט בית משפט שלום ורשם של בית משפט מחוזי, בחיפה, בפועל כשופט של בית המשפט המחוזי בחיפה, לשמש שופט נוער עד יום ז"י בכסלו התשס"ד (30 בנובמבר 2004).

כמו כן אני מטיל על רון שפירא, ת"ז 54004569 שופט בית משפט שלום ורשם של בית משפט מחוזי, בכרמיאל, בפועל כשופט של בית המשפט המחוזי בחיפה, לשמש שופט נוער עד יום ה' באב התשס"ה (31 באוגוסט 2005).

כמו כן אני מטיל על רחמים עמם, ת"ז 73863045 שופט בית משפט שלום, בכרמיאל, בפועל כשופט המחוזי המחוזי בחיפה, לשמש שופט נוער עד יום ט' באדר ה' התשס"ב (28 בפברואר 2002).

ה' באדר התשס"ב (17 בפברואר 2002)
(חמ 686–3)

אהרן ברק
נשיא בית המשפט העליון

ס"ח התשל"א, עמ' 134.

---

מינוי שופטי נוער

לפי חוק הנוער (שפיטה, ענישה ודרכי טיפול), התשל"א–1971

בתוקף סמכותי לפי סעיף 2 לחוק הנוער (שפיטה ודרכי טיפול), התשל"א–1971, ובהסכמת שר המשפטים, אני ממנה את עדנה בית משפט מחוזי, ואני ראיק גדנורה, ת"ז 20257465, והשופטת שולמית וסרקרוג, ת"ז 6659726, לכהן כשופטי נוער עד תום תקופת כהונתם בערכאה זו.

ה' באדר התשס"ב (17 בפברואר 2002)
(חמ 686–3)

אהרן ברק
נשיא בית המשפט העליון

ס"ח התשל"א, עמ' 134.

ילקוט הפרסומים 5058, כ"ג באדר התשס"ב...

---

אגודת הצעירים המוסלמים ("גמעית אלשעביה אלמסלמד") חברון;

וכן האגודות האלה שמרכזן בחו"ל:

הכנס העולמי לנוער אסלאמי ("אלנדוה אלעאלמה לשבאב אסלאמי")

קואליצית הצדקה ("אאתלאף אלחיר")

אגודת "הסיוע האסלאמית העולמי אלחירייה האסלאמיה אלעאלמיה")".

י"ז באדר התשס"ב (25 בפברואר 2002)
(חמ 1080–3)

בנימין בן אליעזר
שר הביטחון

---

מינוי שופטי נוער

לפי חוק הנוער (שפיטה, ענישה ודרכי טיפול), התשל"א–1971

בתוקף סמכותי לפי סעיף 2 לחוק הנוער (שפיטה ודרכי טיפול), התשל"א–1971, ובהסכמת שר המשפטים, אני מטיל על עודד גרשון, ת"ז 42749127, שופט בית משפט שלום ורשם של בית משפט מחוזי, בחיפה, בפועל כשופט של בית המשפט המחוזי בחיפה, לשמש שופט נוער עד יום ז"י בכסלו התשס"ד (30 בנובמבר 2004).

<hr>

### מינוי שו

לפי חוק הנוער (שפיט התש

בתוקף סמכותי לפי ...
עניש...ת ודרכי טיפול[, הו
המשפטים, אני מטיל על א...
בית המשפט המחוזי בחיפה
תקופת כהונתו באותה ער...
55489611, שופט של בית ...
יום כ' בסיון התשס"ב ( 31
(חמ 686–3)

<hr>

### מינוי וה

לפי חוק משפחותא חיילי
וישק...ות, התש"י–1950
התש...

בתוקף סמכותי לפי
שנפסר בערכ...ה (תגמולים
הוחק, סעיפים 8א) ו(ב),
התשכ"ז–1992), ובהסכמת
ממנה ...ושבי ראש מותבים
ממלאי ...קום להלן:

**ולמחת המרכז**

(1) ברשימת יושבי ראש ...
יהודה פרגו, ת"ז 4318
דליה גנות, ת"ז 61536
אהרן דוד גולדה, ת"ז
רבקה צוק, ת"ז 105916

(2) ברשימת החברים:
רופאים – חנינא קכל,
42526533, בני חיבנר,
חברים אחרים – צבי
מקום מושב וועדת הער...
הגלילי 5, ראשון לציון.

י' בשבט התשס"ב ( 10
(חמ 321–3)

ס"ח התש"ל–ב, עמ' 162.
ס"ח התשל"ב, עמ' 90.

,5058 הפרסומים ילקוט

RESHUMOT

W_S130488

14

### Declaration on an Unlawful Association

Under the Defense Regulations (State of Emergency), 1945

By the authority vested in me under Regulation 84 (1) (b) of the Defense Regulations (State of Emergency), 1945 (hereinafter "the Regulations"), and having been convinced that it is required for the protection of national security, public welfare and public order, I hereby declare that the body of persons, or the organization, known by the name "Islamic Resistance Movement" ("Harakat Al Makowma Al Islamiya") or **Hamas** or "Al Mujahaidon Al falastiniun" or "Majed" ("Majmoat Jihad daawa"), or by whatsoever name it may from time to time be known, including any branch, center, committee, group, faction or institution of any such body – is an unlawful association, according to its meaning in the Regulations.

Yitzhak Rabin                                                     15 September 1989
Minister of Defense

15

W_S130489

### Amendment to the Declaration on an Unlawful Association

Under the Defense Regulations (State of Emergency), 1945

By the authority vested in me under Regulation 84 (1) (b) of the Defense Regulations (State of Emergency) 1945, and having been convinced that it is required for the protection of national security, public welfare and public order, I hereby determine that by declaring on an Unlawful Association, instead of "including any", the following will appear: "including Falestine Al Muslima", " The Palestinian Relief and Development Fund" (INTERPAL), "The Al Aqsa Fund", " Le Comite de Beinfaisance et de Solidarite Avec la Palestine (CBSP)", "The Holy Land Foundation for Relief and Development" and any other".

Yitzhak Mordechai                                                    6 May 1997
Minister of Defense

42

.וו

W_S130490

**Declaration on an Unlawful Association**

Under the Defense Regulations (State of Emergency), 1945

By the authority vested in me under Regulation 84 (1) (b) of the Defense Regulations (State of Emergency), 1945 (hereinafter "the Regulations"), and having been convinced that it is required for the protection of national security, public welfare and public order, I hereby declare that the body of persons, or the organization, known by the name "The Idna Charitable Committee", or by whatsoever name it may, including any of its sections and any branch, center, committee, group or faction of any such body – is an unlawful association, according to its meaning in the Regulations.

Shaul Mofaz                                                   15 November 2005
Minister of Defense

---

**Declaration on an Unlawful Association**

49

W_S130491

## Declaration on an Unlawful Association

Under the Defense Regulations (State of Emergency), 1945

By the authority vested in me under Regulation 84 (1) (b) of the Defense Regulations (State of Emergency), 1945 (hereinafter "the Regulations"), and having been convinced that it is required for the protection of national security, public welfare and public order, I hereby declare that the body of persons, or the organization, known by the name **"The Al-Ihsan Charitable Society of Hebron"**, or by whatsoever name it may, including any of its sections and any branch, center, committee, group or faction of any such body – is an unlawful association, according to its meaning in the Regulations.

Shaul Mofaz                                                                           15 November 2005
Minister of Defense

W_S130492

**Declaration**

Under the Terror Preventing Command, 1948

By the authority vested in it under article no. 8 of the Terror Preventing Command, 1948 and in addition to the declarations regarding which a notification was published in the Official Announcement Gazette 1986, page 1436, the Official Announcement Gazette 1989, page 3474, and the Official Announcement Gazette 1994, page 2786, the government declare that the following specified organizations are terror organizations for their affiliation with Hamas:

**(1)  Falestine Al Muslima;**

**(2)  The Palestinian Relief and Development Fund (INTERPAL);**

**(3)  The Al Aqsa Fund;**

**(4)  Le Comite de Beinfaisance et de Solidarite Avec la Palestine (CBSP);**

**(5)  The Holy Land Foundation for Relief and Development.**

Dan Nave                                                    27 January 1998
Secretary of Government

41

W_S130493

## Declaration

Under the Terror Preventing Command, 1948

By the authority vested in it under article no. 8 of the Terror Preventing Command, 1948 and in addition to the declaration regarding which a notification was published in the Official Announcement Gazette 3305, 1986, page 1436, the government declare that the following specified bodies are terror organizations:

**Hamas organization (Harakat Makowma Islamiya);**
**Hizbullah organization;**
**Islamic Jihad Organization** (also known as under the names and alias such as AlJihad Al-Islami, Al Jihad Al Islami Al falastini, Sarayat Al Jihad Al Islami).

---

This declaration is applicable on the terror organizations specified in it, even if named in additional names, alias, initials or in their translations to any other language, whether on permanent basis or from time to time, and is applicable also on their factions and affiliations.

Elyakim Rubenstein                                22 June 1989
Secretary of Government

40

W_S130494

## Amendment to the Declaration on an Unlawful Association
### Under the Defense Regulations (State of Emergency), 1945

By the authority vested in me under Regulation 84 (1) (b) of the Defense Regulations (State of Emergency) 1945 (hereinafter "the Regulations"), and having been convinced that it is required for the protection of national security, public welfare and public order, I hereby determine that by declaring on an Unlawful Association, the following will appear after Al kotla Al Islamiya:

**The Han Younes charitable and benevolence Committee ("Lajnat Zakat Al Rahma Han Younes");**

**The Islamic Center Society ("Al Mujama Al Islami").**

~~**The Islamic Al-Salah Society ("Jamaiyat Al Salah Al Islamiya") the Gaza**~~ **Strip;**

**The Islamic Society ("Al Jamaiya Al Islamiya") the Gaza Strip;**

**The Al-Wafa Society for Assisting the Elderly (Jamaiyat Al-wafa Lira'ayat Al Masnin") the Gaza Strip;**

**The Al-Rahma charitable Society for Children (Jamaiyat Mubarah Al Rahma Li'latfal) the Gaza Strip;**

**The Koran and Sunah Society ("Jamaiyat Dar Al Kitab w-alsuna") the Gaza Strip;**

**The Blessed Koran and Sunah ("Jamaiyat Dar Al Koran Al Karim w-alsuna ") the Gaza Strip.**

**The "Al-Noor" prisoner Society ("Jamaiyat Al Noor Al Kheiriya") the Gaza Strip;**

**The Islamic charitable Society in Hebron ("Al Jamaiya Al Kheiriya Al Islamiya Al Khalil");**

**The Reform Society of Jericho ("Jamaiyat Al-Islah Al Kheiriya");**

43

W_S130495

The Orphans care society of Bethlehem (Jamaiyat Raa'yat Al-Yatim Bethlehem");

The Islamic Charitable (reform) Society of **Al-Bira (Jamaiyat Al-Islah)**;

The Charitable Committee of Ramallah (Lajnat Al Zakat Ramallah");

The Qalqilya Al Koran and Al Sunah Society ("Jamaiyat Al Koran w-Al Suna Qalqilya");

The Tul Karem Charitable Committee ("Lajnat Al Zakat Tul Karem");

The Solidarity Society for Islamic Charity (Jamaiyat Al Tadamoon Al Kheiriya Al Islamiya") Nablus;

The Nablus Islamic support Committee ("Lejanet Al Iratha Al Islamiya Nablus");

The Jenin Charitable Funds Committee ("Lejanet Amoual Al Zakat Jenin");

The Muslim Youth Society ("Jamaiyat Al Sha'abn **Al Muslemin")** Hebron;

As well as the following societies the center of which is abroad:

The World Assembly for Muslim Youth ("Al Nadwa Al Alamiya Lshabab Islami")

The Charity Coalition ("Itilaf Al Kheir")

The International Islamic Charitable Organization (Al Haya Al Kheiriya Al Islamiya Al Alamiya").

Binyamin Ben Eliezer                               25 February 2002
Minister of Defense

44

W_S130496