# Exhibit 18

**Press Office**
**Threadneedle Street**
**London  EC2R 8AH**

Telephone:  020-7601 4411
Fax:  020-7601 5460

press@bankofengland.co.uk
www.bankofengland.co.uk

# Bank of England

# News Release



29 May 2003

**TERRORIST FINANCING : LIST OF SUSPECTS**

The Bank of England, as agent for Her Majesty's Treasury, has today directed financial institutions that any funds which they hold for or on behalf of Al-Aqsa Foundation (full identifying details provided below) must be frozen.  This is because the Treasury have reasonable grounds for suspecting that Al-Aqsa Foundation is or may be a person who commits, attempts to commit, facilitates or participates in the commission of acts of terrorism.

Financial institutions are requested to check whether they maintain any accounts for the organisation named below and, if so, they should freeze the accounts and report their findings to the Bank of England.

**Entity**

1.  **AL-AQSA FOUNDATION** – (a.k.a. Al-Aqsa International Foundation, a.k.a. Al-Aqsa Charitable Foundation, a.k.a. Sanabil al-Aqsa Charitable Foundation, a.k.a. Al-Aqsa Sinabil Establishment, a.k.a. Al-Aqsa Charitable Organization, a.k.a. Charitable Al-Aqsa Establishment, a.k.a. Mu'assa al-Aqsa al-Khayriyya, a.k.a. Mu'assa Sanabil Al-Aqsa al-Khayriyya, a.k.a. Aqssa Society, a.k.a. Al-Aqsa Islamic Charitable Society, a.k.a. Islamic Charitable Society for al-Aqsa, a.k.a. Charitable Society to Help the Noble al-Aqsa, a.k.a. Nusrat al-Aqsa al-Sharif, a.k.a. Aqsa Charitable Establishment, a.k.a. Al-Aqsa Spanm I Stiftelse, a.k.a. Al Aqsa Spanmal Stiftelse, a.k.a. Swedish Charitable Aqsa Est.)

    Addresses:

1.  Al-Aqsa E.V., Kappellenstrasse 36, D-52066, Aachen, Germany (Head Office)

2   Stichting Al-Aqsa, Gerrit V/D Lindestraat 103 A (or E), 3022 TH, Rotterdam, Holland (Branch).

(Cont'd)

3  Foreningen Al-Aqsa, P.O. Box 6222200KBKN (Denmark Branch)

4  Al-Aqsa (ASBL) BD Leopold II 71, 1080 Brussels, Belgium (Branch).

5  Aqssa Society – Yemen, P.O. Box 14101, San'a (Branch).

6  Noblev (a.k.a. Nobelvagen) 79 NB, 21433 Malmo (Sweden Branch).

7  PO Box 421083 (and/or 421082), 2nd floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa (Branch).

8  P.O. Box 2364, Islamabad, Pakistan (Branch).

The entity is in addition to those listed in:

The Bank's Notices dated 6 May 2003, 28 February 2003, 20 February 2003, 30 January 2003, 24 January 2003, 13 December 2002, 19 November 2002, 24 October 2002, 18 October 2002, 14 August 2002, 18 July 2002, 19 April 2002, 9 January 2002, 28 December 2001, 21 December 2001 and 6 December 2001 – each entitled NOTICE CONTAINING A DIRECTION UNDER ARTICLE 4 OF THE TERRORISM (UNITED NATIONS MEASURES) ORDER 2001 (S.I. 2001/3365);

The Bank's Notices dated 24 January 2003, 19 April 2002 and 11 March 2002 – each entitled NOTICE CONTAINING A DIRECTION UNDER ARTICLE 8 OF THE AL-QA'IDA AND TALIBAN (UNITED NATIONS MEASURES) ORDER 2002 (S.I. 2002/111).

ENDS

**Notes to Editors**

The Bank has previously issued Notices and press releases concerning Terrorism, Al-Qa'ida and the Taliban on 6 May, 15 April, 28 February, 21 February, 20 February, 30 January, 27 January and 24 January 2003, 13 December, 19 November, 24 October, 18 October, 11 October, 1 October, 12 September, 5 September, 14 August, 18 July, 19 April, 11 March, 9 January 2002, 28 December, 21 December and 6 December 2001. Earlier relevant Notices were issued on 3 May 2000, 23 February, 2 April, 10 & 12 October, 2 & 8 November 2001.

**Bank of England Notice**  29 May 2003

**UNITED NATIONS ACT 1946**

**NOTICE CONTAINING A DIRECTION UNDER ARTICLE 4 OF THE TERRORISM (UNITED NATIONS MEASURES) ORDER 2001 (S.I. 2001/3365)**

1. On 28 September 2001, the United Nations Security Council adopted resolution 1373 (2001). As from 10 October 2001, effect has been given in the United Kingdom to paragraph 1(c) and (d) of this resolution by the Terrorism (United Nations Measures) Order 2001 (SI 2001/3365), hereafter "the 2001 Order". The 2001 Order was made by Her Majesty by Order in Council in exercise of the powers conferred on Her by section 1 of the United Nations Act 1946 (c. 45).

2. In exercise of their powers under article 4 of the 2001 Order, the Treasury (through the Bank of England acting as the Treasury's agent) hereby direct all relevant institutions that any funds which they hold for or on behalf of the person listed in Annex 1 hereto must not be made available to any person except under the authority of a licence granted by the Treasury. This direction is to have effect until revoked by further notice given by the Treasury.

3. Where a relevant institution holds funds for or on behalf of the person listed in Annex 1, it must without delay send a copy of this notice to the person for whom, or on whose behalf, they are held.

4. A person who contravenes the direction given under paragraph 2, or who fails to comply with the requirement in paragraph 3, is guilty of a criminal offence under the 2001 Order.

5. In this notice, "funds" and "relevant institution" have the meaning given by the 2001 Order, as amended by the Al-Qa'ida and Taliban (United Nations Measures) Order 2002 (SI 2002/111), art 1(6) and the Financial Services and Markets Act 2000 (Consequential Amendments) (No. 2) Order 2001 (SI 2001/3801), art 2(1), (3).

6. Enquiries concerning any matter contained in this notice are to be addressed to the Bank of England, Threadneedle Street, London, EC2R 8AH and marked for the attention of the Financial Sanctions Unit (FSU). Enquiries may also be made at sanctions.unit@bankofengland.co.uk, on 020 7601 4309 (fax) or by telephone (020 7601 4768/4783/5580/5811).

BANK OF ENGLAND
29 May 2003

1

29 May 2003                                                                 ANNEX 1

**TERRORISM (UNITED NATIONS MEASURES) ORDER 2001**

**Entity**

1. **AL-AQSA FOUNDATION**

    AKA: Al-Aqsa International Foundation

    Al-Aqsa Charitable Foundation

    Sanabil al-Aqsa Charitable Foundation

    Al-Aqsa Sinabil Establishment

    Al-Aqsa Charitable Organization

    Charitable Al-Aqsa Establishment

    Mu'assa al-Aqsa al-Khayriyya

    Mu'assa Sanabil Al-Aqsa al-Khayriyya

    Aqssa Society

    Al-Aqsa Islamic Charitable Society

    Islamic Charitable Society for al-Aqsa

    Charitable Society to Help the Noble al-Aqsa

    Nusrat al-Aqsa al-Sharif

    Aqsa Charitable Establishment

    Al-Aqsa Spanm I Stiftelse

    Al Aqsa Spanmal Stiftelse

    Swedish Charitable Aqsa Est

    Addresses:

    1. Al-Aqsa E.V., Kappellenstrasse 36, D-52066, Aachen, Germany (Head Office)

    2. Stichting Al-Aqsa, Gerrit V/D Lindestraat 103 A (or E), 3022 TH, Rotterdam, Holland (Branch).

    3. Foreningen Al-Aqsa, P.O. Box 6222200KBKN (Denmark Branch)

2

4. Al-Aqsa (ASBL) BD Leopold II 71, 1080 Brussels, Belgium (Branch).

5. Aqssa Society – Yemen, P.O. Box 14101, San'a (Branch).

6. Noblev (a.k.a. Nobelvagen) 79 NB, 21433 Malmo (Sweden Branch).

7. PO Box 421083 (and/or 421082), 2nd floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa (Branch).

8. P.O. Box 2364, Islamabad, Pakistan (Branch).

BANK OF ENGLAND
29 May 2003