# Exhibit 19



| الرقم | اسم المرشح | الوظيفة | الرقم | تاريخ الاستشهاد | كيفية الاستشهاد |
|---|---|---|---|---|---|
| 1 | فريد طالب عبدالله الكعبي | | 37 | 02/01/20 | شهيد من قبل الامام |
| 2 | صالح ذنون احمد المزوري | | 28 | 02/01/20 | شهيد من قبل الامام |
| 3 | حسن نوري على النجار | | 28 | 02/01/20 | شهيد من قبل الامام |
| 4 | نجيب احمد السلام تركية | | 23 | 02/01/17 | شهيد من قبل الامام |
| 5 | احمد كاظم على خلف | | 21 | 02/01/22 | شهيد من قبل الامام |
| 6 | احمد علي سالم الزبير | | 42 | 02/01/17 | شهيد من قبل الامام |
| 7 | احمد عبد الله السيد عبود | | 31 | 02/01/22 | طارق مرور |
| 8 | الحاج مسلم السيد احمد | | 24 | 02/01/22 | طارق مرور |
| 9 | عبد الحسين سليمان دهيوش | | 23 | 02/01/22 | شهيد من قبل الامام |
| 10 | ادريس عبد الرسول جابر (جيش) | | 15 | 02/01/01 | ازمة في القلب |
| 11 | زايد خان نادر الشالجي | | 26 | 02/02/06 | شهيد من قبل الامام |
| 12 | سعدون محمد السلام الزنجلي | | 19 | 02/02/17 | طلق ناري |
| 13 | صالح كاظم مزبان عكار | | 35 | 02/02/18 | شهيد من قبل الامام |
| 14 | مالك عبد الجليل التكريتي | | 25 | 02/02/18 | شهيد من قبل الامام |
| 15 | علي حمد الجبار | | 22 | 02/02/19 | شهيد من قبل الامام |

الجمهورية اللبنانية
الهيئة الصحية الإسلامية

بيان بأسماء الشهداء الذين قضوا في معركة بنت جبيل ومحيطها

| رقم التوالي | اسم الشهيد | التاريخ | العمر | الجنسية | مكان الاستشهاد |
|---|---|---|---|---|---|
| 16 | حازم محمد بزي | 19/02/02 | 26 | لبناني | عيتا الشعب في الجنوب |
| 17 | فؤاد نعمة علي بصر | 19/02/02 | 30 | لبناني | |
| 18 | محمد عبد الحسن السعدي | 19/02/02 | 35 | لبناني | |
| 19 | نزيه عبد الله نجدي بكاني | 19/02/02 | 17 | لبناني | عيتا الشعب في الجنوب |
| 20 | رضوان عبد الله مرعب | 20/02/02 | 27 | لبناني | |
| 21 | زينب علي محمد شاتيلا | 24/02/02 | 22 | لبنانية | |
| 22 | رمزي عبد الله هاشم | 27/02/02 | 35 | لبناني | |
| 23 | محمد عبد الغني سبيتي | 27/02/02 | 27 | لبناني | |
| 24 | حسين نبيه عبد النبي | 27/02/02 | 34 | لبناني | |
| 25 | حليم سليمان غازي | 28/02/02 | 25 | لبناني | |
| 26 | محمد خليل قاسم | 01/03/02 | 21 | لبناني | عيتا الشعب في الجنوب |
| 27 | كارل ابن عبيد | 02/03/02 | 20 | لبناني | |
| 28 | إسماعيل | 03/03/02 | 25 | لبناني | |
| 29 | درغام عباس | 03/03/02 | 16 | لبناني | |
| 30 | محمد إبراهيم | 04/03/02 | 17 | لبناني | |
| 31 | علي خليل عباس | 04/03/02 | 30 | لبناني | |
| 32 | عبد المنعم شعيب | 04/03/02 | 24 | لبناني | |
| 33 | أحمد سليم الحسيني | 05/03/02 | 28 | لبناني | |

anfm@hally.net

| # | الاسم | تاريخ الاستشهاد | مكان وظروف الاستشهاد |
|---|---|---|---|
| 35 | شاكر محمد إسماعيل | 02/03/07 | 22 | عملية استشهادية في مدينة أربد |
| 36 | محمود فارس الطاهر | 02/03/08 | 24 | أثناء تنفيذه لعملية اقتحام مستعمرة استيطانية |
| 37 | طلال غازي مرعي | 02/03/09 | 30 | عملية استشهادية أثناء اقتحام باب الواد |
| 38 | نبيل عبد السلام الحلبي | 02/03/09 | 21 | عملية في نابلس |
| 39 | شادي كريم عبد النبي | 02/03/09 | 22 | عملية استشهادية في نابلس |
| 40 | شاكر أحمد سليم | 02/03/10 | 27 | استشهد في نابلس |
| 41 | خالد أحمد بشير | 02/02/20 | 27 | قتيل في مدينة سلفيت |

anfm@hally.net



| | جمعية التضامن الخيرية الإسلامية |
|---|---|
| سجلت الجمعية | نابلس |
| لدى وزارة الشؤون الاجتماعية | تلفون وفاكس: ٢٣٣٥٦٨٠ |
| الرقم: ٤-١٨٩-٢١١٧ | بريد إلكتروني: anfm@hally.net |
| تاريخ: ٢٧-٦-١٩٥٦ | |

أسماء الشهداء للأشهر ٢+٣ / ٢٠٠٢ ولم يصرف لهم الـ (٥٠٠) دينار

| الرقم | الاسم | المحافظة | العنوان | العمر | تاريخ الاستشهاد | كيفية الاستشهاد |
|---|---|---|---|---|---|---|
| ١ | ~~علي إبراهيم حسن~~ | ~~نابلس~~ | ~~بلاطة~~ | | | |
| ٢ | سعيد إبراهيم سعيد رمضان | نابلس | تل | ٢٣ | ٢٠٠٢/١/٢٢ | أثر عملية استشهادية في القدس الغربية |
| ٣ | لؤي محمد موسى عوديلي | نابلس | أوصرين | ١٥ | ٢٠٠٢/٢/١ | عيار ناري بالرأس أثناء المواجهات |
| ٤ | (محمد زياد) فايز محمد الخليلي | نابلس | نابلس | ٢٦ | ٢٠٠٢/٢/٦ | عملية استشهادية في الأغوار |
| ٥ | محمد عبد الحميد صالح حموضة | نابلس | شارع عمان | ١٩ | ٢٠٠٢/٢/١٧ | عملية استشهادية في الخضيرة |
| ٦ | صلاح الدين منصور فراح فراج | نابلس | م. بلاطة | ٣٥ | ٢٠٠٢/٢/١٨ | اشتباك مسلح عند اقتحام م. بلاطة |
| ٧ | ليلى كمال محمد قطاوي | نابلس | م. بلاطة | ٢٥ | ٢٠٠٢/٢/١٨ | عيار ناري في الصدر اثر اقتحام م. بلاطة |
| ٨ | خليل محمد محمود حرب | نابلس | م. بلاطة | ٢٢ | ٢٠٠٢/٢/١٩ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ٩ | زاهي محمود محمد زواتيه | نابلس | زواتا | ٢٦ | ٢٠٠٢/٢/١٩ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ١٠ | عمر عبد الفتاح حافظ ياسين | نابلس | الجنيد | ٣٠ | ٢٠٠٢/٢/١٩ | عملية استشهادية في حولا |
| ١١ | فؤاد يعقوب محمد اشتيه | نابلس | تل | ٣٥ | ٢٠٠٢/٢/١٩ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ١٢ | محمد حسين عطا الله حشاش | نابلس | م. بلاطة | ١٧ | ٢٠٠٢/٢/١٩ | عيار ناري في القلب |
| ١٣ | محمد عبد الله أبو مرسال | نابلس | م. بلاطة | ٢٧ | ٢٠٠٢/٢/١٩ | عيار ناري في الصدر |
| ١٤ | زهير عبد القادر عثمان عقل | نابلس | سبسطية | ٣٤ | ٢٠٠٢/٢/٢٠ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ١٥ | محمد عبد الله حايك | نابلس | جماعين | ٢٢ | ٢٠٠٢/٢/٢٤ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ١٦ | عبد الرحيم مصطفى سيف | نابلس | برقة | ٣٥ | ٢٠٠٢/٢/٢٧ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ١٧ | عماد سليمان عبد النبي المغربي | نابلس | م. بلاطة | ٢٧ | ٢٠٠٢/٢/٢٧ | عدة إصابات في أنحاء مختلفة من الجسم |
| ١٨ | مهدي حسن النمور | نابلس | شارع عمان | ٣٤ | ٢٠٠٢/٢/٢٧ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ١٩ | محمد مصطفى قاسم | نابلس | صرة | ٢٥ | ٢٠٠٢/٢/٢٨ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ٢٠ | دارين محمد توفيق أبو عيشه | نابلس | بيت وزن | ٢١ | ٢٠٠٢/٣/١ | عملية استشهادية على حاجز سيرا |
| ٢١ | تيسير كمال جعارة | نابلس | شارع عمان | ٢٠ | ٢٠٠٢/٣/٢ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ٢٢ | عبد الله كامل الحلو | نابلس | م عسكر | ٢٥ | ٢٠٠٢/٣/٣ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ٢٣ | محمود خليل طنطاوي | نابلس | م. بلاطة | ١٦ | ٢٠٠٢/٣/٣ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ٢٤ | أحمد فخري حشاش | نابلس | م. بلاطة | ١٧ | ٢٠٠٢/٣/٤ | عدة أعيرة نارية في كافة أنحاء الجسم |
| ٢٥ | حكم عبد الفتاح أبو عيشة | نابلس | م. بلاطة | ٣٠ | ٢٠٠٢/٣/٤ | عدة أعيرة نارية في كافة أنحاء الجسم |

W_S052109

In the name of Allah, the Compassionate, the Merciful

# Union Of Good

The "one hundred and one days" campaign to ease the blockade on the Palestinian people and support its steadfastness


[Logo – Union of Good]

The Islamic Charitable Society Al-Tadamun

Names of the martyrs in the months January, February and March 2002

| Manner of martyrdom | Date of martyrdom | Age | Address | Governorate | Trustee name | Full name of the martyr | No. |
|---|---|---|---|---|---|---|---|
| Elimination by the special forces | 1/22/2002 | 37 | Nablus | Nablus | | Yusuf Hamed Khaled al-Surakji | 1 |
| Elimination by the special forces | 1/23/2002 | 28 | Nablus | Nablus | | Jaser Ahmad Ramzi Samaru | 2 |
| Elimination by the special forces | 1/24/2002 | 28 | Nablus | Nablus | | Nasim Rafiq Ali Abu al-Rus | 3 |
| Martyrdom operation | 1/17/2002 | 23 | Beit Amarein | Nablus | | Abd al-Salam Sadeq Hasuna | 4 |
| Martyrdom operation | 1/22/2002 | 21 | Beit Wazn | Nablus | | Safwat Abd al-Rahim Khalil | 5 |
| Armed clash | 1/17/2002 | 42 | Old Askar Camp | Nablus | | Khamis Ahmad Ali Abdullah | 6 |
| Clashes | 1/23/2002 | 31 | Tubas | Tubas | | Abd al-Naser Sawafta | 7 |
| Martyrdom operation | 1/22/2002 | 24 | Tall | Nablus | | Ibrahim Sa'id Ramadan | 8 |
| Martyrdom operation in West Jerusalem | 1/22/2002 | 23 | Tall | Nablus | ---------- | **Sa'id Ibrahim Sa'id Ramadan** | 9 |
| Bullet in the head during clashes | 2/1/2002 | 15 | Usarin | Nablus | | Luay Muhammad Musa Udeili | 10 |
| Martyrdom operation in the [Jordan] Valley | 2/6/2002 | 26 | Nablus | Nablus | | (Muhammad Ziyad) Fayez Muhammad al-Khalili | 11 |
| Martyrdom operation in Hadera | 2/17/2002 | 19 | Amman St. | Nablus | | Muhammad Abd al-Hamid Saleh Hamuda | 12 |
| Armed clash during an invasion into Balata Camp | 2/18/2002 | 35 | Balata Camp | Nablus | | Salah al-Din Mansur Farah Faraj | 13 |
| Bullet in the chest during an invasion into Balata Camp | 2/18/2002 | 25 | Balata Camp | Nablus | | Layla Kamal Muhammad Qatawi | 14 |
| Several bullets all over the body | 2/19/2002 | 22 | Balata Camp | Nablus | | Khalil Muhammad Mahmud Harb | 15 |

**Phone and Fax**: 00970-9-2335680    **Mobile**: 00970-59-875987    **E-mail**: anfm@hally.net

W_S052106

In the name of Allah, the Compassionate, the Merciful

# Union Of Good


[Logo – Union of Good]

The Islamic Charitable Society Al-Tadamun

The "one hundred and one days" campaign to ease the blockade on the Palestinian people and support its steadfastness

| Several bullets all over the body | 2/19/2002 | 26 | Zawata | Nablus | | Zahi Mahmud Muhammad Zawatiya | 16 |
|---|---|---|---|---|---|---|---|
| Martyrdom operation in Mehola | 2/19/2002 | 30 | Al-Juneid | Nablus | | Omar Abd al-Fatah Hafez Yasin | 17 |
| Several bullets all over the body | 2/19/2002 | 35 | Tall | Nablus | | Fuad Ya'qub Muhammad Ashtiya | 18 |
| Bullet to the heart | 2/19/2002 | 17 | Balata Camp | Nablus | | Muhammad Husein Atallah Hashash | 19 |
| Bullet to the chest | 2/19/2002 | 27 | Balata Camp | Nablus | | Muhammad Abdullah Abu Mirsal | 20 |
| Several bullets all over the body | 2/20/2002 | 34 | Sebastiya | Nablus | | Zuheir Abd al-Qader Othman Aql | 21 |
| Several bullets all over the body | 2/24/2002 | 22 | Jamma'in | Nablus | | Muhammad Abdullah Hayek | 22 |
| Several bullets all over the body | 2/27/2002 | 35 | Burqa | Nablus | | Abd al-Rahim Mustafa Seif | 23 |
| Several bullets all over the body | 2/27/2002 | 27 | Balata Camp | Nablus | | Imad Suleiman Abd al-Nabi al-Maghrabi | 24 |
| Several bullets all over the body | 2/27/2002 | 34 | Amman St. | Nablus | | Mahdi Hasan al-Namur | 25 |
| Several bullets all over the body | 2/28/2002 | 25 | Sirra | Nablus | | Muhammad Mustafa Qasem | 26 |
| Martyrdom operation at Sira barrier | 3/1/2002 | 21 | Beit Wazn | Nablus | | Darin Muhammad Tawfiq Abu Aysha | 27 |
| Several bullets all over the body | 3/2/2002 | 20 | Amman St. | Nablus | | Taysir Kamal Ju'ara | 28 |
| Several bullets all over the body | 3/3/2002 | 25 | Askar Camp | Nablus | | Abdullah Kamel al-Hilu | 29 |
| Several bullets all over the body | 3/3/2002 | 16 | Balata Camp | Nablus | | Mahmud Khalil Tantawi | 30 |
| Several bullets all over the body | 3/4/2002 | 17 | Balata Camp | Nablus | | Ahmad Fakhri Hashash | 31 |
| Several bullets all over the body | 3/4/2002 | 30 | Balata Camp | Nablus | | Hikam Abd al-Fatah Abu Aysha | 32 |
| Several bullets all over the body | 3/4/2002 | 24 | Dir al-Hatab | Nablus | | Walid Seif Suleiman | 33 |
| Bullets to the heart during an invasion to the village Salem | 3/5/2002 | 28 | Salem | Nablus | | Yahya Jamil Ahmad Ashtiya | 34 |

**Phone and Fax**: 00970-9-2335680      **Mobile**: 00970-59-875987      **E-mail**: anfm@hally.net

W_S052107

In the name of Allah, the Compassionate, the Merciful

# Union Of Good


[Logo – Union of Good]

The Islamic Charitable Society Al-Tadamun

The "one hundred and one days" campaign to ease the blockade on the Palestinian people and support its steadfastness

| Martyrdom operation in Ariel settlement | 3/7/2002 | 22 | Madma | Nablus | | Shadi Muhammad Sidqi Nasar | 35 |
|---|---|---|---|---|---|---|---|
| He was eliminated as he was on his way to carry out a martyrdom operation | 3/8/2002 | 24 | Beit Wazn | Nablus | | Mahmud Sa'id Abd al-Rahim Salah | 36 |
| Three bullets to the heart | 3/9/2002 | 30 | Nablus | Nablus | | Hamed Izat Salman Imran | 37 |
| Martyrdom operation in Netanya | 3/9/2002 | 21 | Askar Camp | Nablus | | Sa'id Abd al-Hafiz Samih al-Bata | 38 |
| Martyrdom operation in Netanya | 3/9/2002 | 22 | Al-Ein Camp | Nablus | | Shadi Ali Mutlaq al-Najmi | 39 |
| Bullet in the shoulder which settled in the heart | 3/10/2002 | 27 | Sirra | Nablus | | Mahmud Taysir Ahmad Ghanem | 40 |
| Bombing at al-Maslakh checkpoint | 2/20/2002 | 27 | Kafr Qadum | Nablus | | Ghanem Taysir Ahmad Burhum | 41 |

**Phone and Fax**:: 00970-9-2335680      **Mobile**: 00970-59-875987      **E-mail**: anfm@hally.net

W_S052108

In the name of Allah, the Compassionate, the Merciful

| The association was registered with the Ministry of Social Affairs No. 2117-189-4 Date: 6/27/1956 |  [Al-Tadamun logo] Nablus | The Islamic Charitable Association Al-Tadamun Nablus Tel. and Fax: 2335680 Email: anfm@hally.net |
|---|---|---|

**Names of the martyrs in the months February and March 2002, to whom the 500 Dinars were not paid**

| Reason for martyrdom | Date of martyrdom | Age | Address | Governorate | Name | No. |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| Due to a martyrdom operation in West Jerusalem | 1/22/2002 | 23 | Tall | Nablus | Sa'id Ibrahim Sa'id Ramadan | 2 |
| Bullet to the head during the clashes | 2/1/2002 | 15 | Usarin | Nablus | Luay Muhammad Musa Udeili | 3 |
| Martyrdom operation in the [Jordan] Valley | 2/6/2002 | 26 | Nablus | Nablus | (Muhammad Ziyad) Fayez Muhammad al-Khalili | 4 |
| Martyrdom operation in Hadera | 2/17/2002 | 19 | Amman St. | Nablus | Muhammad Abd al-Hamid Saleh Hamuda | 5 |
| Armed clash when attacking Balata Camp | 2/18/2002 | 35 | Balata Camp | Nablus | Salah al-Din Mansur Farah Faraj | 6 |
| Bullet to the chest due to attacking Balata Camp | 2/18/2002 | 25 | Balata Camp | Nablus | Layla Kamal Muhammad Qatawi | 7 |
| Several bullets all over the body | 2/19/2002 | 22 | Balata Camp | Nablus | Khalil Muhammad Mahmud Harb | 8 |
| Several bullets all over the body | 2/19/2002 | 26 | Zawata | Nablus | Zahi Mahmud Muhammad Zawatiya | 9 |
| Martyrdom operation in Mehola | 2/19/2002 | 30 | Al-Juneid | Nablus | Omar Abd al-Fatah Hafez Yasin | 10 |
| Several bullets all over the body | 2/19/2002 | 35 | Tall | Nablus | Fuad Ya'qub Muhammad Ashtiya | 11 |
| Bullet to the heart | 2/19/2002 | 17 | Balata Camp | Nablus | Muhammad Husein Atallah Hashash | 12 |
| Bullet to the chest | 2/19/2002 | 27 | Balata Camp | Nablus | Muhammad Abdullah Abu Mirsal | 13 |
| Several bullets all over the body | 2/20/2002 | 34 | Sebastia | Nablus | Zuheir Abd al-Qader Othman Aql | 14 |
| Several bullets all over the body | 2/24/2002 | 22 | Jamaein | Nablus | Muhammad Abdullah Hayek | 15 |
| Several bullets all over the body | 2/27/2002 | 35 | Barqa | Nablus | Abd al-Rahim Mustafa Seif | 16 |
| Several bullets all over the body | 2/27/2002 | 27 | Balata Camp | Nablus | Imad Suleiman Abd al-Nabi al-Mughrabi | 17 |

W_S052109

| Several bullets all over the body | 2/27/2002 | 34 | Amman St. | Nablus | Mahdi Hasan al-Namur | 18 |
|---|---|---|---|---|---|---|
| Several bullets all over the body | 2/28/2002 | 25 | Surra | Nablus | Muhammad Mustafa Qasem | 19 |
| Martyrdom operation at Sira checkpoint | 3/1/2002 | 21 | Beit Wazn | Nablus | Darin Muhammad Tawfiq Abu Aysha | 20 |
| Several bullets all over the body | 3/2/2002 | 20 | Amman St. | Nablus | Taysir Kamal Ju'ara | 21 |
| Several bullets all over the body | 3/3/2002 | 25 | Askar Camp | Nablus | Abdullah Kamel al-Hilu | 22 |
| Several bullets all over the body | 3/3/2002 | 16 | Balata Camp | Nablus | Mahmud Khalil Tantawi | 23 |
| Several bullets all over the body | 3/4/2002 | 17 | Balata Camp | Nablus | Ahmad Fakhri Hashash | 24 |
| Several bullets all over the body | 3/4/2002 | 30 | Balata Camp | Nablus | Hikam Abd al-Fattah Abu Aysha | 25 |

W_S052109 [continued]