# Exhibit 20

بسم الله الرحمن الرحيم

ملف رقم:



# شهيد انتفاضة الاقصى

## المجاهد البطل

أيمـن عدنان محمد حلاوة



تاريخ الاستشهاد: ٢٢/١٠/٢٠٠١

رقم الهاتف: ٣٧٨٥٨٧٣

W_S057507



W_S057509



W_S057510



البنك العربي

إسم العميل
رقم الحساب
الفـــرع
هاتـــف   ص.ب

W_S057511

بسم الله الرحمن الرحيم

| | استمارة أسرة شهيد | |
|---|---|---|
| /٥٤٢٨ | العمر: ١٩٨٤/١٠/١٧ | اسم الشهيد: ١- حميد عدنان محمد حلاوه |
| /٥٤٢٩ | العمر: ١٩٧٦/٩/١١ | اسم الزوجه: رزان حسني حلمي حلاوه |
| | العمر: ٣٥ | المعيل الحالي للأسرة: رزان حسني حلمي حلاوه |
| | الدخل الشهري: ٢٠٠ دينار | صلة القرابة: زوجه   المهنة: مدرسة |
| | | عدد أفراد الأسرة: ٥ |

| الرقم | الاسم | العمر | صلة القرابة | المؤهلات | ملاحظات |
|---|---|---|---|---|---|
| ١ | دلال عبدالرحمن ابو العود | ٤٥ | أم | اعدادي | |
| ٢ | حميد | ٢٢ | اخ | طالب جامعي | بكالوريوس |
| ٣ | غاده | ١٥ | اخت | طالبة مدرسة | |
| ٤ | رزان | ٢٥ | زوجه | بكالوريوس حكومة | |
| ٥ | عدنان | ٦ أشهر | ابن | — | — |
| ٦ | | | | | |
| ٧ | | | | | |

مكان اقامة الاسره: فلسطين
اسم المدينه: نابلس   البلده أو المخيم:   الحي أو الشارع: حلاوه

رقم الحساب: ٩-٢٢٢٨٦٢٤   البنك: البنك العربي   الفرع: نابلس
اسم صاحب الحساب: رزان حسني حلمي حلاوه

ملاحظات المشرف الاجتماعي حول وضع الأسرة وتوصياته:
تاريخ الاستشهاد: ٢٠٠١/٨/٢٩
رقم الهاتف: ٢٤٧٨٥٧٢
طبيعة عمل الشهيد: طالب جامعي
رقم هوية الوكيل:
كيفية الاستشهاد: بالتاريخ المذكور اعلاه تم اغتيال الشهيد البطل وهو داخل سيارته من قبل قوات الاحتلال بصورة غادرة كالعادة استشهد على الفور.

إضافة صورة:

W_S057512

**Palestinian Authority**
**Ministry of Interior**
**Department of Civil Affairs**

السلطة الفلسطينية
وزارة الداخلية
مديرية الأحوال المدنية

# Death Certificate
شــهادة وفــاة

| | | | |
|---|---|---|---|
| Id No. | رقم الهوية | 9 . 0797450 5 | |
| Name | إسم المتوفي | أيمن | |
| Father's name | إسم الأب | عدنان | |
| G.F.'s name | إسم الجد | محمد | |
| Family name | إسم العائلة | حلاوه | |
| Sex | الجنس | ذكر | |
| Religion | الديانة | مسلم | |
| D. of death | تاريخ الوفاة | 2001/10/22 — الثاني والعشرون من شهر تشرين الأول لعام ألفين و واحد | |
| P. of death | مكان الوفاة | نابلس | |
| Hospital | المستشفى | -- | |
| D. of birth | تاريخ الميلاد | 1974/10/17 | |
| Nationality | الجنسية | فلسطيني | |
| M. status | الحالة المدنية | متزوج | |
| M.'s name | إسم الأم | دلال | |
| Address | العنوان | نابلس — خلة العامود 0 - 0 | |

The details about the above mentioned death have already been registered in the death file of year 2001
by Department of Civil Affairs in Nablus On 31/10/2001


توقيع
الموظف المختص



W_S057513

In the name of Allah, the Compassionate, the Merciful

Case no.:

*And the martyrs are with their Lord, they shall have their reward and their light*

**Martyr of the al-Aqsa Intifada**

**The brave holy warrior**



Ayman Adnan Muhammad Halawa

**Date of martyrdom:** 10/22/2001

**Phone no.:** 2[?][?]8573

| Palestinian National Authority | | Contract no.: 18601 |
|---|---|---|
| Chief Justice | **In the name of Allah, the Compassionate, the Merciful** | Contract date: 19 Rab'i Awwal 1418<br>Corresponds with: 7/24/1997 |
| The Shariah Courts | "And of His signs is that He created for you mates from your own selves that you may take comfort in them, and He ordained affection and mercy between you. | Contract place: Wife's father's house |
| The Shariah Court in Nablus | There are indeed signs in that for people who reflect." | |

Thus spoke Allah the Mighty

# A marriage Contract

| | **First name** | **Father** | **Grandfather** | **Family** | **City** | **Birth place and date** | **Place of residence** | **Nationality** | **Religion** | **Marital status** | **Occupation** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | The husband | Ayman | Adnan | Muhammad | Halawa | Nablus | Nablus 4/17/1974 | Nablus | Palestinian | Muslim | Single | Student |
| | The wife [illegible] | Razan | Husni | Hilmi | Halawa | Nablus | Nablus 9/11/1976 | Nablus | Palestinian | Muslim | Single | Student |
| 2 | Documents that confirm the age and the lack of objections | Husband's ID, Wife's ID | | | | | | | | | |
| 3 | The dowry and its type | Advance dowry – A gold Lira | | | | | | | | | |
| | | Deferred dowry – Five thousand Jordanian Dinars | | | | | | | | | |
| | | Supplements – Two thousand Jordanian Dinars in cash for home furniture | | | | | | | | | |

|  | The Palestinian Authority | **Identity Card** |
|---|---|---|
|  | **Identity No.:** | 9 0797450 5 |
|  | **First Name:** | Ayman |
|  | **Father's Name:** | Adnan |
|  | **Grandfather's Name:** | Muhammad |
|  | **Family Name:** | Halawa |
| [Logo and stamp of the P.A. – Personal Status Department] | **Mother's Name:** | Dalal |
|  | **Date of Birth:** | 10/17/[illegible] |
|  | **Place of Birth:** | Nablus |
|  | **Sex:** Male  **Religion:** Muslim |  |
| **On:** [illegible] | **Registered in:** Nablus |  |

| The Palestinian Authority | | **Attachment to Identity Card** | |
|---|---|---|---|
| | | **Identity No.:** [illegible] | |
| **Family Name:** Halawa | | | |
| **First Name:** Ayman | | | |
| **Address:** Nablus | | 0 | 0 |
| [illegible] | | | |
| **Marital Status:** Married | **Identity No. of Spouse:** [illegible] | | |
| **Spouse Name:** Razan | | | |
| **Identity No. of Spouse:** | | | |
| **Spouse Name:** | | | |
| **Previous Family Name:** | | | |
| **Previous First Name:** | | | |

| | The Palestinian Authority | **Identity Card** |
|---|---|---|
| | **Identity No.:** | 9 0142617 1 |
| | **First Name:** Razan | |
| | **Father's Name:** Husni | |
| | **Grandfather's Name:** Hilmi | |
| | **Family Name:** Halawa | |
| [Logo and stamp of the P.A. – Personal Status Department] | **Mother's Name:** Dunya | |
| | **Date of Birth:** 09/11/1976 | |
| | **Place of Birth:** Nablus | |
| | **Sex:** Female     **Religion:** Muslim | |
| **On:** 08/[?]/2001 | **Registered in:** Nablus | |

| The Palestinian Authority | **Attachment to Identity Card** | |
|---|---|---|
| | **Identity No.:** 9 0142617 1 | |
| **Family Name:** Halawa | | |
| **First Name:** Razan | | |
| **Address:** Nablus | 0 | 0 |
| [illegible] | | |
| **Marital Status:** Married | **Identity No. of Spouse:** 9 0797450 5 | |
| **Spouse Name:** Ayman | | |
| **Identity No. of Spouse:** | | |
| **Spouse Name:** | | |
| **Previous Family Name:** | | |
| **Previous First Name:** | | |

Arab Bank

Name of Customer: [Illegible]

Account no.: 43[illegible] / 670
6[illegible]
600

Branch: [illegible]

Phone no.: [illegible]     P.O. Box: [illegible]

**In the name of Allah, the Compassionate, the Merciful**

| Martyr's Family Form | | | | | |
|---|---|---|---|---|---|
| Martyr's name: Ayman Adnan Muhammad Halawa | | | Age: 10/17/1974    / 28 years | | |
| Name of spouse: Razan Husni Hilmi Halawa | | | Age: 9/11/1976    / 29 years | | |
| Current provider of the family: Razan Husni Hilmi Halawa | | | Age: 25 | | |
| Relation: Wife | Profession: Teacher | | Monthly income: 200 Dinars | | |
| **Number of family members: 5** | | | | | |
| No. | Name | Age | Sex | Education | Comments |
| 1 | Dalal Abd al-Rahman Abu al-Sa'ud[?] | 45 | Mother | Elementary school | |
| 2 | Amid | 22 | Brother | University student | Studies at the university |
| 3 | Ghada | 15 | Sister | Student | |
| 4 | Razan | 25 | Wife | B.A. [illegible] | |
| 5 | Adnan | 6 months | Son | --- | --- |
| 6 | | | | | |
| 7 | | | | | |
| **Family's place of residence:** Palestine | | | | | |
| City: Nablus | | Town or camp: | | Neighborhood or street: Halawa | |
| | | | | | |
| Account no.: 432863-9 | | Bank: Arab [Bank] | | Branch: Nablus | |
| Name of account holder: Razan Husni Hilmi Halawa | | | | | |

**Social supervisor's comments regarding the family's situation, and his recommendations:**
Date of martyrdom: 10/22/2001          The martyr's occupation: University student
Phone no.: 2378573                Authorized representative ID no.:
Manner of martyrdom: On the aforementioned date the hero martyr was assassinated by the Occupation forces with a charge, while inside a car, which led to his instant martyrdom.

Add picture:

**Palestinian Authority**

**Ministry of Interior**

**Department of Civil Affairs**



### Death Certificate

ID No.: 9 0797450 5

| | |
|---|---|
| **Name:** Ayman | **Father's name:** Adnan |
| **Grandfather's name:** Muhammad | **Family name:** Halawa |
| **Sex:** Male | **Religion:** Muslim |

**Date of death:** 10/22/2001 – Twenty Two October, Two thousand and one.

| | |
|---|---|
| **Place of death:** Nablus | **Hospital:** --- |
| **Date of birth:** 10/17/1974 | **Nationality:** Palestinian |
| **M. status:** Married | **M. name:** Dalal |

**Address:** Nablus    Khalat al-Amud    0 – 0

The details about the above mentioned death have already been registered in the death file of year 2001 by Department of Civil Affairs in NABLUS on 10/31/2001

**Department Stamp**

**Signature of Authorized clerk:**