# Exhibit 22

**Palestinians Relief & Development Fund - Interpal**
**NatWest Business Bank Accounts - All Currencies**
**Summary of Identified Withdrawal Transactions for the Benefit of Selected Organizations**

**Annual Withdrawal Totals Presented in US Dollars**
**For the Time Period: October 1996 to August 2005**

| Ref. ID | Organization Name | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Al-Mujama al-Islami - Gaza (Islamic Complex) | $ 12,000 | $ 95,800 | $ 56,760 | $ 57,160 | $ 105,617 | $ 297,920 | $ 294,470 | $ 259,844 | $ 173,086 | $ 163,271 | $ 1,515,928 |
| 2 | Al-Jam'iya al-Islami - Gaza (Islamic Society) | 21,500 | 128,930 | 22,810 | 133,806 | 144,839 | 354,664 | 517,512 | 603,602 | 401,938 | 358,947 | 2,688,549 |
| 3 | Al Salah Islamic Association - Gaza | - | 294,205 | 423,499 | 91,150 | 388,317 | 777,657 | 417,916 | 898,158 | 346,432 | 364,458 | 4,001,792 |
| 4 | Al-Wafa Charitable Society - Gaza | 10,000 | 27,900 | 7,693 | 27,200 | 26,076 | 75,356 | 26,649 | 129,726 | 23,585 | - | 354,185 |
| 5 | Islamic Charitable Society - Hebron | - | 352,570 | 214,600 | 147,998 | 404,055 | 809,074 | 340,194 | 714,071 | 377,658 | 185,363 | 3,545,582 |
| 6 | Jenin Zakat Committee | - | 22,350 | 67,414 | 58,787 | 60,228 | 186,345 | 182,109 | 431,051 | 199,451 | 99,775 | 1,307,510 |
| 7 | Nablus Zakat Committee | - | - | 33,340 | - | 94,376 | 117,072 | 112,026 | 178,101 | 138,073 | 59,613 | 732,601 |
| 8 | Al-Tadamun Charitable Society - Nablus | - | 20,000 | - | - | - | 136,661 | 112,290 | 197,458 | 88,100 | 25,094 | 579,603 |
| 9 | Tulkarem Zakat Committee | - | 5,821 | 31,000 | 6,000 | 25,083 | 73,214 | 136,115 | 230,815 | 69,270 | - | 577,318 |
| 10 | Ramallah - Al-Bireh Zakat Committee | - | 61,946 | 40,500 | 8,350 | 54,435 | 73,982 | 58,364 | 49,423 | 64,117 | 8,309 | 419,426 |
| 11 | Al-Islah Charitable Society - Ramallah & Al-Bireh | - | - | - | - | - | 211,560 | 114,198 | 82,047 | 72,396 | 72,902 | 553,103 |
| 12 | Beit Fajar Zakat Committee | - | 21,000 | 7,000 | 5,000 | 17,801 | 21,859 | 28,345 | 43,169 | 65,457 | 10,963 | 220,593 |
| 13 | Jerusalem Central Zakat Committee | - | 13,000 | 20,440 | 5,000 | 3,044 | 5,940 | 23,683 | 13,984 | 6,465 | - | 91,555 |
| 14 | Osama A. H. El Kurd | - | - | - | 3,967 | 3,000 | 5,000 | - | - | - | - | 11,967 |
| | | $ 43,500 | $ 1,043,522 | $ 925,056 | $ 544,418 | $ 1,326,872 | $ 3,146,302 | $ 2,363,871 | $ 3,831,449 | $ 2,026,028 | $ 1,348,695 | $ 16,599,713 |

Note: As of November 19, 2009, the totals above do not include 619 withdrawals, transferred between February 1995 and February 2005, with a US Dollar value of $10,170,600 for which a beneficiary was not identified.