# Exhibit 23

Exhibit 23 consists of a video file with a certified translation.



**Global Arabic Translation Services**

الخدمات العالمية للترجمة العربية

65 Tzfat St., Petah-Tikva, Israel
+972 54 8349.337
www.GatsTranslations.com

## CERTIFICATION

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached transcript of L_C151486 is a true and accurate English translation of the original spoken Arabic language.

Date: July 16, 2014

Yaniv Berman

[Reporter: Fuad Nur al-Din]

[A sign below the stage, which bears the logo of The Islamic Society – Gaza, reads: "The Islamic Society in the Gaza Governorates Welcomes the Honorable Guests"]

[A sign above the stage which bears the logo of The Islamic Society – Gaza reads: "Graduation Ceremony of the 11th Year of the Islamic Society's Kindergarten buds"]

[Reporter:]

The first Palestinian Intifada, [which began in] 1987 and continued until the wretched Oslo Accords in 1993, opened the door wide for the Palestinian children to play an advanced role, as their stone became a symbol around the world, and wrote the history of a people's untiring jihad.

Since 1993, a Palestinian generation was brought up, and in the current Intifada it has been engaged in throwing stones and hurting soldiers.

The Palestinian children, who are now in the front lines of the clashes in the Palestinian territories, understand the strengths of this nation. They are taking the role of men in this play, which was organized in the city of Gaza. They imitate the words and gestures of the honorable Hizbullah Secretary-General, Hasan Nasrallah. They even make their appearance more convincing, bringing his blond escort, who always stands beside him with his sunglasses. The play begins with a display of the Palestinian pain, and continues with Nasrallah's pledge to the prisoners to free them from the enemy's jails.

[Child imitating Hasan Nasrallah's speech – inaudible]

These words are followed by a warm clap of hands from the mass audience of children, who seemed involved with what they heard and memorized before the play.

And as the Hizbullah flag waves on the wooden stage, the child continues to cite the thundering speech of the honorable [Nasrallah] – a speech which materialized in the Shab'ah Farms a few days after. We are with you, and that's enough. And of course, he did not forget the hand gesture.

 [Child imitating Hasan Nasrallah speech - inaudible]

Among this innocent crowd, not long after, sit martyrdom-seekers, whose bodies are wrapped in dynamite sticks. Then, Hamas founder Sheikh Ahmed Yssin calls to punish the Zionists, as he delivers a speech, and with him – his escorts.

 [Child imitating Ahmed Yassin - inaudible]

The end resembles a military procession or maneuver, during which the Intifada children capture a Zionist soldier. This is followed by a loud parade, and enthusiastic songs.