# Exhibit 24

Exhibit 24 consists of a video file with a certified translation.



**Global Arabic Translation Services**
الخدمات العالمية للترجمة العربية

65 Tzfat St., Petah-Tikva, Israel
+972 54 8349.337
www.GatsTranslations.com

## CERTIFICATION

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached transcript of L_C093034 is a true and accurate English translation of the original spoken Arabic language.

Date: July 17, 2014

Yaniv Berman

Translation of: https://www.youtube.com/watch?v=KKma5eW7_sw (12:12-14:18)

**12:11 - 12:18**

… Ashraf Abu Khadr, the martyrs of the Nablus Governorate, and the martyrs…

**12:20 - 12:22**

The resistance committees and the al-Aqsa Martyrs' Brigades…

**12:35 - 12:42**

Islam calls you! Take over the banner from those before you!

**12:54 - 13:01**

This is the entrenched, faith-based determination. Go ahead, O men of resistance.

**13:26 – 13:27**

O brothers…

**13:29 – 13:33**

I swear by Allah Almighty

**13:34 – 13:36**

to resist

**13:38-13:39**

and engage in holy war against

**13:40 – 13:44**

the Israeli enemy

**13:45 - 13:48**

with my soul and my money

**13:49 - 13:50:**

and my words,

**13:51 – 13:55**

even if this leads to my martyrdom.

**13:56 – 14:00**

To avenge the souls of the martyrs.

**14:02 - 14:09**

Jihad is our way! Jihad is our way!

**14:09 – 14:16**

And death in Allah's path is our paramount wish.

**14:16 - 14:18**

Allah is the greatest, praise be to Allah!

L_C093034