# Exhibit 25

# The Royal Bank of Scotland Group

**Group Investigations & Fraud**

Regent's House
42 Islington High Street
London N1 8XL

Telephone: 020 7615 7276
Facsimile: 020 7615 7288

Your Ref:
Our Ref:   MH
Date:   27th September 2001

The Duty Desk
Economic Crime Unit
National Criminal Intelligence Service

We have been alerted to the following web site - http://cryptome.org/za-hamas.htm

Page 23 of the article quotes details of a NatWest connection Palestinians Relief & Development Fund – Interpal. The article makes allegations of links with Hamas. We wish to bring this web site to your attention and advise you that the accounts mentioned, and others, are held at NatWest Finsbury Park Branch.

We are currently undertaking a thorough review of the activity through all the accounts held for the Palestinians Relief & Development Fund – Interpal with a view to making a full disclosure in due course.

M. Hoseason
Senior Consultant
Group Investigations & Fraud

The Royal Bank of Scotland Group plc
Registered in Scotland No 45551
Registered Office: 36 St Andrew Square Edinburgh EH2 2YB

HIGHLY CONFIDENTIAL                                                                                                    NW 212124