# Exhibit 26

24 September 2001

From Anonymous

The briefing document below was prepared for the South African President, Thabo Mbeki, during 1998 in response to the Muslim uprising in the Western Cape Province to protest the decline in Law and Order under his administration, principally organized drug dealing, murder, prostitution and rape (South Africa has the highest murder, rape and HIV-infection statistics globally). An amalgamation of devout Muslim groups with some Christians, part of Mbeki's African National Congress (ANC) 'Alliance' with the Communist Party (SACP), formed an organization, People Against Gangsterism and Drugs (PAGAD). Mbeki was a member of the SACP Politbureau.

The report examines international Muslim militancy and its presence locally. It was drawn up on the relayed order of the Minister of Intelligence, Joe Nhlanhla (since suffered a stroke), by the section of the National Intelligence Agency (NIA) that reports directly to the Office of the President.

This section also monitors the democratic opposition in South Africa (communications, foot and vehicular surveillance and records sexual conduct videographically), journalists (their detention, recruitment and expulsion in the case of one foreign accredited writer) and his own Cabinet (Deputy President Jacob Zuma and Public Works Minister Jeff Radebe with whose wife he is close. Radebe was Mbeki's colleague on the Central Committee of the SACP, along with Govan Mbeki, the President's father who is recently deceased).

Mbeki had grown anxious at the loss of mulatto support in Western Cape where they are the electoral majority. The legislative capital is in Cape Town. He was convinced that they were being organized by Hamas and Islamic Jihad. His concerns where triggered on the advice of the Muslim-Communists, Essop Pahad (Deputy Minister in his office and confidant), the brother of Essop, Aziz (Deputy Minister of Foreign Affairs), Dullah Omar (Minister of Justice, now Minister of Transport) and Kadar Asmal (Minister of Water Affairs and Forestry, now Education Minister). These Muslim-Communists were alarmed at the eroding support for the ANC-SACP in the Western Cape and escalating use of force by PAGAD against the drug gangs and their leaders and their street propaganda against the ANC-SACP. Coinciding with American aerial bombing of Iraq, PAGAD cells were believed to be behind the bombing of the Plant Hollywood restaurant in Cape Town, a symbol of the United States. PAGAD refutes the allegations claiming NIA and Security Police provocateurs were responsible. PAGAD has been a priority target for the Mbeki apparatus and several of its members have been indicted on serious criminal charges while investigating the bombings in Cape Town. Among these was the arrest by traffic police of an NIA agent who was transporting pipe bombs from Johannesburg (Jhb) to Cape Town. Criminal trials against PAGHAD are in progress in the Western Cape.

PAGAD is not organizationally linked with the International Islamic Militants who prefer to keep South Africa a rear base for military training, convalescence, fund raising, media and proselytizing. They have an understanding with the ruling ANC-SACP. PAGAD arose out of the local, mostly Islamic opposition to criminality and the contradictions within the ANC-SACP.

The NIA briefing was not well received by the President's Office, in part for mentioning the presence of militants (page 34) at the two Islamic Conference held in consecutive years in the Muslim ghetto, Laudium, near Pretoria, the executive capital. Present under protection of the NIA, the South African Secret Service (SASS), the Security Police (SAPS) and the President's Office were Hamas, Al Qaeda, Islamic Jihad, Taliban, Islamic Salvation Front (Algeria), Hezbollah and Chechen rebels at the time engaged against the Russian military in Grozne. The surveillance against Muslim extremists mentioned in the report, with the exception of those in PAGAD was suspended. Embassy surveillance against Islamic states supportive of terrorism remained intermittent or non existent, the preferred focus remaining on the following diplomatic premises and staffers by the NIA Counter Espionage (NIA (CE)) section headed by a mulatto Hilton "Tim" Dennis (in order of priority):

1. USA
2. Israel
3. United Kingdom
4. France
5. Germany
6. Italy
7. Portugal

After Nhlanhla's stroke and the public discovery of an NIA (CE) surveillance camera aimed at the German embassy in Pretoria, Dennis was promoted by Mbeki to head the SASS, the South African equivalent of the CIA. In this role Dennis has strengthened links with Libya's Musa/Moosa Kusa (wanted for conspiracy in the downing of a French airliner over Africa). Kusa heads Mohammar Ghadafi's Jamahirya Security Organization and is a frequent guest of SASS in Pretoria.

Mbeki believes himself adept at handling both the internal contradictions of the ANC-SACP and international politics, particularly between African-based Islamic fundamentalism and the West. South Africa holds both the chair the Non Aligned Movement and the British Commonwealth. Relations with the United States were easier under the Clinton Administration and his Under Secretary of State for Africa, Suzan Rice. Symbolically Mbeki's power to persuade the US embassy to lower its flag to half staff in mourning for the death of the head of the SACP in April 1993 was viewed across the continent as an indicator of his growing influence over Washington, the more so when it was learned that Ambassador, Princeton Lyman, had to lower the flag himself after the US Marine non-commissioned guards refused to do so. The later establishment of a USA-SA bi-national commission was considered a crowning diplomatic achievement by the ANC-SACP until it was ended earlier this year by US Vice President Richard Cheney.

Rice's successor, Walter Kanstiener, who wished to be Ambassador to South Africa wants the bi-national commission resurrected. Previously he had drafted a glowing background brief paper on Mbeki for President-elect Bush before their meeting with at the Bush ranch near Austin, Texas. Communist and ANC leaders who organized the two Islamic Conferences in Pretoria were concerned that that Kantstiener's book "South Africa: Revolution or Reconciliation" (1988) indicated a strong Republican Party perspective. In his work Kanstiener attacked the ANC-SACP as a group of "violent revolutionaries" engaged in an "unjustified" and "Marxist" struggle without a mandate from the people. Further he urged each American to "resist the temptation to become (…) a romantic revolutionary supportive of violent revolutionary tactics". His subsequent shift in perspective and sudden U-turn on dealing with the South African government was attributed by the Hamas, Taliban and Hezbollah supporters in the ANC-SACP government to his benefiting from the privatization deal last year (since stalled on implementation) for American companies to buy out the South African state telecommunications company, Telkom. Kanstiener is to direct the diplomatic effort the United States makes in Africa to defeat Islamic terrorist networks alongside Mbeki's administration.

The NIA briefing report provides insight into the international, clandestine organization of Islamic extremists. Based on composite source documents from the

NIA/SASS archive, it outlines the type of structure and organization Washington intends confronting during the second phase of the "New War on Terrorism". Also the networking between Islamic militant organizations is mentioned in some detail. Much of the information was provided by the declared, CIA head of station in Pretoria under the bi-lateral agreement with NIA/SASS and the Israeli intelligence representative at a time the Mossad (Central Institute for Intelligence and Special Duties) was completing its re-organization.

---

*Cover Page*

SECRET

National Intelligence Agency

THE GENERAL MANAGER SPECIAL PROJECTS

[no handling instruction: single recipient]

HAMAS (ISLAMIC RESISTANCE MOVEMENT) AL-MUJII AL ISLAMIYAJ

[index redacted] [ideography retained]

*Page 1*

HAMAS (ISLAMIC RESISTANCE MOVEMENT) / AL- MUJII AL ISLAMIYAJ

HAMAS is a Palestinian based organisation which was formed with the purpose of fighting for the Palestinian people because of the oppression they experienced by the Jewish state and Palestinian government.

BACKGROUND

Prior to the formation of HAMAS, the Muslim Brotherhood (MB) felt the need for an internal organization to oppose Israeli occupation. Several cell structures, such as "al-Majd" (intelligence) and "al-Mujahidun" (commando) which was formed in 1983, were formed to fill this void. Israeli forces however managed to infiltrate and crack several of these units soon after their formation. On 1987-12-14 Ahmed YASSIN formed the PALESTINIAN ISLAMIC RESISTANCE MOVEMENT as an offshoot of the MB. HAMAS structures took over the secret MB cell structures which were already in place, including "al-Majd" (intelligence) and "al-Mujahidun" (commando).

HAMAS was formed from two previous groups started by Sheikh YASSIN:

- the ISLAMIC COMPOUND;

- the ISLAMIC AID SOCIETY;

- served as the principle instrument for the activities of the MUSLIM BROTHERHOOD (founded in Egypt in 1928) in Palestine, setting up a network of kindergartens, schools, seminaries and mosques, and the ISLAMIC AID SOCIETY, all of which were used to recruit Palestinians who regarded the PLO leadership as tainted and corrupt.

HAMAS was found by Sheik Ahmad YASSIN on 14 December 1987, shortly after the uprising in Palestinian refuge camps in the Gaza strip (a few days after the INTIFADA began).

*Page 2*

HAMAS is supported by the smaller ISLAMIC JIHAD and the POPULAR FRONT.

HAMAS is an outgrowth of the EGYPTIAN IKHWAN ORGANISATION. HAMAS also has recruited members of the former followers of the DFLP.

HAMAS is a fanatical splinter group that also attracted Palestinian recruits after the 1982 Israeli invasion of Lebanon. Working behind the scenes was the fundamentalist regime in IRAN which sought to create a sympathetic movement among Palestinians in Southern Lebanon.

The Israeli government used the HAMAS to undermine those arguing for negotiations between Israel and the PLO. The Israeli authorities saw the Israeli military tolerated the HAMAS until 1988 when the HAMAS influence spread to the Israeli-controlled WEST BANK and GAZA STRIP. Here it was argued, was an organisation whose existence denied ARAFAT's claim to represent all Palestinians. The HAMAS is now regarded as the "SWORN DESTROYER OF ISRAEL" and the Israeli's are now too aware of the danger the HAMAS poses.

In 1983, Sheikh YASSIN was arrested for establishing a military wing for the movement, known as AL-MUJAHEDIN AL FALESTINIIN (THE PALESTINIAN FIGHTERS), and for have hidden weapons in his home.

At the start of the Palestinian uprising, INTIFADA, in December 1987, Sheikh YASSIN brought together the AL-MUJII/AL-MUJAHEDIN groups under the umbrella of a group called the HAMAS.

In 1989 the HAMAS movement was outlawed by the Israeli government authorities.

On 20 December 1992, since the beginning of the INTIFADA, HAMAS and Arafat's FATAH FACTION of the PLO joined forces "AGAINST THE ISRAELI OPPRESSION IN ORDER TO BRING BACK DEPORTED BROTHERS". HAMAS also capitalises on Palestinian frustrations.

*Page 3*

IRAN believes that the HAMAS to be the group most able to thwart US policies for peace in the Middle East.

IDEOLOGY

In August 1988 HAMAS published the "ISLAMIC CHARTER" within which it defines itself as the Palestinian branch of the Muslim Brotherhood. HAMAS ideology as reflected is basically identical with that of the main stream brotherhood. However in the course of the INTIFADA its priorities have changed and this is manifest in the charters articles: HAMAS gives priority to the Islamic Charter of Palestine and emphasizes the need for immediate entering the "JIHAD" stage and sees this as the only solution for the Palestinian problem. On this bases they consider any Jewish target whether it be military or civilian, local or abroad as justified for action.

HAMAS strives to raise "THE BANNER OF ALLAH OVER EVERY INCH OF PALESTINE" which was considered to be "PART OF THE ETERNAL ISLAMIC HERITAGE".

The HAMAS sees itself as the spearhead of a mass movement fighting against the "WARMONGERING JEWS" and "WORLD ZIONISM".

HAMAS reject all initiatives and so-called peaceful solutions and international conferences on the issue of Palestine. It considers these to be "A WASTE OF TIME AND VAIN ENDEAVOURS" -- no part of the territory may be given up.

In 1992 IRAN steered HAMAS towards a closer alliance with the SHIITE HEZBOLLAH movement in Lebanon.

In short HAMAS has the following aims and objectives:

 i) Establishing an Islamic state;

*Page 4*

 ii) Liberating Palestine;

 iii) Liberation of West Bank and Gaza Strip;

 iv) Islamization of society;

 v) Establishing the legitimacy of the armed struggle;

 vi) Continuation of the INTIFADA;

 vii) Preserving national unity between all Palestinians regardless of religion;

 viii) Activating Arab and Muslim backing for the Palestinian cause;

 ix) Release of detainees;

 x) Establishing political legitimacy;

 xi) Rejection of expulsion policy;

 xii) The complete withdrawal of Israeli forces from the occupied territories;

 xiii) Disarming ail Jewish settlers and dismantling of settlements;

 xiv) The deployment of international peacekeeping forces on the green line;

 xv) End to detention and brutalization of civilians and detainees;

 xvi) End to occupational policies, such as travel restrictions, corruption, prostitution, etc;

 xvii) Free general elections; and

 xviii) Representation in negotiations for Palestine.

POLITICAL OBJECTIVES

The HAMAS refuses to accept the legitimacy of a permanent Jewish presence in Palestine. HAMAS strategy remained one of "wearing down the enemy, confusing him so that he does not grow comfortable and reminding the world that there is a homeland under occupation".

STRUTURE/STRENGTH

Based in the GAZA and WEST BANK.

In February 1993 HAMAS claimed the allegiance of up to 40% of the Palestinians in the

*Page 5*

HAMAS' leadership in the Gaza Strip is rather independent in its decision-making, though there is a certain degree of coordination with the West Bank. The importance of the latter has increased in the course of the uprising, also because most of the senior activists in the Gaza Strip were arrested (late September - October 1988) Hebron has emerged as the old-new centre of HAMAS activity.

Sheikh Ahinad YASSIN the spiritual leader of HAMAS' to a great extent shapes the movement's concepts and determines the main characteristics of its activity. It appears, that the next generation of leaders has started to emerge particularly on the West Bank.

Based upon this, signs of a split are emerging at the top of the HAMAS structure between pragmatists and conservatives over which political and military strategy will be best. Sheikh Ahmed YASSIN said he was prepared to call for the end of all military activities, including suicide attacks if Israel agreed to withdraw from the West Bank including Jerusalem and the Gaza Strip. His view is shared by Muza Abu MARZOUK. This marks the first time HAMAS is willing to discuss a cease-fire with Israel (officially HAMAS does not recognize Israel). Supporters of the conservative trend include Khalid MESHAAL, Abdelaziz RANTISSI and the military wing of HAMAS, Ezzedin al-Qassatn, who support the jihad to establish an Islamic state. But YASSIN changed his position again afterwards.

Mohammed Jamal NATSHI (Security-General of HAMAS, NATSHI also acts as spokesperson in Al Khalil (Hebron)[1]. Abdul Aziz RANTISI is one of the more militant HAMAS spokesmen inside the Gaza Strip.

_____

1 Information received from Intelligence Unit Gauteng 1997-09-01.

HAMAS is controlled and guided by the world wide MUSLIM BROTHERHOOD's MAJIS AL-SHURA (Council of Sages), particularly the Jordanian branch.

*Page 6*

The Jordanian Council once included Mussa Muhammad Abu-MARZOOK.

Musa Abu MARZOUK (Chief of HAMAS' Political Bureau/Committee)[2]. Abu-MARZOOK's position has been taken over by Khaled MASHA'L (resides in Jordan).

_____

2 MARZOOK was in prison in the United States and deported to Jordan.

Other prominent activists residing in Jordan includes Muhummas SIAM and Khiri AL-AA'.

The Political committee or "POLITBUREAU" (main base is in Jordan) of HAMAS directs its strategic policy which deals mainly with foreign relations with other movements and organizations, government bodies and various Islamic clerical bodies. Subordinate to the political committee are 5 main frameworks:

i) HAMAS infrastructure in the occupied territories (HAMAS as part of the Muslim Brotherhood, adopted a similar organizational structure comprising of two parallel organizational frameworks:

a) Clandestine -- The internal clandestine operation is divided into 5 main apparatuses:

1) Military Apparatus who is responsible for military activities operates the EZZIDIN AL-QASSAM (formerly called ABDALLAH AZAM) that has head quarters in both Libya and Iran with its training base in Sudan numbering around three thousand personnel. This structure operate independently from the main HAMAS operations. This military wing operate in cells of two to three persons per cell. EZZEDIN AL QASSAM BRIGADES (HAMAS military wing) has approximately 100 members, and has carried out numerous bloody attacks on Israeli soldiers, citizens and Palestinians who collaborated with the Jewish state. Ezzidin Al-Qassam is headed by Ibrahim MAKADMEH[3].

_____

3 MAKADMEH disappeared in October 1997. It is believed that he may be detained by the Palestinian Authority, although he is wanted by both the Palestinian and Israeli security services.

*Page 7*

2) Security Apparatus who is responsible for collecting intelligence, counterintelligence among other organizations in the territories, interrogation and surveillance of collaborators, guarding people and documents. This apparatus is responsible for securing the activities of the other apparatuses. It is very active in prisons.

3) "Activity" Apparatus who is responsible for uprising related activities.

4) Israeli Arabs -- HAMAS views Israeli Arabs as its fifth column.

5) Dawa Apparatus is responsible for recruiting and training activists, and operating all the movements institutional civilian activities. HAMAS consider this apparatus as the most important -- it is manned by the most qualified people with the highest budget.

b) Overt or public. As mentioned Dawa are being considered as the focus point of this organization -- it is mostly carried out by lawful institutions. Overt public activities have two main overall objectives:

1) Controlling and shaping religious life based upon fundamentalism. To this end HAMAS has taken control of, and or established charity committees and foundations, mosques, educational institutions (from kindergarten to academic institutes), it has recruited clerics and senior Waqf officials to establish the Palestinian Association of Religious Sages (which has pretensions of being some kind of supreme religious authority).

2) Acquiring power bases and positions of power in Palestinian politics and society. HAMAS built its own 'super' institutions to establish independent and separate systems in the following spheres:

- Health

- "Medical Science Association"

- Education

- "Islamic Association for Culture and Sciences" and

- Economics

- "Palestinian Beit El-Mal Society".

HAMAS has also nominated its own candidates in elections for civilian bodies and institutions, such as trade bureaus, trade unions, workers

*Page 8*

committees and student councils, with the purpose of gaining control. To achieve these goals, HAMAS established:

- A Financial system based on a wide source of Islamic financial resources, bodies to syphon funds in the Persian Gulf, the United States and Britain and supervision over funds transferred from the 'outside' to the 'inside'.

- A sophisticated Propaganda machine, that includes a news agency ('QUDS PRESS) in Britain with offices in the territories and Jerusalem; an official (FALESTIN EL-MOUSLIMA) and unofficial (SAWT EI-KHAK WAEL-KHOURIA, newspaper of the ISLAMIC MOVEMENT Israel); propaganda mouthpieces through local and international publishing houses and libraries. Through its civilian activities, HAMAS has succeeded in establishing its own institutions that are separate and independent of both the civil administration and currently of the Palestinian Authority. These institutions provide medical, educational, welfare and cultural services to a large part of the population. These institutions provide to the population's daily needs that created a direct affiliation between the movement and service recipients. This resulted in an increase in recruits.

HAMAS has inter alia the following departments:

i) Shura Council

ii) Leading bureau, that encompasses several technical departments:

* Administrative;
* Information;
* Charity;
* Political;
* Security;

*Page 9*

* Military

Each department has its own subdivision. In Palestine each region is comprised of families and branches. They are answerable to an administrative centre.

HAMAS members fall into four distinct categories:

i) INTELLIGENTSIA -- The intelligence unit has the following directives:

a) Surveillance of collaborators and drug dealers;

b) Castigate informers, prostitutes and drug dealers (verbal to execution);

c) Distribution of information leaflets;

d) Warn people against Israel recruitment policies and collaboration;

e) Write and disburse communiqués;

f) Manage logistics; and

g) Monitor crime in the occupied territories.

ii) COMMANDO UNITS:

a) Establish usar (families) and underground cells;

b) Gather information on the IDF and their activities for use in future operations;

c) Conduct training sessions; and

d) Carry out military operations.

iii) SHEIKS (religious leaders)

iv) YOUNG LEADERSHIP CANDIDATES

v) ACTIVISTS

Both the intelligence and command units operate inside the territories and Israel. The "al Maktab al-l'Lami (Information Department)" and the "al-Maktub al-Siyassi (Political Department)" operate from outside the borders. The information department, located in Jordan, is responsible for preparing and disseminating press releases and publications. The political department deals with HAMAS' foreign relations.

*Page 10*

Based upon an analysis HAMAS' overt and clandestine activities the following conclusion can be made:

* Most of HAMAS' personnel and material resources are channelled into overt public activities (for example Dawa), and only a small share of these resources are utilized in clandestine activities.

* The military activity depends on the public and religious sphere in order to spot possible activists, to educate and train these activists and to collect material and aid.

* All of HAMAS' activities (religious or military) is directed and financed by the HAMAS directorate overseas, mainly in Jordan, Britain and the United States.

HAMAS' INTERNATIONAL STRUCTURE

HAMAS' overseas infrastructure is based on directorates: The Political Bureau; the Internal Committee; and the Propaganda Committee, in addition to nationwide local bodies in various countries.

INTERNAL COMMITTEE

Its main function is to direct HAMAS activities in the territories, including the civilian apparatuses and infrastructure. The Committee acts on a number of levels:

i) Political level that guide the HAMAS directorate in the territories on the peace process, autonomy, and the Palestinian Authority.

ii) Terrorist level that provide long-distance control, it also direct aid to the terrorist apparatus.

iii) The Civilian level direct the civilian infrastructure to form an alternative to the PLO.

iv) Financial aid -- transferring funds to overall HAMAS activities and infrastructure in an orderly and controlled manner.

*Page 11*

The Committee is header by Imad Al-ALAMI, who operates from Damascus. The following sections are under his control:

i) Secretariat and Communications -- operates in London under Hafez AJAJ. This section is responsible for communications between the Western countries and the territories, it also does the bookkeeping, including the balancing of the budget and deals with transferring funds.

ii) Planning and Research -- operates in London under Mouhamad Kazam SAWALHA (former head of the terrorist apparatus in the territories), who engages in political activities, propaganda and financial coordination relating to terrorist activities.

iii) Security -- operates from London under Maher Gawad SALEH.

iv) Recruitment -- operates from Amman under Khaled El-MASHA'L (Abu-MARZOOK's deputy).

v) Students -- operates from Sudan under Alaa RIFATI. It engages in students administrative matters around the world.

2. PROPAGANDA COMMITTEE

This body manages all HAMAS' propaganda in the territories and abroad. It operates from Amman under HAMAS spokesman Ibrahim GHOUSHA.

The Committee operates in two main spheres:

i) Verbal Propaganda -- Conferences, events and media interviews. Verbal propaganda is broadcast by the Arab radio stations.

ii) Written Propaganda -- Publications, newspapers and pamphlets. For example HAMAS's weekly newspaper AL RISALAH, with editor Ghazi HAMAD.

The Committee uses 2 communication channels for this purpose:

i) 'QUDS PRESS NEWS AGENCY with branches in the territories and throughout the world whose purpose is to collect information, feed the media,

*Page 12*

mainly its own press and publications.

ii) 'FALASTIN AI-MUSLIMA' gathers information in Jordan and published and distributed in Britain. This movement also distributes newspapers in other countries and is known to be the most prominent propaganda tool and leadership mouthpiece. Propaganda work is also done in mosques, religious centres and universities.

3. FINANCE COMMITTEE

The Finance Committee is the central financial body that authorizes and distributes the HAMAS budget. It operates in Jordan, Britain, the United States and in Saudi Arabia under the control of the MUSLIM BROTHERHOOD.

The Committee raises funds through foundations and representations throughout the world, some of it is earmarked for apparatus' activities and some for the civilian infrastructure.

HAMAS' financial sources are divided into a number of main groups:

i) International Islamic communities

ii) Non-Islamic charity bodies throughout the world

iii) Private donors

iv) Official donors.

Funds are distributed from source to syphon funds serving mainly HAMAS around the world. Many of these are primary funds like the INTERNATIONAL PALESTINIAN RELIEF AND DEVELOPMENT FUND -- INTERPAL (former PALESTINE RELIEF AND WELFARE FUND) in London and the HOLYLAND FOUNDATION in Texas. Other are secondary funds in Germany, France and Jordan.

Funds are transferred from the different sources through the syphon funds to the territories through one or more of the following channels:

*Page 13*

i) Bank transfers to banks in Jordan or the territories;

ii) Money changes -- deposits overseas are cashed in the territories against receipts;

iii) Couriers mainly from Jordan and the United States; or

iv) A combination of any of the above mentioned 3 channels in order to blur the traces.

There are two main channels via which funds are transferred:

i) Apparatus funds  -- Authorization is given in the United States, the funds are transferred from Britain to Jordan, or directly to the territories in coordination with Hafez AJAJ to Riad ABU-AL-ABD (Imam AL-ALAMI's deputy).

ii) Civilian infrastructure funds -- Requests for funds are made directly by HAMAS-related institutions in the territories to the financial institutions abroad, who authorize, collect and transfer the allocated funds to each institution.

Transfer of funds:

i) From EUROPE -- Funds are transferred from Europe through two secondary foundations which are responsible for raising funds:

a) AL-AQSA Foundation in Germany, which raises funds in the Netherlands and Belgium;

b) CBSP FOUNDATION in France, which raises funds in Austria and Switzerland.

- Funds from Scandinavia are directly transferred to INTERPAL in Britain.

- Finances are directed in Britain.

ii) From the United States

a) Funds from the United States are transferred through the HOLYLAND FOUNDATION in Richardson, Texas and other branches throughout the United States.

b) Funds that are directed by the foundation in the United States originated in the JERUSALEM FOUNDATION in Canada, in various Islamic

*Page 14*

institutions in the United States for example MERCY INTL, the SAAR FOUNDATION, and a fund in Brazil that is responsible for fundraising in South America.

c) The HOLYLAND FOUNDATION also invests in a number of its own projects.

d) A bank account in the name of T.A.I.T. (a company) channels funds to HAMAS apparatuses and infrastructure in the territories.

iii) From the Gulf States

a) Most of the Islamic financial institutions with the MUSLIM BROTHERHOOD operate in the Gulf States (Saudi Arabia, Kuwait and the United Arab Emirates).

b) Money from the Gulf are mainly channelled according to the world wide deployment of branches of those institutions. For example the El' MOUNASERA FUND in Kuwait transfers funds via INTERPAL in Britain (its overseas branch). The AMMAN-based charitable works authority in the UAE transfers funds through the authority's branch in Jordan. Official funds are transferred from Saudi Arabia to the territories through INTERPAL in Britain and the HOLYLAND FOUNDATION in the United States.

c) Gulf funds are unofficially divided into Muslim or private funds, except for Saudi Arabia, where the source of some of the funds transferred to HAMAS is official.

iv) From Iran

a) Iran transfers a few million dollars annually to HAMAS, as well as assistance in the form of training and weapons.

b) Although the route through which the money is channelled is not known, funds are raised by HAMAS representatives in Lebanon, Syria and Jordan through the Iranian embassies.

c) Iran also transfers money to HAMAS via the FALLEN SOLDIERS FUND in Lebanon (a financial body that serves HEZBOLLAH).

*Page 15*

v) From Africa

a) Pro-HAMAS financial activity in Africa is centred in Sudan through the head office of the ISLAMIC RELIEF AGENCY (ISRA).

b) ISRA transfers money to the territories through its Jordan branch, headed by Walid KASEGH to the ISRA's representative in the territories, Gamil HAMAMI (head of the ISLAMIC ASSOCIATION FOR CULTURE AND SCIENCES).

vi) From the Far East

a) Funds are transferred from HAMAS in Malaysia, Indonesia, India, Philippines, Hong Kong and Thailand.

b) Funds are transferred from Malaysia to the MEDICAL SCIENCE ASSOCIATION in the territories headed by ABD AL-WADOUD TAMIMI.

It is widely assumed that money for HAMAS comes largely from IRAN and rich Islam orientated benefactors in the GULF STATES, but HAMAS also raises considerable funds within the territories, particularly the GAZA STRIP.

The ISLAMIC REFORM SOCIETY raises money for HAMAS through charity organisations and also on a social-security/welfare system.

The Saudi Arabians have diverted financial support from the PLO to HAMAS, although the Saudis deny such assistance is being given.

Funding also comes from Muslim communities abroad -- USA, UK and FRANCE.

Late December 1992 - early January 1993 IRAN and HAMAS representatives signed a draft agreement on IRANIAN financial, political, moral and military support for HAMAS.

The organisations main funding cones from Iran and Saudi Arabia, while additional funding

*Page 16*

comes from fundamentalist Muslim organisations in the West (30% of the organisations funds come from such organisations). The main organisation collecting funds in South Africa is AL-AQSA, based in Johannesburg.

4. HAMAS CLANDESTINE INFRASTRUCTURE

HAMAS' clandestine infrastructure abroad is aimed at training a hard core of activists for religious and nationalist activities and some for the PLO. This infrastructure operates tinder cover of overt activity, including propaganda and education. Clandestine activists are also involved in overt activities.

The infrastructure is headed by one person who is responsible for the national network. Subject to him are the regional heads who operate cells of 3-5 activists in their region. The level of secrecy is so high that cells do not know of each others activities.

Cell activists are usually recruited in mosques from amongst the overall population of HAMAS activists and supporters who turn up for regular activities. Candidates for clandestine activity are spotted in the crowd and directed towards cell activities.

Activities include mainly religious studies, nationalist lectures and other general subjects.

Investigations revealed that many of the activists belonging to HAMAS secret cells in the United States had undergone terrorist training.

HAMAS has an office in Sudan from where HAMAS members travel to various African countries including South Africa, to forge closer links with the Muslim communities in these countries.

The leader of HAMAS in Sudan is Imad-Eddin EL-AYYOUBY[4].

_____

4 EL-AYYOUBY is a Syrian national with a B.Sc degree in Argucultural Engineering
.

*Page 17*

According to information received from Port Elizabeth HAMAS is an unified leading bureau that resorts to a higher authority namely the "Shura council" that is directly elected.

* Security and military systems are formed as part of the technical system of the structure.

MILITARY OPERATIONS

HAMAS members receive military training in HAMAS bases in Sudan, Libya and Iran. The main provider of military aid is the Iranian Presidential Guard.

According to HAMAS operators there are no differences between military and civilian targets.

Mosques serve as a focal point for terrorist activities: As DLB's; for transferring weapons and messages; and for the training of people for suicide missions.

LOCATION

HAMAS recruits are being trained in LEBANON, SUDAN and IRAN.

In 1992 the Iranian government has pledged its full support to HAMAS, and pledged to train thousands of HAMAS fighters in urban guerilla warfare although Iran has not recognised HAMAS as the "SOLE LEGITIMATE REPRESENTATIVE OF THE PALESTINIAN PEOPLE" (the PLO's traditional title).

LINKS

HAMAS has close ties with:

　　i) PFLP

*Page 18*

　　ii) PFLP-GC (Ahmed JIBRIL)

The overtures of PFLP-GC towards HAMAS on the basis of their common basic opposition to any political negotiations and compromises with Israel, have led to a certain level of ties between them, despite the basic differences in their policies. It was the PFLP-GC that initiated and pushed for cooperation with HAMAS. After Abu JIHAD's assassination, contacts between the two organizations somewhat improved and this was manifest in covert coordinations, particularly on the subject of the political process.

　　iii) DFLP -- which have tended to reject the idea of a compromise with Israel.

　　iv) PLO -- relations with the PLO has been less positive as the two have been jostling for supremacy in Gaza's refugee camps and towns for several years. But none of the official statements made by senior HAMAS activists since tile beginning of the uprising have questioned the PLO's status as the legal representative of the Palestinian people.

The HAMAS Charter stresses its being a unifying body and expresses its willingness to place its members at the disposal of the PLO as 'soldiers' once the organization abandons the secular path. The 'conflict' is based upon the fact that HAMAS advocates a "total solution" to the dispute with the Jews, to be achieved through the liberation of all of Palestine by means of jihad (and not by political negotiations), and the establishment of an Islamic society and regime.

Palestinian Authority (PA) -- based upon the PA crackdown on HAMAS (the closing of 16 of HAMAS's institutions and the arrest of 100 of HAMAS's activists during the raid of September 1997), it is a possible trend that HAMAS will turn against the PA. Even within tile military wing there is a splinter group, called the "Secret Cells" led by Sheikh Ibrahim MAKADMEH, who openly advocates the assassination of top Palestinian officials.

　　v) HAMAS has good connections with the PALESTINIAN NATIONALIST ELEMENTS

*Page 19*

in the REJECTIONIST FRONT (anti-peace talks).

　　vi) HAMAS has strong links with the powerful MUSLIM BROTHERHOOD in JORDAN, its main base. HAMAS headquarters in JORDAN is situated in the ISLAMIC MOVEMENT PARLIAMENTARY OFFICE in AMMAN under the protection of the MUSLIM BROTHERHOOD.

　　vii) In 1993 Ibrahim GHOSHESH claimed that HAMAS also established close ties in TURKEY, PAKISTAN and NORTH AMERICAN countries, indeed "everywhere where there is an Islamic power".

STRATEGIC INFORMATION

HAMAS members receive military training in the Sudan from the NIF. They send approximately 1000 members for training at one time. In mid 1991 HAMAS began attacking both military and civilian Israeli targets.

In April 1993, the USA government declared HAMAS as a terrorist group in its annual terrorist report citing its increasing use of lethal tactics such as fire-arms and car bombs, and its responsibility for attacks on Israeli civilian and military targets.

HAMAS WORLD-WIDE INFRASTRUCTURE

Jordan -- The main centre for HAMAS activity outside the territories. It includes the offices of the Movement's three Central Committees and directs terrorist activity and intensive financial activity. Activities are based on the local MUSLIM BROTHERHOOD infrastructure where it greatly influences the movement.

Syria -- The main thrust of the movement includes aiding the terrorist apparatus by transferring weapons, money and activists. The movements representative also engages in political activity

*Page 20*

including contact with Syria's regime and other Palestinian organizations.

Lebanon -- Most of the activities involve military and political connections with HEZBOLLAH through HAMAS' representative Moustafa LIDAWI, political activity and transfer of funds from Iran.

Iran -- Activities manifest through military training and the supplying of funds and weapons for attacks. These support are channelled though Osam HAMDAN, the HAMAS representative in Iran.

Sudan -- HAMAS' activities focus on military training. Based upon widespread religious and nationalist student activities in Khartoum, Sudan is a fertile ground for HAMAS activities.

Egypt -- Egypt host an infrastructure of collaborators who help with the smuggling in and out of HAMAS activists. There is also a pro-HAMAS financial activity in Egypt.

Yemen -- Through the influence of Mouhamad SIAM (the HAMAS representative in Yemen), HAMAS make use of a broad student infrastructure and other political activities.

Libya -- Assists wanted HAMAS activists staying in Libya, who are on their way to the territories. Libya also transfer funds to HAMAS.

Saudi Arabia -- HAMAS' financial activities is based in Saudi Arabia through official and non-official institutions and private sources.

Kuwait and the UAE -- HAMAS activities centre around the transferring of funds from institutions and non-official sources.

Britain -- HAMAS infrastructure in Britain centre around financial activities, propaganda and Internal Committee activities, through a wide basis of activists and institutions.

*Page 21*

Germany -- HAMAS activities includes fundraising, propaganda and clandestine activities *[text missing]* the call for training to be used in terrorist activities was uncovered. Host the AL-AQSA FUND responsible for Western Europe.

France -- An organization known as CBSP is responsible for HAMAS propaganda and fund raising.

Belgium and the Netherlands -- HAMAS fundraising through the AL-AQSA FUND based in Germany.

Spain -- The SYRIAN MUSLIM BROTHERHOOD based in Madrid provide an infrastructure for HAMAS.

Greece -- HAMAS has an activist infrastructure in Athens and Pairs. Greece also host the LEBANESE GAMILYA EL-ISLAMIYA activists.

Scandinavia -- HAMAS activities in Denmark is limited to the providing of funds. It is also known that Sweden host an Islamic Palestinian infrastructure.

India -- HAMAS has an activist/student infrastructure in India that has an input in terrorist activities. HAMAS is also using India as a springboard for HAMAS activists that received military training in Afghanistan.

Malaysia -- A HAMAS cell operates in coordination with the JERUSALEM MEDICAL SCIENTIFIC ASSOCIATION. On a previous occasion HAMAS attempted to open an official office for financial purposes.

Philippines and Thailand -- Most of HAMAS' activities is of a financial nature.

Australia -- Based upon information received in 1994 HAMAS has a cell in Canberra that have

*Page 22*

access to weaponry as well as intelligence referring to Jewish interests in Australia.

South America -- HAMAS has infrastructures in Venezuela, Brazil and the Border Triangle. Brazil channels funds to HAMAS through the HOLYLAND FOUNDATION.

Canada -- The HAMAS infrastructure in Canada forms part of the infrastructure in the United States. The JERUSALEM FUND operating in Ontario is a source of funds for the HOLYLAND FOUNDATION in the United States.

HAMAS FRONT ORGANIZATIONS

HAMAS, with the aim of achieving operational independence from secular bodies in the occupied territories established and controls several front organizations throughout the world. Most of these organizations are used to collect funds to sponsor HAMAS operatives who are busy with military and religious training and who are hiding from prosecution in other countries. Funds are also used to establish new cell structures and command structures around the globe and to fund military and social programmes in Palestine and other countries.

The most important of these HAMAS front organizations are the INTERNATIONAL PALESTINE RELIEF AND DEVELOPMENT FUND (INTERPAL) based in London.

Other smaller front organizations include the HOLY LAND FOUNDATION based in Texas in the UNITED STATES OF AMERICA.

*Page 23*

1. INTERNATIONAL PALESTINE RELIEF AND DEVELOPMENT FUND (INTERPAL)

ADDRESS:
112 Criclewood Lane
Box 3333
London NW2 2DP
London NW6 1RW

TEL 01814508002
FAX 01814508004

BANK PARTICULARS

NATIONAL WESTMINSTER BANK with the following INTERPAL accounts:

i) INTERPAL Main STG Account: 95142940

ii) INTERPAL Administrative Account: 95142983

iii) INTERPAL Children Account: 95142975

iv) INTERPAL Zakaat Fund: 95142967

v) INTERPAL Interest Money Account: 95142959

vi) INTERPAL US Dollar Account 140-00-04156838

IMPORTANT FIGURES[5]:

i) Abd El Rahman Mouhmad Abou DAYA (Chairman)

ii) Essam Yossef MUSTAFA (International liaison = responsible for South Africa)

iii) M Safi'a

iv) M Tulaba

v) A Saker

_____

5 It is important to note that the most prominent members are from the Gulf states, in particular Saudi Arabia.

*Page 24*

vi) Abed (Abd) El Rahim NASSERALLA

- Member of the Trustees of INTERPAL

- Originally from Saudi Arabia

- According to information (IS) NASSERALLA is the covert head of INTERPAL.

- Could be identical to "MISRALA" mentioned in the report[6] from Port Elizabeth.

_____

6 Report nr. 1843 (1997-10-30) -- According to the report Agmat Sharief NOEL had contact with Sheikh MISRALA.

INTERPAL could be described as the HAMAS fund in Western Europe.

HAMAS through INTERPAL operate on an international basis through a global network of AL-AQSA structures (HAMAS = INTERPAL = AL-AQSA).

i) In Western Europe the base of AL-AQSA is in Germany with sub-bases in the Netherlands and Belgium.

AL-AQSA INTERNATIONAL FOUNDATION AAIF/AIF

The AL-AQSA INTERNATIONAL FOUNDATION 's head office is London and it supports HAMAS's terror campaign against Israel and regard Yasser ARAFAT as a sell-out.

An information note was sent from the AL-AQSA Foundation, P.O. Box 2364, Islamabad, Pakistan (tel : 92-51-261091, fax: 261092) to all relevant Muslim organisations in South Africa. (in the information note the suicide bombings are condoned, because it is not against the teachings of Islam. The QURAN is used as justification for the suicide bombings. The Quran states that any Muslim who offers his life for the good of Islam and Allah, or to sow dissention and confusion within enemy ranks, will be assured a place in heaven. This is in contract with normal Islamic teachings which condemns suicide as being against the patience and religious virtues as preached in the Quran.)

*Page 25*

AL-AQSA is active in South Africa since 1992, with the visit of Sheikh Muhammed Mahmoud SEYOM (the former Imam of the Grand AL-AQSA MOSQUE in Jerusalem, in 1988 he was banned to SUDAN where he opened a similar office) was accompanied by Abu YUSUF (director of the "PALESTINE AND LEBANON RELIEF FUND"). Abu YUSUF opened a few mosques and addresses in Walmer Estate, Woodstock.

This organisation is a front for HAMAS in South Africa. The political wing of HAMAS are in control of this office. It is important to note that South Afican Al-Aqsa International foundation forms part of a network: AIF ISLAMABAD - AIF JORDAN - AIF SOUTH AFRICA.

AL-AQSA INTERNATIONAL FOUNDATION offices in South Africa:

AMOCA GARDENS BUILDING
2de Floor Mint Ave 40 (- 14)
Fordsburg Johannesburg

P O BOX 421082
FORDSBURG 2033
Fax : (011) 8342918

South African AL-AQSA INTERNATIONAL FOUNDATION board of Trustees exist out of the following individuals:

- Whadan Amin Aref KHUNFUR a Abu Ahmed

- SAI GABRIELS

- Dr. E Muhammed - Muntuz UL - Moulana Mumzal AL HAQ.

*Page 26*

This front organisation has a bank account at First National Bank, Industria account nr 9000028878. Funds are deposit in South Africa by supporters of HAMAS, where after these funds are being transferred to HAMAS in their struggle against Israel.

Funds are being channelled from the USA through AIF to organisations who:

- Who oppose the government;

- Where Muslims are in the minority

- Where Islam is under threat; and

- Where Muslims fight against an illegitimate government or system.

Abdul ACHMAD member of HAMAS (exiled Palestinian. AL-AQSA INTERNATIONAL FOUNDATION, AMOCA GARDENS Building, Johannesburg). Asked for financial assistance for HAMAS in Israel, during a meeting of "THE COMMITTEE TO STOP THE HOLOCAUST AGAINST MUSLIMS".

During a meeting (1996-03-04, Bosmont Mosque, Jhb) of militant leaders[7], Abu ACHMED was introduced as the HAMAS contact person in South Africa. Abdul ACHMAD member of HAMAS (exiled Palestinian).

_____

7 Militant leaders included: Sheik Murshid DAVIDS Sheik YAHYAN Iqbal JAS SAT Sheik ISMAIL Sheik lqbal JHAZBHAY Abu ACHMED Bilaal MOTSAU, Abu ACHMED was introduced as the HAMAS contact person in South Africa.

During a meeting (1996-03-04, Bosmont Mosque, Jhb) of militant leaders, Whadan Amin Aref KHUNFUR a Abu ACHMED[8] was introduced as the HAMAS contact person in South Africa.

_____

8 Whadan Amin Aref KHUNFUR @ Abu AHMED was in 1993 in Sudan from where he travelled to South Africa.

*[Symbol @ as written.]*

ACHMED would be responsible for receiving news from Palestine

*Page 27*

about HAMAS activities, and counter measures from the Israeli government. This information will be locally used to counter Jewish propaganda.

* According to Bilaal MOTSAU, HAMAS problem would become known to Muslims all over South Africa, with the help of ACHMED.

* This would enable Muslims in South Africa to understand the problem and come up with constructive ideas on how to solve them.

* Those present were instructed to tell their followers that they should put everything into the struggle to protect Islam against the "total onslaught".

* ACHMED is in contact with Murshid DAVIDS (Vereeniging) and Sheik YAHYAH (Berea).

AL-AQSA has embarked on a petition campaign amongst the Muslim Community of South Africa, which commenced on 1996-05-17 at most Mosques in the country. The purpose of this campaign is to request the United Nations via the South African Government from having the leader of HAMAS extradited from the USA. That if the United Nations fails to prevent the extradition then the South African Muslim Community will use other means to stop the extradition.

During June 1996 a delegation of HAMAS's political wing led by Dr.Rusdie DIAD OSMAN @ Abu Mohammed visited South Africa[9] which is presently visiting South African Muslim businessmen, and requesting financial assistance from them.

_____

9 Dr. Rusdie DIAB OSMAN is a Jordanian national (passport: 92/51261092). He is also the head of the AL-AQSA INTERNATIONAL FOUNDATION in Islamabad and the director of Population Science at the University of Islamabad, Pakistan.

Prof. OTHMAN has informed the Muslim community of Kwa Zulu/Natal that HAMAS is presently in need of financial and material assistance from the South

African Muslim community and that the time is not yet right for South African Muslims to be used physically in the fight against the Jews.

*Page 28*

1996-07-11 : OTHMAN visited the Muslim community of Pietermaritzburg at the Muslim mosque in Nirvana, Pietersburg and asked Muslims not only for financial and material assistance but also to participate in the Holy War.

OTHMAN tasked JUSUF (teacher at the Pietersburg mosque) to identify individuals for military training and to send them to NATAL from where they will be send to PAKISTAN.

* Iman IBRAHIM (black teacher in Seshego) volunteer for military training.

OTHMAN also visited LouisTrichardt,Venda and Tzaneen.

Sheik Yusuf ABDUL from the Westbank, Israel visited South Africa. ABDUL was the speaker at a HAMAS meeting at the Mayfair Jumma Masjid, c/o Hanover Street and 11 Ave, Mayfair on 1996-07-10.

ABDUL called on Muslims in South Africa to be part of the struggle against Zionism. He also asked Muslims to assist HAMAS financially in their struggle against Israel. Funds should be paid in at the offices of AL-AQSA INTERNATIONAL FOUNDATION, Fordsburg, Johannesburg.

Finally he called on Muslims in South Africa to put more pressure on Jewish missions in South Africa.

1997-02-01 : Wahdan Ahmed KHUNFHUR returned from Saudi Arabia to South Africa. During a feedback meeting on 1997-02-06 KHUNFHUR mentioned that funds for the AIF and other extremist organisations in South Africa will be channelled from INTERPAL in England to the "World Assembly of Muslim Youth (WAMY)" in Saudi Arabia to South Africa through front companies.

- The AIF expect Mounir JARADA @a Abu Achmed EL-RAGHMAN (the head of HAMAS military operations in Sudan) after Ramhadaan (February 1997) to assist in military training in South Africa.

*Page 29*

1997-03 : Sheikh Yahyah Ibrahim ADAM (Sudanese) are involved in AIF activities.

1997-08-10/17 : The delegation to Israel and Palestine will consist out of the following individuals:

Aref Amin KHUNFHUR @a Abu AHMED

Ebrahim GABRIEL

Shafiq MORTON

Hamid ADAM

Ismael Abobaker KALLA

Shokat THOKAN

Ghora ARBEE

Solly DANGOR

Moosa DAYA

Abu Baber DAWJEE

Asim KHAN

Faried SAALe

Yusuf PATEL

Abid DAWRAY

* Asim KHAN of Al-Aqsa is assisting Abobaker DAWJEE of KwaZulu/Natal who is the coordinator for the visit.

* The HAMAS contact person in Jerusalem is Najah BAKIRAT @ Abu MALIK[10].

_____

10 Born in 1958. ID nr: 08043368; Passport nr: 20638471 (issued in September 3, 1995). Former leader of the "ISLAMIC HERITAGE".

* After the tour Ismail KALLA planned to visit the USA to met with members of Crescent International and other Muslim organizations i.c.w Anwar HADDAM (FIS).

1997-08-21/25 : Amin Aref KHUNFUR, Salim FIQIRI and Mohammed Asim KHAN met

*Page 30*

with Qibla and IUC members during their visit in the Western Cape, these individuals include:

Hamid ADAM

Ebrahim GABRIEL

Nazeem MOHAMMED (met at the offices of the MJC)

Shaffiqq MORTON

Moulana MOHAMMED HUSSEIN

1997-08-29 : Salim FIQIRI[11] is currently staying at the safe-house of Al-Aqsa International Foundation (Adamson Centrum 202, Crownweg 54, Fordsburg).

_____

11 Salim FIQIRI was involved in the first military activities in South Africa military training camp in Mpumalanga (1997-07-11/13). FIQIRI is a Palestinian citizen, stayed 8 years in Turkey, and studied at the University in Karachi and the University in Sudan.

According to information Salim FIQIRI plan to leave SA for 2 months (Istanbul, Turkey).

Mohamed Aasim KHAN[12] (South African citizen working at the office of A1Aqsa) arranged for a telephone for FIQIRI.

_____

12 ID 7305295 13208403; Address India Crescent 11, Mayfair.

1997-08-29 : Abid DAWRAY (Kimberley - Islamic Research Centre) contacted Amin Aref KHUNFUR @a Abu AHMED in connection with 2 HAMAS members who are on their way to the Al-Aqsa office in Johannesburg (train) from Cape Town. Route to SA:

Libya Mauritania

Ivory Coast

Namibia.

1997-09-03 : Mufti Nizamudeen SHAAMZI (head legal advisor of the Taliban in Afghanistan) gave a lecture[13] at the Mayfair Mosque. Moulana Ebrahim BHAM (Jumaitul Ulama) acted as interpreter, BHAM also met with Amin Aref KHUNFUR @a Abu AHMED and Salim FIQIRI prior to the lecture.

_____

13 SHAAMZI mainly concentrated on the legal aspects of the Shari'a, as the only legitimate law. Muslims cannot live in a society governed by Western laws.

*Page 31*

PARA-MILITARY TRAINING

1997-07-11/13 : Para-military training conducted on a farm in Mpumalanga (owned by Dr. Faried SALEY). The following individuals were involved:

Asim KHAN (AIF/HAMAS office in Fordsburg);

Imad Ahmed AL-AYOUBI

Wadah KHUNFUR @ Abu AHMED (Director-General)

Yusuf PATEL (Hospitaal Str 1, Baberton)

Salim FIQIRI (International Islamic Federation of Student Organizations IIFSO, Istanbul, Turkey).

AL-AQSA INTERNATIONAL FOUNDATION: KWAZULU/NATAL

1996-07 : Prof. OTHMAN has informed the Muslim community of Kwa Zulu/Natal that HAMAS is presently in need of financial and material assistance from the South African Muslim community and that the time is not yet right for South African Muslims to be used physically in the fight against the Jews.

1996-07-11 : OTHMAN tasked JUSUF (teacher at the Pietersburg mosque) to identify individuals for military training and to send them to NATAL from where they will be send to PAKISTAN.

* Iman IBRAHIM (black teacher in Seshego) volenteer for military training.

1997-01 : The Al-Aqsa fundraising campaign is planned for KwaZulu/Natal during January 1997.

* A Palestinian delegation (members of HAMAS political wing) will arrive in South Africa via the A1-Aqsa head office in London to hold talks at Mosques in KwaZulu/Natal.

1997-01-06/22 : The AL-AQSA delegation will visit mosques in Durban, Stanger, Umzinto, Pietermaritzburg, Escort and Newcastle and consist of:

- Asim JETHAM (Al-Aqsa International Foundation, Fordsburg; Tel: (011) 836 2918)

*Page 32*

- Imad ALAYOUBI (Al-Aqsa International Foundation, Fordsburg; Tel: (011) 836 2918)

- Sheikh Raid SALAAH (from Umul Faham in Palestine) A B DAWJEE (031) 902 4523 & (031) 902 9174 was responsible for the arrangements.

1997-04-23 : Wahdan Abu Ahmed KHUNFUR[14] (Director-general of AIF) left for KwaZulu to contact "Maktoor" (the latter will receive $100 000 to smuggle to Palestine). The money will be deposited by Isam Yusuf MUSTAFA Q Abu Yusuf in London office of the PALESTINE RELIEF AND DEVELOPMENT FUND (INTERPAL). From where it will be send to Palestine.

_____

14 Blue VW Jetta: PRN 925 T.

AL-AQSA INTERNATIONAL FOUNDATION : WESTERN CAPE

1996-12-18 : During an Al-Aqsa meeting in Fordsburg it was decided that Sheikh Ebrahim GABRIELS will be responsible for Al-Aqsa activities in the Western Cape. During the meeting GABRIELS said that a delegation should visit Palestine as soon as possible to engineer better communication.

* AIF communicate with GABRIELS per fax (021) 6968502 at the MUSLIM JUDICIAL COUNCIL (Cape Athlone).

1996-12-28 : Ganief HENDRIKS (Western Cape) contacted Wandwa Abu Ahmad KUNFHUR (Palestine) the director general of Al-Aqsa International Foundation in Fordsburg to send a Khari from Palestine to the Western Cape during the month of RAMADAAN.

1997-01-10 : The IUC fund-raising under Ganief HENDRIKS to help Muslims in Rustenburg was successful, but according to HENDRIKS Rustenburg do not need the money. HENDRIKS

*Page 33*

negotiate with the IUC to channel the funds to the AIF. It is a known fact that 10% of funds are channeled to "IZ AL-DIN AL QASSEM" (the military wing) who channel these funds to cells.

FUNDRAISING IN SOUTH AFRICA

AL-AQSA INTERNATIONAL FOUNDATION normally embarks on two (2) fundraining campaigns per year in South Africa. The fundraising campaigns are launched each year during the Islamic month of RAMADAAN,

The Al-Aqsa fundraising campaign is planned for KwaZulu/Natal during January 1997.

A Palestinian delegation (members of HAMAS political wing) will arrive in South Africa via the Al-Aqsa head office in London to hold talks at Mosques in KwaZulu/Natal.

HAMAS IN SOUTH AFRICA (STRATEGIC OVERVIEW)

According to information HAMAS members in South Africa does not recognise the MUSLIM YOUTH MOVEMENT (MYM) as the official organ representing the Muslim youth in South Africa. HAMAS is of the opinion that the MYM have lost their control of the youths representation. Based upon this situation HAMAS, with the help of the INTERNATIONAL ISLAMIC FEDERATION OF STUDENT ORGANIZATIONS (IIFSO) are busy to establish institutions for the Muslim youth in South Africa to take over the role of the MYM. These youth centres are implemented in Pretoria and Cape Town.

*Page 34*

HAMAS

According to information Uman SHUBAIJHA attended the Islamic Conference in Laudium in April 1996 on behalf of HAMAS.

SHUBAIJHA reportedly stated that a HAMAS office would be opened in Pretoria once 5 000 members have been recruited.

After the conference, Sheikh Thaafier NAJAAR was appointed to coordinate the recruitment of Hamas members in South Africa. (NAJAAR is an executive member of the AFRICA MUSLIM PARTY and a member of the ISLAMIC COUNCIL OF SOUTH AFRICA - ICSA).

Active recruitment drives have allegedly already been launched at the

* University of Durban-Westville (UDW)

* University of the Witwatersrand (Wits) , confirmed, headed by Yusuf MOOSA (member of the MUSLIM STUDENTS ASSOCIATION - MSA) and Naeem (member of the MSA and the MUSLIM YOUTH MOVEMENT).

At this stage, the recruitment is done secretively and is progressing very slowly.The students currently targeted for recruitment are mainly MSA or MYM members who support the ISLAMIC UNITY CONVENTION.

* University of Cape Town (UCT)

* Recruitment has also started in Lenasia and Laudium and is being conducted by Ismail PATEL (member of the Lenasia branch of the CALL OF ISLAM - COI) and Yusuf AHMED (attached to CRESCENT INTERNATIONAL).

Additional to the recruitment drive, two unidentified foreign members of Hamas reportedly reside in Gauteng and are awaiting a third member, Khalu NOUTAR (also believed to be a

*Page 35*

member of EZEDEEN AL-QASSAM - the military wing of Hamas) to arrive in South Africa. The eventual plan is to open an office, once the recruitment drive has proven to be successful.

Sheikh Abu ABDULA, a representative of HAMAS and alleged deputy general of HAMAS (residing in Dewsbury, London) visited South Africa to promote HAMAS as an organisation, recruit new members and to collect funds for both HAMAS and the ISLAMIC JIHAD.

ABDULA visited PE from 4-5 July 1996 and was hosted by Moulana Adam Bin ADAM (imam of Mansoor Mosque), Moulana Sali BABOO (attached to the Bloemendaal Mosque) and Ansar MIA (attached to the Malabar Mosque).

During a closed meeting with these individuals ABDULA stated that HAMAS has decided to open an office in PE under cover of the AL-AQSA INTERNATIONAL FOUNDATION (AIF). The HAMAS office will be opened next to the Mansoor Mosque.

Yunus AMOD (executive member of the MYM) and Mohamed LOMBARD (chairperson of the Malabar Mosque) will be involved in this initiative.

Apart from the meeting with the mentioned Muslim leaders, ABDULA also paid a visit to the paramilitary camp at Greenbushes, where he mentioned that the facility was to basic and needed to be upgraded.

It is not clear if ABDULA's visit and the planned establishment of the HAMAS office is by any means connected to the initiative of Sheikh Thaafier NAJAAR (Executive member of the AFRICA MUSLIM PARTY, member of the Islamic Council of South Africa and Imam at the Muir. Steet Mosque in Cape Town) to establish a HAMAS office and recruit HAMAS members at universities.

Sheik Yusuf ABDUL from the Westbank, Israel visited South Africa. ABDUL was the speaker at a HAMAS meeting at the Mayfair Jumma Masjid, c/o Hanover Street and 11 Ave, Mayfair on 1996-07-10.

ABDUL called on Muslims in South Africa to be part of the struggle against Zionism. He also asked Muslims to assist HAMAS financially in their struggle against Israel. Funds should be paid in at the offices of AL-AQSA INTERNATIONAL

*Page 36*

FOUNDATION, Fordsburg, Johannesburg.

Finaly he called on Muslims in South Africa to put more pressure on Jewish missions in SouthAfrica.

ii) Mohammed Ali ZAKEY (from Egypt and visit SA regularly to recruit members for HAMAS in Libya and Iran. Contact tel nr. 092955321436), involved in para-military training ISLAMIC MILITARY JIHAD, Lenasia.

HAMAS : CAPE TOWN

1996-11 : HAMAS plan to open an office in Cape Town and use two base offices from where they operate:

- SILK PUBLISHERS, Langmarkstreet, Cape town.
- QILBA offices, Barkley Sentrum, Athlone.

Other Hamas members active in South Africa:

* Abdul ZAHAR (orginaly from London, received his training in Sudan) involved with IMPACT INTERNATIONAL.

* Haroon KALLA (from the MUSLIM INSTITUTE in Sudan, also associated with the GLOBAL ISLAMIC MOVEMENT).

HAMAS INVOLVEMENT IN PORT ELIZABETH

Individuals involved in HAMAS activities:

* LUCKMAAN[15] (originally from Port Elizabeth)

_____

15 LUCKMAAN received his religious training at the Muslim training camp in Greenbushes, Port Elizabeth).

* Dr. Yusaf PEER (Chairperson of Border Islamic Society).

* Shahied MEERA[16] (originally from KWZulu/Natal). The purpose of Asief KAHAAR's visit was to inform Muslim leaders on the activities of Hamas:

*Page 37*

- The aims and objectives of HAMAS;
- Mosque activities;
- Political and informational activities; and
- HAMAS's network through institutions

_____

16 MEERA received military training in Pakistan.

The following Muslim leaders from Port Elizabeth accompanied KAHAAR on his visit to East London and Queenstown:

* Sulliman Umar DOUGLAS[17] (he is a Palestiniaan and a member of IGWAAN NOEL MUSLIMEEN);

* bubaker Mohammed (originates from the former Ciskei);

* Yusuf BHANJEE (executive member of PADAV);

* Moulana ADAM (Imam at the Masjied Mansoor in Malabar, Port Elizabeth); and

* Moulana Nazier DESAI (Amir of South African Mujahideen).

_____

17 DOUGLAS hosted KAHAAR at no. 32 Saulstreet, Gelvanpark, Port Elizabeth during his stay in Port Elizabeth.

1997-08-27 : Information indicates the involvement of HAMAS[18] in Port Elizabeth through Dr. HABBAS as the contact person.

_____

18 HAMAS members will attempt to forge ties with the N'Mujahideer) members, which could improve their paramilitary capabilities.

Agmat Sharief NIDEL under the directive of Mogamed ZAHAR[19].

_____

19 Mogamed ZAHAR is identical to Mahmoud Khaled EL-ZAHER - Medical doctor and lecturer at the Islamic University in Gaza (this university is known as a strategic base of HAMAS). - HAMAS spokesperson in the Gaza Strip.

Information received during a Padav executive meeting on 1997-10-25 indicate that Sheikh CARLOO was asked for a progress report and stated that Agmat SHARIEF (member of

*Page 38*

Hamas present at the meeting) was in contact with Sheikh MISRALA[20] over the past view weeks and that they have pledged to support Padav in the fight for Muslim unity. He continued to say that there were talks that Hamas fighters could come hide away in South Africa when it becomes to 'hot' for them abroad and vice versa for South African Mujahideen. Through the involvement of LAGERDIEN @ CAT it was decided that Padav delegation would meet with senior Hamas members to formalize this agreement.

* During the same meeting it was mentioned that a top Hamas operative from Egypt.

* Agmat SHARIEF had also been in contact with a Hamas commander Sheikh Nabir BEHARI (who looked forward to meet with South African Muslims).

_____

20 Could be identical to Abd El Rahin NASSERALLA Hamas member in Saudi Arabia and "silent" head of INTERPAL.

HAMAS INVOLVENT IN CAPE TOWN

HAMAS members (through AL-AQSA) have contact with members of the ISLAMIC UNITY CONVENTION and QIBLA.

According to Faisal BODI in London the following South Africans were trained in Sudan by Hamas and Hezbollah operatives, who are currently in Cape Town:

Taufique ALI

Riaz GAMEELDIEN

Shamsudien ARIEFDIEN

Moeaath GABIER.