# Exhibit 27



HIGHLY CONFIDENTIAL

NW 052056

UID Case Summary — Page 2 of 3

**Estimated Laundering Total:** 386730 &lt;Unknown&gt;

**Reason(s) for Suspicion**
- Suspected terrorist funding
- Please see attachments and/or Case Notes where available for further information
- Other (see Summary and Assessment field)

### Transactions GBP 100000.00

| Date | Type | Amount | Currency | |
|---|---|---|---|---|
| 15 Jun 2001 | Overseas Debit | 50000.00 | US Dollar | Edit |
| 15 Jun 2001 | Overseas Debit | 127500.00 | US Dollar | Edit |
| 22 Jun 2001 | Overseas Debit | 100000.00 | British Pound | Edit |
| 06 Sep 2001 | Overseas Debit | 27700.00 | US Dollar | Edit |

Set All Risk Ratings to the the same value of :- Amber | Blue | Green | Indigo | Red

### Personal Data

| Surname | Forenames | Date Of Birth | Sex | Key Information | Risk | Adj | |
|---|---|---|---|---|---|---|---|
| HEWITT | IBRAHIM BRIAN | | | NONE | Red | Red | Edit |
| IL-MOBARAK | HABIBAH | | | NONE | Green | Green | Edit |
| MUSTAFA | E Y | 17 Nov 1955 | M | NONE | Red | Red | Edit |
| QUNDIL | J | | | NONE | Red | Red | Edit |
| SAFIEE | MAHFOUZH | | | NONE | Red | Red | Edit |
| ZAKAT MOOSA | | | | NONE | Green | Green | Edit |

### Business Data

| Business/Org Name | Company Ref. No. | Legal Jurisdiction | Key Information | Risk | Adj | |
|---|---|---|---|---|---|---|
| AL-ISLAH CHARITABLE SOCIETY | | ISRAEL | NONE | Green | Green | Edit |
| BEITSAJJAR ZAKAT COMMITTEE | | ISRAEL | NONE | Green | Green | Edit |
| ISLAMIC CHARITABLE SOCIETY | | ISRAEL | NONE | Green | Green | Edit |
| JININ ISLAMIC CLUB | | ISRAEL | NONE | Green | Green | Edit |
| LEVANT SOCIETY | | UNITED KINGDOM | NONE | Green | Green | Edit |
| NABLUS ZAKAT COMMITTEE | | ISRAEL | NONE | Green | Green | Edit |
| ORPHAN CARE SOCIETY | | ISRAEL | NONE | Green | Green | Edit |
| PALESTINIANS RELIEF & DEVELOPMENT FUND | | UNITED KINGDOM | NONE | Red | Red | Edit |
| UNION FOR GOOD PROJECTS | | ISRAEL | NONE | Green | Green | Edit |

### Telephone Data

-None-

### Address Data                                                                Add

| Bldg No. & Name | Street | Town | Postcode | Risk | Adj | |
|---|---|---|---|---|---|---|
| 60 CLARK CRT | STILTON CRES | LONDON | NW10 8DJ | Red | Red | Edit |
| PO BOX 3333 | | | NW6 1RW | Red | Red | Edit |

### Account Data                                                                Add

| Account Name | Account No. | Sortcode | Account Type | Currency | Risk | Adj | |
|---|---|---|---|---|---|---|---|
| PAL REL & DEV FUND INTERPAL WAQR | 95205748 | 60-08-22 | Current (Non Personal) | British Pound | Green | Green | Edit |
| PAL REL & DEV FUND INTERPAL FAMILIES | 95145397 | 60-08-22 | Current (Non Personal) | British Pound | Green | Green | Edit |
| PAL REL & DEV FUND INTERPAL ADMIN | 95142983 | 60-08-22 | Current (Non Personal) | British Pound | Green | Amber | Edit |
| PAL REL & DEV FUND INTERPAL CHILDREN | 95142975 | 60-08-22 | Current (Non Personal) | British Pound | Green | Amber | Edit |
| PAL REL & DEV FUND ZAKAT | 95142967 | 60-08-22 | Current (Non Personal) | British Pound | Green | Green | Edit |
| PAL REL & DEV FUND INTEREST | 95142959 | 60-08-22 | Current (Non Personal) | British Pound | Green | Amber | Edit |
| INTERPAL UNION FOR GOOD | 140 00 08537933 | 60-08-22 | Currency Account | US Dollar | Green | Green | Edit |
| NWB RE PALESTIN PARENT | 140 00 08480117 | 60-08-22 | Currency Account | US Dollar | Green | Green | Edit |
| PAL REL & DEV FUND INTERPAL FAMILIES | 140 00 04183711 | 60-08-22 | Currency Account | US Dollar | Green | Green | Edit |
| PAL REL & DEV FUND PARENT | 140 00 04156838 | 60-08-22 | Currency Account | US Dollar | Green | Green | Edit |

### Miscellaneous Data                                                           Add

-None-

### Case Notes                                                                   Add

| Type | Date | User | Text | |
|---|---|---|---|---|
| Case notes | 07 Feb 2002 | Migrated | Finlog ref: 140425. Special Branch are investigating. DH | View |
| Summary and Assessment | 07 Feb 2002 | Migrated | Account 95142967 Regular credits to the account, mainly BGC' | View |
| Conclusion | 07 Feb 2002 | Migrated | On the basis of the information available to us at the prese | View |

### Key Correspondence                                                           Add

No Documents have been uploaded

### NCIS Disclosures

| | Author | Date | |
|---|---|---|---|
| NCIS Disclosure 142909 (R) | ConnellJ | 15 Oct 2001 | Amend NCIS Number |

No CIFAS Reports

| 1. User: | Migrated | On: | 07 Feb 2002 00:00 | Print | Copy | |
|---|---|---|---|---|---|---|
| Note: | Finlog ref: 140425. Special Branch are investigating. DH | | | | | |

HIGHLY CONFIDENTIAL

NW 052059

**1. User:** Migrated        **On:** 07 Feb 2002 00:00                Print    Copy

**Note:** Account 95142967 Regular credits to the account, mainly BGC's made up of small individual cheques. One large cheque of £25000 drawn on 30 94 77 03780902 and a chaps credits from the Zakat Moosa Family of £75000 and £21894 from Habibah IL Mobarak, Saudia Arabia. Small withdrawals made by of cheques to Levant Society and The Royal Marsden Trust and a overseas payment to Beitsajjar Zakat Committee, Cairo Amman Bank Bethlehem.Account 95205748 Regular credits to the account, small individual cheques of £5-£100Account 95142975 as above, mainly £25 credits, no withdrawalsAccount 95142983 Account fed by 95142959, sample of cheques issued shows a number of cheques to Inland Revenue, Yunus & Co (auditors)Account 95142959 small deposits only, transfers to 95142983Account 95145397 Small deposits only, no further deposits since October 1999.USD$ 04156838 -Considerable funds held, a sample of outward payments shows beneficiaries to be: Jinin Islamic Club (Sports Social & Cultural), Nablus Zakat Committee, Islamic Charitable Society, Al-Islah Charitable Society, Orphan Care Society and the Union for Good Projects. All the payments went to Banks in Palestine. A further payment has been sent to the Lebannon to Samabil for the Relief & Development for Interpal Orphans.USD$ 04183711 No balance held & last entry 16/12/94USD$ 08480117 Credit of $129990.50 made from (?)funds still held on the account.USD$ 08537933 1 credit received from North Shore Islamic Trust, ASB Bank New Zealand.

HIGHLY CONFIDENTIAL                                                          NW 052060

Conclusion History for Case 617044                                                                 Page 1 of 1

**1. User:** Migrated          **On:**   07 Feb 2002 00:00              Print    Copy    Delete

**Note:** On the basis of the information available to us at the present time, it is considered that the above incident / activity may constitute or involve money laundering and consequently a disclosure has been made to the National Criminal Intelligence Service or other appropriate authorities. Please see attached documents for further information concerning the financial disclosure. This information may be of relevance when considering any business approaches or dealings with the above named parties.

HIGHLY CONFIDENTIAL                                                                            NW 052061

### NCIS Disclosure for Case 617044 ( Received )

Close    Print

**Core NCIS details created on 15 Oct 2001 by ConnellJ**    [ Submitted by HoseasonM on 15-OCT-01 ]

| | | | |
|---|---|---|---|
| Disclosure Type | Terrorism | Submitting Branch Address | Natwest Group Investigations & Fraud |
| Disclosure Date | 15 Oct 2001 | | |
| Branch / Outlet | Finsbury Park | | |
| Branch Code | 60-08-22 | | |
| Trust Indicator | N | | |
| Further Information | Y | Postcode | |

Text: Further to our previous disclosure (ID140425) a review of all sterling accounts held by our customer shows in the main small personal credits of between £5-£100 to the accounts with some large payments of £21k-£75000. A review of cheques issued shows payees to be The Royal Marsden and the Inland Revenue, turnover is approximately £343k in the last 6 months. Most outward payments are made from the USD$ account to various charities in Palestine about whom we know very little.

**Associated Subject: HEWITT , IBRAHIM (Person)**

| | | | |
|---|---|---|---|
| Surname | HEWITT | Date of Birth | |
| Forename 1 | IBRAHIM | Occupation | |
| Forename 2 | Brian | Employer | |
| Gender | Unknown | Association | Chairman of Palestine Relief & Development Fund |
| Information | | | |

**Associated Subject: IL-MOBARAK , HABIBAH (Person)**

| | | | |
|---|---|---|---|
| Surname | IL-MOBARAK | Date of Birth | |
| Forename 1 | HABIBAH | Occupation | |
| Forename 2 | | Employer | |
| Gender | Unknown | Association | Remitter of chaps payment into sterling account oe21894 |
| Information | | | |

**Associated Subject: MUSTAFA , E (Person)**

| | | | |
|---|---|---|---|
| Surname | MUSTAFA | Date of Birth | 17 Nov 1955 |
| Forename 1 | E | Occupation | |
| Forename 2 | Y | Employer | |
| Gender | Male | Association | Official of Palestine Relief & Development fund |
| Information | | | |

**Address for E MUSTAFA**

| | | | |
|---|---|---|---|
| Address Line | 60 CLARK CRT | Address Type | Home |

HIGHLY CONFIDENTIAL                                                              NW 052062

|  | STILTON CRES | Current Yes |
|---|---|---|
|  | LONDON |  |
|  | UNITED KINGDOM |  |
| Postcode | NW10 8DJ |  |

### Information for  E MUSTAFA

| Information Type | Phone No H | Information Detail | 020 8838 0189 |
|---|---|---|---|

Description

### Associated Subject: QUNDIL, J (Person)

| Surname | QUNDIL | Date of Birth |  |
|---|---|---|---|
| Forename 1 | J | Occupation |  |
| Forename 2 |  | Employer |  |
| Gender | Unknown | Association | Secretary of Palestine Relief & Development Fund |

Information

### Associated Subject: SAFIEE, MAHFOUZH (Person)

| Surname | SAFIEE | Date of Birth |  |
|---|---|---|---|
| Forename 1 | MAHFOUZH | Occupation |  |
| Forename 2 |  | Employer |  |
| Gender | Male | Association | Trustee of Palestine Relief & Development fund |

Information

### Associated Subject: ZAKAT MOOSA, (Person)

| Surname | ZAKAT MOOSA | Date of Birth |  |
|---|---|---|---|
| Forename 1 |  | Occupation |  |
| Forename 2 |  | Employer |  |
| Gender | Unknown | Association | Remitter of chaps payment into sterling account œ75000 |

Information

### (Main Subject) PALESTINIANS RELIEF & DEVELOPMENT FUND (Company)

| Company Name | PALESTINIANS RELIEF & DEVELOPMENT FUND | Company Number |  |
|---|---|---|---|
| VAT Number |  | Country | UK |
| Business Type |  | Association |  |

Information

### Address for PALESTINIANS RELIEF & DEVELOPMENT FUND

| Address Line | PO BOX 3333 | Address Type | Trading |
|---|---|---|---|
|  |  | Current | Yes |

HIGHLY CONFIDENTIAL                                                                    NW 052063

         UNITED KINGDOM
Postcode    NW6 1RW

**Transaction for PALESTINIANS RELIEF & DEVELOPMENT FUND**

| | | | |
|---|---|---|---|
| FI Number | Natwest | Account Opened | 14 Oct 1996 |
| Sort Code | 60-08-22 | Account Closed | |
| Acc. Number | 140 00 04156838 | Balance | |
| Acc. Name | PAL REL & DEV FUND PARENT | Balance On | |
| Credit/Debit | Debit | Acc. Currency | GBP |
| Pre 1992 | N | | |
| Turnover Credits | | Transaction Type | Elec Trsfr |
| Turnover Debits | | Transaction Date | 06 Sep 2001 |
| Turnover Period | | Amount | 27700.00 |
| | | Currency | USD |
| | | Amount (Sterling) | |

**Transaction for PALESTINIANS RELIEF & DEVELOPMENT FUND**

| | | | |
|---|---|---|---|
| FI Number | Natwest | Account Opened | 14 Oct 1996 |
| Sort Code | 60-08-22 | Account Closed | |
| Acc. Number | 140 00 04156838 | Balance | |
| Acc. Name | PAL REL & DEV FUND PARENT | Balance On | |
| Credit/Debit | Debit | Acc. Currency | GBP |
| Pre 1992 | N | | |
| Turnover Credits | | Transaction Type | Elec Trsfr |
| Turnover Debits | | Transaction Date | 15 Jun 2001 |
| Turnover Period | | Amount | 127500.00 |
| | | Currency | USD |
| | | Amount (Sterling) | |

**Transaction for PALESTINIANS RELIEF & DEVELOPMENT FUND**

| | | | |
|---|---|---|---|
| FI Number | Natwest | Account Opened | 14 Oct 1996 |
| Sort Code | 60-08-22 | Account Closed | |
| Acc. Number | 140 00 04156838 | Balance | |
| Acc. Name | PAL REL & DEV FUND PARENT | Balance On | |
| Credit/Debit | Debit | Acc. Currency | GBP |
| Pre 1992 | N | | |
| Turnover Credits | | Transaction Type | Elec Trsfr |
| Turnover Debits | | Transaction Date | 15 Jun 2001 |
| Turnover Period | | Amount | 50000.00 |
| | | Currency | USD |
| | | Amount (Sterling) | |

HIGHLY CONFIDENTIAL

NW 052064

### Transaction for PALESTINIANS RELIEF & DEVELOPMENT FUND

| | | | |
|---|---|---|---|
| FI Number | Natwest | Account Opened | 14 Oct 1996 |
| Sort Code | 60-08-22 | Account Closed | |
| Acc. Number | 140 00 04156838 | Balance | |
| Acc. Name | PAL REL & DEV FUND PARENT | Balance On | |
| Credit/Debit | Debit | Acc. Currency | GBP |
| Pre 1992 | N | | |
| Turnover Credits | | Transaction Type | Cash |
| Turnover Debits | | Transaction Date | 22 Jun 2001 |
| Turnover Period | | Amount | 100000.00 |
| | | Currency | USD |
| | | Amount (Sterling) | |

#### Associated Subject: AL-ISLAH CHARITABLE SOCIETY (Company)

| | | | |
|---|---|---|---|
| Company Name | AL-ISLAH CHARITABLE SOCIETY | Company Number | |
| VAT Number | | Country | ISRAEL |
| Business Type | | Association | Beneficiary of overseas USD Transfer |
| Information | | | |

#### Associated Subject: BEITSAJJAR ZAKAT COMMITTEE (Company)

| | | | |
|---|---|---|---|
| Company Name | BEITSAJJAR ZAKAT COMMITTEE | Company Number | |
| VAT Number | | Country | ISRAEL |
| Business Type | | Association | Beneficiary of overseas USD Transfer |
| Information | | | |

#### Associated Subject: ISLAMIC CHARITABLE SOCIETY (Company)

| | | | |
|---|---|---|---|
| Company Name | ISLAMIC CHARITABLE SOCIETY | Company Number | |
| VAT Number | | Country | ISRAEL |
| Business Type | | Association | Beneficary of overseas USD Transfer |
| Information | | | |

#### Associated Subject: JININ ISLAMIC CLUB (Company)

| | | | |
|---|---|---|---|
| Company Name | JININ ISLAMIC CLUB | Company Number | |
| VAT Number | | Country | ISRAEL |
| Business Type | | Association | Beneficiary of overseas USD Transfer |

Information

### Associated Subject: LEVANT SOCIETY (Company)

| | | | |
|---|---|---|---|
| Company Name | LEVANT SOCIETY | Company Number | |
| VAT Number | | Country | UK |
| Business Type | | Association | Beneficiary of Cheque payment |
| Information | | | |

### Associated Subject: NABLUS ZAKAT COMMITTEE (Company)

| | | | |
|---|---|---|---|
| Company Name | NABLUS ZAKAT COMMITTEE | Company Number | |
| VAT Number | | Country | ISRAEL |
| Business Type | | Association | Beneficiary of USD Transfer |
| Information | | | |

### Associated Subject: North Shore Islamic Trust (Company)

| | | | |
|---|---|---|---|
| Company Name | North Shore Islamic Trust | Company Number | |
| VAT Number | | Country | NW ZEALAND |
| Business Type | | Association | Remitter of overseas USd payment $1612 |
| Information | | | |

### Associated Subject: ORPHAN CARE SOCIETY (Company)

| | | | |
|---|---|---|---|
| Company Name | ORPHAN CARE SOCIETY | Company Number | |
| VAT Number | | Country | ISRAEL |
| Business Type | | Association | Beneficiary of USD Transfer |
| Information | | | |

### Associated Subject: UNION FOR GOOD PROJECTS (Company)

| | | | |
|---|---|---|---|
| Company Name | UNION FOR GOOD PROJECTS | Company Number | |
| VAT Number | | Country | ISRAEL |
| Business Type | | Association | Beneficary of USD Transfer |
| Information | | | |