# Exhibit 28

## Case Summary

Help

**Money laundering disclosure** NCIS

Case Summary | Record Data | Subject Data | Notes & Conclusion | Key Corresp

**Incident Data**

| | | | |
|---|---|---|---|
| **Control Authority** | Payment Operations | **Status** | Open **Source: [GK2:666814]** |
| **Review Date** | | **by** | |
| **Remote Delivery Channel** | N | **High Profile** | Y 17 Jun 2002 00:00 |
| **Created on** | 17 Jun 2002 00:00 | **by** | RBS_Mcomcl |
| **Last Modified on** | 17 Sep 2003 00:00 | **by** | RBS_Ohearaa |

**Linked Cases**

| | |
|---|---|
| 276995 | Address auto-linked |
| 617044 | NONE |
| 666593 | NONE |
| 704079 | Account auto-linked |
| 708047 | Address auto-linked |
| 710368 | NONE |
| 753294 | Address auto-linked |
| 772682 | Address auto-linked |
| 1748664 | Personal auto-linked |

Maintain Links

| Queries | Refer To | Tel No. | Business | Unable to contact ? |
|---|---|---|---|---|
| | | | NONE | Yes |

**Money laundering disclosure Record**

| | | | |
|---|---|---|---|
| **Submitting Branch** | | **Submitted By** | N Morrison |
| **Submitting Unit Sortcode** | | **Contact No** | 7-8067-6849 |
| **Submitting Department** | Payment & Trade Operations | **Legislation** | POTA |
| **Estimated Laundering Total** | 180950 <Unknown> | | |

**Reason(s) for Suspicion**

High non cash turnover

**Transactions GBP 0.00** Add

| Date | Type | Amount | Currency | |
|---|---|---|---|---|
| 06 Jun 2002 | Overseas Credit | 180939.00 | US Dollar | Edit |

**Set All Risk Ratings to the the same value of:-** Amber Blue Green Indigo Red

**Personal Data** Add

HIGHLY CONFIDENTIAL

| Surname | Forenames | Date Of Birth | Sex | Key Information | Risk | Adj | |
|---|---|---|---|---|---|---|---|
| HEWITT | IBRAHIM BRIAN | | M | NONE | Red | Red | Edit |
| MUSTAFA | E | 17 Nov 1955 | M | NONE | Red | Red | Edit |
| QUNDIL | J | | M | NONE | Red | Red | Edit |
| SADOON | HAMEED THABIT | | M | NONE | Red | Red | Edit |
| SAFIEE | HABIBAH | | M | NONE | Red | Red | Edit |

**Business Data** Add

| Business/Org Name | Company Ref. No. | Legal Jurisdiction | Key Information | Risk | Adj | |
|---|---|---|---|---|---|---|
| PALESTINIANS RELIEF & DEVELOPMENT FUND | | UNITED KINGDOM | NONE | Red | Red | Edit |

**Telephone Data** Add

-None-

**Address Data** Add

| Bldg No. & Name | Street | Town | Postcode | Risk | Adj | |
|---|---|---|---|---|---|---|
| CLARK CRT | STILTON CRES | LONDON | NW10 8DJ | Red | Red | Edit |
| PO BOX 333 | LONDON | | UNDEFINED | Red | Red | Edit |

**Account Data** Add

| Account Name | Account No. | Sortcode | Account Type | Currency | Risk | Adj | |
|---|---|---|---|---|---|---|---|
| PALESTINIANS RELIEF & DEVELOPMENT FUND | 140-00-04156838 | 60-08-22 | Currency Account | US Dollar | Green | Green | Edit |

**Miscellaneous Data** Add

-None-

**Case Notes** Add

| Type | Date | User | Text | |
|---|---|---|---|---|
| Case notes | 17 Sep 2003 | Migrated | see case 617044 JC has disclosed on all accounts in a defens | View |
| Summary and Assessment | 17 Sep 2003 | Migrated | Further to our disclosure NI 142909, a large international p | View |
| Conclusion | 17 Sep 2003 | Migrated | On the basis of the information available to us at the prese | View |

**Key Correspondence**

| Upload Doc Title | Author | User | Date | | Add |
|---|---|---|---|---|---|
| letter to RM | RBS\Mcomcl | GK2 | 09 Jul 2002 | View | Edit |
| memo from RM | RBS\Mcomcl | GK2 | 10 Sep 2002 | View | Edit |
| chaser to RM | RBS\Mcomcl | GK2 | 01 Aug 2002 | View | Edit |
| explanation from cust | RBS\Mcomcl | GK2 | 10 Sep 2002 | View | Edit |
| expl from cust | RBS\Mcomcl | GK2 | 10 Sep 2002 | View | Edit |
| expl from cust | RBS\Mcomcl | GK2 | 10 Sep 2002 | View | Edit |

| | | | | |
|---|---|---|---|---|
| expl from cust | RBS\Mcomcl GK2 | 10 Sep 2002 | View | Edit |
| SUSPICION REPORT | RBS\Allenbc GK2 | 12 Jul 2002 | View | Edit |
| SUSPICION REPORT | RBS\Allenbc GK2 | 12 Jul 2002 | View | Edit |

| **NCIS Disclosures** | **Author** | **Date** | |
|---|---|---|---|
| NCIS Disclosure 207993 (R) | RBS\Mcomcl | 17 Jun 2002 | Amend NCIS Number |

**No CIFAS Reports**

**1. User:** Migrated **On:** 17 Sep 2003 00:00 Print Copy

**Note:** see case 617044 JC has disclosed on all accounts in a defensive disclosure Oct 2001. Have ordered ledgers on sterling accounts and transactions are of the same vein so will not add value to disclosure to include them again.4/7/02 - Disclosure confirmed. I can't see from the previous case what action, if any, we requested the RM to undertake. Given the background we should be seeking a detailed report from the RM on his knowledge of these customers. Place on spreadsheet and ensure we receive a response - I will need to comment on the High profile report. DH 5/8/02 - NCIS acknowledgement recd, ref 207993. passed to Special Branch6.8.02 spoke to Terry they have received a six page document regarding the $180K payt, it should be received at this office within next week. CLM10/9 - Paperwork received advising that the US dollar payment represented a donation from an aid agency in Yemen - they are a regular donor. Monies said to be for health, medical, and education projects. Looking at the US dollar account there are a number of subsequent payments to hospitals, for example, which would tend to substantiate the comments. Copies of the relavant paperwork have been scanned to the case. DH17/9/03 - When completing a further disclosure on this connection - see Goalkeeper Ref 710368 - a review of all linked disclosures was undertaken. The USD payment of 180,939 originated from the Islamic Charitable Society for the Support of Al-Aqsa. This organisation, albeit not at the time in June 2002, now appears on a list of named/suspected terrorists. GRM 29-05-03. I have spoken to Mark Ashtown (0207 230 3302) at NTFIU Special Branch and confirmed the above which he noted with interest. He did not support the need for a further disclosure at this point but advised that his investigations are ongoing and the bank may receive a further Production Order in due course. TOH

**1. User:** Migrated **On:** 17 Sep 2003 00:00 Print Copy Delete

**Note:** Further to our disclosure NI 142909, a large international payment has been received to the US$ account on 6.6.02 for $180,939 remitter details Hameed Thabit Sadoon, Saba Islamic Bank, Sana'a. A review of the sterling account has shown no significant change in turnover. We are reporting as the international payment is not in keeping with the size of payment seen previously.

HIGHLY CONFIDENTIAL

Conclusion History for Case 666814 Page 1 of 1

**1. User:** Migrated **On:** 17 Sep 2003 00:00 Print Copy

**Note:** On the basis of the information available to us at the present time, it is considered that the above incident / activity may constitute or involve money laundering and consequently a disclosure has been made to the National Criminal Intelligence Service or other appropriate authorities. Please see attached documents for further information concerning the financial disclosure. This information may be of relevance when considering any business approaches or dealings with the above named parties.

https://www.gk3.web.rbsgrp.net/GK3Web/casemaint/CaseMaintNotesViewData.jsp?c... 01/07/2008

HIGHLY CONFIDENTIAL NW 052079

# Memorandum

The Royal Bank of Scotland Group

To: Belinda Lane

Branch/ Unit: North East Thames CBC 01-81-68

From: C McComas

Date: 09.07.02

Group Investigations & Fraud

Ground Floor
Regents House
PO Box 348
42 Islington High Street
London N1 8XL

Telephone: 020 7615 7246
Switchboard: 020 7833 2121
Facsimile: 020 7615 7287

---

**Re: Money Laundering Suspicion**

**Account: Palestinians Relief & Development Fund 60-08-22**

**Group Fraud Ref: 666814**

**We refer to your/the attached report and advise the following:**

[X] **The decision has been taken to report the matter to the Authorities. The matter must be treated in the strictest confidence and under no circumstances should the account holder be advised of this action.**

[ ] Please update 'Know Your Customer' details and obtain an explanation for the transactions. Should you remain suspicious following your interview with the customer please revert to GI&F with a full explanation of your concerns.

[ ] Please ensure you review the Bank's 'Know Your Customer' and Due Diligence in respect of this connection. You may wish to consider exiting the relationship unless you are entirely happy with your findings.

[ ] We consider this connection presents a serious risk to the Group, accordingly it is our view that you should exit the relationship at the earliest opportunity. You may wish to use the attached wording.

[ ] Please monitor the activity on this account and revert to Group Investigations & Fraud if the activity alters significantly giving further cause for concern.

[X] **You may continue to operate the account within normal banking practice unless you hear from us to the contrary. Please forward a detailed report on your knowledge of this customer and the activities seen on the accounts.**

**Please note it is an offence to advise the customer or any other 3rd party of your report to us, that a report has been made to the authorities, or of any subsequent investigation.**

Thank you for your assistance

Signed: ..............................

The Royal Bank of Scotland Group plc
Registered in Scotland No 45581
Registered Office: 36 St Andrew Square Edinburgh EH2 2YB



Commercial Banking
Greater London East,
Commercial Banking Centre
PO Box 2401, 1st Floor
10 South Street
Romford
Essex RM1 1BD
E-mail: Belinda.Lane@rbs.co.uk

Telephone: 01708 774534
Facsimile: 01708 733816

Your ref:
Our ref:

Ms C McComas
Fraud Officer
Group Investigations & Fraud
Regents House
42 Islington High Street
London
N1 8XL

9 August 2002

Dear Charlotte

**Group Fraud Ref 666814 – Palestinian Relief & Development Fund**

Further to your letter dated 1 August I have obtained the following information regarding the inland payment for US$180k received on 6 June:-

1. The payment was a donation
2. The remitter was the Islamic Charitable Society for supporting Alqsa Al-Shareef (a holy shrine in Jerusalem)
3. The payment originated from Yemen
4. The party is a regular donator

I have enclosed further information from our customers in this respect.

Yours sincerely

Belinda Lane
Commercial Manager

National Westminster Bank Plc ("the Bank") is a member of the NatWest and Gartmore Marketing Group. The only packaged products (life policies, unit trusts and other collective investment schemes and stakeholder and other pensions) the Bank advises on and sells are those of the Marketing Group, whose members are regulated by the Financial Services Authority. NatWest Stockbrokers Limited is also a Member of the London Stock Exchange.

National Westminster Bank Plc. Registered in England No 929027. Registered Office: 135 Bishopsgate, London EC2M 3UR.

Agency agreements exist between members of The Royal Bank of Scotland Group



Group Investigations & Fraud

Regent's House
42 Islington High Street
London N1 8XL

Telephone: 020 7615
Switchboard: 020 7615 7267
ITS 770
Facsimile: 020 7615 7283

Your Ref:

Our Ref: 666814

Date: 01.08.02

Belinda Lane
Greater London East Corporate Banking Centre
PO BOX 2401
1st Floor
10 South Street
ROMFORD

**RE PALESTINIAN RELIEF & DEVELOPMENT FUND**

**GROUP FRAUD REF 666814**

Belinda

Thank you for forwarding a copy of your findings regarding the above customer.

As you are aware City IBC instigated the suspicion report as a result of the large inland payment for US$180K. As this is significantly in excess of other payments we will require further information regarding the transaction.

Please identify the following;

1 Was the payment a donation?

2 Who was the remitter?

3 Where did the payment originate?

4 Is this party a regular donator?

I understand you are on annual leave at this time, however would appreciate a reply in writing as a matter of urgency on your return. Thank you for your continued assistance in this matter.

Regards Charlotte McComas
Fraud Officer

13:36 RT 0000 P.1

INTERPAL
الصندوق الفلسطيني الإغاثة و التنمية
HELPING PALESTINIANS IN NEED

P.O. Box 3333
LONDON
NW5 1RW
Tel: 020 8450 8802
Fax: 020 8450 8204
Email: info@interpal.org
Website: www.interpal.org

BELINDA LANE
NATWEST PLC
ROMFORD
RM1 1HD
FAX NO: 01708-733 816

Our Ref: (7805)
Date: 6 August 2002

Dear Belinda,

**Transfer from Abroad: Your Query**

Further to your query and our telecon yesterday, please find attached correspondence relating to the transfer that is the subject of your query.

I confirm that the transfer of £180,939.03p is a donation from a aid agency in Yemen called the Islamic Charitable Society for the Support of Al-Aqsa Al-Shareef (the holy Aqsa Mosque) for charitable and humanitarian projects as detailed in the translation of the correspondence attached. In brief, the funds are for health and medical, and education projects.

Please find attached 6 pages of our letter of acknowledgement and receipt to them, and a copy of the transfer document that they forwarded to us. All the documents are accompanied by translations.

I trust this is what you require. Please do not hesitate to contact me should you need further information.

Yours sincerely,

Mr. E. Mustafa
Vice-Chair of the Board of Trustees

Registered Charity No. 1040094

HIGHLY CONFIDENTIAL

Brief Translation of document no 1
Interpal's acknowledging letter to ...

The Islamic charitable society for the support of Al-Aqsa Al-Shareef (the holy Aqsa mosque).

The Republic of Yemen.

Subject: receiving the sum of ($ 181,000.00)

We have received from you the sum of ($181,000.00) one hundred and eighty one thousand dollar and that is for the following projects:

1. $141,000.00 in supports for hospitals and medical centres and orphanage homes in the west bank and Gaza.
2. ($10,000.00) in support of the family educational centre in the west bank and Gaza.
3. ($20.000.00) support for the summer centres in the west bank and Gaza.
4. ($10,000.00) support for the school kit project in the west bank and Gaza.

Please find enclosed a receipt no: (16-02)

Our brothers and sisters we do appreciate the effort you make in helping your brothers and sisters in Palestine. We would also like to assure you that each penny goes toward helping them.,. , - - -

Brief Translation of document no 2
Interpal's acknowledging letter to ...

Receipt no: 16-02
Dated : 05/06/02

We acknowledge the transfer made by The Islamic charitable society for the support of Al-Aqsa Al-Shareef (the holy Aqsa mosque). The Republic of Yemen.

The amount of : ($181,000.00)
Method of payment: bank transfer
Projects implementations:

In supports for hospitals and medical centres and orphanage homes in the west bank and Gaza.

In support of the family educational centre in the west bank and Gaza.

In Support for the summer centres in the west bank and Gaza.

In Support for the school kit project in the west bank and Gaza.

Received by: the Palestinian Relief and Development Fund.

Brief Translation of document no 3
Interpal's acknowledging letter sent by The Islamic charitable society for the support of Al-Aqsa Al-Shareef (the holy Aqsa mosque). The Republic of Yemen

5. $141,000.00 in supports for hospitals and medical centres and orphanage homes in the west bank and Gaza.
6. ($10,000.00) in support of the family educational centre in the west bank and Gaza.
7. ($20,000.00) support for the summer centres in the west bank and Gaza.
8. ($10,000.00) support for the school kit project in the west bank and Gaza.

a) Required one letter of acknowledgment for the whole amount and the exact amount of money as above and a receipt.
b) Reports from all benefited documented with photographs project implementation and preferably accompanied with videos, letter of thanks from all of them.

Official stamp

Dated :02/06/02

The English writing is the bank payment copy showing all the details.

IBC 666814 HP

617C44

The Royal Bank of Scotland

**Corporate Banking Money Laundering Suspicion Report Form**

Sort Code:

Surname/Business name: Palestinians Development Fund - Interpal
Forename(s):

Male/Female | Nationality (if known) | Date of Birth

Address (include postcode): PO Box 3333 London NW6-1RW

Additional/Previous Addresses: Registered Flat 6C Clark Court Stilton Crescent London NW10-835

Telephone No:

No & Country of issue of Passport or other ID document seen/source of introduction/reference taken:

Companies - Date of Country of Incorporation/registered No:

| Account No(s) | Account Type | Date Opened |
|---|---|---|
| 1. 95142940<br>2. 95142975<br>3. 95142983<br>4. 95805???? | 140/0/041 56838 | 550/0/08524882 |

Date when Relationship with Bank started: 4/10/1994.

Stated Occupation: as Name.

Name & Address of Employer:

| Additional/Associated Names: | Date of Birth: | In Account | Address, esp P/Code/Passport No etc. |
|---|---|---|---|
| | | | |

Transaction Details — Account Number

| Date | Amount | Dr/Cr. | Source/Destination e.g. Cash/Chq/UT/SI/CHAPS to/from. |
|---|---|---|---|
| 4/6/2002 | US$ 180950-00 | CR | IPBBM 026606 02026<br>Hameed Thabit Sadeen<br>Saba Islamic Bank<br>Sana'a |

Reasons for Suspicion

Official Names - E. Mustafa, Ibrahim Brian Hewitt, G Jundil, Mahfouzh Safiee

Direct access customer to IBC S.E.a City

When contacted to advise of receipt of monies Mr Jundil (see above) commented the funds had been expected from Yemen

Connection between Yemen, al Queda and present Middle East.

The Royal Bank of Scotland

**Corporate Banking Money Laundering Suspicion Report Form**

| |
|---|
| continued. T/V note of 27/02/2001 notes that a cheque was accepted with payee as Jihad (= Holy War) |
| Security & safe Custody held (brief details only) |
| Boxes & Parcels held |
| Special Signing instructions, e.g. Third party mandates<br><br>If a company/partnership etc attach a copy of mandate |
| Other accounts known to be held (including Building Societies) |
| Status Enquiries Received |

| Nature of Suspected Offence | | |
|---|---|---|
| Possible umbrella - for funding Terrorism in Middle East. | Drug Trafficking<br>Terrorism ✓<br>Other crime | |
| Branch / Depart Ref: INLAND Payment IBC CITY | Name of Contact: N. MORRISON | Tel/ ITS Ext. 7- 5067 -6849 |
| Signed: N Morrison | Senior Officer/Manager [signature] | Date 7/6/2002. |

https://www.gk3.web.rbsgrp.net/GK3Web/caseSummaryMaintViewDoc.do?caseNo=... 01/07/2008

## NCIS Disclosure for Case 666814 ( Received )

Close Print

**Core NCIS details created on 17 Jun 2002 by RBS\Mcomcl [ Submitted by RBS\Hartlda on 04-JUL-02 ]**

| | | | |
|---|---|---|---|
| Disclosure Type | Terrorism | Submitting Branch Address | Natwest |
| Disclosure Date | 17 Jun 2002 | | City IBC |
| Branch / Outlet | Finsbury Park | | |
| Branch Code | 60-08-22 | | |
| Trust Indicator | N | | |
| Further Information | Y | Postcode | |
| Text | Further to our disclosure NI 142909, a large international payment has been received to the US$ account on 6.6.02 for $180,939 remitter details Hameed Thabit Sadoon, Saba Islamic Bank, Sana'a. A review of the sterling account has shown no significant change in turnover. We are reporting as the international payment is not in keeping with the size of payment seen previously. | | |

**Associated Subject: HEWITT , IBRAHIM (Person)**

| | | | |
|---|---|---|---|
| Surname | HEWITT | Date of Birth | |
| Forename 1 | IBRAHIM | Occupation | |
| Forename 2 | BRIAN | Employer | |
| Gender | Male | Association chairman | |
| Information | | | |

**Associated Subject: MUSTAFA , E (Person)**

| | | | |
|---|---|---|---|
| Surname | MUSTAFA | Date of Birth | 17 Nov 1955 |
| Forename 1 | E | Occupation | |
| Forename 2 | | Employer | |
| Gender | Male | Association official | |
| Information | | | |

**Address for E MUSTAFA**

| | | | |
|---|---|---|---|
| Address Line | 60 CLARK CRT | Address Type | Home |
| | STILTON CRES | Current | Yes |
| | LONDON | | |
| | UNITED KINGDOM | | |
| Postcode | NW10 8DJ | | |

**Associated Subject: QUNDIL , J (Person)**

| | | | |
|---|---|---|---|
| Surname | QUNDIL | Date of Birth | |
| Forename 1 | J | Occupation | |
| Forename 2 | | Employer | |
| Gender | Male | Association secretary | |
| Information | | | |

**Associated Subject: SADOON , HAMEED (Person)**

| | | | |
|---|---|---|---|
| Surname | SADOON | Date of Birth | |
| Forename 1 | HAMEED | Occupation | |
| Forename 2 | THABIT | Employer | |
| Gender | Male | Association | remitter of funds |
| Information | | | |

**Associated Subject: SAFIEE , Mahfouzh (Person)**

| | | | |
|---|---|---|---|
| Surname | SAFIEE | Date of Birth | |
| Forename 1 | Mahfouzh | Occupation | |
| Forename 2 | | Employer | |
| Gender | Male | Association | trustee |
| Information | | | |

**(Main Subject) PALESTINIANS RELIEF & DEVELOPMENT FUND (Company)**

| | | | |
|---|---|---|---|
| Company Name | PALESTINIANS RELIEF & DEVELOPMENT FUND | Company Number | |
| VAT Number | | Country | UK |
| Business Type | | Association | |
| Information | | | |

**Address for PALESTINIANS RELIEF & DEVELOPMENT FUND**

| | | | |
|---|---|---|---|
| Address Line | PO BOX 3333 | Address Type | Other |
| | LONDON | Current | Yes |
| | UNITED KINGDOM | | |
| Postcode | NW6 1RW | | |

**Address for PALESTINIANS RELIEF & DEVELOPMENT FUND**

| | | | |
|---|---|---|---|
| Address Line | 60 CLARK CRT | Address Type | Registered |
| | STILTON CRES | Current | Yes |
| | LONDON | | |
| | UNITED KINGDOM | | |
| Postcode | NW10 8DJ | | |

**Transaction for PALESTINIANS RELIEF & DEVELOPMENT FUND**

| | | | |
|---|---|---|---|
| FI Number | | Account Opened | |
| Sort Code | 60-08-22 | Account Closed | |
| Acc. Number | 140-00-04156838 | Balance | |
| Acc. Name | PALESTINIANS RELIEF & DEVELOPMENT FUND | Balance On | |
| Credit/Debit | Credit | Acc. Currency | GBP |
| Pre 1992 | N | | |

GK3 Edit NCIS Main

Page 3 of 3

Turnover Credits

Turnover Debits

Turnover Period

Transaction Type Wire Trsfr

Transaction Date 06 Jun 2002

Amount 180939.00

Currency USD

Amount (Sterling)

https://www.gk3.web.rbsgrp.net/GK3Web/editMain.do?task=print&caseFileNo=6668... 01/07/2008

HIGHLY CONFIDENTIAL

NW 052091