# Exhibit 29



HIGHLY CONFIDENTIAL    NW 191801

| Bldg No. & Name | Street | Town | Postcode | Risk | Adj | |
|---|---|---|---|---|---|---|
| | | | E13 0QW | Red | Red | Edit |
| PO BOX 542 | | LONDON | E130QW | Red | Red | Edit |

### Account Data [Add]

| Account Name | Account No. | Sortcode | Account Type | Currency | Risk | Adj | |
|---|---|---|---|---|---|---|---|
| PALESTINE & LEBANON RELIEF FUND | | 60-08-22 | Current (Personal) | British Pound | Green | Green | Edit |

### Miscellaneous Data [Add]
-None-

### Case Notes [Add]

| Type | Date | User | Text | |
|---|---|---|---|---|
| Conclusion | 12 Mar 1999 | Migrated | This record has been created as the result of a financial di | View |

### Key Correspondence

| Upload Doc Title | Author | User | Date | | |
|---|---|---|---|---|---|
| wp1204_a.jpg | Fox | GK2 | 23 Aug 2000 | View | Edit |
| wp1204_b.jpg | Fox | GK2 | 23 Aug 2000 | View | Edit |
| wp1204_c.jpg | Fox | GK2 | 23 Aug 2000 | View | Edit |

**No NCIS Disclosures**

**No CIFAS Reports**

HIGHLY CONFIDENTIAL                                                         NW 191802



HIGHLY CONFIDENTIAL

NW 191803

NATIONAL WESTMINSTER BANK PLC

Money-Laundering - Prevention of Terrorism Act 1989

Suspicious circumstances reported in accordance with Action Sheet 97

Branch FINSBURY PARK                     Sort Code 60-08-22

| | | | |
|---|---|---|---|
| Account Titles (if more than three use additional form) | PALESTINE & LEBANON RELIEF FUND<br>DIRECTORS: MR E MUSTAFA<br>  MR O HAFEZ<br>  MR J QUNDIL | SAME | |
| Account Number | 20536771 | 140/00/02832682 | |
| Type of Account | CURRENT | US DOLLAR CURRENT | |
| Present Balance | £64,296 CR | US $128,148 CR | |
| Debit turnover:<br>Last two half yrs: | £220,164 | MARCH 1991 - DECEMBER 91<br>US $486,551 | |
| Half year to date: | £45,935 | US $70,447 | |
| Total: | £266,099 | US $556,998 | |
| Address (including postcode) | THE SECRETARY<br>PALESTINE & LEBANON RELIEF FUND, PO BOX 542<br>LONDON<br>E13 0QW | SAME | |
| Date Account opened with Bank & Branch | 23 JUNE 1987 | OCTOBER 1990 | |
| Date of birth | NOT APPLICABLE | NOT APPLICABLE | |
| Nationality Passport No and country of issue (if known) | NOT APPLICABLE | NOT APPLICABLE | |
| Stated occupation | CHARITY | SAME | |

Reasons for suspicion
Since the account were opened there have been numerous transfers abroad, these include:-
On 24 February 1992 US $10,000 was transferred by way of Urgent Transfer to Mr Jawad M Elhamad banking with the Central Fidelity Bank, Arlington, Virginia 22209, USA, account number 7920652314.

On 13 March 1992 US $3,700 was transferred by way of Urgent Transfer to Khaled Nehr Abovelomrien, banking with the Islamic Northern Bank, Khartoom Sudan, account 4/3/643 via the UBAF Bank Ltd, 30 Gresham Street, London, EC2.

Also on 13 March 1992 US $7,000 was transferred by way of Urgent Transfer to Mouneer Saeed Jarada, also banking with the Islamic NorthernBank, Khartoom, account number 4/3/678, this transfer also going via the UBAF Bank Ltd, London.

On 18 March 1992 US $40,000 was transferred by way of Urgent Transfer to the Islamic Relief agency banking with Bank Hapoalem, Umm-El-Fahem-Israel, account number 275475.

There have also been three cash withdrawals of US Dollars 15,000, each collected by Mr Hassan Aladaileh.

Reference No WP: 1204

The company also have other accounts in various names these include:- Refugees Relief, Disabled Peoples, Families in Need and Children in Need.

It has been noted that Bob Stevens at Special Branch has an active interest in our customers.

Reference No WP: 1204

Security and safe custody held (brief details only)

NONE

Boxes and parcels held

NONE

Special signing instructions (e.g. third-party mandates)

NWB1010, 7 November 1991, E Mustafa (Chairman).

(If a company, partnership etc. attach copy of mandate
Other accounts known to be held (including building societies)

Ulster Bank, College Green, Dublin, Ireland opened October 1991.

Source of introduction

Not known.

Status enquiries received

NONE

Other relevant background information

NONE

Fraud Office Comments

See reasons for suspicion.

26 March 1992                                                        I T WICKENS, Fraud Intelligence
                                                                                        Manager
(For Group Audit Use)

30/3/92

HIGHLY CONFIDENTIAL                                                                          NW 191805

**FINANCIAL TIMES**  WEDNESDAY MARCH 13 1996

## NEWS: INTERNATIONAL

# Palestinian charity in UK under attack

By Julian Ozanne in Tel Aviv
and Clay Harris in London

Israel yesterday stepped up its attack on foreign fund-raising for Palestinian causes. Israeli military intelligence claimed that Interpal, a UK-based charity whose bank accounts were frozen last week by the Charity Commission, had masterminded fund-raising for the Hamas Islamic movement in Europe.

Israeli police, meanwhile, released documents about financial support given to the families of three Hamas military activists by two Nazareth-based charities which they claim are funded by Interpal.

A senior military officer said Interpal, also known as the Palestinian Relief and Development Fund, raised money exclusively for Hamas institutions and directly provided support to families of Hamas guerrillas and suicide bombers. "Interpal is the main source of funds for Hamas outside the [Palestinian] territories," he said.

In London, Mr Abdul Rahman Daya, Interpal chairman, said: "What is their proof? I don't know what they are talking about. I don't know what the Israelis are trying to achieve."

Charity Commission officials will today visit Interpal's offices in north London to study its records. After a meeting with Interpal trustees yesterday, the commission said: "The charity can continue to function and fund projects undertaken on their behalf by various Palestinian charities." For the time being, all spending must be approved by the commission.

The Israeli military officer alleged that Interpal was directly connected to the Finance Committee of Hamas, which decides the spending priorities of the movement together with the Internal Committee, and gave directions to other Hamas fund-raising groups in Europe. "All the European funds are co-ordinated by Interpal," he said. Mr Daya described this contention as "rubbish".

Last week police named Interpal and Al Aqsa, based in Germany, as the source of funds to Mr Suleiman Agbariah, who has been placed under house arrest by Israeli authorities and had his telephone cut off pending the results of an investigation. Police say have they have more than 60 cases proving that Mr Agbariah's charities – the Islamic Salvation Fund and the Islamic Rescue Fund – gave money to the families of Hamas guerrillas.

They provided documents from three cases which they allege prove a link between Mr Agbariah and his charities with known activists in the Izz el-Deen al-Qassam Brigades, the military wing of Hamas which has claimed responsibility for recent suicide attacks in Israel. Mr Daya said neither charity appeared in Interpal's own records or bank records.

The documents, written in Arabic, are application forms filled out by the families of Hamas "martyrs" seeking aid from Mr Agbariah's funds. All three are from families of young men who died in Hamas military activities. One application came from the mother of 20-year-old Iman Salah Salame Atallah, who died in a suicide mission in Gaza in 1993, in which two Israeli soldiers were killed.

Police say in all cases money was approved from Mr Agbariah's charities, often more significant sums than recommended by charity field workers in the documents.

The intelligence officer said Israel had material evidence that some of the money sent by Interpal to registered schools, clinics, orphanages and welfare societies had been diverted to the families of Hamas guerrillas.

He said several lists of orphans who receive charity included people above the age of 18 who were known Hamas activists.

In London, Mr Daya said Interpal supported no orphans over the age of 15. Asked if any of the 36 charities which Interpal funds were linked to Hamas, he said: "Maybe." Interpal did not screen recipients to exclude those with links to Hamas activists. "A poor family is a poor family," Mr Daya said. "We do not check on why the family has been made poor."

The Israeli officer said it was impossible to divulge material evidence because it would put informants at risk. But he said evidence had been passed to the UK government and other European countries which proved the link between the European charities and funding of the Hamas military campaign.

HIGHLY CONFIDENTIAL

NW 191806