UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, et al.,<br><br>                       Plaintiffs,<br>          v.<br><br>NATIONAL WESTMINSTER BANK PLC,<br><br>                       Defendant. | Case No. 05-CV-4622 (DLI) (RML) |
| NATAN APPLEBAUM, et al.,<br><br>                       Plaintiffs,<br>          v.<br><br>NATIONAL WESTMINSTER BANK PLC,<br><br>                       Defendant. | Case No. 07-CV-916 (DLI) (RML) |

**NOTICE REGARDING FILING OF
EXHIBITS 12, 23, AND 24 TO ECF NOS. 272 AND 400**

The Declaration of Aaron Schlanger in support of Plaintiffs' Opposition to NatWest's Motion for Summary Judgment executed on May 8, 2018 (the "Schlanger Declaration") was electronically filed in *Weiss v. National Westminster Bank Plc*, Case No. 05-cv-4622 (DLI) (RML), and *Applebaum v. National Westminster Bank Plc*, Case No. 07-cv-916 (DLI) (RML) on May 23, 2018, and assigned ECF Nos. 400 and 272, respectively. True and correct copies of Exhibits 12, 23, and 24 to the Schlanger Declaration, which contain videos, are being filed in the Office of the Clerk of Court on a CD and will be maintained in the case file in the Clerk's Office.

On May 8, 2018, true and correct copies of Exhibits 12, 23, and 24 to the Schlanger Declaration were served on counsel for defendant National Westminster Bank Plc via links to

electronic mail messages sent to the following email addresses: lfriedman@cgsh.com, jblackman@cgsh.com and aluft@cgsh.com.

Dated: New York, New York
May 24, 2018

>OSEN LLC
>Gary M. Osen
>Aaron Schlanger
>Ari Ungar
>Peter Raven-Hansen
>2 University Plaza, Suite 402
>Hackensack, NJ 07601
>Tel: (201) 265-6400
>
>-and-
>
>/s/ Shawn P. Naunton
>Shawn P. Naunton
>ZUCKERMAN SPAEDER LLP
>485 Madison Avenue, 10th Floor
>New York, NY 10022
>Tel: (212) 704-9600
>snaunton@zuckerman.com
>
>*Attorneys for Weiss Plaintiffs*
>
>
>STONE BONNER & ROCCO LLP
>James P. Bonner
>Patrick L. Rocco
>Susan M. Davies
>145 West 45th Street, Suite 701
>New York, NY 10037
>
>*Attorneys for Applebaum Plaintiffs*