# CLEARY GOTTLIEB STEEN & HAMILTON LLP

VICTOR I. LEWKOW
LEE C. BUCHHEIT
THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
EDWARD J. ROSEN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
ANDRES DE LA CRUZ
DAVID C. LOPEZ
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.

JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON

JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
    RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
RAHUL MUKHI
NEIL R. MARKEL
HUMAYUN KHALID
KENNETH S. BLAZEJEWSKI
ANDREA M. BASHAM
LAURA BAGARELLA
SHIRLEY M. LO
    RESIDENT COUNSEL

LOUISE M. PARENT
    OF COUNSEL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

D: +1 212 225 2490
jblackman@cgsh.com

May 24, 2018

BY ECF AND HAND DELIVERY

Hon. Dora L. Irizarry, U.S.D.J.
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Weiss, et al. v. National Westminster Bank Plc, 05-cv-4622 (DLI) (RML)
     Applebaum, et al. v. National Westminster Bank Plc, 07-cv-916 (DLI) (RML)

Dear Chief Judge Irizarry:

  Pursuant to the Court's Orders dated March 14, March 27, May 4 and May 8, 2018, I am enclosing on behalf of defendant National Westminster Bank Plc ("NatWest") a Chambers set of the parties' papers in support of and in opposition to NatWest's motion for summary judgment. In accordance with Your Honor's Individual Rules, NatWest has filed all of the parties' papers concerning NatWest's motion. The enclosed documents are marked with the ECF document numbers assigned to each. The top number is the *Weiss* ECF number, and the bottom number is the *Applebaum* ECF number.

  The enclosed documents include the following:

- Notice Of Motion For Summary Judgment By NatWest;

- Memorandum Of Law Of NatWest In Support Of Its Motion For Summary Judgment;

- Declaration Of Mark E. McDonald In Support Of The Motion For Summary Judgment By NatWest, and the exhibits submitted therewith;

- NatWest's Supplemental Statement Of Additional Material Facts As To Which There Is No Genuine Issue Pursuant To Local Civil Rule 56.1;

Hon. Dora L. Irizarry, U.S.D.J., p. 2

- Plaintiffs' Memorandum Of Law In Opposition To NatWest's Motion For Summary Judgment;

- Declaration Of Aaron Schlanger In Support Of Plaintiffs' Opposition To NatWest's Motion For Summary Judgment, and the exhibits submitted therewith;

- Plaintiffs' Response To NatWest's Supplemental Statement Of Additional Material Facts As To Which There Is No Genuine Issue Pursuant To Local Civil Rule 56.1;

- Plaintiffs' Statement of Material Facts As To Which There Is A Genuine Issue To Be Tried Pursuant To Local Civil Rule 56.1(b);

- Reply Memorandum Of Law Of NatWest In Support Of Its Motion For Summary Judgment; and

- NatWest's Certificate Of Service, dated April 12, 2018.

We would be pleased to respond to any questions the Court may have concerning these submissions.

Respectfully,

*Jonathan I. Blackman /cf*

Jonathan I. Blackman

Enclosures

cc: All counsel of record (by email, without enclosures)