

**ZUCKERMAN SPAEDER**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 29 2018 ★
BROOKLYN OFFICE

Shawn P. Naunton
PARTNER
Zuckerman Spaeder LLP
snaunton@zuckerman.com
646-746-8655

May 24, 2018

**VIA FEDERAL EXPRESS**

The Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Weiss et al. v. National Westminster Bank, Plc*, 05-cv-4622 (DLI)(RML)
*Applebaum et al. v. National Westminster Bank, Plc*, 07-cv-916 (DLI)(RML)

Dear Clerk of Court:

On behalf of the plaintiffs in the above-captioned actions, we submit herewith one CD containing Exhibit Nos. 12, 23, and 24 to the Declaration of Aaron Schlanger executed on May 8, 2018 (the "Schlanger Declaration"). The Schlanger Declaration was filed in the above-captioned actions on May 23, 2018 using the Court's CM/ECF system, and was assigned ECF Docket Number 400 in *Weiss et al. v. National Westminster Bank, Plc*, 05-cv-4622 (DLI)(RML) and ECF Docket Number 272 in *Applebaum et al. v. National Westminster Bank, Plc*, 07-cv-916 (DLI)(RML). Exhibit Nos. 12, 23, and 24 to the Schlanger Declaration are file types that cannot be filed using the CM/ECF system; Exhibit No. 12 is a Windows Media video file and Exhibit Nos. 23 and 24 are MPEG-4 video files.

Courtesy copies of Exhibit Nos. 12, 23, and 24 have been submitted separately to Chief Judge Irizarry in accordance with her Individual Motion Practices and Rules. The enclosed CD is submitted for inclusion in the case files maintained in the Clerk's Office. Notice concerning the filing of Exhibit Nos. 12, 23, and 24 was filed today using the Court's CM/ECF system, and a copy thereof is enclosed for your convenience.

Respectfully submitted,

/s/ Shawn P. Naunton

Shawn P. Naunton

MAY 24, 2018
PAGE 2

cc:   (via email without enclosures)
      Mark McDonald (mmcdonald@cgsh.com)
      Margot Gianis Mooney (mmooney@cgsh.com)
      Jessica Roll (jroll@cgsh.com)