United States District Court

Eastern District of New York

NOTICE OF

RELATED CASE

The Civil Cover Sheet filed in civil action

__18__ CV __7465__

1) Indicated that this case is related to the following case(s):

   05cv4622

   07-916

   -OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to ____ CR/CV_____