UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TZIV WEISS, et al.,

                Plaintiffs,                                JUDGMENT
                                                               05-CV-4622 (DLI) (RML)

    -against-

NATIONAL WESTMINSTER BANK PLC,

                Defendant.
------------------------------------------------------------ X
NATAN APPLEBAUM, et al.,

                Plaintiffs,                              07-cv-916 (DLI) (RML)

    -against-

NATIONAL WESTMINSTER BANK PLC,

                Defendant.
------------------------------------------------------------ X

        An Opinion and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 31, 2019, granting Defendant's summary judgment motion as to Plaintiffs' remaining claims of civil liability under the ATA in its entirety; denying Plaintiffs' motion for leave to amend the complaint to add a claim under the JASTA; and dismissing this action; it is

        ORDERED and ADJUDGED that Defendant's summary judgment motion as to Plaintiffs' remaining claims of civil liability under the ATA is granted in its entirety; that Plaintiffs' motion for leave to amend the complaint to add a claim under JASTA is denied; and that this action is dismissed.

Dated: Brooklyn, NY                                                                                  Douglas C. Palmer
       March 31, 2019                                                                                  Clerk of Court

                                                                                                            By:    /s/*Jalitza Poveda*
                                                                                                                         Deputy Clerk