UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TZVI WEISS, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 05-cv-4622 (DLI)(RML) |
| -against- : | |
| : | |
| NATIONAL WESTMINSTER BANK, PLC, : | |
| : | |
| Defendant. : | |

---

| | |
|---|---|
| NATAN APPLEBAUM, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 07-cv-916 (DLI)(RML) |
| -against- : | |
| : | |
| NATIONAL WESTMINSTER BANK, PLC, : | |
| : | |
| Defendant. : | |

---

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-named cases hereby appeal to the United States Court of Appeals for the Second Circuit from an Opinion and Order entered in these actions on the 31st day of March, 2019 (*Weiss* Docket No. 415/*Applebaum* Docket No. 289) granting Defendant National Westminster Bank Plc's motions for summary judgment, and from the Judgments dismissing Plaintiffs' claims entered on the 31st day of March, 2019 (*Weiss* Docket No. 416/*Applebaum* Docket No. 290).

Dated: April 3, 2019

    Respectfully Submitted,

    OSEN LLC

    /s/ Peter Raven-Hansen
    Gary M. Osen
    Peter Raven-Hansen
    Ari Ungar
    Aaron Schlanger
    2 University Plaza, Suite 402
    Hackensack, NJ 07601-6211
    (201) 265-6400

    **ZUCKERMAN SPAEDER LLP**
    Shawn P. Naunton, Esq.
    485 Madison Avenue, 10th Floor
    New York, NY 10022
    (212) 704-9600

    **KOHN, SWIFT & GRAF, P.C.**
    Steven M. Steingard, Esq.
    Stephen Schwartz, Esq.
    Neil L. Glazer, Esq.
    1600 Market Street, Suite 2500
    Philadelphia, PA 19103
    (215) 238-1700

    **TURNER & ASSOCIATES, P.A**
    C. Tab Turner, Esq.
    4705 Somers Avenue, Suite 100
    North Little Rock, AR 72116
    (501) 791-2277

    **Counsel for *Weiss* Plaintiffs**


    **FLEISCHMAN BONNER & ROCCO LLP**
    By: /s/ James P. Bonner
    James P. Bonner
    Jbonner@fbrllp.com
    565 Fifth Avenue, 7th Floor
    New York, New York 10017
    (212) 880-9567

**HEIDEMAN NUDELMAN & KALIK, PC**
Richard D. Heideman.
Noel J. Nudelman
Tracy Reichman Kalik
1146 19th Street, NW, Fifth Floor
Washington, DC 20036
(202) 463-1818

**Counsel for *Applebaum* Plaintiffs**