UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

TZVI WEISS, *et al.*,                                :
                                                     :
                Plaintiffs,              :
                                                     :
                                                     :   Case No. 05-cv-4622 (DLI)(RML)
   -against-                                        :
                                                     :
NATIONAL WESTMINSTER BANK, PLC,                      :
                                                     :
                Defendant.               :
_____

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that William A. Friedman, of OSEN LLC, with offices located at 2 University Plaza, Suite 402, Hackensack, NJ 07601, withdraws his appearance on behalf of plaintiffs in the above-captioned action and hereby requests that no further ECF notices be given or required of him in the action, and that no documents or other pleadings in the action be served upon him.

All other counsel from OSEN LLC who have appeared on behalf of plaintiffs will remain in this action.

Dated: July 5, 2019
      Hackensack, NJ

                                                      /s/ William A. Friedman
                                                      William A. Friedman
                                                      OSEN LLC
                                                      2 University Plaza, Suite 402
                                                      Hackensack, NJ 07601
                                                      (201) 265-6400
                                                      (201) 265-0303 Fax
                                                      wfriedman@osenlaw.com

                                                      Attorneys for Plaintiffs