UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
TZVI WEISS, *et al.*,                         :
                                              :
                    Plaintiffs,               :
                                              :  Case No. 05-cv-4622 (DLI)(RML)
    -against-                                 :
                                              :
NATIONAL WESTMINSTER BANK, PLC,               :
                                              :
                    Defendant.                :
_____

# DECLARATION OF WILLIAM A. FRIEDMAN

I, William A. Friedman, declare and state as follows:

1. Pursuant to Local Civil Rule 1.4, I respectfully request leave to withdraw my appearance as counsel for plaintiffs in the above-captioned action and direct the Clerk to terminate my ECF noticing. OSEN LLC will continue to represent plaintiffs in this case.

2. Because the same law firm will continue to represent the plaintiffs, this withdrawal will not impact the future conduct of the litigation in any way or prejudice any parties.

Dated: July 5, 2019
Hackensack, NJ

/s/ William A. Friedman
William A. Friedman
OSEN LLC
2 University Plaza, Suite 402
Hackensack, NJ 07601
(201) 265-6400
(201) 265-0303 Fax
wfriedman@osenlaw.com

Attorneys for Plaintiffs