**Breakdown of Costs**

**Costs of Depositions Cited in Support of Motion for Summary Judgment**

| Deposition | Date | Cost |
| --- | --- | --- |
| Fleur Baugh | May 20, 2010 | $2,136.45 |
| Belinda Lane | June 24, 2008 | $2,691.00 |
| Belinda Lane | June 25, 2008 | $993.5 |
| Clive Walker | June 14, 2011 | $3,162.98 |
| Jonathan Burchfield | May 20, 2011 | $1,693.18 |
| Olha Leeming | May 21, 2009 | $389.00 |
| Ian Wickens | June 23, 2008 | $2,849.00 |
| Gary Walters | June 8, 2011 | $5,843.13 |
| Matthew Levitt | June 2, 2011 | $3,799.54 |
| Arieh Spitzen | May 13, 2011 | $3,528.54 |
| Wayne Geisser | June 17, 2011 | $2,787.33 |
| Ronni Shaked | May 3, 2011 | $3,738.88 |
| Shaul Naim | May 26, 2011 | $2,669.08 |

Total: $36,281.61