# Ellen Grauer Court Reporting Co. LLC — Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434    Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Monday, June 27, 2011 | 20112399EA |

Avram E. Luft
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:            Fax:

| Field | Value |
|---|---|
| Witness: | Arieh-Dan Spitzen |
| Case: | Weiss vs. National Westminster Bank |
| Venue: | |
| Case #: | |
| Date: | 5/13/2011 |
| Start Time: | 9:30 AM |
| End Time: | : 0 |
| Reporter: | Brad Rainoff |
| Claim #: | |
| File #: | *4128HW* |

| Description | Each | Total |
|---|---|---|
| Original + 1 Expedited Certified Deposition | $8.50 | $969.00 |
| Realtime | $2.00 | $228.00 |
| Reporter's Appearance (am & pm) | $150.00 | $150.00 |
| Complimentary Condensed Transcript & ASCII | $0.00 | $0.00 |
| Realtime (Interpreter) | $2.00 | $228.00 |
| Exhibits | $479.00 | $479.00 |
| Delivery | $23.00 | $23.00 |
| **Sub Total** | | $2,077.00 |
| **Payments** | | $2,077.00 |
| **Balance Due** | | $0.00 |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC

# Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434    Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Monday, June 27, 2011 | 20112400EA |

Avram E. Luft
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | Arieh-Dan Spitzen |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 5/13/2011 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Brad Rainoff |
| **Claim #:** | |
| **File #:** | *4128HW* |

| Description | Each | Total |
|---|---|---|
| DVD Sync (MPEG1 w/Load Files) | $195.00 | $585.00 |
| Video | $722.50 | $722.50 |
| Video Delivery | $28.00 | $28.00 |
| 8.875% sales tax | $116.04 | $116.04 |
| **Sub Total** | | $1,451.54 |
| **Payments** | | $1,451.54 |
| **Balance Due** | | $0.00 |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC     Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434     Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Tuesday, August 2, 2011 | 20112871EA |

Lawrence Friedman
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:              Fax:

| | |
|---|---|
| **Witness:** | Clive Walker |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 6/14/2011 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Sophie Nolan |
| **Claim #:** | |
| **File #:** | *4132HW* |

| Description | Each | Total |
|---|---|---|
| Video | $485.00 | $485.00 |
| DVD Sync (MPEG1 w/Load Files) | $150.00 | $450.00 |
| Video Delivery | $28.00 | $28.00 |
| 8.875% sales tax | $82.98 | $82.98 |
| **Sub Total** | | **$1,045.98** |
| **Payments** | | **$1,045.98** |
| **Balance Due** | | **$0.00** |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC

**Invoice**

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434     Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Tuesday, August 2, 2011 | 20112870EA |

Lawrence Friedman
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:          Fax:

| | |
|---|---|
| **Witness:** | Clive Walker |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 6/14/2011 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Sophie Nolan |
| **Claim #:** | |
| **File #:** | *4132HW* |

| Description | Each | Total |
|---|---|---|
| Original + 1 Certified Deposition | $5.25 | $777.00 |
| Reporter's Appearance (am) | $75.00 | $75.00 |
| Exhibits | $946.00 | $946.00 |
| Complimentary Condensed Transcript & ASCII | $0.00 | $0.00 |
| Realtime | $2.00 | $296.00 |
| Delivery | $23.00 | $23.00 |
| | **Sub Total** | $2,117.00 |
| | **Payments** | $2,117.00 |
| | **Balance Due** | $0.00 |

Fed. I.D. # **#1234567890**

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC       Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434        Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Wednesday, July 13, 2011 | 20112701EA |

Lawrence Friedman
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:                Fax:

| | |
|---|---|
| **Witness:** | Gary Walters |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 6/8/2011 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Shari Cohen |
| **Claim #:** | |
| **File #:** | *4131HW* |

| Description | Each | Total |
|---|---|---|
| Original + 1 Certified Deposition | $5.25 | $1,753.50 |
| PM pages | $1.95 | $39.00 |
| Reporter's Appearance (am & pm & evening) | $225.00 | $225.00 |
| Realtime | $2.00 | $668.00 |
| Complimentary Condensed Transcript & ASCII | $0.00 | $0.00 |
| Exhibits | $446.00 | $446.00 |
| Delivery | $23.00 | $23.00 |
| | **Sub Total** | $3,154.50 |
| | **Payments** | $3,154.50 |
| | **Balance Due** | $0.00 |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC                    Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434     Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Wednesday, July 13, 2011 | 20112702EA |

Lawrence Friedman
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:          Fax:

| | |
|---|---|
| **Witness:** | Gary Walters |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 6/8/2011 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Shari Cohen |
| **Claim #:** | |
| **File #:** | *4131HW* |

| Description | Each | Total |
|---|---|---|
| Video | $1,078.75 | $1,078.75 |
| DVD Sync (MPEG1 w/Load Files) | $195.00 | $1,365.00 |
| Video Delivery | $28.00 | $28.00 |
| 8.875% sales tax | $216.88 | $216.88 |
| **Sub Total** | | $2,688.63 |
| **Payments** | | $2,688.63 |
| **Balance Due** | | $0.00 |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# European Deposition Services

**European Video Ltd**
59 Chesson Road
London W14 9QS
Phone + 44 20 7385 0077   Fax + 44 20 7381 1756
VAT Reg. 691054437
E-Mail: info@european-video.com



THE ONLY CERTIFIED
LEGAL VIDEO SPECIALIST IN THE UK
CERTIFIED BY THE
AMERICAN COURT REPORTER ASSOCIATION

Invoice No. **1125LBF**

## INVOICE FOR SERVICES

**Customer**
Name: LAWRENCE B. FRIEDMAN, ESQ.
Company: CLEARY GOTTLIEB STEEN & HAMILTON, LLP
Address: One Liberty Plaza
City: New York, New York 10006-1470
Country: USA
Phone:

Date: July 1, 2008

Case No: 05-CV 4622 (CPS) and (KAM)
In the Matter of: TZVI WEISS, et al. Versus NATIONAL WESTMINSTER BANK, PLS,

| Date | Hours / Units | Service | Price US$ per Hours / Units | Extension |
|---|---|---|---|---|
| June 23, 2008 | | **Deposition of IAN WICKENS** | | |
| | 312 | Expedited Transcript pages | $3.00 | $936.00 |
| | 312 | Additional Min-U-Script pages | $1.00 | $312.00 |
| | 312 | Same day Draft Rate | $1.50 | $468.00 |
| | 312 | Real time feed | $1.50 | $468.00 |
| | 7 | Hrs Video/transcript synchronised copy | $95.00 | $665.00 |
| June 24, 2008 | | **Deposition of BELINDA LANE Vol#1** | | |
| | 303 | Expedited Transcript pages | $3.00 | $909.00 |
| | 303 | Additional Min-U-Script pages | $1.00 | $303.00 |
| | 303 | Same day Draft Rate | $1.50 | $454.50 |
| | 303 | Real time feed | $1.50 | $454.50 |
| | 6 | Hrs Video/transcript synchronised copy | $95.00 | $570.00 |
| June 25, 2008 | | **Deposition of BELINDA LANE Vol#2** | | |
| | 108 | Expedited Transcript pages | $3.00 | $324.00 |
| | 108 | Additional Min-U-Script pages | $1.00 | $108.00 |
| | 108 | Same day Draft Rate | $1.50 | $162.00 |
| | 108 | Real time feed | $1.50 | $162.00 |
| | 2.5 | Hrs Video/transcript synchronised copy | $95.00 | $237.50 |
| June 26, 2008 | | **Deposition of JACQUELINE SHEFTALI** | | |
| | 146 | Expedited Transcript pages | $3.00 | $438.00 |
| | 146 | Additional Min-U-Script pages | $1.00 | $146.00 |
| | 146 | Same day Draft Rate | $1.50 | $219.00 |
| | 146 | Real time feed | $1.50 | $219.00 |
| | 2.75 | Hrs Video/transcript synchronised copy | $95.00 | $261.25 |
| | 1 | Fedex shipment to your office | $200.00 | $200.00 |
| | | | **SUBTOTAL** | $8,016.75 |
| | | | 17.5% VAT | Not applicable |
| | | | **TOTAL US$** | **$8,016.75** |

**Payment Details**

Please pay by electronic transfer as follows:
**Payment due          Immediately**

Beneficiary: European Video Ltd

HSBC Bank
92 Kensington High Street
London W8 4 SH - United Kingdom
*All bank charges are for client's account*

# European Deposition Services
## European Video Ltd
59 Chesson Road
London W14 9QS
Phone + 44 20 7385 0077   Fax + 44 20 7381 1756
E-Mail: info@european-depositions.com



THE ONLY CERTIFIED
LEGAL VIDEO SPECIALIST IN THE UK
CERTIFIED BY THE
AMERICAN COURT REPORTER ASSOCIATION

## INVOICE

| | |
|---|---|
| Invoice Number: | 1242 PS |
| Date: | 6/5/2009 |
| VAT Reference: | 691054437 |

**To:** Patrick Sheldon, ESQ
Cleary Gottlieb
2000 Pennsylvania Avenue, NW
Washington, DC 20006 - USA

| Caption | | TZVI WEISS, et al. - NATAN APPLEBAUM, et al. verus NATIONAL WESTMINSTER BANK, PLC., | |
|---|---|---|---|
| Date | Times AM | Times PM | Deponent | Turnaround |

| Date | AM | PM | Deponent | Turnaround | Transcript copy | Draft Rate | Realtime Rate | Extra copies | Total Rate | Number of pages 70 pages min | Transcript total | Attendance fee plus overtime | Total | VAT @ 17.5% | Total inc VAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/5/09 | 9:30 | 18:17 | FLEUR BAUGH | regular | 8:47 | $ 2.70 | | $ 1.50 | $ 4.20 | 356 | $ 1,495.20 | | $ 1,495.20 | | $ 1,495.20 |
| 21/5/09 | 9:30 | 10:51 | OLHA LEEMING | regular | 1:21 | $ 2.70 | | $ 1.50 | $ 4.20 | 70 | $ 294.00 | | $ 294.00 | | $ 294.00 |
| 22/5/09 | 9:30 | 16:23 | JACQUELINE SHEFTALI | regular | 6:53 | $ 2.70 | | $ 1.50 | $ 4.20 | 304 | $ 1,276.80 | | $ 1,276.80 | | $ 1,276.80 |
| | | | PDF format of exhibits on DVD Sync | | | $ 0.50 | | | $ 0.50 | 301 | | | $ 150.50 | | $ 150.50 |
| | | | courier transcripts via Fedex | | | | | | | | | | $ 193.20 | | $ 193.20 |

| Date | Times AM | Times PM | Videotaped deposition of | HRS | First hour of attendance | Additional hours for next 7 hours | Hourly attendance after 8 hours | DVCAM MASTER + BACK UPS | CD ROM MPEG 1 | Synchronization video transcript | DVD | Taxi to and fro location | VAT @ 17.5% | Total inc VAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/5/09 | 8:30 | 18:35 | FLEUR BAUGH | 10:05:00 AM | | | | | | $ 641.25 | | | | $ 641.25 |
| 21/5/09 | 9:15 | 11:05 | OLHA LEEMING | 1:50:00 AM | | | | | | $ 95.00 | | | | $ 95.00 |
| 22/5/09 | 9:15 | 16:53 | JACQUELINE SHEFTALI | 7:38:00 AM | | | | | | $ 451.25 | | | | $ 451.25 |

| | | |
|---|---|---|
| **Total Fee** | $ | 4,597.20 |
| **Total VAT @ 17.5%** | | |
| **Total inc VAT** | $ | 4,597.20 |

**Payment**
Please pay by electronic transfer as follows:

Payment due                July 3, 2009

Beneficiary: European Video Ltd

HSBC Bank
92 Kensington High Street
London W8 4 SH - United Kingdom
All bank charges are for client's account

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Levy<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plz<br>New York, NY, 10006 | Invoice #: | 865237 |
|---|---|---|---|
| | | Invoice Date: | 5/31/2011 |
| | | Balance Due: | $0.00 |

| Case: Weiss v. National Westminster Bank () | Proceeding Type: Other |
|---|---|

Job #: 716663   |   Job Date: 5/20/2011   |   Delivery: Expedited

Location: New York, NY
Billing Atty: David Levy
Scheduling Atty: Mark Werbner Esq | Bradley Arant Boult Cummings LLP

| Witness: Jonathan Burchfeld | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 166.00 | $3.50 | $581.00 |
| Exhibit - copying | 207.00 | $0.45 | $93.15 |
| Exhibit Scanning - OCR | 207.00 | $0.29 | $60.03 |
| Realtime | 166.00 | $2.25 | $373.50 |
| Transcript - Rough Draft | 166.00 | $1.75 | $290.50 |
| CD Depo Litigation Pkge | 1.00 | $39.00 | $39.00 |
| Shipping & handling | 1.00 | $26.50 | $26.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,463.68 |
| Payment: | ($1,463.68) |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Invoice #: 865237
Invoice Date: 5/31/2011
Balance Due: $0.00

42932

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Schuster<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Ave NW<br>Washington, DC, 20037 | Invoice #: | 865939 |
|---|---|---|---|
| | | Invoice Date: | 6/3/2011 |
| | | Balance Due: | $0.00 |

| Case: Weiss v. National Westminster Bank () | Proceeding Type: Other |
|---|---|

Job #: 716663   |   Job Date: 5/20/2011   |   Delivery: Expedited

Location:          New York, NY
Billing Atty:       Valerie Schuster
Scheduling Atty:  Mark Werbner Esq | Bradley Arant Boult Cummings LLP

| Witness: Jonathan Burchfeld | Quantity | Price | Amount |
|---|---|---|---|
| Video-Burn to DVD | 3.00 | $65.00 | $195.00 |
| Shipping & handling | 1.00 | $34.50 | $34.50 |

| Notes: | Invoice Total: | $229.50 |
|---|---|---|
| | Payment: | ($229.50) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 865939 |
|---|---|
| Invoice Date: | 6/3/2011 |
| Balance Due: | $0.00 |

42932

# Ellen Grauer Court Reporting Co. LLC                    Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434          Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Monday, July 11, 2011 | 20112591EA |

Avram E. Luft
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | Matthew Levitt |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 6/2/2011 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Shari Cohen |
| **Claim #:** | |
| **File #:** | *4351HW* |

| Description | Each | Total |
|---|---|---|
| DVD Sync (MPEG1 w/Load Files) | $195.00 | $585.00 |
| Video | $580.00 | $580.00 |
| Video Delivery | $28.00 | $28.00 |
| 8.875% sales tax | $103.39 | $103.39 |
| **Sub Total** | | $1,296.39 |
| **Payments** | | $1,296.39 |
| **Balance Due** | | $0.00 |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC

**Invoice**

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434      Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Monday, July 11, 2011 | 20112590EA |

Avram E. Luft
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:            Fax:

| | |
|---|---|
| **Witness:** | Matthew Levitt |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 6/2/2011 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Shari Cohen |
| **Claim #:** | |
| **File #:** | *4351HW* |

| Description | Each | Total |
|---|---|---|
| Original + 1 Certified 2 Day Daily Deposition | $8.95 | $1,584.15 |
| Realtime | $2.00 | $354.00 |
| Reporter's Appearance (am & pm) | $150.00 | $150.00 |
| Complimentary Condensed Transcript & ASCII | $0.00 | $0.00 |
| Exhibits | $392.00 | $392.00 |
| Delivery | $23.00 | $23.00 |
| | **Sub Total** | $2,503.15 |
| | **Payments** | $2,503.15 |
| | **Balance Due** | $0.00 |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC  Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434     Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Wednesday, June 1, 2011 | 20112018EA |

Lawrence Friedman
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:                Fax:

| | |
|---|---|
| **Witness:** | Ronni Shaked |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 5/3/2011 |
| **Start Time:** | 10:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Shari Cohen |
| **Claim #:** | |
| **File #:** | *4126HW* |

| Description | Quan | Total |
|---|---|---|
| Video | 1 | $675.00 |
| DVD Sync (MPEG1 w/Load Files) | 4 | $780.00 |
| Video Delivery | 1 | $28.00 |
| 8.875% sales tax | 1 | $129.13 |
| **Sub Total** | | $1,612.13 |
| **Payments** | | $1,612.13 |
| **Balance Due** | | $0.00 |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC

Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434        Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Wednesday, June 1, 2011 | 20112017EA |

Lawrence Friedman
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:                    Fax:

**Witness:** Ronni Shaked
**Case:** Weiss vs. National Westminster Bank
**Venue:**
**Case #:**
**Date:** 5/3/2011
**Start Time:** 10:30 AM
**End Time:** : 0
**Reporter:** Shari Cohen
**Claim #:**
**File #:**

*4126HW*

| Description | Quan | Total |
|---|---|---|
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Original + 1 Certified Deposition | 135 | $708.75 |
| Realtime | 135 | $270.00 |
| Complimentary Condensed Transcript & ASCII | 1 | $0.00 |
| Delivery | 1 | $23.00 |
| Exhibits | 1 | $975.00 |

**Sub Total** $2,126.75
**Payments** $2,126.75
**Balance Due** $0.00

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC                    Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434     Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Wednesday, July 6, 2011 | 20112539EA |

Lawrence Friedman
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | Shaul Naim |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 5/26/2011 |
| **Start Time:** | 10:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Jeff Benz |
| **Claim #:** | |
| **File #:** | *4130HW* |

| Description | Each | Total |
|---|---|---|
| DVD Sync (MPEG1 w/Load Files) | $195.00 | $585.00 |
| Video | $675.00 | $675.00 |
| Video Delivery | $28.00 | $28.00 |
| 8.875% sales tax | $111.83 | $111.83 |
| **Sub Total** | | $1,399.83 |
| **Payments** | | $1,399.83 |
| **Balance Due** | | $0.00 |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC  Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434     Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Wednesday, July 6, 2011 | 20112538EA |

Lawrence Friedman
Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:            Fax:

| | |
|---|---|
| **Witness:** | Shaul Naim |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 5/26/2011 |
| **Start Time:** | 10:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Jeff Benz |
| **Claim #:** | |
| **File #:** | |

*4130HW*

| Description | Each | Total |
|---|---|---|
| Original + 1 Certified Deposition | $5.25 | $614.25 |
| Reporter's Appearance (am & pm) | $150.00 | $150.00 |
| Realtime | $2.00 | $234.00 |
| Complimentary Condensed Transcript & ASCII | $0.00 | $0.00 |
| Exhibits | $248.00 | $248.00 |
| Delivery | $23.00 | $23.00 |
| | **Sub Total** | $1,269.25 |
| | **Payments** | $1,269.25 |
| | **Balance Due** | $0.00 |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC                        Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434      Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Monday, August 8, 2011 | 20112954EA |

Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:           Fax:

| | |
|---|---|
| **Witness:** | Wayne Geisser |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 6/17/2011 |
| **Start Time:** | 11:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Shari Cohen |
| **Claim #:** | |
| **File #:** | *1106AZ* |

| Description | Each | Total |
|---|---|---|
| Reporter's Appearance (am & pm) | $150.00 | $150.00 |
| Original + 1 Certified Deposition | $5.25 | $808.50 |
| Realtime | $2.00 | $308.00 |
| Complimentary Condensed Transcript & ASCII | $0.00 | $0.00 |
| Exhibits | $121.00 | $121.00 |
| | **Sub Total** | $1,387.50 |
| | **Payments** | $1,387.50 |
| | **Balance Due** | $0.00 |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*

# Ellen Grauer Court Reporting Co. LLC                                   Invoice

Please visit us@www.ellengrauer.com

126 East 56th Street
Fifth Floor
New York, New York 10022
Phone: (212) 750-6434        Fax: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| Monday, August 8, 2011 | 20112955EA |

Cleary Gottlieb Steen & Hamilton LLP**
1 Liberty Plaza
39th floor
New York, NY 10004

Phone:                          Fax:

| | |
|---|---|
| **Witness:** | Wayne Geisser |
| **Case:** | Weiss vs. National Westminster Bank |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 6/17/2011 |
| **Start Time:** | 11:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Shari Cohen |
| **Claim #:** | |
| **File #:** | |

*1106AZ*

| Description | Each | Total |
|---|---|---|
| DVD Sync (MPEG1 w/Load Files) | $195.00 | $585.00 |
| Video | $675.00 | $675.00 |
| Video Delivery | $28.00 | $28.00 |
| 8.875% sales tax | $111.83 | $111.83 |
| **Sub Total** | | $1,399.83 |
| **Payments** | | $1,399.83 |
| **Balance Due** | | $0.00 |

Fed. I.D. # #1234567890

*This is a message that I can customize myself through the Configuration area of the software!*