UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
TZVI WEISS, et al., :
                Plaintiffs, :
    - against - : Case No. 05-cv-4622 (DLI) (MDG)
 :
NATIONAL WESTMINSTER BANK PLC, :
                Defendant. :
 :
------------------------------------------------------------- X
NATAN APPLEBAUM, et al., :
                Plaintiffs, :
 :
    - against - :
 :
NATIONAL WESTMINSTER BANK PLC, : Case No. 07-CV-916 (DLI) (MDG)
                Defendant. :
------------------------------------------------------------- X

## NOTICE OF TAXATION OF COSTS

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. Sections 1920 and 1924, Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54.1 and upon the annexed copy of the Bill of Costs, the costs and disbursements in the above-entitled action will be taxed against plaintiffs by the Clerk of the District Court, for the Eastern District of New York on such date and at such time as the Court shall deem appropriate.

Dated:  May 28, 2021
         New York, New York

                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                  By: _____
                                  Jonathan I. Blackman

                                  One Liberty Plaza
                                  New York, New York 10006
                                  (212) 225-2000
                                  *Attorneys for Defendant National Westminster Bank plc*