# Susan Davies

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Wednesday, March 14, 2018 10:49 AM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-00916-DLI-RML Applebaum et al v. National Westminster Bank, PLC Order on Motion for Pre Motion Conference |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/14/2018 at 10:49 AM EDT and filed on 3/14/2018

**Case Name:** Applebaum et al v. National Westminster Bank, PLC
**Case Number:** [1:07-cv-00916-DLI-RML](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER denying in part and granting in part [388] Letter Motion for PreMotion Conference in case 1:05-cv-4622-DLI-RML; denying in part andgranting in part [260] Letter Motion for Pre Motion Conference in case1:07-cv-916-DLI-RML -- Defendant's motion for a pre-motion conference isdenied as unnecessary. The parties are hereby directed to submit a jointbriefing schedule for Defendant's renewed motion for summary judgment on orbefore March 30, 2018. Defendant is cautioned that its summary judgmentmotion must address only the narrow issue of how Linde v. Arab Bank, PLC,2018 WL 797454 (2d. Cir. Feb. 9, 2018) supports its position. The Courtwill not entertain tangential issues or reconsider matters over which Lindev. Arab Bank is not controlling. Defendant's request for a stay of thedeadline to file the Joint Pre-Trial Order while the summary judgmentmotion is pending is moot as the deadline has past. SO ORDERED by Chief Judge Dora Lizette Irizarry on 3/14/2018. (Carosella, Christy)**

**1:07-cv-00916-DLI-RML Notice has been electronically mailed to:**

Jonathan I. Blackman    jblackman@cgsh.com, maofiling@cgsh.com

Susan Marlene Davies    sdavies@lawssb.com

Lawrence B. Friedman    lfriedman@cgsh.com, aluft@cgsh.com, jkpark@cgsh.com, lvitale@cgsh.com

Barbara Ann Ryan     baryan@arfdlaw.com

Mark B. Feinstein     mbfeinstein@arfdlaw.com

Mark J. Aaronson     mjaaronson@arfdlaw.com

James P. Bonner     jbonner@lawsbr.com, alegros@lawsbr.com

Lawrence W. Rosenblatt     lwrosenblatt@arfdlaw.com

Robert G. Houck     robert.houck@cliffordchance.com, jeff.golimowski@cliffordchance.com, mco@cliffordchance.com, michael.lightfoot@cliffordchance.com

Gary M. Osen     gosen@osenlaw.com

Mark S Werbner     mwerbner@swtriallaw.com, edickerson@swtriallaw.com, jkennedy@swtriallaw.com, slingle@swtriallaw.com

Richard D Heideman     rdheideman@hnklaw.com

Noel J. Nudelman     njnudelman@hnklaw.com, kcfogle@hnklaw.com

Tracy R. Kalik     trkalik@hnklaw.com, kcfogle@hnklaw.com

Philip Lamson Sutter     plsutter@arfd.com, philip.sutter@gmail.com

Patrick Louis Rocco     procco@lawsbr.com

**1:07-cv-00916-DLI-RML Notice will not be electronically mailed to:**