**Exhibit 3**

**Analysis of National Westminster Bank, PLC costs**

░░░░░ Indicates Unsubmitted Deposition Transcript

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Deponent Name and Deposition Date** | **Invoice No.** | **Video costs** | **DVD Sync costs** | **Realtime costs** | **Expedited Transcripts** | **Reporter's Appearance and Delivery Fees** |
| Fleur Baugh 5/20/2009 | 1242 PS | | $641.25 | $534.00 | | FedEx courier transcripts – $193.20 |
| Belinda Lane 6/24/2008 | 1125L | | $570.00 | $454.50 | Expedited Transcript - $90.90 (EDS)<br><br>Additional Min-U-Script Pages - $303.00<br><br>Same Day Draft Rate - $454.50 | |
| Belinda Lane 6/25/2008 | 1125L | | $237.50 | $162.00 | Expedited Transcript - $32.40 (EDS)<br><br>Additional Min-U-Script Pages - $108.00<br><br>Same Day Draft Rate - $162.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Deponent Name and Deposition Date** | **Invoice No.** | **Video costs** | **DVD Sync costs** | **Realtime costs** | **Expedited Transcripts** | **Reporter's Appearance and Delivery Fees** |
| Clive Walker 6/14/2011 | 20112871EA | $485.00 | $450.00 | | | Video Delivery - $28.00 |
| Clive Walker 6/14/2011 | 20112870EA | | | $296.00 | | Reporter's Appearance - $75.00 Delivery - $23.00 |
| Jonathan Burchfeld 5/20/2011 | 865237 | | | $373.50 | Rough Draft - $290.50 | Shipping & Handling - $26.50 |
| Jonathan Burchfeld 5/20/2011 | 865939 | | $195.00 | | | Shipping & Handling - $34.50 |
| Olha Leeming 5/21/2009 | 1242 PS | | $95.00 | $105.00 | | FedEx courier transcripts – N/A |
| Ian Wickens 6/23/2008 | 1125L | | $665.00 | $468.00 | Expedited Transcript - $93.60 (EDS) Additional Min-U-Script Pages - $312.00 Same Day Draft Rate - $468.00 | |
| Gary Walters 6/8/2011 | 20112701EA | | | $668.00 | | Reporter's Appearance - $225.00 Delivery - $23.00 |

2

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Deponent Name and Deposition Date** | **Invoice No.** | **Video costs** | **DVD Sync costs** | **Realtime costs** | **Expedited Transcripts** | **Reporter's Appearance and Delivery Fees** |
| Gary Walters 6/8/2011 | 20112702EA | $1,078.75 | $1,365.00 | | | Video Delivery - $28.00 |
| Matthew Levitt 6/2/2011 | 20112591EA | $580.00 | $585.00 | | | Video Delivery - $28.00 |
| Matthew Levitt 6/2/2011 | 20112590EA | | | $354.00 | | Reporter's Appearance - $150.00 Delivery - $23.00 |
| Arieh Spitzen 5/13/2011 | 20112399EA | | | (Witness) - $228.00 (Interpreter) - $228.00 | $370.50 (Grauer) | Reporter's Appearance - $150.00 Delivery - $23.00 |
| Arieh Spitzen 5/13/2011 | 20112400EA | $722.50 | $585.00 | | | Video Delivery - $28.00 |
| Wayne Geisser 6/17/2011 | 20112954EA | | | $308.00 | | Reporter's Appearance - $150.00 |
| Wayne Geisser 6/17/2011 | 20112955EA | $675.00 | $585.00 | | | Video Delivery - $28.00 |
| Ronni Shaked 5/3/2011 | 20112018EA | $675.00 | $780.00 | | | Video Delivery - $28.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Deponent Name and Deposition Date** | **Invoice No.** | **Video costs** | **DVD Sync costs** | **Realtime costs** | **Expedited Transcripts** | **Reporter's Appearance and Delivery Fees** |
| Ronni Shaked 5/3/2011 | 20112017EA | | | $270.00 | | Delivery - $23.00 Reporter's Appearance - $150.00 |
| Shaul Naim 5/26/2011 | 20112539EA | $675.00 | $585.00 | | | Video Delivery - $28.00 |
| Shaul Naim 5/26/2011 | 20112538EA | | | $234.00 | | Reporter's Appearance - $150.00 Delivery - $23.00 |
| **Totals for Transcripts Submitted to Court** | | **$1,302.50** | **$2,072.50** | **$1,440.00** | **$1,546.50** | **$402.00** |
| **Totals for Unsubmitted Deposition Transcripts** | | **$3,588.75** | **$5,266.25** | **$3,243.00** | **$1,138.90** | **$1,236.20** |
| **Totals Sought in Bill of Costs** | | **$4,891.25** | **$7,338.75** | **$4,683.00** | **$2,685.40** | **$1,638.20** |