UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TZVI WEISS, et al.                          :
                                            :
              Plaintiffs,                   :      Case No. 05-cv-4622 (DLI)(RML)
                                            :
       -against-                            :
                                            :
NATIONAL WESTMINSTER BANK PLC,:
                                            :
              Defendant.                    :
                                            :

---

# NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Aaron Schlanger, who has previously appeared on behalf of Plaintiffs in the above-captioned action, requests that all notices, pleadings, and orders in the above-captioned action be sent to him at the following new address:

>       OSEN LLC
>       190 Moore Street, Suite 272
>       Hackensack, NJ 07601
>       (201) 265-6400

Dated: August 26, 2021

                                    By:    /s/ Aaron Schlanger
                                           Aaron Schlanger
                                           OSEN LLC
                                           190 Moore Street, Suite 272
                                           Hackensack, NJ 07601
                                           (201) 265-6400