UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, et al. : | |
| : | |
| Plaintiffs, : | Case No. 05-cv-4622 (DLI)(RML) |
| : | |
| -against- : | |
| : | |
| NATIONAL WESTMINSTER BANK PLC,: | |
| : | |
| Defendant. : | |

## NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Gary M. Osen, who has previously appeared on behalf of Plaintiffs in the above-captioned action, requests that all notices, pleadings, and orders in the above-captioned action be sent to him at the following new address:

> OSEN LLC
> 190 Moore Street, Suite 272
> Hackensack, NJ 07601
> (201) 265-6400

Dated: August 26, 2021

By:  /s/ Gary M. Osen
Gary M. Osen
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
(201) 265-6400