UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

TZVI WEISS, et al.                              :
                                                :
                    Plaintiffs,                 :          Case No. 05-cv-4622 (DLI)(RML)
                                                :
          -against-                             :
                                                :
NATIONAL WESTMINSTER BANK PLC,:
                                                :
                    Defendant.                  :
                                                :
_____ :

### NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Cindy T. Schlanger, who has previously

appeared on behalf of Plaintiffs in the above-captioned action, requests that all notices, pleadings, and

orders in the above-captioned action be sent to her at the following new address:

> OSEN LLC
> 190 Moore Street, Suite 272
> Hackensack, NJ 07601
> (201) 265-6400

Dated: August 26, 2021

                              By:    /s/ Cindy T. Schlanger
                                     Cindy T. Schlanger
                                     OSEN LLC
                                     190 Moore Street, Suite 272
                                     Hackensack, NJ 07601
                                     (201) 265-6400