UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, et al._____ : : Plaintiffs, : : -against- : : NATIONAL WESTMINSTER BANK PLC,: : Defendant. : _____ : | Case No. 05-cv-4622 (DLI)(RML) |

# NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Ari Ungar, who has previously appeared on behalf of Plaintiffs in the above-captioned action, requests that all notices, pleadings, and orders in the above-captioned action be sent to him at the following new address:

>OSEN LLC
>190 Moore Street, Suite 272
>Hackensack, NJ 07601
>(201) 265-6400

Dated: August 26, 2021

By: /s/ Ari Ungar
Ari Ungar
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
(201) 265-6400