UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TZVI WEISS, et al.　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiffs,　　　　　　　: 　Case No. 05-cv-4622 (DLI)(RML)
　　　　　　　　　　　　　　　　　　　:
　　-against-　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
NATIONAL WESTMINSTER BANK PLC,:
　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendant.　　　　　　　:
　　　　　　　　　　　　　　　　　　　:

# NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Michael J. Radine, who has previously appeared on behalf of Plaintiffs in the above-captioned action, requests that all notices, pleadings, and orders in the above-captioned action be sent to him at the following new address:

> OSEN LLC
> 190 Moore Street, Suite 272
> Hackensack, NJ 07601
> (201) 265-6400

Dated: August 26, 2021

　　　　　　　　　　　　　　　　By:　/s/ Michael J. Radine
　　　　　　　　　　　　　　　　　　　Michael J. Radine
　　　　　　　　　　　　　　　　　　　OSEN LLC
　　　　　　　　　　　　　　　　　　　190 Moore Street, Suite 272
　　　　　　　　　　　　　　　　　　　Hackensack, NJ 07601
　　　　　　　　　　　　　　　　　　　(201) 265-6400