UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TZVI WEISS, et al.           :
                             :
         Plaintiffs,         :        Case No. 05-cv-4622 (DLI)(RML)
                             :
    -against-                :
                             :
NATIONAL WESTMINSTER BANK PLC,:
                             :
         Defendant.          :
---                          :

# NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Naomi B. Weinberg, who has previously appeared on behalf of Plaintiffs in the above-captioned action, requests that all notices, pleadings, and orders in the above-captioned action be sent to her at the following new address:

> OSEN LLC
> 190 Moore Street, Suite 272
> Hackensack, NJ 07601
> (201) 265-6400

Dated: August 26, 2021

By:  /s/ Naomi B. Weinberg
     Naomi B. Weinberg
     OSEN LLC
     190 Moore Street, Suite 272
     Hackensack, NJ 07601
     (201) 265-6400