UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>NATIONAL WESTMINSTER BANK, PLC,<br><br>　　　　　　　　Defendant. | Case No. 05 CV 4622 (DLI) (RML) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Steven M. Steingard, of KOHN, SWIFT & GRAF, P.C., with offices located at 1600 Market Street, Suite 2500, Philadelphia, PA 19103, withdraws his appearance on behalf of plaintiffs in the above-captioned action and hereby requests that no further ECF notices be given or required of him in the action, and that no documents or other pleadings in the action be served upon him.

All other counsel from KOHN, SWIFT & GRAF, P.C. who have appeared on behalf of plaintiffs will remain in this action.

Dated:  May 31, 2022

*/s/ Steven M. Steingard*
Steven M. Steingard
Kohn, Swift & Graf, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103-7225
(215) 238-1700
(214) 238-1968
ssteingard@kohnswift.com

*Attorneys for Plaintiffs*