UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVI WEISS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NATIONAL WESTMINSTER BANK, PLC, <br><br> Defendant. | Case No. 05 CV 4622 (DLI) (RML) |

### DECLARATION OF STEVEN M. STEINGARD

I, Steven M. Steingard, declare and state as follows:

1. Pursuant to Local Civil Rule 1.4, I respectfully request to leave to withdraw my appearance as counsel for plaintiffs in the above-captioned action and direct the Clerk to terminate my ECF noticing. KOHN, SWIFT & GRAF, P.C. will continue to represent plaintiffs in this case.

2. Because the same law firm will continue to represent the plaintiffs, this withdrawal will not impact the future conduct of the litigation in any way or prejudice any parties.

Dated: May 31, 2022

*/s/ Steven M. Steingard*
Steven M. Steingard
Kohn, Swift & Graf, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103-7225
(215) 238-1700
(214) 238-1968
ssteingard@kohnswift.com

*Attorneys for Plaintiffs*