UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TZVI WEISS, et al., | : |
| Plaintiffs, | : |
| -against- | : Case No. 05 CV 4622 (DLI) (RML) |
| NATIONAL WESTMINSTER BANK, PLC, | : |
| Defendant. | : |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of plaintiffs in *Tzvi Weiss, et al., v. National Westminster Bank, PLC*. I am admitted to practice in this Court.

Dated: June 21, 2022

*/s/ Zahra R. Dean*
Zahra R. Dean
NY State Bar No.: 5554191
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
zdean@kohnswift.com
(215) 238-1700

## CERTIFICATE OF SERVICE

I, Zahra R. Dean, hereby certify that on June 21, 2022, the foregoing *Notice of Appearance* was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

/s/ Zahra R. Dean